Stacy Tolchin (CA SBN #217431)
Megan Brewer (CA SBN #268248)
Law Offices of Stacy Tolchin
776 E. Green St., Ste. 210
Pasadena, CA 91101
Telephone: (213) 622-7450
Facsimile: (213) 622-7233
Email: Stacy@Tolchinimmigration.com
Email: Megan@Tolchinimmigration.com

Counsel for Petitioners

UNITED STATES DISTRICT COURT FOR THE
CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| Pedro VASQUEZ PERDOMO, Carlos Alexander OSORTO, and Isaac VILLEGAS MOLINA;<br><br>    Petitioners,<br><br>    v.<br><br>Kristi NOEM, Secretary, Department of Homeland Security; Pam BONDI, Attorney General; IMMIGRATION AND CUSTOMS ENFORCEMENT; and Todd LYONS, Acting Los Angeles Field Office Director, Immigration and Customs Enforcement.<br><br>    Respondents. | Case No.  2:25-cv-05605-MEMF-SP<br><br>**Declaration of Roxana Muro in Support of Petitioners' Application for Ex Parte Temporary Restraining Order and Motion for Preliminary Injunction** |

DECLARATION OF ROXANA V. MURO

I, Roxana V. Muro, declare the following:

1. I am attorney licensed in California, and I practice immigration law. My business address is 510 W. 6th Street, Suite 506, Los Angeles, CA 90014.

2. I represent Bryan Lopez Orea (A 213-596-769). On June 13, 2025, Mr. Lopez was working at the Temple City Car Wash in Temple City, California, when he was detained by Immigration and Customs Enforcement.

3. Mr. Lopez was initially taken to Room B-18 in downtown Los Angeles. On or about Saturday, June 14, 2025, he was transferred to the El Paso Hardened Facility in El Paso, Texas, California. Mr. Lopez was unable to communicate with family until Wednesday, June 18, 2025.  Mr. Lopez continues to be held in custody in El Paso, Texas.

_____

Roxana V. Muro, Declarant