UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| Pedro VASQUEZ PERDOMO, Carlos Alexander OSORTO, and Isaac VILLEGAS MOLINA,<br><br>Petitioners,<br><br>v.<br><br>Kristi NOEM, Secretary, Department of Homeland Security; Pam BONDI, Attorney General; IMMIGRATION AND CUSTOMS ENFORCEMENT; and Todd LYONS, Acting Los Angeles Field Office Director, Immigration and Customs Enforcement,<br><br>Respondents. | No. 2:25-cv-05605-MEMF-SP<br><br>**ORDER GRANTING JOINT STIPULATION FOR WITHDRAWAL OF PETITIONERS' EX PARTE APPLICATION FOR TEMPORARY RESTRAINING ORDER AND ORDER TO SHOW CAUSE RE: PRELIMINARY INJUNCTION [ECF NO. 9]**<br><br>Honorable Maame Ewusi-Mensah Frimpong<br>United States District Judge |

The Court has received and reviewed the parties' Joint Stipulation For Withdrawal of Petitioner's *Ex Parte* Application for Temporary Restraining Order and Order to Show Cause Re: Preliminary Injunction. ECF No. 9. For the reasons set forth in the Stipulation, the Court ORDERS that the briefing schedule and the hearing on June 23, 2025, are VACATED.

IT IS SO ORDERED.

Dated: June 23, 2025

_____
Honorable Maame Ewusi-Mensah Frimpong
United States District Judge

1