Stacy Tolchin (CA SBN #217431)
Megan Brewer (CA SBN #268248)
Law Offices of Stacy Tolchin
776 E. Green St., Ste. 210
Pasadena, CA 91101
Telephone: (213) 622-7450
Facsimile: (213) 622-7233
Email: Stacy@Tolchinimmigration.com
Email: Megan@Tolchinimmigration.com
Counsel for Petitioners

BILAL A. ESSAYLI
United States Attorney
DAVID M. HARRIS
Assistant United States Attorney
Chief, Civil Division
JOANNE S. OSINOFF
Assistant United States Attorney
Chief, Complex and Defensive Litigation Section
PAULINE H. ALARCON (Cal. Bar No. 345785)
Assistant United States Attorney
        Federal Building, Suite 7516
        300 North Los Angeles Street
        Los Angeles, California 90012
        Telephone: (213) 894-3992
        Facsimile: (213) 894-7819
        E-mail: Pauline.Alarcon@usdoj.gov
Attorneys for Respondents

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| Pedro VASQUEZ PERDOMO, Carlos Alexander OSORTO, and Isaac VILLEGAS MOLINA,<br><br>Petitioners,<br><br>v.<br><br>Kristi NOEM, Secretary, Department of Homeland Security; Pam BONDI, Attorney General; IMMIGRATION AND CUSTOMS ENFORCEMENT; and Todd LYONS, Acting Los Angeles Field Office Director, Immigration and Customs Enforcement,<br><br>Respondents. | No. 2:25-cv-05605-MEMF-SP<br><br>**JOINT STIPULATION FOLLOWING JUNE 24, 2025 STATUS CONFERENCE**<br><br>*[Proposed] Order Filed Herewith*<br><br>Honorable Maame Ewusi-Mensah Frimpong<br>United States District Judge<br><br>Honorable Sheri Pym<br>United States Magistrate Judge |

1

IT IS HEREBY STIPULATED by and between petitioners Pedro Vasquez Perdomo, Carlos Alexander Osorto, and Isaac Villegas Molina ("Petitioners") and respondents Kristi Noem, Secretary, Department of Homeland Security; Pam Bondi, Attorney General, Immigration and Customs Enforcement, and Todd Lyons, Acting Los Angeles Field Office Director, Immigration and Customs Enforcement ("Respondents") (together the "parties"), by and through their undersigned counsel, that:

1.     Respondents agree that the Petitioners will be housed at Adelanto ICE Processing Center, and will not be transferred to another district outside the Central District of California, for at least until the date Petitioners receive bond hearings.

Consistent with the foregoing Stipulation, the parties respectfully request that the Court vacate the status conference on July 3, 2025. A proposed order to that effect is lodged concurrently herewith.

Respectfully submitted,

Dated:  June 27, 2025

/s/ Stacy Tolchin
Stacy Tolchin (CA SBN #217431)*
Megan Brewer (CA SBN #268248)
Law Offices of Stacy Tolchin
Counsel for Petitioners

Dated:  June 27, 2025       BILAL A. ESSAYLI
United States Attorney
DAVID M. HARRIS
Assistant United States Attorney
Chief, Civil Division
JOANNE S. OSINOFF
Assistant United States Attorney
Chief, Complex and Defensive Litigation Section

/s/ Pauline H. Alarcon
PAULINE H. ALARCON
Assistant United States Attorney

Attorneys for Respondents

*Pursuant to Local Rule 5-4.3.4(a)(2), the filer attests that all signatories listed, and on whose behalf the filing is submitted, concur in the filing's content and have authorized the filing.

2