UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| Pedro VASQUEZ PERDOMO, Carlos Alexander OSORTO, and Isaac VILLEGAS MOLINA,<br><br>Petitioners,<br><br>v.<br><br>Kristi NOEM, Secretary, Department of Homeland Security; Pam BONDI, Attorney General; IMMIGRATION AND CUSTOMS ENFORCEMENT; and Todd LYONS, Acting Los Angeles Field Office Director, Immigration and Customs Enforcement,<br><br>Respondents. | No. 2:25-cv-05605-MEMF-SP<br><br>**ORDER VACATING STATUS CONFERENCE**<br><br>Honorable Sheri Pym<br>United States Magistrate Judge<br><br>**[NOTE CHANGES MADE BY THE COURT]** |

The Court has received and reviewed the parties' Joint Stipulation Following June 24, 2025 Status Conference. This Stipulation indicates that Respondents agree that the Petitioners will be housed at Adelanto ICE Processing Center, and will not be transferred to another district outside the Central District of California, for at least until the date Petitioners receive bond hearings.

For the reasons set forth in the Stipulation, the Court ORDERS that the status conference set on July 3, 2025 is VACATED. The Court further orders that counsel

must immediately advise the Court of any change in Petitioners' status, including with respect to bond hearings. The Court will refrain from issuing a briefing schedule pending Petitioners' efforts to obtain bond hearings, unless the parties request briefing or otherwise notify the Court of a change in circumstances.

IT IS SO ORDERED.

Dated: July 1, 2025

Honorable Sheri Pym
United States Magistrate Judge