MARK ROSENBAUM (SBN 59940)
mrosenbaum@publiccounsel.org
PUBLIC COUNSEL
610 South Ardmore Avenue
Los Angeles, CA 90005
Telephone: (213) 385-2977

*Counsel for All Plaintiffs*

## UNITED STATES DISTRICT COURT
## FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| Pedro VASQUEZ PERDOMO, *et al.*, | Case No.: 2:25-cv-05605-MEMF-SP |
| Plaintiffs, | **DECLARATION OF MARK ROSENBAUM** |
| v. | |
| Kristi NOEM, in her official capacity as Secretary, Department of Homeland Security, *et al.*, | Hon. Maame Ewusi-Mensah Frimpong |
| Defendants. | |

I, Mark Rosenbaum, declare as follows:

1.      I am counsel for Plaintiffs Coalition for Humane Immigrant Rights ("CHIRLA") and Immigrant Defenders Law Center ("ImmDef") (together, the "Access/Conditions Plaintiffs") and Plaintiffs Pedro Vasquez Perdomo, Carlos Alexander Osorto, Isaac Villegas Molina, Jorge Hernandez Viramontes, Jason Brian Gavidia, Los Angeles Worker Center Network, and United Farm Workers (together with CHIRLA, the "Stop/Arrest Plaintiffs") in this matter.

2.      On July 2, 2025, at approximately 9:00 a.m., I participated in a call with Assistant United States Attorneys ("AUSAs") Pauline Helen Alarcon and Daniel Beck of the United States Attorney's Office for the Central District of California. Stacy Tolchin and Mohammad Tajsar, counsel for the Stop/Arrest Plaintiffs, joined me on the call with AUSAs Alarcon and Beck.

3.      During the call, AUSAs Alarcon and Beck were advised that the Access/Conditions Plaintiffs intended to file today, July 2, 2025, an *ex parte* application

for a temporary restraining order and order to show cause why a preliminary injunction should not issue pending the final disposition of this action. AUSAs Alarcon and Beck were further advised of the contents of the application.

4.     AUSAs Alarcon and Beck stated that Defendants would oppose the application and requested until July 9, 2025, to file an opposition.

5.     Given the severity of Defendants' continuing constitutional violations and the ongoing, irreparable harm, the Access/Conditions Plaintiffs offered to enter a stipulation by which Defendants would agree to the relief requested in the proposed temporary restraining order pending resolution of the application so as to permit Defendants until July 9 to file an opposition. Defendants refused to agree to the stipulation.

I declare under penalty of perjury that the foregoing is true and correct.

Los Angeles, CA

Dated: July 2, 2025

By: _Mark Rosenbaum_

Mark Rosenbaum