# IN THE UNITED STATES DISTRICT COURT
# FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| Pedro VASQUEZ PERDOMO, *et al.* | Case No.: 2:25-cv-05605-MEMF-SP |
| Plaintiffs, | |
| v. | **DECLARATION OF C.B.** |
| Kristi NOEM, in her official capacity as Secretary, Department of Homeland Security, *et al.* | |
| Defendants. | Hon. Maame Ewusi-Mensah Frimpong |

I, C.B., declare under penalty of perjury that the following statement is true and correct pursuant to 28 U.S.C. § 1746.

1. My name is C.B., I am 56 years old, and I reside in Los Angeles.

2. My sister, E.D.P., was stopped, detained, and arrested by federal agents as she was vending soup and tamales outside of a Home Depot in Hollywood on June 19, 2025. My sister is 58 years old, has three daughters and eight grandchildren, and is the breadwinner of her family. She is a community leader and has been in the United States for 25 years.

3. My sister has not applied for any type of immigration status and has no removal order in her name. There is no reason she would be known to the federal agents.

4. I was told by my sister that a dozen heavily armed federal agents, many in masks, appeared at the Home Depot parking lot where my sister was vending, blocking gates and surrounding them. She said the agents did not present any documentation when they arrested anyone, such as a warrant. They did not ask anyone's immigration status before they arrested them. They just approached people who were closest to them when they stopped their car, so they did not seem to have specific targets ahead of time. They rounded up people selling food, and people hanging out in the parking lot.

5. My sister told me the agents arrested over two dozen brown skinned day laborers, vendors, and customers, including my sister and a U.S. citizen.

6.     On June 19, 2025, I saw a live video posted on social media showing federal agents at the Home Depot near where my sister vends, and I immediately drove there to look for my sister. My sister was nowhere to be found.

7.     On June 19, 2025, after learning that my sister was transferred to B-18 in Downtown Los Angeles by a lawyer who is a friend of the family, I went to the detention center to deliver medications that my sister takes. The staff at the center would not let me deliver the medications. My sister has depression and several medical issues, including diabetes, high blood pressure, and a heart condition, which need attention and for which she takes medication.

8.     My sister called me and my nieces on June 19, 2025. She told us the conditions in B-18 were not good. She was very cold, and there were no blankets or beds. She said she was only given a Capri-Sun and burrito to eat the whole day.

9.     We hired a lawyer to represent my sister, but to my knowledge the lawyer has not been able to talk to my sister about her case. The lawyer told me she was denied access to my sister by officials at B-18 when she tried to visit my sister on the weekend.

10.     On June 21, 2025, I learned from my sister's lawyer that my sister is not well and is being sent to the hospital.

11.     My sister has been at B-18 since June 19, 2025 without adequate food, medication, and living quarters.

12.     I do not have contact with my sister for days at a time, and I am worried for her health and safety. My sister's lawyer is also having trouble getting information on E.D.P.'s case and location. It has been very difficult to figure out whether E.D.P. has been transferred to another detention center because the online detainee locator is inaccurate and is not updated regularly, and it is hard to get in contact with the local detention centers on the phone.

13.     My nieces and I have been deeply distressed and terrified since my sister's arrest. We are very afraid for her, particularly because of her multiple health issues and the poor detention center conditions.

2

I declare under penalty of perjury that the foregoing is true and correct.


Los Angeles, CA

Dated: June 30, 2025

By: _____

C.B.