## IN THE UNITED STATES DISTRICT COURT
## FOR THE CENTRAL DISTRICT OF CALIFORNIA

Pedro VASQUEZ PERDOMO, *et al.*

    Plaintiffs,

    v.

Kristi NOEM, in her official capacity as Secretary, Department of Homeland Security, *et al.*

    Defendants.

Case No.: 2:25-cv-05605-MEMF-SP

**DECLARATION OF S.K.**

Hon. Maame Ewusi-Mensah Frimpong

I, S.K., declare under penalty of perjury that the following statement is true and correct pursuant to 28 U.S.C. § 1746.

1.    My name is S.K., I am 50 years old, and I am an immigrant from Nigeria. I have lived in the United States since 2014. I live with my partner and three children, aged 12, 18, and 30, in Northridge, California.

2.    On Wednesday, June 4, 2025, I went to the United States Federal Building in Downtown Los Angeles for an ICE check-in. I complied with my regular ICE check-ins. I had a previously scheduled ICE check-in for June 18, 2025, but received a notification on the ICE Phone Application Bi-Link to come in earlier than expected. The message on the ICE Phone application said, "Come in Tuesday or Wednesday," and so due to this message, I went to the office sooner than originally planned. ICE knows my location at all times because I have an ICE monitoring bracelet.

3.    When I arrived at the Federal Building, at around 10 a.m., there were many more people present than are usually present when I check-in. I was told to wait and did so with my attorney. At around 3 p.m., I was called by an officer and asked for my passport, which I do not have because I have been unsuccessful in getting it from the Nigerian consulate in Atlanta, GA, despite travelling to Atlanta twice in order to request this from the Nigerian consulate. I did not eat anything all day. I was very scared while I was waiting because I had no information and was worried about being taken from my family.

4. At the very end of the day, around 6:30 p.m., they took me into custody, put shackles on my wrists and ankles, and then transferred me to the B-18 federal immigration processing center. They did not present any documentation for my arrest, like a warrant. I tried to assert my rights by remaining silent and asking for my lawyer but did not resist arrest. They did not tell me anything about why I was being detained. I was terrified about what was going to happen to me.

5. I was held in the basement of the federal building, B-18, in a room like a tank with fifteen to twenty other men. There was a bathroom in the room, but no windows or view of the outside. I did not get anything to eat until 2 a.m. on Thursday, June 5, 2025. I was given a frozen burrito and a packet of chips. We were not given any new clothing, so I stayed in my street clothing until the Sunday after I was arrested. I was not permitted to leave this room for three days – from Wednesday, June 4, 2025, until Saturday, June 7, 2025. We slept on the floor and on benches with no cots, bedding, or blankets. The room was very cold.

6. I did not have access to soap, laundry facilities, or recreation facilities while at B-18. I never felt safe in the center as I have PTSD and it is exacerbated in confined conditions. The poor conditions of detention triggered my PTSD, causing me to hear voices.

7. Nobody in this room, including me, was able to access visits from family members, loved ones, or our attorneys. We were told that we could have 20 seconds to make a phone call, but we needed to add money to an online system and even my attorney was not able to figure out a way to add money to this system in order for me to make a phone call.

8. I have diabetes and usually take Metformin and Glipitzide, which are oral insulin to manage my condition. I did not receive any of my medications while I was at B-18. My attorney told the guards when I was arrested that I am diabetic and that I had been at the federal building all day without food. The guard said that they would get me food, but they did not. Nobody inside the facility was doing well.

2

9. The officers at B-18 gave me paperwork to sign but I could not read it. I was so tired, I signed it, but I did not know what it said. They did not give me a copy of the documents.

10. On Saturday, June 7, 2025, I was placed in ankle and wrist shackles and into a van to transfer me to another detention center. They said that the detention center was not ready for us yet, and so we were kept in handcuffs and leg cuffs for eight hours before being moved. I was taken to a different cell, which I know now was in the Desert View Detention Center in Adelanto, CA. I was kept in a pod with forty-five to fifty other people and that was the first night I slept in a bed. I was still in the same street clothes that I wore from Wednesday, June 4, 2025. On Sunday, June 8, 2025, I was finally able to change out of my old clothes and take a shower for the first time since Wednesday. It was not until Tuesday, June 10, 2025, that I was able to see a doctor and received insulin. By that point, my blood sugar level was 413.

11. I fear for my safety and my health. I fear also for my family and how my extended detention affects particularly my 12-year-old autistic child who is a U.S. citizen.

I declare under penalty of perjury that the foregoing is true and correct.

Adelanto, CA

Dated: June 30, 2025



By: _____

　　　　S.K.