IN THE UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF CALIFORNIA

Pedro VASQUEZ PERDOMO, *et al.*

   Plaintiffs,

   v.

Kristi NOEM, in her official capacity as Secretary, Department of Homeland Security, *et al.*

   Defendants.

Case No.: 2:25-cv-05605-MEMF-SP

**DECLARATION OF S.A.R.**

Hon. Maame Ewusi-Mensah Frimpong

I, S.A.R., declare under penalty of perjury that the following statement is true and correct pursuant to 28 U.S.C. § 1746.

1. My name is S.A.R., I reside in Los Angeles, and I have three young children including an infant.

2. My husband, A.O., was stopped, detained, and arrested by federal agents as he was working at Ambiance Apparel in Los Angeles on June 6, 2025. He has been in the United States for 22 years.

3. My husband has not applied for any type of status and has no removal order in his name. There is no reason he would be known to the federal agents.

4. I was told by my husband that dozens of FBI agents arrived at the clothing store and asked them to separate by group Latinos and Koreans. They asked them for their immigration status. No one answered, and the FBI checked the camaras to find out where the employees were hiding, and then the FBI yelled out loud and requested them to get out of their hiding places. They did not have a warrant.

5. My husband told me that the FBI chained him and others from their feet, waist and wrist, but when the FBI saw that there were protesters outside the store, the FBI removed the chains from the feet and waist and the FBI started to take them out of the store one by one.

6. The valet parking person outside of the store called me and told me that the

FBI was at the store and not to worry, that everything was going to be fine. I decided to go on social media and see if someone was streaming the raid, and I found a live streaming and saw my husband bound from his hands.

7.    My husband told me they arrested over three dozen workers on June 6, 2025.

8.    My husband was taken around 12:40 p.m. on June 6, 2025. My husband was able to send me a text at 11:54 a.m. and he told me the FBI was going to take them shortly.

9.    On June 6, 2025, after learning from the valet parking person outside of Ambiance Apparel that my husband was transferred to B-18 in Downtown Los Angeles, I went to my children's school and asked the school for help and told them that my husband has been detained by immigration. The school started to help me by looking for resources and legal help.

10.    My husband called us on June 9, 2025. He told me to write down his A number and to please ask for an attorney because he wanted to get out as soon as possible because he missed his children. Also, he told me that calls needed to be short because it was not safe to tell me anything about what is going on because he can get physically punished.

11.    My husband was at B-18 for one night and then he was transferred first to a detention center in Santa Ana and then Adelanto. It has been hard to get information on where my husband is being detained and the status of his case as the online detainee locator is not updated and calls to the detention centers go unanswered.

12.    I spoke to my husband on June 22, 2025 while he was at Adelanto. He told me that sometimes there is not enough food for everyone to eat. Also, the place is very cold and they do not have sweaters or blankets and if the staff provides sweaters, they are very small and do not fit everyone. Also, there are people crying because they cannot tolerate the conditions.

13.    My children have been crying because they were asking where their dad is. Sometimes they do not eat because they miss their dad. Sometimes, I can hear them crying at night because they miss their dad.

14.    My husband is the sole breadwinner of the family. I do not know how we will

pay for rent and food without his support. I am very worried about him.

I declare under penalty of perjury that the foregoing is true and correct.

Los Angeles, CA

Dated: June 30, 2025

By: _____

S.A.R.