# IN THE UNITED STATES DISTRICT COURT
## FOR THE CENTRAL DISTRICT OF CALIFORNIA

Pedro VASQUEZ PERDOMO, *et al.*

   Plaintiffs,

   v.

Kristi NOEM, in her official capacity as Secretary, Department of Homeland Security, *et al.*

   Defendants.

Case No.: 2:25-cv-05605-MEMF-SP

**DECLARATION OF R.P.R.**

Hon. Maame Ewusi-Mensah Frimpong

I, R.P.R., declare under penalty of perjury that the following statement is true and correct pursuant to 28 U.S.C. § 1746.

1.    I am a 55-year-old resident of Lancaster, California. I am a U.S. citizen.

2.    On Monday, June 2, 2025, my partner, A.P., dropped off our four-year-old son with special needs at his preschool at around 8:30 a.m.

3.    A.P. told me that after she dropped off our son at preschool she was on her way to go grocery shopping at a supermarket called Vallarta when an unmarked Nissan turned on its lights and pulled her over. As soon as she pulled into the parking lot, four unmarked cars – two sedans, one a Nissan, and two SUVs – with flashing lights boxed her in in the parking lot.

4.    An armed and masked male agent in a bulletproof vest approached her window and asked her to roll it down. She rolled it down a crack. They demanded she roll it down further or else they would break the window. She asked why she was pulled over. He told her he would tell her as soon as she showed him some ID.

5.    She replied saying she wanted to know why she was pulled over before providing her ID. They asked for her name, and she told them it was A.P. She asked again why she was pulled over. At that point, two additional agents put their hands in through her window. One unlocked and opened the door from the inside. Then the other unbuckled her seatbelt, dragged her out of the car, and handcuffed her.

6.      She then asked, "have you been following me?" The agent said they'd been doing their homework and that they were ICE. They did not have a warrant.

7.      The officers took her to a processing center in Van Nuys, and then to the B-18 detention center located at 300 North Los Angeles Street. She arrived at the detention center at approximately 3 p.m. She was detained there until nearly midnight on Thursday, June 5, 2025.

8.      I was able to visit her at B-18 on June 4, 2025. I was only able to see her for 5 minutes after waiting for several hours. She told me that the conditions she was held in were absolutely atrocious. The first night she was at B-18 she slept outside in a tent. The only food she received, for four days, were frozen burritos (sometimes cold, sometimes scorched), chips, cookies, and juice. She had no drinkable water other than what came out of the sink/toilet combination in the room. Sometimes she would go 14 hours without anything to eat. When she asked for food, she was told the facility ran out.

9.      I asked an employee at B-18 why they have detainees sleeping on the floor and in such bad conditions. He explained that B-18 is meant as a processing center and people are not meant to be there for more than 12 hours. When I asked why she has been in B-18 for several days, he said he did not have an answer for me.

10.     She told me she was held in a room that was approximately 40 x 8 feet. At one point, there were 35 women in there. They were extremely cramped. The room had only metal benches – no beds, no blankets – and at peak capacity they couldn't all sit, let alone lie, on them. It was extremely cold the whole time.

11.     She had no access to a shower. She was begging for menstrual pads, and had to bang on the gates and scream before they would give them to her.

12.     She regularly takes medication for her blood pressure and for a psychiatric condition, which she was not given for at least a week after she was detained. They would not let me provide medications to her at the center.

13.     Finally, nearing midnight on Thursday, June 5, 2025, she was transferred to the Adelanto ICE Processing Center. She told me that some detainees are not being told

2

about their court hearings, and are then being deported after missing the hearings.

14.    I am extremely worried about A.P.'s health and safety. I am also really concerned about my son. He cries at night, and asks me everyday where his mom is. Despite being potty trained, he is wetting the bed. My son has never spent this long without his mom.

I declare under penalty of perjury that the foregoing is true and correct.

Lancaster, CA

Dated: June 30, 2025

By: _____

R.P.R.