**IN THE UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| Pedro VASQUEZ PERDOMO, *et al.* | Case No.: 2:25-cv-05605-MEMF-SP |
| Plaintiffs, | |
| v. | **DECLARATION OF ANGELICA SALAS** |
| Kristi NOEM, in her official capacity as Secretary, Department of Homeland Security, *et al.* | |
| Defendants. | Hon. Maame Ewusi-Mensah Frimpong |

I, Angelica Salas, make the following statements on behalf of myself and the Coalition for Humane Immigrant Rights. I declare under penalty of perjury that the following statement is true and correct pursuant to 28 U.S.C. § 1746.

1. I am the Executive Director of the Coalition for Humane Immigrant Rights ("CHIRLA"). I have held this position since 1999. In this capacity, I oversee all of CHIRLA's programs and am responsible for strategic planning and CHIRLA's annual budget.

2. CHIRLA is a nonprofit organization headquartered in Los Angeles, California, with eight offices throughout California and a national policy office in Washington, D.C. CHIRLA was founded in 1986 and its mission is to advance the human and civil rights of immigrants and refugees and ensure immigrant communities are fully integrated into our society with full rights and access to resources.

3. Today, CHIRLA is the largest statewide immigrant rights organization in California, with fourteen unique departments and over 185 staff members who provide a range of services to tens of thousands of Californians each year. For example, over the last three years, CHIRLA's education programs have reached over 820,000 people through more than 7,800 events. CHIRLA's legal department has assisted approximately 30,000 people with direct services and legal education.

4. CHIRLA is a membership organization, with approximately 50,000 active

members across California. Our membership is diverse, and includes U.S. citizens, non-U.S. citizens with lawful status, and non-U.S. citizens without lawful status. Many of our members belong to mixed-status families—that is, families consisting of both individuals with citizenship or lawful status and individuals without. Most of our members are low-income. Many of our members are day laborers, car wash workers, and street vendors. CHIRLA's membership is predominantly Latino. CHIRLA educates its membership as well as our broader community through know your rights trainings, workshops, social media, and educational literature about a variety of social services and benefits, including immigration law, financial literacy, workers' rights, and civic engagement.

5.      Some of CHIRLA's members pay dues to the organization, and those dues help to fund the organization's operations. Other CHIRLA members have become members by virtue of their participation in the organization's meetings, programs, and policy campaigns. The fee for an individual membership starts at $25, and families may become members for $60.

6.      Additionally, there is an overlap between our membership and the clients that our legal services program serves. Some members join CHIRLA first as members and then become legal services clients due to need, while others are clients before they become members.

7.      CHIRLA's members regularly meet with each other in regional committees. Committee meetings can range from a small handful of people to hundreds. In addition, CHIRLA's student members hold regional statewide conference calls and meetings throughout the year. During these meetings, CHIRLA's members plan local advocacy campaigns, share information, and discuss issues that affect them, their families, and their local communities. Information from these meetings is reported to CHIRLA's leadership and used to guide CHIRLA's programmatic agenda.

8.      CHIRLA also holds quarterly membership retreats at which core leaders discuss issues they are seeing in their communities and set priorities for the organization.

9.      Finally, CHIRLA members volunteer their time at events put on by the

2

organization. They help with set up and clean up, especially at large events.

10.    CHIRLA's programs also include a hotline where individuals—including members, clients, and community members—can call with questions. The assistance hotline that CHIRLA operates fields on average 15,000 calls per year. Given CHIRLA's deep community ties and longstanding legal services programs, CHIRLA is often a first point of contact for individuals seeking direct assistance as well as accurate information about recent policy changes impacting immigrants.

11.    Since 2006, CHIRLA has coordinated the Los Angeles Raids Rapid Response Network ("LARRN"), a coalition of immigrant rights organizations, legal service providers, private attorneys, and unions. LARRN's primary mission is to assist community members in the wake of immigration enforcement actions such as the one described below.

