# IN THE UNITED STATES DISTRICT COURT
## FOR THE CENTRAL DISTRICT OF CALIFORNIA

Pedro VASQUEZ PERDOMO, *et al.*

    Plaintiffs,

    v.

Kristi NOEM, in her official capacity as Secretary, Department of Homeland Security, *et al.*

    Defendants.

Case No.: 2:25-cv-05605-MEMF-SP

**DECLARATION OF MARTHA VASQUEZ**

Hon. Maame Ewusi-Mensah Frimpong

I, Martha Vasquez, declare under penalty of perjury that the following statement is true and correct pursuant to 28 U.S.C. § 1746.

1.    My name is Martha Vasquez, I am 38, and I reside in Los Angeles.

2.    On June 23, 2025, my family friend, AG, age 40, was stopped, detained, and arrested by federal agents as he was parked outside of a Home Depot in the Marina Del Rey/Playa Vista area. He has been in the United States for 20 years. He does construction and demolition work.

3.    He has not applied for any type of status and has no removal order in his name. There is no reason he would be known to the federal agents.

4.    I was told by AG that the agents that confronted him were wearing masks, armed with visible guns, never identified themselves, and did not have badges. They also did not have a warrant. They arrested AG and a worker that was in his vehicle with him.

5.    We had no idea where AG was taken after his arrest. We tried for a day to locate him by using the online detainee locator, but we were unsuccessful. I emailed an ICE Field Office to ask where AG was detained, but did not receive a response. We called different numbers, and finally thought to look for him at the B-18 facility in Downtown LA as we had heard arrested individuals were being taken there.

6.    On June 24, 2025, I went to B-18 to try and visit AG. I waited in line for several hours with many other people and was given the run around by different agents

through the intercom at the facility door. They would not tell me if AG was there or not, and would say "hold on, we'll let you know if you can come in or not," but would not get back to me. They mentioned that they could not tell me who exactly was there since there were so many detainees. One of the agents said they were also backed up because they have had several medical emergencies inside the center. I was finally able to see AG for only two minutes after I said I had a G-28 form that his lawyer needed him to sign.

7.    When I went inside the center, the first thing I noticed was that the officer had put black tape over his name on his uniform, and I was unable to see what his name was. I then waited inside for some time and was finally able to go to the window. When I was finally able to see AG, they brought out another detainee that was not him.

8.    Eventually I was able to see AG. He looked sad, concerned, dirty, scared, and very tired. He had on the same clothes from when he was arrested, more than 24 hours before.

9.    We are very concerned about AG's health and safety. AG is the breadwinner of the family and has a wife and four children who depend on him.

I declare under penalty of perjury that the foregoing is true and correct.


Los Angeles, CA

Dated: June 30, 2025

By: _____

Martha Vasquez

2