# EXHIBIT 1

Case 2:25-cv-05605-MEMF-SP   Document 45-1   Filed 07/03/25   Page 1 of 8   Page ID #:403

1  STACY TOLCHIN (SBN 217431)
   stacy@tolchinimmigration.com
2  LAW OFFICES OF STACY TOLCHIN
   776 E. Green St., Suite 210
3  Pasadena, CA 91101
   Telephone: (213) 622-7450
4  Facsimile:  (213) 622-7233

5  MOHAMMAD TAJSAR (SBN 280152)
   mtajsar@aclusocal.org
6  MAYRA JOACHIN (SBN 306065)
   mjoachin@aclusocal.org
7  EVA BITRAN (SBN 302081)
   ebitran@aclusocal.org
8  DAE KEUN KWON (SBN 313155)          MARK ROSENBAUM (SBN 59940)
   akwon@aclusocal.org                 mrosenbaum@publiccounsel.org
9  OLIVER MA (SBN 354266)              REBECCA BROWN (SBN 345805)
   oma@aclusocal.org                   rbrown@publiccounsel.org
10 STEPHANIE PADILLA (SBN 321568)      SOPHIA WRENCH (SBN 354416)
   spadilla@aclusocal.org              swrench@publiccounsel.org
11 DIANA SANCHEZ (SBN 338871)          RITU MAHAJAN (SBN 252970)
   dianasanchez@aclusocal.org          rmahajan@publiccounsel.org
12 ACLU FOUNDATION OF                  GINA AMATO (SBN 215519)
   SOUTHERN CALIFORNIA                 gamato@publiccounsel.org
13 1313 West Eighth Street             PUBLIC COUNSEL
   Los Angeles, CA 90017-4022          610 South Ardmore Avenue
14 Telephone: (213) 977-5232           Los Angeles, CA 90005
   Facsimile: (213) 201-7878           Telephone: (213) 385-2977
15
   *Counsel for Stop/Arrest Plaintiffs*    *Counsel for All Plaintiffs*
16 (*additional counsel information on cont. page*)
17

## UNITED STATES DISTRICT COURT

## FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| Pedro VASQUEZ PERDOMO; Carlos Alexander OSORTO; and Isaac VILLEGAS MOLINA; Jorge HERNANDEZ VIRAMONTES; Jason Brian GAVIDIA; LOS ANGELES WORKER CENTER NETWORK; UNITED FARM WORKERS; COALITION FOR HUMANE IMMIGRANT RIGHTS; IMMIGRANT DEFENDERS LAW CENTER, <br><br> Plaintiffs, <br><br> v. <br><br> Kristi NOEM, in her official capacity as Secretary, Department of Homeland | Case No.: 2:25-cv-05605-MEMF-SP <br><br> Hon. Maame Ewusi-Mensah Frimpong <br><br> **DECLARATION OF PEDRO VASQUEZ PERDOMO IN SUPPORT OF PLAINTIFFS' MOTION FOR TEMPORARY RESTRAINING ORDER** |

| | |
|---|---|
| 1 | Security; Todd M. LYONS, in his official capacity as Acting Director, U.S. |
| 2 | Immigration and Customs Enforcement; Rodney S. SCOTT, in his official |
| 3 | capacity as Commissioner, U.S. Customs and Border Patrol; Michael W. BANKS, |
| 4 | in his official capacity as Chief of U.S. Border Patrol; Kash PATEL, in his |
| 5 | official capacity as Director, Federal Bureau of Investigation; Pam BONDI, in |
| 6 | her official capacity as U.S. Attorney General; Ernesto SANTACRUZ JR., in |
| 7 | his official capacity as Acting Field Office Director for Los Angeles, U.S. |
| 8 | Immigration and Customs Enforcement; Eddy WANG, Special Agent in Charge |
| 9 | for Los Angeles, Homeland Security Investigations, U.S. Immigration and |
| 10 | Customs Enforcement; Gregory K. BOVINO, in his official capacity as Chief |
| 11 | Patrol Agent for El Centro Sector of the U.S. Border Patrol; Jeffrey D. |
| 12 | STALNAKER, in his official capacity as Acting Chief Patrol Agent, San Diego |
| 13 | Sector of the U.S. Border Patrol; Akil DAVIS, in his official capacity as |
| 14 | Assistant Director in Charge, Los Angeles Office, Federal Bureau of |
| 15 | Investigation; Bilal A. ESSAYLI, in his official capacity as U.S. Attorney for the |
| 16 | Central District of California, |
| 17 | Defendants. |

-2-

ANNE LAI (SBN 295394)
alai@law.uci.edu
UC IRVINE SCHOOL OF LAW
IMMIGRANT AND RACIAL JUSTICE
SOLIDARITY CLINIC
P.O. Box 5479
Irvine, CA 92616-5479
Telephone: (949) 824-9894
Facsimile: (949) 824-2747

*Counsel for Stop/Arrest Plaintiffs*

LAUREN MICHEL WILFONG*
lwilfong@ndlon.org
NATIONAL DAY LABORER
ORGANIZING NETWORK
1030 S. Arroyo Parkway, Suite 106
Pasadena, CA 91105
Telephone: (626) 214-5689

*Counsel for Stop/Arrest Plaintiffs*

BREE BERNWANGER (SBN 331731)
bbernwanger@aclunc.org
AMERICAN CIVIL LIBERTIES
UNION FOUNDATION OF
NORTHERN CALIFORNIA
39 Drumm Street
San Francisco, CA 94111
Telephone: (415) 621-2493

*Counsel for Stop/Arrest Plaintiffs*

BRISA VELAZQUEZ OATIS
(SBN 339132)
bvoatis@aclu-sdic.org
ACLU FOUNDATION OF
SAN DIEGO & IMPERIAL
COUNTIES
P.O. Box 87131
San Diego, CA 92138-7131
Telephone: (619) 398-4199

