# EXHIBIT 2

1  STACY TOLCHIN (SBN 217431)
   *stacy@tolchinimmigration.com*
2  LAW OFFICES OF STACY TOLCHIN
   776 E. Green St., Suite 210
3  Pasadena, CA 91101
   Telephone: (213) 622-7450
4  Facsimile:  (213) 622-7233

5  MOHAMMAD TAJSAR (SBN 280152)
   *mtajsar@aclusocal.org*
6  MAYRA JOACHIN (SBN 306065)
   *mjoachin@aclusocal.org*
7  EVA BITRAN (SBN 302081)
   *ebitran@aclusocal.org*
8  DAE KEUN KWON (SBN 313155)       MARK ROSENBAUM (SBN 59940)
   *akwon@aclusocal.org*            *mrosenbaum@publiccounsel.org*
9  OLIVER MA (SBN 354266)           REBECCA BROWN (SBN 345805)
   *oma@aclusocal.org*              *rbrown@publiccounsel.org*
10 STEPHANIE PADILLA (SBN 321568)   SOPHIA WRENCH (SBN 354416)
   *spadilla@aclusocal.org*         *swrench@publiccounsel.org*
11 DIANA SANCHEZ (SBN 338871)       RITU MAHAJAN (SBN 252970)
   *dianasanchez@aclusocal.org*     *rmahajan@publiccounsel.org*
12 ACLU FOUNDATION OF               GINA AMATO (SBN 215519)
   SOUTHERN CALIFORNIA              *gamato@publiccounsel.org*
13 1313 West Eighth Street          PUBLIC COUNSEL
   Los Angeles, CA 90017-4022       610 South Ardmore Avenue
14 Telephone: (213) 977-5232        Los Angeles, CA 90005
   Facsimile: (213) 201-7878        Telephone: (213) 385-2977
15
   *Counsel for Stop/Arrest Plaintiffs*     *Counsel for All Plaintiffs*
16 (*additional counsel information on cont. page*)
17

18              **UNITED STATES DISTRICT COURT**

19          **FOR THE CENTRAL DISTRICT OF CALIFORNIA**

20 Pedro VASQUEZ PERDOMO; Carlos          Case No.: 2:25-cv-05605-MEMF-SP
   Alexander OSORTO; and Isaac
21 VILLEGAS MOLINA; Jorge
   HERNANDEZ VIRAMONTES; Jason
22 Brian GAVIDIA; LOS ANGELES            Hon. Maame Ewusi-Mensah
   WORKER CENTER NETWORK;                Frimpong
23 UNITED FARM WORKERS;
   COALITION FOR HUMANE                  **DECLARATION OF CARLOS**
24 IMMIGRANT RIGHTS; IMMIGRANT           **ALEXANDER OSORTO IN**
   DEFENDERS LAW CENTER,                 **SUPPORT OF PLAINTIFFS'**
25                                       **MOTION FOR TEMPORARY**
       Plaintiffs,                       **RESTRAINING ORDER**
26
     v.
27
   Kristi NOEM, in her official capacity as
28 Secretary, Department of Homeland

-1-

| | |
|---|---|
| 1 | Security; Todd M. LYONS, in his official capacity as Acting Director, U.S. |
| 2 | Immigration and Customs Enforcement; Rodney S. SCOTT, in his official |
| 3 | capacity as Commissioner, U.S. Customs and Border Patrol; Michael W. BANKS, |
| 4 | in his official capacity as Chief of U.S. Border Patrol; Kash PATEL, in his |
| 5 | official capacity as Director, Federal Bureau of Investigation; Pam BONDI, in |
| 6 | her official capacity as U.S. Attorney General; Ernesto SANTACRUZ JR., in |
| 7 | his official capacity as Acting Field Office Director for Los Angeles, U.S. |
| 8 | Immigration and Customs Enforcement; Eddy WANG, Special Agent in Charge |
| 9 | for Los Angeles, Homeland Security Investigations, U.S. Immigration and |
| 10 | Customs Enforcement; Gregory K. BOVINO, in his official capacity as Chief |
| 11 | Patrol Agent for El Centro Sector of the U.S. Border Patrol; Jeffrey D. |
| 12 | STALNAKER, in his official capacity as Acting Chief Patrol Agent, San Diego |
| 13 | Sector of the U.S. Border Patrol; Akil DAVIS, in his official capacity as |
| 14 | Assistant Director in Charge, Los Angeles Office, Federal Bureau of |
| 15 | Investigation; Bilal A. ESSAYLI, in his official capacity as U.S. Attorney for the |
| 16 | Central District of California, |
| 17 | Defendants. |

