# EXHIBIT 3

STACY TOLCHIN (SBN 217431)
stacy@tolchinimmigration.com
LAW OFFICES OF STACY TOLCHIN
776 E. Green St., Suite 210
Pasadena, CA 91101
Telephone: (213) 622-7450
Facsimile: (213) 622-7233

MOHAMMAD TAJSAR (SBN 280152)
mtajsar@aclusocal.org
MAYRA JOACHIN (SBN 306065)
mjoachin@aclusocal.org
EVA BITRAN (SBN 302081)
ebitran@aclusocal.org
DAE KEUN KWON (SBN 313155)
akwon@aclusocal.org
OLIVER MA (SBN 354266)
oma@aclusocal.org
STEPHANIE PADILLA (SBN 321568)
spadilla@aclusocal.org
DIANA SANCHEZ (SBN 338871)
dianasanchez@aclusocal.org
ACLU FOUNDATION OF
SOUTHERN CALIFORNIA
1313 West Eighth Street
Los Angeles, CA 90017-4022
Telephone: (213) 977-5232
Facsimile: (213) 201-7878

*Counsel for Stop/Arrest Plaintiffs*
(*additional counsel information on cont. page*)

MARK ROSENBAUM (SBN 59940)
mrosenbaum@publiccounsel.org
REBECCA BROWN (SBN 345805)
rbrown@publiccounsel.org
SOPHIA WRENCH (SBN 354416)
swrench@publiccounsel.org
RITU MAHAJAN (SBN 252970)
rmahajan@publiccounsel.org
GINA AMATO (SBN 215519)
gamato@publiccounsel.org
PUBLIC COUNSEL
610 South Ardmore Avenue
Los Angeles, CA 90005
Telephone: (213) 385-2977

*Counsel for All Plaintiffs*

**UNITED STATES DISTRICT COURT**

**FOR THE CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| Pedro VASQUEZ PERDOMO; Carlos Alexander OSORTO; and Isaac VILLEGAS MOLINA; Jorge HERNANDEZ VIRAMONTES; Jason Brian GAVIDIA; LOS ANGELES WORKER CENTER NETWORK; UNITED FARM WORKERS; COALITION FOR HUMANE IMMIGRANT RIGHTS; IMMIGRANT DEFENDERS LAW CENTER, <br><br> Plaintiffs, <br><br> v. <br><br> Kristi NOEM, in her official capacity as Secretary, Department of Homeland | Case No.: 2:25-cv-05605-MEMF-SP <br><br> Hon. Maame Ewusi-Mensah Frimpong <br><br> **DECLARATION OF ISACC ANTONIO VILLEGAS MOLINA IN SUPPORT OF PLAINTIFFS' MOTION FOR TEMPORARY RESTRAINING ORDER** |

| | |
|---|---|
| 1 | Security; Todd M. LYONS, in his official capacity as Acting Director, U.S. |
| 2 | Immigration and Customs Enforcement; Rodney S. SCOTT, in his official |
| 3 | capacity as Commissioner, U.S. Customs and Border Patrol; Michael W. BANKS, |
| 4 | in his official capacity as Chief of U.S. Border Patrol; Kash PATEL, in his |
| 5 | official capacity as Director, Federal Bureau of Investigation; Pam BONDI, in |
| 6 | her official capacity as U.S. Attorney General; Ernesto SANTACRUZ JR., in |
| 7 | his official capacity as Acting Field Office Director for Los Angeles, U.S. |
| 8 | Immigration and Customs Enforcement; Eddy WANG, Special Agent in Charge |
| 9 | for Los Angeles, Homeland Security Investigations, U.S. Immigration and |
| 10 | Customs Enforcement; Gregory K. BOVINO, in his official capacity as Chief |
| 11 | Patrol Agent for El Centro Sector of the U.S. Border Patrol; Jeffrey D. |
| 12 | STALNAKER, in his official capacity as Acting Chief Patrol Agent, San Diego |
| 13 | Sector of the U.S. Border Patrol; Akil DAVIS, in his official capacity as |
| 14 | Assistant Director in Charge, Los Angeles Office, Federal Bureau of |
| 15 | Investigation; Bilal A. ESSAYLI, in his official capacity as U.S. Attorney for the |
| 16 | Central District of California, |
| 17 | Defendants. |

