# EXHIBIT 4

1  STACY TOLCHIN (SBN 217431)
   stacy@tolchinimmigration.com
2  LAW OFFICES OF STACY TOLCHIN
   776 E. Green St., Suite 210
3  Pasadena, CA 91101
   Telephone: (213) 622-7450
4  Facsimile:  (213) 622-7233

5  MOHAMMAD TAJSAR (SBN 280152)
   mtajsar@aclusocal.org
6  MAYRA JOACHIN (SBN 306065)
   mjoachin@aclusocal.org
7  EVA BITRAN (SBN 302081)
   ebitran@aclusocal.org
8  DAE KEUN KWON (SBN 313155)           MARK ROSENBAUM (SBN 59940)
   akwon@aclusocal.org                  mrosenbaum@publiccounsel.org
9  OLIVER MA (SBN 354266)               REBECCA BROWN (SBN 345805)
   oma@aclusocal.org                    rbrown@publiccounsel.org
10 STEPHANIE PADILLA (SBN 321568)       SOPHIA WRENCH (SBN 354416)
   spadilla@aclusocal.org               swrench@publiccounsel.org
11 DIANA SANCHEZ (SBN 338871)           RITU MAHAJAN (SBN 252970)
   dianasanchez@aclusocal.org           rmahajan@publiccounsel.org
12 ACLU FOUNDATION OF                   GINA AMATO (SBN 215519)
   SOUTHERN CALIFORNIA                  gamato@publiccounsel.org
13 1313 West Eighth Street              PUBLIC COUNSEL
   Los Angeles, CA 90017-4022           610 South Ardmore Avenue
14 Telephone: (213) 977-5232            Los Angeles, CA 90005
   Facsimile: (213) 201-7878            Telephone: (213) 385-2977
15
   *Counsel for Stop/Arrest Plaintiffs*     *Counsel for All Plaintiffs*
16 (*additional counsel information on cont. page*)
17

18              **UNITED STATES DISTRICT COURT**

19         **FOR THE CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| 20  Pedro VASQUEZ PERDOMO; Carlos Alexander OSORTO; and Isaac VILLEGAS MOLINA; Jorge HERNANDEZ VIRAMONTES; Jason Brian GAVIDIA; LOS ANGELES WORKER CENTER NETWORK; UNITED FARM WORKERS; COALITION FOR HUMANE IMMIGRANT RIGHTS; IMMIGRANT DEFENDERS LAW CENTER, <br><br> Plaintiffs, <br><br> v. <br><br> Kristi NOEM, in her official capacity as Secretary, Department of Homeland | Case No.: 2:25-cv-05605-MEMF-SP <br><br> Hon. Maame Ewusi-Mensah Frimpong <br><br> **DECLARATION OF JORGE LUIS HERNANDEZ VIRAMONTES IN SUPPORT OF PLAINTIFFS' MOTION FOR TEMPORARY RESTRAINING ORDER** |

| | |
|---|---|
| 1 | Security; Todd M. LYONS, in his official capacity as Acting Director, U.S. |
| 2 | Immigration and Customs Enforcement; Rodney S. SCOTT, in his official |
| 3 | capacity as Commissioner, U.S. Customs and Border Patrol; Michael W. BANKS, |
| 4 | in his official capacity as Chief of U.S. Border Patrol; Kash PATEL, in his |
| 5 | official capacity as Director, Federal Bureau of Investigation; Pam BONDI, in |
| 6 | her official capacity as U.S. Attorney General; Ernesto SANTACRUZ JR., in |
| 7 | his official capacity as Acting Field Office Director for Los Angeles, U.S. |
| 8 | Immigration and Customs Enforcement; Eddy WANG, Special Agent in Charge |
| 9 | for Los Angeles, Homeland Security Investigations, U.S. Immigration and |
| 10 | Customs Enforcement; Gregory K. BOVINO, in his official capacity as Chief |
| 11 | Patrol Agent for El Centro Sector of the U.S. Border Patrol; Jeffrey D. |
| 12 | STALNAKER, in his official capacity as Acting Chief Patrol Agent, San Diego |
| 13 | Sector of the U.S. Border Patrol; Akil DAVIS, in his official capacity as |
| 14 | Assistant Director in Charge, Los Angeles Office, Federal Bureau of |
| 15 | Investigation; Bilal A. ESSAYLI, in his official capacity as U.S. Attorney for the |
| 16 | Central District of California, |
| 17 | Defendants. |

ANNE LAI (SBN 295394)
alai@law.uci.edu
UC IRVINE SCHOOL OF LAW
IMMIGRANT AND RACIAL JUSTICE
SOLIDARITY CLINIC
P.O. Box 5479
Irvine, CA 92616-5479
Telephone: (949) 824-9894
Facsimile: (949) 824-2747

*Counsel for Stop/Arrest Plaintiffs*

LAUREN MICHEL WILFONG*
lwilfong@ndlon.org
NATIONAL DAY LABORER
ORGANIZING NETWORK
1030 S. Arroyo Parkway, Suite 106
Pasadena, CA 91105
Telephone: (626) 214-5689

