# EXHIBIT 5

STACY TOLCHIN (SBN 217431)
*stacy@tolchinimmigration.com*
LAW OFFICES OF STACY TOLCHIN
776 E. Green St., Suite 210
Pasadena, CA 91101
Telephone: (213) 622-7450
Facsimile:  (213) 622-7233

MOHAMMAD TAJSAR (SBN 280152)
*mtajsar@aclusocal.org*
MAYRA JOACHIN (SBN 306065)
*mjoachin@aclusocal.org*
EVA BITRAN (SBN 302081)
*ebitran@aclusocal.org*
DAE KEUN KWON (SBN 313155)
*akwon@aclusocal.org*
OLIVER MA (SBN 354266)
*oma@aclusocal.org*
STEPHANIE PADILLA (SBN 321568)
*spadilla@aclusocal.org*
DIANA SANCHEZ (SBN 338871)
*dianasanchez@aclusocal.org*
ACLU FOUNDATION OF
SOUTHERN CALIFORNIA
1313 West Eighth Street
Los Angeles, CA 90017-4022
Telephone: (213) 977-5232
Facsimile: (213) 201-7878

*Counsel for Stop/Arrest Plaintiffs*
(*additional counsel information on cont. page*)

MARK ROSENBAUM (SBN 59940)
*mrosenbaum@publiccounsel.org*
REBECCA BROWN (SBN 345805)
*rbrown@publiccounsel.org*
SOPHIA WRENCH (SBN 354416)
*swrench@publiccounsel.org*
RITU MAHAJAN (SBN 252970)
*rmahajan@publiccounsel.org*
GINA AMATO (SBN 215519)
*gamato@publiccounsel.org*
PUBLIC COUNSEL
610 South Ardmore Avenue
Los Angeles, CA 90005
Telephone: (213) 385-2977

*Counsel for All Plaintiffs*

# UNITED STATES DISTRICT COURT

# FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| Pedro VASQUEZ PERDOMO; Carlos Alexander OSORTO; and Isaac VILLEGAS MOLINA; Jorge HERNANDEZ VIRAMONTES; Jason Brian GAVIDIA; LOS ANGELES WORKER CENTER NETWORK; UNITED FARM WORKERS; COALITION FOR HUMANE IMMIGRANT RIGHTS; IMMIGRANT DEFENDERS LAW CENTER, <br><br> Plaintiffs, <br><br> v. <br><br> Kristi NOEM, in her official capacity as Secretary, Department of Homeland | Case No.: 2:25-cv-05605-MEMF-SP <br><br> Hon. Maame Ewusi-Mensah Frimpong <br><br> **DECLARATION OF OMAR ANDRES GAMEZ IN SUPPORT OF PLAINTIFFS' MOTION FOR TEMPORARY RESTRAINING ORDER** |

Security; Todd M. LYONS, in his official capacity as Acting Director, U.S. Immigration and Customs Enforcement; Rodney S. SCOTT, in his official capacity as Commissioner, U.S. Customs and Border Patrol; Michael W. BANKS, in his official capacity as Chief of U.S. Border Patrol; Kash PATEL, in his official capacity as Director, Federal Bureau of Investigation; Pam BONDI, in her official capacity as U.S. Attorney General; Ernesto SANTACRUZ JR., in his official capacity as Acting Field Office Director for Los Angeles, U.S. Immigration and Customs Enforcement; Eddy WANG, Special Agent in Charge for Los Angeles, Homeland Security Investigations, U.S. Immigration and Customs Enforcement; Gregory K. BOVINO, in his official capacity as Chief Patrol Agent for El Centro Sector of the U.S. Border Patrol; Jeffrey D. STALNAKER, in his official capacity as Acting Chief Patrol Agent, San Diego Sector of the U.S. Border Patrol; Akil DAVIS, in his official capacity as Assistant Director in Charge, Los Angeles Office, Federal Bureau of Investigation; Bilal A. ESSAYLI, in his official capacity as U.S. Attorney for the Central District of California,

Defendants.

-2-

ANNE LAI (SBN 295394)
alai@law.uci.edu
UC IRVINE SCHOOL OF LAW
IMMIGRANT AND RACIAL
JUSTICE
SOLIDARITY CLINIC
P.O. Box 5479
Irvine, CA 92616-5479
Telephone: (949) 824-9894
Facsimile:  (949) 824-2747

*Counsel for Stop/Arrest Plaintiffs*

LAUREN MICHEL WILFONG*
lwilfong@ndlon.org
NATIONAL DAY LABORER
ORGANIZING NETWORK
1030 S. Arroyo Parkway, Suite 106
Pasadena, CA 91105
Telephone: (626) 214-5689

*Counsel for Stop/Arrest Plaintiffs*

BREE BERNWANGER (SBN 331731)
bbernwanger@aclunc.org
AMERICAN CIVIL LIBERTIES
UNION FOUNDATION OF
NORTHERN CALIFORNIA
39 Drumm Street
San Francisco, CA 94111
Telephone: (415) 621-2493

