# EXHIBIT 6

STACY TOLCHIN (SBN 217431)
*stacy@tolchinimmigration.com*
LAW OFFICES OF STACY TOLCHIN
776 E. Green St., Suite 210
Pasadena, CA 91101
Telephone: (213) 622-7450
Facsimile:  (213) 622-7233

MOHAMMAD TAJSAR (SBN 280152)
*mtajsar@aclusocal.org*
MAYRA JOACHIN (SBN 306065)
*mjoachin@aclusocal.org*
EVA BITRAN (SBN 302081)
*ebitran@aclusocal.org*
DAE KEUN KWON (SBN 313155)
*akwon@aclusocal.org*
OLIVER MA (SBN 354266)
*oma@aclusocal.org*
STEPHANIE PADILLA (SBN 321568)
*spadilla@aclusocal.org*
DIANA SANCHEZ (SBN 338871)
*dianasanchez@aclusocal.org*
ACLU FOUNDATION OF
SOUTHERN CALIFORNIA
1313 West Eighth Street
Los Angeles, CA 90017-4022
Telephone: (213) 977-5232
Facsimile: (213) 201-7878

*Counsel for Stop/Arrest Plaintiffs*
(*additional counsel information on cont.*
*page*)

MARK ROSENBAUM (SBN 59940)
*mrosenbaum@publiccounsel.org*
REBECCA BROWN (SBN 345805)
*rbrown@publiccounsel.org*
SOPHIA WRENCH (SBN 354416)
*swrench@publiccounsel.org*
RITU MAHAJAN (SBN 252970)
*rmahajan@publiccounsel.org*
GINA AMATO (SBN 215519)
*gamato@publiccounsel.org*
PUBLIC COUNSEL
610 South Ardmore Avenue
Los Angeles, CA 90005
Telephone: (213) 385-2977

*Counsel for All Plaintiffs*

# UNITED STATES DISTRICT COURT

# FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| Pedro VASQUEZ PERDOMO; Carlos Alexander OSORTO; and Isaac VILLEGAS MOLINA; Jorge HERNANDEZ VIRAMONTES; Jason Brian GAVIDIA; LOS ANGELES WORKER CENTER NETWORK; UNITED FARM WORKERS; COALITION FOR HUMANE IMMIGRANT RIGHTS; IMMIGRANT DEFENDERS LAW CENTER,<br><br>    Plaintiffs,<br><br>  v.<br><br>Kristi NOEM, in her official capacity as Secretary, Department of Homeland | Case No.: 2:25-cv-05605-MEMF-SP<br><br><br>Hon. Maame Ewusi-Mensah Frimpong<br><br>**DECLARATION OF ELVIRA PADILLA IN SUPPORT OF PLAINTIFFS' MOTION FOR TEMPORARY RESTRAINING ORDER** |

-1-

Security; Todd M. LYONS, in his official capacity as Acting Director, U.S. Immigration and Customs Enforcement; Rodney S. SCOTT, in his official capacity as Commissioner, U.S. Customs and Border Patrol; Michael W. BANKS, in his official capacity as Chief of U.S. Border Patrol; Kash PATEL, in his official capacity as Director, Federal Bureau of Investigation; Pam BONDI, in her official capacity as U.S. Attorney General; Ernesto SANTACRUZ JR., in his official capacity as Acting Field Office Director for Los Angeles, U.S. Immigration and Customs Enforcement; Eddy WANG, Special Agent in Charge for Los Angeles, Homeland Security Investigations, U.S. Immigration and Customs Enforcement; Gregory K. BOVINO, in his official capacity as Chief Patrol Agent for El Centro Sector of the U.S. Border Patrol; Jeffrey D. STALNAKER, in his official capacity as Acting Chief Patrol Agent, San Diego Sector of the U.S. Border Patrol; Akil DAVIS, in his official capacity as Assistant Director in Charge, Los Angeles Office, Federal Bureau of Investigation; Bilal A. ESSAYLI, in his official capacity as U.S. Attorney for the Central District of California,

Defendants.

ANNE LAI (SBN 295394)
alai@law.uci.edu
UC IRVINE SCHOOL OF LAW
IMMIGRANT AND RACIAL
JUSTICE
SOLIDARITY CLINIC
P.O. Box 5479
Irvine, CA 92616-5479
Telephone: (949) 824-9894
Facsimile:  (949) 824-2747

*Counsel for Stop/Arrest Plaintiffs*

LAUREN MICHEL WILFONG*
lwilfong@ndlon.org
NATIONAL DAY LABORER
ORGANIZING NETWORK
1030 S. Arroyo Parkway, Suite 106
Pasadena, CA 91105
Telephone: (626) 214-5689

*Counsel for Stop/Arrest Plaintiffs*

BREE BERNWANGER (SBN 331731)
bbernwanger@aclunc.org
AMERICAN CIVIL LIBERTIES
UNION FOUNDATION OF
NORTHERN CALIFORNIA
39 Drumm Street
San Francisco, CA 94111
Telephone: (415) 621-2493

*Counsel for Stop/Arrest Plaintiffs*

BRISA VELAZQUEZ OATIS
(SBN 339132)
bvoatis@aclu-sdic.org
ACLU FOUNDATION OF
SAN DIEGO & IMPERIAL
COUNTIES
P.O. Box 87131
San Diego, CA 92138-7131
Telephone: (619) 398-4199

