# EXHIBIT 8

STACY TOLCHIN (SBN 217431)
stacy@tolchinimmigration.com
LAW OFFICES OF STACY TOLCHIN
776 E. Green St., Suite 210
Pasadena, CA 91101
Telephone: (213) 622-7450
Facsimile: (213) 622-7233

MOHAMMAD TAJSAR (SBN 280152)
mtajsar@aclusocal.org
MAYRA JOACHIN (SBN 306065)
mjoachin@aclusocal.org
EVA BITRAN (SBN 302081)
ebitran@aclusocal.org
DAE KEUN KWON (SBN 313155)
akwon@aclusocal.org
OLIVER MA (SBN 354266)
oma@aclusocal.org
STEPHANIE PADILLA (SBN 321568)
spadilla@aclusocal.org
DIANA SANCHEZ (SBN 338871)
dianasanchez@aclusocal.org
ACLU FOUNDATION OF
SOUTHERN CALIFORNIA
1313 West Eighth Street
Los Angeles, CA 90017-4022
Telephone: (213) 977-5232
Facsimile: (213) 201-7878

Counsel for Stop/Arrest Plaintiffs
(additional counsel information on cont.
page)

MARK ROSENBAUM (SBN 59940)
mrosenbaum@publiccounsel.org
REBECCA BROWN (SBN 345805)
rbrown@publiccounsel.org
SOPHIA WRENCH (SBN 354416)
swrench@publiccounsel.org
RITU MAHAJAN (SBN 252970)
rmahajan@publiccounsel.org
GINA AMATO (SBN 215519)
gamato@publiccounsel.org
PUBLIC COUNSEL
610 South Ardmore Avenue
Los Angeles, CA 90005
Telephone: (213) 385-2977

Counsel for All Plaintiffs

**UNITED STATES DISTRICT COURT**

**FOR THE CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| Pedro VASQUEZ PERDOMO; Carlos Alexander OSORTO; and Isaac VILLEGAS MOLINA; Jorge HERNANDEZ VIRAMONTES; Jason Brian GAVIDIA; LOS ANGELES WORKER CENTER NETWORK; UNITED FARM WORKERS; COALITION FOR HUMANE IMMIGRANT RIGHTS; IMMIGRANT DEFENDERS LAW CENTER, <br><br> Plaintiffs, <br><br> v. <br><br> Kristi NOEM, in her official capacity as Secretary, Department of Homeland | Case No.: 2:25-cv-05605-MEMF-SP <br><br> Hon. Maame Ewusi-Mensah Frimpong <br><br> **DECLARATION OF ELIZABETH STRATER IN SUPPORT OF PLAINTIFFS' MOTION FOR TEMPORARY RESTRAINING ORDER** |

-1-

Security; Todd M. LYONS, in his official capacity as Acting Director, U.S. Immigration and Customs Enforcement; Rodney S. SCOTT, in his official capacity as Commissioner, U.S. Customs and Border Patrol; Michael W. BANKS, in his official capacity as Chief of U.S. Border Patrol; Kash PATEL, in his official capacity as Director, Federal Bureau of Investigation; Pam BONDI, in her official capacity as U.S. Attorney General; Ernesto SANTACRUZ JR., in his official capacity as Acting Field Office Director for Los Angeles, U.S. Immigration and Customs Enforcement; Eddy WANG, Special Agent in Charge for Los Angeles, Homeland Security Investigations, U.S. Immigration and Customs Enforcement; Gregory K. BOVINO, in his official capacity as Chief Patrol Agent for El Centro Sector of the U.S. Border Patrol; Jeffrey D. STALNAKER, in his official capacity as Acting Chief Patrol Agent, San Diego Sector of the U.S. Border Patrol; Akil DAVIS, in his official capacity as Assistant Director in Charge, Los Angeles Office, Federal Bureau of Investigation; Bilal A. ESSAYLI, in his official capacity as U.S. Attorney for the Central District of California,

Defendants.

