# EXHIBIT 9

STACY TOLCHIN (SBN 217431)
stacy@tolchinimmigration.com
LAW OFFICES OF STACY TOLCHIN
776 E. Green St., Suite 210
Pasadena, CA 91101
Telephone: (213) 622-7450
Facsimile: (213) 622-7233

MOHAMMAD TAJSAR (SBN 280152)
mtajsar@aclusocal.org
MAYRA JOACHIN (SBN 306065)
mjoachin@aclusocal.org
EVA BITRAN (SBN 302081)
ebitran@aclusocal.org
DAE KEUN KWON (SBN 313155)
akwon@aclusocal.org
OLIVER MA (SBN 354266)
oma@aclusocal.org
STEPHANIE PADILLA (SBN 321568)
spadilla@aclusocal.org
DIANA SANCHEZ (SBN 338871)
dianasanchez@aclusocal.org
ACLU FOUNDATION OF
SOUTHERN CALIFORNIA
1313 West Eighth Street
Los Angeles, CA 90017-4022
Telephone: (213) 977-5232
Facsimile: (213) 201-7878

*Counsel for Stop/Arrest Plaintiffs*
(*additional counsel information on cont. page*)

MARK ROSENBAUM (SBN 59940)
mrosenbaum@publiccounsel.org
REBECCA BROWN (SBN 345805)
rbrown@publiccounsel.org
SOPHIA WRENCH (SBN 354416)
swrench@publiccounsel.org
RITU MAHAJAN (SBN 252970)
rmahajan@publiccounsel.org
GINA AMATO (SBN 215519)
gamato@publiccounsel.org
PUBLIC COUNSEL
610 South Ardmore Avenue
Los Angeles, CA 90005
Telephone: (213) 385-2977

*Counsel for All Plaintiffs*

**UNITED STATES DISTRICT COURT**

**FOR THE CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| Pedro VASQUEZ PERDOMO; Carlos Alexander OSORTO; and Isaac VILLEGAS MOLINA; Jorge HERNANDEZ VIRAMONTES; Jason Brian GAVIDIA; LOS ANGELES WORKER CENTER NETWORK; UNITED FARM WORKERS; COALITION FOR HUMANE IMMIGRANT RIGHTS; IMMIGRANT DEFENDERS LAW CENTER,<br><br>Plaintiffs,<br><br>v.<br><br>Kristi NOEM, in her official capacity as Secretary, Department of Homeland | Case No.: 2:25-cv-05605-MEMF-SP<br><br>Hon. Maame Ewusi-Mensah Frimpong<br><br>**DECLARATION OF BRIAN GAVIDIA IN SUPPORT OF PLAINTIFFS' MOTION FOR TEMPORARY RESTRAINING ORDER** |

-1-

| | |
|---|---|
| 1 | Security; Todd M. LYONS, in his official capacity as Acting Director, U.S. |
| 2 | Immigration and Customs Enforcement; Rodney S. SCOTT, in his official |
| 3 | capacity as Commissioner, U.S. Customs and Border Patrol; Michael W. BANKS, |
| 4 | in his official capacity as Chief of U.S. Border Patrol; Kash PATEL, in his |
| 5 | official capacity as Director, Federal Bureau of Investigation; Pam BONDI, in |
| 6 | her official capacity as U.S. Attorney General; Ernesto SANTACRUZ JR., in |
| 7 | his official capacity as Acting Field Office Director for Los Angeles, U.S. |
| 8 | Immigration and Customs Enforcement; Eddy WANG, Special Agent in Charge |
| 9 | for Los Angeles, Homeland Security Investigations, U.S. Immigration and |
| 10 | Customs Enforcement; Gregory K. BOVINO, in his official capacity as Chief |
| 11 | Patrol Agent for El Centro Sector of the U.S. Border Patrol; Jeffrey D. |
| 12 | STALNAKER, in his official capacity as Acting Chief Patrol Agent, San Diego |
| 13 | Sector of the U.S. Border Patrol; Akil DAVIS, in his official capacity as |
| 14 | Assistant Director in Charge, Los Angeles Office, Federal Bureau of |
| 15 | Investigation; Bilal A. ESSAYLI, in his official capacity as U.S. Attorney for the |
| 16 | Central District of California, |
| 17 | Defendants. |

