# EXHIBIT 11

STACY TOLCHIN (SBN 217431)
stacy@tolchinimmigration.com
LAW OFFICES OF STACY TOLCHIN
776 E. Green St., Suite 210
Pasadena, CA 91101
Telephone: (213) 622-7450
Facsimile:  (213) 622-7233

MOHAMMAD TAJSAR (SBN 280152)
mtajsar@aclusocal.org
MAYRA JOACHIN (SBN 306065)
mjoachin@aclusocal.org
EVA BITRAN (SBN 302081)
ebitran@aclusocal.org
DAE KEUN KWON (SBN 313155)
akwon@aclusocal.org
OLIVER MA (SBN 354266)
oma@aclusocal.org
STEPHANIE PADILLA (SBN 321568)
spadilla@aclusocal.org
DIANA SANCHEZ (SBN 338871)
dianasanchez@aclusocal.org
ACLU FOUNDATION OF
SOUTHERN CALIFORNIA
1313 West Eighth Street
Los Angeles, CA 90017-4022
Telephone: (213) 977-5232
Facsimile: (213) 201-7878

*Counsel for Stop/Arrest Plaintiffs*
(*additional counsel information on cont. page*)

MARK ROSENBAUM (SBN 59940)
mrosenbaum@publiccounsel.org
REBECCA BROWN (SBN 345805)
rbrown@publiccounsel.org
SOPHIA WRENCH (SBN 354416)
swrench@publiccounsel.org
RITU MAHAJAN (SBN 252970)
rmahajan@publiccounsel.org
GINA AMATO (SBN 215519)
gamato@publiccounsel.org
PUBLIC COUNSEL
610 South Ardmore Avenue
Los Angeles, CA 90005
Telephone: (213) 385-2977

*Counsel for All Plaintiffs*

# UNITED STATES DISTRICT COURT

# FOR THE CENTRAL DISTRICT OF CALIFORNIA

|  |  |
|---|---|
| Pedro VASQUEZ PERDOMO; Carlos Alexander OSORTO; and Isaac VILLEGAS MOLINA; Jorge HERNANDEZ VIRAMONTES; Jason Brian GAVIDIA; LOS ANGELES WORKER CENTER NETWORK; UNITED FARM WORKERS; COALITION FOR HUMANE IMMIGRANT RIGHTS; IMMIGRANT DEFENDERS LAW CENTER, <br><br> Plaintiffs, <br><br> v. <br><br> Kristi NOEM, in her official capacity as Secretary, Department of Homeland | Case No.: 2:25-cv-05605-MEMF-SP <br><br> Hon. Maame Ewusi-Mensah Frimpong <br><br> **DECLARATION OF JOSE ANTONIO VALDEZ RIOS IN SUPPORT OF PLAINTIFFS' MOTION FOR TEMPORARY RESTRAINING ORDER** |

-1-

Security; Todd M. LYONS, in his official capacity as Acting Director, U.S. Immigration and Customs Enforcement; Rodney S. SCOTT, in his official capacity as Commissioner, U.S. Customs and Border Patrol; Michael W. BANKS, in his official capacity as Chief of U.S. Border Patrol; Kash PATEL, in his official capacity as Director, Federal Bureau of Investigation; Pam BONDI, in her official capacity as U.S. Attorney General; Ernesto SANTACRUZ JR., in his official capacity as Acting Field Office Director for Los Angeles, U.S. Immigration and Customs Enforcement; Eddy WANG, Special Agent in Charge for Los Angeles, Homeland Security Investigations, U.S. Immigration and Customs Enforcement; Gregory K. BOVINO, in his official capacity as Chief Patrol Agent for El Centro Sector of the U.S. Border Patrol; Jeffrey D. STALNAKER, in his official capacity as Acting Chief Patrol Agent, San Diego Sector of the U.S. Border Patrol; Akil DAVIS, in his official capacity as Assistant Director in Charge, Los Angeles Office, Federal Bureau of Investigation; Bilal A. ESSAYLI, in his official capacity as U.S. Attorney for the Central District of California,

Defendants.

