# EXHIBIT 12

1  STACY TOLCHIN (SBN 217431)
   *stacy@tolchinimmigration.com*
2  LAW OFFICES OF STACY TOLCHIN
   776 E. Green St., Suite 210
3  Pasadena, CA 91101
   Telephone: (213) 622-7450
4  Facsimile:  (213) 622-7233

5  MOHAMMAD TAJSAR (SBN 280152)
   *mtajsar@aclusocal.org*
6  MAYRA JOACHIN (SBN 306065)
   *mjoachin@aclusocal.org*
7  EVA BITRAN (SBN 302081)
   *ebitran@aclusocal.org*
8  DAE KEUN KWON (SBN 313155)        MARK ROSENBAUM (SBN 59940)
   *akwon@aclusocal.org*             *mrosenbaum@publiccounsel.org*
9  OLIVER MA (SBN 354266)            REBECCA BROWN (SBN 345805)
   *oma@aclusocal.org*               *rbrown@publiccounsel.org*
10 STEPHANIE PADILLA (SBN 321568)    SOPHIA WRENCH (SBN 354416)
   *spadilla@aclusocal.org*          *swrench@publiccounsel.org*
11 DIANA SANCHEZ (SBN 338871)        RITU MAHAJAN (SBN 252970)
   *dianasanchez@aclusocal.org*      *rmahajan@publiccounsel.org*
12 ACLU FOUNDATION OF               GINA AMATO (SBN 215519)
   SOUTHERN CALIFORNIA              *gamato@publiccounsel.org*
13 1313 West Eighth Street           PUBLIC COUNSEL
   Los Angeles, CA 90017-4022        610 South Ardmore Avenue
14 Telephone: (213) 977-5232         Los Angeles, CA 90005
   Facsimile: (213) 201-7878         Telephone: (213) 385-2977
15
   *Counsel for Stop/Arrest Plaintiffs*   *Counsel for All Plaintiffs*
16 (*additional counsel information on cont.*
   *page*)
17

18                **UNITED STATES DISTRICT COURT**

19            **FOR THE CENTRAL DISTRICT OF CALIFORNIA**

20  Pedro VASQUEZ PERDOMO; Carlos          Case No.: 2:25-cv-05605-MEMF-SP
    Alexander OSORTO; and Isaac
21  VILLEGAS MOLINA; Jorge
    HERNANDEZ VIRAMONTES; Jason
22  Brian GAVIDIA; LOS ANGELES             Hon. Maame Ewusi-Mensah
    WORKER CENTER NETWORK;                 Frimpong
23  UNITED FARM WORKERS;
    COALITION FOR HUMANE                   **DECLARATION OF ARMANDO**
24  IMMIGRANT RIGHTS; IMMIGRANT            **GUDINO IN SUPPORT OF**
    DEFENDERS LAW CENTER,                  **PLAINTIFFS' MOTION FOR**
25                                         **TEMPORARY RESTRAINING**
         Plaintiffs,                       **ORDER**
26
       v.
27
    Kristi NOEM, in her official capacity as
28  Secretary, Department of Homeland

1    Security; Todd M. LYONS, in his official
      capacity as Acting Director, U.S.
2    Immigration and Customs Enforcement;
      Rodney S. SCOTT, in his official
3    capacity as Commissioner, U.S. Customs
      and Border Patrol; Michael W. BANKS,
4    in his official capacity as Chief of U.S.
      Border Patrol; Kash PATEL, in his
5    official capacity as Director, Federal
      Bureau of Investigation; Pam BONDI, in
6    her official capacity as U.S. Attorney
      General; Ernesto SANTACRUZ JR., in
7    his official capacity as Acting Field
      Office Director for Los Angeles, U.S.
8    Immigration and Customs Enforcement;
      Eddy WANG, Special Agent in Charge
9    for Los Angeles, Homeland Security
      Investigations, U.S. Immigration and
10   Customs Enforcement; Gregory K.
      BOVINO, in his official capacity as Chief
11   Patrol Agent for El Centro Sector of the
      U.S. Border Patrol; Jeffrey D.
12   STALNAKER, in his official capacity as
      Acting Chief Patrol Agent, San Diego
13   Sector of the U.S. Border Patrol; Akil
      DAVIS, in his official capacity as
14   Assistant Director in Charge, Los
      Angeles Office, Federal Bureau of
15   Investigation; Bilal A. ESSAYLI, in his
      official capacity as U.S. Attorney for the
16   Central District of California,

