# EXHIBIT 13

STACY TOLCHIN (SBN 217431)
stacy@tolchinimmigration.com
LAW OFFICES OF STACY TOLCHIN
776 E. Green St., Suite 210
Pasadena, CA 91101
Telephone: (213) 622-7450
Facsimile: (213) 622-7233

MOHAMMAD TAJSAR (SBN 280152)
mtajsar@aclusocal.org
MAYRA JOACHIN (SBN 306065)
mjoachin@aclusocal.org
EVA BITRAN (SBN 302081)
ebitran@aclusocal.org
DAE KEUN KWON (SBN 313155)
akwon@aclusocal.org
OLIVER MA (SBN 354266)
oma@aclusocal.org
STEPHANIE PADILLA (SBN 321568)
spadilla@aclusocal.org
DIANA SANCHEZ (SBN 338871)
dianasanchez@aclusocal.org
ACLU FOUNDATION OF
SOUTHERN CALIFORNIA
1313 West Eighth Street
Los Angeles, CA 90017-4022
Telephone: (213) 977-5232
Facsimile: (213) 201-7878

*Counsel for Stop/Arrest Plaintiffs*
(*additional counsel information on cont. page*)

MARK ROSENBAUM (SBN 59940)
mrosenbaum@publiccounsel.org
REBECCA BROWN (SBN 345805)
rbrown@publiccounsel.org
SOPHIA WRENCH (SBN 354416)
swrench@publiccounsel.org
RITU MAHAJAN (SBN 252970)
rmahajan@publiccounsel.org
GINA AMATO (SBN 215519)
gamato@publiccounsel.org
PUBLIC COUNSEL
610 South Ardmore Avenue
Los Angeles, CA 90005
Telephone: (213) 385-2977

*Counsel for All Plaintiffs*

**UNITED STATES DISTRICT COURT**

**FOR THE CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| Pedro VASQUEZ PERDOMO; Carlos Alexander OSORTO; and Isaac VILLEGAS MOLINA; Jorge HERNANDEZ VIRAMONTES; Jason Brian GAVIDIA; LOS ANGELES WORKER CENTER NETWORK; UNITED FARM WORKERS; COALITION FOR HUMANE IMMIGRANT RIGHTS; IMMIGRANT DEFENDERS LAW CENTER, <br><br> Plaintiffs, <br><br> v. <br><br> Kristi NOEM, in her official capacity as Secretary, Department of Homeland | Case No.: 2:25-cv-05605-MEMF-SP <br><br> Hon. Maame Ewusi-Mensah Frimpong <br><br> **DECLARATION OF FLOR MELENDREZ IN SUPPORT OF PLAINTIFFS' MOTION FOR TEMPORARY RESTRAINING ORDER** |

-1-

| | |
|---|---|
| 1 | Security; Todd M. LYONS, in his official capacity as Acting Director, U.S. Immigration and Customs Enforcement; Rodney S. SCOTT, in his official capacity as Commissioner, U.S. Customs and Border Patrol; Michael W. BANKS, in his official capacity as Chief of U.S. Border Patrol; Kash PATEL, in his official capacity as Director, Federal Bureau of Investigation; Pam BONDI, in her official capacity as U.S. Attorney General; Ernesto SANTACRUZ JR., in his official capacity as Acting Field Office Director for Los Angeles, U.S. Immigration and Customs Enforcement; Eddy WANG, Special Agent in Charge for Los Angeles, Homeland Security Investigations, U.S. Immigration and Customs Enforcement; Gregory K. BOVINO, in his official capacity as Chief Patrol Agent for El Centro Sector of the U.S. Border Patrol; Jeffrey D. STALNAKER, in his official capacity as Acting Chief Patrol Agent, San Diego Sector of the U.S. Border Patrol; Akil DAVIS, in his official capacity as Assistant Director in Charge, Los Angeles Office, Federal Bureau of Investigation; Bilal A. ESSAYLI, in his official capacity as U.S. Attorney for the Central District of California, |
| 17 | Defendants. |

ANNE LAI (SBN 295394)
alai@law.uci.edu
UC IRVINE SCHOOL OF LAW
IMMIGRANT AND RACIAL JUSTICE
SOLIDARITY CLINIC
P.O. Box 5479
Irvine, CA 92616-5479
Telephone: (949) 824-9894
Facsimile: (949) 824-2747

