# EXHIBIT 14

STACY TOLCHIN (SBN 217431)
*stacy@tolchinimmigration.com*
LAW OFFICES OF STACY TOLCHIN
776 E. Green St., Suite 210
Pasadena, CA 91101
Telephone: (213) 622-7450
Facsimile:  (213) 622-7233

MOHAMMAD TAJSAR (SBN 280152)
*mtajsar@aclusocal.org*
MAYRA JOACHIN (SBN 306065)
*mjoachin@aclusocal.org*
EVA BITRAN (SBN 302081)
*ebitran@aclusocal.org*
DAE KEUN KWON (SBN 313155)
*akwon@aclusocal.org*
OLIVER MA (SBN 354266)
*oma@aclusocal.org*
STEPHANIE PADILLA (SBN 321568)
*spadilla@aclusocal.org*
DIANA SANCHEZ (SBN 338871)
*dianasanchez@aclusocal.org*
ACLU FOUNDATION OF
SOUTHERN CALIFORNIA
1313 West Eighth Street
Los Angeles, CA 90017-4022
Telephone: (213) 977-5232
Facsimile: (213) 201-7878

*Counsel for Stop/Arrest Plaintiffs*
(*additional counsel information on cont. page*)

MARK ROSENBAUM (SBN 59940)
*mrosenbaum@publiccounsel.org*
REBECCA BROWN (SBN 345805)
*rbrown@publiccounsel.org*
SOPHIA WRENCH (SBN 354416)
*swrench@publiccounsel.org*
RITU MAHAJAN (SBN 252970)
*rmahajan@publiccounsel.org*
GINA AMATO (SBN 215519)
*gamato@publiccounsel.org*
PUBLIC COUNSEL
610 South Ardmore Avenue
Los Angeles, CA 90005
Telephone: (213) 385-2977

*Counsel for All Plaintiffs*

# UNITED STATES DISTRICT COURT

## FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| Pedro VASQUEZ PERDOMO; Carlos Alexander OSORTO; and Isaac VILLEGAS MOLINA; Jorge HERNANDEZ VIRAMONTES; Jason Brian GAVIDIA; LOS ANGELES WORKER CENTER NETWORK; UNITED FARM WORKERS; COALITION FOR HUMANE IMMIGRANT RIGHTS; IMMIGRANT DEFENDERS LAW CENTER,<br><br>        Plaintiffs,<br><br>    v.<br><br>Kristi NOEM, in her official capacity as Secretary, Department of Homeland | Case No.: 2:25-cv-05605-MEMF-SP<br><br>Hon. Maame Ewusi-Mensah Frimpong<br><br>**DECLARATION OF B.V. IN SUPPORT OF PLAINTIFFS' MOTION FOR TEMPORARY RESTRAINING ORDER** |

-1-

Security; Todd M. LYONS, in his official capacity as Acting Director, U.S. Immigration and Customs Enforcement; Rodney S. SCOTT, in his official capacity as Commissioner, U.S. Customs and Border Patrol; Michael W. BANKS, in his official capacity as Chief of U.S. Border Patrol; Kash PATEL, in his official capacity as Director, Federal Bureau of Investigation; Pam BONDI, in her official capacity as U.S. Attorney General; Ernesto SANTACRUZ JR., in his official capacity as Acting Field Office Director for Los Angeles, U.S. Immigration and Customs Enforcement; Eddy WANG, Special Agent in Charge for Los Angeles, Homeland Security Investigations, U.S. Immigration and Customs Enforcement; Gregory K. BOVINO, in his official capacity as Chief Patrol Agent for El Centro Sector of the U.S. Border Patrol; Jeffrey D. STALNAKER, in his official capacity as Acting Chief Patrol Agent, San Diego Sector of the U.S. Border Patrol; Akil DAVIS, in his official capacity as Assistant Director in Charge, Los Angeles Office, Federal Bureau of Investigation; Bilal A. ESSAYLI, in his official capacity as U.S. Attorney for the Central District of California,

Defendants.

