# EXHIBIT 17

STACY TOLCHIN (SBN 217431)
*stacy@tolchinimmigration.com*
LAW OFFICES OF STACY TOLCHIN
776 E. Green St., Suite 210
Pasadena, CA 91101
Telephone: (213) 622-7450
Facsimile: (213) 622-7233

MOHAMMAD TAJSAR (SBN 280152)
*mtajsar@aclusocal.org*
MAYRA JOACHIN (SBN 306065)
*mjoachin@aclusocal.org*
EVA BITRAN (SBN 302081)
*ebitran@aclusocal.org*
DAE KEUN KWON (SBN 313155)
*akwon@aclusocal.org*
OLIVER MA (SBN 354266)
*oma@aclusocal.org*
STEPHANIE PADILLA (SBN 321568)
*spadilla@aclusocal.org*
DIANA SANCHEZ (SBN 338871)
*dianasanchez@aclusocal.org*
ACLU FOUNDATION OF
SOUTHERN CALIFORNIA
1313 West Eighth Street
Los Angeles, CA 90017-4022
Telephone: (213) 977-5232
Facsimile: (213) 201-7878

*Counsel for Stop/Arrest Plaintiffs*
(*additional counsel information on cont. page*)

MARK ROSENBAUM (SBN 59940)
*mrosenbaum@publiccounsel.org*
REBECCA BROWN (SBN 345805)
*rbrown@publiccounsel.org*
SOPHIA WRENCH (SBN 354416)
*swrench@publiccounsel.org*
RITU MAHAJAN (SBN 252970)
*rmahajan@publiccounsel.org*
GINA AMATO (SBN 215519)
*gamato@publiccounsel.org*
PUBLIC COUNSEL
610 South Ardmore Avenue
Los Angeles, CA 90005
Telephone: (213) 385-2977

*Counsel for All Plaintiffs*

# UNITED STATES DISTRICT COURT

# FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| Pedro VASQUEZ PERDOMO; Carlos Alexander OSORTO; and Isaac VILLEGAS MOLINA; Jorge HERNANDEZ VIRAMONTES; Jason Brian GAVIDIA; LOS ANGELES WORKER CENTER NETWORK; UNITED FARM WORKERS; COALITION FOR HUMANE IMMIGRANT RIGHTS; IMMIGRANT DEFENDERS LAW CENTER, <br><br> Plaintiffs, <br><br> v. <br><br> Kristi NOEM, in her official capacity as Secretary, Department of Homeland | Case No.: 2:25-cv-05605-MEMF-SP <br><br> Hon. Maame Ewusi-Mensah Frimpong <br><br> **DECLARATION OF REVEREND TANYA LOPEZ IN SUPPORT OF PLAINTIFFS' MOTION FOR TEMPORARY RESTRAINING ORDER** |

-1-

Security; Todd M. LYONS, in his official capacity as Acting Director, U.S. Immigration and Customs Enforcement; Rodney S. SCOTT, in his official capacity as Commissioner, U.S. Customs and Border Patrol; Michael W. BANKS, in his official capacity as Chief of U.S. Border Patrol; Kash PATEL, in his official capacity as Director, Federal Bureau of Investigation; Pam BONDI, in her official capacity as U.S. Attorney General; Ernesto SANTACRUZ JR., in his official capacity as Acting Field Office Director for Los Angeles, U.S. Immigration and Customs Enforcement; Eddy WANG, Special Agent in Charge for Los Angeles, Homeland Security Investigations, U.S. Immigration and Customs Enforcement; Gregory K. BOVINO, in his official capacity as Chief Patrol Agent for El Centro Sector of the U.S. Border Patrol; Jeffrey D. STALNAKER, in his official capacity as Acting Chief Patrol Agent, San Diego Sector of the U.S. Border Patrol; Akil DAVIS, in his official capacity as Assistant Director in Charge, Los Angeles Office, Federal Bureau of Investigation; Bilal A. ESSAYLI, in his official capacity as U.S. Attorney for the Central District of California,

Defendants.

