# EXHIBIT 18

STACY TOLCHIN (SBN 217431)
*stacy@tolchinimmigration.com*
LAW OFFICES OF STACY TOLCHIN
776 E. Green St., Suite 210
Pasadena, CA 91101
Telephone: (213) 622-7450
Facsimile:  (213) 622-7233

MOHAMMAD TAJSAR (SBN 280152)
*mtajsar@aclusocal.org*
MAYRA JOACHIN (SBN 306065)
*mjoachin@aclusocal.org*
EVA BITRAN (SBN 302081)
*ebitran@aclusocal.org*
DAE KEUN KWON (SBN 313155)
*akwon@aclusocal.org*
OLIVER MA (SBN 354266)
*oma@aclusocal.org*
STEPHANIE PADILLA (SBN 321568)
*spadilla@aclusocal.org*
DIANA SANCHEZ (SBN 338871)
*dianasanchez@aclusocal.org*
ACLU FOUNDATION OF
SOUTHERN CALIFORNIA
1313 West Eighth Street
Los Angeles, CA 90017-4022
Telephone: (213) 977-5232
Facsimile: (213) 201-7878

MARK ROSENBAUM (SBN 59940)
*mrosenbaum@publiccounsel.org*
REBECCA BROWN (SBN 345805)
*rbrown@publiccounsel.org*
SOPHIA WRENCH (SBN 354416)
*swrench@publiccounsel.org*
RITU MAHAJAN (SBN 252970)
*rmahajan@publiccounsel.org*
GINA AMATO (SBN 215519)
*gamato@publiccounsel.org*
PUBLIC COUNSEL
610 South Ardmore Avenue
Los Angeles, CA 90005
Telephone: (213) 385-2977

*Counsel for Stop/Arrest Plaintiffs*
(*additional counsel information on cont. page*)

*Counsel for All Plaintiffs*

## UNITED STATES DISTRICT COURT

## FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| Pedro VASQUEZ PERDOMO; Carlos Alexander OSORTO; and Isaac VILLEGAS MOLINA; Jorge HERNANDEZ VIRAMONTES; Jason Brian GAVIDIA; LOS ANGELES WORKER CENTER NETWORK; UNITED FARM WORKERS; COALITION FOR HUMANE IMMIGRANT RIGHTS; IMMIGRANT DEFENDERS LAW CENTER,<br><br>    Plaintiffs,<br><br>  v.<br><br>Kristi NOEM, in her official capacity as Secretary, Department of Homeland | Case No.: 2:25-cv-05605-MEMF-SP<br><br>Hon. Maame Ewusi-Mensah Frimpong<br><br>**DECLARATION OF TODD W. PRICE** |

-1-

Security; Todd M. LYONS, in his official capacity as Acting Director, U.S. Immigration and Customs Enforcement; Rodney S. SCOTT, in his official capacity as Commissioner, U.S. Customs and Border Patrol; Michael W. BANKS, in his official capacity as Chief of U.S. Border Patrol; Kash PATEL, in his official capacity as Director, Federal Bureau of Investigation; Pam BONDI, in her official capacity as U.S. Attorney General; Ernesto SANTACRUZ JR., in his official capacity as Acting Field Office Director for Los Angeles, U.S. Immigration and Customs Enforcement; Eddy WANG, Special Agent in Charge for Los Angeles, Homeland Security Investigations, U.S. Immigration and Customs Enforcement; Gregory K. BOVINO, in his official capacity as Chief Patrol Agent for El Centro Sector of the U.S. Border Patrol; Jeffrey D. STALNAKER, in his official capacity as Acting Chief Patrol Agent, San Diego Sector of the U.S. Border Patrol; Akil DAVIS, in his official capacity as Assistant Director in Charge, Los Angeles Office, Federal Bureau of Investigation; Bilal A. ESSAYLI, in his official capacity as U.S. Attorney for the Central District of California,

Defendants.

ANNE LAI (SBN 295394)
alai@law.uci.edu
UC IRVINE SCHOOL OF LAW
IMMIGRANT AND RACIAL
JUSTICE
SOLIDARITY CLINIC
P.O. Box 5479
Irvine, CA 92616-5479
Telephone: (949) 824-9894
Facsimile:  (949) 824-2747

*Counsel for Stop/Arrest Plaintiffs*

LAUREN MICHEL WILFONG*
lwilfong@ndlon.org
NATIONAL DAY LABORER
ORGANIZING NETWORK
1030 S. Arroyo Parkway, Suite 106
Pasadena, CA 91105
Telephone: (626) 214-5689

*Counsel for Stop/Arrest Plaintiffs*

BREE BERNWANGER (SBN 331731)
bbernwanger@aclunc.org
AMERICAN CIVIL LIBERTIES
UNION FOUNDATION OF
NORTHERN CALIFORNIA
39 Drumm Street
San Francisco, CA 94111
Telephone: (415) 621-2493

*Counsel for Stop/Arrest Plaintiffs*

BRISA VELAZQUEZ OATIS
(SBN 339132)
bvoatis@aclu-sdic.org
ACLU FOUNDATION OF
SAN DIEGO & IMPERIAL
COUNTIES
P.O. Box 87131
San Diego, CA 92138-7131
Telephone: (619) 398-4199

*Counsel for Stop/Arrest Plaintiffs*

MATTHEW J. CRAIG (SBN 350030)
mcraig@heckerfink.com
MACK E. JENKINS (SBN 242101)
mjenkins@heckerfink.com
HECKER FINK LLP
1150 South Olive Street, Suite 10-140
Los Angeles, CA 90015
Telephone: (212) 763-0883
Facsimile: (212) 564-0883

*Counsel for Access/Conditions Plaintiffs*

EDGAR AGUILASOCHO
(SBN 285567)
eaguilasocho@farmworkerlaw.com
MARTINEZ AGUILASOCHO LAW, INC.
900 Truxtun Ave Suite 300
Bakersfield, CA 93301
Telephone: (661) 859-1174

*Counsel for Plaintiff United Farm Workers*

CARL BERGQUIST*
cbergquist@chirla.org
COALITION FOR HUMANE
IMMIGRANT RIGHTS
2351 Hempstead Road
Ottawa Hills, OH 43606
Telephone: (310) 279-6025

*Counsel for Plaintiff Coalition for Humane Immigrant Rights*

ALVARO M. HUERTA (SBN 274787)
ahuerta@immdef.org
BRYNNA BOLT (SBN 339378)
bbolt@immdef.org
ALISON STEFFEL (SBN 346370)
asteffel@immdef.org
IMMIGRANT DEFENDERS LAW
CENTER
634 S. Spring St., 10th Floor
Los Angeles, CA 90014
Telephone: (213) 634-0999

*Counsel for Plaintiff Immigrant Defenders Law Center*

* Pro hac vice application forthcoming

**Affidavit of Todd W. Price**

I, the undersigned, do hereby certify and affirm that:

1. I am over the age of 18 and am not a party to this action. All forthcoming facts are based on my personal knowledge, which I would be willing to testify competently to if called as a witness at trial.

2. I am the Chief Technology Officer at Page Vault Inc., headquartered at 382 NE 191st Street, Suite 73062, Miami, Florida, 33179-3899. I have been so employed since March 2013.

3. Page Vault is a cloud-based service that enables Users to make captures of Web Content, including webpages, online media files such as videos, and online documents.

4. When capturing Web Content, a User provides URLs (Uniform Resource Locators) associated with the Web Content to be captured by the Page Vault Capturing Server (PVCS). This is accomplished either through the Page Vault Browser (PVB) interface or through the Page Vault Portal (PVP) interface.

5. When using the PVB interface, a User establishes a connection from their computer to the PVCS. This connection operates over an encrypted channel and allows the User to remotely control the Page Vault Browser (PVB) software that is installed on the PVCS.

6. The PVB is a proprietary browser that utilizes a Chromium browser engine. The PVB restricts the User from modifying the Web Content, accessing or modifying a webpage's source code, installing browser plugins, or otherwise altering the contents of the Web Content or the internet traffic between Web Servers (WS) and the PVCS.

7. As a User controls the PVB, the PVCS establishes an active web browsing session with various WS.

8. Remotely controlling the PVB, a User can direct the PVCS to create Captures of Web Content associated with a URL.

9. When using the PVP (Page Vault Portal) interface, a User establishes an authenticated session to the PVCS and provides a URL that is associated with Web Content to be collected.

-4-

10. Through the PVP interface, the User directs the PVCS to initiate a secure connection to WS and create Captures of the Web Content associated with the provided URL.

11. Captures can include the way the Web Content for the specified URL appeared in the PVB interface along with associated metadata. Captures are digitally signed and hashed.

12. Page Vault securely stores Captures, which Users can access, review, and download.

13. Attached hereto are true and accurate copies of Captures of the PVCS.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

*Executed this* __2nd__ *day of* _____July_____, __2025__ *at* _____Evanston_____, _____Illinois_____.

