# EXHIBIT 19

STACY TOLCHIN (SBN 217431)
*stacy@tolchinimmigration.com*
LAW OFFICES OF STACY TOLCHIN
776 E. Green St., Suite 210
Pasadena, CA 91101
Telephone: (213) 622-7450
Facsimile:  (213) 622-7233

MOHAMMAD TAJSAR (SBN 280152)
*mtajsar@aclusocal.org*
MAYRA JOACHIN (SBN 306065)
*mjoachin@aclusocal.org*
EVA BITRAN (SBN 302081)
*ebitran@aclusocal.org*
DAE KEUN KWON (SBN 313155)
*akwon@aclusocal.org*
OLIVER MA (SBN 354266)
*oma@aclusocal.org*
STEPHANIE PADILLA (SBN 321568)
*spadilla@aclusocal.org*
DIANA SANCHEZ (SBN 338871)
*dianasanchez@aclusocal.org*
ACLU FOUNDATION OF
SOUTHERN CALIFORNIA
1313 West Eighth Street
Los Angeles, CA 90017-4022
Telephone: (213) 977-5232
Facsimile: (213) 201-7878

*Counsel for Stop/Arrest Plaintiffs*
(*additional counsel information on cont. page*)

ANNE LAI (SBN 295394)
*alai@law.uci.edu*
UC IRVINE SCHOOL OF LAW
IMMIGRANT AND RACIAL
JUSTICE
SOLIDARITY CLINIC
P.O. Box 5479
Irvine, CA 92616-5479
Telephone: (949) 824-9894
Facsimile:  (949) 824-2747

*Counsel for Stop/Arrest Plaintiffs*

## UNITED STATES DISTRICT COURT

## FOR THE CENTRAL DISTRICT OF CALIFORNIA

Pedro VASQUEZ PERDOMO; Carlos Alexander OSORTO; and Isaac VILLEGAS MOLINA; Jorge HERNANDEZ VIRAMONTES; Jason Brian GAVIDIA; LOS ANGELES WORKER CENTER NETWORK; UNITED FARM WORKERS; COALITION FOR HUMANE IMMIGRANT RIGHTS; IMMIGRANT DEFENDERS LAW CENTER,

　　　　Plaintiffs,

　　v.

Kristi NOEM, in her official capacity as Secretary, Department of Homeland

Case No.: 2:25-cv-05605-MEMF-SP

**DECLARATION OF DIANA SÁNCHEZ IN SUPPORT OF PLAINTIFFS' EX PARTE APPLICATION FOR TEMPORARY RESTRAINING ORDER**

Hon. Maame Ewusi-Mensah Frimpong

-1-
DECLARATION OF DIANA SANCHEZ IN SUPPORT OF PLAINTIFFS' EX PARTE APPLICATION FOR TEMPORARY RESTRAINING ORDER

Security; Todd M. LYONS, in his official capacity as Acting Director, U.S. Immigration and Customs Enforcement; Rodney S. SCOTT, in his official capacity as Commissioner, U.S. Customs and Border Patrol; Michael W. BANKS, in his official capacity as Chief of U.S. Border Patrol; Kash PATEL, in his official capacity as Director, Federal Bureau of Investigation; Pam BONDI, in her official capacity as U.S. Attorney General; Ernesto SANTACRUZ JR., in his official capacity as Acting Field Office Director for Los Angeles, U.S. Immigration and Customs Enforcement; Eddy WANG, Special Agent in Charge for Los Angeles, Homeland Security Investigations, U.S. Immigration and Customs Enforcement; Gregory K. BOVINO, in his official capacity as Chief Patrol Agent for El Centro Sector of the U.S. Border Patrol; Jeffrey D. STALNAKER, in his official capacity as Acting Chief Patrol Agent, San Diego Sector of the U.S. Border Patrol; Akil DAVIS, in his official capacity as Assistant Director in Charge, Los Angeles Office, Federal Bureau of Investigation; Bilal A. ESSAYLI, in his official capacity as U.S. Attorney for the Central District of California,

Defendants.

-2-

LAUREN MICHEL WILFONG*
lwilfong@ndlon.org
NATIONAL DAY LABORER
ORGANIZING NETWORK
1030 S. Arroyo Parkway, Suite 106
Pasadena, CA 91105
Telephone: (626) 214-5689

*Counsel for Stop/Arrest Plaintiffs*

BREE BERNWANGER (SBN 331731)
bbernwanger@aclunc.org
AMERICAN CIVIL LIBERTIES
UNION FOUNDATION OF
NORTHERN CALIFORNIA
39 Drumm Street
San Francisco, CA 94111
Telephone: (415) 621-2493

*Counsel for Stop/Arrest Plaintiffs*

BRISA VELAZQUEZ OATIS
(SBN 339132)
bvoatis@aclu-sdic.org
ACLU FOUNDATION OF
SAN DIEGO & IMPERIAL
COUNTIES
P.O. Box 87131
San Diego, CA 92138-7131
Telephone: (619) 398-4199

*Counsel for Stop/Arrest Plaintiffs*

EDGAR AGUILASOCHO
(SBN 285567)
eaguilasocho@farmworkerlaw.com
MARTINEZ AGUILASOCHO LAW, INC.
900 Truxtun Ave Suite 300
Bakersfield, CA 93301
Telephone: (661) 859-1174

