IN THE UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| Pedro VASQUEZ PERDOMO; Carlos Alexander OSORTO; and Isaac VILLEGAS MOLINA; Jorge HERNANDEZ VIRAMONTES; Jason Brian GAVIDIA; LOS ANGELES WORKER CENTER NETWORK; UNITED FARM WORKERS; COALITION FOR HUMANE IMMIGRANT RIGHTS; IMMIGRANT DEFENDERS LAW CENTER, <br><br>Plaintiffs,<br><br>v.<br><br>KRISTI NOEM, in her official capacity as Secretary of the Department of Homeland Security; Todd M. LYONS, in his official capacity as Acting Director, U.S. Immigrations and Customs Enforcement; Rodney S. SCOTT, in his official capacity as Commissioner, U.S. Customs and Border Patrol; Michael W. BANKS, in his official capacity as Chief of U.S. Border Patrol; Kash PATEL, in his official capacity as Director, Federal Bureau of Investigation; Pam BONDI, in her official capacity as U.S. Attorney General; Ernesto SANTACRUZ JR., in his official capacity as Acting Field Office Director for Los Angeles, U.S. Immigration and Customs Enforcement; Eddy WANG, Special Agent in Charge | Case No.: 2:25-cv-05605-MEMF-SP<br><br>**ORDER GRANTING MOTION FOR LEAVE TO FILE BRIEF OF AMICI CURIAE IN SUPPORT OF STOP/ARREST PLAINTIFFS' APPLICATION FOR TEMPORARY RESTRAINING ORDER [ECF 45]**<br><br>Judge:  Maame Ewusi-Mensah Frimpong |

for Los Angeles, Homeland Security Investigations, U.S. Immigration and Customs Enforcement; Gregory K. BOVINO, in his official capacity as Chief Patrol Agent for El Centro Sector of the U.S. Border Patrol; Jeffrey D. STALNAKER, in his official capacity as Acting Chief Patrol Agent, San Diego Sector of the U.S. Border Patrol; Akil DAVIS, in his official capacity as Assistant Director in Charge, Los Angeles Office, Federal Bureau of Investigation; Bilal A. ESSAYLI, in his official capacity as U.S. Attorney for the Central District of California,

        Defendants.

# ORDER

Upon consideration of the Motion for Leave to File Brief of Amici Curiae in Support of Stop/Arrest Plaintiffs' Application for Temporary Restraining Order [ECF 45], it is hereby ORDERED that this Motion for Leave be and hereby is GRANTED, and that the brief submitted as <u>Exhibit 1</u> to the motion be filed.

**IT IS SO ORDERED**.

Dated: July 7, 2025

        The Honorable Maame Ewusi-Mensah Frimpong
        United States District Court Judge
        Central District of California