HYDEE FELDSTEIN SOTO
(SBN 106866)
City Attorney
hydee.feldsteinsoto@lacity.org
VALERIE L. FLORES (SBN 138572)
valerie.flores@lacity.org
MICHAEL J. DUNDAS (SBN 226930)
mike.dundas@lacity.org
MARIA LOUISE COUSINEAU
(SBN 122280)
maria.cousineau@lacity.org
RANDALL G. SOMMER
(SBN 214099)
randall.sommer@lacity.org
SHUBHRA SHIVPURI (SBN 295534)
shubhra.shivpuri@lacity.org
OFFICE OF THE LOS ANGELES
CITY ATTORNEY
City Hall 200 North Spring Street
21st Floor
Los Angeles, CA 90012-4130
Tel.: 213-922-8382; Fax: 213-978-7957

*Attorneys for Proposed Intervenor
City of Los Angeles*

E. MARTIN ESTRADA
(SBN 223802)
martin.estrada@mto.com
DANIEL B. LEVIN (SBN 226044)
daniel.levin@mto.com
JOHN L. SCHWAB (SBN 301386)
john.schwab@mto.com
V. GRACE DAVIS (SBN 336732)
grace.davisfisher@mto.com
V. ROMAN LEAL (SBN 348892)
roman.leal@mto.com
WENDY QIUYU XIAO (SBN 342702)
wendy.xiao@mto.com
MUNGER, TOLLES & OLSON LLP
350 South Grand Avenue
50th Floor
Los Angeles, California 90071
Tel.: 213-683-9100; Fax: 213-687-3702

*Attorneys for Proposed Intervenors
Cities of Los Angeles, Culver City,
Montebello, Monterey Park, Pico
Rivera, Santa Monica, and West
Hollywood*

NICOLE DAVIS TINKHAM
(SBN 229592)
Chief Deputy
ntinkham@counsel.lacounty.gov
LILIANA CAMPOS (SBN 255753)
Assistant County Counsel
lcampos@counsel.lacounty.gov
BRIGIT GREESON ALVAREZ
(SBN 237301)
Deputy County Counsel
bgreesonalvarez@counsel.lacounty.gov
OFFICE OF THE LOS ANGELES
COUNTY COUNSEL
648 Kenneth Hahn Hall of Admin.
500 West Temple Street
Los Angeles, California 90012-2713
Tel.: 213-808-8736; Fax: 213-633-1915

*Attorneys for Proposed Intervenor
County of Los Angeles*

MICHELE BEAL BAGNERIS
(SBN 115423)
City Attorney
mbagneris@cityofpasadena.net
ARNOLD F. LEE (SBN 278610)
Chief Assistant City Attorney
aflee@cityofpasadena.net
ANDREW AARONIAN (SBN 318245)
Deputy City Attorney
aaaronian@cityofpasadena.net
OFFICE OF THE CITY ATTORNEY
OF PASADENA
100 N Garfield Ave, Rm N-210
Pasadena, CA 91101
Tel.: 626-744-4141; Fax: 626-744-4190

*Attorneys for Proposed Intervenor
City of Pasadena*

-1-

DECLARATION OF E. MARTIN ESTRADA IN SUPPORT OF MOTION TO INTERVENE

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

Pedro VASQUEZ PERDOMO; Carlos Alexander OSORTO; and Isaac VILLEGAS MOLINA; Jorge HERNANDEZ VIRAMONTES; Jason Brian GAVIDIA; LOS ANGELES WORKER CENTER NETWORK; UNITED FARM WORKERS; COALITION FOR HUMANE IMMIGRANT RIGHTS; IMMIGRANT DEFENDERS LAW CENTER,

Plaintiffs,

vs.

