# EXHIBIT D

ktla.com /news/local-news/ice-agents-detain-mother-in-pasadena-in-front-of-children-without-a-warrant/

# ICE agents detain mother in Pasadena in front of children without showing a warrant

Angelique Brenes ⋮ 6/28/2025



by: Angelique Brenes

Posted: Jun 28, 2025 / 08:23 PM PDT

Updated: Jun 28, 2025 / 08:23 PM PDT

A mother walking with her children in Pasadena was taken into custody by immigration agents over the weekend in an incident that was partially captured on video and has drawn sharp criticism from witnesses.

Rosalina Luna Vargas, a mother of two and the primary breadwinner for her family, was detained by U.S. Immigration and Customs Enforcement (ICE) officers on Saturday morning around 8 a.m., according to bystanders. Her children were present at the time of the incident, which took place in broad daylight in the corner of Catalina and Del Mar.

The encounter was recorded by Jillian Reed, a Caltech alum and local resident, who was driving by when she noticed a commotion on the sidewalk.

In the footage she captured, three individuals in plain clothes—two of whom were masked and wore badges on lanyards—can be seen attempting to force Vargas into an unmarked Honda Accord. A third man, appearing younger and without any visible identification, also participated.

"I saw the commotion while driving, and when I slowed down, the kids shouted for help," Reed said. "They kept asking for a warrant. They told the officers they would stop resisting if they just showed them a warrant. One of the men said he had one but didn't show it."

The video cuts off just as Vargas's daughter pleads with Reed to call the police. According to Reed, she did call 911, reporting what she believed at the time to be a possible kidnapping.

As the situation escalated, Vargas allegedly broke free from the agents and ran into the courtyard of the nearby Del Mar Park Assisted Living Facility, with her children following close behind. The agents pursued, but were confronted again by the children, who physically tried to shield their mother.

"They formed a human wall," Reed said. "One of the kids clung to her, telling her, 'Don't let go! Don't let go!' while crying. Then he started shouting to the crowd, 'I can't lose my mom!'"

Reed said the staff at the assisted living facility intervened, telling the agents they were on private property and could not proceed without a warrant. The agents, she said, took photos of everyone present—including Reed—before leaving in two separate vehicles.

Pasadena police later arrived and took statements from those at the scene. According to Reed, ICE agents returned later and took Vargas into custody.

A family member told Reed the warrant in question was for someone else entirely, and that Vargas and her children had simply been "in the wrong place at the wrong time."

Community members say the incident highlights growing concerns over ICE's arrest tactics and the lack of transparency in operations conducted in public areas without coordination with local law enforcement.

Reed, still shaken, called the incident "horrific" and questioned whether law enforcement procedures were followed.

"Only two of the three men had badges, and none were in uniform," she said. "I didn't know if I was witnessing a hate crime or a kidnapping. And because they might have been law enforcement, I wasn't even sure whether to call the police."

ICE has not publicly released details about the arrest, including the charges or the identity of the agents involved.

The incident comes as federal immigration enforcement actions have intensified in parts of Southern California, prompting backlash in immigrant communities and renewed debate about due process, civil rights, and the rights of children in enforcement situations.

## Suggest a Correction

Copyright 2025 Nexstar Media Inc. All rights reserved. This material may not be published, broadcast, rewritten, or redistributed.