# EXHIBIT G





**TRENDING**    usFireworks Shows    ⚖️Immigration    Iran    🔍 NBC4 Investigates Tips    🌼 Watch: California Live

### LOS ANGELES

# Kristi Noem blames Democratic officials for making ICE raids in LA harder

The secretary of the Department of Homeland Security said she and federal officials hope to protect LA and other cities from "lawlessness."

By **Helen Jeong** • Published June 12, 2025 • Updated on June 12, 2025 at 2:25 pm

Log in or create a free profile to save articles



your hand. Lay flat, lay flat. Other hands here. Other hand.

**BREAKING NEWS**

**SENATOR PADILLA REMOVED FROM DHS ADDRESS**

DOW   +50.74 ▲    11:31   70°

The clash between California and the Trump administration reached a new level as Department of Homeland Security Kristin Noem held a news conference in Los Angeles.

Tensions between Los Angeles and the federal government reached a new level as Department of Homeland Security Secretary Kristi Noem ratcheted up rhetoric against the Democratic leaders of Los Angeles and California Thursday.

While holding a news conference in Los Angeles, Noem pledged to continue with immigration operations in LA while warning violent protesters of arrest and prosecution.

**Stream Los Angeles News for free, 24/7, wherever you are.**

WATCH HERE

"We are not going away. We are staying here to liberate this city from the socialist and burdensome leadership that this Governor Newsom and this mayor placed on this country and what they have tried to insert into this city," Noem said, echoing President Trump's criticism against California Governor Gavin Newsom and Los Angeles Mayor Karen Bass.

Although she did not provide evidence whether workplaces where ICE operations occurred involved the "worst of the worst" criminals that her department is going after, she confirmed that more immigration enforcement operations are coming.

**Get top local stories in Southern California delivered to you every morning with NBC LA's News Headlines newsletter.**

SIGN UP

"We're going after people that are in worksites, that are trafficking drugs, that are trafficking human beings," Noem said.



**JUN 12**
California senator removed from Homeland Security news conference



**JUN 12**
In a dramatic reversal, Court of Appeals allows Trump to keep National Guard in LA, for now

After the Department of Homeland Security reinstated DNA testing at the border earlier this year to verify family relationships and prevent child trafficking, Noem highlighted her effort to prevent alleged human trafficking during the LA news conference.

"We're DNA testing children, because many times when you see people claiming that they're family members or the children they have with them that are theirs," she claimed "They're really peddling our children, and they have human slavery going on.

Adding the idea of beginning more troops is "on the table," Noem admitted immigration operations in Los Angels have been "more difficult" because of the sanctuary policies.

"We don't have the backup of your local enforcement. That's put our officers in danger," said Noem, reiterating the Homeland Security Investigations' previous statement that LAPD officers took two hours to respond to federal agents' calls last week.

As of Thursday morning, at least 14 criminal complaints were filed in federal court as two of them involved an alleged assault on federal officers. Other complaints were also linked to ATF and Department of Homeland Security investigations.

Also during the news conference, Acting ICE Director Todd Lyons insisted that immigration enforcement is focused on gang members, human traffickers, violent drug dealers and rapists. He disputed claims that ICE agents were making warrant-less arrests.

"Yet the city turned against us, and we had violent protesters," and that just won't happen because the men and women of ICE won't be deterred by this," Lyons said. "We're going to be out there everyday conducting our law enforcement mission."

Akil Davis, assistant director in charge of FBI Los Angeles, said they are investigating allegations of violence, whether it's assaults on law enforcement officers or civilians, looting, arson, doxing or vandalism to public property.

He announced the FBI was seeking information on Elpidio Reyna, who allegedly assaulted a federal officer and threw rocks at law enforcement cars during a protest on Saturday in Paramount. A $50,000 reward for information leading to Reyna's arrest was previously offered.

Davis also highlighted that the FBI arrested Alejandro Orellana Thursday morning for allegedly "providing masks and face shields to violent rioters throughout the week."

---

This article tagged under:

**LOS ANGELES • TRUMP ADMINISTRATION • DEPARTMENT OF HOMELAND SECURITY**

---

**AIRLINES |** SPONSORED    **Learn More**

**Seniors Can Now Fly Business Class For the Price Of Economy**

**AIRLINES |** SPONSORED

**Flight Attendant Reveals How Seniors Can Fly Business Class For the Price Of Economy**

**SOLYMALL |** SPONSORED    **Shop Now**

**Why California Loves This Charcuterie Platter [See]**

**SOLYMALL |** SPONSORED    **Shop Now**

**The Handmade Painted 3D Book Mug Designed By A Famous Engineer is Sweeping California**

**THE ECONOMIST |** SPONSORED    **Read More**

**The true meaning of Trump Derangement Syndrome**

**GRAMMARLY |** SPONSORED    **Install Now**

**Use an AI Writing Tool That Actually Understands Your Voice**

**GRAMMARLY |** SPONSORED    **Install Now**

**Learn how to send more effective emails with AI built to optimize writing.**

**SENIOR HOUSES | SEARCH ADS |** SPONSORED

**Stunning 2-Bed Senior Houses: Take A Peek Inside!**