# EXHIBIT L

# $12.82 Billion
## Revenue Budget 2024-2025

**Revenue Budget broken down by Revenue Source**

 Amount

| | $0 | $1.00B | $2.00B |
|---|---|---|---|
| Property Tax | | | |
| Departmental Receipts | | | |
| Sewer Construction and Maintena... | | | |
| Business Tax | | | |
| Sales Tax | | | |
| Utility Users Tax | | | |
| Building and Safety Enterprise ... | | | |
| House LA Tax Fund | | | |
| Solid Waste Resources Revenue Fund | | | |
| Transient Occupancy Tax | | | |
| Disaster Assistance Trust Fund | | | |
| Power Revenue Transfer | | | |
| Grants Receipts | | | |
| Proposition A Local Transit Ass... | | | |
| Documentary Transfer Tax | | | |

Showing 1 - 15 of 88

☐ Scale dollar amounts    ← Previous    Next →

| Revenue Source | Amount | % |
|---|---|---|
| Property Tax | $2,766,499,000.00 | 21.58% |
| Departmental Receipts | $1,396,074,328.00 | 10.89% |
| Sewer Construction and Maintenance Fund | $1,152,581,000.00 | 8.99% |
| Business Tax | $837,060,000.00 | 6.53% |
| Sales Tax | $691,035,000.00 | 5.39% |
| Utility Users Tax | $672,730,000.00 | 5.25% |
| Building and Safety Enterprise Fund | $534,113,669.00 | 4.17% |
| House LA Tax Fund | $407,869,760.00 | 3.18% |
| Solid Waste Resources Revenue Fund | $371,390,452.00 | 2.90% |
| Transient Occupancy Tax | $339,625,000.00 | 2.65% |
| Disaster Assistance Trust Fund | $271,363,808.00 | 2.12% |
| Power Revenue Transfer | $227,481,000.00 | 1.77% |
| Grants Receipts | $224,595,000.00 | 1.75% |
| Proposition A Local Transit Assistance Fund | $217,079,146.00 | 1.69% |
| Documentary Transfer Tax | $168,770,000.00 | 1.32% |
| City Employees' Retirement Fund | $148,262,949.00 | 1.16% |
| Franchise Income | $147,537,000.00 | 1.15% |
| Property Tax - Ex-CRA Increment | $142,560,000.00 | 1.11% |
| Prop C Anti-Gridlock Transit Improvement Fund | $139,689,503.00 | 1.09% |
| Parking Occupancy Tax | $134,570,000.00 | 1.05% |
| Road Maintenance and Rehabilitation Fund | $125,767,918.00 | 0.98% |
| Special Gas Tax Street Improvement Fund | $117,564,398.00 | 0.92% |
| Property Tax - City Levy for Bond Redemption and Interest | $115,790,658.00 | 0.90% |
| Code Enforcement Trust Fund | $111,081,748.00 | 0.87% |
| Parking Fines | $110,000,000.00 | 0.86% |
| Measure M Local Return Fund | $95,757,550.00 | 0.75% |
| Interest | $84,501,000.00 | 0.66% |
| Measure R Traffic Relief and Rail Expansion Fund | $71,081,524.00 | 0.55% |
| Street Damage Restoration Fee Fund | $63,338,727.00 | 0.49% |
| Street Lighting Maintenance Assessment Fund | $61,470,000.00 | 0.48% |
| Local Public Safety Fund | $59,930,852.00 | 0.47% |
| Allocations from Other Sources | $58,995,169.00 | 0.46% |
| Citywide Recycling Fund | $57,542,883.00 | 0.45% |
| Special Parking Revenue Fund | $56,387,195.00 | 0.44% |
| Rent Stabilization Trust Fund | $52,402,194.00 | 0.41% |
| Measure W Local Return Fund | $41,538,834.00 | 0.32% |
| Stormwater Pollution Abatement Fund | $40,549,252.00 | 0.32% |
| Convention Center Revenue Fund | $36,449,529.00 | 0.28% |
| Arts and Cultural Facilities and Services Fund | $33,026,430.00 | 0.26% |
| Accessible Housing Fund | $32,395,142.00 | 0.25% |
| Planning Case Processing Revenue Fund | $31,987,934.00 | 0.25% |
| Zoo Enterprise Fund | $27,397,166.00 | 0.21% |
| L A Convention and Visitors Bureau Fund | $26,125,000.00 | 0.20% |
| Municipal Housing Finance Fund | $25,268,290.00 | 0.20% |
| Special Parking Revenue Transfer | $23,197,874.00 | 0.18% |
| Cannabis Regulation Special Revenue Trust Fund | $22,344,297.00 | 0.17% |
| Community Development Trust Fund | $21,300,285.00 | 0.17% |
| Sidewalk Repair Fund | $19,691,483.00 | 0.15% |

