# EXHIBIT M

# $13.15 Billion
## Revenue Budget 2023-2024

**Revenue Budget broken down by Revenue Source**



Showing 1 - 15 of 82

| Revenue Source | Amount | % |
|---|---|---|
| Property Tax | $2,640,250,000.00 | 20.08% |
| Departmental Receipts | $1,363,324,165.00 | 10.37% |
| Sewer Construction and Maintenance Fund | $1,269,570,501.00 | 9.66% |
| Business Tax | $847,200,000.00 | 6.44% |
| Sales Tax | $724,230,000.00 | 5.51% |
| House LA Tax Fund | $671,790,000.00 | 5.11% |
| Utility Users' Tax | $650,490,000.00 | 4.95% |
| Building and Safety Enterprise Fund | $564,913,816.00 | 4.30% |
| Solid Waste Resources Revenue Fund | $378,136,749.00 | 2.88% |
| Transient Occupancy Tax | $342,430,000.00 | 2.60% |
| Proposition A Local Transit Assistance Fund | $258,864,698.00 | 1.97% |
| Power Revenue Transfer | $236,502,000.00 | 1.80% |
| Documentary Transfer Tax | $198,610,000.00 | 1.51% |
| Prop C Anti-Gridlock Transit Improvement Fund | $153,229,021.00 | 1.17% |
| City Employees' Retirement Fund | $145,998,231.00 | 1.11% |
| Property Tax - Ex-CRA Increment | $143,730,000.00 | 1.09% |
| Property Tax - City Levy for Bond Redemption and Interest | $138,016,262.00 | 1.05% |
| Franchise Income | $137,810,000.00 | 1.05% |
| Transfer from Reserve Fund | $136,370,443.00 | 1.04% |
| Parking Occupancy Tax | $129,195,000.00 | 0.98% |
| Special Gas Tax Street Improvement Fund | $121,423,121.00 | 0.92% |
| Parking Fines | $115,000,000.00 | 0.87% |
| Disaster Assistance Trust Fund | $114,643,935.00 | 0.87% |
| Grants Receipts | $109,192,719.00 | 0.83% |
| Measure M Local Return Fund | $105,454,946.00 | 0.80% |
| Road Maintenance and Rehabilitation Fund | $99,750,455.00 | 0.76% |
| Measure R Traffic Relief and Rail Expansion Fund | $91,493,799.00 | 0.70% |
| Code Enforcement Trust Fund | $86,694,350.00 | 0.66% |
| Street Damage Restoration Fee Fund | $85,337,564.00 | 0.65% |
| Street Lighting Maintenance Assessment Fund | $84,718,444.00 | 0.64% |
| Interest | $77,000,000.00 | 0.59% |
| Allocations from Other Sources | $62,086,269.00 | 0.47% |
| Local Public Safety Fund | $59,321,960.00 | 0.45% |
| Special Parking Revenue Fund | $57,876,486.00 | 0.44% |
| Measure W Local Return Fund | $47,451,530.00 | 0.36% |
| Rent Stabilization Trust Fund | $47,330,169.00 | 0.36% |
| Cannabis Regulation Special Revenue Trust Fund | $46,582,916.00 | 0.35% |
| Citywide Recycling Fund | $44,297,216.00 | 0.34% |
| Accessible Housing Fund | $39,804,244.00 | 0.30% |
| Stormwater Pollution Abatement Fund | $38,379,855.00 | 0.29% |
| Convention Center Revenue Fund | $34,426,672.00 | 0.26% |
| Special Parking Revenue Transfer | $32,387,919.00 | 0.25% |
| Planning Case Processing Revenue Fund | $30,551,774.00 | 0.23% |

| Revenue Source | Amount | % |
|---|---|---|
| Arts and Cultural Facilities and Services Fund | $29,636,247.00 | 0.23% |
| Zoo Enterprise Fund | $29,586,331.00 | 0.23% |
| Municipal Housing Finance Fund | $28,599,383.00 | 0.22% |
| L A  Convention and Visitors Bureau Fund | $26,340,769.00 | 0.20% |
| Sidewalk Repair Fund | $24,656,738.00 | 0.19% |
| City Planning System Development Fund | $19,263,902.00 | 0.15% |
| Community Development Trust Fund | $17,059,173.00 | 0.13% |
| Workforce Innovation Opportunity Act Fund | $16,190,721.00 | 0.12% |
| Planning Long-Range Planning Fund | $14,516,978.00 | 0.11% |
| Multi-Family Bulky Item Fund | $13,885,905.00 | 0.11% |
| Staples Arena Special Fund | $11,794,307.00 | 0.09% |
| Housing Department Affordable Housing Trust Fund | $11,104,305.00 | 0.08% |
| Tobacco Settlement | $10,710,000.00 | 0.08% |
| Street Lighting Maintenance Asmt Fund | $9,904,653.00 | 0.08% |
| Supplemental Law Enforcement Services | $9,717,491.00 | 0.07% |
| Central Recycling and Transfer Fund | $9,392,847.00 | 0.07% |
| Household Hazardous Waste Special Fund | $7,795,933.00 | 0.06% |
| Mobile Source Air Pollution Reduction Fund | $7,440,683.00 | 0.06% |
| HOME Investment Partnerships Program Fund | $6,963,915.00 | 0.05% |
| El Pueblo Revenue Fund | $6,785,490.00 | 0.05% |
| City Employees Ridesharing Fund | $6,644,626.00 | 0.05% |
| LA Convention and Visitors Bureau Fund | $6,539,973.00 | 0.05% |
| Telecommunications Development Account | $6,357,497.00 | 0.05% |
| City Ethics Commission Fund | $5,679,989.00 | 0.04% |
| Arts Development Fee Trust Fund | $5,162,324.00 | 0.04% |
| Local Transportation Fund | $5,109,264.00 | 0.04% |
| Residential Development Tax | $4,910,000.00 | 0.04% |
| Special Gas Tax Fund | $4,699,420.00 | 0.04% |
| Forfeited Assets Trust Fund | $4,540,721.00 | 0.03% |
| Neighborhood Empowerment Fund | $4,018,635.00 | 0.03% |
| State Motor Vehicle License Fees | $3,994,000.00 | 0.03% |
| Older Americans Act Fund | $3,173,152.00 | 0.02% |
| Park and Recreational Sites and Facilities Fund | $3,100,000.00 | 0.02% |
| Supplemental Law Enforcement Services Fund | $1,912,277.00 | 0.01% |
| Zoo Enterprise Trust Fund | $1,864,178.00 | 0.01% |
| Community Services Administration Grant | $1,471,501.00 | 0.01% |
| Code Compliance Fund | $1,209,586.00 | 0.01% |
| Fines--State Vehicle Code | $1,000,000.00 | 0.01% |
| Housing Opportunities for Persons with AIDS | $862,690.00 | 0.01% |