ID #:925

# EXHIBIT R

ID #:925

 



# Mission & History

## OUR**MISSION**

### CHIRLA'S MISSION IS TO ACHIEVE A JUST SOCIETY, FULLY INCLUSIVE OF IMMIGRANTS.

CHIRLA was founded in 1986 to advance the human and civil rights of immigrants and refugees. CHIRLA became a place for organizations and people who support human rights to work together for policies that advance justice and full inclusion for all immigrants.

CHIRLA's first director was Father Luis Olivares, the pastor at Our Lady Queen of Angels Church. As a leading voice of the Sanctuary movement, Olivares used his church to protect refugees fleeing human rights abuses in Central America in the 1980s.

CHIRLA has since become one of the largest and most effective advocates for immigrant rights, organizing, educating and defending immigrants and refugees in the streets, in the courts, and in the halls of power.

At CHIRLA, civic-minded immigrant families work for a world where they are free to move, participate in democracy, and enjoy human rights. CHIRLA relies on the love and vision of our community to organize and build power among people, institutions, and organizations to change public opinion and craft progressive policies that promote human, civil and labor rights for everyone.

 


For more than 35 years, the Coalition for Humane Immigrant Rights (CHIRLA) has empowered immigrants to push policies that promote freedom of movement, full human rights, and the vigorous civic action that strengthens this democracy.

## OUR ACHIEVEMENTS





🇺🇸 English



🇺🇸 English

🇺🇸 English



🇺🇸 English

🇺🇸 English



🇺🇸 English









## About CHIRLA

The Coalition for Humane Immigrant Rights (CHIRLA) was founded in 1986. CHIRLA is a California leader with national impact made of diverse immigrant families and individuals who act as agents of social change to achieve a world with freedom of mobility, full human rights, and true participatory democracy. CHIRLA's mission is to achieve a just society fully inclusive of immigrants.

## Subscribe To Updates

✍ Subscribe Now

## Contact CHIRLA

2533 West 3rd Street, Suite 101

Los Angeles, California 90057

 Map It

 Toll free: 1-888-6CHIRLA

 (213) 353 1333

✉ info@chirla.org

SEE ALL LOCATIONS

## Follow CHIRLA

    

## Links

Frequently Asked Questions
Sitemap
Privacy Policy

©2025 The Coalition for Humane Immigrant Rights. All rights reserved.