# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

Pedro VASQUEZ PERDOMO; Carlos Alexander OSORTO; and Isaac VILLEGAS MOLINA; Jorge HERNANDEZ VIRAMONTES; Jason Brian GAVIDIA; LOS ANGELES WORKER CENTER NETWORK; UNITED FARM WORKERS; COALITION FOR HUMANE IMMIGRANT RIGHTS; IMMIGRANT DEFENDERS LAW CENTER,

　　　　　Plaintiffs,

　　　v.

Kristi NOEM, in her official capacity as Secretary, Department of Homeland Security; Todd M. LYONS, in his official capacity as Acting Director, U.S. Immigration and Customs Enforcement; Rodney S. SCOTT, in his official capacity as Commissioner, U.S. Customs and Border Patrol; Michael W. BANKS, in his official capacity as Chief of U.S. Border Patrol; Kash PATEL, in his official capacity as Director, Federal Bureau of Investigation; Pam BONDI, in her official capacity as U.S. Attorney General; Ernesto SANTACRUZ JR., in his official capacity as Acting Field Office Director for Los Angeles, U.S. Immigration and Customs Enforcement; Eddy WANG, Special Agent in Charge for Los Angeles, Homeland Security Investigations, U.S. Immigration and Customs Enforcement; Gregory K. BOVINO, in his official capacity as Chief Patrol Agent for El Centro Sector of the U.S. Border Patrol; Jeffrey D. STALNAKER, in his official capacity as Acting Chief Patrol Agent, San Diego Sector of the U.S. Border Patrol; Akil DAVIS, in his official capacity as Assistant Director in Charge, Los Angeles Office, Federal Bureau of Investigation; Bilal A. ESSAYLI, in his official capacity as U.S. Attorney for the Central District of California,

　　　　　Defendants.

Case No.: 2:25-cv-05605-MEMF-SP

**ORDER GRANTING INTERVENORS' UNOPPOSED *EX PARTE* APPLICATION TO PARTICIPATE IN JULY 10 TRO HEARING**

Judge: Hon. Maame Ewusi-Mensah Frimpong

-1-

ORDER

# ORDER

On July 8, 2025, Proposed Plaintiffs-Intervenors the City of Los Angeles, the County of Los Angeles, the City of Culver City, the City of Montebello, the City of Monterey Park, the City of Pasadena, the City of Pico Rivera, the City of Santa Monica, and the City of West Hollywood (collectively, "Intervenors") filed an Unopposed *Ex Parte* Application to Participate in the July 10 Hearing on Plaintiffs' Applications for Temporary Restraining Orders (the "July 10 TRO Hearing").

The Court, having considered Intervenors' Unopposed *Ex Parte* Application and finding good cause therefor, hereby **GRANTS** the Unopposed *Ex Parte* Application and **ORDERS** that Intervenors shall be permitted to participate in the July 10 TRO Hearing.

**IT IS SO ORDERED.**

Dated: July 8, 2025

_____
MAAME EWUSI-MENSAH FRIMPONG
United States District Judge

-2-
ORDER