## DECLARATION OF LILIA A. UYEDA

I, Lilia A. Uyeda, do hereby declare and state as follows:

1.  I am an Assistant Field Office Director employed by the United States Department of Homeland Security, United States Immigration and Customs Enforcement (ICE), Office of Enforcement and Removal Operation (ERO). I began my career with ICE in September 2006 as an Immigration Enforcement Agent, was promoted to Deportation Officer in 2015, and promoted to Supervisory Detention and Deportation Officer in February 2018.

2.  I am currently assigned to the Criminal Alien Program (CAP)/Staging Unit, often referred to as "B-18", under the ERO Los Angeles Field Office. The duties and responsibilities of my position include management of the processing of detained aliens at B-18.

3.  I make this declaration based upon my personal knowledge, consultation with colleagues, and my review of official ICE records. If called to testify, I would and could do so competently.

4.  B-18 is an ERO holding facility, which contains hold rooms that are primarily used for short-term confinement of individuals who have recently been detained, or are being transferred to or from a court, detention facility, other holding facility, or other agency.

5.  Each hold room within the holding facility is equipped with a telephone which is available to detained individuals 24 hours per day. The telephones provide free access to consular offices. The telephones can make collect calls to all other numbers. Detainees are not required to use pre-paid accounts or systems to place calls on the telephones. There is no time limit on telephone calls.

6.  Each detainee is provided with an opportunity to make a phone call as they are processed into the holding facility. Each detainee is given the opportunity to record on a property card any telephone numbers they may have stored in their cell phones or other property before their property is secured in storage locker.

7. It is not uncommon for a detainee to inadvertently delay their own processing and complicate attempts for visitation by providing a false identity at the time of their arrest in the field. This can cause issues both with ICE's ability to accurately identify where individuals are being held and frustrate attempts for attorney visitation.

8. B-18 has a public visitation area as well as two private rooms for attorney visits. Attorney visits are permitted from 8am to 4pm seven days a week.

9. It is common for attorneys to have to wait for a private room to become available in the facility. So long as an attorney arrives before the 4pm deadline, the facility accommodates the attorney visit and extends visitation hours as needed.

10. On June 6, 2025, protests erupted in downtown Los Angeles and specifically at the entrance to B-18. The crowd impeded ICE operations, including the transport of detainees in or out of B-18 sally port and required other sub-offices in the area to re-route arrested individuals to other locations. Staff feared that B-18 could be breached by the protestors if the public visitation door was opened. Due to the volatile situation, B-18 closed early on the afternoon of June 6, 2025.

11. As the protests continued, the entire Federal Building was closed, and all detainees were removed to Santa Ana on June 7, 2025. All the detainees remained in Santa Ana through June 12. The detainees were moved back to B-18 overnight on or around June 13, 2025 but had to be moved back to Santa Ana on June 14, 2025, through June 16, 2025, for safety and security reasons. All detainees were moved back to B-18 by June 17, 2025. I am aware that during the time of the protests, the detainees, whether in B-18 or Santa Ana, had access to telephones to contact family or attorneys regardless of any restrictions on in-person visitation, as the telephones in the holding areas are available twenty-four hours per day. Due to concerns about protests, the Federal Building restricted operational hours to 6am through 2pm from June 17, 2025, through June 23, 2025. Operations normalized as of June 24, 2025.

12. Based on my understanding, attorney visitation hours at B-18 as of June 24, 2025, have resumed as normal.

Pursuant to 28 U.S.C. § 1746, I declare, under penalty of perjury, that the foregoing is true and correct.

Executed on this 8th day of July 2025.

_____
Lilia A. Uyeda
Assistant Field Office Director
U.S. Immigration and Customs Enforcement
U.S. Department of Homeland Security