**IN THE UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| Pedro VASQUEZ PERDOMO, *et al.* | Case No.: 2:25-cv-05605-MEMF-SP |
| Plaintiffs, | |
| v. | **SUPPLEMENTAL DECLARATION OF VERONICA BARBA** |
| Kristi NOEM, in her official capacity as Secretary, Department of Homeland Security, *et al.* | |
| Defendants. | Hon. Maame Ewusi-Mensah Frimpong |

I, Veronica Barba, declare under penalty of perjury that the following statements are true and correct pursuant to 28 U.S.C. § 1746.

1.    I, Veronica Barba, am a California State licensed attorney who has been practicing in the area of immigration law for over 18 years. I am a principal partner at a law office, specializing in removal defense before the immigration courts. A majority of my clients are in ICE custody.

2.    My client SK was held at B-18 from June 4, 2025 until June 7, 2025. At B-18, he was not provided any information on attorneys he could contact for legal assistance.

3.    On June 6, 2025, SK tried to call our office, but my staff could not hear anything; the line was silent. While SK was at B-18, I was not able to speak to him at all; he was only able to leave a voicemail asking us to call a number to set up an account and add funds. We tried to call the number, but it did not function. I checked Talton Communications, the site where we normally add funds for ICE detention calls, but there was no option to do so for calls at B-18.

4.    In the past, when I have tried to talk to clients at B-18 through the phone, the call quality has been very poor. I recently tried to receive a collect call from another client housed at B-18, but I was not able to talk to the client because the call disconnected after I inputted my credit card information.

5.      There is no assurance that calls made from B-18 are not being recorded or screened by officers and, therefore, the calls are not appropriate for legal consultations.

6.      SK was not transferred from B-18 to a detention center in Santa Ana, California. He was transferred from B-18 to Adelanto on June 7, 2025 and on June 9, 2025, I received an email from a deportation officer confirming that SK was at Adelanto.

I declare under penalty of perjury that the foregoing is true and correct.

Pasadena, CA

Dated: July 9, 2025

By: _____

_____

Veronica Barba