# IN THE UNITED STATES DISTRICT COURT
## FOR THE CENTRAL DISTRICT OF CALIFORNIA

Pedro VASQUEZ PERDOMO, *et al.*

Plaintiffs,

v.

Kristi NOEM, in her official capacity as Secretary, Department of Homeland Security, *et al.*

Defendants.

Case No.: 2:25-cv-05605-MEMF-SP

**DECLARATION OF CHRIS DURAN**

Hon. Maame Ewusi-Mensah Frimpong

I, Chris Duran, make the following supplemental statements on behalf of myself and the Coalition for Humane Immigrant Rights. I declare under penalty of perjury that the following statement is true and correct pursuant to 28 U.S.C. § 1746.

1. I incorporate by reference my previous statements submitted to this Court on July 2, 2025, attached as Exhibit 10 in support of Plaintiffs' Motion for a Temporary Restraining Order.

2. On June 26, 2025, I went to B-18 looking for a person I thought was a CHIRLA member who had reportedly been detained the night before. Officers at B-18 told me she was no longer at B-18.

3. I heard a few days later that she was taken to a warehouse near the Tijuana border. Her story appeared in the news.[1]

---

[1] *"Arrest Now, Ask Questions Later," Why Did L.A. ICE Agents Arrest and Jail U.S. Citizen Andrea Velez?*, Democracy Now, https://www.democracynow.org/2025/7/2/ice_abductions_masked_men_andrea_velez (July 2, 2025) (I am referring to the individual named "Juli").

I declare under penalty of perjury that the foregoing is true and correct.

Los Angeles, CA

Dated: July 9, 2025

By: _____

Chris Duran