# IN THE UNITED STATES DISTRICT COURT
# FOR THE CENTRAL DISTRICT OF CALIFORNIA

Pedro VASQUEZ PERDOMO, *et al.*

    Plaintiffs,

    v.

Kristi NOEM, in her official capacity as Secretary, Department of Homeland Security, *et al.*

    Defendants.

Case No.: 2:25-cv-05605-MEMF-SP

**DECLARATION OF ANGELICA SALAS**

Hon. Maame Ewusi-Mensah Frimpong

I, Angelica Salas, make the following statements on behalf of myself and the Coalition for Humane Immigrant Rights. I declare under penalty of perjury that the following statement is true and correct pursuant to 28 U.S.C. § 1746.

1. I have read the supplemental declarations of CHIRLA attorneys Nicolas Thompson-Lleras and Chris Duran.

2. The conditions and deprivation of access to counsel described by Nicolas and Chris are not unique, and they are continuing to this day. Since June 6, 2025, CHIRLA members, staff, and associates have not been able to adequately reach detainees at B-18 to provide necessary legal advice. Access to detainees remains sporadic and ineffective, and CHIRLA members, staff, and associates continue to lack adequate information to locate clients and family members.

3. I have read over Defendants' Opposition to *Ex Parte* Application for Temporary Restraining Order and Order to Show Cause. Since June 24, 2025, operations at B-18 have not "normalized." Page 9 Line 25 of Gov't Brief. To the contrary, CHIRLA and like organizations have continued to experience unprecedented impediments to accessing existing and potential clients because of obstacles put in the way of the work we do since June 6. By restricting access to detainees at B-18, Defendants have substantially impacted our ability to provide quality representation and information about basic rights

immigrants can exercise, and have strained CHIRLA's resources as we devote additional time and attention to trying to meet our members' needs.

I declare under penalty of perjury that the foregoing is true and correct.

Los Angeles, CA

Dated: July 9, 2025

By: _____

Angelica Salas

2