## IN THE UNITED STATES DISTRICT COURT
## FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| Pedro VASQUEZ PERDOMO, *et al.* | Case No.: 2:25-cv-05605-MEMF-SP |
| Plaintiffs, | |
| v. | **DECLARATION OF HARRIET STEELE** |
| Kristi NOEM, in her official capacity as Secretary, Department of Homeland Security, *et al.* | |
| Defendants. | Hon. Maame Ewusi-Mensah Frimpong |

I, Harriet Steele, make the following statements on behalf of myself. I declare under penalty of perjury that the following statement is true and correct pursuant to 28 U.S.C. § 1746.

1. I am an attorney admitted to practice in the courts of the State of California. My State Bar Number is 348169.

2. I am currently employed as a staff attorney at Public Counsel in the Immigrants' Rights Project.

3. I participate in the Los Angeles Rapid Response Network when my capacity allows.

4. On Sunday, June 29, 2025, I went to the facility known as B-18 to try to meet with a prospective client who has epilepsy. I was hoping to alert the officers of his medical needs.

5. When I arrived at B-18 I was told by a federal officer that the prospective client was no longer at B-18 and was moved to Arizona.

6. The guard at B-18 told me that normally there were no visits on the weekend.

7. I am unable to travel to Arizona to visit this prospective client because of my capacity limitations and because I am pro bono.

[SIGNATURE PAGE FOLLOWS]

Executed on July 9, 2025 in Los Angeles, California.

*Harriet Steele*
_____

Harriet Steele