UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

CIVIL MINUTES – GENERAL

Case No.   2:25-cv-5605-MEMF-SP                                      Date: July 14, 2025

Title   *Pedro Vasquez Perdomo et al v. Kristi Noem et al*

Present: The Honorable:   Maame Ewusi-Mensah Frimpong

| Damon Berry | N/A |
|---|---|
| Deputy Clerk | Court Reporter / Recorder |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
|---|---|
| N/A | N/A |

**Proceedings:  Order Regarding Notice of Appeal [ECF No. 89] and Ex Parte Application [ECF No. 93]**

The Court is in receipt of the Notice of Appeal filed by Defendants (ECF No. 89) and the Ex Parte Application to Advance Briefing Schedule on Motion to Intervene filed by the Proposed Intervenors (ECF No. 93 ("Ex Parte Application")). The Proposed Intervenors ask this Court to shorten the briefing time on their Motion to Intervene (ECF No. 61) "to assert their distinct interests in maintaining law and order and preserving crucial tax revenues in the preliminary injunction briefing and hearing, which will proceed and perhaps even finish before Intervenors' Motion is scheduled to be heard on August 21, 2025." *Id*. at 3.

The parties (excluding the Proposed Intervenors) are ORDERED to meet and confer and file a joint status report by 5pm Tuesday, July 15, 2025, regarding whether the TRO Order is appealable and whether the Notice of Appeal divests this Court of jurisdiction. Should the parties not agree, the parties shall submit separate submissions on this question by the same deadline.

**IT IS SO ORDERED.**

                                                                                      :
                                                        **Initials of Preparer**        DBE