STACY TOLCHIN (SBN 217431)
*stacy@tolchinimmigration.com*
LAW OFFICES OF STACY TOLCHIN
776 E. Green St., Suite 210
Pasadena, CA 91101
Telephone: (213) 622-7450
Facsimile:  (213) 622-7233

MOHAMMAD TAJSAR (SBN 280152)
*mtajsar@aclusocal.org*
MAYRA JOACHIN (SBN 306065)
*mjoachin@aclusocal.org*
EVA BITRAN (SBN 302081)
*ebitran@aclusocal.org*
DAE KEUN KWON (SBN 313155)
*akwon@aclusocal.org*
OLIVER MA (SBN 354266)
*oma@aclusocal.org*
STEPHANIE PADILLA (SBN 321568)
*spadilla@aclusocal.org*
DIANA SANCHEZ (SBN 338871)
*dianasanchez@aclusocal.org*
ACLU FOUNDATION OF
SOUTHERN CALIFORNIA
1313 West Eighth Street
Los Angeles, CA 90017-4022
Telephone: (213) 977-5232
Facsimile: (213) 201-7878

*Counsel for Stop/Arrest Plaintiffs*
(*additional counsel information on cont. page*)

MARK ROSENBAUM (SBN 59940)
*mrosenbaum@publiccounsel.org*
REBECCA BROWN (SBN 345805)
*rbrown@publiccounsel.org*
SOPHIA WRENCH (SBN 354416)
*swrench@publiccounsel.org*
RITU MAHAJAN (SBN 252970)
*rmahajan@publiccounsel.org*
GINA AMATO (SBN 215519)
*gamato@publiccounsel.org*
PUBLIC COUNSEL
610 South Ardmore Avenue
Los Angeles, CA 90005
Telephone: (213) 385-2977

*Counsel for All Plaintiffs*

**UNITED STATES DISTRICT COURT**

**FOR THE CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| Pedro VASQUEZ PERDOMO; Carlos Alexander OSORTO; and Isaac VILLEGAS MOLINA; Jorge HERNANDEZ VIRAMONTES; Jason Brian GAVIDIA; LOS ANGELES WORKER CENTER NETWORK; UNITED FARM WORKERS; COALITION FOR HUMANE IMMIGRANT RIGHTS; IMMIGRANT DEFENDERS LAW CENTER, <br><br> Plaintiffs, <br><br> v. <br><br> Kristi NOEM, in her official capacity as Secretary, Department of Homeland | Case No.: 2:25-cv-05605-MEMF-SP <br><br> **DECLARATION OF MOHAMMAD TAJSAR IN SUPPORT OF PLAINTIFFS' REQUEST TO STRIKE DEFENDANTS' NOTICE OF CLARIFICATION [ECF NO. 110]** <br><br> Hon. Maame Ewusi-Mensah Frimpong |

Security; Todd M. LYONS, in his official capacity as Acting Director, U.S. Immigration and Customs Enforcement; Rodney S. SCOTT, in his official capacity as Commissioner, U.S. Customs and Border Patrol; Michael W. BANKS, in his official capacity as Chief of U.S. Border Patrol; Kash PATEL, in his official capacity as Director, Federal Bureau of Investigation; Pam BONDI, in her official capacity as U.S. Attorney General; Ernesto SANTACRUZ JR., in his official capacity as Acting Field Office Director for Los Angeles, U.S. Immigration and Customs Enforcement; Eddy WANG, Special Agent in Charge for Los Angeles, Homeland Security Investigations, U.S. Immigration and Customs Enforcement; Gregory K. BOVINO, in his official capacity as Chief Patrol Agent for El Centro Sector of the U.S. Border Patrol; Jeffrey D. STALNAKER, in his official capacity as Acting Chief Patrol Agent, San Diego Sector of the U.S. Border Patrol; Akil DAVIS, in his official capacity as Assistant Director in Charge, Los Angeles Office, Federal Bureau of Investigation; Bilal A. ESSAYLI, in his official capacity as U.S. Attorney for the Central District of California,

Defendants.

