UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES—GENERAL**

| | | | |
|---|---|---|---|
| Case No. | 2:25-cv-05605-MEMF-SPx | Date | July 10, 2025 |
| Title | Pedro Vasquez Perdomo et al. v. Kristi Noem, et al. | Page | 1 of 1 |

| | |
|---|---|
| Present: The Honorable | MAAME EWUSI-MENSAH FRIMPONG, UNITED STATES DISTRICT JUDGE |

| Damon Berry | CourtSmart |
|---|---|
| Deputy Clerk | Court Recorder |

| Attorneys Present for Plaintiff(s) | Attorneys Present for Defendant(s) |
|---|---|
| Anne Lai | Sean Skedzielewski |
| Diane Sanchez | Alexander Layne Farrell |
| Mark D. Rosenbaum | Pauline Helen Alarcon |
| Mayra Beatriz Joachin | |
| Mohammad K. Tajsar | |
| Rebecca Sarah Brown | |
| Ritu Mahajan | |
| Stacy Eva Tolchin | |
| Alison Brooke Steffel | |
| Alvaro M. Huerta | |
| Brynna Rhiannon Bolt | |
| Sophia Louise Wrench | |
| Matthew Craig | |
| Gina Amato | |
| Dae Keun Kwon | |
| Stephanie Padilla | |

**Proceedings:** **HEARING RE EX PARTE APPLICATION FOR TEMPOARY RESTRAINING ORDER [38], [45]**

The case is called, and counsel states their appearances. Also, present are Intervenors, Arnold F. Lee, John L. Schwab, Wendy X. Xiao, Michele Beal Bagneris, Andrew K. Aaronian, Nicole Davis Tinkham, Brigit Greeson Alvarez, Liliana Campos, Valerie Flores, Michael Dundes, and Maria Louise Cousineau. The Court issues a tentative ruling prior to the hearing. The Court invites counsel to present oral arguments.

For the reasons stated on the record, the matter is taken under submission. Order to issue.

**IT IS SO ORDERED.**

| CV-90 | **CIVIL MINUTES - GENERAL** | 2:26 |
|---|---|---|
| | | Initials of Deputy Clerk: DBE |