UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

|  |  |
|---|---|
| Pedro Vasquez Perdomo; *et al.*, <br><br> Plaintiffs, <br><br> v. <br><br> Kristi Noem, in her official capacity as Secretary of Homeland Security; *et al.*, <br><br> Defendants. | No. 2:25-cv-05605-MEMF-SP <br><br> **Order on: Parties' Joint Stipulation and Request to Redesignate the Docket on August 29, 2025 [ECF No. 146]** <br><br> Hon. Maame Ewusi-Mensah Frimpong <br> United States District Judge |

Before the Court is the parties' Joint Stipulation and Request to Redesignate the Docket on August 29, 2025. ECF No. 146. It appears that the parties have not completed their review of the material on the docket, and, upon completion of that review, they may determine that some of the material on the docket should be sealed. Accordingly, out of an abundance of caution, the Court will refrain from redesignating this case at this time.

IT IS HEREBY ORDERED that:

1. By August 29, 2025, the parties shall file a joint statement setting forth either (1) their joint view with respect to what, if anything, on the docket should remain sealed (with appropriate justification under the Local Rules and governing law) or (2) their respective, disputed

positions on what, if anything, on the docket should remain sealed.

2. The Court will issue an order regarding redesignation as appropriate after August 29, 2025.

**IT IS SO ORDERED.**

Dated: August 18, 2025

HON. MAAME EWUSI-MENSAH FRIMPONG
UNITED STATES DISTRICT JUDGE