1
2
3
4
5
6
7
8

UNITED STATES DISTRICT COURT

9

CENTRAL DISTRICT OF CALIFORNIA

10

11

PEDRO VASQUEZ PERDOMO, *et al.*,

Plaintiffs,

12

v.

13

14

KRISTI NOEM, in her official capacity as Secretary of Homeland Security, *et al.*,

15

16

Defendants.

17
18

Case No.:  2:25-cv-05605-MEMF-SP

**ORDER GRANTING JOINT STIPULATION AND REQUEST TO SET BRIEFING SCHEDULE [ECF NO. 157]**

19

20      On August 21, 2025, Defendants, Plaintiffs, and Intervenors filed a Joint Stipulation and

21   Request to Set Briefing Schedule ("Stipulation").

22      The Court, having considered the Stipulation and finding good cause therefor, hereby

23   GRANTS the Stipulation and ORDERS as follows:

24      1. Plaintiffs shall file the supplement to their preliminary injunction motions described above

25         by August 25, 2025, which shall not exceed 10 pages (exclusive of any supporting

26         declarations or exhibits).

27      2. Defendants shall file their responses to Plaintiffs' preliminary injunction motions (ECF

28         Nos. 127, 128) by August 29, 2025.

3.  Defendants shall file their response to Intervenors' joinder motion (ECF No. 147) by August 29, 2025.

4.  Defendants shall file their response to Plaintiffs' supplement by September 4, 2025, which shall not exceed 10 pages (exclusive of any supporting declarations or exhibits).

5.  Plaintiffs shall file any replies in support of their preliminary injunction motions and supplement by September 10, 2025; the supplemental reply shall not exceed 5 pages (exclusive of any supporting declarations or exhibits).

6.  Intervenors shall file any replies in support of their joinder by September 10, 2025.

7.  The hearing on the preliminary injunction motions and joinder motion shall proceed on September 24, 2025, as previously ordered.

8.  Defendants shall file their response to Plaintiffs' First Amended Complaint (ECF No. 16) on or before September 29, 2025, unless otherwise modified by stipulation or further order of the Court.

9.  Defendants shall file their response to Intervenors' operative complaint on or before September 29, 2025, unless otherwise modified by stipulation or further order of the Court.

IT IS SO ORDERED.

Dated: August 21, 2025

_____

MAAME EWUSI-MENSAH FRIMPONG

United States District Judge