IN THE UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| Pedro VASQUEZ PERDOMO, *et al.*,<br><br>Plaintiffs,<br><br>v.<br><br>KRISTI NOEM, in her official capacity as Secretary of the Department of Homeland Security, *et al.*,<br><br>Defendants. | Case No.: 2:25-cv-05605-MEMF-SP<br><br>**ORDER GRANTING UNOPPOSED MOTION FOR LEAVE TO FILE BRIEF OF AMICI CURIAE IN SUPPORT OF STOP/ARREST PLAINTIFFS' MOTION FOR PRELIMINARY INJUNCTION [ECF NO. 156]**<br><br>Judge:        Maame Ewusi-Mensah Frimpong |

**ORDER**

On August 19, 2025, the State of California, together with the States of Arizona, Colorado, Connecticut, Delaware, Hawaiʻi, Illinois, Maryland, Maine, Minnesota, Nevada, New Jersey, New York, Oregon, Vermont, Washington, and the Commonwealth of Massachusetts ("Amici States") filed the Unopposed Motion for Leave to File Brief of Amici Curiae in Support of Stop/Arrest Plaintiffs' Motion for Preliminary Injunction (ECF No. 128). ECF No. 158 ("Motion").

The Court, having considered Amici States' Motion and finding good cause therefor, hereby GRANTS the Motion and ORDERS that the brief submitted as Exhibit 1 to the Motion be filed.

**IT IS SO ORDERED**.

Dated:  August 22, 2025

_____

Maame Ewusi-Mensah Frimpong

United States District Judge