UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| Pedro VASQUEZ PERDOMO, et al., | Case No. 2:25-cv-05605 |
| Plaintiffs, | |
| v. | |
| KRISTI NOEM, IN HER OFFICIAL CAPACITY AS SECRETARY OF HOMELAND SECURITY; U.S. DEPARTMENT OF HOMELAND SECURITY, et al., | **DECLARATION OF ROGELIO GUDINO** |
| Defendants. | |

## **DECLARATION OF ROGELIO GUDINO**

I, Rogelio Gudino, hereby declare:

1. I am employed by the U.S. Department of Homeland Security (DHS), U.S. Immigration and Customs Enforcement (ICE), Enforcement and Removal Operations (ERO) and serve as an Assistant Field Office Director (AFOD) in the Los Angeles Field Office (ERO Los Angeles).

2. I have been employed by ICE since August 2005 and began my career as an Immigration Enforcement Agent. I was promoted to Deportation Officer in November 2011 until September 2015 and in September 2015, I was promoted to Supervisory Detention and Deportation Officer. In January 2023, I was promoted to AFOD in Los Angeles, California.

3. As of July 27, 2025, I am currently assigned to the Criminal Alien Program

1

(CAP)/Staging Unit, often referred to as "B-18", under the ERO Los Angeles Field Office. The duties and responsibilities of my position include management of the processing of detained aliens at B-18.

4. I make this declaration based upon my personal knowledge or upon information provided to me in my official capacity. This declaration describes current conditions and is intended to supplement, not replace, the Uyeda declaration. Unless expressly updated or superseded here, the statements in the Uyeda declaration remain accurate and applicable.

5. The holding cells in B-18 have 24 "Talton" telephones, which allow detainees to make certain calls free of charge, including calls to consulates and to certain pro bono legal organizations. The telephones are located in a public area and are meant to ensure detainees have access to communications 24/7 while at B-18. These phones can also make paid calls to numbers not on the list, such as to family members. Attached as Exhibit A is a true and correct copy of the numbers that can be called for free that are posted in each holding cell. In addition, each detainee who enters the facility is permitted one free phone call to any person or any organization within the United States.

6. I understand that ICE previously submitted a declaration from AFOD Lilia Uyeda (ECF 70-1). While that declaration did not address that detainees could make availability free calls to certain pro bono legal organizations and reporting lines, I have been advised that such calls were and are available, consistent with standard DHS practice.

7. Following the Court's July 11, 2025 order, two private call rooms were set up at B-

2

18. These rooms have closing doors that each have one office-style, direct-dial landline telephone that places free outgoing calls and are available for detainee use. These rooms afford detained aliens a private space to make free and confidential phone calls to their attorney. Detainees can schedule access to the room by requesting a call with their retained attorneys from facility staff. Calls made from these phones are confidential and are not screened, recorded, or monitored. Free, confidential attorney calls are available upon request in the private call rooms. An officer is posted outside of the closed telephone room to ensure the detainee's safety and facility security. Attached as Exhibit B are four photographs of each of the private telephone rooms—two rooms in total, with one photograph showing each room from the outside and one from the inside. We are reinforcing guidance to staff to ensure detainees are informed of this option and are assisted in accessing it, while meeting security and safety requirements.

8. Packets including the phone numbers for pro bono legal services are given to each alien during processing. Attached as Exhibit C is a true and correct copy of the legal services list.

9. There are two private interview rooms with closing doors that are separate from, and in addition to, the two private telephone rooms. These two interview rooms are available to allow for confidential, in-person meetings with detained aliens and their attorney. An officer is to remain outside the door on the other side of the glass window for the safety and security of both the attorney and detainee.

10. I have been informed of the allegations made about B-18 and legal access in

declarations in support of the Motion for Preliminary Injunction and provide the following information in response.

11. Each detainee who enters the detention facility is provided a number of documents that are explained to them in their native language, and it is the detainee's choice to sign any paperwork at any time before or after consulting legal representation.

12. ICE has not received a report of any incident involving a pregnant detainee being transported to the hospital on July 16, 2025 as described in the Thompson-Llera declaration. If a detainee reports a medical emergency, he or she will be transported to an appropriate medical facility.

13. At B-18, there is an entirely separate area where female detainees are housed. Upon entering the facility, female detainees are subject to a pat down by female officers only. B-18 is a processing center, and no detainee is required or asked to change their clothing upon entry into the facility or in front of an officer at any time. If at any time a male officer needs to enter this area, the officer is required to knock and verbally announce their presence before opening the door or entering the tank.

14. I am not aware of a directive or standard that requires the holding facility temperature to be maintained at a specific degree Fahrenheit. In our normal course of practice, the temperature at B-18 is normally set at above 70 degrees.

15. Each detainee may be given sweatpants, a sweatshirt, or shoes if needed upon arrival at the facility. Extras of each item are available if a detainee requests it. Each detainee is also informed that their family members are permitted to bring them additional clothing if

they choose.

16. Each detainee is provided with a number of food options every 6 hours. Milk, water, and juice are also available.

17. I have been advised that B-18 was under normal operation and that attorney visitation hours were not suspended on July 21, 2025.

18. I have been advised that detainees were moved from B-18 on July 25, 2025 for their safety and security due to scheduled anti-ICE protests to be held in close proximitiy to B-18 and the Federal Building. When protests or other disruptive activity arise, it is difficult to predict when and where incidents will occur and conditions can quickly shift from peaceful to violent.

19. Currently, attorneys seeking to visit prospective individual clients detained at B-18 can do so under B-18 legal visitation rules. Such attorneys will follow all facility rules related to legal visitation, including presenting legal credentials such as a bar card. No attorney will be denied access to the facility solely because they do not have a Form G-28 or an A-number has not been issued yet. Such attorneys should provide as much biographical information as possible on the prospective client so that ICE can confirm whether the individual is detained at B-18.

20. I can confirm there is signage on the door to B-18 listing that attorney visitation hours are from 8:00 a.m. until 4:00 p.m. on Monday through Friday and from 8:00 a.m. until 12:00 p.m. on Saturdays, Sundays, and holidays. The sign also indicates that family visitation hours are from 1:00 p.m. until 4:00 p.m. on Monday through Friday. Attached

hereto as Exhibit D is a true and correct copy of the sign.

21. Generally, emergency temporary transfers of detainees from B-18 may occur in some exigent circumstances that require closure for the safety of human life or the protection of property, including but not limited to protests, public safety threats, or physical plant issues. As of August 28, 2025, the last temporary transfer of detainees occurred on August 8, 2025.

22. We have notification procedures in place if the decision is made to transfer B-18 detainees to another facility temporarily based on safety and security concerns. This will involve ERO sending an email to ICE attorneys so that ICE can inform DOJ within the time-limits of the district court's order.

Pursuant to the provisions of 28 U.S.C. § 1746, I declare under the penalty of perjury under the laws of the United States that the foregoing is true and correct.

Executed this 28th day of August 2025, at Los Angeles, California.

Rogelio Gudino
Assistant Field Office Director
DHS ICE ERO Los Angeles