UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

Pedro VASQUEZ PERDOMO, et al.,

Plaintiffs,

v.

KRISTI NOEM, IN HER OFFICIAL CAPACITY AS SECRETARY OF HOMELAND SECURITY; U.S. DEPARTMENT OF HOMELAND SECURITY, et al.,

Defendants.

Case No. 2:25-cv-05605

**THIRD DECLARATION OF ANDRE QUINONES**

## DECLARATION OF ANDRE QUINONES

I, Andre Quinones, hereby declare:

1.    I am employed by the Department of Homeland Security (DHS), U.S. Immigration and Customs Enforcement (ICE), Enforcement and Removal Operations (ERO) and serve as a Deputy Field Office Director (FOD) of the Los Angeles Field Office (ERO Los Angeles).

2.    I have been employed by ICE, or its predecessor legacy Immigration and Naturalization Service (INS), since June 2000. In April 2011, I was promoted to Supervisory Detention and Deportation Officer and in October 2016, I was promoted to Assistant Field Office Director. In June 2020, I was promoted to Deputy Field Office

1

Director (DFOD).

3.       As DFOD for ERO Los Angeles, I assist the Field Office Director in directing and overseeing ICE's enforcement of federal immigration laws within the Central District of California, which has the same geographic boundaries as the ERO Los Angeles Field Office. The ERO Los Angeles Field Office currently consists of over 290 law enforcement officers in six offices who are responsible for enforcing federal immigration laws in seven California counties with a combined population of over 20 million people. ICE is the largest investigative branch of DHS and is charged with the enforcement of more than 400 federal statutes. The agency was created after the September 11, 2001, terrorist attacks, by combining components of the former INS and the former U.S. Customs Service, to more effectively enforce federal immigration and customs laws and to protect the United States against terrorist attacks. The mission of ICE is to protect the United States from the cross-border crime and illegal immigration that threaten national security and public safety. To carry out that mission, ICE focuses on enforcing immigration laws, preventing terrorism, and combating transnational criminal threats. ICE consists of three core operational directorates: (1) ERO, which includes 25 field offices led by FODs; (2) Homeland Security Investigations (HSI), which includes 30 field offices led by Special Agents-in-Charge; and (3) the Office of the Principal Legal Advisor, which includes 24 field locations led by Chief Counsel.

4.       The statements contained in this declaration are based upon my personal knowledge or upon information provided to me in my official capacity.

2

5.    ICE ERO Los Angeles officers receive law enforcement training on the requirements of the Fourth Amendment of the U.S. Constitution, and the related statutory and regulatory provisions of the Immigration and Nationality Act (INA) as part of their basic Academy training at the Federal Law Enforcement Training Center. ICE ERO Los Angeles officers receive Ninth Circuit-specific immigration enforcement training on the requirements of the Fourth Amendment, the statutory and regulatory provisions of the INA, and caselaw at least twice per year. This training covers the requirements for warrantless arrests, the requirements of having and documenting reasonable suspicion and/or probable cause, and the requirements of consensual encounters.

6.    ICE ERO Los Angeles officers are trained that, under the Fourth Amendment, relevant statutes and regulations, and case law, brief detention for questioning requires an immigration officer to have reasonable suspicion, based on specific, articulable facts, that the person being questioned is an alien illegally present in the United States. ICE ERO Los Angeles personnel are trained that an arrest requires probable cause that the person being arrested is an alien illegally present in the United States.

7.    ICE ERO Los Angeles officers are trained to follow ICE procedures for apprehensions of illegal aliens in the United States by using targeted investigations, conducting operations, and making arrests. Individual targeting packages, consisting of the targeted alien's immigration history and/or status, criminal history, last known residence, and employment information are prepared during the targeted investigation, prior to contact with the targeted alien. Targeted investigations focus on aliens with final

3

removal orders and/or serious criminal history. When non-targeted individuals are encountered during the targeted operations, ICE ERO Los Angeles officers are trained to develop reasonable suspicion through consensual encounters. ICE ERO Los Angeles identify themselves to the arrestee at the time of arrest/encounter or as soon as practicable when safe to do so.

8.    I have been informed about the arrests alleged in the declarations filed in support of the Plaintiffs' Motion for a Preliminary Injunction regarding their Fourth Amendment claims and provide the following information in response.

