# IN THE UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| PEDRO VASQUEZ PERDOMO, *et al.*,<br><br>Plaintiffs,<br><br>v.<br><br>KRISTI NOEM, *et al.*,<br><br>Defendants. | Case No.: 2:25-cv-05605<br><br>**ORDER GRANTING MOTION FOR LEAVE TO FILE BRIEF AMICUS CURIAE IN OPPOSITION TO PLAINTIFF'S MOTION FOR PRELIMINARY INJUNCTION [ECF NO. 174]**<br><br>Judge: Maame Ewusi-Mensah Frimpong |

## ORDER

On August 29, 2025, the Federation for American Immigration Reform filed a Motion for Leave to File Amicus Brief in Opposition of Stop/Arrest Plaintiffs' Motion for Preliminary Injunction (ECF No. 128).

The Court, having considered FAIR's Motion and the arguments therein and finding good cause therefor, hereby **GRANTS** the Motion for Leave and **ORDERS** that the brief submitted as Exhibit 1 to the Motion be filed.

**IT IS SO ORDERED**.

Dated: September 9, 2025

_____
Maame Ewusi-Mensah Frimpong
U.S. DISTRICT JUDGE

ORDER