MARK ROSENBAUM (SBN 59940)
*mrosenbaum@publiccounsel.org*
REBECCA BROWN (SBN 345805)
*rbrown@publiccounsel.org*
SOPHIA WRENCH (SBN 354416)
*swrench@publiccounsel.org*
RITU MAHAJAN (SBN 252970)
*rmahajan@publiccounsel.org*
GINA AMATO (SBN 215519)
*gamato@publiccounsel.org*
PUBLIC COUNSEL
610 South Ardmore Avenue
Los Angeles, CA 90005
Telephone: (213) 385-2977

*Counsel for All Plaintiffs*

MATTHEW J. CRAIG (SBN 350030)
*mcraig@heckerfink.com*
MACK E. JENKINS (SBN 242101)
*mjenkins@heckerfink.com*
HECKER FINK LLP
1150 South Olive Street, Suite 10-140
Los Angeles, CA 90015
Telephone: (212) 763-0883

*Counsel for Access/Detention Plaintiffs*

(*additional counsel information on cont. page*)

## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| Pedro VASQUEZ PERDOMO, *et al.*,<br><br>    Plaintiffs,<br><br>    v.<br><br>Kristi NOEM, in her official capacity as Secretary, Department of Homeland Security, *et al.*,<br><br>    Defendants. | Case No.: 2:25-cv-05605-MEMF-SP<br><br>**NOTICE OF ERRATA RE: PLAINTIFFS COALITION FOR HUMANE IMMIGRANT RIGHTS AND IMMIGRANT DEFENDERS LAW CENTER'S REPLY IN SUPPORT OF PLAINTIFFS' MOTION FOR A PRELIMINARY INJUNCTION AND MEMORANDUM OF POINTS AND AUTHORITIES IN SUPPORT**<br><br>Hon. Maame Ewusi-Mensah Frimpong |

HELIA BIDAD (SBN 348633)
*hbidad@heckerfink.com*
HECKER FINK LLP
1050 K Street, NW
Washington, DC 20001
Telephone: (212) 763-0883

*Counsel for Access/Detention Plaintiffs*

CARL BERGQUIST*
*cbergquist@chirla.org*
COALITION FOR HUMANE IMMIGRANT RIGHTS
2351 Hempstead Road
Ottawa Hills, OH 43606
Telephone: (310) 279-6025

*Counsel for Plaintiff Coalition for Humane Immigrant Rights*

ALVARO M. HUERTA (SBN 274787)
*ahuerta@immdef.org*
BRYNNA BOLT (SBN 339378)
*bbolt@immdef.org*
ALISON STEFFEL (SBN 346370)
*asteffel@immdef.org*
IMMIGRANT DEFENDERS LAW CENTER
634 S. Spring St., 10th Floor
Los Angeles, CA 90014
Telephone: (213) 634-0999

*Counsel for Plaintiff Immigrant Defenders Law Center*

* Admitted pro hac vice

PLEASE TAKE NOTICE that Plaintiffs Coalition for Humane Immigrant Rights ("CHIRLA") and Immigrant Defenders Law Center ("ImmDef") hereby submit this notice of errata in connection with CHIRLA and ImmDef's reply in support of their motion for a preliminary injunction, originally filed at ECF 185. Plaintiffs CHIRLA and ImmDef inadvertently filed the reply on behalf of all Plaintiffs in the above-captioned action, as reflected in the docket entry text. Further, Exhibit 1, Exhibit 2, and Exhibit 3 to the Craig Declaration, originally filed at ECF 185-2, ECF 185-3, and ECF 185-4, respectively, were inadvertently titled "Exhibit A," "Exhibit B," and "Exhibit C." Plaintiffs CHIRLA and ImmDef have filed a corrected version of the reply, *see* ECF 186, which is intended to supersede and replace the prior filing at ECF 185 in its entirety.

Dated: September 10, 2025                          Respectfully submitted,

                                                   Matthew J. Craig

1