UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| Pedro VASQUEZ PERDOMO *et al.*,<br><br>　　　　Plaintiffs,<br><br>　　　　v.<br><br>Kristi NOEM, in her official capacity as Secretary, Department of Homeland Security *et al.*,<br><br>　　　　Defendants. | No. 2:25-cv-05605-MEMF-SP<br>**CORRECTED**<br>**ORDER GRANTING EXTENSION OF TIME TO FILE STOP/ARREST PLAINTIFFS' REPLIES [DKT. NO. 182]**<br><br>Hon. Maame Ewusi-Mensah Frimpong<br>United States District Judge |

　　　The Court is in receipt of the Joint Stipulation for Extension of Time to File Stop/Arrest Plaintiffs' Replies. Dkt. No. 182. Having considered the Stipulation and finding good cause shown, the Court hereby orders:

　　　The Stop/Arrest Plaintiffs may have until Monday, September 15, 2025, to file any replies in support of their motion for preliminary injunction motion and supplement thereto.

Dated: September 10, 2025

　　　　　　　　　　　　　　　　　　　　＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿
　　　　　　　　　　　　　　　　　　　　MAAME EWUSI-MENSAH FRIMPONG
　　　　　　　　　　　　　　　　　　　　United States District Judge

ORDER EXTENDING TIME FOR STOP/ARREST PLAINTIFFS' REPLY