# EXHIBIT 3

STACY TOLCHIN (SBN 217431)
*stacy@tolchinimmigration.com*
LAW OFFICES OF STACY TOLCHIN
776 E. Green St., Suite 210
Pasadena, CA 91101
Tel: 213-622-7450; Fax: 213-622-7233

MOHAMMAD TAJSAR (SBN 280152)
*mtajsar@aclusocal.org*
MAYRA JOACHIN (SBN 306065)
*mjoachin@aclusocal.org*
EVA BITRAN (SBN 302081)
*ebitran@aclusocal.org*
DAE KEUN KWON (SBN 313155)
*akwon@aclusocal.org*
STEPHANIE PADILLA (SBN 321568)
*spadilla@aclusocal.org*
DIANA SANCHEZ (SBN 338871)
*dianasanchez@aclusocal.org*
ACLU FOUNDATION OF
SOUTHERN CALIFORNIA
1313 West Eighth Street
Los Angeles, CA 90017-4022
Tel: 213-977-5232; Fax: 213-201-7878

*Counsel for Stop/Arrest Plaintiffs*

(*Additional counsel listed on next page*)

MARK ROSENBAUM (SBN 59940)
*mrosenbaum@publiccounsel.org*
REBECCA BROWN (SBN 345805)
*rbrown@publiccounsel.org*
SOPHIA WRENCH (SBN 354416)
*swrench@publiccounsel.org*
RITU MAHAJAN (SBN 252970)
*rmahajan@publiccounsel.org*
GINA AMATO (SBN 215519)
*gamato@publiccounsel.org*
PUBLIC COUNSEL
610 South Ardmore Avenue
Los Angeles, CA 90005
Tel: 213-385-2977

*Counsel for All Plaintiffs*

ANNE LAI (SBN 295394)
*alai@law.uci.edu*
UC IRVINE SCHOOL OF LAW
IMMIGRANT AND RACIAL JUSTICE
SOLIDARITY CLINIC
P.O. Box 5479
Irvine, CA 92616-5479
Tel: 949-824-9894; Fax: 949-824-2747

*Counsel for Stop/Arrest Plaintiffs*

**UNITED STATES DISTRICT COURT**

**FOR THE CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| Pedro VASQUEZ PERDOMO; Carlos Alexander OSORTO; and Isaac VILLEGAS MOLINA; Jorge HERNANDEZ VIRAMONTES; Jason Brian GAVIDIA; LOS ANGELES WORKER CENTER NETWORK; UNITED FARM WORKERS; COALITION FOR HUMANE IMMIGRANT RIGHTS; IMMIGRANT DEFENDERS LAW CENTER,<br><br>        Plaintiffs,<br><br>    v.<br><br>Kristi NOEM, in her official capacity as Secretary, Department of Homeland | Case No.: 2:25-cv-05605-MEMF-SP<br><br>**SECOND DECLARATION OF F██████ H████████ S████████**<br><br>Hon. Maame Ewusi-Mensah Frimpong |

-1-

Security; Todd M. LYONS, in his official capacity as Acting Director, U.S. Immigration and Customs Enforcement; Rodney S. SCOTT, in his official capacity as Commissioner, U.S. Customs and Border Patrol; Michael W. BANKS, in his official capacity as Chief of U.S. Border Patrol; Kash PATEL, in his official capacity as Director, Federal Bureau of Investigation; Pam BONDI, in her official capacity as U.S. Attorney General; Ernesto SANTACRUZ JR., in his official capacity as Acting Field Office Director for Los Angeles, U.S. Immigration and Customs Enforcement; Eddy WANG, Special Agent in Charge for Los Angeles, Homeland Security Investigations, U.S. Immigration and Customs Enforcement; Gregory K. BOVINO, in his official capacity as Chief Patrol Agent for El Centro Sector of the U.S. Border Patrol; Jeffrey D. STALNAKER, in his official capacity as Acting Chief Patrol Agent, San Diego Sector of the U.S. Border Patrol; Akil DAVIS, in his official capacity as Assistant Director in Charge, Los Angeles Office, Federal Bureau of Investigation; Bilal A. ESSAYLI, in his official capacity as U.S. Attorney for the Central District of California,

     Defendants.

JACOB S. KREILKAMP (SBN 248210)
jacob.kreilkamp@mto.com
JAMIE LUMA (SBN 331610)
jamie.luma@mto.com
SARA H. WORTH (SBN 341088)
sara.worth@mto.com
HENRY D. SHREFFLER (SBN 343388)
henry.shreffler@mto.com
MAGGIE BUSHELL (SBN 354048)
maggie.bushell@mto.com
KYLE A. GROVES (SBN 358085)
kyle.groves@mto.com
MUNGER, TOLLES & OLSON LLP
350 S. Grand Ave., 50th Floor
Los Angeles, CA 90071
Tel: 213-683-9100; Fax: 213-683-9100

*Counsel for Stop/Arrest Plaintiffs*

JESSICA K. BANSAL (SBN 277347)
jessica@ndlon.org
LAUREN MICHEL WILFONG*
lwilfong@ndlon.org
NATIONAL DAY LABORER
ORGANIZING NETWORK
1030 S. Arroyo Parkway, Suite 106
Pasadena, CA 91105
Tel: 626-214-5689

*Counsel for Stop/Arrest Plaintiffs*

BREE BERNWANGER (SBN 331731)
bbernwanger@aclunc.org
AMERICAN CIVIL LIBERTIES
UNION FOUNDATION OF
NORTHERN CALIFORNIA
39 Drumm Street
San Francisco, CA 94111
Tel: 415-621-2493

