# EXHIBIT 3

STACY TOLCHIN (SBN 217431)
*stacy@tolchinimmigration.com*
LAW OFFICES OF STACY TOLCHIN
776 E. Green St., Suite 210
Pasadena, CA 91101
Tel: 213-622-7450; Fax: 213-622-7233

MOHAMMAD TAJSAR (SBN 280152)
*mtajsar@aclusocal.org*
MAYRA JOACHIN (SBN 306065)
*mjoachin@aclusocal.org*
EVA BITRAN (SBN 302081)
*ebitran@aclusocal.org*
DAE KEUN KWON (SBN 313155)
*akwon@aclusocal.org*
STEPHANIE PADILLA (SBN 321568)
*spadilla@aclusocal.org*
DIANA SANCHEZ (SBN 338871)
*dianasanchez@aclusocal.org*
ACLU FOUNDATION OF
SOUTHERN CALIFORNIA
1313 West Eighth Street
Los Angeles, CA 90017-4022
Tel: 213-977-5232; Fax: 213-201-7878

*Counsel for Stop/Arrest Plaintiffs*

(*Additional counsel listed on next page*)

MARK ROSENBAUM (SBN 59940)
*mrosenbaum@publiccounsel.org*
REBECCA BROWN (SBN 345805)
*rbrown@publiccounsel.org*
SOPHIA WRENCH (SBN 354416)
*swrench@publiccounsel.org*
RITU MAHAJAN (SBN 252970)
*rmahajan@publiccounsel.org*
GINA AMATO (SBN 215519)
*gamato@publiccounsel.org*
PUBLIC COUNSEL
610 South Ardmore Avenue
Los Angeles, CA 90005
Tel: 213-385-2977

*Counsel for All Plaintiffs*

ANNE LAI (SBN 295394)
*alai@law.uci.edu*
UC IRVINE SCHOOL OF LAW
IMMIGRANT AND RACIAL JUSTICE
SOLIDARITY CLINIC
P.O. Box 5479
Irvine, CA 92616-5479
Tel: 949-824-9894; Fax: 949-824-2747

*Counsel for Stop/Arrest Plaintiffs*

## UNITED STATES DISTRICT COURT

## FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| Pedro VASQUEZ PERDOMO; Carlos Alexander OSORTO; and Isaac VILLEGAS MOLINA; Jorge HERNANDEZ VIRAMONTES; Jason Brian GAVIDIA; LOS ANGELES WORKER CENTER NETWORK; UNITED FARM WORKERS; COALITION FOR HUMANE IMMIGRANT RIGHTS; IMMIGRANT DEFENDERS LAW CENTER, | Case No.: 2:25-cv-05605-MEMF-SP **FOURTH DECLARATION OF FLOR MELENDREZ** Hon. Maame Ewusi-Mensah Frimpong |
| Plaintiffs, | |
| v. | |
| Kristi NOEM, in her official capacity as Secretary, Department of Homeland | |

-1-

Security; Todd M. LYONS, in his official capacity as Acting Director, U.S. Immigration and Customs Enforcement; Rodney S. SCOTT, in his official capacity as Commissioner, U.S. Customs and Border Patrol; Michael W. BANKS, in his official capacity as Chief of U.S. Border Patrol; Kash PATEL, in his official capacity as Director, Federal Bureau of Investigation; Pam BONDI, in her official capacity as U.S. Attorney General; Ernesto SANTACRUZ JR., in his official capacity as Acting Field Office Director for Los Angeles, U.S. Immigration and Customs Enforcement; Eddy WANG, Special Agent in Charge for Los Angeles, Homeland Security Investigations, U.S. Immigration and Customs Enforcement; Gregory K. BOVINO, in his official capacity as Chief Patrol Agent for El Centro Sector of the U.S. Border Patrol; Jeffrey D. STALNAKER, in his official capacity as Acting Chief Patrol Agent, San Diego Sector of the U.S. Border Patrol; Akil DAVIS, in his official capacity as Assistant Director in Charge, Los Angeles Office, Federal Bureau of Investigation; Bilal A. ESSAYLI, in his official capacity as U.S. Attorney for the Central District of California,

     Defendants.

