UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| Pedro Vasquez Perdomo, *et al.*,<br><br>Plaintiffs,<br><br>v.<br><br>Kristi Noem, in her official capacity as Secretary of Homeland Security, *et al.*,<br><br>Defendants. | Case No.: 2:25-cv-05605-MEMF-SP<br><br>**ORDER GRANTING DEFENDANTS' MOTION TO EXTEND THE DEADLINE TO RESPOND TO PLAINTIFFS' AND INTERVENORS' COMPLAINTS [DKT. NO. 201]** |

On September 19, 2025, Defendants filed a Motion to Extend the Deadline to Respond to Plaintiffs' and Intervenors' Complaints by 30 days, to October 29, 2025. Plaintiffs and Intervenors have advised this Court that they do not oppose the request. Dkt. No. 204 at 6, 7.

The Court, having considered Defendants' Motion and finding good cause therefor, hereby GRANTS the Motion and ORDERS as follows:

1. The deadline for Defendants to answer, respond to, or otherwise move against Plaintiffs' operative complaint is extended to October 29, 2025;

2. The deadline for Defendants to answer, respond to, or otherwise move against Intervenors' operative complaint is extended to October 29, 2025; and

3. All other deadlines shall remain in effect unless otherwise ordered by the Court.

IT IS SO ORDERED.

Dated: September 22, 2025

MAAME EWUSI-MENSAH FRIMPONG

United States District Judge