UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

## CIVIL MINUTES – GENERAL

Case No.   2:25-cv-05605-MEMF-SP                                        Date: September 22, 2025

Title   <u>Pedro Vasquez Perdomo et al v. Kristi Noem et al</u>

---

Present: The Honorable:   Maame Ewusi-Mensah Frimpong

|  Damon Berry  |  N/A  |
|---|---|
| Deputy Clerk | Court Reporter / Recorder |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
|---|---|
| N/A | N/A |

**Proceedings:  Order Vacating Hearing Scheduled for September 24, 2025 [Dkt. No. 204]**

**Summary of this Order**

There currently appears no reason to proceed with the hearing currently scheduled for September 24, 2025. Therefore, the Court WILL NOT hold a hearing that day. The Court will issue further orders regarding what matters will have a hearing and when.

**Procedural History**

On September 17, 2025, in light of the various pending motions, the Court ordered the parties to meet and confer and file a joint status report regarding their respective positions on whether the September 24, 2025, hearing should go forward, and if so, in what form. Dkt. No. 199 ("Scheduling Order"). The parties filed their joint status report September 19, 2025. Dkt. No. 204 ("Status Report").

**Discussion**

Having considered the parties' positions in the Status Report, the Court finds that it would not be an efficient use of judicial resources to proceed with the hearing or a status conference on September 24, 2025.  Therefore, the September 24, 2025, hearing is VACATED, and no appearances are required that day.

---

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

### CIVIL MINUTES – GENERAL

Case No.   2:25-cv-05605-MEMF-SP                                            Date: September 22, 2025

Title   *Pedro Vasquez Perdomo et al v. Kristi Noem et al*

*Motion for Preliminary Injunction on Fourth Amendment Issues and Motion for Class Certification*

In the Status Report, the parties have confirmed that no party wishes to proceed with a hearing on September 24, 2025, regarding the Motion for Preliminary Injunction on the Fourth Amendment Issues, Dkt. Nos. 128, 147, 163, or the Motion for Class Certification, Dkt. No. 140. Therefore, the hearings on those two motions are hereby vacated.  Whether and when the hearings will go forward depends in large part on the Court's ruling on the Defendants' Motion to Vacate Fourth Amendment Motions Hearing Set for September 24, 2025, and Stay Fourth Amendment Proceedings Pending Disposition of the Appeal. Dkt. No. 196 ("Motion to Stay Fourth Amendment Proceedings"). The Court finds that Motion appropriate for resolution without oral argument. Fed. R. Civ. P. 78(b); C.D. Cal. L.R. 7-15.

*Motion for Preliminary Injunction on Fifth Amendment Issues*

This leaves the matter of the Motion for Preliminary Injunction on the Fifth Amendment Issues. Dkt. No. 127. The Plaintiffs indicate that the Motion should go forward on September 24, 2025; the Intervenors do not specifically address the issue; and the Defendants argue that it should not go forward because "[p]roceeding with the Fifth Amendment motion *while its mirror-image appeal is pending* would be duplicative, inefficient, and contrary to these jurisdictional limits." Status Report at 8 (emphasis added).

In the meanwhile, the Plaintiffs moved to have the Defendants' Appeal of this Court's July 11, 2025, Order held in abeyance in part based on their contention that they would be seeking to have this Court dissolve "the Fourth Amendment TRO." Brief of Petitioner at 2, *Vasquez Perdomo v. Noem*, No. 25-4312 (9th Cir. Sep. 15, 2025), Dkt. No. 72.1. The Defendants opposed the motion. Defendants-Appellants' Opposition, *Vasquez Perdomo v. Noem*, No. 25-4312 (9th Cir. Sep. 17, 2025), Dkt. No. 73.1. The Ninth Circuit granted the motion on September 19, 2025, ordering the Plaintiffs to "file a status report with this Court either within seven days of a ruling by the district court on any request of a party to dissolve the TRO or thirty days after this order is filed, whichever comes first." *Vasquez Perdomo v. Noem*, No. 25-4312 (9th Cir. Sep. 19, 2025), Dkt. No. 74. In accordance with their Motion to Hold in Abeyance, the Plaintiffs and Intervenors—in their Opposition to the Motion to Vacate Fourth Amendment Proceedings, Dkt. 203—have now requested that the Court dissolve the July 11, 2025, TRO. Dkt. No. 203 at 7-8.

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES – GENERAL**

Case No.   2:25-cv-05605-MEMF-SP                                         Date: September 22, 2025

Title    <u>*Pedro Vasquez Perdomo et al v. Kristi Noem et al*</u>

Accordingly, out of an abundance of caution, the hearing on the Motion for Preliminary Injunction on the Fifth Amendment Issues will also be vacated at this time. The Court will address whether and when that hearing will go forward in its order on the Defendants' Motion to Vacate the Fourth Amendment Proceedings.

*Status Conference*

Given the unsettled nature of the proceedings, the Court does not find that it would be an efficient use of judicial resources to have a status conference as requested. The Court will rule on the Defendants' Motion to Vacate the Fourth Amendment Proceedings and, to the extent that it appears a status conference is needed to discuss any further proceedings, the Court will schedule one.

**Conclusion**

For the foregoing reasons, the Court ORDERS as follows:

1. The September 24, 2025, hearings on the Motions for Preliminary Injunction and the Motion for Class Certification, Dkt. Nos. 127, 128, 140, 147, and 163 are VACATED, and no appearances are required that day;
2. The Motion to Vacate Fourth Amendment Motions Hearing Set for September 24, 2025, And Stay Fourth Amendment Proceedings Pending Disposition of the Appeal, Dkt. No. 196, shall be decided without oral argument; and
3. The parties' request to hold a status conference on September 24, 2025, Dkt. No. 204, is DENIED.

**IT IS SO ORDERED.**

|  | : |
|---|---|
| **Initials of Preparer** | DBE |