UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| Pedro VASQUEZ PERDOMO *et al.*, <br><br> Plaintiffs, <br><br> v. <br><br> Kristi NOEM, in her official capacity as Secretary, Department of Homeland Security *et al.*, <br><br> Defendants. | No. 2:25-cv-05605-MEMF-SP <br><br> **ORDER SETTING BRIEFING AND HEARING SCHEDULE FOR PLAINTIFFS' AND INTERVENORS' JOINT MOTION FOR EXPEDITED DISCOVERY** <br><br> Hon. Maame Ewusi-Mensah Frimpong <br> United States District Judge |

Having considered the parties' Joint Stipulation Re: Briefing and Hearing Schedule for Plaintiffs' and Intervenors' Joint Motion for Expedited Discovery in connection with their motion for preliminary injunction on their Fourth Amendment claim, and good cause appearing,

IT IS HEREBY ORDERED THAT:

1. Stop/Arrest Plaintiffs and Intervenors will file their anticipated joint motion for expedited discovery by Monday, September 22, 2025;
2. Defendants will file their response to Plaintiffs' motion for expedited discovery by Monday, September 29, 2025;
3. Plaintiffs and Intervenors will file any joint reply in support of their motion for expedited discovery by Thursday, October 2, 2025;
4. Once briefing is complete, the Court will determine whether this matter is appropriate for resolution without oral argument.

Dated: September 23, 2025

_____
MAAME EWUSI-MENSAH FRIMPONG
United States District Judge