STACY TOLCHIN (SBN 217431)
*stacy@tolchinimmigration.com*
LAW OFFICES OF STACY TOLCHIN
776 E. Green St., Suite 210
Pasadena, CA 91101
Tel: 213-622-7450; Fax: 213-622-7233

MOHAMMAD TAJSAR (SBN 280152)
*mtajsar@aclusocal.org*
MAYRA JOACHIN (SBN 306065)
mjoachin@aclusocal.org
EVA BITRÁN (SBN 302081)
*ebitran@aclusocal.org*
DAE KEUN KWON (SBN 313155)
*akwon@aclusocal.org*
STEPHANIE PADILLA (SBN 321568)
*spadilla@aclusocal.org*
DIANA SÁNCHEZ (SBN 338871)
*dianasanchez@aclusocal.org*
ACLU FOUNDATION OF
SOUTHERN CALIFORNIA
1313 West Eighth Street
Los Angeles, CA 90017-4022
Tel: 213-977-5232; Fax: 213-201-7878

*Counsel for Stop/Arrest Plaintiffs*

*(Additional counsel listed on next page)*

MARK ROSENBAUM (SBN 59940)
*mrosenbaum@publiccounsel.org*
REBECCA BROWN (SBN 345805)
*rbrown@publiccounsel.org*
SOPHIA WRENCH (SBN 354416)
*swrench@publiccounsel.org*
RITU MAHAJAN (SBN 252970)
*rmahajan@publiccounsel.org*
GINA AMATO (SBN 215519)
*gamato@publiccounsel.org*
PUBLIC COUNSEL
610 South Ardmore Avenue
Los Angeles, CA 90005
Tel: 213-385-2977

*Counsel for All Plaintiffs*

ANNE LAI (SBN 295394)
*alai@law.uci.edu*
UC IRVINE SCHOOL OF LAW IMMIGRANT
AND RACIAL JUSTICE SOLIDARITY
CLINIC
P.O. Box 5479
Irvine, CA 92616-5479
Tel: 949-824-9894; Fax: 949-824-2747

*Counsel for Stop/Arrest Plaintiffs*

## UNITED STATES DISTRICT COURT

## FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| Pedro VASQUEZ PERDOMO; Carlos Alexander OSORTO; and Isaac VILLEGAS MOLINA; Jorge HERNANDEZ VIRAMONTES; Jason Brian GAVIDIA; LOS ANGELES WORKER CENTER NETWORK; UNITED FARM WORKERS; COALITION FOR HUMANE IMMIGRANT RIGHTS; IMMIGRANT DEFENDERS LAW CENTER,<br><br>        Plaintiffs,<br><br>    v.<br><br>Kristi NOEM, in her official capacity as Secretary, Department of Homeland Security; Todd M. LYONS, in his official capacity as Acting Director, U.S. Immigration and Customs Enforcement; Rodney S. SCOTT, in | Case No.: 2:25-cv-05605-MEMF-SP<br><br>**DECLARATION OF MOHAMMAD TAJSAR IN SUPPORT OF PLAINTIFFS' AND INTERVENORS' OPPOSITION TO EX PARTE APPLICATION**<br><br>*[Filed concurrently with Opposition to Ex Parte Application]*<br><br>Hon. Maame Ewusi-Mensah Frimpong |

his official capacity as Commissioner, U.S. Customs and Border Patrol; Michael W. BANKS, in his official capacity as Chief of U.S. Border Patrol; Kash PATEL, in his official capacity as Director, Federal Bureau of Investigation; Pam BONDI, in her official capacity as U.S. Attorney General; Ernesto SANTACRUZ JR., in his official capacity as Acting Field Office Director for Los Angeles, U.S. Immigration and Customs Enforcement; Eddy WANG, Special Agent in Charge for Los Angeles, Homeland Security Investigations, U.S. Immigration and Customs Enforcement; Gregory K. BOVINO, in his official capacity as Chief Patrol Agent for El Centro Sector of the U.S. Border Patrol; Jeffrey D. STALNAKER, in his official capacity as Acting Chief Patrol Agent, San Diego Sector of the U.S. Border Patrol; Akil DAVIS, in his official capacity as Assistant Director in Charge, Los Angeles Office, Federal Bureau of Investigation; Bilal A. ESSAYLI, in his official capacity as U.S. Attorney for the Central District of California,

     Defendants.

