STACY TOLCHIN (SBN 217431)
*stacy@tolchinimmigration.com*
LAW OFFICES OF STACY TOLCHIN
776 E. Green St., Suite 210
Pasadena, CA 91101
Tel: 213-622-7450; Fax: 213-622-7233

MOHAMMAD TAJSAR (SBN 280152)
*mtajsar@aclusocal.org*
MAYRA JOACHIN (SBN 306065)
*mjoachin@aclusocal.org*
EVA BITRÁN (SBN 302081)
*ebitran@aclusocal.org*
DAE KEUN KWON (SBN 313155)
*akwon@aclusocal.org*
STEPHANIE PADILLA (SBN 321568)
*spadilla@aclusocal.org*
DIANA SÁNCHEZ (SBN 338871)
*dianasanchez@aclusocal.org*
ACLU FOUNDATION OF
SOUTHERN CALIFORNIA
1313 West Eighth Street
Los Angeles, CA 90017-4022
Tel: 213-977-5232; Fax: 213-201-7878

*Counsel for Stop/Arrest Plaintiffs*

MARK ROSENBAUM (SBN 59940)
*mrosenbaum@publiccounsel.org*
REBECCA BROWN (SBN 345805)
*rbrown@publiccounsel.org*
SOPHIA WRENCH (SBN 354416)
*swrench@publiccounsel.org*
RITU MAHAJAN (SBN 252970)
*rmahajan@publiccounsel.org*
GINA AMATO (SBN 215519)
*gamato@publiccounsel.org*
PUBLIC COUNSEL
610 South Ardmore Avenue
Los Angeles, CA 90005
Tel: 213-385-2977

*Counsel for All Plaintiffs*

ANNE LAI (SBN 295394)
*alai@law.uci.edu*
UC IRVINE SCHOOL OF LAW
IMMIGRANT AND RACIAL JUSTICE
SOLIDARITY CLINIC
P.O. Box 5479
Irvine, CA 92616-5479
Tel: 949-824-9894; Fax: 949-824-2747

(*Additional counsel listed on next page*)       *Counsel for Stop/Arrest Plaintiffs*

# UNITED STATES DISTRICT COURT

## FOR THE CENTRAL DISTRICT OF CALIFORNIA

Pedro VASQUEZ PERDOMO; Carlos
Alexander OSORTO; and Isaac VILLEGAS
MOLINA; Jorge HERNANDEZ
VIRAMONTES; Jason Brian GAVIDIA;
LOS ANGELES WORKER CENTER
NETWORK; UNITED FARM WORKERS;
COALITION FOR HUMANE
IMMIGRANT RIGHTS; IMMIGRANT
DEFENDERS LAW CENTER,

     Plaintiffs,

    v.

Kristi NOEM, in her official capacity as
Secretary, Department of Homeland
Security; Todd M. LYONS, in his official
capacity as

Case No.: 2:25-cv-05605-MEMF-SP

**SECOND DECLARATION OF
MOHAMMAD TAJSAR IN SUPPORT OF
PLAINTIFFS' AND INTERVENORS'
JOINT MOTION FOR LIMITED,
EXPEDITED DISCOVERY**

*[Filed concurrently with Motion for Limited,
Expedite Discovery]*

Hon. Maame Ewusi-Mensah Frimpong

-1-

SECOND DECLARATION OF MOHAMMAD TAJSAR

Acting Director, U.S. Immigration and Customs Enforcement; Rodney S. SCOTT, in his official capacity as Commissioner, U.S. Customs and Border Patrol; Michael W. BANKS, in his official capacity as Chief of U.S. Border Patrol; Kash PATEL, in his official capacity as Director, Federal Bureau of Investigation; Pam BONDI, in her official capacity as U.S. Attorney General; Ernesto SANTACRUZ JR., in his official capacity as Acting Field Office Director for Los Angeles, U.S. Immigration and Customs Enforcement; Eddy WANG, Special Agent in Charge for Los Angeles, Homeland Security Investigations, U.S. Immigration and Customs Enforcement; Gregory K. BOVINO, in his official capacity as Chief Patrol Agent for El Centro Sector of the U.S. Border Patrol; Jeffrey D. STALNAKER, in his official capacity as Acting Chief Patrol Agent, San Diego Sector of the U.S. Border Patrol; Akil DAVIS, in his official capacity as Assistant Director in Charge, Los Angeles Office, Federal Bureau of Investigation; Bilal A. ESSAYLI, in his official capacity as U.S. Attorney for the Central District of California,

     Defendants.

