UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

CIVIL MINUTES—GENERAL

| Case No. | 2:25-05605-MEMF-SPx | Date | October 23, 2025 |
|---|---|---|---|
| Title | *Pedro Vasquez Perdomo et al v. Kristi Noem et al.* | Page | 1 of 2 |

| Present: The Honorable | MAAME EWUSI-MENSAH FRIMPONG, UNITED STATES DISTRICT JUDGE |
|---|---|

| Patricia Kim | CourtSmart |
|---|---|
| Deputy Clerk | Court Reporter |

| Attorneys Present for Plaintiff(s) | Attorneys Present for Defendant(s) |
|---|---|
| Ian Robertson | Pauline Alarcon |
| Gina Amato | Jonathan K. Ross |
| Henry Shreffler | Jason K. Zubata |
| Alison Steffel | |
| Alvaro M. Huerta | |
| Mark Rosenbaum | |
| Sophia Wrench | |
| Rebecca Brown | |
| Mohammad Tajsar | |

**Proceedings:** ACCESS/DETENTION PLAINTIFFS' MOTION FOR PRELIMINARY INJUNCTION [127]

The case is called, and counsel make their appearances. Also present are Intervenors' Counsel John L. Schwab, Wendy Q. Xiao, and Brigit G. Alvarez. The Court issues a tentative ruling prior to the hearing. The Court invites counsel to present oral arguments.

Counsel for the Intervenors confirmed that although they joined the Motion, Dkt. No. 147 ("Joinder"), they did not need to be heard on the Motion.

The Court heard from the parties with respect to the Defendants' Ex Parte Application To Strike Plaintiffs' Reply Or, In The Alternative, To Allow Defendants To File Surreply With Evidence, Dkt. No. 198, and the Access/Detention Plaintiffs' Opposition thereto, Dkt. No. 200. The Ex Parte Application is GRANTED IN PART; the Court will not strike the Reply, but will consider the Defendants' Surreply.

For the reasons stated on the record, the Motion is taken under submission. Order to issue.

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

CIVIL MINUTES—GENERAL

| Case No. | 2:25-05605-MEMF-SPx | Date | October 23, 2025 |
|---|---|---|---|
| Title | *Pedro Vasquez Perdomo et al v. Kristi Noem et al.* | Page | 2 of 2 |

The Court heard from Counsel for the Stop/Arrest Plaintiffs, Counsel for the Access/Detention Plaintiffs, and Counsel for the Defendants regarding the timing of the Scheduling Conference in this case. Having heard from the parties, the Court will issue an Order setting the Scheduling Conference for a date in approximately 60 days.

The Court heard from Counsel for the Stop/Arrest Plaintiffs, Counsel for the Access/Detention Plaintiffs, and Counsel for the Defendants regarding the pending dispute between the parties regarding sealing and redaction and redesignation of the case, as set forth in the Joint Status Report at Dkt. No. 172.

Defendants indicated that they intend to file a motion to dismiss the operative complaint. The Court ORDERED the parties to meet and confer regarding a mutually agreeable hearing date and confer with the Courtroom Deputy Clerk about the Court's availability in advance of filing the motion.

All parties confirmed that there are no other matters pending decision before the Court besides the Access/Detention Plaintiffs' Motion for Preliminary Injunction, Dkt. No. 127, and the dispute regarding sealing, redaction, and redesignation, Dkt. No. 172. The parties acknowledged that any disputes regarding expedited discovery shall now be presented to the assigned Magistrate Judge. The Court reiterated that to the extent that any of the plaintiffs seek to supplement the record with respect to the previously filed Arrest/Stop Plaintiffs' Motion for Preliminary Injunction or the Class Certification Motion, the Court will expect the parties to meet and confer and file a new motion. Accordingly, those motions will currently be held in abeyance and if and when new motions are filed, those motions will be denied as moot.

**IT IS SO ORDERED**.