UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

**FILED**

OCT 21 2025

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

|  |  |
|---|---|
| PEDRO VASQUEZ PERDOMO; et al., | No. 25-4312 |
| Plaintiffs - Appellees, | D.C. No. 2:25-cv-05605-MEMF-SP Central District of California, Los Angeles |
| v. | |
| KRISTI NOEM, Secretary, Department of Homeland Security; et al., | ORDER |
| Defendants - Appellants. | |

Before: GOULD, BERZON, and SUNG, Circuit Judges.

The Court remands the appeal in part to allow the district court to dissolve the Fourth Amendment TRO. The Court will hold the Fifth Amendment portion of this appeal in abeyance pending the district court's disposition of the pending preliminary-injunction motion. Plaintiffs-Appellees are ordered to file a status report with this Court either within seven days of a ruling by the district court on the preliminary injunction or thirty days after this order is filed, whichever comes first.