# Exhibit 1

**From:** Ross, Jonathan K. (CIV)
**To:** Worth, Sara; Annie Lai; Estrada, Martin; Xiao, Wendy; Mohammad Tajsar; Davis Fisher, Grace; Davis, Tiberius (CIV); Zubata, Jason K. (CIV); DeSimone, Aniello (CIV); Beck, Daniel (USACAC); Groff, Stephanie L. (CIV); Bashyrov, Jacob (CIV); Skedzielewski, Sean (CIV); Chapman, Ryan (USACAC); Farrell, Alexander (USACAC); Molina, Ernesto H. (CIV); Worth, Sara; Mayra Joachin; mcraig; Helia Bidad; Mark Rosenbaum; Rebecca Brown; Eva Bitran; Lauren Wilfong; Bushell, Maggie; Groves, Kyle; Shreffler, Henry; Levin, Daniel; Schwab, John; Leal, Roman; Hansen, Becca; Kim, Bobby; Niu, Jin; Kreilkamp, Jacob; Fry, David
**Subject:** Defendants' First Document Production
**Date:** Tuesday, November 4, 2025 9:46:31 PM
**Attachments:** shield-advisory.png
chevron-light.png

External email

Counsel,

Pursuant to the Court's order (ECF No. 227), requiring Defendants to produce documents responsive to Plaintiffs' RFPs on a rolling basis and to include by November 4, 2025, those materials relied upon in opposing the TRO and preliminary injunction motions, and as the parties previously agreed to electronic service, Defendants hereby serve their first production.

As Plaintiffs represented to the Court, and consistent with the parties' understanding, the terms of the protective order will apply to this production.

The production is available for download at the following link:
https://jefs.box.com/s/0cd6nhr0gd423byvqdm18i428rlvx0ye

A separate email will follow with the password to access the file.

Sincerely,
Jonathan Ross

**Jonathan K. Ross**
Senior Litigation Counsel
United States Department of Justice, Civil Division
Office of Immigration Litigation
P.O. Box 868, Ben Franklin Station
Washington, D.C. 20044
P: (202) 305-7662 | F: (202) 305-7000
jonathan.k.ross@usdoj.gov

CONFIDENTIALITY NOTICE: This communication may contain law enforcement sensitive, privileged attorney/client communications or work product, and is not subject to disclosure. It is solely for the use of the intended recipients. Unauthorized interception, review, use or disclosure is prohibited. If you believe that you have received this e-mail in error, please notify the sender immediately, and permanently delete the e-mail, any attachments, and all copies from your computer.