# Exhibit 2

| | |
|---|---|
| 1 | A/C and WP |
| 2 | |
| 3 | |
| 4 | |
| 7 | |
| 8 | |


GOV-00000173

| | |
|---|---|
| | A/C and WP |
| 9 | |
| 10 | |

# A/C and WP

11

| | |
|---|---|
| | A/C and WP |
| 12 | |
| 13 | |

| |
|---|
| |
| 15 |
| 21 |

# A/C and WP

| |
|---|
| |
| 22 |
| 27 |

A/C and WP

**A/C and WP**