# Exhibit 3

# C550
# Unit 2
# Seizures

U.S. Customs and Border Protection

This document contains attorney work-product and/or privileged attorney-client communication. It may not be disclosed outside of CBP without the prior written approval of the Commissioner or Chief Counsel. (202) 344-2940

## Unit 2: Seizures

[redacted]



This document contains attorney work-product and/or privileged attorney-client communication. It may not be disclosed outside of CBP without the prior written approval of the Commissioner or Chief Counsel. (202) 344-2940

CONFIDENTIAL



GOV-00000025