# Exhibit 4

**CBPOBT**

# U.S. Customs and Border Protection
# Officer Basic Training Academy

**TRAEN Code: 072056**

**Module: Primary**

# C550 Law Enforcement Authority

**Trainee Guide**
**Version 25.3**

U.S. Customs and Border Protection

Vigilance ★ Service ★ Integrity

*FOR OFFICIAL USE ONLY*

*This material has been designated as "Official Use Only—Sensitive But Not Classified." Do not distribute outside Customs and Border Protection.*

This material was designed specifically for training purposes only. Under no circumstances should the contents be used or cited as authority for setting or sustaining a technical position.


This document contains attorney work-product and/or privileged attorney-client communication. It may not be disclosed outside of CBP without the prior written approval of the Commissioner or Chief Counsel. (202) 344-2940

CONFIDENTIAL 
GOV-00000023

## U.S. Customs and Border Protection
## Officer Basic Training Academy

**Module: Primary**

# MOBILE FIELD FORCE TRAINING PROGRAM (MFFTP)

# C490

**OCC**
**Instructor**
**Guide**
**Version 25.3**

***FOR OFFICIAL USE ONLY***

*This material has been designated as "Official Use Only—Sensitive But Not Classified." Do not distribute outside Customs and Border Protection.*

This material was designed specifically for training purposes only. Under no circumstances should the contents be used or cited as authority for setting or sustaining a technical position.

U.S. Customs and Border Protection

**Vigilance ★ Service ★ Integrity**


GOV-00000018

# Enforcement Law Course

## AMBTP 5000

## Unit 2: The Fourth Amendment

1

**Unit 2: The Fourth Amendment**

[redacted]



This document contains attorney work-product and/or privileged attorney-client communication. It may not be disclosed outside of the CBP without the prior written approval of the Commissioner or Chief Counsel. (202) 344-2940

CONFIDENTIAL GOV-00000009

GOV-00000009

# Enforcement Law Course
AMBTP 5000
## Unit 12
## AMO Authorities: INA/Title 8 and Title 19

This document contains attorney client work product and/or privileged attorney/client communication. It is not available for release, disclosure, or use outside of Customs and Border Protection (CBP) without the express prior approval of the Commissioner of CBP and the Office of the Chief Counsel. (202) 344-2940.

**Instructor Guidance**

**Unit 12 – AMO Authorities under the INA/Title 8 and Title 19**

[redacted]


This document contains attorney work-product and/or privileged attorney-client communication. It may not be disclosed outside of the CBP without the prior written approval of the Commissioner or Chief Counsel. (202) 344-2940


GOV-00000012