# Exhibit 8

**REDACTED VERSION OF DOCUMENT PROPOSED TO BE FILED UNDER SEAL**

| DOCID | Production::Productio | Production::Begin B | Production::End B | DOCDATE | FROM | To | CC | BCC | TAG - Privilege | TAG - Privilege Description |
|---|---|---|---|---|---|---|---|---|---|---|
| ICE_00000001 | GOV PROD VOL001 | GOV-00000031 | GOV-00000062 | 6/5/2025 | ICE, OPLA | ICE Employees in Homeland Security Investigations | | | AC - Attorney Client Privilege;WP - Work Produce | PII information to be marked as "Confidential" under the current Protective Order.<br><br>ACC - Legal advice provided by ICE attorneys on 4th Amendment law<br><br>WP - Presentation created for training purposes by ICE attorneys |
| ICE_00000002 | GOV PROD VOL001 | GOV-00000063 | GOV-00000069 | 2/6/2025 | ICE, OPLA | ICE Employees in Enforcement and Removal Operations - Los Angeles | | | AC - Attorney Client Privilege;WP - Work Produce | AC - Legal advice provided by ICE attorneys on 4th Amendment law<br><br>WP - Presentation and presentation notes for training created by ICE attorneys |
| ICE_00000003 | GOV PROD VOL001 | GOV-00000070 | GOV-00000170 | 5/13/2025 | ICE, OPLA | ICE, OPLA | | | AC - Attorney Client Privilege;WP - Work Produce | ACC - Legal advice provided by ICE attorneys on 4th Amendment law<br><br>WP - Presentation created for training purposes by ICE attorneys |
| ICE_00000004 | GOV PROD VOL001 | GOV-00000171 | GOV-00000172 | 9/24/2025 | ICE, OPLA | ICE, OPLA | | | AC - Attorney Client Privilege;LEP - Law Enforcement Privilege;WP - Work Produce | LEP - Redacted internal names, email addresses, and phone numbers<br><br>ACC - Legal advice provided by ICE attorneys to the clients regarding the July 11 TRO<br><br>WP - Legal guidance created by ICE attorneys regarding the July 11 TRO |
| ICE_00000005 | GOV PROD VOL001 | GOV-00000173 | GOV-00000179 | 6/5/2025 | ICE, OPLA | ICE, OPLA | | | AC - Attorney Client Privilege;WP - Work Produce | ACC - Legal advice provided by ICE attorneys on 4th Amendment law<br><br>WP - Presentation and presentation notes created for training purposes by ICE attorneys |
| ICE_00000006 | GOV PROD VOL001 | GOV-00000180 | GOV-00000259 | 11/6/2024 | ICE, OPLA | ICE, OPLA | | | AC - Attorney Client Privilege;WP - Work Produce | ACC - Legal advice provided by ICE attorneys on 4th Amendment law<br><br>WP - Presentation and presentation notes created for training purposes by ICE attorneys |
| ICE_00000007 | GOV PROD VOL001 | GOV-00000260 | GOV-00000273 | 5/12/2025 | ICE, OPLA | ICE OPLA and ERO Employees in Los Angeles AOR | | | AC - Attorney Client Privilege;WP - Work Produce | ACC - Legal advice provided by ICE attorneys on 4th Amendment law<br>WP - Presentation created for training purposes by ICE attorneys |

| | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| ICE_00000008 | GOV PROD VOL001 | GOV-00000274 | GOV-00000275 | 6/4/2025 | [redacted] | [redacted] | [redacted] | | PII Information | PII information to be marked as "Confidential" under the current Protective Order. |
| CBP_00000005 | GOV PROD VOL001 | GOV-00000008 | GOV-00000008 | 10/29/2025 | | | | | AC - Attorney Client Privilege;WP - Work Produce | ACP and AWP – information created, drafted, prepared, delivered by CBP attorney for the purpose of providing legal advice to the client. |
| CBP_00000006 | GOV PROD VOL001 | GOV-00000009 | GOV-00000009 | 10/29/2025 | | | | | AC - Attorney Client Privilege;WP - Work Produce | ACP and AWP – information created, drafted, prepared, delivered by CBP attorney for the purpose of providing legal advice to the client. |
| CBP_00000009 | GOV PROD VOL001 | GOV-00000012 | GOV-00000012 | 10/29/2025 | | | | | AC - Attorney Client Privilege;WP - Work Produce | AC and WP because created, drafted, prepared, and delivered by CBP attorneys for purpose of providing legal advice to client. |
| CBP_00000010 | GOV PROD VOL001 | GOV-00000013 | GOV-00000013 | 10/29/2025 | | | | | AC - Attorney Client Privilege;WP - Work Produce | AC and WP because created, drafted, prepared, and delivered by CBP attorneys for purpose of providing legal advice to client. |
| CBP_00000017 | GOV PROD VOL001 | GOV-00000020 | GOV-00000020 | 10/29/2025 | | | | | AC - Attorney Client Privilege;WP - Work Produce | AC and WP because created, drafted, prepared, and delivered by CBP attorneys for purpose of providing legal advice to client. |
| CBP_00000018 | GOV PROD VOL001 | GOV-00000021 | GOV-00000021 | 10/29/2025 | | | | | AC - Attorney Client Privilege;WP - Work Produce | AC and WP because created, drafted, prepared, and delivered by CBP attorneys for purpose of providing legal advice to client. |
| CBP_00000021 | GOV PROD VOL001 | GOV-00000024 | GOV-00000024 | 10/29/2025 | | | | | AC - Attorney Client Privilege;WP - Work Produce | AC and WP because created, drafted, prepared, and delivered by CBP attorneys for purpose of providing legal advice to client. |

| | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| CBP_00000022 | GOV PROD VOL001 | GOV-00000025 | GOV-00000025 | 10/29/2025 | | | | | AC - Attorney Client Privilege;WP - Work Produce | AC and WP because created, drafted, prepared, and delivered by CBP attorneys for purpose of providing legal advice to client. |
| CBP_00000023 | GOV PROD VOL001 | GOV-00000026 | GOV-00000026 | 10/29/2025 | | | | | AC - Attorney Client Privilege;WP - Work Produce | AC and WP because created, drafted, prepared, and delivered by CBP attorneys for purpose of providing legal advice to client. |
| CBP_00000024 | GOV PROD VOL001 | GOV-00000027 | GOV-00000027 | 10/29/2025 | | | | | AC - Attorney Client Privilege;WP - Work Produce | AC and WP because created, drafted, prepared, and delivered by CBP attorneys for purpose of providing legal advice to client. |