# Exhibit 10

| Bates Number | Document Title | Document Date | From | To | Author | Subject | Applicable Privileges | Privilege Description |
|---|---|---|---|---|---|---|---|---|
| | Instructions on TRO in Perdomo v. Noem | Undated (Distributed on July 15, 2025) | Office of Chief Counsel, CBP | Operation at Large CBP Employees operating in Central District of California | Office of Chief Counsel, CBP | Guidance re TRO issued by District Court in Perdomo v. Noem | Attorney-Client Privilege | Document created by CBP attorneys to provide legal advice to client CBP employees |
| | Updated Instructions on TRO in Perdomo v. Noem | Undated (Distributed on August 5, 2025) | Office of Chief Counsel, CBP | Operation at Large CBP Employees operating in Central District of California | Office of Associate Chief Counsel, | Guidance re Denial of stay of TRO by Ninth Circuit in Perdomo v. Noem | Attorney-Client Privilege | Document created by CBP attorneys to provide legal advice to client CBP employees |
| | C490 Mobile Field Force trainee guide (48 pages) | Current version post-January 20, 2025 | Office of Chief Counsel, CBP | CBP Employees at OFO Academy | Office of Chief Counsel, CBP | Training materials responsive to Expedited RFP No. 1 | Attorney-Client Privilege; Attorney Work Product | Training materials created, drafted, prepared, and delivered by CBP attorneys for purpose of providing legal advice to client CBP employees |
| | C490 Mobile Field Force instructor guide (50 pages) | Current version post-January 20, 2025 | Office of Chief Counsel, CBP | Office of Chief Counsel, CBP | Office of Chief Counsel, CBP | Training materials responsive to Expedited R | Attorney-Client Privilege; Attorney Work Product | Training materials created, drafted, prepared, and delivered by CBP attorneys for purpose of providing legal advice to client CBP employees |
| | C500 Introduction to U.S. Government Law Unit 3 - Law Enforcement Authority trainee guide (28 pages) | Current version post-January 20, 2025 | Office of Chief Counsel, CBP | CBP Employees at OFO Academy | Office of Chief Counsel, CBP | Training materials responsive to Expedited R | Attorney-Client Privilege; Attorney Work Product | Training materials created, drafted, prepared, and delivered by CBP attorneys for purpose of providing legal advice to client CBP employees |
| | C500 Introduction to U.S. Government Law Unit 3 - Law Enforcement Authority instructor guide (31 pages) | Current version post-January 20, 2025 | Office of Chief Counsel, CBP | Office of Chief Counsel, CBP | Office of Chief Counsel, CBP | Training materials responsive to Expedited R | Attorney-Client Privilege; Attorney Work Product | Training materials created, drafted, prepared, and delivered by CBP attorneys for purpose of providing legal advice to client CBP employees |
| | C550 Law Enforcement Authority Unit 1 - Introduction trainee guide (45 pages) | Current version post-January 20, 2025 | Office of Chief Counsel, CBP | CBP Employees at OFO Academy | Office of Chief Counsel, CBP | Training materials responsive to Expedited R | Attorney-Client Privilege; Attorney Work Product | Training materials created, drafted, prepared, and delivered by CBP attorneys for purpose of providing legal advice to client CBP employees |
| | C550 Law Enforcement Authority Unit 1 - Introduction instructor guide (47 pages) | Current version post-January 20, 2025 | Office of Chief Counsel, CBP | Office of Chief Counsel, CBP | Office of Chief Counsel, CBP | Training materials responsive to Expedited R | Attorney-Client Privilege; Attorney Work Product | Training materials created, drafted, prepared, and delivered by CBP attorneys for purpose of providing legal advice to client CBP employees |
| | C550 Law Enforcement Authority Unit 2 - Seizures trainee guide (33 pages) | Current version post-January 20, 2025 | Office of Chief Counsel, CBP | CBP Employees at OFO Academy | Office of Chief Counsel, CBP | Training materials responsive to Expedited R | Attorney-Client Privilege; Attorney Work Product | Training materials created, drafted, prepared, and delivered by CBP attorneys for purpose of providing legal advice to client CBP employees |
| | C550 Law Enforcement Authority Unit 2 - Seizures instructor guide (33 pages) | Current version post-January 20, 2025 | Office of Chief Counsel, CBP | Office of Chief Counsel, CBP | Office of Chief Counsel, CBP | Training materials responsive to Expedited R | Attorney-Client Privilege; Attorney Work Product | Training materials created, drafted, prepared, and delivered by CBP attorneys for purpose of providing legal advice to client CBP employees |
