# Exhibit 11

**From:** Worth, Sara
**To:** Ross, Jonathan K. (CIV); Zubata, Jason K. (CIV); Annie Lai; Estrada, Martin; Xiao, Wendy; Mohammad Tajsar; Davis Fisher, Grace; Davis, Tiberius (CIV); DeSimone, Aniello (CIV); Beck, Daniel (USACAC); Groff, Stephanie L. (CIV); Bashyrov, Jacob (CIV); Skedzielewski, Sean (CIV); Chapman, Ryan (USACAC); Farrell, Alexander (USACAC); Molina, Ernesto H. (CIV); Mayra Joachin; mcraig; Helia Bidad; Mark Rosenbaum; Rebecca Brown; Eva Bitran; Lauren Wilfong; Bushell, Maggie; Groves, Kyle; Shreffler, Henry; Levin, Daniel; Schwab, John; Hansen, Becca; Kim, Bobby; Niu, Jin; Kreilkamp, Jacob; Fry, David; Kuhn, Lauren
**Subject:** RE: Defendants' First Document Production
**Date:** Tuesday, November 11, 2025 1:44:57 PM
**Attachments:** 4A Training - Slides (OPLA) (June 2021).pdf

---

Hi Jonathan,

Our concerns about the scope and content of your production were outlined in our letter of last Thursday. You were unable to answer our questions about the formatting and content of the three privilege logs served last Friday and indicated that you needed to go back to the client agencies. You noted that you and your colleague were taking notes on the call but requested that Plaintiffs memorialize the questions we discussed. As we were all party to the conversation and we transmitted our letter last Thursday, there certainly has been no prejudicial delay.

**Multiple Logs**

1. We asked why you produced three different privilege logs: CBP1, CBP2, and ICE. We noted that it appears identical documents appear on more than one of these privilege logs. For example, the document in row four of the CBP1 log is described as "training prepared by ICE." The ICE log contains a document with the same description. Please confirm whether these entries correspond to the same document and if so, please explain why the document appears on multiple privilege logs.

2. We asked whether plaintiffs may infer that a document was in both CPB and ICE's possession at the time of collection if that document appears on both the CPB and ICE logs. We asked if CBP is asserting privilege over ICE documents and visa-versa.

3. We asked, when the same document appears on multiple privilege logs, which log reflects the government's position regarding the asserted privilege and any other document characteristics.

**Missing Information**

4. We asked why the privilege log titled CBP2 does not include Bates numbers, and you said you would ask the agency. Please provide Bates numbers so it is clear which privilege objections apply to each document.

5. We noted that the privilege logs are missing key email metadata fields, including the sender ("from"), recipients ("to"), and subject line. Non-email communications, such as trainings, are missing authors.

    a. Relatedly, all three privilege logs use the generic term "clients" without specifying the recipients of a communication or document. For example, the ICE log and CBP1 log state, "legal advice provided by ICE attorneys to the clients" and "delivered by CBP attorney for the purpose of providing legal advice to the client." We asked who specifically is included in "the client(s)"?

6. Some entries invoke the work product doctrine. We asked you to identify the litigation context that supplies the necessary predicate for a work product designation. You stated that you would ask the agencies for the most accurate response to that question.

We also provided more information about the OPLA training document that was produced in *Kidd* and are attaching it here for your reference. If you require any other information about *Kidd*, please let us know.

We look forward to your responses by COB Wednesday so we can streamline the joint stipulation.

Thanks,
Sara

**Sara Worth** | **Munger, Tolles & Olson LLP**
350 South Grand Avenue | Los Angeles, CA 90071
Tel: 213.683.9599 | Sara.Worth@mto.com | www.mto.com

****NOTICE****
*This message is confidential and may contain information that is privileged, attorney work product or otherwise exempt from disclosure under applicable law. It is not intended for transmission to, or receipt by, any unauthorized person. If you have received this message in error, do not read it. Please delete it without copying it, and notify the sender by separate e-mail so that our address record can be corrected. Thank you.*

---

**From:** Ross, Jonathan K. (CIV) <Jonathan.K.Ross@usdoj.gov>
**Sent:** Tuesday, November 11, 2025 10:26 AM
**To:** Zubata, Jason K. (CIV) <Jason.K.Zubata@usdoj.gov>; Worth, Sara <Sara.Worth@mto.com>; Annie

