# Exhibit 17

STACY TOLCHIN (SBN 217431)
*stacy@tolchinimmigration.com*
LAW OFFICES OF STACY TOLCHIN
776 E. Green St., Suite 210
Pasadena, CA 91101
Tel: 213-622-7450; Fax: 213-622-7233

MOHAMMAD TAJSAR (SBN 280152)
*mtajsar@aclusocal.org*
MAYRA JOACHIN (SBN 306065)
*mjoachin@aclusocal.org*
EVA BITRAN (SBN 302081)
*ebitran@aclusocal.org*
DAE KEUN KWON (SBN 313155)
*akwon@aclusocal.org*
OLIVER MA (SBN 354266)
*oma@aclusocal.org*
STEPHANIE PADILLA (SBN 321568)
*spadilla@aclusocal.org*
DIANA SANCHEZ (SBN 338871)
*dianasanchez@aclusocal.org*
ACLU FOUNDATION OF SOUTHERN CALIFORNIA
1313 West Eighth Street
Los Angeles, CA 90017-4022
Tel: 213-977-5232; Fax: 213-201-7878

*Counsel for Stop/Arrest Plaintiffs*

*(Additional counsel listed on next page)*

MARK ROSENBAUM (SBN 59940)
*mrosenbaum@publiccounsel.org*
REBECCA BROWN (SBN 345805)
*rbrown@publiccounsel.org*
SOPHIA WRENCH (SBN 354416)
*swrench@publiccounsel.org*
RITU MAHAJAN (SBN 252970)
*rmahajan@publiccounsel.org*
GINA AMATO (SBN 215519)
*gamato@publiccounsel.org*
PUBLIC COUNSEL
610 South Ardmore Avenue
Los Angeles, CA 90005
Tel: 213-385-2977

*Counsel for All Plaintiffs*

ANNE LAI (SBN 295394)
*alai@law.uci.edu*
UC IRVINE SCHOOL OF LAW
IMMIGRANT AND RACIAL JUSTICE SOLIDARITY CLINIC
P.O. Box 5479
Irvine, CA 92616-5479
Tel: 949-824-9894; Fax: 949-824-2747

*Counsel for Stop/Arrest Plaintiffs*

**UNITED STATES DISTRICT COURT**

**FOR THE CENTRAL DISTRICT OF CALIFORNIA**

Pedro VASQUEZ PERDOMO; Carlos Alexander OSORTO; and Isaac VILLEGAS MOLINA; Jorge HERNANDEZ VIRAMONTES; Jason Brian GAVIDIA; LOS ANGELES WORKER CENTER NETWORK; UNITED FARM WORKERS; COALITION FOR HUMANE IMMIGRANT RIGHTS; IMMIGRANT DEFENDERS LAW CENTER,

Plaintiffs,

v.

Kristi NOEM, in her official capacity as Secretary, Department of Homeland

Case No.: 2:25-cv-05605-MEMF-SP

Hon. Maame Ewusi-Mensah Frimpong

*[Concurrently filed with Exhibits 1-14 and Notice of Lodging]*

Security; Todd M. LYONS, in his official capacity as Acting Director, U.S. Immigration and Customs Enforcement; Rodney S. SCOTT, in his official capacity as Commissioner, U.S. Customs and Border Patrol; Michael W. BANKS, in his official capacity as Chief of U.S. Border Patrol; Kash PATEL, in his official capacity as Director, Federal Bureau of Investigation; Pam BONDI, in her official capacity as U.S. Attorney General; Ernesto SANTACRUZ JR., in his official capacity as Acting Field Office Director for Los Angeles, U.S. Immigration and Customs Enforcement; Eddy WANG, Special Agent in Charge for Los Angeles, Homeland Security Investigations, U.S. Immigration and Customs Enforcement; Gregory K. BOVINO, in his official capacity as Chief Patrol Agent for El Centro Sector of the U.S. Border Patrol; Jeffrey D. STALNAKER, in his official capacity as Acting Chief Patrol Agent, San Diego Sector of the U.S. Border Patrol; Akil DAVIS, in his official capacity as Assistant Director in Charge, Los Angeles Office, Federal Bureau of Investigation; Bilal A. ESSAYLI, in his official capacity as U.S. Attorney for the Central District of California,

Defendants.

