# Exhibit 27

**REDACTED VERSION OF DOCUMENT PROPOSED TO BE FILED UNDER SEAL**

| Production::ProductionSet | Production::Begin Bates | Production::End Bates | Document Name | DOCDATE | Author | FROM | To | CC | BCC | TAG - Privilege | TAG - Privilege Description2 |
|---|---|---|---|---|---|---|---|---|---|---|---|
| GOV PROD VOL001 | GOV-00000031 | GOV-00000062 | 4th Amendment Immigration Enforcement Refresher Training | 6/5/2025 | [redacted] OPLA-ICE | | | | | AC - Attorney Client Privilege;WP - Work Product | ACC - Legal advice provided by ICE attorneys on 4th Amendment law ICE Employees in Homeland Security Investigations - Los Angeles; WP - Document created by ICE attorneys to train ICE employees on the Fourth Amendment in anticipation of litigation |
| GOV PROD VOL001 | GOV-00000063 | GOV-00000069 | OPLA Los Angeles - Circuit Specific Training 4A | 2/6/2025 | [redacted], OPLA-ICE | | | | | AC - Attorney Client Privilege;WP - Work Product | ACC - Legal advice provided by ICE attorneys on 4th Amendment law ICE Employees in Homeland Security Investigations - Los Angeles; WP - Document created by ICE attorneys to train ICE employees on the Fourth Amendment in anticipation of litigation |
| GOV PROD VOL001 | GOV-00000070 | GOV-00000170 | 4th Amendment Enforcement Refresher; OPLA LOS Circuit Specific Training | 5/13/2025 | [redacted], OPLA-ICE | | | | | AC - Attorney Client Privilege;WP - Work Product | ACC - Legal advice provided by ICE attorneys on 4th Amendment law ICE Employees in Homeland Security Investigations - Los Angeles; WP - Document created by ICE attorneys to train ICE employees on the Fourth Amendment in anticipation of litigation |
| GOV PROD VOL001 | GOV-00000171 | GOV-00000172 | Initial Guidance on Vasquez Perdomo v. Noem, No. 25-5605 (C.D. Cal. filed July 2, 2025) | 9/24/2025 | [redacted], OPLA-ICE | | | | | AC - Attorney Client Privilege;WP - Work Product | ACC - Legal advice provided by ICE attorneys to the clients regarding the July 11 TRO; WP - Document created by ICE attorneys to train ICE employees on July 11 TRO in anictipation of litigation. |
| GOV PROD VOL001 | GOV-00000173 | GOV-00000179 | 4th Amendment Immigration Enforcement Refresher Training | 6/5/2025 | [redacted] OPLA-ICE | | | | | AC - Attorney Client Privilege;WP - Work Product | ACC - Legal advice provided by ICE attorneys on 4th Amendment law ICE Employees in Enforcement and Removal Operations - Los Angeles; WP - Document created by ICE attorneys to train ICE employees on the Fourth Amendment in anticipation of litigation |
| GOV PROD VOL001 | GOV-00000180 | GOV-00000259 | OPLA 4th Amendment Training and Instructor Notes | 11/6/2024 | [redacted] OPLA-ICE | | | | | AC - Attorney Client Privilege;WP - Work Product | ACC - Legal advice provided by ICE attorneys on 4th Amendment law ICE Employees in Enforcement and Removal Operations - Los Angeles; WP - Document created by ICE attorneys to train ICE employees on the Fourth Amendment in anticipation of litigation |
| GOV PROD VOL001 | GOV-00000260 | GOV-00000273 | OPLA Los Angeles - Circuit Specific Training 4A | 5/12/2025 | [redacted] OPLA-ICE | | | | | AC - Attorney Client Privilege;WP - Work Product | ACC - Legal advice provided by ICE attorneys on 4th Amendment law ICE Employees in Enforcement and Removal Operations - Los Angeles; WP - Document created by ICE attorneys to train ICE employees on the Fourth Amendment in anticipation of litigation |
| GOV PROD VOL001 | GOV-00000274 | GOV-00000275 | OPLA Training/Refresher: Reasonable Suspicion/Probable Cause/4th Amendment Training invite | 6/4/2025 | | [redacted] | [redacted] | [redacted] | | | |