# Exhibit 30

| Bates Number | Document Title | Document Date | Author | Applicable Privileges | Privilege Description |
|---|---|---|---|---|---|
| GOV00000006 | Advanced Enforcement Operations Training Program (AEOTP) Legal Training: Fourth Amendment (164 pages) | Current version - last modified May 21, 2025 | Office of Chief Counsel, CBP | Attorney-Client Privilege; Attorney Work Product | CBP attorneys created, drafted, prepared, and delivered this training for the purpose of providing legal advice to client CBP law enforcement employees. |
| GOV00000007 | AEOTP Report Writing (10 pages) | Current version - last modified May 21, 2025 | Office of Chief Counsel, CBP | Attorney-Client Privilege; Attorney Work Product | CBP attorneys created, drafted, prepared, and delivered this training for the purpose of providing legal advice to client CBP law enforcement employees. |
| GOV00000008 | AMB 5000 Enforcement Law Course - Unit 2 The Fourth Amendment instructor guide (48 pages) | Current version post-January 20, 2025 | Office of Chief Counsel, CBP | Attorney-Client Privilege; Attorney Work Product | CBP attorneys created, drafted, prepared, and delivered this training for the purpose of providing legal advice to to client CBP employees in Air & Marine Operations Academy. These materials are informed by OCC attorneys' |
| GOV00000009 | AMB 5000 Enforcement Law Course - Unit 2 The Fourth Amendment student guide (47 pages) | Current version post-January 20, 2025 | Office of Chief Counsel, CBP | Attorney-Client Privilege; Attorney Work Product | purpose of providing legal advice to to client CBP employees in Air & Marine Operations Academy. These materials are informed by OCC attorneys' |
| GOV00000010 | AMB 5000 Enforcement Law Course - Unit 7 Regulatory Searches and Seizures instructor guide (55 pages) | Current version post-January 20, 2025 | Office of Chief Counsel, CBP | Attorney-Client Privilege; Attorney Work Product | CBP attorneys created, drafted, prepared, and delivered this training for the purpose of providing legal advice to to client CBP employees in Air & Marine Operations Academy. These materials are informed by OCC attorneys' |
| GOV00000011 | AMB 5000 Enforcement Law Course - Unit 7 Regulatory Searches and Seizures student guide (54 pages) | Current version post-January 20, 2025 | Office of Chief Counsel, CBP | Attorney-Client Privilege; Attorney Work Product | purpose of providing legal advice to to client CBP employees in Air & Marine Operations Academy. These materials are informed by OCC attorneys' |
| GOV00000012 | AMB 5000 Enforcement Law Course - Unit 12 AMO Authorities: INA/Title 8 and Title 19 instructor guide (32 pages) | Current version post-January 20, 2025 | Office of Chief Counsel, CBP | Attorney-Client Privilege; Attorney Work Product | CBP attorneys created, drafted, prepared, and delivered this training for the purpose of providing legal advice to to client CBP employees in Air & Marine |
| GOV00000013 | AMB 5000 Enforcement Law Course - Unit 12 AMO Authorities: INA/Title 8 and Title 19 student guide (33 pages) | Current version post-January 20, 2025 | Office of Chief Counsel, CBP | Attorney-Client Privilege; Attorney Work Product | purpose of providing legal advice to to client CBP employees in Air & Marine Operations Academy. These materials are informed by OCC attorneys' |
| GOV00000014 | AMB 5000 Enforcement Law Course - Unit 14 Knowledge Check and Review instructor guide (69 pages) | Current version post-January 20, 2025 | Office of Chief Counsel, CBP | Attorney-Client Privilege; Attorney Work Product | CBP attorneys created, drafted, prepared, and delivered this training for the purpose of providing legal advice to to client CBP employees in Air & Marine |
| GOV00000015 | AMB 5000 Enforcement Law Course - Unit 14 Knowledge Check and Review student guide (72 pages) | Current version post-January 20, 2025 | Office of Chief Counsel, CBP | Attorney-Client Privilege; Attorney Work Product | purpose of providing legal advice to client CBP employees in Air & Marine Operations Academy, and informed by an assessment of, and effort to |
| GOV00000016 | Applied Authorities legal training (143 pages) | Current version post-January 20, 2025 | Office of Chief Counsel, CBP | Attorney-Client Privilege; Attorney Work Product | CBP attorneys created, drafted, prepared, and delivered this training for the purpose of providing legal advice to to client CBP employees in Border Patrol |
| GOV00000017 | Fourth Amendment Refresher Training (42 pages) | Current version post-January 20, 2025 | Office of Chief Counsel, CBP | Attorney-Client Privilege; Attorney Work Product | purpose of providing legal advice to client CBP Border Patrol employees in El Centro Sector as a result of court order. Includes attorney editing comments. |
