UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| PEDRO VASQUEZ PERDOMO, *et al.*,<br><br>　　　　Plaintiffs,<br><br>　　v.<br><br>KRISTI NOEM, in her official capacity as Secretary of Homeland Security, *et al.*,<br><br>　　　　Defendants. | **DISCOVERY MATTER**<br><br>Case No.:  2:25-cv-05605-MEMF-SP<br><br>**ORDER GRANTING JOINT STIPULATION TO EXTEND DEFENDANTS' DEPOSITION CUT-OFF DATE [ECF NO. 275]**<br><br>Hon. Sheri Pym<br>United States Magistrate Judge |

　　On November 25, 2025, the parties filed a stipulation to extend Defendants' deposition cut-off date. ECF No. 271.

　　Defendants contend that completing their depositions by December 19 (*see* ECF No. 253) presents scheduling and travel burdens, including for the deponents and counsel, due to pre-approved leave, holiday travel, and limited availability during the year-end period, making the current deadline impracticable despite diligent efforts.

　　The Court, having considered the parties' stipulation and finding good cause therefor, hereby GRANTS the stipulation and ORDERS as follows:

1. Defendants shall serve their deposition notices no later than December 8, 2025;

2. Plaintiffs shall complete their production of documents by December 19, 2025; and serve their final privilege logs by December 23, 2025; and

3. Defendants shall complete all depositions authorized by ECF No. 253 by January 16, 2026.

IT IS SO ORDERED.

Dated: November 26, 2025

_____

HON. SHERI PYM

United States Magistrate Judge