UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

**FILED**

NOV 21 2025

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

| | |
|---|---|
| PEDRO VASQUEZ PERDOMO; et al., | No. 25-4312 |
| Plaintiffs - Appellees, | D.C. No. 2:25-cv-05605-MEMF-SP Central District of California, Los Angeles |
| v. | |
| KRISTI NOEM, Secretary, Department of Homeland Security; et al., | ORDER |
| Defendants - Appellants. | |

Before: GOULD, BERZON, and SUNG, Circuit Judges.

On November 20, 2025, Plaintiffs-Appellees filed a status report asking the Court to dismiss the appeal as moot because the Fourth Amendment TRO has now been dissolved, and the Fifth Amendment TRO has been supplanted by a preliminary injunction. On November 21, 2025, Defendants-Appellants filed a status report informing the Court that it did not oppose the dismissal of the appeal. Therefore, the appeal is **DISMISSED**. All parties to this appeal shall bear their own costs. This order serves as the mandate of the court.