# EXHIBIT A

**IN THE UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| Pedro VASQUEZ PERDOMO, *et al.*<br><br>    Plaintiffs,<br><br>    v.<br><br>Kristi NOEM, in her official capacity as Secretary, Department of Homeland Security, *et al.*<br><br>    Defendants. | Case No.: 2:25-cv-05605-MEMF-SP<br><br>**DECLARATION OF ANGELICA SALAS**<br><br><br>Hon. Maame Ewusi-Mensah Frimpong |

I, Angelica Salas, make the following statements on behalf of myself and the Coalition for Humane Immigrant Rights ("CHIRLA").

1.    I incorporate by reference my previous declaration submitted to this Court on July 2, 2025. *See* ECF 38-9.

2.    I previously stated that CHIRLA has approximately 50,000 active members across California. The vast majority of them are located in the seven counties in the Central District of California, a total of more than 49,000 members. Our highest concentration of members are in Los Angeles and Orange Counties, but we have members across all seven counties.

3.    The situation in Los Angeles for our CHIRLA members and the broader immigrant community continues to be dire despite the Court's temporary restraining order. Our members remain fearful of the possibility of being subject to unlawful stops by federal agents based on racial profiling and they are chilled in their conducing of daily activities. With each passing day, word of mouth and media narratives convey stories of people of color being detained, whether or not they are U.S. citizens or have committed a single offense.

4.    Recently, CHIRLA and the Los Angeles Raids Rapid Response Network ("LARRN")  developed an immigration enforcement "heat map" that documents some of

the enforcement actions that have been reported. While it is not exhaustive, what it highlights is profoundly disturbing. Since June 6, 2025, there have been at least 471 instances of federal enforcement across Los Angeles County alone. Neighborhoods such as Hollywood, Echo Park and Silver Lake with a high proportion of Latino and other people of color have been targeted well over a dozen times.[1] The heat map further shows the geographic reach of the federal government's raids. And this particular map focused on Los Angeles County represents only a subset of the entirety of the enforcement occurring in the region.



5.      Since July 11, the LARRN has documented approximately ten sightings of federal agents at street corners, home improvement stores and neighborhood parks near schools. In nine of ten reports, the LARRN reporter was unable to identify which federal

[1] Zurie Pope, *Latino neighborhoods overwhelmingly targeted in immigration raids, rights group says*, Los Angeles Times (July 22, 2025), https://www.latimes.com/california/story/2025-07-22/data-shows-evidence-of-racial-profiling-in-ice-raids-immigrant-rights-group-says.

agency may be involved. The sense of fear in the community remains high based on both the work of the LARRN and the calls we receive via the CHIRLA Immigrant Assistance Line.

6. In addition to the experiences of CHIRLA members I shared in my prior declaration, recently, on June 21, an individual who is a current CHIRLA member was detained by masked federal agents while headed back from the laundromat on 2nd Street in San Bernardino. The agents forced him out of the vehicle without explanation or warrant. He spent a week in what was likely the "B-18" detention center in downtown Los Angeles, in deplorable conditions without sufficient food, before he was transported to El Paso, Texas. As he did not receive a "A number" for 3 weeks due to a lack of processing capacity, he could not be helped by any lawyer.

7. These examples are not exclusive to our members and clients. In my many years with CHIRLA, I reiterate my previous statement that I have not witnessed anything like what has been taking place throughout our communities.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

Los Angeles, CA

Dated: December 3, 2025

(Originally executed on July 27, 2025)        By: _____

Angelica Salas

3