UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| Pedro VASQUEZ PERDOMO; Carlos Alexander OSORTO; and Isaac VILLEGAS MOLINA; Jorge HERNANDEZ VIRAMONTES; Jason Brian GAVIDIA; LOS ANGELES WORKER CENTER NETWORK; UNITED FARM WORKERS; COALITION FOR HUMANE IMMIGRANT RIGHTS; IMMIGRANT DEFENDERS LAW CENTER, <br><br>　　Plaintiffs, <br><br>　v. <br><br>Kristi NOEM, in her official capacity as Secretary, Department of Homeland Security; Todd M. LYONS, in his official capacity as Acting Director, U.S. Immigration and Customs Enforcement; Rodney S. SCOTT, in his official capacity as Commissioner, U.S. Customs and Border Patrol; Michael W. BANKS, in his official capacity as Chief of U.S. Border Patrol; Kash PATEL, in his official capacity as Director, Federal Bureau of Investigation; Pam BONDI, in her official capacity as U.S. Attorney General; Ernesto SANTACRUZ JR., in his official capacity as Acting Field Office Director for Los Angeles, U.S. Immigration and Customs Enforcement; Eddy WANG, Special Agent in Charge for Los Angeles, Homeland Security Investigations, U.S. Immigration and Customs Enforcement; Gregory K. BOVINO, in his official capacity as Chief Patrol Agent for El Centro Sector of the U.S. Border Patrol; Jeffrey D. STALNAKER, in his official capacity as Acting Chief Patrol Agent, San | No.: 2:25-cv-05605-MEMF-SP <br><br>***DISCOVERY MATTER*** <br><br>**ORDER GRANTING PLAINTIFFS' APPLICATION TO FILE DOCUMENTS UNDER SEAL** <br><br>Hon. Maame Ewusi-Mensah Frimpong <br> United States District Judge <br><br>Referred to Hon. Sheri Pym <br> United States Magistrate Judge |

Case No.: 2:25-cv-05605-MEMF-SP

[PROPOSED] ORDER GRANTING PLAINTIFFS' APPLICATION TO FILE DOCUMENTS UNDER SEAL

|  |  |
|---|---|
| 1 | Diego Sector of the U.S. Border Patrol; Akil DAVIS, in his official capacity as Assistant Director in Charge, Los Angeles Office, Federal Bureau of Investigation; Bilal A. ESSAYLI, in his official capacity as U.S. Attorney for the Central District of California, |
| 2 |  |
| 3 |  |
| 4 |  |
| 5 | Defendants. |

Upon due consideration and good cause appearing, Plaintiffs' and Intervenors' Application to File Documents Under Seal (docket no. 267) is GRANTED. The following documents will be redacted or sealed in the Court's record:

| Document | Redaction/Seal Description |
| --- | --- |
| Declaration of Henry Shreffler re: Joint Stipulation ("Shreffler Decl."), Ex. 8 | Portions sealed, with redacted copy appearing in public record. |
| Shreffler Decl., Ex. 9 | Portions sealed, with redacted copy appearing in public record. |
| Shreffler Decl., Ex. 27 | Portions sealed, with redacted copy appearing in public record. |
| Shreffler Decl., Ex. 31 | Portions sealed, with redacted copy appearing in public record. |

DATED: December 3, 2025

_____
Hon. Sheri Pym
United States Magistrate Judge