BRETT A. SHUMATE
Assistant Attorney General
Civil Division
DREW C. ENSIGN
Deputy Assistant Attorney General
TIBERIUS DAVIS
SEAN SKEDZIELEWSKI
Counsel to the Assistant Attorney General
JONATHAN K. ROSS
Senior Litigation Counsel
STEPHANIE L. GROFF
JASON K. ZUBATA
ANIELLO DESIMONE
JACOB A. BASHYROV
Trial Attorneys
Office of Immigration Litigation
Civil Division, U.S. Dept. of Justice
P.O. Box 878, Ben Franklin Station
Washington, DC 20044
Tel: (202) 305-7662
Email: jonathan.k.ross@usdoj.gov

*Counsel for Defendants*

BILAL A. ESSAYLI
First Assistant United States Attorney
DAVID M. HARRIS
Assistant United States Attorney
Chief, Civil Division
DANIEL A. BECK
Assistant United States Attorney
Chief, Complex and Defensive Litigation Section
ALEXANDER L. FARRELL (SBN 335008)
PAULINE H. ALARCON (SBN 345785)
Assistant United States Attorneys
  Federal Building, Suite 7516
  300 North Los Angeles Street
  Los Angeles, California 90012
Tel: (213) 894-5557 | 3992
E-mail:   Alexander.Farrell@usdoj.gov
            Pauline.Alarcon@usdoj.gov

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| PEDRO VASQUEZ PERDOMO; *et al.*,<br><br>Plaintiffs,<br><br>v.<br><br>KRISTI NOEM, in her official capacity as Secretary of Homeland Security; *et al.*,<br><br>Defendants. | *DISCOVERY MATTER*<br><br>No. 2:25-cv-05605-MEMF-SP<br><br>**DEFENDANTS' ERRATA**<br><br>Hon. Maame Ewusi-Mensah Frimpong<br>United States District Judge<br><br>Hon. Sheri Pym<br>United States Magistrate Judge |

**ERRATA**

Defendants respectfully submit this errata to correct the record concerning the number of body-worn camera ("BWC") videos collected and produced in response to Plaintiffs' RFP No. 2.

In earlier representations to Plaintiffs and the Court, undersigned counsel stated that Customs and Border Protection ("CBP") had identified and produced nine BWC videos responsive to Plaintiffs' Request for Production No. 2.

CBP advises that one additional BWC video exists: footage from Border Patrol Agent Mario Perez ("Perez video"). CBP further advises that the omission of the Perez video was inadvertent; the video was not included in the materials transmitted to Defendants' counsel for review and production. CBP located and transmitted the Perez video to Defendants' counsel, who produced it to Plaintiffs on December 4, 2025. CBP also confirms that it is re-reviewing its materials to ensure there are no other inadvertent omissions of BWC footage or other responsive materials.

Defendants will promptly supplement their discovery responses as needed. Defendants intend to designate the Perez video as "Confidential." Undersigned counsel regrets the need for this correction and submits this errata to ensure an accurate record.

Dated: December 4, 2025

Respectfully submitted,

BRETT A. SHUMATE
Assistant Attorney General
Civil Division

DREW C. ENSIGN
Deputy Assistant Attorney General

TIBERIUS DAVIS
SEAN SKEDZIELEWSKI
Counsel to the Assistant Attorney General

JASON K. ZUBATA
ANIELLO DESIMONE
JACOB A. BASHYROV
STEPHANIE L. GROFF
Trial Attorneys

*/s/ Jonathan K. Ross*
JONATHAN K. ROSS
Senior Litigation Counsel
Office of Immigration Litigation
U.S. Department of Justice
P.O. Box 878, Ben Franklin Station
Washington, D.C. 20044
Tel: (202) 305-5438
Email: Stephanie.L.Groff@usdoj.gov

*Counsel for Defendants*

DEFENDANTS' ERRATA
2