UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| PEDRO VASQUEZ PERDOMO, *et al.*,<br><br>Plaintiffs,<br><br>v.<br><br>KRISTI NOEM, in her official capacity as Secretary of Homeland Security, *et al.*,<br><br>Defendants. | Case No.:  2:25-cv-05605-MEMF-SP<br><br>**[PROPOSED] ORDER GRANTING JOINT STIPULATION TO EXTEND PLAINTIFFS' AND INTERVENORS' DEPOSITION CUTOFF DATE [ECF NO. 301]**<br><br>Hon. Maame Ewusi-Mensah Frimpong<br>United States District Judge<br><br>Referred to Hon. Sheri Pym<br>United States Magistrate Judge |

The Court, having considered the parties' joint stipulation and finding good cause therefor, hereby GRANTS the stipulation and ORDERS as follows:

1. Plaintiffs and Intervenors shall complete the individual depositions contemplated by the Court's expedited discovery Order, ECF No. 223, by December 19, 2025.

IT IS SO ORDERED.


Dated: _____ 2025                    _____

                                                           Hon. Sheri Pym
                                                           United States Magistrate Judge

1