STACY TOLCHIN (SBN 217431)
stacy@tolchinimmigration.com
LAW OFFICES OF STACY TOLCHIN
776 E. Green St., Suite 210
Pasadena, CA 91101
Tel: 213-622-7450; Fax: 213-622-7233

MOHAMMAD TAJSAR (SBN 280152)
mtajsar@aclusocal.org
MAYRA JOACHIN (SBN 306065)
mjoachin@aclusocal.org
EVA BITRÁN (SBN 302081)
ebitran@aclusocal.org
DAE KEUN KWON (SBN 313155)
akwon@aclusocal.org
STEPHANIE PADILLA (SBN 321568)
spadilla@aclusocal.org
DIANA SÁNCHEZ (SBN 338871)
dianasanchez@aclusocal.org
ACLU FOUNDATION OF
SOUTHERN CALIFORNIA
1313 West Eighth Street
Los Angeles, CA 90017-4022
Tel: 213-977-5232; Fax: 213-201-7878

*Counsel for Stop/Arrest Plaintiffs*

(*Additional counsel listed on next page*)

MARK ROSENBAUM (SBN 59940)
mrosenbaum@publiccounsel.org
REBECCA BROWN (SBN 345805)
rbrown@publiccounsel.org
SOPHIA WRENCH (SBN 354416)
swrench@publiccounsel.org
RITU MAHAJAN (SBN 252970)
rmahajan@publiccounsel.org
GINA AMATO (SBN 215519)
gamato@publiccounsel.org
AMANDA MANGASER SAVAGE
(SBN 325996)
asavage@publiccounsel.org
PUBLIC COUNSEL
610 South Ardmore Avenue
Los Angeles, CA 90005
Tel: 213-385-2977

*Counsel for All Plaintiffs*

ANNE LAI (SBN 295394)
alai@law.uci.edu
UC IRVINE SCHOOL OF LAW
IMMIGRANT AND RACIAL JUSTICE
SOLIDARITY CLINIC
P.O. Box 5479
Irvine, CA 92616-5479
Tel: 949-824-9894; Fax: 949-824-2747

*Counsel for Stop/Arrest Plaintiffs*

**UNITED STATES DISTRICT COURT**

**FOR THE CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| Pedro VASQUEZ PERDOMO; Carlos Alexander OSORTO; and Isaac VILLEGAS MOLINA; Jorge HERNANDEZ VIRAMONTES; Jason Brian GAVIDIA; LOS ANGELES WORKER CENTER NETWORK; UNITED FARM WORKERS; COALITION FOR HUMANE IMMIGRANT RIGHTS; IMMIGRANT DEFENDERS LAW CENTER, <br><br>        Plaintiffs, <br><br>   v. <br><br>Kristi NOEM, in her official capacity as Secretary, Department of Homeland Security; | Case No.: 2:25-cv-05605-MEMF-SPx <br><br> ***DISCOVERY MATTER*** <br><br> **PLAINTIFFS' AND INTERVENORS' SUPPLEMENTAL MEMORANDUM IN OPPOSITION TO DEFENDANTS' MOTION FOR A PROTECTIVE ORDER** <br><br> Hon. Maame Ewusi-Mensah Frimpong <br><br> Referred to Hon. Sheri Pym <br> United States Magistrate Judge |

Todd M. LYONS, in his official capacity as Acting Director, U.S. Immigration and Customs Enforcement; Rodney S. SCOTT, in his official capacity as Commissioner, U.S. Customs and Border Patrol; Michael W. BANKS, in his official capacity as Chief of U.S. Border Patrol; Kash PATEL, in his official capacity as Director, Federal Bureau of Investigation; Pam BONDI, in her official capacity as U.S. Attorney General; Ernesto SANTACRUZ JR., in his official capacity as Acting Field Office Director for Los Angeles, U.S. Immigration and Customs Enforcement; Eddy WANG, Special Agent in Charge for Los Angeles, Homeland Security Investigations, U.S. Immigration and Customs Enforcement; Gregory K. BOVINO, in his official capacity as Chief Patrol Agent for El Centro Sector of the U.S. Border Patrol; Jeffrey D. STALNAKER, in his official capacity as Acting Chief Patrol Agent, San Diego Sector of the U.S. Border Patrol; Akil DAVIS, in his official capacity as Assistant Director in Charge, Los Angeles Office, Federal Bureau of Investigation; Bilal A. ESSAYLI, in his official capacity as U.S. Attorney for the Central District of California,

