# Exhibit A

| | |
|---|---|
| **From:** | Ross, Jonathan K. (CIV) <Jonathan.K.Ross@usdoj.gov> |
| **Sent:** | Wednesday, December 3, 2025 7:01 PM |
| **To:** | Niu, Jin; Shreffler, Henry; Annie Lai; Estrada, Martin; Xiao, Wendy; mtajsar@aclusocal.org; Davis Fisher, Grace; Davis, Tiberius (CIV); Zubata, Jason K. (CIV); DeSimone, Aniello (CIV); Beck, Daniel (USACAC); Groff, Stephanie L. (CIV); Bashyrov, Jacob (CIV); Skedzielewski, Sean (CIV); Chapman, Ryan (USACAC); Farrell, Alexander (USACAC); Molina, Ernesto H. (CIV); mjoachin@aclusocal.org; mcraig@heckerfink.com; hbidad@heckerfink.com; mrosenbaum@publiccounsel.org; rbrown@publiccounsel.org; ebitran@aclusocal.org; lwilfong@ndlon.org; Bushell, Maggie; Groves, Kyle; Levin, Daniel; Schwab, John; Hansen, Becca; Kim, Bobby; Kreilkamp, Jacob; Fry, David; Worth, Sara |
| **Subject:** | RE: Defendants' Submission for Joint Stipulation (Perdomo) |

 **External email**

Hi Jin,

Thank you for the follow up. Given the parties' positions, we think further negotiation on this issue is unlikely to be productive. We'll proceed with filing our motion for a protective order.

Thank you,
Jonathan

**Jonathan K. Ross**
P: (202) 305-7662

---

**From:** Niu, Jin <Jin.Niu@mto.com>
**Sent:** Wednesday, December 3, 2025 7:32 PM
**To:** Ross, Jonathan K. (CIV) <Jonathan.K.Ross@usdoj.gov>; Shreffler, Henry <Henry.Shreffler@mto.com>; Annie Lai <alai@law.uci.edu>; Estrada, Martin <Martin.Estrada@mto.com>; Xiao, Wendy <Wendy.Xiao@mto.com>; mtajsar@aclusocal.org; Davis Fisher, Grace <Grace.DavisFisher@mto.com>; Davis, Tiberius (CIV) <Tiberius.Davis@usdoj.gov>; Zubata, Jason K. (CIV) <Jason.K.Zubata@usdoj.gov>; DeSimone, Aniello (CIV) <Aniello.DeSimone@usdoj.gov>; Beck, Daniel (USACAC) <Daniel.Beck@usdoj.gov>; Groff, Stephanie L. (CIV) <Stephanie.L.Groff@usdoj.gov>; Bashyrov, Jacob (CIV) <Jacob.Bashyrov@usdoj.gov>; Skedzielewski, Sean (CIV) <Sean.Skedzielewski@usdoj.gov>; Chapman, Ryan (USACAC) <Ryan.Chapman@usdoj.gov>; Farrell, Alexander (USACAC) <Alexander.Farrell@usdoj.gov>; Molina, Ernesto H. (CIV) <Ernesto.H.Molina@usdoj.gov>; mjoachin@aclusocal.org; mcraig@heckerfink.com; hbidad@heckerfink.com; mrosenbaum@publiccounsel.org; rbrown@publiccounsel.org; ebitran@aclusocal.org; lwilfong@ndlon.org; Bushell, Maggie <Maggie.Bushell@mto.com>; Groves, Kyle <Kyle.Groves@mto.com>; Levin, Daniel <daniel.levin@mto.com>; Schwab, John <John.Schwab@mto.com>; Hansen, Becca <Rebecca.Hansen@mto.com>; Kim, Bobby <Bobby.Kim@mto.com>; Kreilkamp, Jacob <Jacob.Kreilkamp@mto.com>; Fry, David <David.Fry@mto.com>; Worth, Sara <Sara.Worth@mto.com>
**Subject:** [EXTERNAL] RE: Defendants' Submission for Joint Stipulation (Perdomo)

Jonathan,

Thank you for that clarification.

