BRETT A. SHUMATE
Assistant Attorney General
Civil Division
DREW C. ENSIGN
Deputy Assistant Attorney General
TIBERIUS DAVIS
SEAN SKEDZIELEWSKI
Counsel to the Assistant Attorney General
JONATHAN K. ROSS
Senior Litigation Counsel
STEPHANIE L. GROFF
JASON K. ZUBATA
JACOB A. BASHYROV
ANIELLO DESIMONE
Trial Attorneys
Office of Immigration Litigation
Civil Division, U.S. Dept. of Justice
P.O. Box 878, Ben Franklin Station
Washington, DC 20044
Tel: (202) 532-5239
Email: Jacob.Bashyrov@usdoj.gov

TODD BLANCHE
Deputy Attorney General
BILAL A. ESSAYLI
First Assistant United States Attorney
DAVID M. HARRIS
Assistant United States Attorney
Chief, Civil Division
DANIEL A. BECK
Assistant United States Attorney
Chief,
Complex and Defensive Litigation Section
ALEXANDER L. FARRELL
(SBN 335008)
PAULINE H. ALARCON (SBN 345785)
Assistant United States Attorneys
Federal Building, Suite 7516
300 North Los Angeles Street
Los Angeles, California 90012
Tel: (213) 894-5557 | 3992
E-mail: Alexander.Farrell@usdoj.gov
Pauline.Alarcon@usdoj.gov

*Counsel for Defendants*

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| PEDRO VASQUEZ PERDOMO, *et al.*,<br><br>Plaintiffs,<br><br>v.<br><br>KRISTI NOEM, in her official capacity as Secretary of Homeland Security, *et al.*,<br><br>Defendants. | ***DISCOVERY MATTER***<br><br>No. 2:25-cv-05605-MEMF-SP<br><br>**DEFENDANTS' APPLICATION FOR LEAVE TO FILE UNDER SEAL DEFENDANTS' PRIVILEGE DECLARATIONS**<br><br>Hon. Maame Ewusi-Mensah Frimpong<br>United States District Judge<br><br>Referred to Hon. Sheri Pym<br>United States Magistrate Judge |

TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

PLEASE TAKE NOTICE that Defendants, by and through their counsel of record, request leave pursuant to Local Rule 79-5.2.2(b) to file under seal Defendants' privilege declarations that Defendants designated as "Confidential Information" pursuant to the Protective Order in this case.

Respectfully submitted,

Dated: December 22, 2025

*<u>/s/ Jacob A. Bashyrov</u>*
JACOB A. BASHYROV
Trial Attorney
Office of Immigration Litigation

*Counsel for Defendants*

## I. DEFENDANTS REQUEST LEAVE TO PROVISIONALLY FILE UNDER SEAL CERTAIN DOCUMENTS DESIGNATED AS "CONFIDENTIAL"

Defendants hereby request leave pursuant to Local Rule 79-5.2.2(b) to file under seal Defendants' verification declarations provided by the United States Immigration and Customs Enforcement ("ICE") and United States Customs and Border Protection ("CBP") which reference information Defendants have designated as "Confidential Information" under the Protective Order (ECF No. 247). Defendants intend to file redacted copies of the exhibits publicly. The exhibits are identified in Section II, *infra*.

These records contain confidential government personal information, including identifying information and job titles of "non-public-facing . . . federal employees" "involved in enforcement operations or custodial functions where disclosure of such information to the public may adversely impact identifiable law enforcement or national security interests, pose privacy or safety risks, or create operational concerns" as contemplated by the Court's protective order. ECF No. 247 § A.2.b.vi. As such, Defendants file this application for leave to file the privilege declarations under seal, as they contain "Confidential Information" as covered by this Court's protective order. *Id.*

On December 19, 2025, counsel for Defendants contacted counsel for Plaintiffs by e-mail, and on December 21, 2025, counsel for Plaintiffs stated that they are *opposed* to Defendants' request to file these declarations under seal.

## II. DOCUMENTS REFERENCING INFORMATION DESIGNATED AS "CONFIDENTIAL INFORMATION" TO BE SEALED, WITH REDACTED COPY APPEARING IN PUBLIC RECORD

| **Document** | **Redaction/Seal Description** |
|---|---|
| Exhibit A, U.S. Immigration and Customs Enforcement's Verification Declaration | Portions sealed, with redacted copy appearing in public record |
| Exhibit B, U.S. U.S. Customs and Border Protection's Verification Declaration | Portions sealed, with redacted copy appearing in public record |

Dated: December 22, 2025

BRETT A. SHUMATE
Assistant Attorney General
Civil Division

DREW C. ENSIGN
Deputy Assistant Attorney General

TIBERIUS DAVIS
SEAN SKEDZIELEWSKI
Counsel to the Assistant Attorney General

ANTHONY P. NICASTRO
Acting Director

CARA E. ALSTERBERG
Acting Assistant Director

JONATHAN K. ROSS
Senior Litigation Counsel

ANIELLO DESIMONE
STEPHANIE L. GROFF
JASON K. ZUBATA
JACOB A. BASHYROV
Trial Attorneys

*/s/ Jacob A. Bashyrov*
JACOB A. BASHYROV
Trial Attorney
Office of Immigration Litigation
U.S. Department of Justice
P.O. Box 878, Ben Franklin Station
Washington, D.C. 20044
Tel: (202) 532-4143
Email: Jacob.Bashyrov@usdoj.gov

*Counsel for Defendants*

**CERTIFICATE OF SERVICE**

I hereby certify that on December 22, 2025, I served the foregoing pleading on all counsel of record by means of the Court's CM/ECF electronic filing system. Documents associated with this filing that are proposed to be filed under seal will be served on Plaintiffs' counsel of record by electronic mail service.

*/s/ Jacob A. Bashyrov*
JACOB A. BASHYROV
Trial Attorney
Office of Immigration Litigation

*Counsel for Defendants*