UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF CALIFORNIA
WESTERN DIVISION

PEDRO VASQUEZ PERDOMO, *et al.*,

Plaintiffs,

v.

KRISTI NOEM, in her official capacity as Secretary of Homeland Security, *et al.*,

Defendants.

Case No.: 2:25-cv-05605-MEMF-SP

**[PROPOSED] ORDER GRANTING DEFENDANTS' APPLICATION FOR LEAVE TO FILE UNDER SEAL DEFENDANTS' PRIVILEGE DECLARATIONS**

On December 22, 2025, Defendants filed their Application for Leave to File Under Seal. Having considered Defendants' Application, and finding good cause therefor, this Court hereby GRANTS the Application and ORDERS as follows:

1. The following Exhibits submitted with Defendants' Notice of Lodging are to be filed under seal:
   a. Exhibit A – U.S. Immigration and Customs Enforcement's Verification Declaration; and,
   b. Exhibit B –U.S. Customs and Border Protection's Verification Declaration.

IT IS SO ORDERED.

Dated: _______________ ________________________________________

THE HONORABLE SHERI PYM

United States Magistrate Judge