BRETT A. SHUMATE
Assistant Attorney General
Civil Division
DREW C. ENSIGN
Deputy Assistant Attorney General
TIBERIUS DAVIS
SEAN SKEDZIELEWSKI
Counsel to the Assistant Attorney General
JONATHAN K. ROSS
Senior Litigation Counsel
STEPHANIE L. GROFF
JASON K. ZUBATA
JACOB A. BASHYROV
ANIELLO DESIMONE
Trial Attorneys
Office of Immigration Litigation
Civil Division, U.S. Dept. of Justice
P.O. Box 878, Ben Franklin Station
Washington, DC 20044
Tel: (202) 532-4143
Email: Jacob.Bashyrov@usdoj.gov

TODD BLANCHE
Deputy Attorney General
BILAL A. ESSAYLI
First Assistant United States Attorney
DAVID M. HARRIS
Assistant United States Attorney
Chief, Civil Division
DANIEL A. BECK
Assistant United States Attorney
Chief,
Complex and Defensive Litigation Section
ALEXANDER L. FARRELL
(SBN 335008)
PAULINE H. ALARCON (SBN 345785)
Assistant United States Attorneys
Federal Building, Suite 7516
300 North Los Angeles Street
Los Angeles, California 90012
Tel: (213) 894-5557 | 3992
E-mail: Alexander.Farrell@usdoj.gov
Pauline.Alarcon@usdoj.gov

*Counsel for Defendants*

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

PEDRO VASQUEZ PERDOMO, *et al.*,

Plaintiffs,

v.

KRISTI NOEM, in her official capacity as Secretary of Homeland Security, *et al.*,

Defendants.

***DISCOVERY MATTER***

Case No.: 2:25-cv-05605-MEMF-SP

**DECLARATION OF JACOB A. BASHYROV IN SUPPORT OF DEFENDANTS' APPLICATION FOR LEAVE TO FILE UNDER SEAL DEFENDANTS' PRIVILEGE DECLARATIONS**

Hon. Maame Ewusi-Mensah Frimpong
United States District Judge

Referred to Hon. Sheri Pym
United States Magistrate Judge

I, JACOB A. BASHYROV, declare:

1. I am a trial attorney with the U.S. Department of Justice, Civil Division, Office of Immigration Litigation, and am assigned to handle the instant case. As such, I have personal knowledge of the following facts and, if called as a witness, I could and would testify competently thereto.

2. Defendants seek to file under seal the following exhibits, pursuant to the Court's December 12, 2025, Order Granting Plaintiffs' and Intervenors' Motion to Compel Discovery With Respect to Scope [ECF No. 266] (ECF No. 305):

    a. Exhibit A – U.S. Immigration and Customs Enforcement's Verification Declaration; and,

    b. Exhibit B – U.S. Customs and Border Protection's Verification Declaration.

3. Compelling reasons exist to seal these records because, as contemplated by the Court's protective order, the above referenced exhibits contain "Confidential Information." ECF No. 247. Specifically, these records contain confidential government personal information, including identifying information and job titles of "non-public-facing . . . federal employees" involved in "enforcement operations or custodial functions where disclosure of such information to the public may adversely impact identifiable law enforcement or national security interests, pose privacy or safety risks, or create operational concerns." *Id.* § A.2.b.vi. As such,

Defendants file this application to file the privilege declarations under seal, as they contain "Confidential Information" as covered by this Court's protective order. *Id.*

4. On December 19, 2025, counsel for Defendants contacted counsel for Plaintiffs, Henry Scheffler, by electronic mail regarding Defendants' proposed filing. On December 21, 2025, Mr. Scheffler responded *via* electronic mail that Plaintiffs are *opposed* Defendants' request to file these materials under seal.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on December 22, 2025, in Washington, D.C.

*/s/ Jacob A. Bashyrov*
JACOB A. BASHYROV
Trial Attorney
Office of Immigration Litigation

*Counsel for Defendants*