# EXHIBIT A – VERIFICATION DECLARATION BY THE U.S. IMMIGRATION AND CUSTOMS ENFORCEMENT REDACTED VERSION OF DOCUMENT PROPOSED TO BE FILED UNDER SEAL

UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF
CALIFORNIA

| | |
|---|---|
| Pedro VASQUEZ PERDOMO, *et al.*,<br><br>*Plaintiffs*,<br>v.<br><br>KRISTI NOEM, Secretary of Department of Homeland Security, *et al.*,<br><br>*Defendants* | No. 2:25-cv-05605-MEMF-SP<br><br>**Declaration of** [redacted] |

**DECLARATION OF** [redacted]

I, [redacted], pursuant to 28 U.S.C. § 1746, hereby declare as follows:

1. I am the Chief Counsel of the Office of the Principal Legal Advisor, Los Angeles (OPLA LOS), U.S. Immigration and Customs Enforcement (ICE), U.S. Department of Homeland Security (DHS). As Chief Counsel since December 2012, I oversee the litigation efforts of approximately 160 attorneys who represent DHS's interests in administrative removal proceedings under the Immigration and Nationality Act and who provide full-time legal guidance to our operational clients, Enforcement and Removal Operations (ERO) and Homeland Security Investigations (HSI) in Los Angeles. I also oversee attorneys who appear as Special Assistant United States Attorneys on behalf of the United States Attorney's Office for the Central District of California and those who provide labor and employment advice to ERO, HSI, and the Office of Professional Responsibility. OPLA LOS encompasses the geographic area of responsibility covering the following southern California counties: Los Angeles, Orange, San Bernardino, Riverside, Ventura, Santa Barbara, and San Luis Obispo. OPLA LOS also covers the state of Nevada. I make the

following statements based on my personal knowledge and upon information furnished to me in the course of my official duties.

2. I have reviewed Plaintiffs' Injunction Briefing, ECF Nos. 45, 128, as well as Defendants' Oppositions to Plaintiff's Motion for Temporary Restraining Order (TRO) and Preliminary Injunction (PI) (including Plaintiffs' supplement in support of their PI motion), and the attached declarations from ERO Los Angeles Deputy Field Office Director (DFOD) Andre Quinones (the "ICE Declaration") filed on July 8 and August 29, 2025. *See* ECF Nos. 71, 128. Within the ICE Declaration, DFOD Quinones attested, to the best of his information, knowledge, and belief, that ERO officers received Fourth Amendment and Ninth Circuit specific immigration enforcement training. ECF No. 71-1 at ¶¶ 4-6.

3. The above referenced training constitutes formal legal education developed and presented by OPLA LOS attorneys to fulfill the Central District of California requirements and reinforce compliance with Ninth Circuit law. These trainings serve an instructional purpose by providing ICE law enforcement personnel with updated, practical legal education on Fourth Amendment principles and related doctrines. It functions as both a refresher and a continuing legal education module in anticipation of enhanced enforcement operations within the Los Angeles Area of Responsibility. These trainings were provided periodically to ICE officers and agents between November 2024 and June 2025.

4. Attorneys in the OPLA LOS are the keepers and subject matter experts of the training materials referenced above. Between September 24, 2025, and October 24, 2025, before this Court granted expedited discovery on October 17, 2025, OPLA LOS reviewed its records and collected responsive documents. On October 21, 2025, after Plaintiffs had served their discovery on Defendants, OPLA Los Angeles conducted a follow up review of its records again to ensure all responsive training materials related to Plaintiffs' request had been identified. These training

materials were reviewed by October 29, 2025, and (with appropriate privilege redactions) produced on November 4, 2025.

5. In support of the Defendants' TRO and PI Opposition, ICE submitted the Declaration of DFOD Quinones.

6. Any training materials referenced in the Declaration of DFOD Quinones, are discussed above in Paragraphs 3 and 4 above.

7. The above-described training was produced on November 4, 2025, subject to the appropriate redactions and withholding for attorney-client privilege and attorney-work product privilege as described in the United States's privilege log.

8. I certify that ICE has produced the responsive documents that were relied upon in the ICE Declaration in opposing the motions for TRO and PI.

Pursuant to the provisions of 28 U.S.C. § 1746, I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct to the best of my information, knowledge, and belief.

Executed this 22nd day of December 2025.

[redacted] Digitally signed by [redacted]
Date: 2025.12.22 14:17:49 -08'00'

[redacted]
Chief Counsel, Los Angeles
Office of the Principal Legal Advisor
U.S. Immigration and Customs Enforcement
U.S. Department of Homeland Security