UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| PEDRO VASQUEZ PERDOMO, *et al.*, | Case No.: 2:25-cv-05605-MEMF-SP |
| Plaintiffs, | **ORDER GRANTING DEFENDANTS' APPLICATION FOR LEAVE TO FILE UNDER SEAL DEFENDANTS' PRIVILEGE DECLARATIONS** |
| v. | |
| KRISTI NOEM, in her official capacity as Secretary of Homeland Security, *et al.*, | |
| Defendants. | |

On December 16, 2025, Defendants filed their Application for Leave to File Under Seal. Having considered Defendants' Application, and finding good cause therefor, this Court hereby GRANTS the Unopposed Application (docket no. 310) and ORDERS as follows:

1. The following Exhibits submitted with Defendants' Notice of Lodging are to be filed under seal:

    a. Exhibit A – U.S. Immigration and Customs Enforcement's Attorney-Client Privilege/Work Product Declaration;

1

b. Exhibit B – U.S. Immigration and Customs Enforcement's Law Enforcement Privilege Declaration;

c. Exhibit C – U.S. Customs and Border Protection's Attorney-Client Privilege/Work Product Declaration; and

d. Exhibit D – U.S. Customs and Border Protection's Law Enforcement Privilege Declaration.

IT IS SO ORDERED.

Dated: Dec. 29, 2025

_____

THE HONORABLE SHERI PYM

United States Magistrate Judge