UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| Pedro VASQUEZ PERDOMO; Carlos Alexander OSORTO; and Isaac VILLEGAS MOLINA; Jorge HERNANDEZ VIRAMONTES; Jason Brian GAVIDIA; LOS ANGELES WORKER CENTER NETWORK; UNITED FARM WORKERS; COALITION FOR HUMANE IMMIGRANT RIGHTS; IMMIGRANT DEFENDERS LAW CENTER, <br><br> Plaintiffs, <br><br> v. <br><br> Kristi NOEM, in her official capacity as Secretary, Department of Homeland Security; Todd M. LYONS, in his official capacity as Acting Director, U.S. Immigration and Customs Enforcement; Rodney S. SCOTT, in his official capacity as Commissioner, U.S. Customs and Border Patrol; Michael W. BANKS, in his official capacity as Chief of U.S. Border Patrol; Kash PATEL, in his official capacity as Director, Federal Bureau of Investigation; Pam BONDI, in her official capacity as U.S. Attorney General; Ernesto SANTACRUZ JR., in his official capacity as Acting Field Office Director for Los Angeles, U.S. Immigration and Customs Enforcement; Eddy WANG, Special Agent in Charge for Los Angeles, Homeland Security Investigations, U.S. Immigration and Customs Enforcement; Gregory K. BOVINO, in his official capacity as Chief Patrol Agent for El Centro Sector of the U.S. Border Patrol; Jeffrey D. STALNAKER, in his official capacity as Acting Chief Patrol Agent, San | No.: 2:25-cv-05605-MEMF-SPx <br><br> ***DISCOVERY MATTER*** <br><br> **ORDER GRANTING PLAINTIFFS' APPLICATION TO FILE DOCUMENTS UNDER SEAL** <br><br> Hon. Maame Ewusi-Mensah Frimpong <br> United States District Judge <br><br> Referred to Hon. Sheri Pym <br> United States Magistrate Judge |

| | |
|---|---|
| 1 | Diego Sector of the U.S. Border Patrol; Akil DAVIS, in his official capacity as Assistant Director in Charge, Los Angeles Office, Federal Bureau of Investigation; Bilal A. ESSAYLI, in his official capacity as U.S. Attorney for the Central District of California, |
| 2 | |
| 3 | |
| 4 | |
| 5 | Defendants. |
| 6 | |
| 7 | |
| 8 | |
| 9 | |
| 10 | |
| 11 | |
| 12 | |
| 13 | |
| 14 | |
| 15 | |
| 16 | |
| 17 | |
| 18 | |
| 19 | |
| 20 | |
| 21 | |
| 22 | |
| 23 | |
| 24 | |
| 25 | |
| 26 | |
| 27 | |
| 28 | |

Case No.: 2:25-cv-05605-MEMF-SPx
[PROPOSED] ORDER GRANTING PLAINTIFFS' APPLICATION TO FILE DOCUMENTS UNDER SEAL

1  Upon due consideration and good cause appearing, Plaintiffs' Application to File
2  Documents Under Seal (docket no. 321) is GRANTED.  The following documents will be
3  redacted or sealed in the Court's record:

| Document | Redaction/Seal Description |
| --- | --- |
| Declaration of Henry Shreffler re: Joint Stipulation ("Shreffler Decl.") | Portions sealed, with redacted copy appearing in public record. |
| Shreffler Decl., Ex. C | Portions sealed, with redacted copy appearing in public record. |
| Shreffler Decl., Ex. D | File under seal. |
| Shreffler Decl., Ex. E | Portions sealed, with redacted copy appearing in public record. |
| Shreffler Decl., Ex. F | File under seal. |
| Shreffler Decl., Ex. H | File under seal. |

DATED: December 29, 2025

_____
Hon. Sheri Pym
United States Magistrate Judge