BRETT A. SHUMATE
Assistant Attorney General
Civil Division
DREW C. ENSIGN
Deputy Assistant Attorney General
TIBERIUS DAVIS
SEAN SKEDZIELEWSKI
Counsel to the Assistant Attorney
General
JONATHAN K. ROSS
Senior Litigation Counsel
STEPHANIE L. GROFF
JASON K. ZUBATA
ANIELLO DESIMONE
JACOB A. BASHYROV
Trial Attorneys
Office of Immigration Litigation
Civil Division, U.S. Dept. of Justice
P.O. Box 878, Ben Franklin Station
Washington, DC 20044
Tel: (202) 305-7662
Fax: (202) 305-7211
Email: Jonathan.K.Ross@usdoj.gov

BILAL A. ESSAYLI
First Assistant United States Attorney
DAVID M. HARRIS
Assistant United States Attorney
Chief, Civil Division
DANIEL A. BECK
Assistant United States Attorney
Chief, Complex and Defensive
Litigation
Section
ALEXANDER L. FARRELL (SBN
335008)
PAULINE H. ALARCON (SBN
345785)
Assistant United States Attorneys
Federal Building, Suite 7516
300 North Los Angeles Street
Los Angeles, California 90012
Tel: (213) 894-2574 | 3992
E-mail: Alexander.Farrell@usdoj.gov
Pauline.Alarcon@usdoj.gov

*Counsel for Defendants*

*(Additional counsel listed next page)*

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

PEDRO VASQUEZ PERDOMO; et al.,

Plaintiffs,

v.

KRISTI NOEM, in her official capacity as Secretary of Homeland Security; et al.,

Defendants.

)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)

***DISCOVERY MATTERS***

Case No.: 2:25-cv-05605-MEMF-SPx

**JOINT STIPULATION REGARDING 30(b)(6) DEPOSITIONS**

Hon. Maame Ewusi-Mensah Frimpong
United States District Judge

Referred to Hon. Sheri Pym
United States Magistrate Judge

STACY TOLCHIN (SBN 217431)
*stacy@tolchinimmigration.com*
LAW OFFICES OF STACY TOLCHIN
776 E. Green St., Suite 210
Pasadena, CA 91101
Telephone: (213) 622-7450
Facsimile: (213) 622-7233

MOHAMMAD TAJSAR (SBN 280152)
*mtajsar@aclusocal.org*
MAYRA JOACHIN (SBN 306065)
*mjoachin@aclusocal.org*
EVA BITRAN (SBN 302081)
*ebitran@aclusocal.org*
DAE KEUN KWON (SBN 313155)
*akwon@aclusocal.org*
STEPHANIE PADILLA (SBN 321568)
*spadilla@aclusocal.org*
DIANA SANCHEZ (SBN 338871)
*dianasanchez@aclusocal.org*
ACLU FOUNDATION OF
SOUTHERN CALIFORNIA
1313 West Eighth Street
Los Angeles, CA 90017-4022
Telephone: (213) 977-5232

*Counsel for Stop/Arrest Plaintiffs*

MARK ROSENBAUM (SBN 59940)
*mrosenbaum@publiccounsel.org*
AMANDA M. SAVAGE (SBN 325996)
*asavage@publiccounsel.org*
REBECCA BROWN (SBN 345805)
*rbrown@publiccounsel.org*
SOPHIA WRENCH (SBN 354416)
*swrench@publiccounsel.org*
RITU MAHAJAN (SBN 252970)
*rmahajan@publiccounsel.org*
GINA AMATO (SBN 215519)
*gamato@publiccounsel.org*
PUBLIC COUNSEL
610 South Ardmore Avenue
Los Angeles, CA 90005
Telephone: (213) 385-2977

*Counsel for All Plaintiffs*

ANNE LAI (SBN 295394)
*alai@law.uci.edu*
UC IRVINE SCHOOL OF LAW
IMMIGRANT AND RACIAL JUSTICE
SOLIDARITY CLINIC
P.O. Box 5479
Irvine, CA 92616-5479
Telephone: (949) 824-9894
*Counsel for Stop/Arrest Plaintiffs*

JACOB S. KREILKAMP (SBN 248210)
*jacob.kreilkamp@mto.com*
DAVID FRY (SBN 189276)
*david.fry@mto.com*
SARA H. WORTH (SBN 341088)
*sara.worth@mto.com*
HENRY D. SHREFFLER (SBN 343388)
*henry.shreffler@mto.com*
LAURA R. PERRY (SBN 342504)
*laura.perry@mto.com*
LAUREN E. KUHN (SBN 343855)
*lauren.kuhn@mto.com*
MAGGIE BUSHELL (SBN 354048)
*maggie.bushell@mto.com*
MUNGER, TOLLES & OLSON LLP
350 S. Grand Ave., 50th Floor
Los Angeles, CA 90071
Tel: 213-683-9100; Fax: 213-683-9100

