STACY TOLCHIN (SBN 217431)
*stacy@tolchinimmigration.com*
LAW OFFICES OF STACY TOLCHIN
776 E. Green St., Suite 210
Pasadena, CA 91101
Tel: 213-622-7450; Fax: 213-622-7233

MOHAMMAD TAJSAR (SBN 280152)
*mtajsar@aclusocal.org*
MAYRA JOACHIN (SBN 306065)
*mjoachin@aclusocal.org*
EVA BITRÁN (SBN 302081)
*ebitran@aclusocal.org*
DAE KEUN KWON (SBN 313155)
*akwon@aclusocal.org*
STEPHANIE PADILLA (SBN 321568)
*spadilla@aclusocal.org*
DIANA SÁNCHEZ (SBN 338871)
*dianasanchez@aclusocal.org*
ACLU FOUNDATION OF
SOUTHERN CALIFORNIA
1313 West Eighth Street
Los Angeles, CA 90017-4022
Tel: 213-977-5232; Fax: 213-201-7878

*Counsel for Stop/Arrest Plaintiffs*

(*Additional counsel listed on next page*)

MARK ROSENBAUM (SBN 59940)
*mrosenbaum@publiccounsel.org*
REBECCA BROWN (SBN 345805)
*rbrown@publiccounsel.org*
SOPHIA WRENCH (SBN 354416)
*swrench@publiccounsel.org*
RITU MAHAJAN (SBN 252970)
*rmahajan@publiccounsel.org*
GINA AMATO (SBN 215519)
*gamato@publiccounsel.org*
AMANDA MANGASER SAVAGE
(SBN 325996)
*asavage@publiccounsel.org*
PUBLIC COUNSEL
610 South Ardmore Avenue
Los Angeles, CA 90005
Tel: 213-385-2977

*Counsel for All Plaintiffs*

ANNE LAI (SBN 295394)
*alai@law.uci.edu*
UC IRVINE SCHOOL OF LAW
IMMIGRANT AND RACIAL JUSTICE
SOLIDARITY CLINIC
P.O. Box 5479
Irvine, CA 92616-5479
Tel: 949-824-9894; Fax: 949-824-2747

*Counsel for Stop/Arrest Plaintiffs*

**UNITED STATES DISTRICT COURT**

**FOR THE CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| Pedro VASQUEZ PERDOMO; Carlos Alexander OSORTO; and Isaac VILLEGAS MOLINA; Jorge HERNANDEZ VIRAMONTES; Jason Brian GAVIDIA; LOS ANGELES WORKER CENTER NETWORK; UNITED FARM WORKERS; COALITION FOR HUMANE IMMIGRANT RIGHTS; IMMIGRANT DEFENDERS LAW CENTER, <br><br> Plaintiffs, <br><br> v. <br><br> Kristi NOEM, in her official capacity as Secretary, Department of Homeland | No.: 2:25-cv-05605-MEMF-SPx <br><br> ***DISCOVERY MATTER*** <br><br> **DECLARATION OF HENRY D. SHREFFLER IN SUPPORT OF PLAINTIFFS' APPLICATION TO FILE DOCUMENTS UNDER SEAL** <br><br> *Filed concurrently with Plaintiffs' Application to File Documents Under Seal and Proposed Order* <br><br> Hon. Maame Ewusi-Mensah Frimpong <br> United States District Judge <br> Referred to Hon. Sheri Pym <br> United States Magistrate Judge |

