BRETT A. SHUMATE
Assistant Attorney General
Civil Division
DREW C. ENSIGN
Deputy Assistant Attorney General
TIBERIUS DAVIS
SEAN SKEDZIELEWSKI
Counsel to the Assistant Attorney General
JONATHAN K. ROSS
Senior Litigation Counsel
STEPHANIE L. GROFF
JASON K. ZUBATA
JACOB A. BASHYROV
ANIELLO DESIMONE
Trial Attorneys
Office of Immigration Litigation
Civil Division, U.S. Dept. of Justice
P.O. Box 878, Ben Franklin Station
Washington, DC 20044
Tel: (202) 532-4143
Email: Jacob.Bashyrov@usdoj.gov

TODD BLANCHE
Deputy Attorney General
BILAL A. ESSAYLI
First Assistant United States Attorney
DAVID M. HARRIS
Assistant United States Attorney
Chief, Civil Division
DANIEL A. BECK
Assistant United States Attorney
Chief,
Complex and Defensive Litigation Section
ALEXANDER L. FARRELL
(SBN 335008)
PAULINE H. ALARCON (SBN 345785)
Assistant United States Attorneys
  Federal Building, Suite 7516
  300 North Los Angeles Street
  Los Angeles, California 90012
  Tel: (213) 894-5557 | 3992
  E-mail:   Alexander.Farrell@usdoj.gov
            Pauline.Alarcon@usdoj.gov

*Counsel for Defendants*

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| PEDRO VASQUEZ PERDOMO, *et al.*,<br><br>Plaintiffs,<br><br>v.<br><br>KRISTI NOEM, in her official capacity as Secretary of Homeland Security, *et al.*,<br><br>Defendants. | ***DISCOVERY MATTER***<br><br>Case No.: 2:25-cv-05605-MEMF-SP<br><br>**CERTIFICATE OF SERVICE**<br><br>Hon. Maame Ewusi-Mensah Frimpong<br>United States District Judge<br><br>Referred to Hon. Sheri Pym<br>United States Magistrate Judge |

I am over the age of 18 and not a party to the instant action. I am employed by the U.S. Department of Justice, Civil Division, and I am admitted to practice before this Court. My business address is Ben Franklin Station, P.O. Box 868, Washington, D.C. 20044.

On January 13, 2026, I electronically served the foregoing on each person or entity named below by electronic mail.

**Exhibit A – U.S. Immigration and Customs Enforcement's Supplemental Verification Declaration**

Date of Transmission: January 13, 2026

Place of transmission: Washington, District of Columbia

Person(s) and/or Entity(ies) to Whom Transmitted:

Henry Shreffler: Henry.Shreffler@mto.com;

Sara Worth: Sara.Worth@mto.com;

Annie Lai: alai@law.uci.edu;

Martin Estrada Martin.Estrada@mto.com;

Wendy Xiao: Wendy.Xiao@mto.com;

Mohammad Tajsar: mtajsar@aclusocal.org;

Grace Davis Fisher: Grace.DavisFisher@mto.com;

Mayra Joachin: MJoachin@aclusocal.org;

Matthew Craig: mcraig@heckerfink.com;

Helia Bidad: hbidad@heckerfink.com;

CERTIFICATE OF SERVICE RE SEALED FILINGS

1

Mark Rosenbaum: mrosenbaum@publiccounsel.org;

Rebecca Brown: rbrown@publiccounsel.org;

Eva Bitran: EBitran@aclusocal.org;

Lauren Wilfong: lwilfong@ndlon.org;

Maggie Bushell: Maggie.Bushell@mto.com;

Kyle Groves: Kyle.Groves@mto.com;

Daniel Levin: daniel.levin@mto.com;

John Schwab: John.Schwab@mto.com;

Becca Hansen: Rebecca.Hansen@mto.com;

Bobby Kim: Bobby.Kim@mto.com;

Jin Niu: Jin.Niu@mto.com;

Jacob Kreilkamp: Jacob.Kreilkamp@mto.com;

David Fry: David.Fry@mto.com;

Lauren Kuhn: Lauren.Kuhn@mto.com;

Laura Perry Stone: Laura.PerryStone@mto.com;

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on January 13, 2026, in Washington, D.C.

CERTIFICATE OF SERVICE RE SEALED FILINGS
2

*/s/ J.Bashyrov*
JACOB A. BASHYROV
Trial Attorney
Office of Immigration Litigation

*Counsel for Defendants*

CERTIFICATE OF SERVICE RE SEALED FILINGS
3