

Office of the Clerk
## United States Court of Appeals for the Ninth Circuit
Post Office Box 193939
San Francisco, California 94119-3939
415-355-8000

Molly C. Dwyer
Clerk of Court



**FILED**

JAN 12 2026

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

## PRELIMINARY INJUNCTION TIME SCHEDULE NOTICE

Docket Number:              26-209
Originating Case Number:    2:25-cv-05605-MEMF-SP

Short Title:                Vasquez Perdomo, et al. v. Noem, et al.

Dear Appellant/Counsel

Your notice of appeal has been received in the Clerk's office of the United States Court of Appeals for the Ninth Circuit. The U.S. Court of Appeals docket number shown above has been assigned to this case. You must indicate this Court of Appeals docket number whenever you communicate with this court regarding this case.

Motions filed along with the notice of appeal in the district court are not automatically transferred to this court for filing. Any motions seeking relief from this court must be separately filed in this court's docket.

Please furnish this docket number immediately to the court reporter if you place an order, or have placed an order, for portions of the trial transcripts. The court reporter will need this docket number when communicating with this court.

You must file a Disclosure Statement (Form 34) within 14 days of this notice if your case: (1) involves a non-governmental corporation, association, joint venture, partnership, limited liability company, or similar entity; (2) is a bankruptcy case; (3) is a criminal case involving an organizational victim; or (4) involves review of state court proceedings. See Ninth Circuit Rule 26-1.1.

**Failure of the appellant(s) to comply with the time schedule order will result in dismissal of the appeal.**

**Please read the enclosure materials carefully.**



Office of the Clerk
**United States Court of Appeals for the Ninth Circuit**
Post Office Box 193939
San Francisco, California 94119-3939
415-355-8000

Molly C. Dwyer
Clerk of Court

# PRELIMINARY INJUNCTION TIME SCHEDULE NOTICE

Docket Number:              26-209
Originating Case Number:    2:25-cv-05605-MEMF-SP

Case Title:                 Vasquez Perdomo, et al. v. Noem, et al.

**1/20/2026**

| | |
|---|---|
| Eddy Wang | Mediation Questionnaire due |
| Akil Davis | Mediation Questionnaire due |
| Ernesto Santacruz, Jr. | Mediation Questionnaire due |
| United States Immigration and Customs Enforcement | Mediation Questionnaire due |
| Bilal A. Essayli | Mediation Questionnaire due |
| Gregory K. Bovino | Mediation Questionnaire due |
| Jeffrey D. Stalnaker | Mediation Questionnaire due |
| Kristi Noem | Mediation Questionnaire due |
| Todd M. Lyons | Mediation Questionnaire due |
| Rodney S. Scott | Mediation Questionnaire due |
| Michael W. Banks | Mediation Questionnaire due |
| Pamela Bondi | Mediation Questionnaire due |
| Kash Patel | Mediation Questionnaire due |

**2/9/2026**

| | |
|---|---|
| Kristi Noem | Preliminary Injunction Opening Brief Due |
| Pamela Bondi | Preliminary Injunction Opening Brief Due |
| Bilal A. Essayli | Preliminary Injunction Opening Brief Due |

| | |
|---|---|
| Akil Davis | Preliminary Injunction Opening Brief Due |
| United States Immigration and Customs Enforcement | Preliminary Injunction Opening Brief Due |
| Michael W. Banks | Preliminary Injunction Opening Brief Due |
| Ernesto Santacruz, Jr. | Preliminary Injunction Opening Brief Due |
| Gregory K. Bovino | Preliminary Injunction Opening Brief Due |
| Jeffrey D. Stalnaker | Preliminary Injunction Opening Brief Due |
| Kash Patel | Preliminary Injunction Opening Brief Due |
| Eddy Wang | Preliminary Injunction Opening Brief Due |
| Todd M. Lyons | Preliminary Injunction Opening Brief Due |
| Rodney S. Scott | Preliminary Injunction Opening Brief Due |

**3/9/2026**

| | |
|---|---|
| Pedro Vasquez Perdomo | Preliminary Injunction Answering Brief Due |
| Jason Brian Gavidia | Preliminary Injunction Answering Brief Due |
| City of Culver City | Preliminary Injunction Answering Brief Due |
| Los Angeles Worker Center Network | Preliminary Injunction Answering Brief Due |
| City of Montebello | Preliminary Injunction Answering Brief Due |
| Immigrant Defenders Law Center | Preliminary Injunction Answering Brief Due |
| United Farm Workers of America | Preliminary Injunction Answering Brief Due |
| City of Pasadena | Preliminary Injunction Answering Brief Due |
| City of Santa Monica | Preliminary Injunction Answering Brief Due |
| City of Los Angeles | Preliminary Injunction Answering Brief Due |
| City of West Hollywood | Preliminary Injunction Answering Brief Due |

| | |
|---|---|
| Carlos Alexander Osotro | Preliminary Injunction Answering Brief Due |
| Jorge Hernandez Viramontes | Preliminary Injunction Answering Brief Due |
| Isaac Villegas Molina | Preliminary Injunction Answering Brief Due |
| Coalition for Humane Immigrant Rights | Preliminary Injunction Answering Brief Due |
| City of Pico Rivera | Preliminary Injunction Answering Brief Due |
| City of Monterey Park | Preliminary Injunction Answering Brief Due |
| County of Los Angeles | Preliminary Injunction Answering Brief Due |

If there were reported hearings, the parties shall designate and, if necessary, cross-designate the transcripts pursuant to 9th Cir. R. 10-3. If there were no reported hearings, the transcript deadlines do not apply.

The optional reply may be filed within 21 days of service of the answering brief. See Fed. R. App. P. 31 and 9th Cir. R. 31-2.1.

**Failure of the appellant to comply with the time schedule order may result in automatic dismissal of the appeal. See 9th Cir. R. 42-1.**