| | |
|---|---|
| BRETT A. SHUMATE<br>Assistant Attorney General<br>Civil Division<br>DREW C. ENSIGN<br>Deputy Assistant Attorney General<br>TIBERIUS DAVIS<br>SEAN SKEDZIELEWSKI<br>Counsel to the Assistant Attorney General<br>JONATHAN K. ROSS<br>Senior Litigation Counsel<br>NANCY SAFAVI<br>TOLA M. MYCZKOWSKA<br>STEPHANIE L. GROFF<br>JASON K. ZUBATA<br>ANIELLO DESIMONE<br>JACOB A. BASHYROV<br>Trial Attorneys<br>Office of Immigration Litigation<br>Civil Division, U.S. Dept. of Justice<br>P.O. Box 878, Ben Franklin Station<br>Washington, DC 20044<br>Tel: (202) 305-7662<br>Fax: (202) 305-7211<br>Email: Jonathan.K.Ross@usdoj.gov | BILAL A. ESSAYLI<br>First Assistant United States Attorney<br>DAVID M. HARRIS<br>Assistant United States Attorney<br>Chief, Civil Division<br>DANIEL A. BECK<br>Assistant United States Attorney<br>Chief, Complex and Defensive Litigation Section<br>ALEXANDER L. FARRELL (SBN 335008)<br>PAULINE H. ALARCON (SBN 345785)<br>Assistant United States Attorneys<br>Federal Building, Suite 7516<br>300 North Los Angeles Street<br>Los Angeles, California 90012<br>Tel: (213) 894-2574 \| 3992<br>E-mail: Alexander.Farrell@usdoj.gov<br>Pauline.Alarcon@usdoj.gov |

*Counsel for Defendants*

*(Additional counsel listed next page)*

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| PEDRO VASQUEZ PERDOMO; et al.,<br><br>Plaintiffs,<br><br>v.<br><br>KRISTI NOEM, in her official capacity as Secretary of Homeland Security; et al.,<br><br>Defendants. | **DISCOVERY MATTER**<br><br>Case No.: 2:25-cv-05605-MEMF-SPx<br><br>**JOINT STIPULATION REGARDING 30(b)(6) DEPOSITION**<br><br>Hon. Maame Ewusi-Mensah Frimpong<br>United States District Judge<br><br>Referred to Hon. Sheri Pym<br>United States Magistrate Judge |

STACY TOLCHIN (SBN 217431)
stacy@tolchinimmigration.com
LAW OFFICES OF STACY TOLCHIN
776 E. Green St., Suite 210
Pasadena, CA 91101
Telephone: (213) 622-7450
Facsimile: (213) 622-7233

MOHAMMAD TAJSAR (SBN 280152)
mtajsar@aclusocal.org
MAYRA JOACHIN (SBN 306065)
mjoachin@aclusocal.org
EVA BITRAN (SBN 302081)
ebitran@aclusocal.org
DAE KEUN KWON (SBN 313155)
akwon@aclusocal.org
STEPHANIE PADILLA (SBN 321568)
spadilla@aclusocal.org
DIANA SANCHEZ (SBN 338871)
dianasanchez@aclusocal.org
ACLU FOUNDATION OF
SOUTHERN CALIFORNIA
1313 West Eighth Street
Los Angeles, CA 90017-4022
Telephone: (213) 977-5232

*Counsel for Stop/Arrest Plaintiffs*

MARK ROSENBAUM (SBN 59940)
mrosenbaum@publiccounsel.org
AMANDA M. SAVAGE (SBN 325996)
asavage@publiccounsel.org
REBECCA BROWN (SBN 345805)
rbrown@publiccounsel.org
SOPHIA WRENCH (SBN 354416)
swrench@publiccounsel.org
RITU MAHAJAN (SBN 252970)
rmahajan@publiccounsel.org
GINA AMATO (SBN 215519)
gamato@publiccounsel.org
PUBLIC COUNSEL
610 South Ardmore Avenue
Los Angeles, CA 90005
Telephone: (213) 385-2977

