UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

PEDRO VASQUEZ PERDOMO; et al.,

Plaintiffs,

v.

KRISTI NOEM, in her official capacity as Secretary of Homeland Security; et al.,

Defendants.

Case No.: 2:25-cv-05605-MEMF-SPx

**ORDER REGARDING 30(b)(6) DEPOSITION**

Hon. Maame Ewusi-Mensah Frimpong
United States District Judge

Referred to Hon. Sheri Pym
United States Magistrate Judge

The Court, having considered the parties' Joint Stipulation Regarding 30(b)(6) Depositions and finding good cause therefor, hereby ORDERS as follows:

The deadline for Plaintiffs and Intervenors to complete their 30(b)(6) deposition is extended to January 26, 2026.

IT IS SO ORDERED.

DATED: January 15, 2026

Hon. Sheri Pym
United States Magistrate Judge