STACY TOLCHIN (SBN 217431)
*stacy@tolchinimmigration.com*
LAW OFFICES OF STACY TOLCHIN
776 E. Green St., Suite 210
Pasadena, CA 91101
Tel: 213-622-7450; Fax: 213-622-7233

MOHAMMAD TAJSAR (SBN 280152)
*mtajsar@aclusocal.org*
MAYRA JOACHIN (SBN 306065)
*mjoachin@aclusocal.org*
EVA BITRAN (SBN 302081)
*ebitran@aclusocal.org*
DAE KEUN KWON (SBN 313155)
*akwon@aclusocal.org*
STEPHANIE PADILLA (SBN 321568)
*spadilla@aclusocal.org*
DIANA SANCHEZ (SBN 338871)
*dianasanchez@aclusocal.org*
ACLU FOUNDATION OF
SOUTHERN CALIFORNIA
1313 West Eighth Street
Los Angeles, CA 90017-4022
Tel: 213-977-5232; Fax: 213-201-7878

*Counsel for Stop/Arrest Plaintiffs*

(*Additional counsel listed on next page*)

MARK ROSENBAUM (SBN 59940)
*mrosenbaum@publiccounsel.org*
REBECCA BROWN (SBN 345805)
*rbrown@publiccounsel.org*
SOPHIA WRENCH (SBN 354416)
*swrench@publiccounsel.org*
RITU MAHAJAN (SBN 252970)
*rmahajan@publiccounsel.org*
GINA AMATO (SBN 215519)
*gamato@publiccounsel.org*
PUBLIC COUNSEL
610 South Ardmore Avenue
Los Angeles, CA 90005
Tel: 213-385-2977

*Counsel for All Plaintiffs*

ANNE LAI (SBN 295394)
*alai@law.uci.edu*
UC IRVINE SCHOOL OF LAW
IMMIGRANT AND RACIAL JUSTICE
SOLIDARITY CLINIC
P.O. Box 5479
Irvine, CA 92616-5479
Tel: 949-824-9894; Fax: 949-824-2747

*Counsel for Stop/Arrest Plaintiffs*

# UNITED STATES DISTRICT COURT

## FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| Pedro VASQUEZ PERDOMO; Carlos Alexander OSORTO; and Isaac VILLEGAS MOLINA; Jorge HERNANDEZ VIRAMONTES; Jason Brian GAVIDIA; LOS ANGELES WORKER CENTER NETWORK; UNITED FARM WORKERS; COALITION FOR HUMANE IMMIGRANT RIGHTS; IMMIGRANT DEFENDERS LAW CENTER, <br><br> Plaintiffs, <br><br> v. <br><br> Kristi NOEM, in her official capacity as Secretary, Department of Homeland | Case No.: 2:25-cv-05605-MEMF-SP <br><br> **DECLARATION OF MOHAMMAD TAJSAR IN SUPPORT OF PLAINTIFFS' EX PARTE APPLICATION TO CONTINUE DEPOSITION OF CARLOS OSORTO** <br><br> *[Filed concurrently with Ex Parte Application to Continue Deposition of Carlos Osorto]* <br><br> Hon. Maame Ewusi-Mensah Frimpong <br><br> Referred to Hon. Sheri Pym |

-1-

Security; Todd M. LYONS, in his official capacity as Acting Director, U.S. Immigration and Customs Enforcement; Rodney S. SCOTT, in his official capacity as Commissioner, U.S. Customs and Border Patrol; Michael W. BANKS, in his official capacity as Chief of U.S. Border Patrol; Kash PATEL, in his official capacity as Director, Federal Bureau of Investigation; Pam BONDI, in her official capacity as U.S. Attorney General; Ernesto SANTACRUZ JR., in his official capacity as Acting Field Office Director for Los Angeles, U.S. Immigration and Customs Enforcement; Eddy WANG, Special Agent in Charge for Los Angeles, Homeland Security Investigations, U.S. Immigration and Customs Enforcement; Gregory K. BOVINO, in his official capacity as Chief Patrol Agent for El Centro Sector of the U.S. Border Patrol; Jeffrey D. STALNAKER, in his official capacity as Acting Chief Patrol Agent, San Diego Sector of the U.S. Border Patrol; Akil DAVIS, in his official capacity as Assistant Director in Charge, Los Angeles Office, Federal Bureau of Investigation; Bilal A. ESSAYLI, in his official capacity as U.S. Attorney for the Central District of California,

     Defendants.

