UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

CIVIL MINUTES—GENERAL

| | | | |
|---|---|---|---|
| Case No. | 2:25-cv-05605-MEMF-SPx | Date | **January 15, 2026** |
| Title | **Pedro Vasquez Perdomo et al v. Kristi Noem et al.** | Page | 1 of 1 |

Present: The Honorable  **MAAME EWUSI-MENSAH FRIMPONG, UNITED STATES DISTRICT JUDGE**

| Damon Berry | CourtSmart |
|---|---|
| Deputy Clerk | Court Recorder |

| Attorneys Present for Plaintiff(s) | Attorneys Present for Defendant(s) |
|---|---|
| Laura Perry Stone | Aniello De Simone |
| Matthew Craig | Nancy N. Safavi |
| Rebecca Brown | Jonathan K. Ross |
| Alvaro H. Huerta | Alexander "Alec" Farrell |
| Angela Uribe | |
| Maggie Bushell | |
| Mark D. Rosenbaum | |
| Sahil Alim | |
| Eva L. Bitran | |
| Mohammad Tajsar | |
| Alison Steffel | |
| Jacob S. Kreilkamp | |
| David H. Fry | |
| Henry David Shreffler | |

**Proceedings:** MOTIONS TO DISMISS [235], [236]]

The case is called, and counsel states their appearances. Also present, are **Intervenors,** Arnold F. Lee, Robert Hyungchan Kim, Wendy Q. Xiao, Brigit Greenson Alvarez, Michael Dundes, Maria Louise Cousineau, Daniel B. Levin, E. Martin Estrada, Jin Niu, Michele Beal Bagneris, Dawn McIntosh, and Hydee Felstein Soto.

The Court issues a tentative ruling prior to the hearing. The Court invites counsel to present oral arguments.

For the reasons stated on the record, the matter is taken under submission. Order to issue.

**IT IS SO ORDERED.**

:21

CV-90   **CIVIL MINUTES - GENERAL**   Initials of Deputy Clerk: DBE