STACY TOLCHIN (SBN 217431)
stacy@tolchinimmigration.com
LAW OFFICES OF STACY TOLCHIN
776 E. Green St., Suite 210
Pasadena, CA 91101
Tel: 213-622-7450; Fax: 213-622-7233

MOHAMMAD TAJSAR (SBN 280152)
mtajsar@aclusocal.org
MAYRA JOACHIN (SBN 306065)
mjoachin@aclusocal.org
EVA BITRAN (SBN 302081)
ebitran@aclusocal.org
DAE KEUN KWON (SBN 313155)
akwon@aclusocal.org
STEPHANIE PADILLA (SBN 321568)
spadilla@aclusocal.org
DIANA SANCHEZ (SBN 338871)
dianasanchez@aclusocal.org
ACLU FOUNDATION OF
SOUTHERN CALIFORNIA
1313 West Eighth Street
Los Angeles, CA 90017-4022
Tel: 213-977-5232; Fax: 213-201-7878

*Counsel for Stop/Arrest Plaintiffs*

(*Additional counsel listed on next page*)

MARK ROSENBAUM (SBN 59940)
mrosenbaum@publiccounsel.org
REBECCA BROWN (SBN 345805)
rbrown@publiccounsel.org
SOPHIA WRENCH (SBN 354416)
swrench@publiccounsel.org
RITU MAHAJAN (SBN 252970)
rmahajan@publiccounsel.org
GINA AMATO (SBN 215519)
gamato@publiccounsel.org
PUBLIC COUNSEL
610 South Ardmore Avenue
Los Angeles, CA 90005
Tel: 213-385-2977

*Counsel for All Plaintiffs*

ANNE LAI (SBN 295394)
alai@law.uci.edu
UC IRVINE SCHOOL OF LAW
IMMIGRANT AND RACIAL JUSTICE
SOLIDARITY CLINIC
P.O. Box 5479
Irvine, CA 92616-5479
Tel: 949-824-9894; Fax: 949-824-2747

*Counsel for Stop/Arrest Plaintiffs*

**UNITED STATES DISTRICT COURT**

**FOR THE CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| Pedro VASQUEZ PERDOMO; Carlos Alexander OSORTO; and Isaac VILLEGAS MOLINA; Jorge HERNANDEZ VIRAMONTES; Jason Brian GAVIDIA; LOS ANGELES WORKER CENTER NETWORK; UNITED FARM WORKERS; COALITION FOR HUMANE IMMIGRANT RIGHTS; IMMIGRANT DEFENDERS LAW CENTER, <br><br>Plaintiffs, <br><br>v. <br><br>Kristi NOEM, in her official capacity as Secretary, Department of Homeland | Case No.: 2:25-cv-05605-MEMF-SP <br><br>**ORDER GRANTING PLAINTIFFS' MOTION TO CONTINUE DEPOSITION OF CARLOS OSORTO** <br><br>Hon. Maame Ewusi-Mensah Frimpong <br><br>Referred to Hon. Sheri Pym |

| | |
|---|---|
| 1 | Security; Todd M. LYONS, in his official capacity as Acting Director, U.S. |
| 2 | Immigration and Customs Enforcement; Rodney S. SCOTT, in his official capacity |
| 3 | as Commissioner, U.S. Customs and Border Patrol; Michael W. BANKS, in his |
| 4 | official capacity as Chief of U.S. Border Patrol; Kash PATEL, in his official |
| 5 | capacity as Director, Federal Bureau of Investigation; Pam BONDI, in her official |
| 6 | capacity as U.S. Attorney General; Ernesto SANTACRUZ JR., in his official |
| 7 | capacity as Acting Field Office Director for Los Angeles, U.S. Immigration and |
| 8 | Customs Enforcement; Eddy WANG, Special Agent in Charge for Los Angeles, |
| 9 | Homeland Security Investigations, U.S. Immigration and Customs Enforcement; |
| 10 | Gregory K. BOVINO, in his official capacity as Chief Patrol Agent for El |
| 11 | Centro Sector of the U.S. Border Patrol; Jeffrey D. STALNAKER, in his official |
| 12 | capacity as Acting Chief Patrol Agent, San Diego Sector of the U.S. Border |
| 13 | Patrol; Akil DAVIS, in his official capacity as Assistant Director in Charge, |
| 14 | Los Angeles Office, Federal Bureau of Investigation; Bilal A. ESSAYLI, in his |
| 15 | official capacity as U.S. Attorney for the Central District of California, |
| 16 | |
| 17 |     Defendants. |

