1  STACY TOLCHIN (SBN 217431)
   stacy@tolchinimmigration.com
2  LAW OFFICES OF STACY TOLCHIN
   776 E. Green St., Suite 210
3  Pasadena, CA 91101
   Tel: 213-622-7450; Fax: 213-622-7233        MARK ROSENBAUM (SBN 59940)
4                                              mrosenbaum@publiccounsel.org
   MOHAMMAD TAJSAR (SBN 280152)                REBECCA BROWN (SBN 345805)
5  mtajsar@aclusocal.org                       rbrown@publiccounsel.org
   MAYRA JOACHIN (SBN 306065)                  SOPHIA WRENCH (SBN 354416)
6  mjoachin@aclusocal.org                      swrench@publiccounsel.org
   EVA BITRÁN (SBN 302081)                     RITU MAHAJAN (SBN 252970)
7  ebitran@aclusocal.org                       rmahajan@publiccounsel.org
   DAE KEUN KWON (SBN 313155)                  GINA AMATO (SBN 215519)
8  akwon@aclusocal.org                         gamato@publiccounsel.org
   STEPHANIE PADILLA (SBN 321568)              AMANDA MANGASER SAVAGE
9  spadilla@aclusocal.org                      (SBN 325996)
   DIANA SÁNCHEZ (SBN 338871)                  asavage@publiccounsel.org
10 dianasanchez@aclusocal.org                  PUBLIC COUNSEL
   ACLU FOUNDATION OF                          610 South Ardmore Avenue
11 SOUTHERN CALIFORNIA                         Los Angeles, CA 90005
   1313 West Eighth Street                     Tel: 213-385-2977
12 Los Angeles, CA 90017-4022
   Tel: 213-977-5232; Fax: 213-201-7878        *Counsel for All Plaintiffs*
13
   *Counsel for Stop/Arrest Plaintiffs*        ANNE LAI (SBN 295394)
14                                             alai@law.uci.edu
                                               UC IRVINE SCHOOL OF LAW
15                                             IMMIGRANT AND RACIAL JUSTICE
                                               SOLIDARITY CLINIC
16 (*Additional counsel listed on next page*)  P.O. Box 5479
                                               Irvine, CA 92616-5479
17                                             Tel: 949-824-9894; Fax: 949-824-2747

18                                             *Counsel for Stop/Arrest Plaintiffs*

19              UNITED STATES DISTRICT COURT

20            FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| 21  Pedro VASQUEZ PERDOMO; Carlos Alexander OSORTO; and Isaac VILLEGAS MOLINA; Jorge HERNANDEZ VIRAMONTES; Jason Brian GAVIDIA; LOS ANGELES WORKER CENTER NETWORK; UNITED FARM WORKERS; COALITION FOR HUMANE IMMIGRANT RIGHTS; IMMIGRANT DEFENDERS LAW CENTER, <br><br> Plaintiffs, <br><br> v. <br><br> Kristi NOEM, in her official capacity as Secretary, Department of Homeland Security; | Case No.: 2:25-cv-05605-MEMF-SPx <br><br> ***DISCOVERY MATTER*** <br><br> **PLAINTIFFS' OPPOSITION TO DEFENDANTS' APPLICATION TO SEAL (ECF NO. 361)** <br><br> Hon. Maame Ewusi-Mensah Frimpong <br><br> Referred to Hon. Sheri Pym <br> United States Magistrate Judge |

| | |
|---|---|
| 1 | Todd M. LYONS, in his official capacity as Acting Director, U.S. Immigration and Customs Enforcement; Rodney S. SCOTT, in his official capacity as Commissioner, U.S. Customs and Border Patrol; Michael W. BANKS, in his official capacity as Chief of U.S. Border Patrol; Kash PATEL, in his official capacity as Director, Federal Bureau of Investigation; Pam BONDI, in her official capacity as U.S. Attorney General; Ernesto SANTACRUZ JR., in his official capacity as Acting Field Office Director for Los Angeles, U.S. Immigration and Customs Enforcement; Eddy WANG, Special Agent in Charge for Los Angeles, Homeland Security Investigations, U.S. Immigration and Customs Enforcement; Gregory K. BOVINO, in his official capacity as Chief Patrol Agent for El Centro Sector of the U.S. Border Patrol; Jeffrey D. STALNAKER, in his official capacity as Acting Chief Patrol Agent, San Diego Sector of the U.S. Border Patrol; Akil DAVIS, in his official capacity as Assistant Director in Charge, Los Angeles Office, Federal Bureau of Investigation; Bilal A. ESSAYLI, in his official capacity as U.S. Attorney for the Central District of California, |

        Defendants.

