UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| PEDRO VASQUEZ PERDOMO, *et al.*,<br><br>Plaintiffs,<br><br>v.<br><br>KRISTI NOEM, in her official capacity as Secretary of Homeland Security, *et al.*,<br><br>Defendants. | Case No.: 2:25-cv-05605-MEMF-SP<br><br>**[PROPOSED] ORDER GRANTING DEFENDANTS' EX PARTE APPLICATION** |

The Court, having considered Defendants' Application, and finding good cause therefor, hereby GRANTS the Application and ORDERS as follows:

1. The Court's January 16, 2026 Order (ECF No. 370) is STAYED pending resolution of Defendants' objections under Federal Rule of Civil Procedure 72(a); or

2. In the alternative, if the Court declines to stay the January 16, 2026 Order in full, the production deadlines set forth in ECF No. 370 are all EXTENDED by thirty (30) days.

IT IS SO ORDERED.


Dated: _____          _____

Hon. Sheri Pym

United States Magistrate Judge