# EXHIBIT A

## Shreffler, Henry

| | |
|---|---|
| **From:** | Myczkowska, Tola M (CIV) <Tola.M.Myczkowska@usdoj.gov> |
| **Sent:** | Tuesday, January 20, 2026 2:26 PM |
| **To:** | Shreffler, Henry; Ross, Jonathan K. (CIV); Worth, Sara; Annie Lai; Davis, Tiberius (CIV); Estrada, Martin; Xiao, Wendy; Mohammad Tajsar; Davis Fisher, Grace; DeSimone, Aniello (CIV); Beck, Daniel (USACAC); Groff, Stephanie L. (CIV); Bashyrov, Jacob (CIV); Skedzielewski, Sean (CIV); Chapman, Ryan (USACAC); Farrell, Alexander (USACAC); Molina, Ernesto H. (CIV); Mayra Joachin; mcraig; Helia Bidad; Mark Rosenbaum; Rebecca Brown; Eva Bitran; Lauren Wilfong; Bushell, Maggie; Groves, Kyle; Levin, Daniel; Schwab, John; Hansen, Becca; Kim, Bobby; Niu, Jin; Kreilkamp, Jacob; Fry, David; Kuhn, Lauren; Perry Stone, Laura; Safavi, Nancy (CIV); Alsterberg, Cara E. (CIV); Lessard, Christopher J. (CIV); Suite, Rickeisha Y. (CIV); Zubata, Jason K. (CIV) |
| **Subject:** | RE: Perdomo v. Noem - 2:25-cv-05605 (CDCAL) – Stay of ECF No. 370 Production Deadlines Pending Forthcoming Objections |

 External email

Henry,

We do not agree that the notice was insufficient, and we think it is generally in line with the notice Plaintiffs have provided Defendants in similar situations in this case.

To clarify our position, Defendants intend to seek a stay of the ECF No. 370 production deadlines pending the District Judge's resolution of Defendants' forthcoming Rule 72(a) objections, or, in the alternative, an extension. Our contention is that the January 16 Order goes well beyond the limited discovery previously authorized, would be unduly burdensome to implement on the current timeline, and is not proportionate to the needs of the case, particularly while objections are pending. We also believe a short stay is appropriate to preserve meaningful review before any potentially irreversible production occurs.

**Tola M. Myczkowska**
**Trial Attorney**
U.S. Department of Justice, Civil Division
Office of Immigration Litigation
P.O. Box 878, Ben Franklin Station | Washington, DC 20044
(202) 353-5718 | Tola.M.Myczkowska@usdoj.gov

---

**From:** Shreffler, Henry <Henry.Shreffler@mto.com>
**Sent:** Tuesday, January 20, 2026 4:11 PM
**To:** Myczkowska, Tola M (CIV) <Tola.M.Myczkowska@usdoj.gov>; Ross, Jonathan K. (CIV) <Jonathan.K.Ross@usdoj.gov>; Worth, Sara <Sara.Worth@mto.com>; Annie Lai <alai@law.uci.edu>; Davis, Tiberius (CIV) <Tiberius.Davis@usdoj.gov>; Estrada, Martin <Martin.Estrada@mto.com>; Xiao, Wendy <Wendy.Xiao@mto.com>; Mohammad Tajsar <mtajsar@aclusocal.org>; Davis Fisher, Grace <Grace.DavisFisher@mto.com>; DeSimone, Aniello (CIV) <Aniello.DeSimone@usdoj.gov>; Beck, Daniel (USACAC) <Daniel.Beck@usdoj.gov>; Groff, Stephanie L. (CIV) <Stephanie.L.Groff@usdoj.gov>; Bashyrov, Jacob (CIV) <Jacob.Bashyrov@usdoj.gov>; Skedzielewski, Sean (CIV) <Sean.Skedzielewski@usdoj.gov>; Chapman, Ryan (USACAC) <Ryan.Chapman@usdoj.gov>; Farrell, Alexander (USACAC) <Alexander.Farrell@usdoj.gov>; Molina, Ernesto H. (CIV) <Ernesto.H.Molina@usdoj.gov>; Mayra Joachin <MJoachin@aclusocal.org>; mcraig <mcraig@heckerfink.com>; Helia Bidad <hbidad@heckerfink.com>; Mark Rosenbaum <mrosenbaum@publiccounsel.org>; Rebecca Brown <rbrown@publiccounsel.org>; Eva Bitran

<EBitran@aclusocal.org>; Lauren Wilfong <lwilfong@ndlon.org>; Bushell, Maggie <Maggie.Bushell@mto.com>; Groves, Kyle <Kyle.Groves@mto.com>; Levin, Daniel <daniel.levin@mto.com>; Schwab, John <John.Schwab@mto.com>; Hansen, Becca <Rebecca.Hansen@mto.com>; Kim, Bobby <Bobby.Kim@mto.com>; Niu, Jin <Jin.Niu@mto.com>; Kreilkamp, Jacob <Jacob.Kreilkamp@mto.com>; Fry, David <David.Fry@mto.com>; Kuhn, Lauren <Lauren.Kuhn@mto.com>; Perry Stone, Laura <Laura.PerryStone@mto.com>; Safavi, Nancy (CIV) <Nancy.Safavi@usdoj.gov>; Alsterberg, Cara E. (CIV) <Cara.E.Alsterberg@usdoj.gov>; Lessard, Christopher J. (CIV) <Christopher.J.Lessard@usdoj.gov>; Suite, Rickeisha Y. (CIV) <Rickeisha.Y.Suite@usdoj.gov>; Zubata, Jason K. (CIV) <Jason.K.Zubata@usdoj.gov>

**Subject:** [EXTERNAL] RE: Perdomo v. Noem - 2:25-cv-05605 (CDCAL) – Stay of ECF No. 370 Production Deadlines Pending Forthcoming Objections

Tola:  Ms. Safavi's voicemail messages to Ms. Lai and myself simply advised that Defendants planned to seek ex parte relief, but did not specify that Defendants planned to seek a stay of ECF 370.  I tried to return Ms. Safavi's call but was unable to reach her.  Please provide your reason for seeking a stay.  Simply asserting "burden and proportionality" issues and reserving the right to make additional arguments does not constitute notice to Plaintiffs.

