UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

PEDRO VASQUEZ PERDOMO; et al.,

    Plaintiffs,

    v.

KRISTI NOEM, in her official capacity as Secretary of Homeland Security; et al.,

    Defendants.

Case No.: 2:25-cv-05605-MEMF-SPx

**[PROPOSED] ORDER REGARDING DEPOSITION OF PLAINTIFF OSORTO AND ECF 367**

Hon. Maame Ewusi-Mensah Frimpong
United States District Judge

Referred to Hon. Sheri Pym
United States Magistrate Judge

## [PROPOSED] ORDER

Pursuant to the stipulation of the parties and for good cause shown, the Court **ORDERS** as follows:

1.    The deposition of Plaintiff Carlos Osorto is closed and will not be re-opened;

2.    Plaintiffs' objections to the Order are moot, because that Order applied only to the three depositions noticed by Defendants in reciprocal expedited discovery and does not apply to depositions that have yet to be noticed in this case;

3.    Notwithstanding the Order, Plaintiffs may, in future discovery in this case, seek a protective order to limit questioning of Plaintiffs, witnesses, and putative class members regarding citizenship, immigration history, and immigration status, or the immigration status of others, and such a motion shall not be considered a motion for reconsideration.

DATED:  January ___, 2026

By: _____
        HON. SHERI PYM
     United States Magistrate Judge