UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| PEDRO VASQUEZ PERDOMO, *et al.*,<br><br>Plaintiffs,<br><br>v.<br><br>KRISTI NOEM, in her official capacity as Secretary of Homeland Security, *et al.*,<br><br>Defendants. | ***DISCOVERY MATTER***<br><br>Case No.:  2:25-cv-05605-MEMF-SPx<br><br>**[PROPOSED] ORDER REGARDING RULE 30(b)(6) DEPOSITIONS**<br><br>Hon. Sheri Pym<br>United States Magistrate Judge |

The Court, having considered the parties' Joint Stipulation Regarding Rule 30(b)(6) depositions and finding good cause therefor, hereby ORDERS as follows:

1. The deadline for Plaintiffs and Intervenors to complete their Rule 30(b)(6) depositions is extended to February 2, 2026.

IT IS SO ORDERED.

Dated: _____, 2026    _____
HON. SHERI PYM
United States Magistrate Judge

1