STACY TOLCHIN (SBN 217431)
*stacy@tolchinimmigration.com*
LAW OFFICES OF STACY TOLCHIN
776 E. Green St., Suite 210
Pasadena, CA 91101
Tel: 213-622-7450; Fax: 213-622-7233

MOHAMMAD TAJSAR (SBN 280152)
*mtajsar@aclusocal.org*
MAYRA JOACHIN (SBN 306065)
*mjoachin@aclusocal.org*
EVA BITRAN (SBN 302081)
*ebitran@aclusocal.org*
DAE KEUN KWON (SBN 313155)
*akwon@aclusocal.org*
STEPHANIE PADILLA (SBN 321568)
*spadilla@aclusocal.org*
DIANA SANCHEZ (SBN 338871)
*dianasanchez@aclusocal.org*
ACLU FOUNDATION OF
SOUTHERN CALIFORNIA
1313 West Eighth Street
Los Angeles, CA 90017-4022
Tel: 213-977-5232; Fax: 213-201-7878

*Counsel for Stop/Arrest Plaintiffs*

(*Additional counsel listed on next page*)

MARK ROSENBAUM (SBN 59940)
*mrosenbaum@publiccounsel.org*
REBECCA BROWN (SBN 345805)
*rbrown@publiccounsel.org*
SOPHIA WRENCH (SBN 354416)
*swrench@publiccounsel.org*
RITU MAHAJAN (SBN 252970)
*rmahajan@publiccounsel.org*
GINA AMATO (SBN 215519)
*gamato@publiccounsel.org*
AMANDA MANGASER SAVAGE
(SBN 325996)
*asavage@publiccounsel.org*
PUBLIC COUNSEL
610 South Ardmore Avenue
Los Angeles, CA 90005
Tel: 213-385-2977

*Counsel for All Plaintiffs*

ANNE LAI (SBN 295394)
*alai@law.uci.edu*
UC IRVINE SCHOOL OF LAW
IMMIGRANT AND RACIAL JUSTICE
SOLIDARITY CLINIC
P.O. Box 5479
Irvine, CA 92616-5479
Tel: 949-824-9894; Fax: 949-824-2747

*Counsel for Stop/Arrest Plaintiffs*

# UNITED STATES DISTRICT COURT
# FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| Pedro VASQUEZ PERDOMO; Carlos Alexander OSORTO; and Isaac VILLEGAS MOLINA; Jorge HERNANDEZ VIRAMONTES; Brian GAVIDIA; LOS ANGELES WORKER CENTER NETWORK; UNITED FARM WORKERS; COALITION FOR HUMANE IMMIGRANT RIGHTS; IMMIGRANT DEFENDERS LAW CENTER, <br><br> Plaintiffs, <br><br> v. <br><br> Kristi NOEM, in her official capacity as Secretary, Department of Homeland Security; | Case No.: 2:25-cv-05605-MEMF-SPx <br><br> **NOTICE OF FILING OF REDACTED DOCUMENT (ECF 111-1)** <br><br> Hon. Maame Ewusi-Mensah Frimpong |

|    |    |
|----|----|
| 1  | Todd M. LYONS, in his official capacity as Acting Director, U.S. Immigration and |
| 2  | Customs Enforcement; Pete R. FLORES, in his official capacity as Acting Director, U.S. |
| 3  | Customs and Border Patrol; Michael W. BANKS, in his official capacity as Chief of |
| 4  | U.S. Border Patrol; Kash PATEL, in his official capacity as Director, Federal Bureau |
| 5  | of Investigation; Pam BONDI, in her official capacity as U.S. Attorney General; Ernesto |
| 6  | SANTACRUZ JR., in his official capacity as Acting Field Office Director for Los Angeles, |
| 7  | U.S. Immigration and Customs Enforcement; Eddy WANG, Special Agent in Charge for |
| 8  | Los Angeles, Homeland Security Investigations, U.S. Immigration and |
| 9  | Customs Enforcement; Gregory K. BOVINO, in his official capacity as Chief Patrol Agent |
| 10 | for El Centro Sector of the U.S. Border Patrol; Jeffrey D. STALNAKER, in his |
| 11 | official capacity as Acting Chief Patrol Agent, San Diego Sector of the U.S. Border Patrol; |
| 12 | Akil DAVIS, in his official capacity as Assistant Director in Charge, Los Angeles |
| 13 | Office, Federal Bureau of Investigation; Bilal A. ESSAYLI, in his official capacity as U.S. |
| 14 | Attorney for the Central District of California, |
| 15 |   Defendants. |
| 16 |    |
| 17 |    |
| 18 |    |
| 19 |    |
| 20 |    |
| 21 |    |
| 22 |    |
| 23 |    |
| 24 |    |
| 25 |    |
| 26 |    |
| 27 |    |
| 28 |    |

