1
2
3
4
5
6
7

## UNITED STATES DISTRICT COURT

## FOR THE CENTRAL DISTRICT OF CALIFORNIA

## WESTERN DIVISION

| | |
|---|---|
| PEDRO VASQUEZ PERDOMO; et al., | Case No.: 2:25-cv-05605-MEMF-SPx |
| Plaintiffs, | **ORDER REGARDING DEPOSITION OF PLAINTIFF OSORTO AND ECF 367** |
| v. | |
| KRISTI NOEM, in her official capacity as Secretary of Homeland Security; et al., | Hon. Maame Ewusi-Mensah Frimpong United States District Judge |
| Defendants. | Referred to Hon. Sheri Pym United States Magistrate Judge |

**ORDER**

Pursuant to the stipulation of the parties and for good cause shown, the Court **ORDERS** as follows:

1. The deposition of Plaintiff Carlos Osorto is closed and will not be re-opened;

2. Plaintiffs' objections to the Order are moot, because that Order applied only to the three depositions noticed by Defendants in reciprocal expedited discovery and does not apply to depositions that have yet to be noticed in this case;

3. Notwithstanding the Order, Plaintiffs may, in future discovery in this case, seek a protective order to limit questioning of Plaintiffs, witnesses, and putative class members regarding citizenship, immigration history, and immigration status, or the immigration status of others, and such a motion shall not be considered a motion for reconsideration.

DATED: January 29, 2026

By: _____
HON. SHERI PYM
United States Magistrate Judge

ORDER REGARDING DEPOSITION OF PLAINTIFF OSORTO AND ECF 367