UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| Pedro Vasquez Perdomo, *et al.*, <br><br> Plaintiffs, <br><br> v. <br><br> Kristi Noem, in her official capacity as Secretary of Homeland Security, *et al.*, <br><br> Defendants. | **DISCOVERY MATTER** <br><br> Case No.: 2:25-cv-05605-MEMF-SPx <br><br> **ORDER REGARDING 30(b)(6) DEPOSITION** <br><br> Hon. Sheri Pym <br> United States Magistrate Judge |

The Court, having considered the parties' Joint Stipulation Regarding 30(b)(6) depositions and finding good cause therefor, hereby ORDERS as follows:

1. The deadline for Plaintiffs and Intervenors to complete their 30(b)(6) deposition is extended to February 2, 2026.

IT IS SO ORDERED.

Dated: January 29, 2026

HON. SHERI PYM
United States Magistrate Judge

1