UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| PEDRO VASQUEZ PERDOMO, *et al.*,<br><br>Plaintiffs,<br><br>v.<br><br>KRISTI NOEM, in her official capacity as Secretary of Homeland Security, *et al.*,<br><br>Defendants. | Case No.:  2:25-cv-05605-MEMF-SP<br><br>**[PROPOSED] ORDER GRANTING JOINT STIPULATION TO EXTEND FILING DEADLINE FOR JOINT RULE 26(f) REPORT [ECF NO. 398]**<br><br>Hon. Maame Ewusi-Mensah Frimpong<br>United States District Judge |

On February 6, 2026, the parties filed a stipulation to extend the time to complete the Joint Rule 26(f) Report. The Court, having considered the parties' stipulation and finding good cause therefor, hereby GRANTS the stipulation and ORDERS as follows:

1. The Parties' deadline to file the Joint Rule 26(f) Report is EXTENDED to February 11, 2026;

2. Defendants shall circulate their portion of the Joint Rule 26(f) Report by 9:00 AM Pacific on February 11, 2026;

1

3. Plaintiffs shall file the Joint Rule 26(f) Report by 11:59 PM Pacific on February 11, 2026; and

4. The Scheduling Conference shall remain set for February 19, 2026, or as soon thereafter as the Court is able to hear the matter.


IT IS SO ORDERED.


Dated: _____, 2026                    _____

HON. MAAME EWUSI-MENSAH FRIMPONG

United States District Judge