UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| PEDRO VASQUEZ PERDOMO, *et al.*,<br><br>Plaintiffs,<br><br>v.<br><br>KRISTI NOEM, in her official capacity as Secretary of Homeland Security, *et al.*,<br><br>Defendants. | ***DISCOVERY MATTER***<br><br>No. 2:25-cv-05605-MEMF-SP<br><br>**[PROPOSED] ORDER GRANTING JOINT STIPULATION TO EXTEND CERTAIN PRODUCTION DEADLINES SET FORTH IN ECF NOS. 370 AND 387**<br><br>Hon. Maame Ewusi-Mensah Frimpong<br>United States District Judge<br><br>Referred to Hon. Sheri Pym<br>United States Magistrate Judge |

On February 12, 2026, the parties filed a stipulation to extend certain production deadlines set forth in ECF Nos. 370 and 387. The Court, having considered the parties' stipulation and finding good cause therefor, hereby GRANTS the stipulation and ORDERS as follows:

1. The deadline for Defendants to comply with the Order shall be extended by fourteen (14) days from February 13, 2026, to February 27, 2026, except that with respect to the forensic imaging and review of cell phones used by

agents present at the fifteen operations and the affidavits describing Defendants' document collection efforts as ordered by the Court, the deadline for completion shall be extended by thirty (30) days from February 13, 2026, to March 16, 2026.

IT IS SO ORDERED.

Dated: _____, 2026        _____

HON. SHERI PYM

United States Magistrate Judge