UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

PEDRO VASQUEZ PERDOMO, *et al.*,

Plaintiffs,

v.

KRISTI NOEM, in her official capacity as
Secretary of Homeland Security, *et al.*,

Defendants.

Case No.: 2:25-cv-05605-MEMF-SP

**[PROPOSED] ORDER DENYING DEFENDANTS' OBJECTIONS TO MAGISTRATE JUDGE'S ORDER [ECF NOS. 370 AND 387] [ECF NO. 395]**

On January 30, 2026, Defendants filed Objections to Magistrate Judge's Order [ECF Nos. 370 and 387] [ECF No. 395].  Defendants requested that the Court sustain their objections, set aside or modify the Magistrate Judge's January 16, 2026 Order [ECF No. 370], and deny Plaintiffs' and Intervenors' motion to compel [ECF No. 320].

On February 13, 2026, Plaintiffs filed their Opposition to Defendants' Objections to Magistrate Judge's Order [ECF Nos. 370 and 387] [ECF No. 411].

Defendants failed to make an adequate showing that the Magistrate Judge's ruling was clearly erroneous or contrary to law based on the record before her at the time she ruled on Plaintiffs' Motion to Compel.  *See* 28 U.S.C. § 636(b)(1)(A); Fed. R. Civ. P. 72(a); *Paramount*

*Pictures Corp. v. Replay TV*, 2002 WL 32151632, at *1 (C.D. Cal. May 30, 2002); *Bhan v. NME Hospitals, Inc.*, 929 F.2d 1404, 1414 (9th Cir. 1991). Specifically, Judge Pym's rulings that (1) Defendants' construction of Plaintiffs' Requests for Production Nos. 2 and 3 was unreasonable; and (2) Defendants conducted an inadequate search for documents are not clearly erroneous. This Court declines to consider arguments or evidence Defendants raised for the first time in their Objections; specifically (1) the argument that Judge Pym was required by Rule 26(b)(2)(C) to endorse Defendants' interpretation of the Requests for Production; (2) the argument that the document requests are not proportionate to the case; (3) the Declaration of A.A.M. (ECF 395-1); and (4) the Declaration of Benjamin Mark Moss (ECF 379-1). *See UMG Recordings Inc. v. Global Eagle Entertainment, Inc.*, 2015 WL 12752881, at *4 n.54 (C.D. Cal. Aug. 27, 2015); *Haines v. Liggett Group, Inc.*, 975 F.2d 81, 91 (3d Cir. 1992) (in reviewing a magistrate judge's ruling on a non-dispositive matter "the district court is not permitted to receive further evidence"). Even if the Court were to consider these waived arguments, they would not change the Cort's ultimate conclusion that Defendants have failed to establish that Judge Pym's order was clearly erroneous or contrary to law.

The Court, having considered Defendants' Objections and Plaintiffs' Opposition and finding good cause therefor, hereby OVERRULES Defendants' Objections and ORDERS as follows:

1. The Magistrate Judge's Orders at ECF 370 and ECF 387 are AFFIRMED.

2. Defendants' request to deny Plaintiffs' and Intervenors' motion to compel is DENIED.

IT IS SO ORDERED.

Dated: February __, 2026

_____

MAAME EWUSI-MENSAH FRIMPONG

United States District Judge