| UNITED STATES DISTRICT COURT<br>CENTRAL DISTRICT OF CALIFORNIA | **TRANSCRIPT ORDER FORM**<br>Please use one form per court reporter per case, and contact court reporter<br>directly immediately after e-filing form.  (*Additional instructions on next page.*) | COURT USE ONLY<br>**DUE DATE:** |
|---|---|---|

| 1a. Contact Person for this Order | Nina Shiraishi | 2a. Contact Phone Number | 2135932477 | 3a. Contact E-mail Address | nina.shiraishi@mto.com |
|---|---|---|---|---|---|
| 1b. Attorney Name (if different) | Henry Shreffler | 2b. Attorney Phone Number | 2135839129 | 3b. Attorney E-mail Address | henry.shreffler@mto.com |

| 4. MAILING ADDRESS (INCLUDE LAW FIRM NAME, IF APPLICABLE)<br>Henry Shreffler<br>MUNGER, TOLLES & OLSON, LLP<br>350 South Grand Avenue<br>50th Floor<br>Los Angeles, CA 9007` | 5. Name & Role of Party Represented | Plaintiffs Vazquez Perdomo, et al. | |
|---|---|---|---|
| | 6. Case Name | Pedro Vazquez Perdomo, et al. v. Kristi Noem, et al. | |
| | 7a. District Court Case Number | 2:25-cv-05605 | 7b. Appeals Court Case Number: 25-4312 |

8.  INDICATE WHETHER PROCEEDING WAS (*choose only one per form*):

☒ DIGITALLY RECORDED      ☐ TRANSCRIBED BY A COURT REPORTER; NAME OF COURT REPORTER:

9. THIS TRANSCRIPT ORDER IS FOR:      ☐ Appeal  ☒ Non-Appeal      ☐ Criminal ☐ Civil      ☐ CJA ☐ USA ☐ FPD ☐ In forma pauperis (Court order for transcripts must be attached)

10. TRANSCRIPT(S) REQUESTED (Specify portion(s) and date(s) of proceeding(s) for which transcript is requested, format(s), and delivery type):    *You MUST check the docket to see if the transcript has already been filed, and if so, provide the "Release of Transcript Restriction" date in column c, below.*

| a. HEARING(S) OR PORTIONS OF HEARINGS (*Attach additional pages if necessary.  If sealed, a court order releasing transcript to the ordering party must be attached here or emailed to transcripts_cacd@cacd.uscourts.gov.*) | | | | b. SELECT FORMAT(S) | (*CM/ECF access included with purchase of transcript.*) | | | | | c. RELEASE OF TRANS. RESTRICTION DATE | d. DELIVERY TYPE 30-day, 14-day, 7-day, 3-day, Daily, Hourly |
|---|---|---|---|---|---|---|---|---|---|---|---|
| HEARING DATE | Minute Order Docket# (if available) | JUDGE (name) | PROCEEDING TYPE / PORTION If requesting less than full hearing, specify portion (e.g., witness or time). CJA orders: indicate if openings, closings, voir dire, or instructions requested. | PDF (email) | TEXT / ASCII (email) | PAPER | CONDEN-SED (email) | CM/ECF ACCESS (web) | WORD INDEXING | (*Provide release date of efiled transcript, or check to certify none yet on file.*) | (*Check with court reporter before choosing any delivery time sooner than "Ordinary-30."*) |
| 02/19/2026 | | Frimpong | Scheduling Conference | ● | ○ | ○ | ○ | ○ | ○ | ○ _____ | DAILY (Next day) |
| | | | | ○ | ○ | ○ | ○ | ○ | ○ | ○ _____ | |
| | | | | ○ | ○ | ○ | ○ | ○ | ○ | ○ _____ | |
| | | | | ○ | ○ | ○ | ○ | ○ | ○ | ○ _____ | |
| | | | | ○ | ○ | ○ | ○ | ○ | ○ | ○ _____ | |

11. ADDITIONAL COMMENTS, INSTRUCTIONS, QUESTIONS, ETC.  *CJA Orders:  Explain necessity of non-appeal orders, orders for transcripts of proceedings involving only a co-defendant, & special authorizations to be requested in Section 14 of CJA-24 Voucher (attach additional pages if needed).*

12.  ORDER & CERTIFICATION.  By signing below, I certify that I will pay all charges (deposit plus additional), or, where applicable, promptly take all necessary steps to secure payment under the Criminal Justice Act.

Date | February 20, 2026 | Signature | /s/ Henry Shreffler

G-120 (06/18)