UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

CIVIL MINUTES—GENERAL

| Case No. | 2:25-cv-05605-MEMF-SPx | Date | February 19, 2026 |
|---|---|---|---|
| Title | Pedro Vasquez Perdomo et al v. Kristi Noem et al | Page | 1 of 1 |

| Present: The Honorable | MAAME EWUSI-MENSAH FRIMPONG, UNITED STATES DISTRICT JUDGE |
|---|---|

| Patricia Kim | CourtSmart |
|---|---|
| Deputy Clerk | Court Recorder |

| Attorneys Present for Plaintiff(s) | Attorneys Present for Defendant(s) |
|---|---|
| Rebecca Brown | Nancy N. Savafi |
| Alvaro H. Huerta | Alexander Farrell |
| Mark D. Rosenbaum | Jonathan A. Robbins |
| Eva L. Bitran | |
| Matthew Craig | |
| Sara Worth | |
| Brynna Bolt | |
| Mack Jenkins | |

**Proceedings:  SCHEDULING CONFERENCE**

The case is called, and counsel make their appearances. Also present are Intervenors Wendy Q. Xiao, Brigit Greeson Alvarez, and E. Martin Estrada. The Court heard from the parties with respect to their positions on the schedule.

For the reasons stated on the record, the matter is taken under submission. Order to issue.

**IT IS SO ORDERED**.