STACY TOLCHIN (SBN 217431)
*stacy@tolchinimmigration.com*
LAW OFFICES OF STACY TOLCHIN
776 E. Green St., Suite 210
Pasadena, CA 91101
Tel: 213-622-7450; Fax: 213-622-7233

MOHAMMAD TAJSAR (SBN 280152)
*mtajsar@aclusocal.org*
MAYRA JOACHIN (SBN 306065)
*mjoachin@aclusocal.org*
EVA BITRÁN (SBN 302081)
*ebitran@aclusocal.org*
DAE KEUN KWON (SBN 313155)
*akwon@aclusocal.org*
STEPHANIE PADILLA (SBN 321568)
*spadilla@aclusocal.org*
DIANA SÁNCHEZ (SBN 338871)
*dianasanchez@aclusocal.org*
ACLU FOUNDATION OF
SOUTHERN CALIFORNIA
P.O. Box 811370
Los Angeles, CA 90081
Telephone: (213) 977-9500
Fax: (213) 915-0219

*Counsel for Stop/Arrest Plaintiffs*

(*Additional counsel listed on next page*)

MARK ROSENBAUM (SBN 59940)
*mrosenbaum@publiccounsel.org*
REBECCA BROWN (SBN 345805)
*rbrown@publiccounsel.org*
SOPHIA WRENCH (SBN 354416)
*swrench@publiccounsel.org*
RITU MAHAJAN (SBN 252970)
*rmahajan@publiccounsel.org*
GINA AMATO (SBN 215519)
*gamato@publiccounsel.org*
AMANDA MANGASER SAVAGE
(SBN 325996)
*asavage@publiccounsel.org*
PUBLIC COUNSEL
610 South Ardmore Avenue
Los Angeles, CA 90005
Tel: 213-385-2977

*Counsel for All Plaintiffs*

ANNE LAI (SBN 295394)
*alai@law.uci.edu*
UC IRVINE SCHOOL OF LAW
IMMIGRANT AND RACIAL JUSTICE
SOLIDARITY CLINIC
P.O. Box 5479
Irvine, CA 92616-5479
Tel: 949-824-9894; Fax: 949-824-2747

*Counsel for Stop/Arrest Plaintiffs*

**UNITED STATES DISTRICT COURT**

**FOR THE CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| Pedro VASQUEZ PERDOMO; Carlos Alexander OSORTO; and Isaac VILLEGAS MOLINA; Jorge HERNANDEZ VIRAMONTES; Jason Brian GAVIDIA; LOS ANGELES WORKER CENTER NETWORK; UNITED FARM WORKERS; COALITION FOR HUMANE IMMIGRANT RIGHTS; IMMIGRANT DEFENDERS LAW CENTER, <br><br> Plaintiffs, <br><br> v. <br><br> Kristi NOEM, in her official capacity as Secretary, Department of Homeland | Case No.: 2:25-cv-05605-MEMF-SPx <br><br> **DECLARATION OF LAURA R. PERRY STONE IN SUPPORT OF MOTION FOR LEAVE TO FILE SECOND AMENDED COMPLAINT** <br><br> *[Filed concurrently with Motion; Ex. 1 (Second Amended Complaint); Ex. 2 (Page and Line Number Changes); Ex. 3 (Redline)]* <br><br> Date: April 9, 2026 <br> Time: 10:00 a.m. <br> Place: Courtroom 8B |

|   |   |   |
|---|---|---|
| 1 |   | Hon. Maame Ewusi-Mensah Frimpong |
| 2 |   |   |
| 3 | Security; Todd M. LYONS, in his official capacity as Acting Director, U.S. Immigration and Customs Enforcement; Rodney S. SCOTT, in his official capacity as Commissioner, U.S. Customs and Border Patrol; Michael W. BANKS, in his official capacity as Chief of U.S. Border Patrol; Kash PATEL, in his official capacity as Director, Federal Bureau of Investigation; Pam BONDI, in her official capacity as U.S. Attorney General; Ernesto SANTACRUZ JR., in his official capacity as Acting Field Office Director for Los Angeles, U.S. Immigration and Customs Enforcement; Eddy WANG, Special Agent in Charge for Los Angeles, Homeland Security Investigations, U.S. Immigration and Customs Enforcement; Gregory K. BOVINO, in his official capacity as Chief Patrol Agent for El Centro Sector of the U.S. Border Patrol; Jeffrey D. STALNAKER, in his official capacity as Acting Chief Patrol Agent, San Diego Sector of the U.S. Border Patrol; Akil DAVIS, in his official capacity as Assistant Director in Charge, Los Angeles Office, Federal Bureau of Investigation; Bilal A. ESSAYLI, in his official capacity as U.S. Attorney for the Central District of California, <br><br>     Defendants. |   |

