# Exhibit 2

| | |
|---|---|
| STACY TOLCHIN (SBN 217431) *stacy@tolchinimmigration.com* LAW OFFICES OF STACY TOLCHIN 776 E. Green St., Suite 210 Pasadena, CA 91101 Tel: 213-622-7450; Fax: 213-622-7233 MOHAMMAD TAJSAR (SBN 280152) *mtajsar@aclusocal.org* MAYRA JOACHIN (SBN 306065) *mjoachin@aclusocal.org* EVA BITRÁN (SBN 302081) *ebitran@aclusocal.org* DAE KEUN KWON (SBN 313155) *akwon@aclusocal.org* STEPHANIE PADILLA (SBN 321568) *spadilla@aclusocal.org* DIANA SÁNCHEZ (SBN 338871) *dianasanchez@aclusocal.org* ACLU FOUNDATION OF SOUTHERN CALIFORNIA P.O. Box 811370 Los Angeles, CA 90081 Telephone: (213) 977-9500 Fax: (213) 915-0219 *Counsel for Stop/Arrest Plaintiffs* (*Additional counsel listed on next page*) | MARK ROSENBAUM (SBN 59940) *mrosenbaum@publiccounsel.org* REBECCA BROWN (SBN 345805) *rbrown@publiccounsel.org* SOPHIA WRENCH (SBN 354416) *swrench@publiccounsel.org* RITU MAHAJAN (SBN 252970) *rmahajan@publiccounsel.org* GINA AMATO (SBN 215519) *gamato@publiccounsel.org* AMANDA MANGASER SAVAGE (SBN 325996) *asavage@publiccounsel.org* PUBLIC COUNSEL 610 South Ardmore Avenue Los Angeles, CA 90005 Tel: 213-385-2977 *Counsel for All Plaintiffs* ANNE LAI (SBN 295394) *alai@law.uci.edu* UC IRVINE SCHOOL OF LAW IMMIGRANT AND RACIAL JUSTICE SOLIDARITY CLINIC P.O. Box 5479 Irvine, CA 92616-5479 Tel: 949-824-9894; Fax: 949-824-2747 *Counsel for Stop/Arrest Plaintiffs* |

**UNITED STATES DISTRICT COURT**

**FOR THE CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| Pedro VASQUEZ PERDOMO; Carlos Alexander OSORTO; and Isaac VILLEGAS MOLINA; Jorge HERNANDEZ VIRAMONTES; Jason Brian GAVIDIA; LOS ANGELES WORKER CENTER NETWORK; UNITED FARM WORKERS; COALITION FOR HUMANE IMMIGRANT RIGHTS; IMMIGRANT DEFENDERS LAW CENTER, <br><br> Plaintiffs, <br><br> v. <br><br> Kristi NOEM, in her official capacity as Secretary, Department of Homeland | Case No.: 2:25-cv-05605-MEMF-SPx <br><br> **EXHIBIT 2 TO PLAINTIFFS' MOTION FOR LEAVE TO FILE SECOND AMENDED COMPLAINT** <br><br> **PAGE AND LINE NUMBER OF CHANGES REFLECTED IN PROPOSED SECOND AMENDED COMPLAINT** <br><br> *[Filed concurrently with Motion; Ex. 1 (Second Amended Complaint); Ex. 3 (Redline)]* |

| | |
|---|---|
| | Date: April 9, 2026<br>Time: 10:00 a.m.<br>Place: Courtroom 8B<br><br>Hon. Maame Ewusi-Mensah Frimpong |

Security; Todd M. LYONS, in his official capacity as Acting Director, U.S. Immigration and Customs Enforcement; Rodney S. SCOTT, in his official capacity as Commissioner, U.S. Customs and Border Patrol; Michael W. BANKS, in his official capacity as Chief of U.S. Border Patrol; Kash PATEL, in his official capacity as Director, Federal Bureau of Investigation; Pam BONDI, in her official capacity as U.S. Attorney General; Ernesto SANTACRUZ JR., in his official capacity as Acting Field Office Director for Los Angeles, U.S. Immigration and Customs Enforcement; Eddy WANG, Special Agent in Charge for Los Angeles, Homeland Security Investigations, U.S. Immigration and Customs Enforcement; Gregory K. BOVINO, in his official capacity as Chief Patrol Agent for El Centro Sector of the U.S. Border Patrol; Jeffrey D. STALNAKER, in his official capacity as Acting Chief Patrol Agent, San Diego Sector of the U.S. Border Patrol; Akil DAVIS, in his official capacity as Assistant Director in Charge, Los Angeles Office, Federal Bureau of Investigation; Bilal A. ESSAYLI, in his official capacity as U.S. Attorney for the Central District of California,

    Defendants.

