UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| PEDRO VASQUEZ PERDOMO; et al.,<br><br>Plaintiffs,<br><br>v.<br><br>KRISTI NOEM, in her official capacity as Secretary of Homeland Security; et al.,<br><br>Defendants. | Case No.: 2:25-cv-05605-MEMF-SPx<br><br>**[PROPOSED] ORDER REGARDING JOINT STIPULATION RE: SCHEDULE FOR EVIDENTIARY HEARING ON PLAINTIFFS' AND INTERVENORS' MOTION(S) FOR PRELMINARY INJUNCTION**<br><br>Hon. Maame Ewusi-Mensah Frimpong United States District Judge<br><br>Referred to Hon. Sheri Pym United States Magistrate Judge |

# [PROPOSED] ORDER

Pursuant to the stipulation of the parties and for good cause shown, the Court **ORDERS** as follows:

1. The Parties shall submit a joint report on Thursday, May 14, 2026, setting forth their positions on the proposed scope of the hearing on the Preliminary Injunction, including whether it will be an evidentiary hearing, and whether it should be consolidated with a trial on the merits pursuant to Rule 65;

2. Plaintiffs and Intervenors shall file any Motion(s) for Preliminary Injunction by Monday, June 8, 2026;

3. If Intervenors do not file a Motion for Preliminary Injunction, Intervenors shall file any Joinder by Monday, June 15, 2026;

4. Defendants shall file an Opposition to Plaintiffs' and Intervenors' Motion(s) and/or Joinder by Monday, July 13, 2026;

5. Plaintiffs and Intervenors shall file their Reply/Replies by Monday, August 3, 2026;

6. The Court will reserve the following days for an evidentiary hearing:

DATED:  March ___, 2026

By:  _____

    HON. MAAME EWUSI-MENSAH FRIMPONG
    United States Judge