UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| PEDRO VASQUEZ PERDOMO, *et al.*,<br><br>　　　　Plaintiffs,<br><br>　　v.<br><br>KRISTI NOEM, in her official capacity as Secretary of Homeland Security, *et al.*,<br><br>　　　　Defendants. | **DISCOVERY MATTER**<br><br>No. 2:25-cv-05605-MEMF-SPx<br><br>**ORDER GRANTING JOINT STIPULATION TO EXTEND CERTAIN PRODUCTION DEADLINES SET FORTH IN ECF NOS. 370, 387 AND 414**<br><br>Hon. Maame Ewusi-Mensah Frimpong<br>United States District Judge<br><br>Referred to Hon. Sheri Pym<br>United States Magistrate Judge |

　　On February 26, 2026, the parties filed a stipulation to extend certain production deadlines set forth in ECF Nos. 370, 387, and 414. The Court, having considered the parties' stipulation (ECF No. 437) and finding good cause therefor, hereby GRANTS the stipulation and ORDERS as follows:

　1. The deadline for Defendants to comply with the Order shall be extended by fourteen (14) days from February 27, 2026, to March 13, 2026, with respect to the collection of Electronically Stored Information ("ESI"). This extension of

time does not apply to any manually collected information pertaining to the six specific obligations imposed as set forth on pages 8 and 9 of the Order, including, *inter alia*, standardized documentation and body worn camera footage. The parties have agreed to meet and negotiate to see if an agreement can be reached pertaining to the methods and process by which ESI will be collected to satisfy the obligations imposed by the Order.

IT IS SO ORDERED.

Dated: March 3, 2026

　　　　　　　　　　　　　　　　HON. SHERI PYM
　　　　　　　　　　　　　　　　United States Magistrate Judge