STACY TOLCHIN (SBN 217431)
*stacy@tolchinimmigration.com*
LAW OFFICES OF STACY TOLCHIN
776 E. Green St., Suite 210
Pasadena, CA 91101
Tel: 213-622-7450; Fax: 213-622-7233

MOHAMMAD TAJSAR (SBN 280152)
*mtajsar@aclusocal.org*
MAYRA JOACHIN (SBN 306065)
*mjoachin@aclusocal.org*
EVA BITRÁN (SBN 302081)
*ebitran@aclusocal.org*
DAE KEUN KWON (SBN 313155)
*akwon@aclusocal.org*
STEPHANIE PADILLA (SBN 321568)
*spadilla@aclusocal.org*
DIANA SÁNCHEZ (SBN 338871)
*dianasanchez@aclusocal.org*
ACLU FOUNDATION OF
SOUTHERN CALIFORNIA
P.O. Box 811370
Los Angeles, CA 90081
Tel: 213-977-9500; Fax: 213-915-0219

*Counsel for Stop/Arrest Plaintiffs*

(*Additional counsel listed on next page*)

MARK ROSENBAUM (SBN 59940)
*mrosenbaum@publiccounsel.org*
REBECCA BROWN (SBN 345805)
*rbrown@publiccounsel.org*
SOPHIA WRENCH (SBN 354416)
*swrench@publiccounsel.org*
RITU MAHAJAN (SBN 252970)
*rmahajan@publiccounsel.org*
GINA AMATO (SBN 215519)
*gamato@publiccounsel.org*
AMANDA MANGASER SAVAGE
(SBN 325996)
*asavage@publiccounsel.org*
PUBLIC COUNSEL
610 South Ardmore Avenue
Los Angeles, CA 90005
Tel: 213-385-2977

*Counsel for All Plaintiffs*

# UNITED STATES DISTRICT COURT

# FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| Pedro VASQUEZ PERDOMO; Carlos Alexander OSORTO; and Isaac VILLEGAS MOLINA; Jorge HERNANDEZ VIRAMONTES; Jason Brian GAVIDIA; LOS ANGELES WORKER CENTER NETWORK; UNITED FARM WORKERS; COALITION FOR HUMANE IMMIGRANT RIGHTS; IMMIGRANT DEFENDERS LAW CENTER, <br><br> Plaintiffs, <br><br> v. <br><br> Kristi NOEM, in her official capacity as Secretary, Department of Homeland Security; Todd M. LYONS, in his official capacity as Acting Director, U.S. Immigration and Customs Enforcement; Rodney S. SCOTT, in his official capacity as Commissioner, U.S. Customs and Border Patrol; Michael W. BANKS, in his official capacity as Chief of U.S. Border Patrol; | Case No.: 2:25-cv-05605-MEMF-SPx <br><br> ***DISCOVERY MATTER*** <br><br> **DECLARATION OF DAVID H. FRY IN SUPPORT OF PLAINTIFFS' SUPPLEMENTAL BRIEF RE: PLAINTIFFS' MOTION TO REMOVE CONFIDENTIALITY DESIGNATION FROM GOV_VID_001** <br><br> Hon. Maame Ewusi-Mensah Frimpong <br><br> Referred to Hon. Sheri Pym <br> United States Magistrate Judge <br><br> Hearing Date: March 17, 2026 <br> Time: 11:00 a.m. <br> Discovery Cutoff: None Set <br> Pre-Trial Conf.: None Set <br> Trial: None Set |

FRY DECL. ISO PLAINTIFFS' SUPP. BRIEF RE: PLAINTIFFS' MOT. TO REMOVE CONF. DESIGN.

| | |
|---|---|
| 1 | Kash PATEL, in his official capacity as Director, Federal Bureau of Investigation; Pam BONDI, in her official capacity as U.S. Attorney General; Ernesto SANTACRUZ JR., in his official capacity as Acting Field Office Director for Los Angeles, U.S. Immigration and Customs Enforcement; Eddy WANG, Special Agent in Charge for Los Angeles, Homeland Security Investigations, U.S. Immigration and Customs Enforcement; Gregory K. BOVINO, in his official capacity as Chief Patrol Agent for El Centro Sector of the U.S. Border Patrol; Jeffrey D. STALNAKER, in his official capacity as Acting Chief Patrol Agent, San Diego Sector of the U.S. Border Patrol; Akil DAVIS, in his official capacity as Assistant Director in Charge, Los Angeles Office, Federal Bureau of Investigation; Bilal A. ESSAYLI, in his official capacity as U.S. Attorney for the Central District of California, |
| 2 | |
| 3 | |
| 4 | |
| 5 | |
| 6 | |
| 7 | |
| 8 | |
| 9 | |
| 10 | |
| 11 | Defendants. |

