# EXHIBIT 1

| | |
|---|---|
| **From:** | Zubata, Jason K. (CIV) |
| **To:** | Fry, David; Ross, Jonathan K. (CIV) |
| **Cc:** | Myczkowska, Tola M (CIV); Worth, Sara; Annie Lai; Davis, Tiberius (CIV); Estrada, Martin; Xiao, Wendy; Mohammad Tajsar; Davis Fisher, Grace; DeSimone, Aniello (CIV); Beck, Daniel (USACAC); Groff, Stephanie L. (CIV); Bashyrov, Jacob (CIV); Skedzielewski, Sean (CIV); Chapman, Ryan (USACAC); Farrell, Alexander (USACAC); Molina, Ernesto H. (CIV); Mayra Joachin; mcraig; Helia Bidad; Mark Rosenbaum; Rebecca Brown; Eva Bitran; Lauren Wilfong; Bushell, Maggie; Groves, Kyle; Levin, Daniel; Schwab, John; Hansen, Becca; Kim, Bobby; Niu, Jin; Kreilkamp, Jacob; Kuhn, Lauren; Perry Stone, Laura; Myczkowska, Tola M (CIV); Safavi, Nancy (CIV); Lessard, Christopher J. (CIV); Suite, Rickeisha Y. (CIV); Shreffler, Henry; Robbins, Jonathan A. (CIV) |
| **Subject:** | RE: Removal of Confidentiality Designation |
| **Date:** | Monday, February 23, 2026 2:13:25 PM |
| **Attachments:** | shield-advisory.png<br>chevron-light.png |



David,

Defendants request blurring visible faces and names (identifying details) of agents in the video based on "the serious and well-documented safety and privacy risks posed by disclosure." *See* ECF No. 246 (describing the various threats made to immigration enforcement agents, including "tiered" bounties by Mexican drug cartels, doxxing of agency employees, and other violence against agents). Defendants also request to blur the information present on the officer's screen from an internal law enforcement database to prevent publicly revealing sensitive information or facilitating manipulation of that system.

While Defendants maintain that designation was appropriate, subject to these proposed redactions, Defendants could be amenable to removing the designation for this individual video.

Jason Zubata
Trial Attorney
United States Department of Justice, Civil Division
Office of Immigration Litigation
P.O. Box 868, Ben Franklin Station
Washington, DC 20044
Jason.K.Zubata@usdoj.gov
P: (202) 532-4143 | F: (202) 305-7000

CONFIDENTIALITY NOTICE: This communication may contain law enforcement sensitive, privileged attorney/client communications or work product, and is not subject to disclosure. It is solely for the use of the intended recipients. Unauthorized interception, review, use or disclosure is prohibited. If you believe that you have received this e-mail in error, please notify the sender immediately, and permanently delete the e-mail, any attachments, and all copies from your computer.

**From:** Fry, David <David.Fry@mto.com>
**Sent:** Monday, February 23, 2026 4:52 PM
**To:** Zubata, Jason K. (CIV) <Jason.K.Zubata@usdoj.gov>; Ross, Jonathan K. (CIV) <Jonathan.K.Ross@usdoj.gov>
**Cc:** Myczkowska, Tola M (CIV) <Tola.M.Myczkowska@usdoj.gov>; Worth, Sara <Sara.Worth@mto.com>; Annie Lai <alai@law.uci.edu>; Davis, Tiberius (CIV) <Tiberius.Davis@usdoj.gov>; Estrada, Martin <Martin.Estrada@mto.com>; Xiao, Wendy <Wendy.Xiao@mto.com>; Mohammad Tajsar <mtajsar@aclusocal.org>; Davis Fisher, Grace

