# EXHIBIT 2

# Exhibit A

**DISTRICT JUDGE MAAME EWUSI-MENSAH FRIMPONG**
**SCHEDULE OF PRETRIAL AND TRIAL DATES WORKSHEET**
Please complete this worksheet jointly and file it with your Joint Rule 26(f) Report.
The parties must make every effort to agree on dates or the court will set them.

| Case No. 2:25-cv-05605-MEMF-SP | Case Name: *Vasquez Perdomo v. Noem* | | |
|---|---|---|---|
| **Trial and Final Pretrial Conference Dates** | | Pls'/Intervenors' Date mm/dd/yyyy | Defs' Date mm/dd/yyyy |
| Check one: ☐ Jury Trial or ☒ Bench Trial [Monday at 8:30 a.m. within 12-15 months of Scheduling Conference based on complexity] Estimated Duration: 10-12 Days | | 04/05/2027 | 08/23/2027 (Bench) (Bifurcated) |
| Final Pretrial Conference ("FPTC") [L.R. 16], Hearing on Motions in Limine [Wednesday at 9:00 a.m. at least 19 days before trial] | | 03/17/2027 | 08/04/2027 |
| **Event**[1] Note: Hearings shall be on Thursdays at 10:00 a.m.[2] Other dates can be any day of the week. | **Time Computation**[3] | Pls'/Intervenors' Date mm/dd/yyyy | Defs' Date mm/dd/yyyy |
| Class Certification – Initial Disclosures | One month before deadline to hear mot to amend pleadings | 07/06/2026 | Defs. object to further discovery/briefing on class cert. (Alt., propose 09/14/2026) |
| Last Date to Hear Motion to Amend Pleadings or Add Parties [Thursday] | 6 weeks after Scheduling Conference | 07/01/2026 | 10/15/2026 |
| Class Certification – Discovery Cut-Off | Set by parties | 09/10/2026 | Defs. object to further discovery/briefing on class cert. (Alt., propose 11/13/2026) |
| Class Certification – Motion for Class Certification Deadline | 120 days from Scheduling Conference | 9/17/2026 | Defs. object to further discovery/briefing on class cert. (Alt., propose 12/4/2026) |
| Class Certification – Opposition Deadline | One month from Class Cert Motion Deadline | 10/5/2026 | Defs. object to further discovery/briefing on class cert. (Alt., propose 01/11/2027) |
| Class Certification – Reply Deadline | One Month from Opp'n deadline | 10/15/2026 | Defs. object to further discovery/briefing on class cert. (Alt., propose 01/19/2027) |

---

[1] The parties may seek dates for additional events by filing a separate stipulation and proposed order.
[2] By default, all hearings shall proceed in-person, unless a request is made by the parties and granted by the Court. Requests to appear via Zoom must be e-filed by the Friday before the hearing and must indicate that counsel has met and conferred per Local Rule 7-3.
[3] The numbers below represent the court's recommended timeline. The parties may propose alternate dates based on the needs of each individual case. But in every case, the last date to hear motions shall be no later than eight (8) weeks before the deadline for Trial Filings (First Round), and the deadline for Trial Filings (First Round) and Trial Filings (Second Round) must be no later than four (4) and two (2) weeks before the FPTC, respectively.

1

| | | | |
|---|---|---|---|
| Class Certification Motion Hearing | 21 days after Reply | 11/5/2026 | Defs. object to further discovery/briefing on class cert. (Alt., propose 02/11/2027) |
| Deadline for Notice of Collective Action to be mailed to putative plaintiffs | One month after hearing | N/A | N/A |
| Opt-in Period Cut-Off | 6 weeks after notice deadline | N/A | N/A |
| Fact Discovery Cut-Off (no later than deadline for filing dispositive motion) | 24 weeks before FPTC | 10/29/2026 | 02/17/2027 |
| Expert Disclosure (Initial) | 23 weeks before FPTC | 11/5/2026 | 02/24/2027 |
| Expert Disclosure (Rebuttal) | 21 weeks before FPTC | 11/19/2026 | 03/10/2027 |
| Expert Discovery Cut-Off | 19 weeks before FPTC[4] | 12/3/2026 | 03/24/2027 |
| Last Date to Hear Motions [Thursday]<br>• Parties shall take note of the Court's briefing schedule as set forth in the Civil Standing Order, found on Judge Frimpong's website | 12 weeks before FPTC | 12/31/2026 | 05/13/2027 |
| Deadline to Complete Settlement Conference [L.R. 16-15]<br>Select one:  ☒ 1. Magistrate Judge (with Court approval)<br>☐ 2. Court Mediation Panel<br>☐ 3. Private Mediation | 10 weeks before FPTC | 01/07/2027 | 05/20/2027 |
| Trial Filings (first round)<br>• Motions in Limine<br>• Memoranda of Contentions of Fact and Law [L.R. 16-4]<br>• Witness Lists [L.R. 16-5]<br>• Joint Exhibit List [L.R. 16-6.1]<br>• Joint Status Report Regarding Settlement<br>• Proposed Findings of Fact and Conclusions of Law [L.R. 52] (bench trial only)<br>• Declarations containing Direct Testimony, if ordered (bench trial only) | 4 weeks before FPTC | 02/17/2027 | 07/07/2027 |
| Trial Filings (second round)<br>• Oppositions to Motions in Limine<br>• Joint Proposed Final Pretrial Conference Order [L.R. 16-7]<br>• Joint Agreed Upon Proposed Jury Instructions (jury trial only)<br>• Disputed Proposed Jury Instructions (jury trial only)<br>• Joint Proposed Verdict Forms (jury trial only)<br>• Joint Proposed Statement of the Case (jury trial only)<br>• Proposed Voir Dire Questions, if any (jury trial only)<br>• Evidentiary Objections to Declarations of Direct Testimony (bench trial only) | 2 weeks before FPTC | 02/31/2027 | 07/21/2027 |

---

[4] The parties may choose to cut off expert discovery prior to the deadline to file a motion for summary judgment.