UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| PEDRO VASQUEZ PERDOMO, *et al.*,<br><br>Plaintiffs,<br><br>v.<br><br>KRISTI NOEM, in her official capacity as Secretary of Homeland Security, *et al.*,<br><br>Defendants. | No. 2:25-cv-05605-MEMF-SP<br><br>**[PROPOSED] ORDER GRANTING JOINT STIPULATION TO EXTEND DEFENDANTS' DEADLINES TO ANSWER INTERVENORS' AND PLAINTIFFS' OPERATIVE COMPLAINTS**<br><br>Hon. Maame Ewusi-Mensah Frimpong<br>United States District Judge |

On March 4, 2026, the parties filed a stipulation to extend Defendants' Answer deadlines as to Intervenors' First Amended Complaint ("FAC") and Plaintiffs' FAC. The Court, having considered the parties' stipulation and finding good cause therefore, hereby GRANTS the stipulation and ORDERS as follows:

1. The deadline for Defendants to file their Answer as to the allegations in Intervenors' Complaint shall be extended by seven (7) days from March 4, 2026, to March 11, 2026; and

2.  The deadline for Defendants to file their Answer as to the allegations in Plaintiffs' FAC shall be extended by seven (7) days from March 5, 2026, to March 12, 2026.

IT IS SO ORDERED.

Dated: _____, 2026        _____

HON. MAAME EWUSI-MENSAH FRIMPONG

United States District Judge