STACY TOLCHIN (SBN 217431)
stacy@tolchinimmigration.com
LAW OFFICES OF STACY TOLCHIN
776 E. Green St., Suite 210
Pasadena, CA 91101
Tel: 213-622-7450; Fax: 213-622-7233

MOHAMMAD TAJSAR (SBN 280152)
mtajsar@aclusocal.org
MAYRA JOACHIN (SBN 306065)
mjoachin@aclusocal.org
EVA BITRÁN (SBN 302081)
ebitran@aclusocal.org
DAE KEUN KWON (SBN 313155)
akwon@aclusocal.org
STEPHANIE PADILLA (SBN 321568)
spadilla@aclusocal.org
DIANA SÁNCHEZ (SBN 338871)
dianasanchez@aclusocal.org
ACLU FOUNDATION OF
SOUTHERN CALIFORNIA
P.O. Box 811370
Los Angeles, CA 90081
Telephone: (213) 977-9500
Fax: (213) 915-0219

*Counsel for Stop/Arrest Plaintiffs*

(*Additional counsel listed on next page*)

MARK ROSENBAUM (SBN 59940)
mrosenbaum@publiccounsel.org
REBECCA BROWN (SBN 345805)
rbrown@publiccounsel.org
SOPHIA WRENCH (SBN 354416)
swrench@publiccounsel.org
RITU MAHAJAN (SBN 252970)
rmahajan@publiccounsel.org
GINA AMATO (SBN 215519)
gamato@publiccounsel.org
PUBLIC COUNSEL
610 South Ardmore Avenue
Los Angeles, CA 90005
Tel: 213-385-2977

*Counsel for All Plaintiffs*

ANNE LAI (SBN 295394)
alai@law.uci.edu
UC IRVINE SCHOOL OF LAW
IMMIGRANT AND RACIAL JUSTICE
SOLIDARITY CLINIC
P.O. Box 5479
Irvine, CA 92616-5479
Tel: 949-824-9894; Fax: 949-824-2747

*Counsel for Stop/Arrest Plaintiffs*

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| Pedro VASQUEZ PERDOMO; Carlos Alexander OSORTO; and Isaac VILLEGAS MOLINA; Jorge HERNANDEZ VIRAMONTES; Jason Brian GAVIDIA; LOS ANGELES WORKER CENTER NETWORK; UNITED FARM WORKERS; COALITION FOR HUMANE IMMIGRANT RIGHTS; IMMIGRANT DEFENDERS LAW CENTER, <br><br> Plaintiffs, <br><br> v. <br><br> Kristi NOEM, in her official capacity as Secretary, Department of Homeland | No.: 2:25-cv-05605-MEMF-SP <br><br> ***DISCOVERY MATTER*** <br><br> **DECLARATION OF MAGGIE BUSHELL IN SUPPORT OF PLAINTIFFS' AMENDED APPLICATION TO FILE DOCUMENTS UNDER SEAL** <br><br> *Filed concurrently with Plaintiffs' Amended Application to File Documents Under Seal and Proposed Order* <br><br> Hon. Maame Ewusi-Mensah Frimpong <br> United States District Judge <br> Referred to Hon. Sheri Pym |

55950187.1

Case No. 2:25-cv-05605-MEMF-SP

DECLARATION OF MAGGIE BUSHELL IN SUPPORT OF PLAINTIFFS' AMENDED APPLICATION TO FILE DOCUMENTS UNDER SEAL

United States Magistrate Judge

Security; Todd M. LYONS, in his official capacity as Acting Director, U.S. Immigration and Customs Enforcement; Rodney S. SCOTT, in his official capacity as Commissioner, U.S. Customs and Border Patrol; Michael W. BANKS, in his official capacity as Chief of U.S. Border Patrol; Kash PATEL, in his official capacity as Director, Federal Bureau of Investigation; Pam BONDI, in her official capacity as U.S. Attorney General; Ernesto SANTACRUZ JR., in his official capacity as Acting Field Office Director for Los Angeles, U.S. Immigration and Customs Enforcement; Eddy WANG, Special Agent in Charge for Los Angeles, Homeland Security Investigations, U.S. Immigration and Customs Enforcement; Gregory K. BOVINO, in his official capacity as Chief Patrol Agent for El Centro Sector of the U.S. Border Patrol; Jeffrey D. STALNAKER, in his official capacity as Acting Chief Patrol Agent, San Diego Sector of the U.S. Border Patrol; Akil DAVIS, in his official capacity as Assistant Director in Charge, Los Angeles Office, Federal Bureau of Investigation; Bilal A. ESSAYLI, in his official capacity as U.S. Attorney for the Central District of California,

    Defendants.

DECLARATION OF MAGGIE BUSHELL IN SUPPORT OF PLAINTIFFS' AMENDED APPLICATION TO FILE DOCUMENTS UNDER SEAL

JACOB S. KREILKAMP (SBN 248210)
*jacob.kreilkamp@mto.com*
JAMIE LUMA (SBN 331610)
*jamie.luma@mto.com*
SARA H. WORTH (SBN 341088)
*sara.worth@mto.com*
HENRY D. SHREFFLER (SBN 343388)
*henry.shreffler@mto.com*
MAGGIE BUSHELL (SBN 354048)
*maggie.bushell@mto.com*
KYLE A. GROVES (SBN 358085)
*kyle.groves@mto.com*
MUNGER, TOLLES & OLSON LLP
350 S. Grand Ave., 50th Floor
Los Angeles, CA 90071
Tel: 213-683-9100; Fax: 213-683-9100

