

# EXHIBIT 9

(REDACTED CONDITIONALLY FILED UNDER SEAL)

| From: | Zubata, Jason K. (CIV) |
|---|---|
| To: | Ross, Jonathan K. (CIV); Fry, David |
| Cc: | Myczkowska, Tola M (CIV); Worth, Sara; Annie Lai; Davis, Tiberius (CIV); Estrada, Martin; Xiao, Wendy; Mohammad Tajsar; Davis Fisher, Grace; DeSimone, Aniello (CIV); Beck, Daniel (USACAC); Groff, Stephanie L. (CIV); Bashyrov, Jacob (CIV); Skedzielewski, Sean (CIV); Chapman, Ryan (USACAC); Farrell, Alexander (USACAC); Molina, Ernesto H. (CIV); Mayra Joachin; mcraig; Helia Bidad; Mark Rosenbaum; Rebecca Brown; Eva Bitran; Lauren Wilfong; Bushell, Maggie; Groves, Kyle; Levin, Daniel; Schwab, John; Hansen, Becca; Kim, Bobby; Niu, Jin; Kreilkamp, Jacob; Kuhn, Lauren; Perry Stone, Laura; Myczkowska, Tola M (CIV); Safavi, Nancy (CIV); Lessard, Christopher J. (CIV); Suite, Rickeisha Y. (CIV); Shreffler, Henry; Robbins, Jonathan A. (CIV) |
| Subject: | RE: Removal of Confidentiality Designation |
| Date: | Tuesday, February 10, 2026 6:47:06 PM |
| Attachments: | shield-advisory.png |
| | chevron-light.png |

 External email >

Good evening, David,

Defendants conferred with the agency on multiple occasions regarding Plaintiffs' request to remove the confidentiality designation for GOV_VID_001. After those discussions, Defendants maintain that the video was properly designated as confidential under the Protective Order.

Consistent with Sections A.2(b)(ii), (iii), and (vi) of the Protective Order, the video contains sensitive law enforcement information and non-public identifying details that raise safety and operational concerns warranting continued confidential treatment. DOJ also considered Plaintiffs' proposal, raised during the February 6 meet and confer, to blur certain identifying information. Even with blurring, however, the video would continue to reveal sensitive operational information supporting the current designation.

To the extent Plaintiffs seek de-designation for purposes of use within this litigation, as opposed to, for example, public dissemination outside the litigation, please clarify. Depending on that clarification, the parties can assess whether a stipulation addressing that limited use is appropriate.

Best,

Jason Zubata
Trial Attorney
United States Department of Justice, Civil Division
Office of Immigration Litigation
P.O. Box 868, Ben Franklin Station
Washington, DC 20044
Jason.K.Zubata@usdoj.gov
P: (202) 532-4143 | F: (202) 305-7000

CONFIDENTIALITY NOTICE: This communication may contain law enforcement sensitive, privileged attorney/client communications or work product, and is not subject to disclosure. It is solely for the use of the intended recipients.  Unauthorized interception, review, use or disclosure is prohibited. If you believe that you have received this e-mail in error, please notify the sender immediately, and permanently delete the e-mail, any attachments, and all copies from your computer.

