# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

## TRANSCRIPT ORDER FORM

Please use one form per court reporter per case, and contact court reporter directly immediately after e-filing form. *(Additional instructions on next page.)*

**COURT USE ONLY**
**DUE DATE:**

| | | |
|---|---|---|
| 1a. Contact Person for this Order: Nina Shiraishi | 2a. Contact Phone Number: 213-593-2477 | 3a. Contact E-mail Address: nina.shiraishi@mto.com |
| 1b. Attorney Name (if different): Sara Worth | 2b. Attorney Phone Number: 213-683-9599 | 3b. Attorney E-mail Address: sara.worth@mto.com |

**4. MAILING ADDRESS (INCLUDE LAW FIRM NAME, IF APPLICABLE)**
Sara H. Worth
MUNGER, TOLLES & OLSON LLP
350 S Grand Avenue, Fl. 50
Los Angeles, CA 90071

**5. Name & Role of Party Represented:** Plaintiffs Pedro Vazquez Perdomo, et al.

**6. Case Name:** Pedro Vazquez Perdomo v. Kristi Noem, et al.

**7a. District Court Case Number:** 2:25-cv-05605

**7b. Appeals Court Case Number:** 25-4312

**8. INDICATE WHETHER PROCEEDING WAS** (choose only one per form):
[X] DIGITALLY RECORDED
[ ] TRANSCRIBED BY A COURT REPORTER; NAME OF COURT REPORTER: _____

**9. THIS TRANSCRIPT ORDER IS FOR:**  [ ] Appeal  [X] Non-Appeal    [ ] Criminal  [X] Civil    [ ] CJA  [ ] USA  [ ] FPD  [ ] In forma pauperis (Court order for transcripts must be attached)

**10. TRANSCRIPT(S) REQUESTED** (Specify portion(s) and date(s) of proceeding(s) for which transcript is requested, format(s), and delivery type):

*You MUST check the docket to see if the transcript has already been filed, and if so, provide the "Release of Transcript Restriction" date in column c, below.*

a. HEARING(S) OR PORTIONS OF HEARINGS (Attach additional pages if necessary. If sealed, a court order releasing transcript to the ordering party must be attached here or emailed to transcripts_cacd@cacd.uscourts.gov.)

| HEARING DATE | Minute Order Docket# (if available) | JUDGE (name) | PROCEEDING TYPE / PORTION | PDF (email) | TEXT / ASCII (email) | PAPER | CONDENSED (email) | CM/ECF ACCESS (web) | WORD INDEXING | c. RELEASE OF TRANS. RESTRICTION DATE | d. DELIVERY TYPE |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 03/06/2026 | N/A | Pym | Further Status Conf. | ● | ○ | ○ | ○ | ○ | ○ | ○ _____ | DAILY (Next day) |
|  |  |  |  | ○ | ○ | ○ | ○ | ○ | ○ | ○ _____ |  |
|  |  |  |  | ○ | ○ | ○ | ○ | ○ | ○ | ○ _____ |  |
|  |  |  |  | ○ | ○ | ○ | ○ | ○ | ○ | ○ _____ |  |
|  |  |  |  | ○ | ○ | ○ | ○ | ○ | ○ | ○ _____ |  |

**11. ADDITIONAL COMMENTS, INSTRUCTIONS, QUESTIONS, ETC.** CJA Orders: Explain necessity of non-appeal orders, orders for transcripts of proceedings involving only a co-defendant, & special authorizations to be requested in Section 14 of CJA-24 Voucher (attach additional pages if needed).

**12. ORDER & CERTIFICATION.** By signing below, I certify that I will pay all charges (deposit plus additional), or, where applicable, promptly take all necessary steps to secure payment under the Criminal Justice Act.

Date: March 6, 2026       Signature: /s/ Sara Worth

G-120 (06/18)