BRETT A. SHUMATE
Assistant Attorney General
Civil Division
DREW C. ENSIGN
Deputy Assistant Attorney General
TIBERIUS DAVIS
SEAN SKEDZIELEWSKI
Counsel to the Assistant Attorney General
JONATHAN A. ROBBINS
Assistant Director
JASON K. ZUBATA
NANCY N. SAFAVI
ANIELLO DESIMONE
TOLA M. MYCZKOWSKA
JACOB A. BASHYROV
Trial Attorneys
Office of Immigration Litigation
Civil Division, U.S. Dept. of Justice
P.O. Box 878, Ben Franklin Station
Washington, DC 20044
Tel: (202) 305-8275
Email: Jonathan.A.Robbins@usdoj.gov

*Counsel for Defendants*

TODD BLANCHE
Deputy Attorney General
BILAL A. ESSAYLI
First Assistant United States Attorney
DAVID M. HARRIS
Assistant United States Attorney
Chief, Civil Division
DANIEL A. BECK
Assistant United States Attorney
Chief, Complex and Defensive Litigation Section
ALEXANDER L. FARRELL (SBN 335008)
PAULINE H. ALARCON (SBN 345785)
Assistant United States Attorneys
  Federal Building, Suite 7516
  300 North Los Angeles Street
  Los Angeles, California 90012
Tel: (213) 894-5557 | 3992
E-mail:   Alexander.Farrell@usdoj.gov
          Pauline.Alarcon@usdoj.gov

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| PEDRO VASQUEZ PERDOMO, *et al.*, <br><br> Plaintiffs, <br><br> v. <br><br> KRISTI NOEM, in her official capacity as Secretary of Homeland Security, *et al.*, <br><br> Defendants. | No. 2:25-cv-05605-MEMF-SP <br><br> **NOTICE OF FILING PURSUANT TO THE COURT'S MARCH 4, 2026, ORDER** <br><br> Hon. Maame Ewusi-Mensah Frimpong <br> United States District Judge <br><br> Referred to Hon. Sheri Pym <br> United States Magistrate Judge |

This notice is to inform the Court that pursuant to its March 4, 2026 Order, ECF. No. 443, Defendants hereby submit for filing the attached verification statements.

Dated: March 11, 2026                  Respectfully submitted,

BRETT A. SHUMATE
Assistant Attorney General
Civil Division

DREW C. ENSIGN
Deputy Assistant Attorney General

TIBERIUS DAVIS
SEAN SKEDZIELEWSKI
Counsel to the Assistant Attorney General

JASON K. ZUBATA
NANCY N. SAFAVI
ANIELLO DESIMONE
JACOB A. BASHYROV
TOLA M. MYCZKOWSKA
Trial Attorneys

*/s/ Jonathan A. Robbins*
JONATHAN A. ROBBINS
Assistant Director
Office of Immigration Litigation
U.S. Department of Justice
P.O. Box 878, Ben Franklin Station
Washington, D.C. 20044
Tel: (202) 305-8275
Email: Jonathan.A.Robbins@usdoj.gov

*Counsel for Defendants*

1

# CERTIFICATE OF SERVICE

I hereby certify that on December 22, 2025, I served the foregoing notice on all counsel of record by means of the Court's CM/ECF electronic filing system.

*/s/ Jonathan A. Robbins*
JONATHAN A. ROBBINS
Assistant Director
Office of Immigration Litigation
*Counsel for Defendants*