UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF
CALIFORNIA

Pedro VASQUEZ PERDOMO, *et al.,*

*Plaintiffs,*

v.

KRISTI NOEM, Secretary of Department of
Homeland Security, *et al.,*

*Defendants*

No. 2:25-cv-05605-MEMF-SP

**Declaration of** A.Q.

**DECLARATION OF** A.Q.

I, A.Q. , pursuant to 28 U.S.C. § 1746, hereby declare as follows:

1. I am the Acting Field Office Director for Enforcement and Removal Operations ("ERO") Los Angeles with ICE since February 22, 2026. As the Acting Field Office Director, I direct and oversee ICE's enforcement of federal immigration laws within the Central District of California, which has the same geographic boundaries as the ERO Los Angeles Field Office. I make the following statements based on my personal knowledge and upon information furnished to me in the course of my official duties.

2. I previously submitted declarations dated July 8, 2025 (ECF No. 71-1) and August 28, 2025 (ECF No. 170-3). In preparing those declarations my statements were based on my personal knowledge and what I could recall reviewing at the time, which included the Fourth Amendment training materials described in those declarations. Those training materials were identified in the December 22, 2025, verification statement. *See* ECF No. 317-3 ("First ICE Verification Statement").

1

3.  As this case proceeded, I further recalled that I had reviewed additional information, the ERO Executive Summary (GOV-00000526–527) and a Significant Incident Report (GOV-00000559–562) in the ordinary course of my duties. I identified these two new documents in my January 13, 2026, supplemental verification statement. *See* ECF No. 361-2 ¶ 6 ("Second ICE Verification Statement").

4.  To the best of my knowledge, the ERO Executive Summary and the Significant Incident Report were produced on November 13, 2025, because as explained above, at the time of production on November 4, 2025, those two documents, were not part of my present recollection to have been identified as relied upon materials to be produced by November 4, 2025.

5.  ICE timely produced the Fourth Amendment training materials on November 4, 2025, which was previously identified in the first verification statement.

6.  I certify that ICE has produced the responsive documents that were relied upon in the ICE Declaration opposing Plaintiffs' motions for TRO and PI.

Pursuant to the provisions of 28 U.S.C. § 1746, I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct to the best of my information, knowledge, and belief.

Executed this 11th day of March 2026.



A.Q.

Acting Field Office Director
Enforcement and Removal Operations
Los Angeles
U.S. Immigration and Customs Enforcement
U.S. Department of Homeland Security

2