MUNGER, TOLLES & OLSON LLP

560 MISSION STREET
SAN FRANCISCO, CALIFORNIA 94105-2907
TELEPHONE (415) 512-4000

March 18, 2026

Writer's Direct Contact
(415) 512-4082
david.fry@mto.com

**VIA ECF FILING**

Hon. Sheri Pym
United States Magistrate Judge
United States District Court
Central District of California
George E. Brown, Jr. Federal Bldg.
3470 Twelfth Street
Riverside, CA 92501-3801

      Re:    *Vasquez Perdomo v. Noem*, Case No. 2:25-cv-05605-MEMF-SPx

Dear Judge Pym:

      During yesterday's hearing on the motion to remove confidentiality designation, the Court raised a question regarding the utility of disclosing federal agents' names. As it happens, a press report was published yesterday by CalMatters that illustrates exactly how this information might be used in the public interest. Sergio Olmos, "Agents of Chaos: Border Patrol's Year of Unchecked Force," CalMatters (Mar. 17, 2026) (available at https://calmatters.org/investigation/2026/03/agents-of-chaos-border-patrol/). The report, which is in video form, tracks five specific Border Patrol agents' conduct during operations in various locations across the country over the last 15 months.

      Very truly yours,

David H. Fry

cc:     All counsel (by ECF)