UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| PEDRO VASQUEZ PERDOMO, *et al.*,<br><br>     Plaintiffs,<br><br>     v.<br><br>KRISTI NOEM, in her official capacity as Secretary of Homeland Security, *et al.*,<br><br>     Defendants. | ***DISCOVERY MATTER***<br><br>No. 2:25-cv-05605-MEMF-SP<br><br>**ORDER GRANTING JOINT STIPULATION TO EXTEND CERTAIN PRODUCTION DEADLINES SET FORTH IN ECF NOS. 370, 387, 414 AND 441**<br><br>Hon. Maame Ewusi-Mensah Frimpong<br>United States District Judge<br><br>Referred to Hon. Sheri Pym<br>United States Magistrate Judge |

On March 13, 2026, the parties filed a stipulation to extend certain production deadlines set forth in ECF Nos. 370, 387, and 414.  Docket no. 460.  The Court, having considered the parties' stipulation and finding good cause therefor, hereby GRANTS the stipulation and ORDERS as follows:

//

//

1

1. The deadline for Defendants to comply with the Order shall be extended from March 13, 2026, to April 13, 2026, with respect to the collection of Electronically Stored Information ("ESI").  A first production is due on March 27, 2026.

IT IS SO ORDERED.

Dated: March 18, 2026

HON. SHERI PYM

United States Magistrate Judge