UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| PEDRO VASQUEZ PERDOMO, *et al.*,<br><br>    Plaintiffs,<br><br>    v.<br><br>KRISTI NOEM, in her official capacity as Secretary of Homeland Security, *et al.*,<br><br>    Defendants. | **DISCOVERY MATTER**<br><br>No. 2:25-cv-05605-MEMF-SP<br><br>**ORDER GRANTING JOINT STIPULATION TO EXTEND CERTAIN PRODUCTION DEADLINES SET FORTH IN ECF NOS. 370, 387, 414 AND 441**<br><br>Hon. Maame Ewusi-Mensah Frimpong<br>United States District Judge<br><br>Referred to Hon. Sheri Pym<br>United States Magistrate Judge |

On March 16, 2026, the parties filed a stipulation to extend certain production deadlines set forth in ECF Nos. 370, 387, 414, and 441. Docket no. 461. The Court, having considered the parties' stipulation and finding good cause therefor, hereby GRANTS the stipulation and ORDERS as follows:

1. The deadline for Defendants to comply with the Order shall be extended by from March 16, 2026, to April 3, 2026, with respect to the forensic imaging of government phones and production of responsive ESI collected from those

1

phones.  For purposes of the April 3 deadline, the parties have agreed to limit the custodians of the government phones owned by Customs and Border Patrol to "supervisors," "team leads," and "any officers who initiated arrests."  The parties request that the Order, with respect to the imaging of government phones, otherwise be stayed by sixty (60) days.


IT IS SO ORDERED.


Dated: March 18, 2026                    _____

                                                              HON. SHERI PYM

                                                    United States Magistrate Judge

2