UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | 5:25-CV-05605-MEMF-SPx | Date | March 20, 2026 |
|---|---|---|---|
| Title | Pedro Vasquez Perdomo, et al. v. Kristi Noem, et al | | |

| Present: The Honorable | SHERI PYM, United States Magistrate Judge |
|---|---|

| Kimberly I. Carter | CR-RS-3 |
|---|---|
| Deputy Clerk | Court Reporter / Recorder |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
|---|---|
| Sara H. Worth | Jonathan Robbins |
| | Attorneys Present for Intervenors: |
| | Victor Roman Leal |

**Proceedings:**      Status Conference and Order re: Imaging of Bovino Cell Phones

A Telephonic Status Conference in this matter was held on March 20, 2026.  The court and counsel conferred regarding a discovery issue.

In its January 16, 2026 Order Granting Plaintiff CHIRLA's Motion to Compel Discovery, the court ordered, inter alia, that defendants must "[f]orensically image any cell phone used by an agent present at any of the 15 operations and review these devices for material responsive to RFP Nos. 2 and 3."  Docket no. 370 at 9.  The parties represented that Gregory Bovino, who had been a Chief Patrol Agent, was present at one of the 15 operations.  Accordingly, Mr. Bovino's cell phones are subject to the court's order.  Plaintiffs raised a concern regarding whether Mr. Bovino's cell phones had been imaged or would soon be imaged in light of his announced retirement at the end of this month.  After discussing the matter with counsel, the court ordered as follows:

Defendants are ordered to instruct Gregory Bovino to bring all government-issued and personal cell phones with him to his exit interview.  The court understands that Mr. Bovino's government-issued devices will be surrendered to the government and will then

//

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | 5:25-CV-05605-MEMF-SPx | Date | March 20, 2026 |
|---|---|---|---|
| Title | Pedro Vasquez Perdomo, et al. v. Kristi Noem, et al | | |

be imaged.  The government must image Mr. Bovino's personal cell phone(s) during the exit interview, unless Mr. Bovino surrenders his personal cell phone(s) for off-site imaging.

|  | 00 | : | 26 |
|---|---|---|---|
| Initials of Preparer | KC | | |