UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| PEDRO VASQUEZ PERDOMO, *et al.*,<br><br>       Plaintiffs,<br><br>       v.<br><br>KRISTI NOEM, in her official capacity as Secretary of Homeland Security, *et al.*,<br><br>       Defendants. | ***DISCOVERY MATTER***<br><br>No. 2:25-cv-05605-MEMF-SP<br><br>**ORDER GRANTING JOINT STIPULATION TO EXTEND CERTAIN PRODUCTION DEADLINES SET FORTH IN ECF NOS. 370, 387, 414 AND 441**<br><br>Hon. Maame Ewusi-Mensah Frimpong<br>United States District Judge<br><br>Referred to Hon. Sheri Pym<br>United States Magistrate Judge |

On March 18, 2026, the parties filed a stipulation to extend certain production deadlines set forth in ECF Nos. 370, 387, and 414. The Court, having considered the parties' stipulation and finding good cause therefor, hereby GRANTS the stipulation and ORDERS as follows:

1. The deadline for Defendants to comply with the Order shall be extended by from April 3, 2026, to April 17, 2026, with respect to the forensic imaging of government phones and production of responsive ESI from those phones. The

parties have agreed after meeting and conferring to limit the custodians of the government phones owned by Customs and Border Patrol to "supervisors," "team leads," and "any officers who initiated arrests." The parties request a stay of sixty (60) days to determine whether any further forensic imaging of phones with respect to "any agent present" will be needed and agree to meet and confer to resolve any issues to that effect.

IT IS SO ORDERED.

Dated: April 10, 2026

_____

HON. SHERI PYM

United States Magistrate Judge