# EXHIBIT A

MUNGER, TOLLES & OLSON LLP

RONALD L. OLSON
CARY B. LERMAN
GREGORY P. STONE
BRAD D. BRIAN
GEORGE M. GARVEY
WILLIAM D. TEMKO
JOHN W. SPIEGEL
DONALD B. VERRILLI, JR. P.C.
JOSEPH D. LEE
MICHAEL R. DOYEN
MICHAEL E. SOLOFF
GLENN D. POMERANTZ
HENRY WEISSMANN
KEVIN S. ALLRED
JEFFREY A. HEINTZ
STUART N. SENATOR
KELLY M. KLAUS
LISA J. DEMSKY
MALCOLM A. HEINICKE
JAMES C. RUTTEN
RICHARD ST. JOHN
ROHIT K. SINGLA
CAROLYN HOECKER LUEDTKE
KATHERINE M. FORSTER
BLANCA FROMM YOUNG
SETH GOLDMAN
GRANT A. DAVIS-DENNY
JONATHAN H. BLAVIN
DANIEL B. LEVIN
MIRIAM KIM
HAILYN J. CHEN
BETHANY W. KRISTOVICH
JACOB S. KREILKAMP
JEFFREY Y. WU
HEATHER E. TAKAHASHI
ERIN J. COX
BENJAMIN J. HORWICH
E. MARTIN ESTRADA
BRYAN H. HECKENLIVELY
ELAINE J. GOLDENBERG P.C.
GINGER D. ANDERS P.C.
MARGARET G. MARASCHINO
JOHN M. GILDERSLEEVE
ADAM B. WEISS
ACHYUT J. PHADKE
ZACHARY M. BRIERS
KURUVILLA J. OLASA
JUSTIN P. RAPHAEL
ROSE LEDA EHLER

JOHN W. BERRY
ROBYN K. BACON
JORDAN D. SEGALL
JONATHAN KRAVIS P.C.
JOHN L. SCHWAB
L. ASHLEY AULL
WESLEY T.L. BURRELL
CRAIG JENNINGS LAVOIE
JENNIFER L. BRYANT
NICHOLAS D. FRAM
VINCENT Y. LING
VICTORIA A. DEGTYAREVA
JOHN B. MAJOR
RACHEL G. MILLER-ZIEGLER P.C.
FAYE PAUL TELLER
STEPHANIE G. HERRERA
JULIANA M. YEE
COLIN A. DEVINE
GIOVANNI S. SAARMAN GONZÁLEZ
ANNE K. CONLEY
DAVID W. MORESHEAD
ANDREW D. GARELICK
SKYLAR B. GROVE
LAURA M. LOPEZ
DANE P. SHIKMAN
SAMUEL H. ALLEN
J. MAX ROSEN
ROWLEY J. RICE
LAUREN E. ROSS
BENJAMIN G. BAROKH
ABE DYK
MEGAN MCCREADIE
RAQUEL E. DOMINGUEZ
ARIEL TESHUVA
SHANNON GALVIN AMINIRAD
XIAONAN APRIL HU
CARRIE C. LITTEN
JAMES R. SALZMANN
SEAN P. BARRY
MICHAEL I. SELVIN
HUNTER V. ARMOUR
NATHANIEL F. SUSSMAN
OLIVER BROWN
PAUL E. MARTIN
MATTHEW MIYAMOTO
REBECCA L. SCIARRINO
CORY M. BATZA
BRIAN R. BOESSENECKER
ROBERT E. BOWEN

RICHARD T. JOHNSON
GRACE DAVIS FISHER
LAUREN N. BECK
CALEB W. PEIFFER
JAMIE LUMA
STEVEN B. R. LEVICK
JANELLE KRUMMEN
WILLIAM M. ORR
GABRIEL M. BRONSHTEYN
ROSIO FLORES ARRIAGA
JESSICA O. LAIRD
ERICA C. TOOCH
SARAH E. WEINER
EVAN MANN
ANDREW T. NGUYEN
SARA H. WORTH
MIRANDA E. REHAUT
STEPHANY REAVES
LAUREN E. KUHN
GARRETT SOLBERG
TED KANG
ADAM W. KWON
JOSEPH N. GLYNN
SIMON K. ZHEN
CARSON J. SCOTT
ROMAN LEAL
MATTHEW W. LINSLEY
ADEEL MOHAMMADI
TAYLOR L. BENNINGER
LORRAINE L. ABDULAHAD
CLARE KANE
SIDNEY M. EISNER
HELEN ELIZABETH WHITE
ALISON A. DOYLE
FELIPE DE JESÚS HERNÁNDEZ
JASON D. WEISS
HENRY D. SHREFFLER
MILES W. UNTERREINER
LYNDSEY FRANKLIN
ANDREW DELAPLANE
ARIELLA PARK
LAURA PERRY STONE
NATASHA GEILING
JOSEPH MANTEGANI
GRAHAM J. WYATT
WESLEY P. DEVOLL
LAUREN A. BILOW
KAYSIE GONZALEZ
ALEXIS D. CAMPBELL

