# EXHIBIT B

| | |
|---|---|
| **From:** | Skedzielewski, Sean (CIV) <Sean.Skedzielewski@usdoj.gov> |
| **Sent:** | Friday, September 12, 2025 3:58 PM |
| **To:** | Worth, Sara; Ross, Jonathan K. (CIV) |
| **Cc:** | Groves, Kyle; Zubata, Jason K. (CIV); DeSimone, Aniello (CIV); Alarcon, Pauline (USACAC); Beck, Daniel (USACAC); Ensign, Drew C (CIV); Chapman, Ryan (USACAC); Groff, Stephanie L. (CIV); Kim, Bobby; rbrown@publiccounsel.org; Stephanie Padilla; Mohammad Tajsar; Eva Bitran; Diana Sanchez; Mayra Joachin; Annie Lai; Estrada, Martin; Levin, Daniel; Schwab, John; Davis Fisher, Grace; Niu, Jin; Leal, Roman; Xiao, Wendy; Mark Rosenbaum; Matthew Craig; Lauren Wilfong; Kreilkamp, Jacob; Stacy Tolchin; Farrell, Alexander (USACAC); Bashyrov, Jacob (CIV); Bree Bernwanger; Brisa Velazquez Oatis; Goldenberg, Elaine; Kreisberg, Jeremy; Shreffler, Henry; Martin, Paul; Mack E. Jenkins; Rebecca Brown; Fry, David; Kreilkamp, Jacob; Shreffler, Henry; Bushell, Maggie; Martin, Paul; Schwab, John; Davis Fisher, Grace |
| **Subject:** | RE: Perdomo v. Noem, Case No. 2:25-cv-05605-MEMF-SP – Obligation to Preserve Relevant Documents and Information |

Sara,

Defendants' counsel timely sent a litigation hold to Defendants in connection with this litigation and Defendants are complying with their preservation obligations under the Federal Rules of Civil Procedure.

Regards,

**Sean Skedzielewski**
Counsel to the Assistant Attorney General
U.S. Department of Justice, Civil Division
Office: (202) 307-1697
Cell: (202) 860-9960
Sean.Skedzielewski@usdoj.gov

---

**From:** Worth, Sara <Sara.Worth@mto.com>
**Sent:** Friday, September 12, 2025 4:57 PM
**To:** Ross, Jonathan K. (CIV) <Jonathan.K.Ross@usdoj.gov>
**Cc:** Groves, Kyle <Kyle.Groves@mto.com>; Zubata, Jason K. (CIV) <Jason.K.Zubata@usdoj.gov>; Skedzielewski, Sean (CIV) <Sean.Skedzielewski@usdoj.gov>; DeSimone, Aniello (CIV) <Aniello.DeSimone@usdoj.gov>; Alarcon, Pauline (USACAC) <Pauline.Alarcon@usdoj.gov>; Beck, Daniel (USACAC) <Daniel.Beck@usdoj.gov>; Ensign, Drew C (CIV) <Drew.C.Ensign@usdoj.gov>; Chapman, Ryan (USACAC) <Ryan.Chapman@usdoj.gov>; Groff, Stephanie L. (CIV) <Stephanie.L.Groff@usdoj.gov>; Kim, Bobby <Bobby.Kim@mto.com>; rbrown@publiccounsel.org; Stephanie Padilla <SPadilla@aclusocal.org>; Mohammad Tajsar <MTajsar@aclusocal.org>; Eva Bitran <EBitran@aclusocal.org>; Diana Sanchez <DianaSanchez@aclusocal.org>; Mayra Joachin <MJoachin@aclusocal.org>; Annie Lai <alai@law.uci.edu>; Estrada, Martin <Martin.Estrada@mto.com>; Levin, Daniel <daniel.levin@mto.com>; Schwab, John <John.Schwab@mto.com>; Davis Fisher, Grace <Grace.DavisFisher@mto.com>; Niu, Jin <Jin.Niu@mto.com>; Leal, Roman <Roman.Leal@mto.com>; Xiao, Wendy <Wendy.Xiao@mto.com>; Mark Rosenbaum <mrosenbaum@publiccounsel.org>; mcraig@heckerfink.com; Lauren Wilfong <lwilfong@ndlon.org>; Kreilkamp, Jacob <Jacob.Kreilkamp@mto.com>; Stacy Tolchin <stacy@tolchinimmigration.com>; Farrell, Alexander (USACAC) <Alexander.Farrell@usdoj.gov>; Bashyrov, Jacob (CIV) <Jacob.Bashyrov@usdoj.gov>; Bree Bernwanger <BBernwanger@aclunc.org>; Brisa Velazquez Oatis <BVOatis@aclu-sdic.org>; Goldenberg, Elaine <Elaine.Goldenberg@mto.com>; Kreisberg, Jeremy <Jeremy.Kreisberg@mto.com>; Shreffler, Henry <Henry.Shreffler@mto.com>; Martin, Paul <Paul.Martin@mto.com>; mjenkins@heckerfink.com; Rebecca Brown <rbrown@publiccounsel.org>; Fry, David <David.Fry@mto.com>; Kreilkamp, Jacob <Jacob.Kreilkamp@mto.com>; Shreffler, Henry <Henry.Shreffler@mto.com>; Bushell, Maggie <Maggie.Bushell@mto.com>; Martin, Paul <Paul.Martin@mto.com>; Schwab, John <John.Schwab@mto.com>; Davis Fisher, Grace <Grace.DavisFisher@mto.com>

1

**Subject:** [EXTERNAL] Perdomo v. Noem, Case No. 2:25-cv-05605-MEMF-SP – Obligation to Preserve Relevant Documents and Information

Dear Counsel:

Please see the attached correspondence.

Regards,
Sara

**Sara Worth** | **Munger, Tolles & Olson LLP**
350 South Grand Avenue | Los Angeles, CA 90071
Tel:  213.683.9599 | Sara.Worth@mto.com | www.mto.com

*****NOTICE*****

*This message is confidential and may contain information that is privileged, attorney work product or otherwise exempt from disclosure under applicable law.  It is not intended for transmission to, or receipt by, any unauthorized person.  If you have received this message in error, do not read it.  Please delete it without copying it, and notify the sender by separate e-mail so that our address record can be corrected.  Thank you.*

2