# EXHIBIT D

| | |
|---|---|
| **From:** | Strokus, Jessica D. (CIV) <Jessica.D.Strokus@usdoj.gov> |
| **Sent:** | Thursday, April 9, 2026 10:52 AM |
| **To:** | Annie O'Toole |
| **Cc:** | Robbins, Jonathan A. (CIV); Bashyrov, Jacob (CIV); Matthew Craig; awong@aclusocal.org; Farrell, Alexander (USACAC); asteffel@immdef.org; ahuerta@immdef.org; asavage@publiccounsel.org; aaaronian@cityofpasadena.net; Angela.Uribe@mto.com; DeSimone, Aniello (CIV); alai@law.uci.edu; Ian Robertson; aflee@cityofpasadena.net; athena@athenaroussoslaw.com; BBernwanger@aclunc.org; bgreesonalvarez@counsel.lacounty.gov; bvoatis@aclu-sdic.org; bbolt@immdef.org; cbergquist@chirla.org; akwon@aclusocal.org; Beck, Daniel (USACAC); daniel.levin@mto.com; david.fry@mto.com; dennis.ojogho@doj.ca.gov; dianasanchez@aclusocal.org; Martin.Estrada@mto.com; eaguilasocho@farmworkerlaw.com; ebitran@aclusocal.org; gamato@publiccounsel.org; Helia Bidad; henry.shreffler@mto.com; hydee.feldsteinsoto@lacity.org; jacob.kreilkamp@mto.com; jamie.luma@mto.com; Zubata, Jason K. (CIV); jesse.basbaum@doj.ca.gov; jessica@ndlon.org; jin.niu@mto.com; john.schwab@mto.com; Hauenschild, Jonathon (CRT); Joshua@democracydefenders.org; kaysie.gonzalez@mto.com; kyle.groves@mto.com; laura.perrystone@mto.com; lauren.kuhn@mto.com; lwilfong@ndlon.org; lcampos@counsel.lacounty.gov; Mack E. Jenkins; maggie.bushell@mto.com; maria.cousineau@lacity.org; mmartinez@farmworkerlaw.com; mrosenbaum@publiccounsel.org; mjoachin@aclusocal.org; mike.dundas@lacity.org; mbagneris@cityofpasadena.net; mtajsar@aclusocal.org; Safavi, Nancy (CIV); ntinkham@counsel.lacounty.gov; Norman@democracydefenders.org; Alarcon, Pauline (USACAC); randall.sommer@lacity.org; rebecca.hansen@mto.com; rbrown@publiccounsel.org; rmahajan@publiccounsel.org; bobby.kim@mto.com; Chapman, Ryan (USACAC); Sahil.Alim@mto.com; sara.worth@mto.com; Skedzielewski, Sean (CIV); shubhra.shivpuri@lacity.org; Stacy@tolchinimmigration.com; spadilla@aclusocal.org; Groff, Stephanie L. (CIV); Steve@democracydefenders.org; Davis, Tiberius (CIV); Myczkowska, Tola M (CIV); valerie.flores@lacity.org; roman.leal@mto.com; grace.davisfisher@mto.com; wendy.xiao@mto.com |
| **Subject:** | RE: Vasquez Perdomo v. Noem - No. 25 Civ. 5605 (C.D. Cal.) |

This email was sent from outside the Firm.

Hi Annie,

Thank you for your patience while we ran down answers to your questions. I echo Jonathan's statements that we and the agency have been diligently working on this and treating this with the utmost urgency.

In response to your inquiries below:

- Please (a) confirm that Defendants are now taking measures to suspend the automatic deletion and/or overwriting of video footage from video cameras inside and around B-18, including video cameras in the possession, custody, or control of any non-party agencies or officials of the U.S. government; (b) describe the measures that Defendants have taken and the dates on which those measures were taken; (c) provide the dates for which ICE currently has video footage; and (d) state whether the remaining footage has been transferred to an external storage device to ensure it is not overwritten by new footage.
  - Since March 27, when Plaintiffs inquired about footage preservation, ICE has taken steps to determine how to preserve any camera footage as expeditiously as possible. ICE is still investigating options for preservation, but at this time understands that the automatic deletion component cannot be suspended, turned off, or changed by their IT staff, and ICE will likely need to hire a third-party company to assist in preserving such footage. Yesterday, ICE contacted a contractor for additional information on the camera system to assist in preserving

1

current footage and determining whether any footage is recoverable. ICE is also considering whether it could procure an external hard drive that can save current camera footage. Due to these system limitations and related burden of preservation, ICE will not attempt to preserve footage of spaces where detainees are not present–e.g., an employee supply room where detainees are not allowed to enter. ICE can currently retrieve camera footage for the past 25-30 days, on average.

- Please provide (a) a list of all individuals and entities with possession, custody, or control of video cameras inside and/or around B-18 that received a litigation hold in connection with this litigation; (b) the date on which the litigation hold was provided; and (c) whether the litigation hold included a request to preserve video footage from video cameras inside and around B-18.
    - ICE has identified the following custodians: AFOD Rogelio Gudino; SDDO Vadim Tsarkov.
    - ICE issued a preservation notice on July 2, 2025, in response to this litigation. DOJ issued a litigation hold letter to Defendant agencies on August 7, 2025. The litigation hold letter informed the agency of its obligations to retain and preserve documents, records, and information potentially relevant to this litigation with reference to the claims in the complaint. On September 9, 2025, DHS confirmed that litigation hold letters were circulated by agency components. On October 7, 2025, ICE sent a preservation notice to AFOD Gudino. On April 9, 226, ICE sent a preservation notice to AFOD Gudino and SDDO Tsarkov.
- Please state what information counsel for Defendants possessed regarding the deletion and/or overwriting of video footage at B-18 when, on February 23, 2026, you proposed an edit to the provision of the draft ESI protocol that spoke to the preservation of such video footage.
    - The agency advised DOJ counsel on March 30, 2026, of the preservation issue in response to Plaintiffs' March 25, 2026 inquiry.

Best,
Jessica

**Jessica D. Strokus**
Senior Litigation Counsel
Office of Immigration Litigation
U.S. Department of Justice, Civil Division
P.O. Box 878, Ben Franklin Station
Washington, D.C. 20044



*This email and any attachments thereto may contain information that is privileged, confidential, or otherwise protected from disclosure under applicable law. If the reader of this transmission is not the intended recipient or the employee or agent responsible for delivering the transmission to the intended recipient, you are hereby notified that any dissemination, distribution, copying or use of this transmission or its contents is strictly prohibited. If you have received this transmission in error, please notify us by email or telephone and delete or destroy the original transmission and any copies (electronic or paper).*

**From:** Annie O'Toole <aotoole@heckerfink.com>
**Sent:** Thursday, April 9, 2026 12:47:43 PM
**To:** Robbins, Jonathan A. (CIV) <Jonathan.A.Robbins@usdoj.gov>; Bashyrov, Jacob (CIV) <Jacob.Bashyrov@usdoj.gov>; Matthew Craig <mcraig@heckerfink.com>
**Cc:** awong@aclusocal.org <awong@aclusocal.org>; Farrell, Alexander (USACAC) <Alexander.Farrell@usdoj.gov>; asteffel@immdef.org <asteffel@immdef.org>; ahuerta@immdef.org <ahuerta@immdef.org>; asavage@publiccounsel.org <asavage@publiccounsel.org>; aaaronian@cityofpasadena.net <aaaronian@cityofpasadena.net>; Angela.Uribe@mto.com <Angela.Uribe@mto.com>; DeSimone, Aniello (CIV) <Aniello.DeSimone@usdoj.gov>; alai@law.uci.edu <alai@law.uci.edu>; Ian Robertson <irobertson@heckerfink.com>; aflee@cityofpasadena.net <aflee@cityofpasadena.net>; athena@athenaroussoslaw.com <athena@athenaroussoslaw.com>; BBernwanger@aclunc.org <BBernwanger@aclunc.org>;

