**UNITED STATES DISTRICT COURT**
**FOR THE CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| Pedro VASQUEZ PERDOMO, *et al.*, | Case No.: 2:25-cv-05605-MEMF-SP |
| Plaintiffs, | ***DISCOVERY MATTER*** |
| v. | **[PROPOSED] ORDER GRANTING PLAINTIFFS COALITION FOR HUMANE IMMIGRANT RIGHTS AND IMMIGRANT DEFENDERS LAW CENTER'S EX PARTE APPLICATION FOR PRESERVATION ORDER [ECF NO. 487]** |
| Kristi NOEM, in her official capacity as Secretary, Department of Homeland Security, *et al.*, | |
| Defendants. | |

On April 10, 2026, Plaintiffs Coalition for Humane Immigrant Rights and Immigrant Defenders Law Center (together, the "Access/Detention Plaintiffs") filed an *ex parte* application for a preservation order in this action.

The Access/Detention Plaintiffs request an order directing Defendants to preserve video footage inside and around the federal immigration detention facility located at 300 North Los Angeles Street, Los Angeles, CA 90012, known as "B-18."

The Court, having considered the Access/Detention Plaintiffs' application and finding good cause therefor, hereby GRANTS the application and ORDERS as follows:

1. Defendants shall immediately preserve all video footage from cameras inside and around B-18 in the custody and control of Defendants, and take all necessary technical measures to suspend the automatic deletion and/or overwriting of existing footage and retrieve any footage that may yet be recoverable, including but not limited to searching back-up drives and/or servers. Any existing footage shall be immediately transferred to and preserved on an external storage device.

2. Defendants shall immediately issue a litigation hold to all agencies and/or individuals with custody and/or control of video cameras inside or around B-18 located on the property of the Federal Building at 300 North Los Angeles Street, Los Angeles, CA 90012, directing that those agencies or individuals preserve video footage from those cameras, including by suspending any applicable retention policies that may result in the routine deletion of video footage.

3. Defendants shall certify to the Court compliance with the above-listed requirements no later than three days from the issuance of the Court's order on this *ex parte* application. Such certification shall include a list identifying all video cameras inside or around B-18 located on the property of the Federal Building by serial number or other unique identifier and stating the agency or individual with custody or control over each camera.

IT IS SO ORDERED.

Dated: April 10, 2026

_____
Hon. Sheri Pym
United States Magistrate Judge

2
[PROPOSED] ORDER