UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| PEDRO VASQUEZ PERDOMO, *et al.*, <br><br> Plaintiffs, <br><br> v. <br><br> MARKWAYNE MULLIN, in his official capacity as Secretary of Homeland Security, *et al.*, <br><br> Defendants. | ***DISCOVERY MATTER*** <br><br> No. 2:25-cv-05605-MEMF-SP <br><br> **[PROPOSED] ORDER GRANTING JOINT STIPULATION TO EXTEND CERTAIN PRODUCTION DEADLINES SET FORTH IN ECF NO. 486** <br><br> Hon. Maame Ewusi-Mensah Frimpong <br> United States District Judge <br><br> Referred to Hon. Sheri Pym <br> United States Magistrate Judge |

On March 13, 2026, the parties filed a stipulation to extend certain production deadlines set forth in ECF No. 486. The Court, having considered the parties' stipulation and finding good cause therefor, hereby GRANTS the stipulation and ORDERS as follows:

1. The deadline for Defendants to comply with the Order shall be extended from April 17, 2026, to May 15, 2026, with respect to the forensic imaging of government phones and production of responsive ESI collected from those

56145687.1                                          1

phones.  The deadline to image and produce all responsive materials from Gregory Bovino's government-issued devices shall be May 6, 2026.  The parties request that the stay of the Order, with respect to the imaging of government-phones other than the agreed-upon custodians, remain in place.

IT IS SO ORDERED.


Dated: _____, 2026                    _____

                                         HON. SHERI PYM

                                         United States Magistrate Judge

56145687.1                                      2