AO 458 (Rev. 06/09)  Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the

Central District of California

| | | |
|---|---|---|
| PEDRO VASQUEZ PERDOMO; et al. | ) | |
| *Plaintiff* | ) | |
| v. | ) | Case No.    2:25-cv-05605-MEMF-SP |
| MARKWAYNE MULLIN; et al. | ) | |
| *Defendant* | ) | |

## APPEARANCE OF COUNSEL

To:    The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

All Federal Defendants                                                    .

Date:    04/21/2026

/s/ Laurie Wiesner
*Attorney's signature*

Laurie Wiesner (DC Bar No. 1015739)
*Printed name and bar number*

US DOJ (OIL)
PO BOX 868
BEN FRANKLIN STATION
WASHINGTON, DC 20044
*Address*

laurie.wiesner@usdoj.gov
*E-mail address*

(202) 598-0885
*Telephone number*

(202) 305-7000
*FAX number*