**UNITED STATES DISTRICT COURT**
**FOR THE CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| Pedro VASQUEZ PERDOMO, *et al.*,<br><br>   Plaintiffs,<br><br>   v.<br><br>Kristi NOEM, in her official capacity as Secretary, Department of Homeland Security, *et al.*,<br><br>   Defendants. | Case No.: 2:25-cv-05605-MEMF-SP<br><br>***DISCOVERY MATTER***<br><br>**ORDER GRANTING IN LARGE PART PLAINTIFFS COALITION FOR HUMANE IMMIGRANT RIGHTS AND IMMIGRANT DEFENDERS LAW CENTER'S EX PARTE APPLICATION FOR PRESERVATION ORDER [ECF NO. 487]** |

On April 10, 2026, Plaintiffs Coalition for Humane Immigrant Rights and Immigrant Defenders Law Center (together, the "Access/Detention Plaintiffs") filed an *ex parte* application for a preservation order in this action. Docket no. 487. Defendants filed a response to the *ex parte* application on April 14, 2026.

The Access/Detention Plaintiffs request an order directing Defendants to preserve video footage inside and around the federal immigration detention facility located at 300 North Los Angeles Street, Los Angeles, CA 90012, known as "B-18."

The Court, having considered the Access/Detention Plaintiffs' application and Defendants' response, and finding good cause therefor, hereby GRANTS the application in large part and ORDERS as follows:

1. As used herein:

    a. "B-18" refers to the federal immigration detention facility located at 300 N. Los Angeles Street in Los Angeles, California.

    b. Cameras "around B-18" are those located outside of B-18 that have a vantage point allowing them to view or record images of persons being transported to or from, walking to or from, entering, or exiting B-18 and the building containing B-18.

2. Defendants shall immediately preserve all video footage from cameras inside and around B-18 in the custody and control of Defendants, dating from January 20, 2025 or after, and take all necessary technical measures to suspend the automatic deletion and/or overwriting of existing footage and retrieve any footage that may yet be recoverable, including but not limited to searching back-up drives and/or servers. Any existing footage shall be immediately transferred to and preserved on an external storage device, server, or other means that cannot be inadvertently deleted or overwritten. All such footage, as well as any footage recorded in the future from cameras inside and around B-18 until further order of the Court, shall be preserved and not deleted or overwritten without further order of the Court.

3. Defendants shall immediately issue a litigation hold to all agencies and/or individuals with custody and/or control of video cameras inside or around B-18 located on the property of the Federal Building at 300 North Los Angeles Street, Los Angeles, CA 90012, directing that those agencies or individuals preserve video footage from those cameras, including by suspending any applicable retention policies that may result in the routine deletion of video footage.

4. Defendants shall certify to the Court compliance with the above-listed requirements no later than three days from the issuance of the Court's order on

[PROPOSED] ORDER

this *ex parte* application. Such certification shall include a list identifying all video cameras inside or around B-18 located on the property of the Federal Building by serial number or other unique identifier and stating the agency or individual with custody or control over each camera.  The certification shall also specify the steps Defendants have taken to preserve footage, including what means have been utilized to preserve footage.

IT IS SO ORDERED.

Dated: April 20, 2026

_____
Hon. Sheri Pym
United States Magistrate Judge

3
[PROPOSED] ORDER