UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF
CALIFORNIA

|  |  |
|---|---|
| Pedro VASQUEZ PERDOMO, *et al.*,<br><br>*Plaintiffs,*<br><br>v.<br><br>MULLIN, Secretary of Department of Homeland Security, *et al.*,<br><br>*Defendants* | No. 2:25-cv-05605-MEMF-SP<br><br>**Declaration of R. G.** |

**DECLARATION OF R. G.**

I, R. G., pursuant to 28 U.S.C. § 1746, hereby declare as follows:

1.  I am employed by the U.S. Department of Homeland Security (DHS), U.S. Immigration and Customs Enforcement (ICE), Enforcement and Removal Operations (ERO) and serve as an Assistant Field Office Director (AFOD) in the Los Angeles Field Office (ERO Los Angeles).

2.  I have been employed by ICE since August 2005 and began my career as an Immigration Enforcement Agent. I was promoted to Deportation Officer in November 2011 until September 2015 and in September 2015, I was promoted to Supervisory Detention and Deportation Officer. In January 2023, I was promoted to AFOD in Los Angeles, California.

3.  As of July 27, 2025, I am currently assigned to the Criminal Alien Program (CAP)/Staging Unit, often referred to as "B-18", under the ERO Los Angeles Field Office. The duties and responsibilities of my position include management of the

1

processing of detained aliens at B-18.

4. I make this declaration based upon my personal knowledge or upon information provided to me in my official capacity. I am aware of Magistrate Judge's Order ECF No. 493, that requires Defendants to undertake certain measures to preserve footage from our camera system.

5. I understand that the Office of the Principal Legal Assistant (OPLA) sent out three preservation notices to custodians within ICE who may have discoverable information relating to this case. The first went out on July 2, 2025, the second on October 7, 2025, and the third on April 9, 2026.

6. The first and second notices required custodians to preserve all information and evidence, including electronically stored information, related to the named Plaintiffs and their allegations, which would include video footage. The third notice expressly required that custodians preserve the footage of ICE controlled cameras at B-18.

7. On March 27, 2026, I made OPLA Counsel aware that the video system at B-18 has limited capability to store footage. The system has a 2 TB hard drive, which allows it to store video for 25-28 days, depending on the amount of motion the cameras capture.

8. On March 27, 2026, my office began gathering information about the system in order to preserve the footage. We found that that task required the assistance of a contract technician because none of our officers had technical expertise or trained to work on this system. ICE reached an agreement with a technician on April 17, 2026. The technician visited B-18 on April 21, 2026, inspected the system, assisted our officers with the process of extracting the footage from the system, and answered technical questions. The technician confirmed that the auto deletion function cannot be disabled and that footage recorded prior to March 23, 2026, was overwritten and could not be

2

recovered.

9. The process to preserve the footage begins with an officer acquiring a hard drive that is authorized to be used on ICE's camera system and an ICE networked computer. The officer plugs the hard drive into the camera system and extracts the required footage. The drive is then plugged into a network, allowing the footage to be uploaded and moved to a restricted Teams Channel.

10. Presently ERO Los Angeles is undertaking this process. ERO Los Angeles has a single drive that will work on the ICE camera system and the ICE network. Officers use the portable drive to extract approximately one day of recorded footage each day from the system and upload the videos to a restricted Teams channel. As of April 23, 2026, officers have extracted footage from March 23-26, 2026.

11. This process takes an officer 5.5 hours from start to finish, to extract one day of footage from the system.

12. The serial numbers of the main camera systems are 1620141107AAWR486734924WCVU and 1620141107AAWR486734926WCVU. The main system operates the cameras and the operating system.

13. Due to the age of the system an operator cannot remotely access the serial numbers of the system. Due to the location and installation of the cameras, ICE would have to destroy the camera housing to read the serial number. Therefore, we are unable to provide serial numbers for each camera because the serial numbers are located inside the camera itself, and due to how the camera is configured, the technician notified us that if we opened the camera that it would make the camera inoperable to use again.

14. The ICE camera systems capture footage of activity outside and around B 18 and the federal complex to include entrances, which capture persons entering, exiting, and

being transported to and from B 18. It also captures areas inside the building where

officers and detained individuals interact.

15. The first ICE system has cameras that capture the entrance to B 18, the sally port

where the detention vans are parked, the Aliso St entrance and exit, the front desk and

the entrance to B18, inside the B18 property, the employee entrance to B 125

(employee only), the book in area where aliens are fingerprinted, holding tank 4 and

the part of the processing floor, the processing area, the walkway near the supply

room, the rear employee only entrance/exit, holding room 3, holding room 2, holding

room 1, and the hallway near the 2 attorney telephone rooms.

16. The second ICE system has cameras that capture the attorney/visitor entrance of B18,

the attorney/visitor waiting area/lobby, holding rooms 4, 5, 6, 7, 8, 9, and a supply

room.


I declare under penalty of perjury that the foregoing is true and correct.


Executed this 23rd day April 2026.



R.G.

R.G.
Assistant Field Office Director
Enforcement and Removal Operations (ERO)
U.S. Immigration and Customs Enforcement
U.S. Department of Homeland Security