DISTRICT COURT
AL DISTRICT OF
CALIFORNIA

Pedro VASQUEZ PERDOMO,
*et al.,*

*Plaintiffs,*

v.

MARKWAYNE MULLIN, Secretary of
Department of Homeland Security, *et al.,*

*Defendants*

No. 2:25-cv-05605-MEMF-SP

**Declaration of P.C.**

**DECLARATION OF P.C.**

I, P.C., pursuant to 28 U.S.C. § 1746, hereby declare as follows:

1.    I am employed by the U.S. Department of Homeland Security (DHS), Federal Protective Service (FPS) as a Supervisory Physical Security Specialist in FPS Region 9 Headquarters located in San Francisco. I began my career in the federal government as a Police Officer with the U.S. Mint Police in October 2002. In August 2008, I transferred to the FPS as an Inspector. In January 2013, I accepted a reassignment as a Mission Support Specialist. In February 2014, I became a Physical Security Specialist (Electronic), where I managed the Technical Security Countermeasure Program for Region 9, including oversight of the Video Surveillance Systems. In October 2017, I was promoted to Supervisory Physical Security Specialist (Technical Security Program Manager). In this role, I oversee the Countermeasure Program for Region 9, which includes managing video surveillance systems at all major federal buildings. The systems I oversee include the FPS video surveillance systems at 300

1

North Los Angeles St., Los Angeles, CA 90012, a federal building which contains an immigration detention facility referred to as "B-18."

2. I make this declaration based upon my personal knowledge and information provided to me in my official capacity. I have received a litigation hold in this matter directing preservation of FPS footage relating to this lawsuit and certain cameras outside B-18 and am aware of the Court's April 20, 2026 Order (ECF No. 493), which requires the government to preserve footage maintained on certain FPS systems.

3. There are no FPS cameras inside B-18, but FPS is preserving the video from cameras located outside of B-18 that have a vantage point allowing them to view or record images of persons being transported to or from, walking to or from, entering, or exiting B-18 and the building containing B-18.

4. There are 24 FPS cameras that capture this footage, identified by the following serial numbers: 111707176116; 111707176039; 111707315727; 111707315729; 111707294149; 111706285495; 111709227363; 111707315695; 111706191429; 111706168707; 111707213020; 111707075082; 111707315725; 111706262303; 111706262336; 111707315723; 111706158229; 111706158203; 111707315726; 111706262297; 111707294169; 111706202538; 111707294618; and 111706157929.

5. FPS has been preserving footage from four of these cameras starting in February 2026 as a result of litigation in another matter. FPS has begun the process of ensuring the preservation of the additional cameras as of April 23, 2026, and will finalize the process as of April 24, 2026.  Currently, this footage is/will be preserved on external hard drives.

6. FPS video surveillance systems automatically rewrites footage every 30 days. If this feature were turned off, no future footage would be captured. Rewritten footage cannot

be recovered.

I declare under penalty of perjury that the foregoing is true and correct.

Executed this 23th day April 2026.



Digitally signed by P█████
C█████
Date: 2026.04.23 19:59:12
-07'00'

P.C.
Supervisory Physical Security Specialist
Federal Protective Service
U.S. Department of Homeland Security