STACY TOLCHIN (SBN 217431)
*stacy@tolchinimmigration.com*
LAW OFFICES OF STACY TOLCHIN
776 E. Green St., Suite 210
Pasadena, CA 91101
Tel: 213-622-7450; Fax: 213-622-7233

MOHAMMAD TAJSAR (SBN 280152)
*mtajsar@aclusocal.org*
MAYRA JOACHIN (SBN 306065)
*mjoachin@aclusocal.org*
EVA BITRÁN (SBN 302081)
*ebitran@aclusocal.org*
DAE KEUN KWON (SBN 313155)
*akwon@aclusocal.org*
STEPHANIE PADILLA (SBN 321568)
*spadilla@aclusocal.org*
ACLU FOUNDATION OF
SOUTHERN CALIFORNIA
P.O. Box 811370
Los Angeles, CA 90081
Telephone: (213) 977-9500
Fax: (213) 915-0219

*Counsel for Stop/Arrest Plaintiffs*

(*Additional counsel listed on next page*)

MARK ROSENBAUM (SBN 59940)
*mrosenbaum@publiccounsel.org*
REBECCA BROWN (SBN 345805)
*rbrown@publiccounsel.org*
RITU MAHAJAN (SBN 252970)
*rmahajan@publiccounsel.org*
GINA AMATO (SBN 215519)
*gamato@publiccounsel.org*
AMANDA MANGASER SAVAGE
(SBN 325996)
*asavage@publiccounsel.org*
PUBLIC COUNSEL
610 South Ardmore Avenue
Los Angeles, CA 90005
Tel: 213-385-2977

*Counsel for All Plaintiffs*

ANNE LAI (SBN 295394)
*alai@law.uci.edu*
UC IRVINE SCHOOL OF LAW
IMMIGRANT AND RACIAL JUSTICE
SOLIDARITY CLINIC
P.O. Box 5479
Irvine, CA 92616-5479
Tel: 949-824-9894; Fax: 949-824-2747

*Counsel for Stop/Arrest Plaintiffs*

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| Pedro VASQUEZ PERDOMO, et al., | No.: 2:25-cv-05605-MEMF-SP |
| Plaintiffs, | ***DISCOVERY MATTER*** |
| v. | **JOINT STIPULATION TO EXPAND NUMBER OF DEPOSITIONS** |
| Markwayne MULLIN, in his official capacity as Secretary, Department of Homeland Security, et al.*,* | Hon. Maame Ewusi-Mensah Frimpong United States District Judge |
| Defendants. | Referred to Hon. Sheri Pym United States Magistrate Judge |

Case No. 2:25-cv-05605-MEMF-SP

STATUS REPORT RE: IMAGING OF CELL PHONES

JACOB S. KREILKAMP (SBN 248210)
jacob.kreilkamp@mto.com
DAVID FRY (SBN 189276)
david.fry@mto.com
SARA H. WORTH (SBN 341088)
sara.worth@mto.com
HENRY D. SHREFFLER (SBN 343388)
henry.shreffler@mto.com
LAURA R. PERRY (SBN 342504)
laura.perrystone@mto.com
LAUREN E. KUHN (SBN 343855)
lauren.kuhn@mto.com
MAGGIE BUSHELL (SBN 354048)
maggie.bushell@mto.com
MUNGER, TOLLES & OLSON LLP
350 S. Grand Ave., 50th Floor
Los Angeles, CA 90071
Tel: 213-683-9100; Fax: 213-683-9100

*Counsel for Stop/Arrest Plaintiffs*

JESSICA K. BANSAL (SBN 277347)
jessica@ndlon.org
LAUREN MICHEL WILFONG*
lwilfong@ndlon.org
NATIONAL DAY LABORER
ORGANIZING NETWORK
1030 S. Arroyo Parkway, Suite 106
Pasadena, CA 91105
Tel: 626-214-5689

