UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| Pedro VASQUEZ PERDOMO, et al., | No.: 2:25-cv-05605-MEMF-SPx |
| Plaintiffs, | ***DISCOVERY MATTER*** |
| v. | **ORDER ON JOINT STIPULATION TO EXPAND NUMBER OF DEPOSITIONS** |
| Markwayne MULLIN, in his official capacity as Secretary, Department of Homeland Security, et al., | Hon. Maame Ewusi-Mensah Frimpong United States District Judge |
| Defendants. | Referred to Hon. Sheri Pym United States Magistrate Judge |

On April 29, 2026, the Parties filed a stipulation to expand the number of depositions that each side could take beyond the default ten (10) provided by Federal Rule of Civil Procedure 30, reserving all rights as to any future application regarding depositions. The Court, having considered the Parties' stipulation and finding good cause therefor, hereby GRANTS the stipulation and ORDERS as follows:

1. Plaintiffs and Intervenors, on the one hand, and Defendants, on the other, shall each be permitted to take up to twenty (20) depositions in general discovery (i.e., not including depositions taken as part of expedited discovery).

2. If the Court decides to hold a consolidated preliminary injunction hearing and trial on the merits under Federal Rule of Civil Procedure 65 in September 2026, then each side shall each be

permitted to take up to ten (10) of the twenty (20) depositions in general discovery in connection with the claim(s) going to expedited trial.

IT IS SO ORDERED.

Dated: May 7, 2026

HON. SHERI PYM

United States Magistrate Judge