# EXHIBIT E

# Operation At Large - LA Phone Use

## PRIVILEGED AND CONFIDENTIAL - CIRCULATION RESTRICTED

**EMPLOYEE NOTIFICATION REGARDING UNION REPRESENTATION: Pursuant to 5 U.S.C. § 7114(a)(2)(B) you have the right to be represented during the interview about to take place by a person designated by the exclusively recognized labor organization for the unit in which you work, if, (a) you reasonably believe that the results of this interview may result in disciplinary action against you; and (b) you request representation.**

* Required

* This form will record your name, please fill your name.

____________________

### Instructions

1. You are receiving this questionnaire because there is reason to believe you were part of Operation at Large - Los Angeles. All the questions pertain to Operation at Large - Los Angeles (Operation at Large - LA).

   After you finish this form, please select the "Save My Response" below, and navigate to your "filled forms." Then open a copy of the Operation at Large - LA Phone Use, hit Ctrl + P on your keyboard, and select "save as PDF" from the drop down on the top right. Please then email the PDF to your supervisor. The PDF can also be emailed to yourself.

   If you have any questions, please contact your supervisor. *

   ◯ I acknowledge these instructions

Individual Information

2. First and Last Name *

3. Title *

4. Current Duty Station *

5. Government Email Address(es) *

6. I worked on Operation at Large operations in Los Angeles, California (Operation at Large - LA)? *

- ◯ Yes
- ◯ No

7. If so, list the dates you worked on Operation at Large - LA (Example: I worked in LA between June 6, 2025 to June 9, 2025, and August 15, 2025 to August 20, 2025). If you did not work on Operation at Large - LA, put "N/A." *

## Government-Issued Mobile Device

**EMPLOYEE NOTIFICATION REGARDING UNION REPRESENTATION: Pursuant to 5 U.S.C. § 7114(a)(2)(B) you have the right to be represented during the interview about to take place by a person designated by the exclusively recognized labor organization for the unit in which you work, if, (a) you reasonably believe that the results of this interview may result in disciplinary action against you; and (b) you request representation.**

8. I used my government-issued **phone** for work purposes for Operation at Large - LA: *

◯ Yes

◯ No

9. The government-issued phone I used is a: *

◯ iOS Apple Device

◯ Android Device

◯ I did not use a government-issued phone

10. If an Android Device was used, did you log into the Google Cloud?
<u>This is a required question if you used an Android Device.</u>
*

◯ Yes

◯ No

◯ I do not know

◯ I did not use an Android device

11. Did you use your government phone to **email** during Operation at Large - LA? *

◯ Yes

◯ No

12. What email address(es) did you use to email from the government phone for Operation at Large - LA? If you did not use your government phone to email, put "N/A."

[ ]

13. Did you use **text messaging** on the government phone during Operation at Large - LA? *

- Yes
- No
- I did not use a government-issued phone

14. Were RCS messages enabled on your cell-phone? *

- Yes
- No
- I do not know
- I did not use a government-issued phone

15. If an iOS Apple Device was used, were iMessages enabled? *

- Yes
- No
- I do not know
- I did not use a government-issued phone
- I did not use an Apple Device

16. If you texted individuals, please list the name(s) and agency(ies) of the people you texted with during Operation at Large - LA. If you did not use your government phone to text, put "N/A." *

17. If you used group chats, please include the name of the group chats and who were in the group chats during Operation at Large - LA. If you did not use your government phone to text or use group chats, put "N/A." *

18. Did you use Signal on your government phone for Operation at Large - LA? *

- ◯ Yes
- ◯ No
- ◯ I do not remember

19. If you used Signal on your government phone, please list the name(s) and agency(ies) of the people you chatted with Operation at Large - LA. If you did not use Signal on your government phone, put "N/A." *

20. If you used group chats for Signal, please include the name(s) of the group chat(s) and members of the group chats during Operation at Large - LA. If you did not use Signal on your government phone, put "N/A." *

21. Did you use WhatsApp on your government phone for Operation at Large - LA? *

- ◯ Yes
- ◯ No
- ◯ I do not remember

22. If you used WhatsApp on your government phone, please list the name(s) and agency(ies) of the people you chatted with Operation at Large - LA. If you did not use WhatsApp on your government phone, put "N/A." *

23. If you used group chats for WhatsApp, please include the name(s) of the group chat(s) and members of the group chats during Operation at Large - LA. If you did not use WhatsApp your government phone, put "N/A." *

24. Did you use Zello on your government phone for Operation at Large - LA? *

- Yes
- No
- I do not remember

25. If you used Zello on your government phone, please list the name(s) and agency(ies) of the people you chatted with during Operation at Large - LA. If you did not use Zello on your government phone, put "N/A." *

26. If you used Zello, please include the name(s) of the group chat(s) and members of the group chats during Operation at Large - LA. If you did not use Zello on your government phone, put "N/A." *

