# EXHIBIT 24

| | |
|---|---|
| **From:** | Worth, Sara |
| **To:** | "Robbins, Jonathan A. (CIV)"; Kim, Bobby; Davis Fisher, Grace; Shreffler, Henry; Bashyrov, Jacob (CIV); Zubata, Jason K. (CIV); Niu, Jin; Schwab, John; Groves, Kyle; Perry Stone, Laura; Kuhn, Lauren; Bushell, Maggie; Estrada, Martin; Hansen, Becca; Leal, Roman; spadilla@aclusocal.org; Xiao, Wendy; Levin, Daniel; rbrown@publiccounsel.org; Davis, Tiberius (CIV); Strokus, Jessica D. (CIV); mtajsar@aclusocal.org; Lessard, Christopher J. (CIV); Safavi, Nancy (CIV); DeSimone, Aniello (CIV); Skedzielewski, Sean (CIV); Groff, Stephanie L. (CIV); alai@law.uci.edu; Beck, Daniel (USACAC); Myczkowska, Tola M (CIV); mjoachin@aclusocal.org; ebitran@aclusocal.org; Kreilkamp, Jacob; Marshall, Lindsay G (CIV); Suite, Rickeisha Y. (CIV); hbidad@heckerfink.com; mrosenbaum@publiccounsel.org; Chapman, Ryan (USACAC); mcraig@heckerfink.com; lwilfong@ndlon.org; Farrell, Alexander (USACAC) |
| **Bcc:** | "00035_03373__Pro Bono Matters_United Farm Workers v _DHS 2_Corres Clip" |
| **Subject:** | RE: [EXTERNAL] LR-37 Service of Joint Stipulation re: OSC for Contempt |
| **Date:** | Wednesday, May 13, 2026 4:28:39 PM |
| **Attachments:** | image001.png<br>image002.png |

Hi Jonathan,

In Defendants' portion of the joint stipulation filed yesterday, you included a lot of new information that was not shared with us during the parties' many telephonic conferences since April 16 (the day we sent our LR-37 letter).  We have some follow-up questions and request answers by COB Friday.

1. The J.R. declaration from CBP LSS's Technology Director states that, "Before forensically acquiring data from a personal cellphone from an employee, employees must give LSS consent to forensically image their personal cellphones."  Please explain where the "consent" requirement comes from and provide documentation.

2. You provide an executed declaration from an ICE officer as Exhibit A.  Are the only differences between Exhibit A and the "blank finalized declaration" that was sent to officers the date and the signature?  If not, please provide the "blank finalized declaration" that was sent to officers.

3. You suggest on page 18 that the CBP questionnaire was based on requirements of a CBA.  Please provide a copy of that CBA.

4. On page 24 n.4, you argue that imaging personal phones is unnecessary because, "[I]n the enormous volume of review conducted to date, it is apparent that at least some of the communications within the government phones overlap with communications made on personal phones."  Can you please explain what this means (and provide an example)?

Regards,
Sara

**Sara Worth** | **Munger, Tolles & Olson LLP**
Tel:  213.683.9599  |  Sara.Worth@mto.com  |  www.mto.com

---

**From:** Robbins, Jonathan A. (CIV) <Jonathan.A.Robbins@usdoj.gov>
**Sent:** Monday, May 11, 2026 10:42 PM
**To:** Worth, Sara <Sara.Worth@mto.com>; Kim, Bobby <Bobby.Kim@mto.com>; Davis Fisher, Grace <Grace.DavisFisher@mto.com>; Shreffler, Henry <Henry.Shreffler@mto.com>; Bashyrov, Jacob (CIV) <Jacob.Bashyrov@usdoj.gov>; Zubata, Jason K. (CIV) <Jason.K.Zubata@usdoj.gov>; Niu, Jin <Jin.Niu@mto.com>; Schwab, John <John.Schwab@mto.com>; Groves, Kyle <Kyle.Groves@mto.com>; Perry Stone, Laura <Laura.PerryStone@mto.com>; Kuhn, Lauren <Lauren.Kuhn@mto.com>; Bushell, Maggie <Maggie.Bushell@mto.com>; Estrada, Martin <Martin.Estrada@mto.com>; Hansen, Becca <Rebecca.Hansen@mto.com>; Leal, Roman <Roman.Leal@mto.com>; spadilla@aclusocal.org; Xiao, Wendy <Wendy.Xiao@mto.com>; Levin, Daniel <daniel.levin@mto.com>; rbrown@publiccounsel.org; Davis, Tiberius (CIV) <Tiberius.Davis@usdoj.gov>; Strokus, Jessica D. (CIV) <Jessica.D.Strokus@usdoj.gov>; mtajsar@aclusocal.org; Lessard, Christopher J. (CIV) <Christopher.J.Lessard@usdoj.gov>; Safavi, Nancy (CIV) <Nancy.Safavi@usdoj.gov>; DeSimone, Aniello (CIV) <Aniello.DeSimone@usdoj.gov>; Skedzielewski, Sean (CIV) <Sean.Skedzielewski@usdoj.gov>; Groff, Stephanie L. (CIV) <Stephanie.L.Groff@usdoj.gov>; alai@law.uci.edu; Beck, Daniel (USACAC) <Daniel.Beck@usdoj.gov>; Myczkowska, Tola M (CIV) <Tola.M.Myczkowska@usdoj.gov>; mjoachin@aclusocal.org; ebitran@aclusocal.org; Kreilkamp, Jacob <Jacob.Kreilkamp@mto.com>; Marshall, Lindsay G (CIV) <Lindsay.G.Marshall@usdoj.gov>; Suite, Rickeisha Y. (CIV) <Rickeisha.Y.Suite@usdoj.gov>; hbidad@heckerfink.com; mrosenbaum@publiccounsel.org; Chapman, Ryan (USACAC) <Ryan.Chapman@usdoj.gov>; mcraig@heckerfink.com; lwilfong@ndlon.org; Farrell, Alexander (USACAC) <Alexander.Farrell@usdoj.gov>
**Subject:** RE: [EXTERNAL] LR-37 Service of Joint Stipulation re: OSC for Contempt

