BRETT A. SHUMATE
Assistant Attorney General
Civil Division
DREW C. ENSIGN
Deputy Assistant Attorney General
TIBERIUS DAVIS
SEAN SKEDZIELEWSKI
Counsel to the Assistant Attorney General
JONATHAN A. ROBBINS (VA 73366)
Assistant Director
NANCY N. SAFAVI
STEPHANIE L. GROFF
JASON K. ZUBATA
ANIELLO DESIMONE
JACOB A. BASHYROV
TOLA MYCZKOWSKA
LAURIE WISENER
Trial Attorneys
Office of Immigration Litigation
Civil Division, U.S. Dept. of Justice
P.O. Box 878, Ben Franklin Station
Washington, DC 20044
Tel: (202) 305-8275
Fax: (202) 305-7211
Email: Jonathan.A.Robbins@usdoj.gov

BILAL A. ESSAYLI
First Assistant United States Attorney
DAVID M. HARRIS
Assistant United States Attorney
Chief, Civil Division
DANIEL A. BECK
Assistant United States Attorney
Chief, Complex and Defensive Litigation
Section
ALEXANDER L. FARRELL (SBN 335008)
PAULINE H. ALARCON (SBN 345785)
Assistant United States Attorneys
    Federal Building, Suite 7516
    300 North Los Angeles Street
    Los Angeles, California 90012
    Tel: (213) 894-2574 | 3992
    E-mail:    Alexander.Farrell@usdoj.gov
                    Pauline.Alarcon@usdoj.gov

*Counsel for Defendants*

*(Additional counsel listed next page)*

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| | ***DISCOVERY MATTER*** |
| PEDRO VASQUEZ PERDOMO, *et al.*, | No. 2:25-cv-05605-MEMF-SP |
| Plaintiffs, | **JOINT STIPULATION TO EXTEND CERTAIN PRODUCTION DEADLINES SET FORTH IN ECF NOS. 370, 486** |
| v. | |
| MARKWAYNE MULLIN, in his official capacity as Secretary of Homeland Security, *et al.*, | Hon. Maame Ewusi-Mensah Frimpong United States District Judge |
| Defendants. | Referred to Hon. Sheri Pym United States Magistrate Judge |

STACY TOLCHIN (SBN 217431)
*stacy@tolchinimmigration.com*
LAW OFFICES OF STACY TOLCHIN
776 E. Green St., Suite 210
Pasadena, CA 91101
Telephone: (213) 622-7450
Facsimile:  (213) 622-7233

MOHAMMAD TAJSAR (SBN 280152)
*mtajsar@aclusocal.org*
MAYRA JOACHIN (SBN 306065)
*mjoachin@aclusocal.org*
EVA BITRAN (SBN 302081)
*ebitran@aclusocal.org*
DAE KEUN KWON (SBN 313155)
*akwon@aclusocal.org*
STEPHANIE PADILLA (SBN 321568)
*spadilla@aclusocal.org*
ACLU FOUNDATION OF
SOUTHERN CALIFORNIA
P.O. Box 811370
Los Angeles, CA 90081
Telephone: (213) 977-9500

*Counsel for Stop/Arrest Plaintiffs*

MARK ROSENBAUM (SBN 59940)
*mrosenbaum@publiccounsel.org*
REBECCA BROWN (SBN 345805)
*rbrown@publiccounsel.org*
RITU MAHAJAN (SBN 252970)
*rmahajan@publiccounsel.org*
GINA AMATO (SBN 215519)
*gamato@publiccounsel.org*
AMANDA MANGASER SAVAGE
(SBN 325996)
PUBLIC COUNSEL
610 South Ardmore Avenue
Los Angeles, CA 90005
Telephone: (213) 385-2977

*Counsel for All Plaintiffs*

ANNE LAI (SBN 295394)
*alai@law.uci.edu*
UC IRVINE SCHOOL OF LAW
IMMIGRANT AND RACIAL JUSTICE
SOLIDARITY CLINIC
P.O. Box 5479
Irvine, CA 92616-5479
Telephone: (949) 824-9894

