STACY TOLCHIN (SBN 217431)
*stacy@tolchinimmigration.com*
LAW OFFICES OF STACY TOLCHIN
776 E. Green St., Suite 210
Pasadena, CA 91101
Tel: 213-622-7450; Fax: 213-622-7233

MOHAMMAD TAJSAR (SBN 280152)
*mtajsar@aclusocal.org*
MAYRA JOACHIN (SBN 306065)
*mjoachin@aclusocal.org*
EVA BITRÁN (SBN 302081)
*ebitran@aclusocal.org*
DAE KEUN KWON (SBN 313155)
*akwon@aclusocal.org*
STEPHANIE PADILLA (SBN 321568)
*spadilla@aclusocal.org*
ACLU FOUNDATION OF
SOUTHERN CALIFORNIA
P.O. Box 811370
Los Angeles, CA 90081
Tel: 213-977-5232; Fax: 213-201-7878

*Counsel for Stop/Arrest Plaintiffs*

(*Additional counsel listed on next page*)

MARK ROSENBAUM (SBN 59940)
*mrosenbaum@publiccounsel.org*
REBECCA BROWN (SBN 345805)
*rbrown@publiccounsel.org*

RITU MAHAJAN (SBN 252970)
*rmahajan@publiccounsel.org*
GINA AMATO (SBN 215519)
*gamato@publiccounsel.org*
AMANDA MANGASER SAVAGE
(SBN 325996)
*asavage@publiccounsel.org*
PUBLIC COUNSEL
610 South Ardmore Avenue
Los Angeles, CA 90005
Tel: 213-385-2977

*Counsel for All Plaintiffs*

ANNE LAI (SBN 295394)
*alai@law.uci.edu*
UC IRVINE SCHOOL OF LAW
IMMIGRANT AND RACIAL JUSTICE
SOLIDARITY CLINIC
P.O. Box 5479
Irvine, CA 92616-5479
Tel: 949-824-9894; Fax: 949-824-2747

*Counsel for Stop/Arrest Plaintiffs*

# UNITED STATES DISTRICT COURT

## FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| Pedro VASQUEZ PERDOMO; Carlos Alexander OSORTO; and Isaac VILLEGAS MOLINA; Jorge HERNANDEZ VIRAMONTES; Jason Brian GAVIDIA; LOS ANGELES WORKER CENTER NETWORK; UNITED FARM WORKERS; COALITION FOR HUMANE IMMIGRANT RIGHTS; IMMIGRANT DEFENDERS LAW CENTER, <br><br>        Plaintiffs, <br><br>   v. <br><br> Markwayne MULLIN, in his official capacity as Secretary, Department of Homeland Security; Todd M. LYONS, in his official capacity as Acting Director, U.S. Immigration and Customs Enforcement; Rodney S. SCOTT, in his official capacity as Commissioner, U.S. Customs and Border Patrol; Michael W. BANKS, in his | Case No.: 2:25-cv-05605-MEMF-SP <br><br> ***DISCOVERY MATTER*** <br><br> **DECLARATION OF ANNE LAI IN SUPPORT OF PLAINTIFFS' MOTION TO COMPEL DISCOVERY** <br><br> *[Filed concurrently with Declaration of Anne Lai and Exhibits thereto]* <br><br> Referred to Hon. Sheri Pym <br> United States Magistrate Judge <br><br> Date:  June 23, 2026 <br> Time: 11:00 a.m. <br><br> Discovery Cutoff:  March, 24, 2027 <br> Pre-Trial Conf.:  August 4, 2027 <br> Trial:  August 23, 2027 |

Case No.: 2:25-cv-05605-MEMF-SP

DECLARATION OF ANNE LAI ISO PLAINTIFFS' MOTION TO COMPEL DISCOVERY (BOVINO RFPS)

official capacity as Chief of U.S. Border Patrol; Kash PATEL, in his official capacity as Director, Federal Bureau of Investigation; Todd BLANCHE, in his official capacity as Acting U.S. Attorney General; Jaime RIOS, in his official capacity as Acting Field Office Director for Los Angeles, U.S. Immigration and Customs Enforcement; Dean T. SORENSON, Special Agent in Charge for Los Angeles, Homeland Security Investigations, U.S. Immigration and Customs Enforcement; Gregory K. BOVINO, in his official capacity as Chief Patrol Agent for El Centro Sector of the U.S. Border Patrol; Justin DE LA TORRE, in his official capacity as Acting Chief Patrol Agent, San Diego Sector of the U.S. Border Patrol; Akil DAVIS, in his official capacity as Assistant Director in Charge, Los Angeles Office, Federal Bureau of Investigation; Bilal A. ESSAYLI, in his official capacity as First Assistant U.S. Attorney for the Central District of California,

　　　Defendants.

