UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| PEDRO VASQUEZ PERDOMO, *et al.*,<br><br>Plaintiffs,<br><br>v.<br><br>MARKWAYNE MULLIN, in his official capacity as Secretary of Homeland Security, *et al.*,<br><br>Defendants. | ***DISCOVERY MATTER***<br><br>No. 2:25-cv-05605-MEMF-SP<br><br>**ORDER GRANTING JOINT STIPULATION TO EXTEND CERTAIN PRODUCTION DEADLINES SET FORTH IN ECF NOS. 370, 486**<br><br>Hon. Maame Ewusi-Mensah Frimpong<br>United States District Judge<br><br>Referred to Hon. Sheri Pym<br>United States Magistrate Judge |

On May 20, 2026, the parties filed a stipulation to extend certain production deadlines set forth in ECF Nos. 370, 486. The Court, having considered the parties' stipulation and finding good cause therefor, hereby GRANTS the stipulation (ECF No. 508) and ORDERS as follows:

1. The Court vacates the deadline with respect to the forensic imaging of government phones and production of responsive ESI collected from those phones, which was set forth in its Order on the parties' most recent stipulation,

ECF No. 496;

2. Defendants will produce responsive ESI collected from three phones every two weeks for the "priority custodians" identified in ECF 461 (initiating agents, supervisors, and team leads), prioritizing by custodians selected by Plaintiffs;

3. The parties reserve the right to re-evaluate the pace of production based on technological capabilities;

4. With respect to the Order's requirement to image government phones other than for the priority custodians identified in ECF 461, that requirement is to be stayed by an additional ninety (90) days, from June 2 to August 31, 2026;

5. Defendants will produce as soon as possible, but no later than May 29, an OM2 report from January 1, 2025 until November 2025, a Daily Apprehension Log to cover the time period of January 2025 to May 2026 with arresting officer information, and an ERO arrest report with arrestee names for the Los Angeles Area of Responsibility for Aug 2025 to May 2026;

6. Defendants will produce by May 20 the updated ICE OPLA Fourth Amendment training (RFP No. 14 [UFW Set 2]);

7. Defendants will produce by May 29 documents responsive to RFP Nos. 7 and 9 [UFW Set 2], for a date range extending to May 9, 2026;

8. Defendants will produce documents responsive to RFP No. 18 [UFW Set 3], by May 29;

9. Defendant will collect documents potentially responsive to RFP No. 20 [UFW Set 3], for custodians Todd Lyons, Kristi Noem, and the ICE ERO FOD(s), for a date range of May 19, 2025 to Sept 15, 2025, using objective criteria, review the documents for responsiveness, and submit such documents for vetting with White House counsel by June 10, 2026.

IT IS SO ORDERED.


Dated: June 5, 2026

_____

HON. SHERI PYM

United States Magistrate Judge