STACY TOLCHIN (SBN 217431)
*stacy@tolchinimmigration.com*
LAW OFFICES OF STACY TOLCHIN
776 E. Green St., Suite 210
Pasadena, CA 91101
Tel: 213-622-7450; Fax: 213-622-7233

MOHAMMAD TAJSAR (SBN 280152)
*mtajsar@aclusocal.org*
MAYRA JOACHIN (SBN 306065)
*mjoachin@aclusocal.org*
EVA BITRÁN (SBN 302081)
*ebitran@aclusocal.org*
DAE KEUN KWON (SBN 313155)
*akwon@aclusocal.org*
STEPHANIE PADILLA (SBN 321568)
*spadilla@aclusocal.org*
ACLU FOUNDATION OF
SOUTHERN CALIFORNIA
P.O. Box 811370
Los Angeles, CA 90081-0007
Tel: 213-977-5232; Fax: 213-201-7878

*Counsel for Stop/Arrest Plaintiffs*

MARK ROSENBAUM (SBN 59940)
*mrosenbaum@publiccounsel.org*
REBECCA BROWN (SBN 345805)
*rbrown@publiccounsel.org*
RITU MAHAJAN (SBN 252970)
*rmahajan@publiccounsel.org*
GINA AMATO (SBN 215519)
*gamato@publiccounsel.org*
AMANDA MANGASER SAVAGE
(SBN 325996)
*asavage@publiccounsel.org*
PUBLIC COUNSEL
610 South Ardmore Avenue
Los Angeles, CA 90005
Tel: 213-385-2977

*Counsel for All Plaintiffs*

ANNE LAI (SBN 295394)
*alai@law.uci.edu*
UC IRVINE SCHOOL OF LAW
IMMIGRANT AND RACIAL JUSTICE
SOLIDARITY CLINIC
P.O. Box 5479
Irvine, CA 92616-5479
Tel: 949-824-9894; Fax: 949-824-2747

*Counsel for Stop/Arrest Plaintiffs*

(*Additional counsel listed on next page*)

# UNITED STATES DISTRICT COURT

## FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| Pedro VASQUEZ PERDOMO; Carlos Alexander OSORTO; and Isaac VILLEGAS MOLINA; Jorge HERNANDEZ VIRAMONTES; Jason Brian GAVIDIA; LOS ANGELES WORKER CENTER NETWORK; UNITED FARM WORKERS; COALITION FOR HUMANE IMMIGRANT RIGHTS; IMMIGRANT DEFENDERS LAW CENTER,<br><br>        Plaintiffs,<br><br>    v.<br><br>Markwayne MULLIN, in his official capacity as Secretary, Department of Homeland Security; David VENTURELLA, in his official capacity as Acting Director, U.S. Immigration and Customs Enforcement; Rodney S. SCOTT, in his official capacity as Commissioner, U.S. Customs and Border Patrol; Michael W. BANKS, in his | Case No.: 2:25-cv-05605-MEMF-SP<br><br>**DECLARATION OF LAURA PERRY STONE IN SUPPORT OF PLAINTIFFS' MOTION FOR A PRELIMINARY INJUNCTION RE: WARRANTLESS ARRESTS**<br><br>Date:  August 13, 2026<br>Time: 10:00 a.m.<br>Place: Courtroom 8B<br><br>Discovery Cutoff:  March, 24, 2027<br>Pre-Trial Conf.:  August 4, 2027<br>Trial:  August 23, 2027<br><br>Hon. Maame Ewusi-Mensah Frimpong<br>United States District Judge |

Case No.: 2:25-cv-05605-MEMF-SP

official capacity as Chief of U.S. Border Patrol; Kash PATEL, in his official capacity as Director, Federal Bureau of Investigation; Todd BLANCHE, in his official capacity as Acting U.S. Attorney General; Thomas GILES, in his official capacity as Acting Field Office Director for Los Angeles, U.S. Immigration and Customs Enforcement; Dean T. SORENSON, Special Agent in Charge for Los Angeles, Homeland Security Investigations, U.S. Immigration and Customs Enforcement; Daniel PARRA, in his official capacity as Chief Patrol Agent for El Centro Sector of the U.S. Border Patrol; Justin DE LA TORRE, in his official capacity as Acting Chief Patrol Agent, San Diego Sector of the U.S. Border Patrol; Akil DAVIS, in his official capacity as Assistant Director in Charge, Los Angeles Office, Federal Bureau of Investigation; Bilal A. ESSAYLI, in his official capacity as First Assistant U.S. Attorney for the Central District of California,

Defendants.

