# EXHIBIT A

**EXHIBIT A – Initial Document Set**

| BATES NO. | BATES NO. | BATES NO. | BATES NO. |
|---|---|---|---|
| B-GOV-00000482 | B-GOV-00000288 | B-GOV-00000406 | B-GOV-00000436 |
| B-GOV-00004028 | B-GOV-00000498 | B-GOV-00000526 | B-GOV-00004025 |
| B-GOV-00004041 | B-GOV-00004030 | B-GOV-00004034 | B-GOV-00004038 |
| B-GOV-00004057 | B-GOV-00004045 | B-GOV-00004049 | B-GOV-00004053 |
| B-GOV-00004073 | B-GOV-00004061 | B-GOV-00004065 | B-GOV-00004069 |
| B-GOV-00004090 | B-GOV-00004078 | B-GOV-00004082 | B-GOV-00004086 |
| B-GOV-00004106 | B-GOV-00004094 | B-GOV-00004098 | B-GOV-00004102 |
| B-GOV-00004120 | B-GOV-00004110 | B-GOV-00004113 | B-GOV-00004116 |
| B-GOV-00004143 | B-GOV-00004133 | B-GOV-00004136 | B-GOV-00004140 |
| B-GOV-00004158 | B-GOV-00004146 | B-GOV-00004150 | B-GOV-00004154 |
| B-GOV-00004171 | B-GOV-00004162 | B-GOV-00004165 | B-GOV-00004168 |
| B-GOV-00004181 | B-GOV-00004174 | B-GOV-00004177 | B-GOV-00004179 |
| C-GOV-00000410 | B-GOV-00004183 | C-GOV-00000331 | C-GOV-00000393 |
| C-GOV-00000496 | C-GOV-00000474 | C-GOV-00000494 | C-GOV-00000495 |
| C-GOV-00000545 | C-GOV-00000536 | C-GOV-00000539 | C-GOV-00000542 |
| D-GOV-00000667 | C-GOV-00000548 | C-GOV-00000551 | D-GOV-00000653 |
| D-GOV-00000808 | D-GOV-00000672 | D-GOV-00000692 | D-GOV-00000788 |
| D-GOV-00003475 | D-GOV-00000941 | D-GOV-00000945 | D-GOV-00003459 |
| GOV-00000605 | D-GOV-00003607 | GOV-00000595 | GOV-00000599 |
| GOV-00000642 | GOV-00000625 | GOV-00000631 | GOV-00000634 |
| GOV-00000659 | GOV-00000645 | GOV-00000646 | GOV-00000647 |
| GOV-00000898 | GOV-00000698 | GOV-00000786 | GOV-00000787 |
| GOV-00000905 | GOV-00000899 | GOV-00000900 | GOV-00000904 |
| GOV-00000915 | GOV-00000908 | GOV-00000913 | GOV-00000914 |
| GOV-00003470 | GOV-00000920 | GOV-00000937 | GOV-00000944 |
| GOV-00004190 | GOV-00003474 | GOV-00003603 | GOV-00003655 |
| GOV-00004278 | GOV-00004192 | GOV-00004200 | GOV-00004277 |
| GOV-00004291 | GOV-00004282 | GOV-00004283 | GOV-00004285 |
| GOV-00004314 | GOV-00004296 | GOV-00004301 | GOV-00004309 |
| GOV-00004353 | GOV-00004339 | GOV-00004344 | GOV-00004349 |
| GOV-00004377 | GOV-00004361 | GOV-00004367 | GOV-00004372 |
| GOV-00004406 | GOV-00004386 | GOV-00004392 | GOV-00004402 |
| GOV-00004428 | GOV-00004409 | GOV-00004414 | GOV-00004423 |
| GOV-00004457 | GOV-00004434 | GOV-00004441 | GOV-00004450 |
| GOV-00004472 | GOV-00004461 | GOV-00004465 | GOV-00004469 |
| GOV-00004498 | GOV-00004475 | GOV-00004479 | GOV-00004492 |
| GOV-00004524 | GOV-00004505 | GOV-00004511 | GOV-00004515 |
| GOV-00004547 | GOV-00004528 | GOV-00004532 | GOV-00004538 |
