# EXHIBIT B

**EXHIBIT B – Final Document Set**

| BATES NO. | BATES NO. | BATES NO. | BATES NO. |
|---|---|---|---|
| B-GOV-00000498 | B-GOV-00000288 | B-GOV-00000406 | B-GOV-00000436 |
| B-GOV-00004034 | B-GOV-00004025 | B-GOV-00004028 | B-GOV-00004030 |
| B-GOV-00004053 | B-GOV-00004038 | B-GOV-00004041 | B-GOV-00004049 |
| B-GOV-00004069 | B-GOV-00004057 | B-GOV-00004061 | B-GOV-00004065 |
| B-GOV-00004086 | B-GOV-00004073 | B-GOV-00004078 | B-GOV-00004082 |
| B-GOV-00004102 | B-GOV-00004090 | B-GOV-00004094 | B-GOV-00004098 |
| B-GOV-00004116 | B-GOV-00004106 | B-GOV-00004110 | B-GOV-00004113 |
| B-GOV-00004140 | B-GOV-00004120 | B-GOV-00004133 | B-GOV-00004136 |
| B-GOV-00004154 | B-GOV-00004143 | B-GOV-00004146 | B-GOV-00004150 |
| B-GOV-00004171 | B-GOV-00004158 | B-GOV-00004165 | B-GOV-00004168 |
| B-GOV-00004181 | B-GOV-00004174 | B-GOV-00004177 | B-GOV-00004179 |
| C-GOV-00000410 | B-GOV-00004183 | C-GOV-00000331 | C-GOV-00000393 |
| C-GOV-00000551 | C-GOV-00000536 | C-GOV-00000545 | C-GOV-00000548 |
| D-GOV-00000941 | D-GOV-00000653 | D-GOV-00000692 | D-GOV-00000788 |
| D-GOV-00003607 | D-GOV-00000945 | D-GOV-00003459 | D-GOV-00003475 |
| GOV-00000625 | GOV-00000595 | GOV-00000599 | GOV-00000605 |
| GOV-00000698 | GOV-00000631 | GOV-00000647 | GOV-00000659 |
| GOV-00003655 | GOV-00000915 | GOV-00000937 | GOV-00003603 |
| GOV-00004309 | GOV-00004283 | GOV-00004291 | GOV-00004296 |
| GOV-00004349 | GOV-00004314 | GOV-00004339 | GOV-00004344 |
| GOV-00004372 | GOV-00004353 | GOV-00004361 | GOV-00004367 |
| GOV-00004402 | GOV-00004377 | GOV-00004386 | GOV-00004392 |
| GOV-00004423 | GOV-00004406 | GOV-00004409 | GOV-00004414 |
| GOV-00004450 | GOV-00004428 | GOV-00004434 | GOV-00004441 |
| GOV-00004469 | GOV-00004457 | GOV-00004461 | GOV-00004465 |
| GOV-00004492 | GOV-00004472 | GOV-00004475 | GOV-00004479 |
| GOV-00004515 | GOV-00004498 | GOV-00004505 | GOV-00004511 |
| GOV-00004538 | GOV-00004524 | GOV-00004528 | GOV-00004532 |
| GOV-00004563 | GOV-00004547 | GOV-00004553 | GOV-00004559 |
| GOV-00004584 | GOV-00004572 | GOV-00004580 | GOV-00004582 |
| GOV-00004592 | GOV-00004586 | GOV-00004588 | GOV-00004590 |
| GOV-00004613 | GOV-00004596 | GOV-00004599 | GOV-00004601 |
| GOV-00004666 | GOV-00004629 | GOV-00004631 | GOV-00004662 |
| GOV-00004682 | GOV-00004670 | GOV-00004674 | GOV-00004678 |
| GOV-00004697 | GOV-00004686 | GOV-00004689 | GOV-00004693 |
| GOV-00004709 | GOV-00004701 | GOV-00004703 | GOV-00004706 |
| GOV-00004728 | GOV-00004712 | GOV-00004716 | GOV-00004724 |
| GOV-00004743 | GOV-00004731 | GOV-00004735 | GOV-00004740 |
| GOV-00004760 | GOV-00004747 | GOV-00004751 | GOV-00004755 |
| GOV-00004842 | GOV-00004763 | GOV-00004767 | GOV-00004837 |
| GOV-00004859 | GOV-00004846 | GOV-00004850 | GOV-00004855 |
| GOV-00004896 | GOV-00004876 | GOV-00004881 | GOV-00004891 |