**<u>On June 6, 2025, CHIRLA Attorneys and Representatives Were Denied Access to</u>**

**<u>Detained Immigrants at B-18 by Federal Law Enforcement Officers</u>**

12.    On Friday June 6, 2025, CHIRLA's hotline received information of multiple immigration enforcement raids occurring in Downtown Los Angeles, leading to what we believed at the time was about 45 arrests. We learned that those detained were being brought to the detention processing floor of the federal building located at 300 North Los Angeles Street, Los Angeles, California 90012, also known as "B-18." CHIRLA attorneys and Accredited Representatives[1] as well as other members of LARRN went to B-18 to provide legal advice and representation to detainees at B-18.

13.    One CHIRLA employee, Boden Samuel Stringer, a fully Accredited Representative, was outside of the federal building attempting on June 6 to contact Immigration and Customs Enforcement ("ICE") about one of CHIRLA's clients. CHIRLA attorneys and representatives have been to B-18 regularly in the past and spoken to ICE without issue. Mr. Stringer's client was ill and unable to attend her scheduled ICE-check-

---

[1] A fully Accredited Representative is a practitioner who is not an attorney but is approved by federal regulation to represent individuals before the Board of Immigration Appeals, the Immigration Courts, and/or the Department of Homeland Security. 8 C.F.R. § 1292.1(a)(4).

in appointment.

14.    After Mr. Stringer buzzed the door to talk to an ICE agent, he was told by another attorney waiting that ICE wasn't allowing attorneys/accredited representatives into B-18 because ICE said they were "at capacity." However, Mr. Stringer was told that there were only four attorneys inside.

15.    About 25 minutes later, an officer opened the door, shouted "MAKE ROOM!", and ushered out four attorneys from inside, who complained that they were closing B-18 access until tomorrow at 8:00 am because "ICE had declared the outside protests an unlawful gathering." The attorneys stated that they had sat in the waiting room for hours and had not been able to speak to more than one single detainee.

**On June 7, 2025, CHIRLA Attorneys and Representatives Were Again Denied Access to Detained Immigrants at B-18 by Federal Law Enforcement Officers**

16.    On the morning of June 7, 2025, at 8:00 am, I joined CHIRLA's Director of Legal Services Karla Aguayo, Staff Attorney Nicolas Thomson-Lleras, Senior Staff Counsel Chris Duran, and two of CHIRLA's Fully Accredited Representatives, Alexis Hernandez and Boden Samuel Stringer, at the loading ramp behind the Los Angeles Federal Building at 300 North Los Angeles Street, Los Angeles, CA 90012, as directed by ICE officials the previous day.

17.    When we arrived at B-18, we found the following words scribbled on a blank piece of paper that was taped to B-18's metal door: "ATTY./FAMILY // VISIT // TEMPORARY CANCELLED TODAY // THANK YOU."

18.    Members of Congress, including U.S. Representative Jimmy Gomez, were also at B-18 that morning. They were also restricted from obtaining oversight access to the facility.[2]

19.    At about 10:30 am, Hernandez, Stringer, and a few other individuals

[2] "Southern California Democrats say they were denied entry to a federal detention center in downtown LA," *Los Angeles Daily News* (June 9, 2025), https://www.dailynews.com/2025/06/07/southern-california-democrats-say-they-were-denied-entry-to-a-federal-detention-center-in-downtown-la/.

attempted to communicate with a group of detainees who were being walked through the B-18 garage to the van loading area. They tried to inform them of their rights by shouting "no firme nada sin un abogado;" "si tiene miedo de regresar a su pais, pida entrevista de miedo creible" ("don't sign anything without a lawyer;" "if you're afraid to return to your country, ask for a credible fear interview"). Federal agents began honking their car horns whenever we attempted to inform detainees of their rights, in order to drown out their voices and prevent the detainees from hearing them. Several unmarked vans were also parked inside the garage in such a way as to obstruct the view through the garage gates of detainees being walked through and loaded into vehicles.

20.    At about 11:30 am, federal agents sprayed an unknown chemical irritant in the area where a group of 15 of us (legal representatives, congressional representatives, several members of CHIRLA, media, and family members of detainees) were standing while the detainees were being loaded into unmarked vans. This appeared to be another tactic to prevent detainees from hearing their rights. The irritant caused the group of about 15 people to begin coughing and have trouble breathing.