*Counsel for Stop/Arrest Plaintiffs*

MATTHEW J. CRAIG (SBN 350030)
mcraig@heckerfink.com
MACK E. JENKINS (SBN 242101)
mjenkins@heckerfink.com
HECKER FINK LLP
1150 South Olive Street, Suite 10-140
Los Angeles, CA 90015
Telephone: (212) 763-0883
Facsimile: (212) 564-0883

*Counsel for Access/Conditions Plaintiffs*

EDGAR AGUILASOCHO
(SBN 285567)
eaguilasocho@farmworkerlaw.com
MARTINEZ AGUILASOCHO LAW, INC.
900 Truxtun Ave Suite 300
Bakersfield, CA 93301
Telephone: (661) 859-1174

*Counsel for Plaintiff United Farm Workers*

CARL BERGQUIST*
cbergquist@chirla.org
COALITION FOR HUMANE
IMMIGRANT RIGHTS
2351 Hempstead Road
Ottawa Hills, OH 43606
Telephone: (310) 279-6025

*Counsel for Plaintiff Coalition for Humane Immigrant Rights*

ALVARO M. HUERTA (SBN 274787)
ahuerta@immdef.org
BRYNNA BOLT (SBN 339378)
bbolt@immdef.org
ALISON STEFFEL (SBN 346370)
asteffel@immdef.org
IMMIGRANT DEFENDERS LAW
CENTER
634 S. Spring St., 10th Floor
Los Angeles, CA 90014
Telephone: (213) 634-0999

*Counsel for Plaintiff Immigrant Defenders Law Center*

\* Pro hac vice application forthcoming

# DECLARATION OF PEDRO VASQUEZ PERDOMO

I, Pedro Vasquez Perdomo, declare the following based on my personal knowledge:

1. I make this declaration from my personal knowledge and if called to testify to these facts could and would do so competently.

2. My full name is Pedro Vasquez Perdomo. I am 54 years old. I am of Latino ethnicity.

3. I have lived in Pasadena for decades, since I was a young man. I work as a day laborer in construction, building homes all around Los Angeles. I have diabetes that I work with my doctor to manage.

4. On June 18, 2025 I arrived at the Metro stop near the corner of Orange Grove Boulevard and Los Robles Avenue at 5:30am. I sat on a bench and waited with several of my co-workers to be picked up for a construction job. We were waiting for our ride and having some coffee.

5. Suddenly, four cars pulled up. One crossed in front of us and stopped to our right. The others stopped to our left. They were large and black with tinted windows. They had no markings on them. I started to say that the cars looked weird, but then the doors opened and men in masks with guns started running toward us. They were wearing regular clothes, they had no visible badges and they did not identify themselves. I thought it was probably immigration, but no one identified themselves.

6. I was afraid. It felt like a kidnapping. I tried to move away but I was immediately surrounded by several men with guns. They grabbed me and put my hands behind my back and I was quickly handcuffed. After I was handcuffed, one of the men asked for identification. I said in English "I have the right to remain silent."

7. The men put me into a car, still handcuffed. They drove a few blocks to a nearby CVS parking lot. They took me out of the car and asked if I had any identification. I pointed to my pocket and they started to go through my pockets. They pulled out my wallet and found my expired foreign consular ID. Though I was already handcuffed, they

2

put chains on me: on my feet, waist and hands. It made me feel horrible, like I wasn't human. I was in shock. I was never told why I was being arrested and the officers never said where they were from. I was never informed that there was any warrant for my arrest.

8. They put us back in the cars and drove me to a detention center in Los Angeles. They took my fingerprints and photo. Then they put me in a room with 52 other people. It was very crowded and cold. They gave us very little to eat and drink. There were no beds or mattresses. We had to sleep on the floor, if we could manage to sleep at all. There were two toilets in the room but only one was working. The floor surrounding the toilet was covered in urine. There was no way to use the bathroom without ruining the makeshift paper shoes they made us wear. I was lucky because I was only there 1.5 days. I met people who had been there for three days and counting.

9. I was then moved to Adelanto, where I am currently detained. I was shackled again at my waist, feet and hands when they moved me.

10. Since I was detained I have felt increasingly ill. The food and drinks they provide are not healthy. They give very little food, and it comes at random times. I take daily medication to manage my diabetes, but it was disrupted when I was detained. I have been unable to manage my blood sugar levels. I did not receive a doctor visit until my sixth day in detention.

11. I have felt sad and desperate and depressed during this whole process. I think that I was arrested that day at the bus stop because of how I look. I was sitting with other workers and we all look Hispanic and were wearing construction work clothes. If I am released from detention, I believe immigration may stop me again for the same reasons.

I declare under penalty of perjury of the laws of the State of California and the United States that the foregoing is true and correct. Executed at Adelanto, California on June 27, 2025.

Pedro Vasquez Perdomo

Certificate of Interpretation

I, Mariano Barrera, am competent to interpret between the English and Spanish languages. I certify that I read the attached "DECLARATION OF PEDRO VASQUEZ PERDOMO IN SUPPORT OF PLAINTIFFS' COMPLAINT, AND MOTION FOR TEMPORARY RESTRAINING ORDER" to Pedro Vasquez Perdomo in the Spanish language and that he understood it and agreed that it was true and accurate before signing. I certify that my interpretation of the attached document was true and accurate to the best of my abilities.

_____
Signature of interpreter
Mariano Barrera
Law Offices of Stacy Tolchin
776 E. Green St. Ste 210
Pasadena, CA 91101
(213)622-7450

06/27/2025
Date