| | |
|---|---|
| ANNE LAI (SBN 295394)<br>alai@law.uci.edu<br>UC IRVINE SCHOOL OF LAW<br>IMMIGRANT AND RACIAL JUSTICE<br>SOLIDARITY CLINIC<br>P.O. Box 5479<br>Irvine, CA 92616-5479<br>Telephone: (949) 824-9894<br>Facsimile: (949) 824-2747<br><br>*Counsel for Stop/Arrest Plaintiffs* | MATTHEW J. CRAIG (SBN 350030)<br>mcraig@heckerfink.com<br>MACK E. JENKINS (SBN 242101)<br>mjenkins@heckerfink.com<br>HECKER FINK LLP<br>1150 South Olive Street, Suite 10-140<br>Los Angeles, CA 90015<br>Telephone: (212) 763-0883<br>Facsimile: (212) 564-0883<br><br>*Counsel for Access/Conditions Plaintiffs* |
| LAUREN MICHEL WILFONG*<br>lwilfong@ndlon.org<br>NATIONAL DAY LABORER ORGANIZING NETWORK<br>1030 S. Arroyo Parkway, Suite 106<br>Pasadena, CA 91105<br>Telephone: (626) 214-5689<br><br>*Counsel for Stop/Arrest Plaintiffs* | EDGAR AGUILASOCHO (SBN 285567)<br>eaguilasocho@farmworkerlaw.com<br>MARTINEZ AGUILASOCHO LAW, INC.<br>900 Truxtun Ave Suite 300<br>Bakersfield, CA 93301<br>Telephone: (661) 859-1174<br><br>*Counsel for Plaintiff United Farm Workers* |
| BREE BERNWANGER (SBN 331731)<br>bbernwanger@aclunc.org<br>AMERICAN CIVIL LIBERTIES UNION FOUNDATION OF NORTHERN CALIFORNIA<br>39 Drumm Street<br>San Francisco, CA 94111<br>Telephone: (415) 621-2493<br><br>*Counsel for Stop/Arrest Plaintiffs* | CARL BERGQUIST*<br>cbergquist@chirla.org<br>COALITION FOR HUMANE IMMIGRANT RIGHTS<br>2351 Hempstead Road<br>Ottawa Hills, OH 43606<br>Telephone: (310) 279-6025<br><br>*Counsel for Plaintiff Coalition for Humane Immigrant Rights* |
| BRISA VELAZQUEZ OATIS (SBN 339132)<br>bvoatis@aclu-sdic.org<br>ACLU FOUNDATION OF SAN DIEGO & IMPERIAL COUNTIES<br>P.O. Box 87131<br>San Diego, CA 92138-7131<br>Telephone: (619) 398-4199<br><br>*Counsel for Stop/Arrest Plaintiffs* | ALVARO M. HUERTA (SBN 274787)<br>ahuerta@immdef.org<br>BRYNNA BOLT (SBN 339378)<br>bbolt@immdef.org<br>ALISON STEFFEL (SBN 346370)<br>asteffel@immdef.org<br>IMMIGRANT DEFENDERS LAW CENTER<br>634 S. Spring St., 10th Floor<br>Los Angeles, CA 90014<br>Telephone: (213) 634-0999<br><br>*Counsel for Plaintiff Immigrant Defenders Law Center*<br><br>* Pro hac vice application forthcoming |

# DECLARATION OF CARLOS ALEXANDER OSORTO

I, Carlos Alexander Osorto, declare the following based on my personal knowledge:

1. I make this declaration from my personal knowledge and if called to testify to these facts I could and would do so competently.