| | |
|---|---|
| ANNE LAI (SBN 295394)<br>alai@law.uci.edu<br>UC IRVINE SCHOOL OF LAW<br>IMMIGRANT AND RACIAL JUSTICE<br>SOLIDARITY CLINIC<br>P.O. Box 5479<br>Irvine, CA 92616-5479<br>Telephone: (949) 824-9894<br>Facsimile: (949) 824-2747<br><br>*Counsel for Stop/Arrest Plaintiffs*<br><br>LAUREN MICHEL WILFONG*<br>lwilfong@ndlon.org<br>NATIONAL DAY LABORER ORGANIZING NETWORK<br>1030 S. Arroyo Parkway, Suite 106<br>Pasadena, CA 91105<br>Telephone: (626) 214-5689<br><br>*Counsel for Stop/Arrest Plaintiffs*<br><br>BREE BERNWANGER (SBN 331731)<br>bbernwanger@aclunc.org<br>AMERICAN CIVIL LIBERTIES UNION FOUNDATION OF NORTHERN CALIFORNIA<br>39 Drumm Street<br>San Francisco, CA 94111<br>Telephone: (415) 621-2493<br><br>*Counsel for Stop/Arrest Plaintiffs*<br><br>BRISA VELAZQUEZ OATIS (SBN 339132)<br>bvoatis@aclu-sdic.org<br>ACLU FOUNDATION OF SAN DIEGO & IMPERIAL COUNTIES<br>P.O. Box 87131<br>San Diego, CA 92138-7131<br>Telephone: (619) 398-4199<br><br>*Counsel for Stop/Arrest Plaintiffs* | MATTHEW J. CRAIG (SBN 350030)<br>mcraig@heckerfink.com<br>MACK E. JENKINS (SBN 242101)<br>mjenkins@heckerfink.com<br>HECKER FINK LLP<br>1150 South Olive Street, Suite 10-140<br>Los Angeles, CA 90015<br>Telephone: (212) 763-0883<br>Facsimile: (212) 564-0883<br><br>*Counsel for Access/Conditions Plaintiffs*<br><br>EDGAR AGUILASOCHO (SBN 285567)<br>eaguilasocho@farmworkerlaw.com<br>MARTINEZ AGUILASOCHO LAW, INC.<br>900 Truxtun Ave Suite 300<br>Bakersfield, CA 93301<br>Telephone: (661) 859-1174<br><br>*Counsel for Plaintiff United Farm Workers*<br><br>CARL BERGQUIST*<br>cbergquist@chirla.org<br>COALITION FOR HUMANE IMMIGRANT RIGHTS<br>2351 Hempstead Road<br>Ottawa Hills, OH 43606<br>Telephone: (310) 279-6025<br><br>*Counsel for Plaintiff Coalition for Humane Immigrant Rights*<br><br>ALVARO M. HUERTA (SBN 274787)<br>ahuerta@immdef.org<br>BRYNNA BOLT (SBN 339378)<br>bbolt@immdef.org<br>ALISON STEFFEL (SBN 346370)<br>asteffel@immdef.org<br>IMMIGRANT DEFENDERS LAW CENTER<br>634 S. Spring St., 10th Floor<br>Los Angeles, CA 90014<br>Telephone: (213) 634-0999<br><br>*Counsel for Plaintiff Immigrant Defenders Law Center*<br><br>\* Pro hac vice application forthcoming |

## **DECLARATION OF ISAAC ANTONIO VILLEGAS MOLINA**

I, Isaac Antonio Villegas Molina, declare the following based on my personal knowledge:

1. I make this declaration from my personal knowledge and if called to testify to these facts I could and would do so competently.

2. My full name is Isaac Antonio Villegas Molina. I am 47 years old. I have lived in Pasadena for about 13 years. I am of Latino ethnicity.

3. From about 2006-2009 I worked as a crew member for an American cruise ship. In 2010 I won a scholarship to study culinary arts and English in Florida. I have lived in Pasadena for the last 13 years and worked in restaurants across Los Angeles. However, it has been increasingly hard to find work. Recently, I started working as a day laborer in construction.

4. On June 18, 2025 I was waiting with my co-workers to be picked up for a construction job. I was standing by the Metro stop in front of Winchell's Donuts on Los Robles Avenue and Orange Grove Boulevard. It was shortly before 6am.

5. Suddenly, I saw three vehicles pulled up. About five men came running out very aggressively. They were wearing masks and they had guns. They were wearing regular clothes, plus vests. They did not identify themselves. I thought we were being kidnapped. They went in all directions, chasing and grabbing my friends. I stood still. I saw how rough they were being with the others. I tried to stay calm.

6. One of the men came up to me and yelled "don't run!" I said calmly "I'm not going to run" in English. Once he said that, I knew I could not move and had to stay in place. He was masked, aggressive, and armed. I was afraid to move. He asked me to see my ID and I showed him my California Driver's License. He asked me if I had any papers and I said no. He did not ask me any other questions. He handcuffed me and placed me in one of the unmarked vehicles. He never told me he was an immigration official. I was never informed that there was any warrant for my arrest.

7. They drove us a few blocks to a CVS parking lot. They took us out of the cars. One of the men had a big military-style gun and was agitated, acting tough. He

yelled at me, "what's in your pocket!" as if it was something dangerous, but it was just candy. My hands were handcuffed behind my back but he acted like we were somehow a danger.

8. Then they shackled us all on our feet, waist, and wrists. It was totally unnecessary. It felt like they wanted us to feel a certain way. The whole thing felt like a kidnapping.

9. They put me back in the car and took me to a detention center in Los Angeles. I was there for two days on the floor, without a mattress and almost nothing to eat. I remember thinking, what did I do to deserve this treatment? I was just waiting for work. After two days, I was shackled again and moved to Adelanto, where I am currently detained.

10. I believe that we were targeted because of race. I look like an immigrant. I look Hispanic.

11. I am worried that I will get arrested again for the same reasons as before. I will get targeted again just because I look like an immigrant.

I declare under penalty of perjury of the laws of the State of California and the United States that the foregoing is true and correct. Executed at Adelanto, California on June 27, 2025.

Isaac Antonio Villegas Molina