*Counsel for Stop/Arrest Plaintiffs*

BREE BERNWANGER (SBN 331731)
bbernwanger@aclunc.org
AMERICAN CIVIL LIBERTIES
UNION FOUNDATION OF
NORTHERN CALIFORNIA
39 Drumm Street
San Francisco, CA 94111
Telephone: (415) 621-2493

*Counsel for Stop/Arrest Plaintiffs*

BRISA VELAZQUEZ OATIS
(SBN 339132)
bvoatis@aclu-sdic.org
ACLU FOUNDATION OF
SAN DIEGO & IMPERIAL
COUNTIES
P.O. Box 87131
San Diego, CA 92138-7131
Telephone: (619) 398-4199

*Counsel for Stop/Arrest Plaintiffs*

MATTHEW J. CRAIG (SBN 350030)
mcraig@heckerfink.com
MACK E. JENKINS (SBN 242101)
mjenkins@heckerfink.com
HECKER FINK LLP
1150 South Olive Street, Suite 10-140
Los Angeles, CA 90015
Telephone: (212) 763-0883
Facsimile: (212) 564-0883

*Counsel for Access/Conditions Plaintiffs*

EDGAR AGUILASOCHO
(SBN 285567)
eaguilasocho@farmworkerlaw.com
MARTINEZ AGUILASOCHO LAW, INC.
900 Truxtun Ave Suite 300
Bakersfield, CA 93301
Telephone: (661) 859-1174

*Counsel for Plaintiff United Farm Workers*

CARL BERGQUIST*
cbergquist@chirla.org
COALITION FOR HUMANE
IMMIGRANT RIGHTS
2351 Hempstead Road
Ottawa Hills, OH 43606
Telephone: (310) 279-6025

*Counsel for Plaintiff Coalition for Humane Immigrant Rights*

ALVARO M. HUERTA (SBN 274787)
ahuerta@immdef.org
BRYNNA BOLT (SBN 339378)
bbolt@immdef.org
ALISON STEFFEL (SBN 346370)
asteffel@immdef.org
IMMIGRANT DEFENDERS LAW
CENTER
634 S. Spring St., 10th Floor
Los Angeles, CA 90014
Telephone: (213) 634-0999

*Counsel for Plaintiff Immigrant Defenders Law Center*

* Pro hac vice application forthcoming

## **DECLARATION OF JORGE LUIS HERNANDEZ VIRAMONTES**

I, Jorge Luis Hernandez Viramontes, declare as follows:

1.  I make this declaration based on my own personal knowledge. If called, I could and would competently testify to the contents herein.

2.  I am 29 years old and a resident of Baldwin Park, California. I am citizen of the United States. I am also a citizen of Mexico. I am of Latino ethnicity.

3.  I have lived in the United States for about 11 years. I am married to a Legal Permanent Resident. We have two young children, both of whom are U.S. citizens.

4.  I currently work as a manager at a carwash in Whittier, California. I have worked at this carwash for approximately 10 years.

5.  Immigration agents have come to my workplace on three separate days over the past couple weeks.

6.  On Monday, June 9, 2025, agents arrived in unmarked vehicles. Many were wearing military style clothing. They did not say what agency they were from and had faces covered. When they arrived, the agents started grabbing people and asking their status. They took three of my coworkers that day, one of whom has worked at the carwash for 20 years.

7.  On Saturday, June 14, 2025, agents arrived again. This time they were driving border patrol vehicles and were wearing clothing that identified them as border patrol. They started asking people if they were citizens and took one coworker. They even questioned customers at the carwash.

8.  On June 18, 2025, at around 10:30 a.m., agents arrived in unmarked vehicles. They started asking employees their status. I and some coworkers asked if they had a warrant but they ignored us.

9.  At one point, an agent started questioning me. He was not masked. He asked if I was a citizen and I told him yes. He also asked for ID, and I provided

1

my California driver's license. Around the same time he asked where I was born and I answered Mexico. The agent said providing only my driver's license wasn't enough and that since I didn't have my passport, I had to go with them to investigate if I was a citizen.

10.   I didn't want them to handcuff me or worse and I didn't feel I had a choice but to comply. The agent grabbed my arm and escorted me to one of the vehicles, a silver SUV. He and other agents took me to a warehouse area that I estimate was a few traffic lights away. The agent asked if I also had a Mexican ID and asked to see my Mexican ID, which I showed him. He then got on the phone apparently to verify if I was a U.S. Citizen.

11.   In total I was taken away from my workplace for about 20 minutes. The agents then took me back to the carwash.

12.   The agents didn't identify themselves to me nor did they have any badges visible. They never apologized to me.

13.   When I was taken from the carwash, my brother who is a coworker called my wife. She was also very worried about me and called me in the time I was with in the agents.

14.   On the same day, a different group of agents returned again to the carwash. They left without making any arrests.

15.   I am still very shaken by what happened. I feel I was targeted due to my brown skin and accent and don't think the way I was treated is fair. I am afraid I will encounter agents again and that they will stop and investigate me all over again.

I declare under penalty of perjury of the laws of the United States that the above information is true and correct to the best of my knowledge. Executed this 22nd of June 2025 at Whittier, California.

*[signature]*
_____
Jorge Luis Hernandez Viramontes