*Counsel for Stop/Arrest Plaintiffs*

BRISA VELAZQUEZ OATIS
(SBN 339132)
bvoatis@aclu-sdic.org
ACLU FOUNDATION OF
SAN DIEGO & IMPERIAL
COUNTIES
P.O. Box 87131
San Diego, CA 92138-7131
Telephone: (619) 398-4199

*Counsel for Stop/Arrest Plaintiffs*

MATTHEW J. CRAIG (SBN 350030)
mcraig@heckerfink.com
MACK E. JENKINS (SBN 242101)
mjenkins@heckerfink.com
HECKER FINK LLP
1150 South Olive Street, Suite 10-140
Los Angeles, CA 90015
Telephone: (212) 763-0883
Facsimile: (212) 564-0883

*Counsel for Access/Conditions Plaintiffs*

EDGAR AGUILASOCHO
(SBN 285567)
eaguilasocho@farmworkerlaw.com
MARTINEZ AGUILASOCHO LAW, INC.
900 Truxtun Ave Suite 300
Bakersfield, CA 93301
Telephone: (661) 859-1174

*Counsel for Plaintiff United Farm Workers*

CARL BERGQUIST*
cbergquist@chirla.org
COALITION FOR HUMANE
IMMIGRANT RIGHTS
2351 Hempstead Road
Ottawa Hills, OH 43606
Telephone: (310) 279-6025

*Counsel for Plaintiff Coalition for Humane Immigrant Rights*

ALVARO M. HUERTA (SBN 274787)
ahuerta@immdef.org
BRYNNA BOLT (SBN 339378)
bbolt@immdef.org
ALISON STEFFEL (SBN 346370)
asteffel@immdef.org
IMMIGRANT DEFENDERS LAW
CENTER
634 S. Spring St., 10th Floor
Los Angeles, CA 90014
Telephone: (213) 634-0999

*Counsel for Plaintiff Immigrant Defenders Law Center*

* Pro hac vice application forthcoming

## DECLARATION OF OMAR ANDRES GAMEZ

I, Omar Andres Gamez, declare as follows:

1.      I make this declaration based on my own personal knowledge. If called, I could and would competently testify to the contents herein.

2.      I am a resident of Whittier, California. I am of Mexican descent and have lived most of my life in the United States. I am a U.S. citizen.

3.      I currently work as a co-manager at a carwash in Whittier, California. Jorge Hernandez Viramontes is the other manager.

4.      Immigration agents have come to our carwash a total of four times so far.

5.      On Monday, June 9, 2025, more than four unmarked vehicles pulled up to the carwash from different directions. Agents came out of the vehicles and started grabbing my coworkers. They took them to the vehicles to question them. Three coworkers were arrested in total. A fourth was grabbed but let go. The whole thing was disorienting because the agents did not talk to anyone in charge or identify themselves or what agency they were with. At one point I came out of the office area to ask an agent where they were taking one of my coworkers and they just ignored me.

6.      On June 14, 2025, agents came again to the carwash. On that day they questioned workers and a couple customers. They arrested one of my coworkers.

7.      On June 18, 2025, in the morning, agents came for the third time. They started again asking workers about their citizenship and immigration status. They questioned all the workers in one area of the carwash. On that day they also questioned me and my co-manager Jorge. In fact, three different agents came up to me on separate occasions within a short span of time and asked me if I was a U.S. citizen. The agents never explained what they were doing there. Some of us asked if they had a warrant but the agents did not respond and told one of my coworkers to "shut the fuck up."

1

8.      I was standing nearby when the agents questioned Jorge. The one who spoke to him was the only agent I recall whose face was not covered by a mask. They agent asked if he was a citizen and Jorge said yes. Not satisfied, the agent then asked Jorge for his ID. Jorge showed his California ID. The agent asked Jorge if he had his passport. Jorge asked if as a dual citizen he was required to carry his passport. The agent said that because he didn't have his passport that they were going to take him.

9.      The agent took Jorge by the arm and escorted him to one of the vehicles with other agents surrounding him. Jorge and we kept telling them that he was a citizen, but the agents took him anyway. We also asked where the agents were taking him, and for them to identify themselves. They did not talk to us.

10.     I was scared for Jorge so I got in my truck to try to follow the agents. At one point they pulled into an alley on private property. I made a turn and went back to the carwash. I thought maybe they were going to take Jorge to Santa Ana. But about 15 minutes later they brought Jorge back to the carwash.

11.     Shortly after the agents brought Jorge back, and after the agents had gone, between 11:30am and noon, *another* group of agents came to the carwash. They said they were looking for someone and started questioning the workers *again.* They even tried to enter the back office without a warrant and without permission. We explained that agents had already been there that morning. They seemed surprised to hear that. They soon left without making any arrests.

12.     Each time these unnamed armed agents come to our carwash, our business is disrupted. I believe it is only a matter of time before they come again. I fear for my coworkers and I fear for myself being racial profiled as a U.S. citizen.

2

I declare under penalty of perjury of the laws of the United States that the above information is true and correct to the best of my knowledge. Executed this 22nd of June 2025 at Whittier, California.

_____
Omar Andres Gamez

3