*Counsel for Stop/Arrest Plaintiffs*

MATTHEW J. CRAIG (SBN 350030)
mcraig@heckerfink.com
MACK E. JENKINS (SBN 242101)
mjenkins@heckerfink.com
HECKER FINK LLP
1150 South Olive Street, Suite 10-140
Los Angeles, CA 90015
Telephone: (212) 763-0883
Facsimile: (212) 564-0883

*Counsel for Access/Conditions Plaintiffs*

EDGAR AGUILASOCHO
(SBN 285567)
eaguilasocho@farmworkerlaw.com
MARTINEZ AGUILASOCHO LAW, INC.
900 Truxtun Ave Suite 300
Bakersfield, CA 93301
Telephone: (661) 859-1174

*Counsel for Plaintiff United Farm Workers*

CARL BERGQUIST*
cbergquist@chirla.org
COALITION FOR HUMANE
IMMIGRANT RIGHTS
2351 Hempstead Road
Ottawa Hills, OH 43606
Telephone: (310) 279-6025

*Counsel for Plaintiff Coalition for Humane
Immigrant Rights*

ALVARO M. HUERTA (SBN 274787)
ahuerta@immdef.org
BRYNNA BOLT (SBN 339378)
bbolt@immdef.org
ALISON STEFFEL (SBN 346370)
asteffel@immdef.org
IMMIGRANT DEFENDERS LAW
CENTER
634 S. Spring St., 10th Floor
Los Angeles, CA 90014
Telephone: (213) 634-0999

*Counsel for Plaintiff Immigrant
Defenders Law Center*

* Pro hac vice application forthcoming

-3-

### <u>DECLARATION OF ELVIRA PADILLA</u>

I, Elvira Padilla declare the following:

1.      I make this declaration from my personal knowledge and if called to testify to these facts I could and would do so competently.

2.      My name is Elvira Padilla. I live in Los Angeles County. I am a U.S. Citizen.

3.      As an Angeleno, I have been horrified by the Department of Homeland Security's assault on my neighbors and community members, which has reached a whole new level in the last few weeks. In response, I have joined community calls to action to show up at day laborer corners, including at Home Depot locations, to show solidarity, share know-your-rights information, and document any ICE activity.

4.      On June 26, 2025, around 9:30am I went to my local Home Depot at the corner of W. Harvard Street and San Fernando Road in Glendale. It had been targeted by ICE recently, and I wanted to see how the community was doing, introduce myself, and see if they needed anything. There were about 10-12 day laborers on the sidewalk when I arrived. I spoke with a few of them. All of the day laborers I saw were people of color, and everyone appeared to be Latino. It was pretty quiet and calm.

5.      We stood on the sidewalk. A few minutes after I arrived, a man in a jeep pulled up quickly and pointed down the street. I looked up and saw two cars speeding toward us, one driving the wrong way down the road. It was very alarming. At that moment, I realized there were more cars that had just pulled up and parked.

6.      Men in camouflage and balaclavas jumped out of the cars. There were about 8-12 of them total. Some in camouflage, some in regular clothes, all with balaclavas or masks covering their faces, at least one had a huge assault rifle. They wore jackets that said 'police'. Some appeared to have a small gold badge, but I couldn't make out what it said. I felt like the masked men were ten feet tall. It seemed like they were a big tsunami wave coming toward us, they were everywhere and moving so fast.

7.      I saw two men in masks chasing one of the day laborers and tackle him to the ground, putting his hands behind his back and handcuffing him. They picked him up and put him in one of the cars. I did not hear them say anything while they were running, when they tackled him, or when they handcuffed him. At no point did I hear them identify themselves as ICE or police, ask questions, or say anything else. They were very quiet.

8.      I looked to my left and saw two more masked men picking up another day laborer from the ground. He was kind of hanging between them and they carried him to the car. He was not struggling or resisting, I do not know why they carried him like that. It looked painful because they were carrying him by his arms.

2

9.    As I got closer to the officers I saw that somehow they had already arrested two other of the day laborers, and put them in their unmarked cars. I don't know how they did this so quickly.

10.    As quickly as they came, the cars sped away, with at least four of the day laborers taken, nothing but their backpacks left on the sidewalk. They drove away very quickly, going in all directions, including against traffic. A group of workers had come out of a nearby business and were standing in a driveway. One of the cars with the masked men turned into the driveway and sped through, coming close to hitting some of the workers. They had no regard for traffic laws or street safety. I was shocked at how reckless they were.

11.    I then saw a distressed onlooker who was bleeding. He appeared to be Latino. I asked him what happened and he told me that he had approached one of the stationary unmarked ICE vehicles and tried to get the officer's attention by tapping on the hood. One of the men in the car quickly got out but instead of speaking with him, the agent tackled the man to the ground, causing his injuries. The man was really shaken up.

12.    It was extremely disorienting and upsetting to witness what felt like a disappearance. They did not have any paperwork, and it did not seem like they were looking for specific people. It felt like a drive-by raid, swooping in to grab as many Brown men as they could from a place Latino workers are known to gather, without stopping to ask any questions. It was shocking and disturbing to witness.

I declare under penalty of perjury of the laws of the State of California and the United States that the foregoing is true and correct. Executed at Los Angeles County, California on June 30, 2025.

_____
Elvira Padilla

3