ANNE LAI (SBN 295394)
alai@law.uci.edu
UC IRVINE SCHOOL OF LAW
IMMIGRANT AND RACIAL
JUSTICE
SOLIDARITY CLINIC
P.O. Box 5479
Irvine, CA 92616-5479
Telephone: (949) 824-9894
Facsimile:  (949) 824-2747

*Counsel for Stop/Arrest Plaintiffs*

LAUREN MICHEL WILFONG*
lwilfong@ndlon.org
NATIONAL DAY LABORER
ORGANIZING NETWORK
1030 S. Arroyo Parkway, Suite 106
Pasadena, CA 91105
Telephone: (626) 214-5689

*Counsel for Stop/Arrest Plaintiffs*

BREE BERNWANGER (SBN 331731)
bbernwanger@aclunc.org
AMERICAN CIVIL LIBERTIES
UNION FOUNDATION OF
NORTHERN CALIFORNIA
39 Drumm Street
San Francisco, CA 94111
Telephone: (415) 621-2493

*Counsel for Stop/Arrest Plaintiffs*

BRISA VELAZQUEZ OATIS
(SBN 339132)
bvoatis@aclu-sdic.org
ACLU FOUNDATION OF
SAN DIEGO & IMPERIAL
COUNTIES
P.O. Box 87131
San Diego, CA 92138-7131
Telephone: (619) 398-4199

*Counsel for Stop/Arrest Plaintiffs*

MATTHEW J. CRAIG (SBN 350030)
mcraig@heckerfink.com
MACK E. JENKINS (SBN 242101)
mjenkins@heckerfink.com
HECKER FINK LLP
1150 South Olive Street, Suite 10-140
Los Angeles, CA 90015
Telephone: (212) 763-0883
Facsimile: (212) 564-0883

*Counsel for Access/Conditions Plaintiffs*

EDGAR AGUILASOCHO
(SBN 285567)
eaguilasocho@farmworkerlaw.com
MARTINEZ AGUILASOCHO LAW, INC.
900 Truxtun Ave Suite 300
Bakersfield, CA 93301
Telephone: (661) 859-1174

*Counsel for Plaintiff United Farm Workers*

CARL BERGQUIST*
cbergquist@chirla.org
COALITION FOR HUMANE
IMMIGRANT RIGHTS
2351 Hempstead Road
Ottawa Hills, OH 43606
Telephone: (310) 279-6025

*Counsel for Plaintiff Coalition for Humane Immigrant Rights*

ALVARO M. HUERTA (SBN 274787)
ahuerta@immdef.org
BRYNNA BOLT (SBN 339378)
bbolt@immdef.org
ALISON STEFFEL (SBN 346370)
asteffel@immdef.org
IMMIGRANT DEFENDERS LAW
CENTER
634 S. Spring St., 10th Floor
Los Angeles, CA 90014
Telephone: (213) 634-0999

*Counsel for Plaintiff Immigrant Defenders Law Center*

* Pro hac vice application forthcoming

I, Elizabeth Strater, declare:

1.      I serve as Director of Strategic Campaigns and National Vice President of the United Farm Workers of America ("UFW"). I have worked for UFW since 2017 and have been National Vice President since I was elected by a Convention of farm worker union members in September 2024. As a member of the elected Union Executive Board, I help direct the union's work in organizing, negotiating, public campaigns, rulemaking, legislative campaigns and wide-reaching advocacy on behalf of farm workers.

2.      As Director of Strategic Campaigns, I direct campaigns on behalf of farm workers to empower them to improve their safety, wages, working conditions and to underscore their basic human dignity. An important part of my role is to humanize the essential contributions of farm workers and to protect the rights of UFW's membership, the majority of whom are immigrants. I have detailed knowledge about UFW's membership demographics, membership criteria, member needs and priorities, and how members direct UFW's mission and advocacy. As part of my role as Director of Strategic Campaigns and National Vice President, I regularly hear from UFW members about their safety, wages, working conditions, immigration issues, and other concerns members face in their communities. I also hear these concerns communicated through UFW organizers who speak directly with members and report to the Board. In recent weeks, I have heard from numerous members about the impact of the immigration raids in Southern California.

3.      I make this statement based upon personal knowledge, files, and documents of UFW that I have reviewed, as well as information supplied to me by employees of UFW whom I believe to be reliable. These files, documents, and information are of a type that is generated in

1

DECLARATION OF ELIZABETH STRATER IN SUPPORT OF PLAINTIFFS' EX PARTE APPLICATION FOR TERMPORARY RESTRAINING ORDER _____
Case No.

2884265

the ordinary course of our business and that I would customarily rely upon in conducting UFW's business. If called as a witness, I could testify truthfully to these facts.

**Background on UFW**

4.      UFW is the largest farm worker union in the country. It represents thousands of migrant and seasonal farm workers in various agricultural occupations throughout the United States. It is headquartered in Kern County in Keene, California.