ANNE LAI (SBN 295394)
alai@law.uci.edu
UC IRVINE SCHOOL OF LAW
IMMIGRANT AND RACIAL JUSTICE
SOLIDARITY CLINIC
P.O. Box 5479
Irvine, CA 92616-5479
Telephone: (949) 824-9894
Facsimile: (949) 824-2747

*Counsel for Stop/Arrest Plaintiffs*

LAUREN MICHEL WILFONG*
lwilfong@ndlon.org
NATIONAL DAY LABORER
ORGANIZING NETWORK
1030 S. Arroyo Parkway, Suite 106
Pasadena, CA 91105
Telephone: (626) 214-5689

*Counsel for Stop/Arrest Plaintiffs*

BREE BERNWANGER (SBN 331731)
bbernwanger@aclunc.org
AMERICAN CIVIL LIBERTIES
UNION FOUNDATION OF
NORTHERN CALIFORNIA
39 Drumm Street
San Francisco, CA 94111
Telephone: (415) 621-2493

*Counsel for Stop/Arrest Plaintiffs*

BRISA VELAZQUEZ OATIS
(SBN 339132)
bvoatis@aclu-sdic.org
ACLU FOUNDATION OF
SAN DIEGO & IMPERIAL
COUNTIES
P.O. Box 87131
San Diego, CA 92138-7131
Telephone: (619) 398-4199

*Counsel for Stop/Arrest Plaintiffs*

MATTHEW J. CRAIG (SBN 350030)
mcraig@heckerfink.com
MACK E. JENKINS (SBN 242101)
mjenkins@heckerfink.com
HECKER FINK LLP
1150 South Olive Street, Suite 10-140
Los Angeles, CA 90015
Telephone: (212) 763-0883
Facsimile: (212) 564-0883

*Counsel for Access/Conditions Plaintiffs*

EDGAR AGUILASOCHO
(SBN 285567)
eaguilasocho@farmworkerlaw.com
MARTINEZ AGUILASOCHO LAW, INC.
900 Truxtun Ave Suite 300
Bakersfield, CA 93301
Telephone: (661) 859-1174

*Counsel for Plaintiff United Farm Workers*

CARL BERGQUIST*
cbergquist@chirla.org
COALITION FOR HUMANE
IMMIGRANT RIGHTS
2351 Hempstead Road
Ottawa Hills, OH 43606
Telephone: (310) 279-6025

*Counsel for Plaintiff Coalition for Humane Immigrant Rights*

ALVARO M. HUERTA (SBN 274787)
ahuerta@immdef.org
BRYNNA BOLT (SBN 339378)
bbolt@immdef.org
ALISON STEFFEL (SBN 346370)
asteffel@immdef.org
IMMIGRANT DEFENDERS LAW
CENTER
634 S. Spring St., 10th Floor
Los Angeles, CA 90014
Telephone: (213) 634-0999

*Counsel for Plaintiff Immigrant Defenders Law Center*

* Pro hac vice application forthcoming

# DECLARATION OF JASON BRIAN GAVIDIA

I, Jason Brian Gavidia, hereby declare:

I make this declaration based on my own personal knowledge. If called, I could and would competently testify hereto:

1. I am a U.S. citizen. I was born and raised in East Los Angeles. I have lived in East Los Angeles all my life. I am currently renting and residing in East Los Angeles.

2. I am of Latino ethnicity.

3. I am a proud Christian, deeply devoted to my church and my community. I have volunteered and served on the church medical team during our worldwide congregation, which brings together more than 30,000 members in a single location. In this role, I have assisted medical personnel, coordinated team assignments, and directed individuals to designated areas. I continue to support the medical team.