-2-

ANNE LAI (SBN 295394)
alai@law.uci.edu
UC IRVINE SCHOOL OF LAW
IMMIGRANT AND RACIAL
JUSTICE
SOLIDARITY CLINIC
P.O. Box 5479
Irvine, CA 92616-5479
Telephone: (949) 824-9894
Facsimile:  (949) 824-2747

*Counsel for Stop/Arrest Plaintiffs*

LAUREN MICHEL WILFONG*
lwilfong@ndlon.org
NATIONAL DAY LABORER
ORGANIZING NETWORK
1030 S. Arroyo Parkway, Suite 106
Pasadena, CA 91105
Telephone: (626) 214-5689

*Counsel for Stop/Arrest Plaintiffs*

BREE BERNWANGER (SBN 331731)
bbernwanger@aclunc.org
AMERICAN CIVIL LIBERTIES
UNION FOUNDATION OF
NORTHERN CALIFORNIA
39 Drumm Street
San Francisco, CA 94111
Telephone: (415) 621-2493

*Counsel for Stop/Arrest Plaintiffs*

BRISA VELAZQUEZ OATIS
(SBN 339132)
bvoatis@aclu-sdic.org
ACLU FOUNDATION OF
SAN DIEGO & IMPERIAL
COUNTIES
P.O. Box 87131
San Diego, CA 92138-7131
Telephone: (619) 398-4199

*Counsel for Stop/Arrest Plaintiffs*

MATTHEW J. CRAIG (SBN 350030)
mcraig@heckerfink.com
MACK E. JENKINS (SBN 242101)
mjenkins@heckerfink.com
HECKER FINK LLP
1150 South Olive Street, Suite 10-140
Los Angeles, CA 90015
Telephone: (212) 763-0883
Facsimile: (212) 564-0883

*Counsel for Access/Conditions Plaintiffs*

EDGAR AGUILASOCHO
(SBN 285567)
eaguilasocho@farmworkerlaw.com
MARTINEZ AGUILASOCHO LAW, INC.
900 Truxtun Ave Suite 300
Bakersfield, CA 93301
Telephone: (661) 859-1174

*Counsel for Plaintiff United Farm Workers*

CARL BERGQUIST*
cbergquist@chirla.org
COALITION FOR HUMANE
IMMIGRANT RIGHTS
2351 Hempstead Road
Ottawa Hills, OH 43606
Telephone: (310) 279-6025

*Counsel for Plaintiff Coalition for Humane Immigrant Rights*

ALVARO M. HUERTA (SBN 274787)
ahuerta@immdef.org
BRYNNA BOLT (SBN 339378)
bbolt@immdef.org
ALISON STEFFEL (SBN 346370)
asteffel@immdef.org
IMMIGRANT DEFENDERS LAW
CENTER
634 S. Spring St., 10th Floor
Los Angeles, CA 90014
Telephone: (213) 634-0999

*Counsel for Plaintiff Immigrant Defenders Law Center*

* Pro hac vice application forthcoming

### DECLARATION OF JOSE ANTONIO VALDEZ RIOS

I, JOSE ANTONIO VALDEZ RIOS, hereby declare:

1.  I make this declaration based on my own personal knowledge. If called to testify, I could and would testify competently hereto:

2.  I am forty-six years old. I was a resident of Santa Ana in Orange County, California. I am of Latino ethnicity. I had lived in California for more than 20 years. I have one US citizen son who is sixteen years old.

3.  Before June 2025, I had not had any encounters with immigration. On Monday, June 9, 2025, I went to the Home Depot store at 1750 E Edinger Ave, Santa Ana, CA to look for work. I work as a day laborer, where I worked in construction and interior renovation. At around 8 am, I noticed a white van approach where I was standing. The van had no special markings. It looked exactly like the cars used by people looking for workers. So I raised my hand to greet the driver and asked "how many workers?"

4.  The car parked by the sidewalk. Three men stepped out. All three of them had rifles in their hands. They were wearing cloth masks that covered their mouths, noses, and necks, as well as yellow and brown clothing. They had military helmets and bullet proof vests, but they didn't wear any symbols or badges that identified who they were. They didn't say anything, but they looked very angry and intimidating, so I got scared and started running. I did not want to get jumped, robbed, abducted or shot. I heard them yelling to stop.

5.  One of them chased me and caught my backpack and wrestled me to the ground. He put handcuffs on me and started walking me back to their van. I thought I was getting kidnapped. They told me I almost got away, and asked if I wanted my backpack.

6.  They walked me back to where the car was parked, and I saw there was also a car with border patrol markings there, that I had not seen when the first van pulled up. I realized then that this was immigration enforcement.

7. When we arrived back at the van they did not ask me anything, such as my name, citizenship, or status. They also never identified who they were to me. The agent who tackled me ordered me to enter the van. There were three other guys that they had arrested. At this point, the officers knew nothing about me except for what I looked like and where I happened to be standing, looking for work, when they arrived.

8. Within two minutes of myself entering the van, a few members of the public started to show up and demand we get released. The officers threw a tear gas canister at the approximately 10 people who were gathered, and drove us away in their van to a nearby Carl's Junior.