17        Defendants.

18

19

20

21

22

23

24

25

26

27

28

1   ANNE LAI (SBN 295394)
    *alai@law.uci.edu*
2   UC IRVINE SCHOOL OF LAW
    IMMIGRANT AND RACIAL
3   JUSTICE
    SOLIDARITY CLINIC
4   P.O. Box 5479
    Irvine, CA 92616-5479
5   Telephone: (949) 824-9894
    Facsimile:  (949) 824-2747
6
    *Counsel for Stop/Arrest Plaintiffs*
7
    LAUREN MICHEL WILFONG*
8   *lwilfong@ndlon.org*
    NATIONAL DAY LABORER
9   ORGANIZING NETWORK
    1030 S. Arroyo Parkway, Suite 106
10  Pasadena, CA 91105
    Telephone: (626) 214-5689
11
    *Counsel for Stop/Arrest Plaintiffs*
12
    BREE BERNWANGER (SBN 331731)
13  *bbernwanger@aclunc.org*
    AMERICAN CIVIL LIBERTIES
14  UNION FOUNDATION OF
    NORTHERN CALIFORNIA
15  39 Drumm Street
    San Francisco, CA 94111
16  Telephone: (415) 621-2493

17  *Counsel for Stop/Arrest Plaintiffs*

18  BRISA VELAZQUEZ OATIS
    (SBN 339132)
19  *bvoatis@aclu-sdic.org*
    ACLU FOUNDATION OF
20  SAN DIEGO & IMPERIAL
    COUNTIES
21  P.O. Box 87131
    San Diego, CA 92138-7131
22  Telephone: (619) 398-4199

23  *Counsel for Stop/Arrest Plaintiffs*

MATTHEW J. CRAIG (SBN 350030)
*mcraig@heckerfink.com*
MACK E. JENKINS (SBN 242101)
*mjenkins@heckerfink.com*
HECKER FINK LLP
1150 South Olive Street, Suite 10-140
Los Angeles, CA 90015
Telephone: (212) 763-0883
Facsimile: (212) 564-0883

*Counsel for Access/Conditions Plaintiffs*

EDGAR AGUILASOCHO
(SBN 285567)
*eaguilasocho@farmworkerlaw.com*
MARTINEZ AGUILASOCHO LAW, INC.
900 Truxtun Ave Suite 300
Bakersfield, CA 93301
Telephone: (661) 859-1174

*Counsel for Plaintiff United Farm Workers*

CARL BERGQUIST*
*cbergquist@chirla.org*
COALITION FOR HUMANE
IMMIGRANT RIGHTS
2351 Hempstead Road
Ottawa Hills, OH 43606
Telephone: (310) 279-6025

*Counsel for Plaintiff Coalition for Humane
Immigrant Rights*

ALVARO M. HUERTA (SBN 274787)
*ahuerta@immdef.org*
BRYNNA BOLT (SBN 339378)
*bbolt@immdef.org*
ALISON STEFFEL (SBN 346370)
*asteffel@immdef.org*
IMMIGRANT DEFENDERS LAW
CENTER
634 S. Spring St., 10th Floor
Los Angeles, CA 90014
Telephone: (213) 634-0999

*Counsel for Plaintiff Immigrant
Defenders Law Center*

* Pro hac vice application forthcoming

24

25

26

27

28

1    I, Armando Gudino, declare:

2    1.    I serve as the Executive Director of the Los Angeles Worker Center Network

3    ("LAWCN"). I have worked for LAWCN since 2022.

4    2.    As Executive Director, I manage all aspects of LAWCN's work, including all

5    aspects of the organization's operations as well as its strategic planning. I coordinate the

6    provision of resources and support to our member organizations, help members with their

7    operational plans, develop strategic policies and plans for LAWCN and member organizations,

8    identify and secure resources for the organization and member organizations, and develop

9    programs to increase the capacity of member organizations. I also oversee our communications

10    work. Additionally, I oversee and supervise consultants hired to support our member

11    organizations, as well as act as a liaison for LAWCN with governmental agencies, officials, and

12    other agencies and coalitions.

13    3.    I am deeply familiar with our member organizations, including their missions,

14    needs, and priorities. In my role as Executive Director, I communicate with representatives of

15    LAWCN's member organizations on a regular basis, often daily. I also oversee and run regularly

16    scheduled standing meetings with our member organizations, during which I hear directly from

17    our member organizations about their current needs, plans, and goals. I regularly hear from our

18    member organizations about their concerns, including concerns related to workers' rights and

19    immigration. Since early June 2025, I have heard from numerous member organizations the

20    impact of the immigration raids in Los Angeles and the surrounding areas.