*Counsel for Stop/Arrest Plaintiffs*

LAUREN MICHEL WILFONG*
lwilfong@ndlon.org
NATIONAL DAY LABORER
ORGANIZING NETWORK
1030 S. Arroyo Parkway, Suite 106
Pasadena, CA 91105
Telephone: (626) 214-5689

*Counsel for Stop/Arrest Plaintiffs*

BREE BERNWANGER (SBN 331731)
bbernwanger@aclunc.org
AMERICAN CIVIL LIBERTIES
UNION FOUNDATION OF
NORTHERN CALIFORNIA
39 Drumm Street
San Francisco, CA 94111
Telephone: (415) 621-2493

*Counsel for Stop/Arrest Plaintiffs*

BRISA VELAZQUEZ OATIS
(SBN 339132)
bvoatis@aclu-sdic.org
ACLU FOUNDATION OF
SAN DIEGO & IMPERIAL
COUNTIES
P.O. Box 87131
San Diego, CA 92138-7131
Telephone: (619) 398-4199

*Counsel for Stop/Arrest Plaintiffs*

MATTHEW J. CRAIG (SBN 350030)
mcraig@heckerfink.com
MACK E. JENKINS (SBN 242101)
mjenkins@heckerfink.com
HECKER FINK LLP
1150 South Olive Street, Suite 10-140
Los Angeles, CA 90015
Telephone: (212) 763-0883
Facsimile: (212) 564-0883

*Counsel for Access/Conditions Plaintiffs*

EDGAR AGUILASOCHO
(SBN 285567)
eaguilasocho@farmworkerlaw.com
MARTINEZ AGUILASOCHO LAW, INC.
900 Truxtun Ave Suite 300
Bakersfield, CA 93301
Telephone: (661) 859-1174

*Counsel for Plaintiff United Farm Workers*

CARL BERGQUIST*
cbergquist@chirla.org
COALITION FOR HUMANE
IMMIGRANT RIGHTS
2351 Hempstead Road
Ottawa Hills, OH 43606
Telephone: (310) 279-6025

*Counsel for Plaintiff Coalition for Humane Immigrant Rights*

ALVARO M. HUERTA (SBN 274787)
ahuerta@immdef.org
BRYNNA BOLT (SBN 339378)
bbolt@immdef.org
ALISON STEFFEL (SBN 346370)
asteffel@immdef.org
IMMIGRANT DEFENDERS LAW
CENTER
634 S. Spring St., 10th Floor
Los Angeles, CA 90014
Telephone: (213) 634-0999

*Counsel for Plaintiff Immigrant Defenders Law Center*

* Pro hac vice application forthcoming

I, Flor Melendrez, declare:

1. I make this declaration from my personal knowledge and, if called to testify to these facts, could and would do so competently.

2. I serve as the Executive Director of the CLEAN Carwash Worker Center, or CLEAN for short. CLEAN is the country's first carwash worker center.

3. CLEAN is a grassroots worker center that empowers carwash workers to make lasting changes in the carwash industry and in their communities. With over a decade of history in Los Angeles, CLEAN fights for the self-determination of immigrant and working-class people. CLEAN's carwash worker base represents one of the largest, lowest-paid, and most vulnerable in a highly exploitative service industry. CLEAN's mission of social change and worker empowerment is fulfilled through grassroots organizing, strategic outreach, skills-building workshops, and civic action. Through direct organizing, CLEAN leads outreach and advocacy efforts around job safety, workplace hazards, wage and hour rights, environmental protection, and community health initiatives.

4. I have served as Executive Director of the organization since 2016. As Executive Director, I am responsible for overseeing all aspects of the organization's work, including guiding CLEAN's strategic goals, funds, and operations. In addition to myself, CLEAN has ten other staff members.

5. CLEAN was founded in 2007. The genesis of the organization came from a coming together of various community members, leaders, and organizers who recognized that carwash workers in Southern California constituted a particularly vulnerable population. Carwash workers have historically been mistreated by their employers, subject to difficult and unhealthy working conditions, and susceptible to wage theft and other forms of labor violations. In response, CLEAN formed from this community effort to learn more about and fight injustices in the car wash industry.