ANNE LAI (SBN 295394)
alai@law.uci.edu
UC IRVINE SCHOOL OF LAW
IMMIGRANT AND RACIAL
JUSTICE
SOLIDARITY CLINIC
P.O. Box 5479
Irvine, CA 92616-5479
Telephone: (949) 824-9894
Facsimile:  (949) 824-2747

*Counsel for Stop/Arrest Plaintiffs*

LAUREN MICHEL WILFONG*
lwilfong@ndlon.org
NATIONAL DAY LABORER
ORGANIZING NETWORK
1030 S. Arroyo Parkway, Suite 106
Pasadena, CA 91105
Telephone: (626) 214-5689

*Counsel for Stop/Arrest Plaintiffs*

BREE BERNWANGER (SBN 331731)
bbernwanger@aclunc.org
AMERICAN CIVIL LIBERTIES
UNION FOUNDATION OF
NORTHERN CALIFORNIA
39 Drumm Street
San Francisco, CA 94111
Telephone: (415) 621-2493

*Counsel for Stop/Arrest Plaintiffs*

BRISA VELAZQUEZ OATIS
(SBN 339132)
bvoatis@aclu-sdic.org
ACLU FOUNDATION OF
SAN DIEGO & IMPERIAL
COUNTIES
P.O. Box 87131
San Diego, CA 92138-7131
Telephone: (619) 398-4199

*Counsel for Stop/Arrest Plaintiffs*

MATTHEW J. CRAIG (SBN 350030)
mcraig@heckerfink.com
MACK E. JENKINS (SBN 242101)
mjenkins@heckerfink.com
HECKER FINK LLP
1150 South Olive Street, Suite 10-140
Los Angeles, CA 90015
Telephone: (212) 763-0883
Facsimile: (212) 564-0883

*Counsel for Access/Conditions Plaintiffs*

EDGAR AGUILASOCHO
(SBN 285567)
eaguilasocho@farmworkerlaw.com
MARTINEZ AGUILASOCHO LAW, INC.
900 Truxtun Ave Suite 300
Bakersfield, CA 93301
Telephone: (661) 859-1174

*Counsel for Plaintiff United Farm Workers*

CARL BERGQUIST*
cbergquist@chirla.org
COALITION FOR HUMANE
IMMIGRANT RIGHTS
2351 Hempstead Road
Ottawa Hills, OH 43606
Telephone: (310) 279-6025

*Counsel for Plaintiff Coalition for Humane Immigrant Rights*

ALVARO M. HUERTA (SBN 274787)
ahuerta@immdef.org
BRYNNA BOLT (SBN 339378)
bbolt@immdef.org
ALISON STEFFEL (SBN 346370)
asteffel@immdef.org
IMMIGRANT DEFENDERS LAW
CENTER
634 S. Spring St., 10th Floor
Los Angeles, CA 90014
Telephone: (213) 634-0999

*Counsel for Plaintiff Immigrant Defenders Law Center*

* Pro hac vice application forthcoming

## DECLARATION OF B.V.

I, B.V., declare:

1.     I make this declaration based on my own personal knowledge. If called, I could and would competently testify to the contents herein.

2.     I am 16 years old. I was born and raised in Inglewood, California. I am a U.S. citizen.

3.     I am of Latino ethnicity.

4.     I have lived in Culver City in Los Angeles County for the last six years.

5.     I attend high school in the Los Angeles Unified School District.

6.     I attend church and recently completed my first year of confirmation preparation at the Catholic church my family belongs to.

7.     On Sunday, June 8, 2025, my family and I left our home around 1:00 PM to run errands. We arrived at the Culver City Express Hand Car Wash, located at 11166 Venice Blvd., Culver City, CA 90232, around 3:30 PM. We were regular customers, as my family has frequented this car wash weekly for several years.