ANNE LAI (SBN 295394)
alai@law.uci.edu
UC IRVINE SCHOOL OF LAW
IMMIGRANT AND RACIAL
JUSTICE
SOLIDARITY CLINIC
P.O. Box 5479
Irvine, CA 92616-5479
Telephone: (949) 824-9894
Facsimile:  (949) 824-2747

*Counsel for Stop/Arrest Plaintiffs*

LAUREN MICHEL WILFONG*
lwilfong@ndlon.org
NATIONAL DAY LABORER
ORGANIZING NETWORK
1030 S. Arroyo Parkway, Suite 106
Pasadena, CA 91105
Telephone: (626) 214-5689

*Counsel for Stop/Arrest Plaintiffs*

BREE BERNWANGER (SBN 331731)
bbernwanger@aclunc.org
AMERICAN CIVIL LIBERTIES
UNION FOUNDATION OF
NORTHERN CALIFORNIA
39 Drumm Street
San Francisco, CA 94111
Telephone: (415) 621-2493

*Counsel for Stop/Arrest Plaintiffs*

BRISA VELAZQUEZ OATIS
(SBN 339132)
bvoatis@aclu-sdic.org
ACLU FOUNDATION OF
SAN DIEGO & IMPERIAL
COUNTIES
P.O. Box 87131
San Diego, CA 92138-7131
Telephone: (619) 398-4199

*Counsel for Stop/Arrest Plaintiffs*

MATTHEW J. CRAIG (SBN 350030)
mcraig@heckerfink.com
MACK E. JENKINS (SBN 242101)
mjenkins@heckerfink.com
HECKER FINK LLP
1150 South Olive Street, Suite 10-140
Los Angeles, CA 90015
Telephone: (212) 763-0883
Facsimile: (212) 564-0883

*Counsel for Access/Conditions Plaintiffs*

EDGAR AGUILASOCHO
(SBN 285567)
eaguilasocho@farmworkerlaw.com
MARTINEZ AGUILASOCHO LAW, INC.
900 Truxtun Ave Suite 300
Bakersfield, CA 93301
Telephone: (661) 859-1174

*Counsel for Plaintiff United Farm Workers*

CARL BERGQUIST*
cbergquist@chirla.org
COALITION FOR HUMANE
IMMIGRANT RIGHTS
2351 Hempstead Road
Ottawa Hills, OH 43606
Telephone: (310) 279-6025

*Counsel for Plaintiff Coalition for Humane Immigrant Rights*

ALVARO M. HUERTA (SBN 274787)
ahuerta@immdef.org
BRYNNA BOLT (SBN 339378)
bbolt@immdef.org
ALISON STEFFEL (SBN 346370)
asteffel@immdef.org
IMMIGRANT DEFENDERS LAW
CENTER
634 S. Spring St., 10th Floor
Los Angeles, CA 90014
Telephone: (213) 634-0999

*Counsel for Plaintiff Immigrant Defenders Law Center*

* Pro hac vice application forthcoming

I, Reverend Tanya Lopez, declare:

1.      I make this declaration based on my personal knowledge. If called to testify, I could and would testify competently hereto:

2.      I am thirty-eight years old. I am a resident of Upland in San Bernardino County and commute to work in Downey in Los Angeles County.

3.      I am the Senior Minister at Downey Memorial Christian Church, which is located at 8441 Florence Ave, Downey, CA. I have been working at Downey Memorial since 2022. After completing my Masters in Divinity in 2021, I was ordained in 2022 with the Christian Church (Disciples of Christ). I have been in ministry for many years.

4.      As an ordained minister, I perform several functions at Church. I participate in pastoral care, pray and worship with church members, contribute to religious educational opportunities and bible study, and help provide food and other necessities to members of the community through a partnership with a local food pantry. I am also involved with leadership development where I try to empower church members to serve in their community.