_____

Todd W. Price

# ATTACHMENT A

| | |
|---|---|
| Document title: | Instagram |
| Capture URL: | https://www.instagram.com/p/DLZCN6TOHoW/ |
| Page loaded at (UTC): | Mon, 30 Jun 2025 23:00:58 GMT |
| Capture timestamp (UTC): | Mon, 30 Jun 2025 23:01:27 GMT |
| Capture tool: | 10.55.0 |
| Collection server IP: | 54.145.42.72 |
| Browser engine: | Mozilla/5.0 (X11; Linux x86_64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/126.0.6478.234 Safari/537.36 |
| Operating system: | Linux (Node 20.17.0) |
| PDF length: | 3 |
| Capture ID: | mZSmhTzJsY8qGLWnXn67qT |
| Display Name: | Abraham.Filoteo |

PDF REFERENCE #:    c58KKHKPRzK1rTTvByyRi5

## Instagram

- Home
- Search
- Explore
- Reels
- Messages
- Notifications
- Create
- Profile



More posts from 209_drone_shots



- Meta AI
- Threads
- More

# Instagram

- Home
- Search
- Explore
- Reels
- Messages
- Notifications
- Create
- Profile



**209_drone_shots** and **4 others**
Original audio

1 like   Reply

**ogbrowzeefourtwentyla** 2d
THATS RIGHT 🙌👏👏👏👏👏
GLENDALE WE APPRECIATE YOU
FOR THIS 👏👏👏
122 likes   Reply

View all 4 replies

**dfdfletch** 5h
Way to go Glendale! Stand up for
the TRUTH and what is Right!!!🙏
🙏🙏🖤
1 like   Reply

25,009 likes
3 days ago

Add a comment...

More posts from 209_drone_shots



- Meta AI
- Threads
- More

Document title: Instagram
Capture URL: https://www.instagram.com/p/DLZCN6TOHoW/
Capture timestamp (UTC): Mon, 30 Jun 2025 23:01:27 GMT

# ATTACHMENT B

🔒 PageVault

| | |
|---|---|
| Document title: | Eric Villagomez \| On the third day, ICE agents appeared to concentrate their efforts in the Hawthorne, CA area. While a significant law enforcement presence... \| Instagram |
| Capture URL: | https://www.instagram.com/p/DKqboCRptBU/ |
| Page loaded at (UTC): | Wed, 25 Jun 2025 01:23:56 GMT |
| Capture timestamp (UTC): | Wed, 25 Jun 2025 01:24:27 GMT |
| Capture tool: | 10.55.0 |
| Collection server IP: | 54.145.42.72 |
| Browser engine: | Mozilla/5.0 (X11; Linux x86_64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/126.0.6478.234 Safari/537.36 |
| Operating system: | Linux (Node 20.17.0) |
| PDF length: | 3 |
| Capture ID: | cM7wC7LcEBjvnyxcnKDdPV |
| Display Name: | james.mendoza |



puroslatinostv ✔ • Follow
Jesus Mendez, Los De La Norte...

puroslatinostv ✔ On the third day, ICE agents appeared to concentrate their efforts in the Hawthorne, CA area. While a significant law enforcement presence was deployed to manage protesters in Downtown Los Angeles, ICE operations continued simultaneously in Hawthorne.

2w

barber_hustle100 This music SUCKS! Thank you, ICE!
6d  Reply

3,839 likes
June 9

Log in to like or comment.

More posts from puroslatinostv



Document title: Eric Villagomez | On the third day, ICE agents appeared to concentrate their efforts in the Hawthorne, CA area. While a significant law enforcement...
Capture URL: https://www.instagram.com/p/DKqboCRptBU/
Capture timestamp (UTC): Wed, 25 Jun 2025 01:24:27 GMT

Page 1 of 2



**See more posts**

Meta   About   Blog   Jobs   Help   API   Privacy   Consumer Health Privacy   Terms   Locations   Instagram Lite   Threads   Contact Uploading & Non-Users   Meta Verified

English ⌄     © 2025 Instagram from Meta

# ATTACHMENT C

**Page Vault**

| | |
|---|---|
| Document title: | Instagram |
| Capture URL: | https://www.instagram.com/p/DLP893MsqS6/ |
| Page loaded at (UTC): | Mon, 30 Jun 2025 23:20:18 GMT |
| Capture timestamp (UTC): | Mon, 30 Jun 2025 23:20:47 GMT |
| Capture tool: | 10.55.0 |
| Collection server IP: | 54.145.42.72 |
| Browser engine: | Mozilla/5.0 (X11; Linux x86_64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/126.0.6478.234 Safari/537.36 |
| Operating system: | Linux (Node 20.17.0) |
| PDF length: | 3 |
| Capture ID: | iNaAqo9K2aS2SzqT9nGKoC |
| Display Name: | Abraham.Filoteo |

PDF REFERENCE #:     baw5vJyLdkVX4TNK9eBgfT



*Instagram*

- Home
- Search
- Explore
- Reels
- Messages
- Notifications
- Create
- Profile

**uniondelbarrio** • Follow
Original audio

**uniondelbarrio** 1w
Secuestro confirmado- 23 de junio - 8:45AM. Home Depot de la Jefferson en Marina Del Rey. Mucho cuidado en esa área!
See translation

**lovelyworld82** 1w
@
Reply

**jxsmle_** 1w
does anyone know if this is near lmu?
17 likes   Reply
— View all 4 replies

**_dlovelyy** 1w
To the man speaking up &.

**4,126 likes**
7 days ago

Add a comment...

More posts from uniondelbarrio



- Meta AI
- Threads
- More

Document title: Instagram
Capture URL: https://www.instagram.com/p/DLP893MsqS6/
Capture timestamp (UTC): Mon, 30 Jun 2025 23:20:47 GMT

*Instagram*

- Home
- Search
- Explore
- Reels
- Messages
- Notifications
- Create
- Profile

- Meta AI
- Threads
- More



**uniondelbarrio** · Follow
Original audio

that will lead us, cuz this ain't fuckin it

36 likes   Reply

⎯ View all 1 replies

**janetxlove** 1w
Cops said they won't help ICE but their job is literally to protect & serve the community!!!!! So letting this happen is insane. @gavinnewsom @mayorofla what are we doing about this?! Yall just letting this happen for WEEKS now?!

8 likes   Reply

**4,126 likes**
7 days ago

Add a comment...

More posts from uniondelbarrio



# ATTACHMENT D

**PageVault**

| | |
|---|---|
| Document title: | Instagram |
| Capture URL: | https://www.instagram.com/p/DLA7wZYzlKY/ |
| Page loaded at (UTC): | Wed, 02 Jul 2025 19:41:22 GMT |
| Capture timestamp (UTC): | Wed, 02 Jul 2025 19:41:52 GMT |
| Capture tool: | 10.55.0 |
| Collection server IP: | 54.145.42.72 |
| Browser engine: | Mozilla/5.0 (X11; Linux x86_64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/126.0.6478.234 Safari/537.36 |
| Operating system: | Linux (Node 20.17.0) |
| PDF length: | 3 |
| Capture ID: | s6FLufND2iRnXcF8bcmVj5 |
| Display Name: | Abraham.Filoteo |

PDF REFERENCE #:    qiDv1r8r2Y7KQapi1FRJLS

Instagram

Home
Search
Explore
Reels
Messages
Notifications
Create
Profile



picoriveracommunity and **5 others**
Original audio

picoriveracommunity 2w
This happened Tuesday, June 17, 2025 at the Walmart in Pico Rivera, CA.
A young employee — a U.S. citizen — was profiled, harassed, and physically handled by ICE agents. This is what our people are dealing with in their own workplaces.
No one is illegal. No one deserves this.
🎥 DM us if you have more info or footage.
📍 @picoriveracommunity
-
#PicoRivera #EastLA #ICEabuse #StopICE #WalmartIncident #JusticeForOurPeople #KnowYourRights #CommunityAlert

9,902 likes
June 17

Add a comment...