*Counsel for Plaintiff United Farm Workers*

CARL BERGQUIST*
cbergquist@chirla.org
COALITION FOR HUMANE
IMMIGRANT RIGHTS
2351 Hempstead Road
Ottawa Hills, OH 43606
Telephone: (310) 279-6025

*Counsel for Plaintiff Coalition for Humane Immigrant Rights*

* Pro hac vice application forthcoming

DECLARATION OF DIANA SANCHEZ IN SUPPORT OF PLAINTIFFS' EX PARTE APPLICATION FOR TEMPORARY RESTRAINING ORDER

## DECLARATION OF DIANA SÁNCHEZ

I, Diana Sánchez declare:

1. I make this declaration based on my personal knowledge. If called to testify, I could and would testify competently hereto:

2. I am an attorney at the American Civil Liberties Union Foundation of Southern California ("ACLU SoCal"), where I have been employed since 2023. I am a member in good standing of the California State Bar and of the Bar of this Court. I was admitted to the practice of law in California in 2021. I am counsel for Stop/Arrests Plaintiffs in this putative class action and have been involved in all aspects of this case. I submit this declaration in support of the Stop/Arrests Plaintiffs' Ex Parte Application for a Temporary Restraining Order.

3. Attached as Exhibit A is a true and correct copy of a table from the U.S. Census Bureau QuickFacts for Los Angeles County, California. This document is from an official website of the United States government and shows population date for the Hispanic or Latino population in Los Angeles County. This QuickFacts data was downloaded from https://www.census.gov/quickfacts/fact/table/losangelescountycalifornia/RHI725224 on July 1, 2025.

4. Attached as Exhibit B is a true and correct copy of a table from the U.S. Census Bureau QuickFacts for the following counties in California: San Bernardino County, Riverside County, Orange County, San Luis Obispo County, Santa Barbara County, and Ventura County. This document is from an official website of the United States government and shows population date for the Hispanic or Latino population in each county listed above. This QuickFacts data was downloaded from https://www.census.gov/quickfacts/fact/table/sanbernardinocountycalifornia,riversidecountycalifornia,orangecountycalifornia,sanluisobispocountycalifornia,santabarbaracountycalifornia,venturacountycalifornia/RHI725224#qf-headnote-b on July 3, 2025.

-4-

DECLARATION OF DIANA SANCHEZ IN SUPPORT OF PLAINTIFFS' EX PARTE APPLICATION FOR TEMPORARY RESTRAINING ORDER

5.    Based on the July 2024 estimates by the U.S. Census Bureau in Exhibits 1 and 2,

a.    Los Angeles County has a total population of 9,757,179 people, 48.8% of whom identify as "Hispanic or Latino" (or approximately 4,761,503 individuals).

b.    Ventura County has an estimated total population of 835,427 people, 45.3% of whom identify as Hispanic or Latino (or approximately 378,448 individuals).

c.    Santa Barbara County has an estimated total population of 444,500 people, 49.3% of whom identify as Hispanic or Latino (or approximately 219,139 individuals).

d.    San Luis Obispo County has an estimated population of 281,843 people, 25.8% of whom identify as Hispanic or Latino (or approximately 72,715 individuals).

e.    Orange County has an estimated population of 3,170,435 people, 34.3% of whom identify as Hispanic or Latino (or approximately 1,087,459 individuals).

f.    Riverside County has an estimated population of 2,529,933 people, 52.5% of whom identify as Hispanic or Latino (or approximately 1,328,214 individuals).

g.    San Bernardino County has an estimated population of 2,214,281 people, 56.4% of whom identify as Hispanic or Latino (or approximately 1,248,854 individuals).

6.    In total, then, the counties that make up the Central District of California have a combined estimated population of 19,233,598 people, including 9,096,334 people that identify as Latine / "Hispanic or Latino." People who identify as Latine / "Hispanic or Latino" make up approximately 47.3% of the combined estimated population of counties that make up the Central District.

7.    The following chart was created by me in Microsoft Excel and provides the same information in table format:

| County | Total Population | Percentage Identify as Hispanic or Latino | Approximate Total Population of Hispanic or Latino |
|---|---|---|---|
| Los Angeles | 9,757,179 | 48.8% | 4,761,503 |
| Ventura | 835,427 | 45.3% | 378,448 |
| Santa Barbara | 444,500 | 49.3% | 219,139 |
| San Luis Obispo | 281,843 | 25.8% | 72,715 |
| Orange | 3,170,435 | 34.3% | 1,087,459 |
| Riverside | 2,529,933 | 52.5% | 1,328,215 |
| San Bernardino | 2,214,281 | 56.4% | 1,248,854 |
| **Total** | **19,233,598** | **47.3%** | **9,096,334** |

8.    Attached as Exhibit C is a true and correct copy of a screen capture of a post on Truth Social, a social media application and website, by @real Donald Trump, captured on July 3, 2025.

9.    Attached as Exhibit D is a true and correct copy of a screen capture of a video post on Instagram, a social media application and website, by @puroslatinostv, captured on July 3, 2025.

I declare under penalty of perjury of the laws of the State of California and the United States that the foregoing is true and correct to the best of my knowledge and belief.

Executed this 3rd day of July 2025 in Los Angeles, California.