Kristi NOEM, in her official capacity as Secretary, Department of Homeland Security; Todd M. LYONS, in his official capacity as Acting Director, U.S. Immigration and Customs Enforcement; Rodney S. SCOTT, in his official capacity as Commissioner, U.S. Customs and Border Patrol; Michael W. BANKS, in his official capacity as Chief of U.S. Border Patrol; Kash PATEL, in his official capacity as Director, Federal Bureau of Investigation; Pam BONDI, in her official capacity as U.S. Attorney General; Ernesto SANTACRUZ JR., in his official capacity as Acting Field Office Director for Los Angeles, U.S. Immigration and Customs Enforcement; Eddy WANG, Special Agent in Charge for Los Angeles, Homeland Security Investigations, U.S. Immigration and Customs Enforcement; Gregory K. BOVINO, in his official capacity as Chief Patrol Agent for El Centro Sector of the U.S. Border Patrol; Jeffrey D. STALNAKER, in his official capacity as Acting Chief Patrol Agent, San Diego Sector of the U.S. Border Patrol; Akil DAVIS, in his official capacity as Assistant Director in Charge, Los Angeles Office, Federal Bureau of Investigation; Bilal A. ESSAYLI, in his official capacity as U.S. Attorney for the Central District of California,

Defendants.

Case No. 2:25-cv-05605-MEMF-SP

**DECLARATION OF E. MARTIN ESTRADA IN SUPPORT OF MOTION TO INTERVENE**

[Filed Concurrently: Notice of Motion and Motion to Intervene; [Proposed] Order]

Judge: Hon. Maame Ewusi-Mensah Frimpong

DECLARATION OF E. MARTIN ESTRADA IN SUPPORT OF MOTION TO INTERVENE

## DECLARATION OF E. MARTIN ESTRADA

I, ESTEBAN MARTIN ESTRADA, do hereby declare as follows:

1. I am admitted to practice before all of the Federal and State courts in the State of California, including the United States District Court for the Central District of California. I am a partner in the law firm of Munger, Tolles & Olson LLP, counsel for Proposed Plaintiffs-Intervenors the City of Los Angeles, the City of Culver City, the City of Montebello, the City of Monterey Park, the City of Pico Rivera, the City of Santa Monica, and the City of West Hollywood (collectively, "Intervenors") in the above-captioned matter. I submit this declaration in support of Intervenors' Motion to Intervene in the above-captioned matter. The facts set forth in this declaration are based on my personal knowledge. If called as a witness, I could and would testify competently to the contents of this declaration.

2. Attached hereto as **Exhibit A** is a true and correct copy of a June 20, 2025, press release from Los Angeles Mayor Karen Bass titled "Mayor Bass Responds to Vice President Vance's Lies About Los Angeles," available at https://mayor.lacity.gov/news/mayor-bass-responds-vice-president-vances-lies-about-los-angeles.

3. Attached hereto as **Exhibit B** is a true and correct copy of an article titled "Who are these people?: Masked immigration agents challenge local police, sow fear in L.A.," published by the *Los Angeles Times* on June 24, 2025, available at https://www.latimes.com/california/story/2025-06-24/masked-immigration-agents-local-law-enforcement-tension.

4. Attached hereto as **Exhibit C** is a true and correct copy of an article titled "Los Angeles police responded to a kidnapping call. But instead found an ICE operation," published by *ABC News* on June 25, 2025, available at https://abcnews.go.com/US/los-angeles-police-responded-kidnapping-call-found-ice/story?id=123204661.

---

DECLARATION OF E. MARTIN ESTRADA IN SUPPORT OF MOTION TO INTERVENE

5.      Attached hereto as **Exhibit D** is a true and correct copy of an article titled "ICE Agents Detain mother in Pasadena in Front of Children Without Showing a Warrant," published by *KTLA 5* on June 28, 2025, and available at https://abc7.com/post/immigration-agents-detain-mother-in-front-of-her-children-pasadena/16895885.

6.      Attached hereto as **Exhibit E** is a true and correct copy of an article titled "ICE arrests at L.A. courthouse met with alarm: 'Absolutely blindsided,'" published by the *Los Angeles Times* on June 25, 2025, available at https://www.latimes.com/california/story/2025-06-25/ice-arrests-los-angeles-courthouse.

7.      Attached hereto as **Exhibit F** is a true and correct copy of an article titled "Trump Directs Immigration Authorities to Prioritize Deportations in Democratic-Run Cities," published by *CBS News* on June 16, 2025, available at https://www.cbsnews.com/news/trump-directs-ice-deportations-democratic-run-cities.

8.      Attached hereto as **Exhibit G** is a true and correct copy of an article titled "Kristi Noem blames democratic officials for making ICE raids in LA harder," published by *NBC Los Angeles* on June 12, 2025, available at https://www.nbclosangeles.com/news/local/kristi-noem-blames-democratic-officials-for-making-ice-raids-in-la-harder/3722800/.