| Revenue Source | Amount | % |
| --- | --- | --- |
| Workforce Innovation Opportunity Act Fund | $15,465,354.00 | 0.12% |
| Housing Department Affordable Housing Trust Fund | $14,678,178.00 | 0.11% |
| City Planning System Development Fund | $13,951,497.00 | 0.11% |
| Multi-Family Bulky Item Fund | $11,742,158.00 | 0.09% |
| Planning Long-Range Planning Fund | $11,563,192.00 | 0.09% |
| Staples Arena Special Fund | $10,782,357.00 | 0.08% |
| Tobacco Settlement | $10,715,000.00 | 0.08% |
| Supplemental Law Enforcement Services | $10,185,429.00 | 0.08% |
| Household Hazardous Waste Special Fund | $8,336,814.00 | 0.07% |
| Central Recycling and Transfer Fund | $8,075,909.00 | 0.06% |
| LA Convention and Visitors Bureau Fund | $7,238,171.00 | 0.06% |
| HOME Investment Partnerships Program Fund | $7,119,387.00 | 0.06% |
| City Ethics Commission Fund | $6,496,956.00 | 0.05% |
| Telecommunications and PEG Development | $6,311,055.00 | 0.05% |
| City Employees Ridesharing Fund | $5,923,422.00 | 0.05% |
| Mobile Source Air Pollution Reduction Fund | $5,838,653.00 | 0.05% |
| Forfeited Assets Trust Fund | $5,821,662.00 | 0.05% |
| El Pueblo Revenue Fund | $5,722,277.00 | 0.04% |
| State Motor Vehicle License Fees | $4,813,000.00 | 0.04% |
| Residential Development Tax | $4,500,000.00 | 0.04% |
| Local Transportation Fund | $4,427,690.00 | 0.03% |
| Neighborhood Empowerment Fund | $4,160,225.00 | 0.03% |
| Zoo Enterprise Trust Fund | $3,841,437.00 | 0.03% |
| Older Americans Act Fund | $3,209,725.00 | 0.03% |
| Park and Recreational Sites and Facilities Fund | $3,100,000.00 | 0.02% |
| Arts Development Fee Trust Fund | $2,311,572.00 | 0.02% |
| Supplemental Law Enforcement Services Fund | $2,261,242.00 | 0.02% |
| Traffic Safety Fund | $2,160,265.00 | 0.02% |
| Street Lighting Maintenance Asmt Fund | $1,828,722.00 | 0.01% |
| Community Services Administration Grant | $1,655,831.00 | 0.01% |
| Special Gas Tax Fund | $1,653,449.00 | 0.01% |
| Code Compliance Fund | $1,495,494.00 | 0.01% |
| Housing Opportunities for Persons with AIDS | $916,615.00 | 0.01% |
| Allocations From Other Sources | $0.00 | 0% |
| CERS | $0.00 | 0% |
| Community Development Fund | $0.00 | 0% |
| Community Services Admin | $0.00 | 0% |
| HOME Fund | $0.00 | 0% |
| Housing Opportunities for Persons with AIDS Fund | $0.00 | 0% |
| Park and Recreational Sites and Facilities | $0.00 | 0% |