ANNE LAI (SBN 295394)
alai@law.uci.edu
UC IRVINE SCHOOL OF LAW
IMMIGRANT AND RACIAL
JUSTICE
SOLIDARITY CLINIC
P.O. Box 5479
Irvine, CA 92616-5479
Telephone: (949) 824-9894
Facsimile:  (949) 824-2747

*Counsel for Stop/Arrest Plaintiffs*

LAUREN MICHEL WILFONG*
lwilfong@ndlon.org
NATIONAL DAY LABORER
ORGANIZING NETWORK
1030 S. Arroyo Parkway, Suite 106
Pasadena, CA 91105
Telephone: (626) 214-5689

*Counsel for Stop/Arrest Plaintiffs*

BREE BERNWANGER (SBN 331731)
bbernwanger@aclunc.org
AMERICAN CIVIL LIBERTIES
UNION FOUNDATION OF
NORTHERN CALIFORNIA
39 Drumm Street
San Francisco, CA 94111
Telephone: (415) 621-2493

*Counsel for Stop/Arrest Plaintiffs*

BRISA VELAZQUEZ OATIS
(SBN 339132)
bvoatis@aclu-sdic.org
ACLU FOUNDATION OF
SAN DIEGO & IMPERIAL
COUNTIES
P.O. Box 87131
San Diego, CA 92138-7131
Telephone: (619) 398-4199

*Counsel for Stop/Arrest Plaintiffs*

MATTHEW J. CRAIG (SBN 350030)
mcraig@heckerfink.com
MACK E. JENKINS (SBN 242101)
mjenkins@heckerfink.com
HECKER FINK LLP
1150 South Olive Street, Suite 10-140
Los Angeles, CA 90015
Telephone: (212) 763-0883
Facsimile: (212) 564-0883

*Counsel for Access/Conditions Plaintiffs*

EDGAR AGUILASOCHO
(SBN 285567)
eaguilasocho@farmworkerlaw.com
MARTINEZ AGUILASOCHO LAW, INC.
900 Truxtun Ave Suite 300
Bakersfield, CA 93301
Telephone: (661) 859-1174

*Counsel for Plaintiff United Farm Workers*

CARL BERGQUIST**
cbergquist@chirla.org
COALITION FOR HUMANE
IMMIGRANT RIGHTS
2351 Hempstead Road
Ottawa Hills, OH 43606
Telephone: (310) 279-6025

*Counsel for Plaintiff Coalition for Humane Immigrant Rights*

ALVARO M. HUERTA (SBN 274787)
ahuerta@immdef.org
BRYNNA BOLT (SBN 339378)
bbolt@immdef.org
ALISON STEFFEL (SBN 346370)
asteffel@immdef.org
IMMIGRANT DEFENDERS LAW
CENTER
634 S. Spring St., 10th Floor
Los Angeles, CA 90014
Telephone: (213) 634-0999

*Counsel for Plaintiff Immigrant Defenders Law Center*

* Pro hac vice application forthcoming
** Pro hac vice application granted

## DECLARATION OF MOHAMMAD TAJSAR

I, Mohammad Tajsar, declare:

1.     I make this declaration based on my personal knowledge and under penalty of perjury. If called to testify, I could and would testify competently hereto:

2.     I am an attorney at the American Civil Liberties Union Foundation of Southern California, where I have been employed since 2017. I am a member in good standing of the California State Bar and of the Bar of this court. I am counsel for Stop/Arrest Plaintiffs in this putative class action. I submit this declaration in support of Plaintiffs' Request to Strike Defendants' Notice of Clarification.

3.     At approximately 1:50 p.m. PT on Sunday, July 13, 2025, Defendants' counsel Sean Skedzielewski called me to inform me that Defendants planned to file a motion before the Ninth Circuit for a stay of the temporary restraining order issued on July 11 by this Court. I informed him of our intent to oppose that motion. I asked Mr. Skedzielewski whether Defendants were planning to seek an administrative stay of the temporary restraining order. Mr. Skedzielewski indicated that he would follow up internally and let me know the answer to that question.

4.     Mr. Skedzielewski followed up that call with an email at 2:03 p.m. to confirm that Defendants intended to seek an administrative stay of the temporary restraining order.

5.     Later that evening, at approximately 6:13 p.m. PT, I called Mr. Skedzielewski to request that Defendants indicate in their appeal papers Plaintiffs' position on the motion, and to indicate in their papers that Plaintiffs intend to file an opposition to Defendants' request for an administrative stay. I also asked Mr. Skedzielewski whether Defendants were planning to appeal both the Fourth Amendment and Fifth Amendment portions of the temporary restraining order. Mr. Skedzielewski informed me that Defendants' appeal concerned only the Fourth Amendment temporary restraining order, but that they are reserving their right to

1

appeal the Fifth Amendment portions of the temporary restraining order at a future date.