**Declaration of G.V.C.**

9.    I can confirm that ICE ERO Los Angeles was involved in a targeted enforcement operation on or about July 21, 2025, to locate a target who was previously removed from the United States and subsequently re-entered illegally. Officers observed a male subject matching the photo and available biographical information exiting a residence and driving away in a white Dodge truck. Officers followed the truck to a "Miss Donuts" shop located at 658 West Holt Blvd., Apt. A, Ontario, California, 91762. An ERO officer engaged the target as he was leaving Miss Donuts. The target ran to his truck and opened the door but was blocked by the officer from entering the truck. The target then threw hot coffee at the officer's arm and face. The target managed to break away from the officer and fled on foot. The target ran into a nearby Stater Brothers' Market located at 646 West Holt Boulevard, Ontario, California, 91762. During the search for the target, an officer who was guarding the rear exit of the Stater Brothers Market in case the target attempted to flee

4

from that location, encountered an alien with the initials of G.V.C., who was walking around the rear of the Stater Brothers Market. While the officer may have initially thought G.V.C. was the target based on the similarity of G.V.C.'s clothing with the target's, I have been informed that the officer conducted a consensual field interview with G.V.C. I have been informed that G.V.C. admitted that he was born in Mexico, had entered the United States illegally, and had no documents allowing him to be in the United States. He did present an employment authorization card. I have been informed that G.V.C. was arrested without incident and transported to the San Bernardino ICE office without incident. He is currently detained at Adelanto ICE Processing Center.

**Declaration of E.C.P.**

10.    Based on the incomplete information provided by the declarant, I am unable to confirm if any ICE Los Angeles ERO or ICE Homeland Security Investigations (HSI) officers were involved in arrest of E.C.P.

**Declaration of F.H.S.**

11.    Plaintiffs withheld the full name of F.H.S., limiting our ability to investigate and respond to the allegations. Although we are not certain of the event to which this anonymous declarant refers, we believe it may be related to a June 11, 2025 encounter where ICE ERO Los Angeles conducted a targeted enforcement action in San Bernardino, California. Officers followed the target from their residence, who was the driver of a vehicle that an alien with the initials F.H.S. was the passenger in. Officers conducted a traffic stop and F.H.S. attempted to flee the vehicle and tripped and fell, injuring herself.

When an officer attempted to assist F.H.S. off the ground, she became combative and attempted to bite the assisting officer.

**Declaration of Javier Ramirez**

12.    I can confirm that ICE Los Angeles ERO officers were neither present nor did they conduct an arrest of Javier Ramirez on June 12, 2025, at Yank Towing in Montebello, California..

**Declaration of C.B.**

13.    I can confirm that ICE ERO Los Angeles officers were not present or involved in the alleged arrest of an alien with the initials E.D.P. on June 19, 2025, at a Home Depot in Hollywood, California. I am informed that this was a U.S. Border Patrol Operation that included HSI.

**Declarations of Aleca Le Blanc/Martha Vasquez**

14.    I can confirm that ICE ERO Los Angeles officers were not involved in the immigration enforcement action that took place on June 23, 2025, at the Marina del Rey Home Depot on Jefferson Blvd. I have been informed that this was a United States Border Patrol operation that was supported by HSI.

15.    Some of Plaintiffs' declarations claim that the officers involved in the enforcement actions were wearing plain clothes with no identifying agency markings. I can confirm that it is required in the Central District of California that all ICE ERO officers involved in enforcement actions are required to wear their ICE issued ballistic vests. The vests are clearly marked with the ICE badge and the word POLICE in capital letters. All ICE ERO

6

officers involved in enforcement actions are also required to verbally identify themselves as both "police" and "ICE."

16.    In the Los Angeles area, we have observed an increase in incidents of individuals resisting lawful arrests, failing to comply with lawful orders, and attacking and threatening ICE officers during immigration enforcement actions. ICE ERO Los Angeles officers' use of face coverings and masks is to protect the officers from being identified due to the significant increase in violence, doxing and harassment against ICE officers in the Los Angeles area. According to DHS, ICE officers and agents are facing 1000% increase in assaults against them. *See*, ICE Arrests More Pedophiles, Drug Traffickers, and Violent Criminals as Law Enforcement Face 1000% Increase in Assaults, www.dhs.gov/news/2025/08/07/ice-arrests-more-pedophiles-drug-traffickers-and-violent-criminal-lawenforcement (last visited 08/18/2025).