*Counsel for Stop/Arrest Plaintiffs*

BRISA VELAZQUEZ OATIS
(SBN 339132)
bvoatis@aclu-sdic.org
ACLU FOUNDATION OF
SAN DIEGO & IMPERIAL
COUNTIES
P.O. Box 87131
San Diego, CA 92138-7131
Tel: 619-398-4199

*Counsel for Stop/Arrest Plaintiffs*

MATTHEW J. CRAIG (SBN 350030)
mcraig@heckerfink.com
MACK E. JENKINS (SBN 242101)
mjenkins@heckerfink.com
HECKER FINK LLP
1150 South Olive Street, Suite 10-140
Los Angeles, CA 90015
Tel: 212-763-0883; Fax: 212-564-0883

*Counsel for Access/Conditions Plaintiffs*

EDGAR AGUILASOCHO
(SBN 285567)
eaguilasocho@farmworkerlaw.com
MARTINEZ AGUILASOCHO LAW, INC.
900 Truxtun Ave, Suite 300
Bakersfield, CA 93301
Tel: 661-859-1174

*Counsel for Plaintiff United Farm Workers*

CARL BERGQUIST*
cbergquist@chirla.org
COALITION FOR HUMANE
IMMIGRANT RIGHTS
2351 Hempstead Road
Ottawa Hills, OH 43606
Tel: 310-279-6025

*Counsel for Plaintiff Coalition for Humane Immigrant Rights*

ALVARO M. HUERTA (SBN 274787)
ahuerta@immdef.org
BRYNNA BOLT (SBN 339378)
bbolt@immdef.org
ALISON STEFFEL (SBN 346370)
asteffel@immdef.org
IMMIGRANT DEFENDERS LAW
CENTER
634 S. Spring St., 10th Floor
Los Angeles, CA 90014
Tel: 213-634-0999

*Counsel for Plaintiff Immigrant Defenders Law Center*

* Admitted pro hac vice

-3-

**SECOND DECLARATION OF F████████ H████████ S██**
████████

I, F████ H████ S████████, hereby declare:

1. I make this declaration based on my own personal knowledge. If called to testify, I could and would testify competently hereto:

2. I submitted a declaration in this case before. I am aware that the federal government has now provided their description of what happened during my stop and arrest.

3. What the government says about the stop doesn't make sense. The vehicle we were in was a large pickup truck used to transport oranges, watermelons, and other fruits. The other people with whom I was working had been there at the parking lot of a Cardenas grocery store in San Bernardino all day, from about 10 A.M. until almost 4:00 P.M. The truck was parked next to where we were that whole time. It was only as we were leaving that we saw a black unmarked vehicle pull up. After we left the parking lot, once we were on the road, the black vehicle pulled up quickly to the left of our pickup truck. Through what seemed to be a speaker, the driver of the black vehicle ordered us to pull over. Four of us were in the pickup truck, and I was in the front passenger seat.

4. As we stopped, with the sidewalk curb to the right of the pickup truck, the black vehicle immediately stopped in front of us. Our pickup truck windows were down. The driver of the black vehicle got out of the car and ordered us in Spanish, "Bájense!" (meaning "Get out!" in English). I did not know why we were being stopped. We had not done anything while driving to be pulled over. The car was driving regularly at a normal speed. The masked individual who ordered us to get out of the car was dressed in black with a military green vest, green pants, and a black mask. He did not tell us why we were being stopped.

5. Another black unmarked vehicle pulled up behind us. An individual came out of this other vehicle. He was dressed in a green uniform; he wasn't masked and

looked white. I did not see if he had any markers identifying a federal agency, but given his attire, he appeared to be an agent.

6. I would never do what the government has claimed I did next. Never did I try to run. I am 54 years old and would not run from a male agent, especially when I was scared.

7. As the pickup truck is large and tall, one has to step up to get on the truck and step down to get out. When I got out of the pickup truck, I had to jump down, because the truck is tall and I am short. As soon as I stepped off, the first agent in the black mask placed his leg in front of me and tripped me, and I fell to the ground. I did not fall on my own and was certainly not provided any help or assistance after I was tripped.

8. I also did not try to hurt or bite any agent. As I was on the ground being brutalized by agents, I was just trying desperately to breathe. I was not in a position where I could hurt any agent, and I would not have done that.

9. After the encounter, my lips were busted and bloody. My right eye was red and swollen. My right cheek and nose were cut and continued to bleed for many days. My whole face was swollen also for days. As of today, I still have a scar on my right cheek and my nose from how the agents mistreated me.

I declare under penalty of perjury under the laws of the United States and the State of California that the foregoing is true and correct.

Executed at Adelanto, California on 9 | 3 | 25.

s/ ▉▉▉▉▉▉▉▉

F▉▉▉▉ H▉▉▉▉▉▉

S▉▉▉▉▉▉

## CERTIFICATE OF INTERPRETATION AND AFFIRMATION

I, Dae Keun Kwon, certify that I am fluent in Spanish and English and that I am competent to interpret between these languages. I further certify that I have read the foregoing to F███████ H███████ S███████ in Spanish. I further declare that I am competent to render this interpretation and that I would testify to the same under the penalty of perjury if I were called upon to do so.

Date: September 3, 2025

_/s/ Dae Keun Kwon_

Dae Keun Kwon