-2-

JACOB S. KREILKAMP (SBN 248210)
jacob.kreilkamp@mto.com
JAMIE LUMA (SBN 331610)
jamie.luma@mto.com
SARA H. WORTH (SBN 341088)
sara.worth@mto.com
HENRY D. SHREFFLER (SBN 343388)
henry.shreffler@mto.com
MAGGIE BUSHELL (SBN 354048)
maggie.bushell@mto.com
KYLE A. GROVES (SBN 358085)
kyle.groves@mto.com
MUNGER, TOLLES & OLSON LLP
350 S. Grand Ave., 50th Floor
Los Angeles, CA 90071
Tel: 213-683-9100; Fax: 213-683-9100

*Counsel for Stop/Arrest Plaintiffs*

JESSICA K. BANSAL (SBN 277347)
jessica@ndlon.org
LAUREN MICHEL WILFONG*
lwilfong@ndlon.org
NATIONAL DAY LABORER
ORGANIZING NETWORK
1030 S. Arroyo Parkway, Suite 106
Pasadena, CA 91105
Tel: 626-214-5689

*Counsel for Stop/Arrest Plaintiffs*

BREE BERNWANGER (SBN 331731)
bbernwanger@aclunc.org
AMERICAN CIVIL LIBERTIES
UNION FOUNDATION OF
NORTHERN CALIFORNIA
39 Drumm Street
San Francisco, CA 94111
Tel: 415-621-2493

*Counsel for Stop/Arrest Plaintiffs*

BRISA VELAZQUEZ OATIS
(SBN 339132)
bvoatis@aclu-sdic.org
ACLU FOUNDATION OF
SAN DIEGO & IMPERIAL
COUNTIES
P.O. Box 87131
San Diego, CA 92138-7131
Tel: 619-398-4199

*Counsel for Stop/Arrest Plaintiffs*

MATTHEW J. CRAIG (SBN 350030)
mcraig@heckerfink.com
MACK E. JENKINS (SBN 242101)
mjenkins@heckerfink.com
HECKER FINK LLP
1150 South Olive Street, Suite 10-140
Los Angeles, CA 90015
Tel: 212-763-0883; Fax: 212-564-0883

*Counsel for Access/Conditions Plaintiffs*

EDGAR AGUILASOCHO
(SBN 285567)
eaguilasocho@farmworkerlaw.com
MARTINEZ AGUILASOCHO LAW, INC.
900 Truxtun Ave, Suite 300
Bakersfield, CA 93301
Tel: 661-859-1174

*Counsel for Plaintiff United Farm Workers*

CARL BERGQUIST*
cbergquist@chirla.org
COALITION FOR HUMANE
IMMIGRANT RIGHTS
2351 Hempstead Road
Ottawa Hills, OH 43606
Tel: 310-279-6025

*Counsel for Plaintiff Coalition for Humane Immigrant Rights*

ALVARO M. HUERTA (SBN 274787)
ahuerta@immdef.org
BRYNNA BOLT (SBN 339378)
bbolt@immdef.org
ALISON STEFFEL (SBN 346370)
asteffel@immdef.org
IMMIGRANT DEFENDERS LAW
CENTER
634 S. Spring St., 10th Floor
Los Angeles, CA 90014
Tel: 213-634-0999

*Counsel for Plaintiff Immigrant Defenders Law Center*

* Admitted pro hac vice

-3-

## FOURTH DECLARATION OF FLOR MELENDREZ

I, Flor Melendrez declare as follows:

1. My name is Flor Melendrez, and I am the Executive Director of the CLEAN Carwash Worker Center, or CLEAN for short. I make this declaration from my personal knowledge and based on conversations with my members. If called to testify to these facts, could and would do so competently.

2. I incorporate by reference my previous declarations submitted to this Court on July 3 at ECF 45-13, July 28 at ECF 128-10, and August 25 at ECF 163-2.

3. As previously indicated, beginning August 2, federal agents began raiding car washes again. I am submitting this declaration to provide additional information about our members who have been impacted.

### Rodrigo[1]

CLEAN Member "Rodrigo" identifies as Latino, and is a Spanish speaker. I previously discussed how Rodrigo had been stopped twice at the car wash where he works.

### a. *June 9, 2025*

4. On June 9, 2025, at about 9:45 a.m., Rodrigo was working at Magnolia Car Wash when he observed a construction truck enter the premises. Two unmasked men exited the truck wearing bulletproof vests labeled "POLICE," holding up badges in their hand and shouting, "federal agents, don't move!" At the same time, additional unmarked vehicles suddenly arrived and blocked the entrances and exits to the car wash. Armed, masked men wearing bulletproof vests labeled "POLICE" exited those vehicles.

5. Rodrigo recalls that everything happened very quickly, and the agents rapidly surrounded him and his coworkers with nowhere to go. Rodrigo states that he did not run—he couldn't. There was no point; they were cornered. The agents were less than a meter away from him and his coworkers. They ordered them to sit down, and Rodrigo complied, sitting on the floor.