---

DECLARATION OF MOHAMMAD TAJSAR

JACOB S. KREILKAMP (SBN 248210)
jacob.kreilkamp@mto.com
JAMIE LUMA (SBN 331610)
jamie.luma@mto.com
SARA H. WORTH (SBN 341088)
sara.worth@mto.com
HENRY D. SHREFFLER (SBN 343388)
henry.shreffler@mto.com
MAGGIE BUSHELL (SBN 354048)
maggie.bushell@mto.com
KYLE A. GROVES (SBN 358085)
kyle.groves@mto.com
MUNGER, TOLLES & OLSON LLP
350 S. Grand Ave., 50th Floor
Los Angeles, CA 90071
Tel: 213-683-9100; Fax: 213-683-9100

*Counsel for Stop/Arrest Plaintiffs*


LAUREN MICHEL WILFONG*
lwilfong@ndlon.org
NATIONAL DAY LABORER
ORGANIZING NETWORK
1030 S. Arroyo Parkway, Suite 106
Pasadena, CA 91105
Tel: 626-214-5689

*Counsel for Stop/Arrest Plaintiffs*

BREE BERNWANGER (SBN 331731)
bbernwanger@aclunc.org
AMERICAN CIVIL LIBERTIES UNION
FOUNDATION OF NORTHERN
CALIFORNIA
39 Drumm Street
San Francisco, CA 94111
Tel: 415-621-2493

*Counsel for Stop/Arrest Plaintiffs*

BRISA VELAZQUEZ OATIS
(SBN 339132)
bvoatis@aclu-sdic.org
ACLU FOUNDATION OF
SAN DIEGO & IMPERIAL COUNTIES
P.O. Box 87131
San Diego, CA 92138-7131
Tel: 619-398-4199

*Counsel for Stop/Arrest Plaintiff*


MATTHEW J. CRAIG (SBN 350030)
mcraig@heckerfink.com
MACK E. JENKINS (SBN 242101)
mjenkins@heckerfink.com
HECKER FINK LLP
1150 South Olive Street, Suite 10-140
Los Angeles, CA 90015
Tel: 212-763-0883; Fax: 212-564-0883

*Counsel for Access/Conditions Plaintiffs*

EDGAR AGUILASOCHO
(SBN 285567)
eaguilasocho@farmworkerlaw.com
MARTÍNEZ AGUILASOCHO LAW, INC.
900 Truxtun Ave, Suite 300
Bakersfield, CA 93301
Tel: 661-859-1174

*Counsel for Plaintiff United Farm Workers*

CARL BERGQUIST*
cbergquist@chirla.org
COALITION FOR HUMANE IMMIGRANT
RIGHTS
2351 Hempstead Road
Ottawa Hills, OH 43606
Tel: 310-279-6025

*Counsel for Plaintiff Coalition for Humane Immigrant Rights*

ALVARO M. HUERTA (SBN 274787)
ahuerta@immdef.org
BRYNNA BOLT (SBN 339378)
bbolt@immdef.org
ALISON STEFFEL (SBN 346370)
asteffel@immdef.org
IMMIGRANT DEFENDERS LAW CENTER
634 S. Spring St., 10th Floor
Los Angeles, CA 90014
Tel: 213-634-0999

*Counsel for Plaintiff Immigrant Defenders Law Center*

* Admitted pro hac vice

DECLARATION OF MOHAMMAD TAJSAR

HYDEE FELDSTEIN SOTO
(SBN 106866)
City Attorney
hydee.feldsteinsoto@lacity.org
VALERIE L. FLORES (SBN 138572)
valerie.flores@lacity.org
MICHAEL J. DUNDAS (SBN 226930)
mike.dundas@lacity.org
MARIA LOUISE COUSINEAU
(SBN 122280)
maria.cousineau@lacity.org
RANDALL G. SOMMER
(SBN 214099)
randall.sommer@lacity.org
SHUBHRA SHIVPURI (SBN 295534)
shubhra.shivpuri@lacity.org
OFFICE OF THE LOS ANGELES
CITY ATTORNEY
City Hall 200 North Spring Street
21st Floor
Los Angeles, CA 90012-4130
Tel.: 213-922-8382; Fax: 213-978-7957

*Attorneys for Intervenor
City of Los Angeles*


E. MARTIN ESTRADA
(SBN 223802)
martin.estrada@mto.com
DANIEL B. LEVIN (SBN 226044)
daniel.levin@mto.com
JOHN L. SCHWAB (SBN 301386)
john.schwab@mto.com
V. GRACE DAVIS (SBN 336732)
grace.davisfisher@mto.com
V. ROMAN LEAL (SBN 348892)
roman.leal@mto.com
WENDY QIUYU XIAO (SBN 342702)
wendy.xiao@mto.com
MUNGER, TOLLES & OLSON LLP
350 South Grand Avenue
50th Floor
Los Angeles, California 90071
Tel.: 213-683-9100; Fax: 213-687-3702