SECOND DECLARATION OF MOHAMMAD TAJSAR

JACOB S. KREILKAMP (SBN 248210)
*jacob.kreilkamp@mto.com*
JAMIE LUMA (SBN 331610)
*jamie.luma@mto.com*
SARA H. WORTH (SBN 341088)
*sara.worth@mto.com*
HENRY D. SHREFFLER (SBN 343388)
*henry.shreffler@mto.com*
MAGGIE BUSHELL (SBN 354048)
*maggie.bushell@mto.com*
KYLE A. GROVES (SBN 358085)
*kyle.groves@mto.com*
MUNGER, TOLLES & OLSON LLP
350 S. Grand Ave., 50th Floor
Los Angeles, CA 90071
Tel: 213-683-9100; Fax: 213-683-9100

*Counsel for Stop/Arrest Plaintiffs*

JESSICA K. BANSAL (SBN 277347)
*jessica@ndlon.org*
LAUREN MICHEL WILFONG*
*lwilfong@ndlon.org*
NATIONAL DAY LABORER
ORGANIZING NETWORK
1030 S. Arroyo Parkway, Suite 106
Pasadena, CA 91105
Tel: 626-214-5689

*Counsel for Stop/Arrest Plaintiffs*

BREE BERNWANGER (SBN 331731)
*bbernwanger@aclunc.org*
AMERICAN CIVIL LIBERTIES UNION
FOUNDATION OF NORTHERN
CALIFORNIA
39 Drumm Street
San Francisco, CA 94111
Tel: 415-621-2493

*Counsel for Stop/Arrest Plaintiffs*

BRISA VELAZQUEZ OATIS
(SBN 339132)
*bvoatis@aclu-sdic.org*
ACLU FOUNDATION OF
SAN DIEGO & IMPERIAL COUNTIES
P.O. Box 87131
San Diego, CA 92138-7131
Tel: 619-398-4199

*Counsel for Stop/Arrest Plaintiff*

MATTHEW J. CRAIG (SBN 350030)
*mcraig@heckerfink.com*
MACK E. JENKINS (SBN 242101)
*mjenkins@heckerfink.com*
HECKER FINK LLP
1150 South Olive Street, Suite 10-140
Los Angeles, CA 90015
Tel: 212-763-0883; Fax: 212-564-0883

*Counsel for Access/Conditions Plaintiffs*

EDGAR AGUILASOCHO (SBN 285567)
*eaguilasocho@farmworkerlaw.com*
MARTÍNEZ AGUILASOCHO LAW, INC.
900 Truxtun Ave, Suite 300
Bakersfield, CA 93301
Tel: 661-859-1174

*Counsel for Plaintiff United Farm Workers*

CARL BERGQUIST*
*cbergquist@chirla.org*
COALITION FOR HUMANE IMMIGRANT
RIGHTS
2351 Hempstead Road
Ottawa Hills, OH 43606
Tel: 310-279-6025

*Counsel for Plaintiff Coalition for Humane Immigrant Rights*

ALVARO M. HUERTA (SBN 274787)
*ahuerta@immdef.org*
BRYNNA BOLT (SBN 339378)
*bbolt@immdef.org*
ALISON STEFFEL (SBN 346370)
*asteffel@immdef.org*
IMMIGRANT DEFENDERS LAW CENTER
634 S. Spring St., 10th Floor
Los Angeles, CA 90014
Tel: 213-634-0999

*Counsel for Plaintiff Immigrant Defenders Law Center*

* Admitted pro hac vice

SECOND DECLARATION OF MOHAMMAD TAJSAR

## SECOND DECLARATION OF MOHAMMAD TAJSAR

I, Mohammad Tajsar, declare the following:

1.     I am an attorney at the ACLU Foundation of Southern California and counsel of record to the Stop/Arrest Plaintiffs in the above-captioned action. I make this declaration from my personal knowledge. If called to testify to these facts, I could and would do so competently.

2.     I submit this second declaration to describe Plaintiffs' efforts to enter into an agreement with Defendants' counsel on a stipulated discovery protective order in this matter. Much of this timeline is detailed in my colleague Mayra Joachin's declaration filed in support of Plaintiffs' Reply to their Preliminary Injunction Supplement. *See* ECF 195-1. For convenience, I am summarizing that timeline below and adding further relevant information as necessary.

3.     On the evening of July 28, immediately after Plaintiffs filed their Motion for Preliminary Injunction, counsel for Stop/Arrest Plaintiffs Anne Lai wrote to Defendants' counsel concerning non-party witnesses referred to Plaintiffs' Motion by initials. Ms. Lai stated that Plaintiffs intend to provide the full names of the non-party witnesses immediately on the condition that Defendants agree (1) that the names will be shared only with counsel except as necessary to investigate the facts for the purposes of litigation, (2) that the names will not be used for any purpose other than the litigation, and (3) that anyone who receives this information agrees to these conditions.