| | C550 Law Enforcement Authority Unit 12 - Review trainee guide (16 pages) | Current version post-January 20, 2025 | Office of Chief Counsel, CBP | CBP Employees at OFO Academy | Office of Chief Counsel, CBP | Training materials responsive to Expedited R | Attorney-Client Privilege; Attorney Work Product | Training materials created, drafted, prepared, and delivered by CBP attorneys for purpose of providing legal advice to client CBP employees |
| | C550 Law Enforcement Authority Unit 12 - Review instructor guide (16 pages) | Current version post-January 20, 2025 | Office of Chief Counsel, CBP | Office of Chief Counsel, CBP | Office of Chief Counsel, CBP | Training materials responsive to Expedited R | Attorney-Client Privilege; Attorney Work Product | Training materials created, drafted, prepared, and delivered by CBP attorneys for purpose of providing legal advice to client CBP employees |
| | AMB 5000 Enforcement Law Course - Unit 2 The Fourth Amendment student guide (47 pages) | Current version post-January 20, 2025 | Office of Chief Counsel, CBP | CBP Employees in Air & Marine Operations Training Program | Office of Chief Counsel, CBP | Training materials responsive to Expedited R | Attorney-Client Privilege; Attorney Work Product | Training materials created, drafted, prepared, and delivered by CBP attorneys for purpose of providing legal advice to client CBP employees |
| | AMB 5000 Enforcement Law Course - Unit 2 The Fourth Amendment instructor guide (48 pages) | Current version post-January 20, 2025 | Office of Chief Counsel, CBP | Office of Chief Counsel, CBP | Office of Chief Counsel, CBP | Training materials responsive to Expedited R | Attorney-Client Privilege; Attorney Work Product | Training materials created, drafted, prepared, and delivered by CBP attorneys for purpose of providing legal advice to client CBP employees |
| | AMB 5000 Enforcement Law Course - Unit 7 Regulatory Searches and Seizures student guide (54 pages) | Current version post-January 20, 2025 | Office of Chief Counsel, CBP | CBP Employees in Air & Marine Operations Training Program | Office of Chief Counsel, CBP | Training materials responsive to Expedited R | Attorney-Client Privilege; Attorney Work Product | Training materials created, drafted, prepared, and delivered by CBP attorneys for purpose of providing legal advice to client CBP employees |
| | AMB 5000 Enforcement Law Course - Unit 7 Regulatory Searches and Seizures instructor guide (55 pages) | Current version post-January 20, 2025 | Office of Chief Counsel, CBP | Office of Chief Counsel, CBP | Office of Chief Counsel, CBP | Training materials responsive to Expedited R | Attorney-Client Privilege; Attorney Work Product | Training materials created, drafted, prepared, and delivered by CBP attorneys for purpose of providing legal advice to client CBP employees |
| | AMB 5000 Enforcement Law Course - Unit 12 AMO Authorities: INA/Title 8 and Title 19 student guide (33 pages) | Current version post-January 20, 2025 | Office of Chief Counsel, CBP | CBP Employees in Air & Marine Operations Training Program | Office of Chief Counsel, CBP | Training materials responsive to Expedited R | Attorney-Client Privilege; Attorney Work Product | Training materials created, drafted, prepared, and delivered by CBP attorneys for purpose of providing legal advice to client CBP employees |
| | AMB 5000 Enforcement Law Course - Unit 12 AMO Authorities: INA/Title 8 and Title 19 instructor guide (32 pages) | Current version post-January 20, 2025 | Office of Chief Counsel, CBP | Office of Chief Counsel, CBP | Office of Chief Counsel, CBP | Training materials responsive to Expedited R | Attorney-Client Privilege; Attorney Work Product | Training materials created, drafted, prepared, and delivered by CBP attorneys for purpose of providing legal advice to client CBP employees |
| | AMB 5000 Enforcement Law Course - Unit 14 Knowledge Check and Review student guide (72 pages) | Current version post-January 20, 2025 | Office of Chief Counsel, CBP | CBP Employees in Air & Marine Operations Training Program | Office of Chief Counsel, CBP | Training materials responsive to Expedited R | Attorney-Client Privilege; Attorney Work Product | Training materials created, drafted, prepared, and delivered by CBP attorneys for purpose of providing legal advice to client CBP employees |
| | AMB 5000 Enforcement Law Course - Unit 14 Knowledge Check and Review instructor guide (69 pages) | Current version post-January 20, 2025 | Office of Chief Counsel, CBP | Office of Chief Counsel, CBP | Office of Chief Counsel, CBP | Training materials responsive to Expedited R | Attorney-Client Privilege; Attorney Work Product | Training materials created, drafted, prepared, and delivered by CBP attorneys for purpose of providing legal advice to client CBP employees |