Lai <alai@law.uci.edu>; Estrada, Martin <Martin.Estrada@mto.com>; Xiao, Wendy <Wendy.Xiao@mto.com>; Mohammad Tajsar <mtajsar@aclusocal.org>; Davis Fisher, Grace <Grace.DavisFisher@mto.com>; Davis, Tiberius (CIV) <Tiberius.Davis@usdoj.gov>; DeSimone, Aniello (CIV) <Aniello.DeSimone@usdoj.gov>; Beck, Daniel (USACAC) <Daniel.Beck@usdoj.gov>; Groff, Stephanie L. (CIV) <Stephanie.L.Groff@usdoj.gov>; Bashyrov, Jacob (CIV) <Jacob.Bashyrov@usdoj.gov>; Skedzielewski, Sean (CIV) <Sean.Skedzielewski@usdoj.gov>; Chapman, Ryan (USACAC) <Ryan.Chapman@usdoj.gov>; Farrell, Alexander (USACAC) <Alexander.Farrell@usdoj.gov>; Molina, Ernesto H. (CIV) <Ernesto.H.Molina@usdoj.gov>; Mayra Joachin <MJoachin@aclusocal.org>; mcraig <mcraig@heckerfink.com>; Helia Bidad <hbidad@heckerfink.com>; Mark Rosenbaum <mrosenbaum@publiccounsel.org>; Rebecca Brown <rbrown@publiccounsel.org>; Eva Bitran <EBitran@aclusocal.org>; Lauren Wilfong <lwilfong@ndlon.org>; Bushell, Maggie <Maggie.Bushell@mto.com>; Groves, Kyle <Kyle.Groves@mto.com>; Shreffler, Henry <Henry.Shreffler@mto.com>; Levin, Daniel <daniel.levin@mto.com>; Schwab, John <John.Schwab@mto.com>; Hansen, Becca <Rebecca.Hansen@mto.com>; Kim, Bobby <Bobby.Kim@mto.com>; Niu, Jin <Jin.Niu@mto.com>; Kreilkamp, Jacob <Jacob.Kreilkamp@mto.com>; Fry, David <David.Fry@mto.com>; Kuhn, Lauren <Lauren.Kuhn@mto.com>
**Subject:** RE: Defendants' First Document Production

Counsel,

We write to follow up after yesterday's meet and confer. Plaintiffs discussed the items raised in their recent letter, and it appeared that we were able to resolve or narrow several of Plaintiffs' concerns.

As we shared on the call, Defendants maintain that they are in full compliance with the Court's discovery orders (ECF Nos. 223 and 227), including the timely production of materials, and continue to stand behind the redactions made to protect privileged and sensitive information.

Plaintiffs also raised several questions during the call that required us to consult with our client agencies. To help ensure accurate and complete responses, we asked Plaintiffs to put their questions in writing. Plaintiffs agreed to send us the complete list of their questions by the end of the day Monday. Unfortunately, we have not yet received Plaintiffs' follow-up. Timely provision of Plaintiffs' questions is necessary to allow Defendants to confer with ICE, CBP, and DHS, and provide complete responses as part of the ongoing meet and confer process to resolve or narrow issues without court involvement.

Defendants remain committed to addressing any outstanding issues in good faith and to continuing a constructive dialogue as discovery proceeds.

Sincerely,
Jonathan Ross

**Jonathan K. Ross**
P: (202) 305-7662

---

**From:** Zubata, Jason K. (CIV) <Jason.K.Zubata@usdoj.gov>
**Sent:** Friday, November 7, 2025 9:39 PM
**To:** Worth, Sara <Sara.Worth@mto.com>; Ross, Jonathan K. (CIV) <Jonathan.K.Ross@usdoj.gov>; Annie Lai <alai@law.uci.edu>; Estrada, Martin <Martin.Estrada@mto.com>; Xiao, Wendy <Wendy.Xiao@mto.com>; Mohammad Tajsar <mtajsar@aclusocal.org>; Davis Fisher, Grace <Grace.DavisFisher@mto.com>; Davis, Tiberius (CIV) <Tiberius.Davis@usdoj.gov>; DeSimone, Aniello (CIV) <Aniello.DeSimone@usdoj.gov>; Beck, Daniel (USACAC) <Daniel.Beck@usdoj.gov>; Groff, Stephanie L. (CIV) <Stephanie.L.Groff@usdoj.gov>; Bashyrov, Jacob (CIV) <Jacob.Bashyrov@usdoj.gov>; Skedzielewski, Sean (CIV) <Sean.Skedzielewski@usdoj.gov>; Chapman, Ryan (USACAC) <Ryan.Chapman@usdoj.gov>; Farrell, Alexander (USACAC) <Alexander.Farrell@usdoj.gov>; Molina, Ernesto H. (CIV) <Ernesto.H.Molina@usdoj.gov>; Mayra Joachin <MJoachin@aclusocal.org>; mcraig <mcraig@heckerfink.com>; Helia Bidad <hbidad@heckerfink.com>; Mark Rosenbaum <mrosenbaum@publiccounsel.org>; Rebecca Brown <rbrown@publiccounsel.org>; Eva Bitran <EBitran@aclusocal.org>; Lauren Wilfong <lwilfong@ndlon.org>; Bushell, Maggie <Maggie.Bushell@mto.com>; Groves, Kyle <Kyle.Groves@mto.com>; Shreffler, Henry <Henry.Shreffler@mto.com>; Levin, Daniel <daniel.levin@mto.com>; Schwab, John <John.Schwab@mto.com>; Hansen, Becca <Rebecca.Hansen@mto.com>; Kim, Bobby <Bobby.Kim@mto.com>; Niu, Jin <Jin.Niu@mto.com>; Kreilkamp, Jacob <Jacob.Kreilkamp@mto.com>; Fry, David <David.Fry@mto.com>; Kuhn, Lauren <Lauren.Kuhn@mto.com>
**Subject:** RE: Defendants' First Document Production