JACOB S. KREILKAMP (SBN 248210)
*jacob.kreilkamp@mto.com*
JAMIE LUMA (SBN 331610)
*jamie.luma@mto.com*
SARA H. WORTH (SBN 341088)
*sara.worth@mto.com*
HENRY D. SHREFFLER (SBN 343388)
*henry.shreffler@mto.com*
MAGGIE BUSHELL (SBN 354048)
*maggie.bushell@mto.com*
KYLE A. GROVES (SBN 358085)
*kyle.groves@mto.com*
MUNGER, TOLLES & OLSON LLP
350 S. Grand Ave., 50th Floor
Los Angeles, CA 90071
Tel: 213-683-9100; Fax: 213-683-9100

*Counsel for Stop/Arrest Plaintiffs*

JESSICA K. BANSAL (SBN 277347)
*jessica@ndlon.org*
LAUREN MICHEL WILFONG*
*lwilfong@ndlon.org*
NATIONAL DAY LABORER ORGANIZING NETWORK
1030 S. Arroyo Parkway, Suite 106
Pasadena, CA 91105
Tel: 626-214-5689

*Counsel for Stop/Arrest Plaintiffs*

BREE BERNWANGER (SBN 331731)
*bbernwanger@aclunc.org*
AMERICAN CIVIL LIBERTIES UNION FOUNDATION OF NORTHERN CALIFORNIA
39 Drumm Street
San Francisco, CA 94111
Tel: 415-621-2493

*Counsel for Stop/Arrest Plaintiffs*

BRISA VELAZQUEZ OATIS (SBN 339132)
*bvoatis@aclu-sdic.org*
ACLU FOUNDATION OF SAN DIEGO & IMPERIAL COUNTIES
P.O. Box 87131
San Diego, CA 92138-7131
Tel: 619-398-4199

*Counsel for Stop/Arrest Plaintiffs*

MATTHEW J. CRAIG (SBN 350030)
*mcraig@heckerfink.com*
MACK E. JENKINS (SBN 242101)
*mjenkins@heckerfink.com*
HECKER FINK LLP
1150 South Olive Street, Suite 10-140
Los Angeles, CA 90015
Tel: 212-763-0883; Fax: 212-564-0883

*Counsel for Access/Conditions Plaintiffs*

EDGAR AGUILASOCHO (SBN 285567)
*eaguilasocho@farmworkerlaw.com*
MARTINEZ AGUILASOCHO LAW, INC.
900 Truxtun Ave, Suite 300
Bakersfield, CA 93301
Tel: 661-859-1174

*Counsel for Plaintiff United Farm Workers*

CARL BERGQUIST*
*cbergquist@chirla.org*
COALITION FOR HUMANE IMMIGRANT RIGHTS
2351 Hempstead Road
Ottawa Hills, OH 43606
Tel: 310-279-6025

*Counsel for Plaintiff Coalition for Humane Immigrant Rights*

ALVARO M. HUERTA (SBN 274787)
*ahuerta@immdef.org*
BRYNNA BOLT (SBN 339378)
*bbolt@immdef.org*
ALISON STEFFEL (SBN 346370)
*asteffel@immdef.org*
IMMIGRANT DEFENDERS LAW CENTER
634 S. Spring St., 10th Floor
Los Angeles, CA 90014
Tel: 213-634-0999

*Counsel for Plaintiff Immigrant Defenders Law Center*

* Admitted pro hac vice

Pursuant to the parties' stipulation, ECF 158, and the Court's order granting the parties' stipulation, ECF 160, Plaintiffs hereby submit this supplement to their motion for preliminary injunction concerning the Fourth Amendment, ECF 128.

This supplemental filing consists of additional information that was not available at the time that Plaintiffs filed their motion on July 28, 2025, and that supports Plaintiffs' request for a preliminary injunction—namely: (1) evidence of enforcement actions that Defendants have conducted since August 2 that closely resemble their pre-July 11 operations and appear to violate the Court's temporary restraining order ("TRO"); and (2) further evidence to support the standing of organizational Plaintiffs, Los Angeles Worker Center Network ("LAWCN") and Coalition for Humane Immigrant Rights ("CHIRLA"), including based on Defendants' recent enforcement activity. *See In re ZF-TRW Airbag Control Units Prod. Liab. Litig.*, No. LAML192905JAKPLAX, 2023 WL 4290384, at *1 (C.D. Cal. Jan. 23, 2023) (plaintiffs showed good cause for supplementing the record where evidence was developed after filing their opposition and evidence was relevant to issue being decided). A summary of the evidence follows:

**A. Defendants have resumed roving, unconstitutional patrols throughout this District.**

In the immediate aftermath of the TRO, arrests of "immigrants from Latin countries without deportation orders, criminal charges, or convictions who were arrested on the street" in the District—what a Cato Institute scholar describes as "likely victims of profiling"—declined by 83 percent.[1] However, following a few weeks of relative quiet at Southern California locations such as Home Depots and car washes, Defendants abruptly changed course and, on August 2, 2025, resumed their practice of conducting non-targeted raids throughout the District. *See* Ex. 1, Second Declaration of Maegan Ortiz ("Second Ortiz Decl."), ¶¶ 4-6 (discussing resumption of Home

[1] David J. Bier, *Anti-Profiling Court Order Cuts LA ICE Arrests by 66 Percent*, Cato At Liberty (Aug. 14, 2025) https://www.cato.org/blog/anti-profiling-court-order-cuts-la-ice-arrests-66-0; *see also* David J. Bier, *One in Five ICE Arrests Are Latinos on the Streets with No Criminal Past or Removal Order*, Cato at Liberty (Aug. 5, 2025), https://www.cato.org/blog/1/5-ice-arrests-are-latinos-streets-no-criminal-past-or-removal-order (concluding that "[i]llegal profiling accounts for a substantial portion of Immigration and Customs Enforcement (ICE) arrests in 2025").

Depot raids); *compare* ECF 128 at 20; ECF 128-10 (Second Melendrez Decl.), ¶ 4 *with* Ex. 2, Third Declaration of Flor Melendrez ("Third Melendrez Decl."), ¶¶ 4-6 (discussing resumption of car wash raids). In the three-week period since August 2, 2025, and as recently as August 24, 2025, Plaintiffs have documented more than two dozen raids throughout the District, with raids occurring at Home Depot parking lots and/or car washes almost daily. *See infra* at 7-9.

Despite the large number of witnesses taken to B-18 (where access to counsel continues to be limited, ECF 127), and the fact that many fear retaliation if they provide testimony[2], Plaintiffs have obtained and submit for the Court's consideration eyewitness testimony from six raids. This evidence shows that Defendants' recent operations follow the same unlawful pattern of conducting suspicionless, detentive stops that were the hallmark of their operations earlier this summer.

**1. August 3, 2025 – Paramount Home Depot**

On August 3, 2025, Defendants descended on the Paramount Home Depot parking lot, taking at least two Latino men—including one with legal status. Eyewitnesses report that armed, masked agents wearing military-style clothing in about eight unmarked vehicles entered the Home Depot parking lot "in formation," and, upon exiting their vehicles, immediately proceeded to seize people. Ex. 3, Declaration of Karla Ortiz ("K. Ortiz Decl."), ¶¶ 2-5; Ex. 4, Declaration of S.C.H. ("S.C.H. Decl."), ¶¶ 6-8.[3] Agents detained an older, Latino man who was in the bed of a pickup truck with toolboxes, as well as a Home Depot customer, placing both individuals into the agents' vehicles. *See* K. Ortiz Decl., ¶¶ 5 & Ex. H to Notice of Lodging (video); S.C.H. Decl., ¶¶ 8-9. Defendants did not appear to know the identity of either individual before detaining them. The older, Latino man turned out to be a legal resident and was later released. K. Ortiz Decl., ¶¶ 5-6, 8. The customer, who was grabbed and forcefully removed from his car prior to an agent searching his wallet for ID, likewise appears to have been targeted based on his appearance, his presence at

[2] *See* Ex. 12, Fourth Declaration of Angelica Salas ("Fourth Salas Decl."), ¶ 4.

[3] Plaintiffs submit this declaration and others in connection with this motion under initials out of concerns about privacy and possible harassment and retaliation. *See Does I thru XXIII v. Advanced Textile Corp.*, 214 F.3d 1058, 1067 (9th Cir. 2000) (discussing party anonymity). Plaintiffs intend to immediately provide the identity of declarants to Defendants' counsel under appropriate safeguards. If the Court desires, Plaintiffs can also lodge the declarations under seal.

the Home Depot parking lot, and his presumed occupation based on the work materials in his car. S.C.H. Decl., ¶¶ 5-8.