| GOV00000018 | C490 Mobile Field Force instructor guide (50 pages) | Current version post-January 20, 2025 | Office of Chief Counsel, CBP | Attorney-Client Privilege; Attorney Work Product | CBP attorneys created, drafted, prepared, and delivered this training for the purpose of providing legal advice to to client CBP employees in Field Operations Academy. These materials are informed by OCC attorneys' |
| GOV00000019 | C490 Mobile Field Force trainee guide (48 pages) | Current version post-January 20, 2025 | Office of Chief Counsel, CBP | Attorney-Client Privilege; Attorney Work Product | CBP attorneys created, drafted, prepared, and delivered this training for the purpose of providing legal advice to client CBP employees in Field |
| GOV00000020 | C500 Introduction to U.S. Government Law Unit 3 - Law Enforcement Authority instructor guide (31 pages) | Current version post-January 20, 2025 | Office of Chief Counsel, CBP | Attorney-Client Privilege; Attorney Work Product | CBP attorneys created, drafted, prepared, and delivered this training for the purpose of providing legal advice to client CBP employees in Field |
| GOV00000021 | C500 Introduction to U.S. Government Law Unit 3 - Law Enforcement Authority trainee guide (28 pages) | Current version post-January 20, 2025 | Office of Chief Counsel, CBP | Attorney-Client Privilege; Attorney Work Product | CBP attorneys created, drafted, prepared, and delivered this training for the purpose of providing legal advice to client CBP employees in Field |
| GOV00000022 | C550 Law Enforcement Authority Unit 1 - Introduction instructor guide (47 pages) | Current version post-January 20, 2025 | Office of Chief Counsel, CBP | Attorney-Client Privilege; Attorney Work Product | CBP attorneys created, drafted, prepared, and delivered this training for the purpose of providing legal advice to client CBP employees in Field |
| GOV00000023 | C550 Law Enforcement Authority Unit 1 - Introduction trainee guide (45 pages) | Current version post-January 20, 2025 | Office of Chief Counsel, CBP | Attorney-Client Privilege; Attorney Work Product | CBP attorneys created, drafted, prepared, and delivered this training for the purpose of providing legal advice to client CBP employees in Field |
| GOV00000024 | C550 Law Enforcement Authority Unit 2 - Seizures instructor guide (33 pages) | Current version post-January 20, 2025 | Office of Chief Counsel, CBP | Attorney-Client Privilege; Attorney Work Product | purpose of providing legal advice to client CBP employees in Field Operations Academy. These materials are informed by OCC attorneys' |
| GOV00000025 | C550 Law Enforcement Authority Unit 2 - Seizures trainee guide (33 pages) | Current version post-January 20, 2025 | Office of Chief Counsel, CBP | Attorney-Client Privilege; Attorney Work Product | CBP attorneys created, drafted, prepared, and delivered this training for the purpose of providing legal advice to client CBP employees in Field |
| GOV00000026 | C550 Law Enforcement Authority Unit 12 - Review instructor guide (16 pages) | Current version post-January 20, 2025 | Office of Chief Counsel, CBP | Attorney-Client Privilege; Attorney Work Product | CBP attorneys created, drafted, prepared, and delivered this training for the purpose of providing legal advice to client CBP employees in Field |
| GOV00000027 | C550 Law Enforcement Authority Unit 12 - Review trainee guide (16 pages) | Current version post-January 20, 2025 | Office of Chief Counsel, CBP | Attorney-Client Privilege; Attorney Work Product | purpose of providing legal advice to client CBP employees in Field Operations Academy. These materials are informed by OCC attorneys' |
| GOV00000028 | Driving Instructors Legal Refresher (26 pages) | Current version post-January 20, 2025 | Office of Chief Counsel, CBP | Attorney-Client Privilege; Attorney Work Product | CBP attorneys created, drafted, prepared, and delivered this training for the purpose of providing legal advice to client CBP employees in Border Patrol |
| GOV00000029 | Fourth Amendment course for Course Developer/Instructor (68 pages) | 2022 - in effect in 2025 | Office of Chief Counsel, CBP | Attorney-Client Privilege; Attorney Work Product | purpose of providing legal advice to to client CBP employees in Border Patrol Academy. These materials are informed by OCC attorneys' assessment of, and |
| GOV00000030 | Legal Refresher: First Amendment and Fourth Amendment Considerations (with instructor notes) (37 pages) | 13-Jun-25 | Office of Chief Counsel, CBP | Attorney-Client Privilege; Attorney Work Product | CBP attorneys created, drafted, prepared, and delivered this training for the purpose of providing legal advice to client CBP law enforcement employees. These materials are informed by OCC attorneys' assessment of, and effort to |