     Defendants.

Hearing Date:  December 23, 2025
Time: 11:00 a.m.

JACOB S. KREILKAMP (SBN 248210)
jacob.kreilkamp@mto.com
DAVID FRY (SBN 189276)
david.fry@mto.com
SARA H. WORTH (SBN 341088)
sara.worth@mto.com
HENRY D. SHREFFLER (SBN 343388)
henry.shreffler@mto.com
LAUREN E. KUHN (SBN 343855)
lauren.kuhn@mto.com
LAURA R. PERRY (SBN 342504)
laura.perrystone@mto.com
MAGGIE BUSHELL (SBN 354048)
maggie.bushell@mto.com
MUNGER, TOLLES & OLSON LLP
350 S. Grand Ave., 50th Floor
Los Angeles, CA 90071
Tel: 213-683-9100; Fax: 213-683-9100

*Counsel for Stop/Arrest Plaintiffs*

LAUREN MICHEL WILFONG*
lwilfong@ndlon.org
NATIONAL DAY LABORER
ORGANIZING NETWORK
1030 S. Arroyo Parkway, Suite 106
Pasadena, CA 91105
Tel: 626-214-5689

*Counsel for Stop/Arrest Plaintiffs*

BREE BERNWANGER (SBN 331731)
bbernwanger@aclunc.org
AMERICAN CIVIL LIBERTIES UNION
FOUNDATION OF NORTHERN
CALIFORNIA
39 Drumm Street
San Francisco, CA 94111
Tel: 415-621-2493

*Counsel for Stop/Arrest Plaintiffs*

BRISA VELAZQUEZ OATIS
(SBN 339132)
bvoatis@aclu-sdic.org
ACLU FOUNDATION OF
SAN DIEGO & IMPERIAL COUNTIES
P.O. Box 87131
San Diego, CA 92138-7131
Tel: 619-398-4199

*Counsel for Stop/Arrest Plaintiffs*

MATTHEW J. CRAIG (SBN 350030)
mcraig@heckerfink.com
MACK E. JENKINS (SBN 242101)
mjenkins@heckerfink.com
HECKER FINK LLP
1150 South Olive Street, Suite 10-140
Los Angeles, CA 90015
Tel: 212-763-0883; Fax: 212-564-0883

*Counsel for Access/Conditions Plaintiffs*

EDGAR AGUILASOCHO (SBN 285567)
eaguilasocho@farmworkerlaw.com
MARTÍNEZ AGUILASOCHO LAW, INC.
900 Truxtun Ave, Suite 300
Bakersfield, CA 93301
Tel: 661-859-1174

*Counsel for Plaintiff United Farm Workers*

CARL BERGQUIST*
cbergquist@chirla.org
COALITION FOR HUMANE IMMIGRANT
RIGHTS
2351 Hempstead Road
Ottawa Hills, OH 43606
Tel: 310-279-6025

*Counsel for Plaintiff Coalition for Humane
Immigrant Rights*

ALVARO M. HUERTA (SBN 274787)
ahuerta@immdef.org
BRYNNA BOLT (SBN 339378)
bbolt@immdef.org
ALISON STEFFEL (SBN 346370)
asteffel@immdef.org
IMMIGRANT DEFENDERS LAW CENTER
634 S. Spring St., 10th Floor
Los Angeles, CA 90014
Tel: 213-634-0999