We do not agree that more than two dozen Plaintiffs and Intervenors must be limited to 1 "party" representative.  The law is clear that parties are entitled to attend depositions, and you have pointed us to no authority to support your position.  Your suggestion is obviously prejudicial, for multiple reasons, including that plaintiffs and intervenors make up a wide range of individuals, entities, and local governments with different counsel and different perspectives on this litigation.

That said, we also do not think it is worth wasting Magistrate Judge Pym's time with what should be a non-issue.  Therefore, we will make one final proposal to try and put this issue to bed:  we would agree that (in addition to two counsel per side) Plaintiffs will have no more than two party representatives at any deposition, and Intervenors will have no more than three representatives at any deposition.  For clarity, the two and three representative limit applies only to in-person attendance and does not prevent others from attending remotely.  Finally, this proposal applies only to the expedited depositions of Defendants' witnesses, and Plaintiffs and Intervenors reserve the right to propose alternative attendance arrangements during regular discovery.

Thanks.

Best,
Jin

Jin Niu | Munger, Tolles & Olson LLP
350 South Grand Avenue | Los Angeles, CA 90071
Tel:  213.683.9145 | jin.niu@mto.com | www.mto.com

---

**From:** Ross, Jonathan K. (CIV) <Jonathan.K.Ross@usdoj.gov>
**Sent:** Tuesday, December 2, 2025 7:50 PM
**To:** Niu, Jin <Jin.Niu@mto.com>; Shreffler, Henry <Henry.Shreffler@mto.com>; Annie Lai <alai@law.uci.edu>; Estrada, Martin <Martin.Estrada@mto.com>; Xiao, Wendy <Wendy.Xiao@mto.com>; mtajsar@aclusocal.org; Davis Fisher, Grace <Grace.DavisFisher@mto.com>; Davis, Tiberius (CIV) <Tiberius.Davis@usdoj.gov>; Zubata, Jason K. (CIV) <Jason.K.Zubata@usdoj.gov>; DeSimone, Aniello (CIV) <Aniello.DeSimone@usdoj.gov>; Beck, Daniel (USACAC) <Daniel.Beck@usdoj.gov>; Groff, Stephanie L. (CIV) <Stephanie.L.Groff@usdoj.gov>; Bashyrov, Jacob (CIV) <Jacob.Bashyrov@usdoj.gov>; Skedzielewski, Sean (CIV) <Sean.Skedzielewski@usdoj.gov>; Chapman, Ryan (USACAC) <Ryan.Chapman@usdoj.gov>; Farrell, Alexander (USACAC) <Alexander.Farrell@usdoj.gov>; Molina, Ernesto H. (CIV) <Ernesto.H.Molina@usdoj.gov>; mjoachin@aclusocal.org; mcraig@heckerfink.com; hbidad@heckerfink.com; mrosenbaum@publiccounsel.org; rbrown@publiccounsel.org; ebitran@aclusocal.org; lwilfong@ndlon.org; Bushell, Maggie <Maggie.Bushell@mto.com>; Groves, Kyle <Kyle.Groves@mto.com>; Levin, Daniel <daniel.levin@mto.com>; Schwab, John <John.Schwab@mto.com>; Hansen, Becca <Rebecca.Hansen@mto.com>; Kim, Bobby <Bobby.Kim@mto.com>; Kreilkamp, Jacob <Jacob.Kreilkamp@mto.com>; Fry, David <David.Fry@mto.com>; Worth, Sara <Sara.Worth@mto.com>
**Subject:** RE: Defendants' Submission for Joint Stipulation (Perdomo)

Hi Jin,

Thank you for your message. To clarify, Defendants propose a total of nine in-person attendees for each deposition: Defendants, Plaintiffs, and Intervenors may each have up to two counsel of record and one party representative. This total does not include the deponent, stenographer, videographer, or an interpreter if applicable.