*Counsel for Stop/Arrest Plaintiffs*

JESSICA K. BANSAL (SBN 277347)
*jessica@ndlon.org*
LAUREN MICHEL WILFONG*
*lwilfong@ndlon.org*
NATIONAL DAY LABORER
ORGANIZING NETWORK
1030 S. Arroyo Parkway, Suite 106
Pasadena, CA 91105
Telephone: (626) 214-5689

*Counsel for Stop/Arrest Plaintiffs*

BREE BERNWANGER (SBN 331731)
*bbernwanger@aclunc.org*
AMERICAN CIVIL LIBERTIES
UNION FOUNDATION OF
NORTHERN CALIFORNIA
39 Drumm Street
San Francisco, CA 94111
Tel: 415-621-2493

*Counsel for Stop/Arrest Plaintiffs*

BRISA VELAZQUEZ OATIS
(SBN 339132)
*bvoatis@aclu-sdic.org*
ACLU FOUNDATION OF
SAN DIEGO & IMPERIAL COUNTIES
P.O. Box 87131
San Diego, CA 92138-7131
Tel: 619-398-4199
*Counsel for Stop/Arrest Plaintiffs*

MATTHEW J. CRAIG (SBN 350030)
*mcraig@heckerfink.com*
MACK E. JENKINS (SBN 242101)
*mjenkins@heckerfink.com*
HECKER FINK LLP
1150 South Olive Street, Suite 10-140
Los Angeles, CA 90015
Telephone: (212) 763-0883
Facsimile: (212) 564-0883
*Counsel for Access/Conditions Plaintiffs*

EDGAR AGUILASOCHO
(SBN 285567)
*eaguilasocho@farmworkerlaw.com*
MARTINEZ AGUILASOCHO LAW,
INC.
900 Truxtun Ave, Suite 300
Bakersfield, CA 93301
Tel: 661-859-1174
*Counsel for Plaintiff United Farm
Workers*

CARL BERGQUIST*
*cbergquist@chirla.org*
COALITION FOR HUMANE
IMMIGRANT RIGHTS
2351 Hempstead Road
Ottawa Hills, OH 43606
Tel: 310-279-6025
*Counsel for Plaintiff Coalition for
Humane Immigrant Rights*

ALVARO M. HUERTA (SBN 274787)
ahuerta@immdef.org
BRYNNA BOLT (SBN 339378)
bbolt@immdef.org
ALISON STEFFEL (SBN 346370)
asteffel@immdef.org
IMMIGRANT DEFENDERS LAW
CENTER
634 S. Spring St., 10th Floor
Los Angeles, CA 90014
Tel: 213-634-0999
Counsel for Plaintiff Immigrant
Defenders Law Center
* Admitted pro hac vice

HYDEE FELDSTEIN SOTO (SBN 106866)
City Attorney
hydee.feldsteinsoto@lacity.org
VALERIE L. FLORES (SBN 138572)
valerie.flores@lacity.org
MICHAEL J. DUNDAS (SBN 226930)
mike.dundas@lacity.org
MARIA LOUISE COUSINEAU (SBN 122280)
maria.cousineau@lacity.org
RANDALL G. SOMMER (SBN 214099)
randall.sommer@lacity.org
SHUBHRA SHIVPURI (SBN 295534)
shubhra.shivpuri@lacity.org
OFFICE OF THE LOS ANGELES CITY ATTORNEY
City Hall 200 North Spring Street 21st Floor
Los Angeles, CA 90012-4130
Tel.: 213-922-8382; Fax: 213-978-7957

*Attorneys for Intervenor City of Los Angeles*

E. MARTIN ESTRADA (SBN 223802)
martin.estrada@mto.com
DANIEL B. LEVIN (SBN 226044)
daniel.levin@mto.com
JOHN L. SCHWAB (SBN 301386)
john.schwab@mto.com
V. GRACE DAVIS (SBN 336732)
grace.davisfisher@mto.com
V. ROMAN LEAL (SBN 348892)
roman.leal@mto.com
WENDY QIUYU XIAO (SBN 342702)
wendy.xiao@mto.com
MUNGER, TOLLES & OLSON LLP
350 South Grand Avenue 50th Floor
Los Angeles, California 90071
Tel.: 213-683-9100; Fax: 213-687-3702

*Attorneys for Intervenors Cities of Los Angeles, Anaheim, Bell Gardens, Beverly Hills, Carpinteria, Culver City, Huntington Park, Long Beach, Lynwood, Montebello, Monterey Park, Oxnard, Paramount, Pico Rivera, Pomona, Santa Ana, Santa Barbara, Santa Monica, South Gate, and West Hollywood*