Case No. 2:25-cv-05605-MEMF-SPx

DECLARATION OF HENRY D. SHREFFLER

Security; Todd M. LYONS, in his official capacity as Acting Director, U.S. Immigration and Customs Enforcement; Rodney S. SCOTT, in his official capacity as Commissioner, U.S. Customs and Border Patrol; Michael W. BANKS, in his official capacity as Chief of U.S. Border Patrol; Kash PATEL, in his official capacity as Director, Federal Bureau of Investigation; Pam BONDI, in her official capacity as U.S. Attorney General; Ernesto SANTACRUZ JR., in his official capacity as Acting Field Office Director for Los Angeles, U.S. Immigration and Customs Enforcement; Eddy WANG, Special Agent in Charge for Los Angeles, Homeland Security Investigations, U.S. Immigration and Customs Enforcement; Gregory K. BOVINO, in his official capacity as Chief Patrol Agent for El Centro Sector of the U.S. Border Patrol; Jeffrey D. STALNAKER, in his official capacity as Acting Chief Patrol Agent, San Diego Sector of the U.S. Border Patrol; Akil DAVIS, in his official capacity as Assistant Director in Charge, Los Angeles Office, Federal Bureau of Investigation; Bilal A. ESSAYLI, in his official capacity as U.S. Attorney for the Central District of California,

     Defendants.

DECLARATION OF HENRY D. SHREFFLER

JACOB S. KREILKAMP (SBN 248210)
jacob.kreilkamp@mto.com
DAVID FRY (SBN 189276)
david.fry@mto.com
JAMIE LUMA (SBN 331610)
jamie.luma@mto.com
SARA H. WORTH (SBN 341088)
sara.worth@mto.com
HENRY D. SHREFFLER (SBN 343388)
henry.shreffler@mto.com
MAGGIE BUSHELL (SBN 354048)
maggie.bushell@mto.com
KYLE A. GROVES (SBN 358085)
kyle.groves@mto.com
MUNGER, TOLLES & OLSON LLP
350 S. Grand Ave., 50th Floor
Los Angeles, CA 90071
Tel: 213-683-9100; Fax: 213-683-9100

*Counsel for Stop/Arrest Plaintiffs*

LAUREN MICHEL WILFONG*
lwilfong@ndlon.org
NATIONAL DAY LABORER
ORGANIZING NETWORK
1030 S. Arroyo Parkway, Suite 106
Pasadena, CA 91105
Tel: 626-214-5689

*Counsel for Stop/Arrest Plaintiffs*

BREE BERNWANGER (SBN 331731)
bbernwanger@aclunc.org
AMERICAN CIVIL LIBERTIES UNION
FOUNDATION OF NORTHERN
CALIFORNIA
39 Drumm Street
San Francisco, CA 94111
Tel: 415-621-2493

*Counsel for Stop/Arrest Plaintiffs*

BRISA VELAZQUEZ OATIS
(SBN 339132)
bvoatis@aclu-sdic.org
ACLU FOUNDATION OF
SAN DIEGO & IMPERIAL COUNTIES
P.O. Box 87131
San Diego, CA 92138-7131
Tel: 619-398-4199

*Counsel for Stop/Arrest Plaintiffs*

MATTHEW J. CRAIG (SBN 350030)
mcraig@heckerfink.com
MACK E. JENKINS (SBN 242101)
mjenkins@heckerfink.com
HECKER FINK LLP
1150 South Olive Street, Suite 10-140
Los Angeles, CA 90015
Tel: 212-763-0883; Fax: 212-564-0883

*Counsel for Access/Conditions Plaintiffs*

EDGAR AGUILASOCHO (SBN 285567)
eaguilasocho@farmworkerlaw.com
MARTÍNEZ AGUILASOCHO LAW, INC.
900 Truxtun Ave, Suite 300
Bakersfield, CA 93301
Tel: 661-859-1174

*Counsel for Plaintiff United Farm Workers*

CARL BERGQUIST*
cbergquist@chirla.org
COALITION FOR HUMANE IMMIGRANT
RIGHTS
2351 Hempstead Road
Ottawa Hills, OH 43606
Tel: 310-279-6025

*Counsel for Plaintiff Coalition for Humane Immigrant Rights*

ALVARO M. HUERTA (SBN 274787)
ahuerta@immdef.org
BRYNNA BOLT (SBN 339378)
bbolt@immdef.org
ALISON STEFFEL (SBN 346370)
asteffel@immdef.org
IMMIGRANT DEFENDERS LAW CENTER
634 S. Spring St., 10th Floor
Los Angeles, CA 90014
Tel: 213-634-0999

*Counsel for Plaintiff Immigrant Defenders Law Center*

* Admitted *Pro Hac Vice*

## DECLARATION OF HENRY D. SHREFFLER

I, Henry D. Shreffler, declare the following:

1. I am an attorney at Munger, Tolles & Olson LLP and counsel of record to the Stop/Arrest Plaintiffs in the above-captioned action. I make this declaration from my personal knowledge and if called to testify to these facts could and would do so competently.