*Counsel for All Plaintiffs*

ANNE LAI (SBN 295394)
alai@law.uci.edu
UC IRVINE SCHOOL OF LAW
IMMIGRANT AND RACIAL JUSTICE
SOLIDARITY CLINIC
P.O. Box 5479
Irvine, CA 92616-5479
Telephone: (949) 824-9894
*Counsel for Stop/Arrest Plaintiffs*

JACOB S. KREILKAMP (SBN 248210)
jacob.kreilkamp@mto.com
DAVID FRY (SBN 189276)
david.fry@mto.com
SARA H. WORTH (SBN 341088)
sara.worth@mto.com
HENRY D. SHREFFLER (SBN 343388)
henry.shreffler@mto.com
LAURA R. PERRY (SBN 342504)
laura.perry@mto.com
LAUREN E. KUHN (SBN 343855)
lauren.kuhn@mto.com
MAGGIE BUSHELL (SBN 354048)
maggie.bushell@mto.com
MUNGER, TOLLES & OLSON LLP
350 S. Grand Ave., 50th Floor
Los Angeles, CA 90071
Tel: 213-683-9100; Fax: 213-683-9100

*Counsel for Stop/Arrest Plaintiffs*

JESSICA K. BANSAL (SBN 277347)
jessica@ndlon.org
LAUREN MICHEL WILFONG*
lwilfong@ndlon.org
NATIONAL DAY LABORER
ORGANIZING NETWORK
1030 S. Arroyo Parkway, Suite 106
Pasadena, CA 91105
Telephone: (626) 214-5689

*Counsel for Stop/Arrest Plaintiffs*

BREE BERNWANGER (SBN 331731)
bbernwanger@aclunc.org
AMERICAN CIVIL LIBERTIES
UNION FOUNDATION OF
NORTHERN CALIFORNIA
39 Drumm Street
San Francisco, CA 94111
Tel: 415-621-2493

*Counsel for Stop/Arrest Plaintiffs*

BRISA VELAZQUEZ OATIS (SBN 339132)
bvoatis@aclu-sdic.org
ACLU FOUNDATION OF
SAN DIEGO & IMPERIAL COUNTIES
P.O. Box 87131
San Diego, CA 92138-7131
Tel: 619-398-4199
*Counsel for Stop/Arrest Plaintiffs*

MATTHEW J. CRAIG (SBN 350030)
mcraig@heckerfink.com
MACK E. JENKINS (SBN 242101)
mjenkins@heckerfink.com
HECKER FINK LLP
1150 South Olive Street, Suite 10-140
Los Angeles, CA 90015
Telephone: (212) 763-0883
Facsimile: (212) 564-0883
*Counsel for Access/Conditions Plaintiffs*

EDGAR AGUILASOCHO (SBN 285567)
eaguilasocho@farmworkerlaw.com
MARTINEZ AGUILASOCHO LAW, INC.
900 Truxtun Ave, Suite 300
Bakersfield, CA 93301
Tel: 661-859-1174
*Counsel for Plaintiff United Farm Workers*

CARL BERGQUIST*
cbergquist@chirla.org
COALITION FOR HUMANE IMMIGRANT RIGHTS
2351 Hempstead Road
Ottawa Hills, OH 43606
Tel: 310-279-6025
*Counsel for Plaintiff Coalition for Humane Immigrant Rights*

ALVARO M. HUERTA (SBN 274787)
ahuerta@immdef.org
BRYNNA BOLT (SBN 339378)
bbolt@immdef.org
ALISON STEFFEL (SBN 346370)
asteffel@immdef.org
IMMIGRANT DEFENDERS LAW CENTER
634 S. Spring St., 10th Floor
Los Angeles, CA 90014
Tel: 213-634-0999
*Counsel for Plaintiff Immigrant Defenders Law Center*
\* Admitted pro hac vice