-2-

JACOB S. KREILKAMP (SBN 248210)
jacob.kreilkamp@mto.com
JAMIE LUMA (SBN 331610)
jamie.luma@mto.com
SARA H. WORTH (SBN 341088)
sara.worth@mto.com
HENRY D. SHREFFLER (SBN 343388)
henry.shreffler@mto.com
MAGGIE BUSHELL (SBN 354048)
maggie.bushell@mto.com
KYLE A. GROVES (SBN 358085)
kyle.groves@mto.com
MUNGER, TOLLES & OLSON LLP
350 S. Grand Ave., 50th Floor
Los Angeles, CA 90071
Tel: 213-683-9100; Fax: 213-683-9100

*Counsel for Stop/Arrest Plaintiffs*

JESSICA K. BANSAL (SBN 277347)
jessica@ndlon.org
LAUREN MICHEL WILFONG*
lwilfong@ndlon.org
NATIONAL DAY LABORER
ORGANIZING NETWORK
1030 S. Arroyo Parkway, Suite 106
Pasadena, CA 91105
Tel: 626-214-5689

*Counsel for Stop/Arrest Plaintiffs*

BREE BERNWANGER (SBN 331731)
bbernwanger@aclunc.org
AMERICAN CIVIL LIBERTIES
UNION FOUNDATION OF
NORTHERN CALIFORNIA
39 Drumm Street
San Francisco, CA 94111
Tel: 415-621-2493

*Counsel for Stop/Arrest Plaintiffs*

BRISA VELAZQUEZ OATIS
(SBN 339132)
bvoatis@aclu-sdic.org
ACLU FOUNDATION OF
SAN DIEGO & IMPERIAL
COUNTIES
P.O. Box 87131
San Diego, CA 92138-7131

*Counsel for Stop/Arrest Plaintiff*

MATTHEW J. CRAIG (SBN 350030)
mcraig@heckerfink.com
MACK E. JENKINS (SBN 242101)
mjenkins@heckerfink.com
HECKER FINK LLP
1150 South Olive Street, Suite 10-140
Los Angeles, CA 90015
Tel: 212-763-0883; Fax: 212-564-0883

*Counsel for Access/Conditions Plaintiffs*

EDGAR AGUILASOCHO
(SBN 285567)
eaguilasocho@farmworkerlaw.com
MARTINEZ AGUILASOCHO LAW, INC.
900 Truxtun Ave, Suite 300
Bakersfield, CA 93301
Tel: 661-859-1174

*Counsel for Plaintiff United Farm Workers*

CARL BERGQUIST*
cbergquist@chirla.org
COALITION FOR HUMANE
IMMIGRANT RIGHTS
2351 Hempstead Road
Ottawa Hills, OH 43606
Tel: 310-279-6025

*Counsel for Plaintiff Coalition for Humane Immigrant Rights*

ALVARO M. HUERTA (SBN 274787)
ahuerta@immdef.org
BRYNNA BOLT (SBN 339378)
bbolt@immdef.org
ALISON STEFFEL (SBN 346370)
asteffel@immdef.org
IMMIGRANT DEFENDERS LAW
CENTER
634 S. Spring St., 10th Floor
Los Angeles, CA 90014
Tel: 213-634-0999

*Counsel for Plaintiff Immigrant Defenders Law Center*

* Admitted pro hac vice

**<u>DECLARATION OF MOHAMMAD TAJSAR</u>**

I, Mohammad Tajsar, declare the following:

1. I am an attorney at the ACLU Foundation of Southern California and counsel of record to the Stop/Arrest Plaintiffs in the above-captioned action. I make this declaration from my personal knowledge. If called to testify to these facts, I could and would do so competently.