[PROPOSED] ORDER GRANTING EX PARTE APPLICATION FOR CONTINUANCE

JACOB S. KREILKAMP (SBN 248210)
jacob.kreilkamp@mto.com
JAMIE LUMA (SBN 331610)
jamie.luma@mto.com
SARA H. WORTH (SBN 341088)
sara.worth@mto.com
HENRY D. SHREFFLER (SBN 343388)
henry.shreffler@mto.com
MAGGIE BUSHELL (SBN 354048)
maggie.bushell@mto.com
KYLE A. GROVES (SBN 358085)
kyle.groves@mto.com
MUNGER, TOLLES & OLSON LLP
350 S. Grand Ave., 50th Floor
Los Angeles, CA 90071
Tel: 213-683-9100; Fax: 213-683-9100

*Counsel for Stop/Arrest Plaintiffs*

LAUREN MICHEL WILFONG*
lwilfong@ndlon.org
NATIONAL DAY LABORER ORGANIZING NETWORK
1030 S. Arroyo Parkway, Suite 106
Pasadena, CA 91105
Tel: 626-214-5689

*Counsel for Stop/Arrest Plaintiffs*

BREE BERNWANGER (SBN 331731)
bbernwanger@aclunc.org
AMERICAN CIVIL LIBERTIES UNION FOUNDATION OF NORTHERN CALIFORNIA
39 Drumm Street
San Francisco, CA 94111
Tel: 415-621-2493

*Counsel for Stop/Arrest Plaintiffs*

BRISA VELAZQUEZ OATIS (SBN 339132)
bvoatis@aclu-sdic.org
ACLU FOUNDATION OF SAN DIEGO & IMPERIAL COUNTIES
P.O. Box 87131
San Diego, CA 92138-7131
Tel: 619-398-4199

*Counsel for Stop/Arrest Plaintiffs*

MATTHEW J. CRAIG (SBN 350030)
mcraig@heckerfink.com
MACK E. JENKINS (SBN 242101)
mjenkins@heckerfink.com
HECKER FINK LLP
1150 South Olive Street, Suite 10-140
Los Angeles, CA 90015
Tel: 212-763-0883; Fax: 212-564-0883

*Counsel for Access/Conditions Plaintiffs*

EDGAR AGUILASOCHO (SBN 285567)
eaguilasocho@farmworkerlaw.com
MARTINEZ AGUILASOCHO LAW, INC.
900 Truxtun Ave, Suite 300
Bakersfield, CA 93301
Tel: 661-859-1174

*Counsel for Plaintiff United Farm Workers*

CARL BERGQUIST*
cbergquist@chirla.org
COALITION FOR HUMANE IMMIGRANT RIGHTS
2351 Hempstead Road
Ottawa Hills, OH 43606
Tel: 310-279-6025

*Counsel for Plaintiff Coalition for Humane Immigrant Rights*

ALVARO M. HUERTA (SBN 274787)
ahuerta@immdef.org
BRYNNA BOLT (SBN 339378)
bbolt@immdef.org
ALISON STEFFEL (SBN 346370)
asteffel@immdef.org
IMMIGRANT DEFENDERS LAW CENTER
634 S. Spring St., 10th Floor
Los Angeles, CA 90014
Tel: 213-634-0999

*Counsel for Plaintiff Immigrant Defenders Law Center*

* Admitted pro hac vice

On January 16, 2026, the Stop/Arrest Plaintiffs filed an *ex parte* application, ECF 371, to continue the deposition of Plaintiff Carlos Osorto pending review by the District Court of this Court's January 15, 2026 Protective Order, ECF 367.

The Court, having considered both Plaintiffs' Application and the arguments made by counsel during the January 16, 2026 telephonic conference, and finding good cause therefor, hereby **GRANTS** the Application and **ORDERS** as follows:

The remainder of Plaintiff Carlos Osorto's deposition concerning the disputed immigration-related questions is CONTINUED for fourteen days to permit resolution of Plaintiffs' anticipated request for review of the Court's January 15, 2026 Order at ECF 367.

IT IS SO ORDERED.

Dated: January 16, 2026            _____
                                   SHERI PYM
                                   United States Magistrate Judge