PLAINTIFFS' OPPOSITION TO DEFENDANTS' APPLICATION TO SEAL

| | | |
|---|---|---|
| 1 | JACOB S. KREILKAMP (SBN 248210) | MATTHEW J. CRAIG (SBN 350030) |
| | jacob.kreilkamp@mto.com | mcraig@heckerfink.com |
| 2 | DAVID FRY (SBN 189276) | MACK E. JENKINS (SBN 242101) |
| | david.fry@mto.com | mjenkins@heckerfink.com |
| 3 | SARA H. WORTH (SBN 341088) | HECKER FINK LLP |
| | sara.worth@mto.com | 1150 South Olive Street, Suite 10-140 |
| 4 | HENRY D. SHREFFLER (SBN 343388) | Los Angeles, CA 90015 |
| | henry.shreffler@mto.com | Tel: 212-763-0883; Fax: 212-564-0883 |
| 5 | LAURA R. PERRY (SBN 342504) | |
| | laura.perrystone@mto.com | *Counsel for Access/Conditions Plaintiffs* |
| 6 | LAUREN E. KUHN (SBN 343855) | |
| | lauren.kuhn@mto.com | EDGAR AGUILASOCHO (SBN 285567) |
| 7 | MAGGIE BUSHELL (SBN 354048) | eaguilasocho@farmworkerlaw.com |
| | maggie.bushell@mto.com | MARTÍNEZ AGUILASOCHO LAW, INC. |
| 8 | MUNGER, TOLLES & OLSON LLP | 900 Truxtun Ave, Suite 300 |
| | 350 S. Grand Ave., 50th Floor | Bakersfield, CA 93301 |
| 9 | Los Angeles, CA 90071 | Tel: 661-859-1174 |
| | Tel: 213-683-9100; Fax: 213-683-9100 | |
| 10 | | *Counsel for Plaintiff United Farm Workers* |
| | *Counsel for Stop/Arrest Plaintiffs* | |
| 11 | | |
| | LAUREN MICHEL WILFONG* | CARL BERGQUIST* |
| 12 | lwilfong@ndlon.org | cbergquist@chirla.org |
| | NATIONAL DAY LABORER | COALITION FOR HUMANE IMMIGRANT |
| 13 | ORGANIZING NETWORK | RIGHTS |
| | 1030 S. Arroyo Parkway, Suite 106 | 2351 Hempstead Road |
| 14 | Pasadena, CA 91105 | Ottawa Hills, OH 43606 |
| | Tel: 626-214-5689 | Tel: 310-279-6025 |
| 15 | | |
| | *Counsel for Stop/Arrest Plaintiffs* | *Counsel for Plaintiff Coalition for Humane* |
| 16 | | *Immigrant Rights* |
| | BREE BERNWANGER (SBN 331731) | |
| 17 | bbernwanger@aclunc.org | ALVARO M. HUERTA (SBN 274787) |
| | AMERICAN CIVIL LIBERTIES UNION | ahuerta@immdef.org |
| 18 | FOUNDATION OF NORTHERN | BRYNNA BOLT (SBN 339378) |
| | CALIFORNIA | bbolt@immdef.org |
| 19 | 39 Drumm Street | ALISON STEFFEL (SBN 346370) |
| | San Francisco, CA 94111 | asteffel@immdef.org |
| 20 | Tel: 415-621-2493 | IMMIGRANT DEFENDERS LAW CENTER |
| | | 634 S. Spring St., 10th Floor |
| 21 | *Counsel for Stop/Arrest Plaintiffs* | Los Angeles, CA 90014 |
| | | Tel: 213-634-0999 |
| 22 | BRISA VELAZQUEZ OATIS | |
| | (SBN 339132) | *Counsel for Plaintiff Immigrant* |
| 23 | bvoatis@aclu-sdic.org | *Defenders Law Center* |
| | ACLU FOUNDATION OF | |
| 24 | SAN DIEGO & IMPERIAL COUNTIES | * Admitted pro hac vice |
| | P.O. Box 87131 | |
| 25 | San Diego, CA 92138-7131 | |
| | Tel: 619-398-4199 | |
| 26 | | |
| | *Counsel for Stop/Arrest Plaintiffs* | |
| 27 | | |
| 28 | | |

PLAINTIFFS' OPPOSITION TO DEFENDANTS' APPLICATION TO SEAL

|   |   |
|---|---|
| 1 | In their most recent sealing application (ECF 361), Defendants seek to seal the name of an ICE employee whose name and title they have already filed on the public docket.  *See* ECF 361-2 ¶ 3 (referencing "my declaration dated August 28, 2025 submitted in this action").  As Defendants' own authority states, "[w]here information is 'already publicly available,' the Court cannot justify sealing it from public view."  *See Al Otro Lado, Inc. v. Wolf*, 2020 WL 3487823, at *8 (June 26, 2020).  Even if that were not fatal to Defendants' application, Defendants further fail to establish either compelling reasons or good cause to seal.  Just as with their prior application, Defendants have failed to make any factual showing beyond referencing the protective order to show that the public's right of access should be overcome.  Defendants' declaration is identical in substantial part to the declaration submitted with their last sealing application, which Plaintiffs also opposed.  For the convenience of the Court, Plaintiffs refer to and incorporate herein all arguments made in their prior opposition.  *See* ECF 253.  As before, Defendants' declaration fails to articulate facts showing either compelling reasons *or* good cause to seal. |

Defendants' application now cites two cases for the broad proposition that "sealing is warranted where disclosure would compromise law-enforcement operations, reveal sensitive governmental information, or endanger personnel."  ECF 361 at 1.  But in both of those cases, the government submitted detailed declarations that provide the exact factual showing that Defendants failed to make here.  *See, e.g.*, *Al Otro Lado*, 2020 WL 3487823, at *3 (declaration identifying specific harms from disclosing information on a document-by-document basis); *Camino Castellar v. Mayorkas*, 2021 WL 3678440, at *2, *4 (S.D. Cal. Aug. 19, 2021) (declaration providing factual substantiation of harms from public disclosure).  In neither case did the government simply gesture towards a blanket protective order, as Defendants do here.

The Court should deny Defendants' application to seal.

DATED:  January 16, 2026                                        MUNGER, TOLLES & OLSON LLP


By:  _____/s/ Jacob S. Kreilkamp_____
JACOB S. KREILKAMP
*Counsel for Stop/Arrest Plaintiffs*

-1-
PLAINTIFFS' OPPOSITION TO DEFENDANTS' APPLICATION TO SEAL