**Henry D. Shreffler (he/him/his)** | **Munger, Tolles & Olson LLP**
350 South Grand Avenue | Los Angeles, CA 90071
Tel: 213.683.9129 | Henry.Shreffler@mto.com | www.mto.com

---

**From:** Myczkowska, Tola M (CIV) <Tola.M.Myczkowska@usdoj.gov>
**Sent:** Tuesday, January 20, 2026 12:03 PM
**To:** Ross, Jonathan K. (CIV) <Jonathan.K.Ross@usdoj.gov>; Worth, Sara <Sara.Worth@mto.com>; Annie Lai <alai@law.uci.edu>; Davis, Tiberius (CIV) <Tiberius.Davis@usdoj.gov>; Estrada, Martin <Martin.Estrada@mto.com>; Xiao, Wendy <Wendy.Xiao@mto.com>; Mohammad Tajsar <mtajsar@aclusocal.org>; Davis Fisher, Grace <Grace.DavisFisher@mto.com>; DeSimone, Aniello (CIV) <Aniello.DeSimone@usdoj.gov>; Beck, Daniel (USACAC) <Daniel.Beck@usdoj.gov>; Groff, Stephanie L. (CIV) <Stephanie.L.Groff@usdoj.gov>; Bashyrov, Jacob (CIV) <Jacob.Bashyrov@usdoj.gov>; Skedzielewski, Sean (CIV) <Sean.Skedzielewski@usdoj.gov>; Chapman, Ryan (USACAC) <Ryan.Chapman@usdoj.gov>; Farrell, Alexander (USACAC) <Alexander.Farrell@usdoj.gov>; Molina, Ernesto H. (CIV) <Ernesto.H.Molina@usdoj.gov>; Mayra Joachin <MJoachin@aclusocal.org>; mcraig <mcraig@heckerfink.com>; Helia Bidad <hbidad@heckerfink.com>; Mark Rosenbaum <mrosenbaum@publiccounsel.org>; Rebecca Brown <rbrown@publiccounsel.org>; Eva Bitran <EBitran@aclusocal.org>; Lauren Wilfong <lwilfong@ndlon.org>; Bushell, Maggie <Maggie.Bushell@mto.com>; Groves, Kyle <Kyle.Groves@mto.com>; Levin, Daniel <daniel.levin@mto.com>; Schwab, John <John.Schwab@mto.com>; Hansen, Becca <Rebecca.Hansen@mto.com>; Kim, Bobby <Bobby.Kim@mto.com>; Niu, Jin <Jin.Niu@mto.com>; Kreilkamp, Jacob <Jacob.Kreilkamp@mto.com>; Fry, David <David.Fry@mto.com>; Kuhn, Lauren <Lauren.Kuhn@mto.com>; Perry Stone, Laura <Laura.PerryStone@mto.com>; Myczkowska, Tola M (CIV) <Tola.M.Myczkowska@usdoj.gov>; Safavi, Nancy (CIV) <Nancy.Safavi@usdoj.gov>; Alsterberg, Cara E. (CIV) <Cara.E.Alsterberg@usdoj.gov>; Lessard, Christopher J. (CIV) <Christopher.J.Lessard@usdoj.gov>; Suite, Rickeisha Y. (CIV) <Rickeisha.Y.Suite@usdoj.gov>; Zubata, Jason K. (CIV) <Jason.K.Zubata@usdoj.gov>; Shreffler, Henry <Henry.Shreffler@mto.com>
**Subject:** Perdomo v. Noem - 2:25-cv-05605 (CDCAL) – Stay of ECF No. 370 Production Deadlines Pending Forthcoming Objections

Good afternoon Counsel,

As discussed in voicemail messages my colleague, Nancy Safavi, left Annie Lai and Henry Shreffler for Plaintiffs and Jin Niu for Intervenors, as well as her telephone conversation with Bobby Kim for Intervenors at approximately 11:45am PT, Defendants intend to seek a stay of ECF No. 370's two production deadlines pending the District Court's resolution of Defendants' forthcoming objections

under Fed. R. Civ. P. 72(a) and Local Rule 72-2. Defendants' objections will be based on undue burden and proportionality. We also reserve the right to raise additional arguments.

Defendants intend to file our ex parte application today. Please advise of Plaintiffs' and Intervenors' positions as soon as possible so that all views can be accurately reflected in the application.

Thank you,

**Tola M. Myczkowska**
**Trial Attorney**
U.S. Department of Justice, Civil Division
Office of Immigration Litigation
P.O. Box 878, Ben Franklin Station | Washington, DC 20044
(202) 353-5718 | Tola.M.Myczkowska@usdoj.gov