| | | |
|---|---|---|
| 1 | JACOB S. KREILKAMP (SBN 248210)<br>*jacob.kreilkamp@mto.com* | MATTHEW J. CRAIG (SBN 350030)<br>*mcraig@heckerfink.com* |
| 2 | DAVID FRY (SBN 189276)<br>*david.fry@mto.com* | MACK E. JENKINS (SBN 242101)<br>*mjenkins@heckerfink.com* |
| 3 | SARA H. WORTH (SBN 341088)<br>*sara.worth@mto.com* | HECKER FINK LLP<br>1150 South Olive Street, Suite 10-140 |
| 4 | HENRY D. SHREFFLER (SBN 343388)<br>*henry.shreffler@mto.com* | Los Angeles, CA 90015<br>Tel: 212-763-0883; Fax: 212-564-0883 |
| 5 | LAURA R. PERRY (SBN 342504)<br>*laura.perrystone@mto.com* | *Counsel for Access/Conditions Plaintiffs* |
| 6 | LAUREN E. KUHN (SBN 343855)<br>*lauren.kuhn@mto.com* | EDGAR AGUILASOCHO (SBN 285567)<br>*eaguilasocho@farmworkerlaw.com* |
| 7 | MAGGIE BUSHELL (SBN 354048)<br>*maggie.bushell@mto.com* | MARTINEZ AGUILASOCHO LAW, INC.<br>900 Truxtun Ave, Suite 300 |
| 8 | MUNGER, TOLLES & OLSON LLP<br>350 S. Grand Ave., 50th Floor | Bakersfield, CA 93301<br>Tel: 661-859-1174 |
| 9 | Los Angeles, CA 90071<br>Tel: 213-683-9100; Fax: 213-683-9100 | |
| 10 | | *Counsel for Plaintiff United Farm Workers* |
| 11 | *Counsel for Stop/Arrest Plaintiffs* | |
| 12 | LAUREN MICHEL WILFONG*<br>*lwilfong@ndlon.org* | CARL BERGQUIST*<br>*cbergquist@chirla.org* |
| 13 | NATIONAL DAY LABORER<br>ORGANIZING NETWORK | COALITION FOR HUMANE<br>IMMIGRANT RIGHTS |
| 14 | 1030 S. Arroyo Parkway, Suite 106<br>Pasadena, CA 91105 | 2351 Hempstead Road<br>Ottawa Hills, OH 43606 |
| 15 | Tel: 626-214-5689 | Tel: 310-279-6025 |
| 16 | *Counsel for Stop/Arrest Plaintiffs* | *Counsel for Plaintiff Coalition for Humane Immigrant Rights* |
| 17 | BREE BERNWANGER (SBN 331731)<br>*bbernwanger@aclunc.org* | ALVARO M. HUERTA (SBN 274787) |
| 18 | AMERICAN CIVIL LIBERTIES<br>UNION FOUNDATION OF | *ahuerta@immdef.org*<br>BRYNNA BOLT (SBN 339378) |
| 19 | NORTHERN CALIFORNIA<br>39 Drumm Street | *bbolt@immdef.org*<br>ALISON STEFFEL (SBN 346370) |
| 20 | San Francisco, CA 94111<br>Tel: 415-621-2493 | *asteffel@immdef.org*<br>IMMIGRANT DEFENDERS LAW CENTER |
| 21 | *Counsel for Stop/Arrest Plaintiffs* | 634 S. Spring St., 10th Floor<br>Los Angeles, CA 90014 |
| 22 | BRISA VELAZQUEZ OATIS<br>(SBN 339132) | Tel: 213-634-0999 |
| 23 | *bvoatis@aclu-sdic.org*<br>ACLU FOUNDATION OF | *Counsel for Plaintiff Immigrant Defenders Law Center* |
| 24 | SAN DIEGO & IMPERIAL COUNTIES<br>P.O. Box 87131 | * Admitted pro hac vice |
| 25 | San Diego, CA 92138-7131<br>Tel: 619-398-4199 | |
| 26 | | |
| 27 | *Counsel for Stop/Arrest Plaintiffs* | |
| 28 | | |

NOTICE OF FILING OF REDACTED DOCUMENT (ECF 111-1)

1. Pursuant to the Court's November 13, 2025 Order, Plaintiffs file as Exhibit 1 a public, redacted version of the sealed record filed at ECF 111-1.

    For background, the Parties sought to re-designate the case as a civil non-habeas matter, the consequence of which would be to restore public electronic access to the docket. *See* ECF 157. The Court instructed the Parties to confer about what, if anything, on the docket should remain sealed once the docket is made electronically accessible to the public. *Id.* at 1. In response, the Parties submitted a Joint Status Report on August 29, 2025 listing their positions on the court records that, in their view, should be sealed upon re-designation of the case. ECF 172. The Parties agreed to redact certain information, but disagreed on many others. *Id.*

    On November 13, 2025, the Court ruled on the Parties' disputes over what information should be redacted after re-designation. ECF 257. The Court ruled that ECF 111-1, an exhibit to Plaintiff Carlos Osorto's bond application, should be sealed in its entirety, and that a redacted version of the document be filed in the public record should the case be re-designated. *Id.* at 2, 7. The Court denied Defendants' request to redact certain other records. *Id.* at 2–7.

    In an email sent to counsel on January 16, 2026, this Court advised the Parties that the restricted access designation has now been removed. In compliance with the Court's November 13, 2025, Order to file a public version of the document upon re-designation, Plaintiffs file this Notice attaching the redacted, public version of ECF 111-1.

DATED: January 27, 2026            Respectfully submitted,

                                   By: <u>Mohammad Tajsar</u>
                                       *Attorney for Plaintiffs*

NOTICE OF FILING OF REDACTED DOCUMENT (ECF 111-1)
1