DECLARATION OF LAURA R. PERRY STONE IN SUPPORT OF
MOTION FOR LEAVE TO FILE SECOND AMENDED COMPLAINT

JACOB S. KREILKAMP (SBN 248210)
jacob.kreilkamp@mto.com
DAVID FRY (SBN 189276)
david.fry@mto.com
SARA H. WORTH (SBN 341088)
sara.worth@mto.com
HENRY D. SHREFFLER (SBN 343388)
henry.shreffler@mto.com
LAURA R. PERRY (SBN 342504)
laura.perrystone@mto.com
LAUREN E. KUHN (SBN 343855)
lauren.kuhn@mto.com
MAGGIE BUSHELL (SBN 354048)
maggie.bushell@mto.com
MUNGER, TOLLES & OLSON LLP
350 S. Grand Ave., 50th Floor
Los Angeles, CA 90071
Tel: 213-683-9100; Fax: 213-683-9100

*Counsel for Stop/Arrest Plaintiffs*

LAUREN MICHEL WILFONG*
lwilfong@ndlon.org
NATIONAL DAY LABORER
ORGANIZING NETWORK
1030 S. Arroyo Parkway, Suite 106
Pasadena, CA 91105
Tel: 626-214-5689

*Counsel for Stop/Arrest Plaintiffs*

BREE BERNWANGER (SBN 331731)
bbernwanger@aclunc.org
AMERICAN CIVIL LIBERTIES UNION
FOUNDATION OF NORTHERN
CALIFORNIA
39 Drumm Street
San Francisco, CA 94111
Tel: 415-621-2493

*Counsel for Stop/Arrest Plaintiffs*

BRISA VELAZQUEZ OATIS
(SBN 339132)
bvoatis@aclu-sdic.org
ACLU FOUNDATION OF
SAN DIEGO & IMPERIAL COUNTIES
P.O. Box 87131
San Diego, CA 92138-7131
Tel: 619-398-4199

*Counsel for Stop/Arrest Plaintiffs*

MATTHEW J. CRAIG (SBN 350030)
mcraig@heckerfink.com
MACK E. JENKINS (SBN 242101)
mjenkins@heckerfink.com
HECKER FINK LLP
1150 South Olive Street, Suite 10-140
Los Angeles, CA 90015
Tel: 212-763-0883; Fax: 212-564-0883

*Counsel for Access/Conditions Plaintiffs*

EDGAR AGUILASOCHO (SBN 285567)
eaguilasocho@farmworkerlaw.com
MARTÍNEZ AGUILASOCHO LAW, INC.
900 Truxtun Ave, Suite 300
Bakersfield, CA 93301
Tel: 661-859-1174

*Counsel for Plaintiff United Farm Workers*

CARL BERGQUIST*
cbergquist@chirla.org
COALITION FOR HUMANE IMMIGRANT
RIGHTS
2351 Hempstead Road
Ottawa Hills, OH 43606
Tel: 310-279-6025

*Counsel for Plaintiff Coalition for Humane Immigrant Rights*

ALVARO M. HUERTA (SBN 274787)
ahuerta@immdef.org
BRYNNA BOLT (SBN 339378)
bbolt@immdef.org
ALISON STEFFEL (SBN 346370)
asteffel@immdef.org
IMMIGRANT DEFENDERS LAW CENTER
634 S. Spring St., 10th Floor
Los Angeles, CA 90014
Tel: 213-634-0999

*Counsel for Plaintiff Immigrant Defenders Law Center*

\* Admitted pro hac vice

**DECLARATION OF LAURA R. PERRY STONE**

I, Laura R. Perry Stone, declare the following:

1.  I am an attorney at Munger, Tolles & Olson LLP and counsel of record to the Stop/Arrest Plaintiffs in the above-captioned action.