---

EXHIBIT 2 TO PLAINTIFFS' MOTION FOR LEAVE TO FILE SECOND AMENDED COMPLAINT

JACOB S. KREILKAMP (SBN 248210)
jacob.kreilkamp@mto.com
DAVID FRY (SBN 189276)
david.fry@mto.com
SARA H. WORTH (SBN 341088)
sara.worth@mto.com
HENRY D. SHREFFLER (SBN 343388)
henry.shreffler@mto.com
LAURA R. PERRY (SBN 342504)
laura.perrystone@mto.com
LAUREN E. KUHN (SBN 343855)
lauren.kuhn@mto.com
MAGGIE BUSHELL (SBN 354048)
maggie.bushell@mto.com
MUNGER, TOLLES & OLSON LLP
350 S. Grand Ave., 50th Floor
Los Angeles, CA 90071
Tel: 213-683-9100; Fax: 213-683-9100

*Counsel for Stop/Arrest Plaintiffs*

LAUREN MICHEL WILFONG*
lwilfong@ndlon.org
NATIONAL DAY LABORER ORGANIZING NETWORK
1030 S. Arroyo Parkway, Suite 106
Pasadena, CA 91105
Tel: 626-214-5689

*Counsel for Stop/Arrest Plaintiffs*

BREE BERNWANGER (SBN 331731)
bbernwanger@aclunc.org
AMERICAN CIVIL LIBERTIES UNION FOUNDATION OF NORTHERN CALIFORNIA
39 Drumm Street
San Francisco, CA 94111
Tel: 415-621-2493

*Counsel for Stop/Arrest Plaintiffs*

BRISA VELAZQUEZ OATIS (SBN 339132)
bvoatis@aclu-sdic.org
ACLU FOUNDATION OF SAN DIEGO & IMPERIAL COUNTIES
P.O. Box 87131
San Diego, CA 92138-7131
Tel: 619-398-4199

*Counsel for Stop/Arrest Plaintiffs*

MATTHEW J. CRAIG (SBN 350030)
mcraig@heckerfink.com
MACK E. JENKINS (SBN 242101)
mjenkins@heckerfink.com
HECKER FINK LLP
1150 South Olive Street, Suite 10-140
Los Angeles, CA 90015
Tel: 212-763-0883; Fax: 212-564-0883

*Counsel for Access/Conditions Plaintiffs*

EDGAR AGUILASOCHO (SBN 285567)
eaguilasocho@farmworkerlaw.com
MARTÍNEZ AGUILASOCHO LAW, INC.
900 Truxtun Ave, Suite 300
Bakersfield, CA 93301
Tel: 661-859-1174

*Counsel for Plaintiff United Farm Workers*

CARL BERGQUIST*
cbergquist@chirla.org
COALITION FOR HUMANE IMMIGRANT RIGHTS
2351 Hempstead Road
Ottawa Hills, OH 43606
Tel: 310-279-6025

*Counsel for Plaintiff Coalition for Humane Immigrant Rights*

ALVARO M. HUERTA (SBN 274787)
ahuerta@immdef.org
BRYNNA BOLT (SBN 339378)
bbolt@immdef.org
ALISON STEFFEL (SBN 346370)
asteffel@immdef.org
IMMIGRANT DEFENDERS LAW CENTER
634 S. Spring St., 10th Floor
Los Angeles, CA 90014
Tel: 213-634-0999

*Counsel for Plaintiff Immigrant Defenders Law Center*

* Admitted pro hac vice

EXHIBIT 2 TO PLAINTIFFS' MOTION FOR LEAVE TO FILE SECOND AMENDED COMPLAINT

I. **COUNSEL**

Page 1[1], lines 10-11, 14-17, 19-24: Plaintiffs updated counsel for all plaintiffs and counsel for Stop/Arrest Plaintiffs.