| | |
|---|---|
| JACOB S. KREILKAMP (SBN 248210) | ANNE LAI (SBN 295394) |
| jacob.kreilkamp@mto.com | alai@law.uci.edu |
| DAVID FRY (SBN 189276) | UC IRVINE SCHOOL OF LAW IMMIGRANT |
| david.fry@mto.com | AND RACIAL JUSTICE SOLIDARITY CLINIC |
| SARA H. WORTH (SBN 341088) | P.O. Box 5479 |
| sara.worth@mto.com | Irvine, CA 92616-5479 |
| HENRY D. SHREFFLER (SBN 343388) | Tel: 949-824-9894; Fax: 949-824-2747 |
| henry.shreffler@mto.com | |
| LAURA R. PERRY (SBN 342504) | *Counsel for Stop/Arrest Plaintiffs* |
| laura.perrystone@mto.com | |
| LAUREN E. KUHN (SBN 343855) | MATTHEW J. CRAIG (SBN 350030) |
| lauren.kuhn@mto.com | mcraig@heckerfink.com |
| MAGGIE BUSHELL (SBN 354048) | MACK E. JENKINS (SBN 242101) |
| maggie.bushell@mto.com | mjenkins@heckerfink.com |
| MUNGER, TOLLES & OLSON LLP | HECKER FINK LLP |
| 350 S. Grand Ave., 50th Floor | 1150 South Olive Street, Suite 10-140 |
| Los Angeles, CA 90071 | Los Angeles, CA 90015 |
| Tel: 213-683-9100; Fax: 213-683-9100 | Tel: 212-763-0883; Fax: 212-564-0883 |
| *Counsel for Stop/Arrest Plaintiffs* | *Counsel for Access/Conditions Plaintiffs* |
| LAUREN MICHEL WILFONG* | EDGAR AGUILASOCHO (SBN 285567) |
| lwilfong@ndlon.org | eaguilasocho@farmworkerlaw.com |
| NATIONAL DAY LABORER ORGANIZING NETWORK | MARTÍNEZ AGUILASOCHO LAW, INC. |
| 1030 S. Arroyo Parkway, Suite 106 | 900 Truxtun Ave, Suite 300 |
| Pasadena, CA 91105 | Bakersfield, CA 93301 |
| Tel: 626-214-5689 | Tel: 661-859-1174 |
| *Counsel for Stop/Arrest Plaintiffs* | *Counsel for Plaintiff United Farm Workers* |
| BREE BERNWANGER (SBN 331731) | CARL BERGQUIST* |
| bbernwanger@aclunc.org | cbergquist@chirla.org |
| AMERICAN CIVIL LIBERTIES UNION FOUNDATION OF NORTHERN CALIFORNIA | COALITION FOR HUMANE IMMIGRANT RIGHTS |
| 39 Drumm Street | 2351 Hempstead Road |
| San Francisco, CA 94111 | Ottawa Hills, OH 43606 |
| Tel: 415-621-2493 | Tel: 310-279-6025 |
| *Counsel for Stop/Arrest Plaintiffs* | *Counsel for Plaintiff Coalition for Humane Immigrant Rights* |
| BRISA VELAZQUEZ OATIS (SBN 339132) | ALVARO M. HUERTA (SBN 274787) |
| bvoatis@aclu-sdic.org | ahuerta@immdef.org |
| ACLU FOUNDATION OF SAN DIEGO & IMPERIAL COUNTIES | BRYNNA BOLT (SBN 339378) |
| P.O. Box 87131 | bbolt@immdef.org |
| San Diego, CA 92138-7131 | ALISON STEFFEL (SBN 346370) |
| Tel: 619-398-4199 | asteffel@immdef.org |
| | IMMIGRANT DEFENDERS LAW CENTER |
| *Counsel for Stop/Arrest Plaintiffs* | 634 S. Spring St., 10th Floor |
| | Los Angeles, CA 90014 |
| * Admitted pro hac vice | Tel: 213-634-0999 |
| | *Counsel for Plaintiff Immigrant Defenders Law Center* |

**DECLARATION OF DAVID H. FRY**

I, David H. Fry, declare the following:

1. I am an attorney at Munger, Tolles & Olson LLP and counsel of record to the Stop/Arrest Plaintiffs in the above-captioned action.

2. I make this declaration from my personal knowledge and if called to testify to these facts could and would do so competently. I make this declaration in support of Plaintiffs' Supplemental Brief re: Plaintiffs' Motion to Remove Confidentiality Designation From GOV_VID_001

3. Attached as **Exhibit 1** is a true and correct copy of an email exchange culminating in a February 23, 2026 email from Jason Zubata, counsel for Defendants, to David H. Fry regarding "Removal of Confidentiality Designation."

4. Attached as **Exhibit 2** is a true and correct copy of ECF 400-1, Exhibit A to the Joint Rule 26(f) Report filed in this action on February 12, 2026.  Exhibit A is a form titled "District Judge Maame Ewusi-Mensah Frimpong Schedule of Pretrial and Trial Dates Worksheet."

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on this 3rd day of March, 2026, at San Francisco, California.

              */s/ David H. Fry*
              David H. Fry
              MUNGER, TOLLES & OLSON LLP