<Grace.DavisFisher@mto.com>; DeSimone, Aniello (CIV) <Aniello.DeSimone@usdoj.gov>; Beck, Daniel (USACAC) <Daniel.Beck@usdoj.gov>; Groff, Stephanie L. (CIV) <Stephanie.L.Groff@usdoj.gov>; Bashyrov, Jacob (CIV) <Jacob.Bashyrov@usdoj.gov>; Skedzielewski, Sean (CIV) <Sean.Skedzielewski@usdoj.gov>; Chapman, Ryan (USACAC) <Ryan.Chapman@usdoj.gov>; Farrell, Alexander (USACAC) <Alexander.Farrell@usdoj.gov>; Molina, Ernesto H. (CIV) <Ernesto.H.Molina@usdoj.gov>; Mayra Joachin <MJoachin@aclusocal.org>; mcraig <mcraig@heckerfink.com>; Helia Bidad <hbidad@heckerfink.com>; Mark Rosenbaum <mrosenbaum@publiccounsel.org>; Rebecca Brown <rbrown@publiccounsel.org>; Eva Bitran <EBitran@aclusocal.org>; Lauren Wilfong <lwilfong@ndlon.org>; Bushell, Maggie <Maggie.Bushell@mto.com>; Groves, Kyle <Kyle.Groves@mto.com>; Levin, Daniel <daniel.levin@mto.com>; Schwab, John <John.Schwab@mto.com>; Hansen, Becca <Rebecca.Hansen@mto.com>; Kim, Bobby <Bobby.Kim@mto.com>; Niu, Jin <Jin.Niu@mto.com>; Kreilkamp, Jacob <Jacob.Kreilkamp@mto.com>; Kuhn, Lauren <Lauren.Kuhn@mto.com>; Perry Stone, Laura <Laura.PerryStone@mto.com>; Myczkowska, Tola M (CIV) <Tola.M.Myczkowska@usdoj.gov>; Safavi, Nancy (CIV) <Nancy.Safavi@usdoj.gov>; Lessard, Christopher J. (CIV) <Christopher.J.Lessard@usdoj.gov>; Suite, Rickeisha Y. (CIV) <Rickeisha.Y.Suite@usdoj.gov>; Shreffler, Henry <Henry.Shreffler@mto.com>; Robbins, Jonathan A. (CIV) <Jonathan.A.Robbins@usdoj.gov>
**Subject:** [EXTERNAL] RE: Removal of Confidentiality Designation

Jason,

As outlined in Plaintiffs' portion of the Joint Stipulation, Defendants must first show particularized harm that would result from disclosure.  We are not aware that Defendants have articulated such particularized harm in connection with this video and your email does not address that subject.  In addition, the interests in non-disclosure would have to outweigh the public interest in disclosure.  Again, as discussed in Plaintiffs' section of the Joint Stipulation, the public interest favoring disclosure of the identities of law enforcement officers who do their work in public (i.e., not undercover) outweighs any asserted interest in concealing them.  As for the TECS system, Defendants have not articulated any confidential information concerning that system that is disclosed in the video.  If there is information disclosed in the video concerning that system that could create a safety or national security issue, please advise us.  In the absence of some understanding of what specific concerns Defendants have about the information on the video, we do not know why the information would need to be blurred.