*Counsel for Stop/Arrest Plaintiffs*

LAUREN MICHEL WILFONG*
*lwilfong@ndlon.org*
NATIONAL DAY LABORER
ORGANIZING NETWORK
1030 S. Arroyo Parkway, Suite 106
Pasadena, CA 91105
Tel: 626-214-5689

*Counsel for Stop/Arrest Plaintiffs*

BREE BERNWANGER (SBN 331731)
*bbernwanger@aclunc.org*
AMERICAN CIVIL LIBERTIES UNION
FOUNDATION OF NORTHERN
CALIFORNIA
39 Drumm Street
San Francisco, CA 94111
Tel: 415-621-2493

*Counsel for Stop/Arrest Plaintiffs*

BRISA VELAZQUEZ OATIS
(SBN 339132)
*bvoatis@aclu-sdic.org*
ACLU FOUNDATION OF
SAN DIEGO & IMPERIAL COUNTIES
P.O. Box 87131
San Diego, CA 92138-7131
Tel: 619-398-4199

*Counsel for Stop/Arrest Plaintiffs*

MATTHEW J. CRAIG (SBN 350030)
*mcraig@heckerfink.com*
MACK E. JENKINS (SBN 242101)
*mjenkins@heckerfink.com*
HECKER FINK LLP
1150 South Olive Street, Suite 10-140
Los Angeles, CA 90015
Tel: 212-763-0883; Fax: 212-564-0883

*Counsel for Access/Conditions Plaintiffs*

EDGAR AGUILASOCHO (SBN 285567)
*eaguilasocho@farmworkerlaw.com*
MARTÍNEZ AGUILASOCHO LAW, INC.
900 Truxtun Ave, Suite 300
Bakersfield, CA 93301
Tel: 661-859-1174

*Counsel for Plaintiff United Farm Workers*

CARL BERGQUIST*
*cbergquist@chirla.org*
COALITION FOR HUMANE IMMIGRANT
RIGHTS
2351 Hempstead Road
Ottawa Hills, OH 43606
Tel: 310-279-6025

*Counsel for Plaintiff Coalition for Humane
Immigrant Rights*

ALVARO M. HUERTA (SBN 274787)
*ahuerta@immdef.org*
BRYNNA BOLT (SBN 339378)
*bbolt@immdef.org*
ALISON STEFFEL (SBN 346370)
*asteffel@immdef.org*
IMMIGRANT DEFENDERS LAW CENTER
634 S. Spring St., 10th Floor
Los Angeles, CA 90014
Tel: 213-634-0999

*Counsel for Plaintiff Immigrant
Defenders Law Center*

\* Admitted *Pro Hac Vice*

DECLARATION OF MAGGIE BUSHELL IN SUPPORT OF PLAINTIFFS' AMENDED APPLICATION TO FILE
DOCUMENTS UNDER SEAL

# **DECLARATION OF MAGGIE BUSHELL**

I, Maggie J. Bushell, declare the following:

1.      I am an attorney at Munger, Tolles & Olson LLP and counsel of record to the Stop/Arrest Plaintiffs in the above-captioned action.  I make this declaration from my personal knowledge and if called to testify to these facts could and would do so competently.

2.      Pursuant to Civil Local Rules 37 and 79-5, Plaintiffs are currently filing the Joint Stipulation re: Plaintiffs' Motion to Remove Confidentiality Designation from GOV_VID_001.

3.      On January 21, 2026, counsel for Plaintiffs sent an email to counsel for Defendants stating that, pursuant to the terms of the Protective Order, Plaintiffs intended to seek to remove the confidentiality designation Defendants had given to a video produced as GOV_VID_001.

4.      The parties met and conferred on January 26, 2026, and again briefly on February 6, 2026.  Defendants communicated their final position that the video was properly designated as confidential on February 10, 2026.

5.      On February 17, 2026, I shared Plaintiffs' portion of the Joint Stipulation with counsel for Defendants via email.  Abraham Filoteo, a professional at Munger, Tolles, and Olson LLP, circulated the supporting materials to Defendants via a Kiteworks link.

6.      On February 19, 2026, I contacted counsel for Defendants asking whether Defendants planned to maintain their confidentiality designations over the video ("Exhibit 1") and inquired whether Defendants believed any other materials or portions of the joint stipulation would require redactions or filing under seal.  I explained that Plaintiffs did not believe sealing or redacting Exhibit 1 was appropriate, but believe that the exhibit may implicate Defendants' confidentiality designations.

7.      On February 23, 2026, counsel for Defendants responded noting that they maintained the appropriateness of their privilege and confidentiality designations and believed that Exhibit 1 should be filed under seal.

8.      On February 24, 2026, Defendants sent Plaintiffs their portion of the Joint Stipulation with no supporting exhibits.

9.      On March 3, 2026, Plaintiffs reached out to Defendants regarding the email

\                                            -4-                     Case No. 2:25-cv-05605-MEMF-SP

exchange filed in unredacted form as Exhibit 9 to the Joint Stipulation, which references the name of an agent.  Defendants did not ask that Exhibit 9 be filed under seal when we met and conferred regarding whether any exhibits needed to be filed under seal.  Counsel for Defendants responded on March 4, 2026 noting that they supported filing Exhibit 9 under seal.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on this 4th day of March, 2026, at London, United Kingdom.

                              */s/ Maggie Bushell*
                              Maggie Bushell
                              MUNGER, TOLLES & OLSON LLP

DECLARATION OF MAGGIE BUSHELL IN SUPPORT OF PLAINTIFFS' AMENDED APPLICATION TO FILE DOCUMENTS UNDER SEAL