**From:** Ross, Jonathan K. (CIV) <Jonathan.K.Ross@usdoj.gov>
**Sent:** Thursday, January 22, 2026 4:36 PM

**To:** Fry, David <David.Fry@mto.com>
**Cc:** Myczkowska, Tola M (CIV) <Tola.M.Myczkowska@usdoj.gov>; Worth, Sara <Sara.Worth@mto.com>; Annie Lai <alai@law.uci.edu>; Davis, Tiberius (CIV) <Tiberius.Davis@usdoj.gov>; Estrada, Martin <Martin.Estrada@mto.com>; Xiao, Wendy <Wendy.Xiao@mto.com>; Mohammad Tajsar <mtajsar@aclusocal.org>; Davis Fisher, Grace <Grace.DavisFisher@mto.com>; DeSimone, Aniello (CIV) <Aniello.DeSimone@usdoj.gov>; Beck, Daniel (USACAC) <Daniel.Beck@usdoj.gov>; Groff, Stephanie L. (CIV) <Stephanie.L.Groff@usdoj.gov>; Bashyrov, Jacob (CIV) <Jacob.Bashyrov@usdoj.gov>; Skedzielewski, Sean (CIV) <Sean.Skedzielewski@usdoj.gov>; Chapman, Ryan (USACAC) <Ryan.Chapman@usdoj.gov>; Farrell, Alexander (USACAC) <Alexander.Farrell@usdoj.gov>; Molina, Ernesto H. (CIV) <Ernesto.H.Molina@usdoj.gov>; Mayra Joachin <MJoachin@aclusocal.org>; mcraig <mcraig@heckerfink.com>; Helia Bidad <hbidad@heckerfink.com>; Mark Rosenbaum <mrosenbaum@publiccounsel.org>; Rebecca Brown <rbrown@publiccounsel.org>; Eva Bitran <EBitran@aclusocal.org>; Lauren Wilfong <lwilfong@ndlon.org>; Bushell, Maggie <Maggie.Bushell@mto.com>; Groves, Kyle <Kyle.Groves@mto.com>; Levin, Daniel <daniel.levin@mto.com>; Schwab, John <John.Schwab@mto.com>; Hansen, Becca <Rebecca.Hansen@mto.com>; Kim, Bobby <Bobby.Kim@mto.com>; Niu, Jin <Jin.Niu@mto.com>; Kreilkamp, Jacob <Jacob.Kreilkamp@mto.com>; Kuhn, Lauren <Lauren.Kuhn@mto.com>; Perry Stone, Laura <Laura.PerryStone@mto.com>; Myczkowska, Tola M (CIV) <Tola.M.Myczkowska@usdoj.gov>; Safavi, Nancy (CIV) <Nancy.Safavi@usdoj.gov>; Alsterberg, Cara E. (CIV) <Cara.E.Alsterberg@usdoj.gov>; Lessard, Christopher J. (CIV) <Christopher.J.Lessard@usdoj.gov>; Suite, Rickeisha Y. (CIV) <Rickeisha.Y.Suite@usdoj.gov>; Zubata, Jason K. (CIV) <Jason.K.Zubata@usdoj.gov>; Shreffler, Henry <Henry.Shreffler@mto.com>
**Subject:** RE: Removal of Confidentiality Designation

Hi again, David,

Acknowledging receipt of your message regarding Defendants' confidentiality designation of GOV_VID_001. Defendants maintain the designation and oppose Plaintiffs' challenge. We are available to meet and confer on Monday, January 26, at 1pm ET. If that works for Plaintiffs, please send a meeting invite.

Consistent with the Protective Order, including Sections A.2(b)(ii), (iii), and (vi), GOV_VID_001 contains sensitive law enforcement information and non-public identifying details that raise safety and operational concerns warranting continued confidential treatment. Additionally, Plaintiffs offer no basis for their assertion that Defendants misled the public, and we reject it outright. The allegation is unsupported, inappropriate, and detracts from a good faith discussion regarding the confidentiality designation.

We will connect on Monday.