KYRA E. SCHOONOVER
WENDY Q. XIAO
DANIEL KANE
ADITI NARESH GHATLIA
ALBERTO J. DE DIEGO-HABEL
KYLE A. SCHNEIDER
CARL H. JIANG
BOBBY H. KIM
CLAIRE I. ROGERSON
LIAM GENNARI
CHARLES LAM
MICHAEL X. WEI
MAGGIE BUSHELL
REBECCA J. HANSEN
CONNOR HOGE
SARAH M. PFANDER
ELIZABETH ANASTASI
KEVIN HAN YANG
CORDELL A. BROWN
QIANZHE DANNY ZHANG
ABIGAIL K. BESSLER
KYLE A. GROVES
ESTHENA BARLOW
CY EMEKA RAY
SUSANNAH M. L. GAGNON
DANIEL E. RUBIN
MOHAMED SAID
JIN NIU
SHUYU SUN
REBECCA M. HO

————

OF COUNSEL
KATHLEEN M. MCDOWELL
PATRICK J. CAFFERTY, JR.
DAVID H. FRY
BRADLEY R. SCHNEIDER
PETER E. GRATZINGER
ADAM R. LAWTON
SARAH J. COLE
ALLISON M. DAY
JEREMY S. KREISBERG
NICOLE M. HOWELL
TERESA A. REED DIPPO

————

SEE MTO.COM FOR
JURISDICTIONS OF ADMISSION

601 MASSACHUSETTS AVENUE NW

SUITE 500E

WASHINGTON, D.C. 20001-5369

TELEPHONE (202) 220-1100

————

350 SOUTH GRAND AVENUE

LOS ANGELES, CALIFORNIA 90071-3426

TELEPHONE (213) 683-9100

————

560 MISSION STREET

SAN FRANCISCO, CALIFORNIA 94105-3089

TELEPHONE (415) 512-4000

September 12, 2025

Writer's Direct Contact
(213) 683-9599
(213) 683-9599 FAX
Sara.Worth@mto.com

VIA E-MAIL

Jonathan K. Ross
U.S. Department of Justice
Office of Immigration Litigation
PO Box 878 Ben Franklin Station
Washington, D.C. 20044
202-305-7662
Email: Jonathan.K.Ross@usdoj.gov

Re:    *Perdomo v. Noem*, Case No. 2:25-cv-05605-MEMF-SP – Obligation to Preserve Relevant Documents and Information

Dear Mr. Ross:

We are confident that the Department of Justice is aware of the obligation of litigants to preserve evidence, including electronic evidence, that is potentially relevant to pending litigation. We nevertheless write to highlight certain subjects and sources of evidence that we believe are encompassed within your and Defendants' preservation obligation in order to minimize the likelihood of disputes in the future regarding these obligations. Defendants' preservation obligations in this matter extend to at least the following categories of documents, to the extent they were created, sent, or received since January 20, 2025:

1. Documents concerning or reflecting any immigration enforcement encounter, arrest, or detention quotas, targets, goals, or similar numerical benchmarks (whether put into effect or not) that encompass a geographical

MUNGER, TOLLES & OLSON LLP

September 12, 2025
Page 2

area (national, state, regional, or local) that includes the Central District of California or any part of it.

2. Documents concerning or reflecting any incentives, whether financial or otherwise, related to the number of immigration enforcement arrests.

3. Documents concerning conducting immigration enforcement actions at home improvement stores, convenience stores, car washes, churches, hospitals, or other spaces open to the public located in a geographical area (national, state, regional, or local) that includes the Central District of California or any part of it.

4. Documents concerning conducting immigration stops based on a person's race, color, ethnicity, language, accent, type of employment, or location (or any combination thereof) in a geographical area (national, state, regional, or local) that includes the Central District of California or any part of it.

5. Documents concerning conditions at the B-18 facility at 300 North Los Angeles Street in Los Angeles, including but not limited to the number of persons held there, the availability (or lack of availability) of beds, showers, and medical facilities; the availability (or lack of availability) of communication channels for detainees to have privileged and confidential conversations (both in-person and virtual) with counsel; the amount and quality of food served to detainees and the frequency with which it is served, detainees' access to telephones and whether those telephone lines are monitored; any limitations on visitation by family members or attorneys; the toilet facilities; and the frequency with which the facility is cleaned and the nature of the cleaning activity.  This category includes all photographs and videos of the facility.