bgreesonalvarez@counsel.lacounty.gov <bgreesonalvarez@counsel.lacounty.gov>; bvoatis@aclu-sdic.org <bvoatis@aclu-sdic.org>; bbolt@immdef.org <bbolt@immdef.org>; cbergquist@chirla.org <cbergquist@chirla.org>; akwon@aclusocal.org <akwon@aclusocal.org>; Beck, Daniel (USACAC) <Daniel.Beck@usdoj.gov>; daniel.levin@mto.com <daniel.levin@mto.com>; david.fry@mto.com <david.fry@mto.com>; dennis.ojogho@doj.ca.gov <dennis.ojogho@doj.ca.gov>; dianasanchez@aclusocal.org <dianasanchez@aclusocal.org>; Martin.Estrada@mto.com <Martin.Estrada@mto.com>; eaguilasocho@farmworkerlaw.com <eaguilasocho@farmworkerlaw.com>; ebitran@aclusocal.org <ebitran@aclusocal.org>; gamato@publiccounsel.org <gamato@publiccounsel.org>; Helia Bidad <hbidad@heckerfink.com>; henry.shreffler@mto.com <henry.shreffler@mto.com>; hydee.feldsteinsoto@lacity.org <hydee.feldsteinsoto@lacity.org>; jacob.kreilkamp@mto.com <jacob.kreilkamp@mto.com>; jamie.luma@mto.com <jamie.luma@mto.com>; Zubata, Jason K. (CIV) <Jason.K.Zubata@usdoj.gov>; jesse.basbaum@doj.ca.gov <jesse.basbaum@doj.ca.gov>; jessica@ndlon.org <jessica@ndlon.org>; jin.niu@mto.com <jin.niu@mto.com>; john.schwab@mto.com <john.schwab@mto.com>; Hauenschild, Jonathon (CRT) <Jonathon.Hauenschild@usdoj.gov>; Joshua@democracydefenders.org <Joshua@democracydefenders.org>; kaysie.gonzalez@mto.com <kaysie.gonzalez@mto.com>; kyle.groves@mto.com <kyle.groves@mto.com>; laura.perrystone@mto.com <laura.perrystone@mto.com>; lauren.kuhn@mto.com <lauren.kuhn@mto.com>; lwilfong@ndlon.org <lwilfong@ndlon.org>; lcampos@counsel.lacounty.gov <lcampos@counsel.lacounty.gov>; Mack E. Jenkins <mjenkins@heckerfink.com>; maggie.bushell@mto.com <maggie.bushell@mto.com>; maria.cousineau@lacity.org <maria.cousineau@lacity.org>; mmartinez@farmworkerlaw.com <mmartinez@farmworkerlaw.com>; mrosenbaum@publiccounsel.org <mrosenbaum@publiccounsel.org>; mjoachin@aclusocal.org <mjoachin@aclusocal.org>; mike.dundas@lacity.org <mike.dundas@lacity.org>; mbagneris@cityofpasadena.net <mbagneris@cityofpasadena.net>; mtajsar@aclusocal.org <mtajsar@aclusocal.org>; Safavi, Nancy (CIV) <Nancy.Safavi@usdoj.gov>; ntinkham@counsel.lacounty.gov <ntinkham@counsel.lacounty.gov>; Norman@democracydefenders.org <Norman@democracydefenders.org>; Alarcon, Pauline (USACAC) <Pauline.Alarcon@usdoj.gov>; randall.sommer@lacity.org <randall.sommer@lacity.org>; rebecca.hansen@mto.com <rebecca.hansen@mto.com>; rbrown@publiccounsel.org <rbrown@publiccounsel.org>; rmahajan@publiccounsel.org <rmahajan@publiccounsel.org>; bobby.kim@mto.com <bobby.kim@mto.com>; Chapman, Ryan (USACAC) <Ryan.Chapman@usdoj.gov>; Sahil.Alim@mto.com <Sahil.Alim@mto.com>; sara.worth@mto.com <sara.worth@mto.com>; Skedzielewski, Sean (CIV) <Sean.Skedzielewski@usdoj.gov>; shubhra.shivpuri@lacity.org <shubhra.shivpuri@lacity.org>; Stacy@tolchinimmigration.com <Stacy@tolchinimmigration.com>; spadilla@aclusocal.org <spadilla@aclusocal.org>; Groff, Stephanie L. (CIV) <Stephanie.L.Groff@usdoj.gov>; Steve@democracydefenders.org <Steve@democracydefenders.org>; Davis, Tiberius (CIV) <Tiberius.Davis@usdoj.gov>; Myczkowska, Tola M (CIV) <Tola.M.Myczkowska@usdoj.gov>; valerie.flores@lacity.org <valerie.flores@lacity.org>; roman.leal@mto.com <roman.leal@mto.com>; grace.davisfisher@mto.com <grace.davisfisher@mto.com>; wendy.xiao@mto.com <wendy.xiao@mto.com>
**Subject:** [EXTERNAL] RE: Vasquez Perdomo v. Noem - No. 25 Civ. 5605 (C.D. Cal.)

Jonathan,

It is now afternoon on the east coast. Given your failure to answer our basic questions, we can only assume that Defendants have not taken any measures to fulfill their preservation obligations and that Defendants continue to actively destroy critical evidence at B-18.

Please immediately provide all of the information you've gathered thus far in response to our questions, and let us know what else you are working to obtain from ICE and other Defendants.

**Annie O'Toole | Hecker Fink LLP**
Counsel
1150 S Olive St | 10th Floor
Los Angeles, CA 90015
(W) 929.458.6486 | (M) 347.712.2497
aotoole@heckerfink.com

---

**From:** Robbins, Jonathan A. (CIV) <Jonathan.A.Robbins@usdoj.gov>
**Sent:** Wednesday, April 8, 2026 2:34 PM
**To:** Annie O'Toole <aotoole@heckerfink.com>; Bashyrov, Jacob (CIV) <Jacob.Bashyrov@usdoj.gov>; Matthew Craig

<mcraig@heckerfink.com>
**Cc:** awong@aclusocal.org; Farrell, Alexander (USACAC) <Alexander.Farrell@usdoj.gov>; asteffel@immdef.org; ahuerta@immdef.org; asavage@publiccounsel.org; aaaronian@cityofpasadena.net; Angela.Uribe@mto.com; DeSimone, Aniello (CIV) <Aniello.DeSimone@usdoj.gov>; alai@law.uci.edu; Ian Robertson <irobertson@heckerfink.com>; aflee@cityofpasadena.net; athena@athenaroussoslaw.com; BBernwanger@aclunc.org; bgreesonalvarez@counsel.lacounty.gov; bvoatis@aclu-sdic.org; bbolt@immdef.org; cbergquist@chirla.org; akwon@aclusocal.org; Beck, Daniel (USACAC) <Daniel.Beck@usdoj.gov>; daniel.levin@mto.com; david.fry@mto.com; dennis.ojogho@doj.ca.gov; dianasanchez@aclusocal.org; Martin.Estrada@mto.com; eaguilasocho@farmworkerlaw.com; ebitran@aclusocal.org; gamato@publiccounsel.org; Helia Bidad <hbidad@heckerfink.com>; henry.shreffler@mto.com; hydee.feldsteinsoto@lacity.org; jacob.kreilkamp@mto.com; jamie.luma@mto.com; Zubata, Jason K. (CIV) <Jason.K.Zubata@usdoj.gov>; jesse.basbaum@doj.ca.gov; jessica@ndlon.org; jin.niu@mto.com; john.schwab@mto.com; Hauenschild, Jonathon (CRT) <Jonathon.Hauenschild@usdoj.gov>; Joshua@democracydefenders.org; kaysie.gonzalez@mto.com; kyle.groves@mto.com; laura.perrystone@mto.com; lauren.kuhn@mto.com; lwilfong@ndlon.org; lcampos@counsel.lacounty.gov; Mack E. Jenkins <mjenkins@heckerfink.com>; maggie.bushell@mto.com; maria.cousineau@lacity.org; mmartinez@farmworkerlaw.com; mrosenbaum@publiccounsel.org; mjoachin@aclusocal.org; mike.dundas@lacity.org; mbagneris@cityofpasadena.net; mtajsar@aclusocal.org; Safavi, Nancy (CIV) <Nancy.Safavi@usdoj.gov>; ntinkham@counsel.lacounty.gov; Norman@democracydefenders.org; Alarcon, Pauline (USACAC) <Pauline.Alarcon@usdoj.gov>; randall.sommer@lacity.org; rebecca.hansen@mto.com; rbrown@publiccounsel.org; rmahajan@publiccounsel.org; bobby.kim@mto.com; Chapman, Ryan (USACAC) <Ryan.Chapman@usdoj.gov>; Sahil.Alim@mto.com; sara.worth@mto.com; Skedzielewski, Sean (CIV) <Sean.Skedzielewski@usdoj.gov>; shubhra.shivpuri@lacity.org; Stacy@tolchinimmigration.com; spadilla@aclusocal.org; Groff, Stephanie L. (CIV) <Stephanie.L.Groff@usdoj.gov>; Steve@democracydefenders.org; Davis, Tiberius (CIV) <Tiberius.Davis@usdoj.gov>; Myczkowska, Tola M (CIV) <Tola.M.Myczkowska@usdoj.gov>; valerie.flores@lacity.org; roman.leal@mto.com; grace.davisfisher@mto.com; wendy.xiao@mto.com
**Subject:** RE: Vasquez Perdomo v. Noem - No. 25 Civ. 5605 (C.D. Cal.)