*Counsel for Stop/Arrest Plaintiffs*

BREE BERNWANGER (SBN 331731)
bbernwanger@aclunc.org
AMERICAN CIVIL LIBERTIES UNION
FOUNDATION OF NORTHERN
CALIFORNIA
39 Drumm Street
San Francisco, CA 94111
Tel: 415-621-2493

*Counsel for Stop/Arrest Plaintiffs*

BRISA VELAZQUEZ OATIS
(SBN 339132)
bvoatis@aclu-sdic.org
ACLU FOUNDATION OF
SAN DIEGO & IMPERIAL COUNTIES
P.O. Box 87131
San Diego, CA 92138-7131
Tel: 619-398-4199

*Counsel for Stop/Arrest Plaintiffs*

MATTHEW J. CRAIG (SBN 350030)
mcraig@heckerfink.com
MACK E. JENKINS (SBN 242101)
mjenkins@heckerfink.com
HECKER FINK LLP
1150 South Olive Street, Suite 10-140
Los Angeles, CA 90015
Tel: 212-763-0883; Fax: 212-564-0883

*Counsel for Access/Conditions Plaintiffs*

EDGAR AGUILASOCHO (SBN 285567)
eaguilasocho@farmworkerlaw.com
MARTÍNEZ AGUILASOCHO LAW, INC.
900 Truxtun Ave, Suite 300
Bakersfield, CA 93301
Tel: 661-859-1174

*Counsel for Plaintiff United Farm Workers*

CARL BERGQUIST*
cbergquist@chirla.org
COALITION FOR HUMANE IMMIGRANT
RIGHTS
2351 Hempstead Road
Ottawa Hills, OH 43606
Tel: 310-279-6025

*Counsel for Plaintiff Coalition for Humane Immigrant Rights*

ALVARO M. HUERTA (SBN 274787)
ahuerta@immdef.org
BRYNNA BOLT (SBN 339378)
bbolt@immdef.org
ALISON STEFFEL (SBN 346370)
asteffel@immdef.org
IMMIGRANT DEFENDERS LAW CENTER
634 S. Spring St., 10th Floor
Los Angeles, CA 90014
Tel: 213-634-0999

*Counsel for Plaintiff Immigrant Defenders Law Center*

* Admitted *Pro Hac Vice*

E. MARTIN ESTRADA (SBN 223802)
martin.estrada@mto.com
DANIEL B. LEVIN (SBN 226044)
daniel.levin@mto.com
JOHN L. SCHWAB (SBN 301386)
john.schwab@mto.com
V. GRACE DAVIS (SBN 336732)
grace.davisfisher@mto.com
V. ROMAN LEAL (SBN 348892)
roman.leal@mto.com
WENDY QIUYU XIAO (SBN 342702)
wendy.xiao@mto.com
MUNGER, TOLLES & OLSON LLP
350 South Grand Avenue, 50th Floor
Los Angeles, California 90071
Tel.: 213-683-9100; Fax: 213-687-3702

*Counsel for Intervenors Cities of Los Angeles, Anaheim, Bell Gardens, Beverly Hills, Carpinteria, Culver City, Huntington Park, Long Beach, Lynwood, Montebello, Monterey Park, Oxnard, Paramount, Pico Rivera, Pomona, Santa Ana, Santa Barbara, Santa Monica, South Gate, and West Hollywood*

NICOLE DAVIS TINKHAM (SBN 229592)
ntinkham@counsel.lacounty.gov
LILIANA CAMPOS (SBN 255753)
lcampos@counsel.lacounty.gov
BRIGIT GREESON ALVAREZ (SBN 237301)
bgreesonalvarez@counsel.lacounty.gov
OFFICE OF THE COUNTY COUNSEL
648 Kenneth Hahn Hall of Admin.,
500 West Temple Street
Los Angeles, California 90012-2713
Tel.: 213-808-8736; Fax: 213-633-1915