27. Did you use any other applications to communicate on your government phone during Operation at Large - LA? *

- Yes
- No
- I Do Not Remember

28. If you used other applications to communicate on your government phone during Operation at Large - LA, please list below and include the name(s) and agency(ies) of the people who chatted with and the names of any group chats. If you did not use any other applications to communicate on your government phone, put "N/A." *

## Personally Owned Mobile Device

**EMPLOYEE NOTIFICATION REGARDING UNION REPRESENTATION: Pursuant to 5 U.S.C. § 7114(a)(2)(B) you have the right to be represented during the interview about to take place by a person designated by the exclusively recognized labor organization for the unit in which you work, if, (a) you reasonably believe that the results of this interview may result in disciplinary action against you; and (b) you request representation.**

29. Did you use your **personal cell phone** during Operation at Large - LA? *

◯ Yes

◯ No

30. I used my **personal email** address for work purposes for Operation at Large - LA *

◯ Yes

◯ No

31. What **personal email** address(es) did you use for Operation at Large - LA? If you did not use your personal email address, put "N/A." *

[ ]

32. Did you use your **personal phone** to text for work purposes during Operation at Large - LA? If you did not use your personal phone to text, put "N/A." *

◯ Yes

◯ No

◯ N/A

33. If you texted on your **personal phone** for work purposes during Operation at Large - LA, please list the name(s) and their agency(ies) of the people, and any chat group name(s). If you did not use your personal phone for work purposes, put "N/A." *

[ ]

34. Did you use Signal on your personal phone for work purposes during Operation At Large - LA ? *

- ◯ Yes
- ◯ No

35. If you used Signal on you personal phone for work purposes during Operation at Large - LA, please list the name(s) and their agency(ies) of the people and any chat group name(s). If you did not use Signal on your personal phone for work purposes, put "N/A." *

36. Did you use WhatsApp on your personal phone for work purposes during Operation at Large - LA? *

- ◯ Yes
- ◯ No

37. If you used WhatsApp on you personal phone for work purposes during Operation at Large - LA, please list the name(s) and their agency(ies) of the people and any chat group name(s). If you did not use WhatsApp on your personal phone for work purposes, put "N/A." *

38. Did you use Zello on your personal phone for work purposes during Operation at Large - LA ? *

- ◯ Yes
- ◯ No

39. If you used Zello on you personal phone for work purposes during Operation at Large - LA, please list the name(s) and their agency(ies) of the people and any chat group name(s). If you did not use Zello on your personal phone for work purposes, put "N/A." *

40. Did you use any other application to communicate on your personal phone for work purposes during Operation at Large - LA ? *

- ◯ Yes
- ◯ No

41. Please list the other applications you used to communicate on your personal phone for work purposes during Operation at Large - LA. If you did not use any other applications to communicate on your personal phone for work purposes, put "N/A." *

42. For each application you used on your personal phone for work purposes during Operation at Large - LA , please list the name(s) and their agency(ies) of the people and any chat group name(s). If you did not use any other application on your personal phone for work purposes, put "N/A." *

43. Did you take pictures or videos work for purposes during Operation at Large - LA with your personal phone? *

- ◯ Yes
- ◯ No

## Next Steps

**EMPLOYEE NOTIFICATION REGARDING UNION REPRESENTATION: Pursuant to 5 U.S.C. § 7114(a)(2)(B) you have the right to be represented during the interview about to take place by a person designated by the exclusively recognized labor organization for the unit in which you work, if, (a) you reasonably believe that the results of this interview may result in disciplinary action against you; and (b) you request representation.**

44. If you used your personal phone for work purposes during Operation at Large -LA, will you permit CBP to forensically image your personal phone? If yes, we will follow up with you with further instructions. *

◯ Yes

◯ No

45. For your government phone and personal phone (if used for work purposes during Operation at Large), please disable auto-deletion feature(s) for the applications used that contain information concerning official government duties, to include any information regarding any government operations.

    I have turned off the auto-delete features: *

◯ Yes

◯ No

46. If you do not want your phone forensically imaged, you must export any and all information concerning your official duties and government operations from your personal phone or any other personal device used to your official CBP e-mail. In the subject line of the email, include the title of the operation(s) and dates of conversation or dates the video/photo was taken. If you must send more than one email to your CBP e-mail please include a sequential number in the subject line. For example, for first email "Op at Large - LA August 1, 2025 1" then for second email "Op at Large - LA August 1, 2025 2".

    If you have any trouble transferring the items to your official CBP email or if the information is too large to e-mail, please contact your immediate supervisor and local Wireless Account Custodian (WAC) for technical assistance.

    To the extent that you cannot export the information as an attachment, please screenshot the information in chronological order, and send the screenshots as attachments to your official CBP e-mail with the operation(s) in the subject line.

    I have provided the government records to my official CBP email: *

◯ Yes

◯ No

47. Please type in your name below to declare or attest that the above statements are true to the best of your knowledge under the penalty of perjury pursuant to 28 U.S.C. § 1746. You also acknowledge that typing your name below constitutes a signature, and you are the individual who filled out the above form. *

This content is neither created nor endorsed by Microsoft. The data you submit will be sent to the form owner.

Microsoft Forms