 External email >

Hello Sara:

Attached please find Defendant's portion of the Joint Stipulation re: OSC for contempt and accompanying exhibits.

Thanks,
Jonathan

---

**From:** helpdesk@mto.com <helpdesk@mto.com>
**Sent:** Tuesday, May 5, 2026 9:22 PM
**To:** bobby.kim@mto.com; grace.davisfisher@mto.com; henry.shreffler@mto.com; Bashyrov, Jacob (CIV) <Jacob.Bashyrov@usdoj.gov>; Zubata, Jason K. (CIV) <Jason.K.Zubata@usdoj.gov>; jin.niu@mto.com; john.schwab@mto.com; kyle.groves@mto.com; laura.perrystone@mto.com; lauren.kuhn@mto.com; maggie.bushell@mto.com; martin.estrada@mto.com;

rebecca.hansen@mto.com; roman.leal@mto.com; spadilla@aclusocal.org; wendy.xiao@mto.com; daniel.levin@mto.com; rbrown@publiccounsel.org; Robbins, Jonathan A. (CIV) <Jonathan.A.Robbins@usdoj.gov>; Davis, Tiberius (CIV) <Tiberius.Davis@usdoj.gov>; Strokus, Jessica D. (CIV) <Jessica.D.Strokus@usdoj.gov>; mtajsar@aclusocal.org; Lessard, Christopher J. (CIV) <Christopher.J.Lessard@usdoj.gov>; Safavi, Nancy (CIV) <Nancy.Safavi@usdoj.gov>; DeSimone, Aniello (CIV) <Aniello.DeSimone@usdoj.gov>; Skedzielewski, Sean (CIV) <Sean.Skedzielewski@usdoj.gov>; Groff, Stephanie L. (CIV) <Stephanie.L.Groff@usdoj.gov>; alai@law.uci.edu; Beck, Daniel (USACAC) <Daniel.Beck@usdoj.gov>; Myczkowska, Tola M (CIV) <Tola.M.Myczkowska@usdoj.gov>; mjoachin@aclusocal.org; ebitran@aclusocal.org; jacob.kreilkamp@mto.com; Marshall, Lindsay G (CIV) <Lindsay.G.Marshall@usdoj.gov>; Suite, Rickeisha Y. (CIV) <Rickeisha.Y.Suite@usdoj.gov>; hbidad@heckerfink.com; mrosenbaum@publiccounsel.org; Chapman, Ryan (USACAC) <Ryan.Chapman@usdoj.gov>; mcraig@heckerfink.com; lwilfong@ndlon.org; Farrell, Alexander (USACAC) <Alexander.Farrell@usdoj.gov>

**Subject:** [EXTERNAL] LR-37 Service of Joint Stipulation re: OSC for Contempt



sara.worth@mto.com sent you a secure message

Access message

Hi Jonathan,

Attached is Plaintiffs' portion of the joint stipulation regarding our motion for an order to show cause concerning why Defendants should not be held in civil contempt for noncompliance with ECF 370, as well as a declaration with supporting exhibits 1-21.  Please return this with your statement by Monday, May 11 for filing Tuesday.

Regards,
Sara

Attachments expire on May 20, 2026

21 PDFs

Exhibit 1 - ECF 370.pdf, Exhibit 3 - ECF 345.pdf, Exhibit 2 - ECF 223.pdf,
Exhibit 4 - ECF 305.pdf, Exhibit 5 - ECF 320.pdf, Exhibit 6 - ECF 329.pdf,
Exhibit 7 - ECF 330.pdf, Exhibit 8 - J.C.E..pdf, Exhibit 9 - V.A.S..pdf, Exhibit
10 - J.M..pdf, Exhibit 11 - I.F..pdf, Exhibit 12 - J.C..pdf, Exhibit 13 - C.C..pdf,
Exhibit 14 - ECF 395.pdf, Exhibit 15 - ECF 423.pdf, Exhibit 16 - ECF 478.pdf,
Exhibit 17 - ECF 461.pdf, Exhibit 18 - Letter.pdf, Exhibit 19 - Email Chain.pdf,
Exhibit 20 - LR-37 Meet and Confer Letter.pdf, Exhibit 21 - ECF 453.pdf

2 documents

Motion for OSC re Civil Contempt Circ.docx, Worth Decl re Contempt Joint
Stip.docx

This message requires that you sign in to access the message and any file
attachments.

Please contact helpdesk@mto.com to request assistance.