*Counsel for Stop/Arrest Plaintiffs*

JACOB S. KREILKAMP (SBN 248210)
*jacob.kreilkamp@mto.com*
DAVID FRY (SBN 189276)
*david.fry@mto.com*
SARA H. WORTH (SBN 341088)
*sara.worth@mto.com*
HENRY D. SHREFFLER (SBN 343388)
*henry.shreffler@mto.com*
LAURA R. PERRY (SBN 342504)
*laura.perrystone@mto.com*
LAUREN E. KUHN (SBN 343855)
*lauren.kuhn@mto.com*
MAGGIE BUSHELL (SBN 354048)
*maggie.bushell@mto.com*
ANGELA URIBE (SBN 353579)
*angela.uribe@mto.com*
MUNGER, TOLLES & OLSON LLP
350 S. Grand Ave., 50th Floor
Los Angeles, CA 90071
Tel: 213-683-9100; Fax: 213-683-9100

*Counsel for Stop/Arrest Plaintiffs*

JESSICA K. BANSAL (SBN 277347)
*jessica@ndlon.org*
LAUREN MICHEL WILFONG*
*lwilfong@ndlon.org*
NATIONAL DAY LABORER
ORGANIZING NETWORK
1030 S. Arroyo Parkway, Suite 106
Pasadena, CA 91105
Telephone: (626) 214-5689

*Counsel for Stop/Arrest Plaintiffs*

BREE BERNWANGER (SBN 331731)
*bbernwanger@aclunc.org*
AMERICAN CIVIL LIBERTIES
UNION FOUNDATION OF
NORTHERN CALIFORNIA
39 Drumm Street
San Francisco, CA 94111
Tel: 415-621-2493

*Counsel for Stop/Arrest Plaintiffs*

BRISA VELAZQUEZ OATIS
(SBN 339132)
*bvoatis@aclu-sdic.org*
ACLU FOUNDATION OF
SAN DIEGO & IMPERIAL COUNTIES
P.O. Box 87131
San Diego, CA 92138-7131
Tel: 619-398-4199

*Counsel for Stop/Arrest Plaintiffs*

MATTHEW J. CRAIG (SBN 350030)
*mcraig@heckerfink.com*
MACK E. JENKINS (SBN 242101)
*mjenkins@heckerfink.com*
HECKER FINK LLP
1150 South Olive Street, Suite 10-140
Los Angeles, CA 90015
Telephone: (212) 763-0883
Facsimile: (212) 564-0883

*Counsel for Access/Conditions Plaintiffs*

EDGAR AGUILASOCHO
(SBN 285567)
*eaguilasocho@farmworkerlaw.com*
MARTINEZ AGUILASOCHO LAW,
INC.
900 Truxtun Ave, Suite 300
Bakersfield, CA 93301
Tel: 661-859-1174

*Counsel for Plaintiff United Farm
Workers*

CARL BERGQUIST*
*cbergquist@chirla.org*
COALITION FOR HUMANE
IMMIGRANT RIGHTS
2351 Hempstead Road
Ottawa Hills, OH 43606
Tel: 310-279-6025

*Counsel for Plaintiff Coalition for
Humane Immigrant Rights*

ALVARO M. HUERTA (SBN 274787)
*ahuerta@immdef.org*
BRYNNA BOLT (SBN 339378)
*bbolt@immdef.org*
ALISON STEFFEL (SBN 346370)
*asteffel@immdef.org*
IMMIGRANT DEFENDERS LAW
CENTER
634 S. Spring St., 10th Floor
Los Angeles, CA 90014
Tel: 213-634-0999

*Counsel for Plaintiff Immigrant
Defenders Law Center*

* Admitted pro hac vice

HYDEE FELDSTEIN SOTO (SBN
106866)
City Attorney
hydee.feldsteinsoto@lacity.org
VALERIE L. FLORES (SBN 138572)
valerie.flores@lacity.org
MICHAEL J. DUNDAS (SBN 226930)
mike.dundas@lacity.org
MARIA LOUISE COUSINEAU (SBN
122280)
maria.cousineau@lacity.org
RANDALL G. SOMMER (SBN
214099)
randall.sommer@lacity.org
SHUBHRA SHIVPURI (SBN 295534)
shubhra.shivpuri@lacity.org
OFFICE OF THE LOS ANGELES
CITY ATTORNEY
City Hall 200 North Spring Street
21st Floor
Los Angeles, CA 90012-4130
Tel.: 213-922-8382; Fax: 213-978-7957