DECLARATION OF ANNE LAI ISO PLAINTIFFS' MOTION TO COMPEL DISCOVERY (BOVINO RFPS)

JACOB S. KREILKAMP (SBN 248210)
jacob.kreilkamp@mto.com
DAVID FRY (SBN 189276)
david.fry@mto.com
SARA H. WORTH (SBN 341088)
sara.worth@mto.com
HENRY D. SHREFFLER (SBN 343388)
henry.shreffler@mto.com
LAURA R. PERRY (SBN 342504)
laura.perrystone@mto.com
LAUREN E. KUHN (SBN 343855)
lauren.kuhn@mto.com
MAGGIE BUSHELL (SBN 354048)
maggie.bushell@mto.com
ANGELA URIBE (SBN 353579)
angela.uribe@mto.com
MUNGER, TOLLES & OLSON LLP
350 S. Grand Ave., 50th Floor
Los Angeles, CA 90071
Tel: 213-683-9100; Fax: 213-683-9100

JESSICA KARP BANSAL (SBN 277347)
Jessica@ndlon.org
LAUREN MICHEL WILFONG*
lwilfong@ndlon.org
NATIONAL DAY LABORER
ORGANIZING NETWORK
1030 S. Arroyo Parkway, Suite 106
Pasadena, CA 91105
Tel: 626-214-5689

BREE BERNWANGER (SBN 331731)
bbernwanger@aclunc.org
AMERICAN CIVIL LIBERTIES UNION
FOUNDATION OF NORTHERN
CALIFORNIA
39 Drumm Street
San Francisco, CA 94111
Tel: 415-621-2493

BRISA VELAZQUEZ OATIS
(SBN 339132)
bvoatis@aclu-sdic.org
ACLU FOUNDATION OF
SAN DIEGO & IMPERIAL COUNTIES
P.O. Box 87131
San Diego, CA 92138-7131
Tel: 619-398-4199

*Counsel for Stop/Arrest Plaintiffs*

MATTHEW J. CRAIG (SBN 350030)
mcraig@heckerfink.com
MACK E. JENKINS (SBN 242101)
mjenkins@heckerfink.com
HECKER FINK LLP
1150 South Olive Street, Suite 10-140
Los Angeles, CA 90015
Tel: 212-763-0883; Fax: 212-564-0883

*Counsel for Access/Conditions Plaintiffs*

EDGAR AGUILASOCHO (SBN 285567)
eaguilasocho@farmworkerlaw.com
MARTÍNEZ AGUILASOCHO LAW, INC.
900 Truxtun Ave, Suite 300
Bakersfield, CA 93301
Tel: 661-859-1174

*Counsel for Plaintiff United Farm Workers*

CARL BERGQUIST*
cbergquist@chirla.org
COALITION FOR HUMANE IMMIGRANT
RIGHTS
2351 Hempstead Road
Ottawa Hills, OH 43606
Tel: 310-279-6025

*Counsel for Plaintiff Coalition for Humane
Immigrant Rights*

ALVARO M. HUERTA (SBN 274787)
ahuerta@immdef.org
BRYNNA BOLT (SBN 339378)
bbolt@immdef.org
ALISON STEFFEL (SBN 346370)
asteffel@immdef.org
IMMIGRANT DEFENDERS LAW CENTER
634 S. Spring St., 10th Floor
Los Angeles, CA 90014
Tel: 213-634-0999

*Counsel for Plaintiff Immigrant
Defenders Law Center*

* Admitted pro hac vice

DECLARATION OF ANNE LAI ISO PLAINTIFFS' MOTION TO COMPEL DISCOVERY (BOVINO RFPS)

## **DECLARATION OF ANNE LAI**

I, Anne Lai, declare the following:

1.      I make this declaration based on my personal knowledge.  If called, I could and would competently testify thereto.  This declaration is made in support of Plaintiffs' Motion to Compel Discovery.

2.      I currently serve as Clinical Professor of Law, Co-Associate Dean of Experiential Learning, and Director of the Immigrant and Racial Justice Solidarity Clinic at the University of California, Irvine School of Law ("UCI Law").  I am duly licensed to practice law in the State of California and have been a practicing attorney for approximately 19 years.  I am counsel of record to the Stop/Arrest Plaintiffs in the above-captioned case.

3.      This declaration summarizes Plaintiffs' efforts to meet and confer with counsel for Defendant regarding Plaintiffs' Requests for Production of Documents in connection with the deposition of Gregory K. Bovino (the "Bovino RFPs").

4.      Plaintiffs and Intervenors served a Notice of Videotaped Deposition of Gregory K. Bovino and Requests for Production of Documents on March 27, 2026.  A true and correct copy of the Notice of Videotaped Deposition of Gregory K. Bovino and Requests for Production of Documents is attached as **Exhibit A**.

5.      Defendants served their Objections and Responses on April 27, 2026.  A true and correct copy of Defendants', Acting in Their Official Capacities, Objections and Responses to Plaintiff and Intervenors' Requests for Production Attached to Chief Bovino's Deposition Notice is attached as **Exhibit B**.

6.      Plaintiffs sent Defendants a 5-page letter on May 1, 2026, setting forth their disagreement with Defendants' Objections and Responses.  The letter requested Defendants' availability to meet and confer.  A true and correct copy of the letter is attached as **Exhibit C**.

7.      The parties met and conferred about the Bovino RFPs on Monday, May 11 and Friday, May 15.  I attended both meet and confer calls as a representative of the Plaintiffs.

Case No.: 2:25-cv-05605-MEMF-SP

DECLARATION OF ANNE LAI ISO PLAINTIFFS' MOTION TO COMPEL DISCOVERY (BOVINO RFPS)

8.    The parties have continued to meet and confer via email since the calls on May 11 and May 15 and have been able to reach agreement except as to the issue of initial search terms and the search terms for RFP 7.

9.    Attached as **Exhibit D** is a true and correct copy of the email thread reflecting the parties' negotiations around RFP 7.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.


Executed on this 1st day of June, 2026, at Los Angeles, California.


/s/ *Anne Lai*
Anne Lai
*Counsel for Stop/Arrest Plaintiffs*

-2-                                            Case No.: 2:25-cv-05605-MEMF-SP
DECLARATION OF ANNE LAI ISO PLAINTIFFS' MOTION TO COMPEL DISCOVERY (BOVINO RFPS)