DECLARATION OF LAURA PERRY STONE IN SUPPORT OF PLAINTIFFS' MOTION FOR A PRELIMINARY INJUNCTION RE: WARRANTLESS ARRESTS

JACOB S. KREILKAMP (SBN 248210)
jacob.kreilkamp@mto.com
DAVID FRY (SBN 189276)
david.fry@mto.com
ADAM B. WEISS (SBN 296381)
adam.wess@mto.com
SARA H. WORTH (SBN 341088)
sara.worth@mto.com
HENRY D. SHREFFLER (SBN 343388)
henry.shreffler@mto.com
LAURA R. PERRY STONE (SBN 342504)
laura.perrystone@mto.com
LAUREN E. KUHN (SBN 343855)
lauren.kuhn@mto.com
MAGGIE BUSHELL (SBN 354048)
maggie.bushell@mto.com
ANGELA URIBE (SBN 353579)
angela.uribe@mto.com
MUNGER, TOLLES & OLSON LLP
350 S. Grand Ave., 50th Floor
Los Angeles, CA 90071
Tel: 213-683-9100; Fax: 213-683-9100

*Counsel for Stop/Arrest Plaintiffs*

BREE BERNWANGER (SBN 331731)
bbernwanger@aclunc.org
AMERICAN CIVIL LIBERTIES UNION
FOUNDATION OF NORTHERN
CALIFORNIA
39 Drumm Street
San Francisco, CA 94111
Tel: 415-621-2493

*Counsel for Stop/Arrest Plaintiffs*

BRISA VELAZQUEZ OATIS
(SBN 339132)
bvoatis@aclu-sdic.org
ACLU FOUNDATION OF
SAN DIEGO & IMPERIAL COUNTIES
P.O. Box 87131
San Diego, CA 92138-7131
Tel: 619-398-4199

*Counsel for Stop/Arrest Plaintiffs*

EDGAR AGUILASOCHO (SBN 285567)
eaguilasocho@farmworkerlaw.com
MARTÍNEZ AGUILASOCHO LAW, INC.
900 Truxtun Ave, Suite 300
Bakersfield, CA 93301
Tel: 661-859-1174

*Counsel for Plaintiff United Farm Workers*

JESSICA KARP BANSAL (SBN 277347)
Jessica@ndlon.org
LAUREN MICHEL WILFONG*
lwilfong@ndlon.org
JIA FU*
jennifer@ndlon.org
NATIONAL DAY LABORER ORGANIZING
NETWORK
1030 S. Arroyo Parkway, Suite 106
Pasadena, CA 91105
Tel: 626-214-5689

*Counsel for Stop/Arrest Plaintiffs*

MATTHEW J. CRAIG (SBN 350030)
mcraig@heckerfink.com
MACK E. JENKINS (SBN 242101)
mjenkins@heckerfink.com
HECKER FINK LLP
1150 South Olive Street, Suite 10-140
Los Angeles, CA 90015
Tel: 212-763-0883; Fax: 212-564-0883

*Counsel for Access/Conditions Plaintiffs*

CARL BERGQUIST*
cbergquist@chirla.org
COALITION FOR HUMANE IMMIGRANT
RIGHTS
2351 Hempstead Road
Ottawa Hills, OH 43606
Tel: 310-279-6025

*Counsel for Plaintiff Coalition for Humane
Immigrant Rights*

ALVARO M. HUERTA (SBN 274787)
ahuerta@immdef.org
BRYNNA BOLT (SBN 339378)
bbolt@immdef.org
ALISON STEFFEL (SBN 346370)
asteffel@immdef.org
IMMIGRANT DEFENDERS LAW CENTER
634 S. Spring St., 10th Floor
Los Angeles, CA 90014
Tel: 213-634-0999

*Counsel for Plaintiff Immigrant
Defenders Law Center*

* Admitted pro hac vice

-iii-                                    Case No.: 2:25-cv-05605-MEMF-SP

DECLARATION OF LAURA PERRY STONE IN SUPPORT OF PLAINTIFFS' MOTION FOR A PRELIMINARY INJUNCTION RE: WARRANTLESS ARRESTS

## DECLARATION OF LAURA PERRY STONE

I, LAURA PERRY STONE, declare the following:

1.  I am admitted to practice before all the courts of the State of California and this Court. I am an attorney at the law firm Munger, Tolles & Olson LLP (MTO) and counsel of record for Plaintiffs Pedro Vasquez Perdomo, Carlos Osorto, Isaac Villegas Molina, Jorge Hernandez Viramontes, Jason Brian Gavidia (collectively, the "Individual Plaintiffs"), along with the Los Angeles Worker Center Network (LAWCN), United Farm Workers (UFW), and Coalition for Humane Immigrant Rights (CHIRLA) (collectively, the "Warrantless Arrest Plaintiffs," and together with the Individual Plaintiffs, the "Stop/Arrest Plaintiffs") in the above-captioned matter.

2.  I make this Declaration in support of the Warrantless Arrest Plaintiffs' June 8, 2026 Motion for Preliminary Injunction. I am over the age of eighteen and have personal knowledge of the facts set forth below in this declaration, or knowledge based on information provided to me by staff at my firm about steps they took at my direction, and, if called as a witness, I could and would testify competently to the matters set forth herein.