| GOV-00004572 | GOV-00004553 | GOV-00004559 | GOV-00004563 |
| GOV-00004586 | GOV-00004580 | GOV-00004582 | GOV-00004584 |
| GOV-00004596 | GOV-00004588 | GOV-00004590 | GOV-00004592 |
| GOV-00004620 | GOV-00004599 | GOV-00004601 | GOV-00004613 |

| BATES NO. | BATES NO. | BATES NO. | BATES NO. |
|---|---|---|---|
| GOV-00004661 | GOV-00004629 | GOV-00004631 | GOV-00004660 |
| GOV-00004674 | GOV-00004662 | GOV-00004666 | GOV-00004670 |
| GOV-00004689 | GOV-00004678 | GOV-00004682 | GOV-00004686 |
| GOV-00004703 | GOV-00004693 | GOV-00004697 | GOV-00004701 |
| GOV-00004716 | GOV-00004706 | GOV-00004709 | GOV-00004712 |
| GOV-00004731 | GOV-00004720 | GOV-00004724 | GOV-00004728 |
| GOV-00004747 | GOV-00004735 | GOV-00004740 | GOV-00004743 |
| GOV-00004763 | GOV-00004751 | GOV-00004755 | GOV-00004760 |
| GOV-00004846 | GOV-00004767 | GOV-00004837 | GOV-00004842 |
| GOV-00004876 | GOV-00004850 | GOV-00004855 | GOV-00004859 |
| GOV-00004900 | GOV-00004881 | GOV-00004891 | GOV-00004896 |
| GOV-00004919 | GOV-00004904 | GOV-00004909 | GOV-00004914 |
| GOV-00004939 | GOV-00004924 | GOV-00004929 | GOV-00004934 |
| GOV-00004957 | GOV-00004944 | GOV-00004948 | GOV-00004952 |
| GOV-00004968 | GOV-00004961 | GOV-00004964 | GOV-00004965 |
| GOV-00004982 | GOV-00004972 | GOV-00004975 | GOV-00004979 |
| GOV-00004992 | GOV-00004984 | GOV-00004986 | GOV-00004988 |
| GOV-00005007 | GOV-00004995 | GOV-00004999 | GOV-00005003 |
| GOV-00005025 | GOV-00005010 | GOV-00005015 | GOV-00005022 |
| GOV-00005053 | GOV-00005029 | GOV-00005031 | GOV-00005042 |
| GOV-00005068 | GOV-00005058 | GOV-00005062 | GOV-00005066 |
| GOV-00005078 | GOV-00005071 | GOV-00005074 | GOV-00005076 |
| GOV-00005093 | GOV-00005081 | GOV-00005085 | GOV-00005089 |
| GOV-00005104 | GOV-00005097 | GOV-00005099 | GOV-00005101 |
| GOV-00005133 | GOV-00005107 | GOV-00005125 | GOV-00005127 |
| GOV-00005156 | GOV-00005137 | GOV-00005145 | GOV-00005149 |
| GOV-00005220 | GOV-00005164 | GOV-00005171 | GOV-00005215 |
| GOV-00005239 | GOV-00005226 | GOV-00005230 | GOV-00005234 |
| GOV-00005257 | GOV-00005245 | GOV-00005250 | GOV-00005253 |
| GOV-00005278 | GOV-00005262 | GOV-00005267 | GOV-00005273 |
| GOV-00005295 | GOV-00005283 | GOV-00005288 | GOV-00005291 |
| GOV-00005310 | GOV-00005299 | GOV-00005301 | GOV-00005304 |
| GOV-00005329 | GOV-00005315 | GOV-00005320 | GOV-00005324 |
| GOV-00005351 | GOV-00005335 | GOV-00005340 | GOV-00005344 |
| GOV-00005368 | GOV-00005355 | GOV-00005360 | GOV-00005363 |
| GOV-00005381 | GOV-00005371 | GOV-00005375 | GOV-00005378 |