1

| BATES NO. | BATES NO. | BATES NO. | BATES NO. |
|---|---|---|---|
| GOV-00004914 | GOV-00004900 | GOV-00004904 | GOV-00004909 |
| GOV-00004934 | GOV-00004919 | GOV-00004924 | GOV-00004929 |
| GOV-00004952 | GOV-00004939 | GOV-00004944 | GOV-00004948 |
| GOV-00004968 | GOV-00004957 | GOV-00004961 | GOV-00004965 |
| GOV-00004984 | GOV-00004972 | GOV-00004975 | GOV-00004982 |
| GOV-00004995 | GOV-00004986 | GOV-00004988 | GOV-00004992 |
| GOV-00005010 | GOV-00004999 | GOV-00005003 | GOV-00005007 |
| GOV-00005031 | GOV-00005015 | GOV-00005025 | GOV-00005029 |
| GOV-00005062 | GOV-00005042 | GOV-00005053 | GOV-00005058 |
| GOV-00005074 | GOV-00005066 | GOV-00005068 | GOV-00005071 |
| GOV-00005089 | GOV-00005076 | GOV-00005078 | GOV-00005085 |
| GOV-00005101 | GOV-00005093 | GOV-00005097 | GOV-00005099 |
| GOV-00005133 | GOV-00005107 | GOV-00005125 | GOV-00005127 |
| GOV-00005156 | GOV-00005137 | GOV-00005145 | GOV-00005149 |
| GOV-00005220 | GOV-00005164 | GOV-00005171 | GOV-00005215 |
| GOV-00005239 | GOV-00005226 | GOV-00005230 | GOV-00005234 |
| GOV-00005257 | GOV-00005245 | GOV-00005250 | GOV-00005253 |
| GOV-00005278 | GOV-00005262 | GOV-00005267 | GOV-00005273 |
| GOV-00005295 | GOV-00005283 | GOV-00005288 | GOV-00005291 |
| GOV-00005310 | GOV-00005299 | GOV-00005301 | GOV-00005304 |
| GOV-00005335 | GOV-00005315 | GOV-00005320 | GOV-00005329 |
| GOV-00005355 | GOV-00005340 | GOV-00005344 | GOV-00005351 |
| GOV-00005375 | GOV-00005360 | GOV-00005363 | GOV-00005371 |
| GOV-00005390 | GOV-00005378 | GOV-00005381 | GOV-00005385 |
| GOV-00005407 | GOV-00005394 | GOV-00005399 | GOV-00005404 |
| GOV-00005423 | GOV-00005411 | GOV-00005416 | GOV-00005419 |
| GOV-00005577 | GOV-00005428 | GOV-00005524 | GOV-00005574 |
| GOV-00014030 | GOV-00005581 | GOV-00014022 | GOV-00014026 |
| GOV-00014052 | GOV-00014040 | GOV-00014044 | GOV-00014048 |
| GOV-00014118 | GOV-00014056 | GOV-00014059 | GOV-00014114 |
| GOV-00014195 | GOV-00014138 | GOV-00014143 | GOV-00014190 |
| GOV-00014251 | GOV-00014199 | GOV-00014206 | GOV-00014241 |
| GOV-00014267 | GOV-00014254 | GOV-00014259 | GOV-00014265 |
| GOV-00014294 | GOV-00014281 | GOV-00014285 | GOV-00014289 |
| GOV-00014312 | GOV-00014299 | GOV-00014304 | GOV-00014308 |
| GOV-00014328 | GOV-00014316 | GOV-00014319 | GOV-00014323 |
| GOV-00014348 | GOV-00014333 | GOV-00014338 | GOV-00014343 |
| GOV-00014367 | GOV-00014353 | GOV-00014358 | GOV-00014363 |
| GOV-00014458 | GOV-00014372 | GOV-00014374 | GOV-00014376 |
| GOV-00014474 | GOV-00014462 | GOV-00014465 | GOV-00014470 |
| GOV-00014493 | GOV-00014479 | GOV-00014484 | GOV-00014488 |
| GOV-00014514 | GOV-00014497 | GOV-00014501 | GOV-00014509 |
| GOV-00014534 | GOV-00014519 | GOV-00014526 | GOV-00014530 |
| GOV-00014569 | GOV-00014553 | GOV-00014559 | GOV-00014564 |