21.    The unknown chemical irritant that the officers sprayed made it difficult for us to speak loudly and inform the detainees of their rights.

22.    Masks and napkins were passed around the group, which made it easier for us to breathe and speak, and we again began shouting to detainees about their rights.

23.    One day after being sprayed by the irritant, Mr. Stringer began experiencing flu-like symptoms. Over two weeks later, Mr. Stringer continues to experience some residual symptoms, including body aches and feeling feverish.

**Since June 6, 2025, CHIRLA Members are Unable to Conduct Daily Activities in Los Angeles Because They Fear Unlawful Arrest and Forced Disappearance**

24.    Since approximately June 6, 2025, federal immigration authorities have been arresting and detaining predominately Latino people at Home Depots, at carwashes, and

on public sidewalks.[3] CHIRLA's membership consists of predominately Latino people, many of whom are day laborers who wait outside Home Depots, carwash workers, and street vendors who sell their products on public sidewalks.

25.    Because immigration authorities are targeting places where CHIRLA members frequent, CHIRLA members are experiencing significant levels of fear over the possibility of being grabbed and snatched in immigration raids in public areas based on racial profiling. One CHIRLA member, who is a US citizen, has a brother who was detained by federal immigration agents. Based on what he has heard about the ongoing immigration raids via posts and live streams on social media, via the news, and by word of mouth from members of his local community, he worries that as a visibly Latino man, he could be detained by immigration agents on this basis alone despite his status. He thought about carrying his U.S. passport with him everywhere he goes but decided against it because he believes that as an American, he should not have to live like that in his own country.

26.    He describes himself as on constant alert any time he leaves the house, always thinking about the possibility of being detained, particularly when he goes to Hispanic grocery stores and gas stations in neighborhoods with large Latino populations, but also when he goes to his children's school to drop them off and pick them up, when he's with his family in the parking lot at Disneyland, and even at Costco—all places he used to visit regularly without fear.

27.    A second CHIRLA member, who has a work permit, began hearing about the raids shortly after they started. News of the raids caused him to change his entire routine. He feared he would be detained by immigration agents because of his Latino appearance. He stopped going to supermarkets, to malls, and to places frequented by Latinos. He also stopped eating out at restaurants, which he used to do twice a week. His fears increased on

---

[3] "'Scared to be brown': California residents fearful amid immigration raids," *Los Angeles Times* (June 25, 2025), https://www.latimes.com/california/story/2025-06-25/california-residents-fearful-amid-immigration-raids-youre-scared-to-be-brown.

June 24, 2025, when he saw immigration agents detain a tamale vendor in Downtown Los Angeles. Without asking the tamale vendor any questions, the agents jumped out of a van, rushed up to him, surrounded him, and handled him violently, though he made no effort to resist or run. This member also observed immigration agents beat a woman on this same occasion. Since then, he has further restricted his activities, avoiding walking in public and driving whenever possible.

28.    A third CHIRLA member, who is a single mother, has great fear of being detained after seeing social media posts depicting immigration agents in Los Angeles detaining people without asking them any questions, and without seemingly knowing anything about them beyond that they appear to be Latino, and detaining them based on an assumption that they lack legal status, an assumption which, in many cases, the agents seem to make no effort to verify. After seeing immigration agents at the bus stop, she stopped taking the bus to work and instead began to take Ubers, a significant expense for her as a single mother. About a week later, as she was going to work in an Uber, she saw immigration agents hovering around the bus stop she would wait at on the way to work. She is very fearful that immigration agents will detain her. She reports experiencing significant trauma, anxiety, and depression as a result of living in this environment of uncertainty and fear.