2. My name is Carlos Alexander Osorto. I am 50 years old. I am Hispanic.

3. I have lived in Pasadena, California for about 14 years. I am a day laborer. I work in construction. I have built homes all over Los Angeles. I am a proud grandfather to seven U.S. citizen grandchildren, ages 2-13, including two step-grandchildren.

4. On June 18, 2025 around 5:50 A.M., I was sitting on a bench at the Metro stop in front of Winchell's Donuts near the corner of Orange Grove Boulevard and Los Robles Avenue in Pasadena, CA waiting to be picked up for a construction job. I was with a few co-workers. We were drinking coffee and things were calm.

5. Suddenly, my coworker said to me, "those cars seem strange." I looked up and saw four unmarked, regular sedans with tinted windows and no license plates had pulled up in front of and surrounding us. They came up quickly and really scared me. At that moment, the car doors swung open and at least four men in masks and civilian clothes with guns strapped to their legs started running at us. One of the men had a large gun. They did not identify themselves; they just started running. None of them had visible badges, just a vest.

6. I was terrified. I didn't know who the men were and I was afraid they would hurt me. It felt like mercenaries, like a kidnapping. For weeks, I had seen videos and heard stories of these things happening all around Los Angeles. I had also heard that the masked people taking people away weren't even government agents, but bounty hunters. I got up and tried to run. I heard the men yelling "stop!" but they still did not identify themselves as immigration or any type of law enforcement officers. Soon, one of the men caught up to me. He pointed what looked like a gun, but I think it was a taser, over my heart and yelled "stop or I'll use it!" I stopped immediately. He handcuffed me without

asking any questions, or identifying himself, and took me back to the bench. My coworkers were already in handcuffs when I got back.

7. We were each put in a different car. The men drove us two blocks over to a CVS parking lot, which was empty at that time. They removed us from the cars. All of the officers had guns and tasers strapped to their legs. One had a big gun, like you would have in war, and he held it in front of his chest. It was very intimidating.

8. One of the men asked me if I had papers. I said no. This was the first time I was asked for my immigration papers. I was already handcuffed, but they chained me in three places: my feet, my waist, and my wrists. Then they put me back in the car and drove me to a jail. I was never informed that there was any warrant for my arrest.

9. When we arrived at the jail, the men who arrested us put on their jackets and uniform that said police. Officers took my fingerprints and photo. They asked me lots of questions and got mad when I did not want to answer.

10. The jail was already really full. Some people had been there for days. The officers kept yelling "No water! No food! No medicine!" when people would ask for help. I was held there for two days and then they moved us. I was shackled again at my feet, waist and wrists and moved to Adelanto, where I am currently detained.

11. At Adelanto I am held in a cell with three other men. There is one toilet in the room that we have to share with no privacy. I am afraid for my safety here. I saw a man fall and hit his head. We told the officers, but they told us just to leave him there and that he did not need medical care. Another man was banging his head against the wall repeatedly because he was in so much pain from a toothache, but the officers said there was nothing they could do about it.

12. The doctor who screened me told me I have dangerously high blood pressure. I have never had high blood pressure before, I think it is the stress from this whole situation. I have been scared and sad and overwhelmed by the arrest and my detention.

13. I think I was targeted for arrest because I am Latino and because I was in my construction clothes. I am afraid that I am likely to be arrested again for the same reason.

I declare under penalty of perjury of the laws of the State of California and the United States that the foregoing is true and correct. Executed at Adelanto, California on June 27, 2025.

*[signature]*

Carlos Alexander Osorto

## CERTIFICATE OF INTERPRETATION

I, Mariano Barrera, am competent to interpret between the English and Spanish languages. I certify that I read the attached "DECLARATION OF CARLOS ALEXANDER OSORTO IN SUPPORT OF PLAINTIFFS' COMPLAINT, AND MOTION FOR TEMPORARY RESTRAINING ORDER" to Carlos Alexander Osorto in the Spanish language and that he understood it and agreed that it was true and accurate before signing. I certify that my interpretation of the attached document was true and accurate to the best of my abilities.

_____      06/27/2025
Signature of interpreter                                Date
Mariano Barrera
Law Offices of Stacy Tolchin
776 E. Green St. Ste 210
Pasadena, CA 91101
(213)622-7450