5.      As of June 2025, UFW has approximately 10,000 members.

6.      UFW members reside throughout the country. California is home to more UFW members than any other state. In California, UFW members reside across the entire state, including in counties across the Central District of California, such as Los Angeles County, Orange County, Riverside County, Ventura County, and San Bernardino County. While many UFW members live and work in the same County, other UFW members travel outside their home County for work.

7.      UFW membership is voluntary and consists of various categories of members. Among these, contributing or associate members are individuals who make a monthly or annual contribution of a designated amount to UFW. Dues-paying members are those who benefit from a UFW collective bargaining agreement. In addition to these categories, UFW recognizes other forms of membership, including full-time employees who have been employed for at least two years, individuals recognized as martyred members due to their sacrifice in the struggle for social justice, honorary members who are family members of martyred members, and retired members who contribute voluntarily after leaving active employment.

8.      Generally, individuals seeking to become contributing or associate members of UFW complete an official application, which is reviewed and processed by UFW staff for

2

DECLARATION OF ELIZABETH STRATER IN SUPPORT OF PLAINTIFFS' EX PARTE APPLICATION FOR TERMPORARY RESTRAINING ORDER _____
Case No.

2884265

approval. Dues-paying members become members through the procedures set forth in the California Agricultural Labor Relations Act or other applicable laws, their collective bargaining agreements, and union rules.

9.    UFW members play an important role in deciding what activities UFW engages in as an organization. At the UFW's quadrennial Constitutional Convention, members introduce and vote on motions to govern and guide the union's work, and to elect the Union Executive Board. On an ongoing basis, UFW members respond to surveys, provide feedback, and participate in advisory meetings (known as "consejo de base" in Spanish) to actively participate in the Union's decisions. UFW has created various programs in response to members' feedback and requests. For example, in 2008, in response to requests from our members, we created educational scholarships for students who are working toward an undergraduate degree and are either eligible UFW members or their dependents in California, Oregon, and Washington state.

10.    UFW membership comes with a variety of benefits. Dues-paying members receive protections from collective bargaining in which UFW engages on their behalf. Through an established negotiating committee comprised of workers, UFW members negotiate benefits such as medical insurance, pension, wages, paid time off, working conditions, seniority, right to recall, equipment provisions and other terms of employment. Contributing or associate members (also called "direct" members) receive accidental life insurance of $4000, access to UFW discounts with private businesses, and other benefits. In addition, for services that prioritize agricultural workers, UFW direct membership establishes eligibility.

11.    Founded in 1962 by Cesar Chavez, Dolores Huerta, Larry Itliong and other leaders, UFW was created from the merger of workers' rights organizations to form one union.

DECLARATION OF ELIZABETH STRATER IN SUPPORT OF PLAINTIFFS' EX PARTE APPLICATION FOR TERMPORARY RESTRAINING ORDER _____
Case No.

2884265

Our mission is to improve the lives, wages, and working conditions of agricultural workers and their families.

12.    To fulfill our mission, UFW engages in collective bargaining, worker education, advocacy, state and federal legislation, and public campaigns. Our stated values are integrity, "Sí se puede" attitude, dignity, and innovation. We promote total nonviolence as a core tenet. As a result of UFW's work, thousands of agricultural workers are protected under UFW contracts. UFW has also sponsored and advocated for legal reforms to protect all farm workers at the state and federal level, including related to overtime pay, heat safety, pesticides safety, COVID-19 protections, and other policies to protect farmworkers and advance their rights.

13.    As part of this work, UFW is a national leader in the movement for immigration reform and immigrants' rights. For example, in 2022, UFW's President Teresa Romero participated in the House Education and Labor Subcommittee on Workforce Protections hearing titled "Second Class Workers: Assessing H2 Visa Program Impact on Workers." The H2-A visa applies to seasonal farm workers. At this hearing, President Romero advocated for legislation that would provide such farm workers with a path to citizenship and called on the federal government and Congress to establish heat standards to protect farm workers from preventable heat deaths. We have also spearheaded national public campaigns and congressional lobbying efforts to raise public awareness of the critical role migrant farm workers play in our communities and economy and advocate for immigration reform, including a path to citizenship for farm workers.

14.    UFW members reach out to us to seek assistance, advocacy, advice, and information, including on issues related to immigration and immigrants' rights. My team is in constant contact with its membership through in-person meetings, emails, phone calls, text messages, and social media, among other platforms. Members guide the organization at

DECLARATION OF ELIZABETH STRATER IN SUPPORT OF PLAINTIFFS' EX PARTE APPLICATION FOR TERMPORARY RESTRAINING ORDER _____
Case No.