4. In addition to my faith-based service, I am a businessman with a diverse professional background. Before entering the world of business, I held roles in various fields, including roles as an Operations Supervisor, Pest Control Technician, and Automobile Broker. I also started a car detail business. After two young friends of mine passed away in a car accident, I organized a car wash event fundraiser, raising more than $2,500 for the funeral, and this led me to incorporate a car detail component to my car sales business.

5. I am also an active member of a boxing team based in East Los Angeles. I support the local boxing community by sponsoring several athletes in their career development. I am currently sponsoring three boxers.

6. On Thursday, June 12, 2025, I went to Yank Towing, located at 1537 W. Olympic Blvd. in Montebello, CA 90640. Yank Towing is a tow yard, junk car removal, and storage lot. I rent space at the tow yard to work on cars.

7. Around 4:30 PM, I was inside the tow yard working on my car. I was waiting for my mechanic to bring me a part. Suddenly, I heard someone say immigration agents may be at the premises. I was curious and went outside to confirm whether

1

immigration agents were present. I was on the phone as I stepped out of the tow yard premises. On the sidewalk outside the gate, I saw a federal agent between two cars step forward and acknowledge my presence. I assumed it was a federal agent because he was wearing a green vest. Later, I saw several other agents wearing similar vests with the words "Border Patrol Federal Agent." I also noticed the agents were carrying handguns, which they had holstered, and at least two of the agents had a military-style rifle.

8. Immediately after, as I attempted to head back inside the tow yard premises, the agent said, "Stop right there." I noticed he was masked; I could not see his face. At this point, I stopped. I am a law-abiding citizen. I felt that I could not leave, and that the agent had stopped me.

9. While the masked agent approached me, another unmasked agent ran towards me and questioned me whether I am American. I told him that I am American at least three times. He responded by asking, "What hospital were you born in?" I calmly replied that I did not know. He repeated the question two more times, and each time I said that I did not know. At that point, the agents forcefully pushed me up against the metal gated fence, put my hands behind my back, and twisted my arm. I had been on my phone this entire time, and the masked agent also took my phone from my hand at that point. I felt like the agents were trying to cause me pain, because I did not know what hospital I was born in.

10. I explained, "Look how you got my hand—you're twisting that shit, bro. I'm American, bro." As soon as I said that, the masked agent stopped twisting my arm. The unmasked agent asked a final time, "What hospital were you born in?" I responded again that I did not know and said East L.A. I then told the agents that I could show them my Real ID.

11. When I showed my Real ID to the agents, one of them took it from me. Even after providing my Real ID and repeatedly stating that I am an American, they did not let me go. In fact, even after telling the agents I was an American, they took my phone. I begged to have my phone back; I asked every agent for my phone. One of the agents told

me to stand close to the gate and I would get my phone back. It ultimately took about 20 minutes to get my phone back. But I never got my Real ID back.

12. My best understanding of what I experienced on June 12, 2025 is that federal agents stopped me literally based on my skin color, just because of the way I look—because I am brown, Latino. My clothes were dirty from working on my car, and I believe this might have also factored in to why the agents stopped and questioned me. It was the worst experience I have ever felt. I felt like I was going to die; in fact, one agent literally racked a chamber in his rifle. And going forward, I am disturbed and deeply concerned that federal agents will stop me and violate my rights again for the same reason.

13. I live and work in Los Angeles County, and I know and have heard that these immigration raids have continued all throughout the area. I am afraid that I will be racially profiled again for my skin color. I feel that federal agents can detain me for no reason other than the fact that I appear and am Latino. This is just wrong, and it is scary that there is a high chance I might get picked up just because I am walking while brown, walking while dirty, coming home from work.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on June 30, 2025 in East Los Angeles, California.

_____
Jason Brian Gavidia

3