9. At the parking lot of the Carl's Junior, about 5 officers took us out and spoke to us at the side of the van and asked us questions. They asked me for my name. I told them I don't want to tell you my name. They grabbed my wallet. I said I don't give you permission. They told me they don't care.

10. They searched through my wallet and asked me why I don't carry an ID. I told them I had lost my wallet and this one is new. They asked me if I am a citizen. I told them I don't want to answer your question. The agents asked me no questions about my job, my family, my community, or my ties to the United States.

11. At some point during the questioning someone drove by next to us in the parking lot. The agents trapped that person's car in with their vehicles and approached the person with rifles drawn. They made the other car leave.

12. After questioning, the officers dropped us off at a holding center near the Santa Ana civic center. There were four rooms. There they asked us more questions. When they got to me, they asked me for my name. I told them I want to see an attorney, and that I did not do anything wrong, that they should not violate my constitutional rights. I told them if they were police I would tell them my name. They said they were going to take my fingerprints. I refused.

13. An agent told me he would beat me if I didn't give him my name, and if I

don't let them take my fingerprints, they will take me to a jug of water and put my head underwater. I was really scared of being beaten and being tortured. So I gave them my name and they took my fingerprints.

14. I asked several times to make a phone call so I can speak to my family or my wife. They refused.

15. The conditions at the holding center were very bad. There were about 20 of us in each room, with barely enough room to sleep. There were no beds, and we were also not given any water, just a little milk and cereal. It was also very cold in the room, and they did not give us anything to keep warm.

16. After about 20 hours, they took us out of the holding center and transported us to several locations over the next few hours. It was always very hot, because the vehicles we were in and the holding centers did not have AC. Someone in the vehicle with me with high blood pressure passed out due to the heat. There was also not any drinking water available. We were also treated very poorly by the guards. At one point, one of the guards in the vehicle with us got very angry and said "why don't you all just die". Even while we traveled, our hands and feet were in very tight handcuffs. When I asked the guards to loosen them so I can use the bathroom, they refused. We were driven for about a full day and much of the day blended together.

17. On Wednesday morning, we arrived at a detention facility in El Paso, Texas. In Texas, they held me in a room with a lot of other people. An agent asked me if I wanted to sign to leave the US or to fight my case. He handed me several papers and asked me what I wanted to do. I felt like I did not have the time to read the papers, so I tried asking him for advice.

18. I asked him, I have a 16 year old who depends on me. What are the requirements for me to fight and win? He said you have to show you were here for four years and you paid taxes and rent during this whole time. While I have lived here for more than twenty years, I was not confident in that moment that I could

provide enough of a paper trail to show all the things he told me I would have to prove. I was feeling exhausted and discouraged.

19. I asked if I can have a free lawyer. He said there aren't free lawyers. If you can pay then you can pay.

20. By Friday, June 13th, I was ready to sign for a voluntary departure. I was not accustomed to being locked up. I had been locked up for four or five days by this point. I am a family man and a worker. This is a lot of suffering to put onto someone. They did not let us communicate with anyone for longer than a minute. I tried calling my wife but as soon as our call connected, they would make us hang up. There was a dad next to me who had been arrested right after dropping off his kids at a daycare. He was so upset because he could not talk to his kids for more than a minute.

21. Faced with these awful conditions, with the total inability to speak to my loved ones or get a lawyer, and with the scary things I had ensured for the previous days. I signed the voluntary departure.

22. As soon as I signed, they let me call with my family, and we were able to speak for 15 minutes. They also let me call the consulate.

23. On Monday, June 16, they took us to Mexico by bus, and dropped us off at the border. They gave me back my phone, my wallet, my boots, and my belt. They also gave me 4 pages of documents. I have been in Mexico ever since. I want to return to the United States and be reunited with my family and son.

I declare under penalty of perjury under the laws of the United States and the State of California that the foregoing is true and correct.

Executed at Morelia, Michoacan on June 29, 2025.

s/ *Jose Antonio Valdez Rios*
_____
Jose Antonio Valdez Rios

**CERTIFICATE OF INTERPRETATION**

I, Luis Nolasco, certify that I am fluent in Spanish and English and that I am competent to interpret between these languages. I further certify that I have read the foregoing to Jose Antonio Valdez Rios in Spanish. I further declare that I am competent to render this interpretation and that I would testify to the same under the penalty of perjury if I were called upon to do so.

Date: June 29, 2025

*s/ Luis Nolasco*
Luis Nolasco