21    4.    I make this statement based upon personal knowledge, files, and communications

22    with colleagues and representatives of LAWCN's member organizations that I have reviewed, as

23    well as information supplied to me by representatives of LAWCN's member organizations whom

24    I believe to be reliable. These files, documents, and information are of a type that is generated in

25    the ordinary course of our business and that I would customarily rely upon in conducting

26    LAWCN's business. If called as a witness, I could testify truthfully to these facts.

27

28

1

DECLARATION OF ARMANDO GUDINO
Case No. 2:25-cv-05605

**Background on LAWCN**

5.     LAWCN has two full-time staff members, myself and a Communications Director. Our executive committee is comprised of representatives from each of our member organizations.

6.     Formed in 2017, LAWCN is a multi-racial, multi-ethnic, and multi-industry organization made up of eight worker centers and labor organizations. It is a regional organization focused on collaboration among worker centers of the Greater Los Angeles region.

7.     Worker centers are non-profit, community-based organizations that offer support to low-wage, often immigrant workers who are not part of a collective bargaining entity, such as a union, or who are excluded from federal labor laws. Worker centers include organizations dedicated primarily to workplace and community organizing, groups supporting day laborers and those focused on workforce development, as well as immigrant rights organizations, faith-based groups, and movements focused on equity and justice.

8.     LAWCN fulfills the need for a coordinated effort to address a host of issues impacting low wage workers across industries in the greater Los Angeles area, such as wage theft, employee misclassification, discrimination, employment access, immigration, and more. LAWCN, in conjunction with its member organizations, works to sustain the organizing and leadership of workers, particularly immigrant, refugee, Black, women and LGBTQ+ workers, and other workers of color. LAWCN improves conditions for low-wage workers through capacity building, organizing, services, and policy advocacy at the city, county, and state level.

9.     Immigrant workers make up a large percentage of low-wage and essential workers within the greater Los Angeles region, but many are excluded from access to economic and government relief and key worker protections because of their immigration status. In pursuing LAWCN's mission to build the power and grow the capacity of local worker centers to organize and advocate for low-wage workers, LAWCN has a long-term and sustained focus on issues related to immigration and immigrant workers.

10.     For example, for the last several years, LAWCN and its member organizations have worked with the City of Los Angeles to institute reforms in the Office of Labor Standards regarding how workers can file wage theft and related claims. Part of LAWCN's efforts focused

DECLARATION OF ARMANDO GUDINO
Case No. 2:25-cv-05605

1    on ways to streamline the process that workers must navigate to file claims, with a particular

2    emphasis on understanding and mitigating the barriers that non-English speaking workers face

3    when filing claims.

4         11.    Additionally, LAWCN was an active member of the Safety Net for All Coalition

5    campaign that fought for an inclusive safety net for all workers, regardless of immigration status.

6    The Coalition is comprised of more than 120 immigrant and worker rights organizations across

7    California from regions including the San Joaquin Valley, the Central Coast, the Inland Empire,

8    Los Angeles County, the Bay Area, Sacramento, and the southern border. The campaign focused

9    on lobbying and advocacy for California to provide unemployment benefits for immigrant

10   workers who would otherwise be excluded because of their status.

11        12.    LAWCN also works with outside consultants that provide advice and support

12   directly to its member organizations, helping to build their capacity to support and serve their

13   own members, regardless of their status. Through its capacity-building efforts, LAWCN's work

14   supports immigrant justice by improving the conditions and dignity of immigrant workers in

15   Southern California.

16   **LAWCN's members**

17        13.    LAWCN has eight member organizations. These include CLEAN Carwash

18   Worker Center, the Garment Worker Center, the Koreatown Immigrant Workers Alliance, the

19   Los Angeles Black Worker Center, the Philipino Workers Center, the Warehouse Worker

20   Resource Center, the UCLA Labor Center, and Bet Tzedek Legal Services.

21        14.    CLEAN Carwash Worker Center (CLEAN): CLEAN is the country's first carwash

22   worker center, transforming the lives of thousands of carwashers, in one of Los Angeles' most

23   exploitative industries—hand wash carwashes.

24        15.    Garment Worker Center (GWC): GWC is a worker rights organization whose

25   mission is to organize low-wage garment workers in Los Angeles in the fight for social and

26   economic justice.

27        16.    Koreatown Immigrant Workers Alliance (KIWA): KIWA builds power with

28   immigrant workers and renters to bring about a more just and inclusive Los Angeles. KIWA

1  organizes primarily Korean and Latino workers, with a focus on the restaurant and retail

2  industries, in the Koreatown neighborhood of Los Angeles and beyond.

3        17.    Los Angeles Black Worker Center (LABWC): The mission of LABWC is to

4  increase access to quality jobs, reduce employment discrimination, and improve industries that

5  employ Black workers through action, workforce development, and unionization.  LABWC

6  operates mainly in Los Angeles county.