6. CLEAN is a membership organization that unites carwashers to become a part of a growing and innovative worker center movement whose aim is to improve the quality of life for all Angelenos. Today, CLEAN has approximately 1,800 members, all of whom are carwash

workers from all over Southern California. We have members that live or work in Los Angeles, Orange, San Bernadino, Ventura, and Riverside counties.

7. CLEAN's members are predominantly Latine, with many being immigrants or the children of immigrants.

8. CLEAN recruits members as part of our efforts to organize workers throughout carwashes in the region. During this process, we meet with workers to ask about their needs and working conditions. Eventually, we onboard them and workers can elect to become official members of CLEAN. We have three tiers of membership available to workers, depending on how much each member wishes to participate in CLEAN's organizing work.

9. Members play an integral role in our organization, helping set the priorities for the organization and driving its campaigns and advocacy. Membership meetings occur every other month (and sometimes more frequently). During these meetings, members discuss their priorities, needs, and questions. Topics of discussion include employment law questions, workplace conditions, and organizing updates from other work sites.

10. CLEAN's mission includes fighting for the self-determination of immigrants. CLEAN's membership is made up predominantly of immigrants, and the exploitative nature of the carwash industry can make these members particularly vulnerable to wage theft and poor working conditions. CLEAN views immigrants' rights as central to its mission of advancing social change and providing dignity to all carwash workers.

11. A consistent focus of CLEAN's work is to provide its members access to immigrant-related support and resources. Some of this work involves providing training and support to members about immigrant issues. For instance, CLEAN has organized trainings for members and their families about securing driver's licenses under A.B. 60, a California law authorizing the provision of driver's licenses.

12. CLEAN and its members also organize programming and attend events concerning immigrant rights and immigration reform, including rallies and protests in support of immigration reform.

13. Beginning in June 2025, the immigration raids and enforcement actions of the federal government in Southern California have had an extraordinary impact on CLEAN's members. Through my role as Executive Director in the ordinary course of CLEAN's business, I have received reports that numerous members who work at carwashes throughout the region have experienced harm by being stopped or arrested by immigration agents. Many more members fear going to work, or even going in public, because they are afraid that the language they speak or where they work will subject them to unlawful stops by immigration agents due to racial profiling.

14. I understand based on reports from my staff, members, and members' families that carwashes have been a consistent and ongoing target of immigration agents during the course of the immigration raids. I have learned from CLEAN's members and my staff that not only have immigration agents focused their efforts on carwashes, immigration agents have also targeted some carwashes more than once. The raids at carwashes are ongoing. I am aware that a carwash was raided as recently as the weekend of June 28, 2025 in Los Angeles County.

15. As of today, through my role as Executive Director in the ordinary course of CLEAN's business, I am aware of dozens of CLEAN's members that have been stopped and arrested by federal agents in Los Angeles and Orange counties. One of these members is Jesus Aristeo Cruz Uitz, who has been a member of CLEAN for five years. My staff and I learned that Mr. Uitz was working at a carwash in Los Angeles county when immigration agents entered the property. The agents did not appear to know who he was or have a warrant for his arrest. They grabbed and restrained him before asking any questions.

16. I am also aware of dozens more carwash workers that work alongside CLEAN's members who have been arrested and detained by immigration agents.

17. I have heard from many members and their families that they are feeling anxious, worried, and fearful about their safety and the safety of their loved ones because of the ongoing immigration raids happening throughout Southern California. They rightly, in my opinion, fear being racially profiled and detained by federal agents. These agents have been coming after Latines on job sites regardless of whether they are employees or customers. For example, I

learned from my staff that at one of the carwash raids, agents arrested a Spanish-speaking customers along with several Spanish-speaking workers.

18. My staff and I have spoken with CLEAN members that are scared and fearful of being stopped or detained, regardless of their immigration status. Many are afraid to go to work, given the federal government's focus on the carwash industry.  We have spoken with CLEAN members with legal status that are skipping work and sheltering in place because they fear getting swept up in an immigration raid.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on July 1, 2025

Signed by:
*Flor Melendrez*
27B97DFF13AC411...

Flor Melendrez