8.     After we arrived at the Culver City Express Hand Car Wash, my dad parked our car and told the staff which car wash option he wanted. We then went to sit by a bench to wait. A few minutes later, I saw about four vehicles—including one big white van, a white SUV, and two white sedans—pull into the car wash premises. At first, I thought they were also customers, as I saw no identifiers or markers for being law enforcement. But then I saw that the vehicles parked to block the car wash's two entrances and one exit. Once parked, masked individuals came out in military attire, gear, and guns on them.

9.     The masked individuals ran out of the vehicles and rushed towards the workers. They had military vests, some with the word "police" on them, and some without any identification I could see. They were covering their faces with masks, trying to hide their identities. I saw no badges or names. These masked individuals charging at people created a commotion and an environment of fear. I did not feel safe, so I tried to

1

get away from the car wash premises. At one point, I observed one of the masked individuals on top of a worker, with a knee on his neck.

10. When I returned to the car wash premises, I saw that my dad had been detained by the masked individuals. He was in the SUV. I also saw that one of the masked individuals was holding my little brother by the shoulder. I thought they were trying to take my brother as well. I told the masked individual holding my brother that he and I are U.S. citizens and pulled my brother away from them. My brother is 11 years old.

11. Without talking with the masked individuals, I went up to the SUV, and I was able to hug my dad, who could not hug me back. His hands were tied tightly with a zip tie. My dad appeared calm, but I think that was because he wanted to keep us calm. He told me not to worry and to stay calm. He told me that we would be OK, that we would be together again. I told him I love him. He told me to take care of my brother and our family. I promised him I would take care of our family. I asked him to please not sign anything.

12. I did not want to let him go. But once I asked my dad not to sign anything, the masked individuals shoved me back. At that point, I yelled at my dad and promised him that we would bring him back home and see him again. The masked individuals then slammed the door on my dad. I pleaded with the masked individuals why were they doing this, what did my dad do, what was the reason they took my dad, why were they taking my dad away? They did not answer my questions. They did not care. And soon after, they left. I broke down and started crying.

13. That night, my family did not go home. I did not want to go home, because I would see all my dad's stuff. We went instead to a relative's house.

14. I was 15 years old when I witnessed these masked individuals abduct my father. Just a few days later, I turned 16 years old. This was my first birthday without my dad. I was so sad and depressed. I felt lonely and did not want to celebrate my birthday. My family got me a cake, but celebrating without him did not feel right.

15.    And then came Father's Day, when it hit me the most. In prior Father's Days, I tried to take him out with whatever money I had saved up. I locked myself in the bathroom and cried, looking at pictures of my dad with me as a baby.

16.    Since my dad was abducted and taken away from us, it has been very hard and stressful. I cannot live peacefully without my dad. I can barely sleep, staying up until 3:00 or 4:00 AM. I have cried in the bathroom, because I do not want my family to see, especially my little brother. Not having our father with us has impacted my brother very hard. He cries regularly. I do my best to keep it together in front of him, so I can try to calm him down and not show any kind of weakness, but this has been really hard for me.

17.    My dad is the main source of income for our family. We have been struggling to make ends meet without him. He has covered all our bills. Without him, it has been really hard to keep up with all the payments and expenses. We have been getting help from others, but this also does not feel right, because we do not want to ask people for money. This is not sustainable.

18.    After what happened to us on June 8, 2025, and what has been happening to so many families, I feel unsafe leaving home. I do not want to go out anymore. I do not feel welcome, even though I am a U.S. citizen. Because of my skin color, I may be racially profiled. I feel that they can see me and detain me for no reason other than I am Latino. To feel safe, I started carrying my U.S. passport when I leave the house. I hear some people are even taking their birth certificates.

19.    Evey time I go out, I also feel scared and anxious every time I see a white van or a white car. It is very triggering. And everywhere I go, I think about how to get away in case ICE or federal agents come to arrest people. I am more aware now that I am no longer safe.

I declare under penalty of perjury under the laws of the United States and the State of California that the foregoing is true and correct.

Executed on June 29, 2025 at Culver City, Los Angeles County, California.

s/ ███████████

B.V.

4