5.      Downey Memorial Christian Church has a parking lot for our church members and church staff. The main entrance is on Florence Avenue, and there is a side entrance on Brookshire Avenue. The side entrance is connected to the parking lot of two other businesses.

6.      On Wednesday, June 11, 2025, between 12 and 12:30 PM, I was in the office doing administrative work. Another staff member who was at the office notified me that there were suspicious vehicles that entered the parking lot rapidly. I went outside to the parking lot and grabbed my phone. I didn't know what was happening at the time or if there was a medical emergency.

7.      In the Church parking lot, there were three unmarked vehicles. There was one white car and two black Chevy Tahoes. There were six men in the parking lot. I am not sure if there were others in the parked vehicles. Three men wore plain clothes and were armed. They were surrounding a man who was sitting on the floor. The men surrounding him had guns holstered and wore utility belts. There were also three other men wearing plain clothing, armed, wearing masks, and some wore dark sunglasses. These three men appeared to be keeping watch and creating a perimeter to prevent anyone from approaching.

DECLARATION OF _____                    1                    Case No._____

8.    I attempted to get closer to the men that were creating the exterior perimeter. I began asking the men what they were doing. I asked them who they were, to identify themselves, and asked for their badge number. I also asked to see a warrant. Each time I asked a question; they ignored me and simply pointed to patches on the vests they were wearing that read police. One man wore a golden colored badge but at the time I could not tell what it said. As they were not in police uniforms, I didn't believe them to be police officers.

9.    One man told me to leave and that I could not be there. I identified myself and told them I was the Pastor of the Church. He shouted again that I did not have permission to be there. I responded that as a Pastor I absolutely had permission to be there. I told them they were on Church property, and they did not have permission to be on Church property. One man replied that the whole country was their property.

10.    After they refused to identify themselves, I did my best to get as close to the man they had on the floor. I asked the man to tell me his name and date of birth so that I could locate his family. I kept asking the man to give me the name of someone I could call. The more I asked for the man's name, the more the three men near him crowded around him to prevent me from hearing his responses.

11.    I felt so frustrated. I did not know who these masked men were. I did not know who this man was. I wanted to know who they were taking so I could try to notify his family. I started recording what was happening and taking some photos.

12.    At some point, the men moved one of their vehicles in front of the man to create a physical barrier. They then moved the man into a car parked that was in between both the church parking lot and the surrounding businesses. When I saw that they were going to take him away, I tried approaching the car—but still within a distance— to try to tell the man he has a right to remain silent. The man had been placed inside a dark SUV, and I could not see him anymore. The man closer to me started pointing a riffle of some sort in my general direction asking me to get back. By this time, there were other church staff standing behind. He kept waving the gun, telling us to get back.  I complied and kept my distance because I did not want them to say I was obstructing or interfering. And I did not want him to use the gun.

13.    The entire experience was scary and overwhelming. If other church staff and I had not

DECLARATION OF _____                    2                    Case No._____

come to the church parking lot to witness masked, armed men taking the man, he would have been snatched from the street in broad daylight without anyone noticing him. It was especially scary because we did not know who these men were or what department or agency they were with. I told them who I was, but they refused to identify themselves when I asked.

14.     As a religious leader, I felt very disrespected in our own church parking lot. If they had no problem pointing a rifle in my direction, I cannot imagine what they do to others. I have since reviewed the photos and videos I took and can now barely make out that the man holding the longer gun is the only man that seemed to be wearing a badge. Another man only had a sign that said POLICE. It is frightening to see how aggressive and intentionally intimidating these men try to be when they take people from the streets. There was no need for them to try to scare us or intimidate us like that.

15.     The raid on church property has impacted our church members. Families have been very scared and are in shock that it happened. We have seen a drop in attendance in the two Sundays since the incident. We have many church members who identify as Latino and who are scared. People do not understand why men are picking up people for appearing to be Latino.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on __July 2nd _____, 2025 at _____Downey_____, California.

_____

Rev. Tanya Lopez

DECLARATION OF _____                    3                    Case No._____