More posts from picoriveracommunity



Meta AI
Threads
More

Document title: Instagram
Capture URL: https://www.instagram.com/p/DLA7wZYzlKY/
Capture timestamp (UTC): Wed, 02 Jul 2025 19:41:52 GMT

Instagram

Home

Search

Explore

Reels

Messages

Notifications

Create

Profile



**picoriveracommunity** and **5 others**
Original audio

1,554 likes   Reply

— View all 19 replies

**picturenetwork** 2w
Wearing a dodgers hat. Stop going to the games.

208 likes   Reply

— View all 3 replies

**chicana4luis** 2w
I hope @chirla_org got this footage

1 like   Reply

♡ ◯ ⊽                        🔖

**9,902 likes**
June 17

Add a comment...                ☺

More posts from picoriveracommunity



Meta AI

Threads

More

# ATTACHMENT E

**Page Vault**

| | |
|---|---|
| Document title: | Adrian Martinez: Young man detained by ICE outside a Walmart in Pico Rivera \| FOX 11 LA - YouTube |
| Capture URL: | https://www.youtube.com/watch?v=iZ6J99cnYqs |
| Page loaded at (UTC): | Thu, 26 Jun 2025 00:33:53 GMT |
| Capture timestamp (UTC): | Thu, 26 Jun 2025 00:35:11 GMT |
| Capture tool: | 10.55.0 |
| Collection server IP: | 54.145.42.72 |
| Browser engine: | Mozilla/5.0 (X11; Linux x86_64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/126.0.6478.234 Safari/537.36 |
| Operating system: | Linux (Node 20.17.0) |
| PDF length: | 6 |
| Capture ID: | 8Apu5kA3DKLSWRfRCLrtHr |
| Display Name: | james.mendoza |

PDF REFERENCE #:     ha5jrPRt8BE5YZmXGfNVxM



≡ ▶YouTube



Healthy Gut Support
Sponsored · gutrenewalform...    [Watch now]    ⋮


Evony PC for free: Game on    ⋮
Buff up, dodge down, game on.
Sponsored · Evony

Download ↗

### Adrian Martinez: Young man detained by ICE outside a Walmart in Pico Rivera | FOX 11 LA

 **FOX 11 Los Angeles** ☑    [Subscribe]    👍 842    👎    ↪ Share    🔖 Save    ⋯
1.25M subscribers

62K views  7 days ago
A young man was detained by ICE agents, leaving his family heartbroken and worried for his safety.

Subscribe to FOX 11 on YouTube: ▶ / @foxla  ...more

**1,229 Comments**    ☰ Sort by

👤 Add a comment...

 **@johncgibson4720** 7 days ago
2:40 This woman being interviewed is subject to removal herself. Bad politicians gave wrong conceptions about the legality of opening the US border. Opening the border is a crime itself. Everything as a result of the first crime is subject to forfeiture of the benefit.
👍 6  👎    Reply

 **@wendywatkins5467** 7 days ago
I feel bad for the people that are being fooled by the community leaders that give them a false impression that they can protect them from removal (deportation), they can't. Federal law has supremacy over local and state laws.
👍 199  👎    Reply
   ⌄ 23 replies

 **@luisr1588** 7 days ago
Well, he ain't going into work tomorrow at Walmart 😄
👍 20  👎    Reply
   ⌄ 1 reply

 **@VengefulCowSpirit** 7 days ago
Instead of handing ice cream bars they handing out deportation
👍 37  👎    Reply

 **@SCVegan** 7 days ago
I know that's her son but pretending it was okay to roll up in feds like that and obstruct their duty isn't doing him any favors. He 100% got himself into that situation. It's too bad he has to learn this lesson like this.
👍 129  👎    Reply


**High school student detained by ICE for days speaks out after...**    ⋮
NBC10 Boston
662K views · 2 weeks ago


**Mobile FBI confirms 37 arrested following immigration raid at...**    ⋮
FOX10 News ☑
29K views · 1 day ago


**Video Proves Georgia Man Didn't Try to Kidnap Child at...**    ⋮
Law&Crime Trials ☑
1.5M views · 1 month ago


🔴 **LIVE NEWS and WEBCAMS around the WORLD | June 25**    ⋮
FOX 11 Los Angeles ☑
12 watching
🔴 LIVE


**US citizen released after ICE arrest in Pico Rivera | FOX 11 LA**    ⋮
FOX 11 Los Angeles ☑
15 views · 6 minutes ago
New


**Neighbors chant, pray as they try to stop ICE from detaining...**    ⋮
FOX 11 Los Angeles ☑
594K views · 1 month ago


**Omaha protest attempts to stop ICE raid at Nebraska meat...**    ⋮
DMRegister ☑
2.6M views · 13 days ago


**LIVE: Santa Monica police officer injured in shooting...**    ⋮
FOX 11 Los Angeles ☑
6.6K views · Streamed 1 hour ago


**New video shows different angle of Pico Rivera arrest**    ⋮
NBCLA ☑
78K views · 6 days ago
New


**VP JD Vance takes shots at Newsom, Bass over LA...**    ⋮
LiveNOW from FOX ☑
462K views · 5 days ago
New


**Dashcam video shows pursuit, crash involving stolen Honda i...**    ⋮
WBNS 10TV ☑

Document title: Adrian Martinez: Young man detained by ICE outside a Walmart in Pico Rivera | FOX 11 LA - YouTube
Capture URL: https://www.youtube.com/watch?v=iZ6J99cnYqs
Capture timestamp (UTC): Thu, 26 Jun 2025 00:35:11 GMT





☰ ▶ YouTube    Search    Sign in

**@starsayittwice** 7 days ago
Don't tell use about ice raids! We voted trump
👍 38  👎  Reply
⌄ 1 reply

**@MR-qw5go** 7 days ago
Don't obstruct law
👍 74  👎  Reply
⌄ 1 reply

**@rlsmith2487** 7 days ago
Why do they always pull out these little kid pictures with puppy dogs or something like that is they want you to feel sorry for him.
👍 58  👎  Reply
⌄ 3 replies

**@robertwilkinson8421** 7 days ago
Don't want to get arrested?

Don't mess around and get in the Fed's way, just don't get involved. It's that simple.
👍 3  👎  Reply

**@caiuspostumiusturrinus1024** 7 days ago
They all mad for law enforcement getting all these Edgar gang kids out
👍 24  👎  Reply

**@50SHADESMRX** 7 days ago
1-8 years in fed prison?? Oh please, continue your madness interfering!
👍 58  👎  Reply

**@ICallItAsItIs** 7 days ago
Just because you want a better life that doesn't give you any right to totally ignore a country's laws.
👍 157  👎  Reply
⌄ 12 replies

**@samuelyoung865** 7 days ago
What would happen in mexico if a US citizen attacked the federales?
👍 5  👎  Reply
⌄ 1 reply

**@MoparFamily** 7 days ago
Should've not interfered with federal agents trying to do their job. Play stupid games win stupid prizes
👍 34  👎  Reply

**@rodyep3136** 7 days ago
He pulled his car up fast and jumped out he's lucky he didn't get shot. Even if you don't respect the cop you better respect that gun.
👍 4  👎  Reply

**@johnholquin9737** 7 days ago
Let ice do there job and none of that happens. You can't stop the law when they are in the middle of arrests, then play the victims.
👍 41  👎  Reply
⌄ 5 replies

**@mariobueno4676** 7 days ago
Civilians 😂 you don't surround NO ONEs vehicle let alone the Feds.

---

53K views · 12 days ago

Lawrence: Donald Trump proves he's the stupidest man in the...
MSNBC ✓
3.3M views · 6 days ago
New

Pico Rivera community rallies after video shows ICE agents...
KCAL News
187K views · 7 days ago

Huntington Park sidewalks empty after recent ICE...
KCAL News
69K views · 8 days ago

SoCal vice mayor allegedly calls on gang members to stand up...
ABC7 ✓
47K views · 22 hours ago
New

Margin Call 2011 Senior Partners Emergency Meeting...
Karthick I
536K views · 2 years ago

Veteran provides update after his father is detained by feder...
NBCLA ✓
31K views · 23 hours ago
New

'Gone too far': New evidence Trump, Stephen Miller are...
MSNBC ✓
1.6M views · 4 days ago
New

Family of detained LA street vendor speaks out | FOX 11 LA
FOX 11 Los Angeles ✓
3.9K views · 8 hours ago
New

Pilot Training Scene (Top Gun: Maverick 2022) Full uncut clip
Ash Cadlang
11M views · 2 years ago

'I was working': Former Cumberland County correction...
CBS 13 News ✓
275K views · 7 days ago

Outrage grows over ICE overreach as public gets wise ...
MSNBC ✓
456K views · 7 days ago

Man seen stealing SUV wheels in El Monte back on streets
FOX 11 Los Angeles ✓
91K views · 1 year ago

ICE arrest of University of Utah student sparks Colorado...
KSL News Utah
113K views · 11 days ago

Fontana PD says officers misidentified as ICE agents...
NBCLA ✓
120K views · 5 days ago



Document title: Adrian Martinez: Young man detained by ICE outside a Walmart in Pico Rivera | FOX 11 LA - YouTube
Capture URL: https://www.youtube.com/watch?v=iZ6J99cnYqs
Capture timestamp (UTC): Thu, 26 Jun 2025 00:35:11 GMT                                                     Page 5 of 5

# ATTACHMENT F

**PageVault**

| | |
|---|---|
| Document title: | Eric Villagomez | ICE raids in Los Angeles, Ca. This is wild! | Instagram |
| Capture URL: | https://www.instagram.com/p/DKkr84sBSgX/ |
| Page loaded at (UTC): | Wed, 25 Jun 2025 02:02:28 GMT |
| Capture timestamp (UTC): | Wed, 25 Jun 2025 02:03:33 GMT |
| Capture tool: | 10.55.0 |
| Collection server IP: | 54.145.42.72 |
| Browser engine: | Mozilla/5.0 (X11; Linux x86_64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/126.0.6478.234 Safari/537.36 |
| Operating system: | Linux (Node 20.17.0) |
| PDF length: | 3 |
| Capture ID: | ffV6uFpsRDeJpjJH8VU8Cd |
| Display Name: | james.mendoza |