Respectfully submitted,

*/s/ Diana Sánchez*
Diana Sánchez

DECLARATION OF DIANA SANCHEZ IN SUPPORT OF PLAINTIFFS' EX PARTE APPLICATION FOR TEMPORARY RESTRAINING ORDER

# EXHIBIT A

 An official website of the United States government  Here's how you know

United States®
**Census**
Bureau

## QuickFacts
**Los Angeles County, California**

QuickFacts provides statistics for all states and counties. Also for cities and towns with a *population of 5,000 or more*.

**What's New & FAQs**

Enter state, county, city, town, or zip code        -- Select a fact --

 CLEAR     TABLE     MAP     CHART     MORE

## Table

| All Topics | Los Angeles County, California |
|---|---|
| ⓘ **Hispanic or Latino, percent (b)   (b)** | ⚠ **48.8%** |
| 👤 PEOPLE | |
| **Population** | |
| ⓘ Population estimates, July 1, 2024, (V2024) | ⚠ 9,757,179 |
| ⓘ Population estimates base, April 1, 2020, (V2024) | ⚠ 10,017,401 |
| ⓘ Population, percent change - April 1, 2020 (estimates base) to July 1, 2024, (V2024) | ⚠ -2.6% |
| ⓘ Population, Census, April 1, 2020 | 10,014,009 |
| ⓘ Population, Census, April 1, 2010 | 9,818,605 |
| **Age and Sex** | |
| ⓘ Persons under 5 years, percent | ⚠ 4.9% |
| ⓘ Persons under 18 years, percent | ⚠ 19.9% |
| ⓘ Persons 65 years and over, percent | ⚠ 16.1% |
| ⓘ Female persons, percent | ⚠ 50.5% |
| **Race and Hispanic Origin** | |
| ⓘ White alone, percent | ⚠ 69.3% |
| ⓘ Black alone, percent (a)   (a) | ⚠ 8.9% |
| ⓘ American Indian and Alaska Native alone, percent (a)   (a) | ⚠ 1.7% |
| ⓘ Asian alone, percent (a)   (a) | ⚠ 16.4% |
| ⓘ Native Hawaiian and Other Pacific Islander alone, percent (a)   (a) | ⚠ 0.4% |
| ⓘ Two or More Races, percent | ⚠ 3.5% |
| ⓘ **Hispanic or Latino, percent (b)   (b)** | ⚠ **48.8%** |
| ⓘ White alone, not Hispanic or Latino, percent | ⚠ 25.0% |
| **Population Characteristics** | |
| ⓘ Veterans, 2019-2023 | 220,722 |
| ⓘ Foreign-born persons, percent, 2019-2023 | 33.4% |
| **Housing** | |
| ⓘ Housing Units, July 1, 2024, (V2024) | 3,709,507 |
| ⓘ Owner-occupied housing unit rate, 2019-2023 | 46.1% |
| ⓘ Median value of owner-occupied housing units, 2019-2023 | $783,300 |
| ⓘ Median selected monthly owner costs - with a mortgage, 2019-2023 | $3,076 |
| ⓘ Median selected monthly owner costs -without a mortage, 2019-2023 | $803 |
| ⓘ Median gross rent, 2019-2023 | $1,893 |
| ⓘ Building Permits, 2024 | 19,809 |
| **Families & Living Arrangements** | |
| ⓘ Households, 2019-2023 | 3,390,254 |
| ⓘ Persons per household, 2019-2023 | 2.85 |
| ⓘ Living in the same house 1 year ago, percent of persons age 1 year+ , 2019-2023 | 90.6% |
| ⓘ Language other than English spoken at home, percent of persons age 5 years+, 2019-2023 | 55.1% |
| **Computer and Internet Use** | |
| ⓘ Households with a computer, percent, 2019-2023 | 96.1% |
| ⓘ Households with a broadband Internet subscription, percent, 2019-2023 | 91.7% |
| **Education** | |
| ⓘ High school graduate or higher, percent of persons age 25 years+, 2019-2023 | 80.7% |
| ⓘ Bachelor's degree or higher, percent of persons age 25 years+, 2019-2023 | 35.5% |
| **Health** | |
| ⓘ With a disability, under age 65 years, percent, 2019-2023 | 6.9% |
| ⓘ Persons without health insurance, under age 65 years, percent | ⚠ 9.4% |
| **Economy** | |
| ⓘ In civilian labor force, total, percent of population age 16 years+, 2019-2023 | 64 |
| ⓘ In civilian labor force, female, percent of population age 16 years+, 2019-2023 | 59 |

**Is this page helpful?** ✕
👍 Yes    👎 No

| | |
|---|---|
| ℹ Total accommodation and food services sales, 2022 ($1,000)   (c) | 44,000,801 |
| ℹ Total health care and social assistance receipts/revenue, 2022 ($1,000)   (c) | 113,488,435 |
| ℹ Total transportation and warehousing receipts/revenue, 2022 ($1,000)   (c) | 65,350,932 |
| ℹ Total retail sales, 2022 ($1,000)   (c) | 213,932,785 |
| ℹ Total retail sales per capita, 2022   (c) | $22,010 |

### Transportation

| | |
|---|---|
| ℹ Mean travel time to work (minutes), workers age 16 years+, 2019-2023 | 30.8 |