9.      Attached hereto as **Exhibit H** is a true and correct copy of an article titled "Raid at a Home Depot in Hollywood shatters an immigrant refuge," published by the *Los Angeles Times* on June 20, 2025, available at https://www.latimes.com/california/story/2025-06-20/border-patrol-agents-arrest-street-vendors-outside-hollywood-home-depot.

10.     Attached hereto as **Exhibit I** is a true and correct copy of an article titled "'Completely Disrupted': Fear Upends Life for Latinos in L.A.," published by

-2-

DECLARATION OF E. MARTIN ESTRADA IN SUPPORT OF MOTION TO INTERVENE

the *New York Times* on June 30, 2025, available at https://www.nytimes.com/2025/06/30/us/latinos-los-angeles-immigration.html.

11. Attached hereto as **Exhibit J** is a true and correct copy of an article titled "UCLA Study Finds Strong Support for LAPD's Community Policing Program," published by the UCLA Luskin School of Public Affairs on May 21, 2020, available at https://luskin.ucla.edu/ucla-study-finds-strong-support-for-lapds-community-policing-program.

12. Attached hereto as **Exhibit K** is a true and correct copy of an article titled "ICE Raids Derail Los Angeles Economy as Workers Go into Hiding," published by *Bloomberg* on July 6, 2025, available at https://www.bloomberg.com/news/articles/2025-07-06/ice-raids-derail-los-angeles-economy-as-workers-go-into-hiding.

13. Attached hereto as **Exhibit L** is a true and correct copy of a web page entitled "City of Los Angeles Open Budget" for the 2024–2025 year and the revenue budget "broken down by Revenue Source," available at https://openbudget.lacity.org/#!/year/2024-2025/revenue/0/revenue_source.

14. Attached hereto as **Exhibit M** is a true and correct copy of a webpage entitled "City of Los Angeles Open Budget" for the 2023–2024 year and the revenue budget "broken down by Revenue Source," available at https://openbudget.lacity.org/#!/year/2023-2024/revenue/0/revenue_source.

15. Attached hereto as **Exhibit N** is a Los Angeles Office of Finance webpage entitled "About the Business Tax," available at https://finance.lacity.gov/tax-education/business-taxes/about-business-tax.

16. Attached hereto as **Exhibit O** is a true and correct copy of an article titled "'I'm an American, Bro!': Latinos Report Raids in Which U.S. Citizenship Is Questioned," published by the *New York Times* on June 15, 2025, available at https://www.nytimes.com/2025/06/15/us/hispanic-americans-raids-citizenship.html.

DECLARATION OF E. MARTIN ESTRADA IN SUPPORT OF MOTION TO INTERVENE

17.     Attached hereto as **Exhibit P** is a true and correct copy of an article titled "Pasadena Mayor: Trump's Immigration Raids Hurt Communities Like Mine," published by *TIME* on June 18, 2025, and available at https://time.com/7295305/pasadena-trump-immigration-raids.

18.     Attached hereto as **Exhibit Q** is a true and correct copy of a webpage entitled "Immigrant Defenders Law Center — About," available at https://www.immdef.org/about.

19.     Attached hereto as **Exhibit R** is a true and correct copy of a webpage entitled "The Coalition for Humane Immigrant Rights — Mission & History," available at https://www.chirla.org/who-we-are/about-us/mission-history.

20.     On July 8, 2025, I and my colleagues John Schwab and Virginia Grace Davis met and conferred with Daniel A. Beck and Ryan Case Chapman, counsel for Defendants, regarding Intervenors' anticipated Motion to Intervene.  Defendants indicated that they were unable to take a position on the Motion at this time.  My colleague John Schwab also conferred with Plaintiffs' counsel on July 7 regarding the date and substance of the Motion to Intervene.  Mr. Schwab informed me that counsel for Plaintiffs confirmed that Plaintiffs do not oppose Intervenors' Motion.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed this 8th day of July, 2025, in Los Angeles, California.

*/s/ E. Martin Estrada*

E. MARTIN ESTRADA

DECLARATION OF E. MARTIN ESTRADA IN SUPPORT OF MOTION TO INTERVENE