6.    I then summarized the contents of our discussion in an email message to Mr. Skedzielewski that I sent at 6:27 p.m. to Defendants' counsel. Mr. Skedzielewski confirmed receipt of that message at 6:48 p.m. I have attached the full email exchange memorializing our discussions as Exhibit 1 to this Declaration, except for Mr. Skedzielewski's cell phone number which I have redacted.

Executed in Pasadena, California on July 21, 2025.

Respectfully submitted,

*/s/ Mohammad Tajsar*

Mohammad Tajsar

2

# Exhibit 1

## Mohammad Tajsar

| | |
|---|---|
| **From:** | Skedzielewski, Sean (CIV) <Sean.Skedzielewski@usdoj.gov> |
| **Sent:** | Sunday, July 13, 2025 6:48 PM |
| **To:** | Mohammad Tajsar |
| **Cc:** | Annie Lai; Bree Bernwanger; Brisa Velazquez Oatis; Andres Kwon; Diana Sanchez; Eva Bitran; gamato@publiccounsel.org; Mark Rosenbaum; Mayra Joachin; Stacy Tolchin; Oliver Ma; rbrown@publiccounsel.org; rmahajan@publiccounsel.org; swrench@publiccounsel.org; Stephanie Padilla; Matthew Craig; Helia Bidad |
| **Subject:** | RE: Perdomo v Noem, Case No. 2:25-cv-5605 - Notice of Motion |

Mohammad,

Received. We'll indicate in our papers that Plaintiffs oppose and intend to file opposition expeditiously.

Regards,

**Sean Skedzielewski**
Counsel to the Assistant Attorney General
U.S. Department of Justice, Civil Division
Office: (202) 307-1697
Cell: ███████████
Sean.Skedzielewski@usdoj.gov

---

**From:** Mohammad Tajsar <mtajsar@aclusocal.org>
**Sent:** Sunday, July 13, 2025 9:27 PM
**To:** Skedzielewski, Sean (CIV) <Sean.Skedzielewski@usdoj.gov>
**Cc:** Annie Lai <alai@law.uci.edu>; Bree Bernwanger <BBernwanger@aclunc.org>; Brisa Velazquez Oatis <BVOatis@aclu-sdic.org>; Andres Kwon <AKwon@aclusocal.org>; Diana Sanchez <DianaSanchez@aclusocal.org>; Eva Bitran <EBitran@aclusocal.org>; gamato@publiccounsel.org; Mark Rosenbaum <mrosenbaum@publiccounsel.org>; Mayra Joachin <MJoachin@aclusocal.org>; Stacy Tolchin <stacy@tolchinimmigration.com>; Oliver Ma <OMa@aclusocal.org>; rbrown@publiccounsel.org; rmahajan@publiccounsel.org; swrench@publiccounsel.org; Stephanie Padilla <SPadilla@aclusocal.org>; Matthew Craig <mcraig@heckerfink.com>; Helia Bidad <hbidad@heckerfink.com>
**Subject:** [EXTERNAL] RE: Perdomo v Noem, Case No. 2:25-cv-5605 - Notice of Motion

Thanks, Sean. I'm confirming our brief conversation moments ago in which you indicated that tonight's filing will concern only the Fourth Amendment TRO, and not the B-18 access TRO. You did indicate that the government reserves its right to appeal the B-18 access TRO in the future, but that the access issues will not be addressed in the filing contemplated tonight.

As I mentioned over the phone, we ask that you indicate in your papers both that Plaintiffs oppose the request for an administrative stay and that we intend to expeditiously file an opposition setting forth our position on the administrative stay request.

Thank you,

Mohammad Tajsar (he/him)
Senior Staff Attorney
ACLU of Southern California
1313 W 8th Street, Suite 200

1

Los Angeles, CA 90017

---

**From:** Skedzielewski, Sean (CIV) <Sean.Skedzielewski@usdoj.gov>
**Sent:** Sunday, July 13, 2025 2:03 PM
**To:** Mohammad Tajsar <mtajsar@aclusocal.org>
**Cc:** Annie Lai <alai@law.uci.edu>; Bree Bernwanger <BBernwanger@aclunc.org>; Brisa Velazquez Oatis <BVOatis@aclu-sdic.org>; Andres Kwon <AKwon@aclusocal.org>; Diana Sanchez <DianaSanchez@aclusocal.org>; Eva Bitran <EBitran@aclusocal.org>; gamato@publiccounsel.org; Mark Rosenbaum <mrosenbaum@publiccounsel.org>; Mayra Joachin <MJoachin@aclusocal.org>; Stacy Tolchin <stacy@tolchinimmigration.com>; Oliver Ma <OMa@aclusocal.org>; rbrown@publiccounsel.org; rmahajan@publiccounsel.org; swrench@publiccounsel.org; Stephanie Padilla <SPadilla@aclusocal.org>
**Subject:** RE: Perdomo v Noem, Case No. 2:25-cv-5605 - Notice of Motion