17.    For example, on August 13, 2025, ICE ERO Officers conducted surveillance in a targeted enforcement operation. Officers had an administrative warrant for the target's arrest. The target was subject to a final order of removal. Officers conducted a traffic stop on the target. The target refused to comply, actively resisting arrest, becoming verbally aggressive and physically assaulting one of the officers by repeatedly kicking him in the groin area.

18.    On August 9, 2025, ICE ERO Officers conducted a targeted enforcement operation involving a target with criminal and immigration history. The officers contacted the target while the target was inside his vehicle. The target immediately became noncompliant,

failing to follow verbal commands and actively resisting arrest, including pushing several officers.

19.    On July 27, 2025, ICE ERO Officers conducted surveillance in a targeted enforcement operation. Officers had an administrative warrant for the target's arrest. The target was subject to a final order of removal. Officers conducted a traffic stop on the target. The target refused to comply, actively resisting arrest, becoming verbally aggressive and physically assaulting one of the officers by pulling on the officer's vest. The target's spouse also interfered with the arrest by assaulting an officer by grabbing him.

20.    On July 19, 2025, ICE ERO officers conducted a targeted enforcement operation involving a target with a final order of removal and an arrest warrant under Title 8 U.S.C. § 1326. When ICE officers identified themselves, the target ran. When the officers apprehended the target, the target actively resisted arrest, including pushing the officers and refusing to follow verbal commands.

21.    On July 14, 2025, ICE ERO Officers and agents with the Federal Bureau of Investigation (FBI) engaged in a targeted enforcement operation involving a target with a final order of removal. Upon contact with the target, he became combative and resisted arrest. Due to the target's continued aggressive behavior and active threat, an ICE ERO officer deployed his department-issued oleoresin capsicum (OC) spray.[1] The target

---

[1] Oleoresin Capsicum (OC), commonly known as "pepper spray," is a highly inflammatory, oil-based extract from chili pepper plants in the genus Capsicum. Capsaicinoids—most notably capsaicin (pronounced cap-SAY-sin)—are the compounds that provide the pungency and "heat" of the pepper, and these are the basis of OC chemical irritants. See, www.asp-usa.com/blogs/trainer-talk/oleoresin-capsicum-the-science-behind-pepper-spray, last viewed 08/20/2025.

8

continued to be combative and assault both ICE ERO officers and FBI agents and the altercation ensued to the ground. While officers were trying to gain control of the target, the target bit both an ICE ERO officer as well as an FBI agent. Both the officer and agent had to seek medical treatment for their bites.

22.     ICE continues to receive reports of targeted actions toward ICE personnel, facilities, and operations, including doxing, photographing and even stalking of ICE personnel and operations. For example, on August 13, 2025, I received a report that a local Los Angeles entertainer/comedian was posting images of ICE agents on social media and encouraging others to re-post or print such images. On July 31, 2025, an ICE ERO officer in the Los Angeles area reported that two individuals in two separate vehicles followed him from the office on his commute home for approximately 39 miles and for 55 minutes. Staff have reportedly observed these two individuals surveilling the ICE office parking lot. When the ICE officer was driving at the speed of the flow of traffic or slower, the individuals followed him closely and attempted to engage and taunted him numerous times using a loudspeaker. I have been informed that an ICE ERO supervisor reached out to the local law enforcement, who stated they could not provide support. For ICE ERO officers in the Downtown Los Angeles Office, I have personally witnessed unknown individuals closely observing federal employees entering and exiting the building and photographing federal employees and their vehicles numerous times. Incidents like this have been a common occurrence for officers and staff and show an escalating pattern of harassment and potential targeting of our officers by unknown individuals and groups.

I declare under penalty of perjury that the foregoing is true and correct.

Executed this 28th day of August 2025, at Los Angeles, California.

_____
Andre Quinones
Deputy Field Office Director DHS ICE ERO
Los Angeles