6. Two agents approached Rodrigo and spoke to him in Spanish. One asked, in Spanish, "do you have papers?" Rodrigo responded that he reserved the right not to answer. The agent repeated the

[1] To protect the privacy and security of our members, I am using fictitious names to identify them.

-1-

question. Rodrigo recalls slowly standing up and taking a few steps while asking, "am I being detained or am I free to leave?" The agent responded that he was detained. The agents took him, handcuffed him, and took him away in an unmarked vehicle.

7. Rodrigo believes that he was stopped and detained because he appears Latino, speaks Spanish, and because of type of work he does. He observed light-skinned individuals walking by on the sidewalk during the incident, none of whom were stopped or questioned by the agents. Additionally, one of his coworkers—who is light-skinned—was not stopped or questioned. Rodrigo states that he and his brown-skinned coworkers were detained.

**b. *August 4, 2025***

8. Rodrigo was released from immigration detention on bond. On August 4, 2025, Rodrigo was working at Magnolia Car Wash again when another immigration raid occurred. He recalls that everything happened quickly—approximately eight unmarked vehicles entered the car wash premises rapidly. Even before the vehicles came to a complete stop, their doors were already swinging open. Rodrigo could see masked men were inside, and they began exiting the vehicles.

9. Rodrigo estimates that there were about 20 agents, most of them masked and wearing bulletproof vests indicating they were with U.S. Customs and Border Patrol.

10. Rodrigo recalls that he did not run. He was standing near a co-worker when several agents approached. They asked about someone who Rodrigo and his co-worker did not know. The agents then started investigating Rodrigo and his co-worker. Rodrigo recalls the co-worker asking the agents to identify themselves. The agents did not do so and instead insisted that the coworker provide identification or he would be detained. His coworker pulled out and showed them his documents.

11. The agents then turned to Rodrigo. He recalls that about five agents were involved—three surrounded him directly. One of the agents asked Rodrigo for his documents. Rodrigo provided a copy of his bond release. After reviewing it, the agent returned the document and let him go.

Rodrigo has now been stopped by immigration agents twice while at work. He believes this is because of his Latino appearance, is a Spanish speaker, and he works at a car wash. He fears that agents will raid Magnolia Car Wash again and that he will be stopped or detained again.

**Santiago**

12. CLEAN Member "Santiago" has a work permit. He identifies as Latino, is a Spanish speaker, and resides in Los Angeles County.

13. On Wednesday, August 27, 2025, he was working at the Carson Car Wash, waiting inside the tunnel for the next vehicle. He and his co-workers were all wearing their work uniform. Santiago recalls that approximately six to eight vehicles suddenly arrived and blocked the entrance and exit of the car wash. The vehicle doors swung open, and about a dozen masked men exited, quickly fanning out and approaching workers, all of whom were Latino.

14. Santiago witnessed agents stop and detain three of his coworkers, who had been cleaning cars when approached and who did not run. In each instance, two agents approached a coworker and stood on either side, surrounding them. One agent would place a hand on the worker's shoulder and keep it there. While Santiago was unable to tell what was said, he observed the swiftness with which agents handcuffed his coworkers and took them away. Santiago did not see agents show the workers any documents.

15. Santiago describes two agents approaching him while he stood inside the tunnel. He stood still as they neared him. One agent aggressively demanded in English "what country are you from?" Santiago responded in Spanish, "I'm not going to answer that." The agent became visibly angry and repeated the question: "what country are you from?!" Santiago again responded he would not answer that question. The agent stepped closer, about a foot or so away, and commanded Santiago to "show me your ID!" Santiago saw a second agent nearby, and several more behind him surrounding the car wash. He did not feel free to leave. Feeling he had no other choice, Santiago pulled out his REAL ID and his work permit.

16. Santiago describes that the agent took his documents and then appeared to check something on his phone. Santiago's manager, approached and informed the agents that Santiago had a work permit and could not be taken away. The agent then returned Santiago's documents and walked away.

-3-

17. Santiago observed that his coworker, who had been in the tunnel with him, was also stopped by the second agent and ultimately detained. Santiago heard the coworker ask for his medicine as he was being taken away and heard the agent refuse.

18. The immigration stop deeply shook Santiago. That night, he could not sleep. He described the agents as not looking for anyone in particular, and instead stopping everyone who is Latino appearing. Santiago states that this time he was lucky, but perhaps next time he won't be. He remains afraid of being stopped again because he is Latino, speaks Spanish, and works at a car wash.

I declare under penalty of perjury under the laws of the United States of America and the State of California that the foregoing is true and correct. Executed this 10th of September 2025.

/s/ _____
Flor Melendrez___

-4-