*Attorneys for Intervenors Cities of Los
Angeles, Anaheim, Bell Gardens, Beverly Hills,
Carpinteria, Culver City, Huntington Park,
Long Beach, Lynwood, Montebello, Monterey
Park, Oxnard, Paramount, Pico Rivera,
Pomona, Santa Ana, Santa Barbara, Santa
Monica, South Gate, and West Hollywood*

NICOLE DAVIS TINKHAM (SBN 229592)
ntinkham@counsel.lacounty.gov
LILIANA CAMPOS (SBN 255753)
lcampos@counsel.lacounty.gov
BRIGIT GREESON ALVAREZ (SBN 237301)
bgreesonalvarez@counsel.lacounty.gov
OFFICE OF THE COUNTY COUNSEL
648 Kenneth Hahn Hall of Admin.,
500 West Temple Street
Los Angeles, California 90012-2713
Tel.: 213-808-8736; Fax: 213-633-1915

*Attorneys for Intervenor County of Los Angeles*

MICHELE BEAL BAGNERIS (SBN 115423)
City Attorney
mbagneris@cityofpasadena.net
ARNOLD F. LEE (SBN 278610)
aflee@cityofpasadena.net
ANDREW AARONIAN (SBN 318245)
aaaronian@cityofpasadena.net
OFFICE OF THE CITY ATTORNEY
OF PASADENA
100 N Garfield Ave, Rm N-210
Pasadena, CA 91101
Tel.: 626-744-4141; Fax: 626-744-4190

*Attorneys for Intervenor City of Pasadena*

NORMAN L. EISEN*
Norman@democracydefenders.org
STEPHEN A. JONAS (SBN 542005)
Steve@democracydefenders.org
JOSHUA G. KOLB*
Joshua@democracydefenders.org
DEMOCRACY DEFENDERS FUND
600 Pennsylvania Ave. SE, Suite 15180
Washington, DC 20003
Tel: (202) 594-9958

*Admitted *Pro Hac Vice*

*Attorneys for Intervenor City of Los Angeles*

DECLARATION OF MOHAMMAD TAJSAR

## DECLARATION OF MOHAMMAD TAJSAR

I, Mohammad Tajsar, declare the following:

1. I am an attorney at the ACLU Foundation of Southern California and counsel of record to the Stop/Arrest Plaintiffs in the above-captioned action. I make this declaration from my personal knowledge. If called to testify to these facts, I could and would do so competently.

2. On the morning of October 1, Jonathan Ross, counsel for Defendants, contacted counsel for Plaintiffs and Intervenors, requesting that the parties jointly stipulate to a 30-day stay of district court proceedings in light of the lapse in appropriations for the federal government. On behalf of Plaintiffs and Intervenors, E. Martin Estrada, counsel for Intervenors, responded and informed Mr. Ross that Plaintiffs and Intervenors were willing to a stipulation, provided that (1) "Defendants agree to a 30-day stay of the unlawful immigration enforcement activities alleged in the complaint and described in the Court's Temporary Restraining Order," (2) briefing conclude on the pending motion for limited, expedited discovery, and (3) Access/Detention Plaintiffs be permitted to file any "motion to enforce the temporary restraining order relating to access to counsel at B-18." Mr. Estrada requested that Mr. Ross include his correspondence with any forthcoming ex parte application or motion, and requested that Plaintiffs and Intervenors be afforded 24 hours to file a response to the contemplated ex parte application or motion. Mr. Ross subsequently informed Mr. Estrada that "Defendants cannot agree to" Plaintiffs' and Intervenors' proposal, and planned to seek ex parte relief. A true and correct copy of the parties' correspondence is attached hereto as **Exhibit A**.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. Executed this 2nd day of October, 2025, at Los Angeles County, California.