4.     Ms. Lai further stated that "it is our hope that the parties will soon enter a phase of the case where we can begin to work on a stipulated protective order for information and materials exchanged and designated by the parties as sensitive and/or confidential."

5.     The next day, on July 29, Defendants' counsel Jonathan Ross confirmed receipt of the email and stated that Defendants "will follow up shortly with Defendants' position."

6.     On August 4, Mr. Ross wrote an email to Plaintiffs' counsel stating that Defendants do not agree to Plaintiffs' use of pseudonyms or redacted personal information in their public filings, and that "Defendants can begin work on a draft protective order for Plaintiffs' review." Mr. Ross requested the full name and identifying information for each of the declarants.

7. That afternoon, Ms. Lai responded by noting that Defendants did not state whether they would agree to those confidentiality terms as a condition to disclosing the names of the non-party declarants. Ms. Lai requested Defendants' position on their agreement to Plaintiffs' conditions in exchange for the information.

8. On the evening of August 4, Mr. Ross responded confirming that Defendants "understand that Plaintiffs proposed disclosing the declarants' identities subject to certain confidentiality terms." However, Mr. Ross wrote that "Defendants decline to agree to those terms and request that the information be provided without such conditions."

9. A true and correct copy of this email exchange, beginning with Ms. Lai's July 28 message, is attached hereto as **Exhibit 3**. Plaintiffs remain willing to provide Defendants with declarants' identities subject to appropriate protections, such as those contained in the draft protective order Plaintiffs transmitted to Defendants on August 27 (discussed below).

10. On August 15, Mr. Ross emailed the parties a draft stipulated protective order, and invited edits or discussion on the same.

11. On August 27, Ms. Lai responded by attaching a marked-up version of the draft protective order with suggested revisions from both Plaintiffs and Intervenors for Defendants' consideration.

12. The next morning, on August 28, Mr. Ross confirmed receipt of the revised protective order draft and stated that "Defendants will take a look and be back in touch soon."

13. Plaintiffs did not hear anything further on the protective order for over two weeks.

14. Ms. Lai sent a follow-up email to Defendants' counsel on September 12 inquiring about the status of Defendants' review of the draft. Defendants' counsel has to date not responded to that email.

15. A true and correct copy of the email thread containing these messages about the draft protective order is attached as **Exhibit 4**.

16. On September 15, Plaintiffs again raised the draft protective order during their meet and confer call in which the parties discussed the instant Motion for Expedited Discovery. Mr.

-5-
SECOND DECLARATION OF MOHAMMAD TAJSAR

Ross responded that Defendants are still reviewing the draft, and did not provide a date certain by which Plaintiffs could expect a response.

17.    This morning (October 2), Defendants finally provided their substantive responses to Plaintiffs' draft protective order, on the same day Requestors are preparing to file this Reply.

18.    Defendants provided these substantive responses 67 days after Plaintiffs first expressed their desire to enter into a protective order, 60 days after Defendants agreed to begin working on a draft protective order, 49 days after Defendants circulated a first draft of protective order, and 37 days after Plaintiffs and Intervenors provided Defendants with their edits to Defendants' draft protective order.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. Executed this 2nd day of October, 2025, at Los Angeles County, California.

/s/ Mohammad Tajsar
Mohammad Tajsar
ACLU Foundation of Southern California

SECOND DECLARATION OF MOHAMMAD TAJSAR

# EXHIBIT 3

**Mohammad Tajsar**

---

| | |
|---|---|
| **From:** | Annie Lai <alai@law.uci.edu> |
| **Sent:** | Monday, August 4, 2025 8:37 PM |
| **To:** | Ross, Jonathan K. (CIV); Farrell, Alexander (USACAC); Beck, Daniel (USACAC); Skedzielewski, Sean (CIV); Ensign, Drew C (CIV); Alarcon, Pauline (USACAC); Chapman, Ryan (USACAC); Groff, Stephanie L. (CIV); DeSimone, Aniello (CIV); Zubata, Jason K. (CIV) |
| **Cc:** | Mayra Joachin; Eva Bitran; Sara Worth; Stephanie Padilla; Diana Sanchez; Mohammad Tajsar; Lauren Wilfong |
| **Subject:** | Re: Vasquez Perdomo v. Noem - non-party witnesses referred to by initials |

Thank you Jonathan.

Could you please elaborate more on your objection to Plaintiffs' terms? Is there something in particular you find unworkable? Our goal is to provide you the information but it is difficult to do so without assurances that the information will be treated as confidential.