| | Legal Refresher: First Amendment and Fourth Amendment Considerations (with instructor notes) (37 pages) | 13-Jun-25 | Office of Chief Counsel, CBP | CBP Law Enforcement Employees & Office of Chief Counsel, CBP | Office of Chief Counsel, CBP | Training materials responsive to Expedited R | Attorney-Client Privilege; Attorney Work Product | Training materials created, drafted, prepared, and delivered by CBP attorneys for purpose of providing legal advice to client CBP employees |
| | Legal Refresher: First Amendment and Fourth Amendment Considerations Student Copy (14 pages) | 30-Jun-25 | Office of Chief Counsel, CBP | CBP Law Enforcement Employees | Office of Chief Counsel, CBP | Training materials responsive to Expedited R | Attorney-Client Privilege; Attorney Work Product | Training materials created, drafted, prepared, and delivered by CBP attorneys for purpose of providing legal advice to client CBP employees |
| | Legal Refresher: First Amendment and Fourth Amendment Considerations Instructor Copy | 30-Jun-25 | Office of Chief Counsel, CBP | Office of Chief Counsel, CBP | Office of Chief Counsel, CBP | Training materials responsive to Expedited R | Attorney-Client Privilege; Attorney Work Product | Training materials created, drafted, prepared, and delivered by CBP attorneys for purpose of providing legal advice to client CBP employees |
| | Advanced Enforcement Operations Training Program (AEOTP) Legal Training: Fourth Amendment (164 pages) | Current version post-January 20, 2025 | Office of Chief Counsel, CBP | CBP Law Enforcement Employees | Office of Chief Counsel, CBP | Training materials responsive to Expedited R | Attorney-Client Privilege; Attorney Work Product | Training materials created, drafted, prepared, and delivered by CBP attorneys for purpose of providing legal advice to client CBP employees |
| | AEOTP Legal Training: Fourth Amendment with instructors' notes (164 pages) | Current version post-January 20, 2025 | Office of Chief Counsel, CBP | Office of Chief Counsel, CBP | Office of Chief Counsel, CBP | Training materials responsive to Expedited R | Attorney-Client Privilege; Attorney Work Product | Training materials created, drafted, prepared, and delivered by CBP attorneys for purpose of providing legal advice to client CBP employees |
| | AEOTP Report Writing (10 pages) | Current version post-January 20, 2025 | Office of Chief Counsel, CBP | CBP Law Enforcement Employees | Office of Chief Counsel, CBP | Training materials responsive to Expedited R | Attorney-Client Privilege; Attorney Work Product | Training materials created, drafted, prepared, and delivered by CBP attorneys for purpose of providing legal advice to client CBP employees |
| | Fourth Amendment Refresher Training (42 pages) | Current version post-January 20, 2025 | Office of Chief Counsel, CBP | CBP Border Patrol Employees in El Centro Sector | Office of Chief Counsel, CBP | | Attorney-Client Privilege; Attorney Work Product; Deliberative Process Privilege | Training materials & Pre-decisional comments created, drafted, prepared, and delivered by CBP attorneys for purpose of providing legal advice to client CBP employees |
| | Applied Authorities legal training (143 pages) | Current version post-January 20, 2025 | Office of Chief Counsel, CBP | CBP Border Patrol Employees | Office of Chief Counsel, CBP | Training materials responsive to Expedited R | Attorney-Client Privilege; Attorney Work Product | Training materials created, drafted, prepared, and delivered by CBP attorneys for purpose of providing legal advice to client CBP employees |
| | Applied Authorities legal training instructor guide (890 pages) | Current version post-January 20, 2025 | Office of Chief Counsel, CBP | Office of Chief Counsel, CBP | Office of Chief Counsel, CBP | Training materials responsive to Expedited R | Attorney-Client Privilege; Attorney Work Product | Training materials created, drafted, prepared, and delivered by CBP attorneys for purpose of providing legal advice to client CBP employees |
| | Fourth Amendment course for Course Developer/Instructor (68 pages) | 2022 - in effect in 2025 | Office of Chief Counsel, CBP | Office of Chief Counsel, CBP | Office of Chief Counsel, CBP | Training materials responsive to Expedited R | Attorney-Client Privilege; Attorney Work Product | Training materials created, drafted, prepared, and delivered by CBP attorneys for purpose of providing legal advice to client CBP employees |
| | Driving Instructors Legal Refresher (26 pages) | Current version post-January 20, 2025 | Office of Chief Counsel, CBP | CBP Border Patrol Employees | Office of Chief Counsel, CBP | Training materials responsive to Expedited R | Attorney-Client Privilege; Attorney Work Product | Training materials created, drafted, prepared, and delivered by CBP attorneys for purpose of providing legal advice to client CBP employees |