Good evening, Counsel,

Attached is Defendants' letter responding to Plaintiffs' November 5 correspondence.

Best,

Jason Zubata
Trial Attorney
United States Department of Justice, Civil Division
Office of Immigration Litigation, General Litigation and Appeals Section
P.O. Box 868, Ben Franklin Station
Washington, DC 20044
Jason.K.Zubata@usdoj.gov
P: (202) 532-4143 | F: (202) 305-7000

CONFIDENTIALITY NOTICE: This communication may contain law enforcement sensitive, privileged attorney/client

communications or work product, and is not subject to disclosure. It is solely for the use of the intended recipients. Unauthorized interception, review, use or disclosure is prohibited. If you believe that you have received this e-mail in error, please notify the sender immediately, and permanently delete the e-mail, any attachments, and all copies from your computer.

---

**From:** Worth, Sara <Sara.Worth@mto.com>
**Sent:** Wednesday, November 5, 2025 9:00 PM
**To:** Ross, Jonathan K. (CIV) <Jonathan.K.Ross@usdoj.gov>; Annie Lai <alai@law.uci.edu>; Estrada, Martin <Martin.Estrada@mto.com>; Xiao, Wendy <Wendy.Xiao@mto.com>; Mohammad Tajsar <mtajsar@aclusocal.org>; Davis Fisher, Grace <Grace.DavisFisher@mto.com>; Davis, Tiberius (CIV) <Tiberius.Davis@usdoj.gov>; Zubata, Jason K. (CIV) <Jason.K.Zubata@usdoj.gov>; DeSimone, Aniello (CIV) <Aniello.DeSimone@usdoj.gov>; Beck, Daniel (USACAC) <Daniel.Beck@usdoj.gov>; Groff, Stephanie L. (CIV) <Stephanie.L.Groff@usdoj.gov>; Bashyrov, Jacob (CIV) <Jacob.Bashyrov@usdoj.gov>; Skedzielewski, Sean (CIV) <Sean.Skedzielewski@usdoj.gov>; Chapman, Ryan (USACAC) <Ryan.Chapman@usdoj.gov>; Farrell, Alexander (USACAC) <Alexander.Farrell@usdoj.gov>; Molina, Ernesto H. (CIV) <Ernesto.H.Molina@usdoj.gov>; Mayra Joachin <MJoachin@aclusocal.org>; mcraig <mcraig@heckerfink.com>; Helia Bidad <hbidad@heckerfink.com>; Mark Rosenbaum <mrosenbaum@publiccounsel.org>; Rebecca Brown <rbrown@publiccounsel.org>; Eva Bitran <EBitran@aclusocal.org>; Lauren Wilfong <lwilfong@ndlon.org>; Bushell, Maggie <Maggie.Bushell@mto.com>; Groves, Kyle <Kyle.Groves@mto.com>; Shreffler, Henry <Henry.Shreffler@mto.com>; Levin, Daniel <daniel.levin@mto.com>; Schwab, John <John.Schwab@mto.com>; Hansen, Becca <Rebecca.Hansen@mto.com>; Kim, Bobby <Bobby.Kim@mto.com>; Niu, Jin <Jin.Niu@mto.com>; Kreilkamp, Jacob <Jacob.Kreilkamp@mto.com>; Fry, David <David.Fry@mto.com>; Kuhn, Lauren <Lauren.Kuhn@mto.com>
**Subject:** [EXTERNAL] RE: Defendants' First Document Production

Counsel,

Please see the attached correspondence.