**2. August 4, 2025 - Magnolia Car Wash**

On August 4, 2025, federal agents conducted an operation at Magnolia Car Wash, arresting at least four individuals, including at least one person with lawful status. An eyewitness details how approximately eight to ten unmarked vehicles abruptly appeared at the car wash, "blocking the entrances and exits" while another truck drove "around the property to prevent people from leaving." Ex. 5, Declaration of E.K.Z.L. ("E.K.Z.L. Decl."), ¶ 3. The officers who exited the vehicles wore military clothing and carried "large rifles." *Id*. Workers were seized without warning. E.K.Z.L., who was surrounded by masked, armed officers while washing a car, "did not feel free to leave" and answered the officers' questions. *Id*., ¶¶ 4-6.

A CLEAN member who had been detained at this car wash previously in June and was stopped again during the August 4 raid also did not feel free to leave. Third Melendrez Decl., ¶ 7. Although the CLEAN member was not ultimately arrested, another worker next to him was—despite having a work permit. *Id*.

Workers who were stopped appear to have been "discriminated against for being Latino and working at a car wash," as the agents ignored white-appearing clients at the site, including white-appearing clients "who ran away" or otherwise tried to leave. E.K.Z.L. Decl., ¶¶ 8, 12.

**3. August 6, 2025 - Westlake Home Depot**

On August 6, 2025, federal agents raided the Westlake Home Depot and the surrounding area, arresting sixteen individuals as part of a televised action dubbed "Operation Trojan Horse."[4]

[4] Jonathan Lloyd, *Federal agents in Penske rental truck descend on LA Home Depot in 'Trojan Horse' raid*, NBC4 Los Angeles (Aug. 6, 2025), https://www.nbclosangeles.com/news/local/immigration-enforcement-los-angeles/3760298/; Christopher Weber and Jaimie Ding, *Federal agents hid in back of rental truck at start of raid outside LA Home Depot*, AP News (Aug. 6, 2025), https://apnews.com/article/immigration-raids-los-angeles-trojan-horse-penske-1b86bc5f2ff716b89f4aba3320a96979 ("They opened the back, they hopped out and they started indiscriminately just grabbing people," Cardona said); *16 arrested in immigration raid outisde Home Depot in L.A.'s Westlake area*, KTLA 55, https://www.youtube.com/watch?v=Xr_NYC4tvYg (reporting countries from which those arrested were from, all Latin American).

According to eyewitnesses, the operation involved a Penske truck and a driver who used a ruse to bait day laborers into remaining close by. One day laborer reports that he was having his morning coffee when the Penske driver offered to hire him and several other workers. Ex. 6, Declaration of Miguel Angel Tijerino Garmendia ("Tijerino Garmendia Decl."), ¶¶ 4-5. The driver addressed workers "only in Spanish" and did not ask questions of the day laborers themselves. *Id.*, ¶ 5. After workers accepted the job for $100, masked agents carrying "military-style rifles" and wearing "U.S. Border Patrol" vests suddenly jumped out of the truck and began aggressively charging at the workers. *Id.*, ¶¶ 5-7. Agents immediately began seizing people without inquiring about their identities or their immigration status. *Id.*, ¶¶ 7-8. A bystander reports that "at least 20" masked, armed agents were present and that they had no "rhyme or reason or really any process of identifying people" and just grabbed any Latino person they could. Ex. 7, Declaration of C.C. ("C.C. Decl."), ¶ 5; *see also* Tijerino Garmendia Decl. ¶ 7. Agents did not interact with people "other than to grab and detain them." C.C. Decl., ¶¶ 10-11 (explaining that "[i]t was horrifying to see people be taken away like that, with such force and so quickly"). Others in the area who were not Latino day laborers or street vendors were not stopped. *Id.*, ¶ 5.

Acting U.S. Attorney Bill Essayli tweeted footage of the raid, and wrote: "For those who thought immigration enforcement had stopped in Southern California, think again."[5]

**4. August 7, 2025 - San Bernardino Home Depot**

On August 7, 2025, federal agents raided the San Bernardino Home Depot and immediate vicinity.[6] Eyewitnesses report agents pulling into the Home Depot lot from different directions, blocking people in. *See* Ex. 8, Declaration of Mickey Donovan-Kaloust ("Donovan-Kaloust Decl."), ¶ 8 (describing H.R.'s report of what appeared to be "dozens" of agents jumping out of unmarked vehicles); Ex. 9, Declaration of Juan Aparicio Saldana ("Aparicio Saldana Decl."), ¶¶ 6-

---

[5] Acting U.S. Attorney Bill Essayli (Aug. 6, 2025), https://x.com/USAttyEssayli/status/1953117322333348006.