*Counsel for Plaintiff Immigrant
Defenders Law Center*

* Admitted *Pro Hac Vice*

HYDEE FELDSTEIN SOTO
(SBN 106866)
City Attorney
hydee.feldsteinsoto@lacity.org
VALERIE L. FLORES (SBN 138572)
valerie.flores@lacity.org
MICHAEL J. DUNDAS (SBN 226930)
mike.dundas@lacity.org
MARIA LOUISE COUSINEAU
(SBN 122280)
maria.cousineau@lacity.org
RANDALL G. SOMMER
(SBN 214099)
randall.sommer@lacity.org
SHUBHRA SHIVPURI (SBN 295534)
shubhra.shivpuri@lacity.org
OFFICE OF THE LOS ANGELES
CITY ATTORNEY
City Hall 200 North Spring Street
21st Floor
Los Angeles, CA 90012-4130
Tel.: 213-922-8382; Fax: 213-978-7957

*Attorneys for Intervenor
City of Los Angeles*

E. MARTIN ESTRADA
(SBN 223802)
martin.estrada@mto.com
DANIEL B. LEVIN (SBN 226044)
daniel.levin@mto.com
JOHN L. SCHWAB (SBN 301386)
john.schwab@mto.com
V. GRACE DAVIS (SBN 336732)
grace.davisfisher@mto.com
V. ROMAN LEAL (SBN 348892)
roman.leal@mto.com
WENDY QIUYU XIAO (SBN 342702)
wendy.xiao@mto.com
MUNGER, TOLLES & OLSON LLP
350 South Grand Avenue
50th Floor
Los Angeles, California 90071
Tel.: 213-683-9100; Fax: 213-687-3702

*Attorneys for Intervenors Cities of Los
Angeles, Anaheim, Bell Gardens, Beverly Hills,
Carpinteria, Culver City, Huntington Park,
Long Beach, Lynwood, Montebello, Monterey
Park, Oxnard, Paramount, Pico Rivera,
Pomona, Santa Ana, Santa Barbara, Santa
Monica, South Gate, and West Hollywood*

NICOLE DAVIS TINKHAM (SBN 229592)
ntinkham@counsel.lacounty.gov
LILIANA CAMPOS (SBN 255753)
lcampos@counsel.lacounty.gov
BRIGIT GREESON ALVAREZ (SBN 237301)
bgreesonalvarez@counsel.lacounty.gov
OFFICE OF THE COUNTY COUNSEL
648 Kenneth Hahn Hall of Admin.,
500 West Temple Street
Los Angeles, California 90012-2713
Tel.: 213-808-8736; Fax: 213-633-1915

*Attorneys for Intervenor County of Los Angeles*

MICHELE BEAL BAGNERIS (SBN 115423)
City Attorney
mbagneris@cityofpasadena.net
ARNOLD F. LEE (SBN 278610)
aflee@cityofpasadena.net
ANDREW AARONIAN (SBN 318245)
aaaronian@cityofpasadena.net
OFFICE OF THE CITY ATTORNEY
OF PASADENA
100 N Garfield Ave, Rm N-210
Pasadena, CA 91101
Tel.: 626-744-4141; Fax: 626-744-4190

*Attorneys for Intervenor City of Pasadena*

NORMAN L. EISEN*
Norman@democracydefenders.org
STEPHEN A. JONAS (SBN 542005)
Steve@democracydefenders.org
JOSHUA G. KOLB*
Joshua@democracydefenders.org
DEMOCRACY DEFENDERS FUND
600 Pennsylvania Ave. SE, Suite 15180
Washington, DC 20003
Tel: (202) 594-9958

*Admitted *Pro Hac Vice*

*Attorneys for Intervenor City of Los Angeles*

Defendants' motion for a protective order should be denied.  The parties already have completed two depositions, and Defendants' fears of "unnecessary crowding, distraction, and inefficiency" never materialized.  ECF No. 301 at 3.  Defendants still have not articulated good cause for a protective order, let alone any basis to seek a protective order regarding depositions of Plaintiffs' witnesses.  *See* ECF No. 288 ("JS") at 2–3, 7–10.