Thank you,
Jonathan

**Jonathan K. Ross**

P: (202) 305-7662

---

**From:** Niu, Jin <Jin.Niu@mto.com>
**Sent:** Tuesday, December 2, 2025 8:38 PM
**To:** Ross, Jonathan K. (CIV) <Jonathan.K.Ross@usdoj.gov>; Shreffler, Henry <Henry.Shreffler@mto.com>; Annie Lai <alai@law.uci.edu>; Estrada, Martin <Martin.Estrada@mto.com>; Xiao, Wendy <Wendy.Xiao@mto.com>; mtajsar@aclusocal.org; Davis Fisher, Grace <Grace.DavisFisher@mto.com>; Davis, Tiberius (CIV) <Tiberius.Davis@usdoj.gov>; Zubata, Jason K. (CIV) <Jason.K.Zubata@usdoj.gov>; DeSimone, Aniello (CIV) <Aniello.DeSimone@usdoj.gov>; Beck, Daniel (USACAC) <Daniel.Beck@usdoj.gov>; Groff, Stephanie L. (CIV) <Stephanie.L.Groff@usdoj.gov>; Bashyrov, Jacob (CIV) <Jacob.Bashyrov@usdoj.gov>; Skedzielewski, Sean (CIV) <Sean.Skedzielewski@usdoj.gov>; Chapman, Ryan (USACAC) <Ryan.Chapman@usdoj.gov>; Farrell, Alexander (USACAC) <Alexander.Farrell@usdoj.gov>; Molina, Ernesto H. (CIV) <Ernesto.H.Molina@usdoj.gov>; mjoachin@aclusocal.org; mcraig@heckerfink.com; hbidad@heckerfink.com; mrosenbaum@publiccounsel.org; rbrown@publiccounsel.org; ebitran@aclusocal.org; lwilfong@ndlon.org; Bushell, Maggie <Maggie.Bushell@mto.com>; Groves, Kyle <Kyle.Groves@mto.com>; Levin, Daniel <daniel.levin@mto.com>; Schwab, John <John.Schwab@mto.com>; Hansen, Becca <Rebecca.Hansen@mto.com>; Kim, Bobby <Bobby.Kim@mto.com>; Kreilkamp, Jacob <Jacob.Kreilkamp@mto.com>; Fry, David <David.Fry@mto.com>; Worth, Sara <Sara.Worth@mto.com>
**Subject:** [EXTERNAL] RE: Defendants' Submission for Joint Stipulation (Perdomo)

Jonathan,

Thank you for your consideration of Plaintiffs' and Intervenors' proposal regarding attendees for the expedited depositions of Defendants' witnesses.

Our understanding is that Defendants are now proposing a limit of 8 in-person attendees (other than the deponent) in each such deposition—up to two counsel of record from each of Plaintiffs, Intervenors, and Defendants, as well as up to one party representative from each of Plaintiffs and Intervenors.  Could you confirm that understanding is correct?

Thank you.

Best,
Jin

Jin Niu | Munger, Tolles & Olson LLP
350 South Grand Avenue | Los Angeles, CA 90071
Tel:  213.683.9145 | jin.niu@mto.com | www.mto.com