NICOLE DAVIS TINKHAM (SBN 229592)
ntinkham@counsel.lacounty.gov
LILIANA CAMPOS (SBN 255753)
lcampos@counsel.lacounty.gov
BRIGIT GREESON ALVAREZ (SBN 237301)
bgreesonalvarez@counsel.lacounty.gov
OFFICE OF THE COUNTY COUNSEL
648 Kenneth Hahn Hall of Admin.,
500 West Temple Street
Los Angeles, California 90012-2713
Tel.: 213-808-8736; Fax: 213-633-1915

*Attorneys for Intervenor County of Los Angeles*

MICHELE BEAL BAGNERIS (SBN 115423)
City Attorney
mbagneris@cityofpasadena.net
ARNOLD F. LEE (SBN 278610)
aflee@cityofpasadena.net
ANDREW AARONIAN (SBN 318245)
aaaronian@cityofpasadena.net
OFFICE OF THE CITY ATTORNEY OF PASADENA
100 N Garfield Ave, Rm N-210
Pasadena, CA 91101
Tel.: 626-744-4141; Fax: 626-744-4190

*Attorneys for Intervenor City of Pasadena*

NORMAN L. EISEN*
Norman@democracydefenders.org
STEPHEN A. JONAS (SBN 542005)
Steve@democracydefenders.org
JOSHUA G. KOLB*
Joshua@democracydefenders.org
DEMOCRACY DEFENDERS FUND
600 Pennsylvania Ave. SE, Suite 15180
Washington, DC 20003
Tel: (202) 594-9958

*Admitted Pro Hac Vice

*Attorneys for Intervenor City of Los Angeles*

WHEREAS, on October 17, 2025, the Court, Hon. Maame Ewusi-Mensah Frimpong, granted Plaintiffs' and Intervenors' request for certain expedited depositions, including a Rule 30(b)(6) deposition (ECF No. 223);

WHEREAS, on November 10, 2025, the Court, Hon. Sheri Pym, granted Defendants' request for certain expedited depositions, including a Rule 30(b)(6) deposition of Plaintiff CHIRLA ("to be confined to the topics of the entity … declaration(s)") (ECF No. 253);

WHEREAS, on December 3, Plaintiffs and Intervenors served a notice of deposition pursuant to Rule 30(b)(6), which is attached hereto as **Exhibit A**;

WHEREAS, on December 8, Defendants served a notice of deposition pursuant to Rule 30(b)(6), which is attached hereto as **Exhibit B**;

WHEREAS, the parties have met and conferred telephonically and by written correspondence regarding the noticed topics and the time on the record for Defendants' Rule 30(b)(6) designee(s);

WHEREAS, Defendants have advised that they will designate one deponent from Immigration and Customs Enforcement ("ICE") and one deponent from Customs and Border Protection ("CBP");

WHEREAS, the parties hereby agree, without waiving any applicable privileges, to the following as to the written notice of deposition attached as **Exhibit A**:

1.    Plaintiffs and Intervenors collectively may question ICE's deponent for up to 3 hours on the record and CBP's deponent for up to 6.5 hours on the record;

2.    Defendants' designees must be prepared to testify on behalf of the DHS agencies involved in Operation at Large in the Central District of California, namely CBP and ICE.  Designees do not need to know about every DHS component that is not involved.

3.    The primary focus will be on Operation at Large in the Central District of California.

a.      The designees must be prepared to testify about the scope of the Operation as alleged in this litigation.  They do not need to be knowledgeable about routine immigration enforcement that is not part of the Operation and not part of the allegations in this litigation.

b.      The designees must be prepared to testify about national policies as they pertain to the Operation in the Central District of California, and Plaintiffs/Intervenors may ask for general comparisons to inquire into whether the Central District of California is an outlier.  Designees do not need to know about the specifics of operations in other Districts.

4.      Designees must be prepared to testify about trainings, policies, and procedures related to the Fourth Amendment and stops, not every policy or training such as general topics including firearms or use of force training.  (To be clear, Plaintiffs/Intervenors may inquire about training that may govern the display or use of firearms or the use of force during field operations, but designees need not be prepared to testify about specific trainings on the use of firearms or the use of force.)  For Topic 2, subpart a, designees must be prepared to testify about which office developed trainings but not specific individuals, in addition to other subjects in Topic 2.