2. Pursuant to LR 7-19 and Fed. R. Civ. P. 26(c), Plaintiffs are currently filing an *ex parte* application for protective order.

3. On January 12, 2026, at around 1:50 p.m. PT, my colleague Sara H. Worth gave oral notice to Defendants and Intervenors that Plaintiffs intended to file an ex parte application. As part of Ms. Worth's oral notice, I understand that she informed the parties that Plaintiffs intended to file an application to seal portions of the transcript of Mr. Vasquez Perdomo's deposition.

4. Later in the afternoon on January 12, 2026, at 2:51 p.m. PT, I provided confirmatory written notice, via email, of Plaintiffs' intent to file an ex parte application. As part of my written notice, I informed Defendants that Plaintiffs intended to submit pages 27, 47-48, 55-58, 82, 104-105, and 188-196 from the transcript of Mr. Vasquez Perdomo. I noted that because the transcript remained under the 30 day period for redesignating Mr. Vasquez Perdomo's deposition transcript under the protective order, Plaintiffs sought Defendants' position on whether they will maintain any confidentiality designations over the specific pages in question. I further noted that Plaintiffs would file these pages fully under seal if Defendants did not provide their position by 8:00 p.m. PT.

5. In my email, I also informed Defendants that Plaintiffs intended to affirmatively assert confidentiality designations over certain limited portions of the pages listed above, namely Mr. Vasquez Perdomo's testimony regarding his country of birth (located at pages 27, 47, 189, and 196 of the transcript) and his immigration status (pages 105, 189, 195, and 196) and that Plaintiffs will be filing an affirmative application to seal pursuant to LR 79-5.2.2(a). I requested that Defendants provide their position on Plaintiffs' contemplated application to seal by 8:00 p.m. PT.

-4-

Case No. 2:25-cv-05605-MEMF-SPx

DECLARATION OF HENRY D. SHREFFLER

6.      Good cause exists to seal the specific, limited, excerpts from Mr. Vasques Perdomo's deposition transcript which I reference in Paragraph 5, *supra*. *See Ctr. for Auto Safety v. Chrysler Grp., LLC*, 809 F.3d 1092, 1097 (9th Cir. 2016).  The transcript portions which Plaintiffs seek to file under seal reflect testimony regarding his immigration status, his place of birth, and his immigration history.  These categories of information are squarely encompassed by the Protective Order, which permits the parties to designate as Confidential "private information relating to an individual," including "immigration status, country of birth, … foreign identification documents," ECF 247 at § A.2.b.ii, as well as "information protected by the Privacy Act of 1974," including "information about an individual regarding his or her education, … criminal, immigration, or employment history," *id.* at § A.2.b.iii.  Unlike other definitions of Confidential Information contained in the Protective Order, Plaintiffs need not make any further showing to establish this information should be protected.  *Cf.* ECF 247 at § A.2.b.vi (requiring designating party to establish that the disclosure of information regarding law enforcement functions "may adversely impact identifiable law enforcement or national security interests, pose privacy or safety risks, or create operational concerns").

7.      Good cause also exists independent of the protective order.  First, Judge Frimpong previously approved Plaintiffs' request to seal similar information, including Plaintiff Osorto's entire bond application and his complete I-213.  *See* ECF 257.  Second, Mr. Vasquez Perdomo is in parallel removal proceedings.  Should Mr. Vasquez Perdomo's testimony regarding his immigration status or history—adduced in this case brought to vindicate his Fourth Amendment rights—not be sealed, it could be used against him in those parallel proceedings.

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

DECLARATION OF HENRY D. SHREFFLER

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on this 12th day of January, 2026, at Los Angeles, California.


                                        /s/ Henry D. Shreffler
                                     Henry D. Shreffler
                                     MUNGER, TOLLES & OLSON LLP

DECLARATION OF HENRY D. SHREFFLER