1  HYDEE FELDSTEIN SOTO (SBN 106866)
   City Attorney
2  hydee.feldsteinsoto@lacity.org
3  VALERIE L. FLORES (SBN 138572)
   valerie.flores@lacity.org
4  MICHAEL J. DUNDAS (SBN 226930)
   mike.dundas@lacity.org
5  MARIA LOUISE COUSINEAU (SBN 122280)
6  maria.cousineau@lacity.org
   RANDALL G. SOMMER (SBN 214099)
7  randall.sommer@lacity.org
8  SHUBHRA SHIVPURI (SBN 295534)
   shubhra.shivpuri@lacity.org
9  OFFICE OF THE LOS ANGELES CITY ATTORNEY
10 City Hall 200 North Spring Street
   21st Floor
11 Los Angeles, CA 90012-4130
   Tel.: 213-922-8382; Fax: 213-978-7957
12
   *Attorneys for Intervenor*
13 *City of Los Angeles*

14
   E. MARTIN ESTRADA (SBN 223802)
15 martin.estrada@mto.com
16 DANIEL B. LEVIN (SBN 226044)
   daniel.levin@mto.com
17 JOHN L. SCHWAB (SBN 301386)
   john.schwab@mto.com
18 V. GRACE DAVIS (SBN 336732)
   grace.davisfisher@mto.com
19 V. ROMAN LEAL (SBN 348892)
   roman.leal@mto.com
20 WENDY QIUYU XIAO (SBN 342702)
   wendy.xiao@mto.com
21 MUNGER, TOLLES & OLSON LLP
   350 South Grand Avenue
22 50th Floor
   Los Angeles, California 90071
23 Tel.: 213-683-9100; Fax: 213-687-3702

24 *Attorneys for Intervenors Cities of Los Angeles, Anaheim, Bell Gardens,*
25 *Beverly Hills, Carpinteria, Culver City, Huntington Park, Long Beach,*
26 *Lynwood, Montebello, Monterey Park, Oxnard, Paramount, Pico Rivera,*
27 *Pomona, Santa Ana, Santa Barbara, Santa Monica, South Gate, and West*
28 *Hollywood*

NICOLE DAVIS TINKHAM (SBN 229592)
ntinkham@counsel.lacounty.gov
LILIANA CAMPOS (SBN 255753)
lcampos@counsel.lacounty.gov
BRIGIT GREESON ALVAREZ (SBN 237301)
bgreesonalvarez@counsel.lacounty.gov
OFFICE OF THE COUNTY COUNSEL
648 Kenneth Hahn Hall of Admin.,
500 West Temple Street
Los Angeles, California 90012-2713
Tel.: 213-808-8736; Fax: 213-633-1915

*Attorneys for Intervenor County of Los Angeles*

MICHELE BEAL BAGNERIS (SBN 115423)
City Attorney
mbagneris@cityofpasadena.net
ARNOLD F. LEE (SBN 278610)
aflee@cityofpasadena.net
ANDREW AARONIAN (SBN 318245)
aaaronian@cityofpasadena.net
OFFICE OF THE CITY ATTORNEY OF PASADENA
100 N Garfield Ave, Rm N-210
Pasadena, CA 91101
Tel.: 626-744-4141; Fax: 626-744-4190

*Attorneys for Intervenor City of Pasadena*

NORMAN L. EISEN*
Norman@democracydefenders.org
STEPHEN A. JONAS (SBN 542005)
Steve@democracydefenders.org
JOSHUA G. KOLB*
Joshua@democracydefenders.org
DEMOCRACY DEFENDERS FUND
600 Pennsylvania Ave. SE, Suite 15180
Washington, DC 20003
Tel: (202) 594-9958

*Admitted Pro Hac Vice

*Attorneys for Intervenor City of Los Angeles*

JOINT STIPULATION REGARDING 30(b)(6) DEPOSITIONS

  WHEREAS, on October 17, 2025, the Court, Hon. Maame Ewusi-Mensah Frimpong, granted Plaintiffs' and Intervenors' request for certain expedited depositions, including a Rule 30(b)(6) deposition, *see* ECF No. 223;