2. On January 12, 2026, in response to Defendants' lines of inquiry in the January 8 deposition of Plaintiff Pedro Vasquez Perdomo, Plaintiffs applied *ex parte* for a protective order seeking to prevent Defendants from inquiring into the citizenship or immigration status, or immigration history, of any Plaintiff or witness as part of expedited discovery.

3. At the time, Plaintiff Carlos Osorto's deposition was scheduled for January 16, 2026.

4. In an order issued the afternoon of January 15, the Court granted in part and denied in part Plaintiffs' *ex parte* application.

5. Following review of the January 15 Order, I contacted Defendants' counsel Jonathan Ross by email and telephone seeking to discuss the Order and Plaintiffs' intent to object to the decision by seeking further review with the District Court.

6. During my subsequent conversations with Mr. Ross and his colleagues, I requested that the parties agree to postpone the deposition of Mr. Osorto pending the district court's consideration of the January 15 Order. I also told Mr. Ross we could explore whether to proceed with the deposition except as to the disputed questions concerning immigration status, holding open the deposition to another day to allow Defendants to ask the disputed questions should the district court affirm the January 15 Order.

-4-

7. After taking some time to consider these requests, Mr. Ross informed me that Defendants rejected both options and planned to proceed with the January 16 deposition as scheduled.

8. After further deliberation internally, I contacted Mr. Ross again and informed him that Mr. Osorto may consider additional options, including possibly withdrawal from the matter, if the deposition were to proceed, and that Plaintiffs' counsel needs additional time to confer with Mr. Osorto regarding his options. I made another request to Mr. Ross to postpone the deposition to allow Plaintiffs' counsel and Mr. Osorto to consider his options in light of the January 15 Order and Defendants' refusal to agree on a delay of the deposition while January 15 Order is reviewed by the District Court.

9. After deliberation, Mr. Ross informed me that Defendants rejected this proposal as well. Mr. Ross once again informed me of Defendants' intent to continue with the deposition.

10. In response, I informed Mr. Ross orally of Plaintiffs' intent to seek *ex parte* relief on January 16. This occurred during a telephone call at approximately 11:30 p.m. on the night of January 15. Mr. Ross confirmed notice and indicated that Defendants oppose the *ex parte* application. We both agreed that the parties had diligently conferred over the course of the evening on the issue, and that it was ripe for resolution.

11. I subsequently emailed all counsel, including both Defendants' and Intervenors' counsel, with written notice of Plaintiffs' intent to apply *ex parte* for relief. I sent this email at approximately 11:58 p.m. on January 15.

12. Mr. Osorto's deposition commenced on January 16. I attended Mr. Osorto's deposition virtually. During the deposition, Defendants' counsel asked Mr. Osorto certain questions that required disclosure of his immigration status, including: what his immigration status was when he was detained in June 18, 2025; whether he pays income tax; whether he has ever filled out an I-9 form for an

employer; whether his friends generally have immigration status; and whether he takes day laborer jobs in 2025 because he lacks immigration status.

13.     Plaintiffs' counsel informed Defendants' counsel that they will instruct Mr. Osorto not to answer these questions pending ultimate resolution of the dispute. Defendants objected to Plaintiffs' instructions not to answer, and the parties agreed to seek judicial intervention from the chambers of Magistrate Judge.

14.     As to the incident in Pasadena on June 18 where Defendants encountered three named Plaintiffs, including Mr. Osorto, Defendants' contention— as confirmed in recent deposition testimony—is not that they approached Plaintiffs to investigate their possible immigration status, but that they approached Plaintiffs to learn information about another individual with a removal order that they were supposedly targeting that day.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. Executed this 16th day of January, 2026, at Los Angeles County, California.

/s/ *Mohammad Tajsar*
Mohammad Tajsar
ACLU Foundation of Southern
California