2.  I make this declaration from my personal knowledge and if called to testify to these facts could and would do so competently.

3.  On February 13, 2026, at 3:25 p.m. PT, I emailed Defendants to schedule a mutually convenient time to meet and confer on February 17, 2026, regarding Plaintiffs' intention to file a motion to amend the operative complaint.

4.  Failing to receive a response from Defendants, I followed up on February 17, 2026, at 7:20 a.m. PT regarding Defendants' availability to meet and confer.

5.  On February 17, 2026, at 8:09 a.m. PT, Defendants indicated that they were available to meet and confer at 1:00 p.m. PT.

6.  On February 17, 2026, at 1:00 p.m. PT, I met and conferred with Defendants' counsel, Jonathan Robbins, via teleconference with respect to Plaintiffs' intent to seek leave to amend the complaint and the substance of this Motion. Specifically, I proposed a stipulation for a Second Amended Complaint that adds two new causes of action for violations of the Fourth and Fifth Amendments. I explained that the additional Fourth Amendment claim asserts that Defendants are engaged in a policy and practice of conducting stops in a highly intrusive manner that exceeds the reasonable bounds of a *Terry* stop. Plaintiffs plan to allege that Defendants' tactics transform investigatory stops into de facto arrests requiring and lacking, probable cause, or in the alternative, otherwise render the seizures unreasonable. With respect to the equal protection claim under the Fifth Amendment, I explained that Plaintiffs intend to allege that Defendants are engaged in a policy and practice of intentionally stopping individuals and treating individuals differently on the basis of apparent Latino ethnicity. I advised Defendant's counsel that unless Defendants would stipulate to an amended complaint, Plaintiffs intended to file a motion for leave to amend the complaint within the next week, so that the motion could be heard on April 9, 2026. Defendants' counsel indicated that Defendants would probably oppose Plaintiffs' motion to amend

the complaint, but Defendants wanted to do some research on the equal protection claim before committing to a position. Defendants believed there was a futility issue and asked for a time to get back to Plaintiffs with their positions. I advised Defendants that tomorrow, February 18, via email would be fine to get back to Plaintiffs with their position.

7. On February 18, 2026, at 8:56 a.m. PT, Defendants' counsel emailed Plaintiffs that they opposed Plaintiffs' motion to amend the complaint. Specifically, Defendants stated that they "oppose the new 4A claim because the government's standing and jurisdictional arguments still apply." Defendants "also oppose the new 5A equal protection claim as there is no basis to state a plausible claim on that issue at this time." Lastly, Defendant did "not think a hearing is necessary to address Plaintiffs' motion for leave to amend their operative complaint, as the court can decide on the papers."

8. On February 18, 2026, at 9:48 a.m. PT, I emailed Defendants that Plaintiffs disagreed with their position and Plaintiffs planned to proceed with filing the motion to amend the complaint.

9. Pursuant to this Court's Standing Order, a true and correct copy of Plaintiffs' proposed Second Amended Complaint is attached hereto as **Exhibit 1**.

10. Pursuant to this Court's Standing Order, a true and correct copy of the document noting the page and line number of each change and addition reflected in the Second Amended Complaint is attached hereto as **Exhibit 2**.

11. Pursuant to this Court's Standing Order, a true and correct copy of a redline of the Second Amended Complaint against the First Amended Complaint is attached hereto as **Exhibit 3**.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

1 | Executed on this 26th day of February, 2026, at Los Angeles, California.

                                                 */s/ Laura R. Perry Stone*
Laura R. Perry Stone
MUNGER, TOLLES & OLSON LLP

-3-
DECLARATION OF LAURA R. PERRY STONE IN SUPPORT OF
MOTION FOR LEAVE TO FILE SECOND AMENDED COMPLAINT