Pages 4-5: Plaintiffs updated counsel for Stop/Arrest Plaintiffs, counsel for Access/Conditions Plaintiffs, and counsel for United Farm Workers and Immigrant Defenders Law Center.

II. **CASE CAPTION**

Page 2, lines 15-16: Plaintiffs replaced "Ernesto SANTACRUZ JR." with "Jaime RIOS" as Acting Field Office Director for Los Angeles.

Page 2, lines 17-18: Plaintiffs replaced "Eddy WANG" with "Dean T. SORENSON" as Special Agent in Charge for Los Angeles.

Page 2, lines 21-22: Plaintiffs replaced "Jeffrey D. STALNAKER" with "Justin DE LA TORRE" as Acting Chief Patrol Agent, San Diego Sector of the U.S. Border Patrol.

III. **INTRODUCTION**

Page 6, lines 3-5: Supplied additional information to reflect additional claims.

Page 6, line 6: Added the year "2025" to reflect the year the raids began.

Page 6, lines 7-9: Edited for clarity and completeness.

Pages 6-8: Supplied additional information and allegations to reflect additional causes of action.

Page 8, line 9: Replaced "voluntary departure" with "deportation."

Page 8, lines 17-19: Supplied additional information for completeness.

Page 8, lines 20-21: Revised for completeness.

Page 9, lines 1-6, 8-12: Revised for completeness.

Page 10, lines 3-4, 7-14: Supplied additional information for clarity and completeness.

---

[1] The page and line numbers referenced herein are to the redline attached to the motion as Exhibit 3.

| | | |
|---|---|---|
| 1 | IV. | **PARTIES** |
| 2 | | Pages 11-12: Removed "in the basement of the Los Angeles downtown federal |
| 3 | | building." |
| 4 | | Page 12, line 5: Corrected the location of the car wash. |
| 5 | | Page 12, line 6: Revised the number of times that immigration agents visited the car |
| 6 | | wash. |
| 7 | | Page 12, line 12: Fixed inadvertent grammatical error. |
| 8 | | Page 12, line 23: Corrected the spelling of the name of one of the workers centers. |
| 9 | | Page 13, line 27: Fixed inadvertent grammatical error. |
| 10 | | Page 15, lines 11, 13, 17: Replaced "Ernesto Santacruz Jr." with "Jaime Rios" as Acting |
| 11 | | Field Office Director for Los Angeles. |
| 12 | | Page 15, lines 18, 22: Replaced "Eddy Wang" with "Dean T. Sorenson" as Special Agent |
| 13 | | in Charge for Los Angeles. |
| 14 | | Page 15, line 21: Fixed inadvertent capitalization error. |
| 15 | | Page 15, lines 27-28: Replaced "Jeffrey D. Stalnaker" with "Justin De La Torre" as Acting |
| 16 | | Chief Patrol Agent, San Diego Sector of the U.S. Border Patrol. |
| 17 | | Page 16, lines 1-2: Replaced "Stalnaker" with "De La Torre" as Acting Chief Patrol Agent, |
| 18 | | San Diego Sector of the U.S. Border Patrol. |
| 19 | V. | **FACTUAL ALLEGATIONS** |
| 20 | | Page 17, line 6: Removed "over the past few weeks." |
| 21 | | Page 18, lines 15, 17, 22, 25: Fixed footnote cross-references. |
| 22 | | Page 19, line 2: Fixed inadvertent capitalization error. |
| 23 | | Page 20, line 11: Removed "as well." |
| 24 | | Page 22, lines 26-27: Fixed footnote cross-references. |
| 25 | | Page 23, line 8: Removed "more recently." |
| 26 | | Page 23, line 11: Fixed inadvertent grammatical error. |
| 27 | | Page 24, lines 15, 17-19: Edited for clarity and completeness. |
| 28 | | Page 24, line 28: Fixed footnote cross-reference. |