Sincerely,

Dave


**David Fry | Senior Counsel | Munger, Tolles & Olson LLP**
Tel: 415-512-4082 | david.fry@mto.com

**From:** Zubata, Jason K. (CIV) <Jason.K.Zubata@usdoj.gov>
**Sent:** Sunday, February 22, 2026 11:45 AM
**To:** Ross, Jonathan K. (CIV) <Jonathan.K.Ross@usdoj.gov>; Fry, David <David.Fry@mto.com>
**Cc:** Myczkowska, Tola M (CIV) <Tola.M.Myczkowska@usdoj.gov>; Worth, Sara <Sara.Worth@mto.com>; Annie Lai <alai@law.uci.edu>; Davis, Tiberius (CIV) <Tiberius.Davis@usdoj.gov>; Estrada, Martin <Martin.Estrada@mto.com>; Xiao, Wendy <Wendy.Xiao@mto.com>; Mohammad Tajsar <mtajsar@aclusocal.org>; Davis Fisher, Grace <Grace.DavisFisher@mto.com>; DeSimone, Aniello (CIV) <Aniello.DeSimone@usdoj.gov>; Beck, Daniel (USACAC) <Daniel.Beck@usdoj.gov>; Groff, Stephanie L. (CIV) <Stephanie.L.Groff@usdoj.gov>; Bashyrov, Jacob (CIV) <Jacob.Bashyrov@usdoj.gov>; Skedzielewski, Sean (CIV) <Sean.Skedzielewski@usdoj.gov>; Chapman, Ryan (USACAC) <Ryan.Chapman@usdoj.gov>; Farrell, Alexander (USACAC) <Alexander.Farrell@usdoj.gov>; Molina, Ernesto H. (CIV) <Ernesto.H.Molina@usdoj.gov>; Mayra Joachin <MJoachin@aclusocal.org>; mcraig <mcraig@heckerfink.com>; Helia Bidad <hbidad@heckerfink.com>; Mark Rosenbaum <mrosenbaum@publiccounsel.org>; Rebecca Brown <rbrown@publiccounsel.org>; Eva Bitran <EBitran@aclusocal.org>; Lauren Wilfong <lwilfong@ndlon.org>; Bushell, Maggie <Maggie.Bushell@mto.com>; Groves, Kyle <Kyle.Groves@mto.com>; Levin, Daniel <daniel.levin@mto.com>; Schwab, John <John.Schwab@mto.com>; Hansen, Becca <Rebecca.Hansen@mto.com>; Kim, Bobby <Bobby.Kim@mto.com>; Niu, Jin <Jin.Niu@mto.com>; Kreilkamp, Jacob <Jacob.Kreilkamp@mto.com>; Kuhn, Lauren <Lauren.Kuhn@mto.com>; Perry Stone, Laura <Laura.PerryStone@mto.com>; Myczkowska, Tola M (CIV) <Tola.M.Myczkowska@usdoj.gov>; Safavi, Nancy (CIV) <Nancy.Safavi@usdoj.gov>; Lessard, Christopher J. (CIV) <Christopher.J.Lessard@usdoj.gov>; Suite, Rickeisha Y. (CIV) <Rickeisha.Y.Suite@usdoj.gov>; Shreffler, Henry <Henry.Shreffler@mto.com>; Robbins, Jonathan A. (CIV) <Jonathan.A.Robbins@usdoj.gov>
**Subject:** RE: Removal of Confidentiality Designation

Good afternoon,

Following up on my email below. Defendants are in receipt of Plaintiffs' Rule 37 motion and continue to work towards Tuesday's submission. While Defendants maintain that designation is appropriate under the terms of the protective order, in an ongoing effort to resolve disputes without the need for judicial intervention, the agency has advised that it would be willing to agree to remove the confidential designation for this one video, if Plaintiffs would agree to blur the face of the officers and the TECS system, both of which constitute "Confidential Information".

We are also in receipt of Maggie's email and will respond separately.

Please advise if Plaintiffs would be amenable.

Thanks,

Jason Zubata

Trial Attorney
United States Department of Justice, Civil Division
Office of Immigration Litigation
P.O. Box 868, Ben Franklin Station
Washington, DC 20044
Jason.K.Zubata@usdoj.gov
P: (202) 532-4143 | F: (202) 305-7000

CONFIDENTIALITY NOTICE: This communication may contain law enforcement sensitive, privileged attorney/client communications or work product, and is not subject to disclosure. It is solely for the use of the intended recipients. Unauthorized interception, review, use or disclosure is prohibited. If you believe that you have received this e-mail in error, please notify the sender immediately, and permanently delete the e-mail, any attachments, and all copies from your computer.