Best,
Jonathan

**Jonathan K. Ross**
P: (202) 305-7662

---

**From:** Fry, David <David.Fry@mto.com>
**Sent:** Wednesday, January 21, 2026 6:26 PM
**To:** Ross, Jonathan K. (CIV) <Jonathan.K.Ross@usdoj.gov>
**Cc:** Myczkowska, Tola M (CIV) <Tola.M.Myczkowska@usdoj.gov>; Ross, Jonathan K. (CIV) <Jonathan.K.Ross@usdoj.gov>; Worth, Sara <Sara.Worth@mto.com>; Annie Lai <alai@law.uci.edu>; Davis, Tiberius (CIV) <Tiberius.Davis@usdoj.gov>; Estrada, Martin <Martin.Estrada@mto.com>; Xiao, Wendy <Wendy.Xiao@mto.com>; Mohammad Tajsar <mtajsar@aclusocal.org>; Davis Fisher, Grace <Grace.DavisFisher@mto.com>; DeSimone, Aniello (CIV) <Aniello.DeSimone@usdoj.gov>; Beck, Daniel (USACAC) <Daniel.Beck@usdoj.gov>; Groff, Stephanie L. (CIV) <Stephanie.L.Groff@usdoj.gov>; Bashyrov, Jacob (CIV) <Jacob.Bashyrov@usdoj.gov>; Skedzielewski, Sean (CIV) <Sean.Skedzielewski@usdoj.gov>; Chapman, Ryan (USACAC) <Ryan.Chapman@usdoj.gov>; Farrell, Alexander (USACAC) <Alexander.Farrell@usdoj.gov>; Molina, Ernesto H. (CIV) <Ernesto.H.Molina@usdoj.gov>; Mayra Joachin <MJoachin@aclusocal.org>; mcraig <mcraig@heckerfink.com>; Helia Bidad <hbidad@heckerfink.com>; Mark Rosenbaum <mrosenbaum@publiccounsel.org>; Rebecca Brown <rbrown@publiccounsel.org>; Eva Bitran <EBitran@aclusocal.org>; Lauren Wilfong <lwilfong@ndlon.org>; Bushell, Maggie <Maggie.Bushell@mto.com>; Groves, Kyle <Kyle.Groves@mto.com>; Levin, Daniel <daniel.levin@mto.com>; Schwab, John <John.Schwab@mto.com>; Hansen, Becca <Rebecca.Hansen@mto.com>; Kim, Bobby <Bobby.Kim@mto.com>; Niu, Jin <Jin.Niu@mto.com>; Kreilkamp, Jacob <Jacob.Kreilkamp@mto.com>; Fry, David <David.Fry@mto.com>; Kuhn, Lauren <Lauren.Kuhn@mto.com>; Perry Stone, Laura <Laura.PerryStone@mto.com>; Myczkowska, Tola M (CIV) <Tola.M.Myczkowska@usdoj.gov>; Safavi, Nancy (CIV) <Nancy.Safavi@usdoj.gov>; Alsterberg, Cara E. (CIV) <Cara.E.Alsterberg@usdoj.gov>; Lessard, Christopher J. (CIV) <Christopher.J.Lessard@usdoj.gov>; Suite, Rickeisha Y. (CIV) <Rickeisha.Y.Suite@usdoj.gov>; Zubata, Jason K. (CIV) <Jason.K.Zubata@usdoj.gov>; Shreffler, Henry <Henry.Shreffler@mto.com>
**Subject:** [EXTERNAL] Removal of Confidentiality Designation

Dear Jonathan,

Pursuant to section D.2. of the Protective Order dated November 5, 2025 (ECF 247), Plaintiffs hereby give notice of their intent to challenge the confidentiality designation of the video produced with document control number GOV_VID_001 (the body camera footage of Agent ▮▮▮▮▮▮▮ dated June 12, 2025). The video is not properly subject to a protective order, as Defendants have not identified any particularized harm that would come from disclosure of the video to the public. In addition, the public interest strongly favors disclosure, both because the video reflects the manner in which federal agents are conducting themselves and because the Defendants have sought to mislead the public regarding their conduct, including with respect to events that are specifically reflected in this video.

Please let us know if Defendants are available to meet and confer regarding this matter on Monday, January 26.

Thank you for your attention to this matter.

Sincerely,

David Fry

**David Fry | Senior Counsel | Munger, Tolles & Olson LLP**
Tel: 415-512-4082 | david.fry@mto.com

***NOTICE***

The sender has retired from the practice of law and this message does not constitute legal advice. Nevertheless, this message should be treated as confidential. It is not intended for transmission to, or receipt by, any unauthorized person. If you have received this message in error, do not read it. Please delete it without copying it, and notify the sender by separate e-mail so that our address record can be corrected. Thank you.