6. Documents concerning any decision to move detainees from the B-18 facility to any other holding or immigration detention facility, including but not limited to the Santa Ana holding facility, for any reason, including but not limited to the anticipation of political protest activity in the Los Angeles area.

7. Documents concerning all immigration enforcement actions taken in locations open to the public (including, but not limited to, store or restaurant parking lots, tow yards, churches, hospitals, bus stops, and street corners)—whether or not the action resulted in any arrests—within the Central District of California since May 1, 2025, including but not limited to documents generated prior to the actions (such as field

MUNGER, TOLLES & OLSON LLP

_____

September 12, 2025
Page 3

operations worksheets, enforcement operations plans, other planning documents, target folders, I-200s, I-205s, G-166Cs, pre-operation briefing notes, instructions to personnel, individual targeting packages, and any training materials), documents generated during the action (such as communications between agents conducting the action or between those agents and others at the agency), and documents generated after the action (such as I-213s, post-operation briefing notes, after-action reports, any communications describing or characterizing the action, and any supervisory review documents concerning the action). This category includes all photographs and videos of such actions.

8. All documents concerning the implementation of the Temporary Restraining Order entered in this action (ECF 87), including all training materials and communications concerning how to implement the TRO, as well as all documents concerning any possible violations of the TRO.

9. All documents constituting, reflecting, or discussing training materials used to train personnel conducting immigration enforcement actions in the Central District of California that concern in any way the requirements of the Fourth or Fifth Amendments.

10. All documents, training, or guidance regarding the garments to be worn and tools to be used in immigration enforcement in a geographical area (national, state, regional, or local) that includes the Central District of California or any part of it, including but not limited to uniform, badges, armament, and face masks.

11. All documents, training, or guidance related to outreach by the federal government to any local government entities in the Central District of California regarding immigration enforcement.

12. All documents concerning any of the named plaintiffs in this action.

13. All documents concerning any of the declarants in this action.

14. All documents concerning policies or practices applicable to detentive stops and warrantless arrests occurring in a geographical area (national, state, regional, or local) that includes the Central District of California or any part of it.

15. All documents concerning whether immigration enforcement actions in the Central District of California will, do, or should frighten or intimidate members of the public.

MUNGER, TOLLES & OLSON LLP

_____

September 12, 2025
Page 4

16. All documents relating to public statements concerning immigration enforcement actions in the Central District of California since May 1, 2025, including but not limited to press releases, social media posts (including, specifically, all documents related to this post https://x.com/CMDROpAtLargeCA/status/1953616253270327491), media interviews (including preparation for such interviews), and sworn declarations and/or testimony.

17. All documents relating to the video posted here: https://x.com/CMDROpAtLargeCA/status/1919023147942301778

For the avoidance of doubt, your and Defendants' obligations extend to all types of materials (not simply formal written documents) that may contain relevant information in the possession of any agent involved in immigration enforcement actions in the Central District of California since May 1, 2025, as well as those agents' direct and indirect supervisors and managers at all levels up to and including the Secretary of Homeland Security, the Attorney General, and White House Deputy Chief of Staff Stephen Miller, including but not limited to the following:

a. Statements, videos, blog posts, podcasts, social media posts, replies, comments, and messages on any platform or forum, including but not limited to all such records on X (Twitter), Truth Social, Instagram, TikTok, Spotify, Medium, Reddit, Facebook, Telegram, Parler, Gab, and Gettr;

b. Messages and communications made or received on their cell phone(s) or other mobile devices, including but not limited to text/SMS messages, iMessages, WhatsApp, Signal, or Telegram messages, voicemails, etc.;

c. The contents of email accounts used by them;

d. Materials created by them, including documents in any word processing program or document management system, as well as Google Drive, Evernote, Notion, any notes application of their mobile device(s) or personal computer, any type of digital diary, any voice memos or audio recordings, or any records related to interactions or queries within Generative AI applications;

e. All data generated by connected devices to which they have access through third-party applications, including data generated by a smart watches, wearable devices, or other connected devices;

MUNGER, TOLLES & OLSON LLP

_____
September 12, 2025
Page 5

f.  All photographic and video materials from whatever source, including but not limited to body cameras, security cameras, mobile devices, and television cameras; and

g.  All hard copy or handwritten materials, including any correspondence, notebooks, journals, diaries, photographs, or records, that they may have created, received, or maintained.

Please feel free to contact me if you have questions.

Very truly yours,

Sara H. Worth

Cc: All Counsel