> This email was sent from outside the Firm.

Hi Annie:

I am contacting you to let you know that although ICE is diligently working on this at this moment, it is not likely to have answers ready by 8 tonight. We understand you want answers quickly, and are working to get answers to you tonight if possible and, if not, as early as possible tomorrow morning. Defendants are very aware of the urgency of this situation and are treating this matter as such.

Thank you,
Jonathan

---

**From:** Robbins, Jonathan A. (CIV)
**Sent:** Wednesday, April 8, 2026 11:47 AM
**To:** 'Annie O'Toole' <aotoole@heckerfink.com>; Bashyrov, Jacob (CIV) <Jacob.Bashyrov@usdoj.gov>; Matthew Craig <mcraig@heckerfink.com>
**Cc:** awong@aclusocal.org; Farrell, Alexander (USACAC) <Alexander.Farrell@usdoj.gov>; asteffel@immdef.org; ahuerta@immdef.org; asavage@publiccounsel.org; aaaronian@cityofpasadena.net; Angela.Uribe@mto.com; DeSimone, Aniello (CIV) <Aniello.DeSimone@usdoj.gov>; alai@law.uci.edu; Ian Robertson <irobertson@heckerfink.com>; aflee@cityofpasadena.net; athena@athenaroussoslaw.com; BBernwanger@aclunc.org; bgreesonalvarez@counsel.lacounty.gov; bvoatis@aclu-sdic.org; bbolt@immdef.org; cbergquist@chirla.org; akwon@aclusocal.org; Beck, Daniel (USACAC) <Daniel.Beck@usdoj.gov>; daniel.levin@mto.com; david.fry@mto.com; dennis.ojogho@doj.ca.gov; dianasanchez@aclusocal.org; Martin.Estrada@mto.com; eaguilasocho@farmworkerlaw.com; ebitran@aclusocal.org; gamato@publiccounsel.org; Helia Bidad <hbidad@heckerfink.com>; henry.shreffler@mto.com; hydee.feldsteinsoto@lacity.org; jacob.kreilkamp@mto.com; jamie.luma@mto.com; Zubata, Jason K. (CIV)

<Jason.K.Zubata@usdoj.gov>; jesse.basbaum@doj.ca.gov; jessica@ndlon.org; jin.niu@mto.com; john.schwab@mto.com; Hauenschild, Jonathon (CRT) <Jonathon.Hauenschild@usdoj.gov>; Joshua@democracydefenders.org; kaysie.gonzalez@mto.com; kyle.groves@mto.com; laura.perrystone@mto.com; lauren.kuhn@mto.com; lwilfong@ndlon.org; lcampos@counsel.lacounty.gov; Mack E. Jenkins <mjenkins@heckerfink.com>; maggie.bushell@mto.com; maria.cousineau@lacity.org; mmartinez@farmworkerlaw.com; mrosenbaum@publiccounsel.org; mjoachin@aclusocal.org; mike.dundas@lacity.org; mbagneris@cityofpasadena.net; mtajsar@aclusocal.org; Safavi, Nancy (CIV) <Nancy.Safavi@usdoj.gov>; ntinkham@counsel.lacounty.gov; Norman@democracydefenders.org; Alarcon, Pauline (USACAC) <Pauline.Alarcon@usdoj.gov>; randall.sommer@lacity.org; rebecca.hansen@mto.com; rbrown@publiccounsel.org; rmahajan@publiccounsel.org; bobby.kim@mto.com; Chapman, Ryan (USACAC) <Ryan.Chapman@usdoj.gov>; Sahil.Alim@mto.com; sara.worth@mto.com; Skedzielewski, Sean (CIV) <Sean.Skedzielewski@usdoj.gov>; shubhra.shivpuri@lacity.org; Stacy@tolchinimmigration.com; spadilla@aclusocal.org; Groff, Stephanie L. (CIV) <Stephanie.L.Groff@usdoj.gov>; Steve@democracydefenders.org; Davis, Tiberius (CIV) <Tiberius.Davis@usdoj.gov>; Myczkowska, Tola M (CIV) <Tola.M.Myczkowska@usdoj.gov>; valerie.flores@lacity.org; roman.leal@mto.com; grace.davisfisher@mto.com; wendy.xiao@mto.com
**Subject:** RE: Vasquez Perdomo v. Noem - No. 25 Civ. 5605 (C.D. Cal.)

Annie:

Yes, we have already been in contact with the agency to run down the answers to your inquiries in the email.

Thanks,
Jonathan

---

**From:** Annie O'Toole <aotoole@heckerfink.com>
**Sent:** Wednesday, April 8, 2026 11:25 AM
**To:** Bashyrov, Jacob (CIV) <Jacob.Bashyrov@usdoj.gov>; Matthew Craig <mcraig@heckerfink.com>; Robbins, Jonathan A. (CIV) <Jonathan.A.Robbins@usdoj.gov>
**Cc:** awong@aclusocal.org; Farrell, Alexander (USACAC) <Alexander.Farrell@usdoj.gov>; asteffel@immdef.org; ahuerta@immdef.org; asavage@publiccounsel.org; aaaronian@cityofpasadena.net; Angela.Uribe@mto.com; DeSimone, Aniello (CIV) <Aniello.DeSimone@usdoj.gov>; alai@law.uci.edu; Ian Robertson <irobertson@heckerfink.com>; aflee@cityofpasadena.net; athena@athenaroussoslaw.com; BBernwanger@aclunc.org; bgreesonalvarez@counsel.lacounty.gov; bvoatis@aclu-sdic.org; bbolt@immdef.org; cbergquist@chirla.org; akwon@aclusocal.org; Beck, Daniel (USACAC) <Daniel.Beck@usdoj.gov>; daniel.levin@mto.com; david.fry@mto.com; dennis.ojogho@doj.ca.gov; dianasanchez@aclusocal.org; Martin.Estrada@mto.com; eaguilasocho@farmworkerlaw.com; ebitran@aclusocal.org; gamato@publiccounsel.org; Helia Bidad <hbidad@heckerfink.com>; henry.shreffler@mto.com; hydee.feldsteinsoto@lacity.org; jacob.kreilkamp@mto.com; jamie.luma@mto.com; Zubata, Jason K. (CIV) <Jason.K.Zubata@usdoj.gov>; jesse.basbaum@doj.ca.gov; jessica@ndlon.org; jin.niu@mto.com; john.schwab@mto.com; Hauenschild, Jonathon (CRT) <Jonathon.Hauenschild@usdoj.gov>; Joshua@democracydefenders.org; kaysie.gonzalez@mto.com; kyle.groves@mto.com; laura.perrystone@mto.com; lauren.kuhn@mto.com; lwilfong@ndlon.org; lcampos@counsel.lacounty.gov; Mack E. Jenkins <mjenkins@heckerfink.com>; maggie.bushell@mto.com; maria.cousineau@lacity.org; mmartinez@farmworkerlaw.com; mrosenbaum@publiccounsel.org; mjoachin@aclusocal.org; mike.dundas@lacity.org; mbagneris@cityofpasadena.net; mtajsar@aclusocal.org; Safavi, Nancy (CIV) <Nancy.Safavi@usdoj.gov>; ntinkham@counsel.lacounty.gov; Norman@democracydefenders.org; Alarcon, Pauline (USACAC) <Pauline.Alarcon@usdoj.gov>; randall.sommer@lacity.org; rebecca.hansen@mto.com; rbrown@publiccounsel.org; rmahajan@publiccounsel.org; bobby.kim@mto.com; Chapman, Ryan (USACAC) <Ryan.Chapman@usdoj.gov>; Sahil.Alim@mto.com; sara.worth@mto.com; Skedzielewski, Sean (CIV) <Sean.Skedzielewski@usdoj.gov>; shubhra.shivpuri@lacity.org; Stacy@tolchinimmigration.com; spadilla@aclusocal.org; Groff, Stephanie L. (CIV) <Stephanie.L.Groff@usdoj.gov>; Steve@democracydefenders.org; Davis, Tiberius (CIV) <Tiberius.Davis@usdoj.gov>; Myczkowska, Tola M (CIV) <Tola.M.Myczkowska@usdoj.gov>; valerie.flores@lacity.org; roman.leal@mto.com; grace.davisfisher@mto.com; wendy.xiao@mto.com
**Subject:** [EXTERNAL] RE: Vasquez Perdomo v. Noem - No. 25 Civ. 5605 (C.D. Cal.)