*Counsel for Intervenor County of Los Angeles*

MICHELE BEAL BAGNERIS (SBN 115423)
City Attorney
mbagneris@cityofpasadena.net
ARNOLD F. LEE (SBN 278610)
aflee@cityofpasadena.net
ANDREW AARONIAN (SBN 318245)
aaaronian@cityofpasadena.net
OFFICE OF THE CITY ATTORNEY
OF PASADENA
100 N Garfield Ave, Rm N-210
Pasadena, CA 91101
Tel.: 626-744-4141; Fax: 626-744-4190

*Counsel for Intervenor City of Pasadena*

HYDEE FELDSTEIN SOTO (SBN 106866)
City Attorney
hydee.feldsteinsoto@lacity.org
VALERIE L. FLORES (SBN 138572)
valerie.flores@lacity.org
MICHAEL J. DUNDAS (SBN 226930)
mike.dundas@lacity.org
MARIA LOUISE COUSINEAU (SBN 122280)
maria.cousineau@lacity.org
RANDALL G. SOMMER (SBN 214099)
randall.sommer@lacity.org
SHUBHRA SHIVPURI (SBN 295534)
shubhra.shivpuri@lacity.org
OFFICE OF THE LOS ANGELES
CITY ATTORNEY
City Hall 200 North Spring Street
21st Floor
Los Angeles, CA 90012-4130
Tel.: 213-922-8382; Fax: 213-978-7957

*Counsel for Intervenor
City of Los Angeles*

NORMAN L. EISEN*
Norman@democracydefenders.org
STEPHEN A. JONAS (SBN 542005)
Steve@democracydefenders.org
JOSHUA G. KOLB*
Joshua@democracydefenders.org
DEMOCRACY DEFENDERS FUND
600 Pennsylvania Ave. SE, Suite 15180
Washington, DC 20003
Tel: (202) 594-9958

*Counsel for Intervenor City of Los Angeles*

* Admitted pro hac vice

JOINT STIPULATION TO EXPAND NUMBER OF DEPOSITIONS

BRETT A. SHUMATE
Assistant Attorney General
Civil Division
DREW C. ENSIGN
Deputy Assistant Attorney General
TIBERIUS DAVIS
SEAN SKEDZIELEWSKI
Counsel to the Assistant Attorney General
JONATHAN A. ROBBINS
Assistant Director
NANCY SAFAVI
Senior Trial Attorney
STEPHANIE L. GROFF
JACOB A. BASHYROV
ANIELLO DESIMONE
TOLA M. MYCZKOWSKA
JASON K. ZUBATA
LAURIE WIESNER
Trial Attorneys
Office of Immigration Litigation
Civil Division, U.S. Dept. of Justice
P.O. Box 878, Ben Franklin Station
Washington, DC 20044
Tel: (202) 305-8275
Email: Jonathan.A.Robbins@usdoj.gov

*Counsel for Defendants*

BILAL A. ESSAYLI
First Assistant United States Attorney
DAVID M. HARRIS
Assistant United States Attorney
Chief, Civil Division
DANIEL A. BECK
Assistant United States Attorney
Chief, Complex and Defensive Litigation Section
ALEXANDER L. FARRELL (SBN 335008)
PAULINE H. ALARCON (SBN 345785)
Assistant United States Attorneys
   Federal Building, Suite 7516
   300 North Los Angeles Street
   Los Angeles, California 90012
   Tel: (213) 894-5557 | 3992
   E-mail:     Alexander.Farrell@usdoj.gov
                    Pauline.Alarcon@usdoj.gov

*Counsel for Defendants*

JOINT STIPULATION TO EXPAND NUMBER OF DEPOSITIONS

WHEREAS, during expedited discovery in this case, Plaintiffs/Intervenors and Defendants each took certain depositions, which were limited in scope and awarded upon a showing of good cause (*see* ECF 223, 253);

WHEREAS, the Parties have since entered general discovery, and agree that additional depositions are necessary in order to develop the parties' respective claims and defenses;