*Counsel for Intervenor
City of Los Angeles*

JT. STIP. TO EXTEND CERTAIN FILING DEADLINES IN ECF NO. 486

ii

E. MARTIN ESTRADA (SBN 223802)
martin.estrada@mto.com
DANIEL B. LEVIN (SBN 226044)
daniel.levin@mto.com
JOHN L. SCHWAB (SBN 301386)
john.schwab@mto.com
V. GRACE DAVIS (SBN 336732)
grace.davisfisher@mto.com
V. ROMAN LEAL (SBN 348892)
roman.leal@mto.com
WENDY QIUYU XIAO (SBN 342702)
wendy.xiao@mto.com
MUNGER, TOLLES & OLSON LLP
350 South Grand Avenue, 50th Floor
Los Angeles, California 90071
Tel.: 213-683-9100; Fax: 213-687-3702

*Counsel for Intervenors Cities of Los
Angeles, Anaheim, Bell Gardens, Beverly
Hills, Carpinteria, Culver City,
Huntington Park, Long Beach, Lynwood,
Montebello, Monterey Park, Oxnard,
Paramount, Pico Rivera, Pomona, Santa
Ana, Santa Barbara, Santa Monica,
South Gate, and West Hollywood*

NICOLE DAVIS TINKHAM (SBN
229592)
ntinkham@counsel.lacounty.gov
LILIANA CAMPOS (SBN 255753)
lcampos@counsel.lacounty.gov
BRIGIT GREESON ALVAREZ (SBN
237301)
bgreesonalvarez@counsel.lacounty.gov
OFFICE OF THE COUNTY COUNSEL
648 Kenneth Hahn Hall of Admin.,
500 West Temple Street
Los Angeles, California 90012-2713
Tel.: 213-808-8736; Fax: 213-633-1915

*Counsel for Intervenor County of Los
Angeles*

MICHELE BEAL BAGNERIS (SBN
115423)
City Attorney
mbagneris@cityofpasadena.net
ARNOLD F. LEE (SBN 278610)
aflee@cityofpasadena.net
ANDREW AARONIAN (SBN 318245)
aaaronian@cityofpasadena.net
OFFICE OF THE CITY ATTORNEY
OF PASADENA
100 N Garfield Ave, Rm N-210

Pasadena, CA 91101
Tel.: 626-744-4141; Fax: 626-744-4190

*Counsel for Intervenor City of Pasadena*

NORMAN L. EISEN*
Norman@democracydefenders.org
STEPHEN A. JONAS (SBN 542005)
Steve@democracydefenders.org
JOSHUA G. KOLB*
Joshua@democracydefenders.org
DEMOCRACY DEFENDERS FUND
600 Pennsylvania Ave. SE, Suite 15180
Washington, DC 20003
Tel: (202) 594-9958

*Counsel for Intervenor City of Los
Angeles*

* Admitted pro hac vice

WHEREAS, on October 17, 2025, the District Court granted Plaintiffs' and Intervenors' motion to serve four requests for production (ECF No. 211);

WHEREAS, Plaintiffs and Intervenors served the requests on October 21, 2025;

WHEREAS, the Court, Hon. Sheri Pym, ordered Defendants to respond to the requests by November 21, 2025 (ECF No. 227);

WHEREAS, on December 23, 2025, Plaintiffs filed a motion to compel asserting inadequacies in Defendants' productions and searches (ECF No. 320);

WHEREAS, on January 16, 2026, the Court, Hon. Sheri Pym, entered an Order granting the motion to compel, holding, *inter alia*, that Defendants must "[f]orensically image any cell phone used by any agent present at any of the 15 operations [in expedited discovery] and review these devices for material responsive to RFP Nos. 2 and 3; and [p]rovide affidavits detailing their document collection process." (ECF No. 370 at 9 [the "Order"]);

WHEREAS, Judge Pym denied Defendants' request for a stay of the Order but granted Defendants an extension on compliance with the Order until February 13, 2026 (ECF No. 387);

WHEREAS, on January 30, 2026, Defendants filed an Objection to the Order on the motion to compel (ECF No. 395), which Plaintiffs have opposed, and which is currently pending before the District Judge;

WHEREAS, on February 12 and 25; March 13; and April 3, 10 and 27, the parties agreed to further extensions of time as to certain production deadlines set by the Order, which Judge Pym subsequently granted;

WHEREAS, the parties met and conferred and agree to set rolling production deadlines for the further production of responsive ESI from government-issued cellular

phones[1], and that all data forensically collected from cellular phones should be exported and produced in RSMF format;