**Initial Review of Defendants' Productions**

3.  We undertook a project to determine whether, and to what extent, the arrest records that Defendants produced to Plaintiffs in the course of discovery in the above-captioned matter contained any escape-risk analysis. I helped oversee and manage the process of reviewing and coding the documents for this project. As part of this project, attorneys and staff at my firm identified documents where there was any language suggesting a potential assessment of escape risk, and, where there was, whether the escape risk assessment included boilerplate language. Paragraphs 6–29 reflect instructions I gave as part of that project, as well as the results of the project that were reported back to me by reviewers.

4.  On or around October 21, 2025, Plaintiffs propounded on Defendants Expedited Requests for Production, Set One ("Requests").

5.  In response to Plaintiffs' Requests, between approximately November 2025 and May 2026, Defendants produced documents bearing production volume numbers GOV-PROD-001 – GOV-PROD-030.

-1-    Case No.: 2:25-cv-05605-MEMF-SP

6. Beginning in or around March 2026, Plaintiffs' counsel reviewed Defendants' productions and identified documents that appeared to fall within three categories:

- **Category 1**– Form I-213s (Records of Deportable/Inadmissible Alien);

- **Category 2** – EARMs (Enforce Alien Removal Modules);

- **Category 3** – arrest narratives.

7. To identify documents within these three categories, a team of approximately nine reviewers manually reviewed Defendants' productions and applied document-level tags in Relativity corresponding to each category.

8. In the course of this review, approximately 1,159 documents were identified as falling within Categories 1, 2, or 3. From that set, we removed documents identified as exact duplicates. To identify duplicates, we used an industry-standard tool within Relativity's suite called "textual near duplicate identification." Using this tool, Relativity grouped documents together based on the similarity of their text. A document with a textual similarity score of 100 indicates that 100% of the text matches that of the principal document. We removed documents with a textual similarity score of 100. We also removed documents that Defendants subsequently reproduced in a revised form, which we designated as "clawback" documents, retaining only the most recent version produced by Defendants. After removing these documents, approximately 964 documents remained ("Initial Document Set").

9. Attached as **Exhibit A** is a true and correct list of the Bates numbers for the documents in the Initial Document Set.

**Secondary Quality Control Review of Initial Document Set**

10. To ensure accuracy of the Initial Document Set, a team of approximately seven reviewers conducted a secondary quality-control review in Relativity to ensure that each document was properly categorized as an I-213, EARM, or arrest narrative. Documents that did not clearly fall within these three categories were excluded, including, for example, cover emails, pre-raid surveillance reports, and template narratives. We also excluded documents indicating there was a warrant for the subject's arrest for the purposes of our analysis. Lastly, we excluded documents that were related to non-immigration arrests.

-2-                                      Case No.: 2:25-cv-05605-MEMF-SP

DECLARATION OF LAURA PERRY STONE IN SUPPORT OF PLAINTIFFS' MOTION FOR A PRELIMINARY INJUNCTION RE: WARRANTLESS ARRESTS

11. After completing this secondary review and applying the exclusions described above, 871 documents remained in the final document set ("Final Document Set").

12. Attached as **Exhibit B** is a true and correct list of the Bates numbers for the documents in the Final Document Set.

13. In addition to confirming document type, we reviewed documents in the Final Document Set to identify the following data points for each document:

- Subject Name;
- Arresting Officer/Agent Name; and
- Arresting Officer/Agent Agency (ICE, Border Patrol, or Unknown).

14. Reviewers identified "Subject Name" as the individual who was the subject of the arrest described in the document.

15. Reviewers also identified "Arresting Officer Name" for each document in the Final Document Set. For the purposes of this review, the Arresting Officer was defined as the agent or officer identified in the narrative as having made the arrest. In making this determination, reviewers did not rely solely on the identity of the reporting agent or officer, document author, or the individual who signed a report. Instead, reviewers reviewed the narrative and recorded the agent or officer identified there as having made the arrest. Reviewers also identified whether the Arresting Officer was described as a Border Patrol agent ("BPA") or an Immigration and Customs Enforcement ("ICE") officer. If the Arresting Officer's agency affiliation could not be determined, reviewers coded the agency as "Unknown."

16. Reviewers also assessed whether each document contained language describing any potential escape risk analysis conducted in connection with a warrantless arrest ("Escape Risk Language"). A document was identified as containing Escape Risk Language if it included any of the following phrases: "likely to escape," "before a warrant," "flight risk," "flight without warrant," "escape risk," "escape before warrant." In addition to these specific phrases, reviewers exercised independent judgment to flag other language that appeared to reflect an assessment that the subject posed an escape risk and was therefore arrested without a warrant. For each document

DECLARATION OF LAURA PERRY STONE IN SUPPORT OF PLAINTIFFS' MOTION FOR A PRELIMINARY INJUNCTION RE: WARRANTLESS ARRESTS

where Escape Risk Language was identified, the reviewers extracted the relevant language, which was then used for our analysis described below.