| GOV-00005399 | GOV-00005385 | GOV-00005390 | GOV-00005394 |
| GOV-00005416 | GOV-00005404 | GOV-00005407 | GOV-00005411 |
| GOV-00005524 | GOV-00005419 | GOV-00005423 | GOV-00005428 |
| GOV-00014022 | GOV-00005574 | GOV-00005577 | GOV-00005581 |
| GOV-00014044 | GOV-00014026 | GOV-00014030 | GOV-00014040 |
| GOV-00014059 | GOV-00014048 | GOV-00014052 | GOV-00014056 |
| GOV-00014143 | GOV-00014114 | GOV-00014118 | GOV-00014138 |
| GOV-00014206 | GOV-00014190 | GOV-00014195 | GOV-00014199 |

| BATES NO. | BATES NO. | BATES NO. | BATES NO. |
| --- | --- | --- | --- |
| GOV-00014259 | GOV-00014241 | GOV-00014251 | GOV-00014254 |
| GOV-00014273 | GOV-00014265 | GOV-00014267 | GOV-00014270 |
| GOV-00014289 | GOV-00014276 | GOV-00014281 | GOV-00014285 |
| GOV-00014308 | GOV-00014294 | GOV-00014299 | GOV-00014304 |
| GOV-00014323 | GOV-00014312 | GOV-00014316 | GOV-00014319 |
| GOV-00014343 | GOV-00014328 | GOV-00014333 | GOV-00014338 |
| GOV-00014363 | GOV-00014348 | GOV-00014353 | GOV-00014358 |
| GOV-00014376 | GOV-00014367 | GOV-00014372 | GOV-00014374 |
| GOV-00014470 | GOV-00014458 | GOV-00014462 | GOV-00014465 |
| GOV-00014488 | GOV-00014474 | GOV-00014479 | GOV-00014484 |
| GOV-00014509 | GOV-00014493 | GOV-00014497 | GOV-00014501 |
| GOV-00014530 | GOV-00014514 | GOV-00014519 | GOV-00014526 |
| GOV-00014564 | GOV-00014534 | GOV-00014553 | GOV-00014559 |
| GOV-00014593 | GOV-00014569 | GOV-00014582 | GOV-00014588 |
| GOV-00014608 | GOV-00014599 | GOV-00014604 | GOV-00014606 |
| GOV-00014623 | GOV-00014611 | GOV-00014614 | GOV-00014617 |
| GOV-00014638 | GOV-00014626 | GOV-00014629 | GOV-00014632 |
| GOV-00014654 | GOV-00014641 | GOV-00014643 | GOV-00014648 |
| GOV-00014681 | GOV-00014659 | GOV-00014670 | GOV-00014675 |
| GOV-00014699 | GOV-00014686 | GOV-00014691 | GOV-00014695 |
| GOV-00014739 | GOV-00014704 | GOV-00014711 | GOV-00014734 |
| GOV-00014756 | GOV-00014743 | GOV-00014747 | GOV-00014751 |
| GOV-00014775 | GOV-00014761 | GOV-00014766 | GOV-00014770 |
| GOV-00014789 | GOV-00014779 | GOV-00014782 | GOV-00014786 |
| GOV-00014806 | GOV-00014794 | GOV-00014799 | GOV-00014803 |
| GOV-00014839 | GOV-00014811 | GOV-00014816 | GOV-00014820 |
| GOV-00014944 | GOV-00014931 | GOV-00014936 | GOV-00014940 |
| GOV-00014995 | GOV-00014948 | GOV-00014977 | GOV-00014984 |
| GOV-00015063 | GOV-00015003 | GOV-00015020 | GOV-00015059 |
| GOV-00015098 | GOV-00015067 | GOV-00015094 | GOV-00015096 |
| GOV-00015108 | GOV-00015100 | GOV-00015103 | GOV-00015106 |
| GOV-00015116 | GOV-00015110 | GOV-00015112 | GOV-00015114 |
| GOV-00015125 | GOV-00015118 | GOV-00015120 | GOV-00015122 |