2

| BATES NO. | BATES NO. | BATES NO. | BATES NO. |
|---|---|---|---|
| GOV-00014599 | GOV-00014582 | GOV-00014588 | GOV-00014593 |
| GOV-00014611 | GOV-00014604 | GOV-00014606 | GOV-00014608 |
| GOV-00014626 | GOV-00014614 | GOV-00014617 | GOV-00014623 |
| GOV-00014641 | GOV-00014629 | GOV-00014632 | GOV-00014638 |
| GOV-00014659 | GOV-00014643 | GOV-00014648 | GOV-00014654 |
| GOV-00014686 | GOV-00014670 | GOV-00014675 | GOV-00014681 |
| GOV-00014704 | GOV-00014691 | GOV-00014695 | GOV-00014699 |
| GOV-00014743 | GOV-00014711 | GOV-00014734 | GOV-00014739 |
| GOV-00014761 | GOV-00014747 | GOV-00014751 | GOV-00014756 |
| GOV-00014779 | GOV-00014766 | GOV-00014770 | GOV-00014775 |
| GOV-00014794 | GOV-00014782 | GOV-00014786 | GOV-00014789 |
| GOV-00014811 | GOV-00014799 | GOV-00014803 | GOV-00014806 |
| GOV-00014931 | GOV-00014816 | GOV-00014820 | GOV-00014839 |
| GOV-00014948 | GOV-00014936 | GOV-00014940 | GOV-00014944 |
| GOV-00015003 | GOV-00014977 | GOV-00014984 | GOV-00014995 |
| GOV-00015067 | GOV-00015020 | GOV-00015059 | GOV-00015063 |
| GOV-00015100 | GOV-00015094 | GOV-00015096 | GOV-00015098 |
| GOV-00015110 | GOV-00015103 | GOV-00015106 | GOV-00015108 |
| GOV-00015118 | GOV-00015112 | GOV-00015114 | GOV-00015116 |
| GOV-00015130 | GOV-00015120 | GOV-00015122 | GOV-00015125 |
| GOV-00015148 | GOV-00015135 | GOV-00015140 | GOV-00015144 |
| GOV-00015246 | GOV-00015153 | GOV-00015158 | GOV-00015177 |
| GOV-00015355 | GOV-00015341 | GOV-00015346 | GOV-00015351 |
| GOV-00015368 | GOV-00015359 | GOV-00015363 | GOV-00015366 |
| GOV-00015395 | GOV-00015372 | GOV-00015375 | GOV-00015391 |
| GOV-00015411 | GOV-00015399 | GOV-00015403 | GOV-00015407 |
| GOV-00015436 | GOV-00015414 | GOV-00015419 | GOV-00015423 |
| GOV-00015445 | GOV-00015438 | GOV-00015440 | GOV-00015442 |
| GOV-00015460 | GOV-00015448 | GOV-00015452 | GOV-00015456 |
| GOV-00015473 | GOV-00015464 | GOV-00015468 | GOV-00015470 |
| GOV-00015487 | GOV-00015477 | GOV-00015481 | GOV-00015483 |
| GOV-00015652 | GOV-00015490 | GOV-00015541 | GOV-00015545 |
| GOV-00015776 | GOV-00015657 | GOV-00015665 | GOV-00015692 |
| GOV-00015822 | GOV-00015789 | GOV-00015794 | GOV-00015817 |
| GOV-00015901 | GOV-00015832 | GOV-00015840 | GOV-00015845 |
| GOV-00016005 | GOV-00015994 | GOV-00015996 | GOV-00016000 |
| GOV-00016024 | GOV-00016010 | GOV-00016015 | GOV-00016020 |
| GOV-00016168 | GOV-00016154 | GOV-00016159 | GOV-00016163 |
| GOV-00016261 | GOV-00016172 | GOV-00016176 | GOV-00016257 |
| GOV-00016278 | GOV-00016265 | GOV-00016270 | GOV-00016274 |
| GOV-00016298 | GOV-00016282 | GOV-00016286 | GOV-00016290 |
| GOV-00016315 | GOV-00016306 | GOV-00016309 | GOV-00016311 |
| GOV-00016324 | GOV-00016317 | GOV-00016318 | GOV-00016320 |
| GOV-00016333 | GOV-00016326 | GOV-00016328 | GOV-00016330 |