29.    A fourth CHIRLA member, who has a pending application for permanent residence status, is very fearful of being detained because he is Latino. He has lived in the United States for 25 years. He is in a group chat with his daughter and various neighbors. Those in the group who have valid immigration status are able to come and go from their homes, and they share reports, photos, and videos of what they observe out in public to the group. He understands that immigration agents are targeting Latino people based on their race. Even if a Latino person is not driving poorly or otherwise breaking laws, they are likely to be targeted. Given his skin color and the way he dresses, he feels it is highly likely he will be racially profiled and detained. He has also personally witnessed immigration agents in his San Bernardino neighborhood twice, though he says that he did not see them

detain anyone because most residents in his heavily Latino neighborhood were staying off the streets, like he is. Due to his fear of being detained and deported, he has cut back his work schedule to four days a week and took off the entire week of June 23 in order to avoid being detained. He feels a great deal of stress over having to cut back his work schedule, and he feels like a prisoner in his own home, unable to leave lest he be detained on the street.

30.    A fifth CHIRLA member, who is undocumented but applied for permanent residency through one of her children, is extremely fearful of being deported. She heard that her neighborhood is frequently crawling with immigration agents. Based on what she has heard, she believes that her skin color and her visibly Latino appearance would make her a target of these agents. Once, in June 2025, she saw them herself as she was going to buy water, and she hid from them. It was a terrifying experience. She has now almost entirely stopped leaving the house, even when she runs out of household essentials such as food items, because she feels it is not worth the risk. Instead of buying these items herself, she waits for her adult daughter to buy them and bring them by—if and when her daughter has time. Her children urge her not to leave the house for her own safety. She also withdrew her six-year-old son from summer school two weeks into the summer session, despite him needing to take the classes, because she is afraid of being detained at or near the school when picking him up or dropping him off. She fears being detained and deported because she would find it unbearable to live far away from her children in the U.S. She feels it is deeply unfair that her family could be permanently separated for what she believes are racial reasons.

31.    These examples are not exclusive to our members and clients. In my many years with CHIRLA, I have not witnessed anything like what is now taking place throughout our communities whereby detentions and arrests are taking place by no more than Latino appearance and locations targeted. As I discuss below, because reasonable access to detainees has been systematically denied at B-18, it is impossible to identify the exact number of CHIRLA members and clients arrested and detained, but it is reasonable

8

to assume that the number is not insignificant. We need immediate assistance from the court in order to expeditiously determine how many of our members have been arrested and detained, identify such individuals, and ensure that their rights are respected.

**Since June 6, 2025, CHIRLA Attorneys and Representatives Have Not Been Able to Gain Access to B-18 to Determine the Locations of Any CHIRLA Members Taken, Detained, and Disappeared**

32.    Since June 6, 2025, prospective CHIRLA clients and members have been taken to B-18 and held there. The scale and scope of arrests of community members in Los Angeles and surrounding communities is unprecedented. Detainees' constitutional rights are being violated, and then detainees are disappeared.

33.    To date, access to detainees at B-18 has been sporadic and ineffective. CHIRLA attorneys, representatives, and members are not given adequate information to locate clients and family members. CHIRLA attorneys and representatives have not been able to provide legal advice or representation to detainees at B-18 to assess (1) how many CHIRLA members are being held at B-18 and (2) how CHIRLA members' constitutional rights were and are continuing to be violated.

34.    The length of a detainee's stay at B-18 varies and seems dependent on the government's capacity to process detainees, availability of transport to other processing centers, and capacity at other detention centers. As recently as June 26, 2025, CHIRLA attorneys were informed by community members that detainees are being held for 4-5 days at B-18.

35.    The immigration raids, mass arrests, and barriers at B-18 have put a tremendous burden on CHIRLA staff. Our day-to-day operations have been completely interrupted as we attempt to address clients' and members' fears, while also trying to assess and repair the damage federal immigration authorities have caused by ripping our communities apart.

36.    It is apparent that to shield the standardless stops and warrantless arrests from public and judicial scrutiny, federal agents moved quickly and systematically to put

9

CHIRLA members and prospective clients into B-18 where family and counsel could not interview them to ascertain necessary facts and representation. The doors of B-18 must be opened so CHIRLA and other counsel can assess the safety and wellbeing of our members and communities.

I declare under penalty of perjury that the foregoing is true and correct.

Los Angeles, CA

Dated: July 1, 2025

By: _____

Angelica Salas

10