2884265

Conventions and quarterly consejo de base (advisory) meetings and will reach out to union staff, including me and my direct reports, on a daily basis via text message, phone, social media, email or at a UFW office.

15.    In addition to agricultural work, UFW members also work in other industries, including food processing, landscaping, construction, and food vending. Because agricultural work is seasonal, UFW members sometimes work in other industries when they are not doing agricultural work. UFW members remain members even when they are not working at an agricultural site.

**UFW Members Were Harmed by the Immigration Raids in Southern California and Fear Harm from Future Immigration Operations**

16.    Based on my reports from staff and members, I understand that UFW members and their loved ones have been and continue to be directly harmed by the ongoing immigration raids in Southern California. Immigration agents have targeted certain populations for federal immigration enforcement, including farm workers and construction workers who are commuting to and from work on highways and roads near agricultural operations. As described below, at least one UFW member has been stopped by immigration agents during his commute to work. This UFW member and at least two more members have been harmed by the overmilitarization that has characterized the Southern California raids, as they each live in ongoing fear that they will be stopped by masked immigration agents who patrol the areas where they live, work, and commute.

17.    Based on my reports from members and their families, I understand that the operations have caused widespread panic among UFW members across Southern California. On the days when raids have occurred, some staff directly witnessed the raids while others received

5

DECLARATION OF ELIZABETH STRATER IN SUPPORT OF PLAINTIFFS' EX PARTE APPLICATION FOR TERMPORARY RESTRAINING ORDER _____
Case No.

2884265

reports from UFW contacts and members. In the early hours of Friday June 13, 2025, there were reports of immigration enforcement operations that targeted a bakery and a mall in Moorpark, California (located in Ventura county).  Videos from that day show agents taking someone from the bakery. Many UFW members work in the Moorpark area and the bakery that was targeted is a frequent meeting place for UFW members. Some UFW members were already at work and heard about these immigration enforcement actions through social media, news reports, and word-of-mouth. Fearing they would be targeted based on their race or apparent occupation, many UFW members went home, afraid to remain on work sites and seeking to avoid accessing roads and highways, where there were reports of masked immigration agents indiscriminately stopping or pulling over farm workers and day laborers, arresting and detaining them, and seeking to expel them from the country.

18.     UFW staff who have been in Moorpark have reported that the immigration arrests there have frightened UFW members and the community. The manner in which these raids are being conducted—including by individuals hiding behind masks, who fail to identify themselves, and wearing military gear—has UFW members and staff fearing for their safety. This fear has only been aggravated by recent news reports that private individuals are stopping and detaining people they assume to be noncitizens. Because workers are already vulnerable to human trafficking, these reports only exacerbate the fear and anxiety that UFW members and the community are experiencing.

19.     I also understand that the panic and fear described above were, and are, felt by UFW members of diverse immigration statuses. Based on UFW's institutional and direct understanding with such raids, ICE's and Border Patrol's practices target non-white and/or Spanish-speaking farm workers and day laborers broadly, without regard to whether particular

6

DECLARATION OF ELIZABETH STRATER IN SUPPORT OF PLAINTIFFS' EX PARTE APPLICATION FOR TERMPORARY RESTRAINING ORDER _____
Case No.

2884265

farm workers or day laborers have lawful presence or deep ties to the local community. For instance, UFW members who are U.S. citizens and lawful permanent residents nevertheless feel anxious about being swept up in future raids because of reports that ICE's and Border Patrol's operations indiscriminately stop and arrest people regardless of status. UFW members with employment authorization documents, such as those with H-2A temporary agricultural visas, T-visas, Temporary Protected Status, Deferred Action for Labor Enforcement, or Deferred Action for Childhood Arrivals, similarly express fear to me and my team that immigration agents will seize, arrest, and/or detain them for removal without regard to their authorization to be in the U.S.

20.    In response to the Southern California raids and the harms they inflicted on UFW members, we mobilized quickly to support our members. We connected members with immigration attorneys, helped them identify where their loved ones were being detained, assisted affected families in locating emergency supplies needed for survival, and did additional outreach to identify people who had been detained.