7        18.    Pilipino Workers Center (PWC): PWC aims to secure the dignity and safety of

8  the Pilipinx community in Southern California and build labor leaders in the domestic worker

9  industry.  PWC operates in Los Angeles county and San Diego.

10        19.    Warehouse Worker Resource Center (WWRC): WWRC is dedicated to improving

11  working conditions in the warehouse industry in Southern California. WWRC focuses on

12  education, advocacy and action to change working conditions in the largest hub of warehousing in

13  the country. WWRC operates in Los Angeles and San Bernandino counties.

14        20.    UCLA Labor Center: The UCLA Labor Center is a research and extension

15  department at the University of California, Los Angeles focused on organized labor and labor

16  rights. It was created in 1964 as the Center for Labor Research and Education and is a unit of the

17  UCLA Institute for Research on Labor and Employment.

18        21.    Bet Tzedek: Bet Tzedek is one of the nation's premier legal services organizations,

19  providing free assistance to thousands of Los Angeles County residents. Bet Tzedek responds to

20  emerging community needs while providing self-determination tools that empower individuals to

21  advocate for themselves and their communities.

22        22.    LAWCN's member organizations currently represent over 3,800 workers.

23        23.    All of the current members organizations of LAWCN have been members since at

24  least 2019. There are two types of membership: voting and non-voting members. The voting

25  members include the individual worker centers, including CLEAN Carwash Worker Center, the

26  Garment Worker Center, the Koreatown Immigrant Workers Alliance, the Los Angeles Black

27  Worker Center, the Philipino Workers Center, the Warehouse Worker Resource Center. The non-

28  voting members include the UCLA Labor Center and Bet Tzedek Legal Services.

DECLARATION OF ARMANDO GUDINO
Case No. 2:25-cv-05605

24.     LAWCN's member organizations play a central role in deciding its priorities and activities. Each member organization has a representative on our Executive Committee. LAWCN holds regular standing meetings with the Executive Committee, at which the member organizations provide input on LAWCN's strategic planning and goals. All member organizations, regardless of whether they are voting members, actively participate and provide input into LAWCN's decisions. That participation guides LAWCN's priorities. Additionally, voting members have a direct input into LAWCN's activities by casting a vote on key strategic questions.

**LAWCN Members Are Being Harmed by the Current Immigration Enforcement Operations in Los Angeles**

25.     Based on my reports from member organizations about their experiences with the current Southern California-based immigration enforcement operation, I understand their members have been deeply affected by the raids. LAWCN's member organizations include worker centers that fight to improve worker conditions in low-wage industries, including car wash, garment, home care, restaurant, retail, and warehouse industries. Many of these industries have been heavily targeted by the immigration enforcement operations. For example, I understand from CLEAN that numerous carwashes have been raided—with some carwashes experiencing multiple raids. I have also heard from member organizations about raids at garment warehouses and retail locations.

26.     I have also learned that workers, including members of LAWCN's member organizations, have been directly harmed by the ongoing raids. For example, CLEAN has numerous members who have been stopped and detained at carwashes as a result of the raids. At least one of these members was stopped and arrested unlawfully.

27.     Based on the reports of LAWCN's member organizations, I understand that these raids are often conducted by armed individuals driving unmarked cars who wear masks and refuse to identify themselves. These tactics cause fear and panic in workers, including members of LAWCN's member organizations, regardless of their immigration status. Based on the raids I have heard about from LACWN's member organizations, the immigration agents seem to target

DECLARATION OF ARMANDO GUDINO
Case No. 2:25-cv-05605

1  non-white, Spanish-speaking workers, regardless of whether they have long-standing ties to the

2  community or lawful presence in the United States.

3       28.     I understand from LAWCN's member organizations that many of their members

4  are afraid to go to work, regardless of their immigration status. Some are afraid to be in public at

5  all, because immigration agents have also raided bus stops and stopped or detained individuals in

6  the community not at their worksites. For example, I understand that on at least one occasion

7  immigration agents detained and arrested a Spanish-speaking customer at carwash. Many

8  members have had loved ones stopped or arrested, as well as know of others in their industries or

9  worksites who have been stopped or arrested by immigration agents without a warrant.

10  Regardless of status, many members fear they will be subject to immigration stops and arrests

11  because of where they work, the language they speak, and the color of their skin.

12       I declare under penalty of perjury that the foregoing is true and correct.

13

14  Executed on July 1, 2025.

Signed by:

*Armando Gudino*
895FC11830E54AF...

15                              Armando Gudino

16

17

18

19

20

21

22

23

24

25

26

27

28

6
DECLARATION OF ARMANDO GUDINO
Case No. 2:25-cv-05605