Document title: Eric Villagomez | ICE raids in Los Angeles, Ca. This is wild! | Instagram
Capture URL: https://www.instagram.com/p/DKkr84sBSgX/
Capture timestamp (UTC): Wed, 25 Jun 2025 02:03:33 GMT



See more posts

Meta   About   Blog   Jobs   Help   API   Privacy   Consumer Health Privacy   Terms   Locations   Instagram Lite   Threads   Contact Uploading & Non-Users   Meta Verified

English ∨    © 2025 Instagram from Meta

# ATTACHMENT G

**Page Vault**

| | |
|---|---|
| Document title: | El Monte Memes \| ICE RAIDED ROSEMEAD PLAZA 12pm \| Instagram |
| Capture URL: | https://www.instagram.com/p/DK2kODJyPV4/ |
| Page loaded at (UTC): | Wed, 25 Jun 2025 02:02:48 GMT |
| Capture timestamp (UTC): | Wed, 25 Jun 2025 02:04:46 GMT |
| Capture tool: | 10.55.0 |
| Collection server IP: | 54.145.42.72 |
| Browser engine: | Mozilla/5.0 (X11; Linux x86_64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/126.0.6478.234 Safari/537.36 |
| Operating system: | Linux (Node 20.17.0) |
| PDF length: | 3 |
| Capture ID: | nXcRkKoFQHLjeULETfP2ft |
| Display Name: | james.mendoza |

PDF REFERENCE #:    n9uuGZgsD6qh8RVRUFMWRg



el.monte.memes • Follow
filmfare • Original audio

el.monte.memes ICE RAIDED ROSEMEAD PLAZA 12pm
1w

foreveryungzz Your so unhelpful calling out of their names like it's going to help your only aggravating them more SHUT UP!
6d  Reply

jengonzalezz_ Fuck. My fuckn heart....
6d  Reply

mgchilly81 Fucken pussy this gets me so angry

5,787 likes
June 13

Log in to like or comment.

ICE is Rosemead Plaza, they just took someone in front of Chipotle around 12 pm

More posts from el.monte.memes



Document title: El Monte Memes | ICE RAIDED ROSEMEAD PLAZA 12pm | Instagram
Capture URL: https://www.instagram.com/p/DK2kODJyPV4/
Capture timestamp (UTC): Wed, 25 Jun 2025 02:04:46 GMT

Page 1 of 2







CITY TO TAKE OUT $17 ATS FOUND IN EL MO
AN TO COVER OT PAY F EN CARGO VAN SAID
D DURING ICE PROTE RELATIVELY HEALTHY



CE roaming City of Industry an West Covina today!


E ON FULLERTON AND GALE TAKIN
ME DEPOT WORKING CITY OF
10:35am 6/24/20


**See more posts**

Meta   About   Blog   Jobs   Help   API   Privacy   Consumer Health Privacy   Terms   Locations   Instagram Lite   Threads   Contact Uploading & Non-Users   Meta Verified

English ∨   © 2025 Instagram from Meta

# ATTACHMENT H

| | |
|---|---|
| Document title: | Instagram |
| Capture URL: | https://www.instagram.com/p/DLYF94bBUYs/ |
| Page loaded at (UTC): | Mon, 30 Jun 2025 23:23:58 GMT |
| Capture timestamp (UTC): | Mon, 30 Jun 2025 23:24:27 GMT |
| Capture tool: | 10.55.0 |
| Collection server IP: | 54.145.42.72 |
| Browser engine: | Mozilla/5.0 (X11; Linux x86_64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/126.0.6478.234 Safari/537.36 |
| Operating system: | Linux (Node 20.17.0) |
| PDF length: | 4 |
| Capture ID: | 3j8aMYDLjfBL1qSk6RpGaQ |
| Display Name: | Abraham.Filoteo |

Instagram

Home

Search

Explore

Reels

Messages

Notifications

Create

Profile

Meta AI

Threads

More



**uniondelbarrio** • Follow
Original audio

**uniondelbarrio** 4d
CONFIRMADA PRESENCIA de ICE/MIGRA
LOS ANGELES, CA.
Home Depot de la Slauson y Western
———
26 DE JUNIO, 2025.
12:15 PM
———
La Patrulla Comunitaria de Unión del Barrio realizó un recorrido por esta comunidad, y esta confirmada la presencia de ICE/HSI.

¡OJO! Seguimos aconsejando a la raza que tenga cuidado durante esta ola de deportaciones, que no se rinda ante el miedo, y que siga las mejores prácticas publicadas.

**3,482 likes**
4 days ago

Add a comment...

More posts from uniondelbarrio



Document title: Instagram
Capture URL: https://www.instagram.com/p/DLYF94bBUYs/
Capture timestamp (UTC): Mon, 30 Jun 2025 23:24:27 GMT
Page 1 of 3





**uniondelbarrio** • Follow
Original audio

#UdBCommunityPatrols
#NoPasaran
#AllEyesOnIce
#WeAllPatrol
#CommunitySelfDefenseCoalition
#WeDidntCrossTheBorderTheBorder
CrossedUs
#SomosUnPuebloSinFronteras
#LiberacionExigeOrganizacion
#PonganseTrucha
#TrumpistaFascism
#ChaleTrump #FDT
#OrganizateRaza
#UnionDelBarrio

La Migra No Se Fue - EL PUEBLO LA
SACO
See translation

**21_rubicon_80** 4d
👏Gracias !!

**3,482 likes**
4 days ago

Add a comment...

More posts from uniondelbarrio



Document title: Instagram
Capture URL: https://www.instagram.com/p/DLYF94bBUYs/
Capture timestamp (UTC): Mon, 30 Jun 2025 23:24:27 GMT



uniondelbarrio • Follow
Original audio

mrss.dimples 4d
Thank you for what you are doing for our community and our people 🙌🙌🙌
10 likes   Reply

pinuplittlebit 4d
@stopicenet
1 like   Reply

nenelcy 4d
@uniondelbarrio they are out in marina del Rey near Cheesecake Factory restaurant at the hotels
2 likes   Reply

3,482 likes
4 days ago

Add a comment...

More posts from uniondelbarrio



From Existential Crises, To Organized Self-Defense: Only When We Protect Our Communities, Can We Recover Part Of What We've Lost

August 2023 - Documents from the VII Congreso Nacional

Final Congressional Report-Informe Central
La Urgencia del Momento Histórico Requiere Lo Que Aún No Se Ha Logrado Construir

AVISO
Programe nuestro número, y si ve a la migra, llámenos:
Los Angeles, CA: (213) 444-6562
Condado del Norte de San

HOLLYWOOD Y WEST HOLLYWOOD
30 DE JUNIO. 1:54PM.
ACTIVIDAD CONFIRMADA DE LOS SECUESTRADORES.
ESTÁN RODEANDO POR LA WESTERN Y DE LONGPRE.
ESTAN TRATANDO EN ENTRAR A SITIOS DE CONSTRUCCIÓN

Localizando A Miembros De La Comunidad Que Fueron Desaparecidos

Document title: Instagram
Capture URL: https://www.instagram.com/p/DLYF94bBUYs/
Capture timestamp (UTC): Mon, 30 Jun 2025 23:24:27 GMT

Instagram
Home
Search
Explore
Reels
Messages
Notifications
Create
Profile
Meta AI
Threads
More

# ATTACHMENT I

**Page Vault**

| | |
|---|---|
| Document title: | Actividad de autoridades federales en distintas áreas de Los Ángeles - YouTube |
| Capture URL: | https://www.youtube.com/watch?v=y-MrC5tzd3o |
| Page loaded at (UTC): | Wed, 25 Jun 2025 16:59:54 GMT |
| Capture timestamp (UTC): | Wed, 25 Jun 2025 17:01:07 GMT |
| Capture tool: | 10.55.0 |
| Collection server IP: | 54.145.42.72 |
| Browser engine: | Mozilla/5.0 (X11; Linux x86_64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/126.0.6478.234 Safari/537.36 |
| Operating system: | Linux (Node 20.17.0) |
| PDF length: | 7 |
| Capture ID: | 5v6qXu4VLqhUtZqu7tU5rM |
| Display Name: | james.mendoza |

PDF REFERENCE #:    gSGYh8MGAzSAJGuGmsD4qy



EN VIVO  CENTRO DE LOS ÁNGELES

inmigración. Esta dirección, para ser exacta, es el

**ACTIVIDAD FEDERAL EN DISTRITO DE LA MODA**

Telemundo52   12:00   67°

### Actividad de autoridades federales en distintas áreas de Los Ángeles

 **Telemundo 52** ✓
300K subscribers

Subscribe

👍 408   👎   ➤ Share   🔖 Save   •••

50K views  2 weeks ago
Las autoridades llegaron a una sucursal de Home Depot y a una zona del distrito de la moda en diinde supuestamente arrestaron trabajadores. ...more

---

**158 Comments**    ≡ Sort by

 Add a comment...