### Income & Poverty

| | |
|---|---|
| ℹ Median households income (in 2023 dollars), 2019-2023 | $87,760 |
| ℹ Per capita income in past 12 months (in 2023 dollars), 2019-2023 | $44,319 |
| ℹ Persons in poverty, percent | ⚠ 13.7% |

### 🏭 BUSINESSES

#### Businesses

| | |
|---|---|
| ℹ Total employer establishments, 2023 | 304,988 |
| ℹ Total employment, 2023 | 3,987,736 |
| ℹ Total annual payroll, 2023 ($1,000) | 299,616,607 |
| ℹ Total employment, percent change, 2022-2023 | 2.3% |
| ℹ Total nonemployer establishments, 2023 | 1,128,124 |
| ℹ All employer firms, Reference year 2022 | 247,882 |
| ℹ Men-owned employer firms, Reference year 2022 | 149,187 |
| ℹ Women-owned employer firms, Reference year 2022 | 61,315 |
| ℹ Minority-owned employer firms, Reference year 2022 | 97,754 |
| ℹ Nonminority-owned employer firms, Reference year 2022 | 135,294 |
| ℹ Veteran-owned employer firms, Reference year 2022 | 6,107 |
| ℹ Nonveteran-owned employer firms, Reference year 2022 | 230,445 |

### 🌐 GEOGRAPHY

#### Geography

| | |
|---|---|
| ℹ Population per square mile, 2020 | 2,466.9 |
| ℹ Population per square mile, 2010 | 2,419.6 |
| ℹ Land area in square miles, 2020 | 4,059.28 |
| ℹ Land area in square miles, 2010 | 4,057.88 |
| ℹ FIPS Code | 06037 |

[About datasets used in this table](#)

**Value Notes**

⚠ Methodology differences may exist between data sources, and so estimates from different sources are not comparable.

Some estimates presented here come from sample data, and thus have sampling errors that may render some apparent differences between geographies statistically indistinguishable. Click the Quick Info ℹ icon to the left of each row in TABLE view to learn about sampling error.

The vintage year (e.g., V2024) refers to the final year of the series (2020 thru 2024). Different vintage years of estimates are not comparable.

Users should exercise caution when comparing 2019-2023 ACS 5-year estimates to other ACS estimates. For more information, please visit the 2023 5-year ACS Comparison Guidance page.

**Fact Notes**

    **(a)**    Includes persons reporting only one race
    **(b)**    Hispanics may be of any race, so also are included in applicable race categories
    **(c)**    Economic Census - Puerto Rico data are not comparable to U.S. Economic Census data

**Value Flags**

    **D**    Suppressed to avoid disclosure of confidential information
    **F**    Fewer than 25 firms
    **FN**    Footnote on this item in place of data
    **NA**    Not available
    **S**    Suppressed; does not meet publication standards
    **X**    Not applicable
    **Z**    Value greater than zero but less than half unit of measure shown
    **-**    Either no or too few sample observations were available to compute an estimate, or a ratio of medians cannot be calculated because one or both of the median estimates falls in the lowest or upper interval of an open ended distribution.
    **N**    Data for this geographic area cannot be displayed because the number of sample cases is too small.

QuickFacts data are derived from: Population Estimates, American Community Survey, Census of Population and Housing, Current Population Survey, Small Area Health Insurance Estimates, Small Area Income and Poverty Estimates, State and County Housing Unit Estimates, County Business Patterns, Nonemployer Statistics, Economic Census, Survey of Business Owners, Building Permits.

**CONNECT WITH US**   f   𝕏   in   ▶   ⊡

Information Quality | Data Linkage Infrastructure | Data Protection and Privacy Policy | Accessibility | FOIA | Inspector General | No FEAR Act | U.S. Department of Commerce | USA.gov

**Measuring America's People and Economy**



**Is this page helpful?**   ✕

👍 Yes     👎 No

# EXHIBIT B

 An official website of the United States government  Here's how you know

United States® **Census** Bureau

## QuickFacts

**What's New & FAQs ›**

**San Bernardino County, California; Riverside County, California; Orange County, California; San Luis Obispo County, California; Santa Barbara County, California; Ventura County, California**

QuickFacts provides statistics for all states and counties. Also for cities and towns with a ***population of 5,000 or more***.