Dear Mohammad:

Thank you for providing your direct line. This is to confirm our phone call at 4:51 pm EST today. I advised you of Defendants' intent to file a motion for stay pending appeal this evening. You confirmed that Plaintiffs intend to oppose and asked whether Defendants plan to seek an administrative stay. I can confirm that we intend to seek an administrative stay of the district court injunction while the Circuit court considers the appeal.

Regards,

**Sean Skedzielewski**
Counsel to the Assistant Attorney General
U.S. Department of Justice, Civil Division
Office: (202) 307-1697
Cell: ███████████
Sean.Skedzielewski@usdoj.gov

---

**From:** Mohammad Tajsar <mtajsar@aclusocal.org>
**Sent:** Sunday, July 13, 2025 1:29 PM
**To:** Skedzielewski, Sean (CIV) <Sean.Skedzielewski@usdoj.gov>
**Cc:** Annie Lai <alai@law.uci.edu>; Bree Bernwanger <BBernwanger@aclunc.org>; Brisa Velazquez Oatis <BVOatis@aclu-sdic.org>; Andres Kwon <AKwon@aclusocal.org>; Diana Sanchez <DianaSanchez@aclusocal.org>; Eva Bitran <EBitran@aclusocal.org>; gamato@publiccounsel.org; Mark Rosenbaum <mrosenbaum@publiccounsel.org>; Mayra Joachin <MJoachin@aclusocal.org>; Stacy Tolchin <stacy@tolchinimmigration.com>; Oliver Ma <OMa@aclusocal.org>; rbrown@publiccounsel.org; rmahajan@publiccounsel.org; swrench@publiccounsel.org; Stephanie Padilla <SPadilla@aclusocal.org>
**Subject:** [EXTERNAL] RE: Perdomo v Noem, Case No. 2:25-cv-5605 - Notice of Motion

Dear Sean,

I'm confirming receipt of this message. We look forward to you sending us the papers once filed. I'm not sure I received your call, however, so I'm providing you my direct line for future reference; it's 213-977-5268.

Regards,

Mohammad Tajsar (he/him)
Senior Staff Attorney

ACLU of Southern California
1313 W 8th Street, Suite 200
Los Angeles, CA 90017

---

**From:** Skedzielewski, Sean (CIV) <Sean.Skedzielewski@usdoj.gov>
**Sent:** Sunday, July 13, 2025 9:58 AM
**To:** Annie Lai <alai@law.uci.edu>; Bree Bernwanger <bbernwanger@aclunc.org>; Brisa Velazquez Oatis <bvoatis@aclu-sdic.org>; Andres Kwon <akwon@aclusocal.org>; Diana Sanchez <dianasanchez@aclusocal.org>; Eva Bitran <ebitran@aclusocal.org>; gamato@publiccounsel.org; Mark Rosenbaum <mrosenbaum@publiccounsel.org>; Mayra Joachin <mjoachin@aclusocal.org>; Mohammad Tajsar <mtajsar@aclusocal.org>; Oliver Ma <oma@aclusocal.org>; rbrown@publiccounsel.org; rmahajan@publiccounsel.org; swrench@publiccounsel.org; Stephanie Padilla <spadilla@aclusocal.org>; Stacy Tolchin <Stacy@tolchinimmigration.com>
**Subject:** Perdomo v Noem, Case No. 2:25-cv-5605 - Notice of Motion

Counsel:

Pursuant to the Ninth Circuit's Federal Rule of Appellate Procedure 27-3, I write to notify you that defendants in the above referenced matter intend to file a motion for stay pending appeal later today from the Court's Order and Opinion of July 11, 2025, ECF No. 87, granting Plaintiffs' Ex Parte Applications for Temporary Restraining Order and Order to Show Cause Regarding Preliminary Injunction. We will promptly serve Plaintiffs the motion and accompanying papers via email once filed. I informed Attorney Tajsar of the same via voice message this afternoon.

Regards,

**Sean Skedzielewski**
Counsel to the Assistant Attorney General
U.S. Department of Justice, Civil Division
Office: (202) 307-1697
Cell: ███████████
Sean.Skedzielewski@usdoj.gov