/s/ Mohammad Tajsar
Mohammad Tajsar
ACLU Foundation of Southern California

-1-
DECLARATION OF MOHAMMAD TAJSAR

# EXHIBIT A

| | |
|---|---|
| **From:** | Ross, Jonathan K. (CIV) |
| **To:** | Estrada, Martin; Xiao, Wendy; Mohammad Tajsar; Annie Lai; Davis Fisher, Grace; Davis, Tiberius (CIV); Zubata, Jason K. (CIV); DeSimone, Aniello (CIV); Beck, Daniel (USACAC); Groff, Stephanie L. (CIV); Bashyrov, Jacob (CIV); Skedzielewski, Sean (CIV); Chapman, Ryan (USACAC); Farrell, Alexander (USACAC); Molina, Ernesto H. (CIV) |
| **Cc:** | Worth, Sara; Mayra Joachin; mcraig; Helia Bidad; Mark Rosenbaum; Rebecca Brown; Eva Bitran; Lauren Wilfong; Bushell, Maggie; Groves, Kyle; Shreffler, Henry; Levin, Daniel; Schwab, John; Leal, Roman; Hansen, Becca; Kim, Bobby; Niu, Jin; Kreilkamp, Jacob; Fry, David |
| **Subject:** | RE: Perdomo - Proposal for 30-Day Stay in Light of Appropriations Lapse |
| **Date:** | Wednesday, October 1, 2025 11:32:25 AM |
| **Attachments:** | shield-advisory.png<br>chevron-light.png |

 External email 

Hi Martin,

Thank you for your response. Consistent with the voicemail message I left you, as well as the conversation I just concluded with Mohammad Tajsar, Defendants cannot agree to the conditions Plaintiffs and Intervenors propose. As discussed, we will in turn seek ex parte relief. While we decline to include your proposed language in our submission, we will communicate to the Court your opposition and intention to file a response within 24 hours.

Sincerely,

Jonathan

**Jonathan K. Ross**
P: (202) 305-7662

---

**From:** Estrada, Martin <Martin.Estrada@mto.com>
**Sent:** Wednesday, October 1, 2025 1:25 PM
**To:** Ross, Jonathan K. (CIV) <Jonathan.K.Ross@usdoj.gov>; Xiao, Wendy <Wendy.Xiao@mto.com>; Mohammad Tajsar <MTajsar@aclusocal.org>; Annie Lai <alai@law.uci.edu>; Davis Fisher, Grace <Grace.DavisFisher@mto.com>; Davis, Tiberius (CIV) <Tiberius.Davis@usdoj.gov>; Zubata, Jason K. (CIV) <Jason.K.Zubata@usdoj.gov>; DeSimone, Aniello (CIV) <Aniello.DeSimone@usdoj.gov>; Beck, Daniel (USACAC) <Daniel.Beck@usdoj.gov>; Groff, Stephanie L. (CIV) <Stephanie.L.Groff@usdoj.gov>; Bashyrov, Jacob (CIV) <Jacob.Bashyrov@usdoj.gov>; Skedzielewski, Sean (CIV) <Sean.Skedzielewski@usdoj.gov>; Chapman, Ryan (USACAC) <Ryan.Chapman@usdoj.gov>; Farrell, Alexander (USACAC) <Alexander.Farrell@usdoj.gov>; Molina, Ernesto H. (CIV) <Ernesto.H.Molina@usdoj.gov>
**Cc:** Worth, Sara <Sara.Worth@mto.com>; Mayra Joachin <MJoachin@aclusocal.org>; mcraig <mcraig@heckerfink.com>; Helia Bidad <hbidad@heckerfink.com>; Mark Rosenbaum <mrosenbaum@publiccounsel.org>; Rebecca Brown <rbrown@publiccounsel.org>; Eva Bitran <EBitran@aclusocal.org>; Lauren Wilfong <lwilfong@ndlon.org>; Bushell, Maggie <Maggie.Bushell@mto.com>; Groves, Kyle <Kyle.Groves@mto.com>; Shreffler, Henry <Henry.Shreffler@mto.com>; Levin, Daniel <daniel.levin@mto.com>; Schwab, John <John.Schwab@mto.com>; Leal, Roman <Roman.Leal@mto.com>; Hansen, Becca <Rebecca.Hansen@mto.com>; Kim, Bobby <Bobby.Kim@mto.com>; Niu, Jin <Jin.Niu@mto.com>;

Kreilkamp, Jacob <Jacob.Kreilkamp@mto.com>; Fry, David <David.Fry@mto.com>
**Subject:** [EXTERNAL] RE: Perdomo - Proposal for 30-Day Stay in Light of Appropriations Lapse

Jonathan,

We appreciate the difficulties caused by the current budget impasse on the courts and the federal government as a whole. Nonetheless, I hope you understand the grave harm posed to our clients by the government's unlawful activities, as set forth in the amended complaint. If Defendants agree to a 30-day stay of the unlawful immigration enforcement activities alleged in the complaint and described in the Court's Temporary Restraining Order, Plaintiffs and Intervenors will agree to a 30-day stay of these proceedings, except that Plaintiffs and Intervenors will file their reply in support of their joint motion for limited, expedited discovery, and the Access/Detention Plaintiffs may file any motion to enforce the temporary restraining order relating to access to counsel at B-18. If Defendants cannot so agree, we have no choice but to oppose your request for a stay.