Regarding redaction, to clarify, your position is that even if Plaintiffs separately provide the information to the government, PII not needed for the court's resolution of Plaintiff's motion must nevertheless appear on the public docket? What authority is that based on? Plaintiffs are not required under any rules to redact the names of government personnel. If you believe we are, could you please point us to the relevant rule(s)?

Perhaps it would be best to talk about this over the phone. If you would like, you may reach me at (949) 824-9894 most of the day tomorrow.

Best,

Annie

---

**From:** Ross, Jonathan K. (CIV) <Jonathan.K.Ross@usdoj.gov>
**Date:** Monday, August 4, 2025 at 8:08 PM
**To:** Annie Lai <alai@law.uci.edu>, Farrell, Alexander (USACAC) <Alexander.Farrell@usdoj.gov>, Beck, Daniel (USACAC) <Daniel.Beck@usdoj.gov>, Skedzielewski, Sean (CIV) <Sean.Skedzielewski@usdoj.gov>, Ensign, Drew C (CIV) <Drew.C.Ensign@usdoj.gov>, Alarcon, Pauline (USACAC) <Pauline.Alarcon@usdoj.gov>, Chapman, Ryan (USACAC) <Ryan.Chapman@usdoj.gov>, Groff, Stephanie L. (CIV) <Stephanie.L.Groff@usdoj.gov>, DeSimone, Aniello (CIV) <Aniello.DeSimone@usdoj.gov>, Zubata, Jason K. (CIV) <Jason.K.Zubata@usdoj.gov>
**Cc:** Mayra Joachin <mjoachin@aclusocal.org>, Eva Bitran <ebitran@aclusocal.org>, Worth, Sara <sara.worth@mto.com>, Stephanie Padilla <spadilla@aclusocal.org>, Diana Sanchez <dianasanchez@aclusocal.org>, Mohammad Tajsar <mtajsar@aclusocal.org>, Lauren Wilfong <lwilfong@ndlon.org>
**Subject:** RE: Vasquez Perdomo v. Noem - non-party witnesses referred to by initials

Hi Annie,

Thank you for your follow-up. Defendants' message this morning responded to your original request and conveyed our position. As noted, Defendants do not agree to Plaintiffs' use of pseudonyms or redacted PII in public filings. Nor do we concur with Plaintiffs' proposal to proceed with filings that omit declarants' names or other identifying

1

details, which are necessary for us to evaluate the claims under oath. We understand that Plaintiffs proposed disclosing the declarants' identities subject to certain confidentiality terms. Defendants decline to agree to those terms and request that the information be provided without such conditions.

Lastly, Defendants oppose Plaintiffs' suggestion that they may disregard the rules by unredacting the names of government personnel.

Thank you,
Jonathan

---

**From:** Annie Lai <alai@law.uci.edu>
**Sent:** Monday, August 04, 2025 7:58 PM
**To:** Ross, Jonathan K. (CIV) <Jonathan.K.Ross@usdoj.gov>; Farrell, Alexander (USACAC) <Alexander.Farrell@usdoj.gov>; Beck, Daniel (USACAC) <Daniel.Beck@usdoj.gov>; Skedzielewski, Sean (CIV) <Sean.Skedzielewski@usdoj.gov>; Ensign, Drew C (CIV) <Drew.C.Ensign@usdoj.gov>; Alarcon, Pauline (USACAC) <Pauline.Alarcon@usdoj.gov>; Chapman, Ryan (USACAC) <Ryan.Chapman@usdoj.gov>
**Cc:** Mayra Joachin <mjoachin@aclusocal.org>; Eva Bitran <ebitran@aclusocal.org>; Worth, Sara <sara.worth@mto.com>; Stephanie Padilla <spadilla@aclusocal.org>; Diana Sanchez <dianasanchez@aclusocal.org>; Mohammad Tajsar <mtajsar@aclusocal.org>; Lauren Wilfong <lwilfong@ndlon.org>
**Subject:** [EXTERNAL] Re: Vasquez Perdomo v. Noem - non-party witnesses referred to by initials

Jonathan,

While we appreciate the offer to draft a protective order, my email sought your agreement to treat information about the declarants' identities as confidential per the terms below, since no protective order is yet in place. You indicated a week ago that you would follow up with Defendants' position on this. You have not done so. Please let us know if you agree and we will send over the declarants' information immediately.

Regarding redaction, we note that Rule 5.2 and L.R. 5.2-1 support redaction of PII that is not needed for the Court to consider the merits of Plaintiffs' motion. Among the material Plaintiffs redacted were names and other information about ICE officers. Is the government suggesting that all of it should now be refiled in unredacted form on the docket?

If you would prefer to discuss any of the above by phone, please feel free to call me at (949) 824-9894.