Regards,

**Sara Worth | Munger, Tolles & Olson LLP**
350 South Grand Avenue | Los Angeles, CA 90071
Tel: 213.683.9599 | Sara.Worth@mto.com | www.mto.com

****NOTICE****
*This message is confidential and may contain information that is privileged, attorney work product or otherwise exempt from disclosure under applicable law. It is not intended for transmission to, or receipt by, any unauthorized person. If you have received this message in error, do not read it. Please delete it without copying it, and notify the sender by separate e-mail so that our address record can be corrected. Thank you.*

---

**From:** Ross, Jonathan K. (CIV) <Jonathan.K.Ross@usdoj.gov>
**Sent:** Tuesday, November 4, 2025 6:46 PM
**To:** Worth, Sara <Sara.Worth@mto.com>; Annie Lai <alai@law.uci.edu>; Estrada, Martin

<Martin.Estrada@mto.com>; Xiao, Wendy <Wendy.Xiao@mto.com>; Mohammad Tajsar <mtajsar@aclusocal.org>; Davis Fisher, Grace <Grace.DavisFisher@mto.com>; Davis, Tiberius (CIV) <Tiberius.Davis@usdoj.gov>; Zubata, Jason K. (CIV) <Jason.K.Zubata@usdoj.gov>; DeSimone, Aniello (CIV) <Aniello.DeSimone@usdoj.gov>; Beck, Daniel (USACAC) <Daniel.Beck@usdoj.gov>; Groff, Stephanie L. (CIV) <Stephanie.L.Groff@usdoj.gov>; Bashyrov, Jacob (CIV) <Jacob.Bashyrov@usdoj.gov>; Skedzielewski, Sean (CIV) <Sean.Skedzielewski@usdoj.gov>; Chapman, Ryan (USACAC) <Ryan.Chapman@usdoj.gov>; Farrell, Alexander (USACAC) <Alexander.Farrell@usdoj.gov>; Molina, Ernesto H. (CIV) <Ernesto.H.Molina@usdoj.gov>; Worth, Sara <Sara.Worth@mto.com>; Mayra Joachin <MJoachin@aclusocal.org>; mcraig <mcraig@heckerfink.com>; Helia Bidad <hbidad@heckerfink.com>; Mark Rosenbaum <mrosenbaum@publiccounsel.org>; Rebecca Brown <rbrown@publiccounsel.org>; Eva Bitran <EBitran@aclusocal.org>; Lauren Wilfong <lwilfong@ndlon.org>; Bushell, Maggie <Maggie.Bushell@mto.com>; Groves, Kyle <Kyle.Groves@mto.com>; Shreffler, Henry <Henry.Shreffler@mto.com>; Levin, Daniel <daniel.levin@mto.com>; Schwab, John <John.Schwab@mto.com>; Leal, Roman <Roman.Leal@mto.com>; Hansen, Becca <Rebecca.Hansen@mto.com>; Kim, Bobby <Bobby.Kim@mto.com>; Niu, Jin <Jin.Niu@mto.com>; Kreilkamp, Jacob <Jacob.Kreilkamp@mto.com>; Fry, David <David.Fry@mto.com>
**Subject:** Defendants' First Document Production

Counsel,

Pursuant to the Court's order (ECF No. 227), requiring Defendants to produce documents responsive to Plaintiffs' RFPs on a rolling basis and to include by November 4, 2025, those materials relied upon in opposing the TRO and preliminary injunction motions, and as the parties previously agreed to electronic service, Defendants hereby serve their first production.

As Plaintiffs represented to the Court, and consistent with the parties' understanding, the terms of the protective order will apply to this production.

The production is available for download at the following link:
https://jefs.box.com/s/0cd6nhr0gd423byvqdm18i428rlvx0ye

A separate email will follow with the password to access the file.

Sincerely,
Jonathan Ross

**Jonathan K. Ross**
Senior Litigation Counsel
United States Department of Justice, Civil Division
Office of Immigration Litigation

P.O. Box 868, Ben Franklin Station
Washington, D.C. 20044
P: (202) 305-7662 | F: (202) 305-7000
jonathan.k.ross@usdoj.gov

CONFIDENTIALITY NOTICE: This communication may contain law enforcement sensitive, privileged attorney/client communications or work product, and is not subject to disclosure. It is solely for the use of the intended recipients. Unauthorized interception, review, use or disclosure is prohibited. If you believe that you have received this e-mail in error, please notify the sender immediately, and permanently delete the e-mail, any attachments, and all copies from your computer.