[6] *See Immigration agents arrest day laborers outside San Bernardino Home Depot*, CBS News (Aug. 7, 2025), https://www.cbsnews.com/losangeles/video/immigration-agents-arrest-day-laborers-outside-san-bernardino-home-depot/ (witness reported that "it all happened so fast" and "they were just grabbing people and just taking them").

7 (describing being blocked in while in his truck waiting for a paint job). They then started grabbing people, regardless of whether they took flight in fear for their safety, not only at Home Depot but across the street. Aparicio Saldana Decl., ¶¶ 8-9 (describing running because he had seen how agents had treated people in prior raids and was afraid for his safety); Ex. 13, J.A. Decl., ¶¶ 2-5 (legal resident and day laborer whom agents detained with weapons drawn while he stood outside the Dollar Tree across the street waiting for a job, even though he had not run); Donovan-Kaloust Decl., ¶ 9-10 (describing experience of client E.C.R. with Special Immigrant Juvenile status and deferred action who was abruptly tackled with his face slammed to the ground while getting gas across the street, even though he did not run).

The common denominator among those who were detained was that they appeared Latino and were dressed in work clothes typical of day laborers. *See* Aparicio Saldana Decl., ¶¶ 3, 10; J.A. Decl., ¶¶ 3, 6; Donovan-Kaloust Decl., ¶¶ 3, 9. Agents appeared more interested in effectuating arrests than determining individuals' actual legal status. Aparicio Saldana Decl., ¶¶ 9, 11 (describing how agents spoke to him in Spanish but did not ask for documents and did not ask for his name or other information until after arrest); J.A. Decl., ¶¶ 6-7 (describing how he was arrested despite being a legal resident and held until that night); Donovan-Kaloust Decl., ¶¶ 3-4, 6-7, 9-10, 13 (describing how his client was detained despite offering to show agents his documents—which they declined to review, instead telling him in Spanish to "shut up"—and not released until a week later).

**5. August 12, 2025 - Handy J Car Wash**

On August 12, 2025, federal agents raided a car wash in Culver City where at least eight individuals were detained and taken into custody.[7] At least two detained individuals had legal

[7] Jonathan Lloyd, *Video shows immigration enforcement operation at Culver City car wash*, NBC4 Los Angeles (Aug. 13, 2025), https://www.nbclosangeles.com/news/local/video-culver-city-car-wash-immigration-raid/3763694/; *Border Patrol raids Handy J Car Wash in Culver City*, Fox 11 Los Angeles, https://www.youtube.com/watch?v=0MVVZsJ_aQM (including eyewitness testimony from a customer describing raid as an "ambush").

status and/or work authorization. Third Melendrez Decl., ¶ 8 (describing one legal resident who was detained and later released from B-18 as well as someone with work authorization).

According to a customer who was detained, officers arrived onsite and "immediately" "dropp[ed] about 4 or 5 workers at the car wash to the ground" to arrest them. Ex. 10, Declaration of J.R.R. ("J.R.R. Decl."), ¶ 4. The masked, armed agents used aggressive force, including on a "man who appeared to be in his seventies." *Id*., ¶ 4. The customer was standing on the sidewalk waiting for his work vehicle to be washed when agents arrived. *Id*., ¶ 3. Afraid of getting hurt, the customer started to move away, but was himself told to stop, "grabbed," cuffed, and placed inside a Border Patrol vehicle. *Id*., ¶¶ 5-7. He was questioned only after he was detained inside the vehicle. *Id*., ¶ 7. J.R.R. believes he was targeted because of his skin color and appearance; there were 25 other clients at the car wash, "mostly white people," who were not stopped or questioned by the officers. *Id*., ¶ 12. Indeed, the officers did not seem to have any prior information about J.R.R., as they "asked each other 'who is this guy' and 'why do we have this guy.'" *Id*., ¶ 8.