Additionally, Intervenors and Plaintiffs ("Requestors") must correct Defendants' mischaracterizations of the meet and confer process in Defendants' supplemental brief.  ECF No. 301.  Requestors never sought to exclude Defendants' party representatives from the depositions of Defendants' witnesses in expedited discovery, and Requestors did not object when agency counsel attended depositions this week.  This Court should deny Defendants' motion.

## I.   <u>DEFENDANTS FAIL TO SHOW GOOD CAUSE FOR A PROTECTIVE ORDER</u>

Requestors have already taken two depositions without any disputes about attendance. Two attorneys for Plaintiffs, two attorneys for Intervenors, and two attorneys for Defendants were present in the room with the witness, as were party representatives for Intervenors and Defendants. Plaintiffs and Intervenors have shared questioning time and will continue to do so.  There is no need for this Court's intervention on this issue.

Defendants do not even attempt to argue that good cause exists for a protective order, and there is none.  *See* Fed. R. Civ. P. 26(c)(1) (requiring "good cause" for issuance of a protective order); *see also Phillips ex rel. Ests. of Byrd v. Gen. Motors Corp.*, 307 F.3d 1206, 1210–11 (9th Cir. 2002) ("For good cause to exist, the party seeking protection bears the burden of showing specific prejudice or harm will result if no protective order is granted.").

Defendants' argument that Requestors cited "inapposite" cases is simply incorrect.  ECF No. 301 at 3.  To begin, *Esebag* and *Rockwell International* are Defendants' own citations, and Requestors simply underscored that neither case supports the relief Defendants sought.  *Compare* JS at 4 (citing *Esebag v. Whaley*, No. CV 18-08446 R (RAO), 2019 WL 8013118 (C.D. Cal. Sept. 9, 2019) and *Rockwell Int'l, Inc. v. Pos-A-Traction Indus., Inc.*, 712 F.2d 1324 (9th Cir. 1983)), *with* JS at 9–10.  More to the point, Defendants' motion *did* seek extraordinary relief—to prohibit Intervenors from "conduct[ing] their own examinations."  JS at 2.  This relief is "rare[]"; a party

PLAINTIFFS' AND INTERVENORS' SUPPLEMENTAL MEMORANDUM

cannot meaningfully participate in depositions by being relegated to the corner of the room. *Esebag*, 2019 WL 8013118, at *3. And Defendants have failed to even discuss the "extraordinary circumstances" standard required for such relief. *Id.* But even if Defendants were not required to make a "heightened showing," ECF No. 301 at 3, Defendants have still failed to show good cause to exclude parties from depositions. Defendants' purported reasons are precisely the type of "garden variety or boilerplate 'good cause' facts which will exist in most civil litigation." JS at 9 (citing *Valentine v. Nielsen*, No. 16-cv-2357-W(KSC), 2018 WL 1281797, at *7 (S.D. Cal. Mar. 9, 2018) (citation omitted)).

Should the Court consider granting Defendants' motion in whole or in part, any limitation on party attendance should be confined to the duration of expedited discovery and to depositions of Defendants' witnesses. Defendants lack standing to seek a protective order for the deposition of other parties' witnesses. *See* JS at 3 n.1 (citing *Biden v. Byrne*, 2025 WL 1122392, at *3 (C.D. Cal. Mar. 18, 2025) ("[O]nly the party/person 'from whom discovery is sought may move for a protective order' under Rule 26(c).")). Additionally, Defendants have described their motion as "guardrails . . . in this *expedited phase* to keep the depositions focused, manageable, and respectful of the witnesses' time." JS at 1 (emphasis added). If the Court grants Defendants' motion, the parties should have a renewed opportunity to negotiate deposition attendance when this case proceeds to regular discovery, when new factual circumstances may arise.