---

**From:** Ross, Jonathan K. (CIV) <Jonathan.K.Ross@usdoj.gov>
**Sent:** Tuesday, December 2, 2025 12:41 PM
**To:** Niu, Jin <Jin.Niu@mto.com>; Shreffler, Henry <Henry.Shreffler@mto.com>; Annie Lai <alai@law.uci.edu>; Estrada, Martin <Martin.Estrada@mto.com>; Xiao, Wendy <Wendy.Xiao@mto.com>; mtajsar@aclusocal.org; Davis Fisher, Grace <Grace.DavisFisher@mto.com>; Davis, Tiberius (CIV) <Tiberius.Davis@usdoj.gov>; Zubata, Jason K. (CIV) <Jason.K.Zubata@usdoj.gov>; DeSimone, Aniello (CIV) <Aniello.DeSimone@usdoj.gov>; Beck, Daniel (USACAC) <Daniel.Beck@usdoj.gov>; Groff, Stephanie L. (CIV) <Stephanie.L.Groff@usdoj.gov>; Bashyrov, Jacob (CIV) <Jacob.Bashyrov@usdoj.gov>; Skedzielewski, Sean (CIV) <Sean.Skedzielewski@usdoj.gov>; Chapman, Ryan (USACAC) <Ryan.Chapman@usdoj.gov>; Farrell, Alexander (USACAC) <Alexander.Farrell@usdoj.gov>; Molina, Ernesto H. (CIV) <Ernesto.H.Molina@usdoj.gov>; mjoachin@aclusocal.org; mcraig@heckerfink.com; hbidad@heckerfink.com; mrosenbaum@publiccounsel.org; rbrown@publiccounsel.org; ebitran@aclusocal.org; lwilfong@ndlon.org; Bushell, Maggie <Maggie.Bushell@mto.com>; Groves, Kyle <Kyle.Groves@mto.com>; Levin, Daniel <daniel.levin@mto.com>; Schwab, John <John.Schwab@mto.com>; Hansen, Becca <Rebecca.Hansen@mto.com>; Kim, Bobby <Bobby.Kim@mto.com>; Kreilkamp, Jacob <Jacob.Kreilkamp@mto.com>; Fry, David <David.Fry@mto.com>; Worth,

3

Sara <Sara.Worth@mto.com>
**Subject:** RE: Defendants' Submission for Joint Stipulation (Perdomo)


Hi Jin,

Thank you for your message and draft. We are following up on the parties' discussions regarding deposition room attendance. Plaintiffs and Intervenors proposed a structure of two attorneys per side *plus* a reasonable number of party representatives. Defining "reasonable" with specificity is essential if we are going to reach an agreement.

From Defendants' perspective, a limit of one party representative per side is appropriate. If Plaintiffs and Intervenors are amenable to that framework, Defendants are prepared to draft a stipulation so we can resolve this issue without further motion practice.

Thank you,
Jonathan

**Jonathan K. Ross**
P: (202) 305-7662

**From:** Niu, Jin <Jin.Niu@mto.com>
**Sent:** Monday, December 1, 2025 11:31 PM
**To:** Ross, Jonathan K. (CIV) <Jonathan.K.Ross@usdoj.gov>; Shreffler, Henry <Henry.Shreffler@mto.com>; Annie Lai <alai@law.uci.edu>; Estrada, Martin <Martin.Estrada@mto.com>; Xiao, Wendy <Wendy.Xiao@mto.com>; mtajsar@aclusocal.org; Davis Fisher, Grace <Grace.DavisFisher@mto.com>; Davis, Tiberius (CIV) <Tiberius.Davis@usdoj.gov>; Zubata, Jason K. (CIV) <Jason.K.Zubata@usdoj.gov>; DeSimone, Aniello (CIV) <Aniello.DeSimone@usdoj.gov>; Beck, Daniel (USACAC) <Daniel.Beck@usdoj.gov>; Groff, Stephanie L. (CIV) <Stephanie.L.Groff@usdoj.gov>; Bashyrov, Jacob (CIV) <Jacob.Bashyrov@usdoj.gov>; Skedzielewski, Sean (CIV) <Sean.Skedzielewski@usdoj.gov>; Chapman, Ryan (USACAC) <Ryan.Chapman@usdoj.gov>; Farrell, Alexander (USACAC) <Alexander.Farrell@usdoj.gov>; Molina, Ernesto H. (CIV) <Ernesto.H.Molina@usdoj.gov>; mjoachin@aclusocal.org; mcraig@heckerfink.com; hbidad@heckerfink.com; mrosenbaum@publiccounsel.org; rbrown@publiccounsel.org; ebitran@aclusocal.org; lwilfong@ndlon.org; Bushell, Maggie <Maggie.Bushell@mto.com>; Groves, Kyle <Kyle.Groves@mto.com>; Levin, Daniel <daniel.levin@mto.com>; Schwab, John <John.Schwab@mto.com>; Hansen, Becca <Rebecca.Hansen@mto.com>; Kim, Bobby <Bobby.Kim@mto.com>; Kreilkamp, Jacob <Jacob.Kreilkamp@mto.com>; Fry, David <David.Fry@mto.com>; Worth, Sara <Sara.Worth@mto.com>
**Subject:** [EXTERNAL] RE: Defendants' Submission for Joint Stipulation (Perdomo)

Jonathan,

Please see attached Plaintiffs' and Intervenors' portion of the joint stipulation and exhibits to be filed.  Thank you.