5.      Designees are not required to know what occurred during every individual encounter or stop, or any specific officer's conduct at said encounter or stop.  Designees must be prepared to testify about CBP/ICE's policies and procedures regarding stops and practices to the extent known to the agency, as well as what conduct is acceptable for officers, including for the operations set forth in Plaintiffs' Request for Production No. 2. For Topic 5, designees will also be prepared to testify about actual investigations and corrective actions, if any, undertaken in the Central District of California since June 6, 2025.  If there have been no such investigations or corrective actions, the designee may testify to that.  As noted above, Defendants may assert any privileges they believe apply and those will be dealt with per the Federal Rules.

6.    For Topic 9d, designees must be prepared to testify about future policies or plans at a general level. As noted above, Defendants may assert any privileges they believe apply and those will be dealt with per the Federal Rules.

7.    For Topics 11 and 12, designees must be prepared to testify about any relevant changes to practices, policies, procedures, and trainings, including the reasons for any changes. As noted above, Defendants may assert any privileges they believe apply and those will be dealt with per the Federal Rules.

8.    For Topics 10 and 13, designees must be prepared to offer testimony about CBP/ICE's policies and procedures regarding practices, documents, records, and retention relevant to Operation at Large and any changes from previous standards. Plaintiffs/Intervenors may ask general questions on why certain documents might or might not exist and on policies relating to things such as body camera preservation. Plaintiffs/Intervenors will not inquire into a comprehensive audit of all forms, systems, or repositories outside the scope of this case. "Procedures" as used here and throughout the Topic List includes procedures that may not be in writing.

WHEREAS, the parties hereby agree, without waiving any applicable privileges, to the following as to the written notice of deposition attached as **Exhibit B**:

9.    The scope will be limited to the Fourth Amendment claims.

10.    Defendants will not ask about the immigration status of individual members of CHIRA. Defendants may ask whether CHIRLA tracks the immigration status of their members and, if so, for related information under Topic 4b.

11.    The designee will be prepared to answer questions about general membership structure, process, and representational capacity.

12.    At this time, Defendants will not ask for the names of injured members.

13.    Defendants will not ask about legal advice given in advocating for members but the designee will be prepared to answer questions about CHIRLA's general mission and activities carried out on behalf of its members to the extent that mission and those activities are referenced in CHIRLA's declarations. *See* ECF

No. 253 at 6 ("with the scope of the depositions to be confined to the topics of the entity or individual's declaration(s)").

DATED:  January 6, 2026

U.S. DEPARTMENT OF JUSTICE
CIVIL DIVISION
OFFICE OF IMMIGRATION LITIGATION

By: _____/s/ Jonathan K. Ross_____
JONATHAN K. ROSS
*Counsel for Defendants*

DATED:  January 6, 2026

MUNGER, TOLLES & OLSON LLP

By: _____/s/ Jacob S. Kreilkamp_____
JACOB S. KREILKAMP
*Counsel for Stop/Arrest Plaintiffs*

DATED:  January 6, 2026

UC IRVINE IMMIGRANT AND RACIAL JUSTICE SOLIDARITY CLINIC

By: _____/s/ Anne Lai_____
ANNE LAI
*Counsel for Stop/Arrest Plaintiffs*

DATED:  January 6, 2026

By: _____/s/ E. Martin Estrada_____
E. MARTIN ESTRADA
MUNGER, TOLLES & OLSON LLP

*Counsel for Intervenors Cities of Los Angeles, Anaheim, Bell Gardens, Beverly Hills, Carpinteria, Culver City, Huntington Park, Long Beach, Lynwood, Montebello, Monterey Park, Oxnard, Paramount, Pico Rivera,*

JOINT STIPULATION REGARDING 30(b)(6) DEPOSITIONS

*Pomona, Santa Ana, Santa Barbara, Santa Monica, South Gate, and West Hollywood*

*/s/*
HYDEE FELDSTEIN SOTO
City Attorney

OFFICE OF THE LOS ANGELES CITY ATTORNEY

*Attorney for Intervenor*
*City of Los Angeles*

*/s/*
BRIGIT GREESON ALVAREZ
Deputy County Counsel
OFFICE OF THE COUNTY COUNSEL

*Attorney for Intervenor*
*County of Los Angeles*

*/s/*
MICHELE BEAL BAGNERIS
City Attorney
OFFICE OF THE CITY ATTORNEY OF PASADENA

*Attorney for Intervenor*
*City of Pasadena*

---

JOINT STIPULATION REGARDING 30(b)(6) DEPOSITIONS

## **ATTESTATION OF FILER**

I attest that the other signatories listed, and on whose behalf this filing is submitted, concur in the filing's content and have authorized the filing.

DATED:  January 6, 2026            MUNGER, TOLLES & OLSON LLP


By: _____*/s/ Jacob S. Kreilkamp*_____
JACOB S. KREILKAMP
*Counsel for Stop/Arrest Plaintiffs*