  WHEREAS, on December 2, 2025, the Court, Hon. Sheri Pym, extended the deadline for Plaintiffs and Intervenors to complete 30(b)(6) depositions to January 16, 2026, *see* ECF No. 282;

  WHEREAS, on December 3, 2025, Plaintiffs and Intervenors served a notice of deposition pursuant to Rule 30(b)(6), *see* ECF No. 343-2;

  WHEREAS, on January 6, 2026, the Court, Hon. Sheri Pym granted the parties' motion for a joint stipulation regarding the parties' 30(b)(6) depositions, *see* ECF No. 352;

  WHEREAS, pursuant to the January 6 joint stipulation, Defendants will designate one witness from Immigration and Customs Enforcement ("ICE"), which Plaintiffs and Intervenors collectively may question for up to three hours on the record, and one witness from Customs and Border Protection ("CBP"), which Plaintiffs and Intervenors may collectively question for up to 6.5 hours on the record, *id.*;

  WHEREAS, the parties are meeting and conferring regarding dates for the ICE and CBP 30(b)(6) designees to be questioned:

1.  The deadline for Plaintiffs and Intervenors to complete their 30(b)(6) deposition is extended to January 26, 2026.

| | |
|---|---|
| DATED:  January 14, 2026 | MUNGER, TOLLES & OLSON LLP |
| | |
| | By: _/s/ Jacob S. Kreilkamp_ |
| | JACOB S. KREILKAMP |
| | *Counsel for Stop/Arrest Plaintiffs* |
| DATED:  January 14, 2026 | UC IRVINE IMMIGRANT AND RACIAL JUSTICE SOLIDARITY CLINIC |
| | By: _/s/ Anne Lai_ |
| | ANNE LAI |
| | *Counsel for Stop/Arrest Plaintiffs* |

| | |
|---|---|
| DATED: January 14, 2026 | MUNGER, TOLLES & OLSON LLP |
| | By:    */s/ E. Martin Estrada* <br> E. MARTIN ESTRADA |
| | *Attorneys for Intervenors Cities of Los Angeles, Anaheim, Bell Gardens, Beverly Hills, Carpinteria, Culver City, Huntington Park, Long Beach, Lynwood, Montebello, Monterey Park, Oxnard, Paramount, Pico Rivera, Pomona, Santa Ana, Santa Barbara, Santa Monica, South Gate, and West Hollywood* |
| DATED: January 14, 2026 | OFFICE OF THE LOS ANGELES CITY ATTORNEY |
| | By:    */s/ Hydee Feldstein Soto* <br> HYDEE FELDSTEIN SOTO <br> City Attorney |
| | *Attorney for Intervenor* <br> *City of Los Angeles* |
| DATED: January 14, 2026 | OFFICE OF THE COUNTY COUNSEL |
| | By:    */s/ Brigit Greeson Alvarez* <br> BRIGIT GREESON ALVAREZ <br> Deputy County Counsel |
| | *Attorney for Intervenor* <br> *County of Los Angeles* |
| DATED: January 14, 2026 | OFFICE OF THE CITY ATTORNEY OF PASADENA |
| | By:    */s/ Michele Beal Bagneris* <br> MICHELE BEAL BAGNERIS <br> City Attorney |
| | *Attorney for Intervenor* <br> *City of Pasadena* |

JOINT STIPULATION REGARDING 30(b)(6) DEPOSITIONS

| | | |
|---|---|---|
| 1 | DATED: January 14, 2026 | U.S. DEPARTMENT OF JUSTICE<br>CIVIL DIVISION<br>OFFICE OF IMMIGRATION LITIGATION |

By: _*Jonathan K. Ross*_
　　JONATHAN K. ROSS
　　*Counsel for Defendants*

**ATTESTATION OF FILER**

I attest that the other signatories listed, and on whose behalf this filing is submitted, concur in the filing's content and have authorized the filing.

DATED: January 14, 2026                MUNGER, TOLLES & OLSON LLP


By:  /s/ V. Roman Leal
V. Roman Leal
*Counsel for Intervenors*