| | |
|---|---|
| 1 | Page 26, line 8: Replaced "Recently, in" with "In." |
| 2 | Page 26, lines 19-20: Fixed footnote citation. |
| 3 | Page 26, line 23: Fixed footnote cross-reference. |
| 4 | Pages 27-39: Supplied factual allegations regarding the particular role of race and ethnicity |
| 5 | in Defendants' policies and practices. |
| 6 | Pages 39-41: Supplied factual allegations regarding Defendants' unreasonable manner of |
| 7 | seizures in its policies and practices. |
| 8 | Page 41, line 24: Fixed inadvertent citation error. |
| 9 | Page 45, line 12: Removed "in recent weeks" for accuracy. |
| 10 | Page 50, line 3: Added "or to self deport" for accuracy. |
| 11 | Page 50, line 11: Edited for accuracy and completeness. |
| 12 | Page 52, lines 27: Fixed footnote cross-reference. |
| 13 | Page 53, line 19: Fixed footnote cross-reference. |
| 14 | Page 54, line 9: Fixed inadvertent citation error. |
| 15 | Pages 57-60: Removed "Petitioner" for accuracy. |
| 16 | Page 57, lines 4-5: Edited for accuracy. |
| 17 | Page 57, line 16: Edited for accuracy. |
| 18 | Page 58, lines 1-2, 8: Removed information to reflect that Plaintiff Pedro Vasquez |
| 19 | Perdomo is no longer in detention. |
| 20 | Page 58, lines 6-7: Edited for accuracy. |
| 21 | Page 58, line 17: Fixed inadvertent spelling error. |
| 22 | Page 58, line 24: Edited for accuracy. |
| 23 | Page 59, lines 9-10, 17: Removed information to reflect that Plaintiff Carlos Alexander |
| 24 | Osorto is no longer in detention. |
| 25 | Page 59, lines 15-16: Edited for accuracy. |
| 26 | Page 60, lines 5, 22: Edited for accuracy. |
| 27 | Page 60, line 19: Removed information to reflect that Plaintiff Isaac Antonio Villegas |
| 28 | Molina is no longer in detention. |

| | |
|---|---|
| 1 | Page 60, line 26: Corrected the location of the car wash. |
| 2 | Page 61, line 28: Fixed footnote cross-reference. |
| 3 | Page 69, line 8: Removed "throughout the last month." |
| 4 | Page 70, line 19: Removed "recently." |

5 **VI.    CLASS ACTION ALLEGATIONS**

6    Page 71, lines 18-19: Edited for clarity and to account for new classes.

7    Page 71, line 21: Supplied allegations to reflect additional causes of action.

8    Pages 73-75: Supplied allegations to reflect additional classes of plaintiffs for new causes

9    of action.

10    Page 78, lines 4-6: Added more classes to reflect new causes of action.

11    Page 78, lines 14-15: Added more classes to reflect new causes of action.

12 **V.    COUNT ONE**

13    Page 79, line 3: Edited for accuracy.

14 **VI.    COUNT TWO**

15    Page 80, line 18: Fixed inadvertent grammatical error.

16 **VII.    COUNT FOUR**

17    Page 81, lines 23-24: Edited to account for additional class of plaintiffs.

18 **VIII.    COUNT FIVE**

19    Page 82, line 11: Replaced "Santacruz Jr." with "Rios" for accuracy.

20 **IX.    COUNT SIX**

21    Page 82, line 26: Replaced "Santacruz Jr." with "Rios" for accuracy.

22 **X.    COUNT SEVEN**

23    Page 83, line 23: Replaced "Santacruz Jr." with "Rios" for accuracy.

24    Page 84, lines 10-11: Added "or to self deport" for completeness.

25 **XII.    COUNT EIGHT**

26    Pages 84-85: The Second Amended Complaint states a new Cause of Action for violation

27    of the Fifth Amendment's Due Process Clause's guarantee of equal protection as Count

28    Eight.

**XIII.  COUNT NINE**

Pages 85-87: The Second Amended Complaint states a new Cause of Action for violation of the Fourth Amendment's prohibition against unreasonable manner of searches and seizures as Count Nine.

**XIX.  PRAYER FOR RELIEF**

Page 87, lines 19-25: Added to reflect relief requested based on new causes of action.

Page 88, lines 17-22: Removed information to reflect that names plaintiffs are no longer in detention.

DATED:  February 26, 2026                    MUNGER, TOLLES & OLSON LLP

By:    */s/ Laura R. Perry Stone*
      LAURA R. PERRY STONE
      *Counsel for Stop/Arrest Plaintiffs*