**From:** Zubata, Jason K. (CIV)
**Sent:** Tuesday, February 10, 2026 9:46 PM
**To:** Ross, Jonathan K. (CIV) <Jonathan.K.Ross@usdoj.gov>; Fry, David <David.Fry@mto.com>
**Cc:** Myczkowska, Tola M (CIV) <Tola.M.Myczkowska@usdoj.gov>; Worth, Sara <Sara.Worth@mto.com>; Annie Lai <alai@law.uci.edu>; Davis, Tiberius (CIV) <Tiberius.Davis@usdoj.gov>; Estrada, Martin <Martin.Estrada@mto.com>; Xiao, Wendy <Wendy.Xiao@mto.com>; Mohammad Tajsar <mtajsar@aclusocal.org>; Davis Fisher, Grace <Grace.DavisFisher@mto.com>; DeSimone, Aniello (CIV) <Aniello.DeSimone@usdoj.gov>; Beck, Daniel (USACAC) <Daniel.Beck@usdoj.gov>; Groff, Stephanie L. (CIV) <Stephanie.L.Groff@usdoj.gov>; Bashyrov, Jacob (CIV) <Jacob.Bashyrov@usdoj.gov>; Skedzielewski, Sean (CIV) <Sean.Skedzielewski@usdoj.gov>; Chapman, Ryan (USACAC) <Ryan.Chapman@usdoj.gov>; Farrell, Alexander (USACAC) <Alexander.Farrell@usdoj.gov>; Molina, Ernesto H. (CIV) <Ernesto.H.Molina@usdoj.gov>; Mayra Joachin <MJoachin@aclusocal.org>; mcraig <mcraig@heckerfink.com>; Helia Bidad <hbidad@heckerfink.com>; Mark Rosenbaum <mrosenbaum@publiccounsel.org>; Rebecca Brown <rbrown@publiccounsel.org>; Eva Bitran <EBitran@aclusocal.org>; Lauren Wilfong <lwilfong@ndlon.org>; Bushell, Maggie <Maggie.Bushell@mto.com>; Groves, Kyle <Kyle.Groves@mto.com>; Levin, Daniel <daniel.levin@mto.com>; Schwab, John <John.Schwab@mto.com>; Hansen, Becca <Rebecca.Hansen@mto.com>; Kim, Bobby <Bobby.Kim@mto.com>; Niu, Jin <Jin.Niu@mto.com>; Kreilkamp, Jacob <Jacob.Kreilkamp@mto.com>; Kuhn, Lauren <Lauren.Kuhn@mto.com>; Perry Stone, Laura <Laura.PerryStone@mto.com>; Myczkowska, Tola M (CIV) <Tola.M.Myczkowska@usdoj.gov>; Safavi, Nancy (CIV) <Nancy.Safavi@usdoj.gov>; Lessard, Christopher J. (CIV) <Christopher.J.Lessard@usdoj.gov>; Suite, Rickeisha Y. (CIV) <Rickeisha.Y.Suite@usdoj.gov>; Shreffler, Henry <Henry.Shreffler@mto.com>; Robbins, Jonathan A. (CIV) <Jonathan.A.Robbins@usdoj.gov>
**Subject:** RE: Removal of Confidentiality Designation

Good evening, David,

Defendants conferred with the agency on multiple occasions regarding Plaintiffs' request to remove the confidentiality designation for GOV_VID_001. After those discussions, Defendants maintain that the video was properly designated as confidential under the Protective Order.

Consistent with Sections A.2(b)(ii), (iii), and (vi) of the Protective Order, the video contains sensitive law

enforcement information and non-public identifying details that raise safety and operational concerns warranting continued confidential treatment. DOJ also considered Plaintiffs' proposal, raised during the February 6 meet and confer, to blur certain identifying information. Even with blurring, however, the video would continue to reveal sensitive operational information supporting the current designation.

To the extent Plaintiffs seek de-designation for purposes of use within this litigation, as opposed to, for example, public dissemination outside the litigation, please clarify. Depending on that clarification, the parties can assess whether a stipulation addressing that limited use is appropriate.

Best,

Jason Zubata
Trial Attorney
United States Department of Justice, Civil Division
Office of Immigration Litigation
P.O. Box 868, Ben Franklin Station
Washington, DC 20044
Jason.K.Zubata@usdoj.gov
P: (202) 532-4143 | F: (202) 305-7000

CONFIDENTIALITY NOTICE: This communication may contain law enforcement sensitive, privileged attorney/client communications or work product, and is not subject to disclosure. It is solely for the use of the intended recipients.  Unauthorized interception, review, use or disclosure is prohibited. If you believe that you have received this e-mail in error, please notify the sender immediately, and permanently delete the e-mail, any attachments, and all copies from your computer.