**Jonathan Robbins** and **Jason Zubata**, could you please assist in providing the requested information by **5:00 PM PT today**?

We received an out of office message from Jacob last night, stating that if immediate assistance is needed in *Perdomo*, we should reach out to you both.

Thanks,
Annie

**Annie O'Toole | Hecker Fink LLP**
Counsel
1150 S Olive St | 10th Floor
Los Angeles, CA 90015
(W) 929.458.6486 | (M) 347.712.2497
aotoole@heckerfink.com

---

**From:** Annie O'Toole
**Sent:** Tuesday, April 7, 2026 10:29 PM
**To:** 'Bashyrov, Jacob (CIV)' <Jacob.Bashyrov@usdoj.gov>; Matthew Craig <mcraig@heckerfink.com>; Robbins, Jonathan A. (CIV) <Jonathan.A.Robbins@usdoj.gov>
**Cc:** awong@aclusocal.org; Farrell, Alexander (USACAC) <Alexander.Farrell@usdoj.gov>; asteffel@immdef.org; ahuerta@immdef.org; asavage@publiccounsel.org; aaaronian@cityofpasadena.net; Angela.Uribe@mto.com; DeSimone, Aniello (CIV) <Aniello.DeSimone@usdoj.gov>; alai@law.uci.edu; Ian Robertson <irobertson@heckerfink.com>; aflee@cityofpasadena.net; athena@athenaroussoslaw.com; BBernwanger@aclunc.org; bgreesonalvarez@counsel.lacounty.gov; bvoatis@aclu-sdic.org; bbolt@immdef.org; cbergquist@chirla.org; akwon@aclusocal.org; Beck, Daniel (USACAC) <Daniel.Beck@usdoj.gov>; daniel.levin@mto.com; david.fry@mto.com; dennis.ojogho@doj.ca.gov; dianasanchez@aclusocal.org; Martin.Estrada@mto.com; eaguilasocho@farmworkerlaw.com; ebitran@aclusocal.org; gamato@publiccounsel.org; Helia Bidad <hbidad@heckerfink.com>; henry.shreffler@mto.com; hydee.feldsteinsoto@lacity.org; jacob.kreilkamp@mto.com; jamie.luma@mto.com; Zubata, Jason K. (CIV) <Jason.K.Zubata@usdoj.gov>; jesse.basbaum@doj.ca.gov; jessica@ndlon.org; jin.niu@mto.com; john.schwab@mto.com; Hauenschild, Jonathon (CRT) <Jonathon.Hauenschild@usdoj.gov>; Joshua@democracydefenders.org; kaysie.gonzalez@mto.com; kyle.groves@mto.com; laura.perrystone@mto.com; lauren.kuhn@mto.com; lwilfong@ndlon.org; lcampos@counsel.lacounty.gov; Mack E. Jenkins <mjenkins@heckerfink.com>; maggie.bushell@mto.com; maria.cousineau@lacity.org; mmartinez@farmworkerlaw.com; mrosenbaum@publiccounsel.org; mjoachin@aclusocal.org; mike.dundas@lacity.org; mbagneris@cityofpasadena.net; mtajsar@aclusocal.org; Safavi, Nancy (CIV) <Nancy.Safavi@usdoj.gov>; ntinkham@counsel.lacounty.gov; Norman@democracydefenders.org; Alarcon, Pauline (USACAC) <Pauline.Alarcon@usdoj.gov>; randall.sommer@lacity.org; rebecca.hansen@mto.com; rbrown@publiccounsel.org; rmahajan@publiccounsel.org; bobby.kim@mto.com; Chapman, Ryan (USACAC) <Ryan.Chapman@usdoj.gov>; Sahil.Alim@mto.com; sara.worth@mto.com; Skedzielewski, Sean (CIV) <Sean.Skedzielewski@usdoj.gov>; shubhra.shivpuri@lacity.org; Stacy@tolchinimmigration.com; spadilla@aclusocal.org; Groff, Stephanie L. (CIV) <Stephanie.L.Groff@usdoj.gov>; Steve@democracydefenders.org; Davis, Tiberius (CIV) <Tiberius.Davis@usdoj.gov>; Myczkowska, Tola M (CIV) <Tola.M.Myczkowska@usdoj.gov>; valerie.flores@lacity.org; roman.leal@mto.com; grace.davisfisher@mto.com; wendy.xiao@mto.com
**Subject:** RE: Vasquez Perdomo v. Noem - No. 25 Civ. 5605 (C.D. Cal.)

Jacob,

This new information is extremely concerning. Defendants have previously represented to Plaintiffs that they are complying with their preservation obligations, including with respect to preservation of video footage from B-18. It is now clear that this was not true and that evidence critical to claims in this litigation—and your clients' compliance with the Court's temporary restraining order and preliminary injunction—may have been permanently destroyed.

As you know, Defendants are obligated to preserve all relevant evidence, and there is no question that this obligation extends to video footage from inside and around B-18. Preservation obligations are not excused because a party's existing technology is set up to autodelete or overwrite discoverable data. Even still, if Defendants had concerns about their ability to comply with the preservation request, they should have raised them after the Complaint was filed and/or after receiving the September 12, 2025 preservation letter, not many months later once the data was already destroyed.

Given these extraordinary developments, the risk that Defendants are continuing to destroy critical evidence, and the fact that Defendants still have not provided answers to basic questions from our March 25 letter, we request complete responses to the following by **no later than 5:00 PM (PT) tomorrow, April 8**:

- Please (a) confirm that Defendants are now taking measures to suspend the automatic deletion and/or overwriting of video footage from video cameras inside and around B-18, including video cameras in the possession, custody, or control of any non-party agencies or officials of the U.S. government; (b) describe the measures that Defendants have taken and the dates on which those measures were taken; (c) provide the dates for which ICE currently has video footage; and (d) state whether the remaining footage has been transferred to an external storage device to ensure it is not overwritten by new footage.

- Please provide (a) a list of all individuals and entities with possession, custody, or control of video cameras inside and/or around B-18 that received a litigation hold in connection with this litigation; (b) the date on which the litigation hold was provided; and (c) whether the litigation hold included a request to preserve video footage from video cameras inside and around B-18.

- Please state what information counsel for Defendants possessed regarding the deletion and/or overwriting of video footage at B-18 when, on February 23, 2026, you proposed an edit to the provision of the draft ESI protocol that spoke to the preservation of such video footage.