WHEREAS, the Federal Rules of Civil Procedure provide that Parties may, without obtaining leave of court or stipulation, take up to ten (10) depositions per side;

WHEREAS, while document discovery is ongoing and the total number of depositions needed is still to be determined, given the number of claims and parties in the case, the limit of ten (10) depositions per side is likely insufficient;

NOW, THEREFORE, in light of the foregoing, and reserving all rights as to any future application regarding depositions, the Parties stipulate and respectfully request that the Court enter an order as follows:

1.	Plaintiffs and Intervenors, on the one hand, and Defendants, on the other, shall each be permitted to take up to twenty (20) depositions in general discovery (i.e., not including depositions taken as part of expedited discovery).

2.	If the Court decides to hold a consolidated preliminary injunction hearing and trial on the merits under Federal Rule of Civil Procedure 65 in September 2025, then each side shall each be permitted to take up to ten (10) of the twenty (20) depositions in general discovery in connection with the claim(s) going to expedited trial.

IT IS SO STIPULATED AND AGREED.

JOINT STIPULATION TO EXPAND NUMBER OF DEPOSITIONS

DATED:  April 29, 2026

MUNGER, TOLLES & OLSON LLP

By:   */s/ Sara Worth*
    Sara Worth
    *Counsel for Stop/Arrest Plaintiffs*

UC IRVINE IMMIGRANT AND RACIAL JUSTICE SOLIDARITY CLINIC

By:   */s/ Anne Lai*
    Anne Lai
    *Counsel for Stop/Arrest Plaintiffs*

HECKER FINK LLP

By: */s/ Matthew J. Craig*
    Matthew J. Craig
    *Counsel for Access/Detention Plaintiffs*

MUNGER, TOLLES & OLSON LLP

By:   */s/ E. Martin Estrada*
    E. Martin Estrada
*Counsel for Intervenors Cities of Los Angeles, Anaheim, Bell Gardens, Beverly Hills, Carpinteria, Culver City, Huntington Park, Long Beach, Lynwood, Montebello, Monterey Park, Oxnard, Paramount, Pico Rivera, Pomona, Santa Ana, Santa Barbara, Santa Monica, South Gate, and West Hollywood*

OFFICE OF THE LOS ANGELES CITY ATTORNEY

By:   */s/ Hydee Feldstein Soto*
    Hydee Feldstein Soto
*Counsel for Intervenor City of Los Angeles*

OFFICE OF THE COUNTY COUNSEL

By:   */s/ Brigit Greeson Alvarez*
    Brigit Greeson Alvarez
*Counsel for Intervenor County of Los Angeles*

OFFICE OF THE CITY ATTORNEY OF PASADENA

By:    _/s/ Michele Beal Bagneris_
　　　　Michele Beal Bagneris
*Counsel for Intervenor City of Pasadena*

Dated: April 29, 2026

BRETT A. SHUMATE
Assistant Attorney General
Civil Division

DREW C. ENSIGN
Deputy Assistant Attorney General

TIBERIUS DAVIS
SEAN SKEDZIELEWSKI
Counsel to the Assistant Attorney General

JONATHAN A. ROBBINS
Assistant Director

NANCY N. SAFAVI
Senior Trial Attorney


By:    _/s/ Nancy N. Safavi_
　　　　Nancy N. Safavi
　　　　Senior Trial Attorney
　　　　SBN 24042342
　　　　Office of Immigration Litigation

*Counsel for Defendants*

JOINT STIPULATION TO EXPAND NUMBER OF DEPOSITIONS

**ATTESTATION OF FILER**

I attest that the other signatories listed, and on whose behalf this filing is submitted, concur in the filing's content and have authorized the filing.

Dated: April 29, 2026                                        Respectfully submitted,

                                                                    */s/ Sara Worth*_____
                                                                    Sara Worth

JOINT STIPULATION TO EXPAND NUMBER OF DEPOSITIONS