NOW, THEREFORE, in light of the foregoing, the Parties stipulate and respectfully request that the Court enter the following order:

1. The Court vacates the deadline with respect to the forensic imaging of government phones and production of responsive ESI collected from those phones, which was set forth in its Order on the parties' most recent stipulation, ECF No. 496;

2. Defendants will produce responsive ESI collected from three phones every two weeks for the "priority custodians" identified in ECF 461 (initiating agents, supervisors, and team leads), prioritizing by custodians selected by Plaintiffs;

3. The parties reserve the right to re-evaluate the pace of production based on technological capabilities;

4. With respect to the Order's requirement to image government phones other than for the priority custodians identified in ECF 461, that requirement is to be stayed by an additional ninety (90) days, from June 2 to August 31, 2026;

5. Defendants will produce as soon as possible, but no later than May 29, an OM2 report from January 1, 2025 until November 2025, a Daily Apprehension Log to cover the time period of January 2025 to May 2026 with arresting officer information, and an ERO arrest report with arrestee names for the Los Angeles Area of Responsibility for Aug 2025 to May 2026;

6. Defendants will produce by May 20 the updated ICE OPLA Fourth Amendment training (RFP No. 14 [UFW Set 2]);

7. Defendants will produce by May 29 documents responsive to RFP Nos. 7 and 9 [UFW Set 2], for a date range extending to May 9, 2026;

---

[1] Plaintiffs' motion for sanctions with respect to the imaging of personal cellular phones has been fully briefed, and nothing in this stipulation changes the parties' positions with respect to such imaging.

JT. STIP. TO EXTEND CERTAIN FILING DISCOVERY DEADLINES

8. Defendants will produce documents responsive to RFP No. 18 [UFW Set 3], by May 29;

9. Defendant will collect documents potentially responsive to RFP No. 20 [UFW Set 3], for custodians Todd Lyons, Kristi Noem, and the ICE ERO FOD(s), for a date range of May 19, 2025 to Sept 15, 2025, using objective criteria, review the documents for responsiveness, and submit such documents for vetting with White House counsel by June 10, 2026.

IT IS SO STIPULATED AND AGREED:

Dated: May 20, 2026

BRETT A. SHUMATE
Assistant Attorney General
Civil Division

DREW C. ENSIGN
Deputy Assistant Attorney General

TIBERIUS DAVIS
SEAN SKEDZIELEWSKI
Counsel to the Assistant Attorney General

NANCY N. SAFAVI
STEPHANIE L. GROFF
JASON K. ZUBATA
ANIELLO DESIMONE
JACOB A. BASHYROV
TOLA MYCZKOWSKA
Trial Attorneys

*/s/ Jonathan A. Robbins*
JONATHAN A. ROBBINS
Assistant Director
Office of Immigration Litigation
U.S. Department of Justice
P.O. Box 878, Ben Franklin Station
Washington, D.C. 20044
Telephone: (202) 305-8275
Jonathan.A.Robbins@usdoj.gov

*Counsel for Defendants*

JT. STIP. TO EXTEND CERTAIN FILING DISCOVERY DEADLINES

DATED:  May 20, 2026                    MUNGER, TOLLES & OLSON LLP


By:      */s/ Sara Worth*
Sara Worth
*Counsel for Stop/Arrest Plaintiffs*


DATED:  May 20, 2026                    MUNGER, TOLLES & OLSON LLP


By:      */s/ Grace Davis Fisher*
GRACE DAVIS FISHER
*Counsel for Intervenors Cities of Los Angeles, Anaheim, Bell Gardens, Beverly Hills, Carpinteria, Culver City, Huntington Park, Long Beach, Lynwood, Montebello, Monterey Park, Oxnard, Paramount, Pico Rivera, Pomona, Santa Ana, Santa Barbara, Santa Monica, South Gate, and West Hollywood*

## <u>ATTESTATION OF FILER</u>

I attest that the other signatories listed, and on whose behalf this filing is submitted, concur in the filing's content and have authorized the filing.

Dated: May 20, 2026                    Respectfully submitted,

                                       */s/ Jonathan A.Robbins*
                                       JONATHAN A. ROBBINS
                                       Assistant Director
                                       Office of Immigration Litigation
                                       U.S. Department of Justice

                                       *Counsel for Defendants*