17.     We extracted these data points for all documents in the Final Document Set for further quality control review and analysis.

18.     Upon review of the extracted Subject Names, we identified and corrected names with apparent typographical and spelling inconsistencies to normalize names for analysis.

**Escape Risk Language Analysis**

19.     After completing the review, coding, name-normalization, and quality-control processes described above, we analyzed the Final Documents Set to determine the occurrence and content of Escape Risk Language.

20.     Our analysis determined that the Final Document Set corresponds to 113 distinct arrestees.  Of those arrestees, 72 distinct arrestees were associated with at least one document containing Escape Risk Language, and 41 distinct arrestees were associated with documents that did not contain any Escape Risk Language.  The summary chart below reflects those findings. Our process is described in detail below.

| TOTAL DISTINCT ARRESTEES | DISTINCT ARRESTEES WITH ESCAPE RISK LANGUAGE | DISTINCT ARRESTEES WITH NO ESCAPE RISK LANGUAGE |
|---|---|---|
| 113 | 72 | 41 |

21.     To identify the 113 distinct arrestees, we cross-referenced the normalized Subject Names extracted from each document in the Final Document Set.  Where multiple documents contained the same normalized Subject Name, those documents were attributed to a single individual.  Where documents contained similar but non-identical names, we considered names with very high similarity—those differing by three or fewer characters—to represent the same individual.  Through this process, we determined that the 871 documents in the Final Document Set corresponded to 113 distinct arrestees.

22.     To determine whether a document in the Final Document Set contained Escape Risk Language, we looked for the Escape Risk Language extracted during the review process described above.  We then conducted a quality-control review of the extracted language by

-4-                    Case No.: 2:25-cv-05605-MEMF-SP

DECLARATION OF LAURA PERRY STONE IN SUPPORT OF PLAINTIFFS' MOTION FOR A PRELIMINARY INJUNCTION RE: WARRANTLESS ARRESTS

searching for the terms "likely to escape," "before a warrant," "flight risk," or "flee."  A document was classified as having Escape Risk Language if reviewers extracted language containing any of these terms.  Documents for which no such language was extracted were classified as containing no Escape Risk Language.  Of the 871 documents in the Final Document Set, 713 documents, corresponding to 72 distinct arrestees, contained some of the Escape Risk Language extracted. The remaining 158 documents, corresponding to 41 distinct arrestees, did not contain any Escape Risk Language.

23.     Attached as **Exhibit C** is a true and correct list of the Bates numbers corresponding to the documents with Escape Risk Language, that represent 72 distinct arrestees.

24.     Attached as **Exhibit D** is a true and correct list of the Bates numbers corresponding to the documents with no Escape Risk Language, that represent 41 distinct arrestees.

25.     We next reviewed the 713 documents associated with 72 arrestees for whom Escape Risk Language was identified to determine whether the language reflected repeated patterns and/or boilerplate language.

26.     We determined that 48 of the 72 unique arrestees for whom Escape Risk Language was identified (66.66 %) were associated with narratives containing substantially identical Escape Risk Language.  Specifically, those narratives included the at least two of the three phrases: "likely to escape before a warrant could be obtained," "flight from law enforcement," and "illegal presence in the United States," and generally followed the template below.

| Escape Risk Template | Arrestees |
|---|---|
| I determined that [Subject] was **likely to escape before a warrant could be obtained** for [his/her] arrest based on [his/her] **flight from law enforcement**, the fact that [he/she] ignored agent commands, [his/her] **illegal presence in the United States**, and the facts outlined above. | 48 of 72 (66.66%) |

27.     Attached as **Exhibit E** is a true and correct list of the Bates numbers corresponding to the documents with template Escape Risk Language, which represent 48 unique arrestees.

28.     Many of the remaining 24 arrestees that had narratives that did not use this template language contained other boilerplate language.

-5-                                Case No.: 2:25-cv-05605-MEMF-SP

**Arresting Officer Analysis**

29. We also analyzed the agency affiliation recorded for the Arresting Officer in each document in the Final Document Set based on the review methodology described above. Of the 871 documents in the Final Document Set, 856 were coded as involving BPAs, 13 were coded as involving an ICE officer, and 2 documents were coded Unknown where the arresting officer was not clear from the document. None of the 15 documents, corresponding to 7 unique arrestees, coded as involving an ICE officer or arresting agency unknown contained Escape Risk Language. Attached as **Exhibit F** is a true and correct list of the Bates numbers corresponding to the documents coded as involved an ICE officer or Unknown, which represent 7 unique arrestees.