| GOV-00015144 | GOV-00015130 | GOV-00015135 | GOV-00015140 |
| GOV-00015177 | GOV-00015148 | GOV-00015153 | GOV-00015158 |
| GOV-00015351 | GOV-00015246 | GOV-00015341 | GOV-00015346 |
| GOV-00015366 | GOV-00015355 | GOV-00015359 | GOV-00015363 |
| GOV-00015391 | GOV-00015368 | GOV-00015372 | GOV-00015375 |
| GOV-00015407 | GOV-00015395 | GOV-00015399 | GOV-00015403 |
| GOV-00015423 | GOV-00015411 | GOV-00015414 | GOV-00015419 |
| GOV-00015442 | GOV-00015436 | GOV-00015438 | GOV-00015440 |
| GOV-00015456 | GOV-00015445 | GOV-00015448 | GOV-00015452 |
| GOV-00015470 | GOV-00015460 | GOV-00015464 | GOV-00015468 |
| GOV-00015483 | GOV-00015473 | GOV-00015477 | GOV-00015481 |

3

| BATES NO. | BATES NO. | BATES NO. | BATES NO. |
|---|---|---|---|
| GOV-00015545 | GOV-00015487 | GOV-00015490 | GOV-00015541 |
| GOV-00015668 | GOV-00015652 | GOV-00015657 | GOV-00015665 |
| GOV-00015675 | GOV-00015670 | GOV-00015672 | GOV-00015673 |
| GOV-00015776 | GOV-00015692 | GOV-00015767 | GOV-00015774 |
| GOV-00015822 | GOV-00015789 | GOV-00015794 | GOV-00015817 |
| GOV-00015845 | GOV-00015826 | GOV-00015832 | GOV-00015840 |
| GOV-00016000 | GOV-00015901 | GOV-00015994 | GOV-00015996 |
| GOV-00016020 | GOV-00016005 | GOV-00016010 | GOV-00016015 |
| GOV-00016163 | GOV-00016024 | GOV-00016154 | GOV-00016159 |
| GOV-00016257 | GOV-00016168 | GOV-00016172 | GOV-00016176 |
| GOV-00016274 | GOV-00016261 | GOV-00016265 | GOV-00016270 |
| GOV-00016290 | GOV-00016278 | GOV-00016282 | GOV-00016286 |
| GOV-00016306 | GOV-00016295 | GOV-00016296 | GOV-00016298 |
| GOV-00016317 | GOV-00016309 | GOV-00016311 | GOV-00016315 |
| GOV-00016326 | GOV-00016318 | GOV-00016320 | GOV-00016324 |
| GOV-00016339 | GOV-00016328 | GOV-00016330 | GOV-00016333 |
| GOV-00016368 | GOV-00016341 | GOV-00016361 | GOV-00016363 |
| GOV-00016390 | GOV-00016372 | GOV-00016380 | GOV-00016387 |
| GOV-00016405 | GOV-00016393 | GOV-00016397 | GOV-00016401 |
| GOV-00016415 | GOV-00016408 | GOV-00016410 | GOV-00016412 |
| GOV-00016477 | GOV-00016435 | GOV-00016440 | GOV-00016466 |
| GOV-00016562 | GOV-00016551 | GOV-00016554 | GOV-00016558 |
| GOV-00016631 | GOV-00016566 | GOV-00016570 | GOV-00016628 |
| GOV-00016657 | GOV-00016635 | GOV-00016648 | GOV-00016652 |
| GOV-00016855 | GOV-00016677 | GOV-00016681 | GOV-00016852 |
| GOV-00016926 | GOV-00016904 | GOV-00016917 | GOV-00016921 |
| GOV-00016949 | GOV-00016930 | GOV-00016937 | GOV-00016945 |
| GOV-00016965 | GOV-00016953 | GOV-00016957 | GOV-00016961 |
| GOV-00016989 | GOV-00016969 | GOV-00016974 | GOV-00016978 |
| GOV-00017005 | GOV-00016993 | GOV-00016997 | GOV-00017001 |