3

| BATES NO. | BATES NO. | BATES NO. | BATES NO. |
|---|---|---|---|
| GOV-00016363 | GOV-00016339 | GOV-00016341 | GOV-00016361 |
| GOV-00016387 | GOV-00016368 | GOV-00016372 | GOV-00016380 |
| GOV-00016401 | GOV-00016390 | GOV-00016393 | GOV-00016397 |
| GOV-00016412 | GOV-00016405 | GOV-00016408 | GOV-00016410 |
| GOV-00016466 | GOV-00016415 | GOV-00016435 | GOV-00016440 |
| GOV-00016558 | GOV-00016477 | GOV-00016551 | GOV-00016554 |
| GOV-00016628 | GOV-00016562 | GOV-00016566 | GOV-00016570 |
| GOV-00016652 | GOV-00016631 | GOV-00016635 | GOV-00016648 |
| GOV-00016852 | GOV-00016657 | GOV-00016677 | GOV-00016681 |
| GOV-00016953 | GOV-00016855 | GOV-00016945 | GOV-00016949 |
| GOV-00016969 | GOV-00016957 | GOV-00016961 | GOV-00016965 |
| GOV-00016993 | GOV-00016974 | GOV-00016978 | GOV-00016989 |
| GOV-00017018 | GOV-00016997 | GOV-00017001 | GOV-00017005 |
| GOV-00017036 | GOV-00017026 | GOV-00017033 | GOV-00017034 |
| GOV-00017052 | GOV-00017038 | GOV-00017042 | GOV-00017044 |
| GOV-00017113 | GOV-00017056 | GOV-00017072 | GOV-00017108 |
| GOV-00017137 | GOV-00017118 | GOV-00017128 | GOV-00017132 |
| GOV-00017154 | GOV-00017147 | GOV-00017150 | GOV-00017152 |
| GOV-00017197 | GOV-00017158 | GOV-00017176 | GOV-00017178 |
| GOV-00017357 | GOV-00017239 | GOV-00017244 | GOV-00017352 |
| GOV-00017373 | GOV-00017361 | GOV-00017365 | GOV-00017369 |
| GOV-00017393 | GOV-00017377 | GOV-00017386 | GOV-00017390 |
| GOV-00017491 | GOV-00017475 | GOV-00017480 | GOV-00017486 |
| GOV-00017550 | GOV-00017495 | GOV-00017540 | GOV-00017545 |
| GOV-00017566 | GOV-00017553 | GOV-00017557 | GOV-00017561 |
| GOV-00017582 | GOV-00017570 | GOV-00017574 | GOV-00017578 |
| GOV-00017607 | GOV-00017592 | GOV-00017597 | GOV-00017602 |
| GOV-00017619 | GOV-00017609 | GOV-00017611 | GOV-00017616 |
| GOV-00017637 | GOV-00017622 | GOV-00017624 | GOV-00017634 |
| GOV-00017653 | GOV-00017642 | GOV-00017647 | GOV-00017651 |
| GOV-00017670 | GOV-00017657 | GOV-00017661 | GOV-00017666 |
| GOV-00017730 | GOV-00017675 | GOV-00017679 | GOV-00017682 |
| GOV-00017753 | GOV-00017734 | GOV-00017742 | GOV-00017748 |
| GOV-00017774 | GOV-00017756 | GOV-00017761 | GOV-00017772 |
| GOV-00017787 | GOV-00017776 | GOV-00017779 | GOV-00017783 |
| GOV-00017804 | GOV-00017791 | GOV-00017795 | GOV-00017799 |
| GOV-00017872 | GOV-00017808 | GOV-00017863 | GOV-00017866 |
| GOV-00017888 | GOV-00017876 | GOV-00017880 | GOV-00017884 |
| GOV-00017916 | GOV-00017891 | GOV-00017895 | GOV-00017899 |
| GOV-00017935 | GOV-00017924 | GOV-00017928 | GOV-00017931 |
| GOV-00017955 | GOV-00017943 | GOV-00017947 | GOV-00017951 |
| GOV-00017993 | GOV-00017959 | GOV-00017964 | GOV-00017989 |
| GOV-00018033 | GOV-00018017 | GOV-00018020 | GOV-00018029 |
| GOV-00018182 | GOV-00018036 | GOV-00018171 | GOV-00018175 |