21.    UFW members have continued to live in fear of immigration actions since the raids began. Although UFW members read news reports of the Trump Administration's short-lived stated pause on raids at farms and restaurants, that so-called pause was reversed. I understand that people remained fearful that they would be subjected to a raid because they have seen immigration enforcement operations at agricultural sites in Southern California during the pause and as recent as June 18 since then. As immigration raids at farms and hotels continue, UFW members continue to fear that they will be stopped or arrested when they are at work or on a highway on their way to or from work.

22.    I also understand based on my reports from members and their families that the fear of future immigration enforcement operations similar to the Southern California raids has

7

DECLARATION OF ELIZABETH STRATER IN SUPPORT OF PLAINTIFFS' EX PARTE APPLICATION FOR TERMPORARY RESTRAINING ORDER _____
Case No.

2884265

deeply affected UFW members and has prompted many of them to change how they arrange their lives. For example, many UFW members are no longer running errands or making trips to places such as laundromats out of fear of continuing immigration enforcement and because these sites have been targeted by immigration agents for stops, arrests, and detentions. My staff have described places like Moorpark, which has been targeted by the immigration raids, as a "ghost town."

23.    UFW members who have young children are terrified of being swept up in a raid and separated from their children, who may have no one to take care of them. Many members have kept their children home from school or daycare and avoided going to doctor's appointments, church, or the store, paralyzed by the fear of being arrested with no notice. Members with young children have arranged for a trusted community member to pick their children up from school or daycare to minimize the risk of being detained, arrested, or taken away by Border Patrol in front of their children. Members who are parents of school aged children are reluctant to attend school meetings in case of an indiscriminate raid, hindering them from being an active participant in their child's education. These members leave for work each day scared they will not come home to their children because of another enforcement action by immigration authorities.

24.    As a result of the ongoing Southern California raids, and statements by the Trump Administration encouraging that immigration authorities continue targeting places with Democratic-run cities and meeting immigration arrest quotas, many UFW members, regardless of the stability or permanence of their immigration status, fear that farm workers and day laborers will continue to be subjected to immigration stops and arrests, especially those who appear non-white. They are terrified that immigration agents will continue to arrest people without warrants

DECLARATION OF ELIZABETH STRATER IN SUPPORT OF PLAINTIFFS' EX PARTE APPLICATION FOR TERMPORARY RESTRAINING ORDER _____
Case No.

2884265

and without regard to how long someone has been living in the community or the family members they have waiting for them, including young children; and that immigration agents will continue to detain people, regardless of immigration status, in a detention facility without the ability to contact their family members or an attorney.

25.     I also understand, based on my reports from members and their families, that the tactics employed during the Southern California raids quickly circulated among the UFW community. These reports and videos left many UFW members feeling deeply fearful, regardless of the stability or permanence of their immigration status. Our members have expressed their alarm that immigration agents conducting any future operation will run roughshod over their constitutional rights if they attempt to assert them during a stop, seizure, arrest, and/or detention.

26.     Because of the Southern California raids and the deep harms they are inflicting on farm worker families and communities, UFW members feel chilled from exercising their right to speak up about workplace abuses or wage theft. They are scared that speaking up will attract negative attention to themselves, and that a vengeful employer could call immigration enforcement to report them. They are also scared to speak in public settings about their experiences for fear of backlash, retaliation, or abuse by immigration authorities or private individuals. They feel the risks of being separated from their families and expelled from their homes are too great.

**Stories of UFW Members Harmed By the Southern California Raids and Who Fear Harm From Future Operations**

DECLARATION OF ELIZABETH STRATER IN SUPPORT OF PLAINTIFFS' EX PARTE APPLICATION FOR TERMPORARY RESTRAINING ORDER _____
Case No.

2884265

*Angel*[1]

27.     Through my role as National Vice President in the ordinary course of UFW's business, I also received a report of how the Southern California raids impacted UFW member "Angel." Angel is a U.S. citizen who identifies as Latino. He was seeking day labor work for the day.

28.     Immigration agents stopped Angel when he was walking to a community center with a coworker. Angel and his coworker were approached by two vehicles, a U.S. Customs and Border Patrol truck and a plain, white car filled with what appeared to be soldiers wearing military clothing, that pulled up to them suddenly. The Border Patrol agent driving the truck asked Angel where he was born. Angel responded that he was born in Simi Valley. The Border Patrol agent then asked what hospital, and Angel provided the hospital's name. The agent then turned to Angel's coworker, asking "what about you?" When Angel's coworker, Roberto, responded in Spanish, the agents exited the vehicle, grabbed Roberto, took him to the truck, and loaded him inside. Angel started walking away but the agents demanded he return. Angel told them again that he was a U.S. citizen. The agents told him to show them his identification. The agents did not permit Angel to leave until after he showed them his California ID.