**@fobikloko6368** 2 weeks ago
Telemundo llamo a la migra
👍 16  👎   Reply

**@Lourdes-v2b** 2 weeks ago
LOS VAN  A meter ala cárcel
Si agreden alos oficiales
👍 17  👎   Reply

**@vilmaguerrero608** 2 weeks ago
Digale eso al gobernador q no deja llevarse a los q estan en la carcel. Por eso andan en la calle.
👍 4  👎   Reply

**@dorifashion** 2 weeks ago
La tienda Ambience tiene historial de lavado de dinero,
Por esa razon llego FBI y la Policia
👍 15  👎   Reply

**@debhraziur3665** 2 weeks ago
NEXT WILL BE THE NATIONAL GUARD, I SUPPORT EVERYONE WHO SUPPORTS THE PRESIDENT AND ICE, THIS IS WHY I VOTED AND WILL VOTE AGAIN.
👍 1  👎   Reply

**@debhraziur3665** 2 weeks ago
VAMOS QUE LO PRÓXIMO SERÁ LA FUERZA DE CHOQUE, O LA GUARDÍA NACIONAL, LOS APOYO A LOS DOS Y A TODO EL QUE AYUDE AL PRESIDENTE Y A ICE.
👍 1  👎   Reply

**@rusosamin8548** 2 weeks ago

 **WIX | Own your brand story**

wix  Own Your Story
Sponsored · wix.com    Learn more

 Noticiero Digital Telemundo 52: 25 de junio de 2025
Telemundo 52 ✓
4.8K views • 1 hour ago
New
15:12

 Pasajeros Sospechosos | Alerta Aeropuerto | Nat Geo en...
Nat Geo en Español
3.2M views • 2 weeks ago
44:25

 Madre influencer y socio comercial asesinados a tiros e...
Telemundo 52 ✓
25K views • 13 hours ago
New
2:47

 Autoridades arrestan a hombre que se hacía pasar por agente...
Univision Houston ✓
198 watching
LIVE

 El fiscal de California habla tras las redadas de Trump en Los...
Noticias Telemundo ✓
134K views • Streamed 2 weeks ago
21:26

 EXPELLED BY TRUMP: The end of the "American dream" for...
CHV Noticias ✓
343K views • 2 months ago
29:38

 ICE Blocks Freeway... Deports 'Entire Convoy' of Migrants
Cash Jordan ✓
135K views • 3 hours ago
New
12:05

 Video capta nuevo operativo federal en el centro de Los...
Telemundo 52 ✓
36K views • 18 hours ago
New
2:58

 Protestas en Los Ángeles: Trump envía marines y más...
Univision Noticias ✓
148K views • Streamed 2 weeks ago
30:19

 Operativos de ICE en California dejan varios inmigrantes...
Univision Noticias ✓
139K views • 13 days ago
12:46

 Los Ángeles en tensión: la Guardia Nacional está en la...
Univision Noticias ✓
95K views • Streamed 2 weeks ago
31:05

 REDADAS DE ICE EN LOS ÁNGELES: Nadie estaba...
QueFishTV ✓
1.7M views • 2 weeks ago
15:03

 Redadas contra migrantes en Los Ángeles: Así fue la "cacerí...





Document title: Actividad de autoridades federales en distintas áreas de Los Ángeles - YouTube
Capture URL: https://www.youtube.com/watch?v=y-MrC5tzd3o
Capture timestamp (UTC): Wed, 25 Jun 2025 17:01:07 GMT



@maykeldelatorre6113 2 weeks ago
Telecoyote ya empezó hablar sandeces 😂😂😂
👍 1 👎    Reply

@fredy6806 2 weeks ago
La migra está en los callejones del piojito.
👍 4 👎    Reply

@rubenjuarez6655 2 weeks ago
😮 Que 👑
👍 👎    Reply

@maximoravell4177 2 weeks ago
Ya solo saben desir saquen alos criminales desde que crusas sin papeles eres criminal a bajo nivel y no nesesitam hojas o nada de eso elllos pueden arrestar al que no pruebe estar legal
👍 3 👎    Reply
⌄ 1 reply

@mariocastillocastillo4092 2 weeks ago
Yo me imagino que todas estas personas se fueron de su País por que sus gobiernos los dejaron ir legalmente por sus aduanas
👍 👎    Reply

@linda-ht6ls 2 weeks ago (edited)
Dios los proteja, en unos meses todo esto se calmara cuidense de que no se topen con estos agentes, confien en que todo esto se calmara.
👍 3 👎    Reply
⌄ 2 replies

@violetaalfaro9353 2 weeks ago
El se salvo que se lo lleven
👍 👎    Reply

@Tilly-y8h 2 weeks ago
Y cuantos se llevaron. Seguramente unos 10! Ya ni q fue unos 5,000.00
👍 👎    Reply

@JaimeRodas-f5o 2 weeks ago
Aki. El Commando
👍 1 👎    Reply

@Justin47-o7y 2 weeks ago
Adios
👍 4 👎    Reply

@TravelwithLorena 2 weeks ago
La lay es lay isedeben yebar acabo ya era tiempo todo a estado Fuera de control Jente de cualkier pais bienen aser loque les da la Gana abuena ora
👍 👎    Reply

@SofyGail 2 weeks ago
Grabando y riendose 😮😮😮
👍 👎    Reply

@elenajoseph3594 2 weeks ago
Que es esto Mexico o USA ?????
👍 4 👎    Reply
⌄ 1 reply

@chrispete3892 2 weeks ago
Huntington Park next please

---

esta semana, 25 de junio de...
Noticias Telemundo ✓
7.4K views • 59 minutes ago
New

#Análisis ¬ Las protestas se extienden a dos docenas de...
SinEmbargo Al Aire ✓
179K views • 2 weeks ago

Redadas de inmigración en varias partes de Los Ángeles...
Univision Los Angeles ✓
611K views • 2 weeks ago

Noticiero Digital Telemundo 52: 11 de junio de 2025
Telemundo 52 ✓
214K views • 2 weeks ago

Conductor de camioneta presuntamente robada lidera...
Telemundo 52 ✓
5.7K views • 2 months ago

¡Nuevas reglas para Green Cards en 2025 te sorprenderán!
Univision Los Angeles ✓
1M views • 3 weeks ago

Redadas migratorias en Los Ángeles: ¿ICE intensificará su...
Univision Los Angeles ✓
300K views • 2 weeks ago

Noticiero Digital Telemundo 52: 9 de junio de 2025
Telemundo 52 ✓
126K views • 2 weeks ago

¿Qué está pasando en Los Ángeles, California? Las...
Noticias Caracol ✓
35K views • 2 weeks ago

Las noticias de la noche, viernes 13 de junio de 2025 |...
Noticias Telemundo ✓
485K views • Streamed 11 days ago

Fue deportada a México y separada de sus cinco hijos: a...
Primer Impacto ✓
82K views • 3 days ago
New

---





# ATTACHMENT J

**🔒 PageVault**

| | |
|---|---|
| Document title: | Agentes federales realizan redadas en zona industrial de California - YouTube |
| Capture URL: | https://www.youtube.com/watch?v=TXMIJqmME0U |
| Page loaded at (UTC): | Wed, 02 Jul 2025 20:11:30 GMT |
| Capture timestamp (UTC): | Wed, 02 Jul 2025 20:12:41 GMT |
| Capture tool: | 10.55.0 |
| Collection server IP: | 54.145.42.72 |
| Browser engine: | Mozilla/5.0 (X11; Linux x86_64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/126.0.6478.234 Safari/537.36 |
| Operating system: | Linux (Node 20.17.0) |
| PDF length: | 5 |
| Capture ID: | 7oH3thRHZN5jn8DeCHziRp |
| Display Name: | Abraham.Filoteo |

PDF REFERENCE #:    uqbiJ2C2mNVsLEUB7mWiBv

 YouTube                                                             Sign in



## Agentes federales realizan redadas en zona industrial de California

 **Al Rojo Vivo** ✓          Subscribe                    👍 424    👎     ↗ Share    🔖 Save    ...
5.58M subscribers

43K views  2 weeks ago  #AlRojoVivo #ICE #California
Video oficial de Al Rojo Vivo. En el sur de California, agentes federales realizaron varias redadas para detener a migrantes indocumentados, lo cual ha generado gran preocupación entre la comunidad latina.
#AlRojoVivo #California #ICE ...more

## 45 Comments          ≡ Sort by

 Add a comment...