Enter state, county, city, town, or zip code      -- Select a fact --

CLEAR    TABLE     MAP     CHART     MORE

PRINT    CSV

### Table

| All Topics | San Bernardino County, California | Riverside County, California | Orange County, California | San Luis Obispo County, California | Santa Barbara County, California | Ventura County, California |
|---|---|---|---|---|---|---|
| **Hispanic or Latino, percent (b)** (b) | **56.4%** | **52.5%** | **34.3%** | **25.8%** | **49.3%** | **45.3%** |
| **PEOPLE** | | | | | | |
| **Population** | | | | | | |
| Population estimates, July 1, 2024, (V2024) | 2,214,281 | 2,529,933 | 3,170,435 | 281,843 | 444,500 | 835,427 |
| Population estimates base, April 1, 2020, (V2024) | 2,181,664 | 2,419,967 | 3,187,256 | 282,448 | 448,217 | 844,363 |
| Population, percent change - April 1, 2020 (estimates base) to July 1, 2024, (V2024) | 1.5% | 4.5% | -0.5% | -0.2% | -0.8% | -1.1% |
| Population, Census, April 1, 2020 | 2,181,654 | 2,418,185 | 3,186,989 | 282,424 | 448,229 | 843,843 |
| Population, Census, April 1, 2010 | 2,035,210 | 2,189,641 | 3,010,232 | 269,637 | 423,895 | 823,318 |
| **Age and Sex** | | | | | | |
| Persons under 5 years, percent | 6.0% | 5.7% | 4.9% | 4.2% | 6.1% | 5.2% |
| Persons under 18 years, percent | 24.8% | 23.4% | 20.3% | 17.1% | 22.2% | 21.1% |
| Persons 65 years and over, percent | 13.3% | 16.1% | 17.4% | 23.3% | 17.4% | 18.6% |
| Female persons, percent | 50.1% | 49.8% | 50.5% | 49.8% | 50.0% | 50.3% |
| **Race and Hispanic Origin** | | | | | | |
| White alone, percent | 74.5% | 77.6% | 68.0% | 87.9% | 84.7% | 82.8% |
| Black alone, percent (a) (a) | 9.3% | 7.5% | 2.3% | 1.8% | 2.3% | 2.5% |
| American Indian and Alaska Native alone, percent (a) (a) | 2.2% | 2.0% | 1.1% | 1.6% | 2.2% | 2.0% |
| Asian alone, percent (a) (a) | 9.7% | 8.3% | 24.3% | 4.6% | 6.4% | 8.6% |
| Native Hawaiian and Other Pacific Islander alone, percent (a) (a) | 0.5% | 0.5% | 0.4% | 0.2% | 0.3% | 0.3% |
| Two or More Races, percent | 3.8% | 4.0% | 4.0% | 4.0% | 4.1% | 3.9% |
| **Hispanic or Latino, percent (b)** (b) | **56.4%** | **52.5%** | **34.3%** | **25.8%** | **49.3%** | **45.3%** |
| White alone, not Hispanic or Latino, percent | 23.7% | 30.2% | 36.7% | 65.3% | 40.3% | 41.7% |
| **Population Characteristics** | | | | | | |
| Veterans, 2019-2023 | 78,796 | 111,536 | 89,830 | 15,210 | 17,154 | 33,552 |
| Foreign-born persons, percent, 2019-2023 | 21.4% | 21.6% | 29.9% | 9.6% | 22.1% | 21.9% |
| **Housing** | | | | | | |
| Housing Units, July 1, 2024, (V2024) | 755,367 | 888,186 | 1,161,012 | 127,244 | 162,351 | 298,400 |
| Owner-occupied housing unit rate, 2019-2023 | 61.5% | 68.9% | 56.4% | 61.9% | 52.9% | 64.2% |
| Median value of owner-occupied housing units, 2019-2023 | $475,000 | $510,300 | $915,500 | $777,200 | $735,700 | $768,400 |
| Median selected monthly owner costs - with a mortgage, 2019-2023 | $2,274 | $2,492 | $3,311 | $2,830 | $2,855 | $3,045 |
| Median selected monthly owner costs -without a mortage, 2019-2023 | $628 | $730 | $857 | $794 | $779 | $796 |
| Median gross rent, 2019-2023 | $1,706 | $1,814 | $2,352 | $1,899 | $2,050 | $2,248 |
| Building Permits, 2024 | 6,226 | 9,598 | 6,972 | 1,104 | 750 | 1,648 |
| **Families & Living Arrangements** | | | | | | |
| Households, 2019-2023 | 668,004 | 762,234 | 1,074,654 | 108,897 | 148,960 | 278,045 |
| Persons per household, 2019-2023 | 3.21 | 3.17 | 2.90 | 2.45 | 2.83 | 2.97 |
| Living in the same house 1 year ago, percent of persons age 1 year+ , 2019-2023 | 90.0% | 90.1% | 88.4% | 82.1% | 83.9% | 91.3% |
| Language other than English spoken at home, percent of persons age 5 years+, 2019-2023 | 43.6% | 41.8% | 45.9% | 17.2% | 40.0% | 38.4% |
| **Computer and Internet Use** | | | | | | |
| Households with a computer, percent, 2019-2023 | 96.5% | 96.6% | 97.6% | 96.6% | 96.0% | 96.0% |
| Households with a broadband Internet subscription, percent, 2019-2023 | 92.1% | 92.7% | 94.4% | 92.4% | 92.1% | 93.1% |
| **Education** | | | | | | |
| High school graduate or higher, percent of persons age 25 years+, 2019-2023 | 82.1% | 83.3% | 86.9% | 91.8% | 82.1% | 85.3% |
| Bachelor's degree or higher, percent of persons age 25 years+, 2019-2023 | 22.9% | 25.1% | 43.4% | 39.2% | 35.9% | 35.7% |
| **Health** | | | | | | |

| | | | | | | |
|---|---|---|---|---|---|---|
| ⓘ With a disability, under age 65 years, percent, 2019-2023 | 8.3% | 7.7% | 5.6% | 8.3% | 7.3% | 7.2% |
| ⓘ Persons without health insurance, under age 65 years, percent | ⚠ 8.7% | ⚠ 8.3% | ⚠ 7.3% | ⚠ 7.2% | ⚠ 9.2% | ⚠ 8.5% |