If you file an application or motion for a stay of proceedings with the Court, please include this correspondence setting forth our position. In addition, we would ask to have 24 hours to file our response to your application or motion for a stay of proceedings.

Thank you.

**E. Martin Estrada** | **Munger, Tolles & Olson LLP**
350 South Grand Avenue | Los Angeles, CA 90071
Tel:  213.683.9253 | martin.estrada@mto.com | www.mto.com

---

**From:** Ross, Jonathan K. (CIV) <Jonathan.K.Ross@usdoj.gov>
**Sent:** Wednesday, October 1, 2025 7:52 AM
**To:** Xiao, Wendy <Wendy.Xiao@mto.com>; Mohammad Tajsar <MTajsar@aclusocal.org>; Annie Lai <alai@law.uci.edu>; Davis Fisher, Grace <Grace.DavisFisher@mto.com>; Davis, Tiberius (CIV) <Tiberius.Davis@usdoj.gov>; Zubata, Jason K. (CIV) <Jason.K.Zubata@usdoj.gov>; DeSimone, Aniello (CIV) <Aniello.DeSimone@usdoj.gov>; Beck, Daniel (USACAC) <Daniel.Beck@usdoj.gov>; Groff, Stephanie L. (CIV) <Stephanie.L.Groff@usdoj.gov>; Bashyrov, Jacob (CIV) <Jacob.Bashyrov@usdoj.gov>; Skedzielewski, Sean (CIV) <Sean.Skedzielewski@usdoj.gov>; Chapman, Ryan (USACAC) <Ryan.Chapman@usdoj.gov>; Farrell, Alexander (USACAC) <Alexander.Farrell@usdoj.gov>; Molina, Ernesto H. (CIV) <Ernesto.H.Molina@usdoj.gov>
**Cc:** Worth, Sara <Sara.Worth@mto.com>; Mayra Joachin <MJoachin@aclusocal.org>; mcraig <mcraig@heckerfink.com>; Helia Bidad <hbidad@heckerfink.com>; Mark Rosenbaum <mrosenbaum@publiccounsel.org>; Rebecca Brown <rbrown@publiccounsel.org>; Eva Bitran <EBitran@aclusocal.org>; Lauren Wilfong <lwilfong@ndlon.org>; Bushell, Maggie <Maggie.Bushell@mto.com>; Groves, Kyle <Kyle.Groves@mto.com>; Shreffler, Henry <Henry.Shreffler@mto.com>; Levin, Daniel <daniel.levin@mto.com>; Estrada, Martin <Martin.Estrada@mto.com>; Schwab, John <John.Schwab@mto.com>; Leal, Roman

<Roman.Leal@mto.com>; Hansen, Becca <Rebecca.Hansen@mto.com>; Kim, Bobby <Bobby.Kim@mto.com>; Niu, Jin <Jin.Niu@mto.com>; Kreilkamp, Jacob <Jacob.Kreilkamp@mto.com>; Fry, David <David.Fry@mto.com>
**Subject:** Perdomo - Proposal for 30-Day Stay in Light of Appropriations Lapse

Counsel,

In light of the lapse in appropriations, Defendants propose that the parties jointly stipulate to a 30-day stay of district court proceedings. If appropriations are restored sooner, the parties would promptly file a joint status report and request that the appropriations-related stay be lifted. We note that this request is separate from Defendants' stay motion (ECF No. 196), which remains pending.

Please let us know Plaintiffs' and Intervenors' position on this proposal. If you do not agree to join, Defendants intend to seek expedited, unilateral relief from the Court.

Sincerely,
Jonathan Ross

**Jonathan K. Ross**
Senior Litigation Counsel
United States Department of Justice, Civil Division
Office of Immigration Litigation
P.O. Box 868, Ben Franklin Station
Washington, D.C. 20044
P: (202) 305-7662  |  F: (202) 305-7000
jonathan.k.ross@usdoj.gov

CONFIDENTIALITY NOTICE: This communication may contain law enforcement sensitive, privileged attorney/client communications or work product, and is not subject to disclosure. It is solely for the use of the intended recipients.  Unauthorized interception, review, use or disclosure is prohibited. If you believe that you have received this e-mail in error, please notify the sender immediately, and permanently delete the e-mail, any attachments, and all copies from your computer.