Best,

Annie

---

**From:** Ross, Jonathan K. (CIV) <Jonathan.K.Ross@usdoj.gov>
**Date:** Monday, August 4, 2025 at 9:47 AM
**To:** Annie Lai <alai@law.uci.edu>, Farrell, Alexander (USACAC) <Alexander.Farrell@usdoj.gov>, Beck, Daniel (USACAC) <Daniel.Beck@usdoj.gov>, Skedzielewski, Sean (CIV) <Sean.Skedzielewski@usdoj.gov>, Ensign, Drew C (CIV) <Drew.C.Ensign@usdoj.gov>, Alarcon, Pauline (USACAC) <Pauline.Alarcon@usdoj.gov>, Chapman, Ryan (USACAC) <Ryan.Chapman@usdoj.gov>
**Cc:** Mayra Joachin <mjoachin@aclusocal.org>, Eva Bitran <ebitran@aclusocal.org>, Worth, Sara <sara.worth@mto.com>, Stephanie Padilla <spadilla@aclusocal.org>, Diana Sanchez <dianasanchez@aclusocal.org>, Mohammad Tajsar <mtajsar@aclusocal.org>, Lauren Wilfong <lwilfong@ndlon.org>
**Subject:** RE: Vasquez Perdomo v. Noem - non-party witnesses referred to by initials

2

Dear Annie,

Defendants do not agree to the use of pseudonyms or redacted PII in public filings. To the extent Plaintiffs have already filed materials with redacted PII, we request that they be refiled in unredacted form or under seal.

Defendants can begin work on a draft protective order for Plaintiffs' review. In the meantime, please provide the full names and identifying information for each of the listed declarants so we can evaluate their claims in the normal course of litigation.

Thank you,
Jonathan

---

**From:** Ross, Jonathan K. (CIV)
**Sent:** Tuesday, July 29, 2025 12:09 PM
**To:** Annie Lai <alai@law.uci.edu>; Farrell, Alexander (USACAC) <Alexander.Farrell@usdoj.gov>; Beck, Daniel (USACAC) <Daniel.Beck@usdoj.gov>; Skedzielewski, Sean (CIV) <Sean.Skedzielewski@usdoj.gov>; Ensign, Drew C (CIV) <Drew.C.Ensign@usdoj.gov>; Alarcon, Pauline (USACAC) <Pauline.Alarcon@usdoj.gov>; Chapman, Ryan (USACAC) <Ryan.Chapman@usdoj.gov>
**Cc:** Mayra Joachin <mjoachin@aclusocal.org>; Eva Bitran <ebitran@aclusocal.org>; Worth, Sara <sara.worth@mto.com>; Stephanie Padilla <spadilla@aclusocal.org>; Diana Sanchez <dianasanchez@aclusocal.org>; Mohammad Tajsar <mtajsar@aclusocal.org>; Lauren Wilfong <lwilfong@ndlon.org>
**Subject:** RE: Vasquez Perdomo v. Noem - non-party witnesses referred to by initials

Dear Annie,

Thank you for your message. I'm writing to confirm receipt. We will follow up shortly with Defendants' position.

Best,
Jonathan

---

**From:** Annie Lai <alai@law.uci.edu>
**Sent:** Tuesday, July 29, 2025 2:32 AM
**To:** Farrell, Alexander (USACAC) <Alexander.Farrell@usdoj.gov>; Beck, Daniel (USACAC) <Daniel.Beck@usdoj.gov>; Skedzielewski, Sean (CIV) <Sean.Skedzielewski@usdoj.gov>; Ross, Jonathan K. (CIV) <Jonathan.K.Ross@usdoj.gov>; Ensign, Drew C (CIV) <Drew.C.Ensign@usdoj.gov>; Alarcon, Pauline (USACAC) <Pauline.Alarcon@usdoj.gov>; Chapman, Ryan (USACAC) <Ryan.Chapman@usdoj.gov>
**Cc:** Mayra Joachin <mjoachin@aclusocal.org>; Eva Bitran <ebitran@aclusocal.org>; Worth, Sara <sara.worth@mto.com>; Stephanie Padilla <spadilla@aclusocal.org>; Diana Sanchez <dianasanchez@aclusocal.org>; Mohammad Tajsar <mtajsar@aclusocal.org>; Lauren Wilfong <lwilfong@ndlon.org>
**Subject:** [EXTERNAL] Vasquez Perdomo v. Noem - non-party witnesses referred to by initials

Dear Counsel,

In connection with Plaintiffs' just-filed Motion for Preliminary Injunction, we have referred to certain non-party witnesses by initials (and incorporated by reference the testimony of certain non-party witnesses in Plaintiffs' earlier TRO application who were referred to by initials). We have used initials due to concerns about personal privacy and possible harassment and retaliation due to the high-profile nature of this case. We have opted for this approach rather than filing a motion for seal because the identity of the witnesses is not information the Court needs to consider the merits of Plaintiffs' motion.