Security footage from the same raid shows an agent approach a worker in another part of the car wash cleaning a car; the agent puts his hand on the worker's shoulder and keeps it there throughout the interaction, eventually handcuffing the individual and leading him away.[8]

**6. August 22, 2025 - Pasadena Car Wash**

On August 22, 2025, federal agents raided a car wash in Pasadena, detaining seven people, one of whom is a legal resident with a green card.[9] Third Melendrez Decl., ¶ 8. The legal resident, Inoel Zapata Santiago, describes being at the car wash, washing a car, when immigration agents arrived without warning and blocked the entrance with their cars so no one could leave. Ex. 11, Decl. of Inoel Zapata Santiago ("Zapata Santiago Decl."), ¶¶ 3, 5. While standing still, he "felt a hand on [his] shoulder," turned around, and saw a masked, armed agent in a green uniform. *Id*. ¶ 3. Zapata Santiago "felt very scared" and not "free to leave." *Id*. The agent questioned him in

[8] *See* Ex. 14, Declaration of Maggie Bushell ("Bushell Decl."), ¶ 8, available at Exh. G to Notice of Lodging.

[9] *See Seven Agents Detained by ICE Agents at Pasadena Car Wash; One Released*, Pasadena Now (Aug. 22, 2025), https://pasadenanow.com/main/seven-workers-detained-by-suspected-ice-agents-at-pasadena-car-wash-one-released.

Spanish, and Zapata Santiago answered the agent's questions because he did not believe he had a choice. *Id*. Zapata Santiago told the agent that he was a resident and that he had documents showing his status in his car "just a few meters away." *Id*., ¶¶ 3-4, 6. However, as soon as he stated that he was from Mexico, he was handcuffed and taken in a vehicle from his workplace. Id. ¶ 7. Eventually, he was released. *Id*. ¶ 10. Mr. Zapata Santiago later learned that agents "hadn't even planned to go to the car wash at all, that they had just happened to be driving by and noticed there were a bunch of car washers out at the car wash and so they decided to stop there." *Id*., ¶ 11. Even though he was eventually released, he describes the experience as "devastating and humiliating." *Id*., ¶¶ 10-11. He is still very shaken, and fears being stopped again based on his Latino appearance, speaking Spanish, and working at a car wash. *Id*., ¶ 12.

***

The accounts of enforcement actions above offer compelling evidence that Defendants have been conducting detentive stops without reasonable suspicion particularized to the person to be stopped. Moreover, these operations are part of a broader, systemic pattern of ongoing raids that have taken place across the District, including at Home Depots and car washes and their immediate vicinity, since August 2, 2025.

Since Plaintiffs filed their motion, similar raids have been documented at numerous locations including a car wash in Lakewood,[10] a Home Depot in Hollywood,[11] a Home Depot in Van Nuys,[12] a Home Depot in Cypress Park,[13] a Home Depot in North Hollywood twice,[14] a car

[10] Bushell Decl. ¶ 3 (Instagram video depicting more than five agents tackling one man at a car wash), available at Exh. A to Notice of Lodging.

[11] Second Ortiz Decl. ¶¶ 3, 6.

[12] Clara Halter, Brittny Mejia & Noah Goldberg, *L.A. Home Depot raided twice in one day. Critics say ICE is violating court order*, L.A. Times (Aug 8, 2025) (last updated Aug. 9, 2025, at 12:09 PM), https://www.latimes.com/california/story/2025-08-08/federal-agents-target-day-laborers-in-raids-at-van-nuys-home-depot; *see also* Second Ortiz Decl., ¶¶ 7-9.

[13] Second Ortiz Decl. ¶¶ 3, 6.

**[14]** Alicia Victoria Lozano, *Home Depots become prime locations for immigration enforcement*, NBC News (Aug. 23, 2025), https://www.nbcnews.com/news/us-news/home-depots-become-prime-locations-immigration-enforcement-rcna226643 (describing a raid where day laborers were (continued…)

wash in Ontario,[15] a Home Depot in Woodland Hills,[16] a car wash in West Los Angeles,[17] a Home Depot in Marina del Rey,[18] a Home Depot in Monrovia,[19] two car washes in Redondo Beach,[20] a Home Depot in Covina,[21] a car wash in Montebello,[22] a strip mall in Anaheim,[23] a car

---

detained on August 22); Karla Rendon & Tracey Leong, *20 day laborers detained outside North Hollywood Home Depo,* NBC (Aug. 11, 2025) (last updated Aug. 12, 2025, at 10:30 PM), https://www.nbclosangeles.com/news/local/20-day-laborers-detained-outside-north-hollywood-home-depot/3762863/.; *see also* Telemundo 52 (Aug. 24, 2025), https://www.tiktok.com/@telemundo52/video/7541979950220365069?_r=1&_t=ZP-8z9c5pH8fJn (interviewing witnesses and stating at least eight individuals were detained).