Defendants' new case cites are hardly apropos. *Formulabs, Inc. v. Hartley Pen Co.* concerns a motion for intervention and says nothing about protective orders. 275 F.2d 52 (9th Cir. 1960). And *Performance Credit Corp. v. EMC Mortgage Corp.* draws the very distinction that Defendants are asking this Court to ignore: Rule 26(c) protects the party "from whom discovery is sought." No. SACV 07–383 DOC (RNBx), 2009 WL 10673235, at *2 (C.D. Cal. June 23, 2009). It does not give Defendants *carte blanche* to seek protective orders under all circumstances.

## II.    DEFENDANTS MISCHARACTERIZE THE PARTIES' MEET AND CONFER

Defendants assert that Requestors sought to prohibit the government from bringing a party representative to the depositions. ECF No. 301, at 2. That is false.

Requestors never objected to Defendants' proposed attendance by a party representative. *See* Niu Decl., Ex. A (parties' correspondence). Defendants asked Plaintiffs and Intervenors to agree to bring a maximum of *one* party representative to any deposition. In response, Requestors proposed a limit of *two* party representatives from Plaintiffs and *three* from Intervenors. *See id*. Requestors did not intend this proposal to bar *Defendants* from bringing any party representative—they were simply responding to Defendants' request with a reasonable compromise. Defendants rejected this proposal without explanation. *See id*. At no point did Defendants advise Requestors that they understood Requestors' proposal to prohibit Defendants' party representatives from attending depositions.

In any event, Defendants' agency representatives have already attended two depositions, without any objection from Requestors. Defendants' complaint of asymmetry therefore is baseless.

## III.    CONCLUSION

For the foregoing reasons, this Court should deny Defendants' motion for a protective order.

PLAINTIFFS' AND INTERVENORS' SUPPLEMENTAL MEMORANDUM

DATED:  December 12, 2025

MUNGER, TOLLES & OLSON LLP

By:      /s/ Jacob S. Kreilkamp
         JACOB S. KREILKAMP
         *Counsel for Stop/Arrest Plaintiffs*

DATED:  December 12, 2025

UC IRVINE IMMIGRANT AND RACIAL JUSTICE SOLIDARITY CLINIC

By:      /s/ Anne Lai
         ANNE LAI
         *Counsel for Stop/Arrest Plaintiffs*

DATED:  December 12, 2025

MUNGER, TOLLES & OLSON LLP

By:      /s/ Martin Estrada
         E. MARTIN ESTRADA
         *Counsel for Intervenors Cities of Los Angeles, Anaheim, Bell Gardens, Beverly Hills, Carpinteria, Culver City, Huntington Park, Long Beach, Lynwood, Montebello, Monterey Park, Oxnard, Paramount, Pico Rivera, Pomona, Santa Ana, Santa Barbara, Santa Monica, South Gate, and West Hollywood*

DATED:  December 12, 2025

OFFICE OF THE LOS ANGELES CITY ATTORNEY

By:      /s/ Hydee Feldstein Soto
         HYDEE FELDSTEIN SOTO
         City Attorney
         *Counsel for Intervenor City of Los Angeles*

-4-

DATED: December 12, 2025          OFFICE OF THE COUNTY COUNSEL


By:     _/s/ Brigit Greeson Alvarez_
          BRIGIT GREESON ALVAREZ
          Deputy County Counsel
          _Counsel for Intervenor County of Los Angeles_

DATED: December 12, 2025          OFFICE OF THE CITY ATTORNEY OF PASADENA


By:     _/s/ Michele Beal Bagneris_
          MICHELE BEAL BAGNERIS
          City Attorney
          _Counsel for Intervenor City of Pasadena_

-5-
PLAINTIFFS' AND INTERVENORS' SUPPLEMENTAL MEMORANDUM