Best,
Jin

**Jin Niu** | **Munger, Tolles & Olson LLP**
350 South Grand Avenue | Los Angeles, CA 90071
Tel:  213.683.9145 | jin.niu@mto.com | www.mto.com

**From:** Ross, Jonathan K. (CIV) <Jonathan.K.Ross@usdoj.gov>
**Sent:** Tuesday, November 25, 2025 9:40 PM

4

**To:** Shreffler, Henry <Henry.Shreffler@mto.com>; Annie Lai <alai@law.uci.edu>; Estrada, Martin <Martin.Estrada@mto.com>; Xiao, Wendy <Wendy.Xiao@mto.com>; mtajsar@aclusocal.org; Davis Fisher, Grace <Grace.DavisFisher@mto.com>; Davis, Tiberius (CIV) <Tiberius.Davis@usdoj.gov>; Zubata, Jason K. (CIV) <Jason.K.Zubata@usdoj.gov>; DeSimone, Aniello (CIV) <Aniello.DeSimone@usdoj.gov>; Beck, Daniel (USACAC) <Daniel.Beck@usdoj.gov>; Groff, Stephanie L. (CIV) <Stephanie.L.Groff@usdoj.gov>; Bashyrov, Jacob (CIV) <Jacob.Bashyrov@usdoj.gov>; Skedzielewski, Sean (CIV) <Sean.Skedzielewski@usdoj.gov>; Chapman, Ryan (USACAC) <Ryan.Chapman@usdoj.gov>; Farrell, Alexander (USACAC) <Alexander.Farrell@usdoj.gov>; Molina, Ernesto H. (CIV) <Ernesto.H.Molina@usdoj.gov>; mjoachin@aclusocal.org; mcraig@heckerfink.com; hbidad@heckerfink.com; mrosenbaum@publiccounsel.org; rbrown@publiccounsel.org; ebitran@aclusocal.org; lwilfong@ndlon.org; Bushell, Maggie <Maggie.Bushell@mto.com>; Groves, Kyle <Kyle.Groves@mto.com>; Levin, Daniel <daniel.levin@mto.com>; Schwab, John <John.Schwab@mto.com>; Hansen, Becca <Rebecca.Hansen@mto.com>; Kim, Bobby <Bobby.Kim@mto.com>; Niu, Jin <Jin.Niu@mto.com>; Kreilkamp, Jacob <Jacob.Kreilkamp@mto.com>; Fry, David <David.Fry@mto.com>; Worth, Sara <Sara.Worth@mto.com>
**Subject:** Defendants' Submission for Joint Stipulation (Perdomo)


Counsel,

As discussed, attached please find Defendants' portion of the joint stipulation and exhibit. We look forward to receiving Plaintiffs' and Intervenors' portion by December 2.

Thank you,
Jonathan

**Jonathan K. Ross**
Senior Litigation Counsel
United States Department of Justice, Civil Division
Office of Immigration Litigation
P.O. Box 868, Ben Franklin Station
Washington, D.C. 20044
P: (202) 305-7662 | F: (202) 305-7000
jonathan.k.ross@usdoj.gov

CONFIDENTIALITY NOTICE: This communication may contain law enforcement sensitive, privileged attorney/client communications or work product, and is not subject to disclosure. It is solely for the use of the intended recipients. Unauthorized interception, review, use or disclosure is prohibited. If you believe that you have received this e-mail in error, please notify the sender immediately, and permanently delete the e-mail, any attachments, and all copies from your computer.