**From:** Ross, Jonathan K. (CIV) <Jonathan.K.Ross@usdoj.gov>
**Sent:** Thursday, January 22, 2026 4:36 PM
**To:** Fry, David <David.Fry@mto.com>
**Cc:** Myczkowska, Tola M (CIV) <Tola.M.Myczkowska@usdoj.gov>; Worth, Sara <Sara.Worth@mto.com>; Annie Lai <alai@law.uci.edu>; Davis, Tiberius (CIV) <Tiberius.Davis@usdoj.gov>; Estrada, Martin <Martin.Estrada@mto.com>; Xiao, Wendy <Wendy.Xiao@mto.com>; Mohammad Tajsar <mtajsar@aclusocal.org>; Davis Fisher, Grace <Grace.DavisFisher@mto.com>; DeSimone, Aniello (CIV) <Aniello.DeSimone@usdoj.gov>; Beck, Daniel (USACAC) <Daniel.Beck@usdoj.gov>; Groff, Stephanie L. (CIV) <Stephanie.L.Groff@usdoj.gov>; Bashyrov, Jacob (CIV) <Jacob.Bashyrov@usdoj.gov>; Skedzielewski, Sean (CIV) <Sean.Skedzielewski@usdoj.gov>; Chapman, Ryan (USACAC) <Ryan.Chapman@usdoj.gov>; Farrell, Alexander (USACAC) <Alexander.Farrell@usdoj.gov>; Molina, Ernesto H. (CIV) <Ernesto.H.Molina@usdoj.gov>; Mayra Joachin <MJoachin@aclusocal.org>; mcraig <mcraig@heckerfink.com>; Helia Bidad <hbidad@heckerfink.com>; Mark Rosenbaum <mrosenbaum@publiccounsel.org>; Rebecca Brown <rbrown@publiccounsel.org>; Eva Bitran <EBitran@aclusocal.org>; Lauren Wilfong <lwilfong@ndlon.org>; Bushell, Maggie <Maggie.Bushell@mto.com>; Groves, Kyle <Kyle.Groves@mto.com>; Levin, Daniel <daniel.levin@mto.com>; Schwab, John <John.Schwab@mto.com>; Hansen, Becca <Rebecca.Hansen@mto.com>; Kim, Bobby <Bobby.Kim@mto.com>; Niu, Jin <Jin.Niu@mto.com>; Kreilkamp, Jacob <Jacob.Kreilkamp@mto.com>; Kuhn, Lauren <Lauren.Kuhn@mto.com>; Perry Stone, Laura <Laura.PerryStone@mto.com>; Myczkowska, Tola M (CIV) <Tola.M.Myczkowska@usdoj.gov>;

Safavi, Nancy (CIV) <Nancy.Safavi@usdoj.gov>; Alsterberg, Cara E. (CIV) <Cara.E.Alsterberg@usdoj.gov>; Lessard, Christopher J. (CIV) <Christopher.J.Lessard@usdoj.gov>; Suite, Rickeisha Y. (CIV) <Rickeisha.Y.Suite@usdoj.gov>; Zubata, Jason K. (CIV) <Jason.K.Zubata@usdoj.gov>; Shreffler, Henry <Henry.Shreffler@mto.com>
**Subject:** RE: Removal of Confidentiality Designation

Hi again, David,

Acknowledging receipt of your message regarding Defendants' confidentiality designation of GOV_VID_001. Defendants maintain the designation and oppose Plaintiffs' challenge. We are available to meet and confer on Monday, January 26, at 1pm ET. If that works for Plaintiffs, please send a meeting invite.

Consistent with the Protective Order, including Sections A.2(b)(ii), (iii), and (vi), GOV_VID_001 contains sensitive law enforcement information and non-public identifying details that raise safety and operational concerns warranting continued confidential treatment. Additionally, Plaintiffs offer no basis for their assertion that Defendants misled the public, and we reject it outright. The allegation is unsupported, inappropriate, and detracts from a good faith discussion regarding the confidentiality designation.

We will connect on Monday.