Best,
Annie O'Toole

**Annie O'Toole | Hecker Fink LLP**
Counsel
1150 S Olive St | 10th Floor
Los Angeles, CA 90015
(W) 929.458.6486 | (M) 347.712.2497
aotoole@heckerfink.com

---

**From:** Bashyrov, Jacob (CIV) <Jacob.Bashyrov@usdoj.gov>
**Sent:** Tuesday, April 7, 2026 8:31 AM
**To:** Annie O'Toole <aotoole@heckerfink.com>; Matthew Craig <mcraig@heckerfink.com>; Robbins, Jonathan A. (CIV) <Jonathan.A.Robbins@usdoj.gov>
**Cc:** awong@aclusocal.org; Farrell, Alexander (USACAC) <Alexander.Farrell@usdoj.gov>; asteffel@immdef.org; ahuerta@immdef.org; asavage@publiccounsel.org; aaaronian@cityofpasadena.net; Angela.Uribe@mto.com; DeSimone, Aniello (CIV) <Aniello.DeSimone@usdoj.gov>; alai@law.uci.edu; Ian Robertson <irobertson@heckerfink.com>; aflee@cityofpasadena.net; athena@athenaroussoslaw.com; BBernwanger@aclunc.org; bgreesonalvarez@counsel.lacounty.gov; bvoatis@aclu-sdic.org; bbolt@immdef.org; cbergquist@chirla.org; akwon@aclusocal.org; Beck, Daniel (USACAC) <Daniel.Beck@usdoj.gov>; daniel.levin@mto.com; david.fry@mto.com; dennis.ojogho@doj.ca.gov; dianasanchez@aclusocal.org; Martin.Estrada@mto.com; eaguilasocho@farmworkerlaw.com; ebitran@aclusocal.org; gamato@publiccounsel.org; Helia Bidad <hbidad@heckerfink.com>; henry.shreffler@mto.com; hydee.feldsteinsoto@lacity.org; jacob.kreilkamp@mto.com; jamie.luma@mto.com; Zubata, Jason K. (CIV) <Jason.K.Zubata@usdoj.gov>; jesse.basbaum@doj.ca.gov; jessica@ndlon.org; jin.niu@mto.com; john.schwab@mto.com;

Hauenschild, Jonathon (CRT) <Jonathon.Hauenschild@usdoj.gov>; shua@democracydefenders.org;
kaysie.gonzalez@mto.com; kyle.groves@mto.com; laura.perrystone@mto.com; lauren.kuhn@mto.com; lwilfong@ndlon.org;
lcampos@counsel.lacounty.gov; Mack E. Jenkins <mjenkins@heckerfink.com>; maggie.bushell@mto.com;
maria.cousineau@lacity.org; mmartinez@farmworkerlaw.com; mrosenbaum@publiccounsel.org; mjoachin@aclusocal.org;
mike.dundas@lacity.org; mbagneris@cityofpasadena.net; mtajsar@aclusocal.org; Safavi, Nancy (CIV)
<Nancy.Safavi@usdoj.gov>; ntinkham@counsel.lacounty.gov; Norman@democracydefenders.org; Alarcon, Pauline (USACAC)
<Pauline.Alarcon@usdoj.gov>; randall.sommer@lacity.org; rebecca.hansen@mto.com; rbrown@publiccounsel.org;
rmahajan@publiccounsel.org; bobby.kim@mto.com; Chapman, Ryan (USACAC) <Ryan.Chapman@usdoj.gov>;
Sahil.Alim@mto.com; sara.worth@mto.com; Skedzielewski, Sean (CIV) <Sean.Skedzielewski@usdoj.gov>;
shubhra.shivpuri@lacity.org; Stacy@tolchinimmigration.com; spadilla@aclusocal.org; Groff, Stephanie L. (CIV)
<Stephanie.L.Groff@usdoj.gov>; Steve@democracydefenders.org; Davis, Tiberius (CIV) <Tiberius.Davis@usdoj.gov>;
Myczkowska, Tola M (CIV) <Tola.M.Myczkowska@usdoj.gov>; valerie.flores@lacity.org; roman.leal@mto.com;
grace.davisfisher@mto.com; wendy.xiao@mto.com
**Subject:** RE: Vasquez Perdomo v. Noem - No. 25 Civ. 5605 (C.D. Cal.)

This email was sent from outside the Firm.

Good morning,

I hope that this email finds you well. Yesterday, April 6, 2026, ICE responded to Plaintiffs' request and provide us with the following information.  As an initial matter, ICE informed us that they do not have custody and control over all cameras near B-18 holding facility and at the Los Angeles Federal Building. ICE informed us that it only owns and operates all cameras within the B-18 holding facility and the entrances to the facility. Next, ICE informed us that due to the technical limitations within ICE's surveillance system at and near B-18, camera footage is only saved within the surveillance system for no more than 30 days on average before the system reaches its storage capacity.  Once the system reaches its storage capacity, it automatically re-records new data over the previous data.  Therefore, the previous footage is re-written over which severely limits the possibility of recovering the previous information. This is an automated component of the surveillance system that, unfortunately, cannot be manually turned off or changed. We have requested more information from the agency concerning the video/monitoring system and will forward that information when it is received.

Thank you,

Jacob A. Bashyrov
Trial Attorney
Office of Immigration Litigation
U.S. Department of Justice, Civil Division
P.O. Box 878, Ben Franklin Station
Washington, D.C. 20044
Ph: (202) 598-0919
Jacob.Bashyrov@usdoj.gov

---

**From:** Annie O'Toole <aotoole@heckerfink.com>
**Sent:** Monday, April 6, 2026 10:45 PM
**To:** Bashyrov, Jacob (CIV) <Jacob.Bashyrov@usdoj.gov>; Matthew Craig <mcraig@heckerfink.com>; Robbins, Jonathan A. (CIV)

<Jonathan.A.Robbins@usdoj.gov>
**Cc:** awong@aclusocal.org; Farrell, Alexander (USACAC) <Alexander.Farrell@usdoj.gov>; asteffel@immdef.org; ahuerta@immdef.org; asavage@publiccounsel.org; aaaronian@cityofpasadena.net; Angela.Uribe@mto.com; DeSimone, Aniello (CIV) <Aniello.DeSimone@usdoj.gov>; alai@law.uci.edu; Ian Robertson <irobertson@heckerfink.com>; aflee@cityofpasadena.net; athena@athenaroussoslaw.com; BBernwanger@aclunc.org; bgreesonalvarez@counsel.lacounty.gov; bvoatis@aclu-sdic.org; bbolt@immdef.org; cbergquist@chirla.org; akwon@aclusocal.org; Beck, Daniel (USACAC) <Daniel.Beck@usdoj.gov>; daniel.levin@mto.com; david.fry@mto.com; dennis.ojogho@doj.ca.gov; dianasanchez@aclusocal.org; Martin.Estrada@mto.com; eaguilasocho@farmworkerlaw.com; ebitran@aclusocal.org; gamato@publiccounsel.org; Helia Bidad <hbidad@heckerfink.com>; henry.shreffler@mto.com; hydee.feldsteinsoto@lacity.org; jacob.kreilkamp@mto.com; jamie.luma@mto.com; Zubata, Jason K. (CIV) <Jason.K.Zubata@usdoj.gov>; jesse.basbaum@doj.ca.gov; jessica@ndlon.org; jin.niu@mto.com; john.schwab@mto.com; Hauenschild, Jonathon (CRT) <Jonathon.Hauenschild@usdoj.gov>; Joshua@democracydefenders.org; kaysie.gonzalez@mto.com; kyle.groves@mto.com; laura.perrystone@mto.com; lauren.kuhn@mto.com; lwilfong@ndlon.org; lcampos@counsel.lacounty.gov; Mack E. Jenkins <mjenkins@heckerfink.com>; maggie.bushell@mto.com; maria.cousineau@lacity.org; mmartinez@farmworkerlaw.com; mrosenbaum@publiccounsel.org; mjoachin@aclusocal.org; mike.dundas@lacity.org; mbagneris@cityofpasadena.net; mtajsar@aclusocal.org; Safavi, Nancy (CIV) <Nancy.Safavi@usdoj.gov>; ntinkham@counsel.lacounty.gov; Norman@democracydefenders.org; Alarcon, Pauline (USACAC) <Pauline.Alarcon@usdoj.gov>; randall.sommer@lacity.org; rebecca.hansen@mto.com; rbrown@publiccounsel.org; rmahajan@publiccounsel.org; bobby.kim@mto.com; Chapman, Ryan (USACAC) <Ryan.Chapman@usdoj.gov>; Sahil.Alim@mto.com; sara.worth@mto.com; Skedzielewski, Sean (CIV) <Sean.Skedzielewski@usdoj.gov>; shubhra.shivpuri@lacity.org; Stacy@tolchinimmigration.com; spadilla@aclusocal.org; Groff, Stephanie L. (CIV) <Stephanie.L.Groff@usdoj.gov>; Steve@democracydefenders.org; Davis, Tiberius (CIV) <Tiberius.Davis@usdoj.gov>; Myczkowska, Tola M (CIV) <Tola.M.Myczkowska@usdoj.gov>; valerie.flores@lacity.org; roman.leal@mto.com; grace.davisfisher@mto.com; wendy.xiao@mto.com
**Subject:** [EXTERNAL] RE: Vasquez Perdomo v. Noem - No. 25 Civ. 5605 (C.D. Cal.)