**EXHIBITS TO MOTION**

30. Plaintiffs have redacted the names of individuals encountered by Defendants' agents and officers who are not named plaintiffs in many cases throughout the exhibits and in the Motion for Preliminary Injunction. These redactions are intended to protect the privacy of those individuals and to mitigate concerns about possible retaliation, as well as to reduce the amount of material that needs to be filed under seal, where the Court does not need such information to decide the Motion for Preliminary Injunction. Plaintiffs have also redacted the names of many declarants down to their initials. Plaintiffs will provide Defendants with the full names of declarants pursuant to the Protective Order in this case. Additionally, Plaintiffs have redacted email addresses and telephone numbers of DHS personnel. Should the Court require unredacted versions of any of these materials, Plaintiffs can lodge them under seal upon request.

31. **Exhibit 2** is a true and correct copy of redacted excerpts from the transcript of the deposition of ICE Enforcement and Removal Operations (ERO) Supervisory Detention and Deportation Officer (SDDO) C.C., dated May 20, 2026. For clarity, because two ICE ERO officers with the initials "C.C." are referenced in this matter, the briefing distinguishes between them by title, referring to Supervisory Detention and Deportation Officer (SDDO) C.C. and Deportation Officer (DO) C.C.

32. **Exhibit 3** is a true and correct copy of redacted excerpts from the report of the imaged phone of an ICE Homeland Security Investigations (HSI) agent who participated with

-6-

DECLARATION OF LAURA PERRY STONE IN SUPPORT OF PLAINTIFFS' MOTION FOR A PRELIMINARY INJUNCTION RE: WARRANTLESS ARRESTS

Border Patrol on immigration operations in the Central District, produced by Defendants in this case with the initial Bates stamp of GOV-00006928.

33.     **Exhibit 4** is a true and correct redacted copy of an email chain produced by Defendants in this case with the Bates stamp of GOV-00024101, redacted by Plaintiffs.

34.     **Exhibit 5** is a true and correct copy of excerpts from the transcript of the deposition of Jaime Rios, as a Federal Rule of Civil Procedure 30(b)(6) witness designated by Defendants for ICE, and then Field Office Director (FOD) of the ICE ERO Los Angeles Field Office, dated January 30, 2026.

35.     **Exhibit 6** is a true and correct redacted screenshot of a spreadsheet depicting a text chain between DO C.C. and other officers, produced by Defendants in this case with the Bates stamp of GOV-00004220.  Plaintiffs determined the text chain included DO C.C. by referencing the phone numbers on the spreadsheet against other documents in discovery.

36.     **Exhibit 7** a true and correct copy of excerpts from the transcript of the deposition of ICE Deportation Officer (DO) C.C., dated December 12, 2025.

37.     **Exhibit 8** is a true and correct redacted copy of excerpts from the transcript of the deposition of ICE Deportation Officer (DO) E.O., dated May 22, 2026.

38.     **Exhibit 9** is a true and correct copy of the Second Declaration of named Plaintiff Pedro Vasquez Perdomo, which was previously filed in this matter as ECF 128-7 on July 28, 2025.

39.     **Exhibit 10** is a true and correct copy of the Second Declaration of named Plaintiff Isaac Villegas Molina, which was previously filed in this matter as ECF 128-8 on July 28. 2025.

40.     **Exhibit 11** is a true and correct copy of the Declaration of named Plaintiff Carlos Osorto, which was previously filed in this matter as a ECF 45-2 on July 3, 2025.

41.     **Exhibit 12** is a true and correct copy of excerpts from the transcript of the deposition of Acting Deputy Chief G.L., as a Federal Rule of Civil Procedure 30(b)(6) witness designated by Defendants for CBP, dated February 2, 2026.

42.     **Exhibit 13** is a true and correct copy of a document titled "Responses to Interrogatory 3," dated April 24, 2026, produced by Defendants in this action.

DECLARATION OF LAURA PERRY STONE IN SUPPORT OF PLAINTIFFS' MOTION FOR A PRELIMINARY INJUNCTION RE: WARRANTLESS ARRESTS

43.     **Exhibit 14** is a true and correct copy of excerpts from the transcript of the deposition of CBP Supervisory Border Patrol Agent (SBPA) I.F., dated December 17, 2025.

44.     **Exhibit 15** is a true and correct copy of a PowerPoint document titled "United States Border Patrol Trojan Horse Home Depot," produced by Defendants in this action with the initial Bates stamp of GOV-00000359.

45.     **Exhibit 16** is a true and correct copy of excerpts from the transcript of the deposition of CBP Supervisory Border Patrol Agent (SBPA) V.S., dated December 10, 2025.

46.     **Exhibit 17** is a true and correct copy of the Declaration of Miguel Angel Tijerino Garmendia, which was previously filed in this matter as ECF 163-6 on August 25, 2025.

47.     **Exhibit 18** is a true and correct redacted copy of a Form I-213 concerning the arrest of M.D.L., obtained by Plaintiffs outside of discovery during the course of this litigation.

48.     **Exhibit 19** is a true and correct redacted copy of a Form I-213 concerning the arrest of M.F.R., obtained by Plaintiffs outside of discovery during the course of this litigation.

49.     **Exhibit 20** is a true and correct redacted copy of the Declaration of M.D.L., dated May 29, 2026.