| GOV-00017033 | GOV-00017012 | GOV-00017018 | GOV-00017026 |
| GOV-00017042 | GOV-00017034 | GOV-00017036 | GOV-00017038 |
| GOV-00017059 | GOV-00017044 | GOV-00017052 | GOV-00017056 |
| GOV-00017091 | GOV-00017072 | GOV-00017083 | GOV-00017087 |
| GOV-00017118 | GOV-00017095 | GOV-00017108 | GOV-00017113 |
| GOV-00017147 | GOV-00017128 | GOV-00017132 | GOV-00017137 |
| GOV-00017158 | GOV-00017150 | GOV-00017152 | GOV-00017154 |
| GOV-00017239 | GOV-00017176 | GOV-00017178 | GOV-00017197 |
| GOV-00017357 | GOV-00017244 | GOV-00017249 | GOV-00017352 |
| GOV-00017373 | GOV-00017361 | GOV-00017365 | GOV-00017369 |
| GOV-00017393 | GOV-00017377 | GOV-00017386 | GOV-00017390 |
| GOV-00017486 | GOV-00017395 | GOV-00017475 | GOV-00017480 |
| GOV-00017540 | GOV-00017491 | GOV-00017495 | GOV-00017536 |
| GOV-00017557 | GOV-00017545 | GOV-00017550 | GOV-00017553 |

| BATES NO. | BATES NO. | BATES NO. | BATES NO. |
|---|---|---|---|
| GOV-00017574 | GOV-00017561 | GOV-00017566 | GOV-00017570 |
| GOV-00017597 | GOV-00017578 | GOV-00017582 | GOV-00017592 |
| GOV-00017611 | GOV-00017602 | GOV-00017607 | GOV-00017609 |
| GOV-00017624 | GOV-00017616 | GOV-00017619 | GOV-00017622 |
| GOV-00017647 | GOV-00017634 | GOV-00017637 | GOV-00017642 |
| GOV-00017661 | GOV-00017651 | GOV-00017653 | GOV-00017657 |
| GOV-00017679 | GOV-00017666 | GOV-00017670 | GOV-00017675 |
| GOV-00017730 | GOV-00017682 | GOV-00017686 | GOV-00017701 |
| GOV-00017753 | GOV-00017734 | GOV-00017742 | GOV-00017748 |
| GOV-00017774 | GOV-00017756 | GOV-00017761 | GOV-00017772 |
| GOV-00017787 | GOV-00017776 | GOV-00017779 | GOV-00017783 |
| GOV-00017804 | GOV-00017791 | GOV-00017795 | GOV-00017799 |
| GOV-00017872 | GOV-00017808 | GOV-00017863 | GOV-00017866 |
| GOV-00017888 | GOV-00017876 | GOV-00017880 | GOV-00017884 |
| GOV-00017916 | GOV-00017891 | GOV-00017895 | GOV-00017899 |
| GOV-00017935 | GOV-00017924 | GOV-00017928 | GOV-00017931 |
| GOV-00017955 | GOV-00017943 | GOV-00017947 | GOV-00017951 |
| GOV-00017993 | GOV-00017959 | GOV-00017964 | GOV-00017989 |
| GOV-00018033 | GOV-00018017 | GOV-00018020 | GOV-00018029 |
| GOV-00018179 | GOV-00018036 | GOV-00018171 | GOV-00018175 |
| GOV-00018214 | GOV-00018182 | GOV-00018206 | GOV-00018210 |
| GOV-00018234 | GOV-00018222 | GOV-00018225 | GOV-00018229 |
| GOV-00018254 | GOV-00018238 | GOV-00018242 | GOV-00018246 |
| GOV-00018269 | GOV-00018257 | GOV-00018264 | GOV-00018267 |
| GOV-00018292 | GOV-00018273 | GOV-00018279 | GOV-00018285 |
| GOV-00018310 | GOV-00018296 | GOV-00018300 | GOV-00018303 |