| BATES NO. | BATES NO. | BATES NO. | BATES NO. |
|---|---|---|---|
| GOV-00018222 | GOV-00018206 | GOV-00018210 | GOV-00018214 |
| GOV-00018238 | GOV-00018225 | GOV-00018229 | GOV-00018234 |
| GOV-00018257 | GOV-00018242 | GOV-00018246 | GOV-00018254 |
| GOV-00018273 | GOV-00018264 | GOV-00018267 | GOV-00018269 |
| GOV-00018296 | GOV-00018279 | GOV-00018285 | GOV-00018292 |
| GOV-00018317 | GOV-00018300 | GOV-00018303 | GOV-00018310 |
| GOV-00018450 | GOV-00018320 | GOV-00018357 | GOV-00018421 |
| GOV-00018728 | GOV-00018456 | GOV-00018458 | GOV-00018690 |
| GOV-00018747 | GOV-00018732 | GOV-00018737 | GOV-00018742 |
| GOV-00018779 | GOV-00018751 | GOV-00018756 | GOV-00018761 |
| GOV-00018791 | GOV-00018783 | GOV-00018786 | GOV-00018788 |
| GOV-00019274 | GOV-00018793 | GOV-00019032 | GOV-00019037 |
| GOV-00019321 | GOV-00019289 | GOV-00019291 | GOV-00019295 |
| GOV-00019341 | GOV-00019328 | GOV-00019332 | GOV-00019334 |
| GOV-00019354 | GOV-00019343 | GOV-00019346 | GOV-00019350 |
| GOV-00019368 | GOV-00019358 | GOV-00019362 | GOV-00019365 |
| GOV-00019662 | GOV-00019372 | GOV-00019379 | GOV-00019658 |
| GOV-00019920 | GOV-00019722 | GOV-00019758 | GOV-00019770 |
| GOV-00019934 | GOV-00019924 | GOV-00019927 | GOV-00019930 |
| GOV-00020003 | GOV-00019938 | GOV-00019943 | GOV-00019951 |
| GOV-00020167 | GOV-00020007 | GOV-00020159 | GOV-00020163 |
| GOV-00020183 | GOV-00020171 | GOV-00020175 | GOV-00020179 |
| GOV-00020716 | GOV-00020187 | GOV-00020191 | GOV-00020485 |
| GOV-00020734 | GOV-00020721 | GOV-00020725 | GOV-00020731 |
| GOV-00020805 | GOV-00020739 | GOV-00020748 | GOV-00020752 |
| GOV-00020821 | GOV-00020809 | GOV-00020813 | GOV-00020817 |
| GOV-00020887 | GOV-00020825 | GOV-00020879 | GOV-00020883 |
| GOV-00020903 | GOV-00020891 | GOV-00020895 | GOV-00020899 |
| GOV-00020919 | GOV-00020907 | GOV-00020911 | GOV-00020915 |
| GOV-00020935 | GOV-00020923 | GOV-00020927 | GOV-00020931 |
| GOV-00020969 | GOV-00020939 | GOV-00020943 | GOV-00020947 |
| GOV-00021061 | GOV-00020973 | GOV-00020975 | GOV-00021039 |
| GOV-00021132 | GOV-00021078 | GOV-00021126 | GOV-00021129 |
| GOV-00021147 | GOV-00021135 | GOV-00021139 | GOV-00021142 |
| GOV-00021162 | GOV-00021152 | GOV-00021156 | GOV-00021158 |
| GOV-00021176 | GOV-00021165 | GOV-00021168 | GOV-00021171 |
| GOV-00021218 | GOV-00021208 | GOV-00021212 | GOV-00021214 |
| GOV-00021307 | GOV-00021221 | GOV-00021227 | GOV-00021231 |
| GOV-00021321 | GOV-00021310 | GOV-00021313 | GOV-00021316 |
| GOV-00021353 | GOV-00021335 | GOV-00021344 | GOV-00021350 |
| GOV-00021369 | GOV-00021357 | GOV-00021361 | GOV-00021364 |
| GOV-00021393 | GOV-00021375 | GOV-00021379 | GOV-00021385 |
| GOV-00021418 | GOV-00021398 | GOV-00021402 | GOV-00021414 |
|  | GOV-00021422 | GOV-00021428 | GOV-00021442 |

5