29.     The immigration stop frightened Angel. He feared he was going to be taken despite his status as a U.S. citizen. Since that day, Angel is always looking over his shoulder whenever he leaves home. Angel fears that immigration agents will again profile and stop him again for his apparent race and/or profession.

---

[1] To protect the privacy and security of our members, I am using fictitious names to identify them.

10

DECLARATION OF ELIZABETH STRATER IN SUPPORT OF PLAINTIFFS' EX PARTE APPLICATION FOR TERMPORARY RESTRAINING ORDER _____
Case No.

2884265

30.     Through my role as National Vice President in the ordinary course of UFW's business, I received reports of UFW members impacted by the Southern California raids, including UFW member "Carla".

31.     Carla is a Lawful Permanent Resident. She has been a UFW member for more than 20 years. For decades, she has worked at a farm in Moorpark harvesting radishes and cilantro. She identifies as Latina and speaks Spanish as her primary language.

32.     Carla is aware of the immigration enforcement actions across agricultural operations in Southern California. She is also aware of the credible reports that immigration agents have stopped and detained people who appear Latino and who appear to be farm workers regardless of their actual immigration status. Carla fears that immigration agents will go into the fields where she works to detain all workers, and that she will be detained, regardless of her lawful status. Carla has seen  immigration agents are targeting people for their clothing and stopping people who are wearing the agriculture worker uniform: hats and long sleeve t-shirts. As a result of immigration agents' conduct targeting Latino people and farm workers, Carla has missed work and is consequently losing wages, vacation accruals, and other benefits. For example, since the raids began in Southern California, Carla has missed several days of work. She lost about half of her weekly salary and contributed less to her pension plan and medical plan, both because she was afraid she would be wrongfully targeted for immigration enforcement, and because her worksite's harvest was cancelled for multiple days due to federal immigration agents' activity. Carla is going to struggle to make ends meet in July because she will have lost so much in wages. Carla remains afraid to go to work based on credible reports of continued raids on agricultural workers. Carla has tried to limit her trips outside of the home to necessities, such as going to buy food or going to a laundromat, but the raids leave Carla with an impossible choice.

DECLARATION OF ELIZABETH STRATER IN SUPPORT OF PLAINTIFFS' EX PARTE APPLICATION FOR TERMPORARY RESTRAINING ORDER _____
Case No.

2884265

She has children who depend on her. As a caregiver for her children, she cannot avoid going out into the community to places immigration agents appear to be targeting.

*Belinda*

33.    Through my role as National Vice President in the ordinary course of UFW's business, I also received a report of how the Southern California raids impacted UFW member "Belinda".

34.    Belinda is a long-time resident of Ventura County. She has been an agricultural worker for nearly a decade. Belinda has many ties to the community, having worked in the fields with her husband for years. Together, they have four sons and daughters, all of whom are either U.S. Citizens or have documented immigration status in the U.S.

35.    On Friday, June 13, 2025, Belinda's husband, "Andy", a Latino, senior citizen left home early in the morning to commute to work. As he walked to work, men with no identifying attire approached him aggressively and grabbed him forcefully. They arrested him and have held him in immigration detention for over ten days. Belinda has been suffering since Andy's arrest. She is worried that, like Andy, she will be stopped by immigration agents and placed in detention proceedings. Belinda identifies as Latina and fears that she too will be stopped, arrested, and detained as her husband was, based only on her appearance.

36.    In her husband's absence, Belinda is the sole caregiver for her sons and daughters. If she is stopped, arrested, and detained, as her husband was, she will be separated from her sons and daughters.  Belinda tries to avoid going to public places, including the laundromat, but she cannot avoid commuting to work and taking care of her families' needs, even though this puts her at risk of being stopped, arrested, and detained.

I declare under penalty of perjury that the foregoing is true and correct.

12

DECLARATION OF ELIZABETH STRATER IN SUPPORT OF PLAINTIFFS' EX PARTE APPLICATION FOR TERMPORARY RESTRAINING ORDER _____
Case No.

2884265

Executed on June 28, 2025

_____

Elizabeth Strater

13

DECLARATION OF ELIZABETH STRATER IN SUPPORT OF PLAINTIFFS' EX PARTE
APPLICATION FOR TERMPORARY RESTRAINING ORDER _____
Case No.