**E** **@elsaflores6087** 2 weeks ago
Que busquen los delicuentes no jente trabajadora se que estamos en pais ajeno pero no le quitamos el trabajo a nadie
👍 23  👎    Reply
  ⌄ 2 replies

**P** **@Pedro-y2b4c** 2 weeks ago
Cuando los impíos dominan, el hombre se esconde; mas cuando perecen los impíos, los justos se multiplican
👍 3  👎    Reply

**I** **@Yaremi-w3t** 2 weeks ago
Los que afirman que no son delincuentes, les consta? Muchas personas no denuncian, y ademas sabrá Dios cuantos delitos tengan en sus paises de orígenes denunciados y no denunciados!
👍 5  👎    Reply
  ⌄ 1 reply

**I** **@irmareyes2608** 2 weeks ago
Exacto Secuestro A Ellos Les Vale Si Tienen Hijos Deben Considerar Jesucristo misericordia Para nuestros Hermanos Que Se Estan Llevando Señor Jesucristo Haga Usted Algo usted  hace Hasta lo Impisible Usted Es Un Diis Vivo Usted Rey De Reyes Mas Que Vencedor Amen
👍 3  👎    Reply

**@mariamilagrosaguayo-bishop1626** 2 weeks ago
Es un secuestro!
👍 14  👎    Reply

 **@goodhealth2378** 2 weeks ago
Este desastre que hay hecho estos criminales en las calles, es una evidencia DE QUE TRUMP TIENE QUE SEGUIR


**Download Peptide Ebook**
Download the Peptide Sciences™ Ebook
Sponsored · Peptide Sciences
PEPTIDE SCIENCES
Download


**Las noticias de la noche, viernes 20 de junio de 2025 | ...**
Noticias Telemundo ✓
493K views · Streamed 11 days ago


**EN VIVO: Piden justicia e información sobre detenidos ...**
Al Rojo Vivo ✓
3.2K views · Streamed 1 hour ago
New


**Trump va detrás de naturalizados, busca revocarle...**
CNN en Español ✓
321K views · 17 hours ago
New


**Las noticias de la noche, martes 17 de junio de 2025 | Noticias ...**
Noticias Telemundo ✓
437K views · Streamed 2 weeks ago


**Las noticias de la noche, viernes 13 de junio de 2025 | ...**
Noticias Telemundo ✓
496K views · Streamed 2 weeks ago


**¡La boda del multimillonario! Esta mujer le costó 40 mil ...**
Rumores Ciertos
224K views · 4 days ago
New


**La alcaldesa de Los Ángeles informa sobre la ofensiva ...**
Al Rojo Vivo ✓
9.7K views · Streamed 1 day ago
New


**Análisis: las consecuencias que podrían afectar a la ciudadaní...**
CNN en Español ✓
69K views · 2 days ago
New


**Comunidad confronta a agentes durante redada en Pico Rivera:...**
Univision Noticias ✓
161K views · 11 days ago


**Harrison Ford STORMS Off The View After Fiery Showdown ...**
The Narrator
84K views · 4 days ago
New


**Las noticias de la noche, lunes 2 de junio de 2025 | Noticias ...**
Noticias Telemundo ✓
189K views · Streamed 4 weeks ago

**ABC World News Tonight with David Muir Full Broadcast - ...**
ABC News ✓
967K views · 6 days ago
New







# ATTACHMENT K

🔒 **PageVault**

Document title:                Instagram

Capture URL:                   https://www.instagram.com/reel/DLIG86-RzFT/

Page loaded at (UTC):          Wed, 02 Jul 2025 21:33:58 GMT

Capture timestamp (UTC):       Wed, 02 Jul 2025 21:34:38 GMT

Capture tool:                  10.55.0

Collection server IP:          54.145.42.72

Browser engine:                Mozilla/5.0 (X11; Linux x86_64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/126.0.6478.234 Safari/537.36

Operating system:              Linux (Node 20.17.0)

PDF length:                    4

Capture ID:                    frCG6LNWHJcTvqr6iHCLhK

Display Name:                  Abraham.Filoteo

PDF REFERENCE #:    aCzEaW9ZmQsSUfHJPY9em5

Instagram

Home

Search

Explore

Reels

Messages

Notifications

Create

Profile



**kcalnews** and **laurenpozen**
Original audio

**kcalnews** ✓ · 1w
Dozens of people were taken away, when border patrol agents carried out a raid outside a Hollywood Home Depot.
#immigration #ice #raids #homedepot #hollywood

**uknowjoeblows** 1w
Great job guys!
6 likes   Reply

View all 3 replies

**andrea_a_pike** 1w
Uugghhh😣
2 likes   Reply

**bebythesea6** 1w

1,110 likes
June 20

Add a comment...

More posts from kcalnews



Meta AI

Threads

More

Document title: Instagram
Capture URL: https://www.instagram.com/reel/DLIG86-RzFT/
Capture timestamp (UTC): Wed, 02 Jul 2025 21:34:38 GMT





Document title: Instagram
Capture URL: https://www.instagram.com/reel/DLIG86-RzFT/
Capture timestamp (UTC): Wed, 02 Jul 2025 21:34:38 GMT

Instagram

⌂ Home

🔍 Search

◎ Explore

▶ Reels

◁ Messages

♡ Notifications

⊕ Create

● Profile



**kcalnews** and **laurenpozen**
Original audio

**mgion** 1w
Not agents, kidnappers
16 likes   Reply

**salvador_b_alcaraz** 1w
So they can attack us citizens and human beings that they have it rights regardless the status with out repercussions because they are the law. We went back 200 years hate, violence and ambition for power is taking over this world
3 likes   Reply

Two of his friends he says

♡  ◯  ▽                    🔖

**1,110 likes**
June 20

Add a comment...

More posts from kcalnews



○ Meta AI

@ Threads

☰ More

# ATTACHMENT L

🔒 **PageVault**

| | |
|---|---|
| Document title: | Eric Villagomez \| Stand up for the raza      Video credit: @soudijimenez \| Instagram |
| Capture URL: | https://www.instagram.com/p/DLOhmIARmko/?source=omni_redirect |
| Page loaded at (UTC): | Thu, 26 Jun 2025 00:41:42 GMT |
| Capture timestamp (UTC): | Thu, 26 Jun 2025 00:42:13 GMT |
| Capture tool: | 10.55.0 |
| Collection server IP: | 54.145.42.72 |
| Browser engine: | Mozilla/5.0 (X11; Linux x86_64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/126.0.6478.234 Safari/537.36 |
| Operating system: | Linux (Node 20.17.0) |
| PDF length: | 3 |
| Capture ID: | vDiqBYmqXYTffP917voXv4 |
| Display Name: | james.mendoza |

PDF REFERENCE #:    nK7b93Zn5NHxtyxwuGUwHw



Document title: Eric Villagomez | Stand up for the raza    Video credit: @soudijimenez | Instagram
Capture URL: https://www.instagram.com/p/DLOhmIARmko/?source=omni_redirect
Capture timestamp (UTC): Thu, 26 Jun 2025 00:42:13 GMT



Document title: Eric Villagomez | Stand up for the raza    Video credit: @soudijimenez | Instagram
Capture URL: https://www.instagram.com/p/DLOhmIARmko/?source=omni_redirect
Capture timestamp (UTC): Thu, 26 Jun 2025 00:42:13 GMT    Page 2 of 2

# ATTACHMENT M

🔒 PageVault

Document title:                    Instagram

Capture URL:                       https://www.instagram.com/p/DLVhU1dhGVF/

Page loaded at (UTC):              Wed, 02 Jul 2025 20:52:07 GMT

Capture timestamp (UTC):           Wed, 02 Jul 2025 20:52:55 GMT

Capture tool:                      10.55.0

Collection server IP:              54.145.42.72

Browser engine:                    Mozilla/5.0 (X11; Linux x86_64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/126.0.6478.234 Safari/537.36

Operating system:                  Linux (Node 20.17.0)

PDF length:                        3

Capture ID:                        wrhCvXsCeZf5eaFeHVFfri

Display Name:                      Abraham.Filoteo

PDF REFERENCE #:    gwSVEsCa8JA6p9B6FcCHaG

- Home
- Search
- Explore
- Reels
- Messages
- Notifications
- Create
- Profile



ocactive_ and **4 others**
Original audio

**ocactive_** 1w
🚨 PLEASE HELP IDENTIFY THIS INDIVIDUAL 🚨
Spotted at 10:35 AM on June 25 near Home Depot in Huntington Park. They're back in HP — if you recognize him, please reach out or share this post.
#HuntingtonPark #PublicAlert #CommunitySafety #HomeDepotHP

**imeldaperez437** 6d
👏👏👏👏
4 likes   Reply
View all 6 replies

**guerreroglenda** 6d
👏👏👏👏👏👏😊

**2,997 likes**
7 days ago

Add a comment...