**Economy**

| | | | | | | |
|---|---|---|---|---|---|---|
| ⓘ In civilian labor force, total, percent of population age 16 years+, 2019-2023 | 61.3% | 60.6% | 65.5% | 58.3% | 62.0% | 63.8% |
| ⓘ In civilian labor force, female, percent of population age 16 years+, 2019-2023 | 55.5% | 54.4% | 59.4% | 54.6% | 57.7% | 57.7% |
| ⓘ Total accommodation and food services sales, 2022 ($1,000) (c) | 8,538,645 | 10,604,308 | 17,230,280 | 1,587,402 | 2,848,954 | 2,777,468 |
| ⓘ Total health care and social assistance receipts/revenue, 2022 ($1,000) (c) | 18,454,193 | 15,519,734 | 34,183,892 | 2,439,246 | 4,363,756 | 6,488,001 |
| ⓘ Total transportation and warehousing receipts/revenue, 2022 ($1,000) (c) | 13,455,568 | 4,972,907 | 6,818,961 | 410,149 | 1,137,614 | 1,403,610 |
| ⓘ Total retail sales, 2022 ($1,000) (c) | 45,946,120 | 44,927,586 | 72,489,819 | 5,428,204 | 7,392,491 | 15,868,015 |
| ⓘ Total retail sales per capita, 2022 (c) | $20,933 | $18,158 | $23,010 | $19,246 | $16,653 | $19,052 |

**Transportation**

| | | | | | | |
|---|---|---|---|---|---|---|
| ⓘ Mean travel time to work (minutes), workers age 16 years+, 2019-2023 | 32.5 | 33.8 | 27.0 | 21.4 | 20.8 | 26.0 |

**Income & Poverty**

| | | | | | | |
|---|---|---|---|---|---|---|
| ⓘ Median households income (in 2023 dollars), 2019-2023 | $82,184 | $89,672 | $113,702 | $93,398 | $95,977 | $107,327 |
| ⓘ Per capita income in past 12 months (in 2023 dollars), 2019-2023 | $33,180 | $37,162 | $52,816 | $49,581 | $46,679 | $48,416 |
| ⓘ Persons in poverty, percent | ⚠ 13.2% | ⚠ 11.3% | ⚠ 9.2% | ⚠ 12.8% | ⚠ 14.9% | ⚠ 9.8% |

🏭 **BUSINESSES**

**Businesses**

| | | | | | | |
|---|---|---|---|---|---|---|
| ⓘ Total employer establishments, 2023 | 42,571 | 46,244 | 106,961 | 8,962 | 12,484 | 22,992 |
| ⓘ Total employment, 2023 | 718,612 | 687,526 | 1,580,778 | 98,720 | 160,460 | 273,697 |
| ⓘ Total annual payroll, 2023 ($1,000) | 39,234,766 | 36,178,455 | 118,689,674 | 5,699,221 | 11,082,847 | 18,174,515 |
| ⓘ Total employment, percent change, 2022-2023 | 5.3% | 5.3% | 1.2% | -0.8% | 2.5% | 1.7% |
| ⓘ Total nonemployer establishments, 2023 | 177,961 | 197,967 | 323,247 | 25,650 | 34,724 | 70,862 |
| ⓘ All employer firms, Reference year 2022 | 32,511 | 36,188 | 85,955 | 7,365 | 10,121 | 18,708 |
| ⓘ Men-owned employer firms, Reference year 2022 | 18,711 | 22,062 | 51,422 | 4,022 | 5,657 | 11,373 |
| ⓘ Women-owned employer firms, Reference year 2022 | 7,455 | 7,595 | 19,506 | 1,687 | 2,088 | 3,816 |
| ⓘ Minority-owned employer firms, Reference year 2022 | 15,006 | 13,429 | 31,524 | 1,156 | 2,290 | 5,474 |
| ⓘ Nonminority-owned employer firms, Reference year 2022 | 14,929 | 20,017 | 48,495 | 5,461 | 6,466 | 11,475 |
| ⓘ Veteran-owned employer firms, Reference year 2022 | 1,119 | 1,566 | 2,916 | S | 470 | 799 |
| ⓘ Nonveteran-owned employer firms, Reference year 2022 | 29,063 | 32,468 | 78,157 | 6,305 | 8,397 | 16,384 |

🌐 **GEOGRAPHY**

**Geography**

| | | | | | | |
|---|---|---|---|---|---|---|
| ⓘ Population per square mile, 2020 | 108.7 | 335.4 | 4,019.7 | 85.6 | 164.0 | 458.4 |
| ⓘ Population per square mile, 2010 | 101.5 | 303.8 | 3,807.7 | 81.7 | 155.0 | 446.7 |
| ⓘ Land area in square miles, 2020 | 20,068.01 | 7,209.27 | 792.84 | 3,300.85 | 2,733.94 | 1,840.79 |
| ⓘ Land area in square miles, 2010 | 20,056.94 | 7,206.48 | 790.57 | 3,298.57 | 2,735.09 | 1,843.13 |
| ⓘ FIPS Code | 06071 | 06065 | 06059 | 06079 | 06083 | 06111 |

About datasets used in this table

**Value Notes**

⚠ Methodology differences may exist between data sources, and so estimates from different sources are not comparable.

Some estimates presented here come from sample data, and thus have sampling errors that may render some apparent differences between geographies statistically indistinguishable. Click the Quick Info ⓘ icon to the left of each row in TABLE view to learn about sampling error.