A list of the individuals is below –

3

- B.V. (TRO)
- M.N. (TRO)
- R.H.D. (TRO)
- C. (discussed in Le Blanc declaration submitted with TRO and PI)
- E.C.P. (PI)
- G.V.C. (PI)
- F.H.S. (PI)
- J.D.S. (PI)

Our intention is to provide you with the full names of these individual immediately. However, we seek your agreement that: (1) the information will be shared only with counsel of record in this case and no one else except as necessary to investigate the facts for purposes of the litigation, (2) that such information will not be used for any purpose outside of the litigation, and (3) anyone to whom the information is disclosed likewise agree to these terms. These are similar to standard terms of any protective order and it is our hope that the parties will soon enter a phase of the case where we can begin to work on a stipulated protective order for information and materials exchanged and designated by the parties as sensitive and/or confidential. For now, an email confirmation stating your agreement to the terms will suffice.

Regards,

Annie


Annie Lai (she/her/hers) | Clinical Professor of Law | Director, Immigrant and Racial Justice Solidarity Clinic
UC Irvine School of Law
401 E. Peltason, 3500-L
Irvine, CA 92697-8000
T: (949) 824-9894 | F: (949) 824-2747 | E: alai@law.uci.edu

**My working hours may not be your working hours. Please do not feel obligated to respond outside of your normal work schedule.**

PRIVILEGED AND CONFIDENTIAL  This e-mail message is intended only for the use of the individual or entity to which it is addressed and may contain information that is privileged, confidential and exempt from disclosure.  If you are not the intended recipient, please do not disseminate, distribute or copy this communication, by e-mail or otherwise.  Instead, please notify me immediately by return e-mail (including the original message in your reply) and by telephone and then delete and discard all copies of the e-mail.

# EXHIBIT 4

## Mohammad Tajsar

| | |
|---|---|
| **From:** | Annie Lai <alai@law.uci.edu> |
| **Sent:** | Friday, September 12, 2025 4:37 PM |
| **To:** | Ross, Jonathan K. (CIV); Davis, Tiberius (CIV); Skedzielewski, Sean (CIV); Groves, Kyle; Mohammad Tajsar; Zubata, Jason K. (CIV); DeSimone, Aniello (CIV); Alarcon, Pauline (USACAC); Beck, Daniel (USACAC); Ensign, Drew C (CIV); Chapman, Ryan (USACAC); Groff, Stephanie L. (CIV); Kim, Bobby; rbrown@publiccounsel.org; Stephanie Padilla; Eva Bitran; Diana Sanchez; Mayra Joachin; Estrada, Martin; Levin, Daniel; Schwab, John; Davis Fisher, Grace; Niu, Jin; Leal, Roman; Xiao, Wendy; Mark Rosenbaum; mcraig@heckerfink.com; Sara Worth; Lauren Wilfong; Jacob Kreilkamp; Stacy Tolchin; Farrell, Alexander (USACAC); Bashyrov, Jacob (CIV); Bree Bernwanger; Brisa Velazquez Oatis; Goldenberg, Elaine; Kreisberg, Jeremy; Henry Shreffler; Martin, Paul; mjenkins@heckerfink.com |
| **Subject:** | Re: Perdomo - Draft Protective Order for Plaintiffs' Review |

Counsel,

We are following up to inquire on the status of Defendants' review of the markup to the protective order. Please give us an update when you can.