[15] Bushell Decl. ¶ 4 (Instagram video depicting raid on car wash), available at Exh. B to Notice of Lodging.

[16] Memo Torres, *Daily Memo: Roaming ICE and Border Patrol Raids are Increasing and They're Still Using Those Penske Trucks*, LA Taco (Aug. 13, 2025), https://lataco.com/daily-memo-august-13-raids-increasing (legal resident detained and let go).

[17] *ICE Raids Rattle Westside Businesses Amid Reports of Arrests, Ambush Tactics*, Westside Today (Aug. 14, 2025), https://westsidetoday.com/2025/08/14/ice-raids-rattle-westside-businesses-amid-reports-of-arrests-ambush-tactics/ (describing August 13 raid on Overland Car Wash).

[18] *Id*. (stating that at least 8 people were detained in raid at Home Depot).

[19] Leanne Suter, *Man fleeing ICE raid at Home Depot in Monrovia hit and killed by vehicle after running onto 210 freeway*, ABC (Aug. 14, 2025), https://abc7.com/post/man-fleeing-ice-raid-home-depot-monrovia-hit-killed-210-freeway/17538229/ (reporting that 10 people or more were detained, and Carlos Montoya died fleeing in at least the second death resulting from immigration raids within the District since June).

[20] *See* https://www.instagram.com/p/DNMPo0KSMBC/ (CLEAN post confirming arrest of two workers at Redondo Beach Car Wash and three workers at Hollywood Riviera Car Wash).

[21] Covina626sgv, Instagram (Aug. 13, 2025), https://www.instagram.com/reel/DNTbmAoJTnK/ (reporting that agents detained 3-4 individuals).

[22] Gregory Bull, *Photos of border patrol arresting a woman selling food and workers at an LA car wash*, AP News (Aug. 15, 2025), https://www.mymotherlode.com/news/national/4206753/photos-of-border-patrol-arresting-a-woman-selling-food-and-workers-at-an-la-car-wash.html; *see also* Bushell Decl. ¶ 11 (Instagram video depicting agents at car wash), available at Exh. J to Notice of Lodging.

[23] *See* Bushell Decl. ¶ 5, video available at Exh. C to Notice of Lodging.

wash in Long Beach,[24] a car wash in Garden Grove,[25] a car wash in Westchester,[26] a car wash in El Monte,[27] a car wash in Huntington Beach,[28] a Home Depot in Alhambra,[29] and a car wash in Fullerton.[30]

This Court should consider this new evidence in connection with Plaintiffs' pending motion for preliminary injunction because the conduct exhibited during the recent raids is emblematic of the policy and practice that led to the Court's granting of a TRO, *see* ECF 87, and that Plaintiffs are asking the Court to enjoin as part of a preliminary injunction. Defendants are arriving at locations with a show of force, blocking exits or surrounding individuals, and initiating detentive stops, not voluntary encounters, regardless of whether the individuals are taking flight, and based on no more information than their apparent race or ethnicity, speaking Spanish or speaking English with an accent, presence at the location and vicinity, and/or their apparent

---

[24] https://www.instagram.com/oralelb/p/DNd6E8USurB/?hl=en&img_index=2 (social media post reporting a 8/17 raid at Coast Hand Car Wash, 5677 East 7th St Long Beach CA).

[25] *See* Bushell Decl. ¶ 6 (Instagram video depicting raid at car wash), available at Exh. D to Notice of Lodging.

[26] Anna Albaryan, *Immigration raids at Westchester car wash spark community outcry*, Spectrum News 1 (Aug. 19, 2025), https://spectrumnews1.com/ca/southern-california/politics/2025/08/20/westchester-immigration-raid-community-outcry; *see also* Bushell Decl. ¶ 10 (Instagram video depicting raid on car wash), available at Exh. I to Notice of Lodging.

[27] Cameron Kiszla, '*They're not criminals': 4 taken by feds at Southern California car wash*, KTLA5 (Aug. 22, 2025), https://ktla.com/news/theyre-not-criminals-4-taken-by-feds-at-southern-california-car-wash/.

[28] *See* Bushell Decl. ¶ 7 (Instagram videos depicting raid where witness states that a co-worker was "held" by agents after he spoke Spanish, was asked if he was "born here," and was released when he said that he was born here), available at Exhs. E-F to Notice of Lodging.