Best,
Jonathan

**Jonathan K. Ross**
P: (202) 305-7662

**From:** Fry, David <David.Fry@mto.com>
**Sent:** Wednesday, January 21, 2026 6:26 PM
**To:** Ross, Jonathan K. (CIV) <Jonathan.K.Ross@usdoj.gov>
**Cc:** Myczkowska, Tola M (CIV) <Tola.M.Myczkowska@usdoj.gov>; Ross, Jonathan K. (CIV) <Jonathan.K.Ross@usdoj.gov>; Worth, Sara <Sara.Worth@mto.com>; Annie Lai <alai@law.uci.edu>; Davis, Tiberius (CIV) <Tiberius.Davis@usdoj.gov>; Estrada, Martin <Martin.Estrada@mto.com>; Xiao, Wendy <Wendy.Xiao@mto.com>; Mohammad Tajsar <mtajsar@aclusocal.org>; Davis Fisher, Grace <Grace.DavisFisher@mto.com>; DeSimone, Aniello (CIV) <Aniello.DeSimone@usdoj.gov>; Beck, Daniel (USACAC) <Daniel.Beck@usdoj.gov>; Groff, Stephanie L. (CIV) <Stephanie.L.Groff@usdoj.gov>; Bashyrov, Jacob (CIV) <Jacob.Bashyrov@usdoj.gov>; Skedzielewski, Sean (CIV) <Sean.Skedzielewski@usdoj.gov>; Chapman, Ryan (USACAC) <Ryan.Chapman@usdoj.gov>; Farrell, Alexander (USACAC) <Alexander.Farrell@usdoj.gov>; Molina, Ernesto H. (CIV) <Ernesto.H.Molina@usdoj.gov>; Mayra Joachin <MJoachin@aclusocal.org>; mcraig <mcraig@heckerfink.com>; Helia Bidad <hbidad@heckerfink.com>; Mark Rosenbaum

<mrosenbaum@publiccounsel.org>; Rebecca Brown <rbrown@publiccounsel.org>; Eva Bitran <EBitran@aclusocal.org>; Lauren Wilfong <lwilfong@ndlon.org>; Bushell, Maggie <Maggie.Bushell@mto.com>; Groves, Kyle <Kyle.Groves@mto.com>; Levin, Daniel <daniel.levin@mto.com>; Schwab, John <John.Schwab@mto.com>; Hansen, Becca <Rebecca.Hansen@mto.com>; Kim, Bobby <Bobby.Kim@mto.com>; Niu, Jin <Jin.Niu@mto.com>; Kreilkamp, Jacob <Jacob.Kreilkamp@mto.com>; Fry, David <David.Fry@mto.com>; Kuhn, Lauren <Lauren.Kuhn@mto.com>; Perry Stone, Laura <Laura.PerryStone@mto.com>; Myczkowska, Tola M (CIV) <Tola.M.Myczkowska@usdoj.gov>; Safavi, Nancy (CIV) <Nancy.Safavi@usdoj.gov>; Alsterberg, Cara E. (CIV) <Cara.E.Alsterberg@usdoj.gov>; Lessard, Christopher J. (CIV) <Christopher.J.Lessard@usdoj.gov>; Suite, Rickeisha Y. (CIV) <Rickeisha.Y.Suite@usdoj.gov>; Zubata, Jason K. (CIV) <Jason.K.Zubata@usdoj.gov>; Shreffler, Henry <Henry.Shreffler@mto.com>
**Subject:** [EXTERNAL] Removal of Confidentiality Designation

Dear Jonathan,

Pursuant to section D.2. of the Protective Order dated November 5, 2025 (ECF 247), Plaintiffs hereby give notice of their intent to challenge the confidentiality designation of the video produced with document control number GOV_VID_001 (the body camera footage of Agent ▮▮▮▮▮▮▮▮ dated June 12, 2025).  The video is not properly subject to a protective order, as Defendants have not identified any particularized harm that would come from disclosure of the video to the public.  In addition, the public interest strongly favors disclosure, both because the video reflects the manner in which federal agents are conducting themselves and because the Defendants have sought to mislead the public regarding their conduct, including with respect to events that are specifically reflected in this video.

Please let us know if Defendants are available to meet and confer regarding this matter on Monday, January 26.

Thank you for your attention to this matter.

Sincerely,

David Fry


**David Fry | Senior Counsel | Munger, Tolles & Olson LLP**
Tel:  415-512-4082 | david.fry@mto.com

***NOTICE***

The sender has retired from the practice of law and this message does not constitute legal

advice. Nevertheless, this message should be treated as confidential. It is not intended for transmission to, or receipt by, any unauthorized person. If you have received this message in error, do not read it. Please delete it without copying it, and notify the sender by separate e-mail so that our address record can be corrected. Thank you.