Jacob,

When is "soon" and why are you able to email us to state that you "cannot respond today because it is afterhours" but not able to send us the information you received? Since you have the information in hand that we have requested—a substantive update from the agency concerning the cameras—you should provide it to us today. We cannot continue to stay tuned to wait for a response while critical information regarding the government's violations of individuals' constitutional rights may be actively being destroyed.

**Annie O'Toole | Hecker Fink LLP**
Counsel
1150 S Olive St | 10th Floor
Los Angeles, CA 90015
(W) 929.458.6486 | (M) 347.712.2497
aotoole@heckerfink.com

---

**From:** Bashyrov, Jacob (CIV) <Jacob.Bashyrov@usdoj.gov>
**Sent:** Monday, April 6, 2026 7:04 PM
**To:** Annie O'Toole <aotoole@heckerfink.com>; Matthew Craig <mcraig@heckerfink.com>; Robbins, Jonathan A. (CIV) <Jonathan.A.Robbins@usdoj.gov>
**Cc:** awong@aclusocal.org; Farrell, Alexander (USACAC) <Alexander.Farrell@usdoj.gov>; asteffel@immdef.org; ahuerta@immdef.org; asavage@publiccounsel.org; aaaronian@cityofpasadena.net; Angela.Uribe@mto.com; DeSimone, Aniello (CIV) <Aniello.DeSimone@usdoj.gov>; alai@law.uci.edu; Ian Robertson <irobertson@heckerfink.com>; aflee@cityofpasadena.net; athena@athenaroussoslaw.com; BBernwanger@aclunc.org; bgreesonalvarez@counsel.lacounty.gov; bvoatis@aclu-sdic.org; bbolt@immdef.org; cbergquist@chirla.org; akwon@aclusocal.org; Beck, Daniel (USACAC) <Daniel.Beck@usdoj.gov>; daniel.levin@mto.com; david.fry@mto.com; dennis.ojogho@doj.ca.gov; dianasanchez@aclusocal.org; Martin.Estrada@mto.com; eaguilasocho@farmworkerlaw.com; ebitran@aclusocal.org; gamato@publiccounsel.org; Helia Bidad <hbidad@heckerfink.com>; henry.shreffler@mto.com;

9

hydee.feldsteinsoto@lacity.org; jacob.kreilkamp@mto.com; jamie.luma@mto.com; Zubata, Jason K. (CIV) <Jason.K.Zubata@usdoj.gov>; jesse.basbaum@doj.ca.gov; jessica@ndlon.org; jin.niu@mto.com; john.schwab@mto.com; Hauenschild, Jonathon (CRT) <Jonathon.Hauenschild@usdoj.gov>; Joshua@democracydefenders.org; kaysie.gonzalez@mto.com; kyle.groves@mto.com; laura.perrystone@mto.com; lauren.kuhn@mto.com; lwilfong@ndlon.org; lcampos@counsel.lacounty.gov; Mack E. Jenkins <mjenkins@heckerfink.com>; maggie.bushell@mto.com; maria.cousineau@lacity.org; mmartinez@farmworkerlaw.com; mrosenbaum@publiccounsel.org; mjoachin@aclusocal.org; mike.dundas@lacity.org; mbagneris@cityofpasadena.net; mtajsar@aclusocal.org; Safavi, Nancy (CIV) <Nancy.Safavi@usdoj.gov>; ntinkham@counsel.lacounty.gov; Norman@democracydefenders.org; Alarcon, Pauline (USACAC) <Pauline.Alarcon@usdoj.gov>; randall.sommer@lacity.org; rebecca.hansen@mto.com; rbrown@publiccounsel.org; rmahajan@publiccounsel.org; bobby.kim@mto.com; Chapman, Ryan (USACAC) <Ryan.Chapman@usdoj.gov>; Sahil.Alim@mto.com; sara.worth@mto.com; Skedzielewski, Sean (CIV) <Sean.Skedzielewski@usdoj.gov>; shubhra.shivpuri@lacity.org; Stacy@tolchinimmigration.com; spadilla@aclusocal.org; Groff, Stephanie L. (CIV) <Stephanie.L.Groff@usdoj.gov>; Steve@democracydefenders.org; Davis, Tiberius (CIV) <Tiberius.Davis@usdoj.gov>; Myczkowska, Tola M (CIV) <Tola.M.Myczkowska@usdoj.gov>; valerie.flores@lacity.org; roman.leal@mto.com; grace.davisfisher@mto.com; wendy.xiao@mto.com

**Subject:** RE: Vasquez Perdomo v. Noem - No. 25 Civ. 5605 (C.D. Cal.)

This email was sent from outside the Firm.

Greetings,

We just received an update from the agency concerning the cameras, which we are reviewing.  We cannot respond today because it is afterhours but expect a response soon.   Please, stay tuned.

Thank you and have a good night,

Jacob A. Bashyrov
Trial Attorney
Office of Immigration Litigation
U.S. Department of Justice, Civil Division
P.O. Box 878, Ben Franklin Station
Washington, D.C. 20044
Ph: (202) 598-0919
Jacob.Bashyrov@usdoj.gov

---

**From:** Annie O'Toole <aotoole@heckerfink.com>
**Sent:** Wednesday, April 1, 2026 12:57 PM
**To:** Bashyrov, Jacob (CIV) <Jacob.Bashyrov@usdoj.gov>; Matthew Craig <mcraig@heckerfink.com>; Robbins, Jonathan A. (CIV) <Jonathan.A.Robbins@usdoj.gov>
**Cc:** awong@aclusocal.org; Farrell, Alexander (USACAC) <Alexander.Farrell@usdoj.gov>; asteffel@immdef.org; ahuerta@immdef.org; asavage@publiccounsel.org; aaaronian@cityofpasadena.net; Angela.Uribe@mto.com; DeSimone, Aniello (CIV) <Aniello.DeSimone@usdoj.gov>; alai@law.uci.edu; Ian Robertson <irobertson@heckerfink.com>; aflee@cityofpasadena.net; athena@athenaroussoslaw.com; BBernwanger@aclunc.org; bgreesonalvarez@counsel.lacounty.gov; bvoatis@aclu-sdic.org; bbolt@immdef.org; cbergquist@chirla.org; akwon@aclusocal.org; Beck, Daniel (USACAC) <Daniel.Beck@usdoj.gov>; daniel.levin@mto.com; david.fry@mto.com; dennis.ojogho@doj.ca.gov; dianasanchez@aclusocal.org; Martin.Estrada@mto.com; eaguilasocho@farmworkerlaw.com; ebitran@aclusocal.org; gamato@publiccounsel.org; Helia Bidad <hbidad@heckerfink.com>; henry.shreffler@mto.com; hydee.feldsteinsoto@lacity.org; jacob.kreilkamp@mto.com; jamie.luma@mto.com; Zubata, Jason K. (CIV) <Jason.K.Zubata@usdoj.gov>; jesse.basbaum@doj.ca.gov; jessica@ndlon.org; jin.niu@mto.com; john.schwab@mto.com;

Hauenschild, Jonathon (CRT) <Jonathon.Hauenschild@usdoj.gov>; Joshua@democracydefenders.org; kaysie.gonzalez@mto.com; kyle.groves@mto.com; laura.perrystone@mto.com; lauren.kuhn@mto.com; lwilfong@ndlon.org; lcampos@counsel.lacounty.gov; Mack E. Jenkins <mjenkins@heckerfink.com>; maggie.bushell@mto.com; maria.cousineau@lacity.org; mmartinez@farmworkerlaw.com; mrosenbaum@publiccounsel.org; mjoachin@aclusocal.org; mike.dundas@lacity.org; mbagneris@cityofpasadena.net; mtajsar@aclusocal.org; Safavi, Nancy (CIV) <Nancy.Safavi@usdoj.gov>; ntinkham@counsel.lacounty.gov; Norman@democracydefenders.org; Alarcon, Pauline (USACAC) <Pauline.Alarcon@usdoj.gov>; randall.sommer@lacity.org; rebecca.hansen@mto.com; rbrown@publiccounsel.org; rmahajan@publiccounsel.org; bobby.kim@mto.com; Chapman, Ryan (USACAC) <Ryan.Chapman@usdoj.gov>; Sahil.Alim@mto.com; sara.worth@mto.com; Skedzielewski, Sean (CIV) <Sean.Skedzielewski@usdoj.gov>; shubhra.shivpuri@lacity.org; Stacy@tolchinimmigration.com; spadilla@aclusocal.org; Groff, Stephanie L. (CIV) <Stephanie.L.Groff@usdoj.gov>; Steve@democracydefenders.org; Davis, Tiberius (CIV) <Tiberius.Davis@usdoj.gov>; Myczkowska, Tola M (CIV) <Tola.M.Myczkowska@usdoj.gov>; valerie.flores@lacity.org; roman.leal@mto.com; grace.davisfisher@mto.com; wendy.xiao@mto.com

**Subject:** [EXTERNAL] RE: Vasquez Perdomo v. Noem - No. 25 Civ. 5605 (C.D. Cal.)

Jacob,

Thank you for checking back in and letting us know that you are working on it. Please provide a substantive response to our letter by Monday, April 6. Given the risk that critical information is not being preserved, we will need to escalate matters to the Court if we do not get more clarity on the issues we raised soon.