50.     **Exhibit 21** is a true and correct redacted copy of the Declaration of M.F.R., dated April 15, 2026.

51.     **Exhibit 22** is a true and correct copy of the Declaration of Heather Chapman, dated June 3, 2026.

52.     **Exhibit 23** is a true and correct copy of an ICE PowerPoint document titled "Fourth Amendment Refresher Training, Office of the Principal Legal Advisor," dated February 2026, produced by Defendants in this action with the initial Bates stamp of GOV-00023732.

53.     **Exhibit 24** is a true and correct copy of a CBP PowerPoint document titled "Legal Refresher, First Amendment and Fourth Amendment Considerations," produced by Defendants in this action with the initial Bates stamp of GOV-00003320.

54.     **Exhibit 25** is a true and correct redacted copy of ENFORCE Alien Removal Module (EARM) Encounter Report concerning the arrest of F.H.S., produced by Defendants in this action with the initial Bates stamp of GOV-00000548.  This EARM Encounter Report was

-8-                                    Case No.: 2:25-cv-05605-MEMF-SP

marked as Exhibit 187 to the deposition of ICE DO E.O. on May 22, 2026.  The copy submitted here contains additional redactions.

55.    **Exhibit 26** is a true and correct redacted copy of a Form I-213 concerning the arrest of named Plaintiff Pedro Vasquez Perdomo, obtained by Plaintiffs outside of discovery during the course of this litigation.  This Form I-213 was marked as Exhibit 170 to the deposition of ICE SDDO C.C. on May 20, 2026.  This Form I-213 was also marked as Exhibit 11 to the deposition of ICE DO C.C. on December 12, 2025.  The copy submitted here contains additional redactions.

56.    **Exhibit 27** is a true and correct redacted copy of an EARM Encounter Report concerning the first arrest of named Plaintiff Isaac Villegas Molina in June 2025, obtained by Plaintiffs outside of discovery during the course of this litigation.  This EARM Encounter Report was marked as Exhibit 172 to the deposition of ICE SDDO C.C. on May 20, 2026.  The EARM Encounter Report was also marked as Exhibit 12 to the deposition of DO C.C. on December 12, 2025. The copy submitted here contains additional redactions.

57.    **Exhibit 28** is a true and correct redacted copy of a Form I-213 concerning the arrest of named Plaintiff Carlos Osorto, obtained by Plaintiffs outside of discovery during the course of this litigation.  This Form I-213 was marked as Exhibit 171 to the deposition of ICE SDDO C.C. on May 20, 2026.  The copy submitted here contains additional redactions.

58.    **Exhibit 29** is a true and correct redacted copy of a Form I-213 concerning the arrest of J.D.S., obtained by Plaintiffs outside of discovery during the course of this litigation.

59.    **Exhibit 30** is a true and correct redacted copy of a Form I-213 concerning the arrest of E.C.P., produced by Defendants in this action with the initial Bates stamp of GOV-00005299.

60.    **Exhibit 31** is a true and correct redacted copy of a Form I-213 concerning the arrest of G.V.C., produced by Defendants in this action with the initial Bates stamp of GOV-00005589.

61.    **Exhibit 32** is a true and correct redacted copy of a Form I-213 concerning the arrest of W.C., obtained by Plaintiffs outside of discovery during the course of this litigation.  This

DECLARATION OF LAURA PERRY STONE IN SUPPORT OF PLAINTIFFS' MOTION FOR A PRELIMINARY INJUNCTION RE: WARRANTLESS ARRESTS

Form I-213 was marked as Exhibit 181 to the deposition of ICE SDDO C.C. on May 20, 2026. The copy submitted here contains additional redactions.

62. **Exhibit 33** is a true and correct redacted copy of a Form I-213 concerning the arrest of H.S.H., obtained by Plaintiffs outside of discovery during the course of this litigation.

63. **Exhibit 34** is a true and correct redacted copy of a Form I-213 concerning the arrest of J.C., obtained by Plaintiffs outside of discovery during the course of this litigation. This Form I-213 was marked as Exhibit 196 to the deposition of ICE DO E.O. on May 22, 2026. The copy submitted here contains additional redactions.

64. **Exhibit 35** is a true and correct redacted copy of a Form I-213 concerning the arrest of G.N.L., obtained by Plaintiffs outside of discovery during the course of this litigation. This Form I-213 was marked as Exhibit 192 to the deposition of ICE DO E.O. on May 22, 2026. The copy submitted here contains additional redactions.

65. **Exhibit 36** is a true and correct redacted copy of a Form I-213 concerning the arrest of E.C.H., obtained by Plaintiffs outside of discovery during the course of this litigation. This Form I-213 was marked as Exhibit 193 to the deposition of ICE DO E.O. on May 22, 2026. The copy submitted here contains additional redactions.

66. **Exhibit 37** is a true and correct copy of a Template Narrative, produced by Defendants in this action with the initial Bates stamp of GOV-00020020. The Template Narrative contains language that appears in numerous narratives generated by Defendants.