| GOV-00018357 | GOV-00018314 | GOV-00018317 | GOV-00018320 |
| GOV-00018458 | GOV-00018421 | GOV-00018450 | GOV-00018456 |
| GOV-00018728 | GOV-00018690 | GOV-00018717 | GOV-00018720 |
| GOV-00018747 | GOV-00018732 | GOV-00018737 | GOV-00018742 |
| GOV-00018779 | GOV-00018751 | GOV-00018756 | GOV-00018761 |
| GOV-00018791 | GOV-00018783 | GOV-00018786 | GOV-00018788 |
| GOV-00019037 | GOV-00018793 | GOV-00018823 | GOV-00019032 |
| GOV-00019291 | GOV-00019274 | GOV-00019287 | GOV-00019289 |
| GOV-00019328 | GOV-00019295 | GOV-00019321 | GOV-00019325 |
| GOV-00019343 | GOV-00019332 | GOV-00019334 | GOV-00019341 |
| GOV-00019358 | GOV-00019346 | GOV-00019350 | GOV-00019354 |
| GOV-00019372 | GOV-00019362 | GOV-00019365 | GOV-00019368 |
| GOV-00019658 | GOV-00019376 | GOV-00019379 | GOV-00019512 |
| GOV-00019730 | GOV-00019662 | GOV-00019719 | GOV-00019722 |
| GOV-00019924 | GOV-00019758 | GOV-00019770 | GOV-00019920 |
| GOV-00019938 | GOV-00019927 | GOV-00019930 | GOV-00019934 |
| GOV-00020007 | GOV-00019943 | GOV-00019951 | GOV-00020003 |
| GOV-00020171 | GOV-00020159 | GOV-00020163 | GOV-00020167 |

| BATES NO. | BATES NO. | BATES NO. | BATES NO. |
|---|---|---|---|
| GOV-00020187 | GOV-00020175 | GOV-00020179 | GOV-00020183 |
| GOV-00020721 | GOV-00020191 | GOV-00020485 | GOV-00020716 |
| GOV-00020739 | GOV-00020725 | GOV-00020731 | GOV-00020734 |
| GOV-00020809 | GOV-00020748 | GOV-00020752 | GOV-00020805 |
| GOV-00020825 | GOV-00020813 | GOV-00020817 | GOV-00020821 |
| GOV-00020891 | GOV-00020879 | GOV-00020883 | GOV-00020887 |
| GOV-00020907 | GOV-00020895 | GOV-00020899 | GOV-00020903 |
| GOV-00020923 | GOV-00020911 | GOV-00020915 | GOV-00020919 |
| GOV-00020939 | GOV-00020927 | GOV-00020931 | GOV-00020935 |
| GOV-00020973 | GOV-00020943 | GOV-00020947 | GOV-00020969 |
| GOV-00021072 | GOV-00020975 | GOV-00021039 | GOV-00021061 |
| GOV-00021132 | GOV-00021078 | GOV-00021126 | GOV-00021129 |
| GOV-00021147 | GOV-00021135 | GOV-00021139 | GOV-00021142 |
| GOV-00021162 | GOV-00021152 | GOV-00021156 | GOV-00021158 |
| GOV-00021176 | GOV-00021165 | GOV-00021168 | GOV-00021171 |
| GOV-00021214 | GOV-00021196 | GOV-00021208 | GOV-00021212 |
| GOV-00021231 | GOV-00021218 | GOV-00021221 | GOV-00021227 |
| GOV-00021316 | GOV-00021307 | GOV-00021310 | GOV-00021313 |
| GOV-00021350 | GOV-00021321 | GOV-00021335 | GOV-00021344 |
| GOV-00021364 | GOV-00021353 | GOV-00021357 | GOV-00021361 |
| GOV-00021385 | GOV-00021369 | GOV-00021375 | GOV-00021379 |
| GOV-00021414 | GOV-00021393 | GOV-00021398 | GOV-00021402 |
| GOV-00021442 | GOV-00021418 | GOV-00021422 | GOV-00021428 |
| | | | |

6