More posts from ocactive_



- Meta AI
- Threads
- More



ocactive_ and **4 others**
Original audio

**holistic_healer_elkie** 6d
Why are they masked ?

7 likes   Reply

View all 6 replies

**jgonzo2030** 5d
Camera guy get a life!

1 like   Reply

**d_.matute** 6d
Dude recording is about to cry 😂 😂 😂

89 likes   Reply

View all 15 replies

**2,997 likes**
7 days ago

Add a comment...

More posts from ocactive_



# ATTACHMENT N

| | |
|---|---|
| Document title: | Instagram |
| Capture URL: | https://www.instagram.com/p/DLXk-kSRRy3/ |
| Page loaded at (UTC): | Mon, 30 Jun 2025 22:57:45 GMT |
| Capture timestamp (UTC): | Mon, 30 Jun 2025 22:58:20 GMT |
| Capture tool: | 10.55.0 |
| Collection server IP: | 54.145.42.72 |
| Browser engine: | Mozilla/5.0 (X11; Linux x86_64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/126.0.6478.234 Safari/537.36 |
| Operating system: | Linux (Node 20.17.0) |
| PDF length: | 3 |
| Capture ID: | 9eSjQUCXGgB9fisXyaXE2t |
| Display Name: | Abraham.Filoteo |

PDF REFERENCE #:    eV8FvZmspciVTHyr2nkRzJ









# ATTACHMENT O

**Page Vault**

| | |
|---|---|
| Document title: | Father taken by immigration agents at Home Depot in Burbank - YouTube |
| Capture URL: | https://www.youtube.com/watch?v=HhaZca91aPE |
| Page loaded at (UTC): | Wed, 02 Jul 2025 20:53:28 GMT |
| Capture timestamp (UTC): | Wed, 02 Jul 2025 20:54:43 GMT |
| Capture tool: | 10.55.0 |
| Collection server IP: | 54.145.42.72 |
| Browser engine: | Mozilla/5.0 (X11; Linux x86_64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/126.0.6478.234 Safari/537.36 |
| Operating system: | Linux (Node 20.17.0) |
| PDF length: | 6 |
| Capture ID: | j7pwQhDZkJ9J72oMBp3BTV |
| Display Name: | Abraham.Filoteo |

PDF REFERENCE #:    tH3uUfRwuDchC3ryExPQPu



YouTube

 Sign in



LIVE

BEING TRANSFERRED TO TEXAS AND
HIS FAMILY WORRIES, HE'LL JUST
DISAPPEAR INTO A BROKEN

NEWS AT 10

KTLA 5

HEADLINES    ational trip, report says   ktla.com    64°  10:06P

## Father taken by immigration agents at Home Depot in Burbank

 **KTLA 5** ✓
1.33M subscribers    Subscribe                    👍 486   👎      ↗ Share    🔖 Save    •••

32K views  4 days ago
Loved ones are distraught after a father was arrested by immigration agents while he was shopping for supplies at a Home Depot store in Burbank. KTLA's Rick Chambers reports on June 27, 2025.
...more

### 761 Comments    ☰ Sort by

👤  Add a comment...

**@desilove6530** 4 days ago
It's important to keep the family together. They should go too
👍 62  👎    Reply
⌄ 3 replies

**@jamess.2649** 2 days ago
A father, US citizen was arrested for drunk driving.  He was separated from his family and is in jails. Why is an illegal alien different or better or special?  Just the same broke the law must face the consequences
👍 19  👎    Reply
⌄ 1 reply

**@sharon2419** 4 days ago
THESE people are the equivalent of a BURGLAR who breaks into your house and DEMANDS that you rearrange the furniture.....And the press say's KIDS when they are 20 yrs old.
Get out if your not LEGALLY HERE..
👍 34  👎    Reply

**@Itsjuste_alt** 4 days ago
They're right... the ICE deportation is taking a lot of people.
👍 81  👎    Reply
⌄ 10 replies

**@pattilemonhouse7911** 4 days ago (edited)
Making HD parking lots safer one at a time. No more anchor babies, either.
👍 43  👎    Reply
⌄ 1 reply


50% Discount today
Sponsored · getstarscope.co    Buy now   •••

Download Peptide Ebook    •••
Download the Peptide Sciences™ Ebook
Sponsored · Peptide Sciences
PEPTIDE SCIENCES

Download

 'MAGA' mom detained by ICE; Her husband says he'll still ...   •••
FOX 11 Los Angeles ✓
92K views · 19 hours ago
New

 "Arrest Now, Ask Questions Later": Why Did ICE Agents ...   •••
Democracy Now! ✓
41K views · 5 hours ago
New

KTLA 5 News Top Stories at 5 p.m. - June 28, 2025   •••
KTLA 5 ✓
13K views · 3 days ago
New

 Father arrested by ICE agents outside his home   •••
WREG News Channel 3 ✓
42K views · 17 hours ago
New

Sean 'Diddy' Combs family reacts outside courthouse ...   •••
ABC News ✓
217K views · 3 hours ago
New

 Husband of woman detained by ICE passes away   •••
WWLTV ✓
146K views · 5 days ago
New

How Japan escaped Obesity while America got Fat   •••
What I've Learned - Joseph Everett ✓
3M views · 8 days ago

"Inhumane": Marine Veteran Calls for ICE to Release His ...   •••
Democracy Now! ✓
419K views · 7 days ago

 These Drivers Don't Deserve a License   •••
BRAIN TIME ✓
794K views · 1 month ago

 Las noticias de la noche, martes 17 de junio de 2025 | Noticias ...   •••
Noticias Telemundo ✓
437K views · Streamed 2 weeks ago

Las noticias de la noche, viernes 13 de junio de 2025 | ...   •••
Noticias Telemundo ✓

---

Document title: Father taken by immigration agents at Home Depot in Burbank - YouTube
Capture URL: https://www.youtube.com/watch?v=HhaZca91aPE
Capture timestamp (UTC): Wed, 02 Jul 2025 20:54:43 GMT

Page 1 of 5





👍 153  👎    Reply

⌄ 2 replies

@InesAtienza 4 days ago

Handyman? He's not a licensed contractor. Whether it's 2 days, 2 years, or 20 years, he's here illegally. Many immigrants come to America and do it legally. Yes, it costs money to hire an immigration attorney, so stop being a parasite on communities. You work here, live here, you should pay to be here legally.

👍 148  👎    Reply

⌄ 13 replies

@dh2profit 4 days ago

He won't disappear.  The law will be followed and he will go home to his own country.  His family can go,with him.

👍 67  👎    Reply

⌄ 5 replies

@kitdinker 4 days ago

"We just want to bring him home."

He's going home.

👍 84  👎    Reply

⌄ 1 reply

@BringBackMuzio 4 days ago

Family is making "demands"?  LEAVE!  The nerve of you to demand anything!

👍 210  👎    Reply

⌄ 9 replies

@HabibTheHeeb 4 days ago

They can all leave together as a family

👍 184  👎    Reply

⌄ 8 replies

@FJnats1976 4 days ago

just HOW has he been paying taxes???? Been here 20 years and hasn't bothered trying to become a legal resident??

👍 8  👎    Reply

@MALCOLMS-j4k 4 days ago

He is so lucky he can take ALL his family back to HIS country, thats only if his family is important to him. Watching from New Zealand.

👍 85  👎    Reply

⌄ 2 replies

@darlateegarden7595 4 days ago

Yeah these types of situations are really sad, the man has a family, is a hard worker, never broke the law, oh wait........ yes, he came in illegally and that is the deal breaker. Everyone wants to blame the current administration, or the ice agents, but the one to blame is the man who came into this country 20 years ago, settled and had a family without ever trying to fix his legal status, so who is to blame?

👍 10  👎    Reply

⌄ 1 reply

@THE_WOAT 4 days ago

Here illegally? no tears from me compadre.  I have helped numerous people become citizens, the legal way... it's not easy, costs money, and teaches what it means to be an American.  The people I feel sorry for are the millions that are in line, trying to become a US immigrant the legal way.  Meanwhile people like this guy jump the line and make a mockery of our immigration laws.  Don't care if you have been here 20 years, Hasta la vista!