The vintage year (e.g., V2024) refers to the final year of the series (2020 thru 2024). Different vintage years of estimates are not comparable.

Users should exercise caution when comparing 2019-2023 ACS 5-year estimates to other ACS estimates. For more information, please visit the 2023 5-year ACS Comparison Guidance page.

**Fact Notes**

(a)  Includes persons reporting only one race
(b)  Hispanics may be of any race, so also are included in applicable race categories
(c)  Economic Census - Puerto Rico data are not comparable to U.S. Economic Census data

**Value Flags**

D  Suppressed to avoid disclosure of confidential information
F  Fewer than 25 firms
FN  Footnote on this item in place of data
NA  Not available
S  Suppressed; does not meet publication standards
X  Not applicable
Z  Value greater than zero but less than half unit of measure shown
-  Either no or too few sample observations were available to compute an estimate, or a ratio of medians cannot be calculated because one or both of the median estimates falls in the lowest or upper interval of an open ended distribution.
N  Data for this geographic area cannot be displayed because the number of sample cases is too small.

QuickFacts data are derived from: Population Estimates, American Community Survey, Census of Population and Housing, Current Population Survey, Small Area Health Insurance Estimates, Small Area Income and Poverty Estimates, State and County Housing Unit Estimates, County Business Patterns, Nonemployer Statistics, Economic Census, Survey of Business Owners, Building Permits.

CONNECT WITH US

Information Quality | Data Linkage Infrastructure | Data Protection and Privacy Policy | Accessibility | FOIA | Inspector General | No FEAR Act | U.S. Department of Commerce | USA.gov

**Measuring America's People and Economy**

# EXHIBIT C

**Page Vault**

| | |
|---|---|
| Document title: | Truth Details \| Truth Social |
| Capture URL: | https://truthsocial.com/@realDonaldTrump/posts/114690267066155731 |
| Page loaded at (UTC): | Thu, 03 Jul 2025 16:36:12 GMT |
| Capture timestamp (UTC): | Thu, 03 Jul 2025 16:37:02 GMT |
| Capture tool: | 10.55.0 |
| Collection server IP: | 54.145.42.72 |
| Browser engine: | Mozilla/5.0 (X11; Linux x86_64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/126.0.6478.234 Safari/537.36 |
| Operating system: | Linux (Node 20.17.0) |
| PDF length: | 3 |
| Capture ID: | qvQR41EJvw9EkYAgarvpKv |
| Display Name: | Abraham.Filoteo |

PDF REFERENCE #:    sPtdcWh99PUaK4JtantTpX

**TRUTH.**

**Donald J. Trump** ✓ ➕
@realDonaldTrump

Our Nation's ICE Officers have shown incredible strength, determination, and courage as they facilitate a very important mission, the largest Mass Deportation Operation of Illegal Aliens in History. Every day, the Brave Men and Women of ICE are subjected to violence, harassment, and even threats from Radical Democrat Politicians, but nothing will stop us from executing our mission, and fulfilling our Mandate to the American People. ICE Officers are herewith ordered, by notice of this TRUTH, to do all in their power to achieve the very important goal of delivering the single largest Mass Deportation Program in History.

In order to achieve this, we must expand efforts to detain and deport Illegal Aliens in America's largest Cities, such as Los Angeles, Chicago, and New York, where Millions upon Millions of Illegal Aliens reside. These, and other such Cities, are the core of the Democrat Power Center, where they use Illegal Aliens to expand their Voter Base, cheat in Elections, and grow the Welfare State, robbing good paying Jobs and Benefits from Hardworking American Citizens. These Radical Left Democrats are sick of mind, hate our Country, and actually want to destroy our Inner Cities — And they are doing a good job of it! There is something wrong with them. That is why they believe in Open Borders, Transgender for Everybody, and Men playing in Women's Sports — And that is why I want ICE, Border Patrol, and our Great and Patriotic Law Enforcement Officers, to FOCUS on our crime ridden and deadly Inner Cities, and those places where Sanctuary Cities play such a big role. You don't hear about Sanctuary Cities in our Heartland!

I want our Brave ICE Officers to know that REAL Americans are cheering you on every day. The American People want our Cities, Schools, and Communities to be SAFE and FREE from Illegal Alien Crime, Conflict, and Chaos. That's why I have directed my entire Administration to put every resource possible behind this effort, and reverse the tide of Mass Destruction Migration that has turned once Idyllic Towns into scenes of Third World Dystopia. Our Federal Government will continue to be focused on the REMIGRATION of Aliens to the places from where they came, and preventing the admission of ANYONE who undermines the domestic tranquility of the United States.

To ICE, FBI, DEA, ATF, the Patriots at Pentagon and the State Department, you have my unwavering support. Now go, GET THE JOB DONE! DJT

**15.5k** ReTruths   **63k** Likes                    Jun 16, 2025, 12:43 AM

**New to Truth?**
Join Truth Social to get the full story and details.

**Create Account**

Sign In

**Get Truth+**
Access the full experience with even more live and on-demand content.

**Start Watching**

Help Center • Legal

Proudly made in the United States of America. 🇺🇸

 

**Continue the conversation**
Sign up now to create your personalized experience.

Create Account    Sign In

New to Truth?