Regards,

Annie

---

**From:** Ross, Jonathan K. (CIV) <Jonathan.K.Ross@usdoj.gov>
**Date:** Thursday, August 28, 2025 at 5:57 AM
**To:** Annie Lai <alai@law.uci.edu>, Groves, Kyle <Kyle.Groves@mto.com>, mtajsar@aclusocal.org <mtajsar@aclusocal.org>, Zubata, Jason K. (CIV) <Jason.K.Zubata@usdoj.gov>, Skedzielewski, Sean (CIV) <Sean.Skedzielewski@usdoj.gov>, DeSimone, Aniello (CIV) <Aniello.DeSimone@usdoj.gov>, Alarcon, Pauline (USACAC) <Pauline.Alarcon@usdoj.gov>, Beck, Daniel (USACAC) <Daniel.Beck@usdoj.gov>, Ensign, Drew C (CIV) <Drew.C.Ensign@usdoj.gov>, Chapman, Ryan (USACAC) <Ryan.Chapman@usdoj.gov>, Groff, Stephanie L. (CIV) <Stephanie.L.Groff@usdoj.gov>, Kim, Bobby <Bobby.Kim@mto.com>, rbrown@publiccounsel.org <rbrown@publiccounsel.org>, spadilla@aclusocal.org <spadilla@aclusocal.org>, ebitran@aclusocal.org <ebitran@aclusocal.org>, dianasanchez@aclusocal.org <dianasanchez@aclusocal.org>, mjoachin@aclusocal.org <mjoachin@aclusocal.org>, Estrada, Martin <Martin.Estrada@mto.com>, Levin, Daniel <daniel.levin@mto.com>, Schwab, John <John.Schwab@mto.com>, Davis Fisher, Grace <Grace.DavisFisher@mto.com>, Niu, Jin <Jin.Niu@mto.com>, Leal, Roman <Roman.Leal@mto.com>, Xiao, Wendy <Wendy.Xiao@mto.com>, mrosenbaum@publiccounsel.org <mrosenbaum@publiccounsel.org>, mcraig@heckerfink.com <mcraig@heckerfink.com>, Worth, Sara <sara.worth@mto.com>, lwilfong@ndlon.org <lwilfong@ndlon.org>, Kreilkamp, Jacob <jacob.kreilkamp@mto.com>, stacy@tolchinimmigration.com <stacy@tolchinimmigration.com>, Farrell, Alexander (USACAC) <Alexander.Farrell@usdoj.gov>, Bashyrov, Jacob (CIV) <Jacob.Bashyrov@usdoj.gov>, BBernwanger@aclunc.org <BBernwanger@aclunc.org>, bvoatis@aclu-sdic.org <bvoatis@aclu-sdic.org>, Goldenberg, Elaine <elaine.goldenberg@mto.com>, Kreisberg, Jeremy <jeremy.kreisberg@mto.com>, Shreffler, Henry <henry.shreffler@mto.com>, Martin, Paul <paul.martin@mto.com>, mjenkins@heckerfink.com <mjenkins@heckerfink.com>
**Subject:** RE: Perdomo - Draft Protective Order for Plaintiffs' Review

Hi Annie,

Thank you for sharing Plaintiffs' markup. Defendants will take a look and be back in touch soon.

Best,
Jonathan

**Jonathan K. Ross**
P: (202) 305-7662

---

**From:** Annie Lai <alai@law.uci.edu>
**Sent:** Wednesday, August 27, 2025 3:53 PM
**To:** Ross, Jonathan K. (CIV) <Jonathan.K.Ross@usdoj.gov>; Groves, Kyle <Kyle.Groves@mto.com>; mtajsar@aclusocal.org; Zubata, Jason K. (CIV) <Jason.K.Zubata@usdoj.gov>; Skedzielewski, Sean (CIV) <Sean.Skedzielewski@usdoj.gov>; DeSimone, Aniello (CIV) <Aniello.DeSimone@usdoj.gov>; Alarcon, Pauline (USACAC) <Pauline.Alarcon@usdoj.gov>; Beck, Daniel (USACAC) <Daniel.Beck@usdoj.gov>; Ensign, Drew C (CIV) <Drew.C.Ensign@usdoj.gov>; Chapman, Ryan (USACAC) <Ryan.Chapman@usdoj.gov>; Groff, Stephanie L. (CIV) <Stephanie.L.Groff@usdoj.gov>; Kim, Bobby <Bobby.Kim@mto.com>; rbrown@publiccounsel.org; spadilla@aclusocal.org; ebitran@aclusocal.org; dianasanchez@aclusocal.org; mjoachin@aclusocal.org; Estrada, Martin <Martin.Estrada@mto.com>; Levin, Daniel <daniel.levin@mto.com>; Schwab, John <John.Schwab@mto.com>; Davis Fisher, Grace <Grace.DavisFisher@mto.com>; Niu, Jin <Jin.Niu@mto.com>; Leal, Roman <Roman.Leal@mto.com>; Xiao, Wendy <Wendy.Xiao@mto.com>; mrosenbaum@publiccounsel.org; mcraig@heckerfink.com; Worth, Sara <sara.worth@mto.com>; lwilfong@ndlon.org; Kreilkamp, Jacob <jacob.kreilkamp@mto.com>; stacy@tolchinimmigration.com; Farrell, Alexander (USACAC) <Alexander.Farrell@usdoj.gov>; Bashyrov, Jacob (CIV) <Jacob.Bashyrov@usdoj.gov>; BBernwanger@aclunc.org; bvoatis@aclu-sdic.org; Goldenberg, Elaine <elaine.goldenberg@mto.com>; Kreisberg, Jeremy <jeremy.kreisberg@mto.com>; Shreffler, Henry <henry.shreffler@mto.com>; Martin, Paul <paul.martin@mto.com>; mjenkins@heckerfink.com
**Subject:** [EXTERNAL] Re: Perdomo - Draft Protective Order for Plaintiffs' Review

Jonathan and all,

Attached please see the draft of the protective order with Plaintiffs' mark ups. We have also included the Intervenors as a party to the agreement and they have added their information and are signed off on these edits.