[29] Alicia Victoria Lozano, *Home Depots become prime locations for immigration enforcement*, NBC (Aug. 23, 2025), Home Depots become prime locations for immigration enforcement (depicting August 22 raid); *see also* Karina Junker, TikTok (Aug. 22, 2025), https://www.tiktok.com/@karina.junker/video/7541509769283030286?_r=1&_t=ZP-8z9c8yLHfPa (video of Alhambra raid).

[30] Saskia Kennedy, *ICE Raids Local Car Wash, Two Individuals Detained*, Fullerton Observer (Aug. 24, 2025), https://fullertonobserver.com/2025/08/24/ice-raids-local-car-wash-two-individuals-detained/#:~:text=In%20a%20morning%20operation%20that,into%20custody%20during%20the%20incident; Bushell Decl. ¶ 12, (TikTok video depicting raid on car wash and multiple agents tackling single individual to the ground),available at Exh. K to Notice of Lodging.

occupation. *See* ECF 128 at 4-10. This renewed pattern is well known to Defendants and indeed has been officially sanctioned by Defendants.[31]

**B. Organizational Plaintiffs' members have been harmed and face an imminent threat of injury.**

Defendants' recent raids also make clear that Plaintiffs will continue to face irreparable harm absent an injunction from this Court that sets forth the parameters for individualized reasonable suspicion justifying a detentive stop.

As discussed above, car wash workers with CLEAN, a worker center that is a member of Plaintiff LAWCN, have been impacted by Defendants' renewed raids. At least one CLEAN member has now been subject to a detentive stop *twice* at his workplace, Magnolia Car Wash, including most recently at the raid described above on August 4. *See supra* at 2; Third Melendrez Decl., ¶ 7. He and other workers that are part of CLEAN and LAWCN remain vulnerable to being stopped again under Defendants' policy and practice. ECF 128 at 13; ECF 140 at 6-7.

One member of CHIRLA who is a legal resident was also recently harmed by Defendants' policy and practice. On August 16, she was "boxed in" by officers while in her car running an errand in a heavily Latino neighborhood in San Bernardino and interrogated about her immigration status. Ex. 12, Fourth Declaration of Angelica Salas ("Fourth Salas Decl."), ¶ 2. As a Latina, she fears being stopped again based on her appearance and mere presence at locations that are predominantly Latino. *Id.* Another member whom CHIRLA only recently learned was stopped on July 1 near Pico Union is a tamale vendor. *Id.*, ¶ 3. Agents did not know who she was until after arresting her. *Id.* She was released earlier in August and fears being stopped again based on her appearance, location, and occupation. *Id.*

Respectfully submitted,

---

[31] *See* Essayli, *supra* n.5.

Case 2:25-cv-05605-MEMF-SP Document 166-1 Filed 08/21/25 Page 15 of 17 Page ID #:2950

DATED: August 25, 2025

ACLU OF SOUTHERN CALIFORNIA

By: */s/ Mayra Joachin*
Mayra Joachin
*Counsel for Stop/Arrest Plaintiffs*

UC IRVINE IMMIGRANT AND RACIAL JUSTICE SOLIDARITY CLINIC

By: */s/ Anne Lai*
Anne Lai
*Counsel for Stop/Arrest Plaintiffs*

NATIONAL DAY LABORER ORGANIZING NETWORK

By: */s/ Lauren Michael Wilfong*
Lauren Michael Wilfong
*Counsel for Stop/Arrest Plaintiffs*

Case 2:25-cv-05605-MEMF-SP Document 123 Filed 07/21/25 Page 15 of 16 Page ID #:752

**CERTIFICATE OF SERVICE**

I hereby certify that on August 25, 2025, I electronically filed the foregoing with the Clerk of the U.S. District Court for the Central District of California using the CM/ECF system, which provided notification of such filing to all registered CM/ECF users, including all adverse parties. L.R. 65-1.

DATED: August 25, 2025 ACLU OF SOUTHERN CALIFORNIA

By: */s/ Mayra Joachin*
Mayra Joachin
*Counsel for Stop/Arrest Plaintiffs*

Case 2:25-cv-05605-MEMF-SP Document 163 Filed 08/21/25 Page 16 of 17 Page ID #:2732

## CERTIFICATE OF COMPLIANCE

The undersigned counsel of record certifies that this filing is 12 point font and 10 pages, which complies with this Court's order at ECF 160.

DATED: August 25, 2025

ACLU OF SOUTHERN CALIFORNIA

By: */s/ Mayra Joachin*
Mayra Joachin
*Counsel for Stop/Arrest Plaintiffs*