Best,
Annie O'Toole

**Annie O'Toole | Hecker Fink LLP**
Counsel
1150 S Olive St | 10th Floor
Los Angeles, CA 90015
(W) 929.458.6486 | (M) 347.712.2497
aotoole@heckerfink.com

---

**From:** Bashyrov, Jacob (CIV) <Jacob.Bashyrov@usdoj.gov>
**Sent:** Wednesday, April 1, 2026 9:39 AM
**To:** Matthew Craig <mcraig@heckerfink.com>; Robbins, Jonathan A. (CIV) <Jonathan.A.Robbins@usdoj.gov>
**Cc:** awong@aclusocal.org; Farrell, Alexander (USACAC) <Alexander.Farrell@usdoj.gov>; asteffel@immdef.org; ahuerta@immdef.org; asavage@publiccounsel.org; aaaronian@cityofpasadena.net; Angela.Uribe@mto.com; DeSimone, Aniello (CIV) <Aniello.DeSimone@usdoj.gov>; alai@law.uci.edu; Annie O'Toole <aotoole@heckerfink.com>; Ian Robertson <irobertson@heckerfink.com>; aflee@cityofpasadena.net; athena@athenaroussoslaw.com; BBernwanger@aclunc.org; bgreesonalvarez@counsel.lacounty.gov; bvoatis@aclu-sdic.org; bbolt@immdef.org; cbergquist@chirla.org; akwon@aclusocal.org; Beck, Daniel (USACAC) <Daniel.Beck@usdoj.gov>; daniel.levin@mto.com; david.fry@mto.com; dennis.ojogho@doj.ca.gov; dianasanchez@aclusocal.org; Martin.Estrada@mto.com; eaguilasocho@farmworkerlaw.com; ebitran@aclusocal.org; gamato@publiccounsel.org; Helia Bidad <hbidad@heckerfink.com>; henry.shreffler@mto.com; hydee.feldsteinsoto@lacity.org; jacob.kreilkamp@mto.com; jamie.luma@mto.com; Zubata, Jason K. (CIV) <Jason.K.Zubata@usdoj.gov>; jesse.basbaum@doj.ca.gov; jessica@ndlon.org; jin.niu@mto.com; john.schwab@mto.com; Hauenschild, Jonathon (CRT) <Jonathon.Hauenschild@usdoj.gov>; Joshua@democracydefenders.org; kaysie.gonzalez@mto.com; kyle.groves@mto.com; laura.perrystone@mto.com; lauren.kuhn@mto.com; lwilfong@ndlon.org; lcampos@counsel.lacounty.gov; Mack E. Jenkins <mjenkins@heckerfink.com>; maggie.bushell@mto.com; maria.cousineau@lacity.org; mmartinez@farmworkerlaw.com; mrosenbaum@publiccounsel.org; mjoachin@aclusocal.org; mike.dundas@lacity.org; mbagneris@cityofpasadena.net; mtajsar@aclusocal.org; Safavi, Nancy (CIV) <Nancy.Safavi@usdoj.gov>; ntinkham@counsel.lacounty.gov; Norman@democracydefenders.org; Alarcon, Pauline (USACAC) <Pauline.Alarcon@usdoj.gov>; randall.sommer@lacity.org; rebecca.hansen@mto.com; rbrown@publiccounsel.org; rmahajan@publiccounsel.org; bobby.kim@mto.com; Chapman, Ryan (USACAC) <Ryan.Chapman@usdoj.gov>; Sahil.Alim@mto.com; sara.worth@mto.com; Skedzielewski, Sean (CIV) <Sean.Skedzielewski@usdoj.gov>;

shubhra.shivpuri@lacity.org; Stacy@tolchinimmigration.com; spadilla@aclusocal.org; Groff, Stephanie L. (CIV) <Stephanie.L.Groff@usdoj.gov>; Steve@democracydefenders.org; Davis, Tiberius (CIV) <Tiberius.Davis@usdoj.gov>; Myczkowska, Tola M (CIV) <Tola.M.Myczkowska@usdoj.gov>; valerie.flores@lacity.org; roman.leal@mto.com; grace.davisfisher@mto.com; wendy.xiao@mto.com

**Subject:** RE: Vasquez Perdomo v. Noem - No. 25 Civ. 5605 (C.D. Cal.)

This email was sent from outside the Firm.

Greetings,

Update: Defendants are considering Plaintiffs' requests.  Please, stay tuned.

Have a wonderful day,

Jacob A. Bashyrov
Trial Attorney
Office of Immigration Litigation
U.S. Department of Justice, Civil Division
P.O. Box 878, Ben Franklin Station
Washington, D.C. 20044
Ph: (202) 598-0919
Jacob.Bashyrov@usdoj.gov

---

**From:** Bashyrov, Jacob (CIV)
**Sent:** Monday, March 30, 2026 4:42 PM
**To:** 'Matthew Craig' <mcraig@heckerfink.com>; Robbins, Jonathan A. (CIV) <Jonathan.A.Robbins@usdoj.gov>
**Cc:** awong@aclusocal.org; Farrell, Alexander (USACAC) <Alexander.Farrell@usdoj.gov>; asteffel@immdef.org; ahuerta@immdef.org; asavage@publiccounsel.org; aaaronian@cityofpasadena.net; Angela.Uribe@mto.com; DeSimone, Aniello (CIV) <Aniello.DeSimone@usdoj.gov>; alai@law.uci.edu; Annie O'Toole <aotoole@heckerfink.com>; Ian Robertson <irobertson@heckerfink.com>; aflee@cityofpasadena.net; athena@athenaroussoslaw.com; BBernwanger@aclunc.org; bgreesonalvarez@counsel.lacounty.gov; bvoatis@aclu-sdic.org; bbolt@immdef.org; cbergquist@chirla.org; akwon@aclusocal.org; Beck, Daniel (USACAC) <Daniel.Beck@usdoj.gov>; daniel.levin@mto.com; david.fry@mto.com; dennis.ojogho@doj.ca.gov; dianasanchez@aclusocal.org; Martin.Estrada@mto.com; eaguilasocho@farmworkerlaw.com; ebitran@aclusocal.org; gamato@publiccounsel.org; Helia Bidad <hbidad@heckerfink.com>; henry.shreffler@mto.com; hydee.feldsteinsoto@lacity.org; jacob.kreilkamp@mto.com; jamie.luma@mto.com; Zubata, Jason K. (CIV) <Jason.K.Zubata@usdoj.gov>; jesse.basbaum@doj.ca.gov; jessica@ndlon.org; jin.niu@mto.com; john.schwab@mto.com; Hauenschild, Jonathon (CRT) <Jonathon.Hauenschild@usdoj.gov>; Joshua@democracydefenders.org; kaysie.gonzalez@mto.com; kyle.groves@mto.com; laura.perrystone@mto.com; lauren.kuhn@mto.com; lwilfong@ndlon.org; lcampos@counsel.lacounty.gov; Mack E. Jenkins <mjenkins@heckerfink.com>; maggie.bushell@mto.com; maria.cousineau@lacity.org; mmartinez@farmworkerlaw.com; mrosenbaum@publiccounsel.org; mjoachin@aclusocal.org; mike.dundas@lacity.org; mbagneris@cityofpasadena.net; mtajsar@aclusocal.org; Safavi, Nancy (CIV) <Nancy.Safavi@usdoj.gov>; ntinkham@counsel.lacounty.gov; Norman@democracydefenders.org; Alarcon, Pauline (USACAC) <Pauline.Alarcon@usdoj.gov>; randall.sommer@lacity.org; rebecca.hansen@mto.com; rbrown@publiccounsel.org; rmahajan@publiccounsel.org; bobby.kim@mto.com; Chapman, Ryan (USACAC) <Ryan.Chapman@usdoj.gov>; Sahil.Alim@mto.com; sara.worth@mto.com; Skedzielewski, Sean (CIV) <Sean.Skedzielewski@usdoj.gov>; shubhra.shivpuri@lacity.org; Stacy@tolchinimmigration.com; spadilla@aclusocal.org; Groff, Stephanie L. (CIV) <Stephanie.L.Groff@usdoj.gov>; Steve@democracydefenders.org; Davis, Tiberius (CIV) <Tiberius.Davis@usdoj.gov>; Myczkowska, Tola M (CIV) <Tola.M.Myczkowska@usdoj.gov>; valerie.flores@lacity.org; roman.leal@mto.com; grace.davisfisher@mto.com; wendy.xiao@mto.com
**Subject:** RE: Vasquez Perdomo v. Noem - No. 25 Civ. 5605 (C.D. Cal.)