67. **Exhibit 38** is a true and correct redacted copy of a Narrative concerning the arrest of E.M.L.H., produced by Defendants in this action with the initial Bates stamp of GOV-00004553. Near the end of the document in the escape risk discussion, it incorrectly uses the pronoun "his" to refer to E.M.L.H., when the correct pronoun is "her," and the pronouns "her" and "she" are used elsewhere throughout the narrative.

68. **Exhibit 39** is a true and correct redacted copy of a Narrative concerning the arrest of L.A.V.H., produced by Defendants in this action with the initial Bates stamp of GOV-00004028.

DECLARATION OF LAURA PERRY STONE IN SUPPORT OF PLAINTIFFS' MOTION FOR A PRELIMINARY INJUNCTION RE: WARRANTLESS ARRESTS

69.     **Exhibit 40** is a true and correct redacted copy of a Narrative concerning the arrest of I.Z.G., produced by Defendants in this action with the initial Bates stamp of GOV-00014608.

70.     **Exhibit 41** is a true and correct redacted copy of a Narrative concerning the arrest of E.K.Z.L., produced by Defendants in this action with the initial Bates stamp of GOV-00000331.  This Narrative was included in marked Exhibit 8 to the deposition of SBPA V.S., dated December 10, 2025.  The copy submitted here contains additional redactions.

71.     **Exhibit 42** is a true and correct redacted copy of a Narrative concerning the arrest of M.A.H.Z., produced by Defendants in this action with the initial Bates stamp of GOV-0000004025.

72.     **Exhibit 43** is a true and correct redacted copy of a Narrative concerning the arrest of E.G.G., produced by Defendants in this action with the initial Bates stamp of GOV-00004124.

73.     **Exhibit 44** is a true and correct reacted copy of a Narrative concerning the arrest of F.S., produced by Defendants in this action with the initial Bates stamp of GOV-00004138.

74.     **Exhibit 45** is a true and correct redacted copy of a Narrative concerning the arrest of M.W., produced by Defendants in this action with the initial Bates stamp of GOV-00004065.

75.     **Exhibit 46** is a true and correct redacted copy of a Narrative concerning the arrest of Miguel Angel Tijerino Garmendia, produced by Defendants in this action with the initial Bates stamp of GOV-00020805.  A version of this Narrative was marked as Exhibit 14 to the deposition of SBPA V.S., dated December 10, 2025.

76.     **Exhibit 47** is a true and correct redacted copy of the Declaration of F.H.S., which was previously filed in this matter as ECF 128-3 on July 28, 2025.

77.     **Exhibit 48** is a true and correct redacted copy of the Declaration of E.C.P., which was previously filed in this matter as ECF 128-5 on July 28, 2025.

78.     **Exhibit 49** is a true and correct redacted copy of the Declaration of G.V.C., which was previously filed in this matter as ECF 128-6 on July 28, 2025.

79.     **Exhibit 50** is a true and correct redacted copy of the Declaration of W.C., dated April 23, 2026.

DECLARATION OF LAURA PERRY STONE IN SUPPORT OF PLAINTIFFS' MOTION FOR A PRELIMINARY INJUNCTION RE: WARRANTLESS ARRESTS

80.    **Exhibit 51** is a true and correct redacted copy of the Declaration of H.S.H., dated May 12, 2026.

81.    **Exhibit 52** is a true and correct redacted copy of the Declaration of J.C., dated May 15, 2026.

82.    **Exhibit 53** is a true and correct redacted copy of the Declaration of G.N.L., dated May 21, 2026.

83.    **Exhibit 54** is a true and correct redacted copy of the Declaration of E.C.H., dated May 21, 2026.

84.    **Exhibit 55** is a true and correct redacted copy of the Declaration of E.M.M., dated April 24, 2026.

85.    **Exhibit 56** is a true and correct redacted copy of the Declaration of A.G., dated November 15, 2025.

86.    **Exhibit 57** is a true and correct redacted copy of the Declaration of R.N.G., dated May 4, 2026.

87.    **Exhibit 58** is a true and correct redacted copy of the Declaration of L.C.C., dated November 15, 2025.

88.    **Exhibit 59** is a true and correct redacted copy of the Declaration of V.M.B., dated May 21, 2026.

89.    **Exhibit 60** is a true and correct redacted copy of the Declaration of H.S.P., dated April 23, 2026.

90.    **Exhibit 61** is a true and correct copy of the Third Declaration of named Plaintiff Isaac Villegas Molina., dated June 3, 2026.

91.    **Exhibit 62** is a true and correct redacted copy of the Declaration of J.D.S., which was previously filed in this matter as ECF 128-4 on July 28, 2025.

92.    **Exhibit 63** is a true and correct copy of the Declaration of Marion Donovan-Kaloust, which was previously filed in this matter as ECF 341-01 on January 5, 2026.