👍 80  👎    Reply

@travisquinney1739 4 days ago

But after 20yrs he didn't think about getting his citizenship •• •• 😭😭

---

**Right sidebar (recommended videos):**

immigrant advocates suing federal government over 'cruel'...
KTLA 5 ✓
4.3K views · 2 hours ago
New
3:33

This is the worst piece of legislation in modern America...
Bernie Sanders ✓
941K views · 2 days ago
New
8:00

Las noticias de la noche, lunes 2 de junio de 2025 | Noticias ...
Noticias Telemundo ✓
139K views · Streamed 4 weeks ago
25:38

Ice agents arrest father outside of his house
WREG News Channel 3 ✓
8.5K views · 21 hours ago
New
2:33

New Orleans woman detained by ICE after nearly 50 years in ...
WVUE FOX 8 New Orleans
156K views · 6 days ago
New
4:20

Legendary Civil Rights Activist Dolores Huerta on Hope in Dar...
Jimmy Kimmel Live ✓
190K views · 5 days ago
New
10:15

SoCal woman who is citizen speaks out after being detaine...
KTLA 5 ✓
454K views · 5 days ago
New
3:17

Comunidad confronta a agentes durante redada en Pico Rivera:...
Univision Noticias ✓
161K views · 11 days ago
12:27

ICE detains multiple migrants at NYC Immigration Court
New York Post ✓
11K views · 2 hours ago
New
2:15

Las noticias de la noche, lunes 16 de junio de 2025 | Noticias ...
Noticias Telemundo ✓
203K views · Streamed 2 weeks ago
25:50

Immigration agents chase down and detain father in Burbank ...
KCAL News
96K views · 4 days ago
New
3:37

ICE agents make arrest at Los Angeles area church
KTLA 5 ✓
174K views · 2 weeks ago
4:32

Wife of man 'taken by ICE' speaks out | FOX 11 LA
FOX 11 Los Angeles ✓
1K views · 3 hours ago
New
2:50

Treasury's Faulkender: Vietnam trade deal a huge win for the ...
CNBC Television ✓
4K views · 2 hours ago
New
5:07

---

Document title: Father taken by immigration agents at Home Depot in Burbank - YouTube
Capture URL: https://www.youtube.com/watch?v=HhaZca91aPE
Capture timestamp (UTC): Wed, 02 Jul 2025 20:54:43 GMT





# ATTACHMENT P

**∩ PageVault**

| | |
|---|---|
| Document title: | Instagram |
| Capture URL: | https://www.instagram.com/p/DLarfWrTj91/ |
| Page loaded at (UTC): | Mon, 30 Jun 2025 23:28:41 GMT |
| Capture timestamp (UTC): | Mon, 30 Jun 2025 23:29:09 GMT |
| Capture tool: | 10.55.0 |
| Collection server IP: | 54.145.42.72 |
| Browser engine: | Mozilla/5.0 (X11; Linux x86_64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/126.0.6478.234 Safari/537.36 |
| Operating system: | Linux (Node 20.17.0) |
| PDF length: | 3 |
| Capture ID: | hFMbJcVwk9V7freeDpuAM5 |
| Display Name: | Abraham.Filoteo |

PDF REFERENCE #:    eVawbsm4UqfvJfNqvHAgru

# Instagram

- Home
- Search
- Explore
- Reels
- Messages
- Notifications
- Create
- Profile



**ocactive_** and **3 others**
Original audio

**ocactive_** 3d
6/27/25- Another visual of ICE talking to another person down the street from where the other individual was talked to by ICE that we Posted up Recently. This is just across the street at the Home Depot 23651 El Toro Rd
Lake Forest, CA  92630
United States

**greeen_jadeee** 3d
😂😂
Reply

**yoacap** 3d
Who seen the other pov
4 likes  Reply

**505 likes**
3 days ago

Add a comment...

---

More posts from ocactive_



- Meta AI
- Threads
- More

Document title: Instagram
Capture URL: https://www.instagram.com/p/DLarfWrTj91/
Capture timestamp (UTC): Mon, 30 Jun 2025 23:29:09 GMT



Home

Search

Explore

Reels

Messages

Notifications

Create

Profile

**ocactive_** and **3 others**
Original audio

always have a sharp object to puncture their tires, when you find ICE's cars.
Don't trust the police. Peaceful or not, they will attack anyway. Be prepared. Having the opportunity, they will show their sadism.
Have balloons filled with car oil to throw, so that police officers and their horses slip. Horses are not enemies, neither humans, but when they are used to hurt other people, a choice have to be made. They use horses to hit you with sticks from above.

Reply

**505 likes**
3 days ago

Add a comment...

More posts from ocactive_



Meta AI

Threads

More

# ATTACHMENT Q

| | |
|---|---|
| Document title: | Instagram |
| Capture URL: | https://www.instagram.com/p/DLbgfjBOXb7/ |
| Page loaded at (UTC): | Mon, 30 Jun 2025 23:30:23 GMT |
| Capture timestamp (UTC): | Mon, 30 Jun 2025 23:30:48 GMT |
| Capture tool: | 10.55.0 |
| Collection server IP: | 54.145.42.72 |
| Browser engine: | Mozilla/5.0 (X11; Linux x86_64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/126.0.6478.234 Safari/537.36 |
| Operating system: | Linux (Node 20.17.0) |
| PDF length: | 3 |
| Capture ID: | psiGKVW3YsLkwnMj65Wdz8 |
| Display Name: | Abraham.Filoteo |

PDF REFERENCE #:    nLyL9wzJVk4QYxL4DasU9C

# Instagram

- Home
- Search
- Explore
- Reels
- Messages
- Notifications
- Create
- Profile



**stockton_been_wild** and **4 others**
Original audio

**stockton_been_wild** 2d
THIS IS THE SAD REALITY WERE GONNA BE GOING THROUGH FOR A WHILE OUR PEOPLE WILL BE GOING TO WORK OR JUST SIMPLY BE OUT AND ABOUT NOT KNOWING IF IT WILL BE THERE LAST DAY HERE SMH!! PROTECT THE PEOPLE AT ALL COST🙏

**tazmalia5** 2d
😭😭😭
1 like   Reply

**mrs_t_anaya** 2d
Se me parte el alma. 😢
3 likes   Reply   See translation

893 likes
2 days ago

Add a comment...

More posts from stockton_been_wild



- Meta AI
- Threads
- More

Document title: Instagram
Capture URL: https://www.instagram.com/p/DLbgfjBOXb7/
Capture timestamp (UTC): Mon, 30 Jun 2025 23:30:48 GMT

*Instagram*

Home

Search

Explore

Reels

Messages

Notifications

Create

Profile



**stockton_been_wild** and **4 others**
Original audio

nappy you're there.Make out
bless you whose video on this

Reply

View all 1 replies

**tomthewretch_1n23456** 2d
They looked like they were
treating the old guy with extreme
respect. So when you repeatedly
say not to treat him like that, I
guess you want old dude roughed
up

7 likes   Reply

View all 12 replies

893 likes
2 days ago

Add a comment...

More posts from stockton_been_wild



Meta AI

Threads

More

# ATTACHMENT R

**PageVault**

| | |
|---|---|
| Document title: | Instagram |
| Capture URL: | https://www.instagram.com/p/DLft2FeSmTN/ |
| Page loaded at (UTC): | Mon, 30 Jun 2025 23:33:48 GMT |
| Capture timestamp (UTC): | Mon, 30 Jun 2025 23:34:15 GMT |
| Capture tool: | 10.55.0 |
| Collection server IP: | 54.145.42.72 |
| Browser engine: | Mozilla/5.0 (X11; Linux x86_64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/126.0.6478.234 Safari/537.36 |
| Operating system: | Linux (Node 20.17.0) |
| PDF length: | 3 |
| Capture ID: | ddFEXEXcr7ZdCFAuC9HyWc |
| Display Name: | Abraham.Filoteo |

PDF REFERENCE #:    iBDiCdWYGpu9VcCxy4V64P

# Instagram

- Home
- Search
- Explore
- Reels
- Messages
- Notifications
- Create
- Profile



ocactive_ and **4 others**
.diedlonely, énouement • stellar

ocactive_ Edited • 1d
6/29/25 10:40am 📍 Newport Beach - 🚗 at Chevron in Newport Beach. Sent by Anonymous Follower. 🚗

gette818 1d
💔💔💔💔💔💔
10 likes  Reply

coral_zavala 1d
Y nadie le pudo ayudar ☹
1 like  Reply  See translation
View all 1 replies

elvyzcemguzman 1d
Son los CazaRecompensas, no es ICE
4 likes  Reply  See translation

**2,055 likes**
1 day ago

Add a comment...

More posts from ocactive_



- Meta AI
- Threads
- More

Document title: Instagram
Capture URL: https://www.instagram.com/p/DLft2FeSmTN/
Capture timestamp (UTC): Mon, 30 Jun 2025 23:34:15 GMT

# Instagram

- Home
- Search
- Explore
- Reels
- Messages
- Notifications
- Create
- Profile



**ocactive_** and **4 others**
.diedlonely, énouement • stellar

**bilvado7** 1d
Such bravery..4 heavily armed ice agents arresting hard working car wash employee..😖
153 likes   Reply

View all 10 replies

**johnnydangerously433** 22h
Live better support ICE
5 likes   Reply

**q50_fuego** 21h
FCK ICE
1 like   Reply

**augustus_towers** 1d
Masked men in an unmarked car. These guys are lucky they

2,055 likes
1 day ago

Add a comment...

More posts from ocactive_



- Meta AI
- Threads
- More

Document title: Instagram
Capture URL: https://www.instagram.com/p/DLft2FeSmTN/
Capture timestamp (UTC): Mon, 30 Jun 2025 23:34:15 GMT