Join Truth Social to get the full story and details.

**Create Account**

Sign In

**Get Truth+**

Access the full experience with even more live and on-demand content.

**Start Watching**

Help Center • Legal

Proudly made in the United States of America. 🇺🇸

Our Nation's ICE Officers have shown incredible strength, determination, and courage as they facilitate a very important mission, the largest Mass Deportation Operation of Illegal Aliens in History. Every day, the Brave Men and Women of ICE are subjected to violence, harassment, and even threats from Radical Democrat Politicians, but nothing will stop us from executing our mission, and fulfilling our Mandate to the American People. ICE Officers are herewith ordered, by notice of this TRUTH, to do all in their power to achieve the very important goal of delivering the single largest Mass Deportation Program in History.

In order to achieve this, we must expand efforts to detain and deport Illegal Aliens in America's largest Cities, such as Los Angeles, Chicago, and New York, where Millions upon Millions of Illegal Aliens reside. These, and other such Cities, are the core of the Democrat Power Center, where they use Illegal Aliens to expand their Voter Base, cheat in Elections, and grow the Welfare State, robbing good paying Jobs and Benefits from Hardworking American Citizens. These Radical Left Democrats are sick of mind, hate our Country, and actually want to destroy our Inner Cities — And they are doing a good job of it! There is something wrong with them. That is why they believe in Open Borders, Transgender for Everybody, and Men playing in Women's Sports — And that is why I want ICE, Border Patrol, and our Great and Patriotic Law Enforcement Officers, to FOCUS on our crime ridden and deadly Inner Cities, and those places where Sanctuary Cities play such a big role. You don't hear about Sanctuary Cities in our Heartland!

I want our Brave ICE Officers to know that REAL Americans are cheering you on every day. The American People want our Cities, Schools, and Communities to be SAFE and FREE from Illegal Alien Crime, Conflict, and Chaos. That's why I have directed my entire Administration to put every resource possible behind this effort, and reverse the tide of Mass Destruction Migration that has turned once Idyllic Towns into scenes of Third World Dystopia. Our Federal Government will continue to be focused on the REMIGRATION of Aliens to the places from where they came, and preventing the admission of ANYONE who undermines the domestic tranquility of the United States.

To ICE, FBI, DEA, ATF, the Patriots at Pentagon and the State Department, you have my unwavering support. Now go, GET THE JOB DONE! DJT

**15.5k** ReTruths  **63k** Likes                    Jun 16, 2025, 12:43 AM

**Continue the conversation**

Sign up now to create your personalized experience.

Create Account    Sign In

# EXHIBIT D

**Page Vault**

| | |
|---|---|
| Document title: | Instagram |
| Capture URL: | https://www.instagram.com/p/DLIKYU5BdJV/ |
| Page loaded at (UTC): | Thu, 03 Jul 2025 19:01:28 GMT |
| Capture timestamp (UTC): | Thu, 03 Jul 2025 19:10:09 GMT |
| Capture tool: | 10.55.0 |
| Collection server IP: | 54.145.42.72 |
| Browser engine: | Mozilla/5.0 (X11; Linux x86_64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/126.0.6478.234 Safari/537.36 |
| Operating system: | Linux (Node 20.17.0) |
| PDF length: | 4 |
| Capture ID: | hbMPUmV9b4F3JSUUvy4yEy |
| Display Name: | Abraham.Filoteo |

PDF REFERENCE #:    mgpMXJJFmZrREWJYggLobg

*Instagram*

- Home
- Search
- Explore
- Reels
- Messages
- Notifications
- Create
- Profile



- Meta AI
- Threads
- More

More posts from puroslatinostv



Document title: Instagram
Capture URL: https://www.instagram.com/p/DLlKYU5BdJV/
Capture timestamp (UTC): Thu, 03 Jul 2025 19:10:09 GMT



- Home
- Search
- Explore
- Reels
- Messages
- Notifications
- Create
- Profile



**puroslatinostv** • Follow
Original audio

**srumm_p_shay** 1d
Broooooo I would pass by and see her everyday going home from the gym 😂😂😂 literally a sweetheart 🥺❤️
18 likes   Reply

**tetebello_** 1d
😭😭 Dios mío por favor envía tus ángeles a protegerles a estas señoras que lo único que estaban haciendo es ganarse el pan de cada día ☹️
89 likes   Reply   See translation

View all 2 replies

**lobos.cynnn87** 1d
Hi this is my daughters boyfriends tia they just made a gofundme to help her with a

**2,324 likes**
1 day ago

Add a comment...

- Meta AI
- Threads
- More

More posts from puroslatinostv



# Instagram

- Home
- Search
- Explore
- Reels
- Messages
- Notifications
- Create
- Profile

- Meta AI
- Threads
- More



puroslatinostv ✓ • Follow ...
Original audio

😂😂😂😂oh jesusssss Christ I know this lady years ago I used to buy from her in the morning I'd buy a buncha pupusas shed only be there for like 2 hours I'd tip her and when I didn't have any money she'd still let me get something to eat 😂😂😂😂😂😂

1 like    Reply

View all 1 replies

navarro_billy 1d
Los del ICE son mercenarios, son como 1,000 por casa persona

3 likes    Reply    See translation

2,324 likes
1 day ago

Add a comment...

More posts from puroslatinostv