Please note that we have revised language concerning inadvertently disclosed materials to more closely track the FRCP and FRE. Those rules reflect a balancing of relevant considerations that the judiciary believed was appropriate. We see no reason to deviate from those rules in this case.

We would be glad to discuss any of these changes over a call or can continue to email, whatever you feel would be most efficient. We look forward to hearing from you.

Best,

Annie

---

**From:** Ross, Jonathan K. (CIV) <Jonathan.K.Ross@usdoj.gov>
**Date:** Friday, August 15, 2025 at 9:34 AM
**To:** Groves, Kyle <Kyle.Groves@mto.com>, mtajsar@aclusocal.org <mtajsar@aclusocal.org>, Zubata, Jason K. (CIV) <Jason.K.Zubata@usdoj.gov>, Skedzielewski, Sean (CIV) <Sean.Skedzielewski@usdoj.gov>, DeSimone, Aniello (CIV) <Aniello.DeSimone@usdoj.gov>, Alarcon,

2

Pauline (USACAC) <Pauline.Alarcon@usdoj.gov>, Beck, Daniel (USACAC) <Daniel.Beck@usdoj.gov>, Ensign, Drew C (CIV) <Drew.C.Ensign@usdoj.gov>, Chapman, Ryan (USACAC) <Ryan.Chapman@usdoj.gov>, Groff, Stephanie L. (CIV) <Stephanie.L.Groff@usdoj.gov>, Kim, Bobby <Bobby.Kim@mto.com>, rbrown@publiccounsel.org <rbrown@publiccounsel.org>, spadilla@aclusocal.org <spadilla@aclusocal.org>, ebitran@aclusocal.org <ebitran@aclusocal.org>, dianasanchez@aclusocal.org <dianasanchez@aclusocal.org>, mjoachin@aclusocal.org <mjoachin@aclusocal.org>, Annie Lai <alai@law.uci.edu>, Estrada, Martin <Martin.Estrada@mto.com>, Levin, Daniel <daniel.levin@mto.com>, Schwab, John <John.Schwab@mto.com>, Davis Fisher, Grace <Grace.DavisFisher@mto.com>, Niu, Jin <Jin.Niu@mto.com>, Leal, Roman <Roman.Leal@mto.com>, Xiao, Wendy <Wendy.Xiao@mto.com>, mrosenbaum@publiccounsel.org <mrosenbaum@publiccounsel.org>, mcraig@heckerfink.com <mcraig@heckerfink.com>, Worth, Sara <sara.worth@mto.com>, lwilfong@ndlon.org <lwilfong@ndlon.org>, Kreilkamp, Jacob <jacob.kreilkamp@mto.com>, stacy@tolchinimmigration.com <stacy@tolchinimmigration.com>, Farrell, Alexander (USACAC) <Alexander.Farrell@usdoj.gov>, Bashyrov, Jacob (CIV) <Jacob.Bashyrov@usdoj.gov>, BBernwanger@aclunc.org <BBernwanger@aclunc.org>, bvoatis@aclu-sdic.org <bvoatis@aclu-sdic.org>, Goldenberg, Elaine <elaine.goldenberg@mto.com>, Kreisberg, Jeremy <jeremy.kreisberg@mto.com>, Shreffler, Henry <henry.shreffler@mto.com>, Martin, Paul <paul.martin@mto.com>, mjenkins@heckerfink.com <mjenkins@heckerfink.com>

**Subject:** Perdomo - Draft Protective Order for Plaintiffs' Review

Counsel,

Attached is a draft stipulated protective order for Plaintiffs' review. Please let us know if you have any proposed edits or would like to discuss.

Thank you,
Jonathan

**Jonathan K. Ross**
Senior Litigation Counsel
United States Department of Justice, Civil Division
Office of Immigration Litigation
P.O. Box 868, Ben Franklin Station
Washington, D.C. 20044
P: (202) 305-7662 | F: (202) 305-7000
jonathan.k.ross@usdoj.gov

CONFIDENTIALITY NOTICE: This communication may contain law enforcement sensitive, privileged attorney/client communications or work product, and is not subject to disclosure. It is solely for the use of the intended recipients. Unauthorized interception, review, use or disclosure is prohibited. If you believe that you have received this e-mail in error, please notify the sender immediately, and permanently delete the e-mail, any attachments, and all copies from your computer.