12

Greetings,

I hope that this email finds you well.  First, we would like to apologize for not acknowledging your email sooner. We have been attending to several pressing priorities in this case last week that required our immediate and undivided attention.  Second, we would like to inform you that your email with the attachments was forwarded to our client in the morning of March 26, 2026.

We appreciate your patience and understanding.  Please, know that we are now reviewing your correspondence and will follow up accordingly,

Best regards,

Jacob A. Bashyrov
Trial Attorney
Office of Immigration Litigation
U.S. Department of Justice, Civil Division
P.O. Box 878, Ben Franklin Station
Washington, D.C. 20044
Ph: (202) 598-0919
*Jacob.Bashyrov@usdoj.gov*

---

**From:** Matthew Craig <mcraig@heckerfink.com>
**Sent:** Wednesday, March 25, 2026 8:58 PM
**To:** Robbins, Jonathan A. (CIV) <Jonathan.A.Robbins@usdoj.gov>
**Cc:** awong@aclusocal.org; Farrell, Alexander (USACAC) <Alexander.Farrell@usdoj.gov>; asteffel@immdef.org; ahuerta@immdef.org; asavage@publiccounsel.org; aaaronian@cityofpasadena.net; Angela.Uribe@mto.com; DeSimone, Aniello (CIV) <Aniello.DeSimone@usdoj.gov>; alai@law.uci.edu; Annie O'Toole <aotoole@heckerfink.com>; Ian Robertson <irobertson@heckerfink.com>; aflee@cityofpasadena.net; athena@athenaroussoslaw.com; BBernwanger@aclunc.org; bgreesonalvarez@counsel.lacounty.gov; bvoatis@aclu-sdic.org; bbolt@immdef.org; cbergquist@chirla.org; akwon@aclusocal.org; Beck, Daniel (USACAC) <Daniel.Beck@usdoj.gov>; daniel.levin@mto.com; david.fry@mto.com; dennis.ojogho@doj.ca.gov; dianasanchez@aclusocal.org; Martin.Estrada@mto.com; eaguilasocho@farmworkerlaw.com; ebitran@aclusocal.org; gamato@publiccounsel.org; Helia Bidad <hbidad@heckerfink.com>; henry.shreffler@mto.com; hydee.feldsteinsoto@lacity.org; Bashyrov, Jacob (CIV) <Jacob.Bashyrov@usdoj.gov>; jacob.kreilkamp@mto.com; jamie.luma@mto.com; Zubata, Jason K. (CIV) <Jason.K.Zubata@usdoj.gov>; jesse.basbaum@doj.ca.gov; jessica@ndlon.org; jin.niu@mto.com; john.schwab@mto.com; Hauenschild, Jonathon (CRT) <Jonathon.Hauenschild@usdoj.gov>; Joshua@democracydefenders.org; kaysie.gonzalez@mto.com; kyle.groves@mto.com; laura.perrystone@mto.com; lauren.kuhn@mto.com; lwilfong@ndlon.org; lcampos@counsel.lacounty.gov; Mack E. Jenkins <mjenkins@heckerfink.com>; maggie.bushell@mto.com; maria.cousineau@lacity.org; mmartinez@farmworkerlaw.com; mrosenbaum@publiccounsel.org; Matthew Craig <mcraig@heckerfink.com>; mjoachin@aclusocal.org; mike.dundas@lacity.org; mbagneris@cityofpasadena.net; mtajsar@aclusocal.org; Safavi, Nancy (CIV) <Nancy.Safavi@usdoj.gov>; ntinkham@counsel.lacounty.gov; Norman@democracydefenders.org; Alarcon, Pauline (USACAC) <Pauline.Alarcon@usdoj.gov>; randall.sommer@lacity.org; rebecca.hansen@mto.com; rbrown@publiccounsel.org; rmahajan@publiccounsel.org; bobby.kim@mto.com; Chapman, Ryan (USACAC) <Ryan.Chapman@usdoj.gov>; Sahil.Alim@mto.com; sara.worth@mto.com; Skedzielewski, Sean (CIV) <Sean.Skedzielewski@usdoj.gov>; shubhra.shivpuri@lacity.org; Stacy@tolchinimmigration.com; spadilla@aclusocal.org; Groff, Stephanie L. (CIV) <Stephanie.L.Groff@usdoj.gov>; Steve@democracydefenders.org; Davis, Tiberius (CIV) <Tiberius.Davis@usdoj.gov>; Myczkowska, Tola M (CIV) <Tola.M.Myczkowska@usdoj.gov>; valerie.flores@lacity.org; roman.leal@mto.com; grace.davisfisher@mto.com; wendy.xiao@mto.com
**Subject:** [EXTERNAL] Vasquez Perdomo v. Noem - No. 25 Civ. 5605 (C.D. Cal.)

Counsel,

Please see the attached correspondence on behalf of the Access/Detention Plaintiffs concerning preservation of video evidence relating to B-18.

Regards,
Matt

**Matthew Craig | Hecker Fink LLP**
Partner
1150 S Olive St | 10th Floor
Los Angeles, CA 90015
(W) 929.294.2542 | (M) 646.719.7443
mcraig@heckerfink.com

*This email and its attachments may contain information that is confidential and/or protected from disclosure by the attorney-client, work product or other applicable legal privilege. If you are not the intended recipient of the email, please be aware that any unauthorized review, use, disclosure, dissemination, distribution, or copying of this communication, or any of its contents, is strictly prohibited. If you have received this communication in error, please notify the sender immediately and destroy all copies of the message from your computer system. Thank you.*

*This email and its attachments may contain information that is confidential and/or protected from disclosure by the attorney-client, work product or other applicable legal privilege. If you are not the intended recipient of the email, please be aware that any unauthorized review, use, disclosure, dissemination, distribution, or copying of this communication, or any of its contents, is strictly prohibited. If you have received this communication in error, please notify the sender immediately and destroy all copies of the message from your computer system. Thank you.*

*This email and its attachments may contain information that is confidential and/or protected from disclosure by the attorney-client, work product or other applicable legal privilege. If you are not the intended recipient of the email, please be aware that any unauthorized review, use, disclosure, dissemination, distribution, or copying of this communication, or any of its contents, is strictly prohibited. If you have received this communication in error, please notify the sender immediately and destroy all copies of the message from your computer system. Thank you.*

*This email and its attachments may contain information that is confidential and/or protected from disclosure by the attorney-client, work product or other applicable legal privilege. If you are not the intended recipient of the email, please be aware that any unauthorized review, use, disclosure, dissemination, distribution, or copying of this communication, or any of its contents, is strictly prohibited. If you have received this communication in error, please notify the sender immediately and destroy all copies of the message from your computer system. Thank you.*

*This email and its attachments may contain information that is confidential and/or protected from disclosure by the attorney-client, work product or other applicable legal privilege. If you are not the intended recipient of the email, please be aware that any unauthorized review, use, disclosure, dissemination, distribution, or copying of this communication, or any of its contents, is strictly prohibited. If you have received this communication in error, please notify the sender immediately and destroy all copies of the message from your computer system. Thank you.*