93.    **Exhibit 64** is a true and correct redacted copy of the Declaration of M.L.S., dated May 31, 2026.

DECLARATION OF LAURA PERRY STONE IN SUPPORT OF PLAINTIFFS' MOTION FOR A PRELIMINARY INJUNCTION RE: WARRANTLESS ARRESTS

94.    **Exhibit 65** is a true and correct redacted copy of a Form I-44 documenting the arrest of A.T., produced by Defendants in this action with the initial Bates stamp of GOV-00004128.

95.    **Exhibit 66** is a true and correct copy of a redacted email chain initiated by SBPA V.S. about narratives from the raid at Magnolia Car Wash, produced by Defendants in this action with the initial Bates stamp of GOV-00000940.  This email was included in marked Exhibit 8 to the deposition of SBPA V.S., dated December 10, 2025.  The copy submitted here contains additional redactions.

96.    **Exhibit 67** is a true and correct copy of the Sixth Declaration of Angelica Salas, Executive Director of the Coalition for Humane Immigrant Rights (CHIRLA), dated June 2, 2026.

97.    **Exhibit 68** is a true and correct copy of the Fourth Declaration of Flor Melendrez, Executive Director of the CLEAN Carwash Worker Center, dated June 3, 2026.

98.    **Exhibit 69** is a true and correct copy of the Second Declaration of Armando Gudino, Executive Director of the Los Angeles Worker Center Network (LAWCN), dated June 5, 2026.

99.    **Exhibit 70** is a true and correct copy of the Third Declaration of Elizabeth Strater, Director of Strategic Campaigns at United Farm Workers (UFW), dated June 6, 2026.

100.    **Exhibit 71** is a true and correct redacted copy of a Form I-213 concerning the arrest of Gildardo R.R., obtained by Plaintiffs outside of discovery during the course of this litigation.

101.    **Exhibit 72** is a true and correct copy of a video recording obtained by Plaintiffs from Ms. Chapman, *see supra* Ex. 22 at ¶ 51, with face blurring of individuals encountered/arrested by Defendants for privacy reasons.  This is the video Ms. Chapman references in her declaration.

102.    **Exhibit 73** is a true and correct copy of a video capturing the arrest of E.G.G. and O.R.M. corresponding to Ex. 43, the Narrative at *supra* ¶ 72, produced by Defendants in this action with the initial Bates stamp of GOV-P17-051, with face blurring of individuals

-13-    Case No.: 2:25-cv-05605-MEMF-SP

DECLARATION OF LAURA PERRY STONE IN SUPPORT OF PLAINTIFFS' MOTION FOR A PRELIMINARY INJUNCTION RE: WARRANTLESS ARRESTS

encountered/arrested by Defendants for privacy reasons.  Plaintiffs determined the incident this video corresponds to using information about the agent name and date provided by Defendants.

103.    **Exhibit 74** is a true and correct copy of a video capturing the arrest of F.S. corresponding to Ex. 44, the Narrative at *supra* ¶ 73, produced by Defendants in this action with the initial Bates stamp of GOV-P17-072, with face blurring of individuals encountered/arrested by Defendants for privacy reasons.  Plaintiffs determined the incident this video corresponded to using information about the agent name and date provided by Defendants.

104.    **Exhibit 75** is a true and correct copy of a video capturing the arrest of M.W. corresponding to Ex. 45, the Narrative at *supra* ¶ 74, produced by Defendants in this action with the initial Bates stamp of GOV-P16-035, with face blurring of individuals encountered/arrested by Defendants for privacy reasons.  Plaintiffs determined the incident this video corresponded to using information about the agent name and date provided by Defendants.

105.    **Exhibit 76** is a true and correct copy of a video capturing the arrest of Miguel Angel Tijerino Garmendia corresponding to Ex. 46, the Narrative at *supra* ¶ 75, produced by Defendants in this action with the initial Bates stamp of GOV-P19-063, with face blurring of individuals encountered/arrested by Defendants for privacy reasons.  Plaintiffs determined the incident this video corresponded to using information about the agent name and date provided by Defendants.

106.    **Exhibit 77** is a true and correct copy of a video capturing the arrest of S.R.L., produced by Defendants in this action with the initial Bates stamp of GOV-P19-057, with face blurring of individuals encountered/arrested by Defendants for privacy reasons.

107.    **Exhibit 78** is a true and correct copy of a video capturing the arrest of A.T. corresponding to Ex. 65, the Form I-44 at *supra* ¶ 94, produced by Defendants in this action with the initial Bates stamp of GOV-P17-061, with face blurring of individuals encountered by Defendants for privacy reasons. Plaintiffs determined the incident this video corresponded to using information about the agent name and date provided by Defendants.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on this 8th day of June, 2026, at Los Angeles, CA.

/s/ Laura Perry Stone
LAURA PERRY STONE
*Counsel for Stop/Arrest Plaintiffs*

-15-                                            Case No.: 2:25-cv-05605-MEMF-SP