# EXHIBIT D

**EXHIBIT D – No Escape Risk Language**

| BATES NO. | BATES NO. | BATES NO. | BATES NO. |
|---|---|---|---|
| B-GOV-00000498 | B-GOV-00004140 | B-GOV-00004143 | B-GOV-00004179 |
| C-GOV-00000536 | C-GOV-00000545 | C-GOV-00000548 | D-GOV-00003459 |
| D-GOV-00003475 | D-GOV-00003607 | GOV-00000937 | GOV-00003603 |
| GOV-00003655 | GOV-00004572 | GOV-00004580 | GOV-00004582 |
| GOV-00004584 | GOV-00004586 | GOV-00004588 | GOV-00004590 |
| GOV-00004592 | GOV-00004678 | GOV-00004701 | GOV-00004703 |
| GOV-00004706 | GOV-00004728 | GOV-00004740 | GOV-00004755 |
| GOV-00004767 | GOV-00004900 | GOV-00005071 | GOV-00005074 |
| GOV-00005076 | GOV-00005097 | GOV-00005145 | GOV-00005215 |
| GOV-00005250 | GOV-00005253 | GOV-00005288 | GOV-00005299 |
| GOV-00005301 | GOV-00005315 | GOV-00005320 | GOV-00005351 |
| GOV-00005360 | GOV-00005375 | GOV-00005378 | GOV-00005404 |
| GOV-00005416 | GOV-00005524 | GOV-00005574 | GOV-00005577 |
| GOV-00005581 | GOV-00014022 | GOV-00014026 | GOV-00014030 |
| GOV-00014040 | GOV-00014044 | GOV-00014048 | GOV-00014052 |
| GOV-00014056 | GOV-00014059 | GOV-00014118 | GOV-00014199 |
| GOV-00014304 | GOV-00014308 | GOV-00014316 | GOV-00014372 |
| GOV-00014374 | GOV-00014376 | GOV-00014458 | GOV-00014462 |
| GOV-00014470 | GOV-00014497 | GOV-00014743 | GOV-00014766 |
| GOV-00014782 | GOV-00014786 | GOV-00014799 | GOV-00014803 |
| GOV-00014984 | GOV-00015094 | GOV-00015096 | GOV-00015098 |
| GOV-00015100 | GOV-00015103 | GOV-00015106 | GOV-00015108 |
| GOV-00015110 | GOV-00015112 | GOV-00015114 | GOV-00015116 |
| GOV-00015118 | GOV-00015120 | GOV-00015122 | GOV-00015436 |
| GOV-00015438 | GOV-00015440 | GOV-00015442 | GOV-00015445 |
| GOV-00015665 | GOV-00015776 | GOV-00015901 | GOV-00015994 |
| GOV-00015996 | GOV-00016000 | GOV-00016298 | GOV-00016309 |
| GOV-00016311 | GOV-00016315 | GOV-00016317 | GOV-00016318 |
| GOV-00016320 | GOV-00016324 | GOV-00016326 | GOV-00016328 |
| GOV-00016330 | GOV-00016390 | GOV-00016405 | GOV-00016435 |
| GOV-00016562 | GOV-00016628 | GOV-00016652 | GOV-00016677 |
| GOV-00016852 | GOV-00016978 | GOV-00017018 | GOV-00017033 |
| GOV-00017034 | GOV-00017036 | GOV-00017038 | GOV-00017042 |
| GOV-00017044 | GOV-00017052 | GOV-00017056 | GOV-00017675 |
| GOV-00017679 | GOV-00017682 | GOV-00018017 | GOV-00018033 |
| GOV-00018036 | GOV-00018285 | GOV-00018300 | GOV-00018303 |
| GOV-00018747 | GOV-00018793 | GOV-00019722 | GOV-00019924 |
| GOV-00019927 | GOV-00020731 | GOV-00020739 | GOV-00021218 |
| GOV-00021221 | GOV-00021307 | GOV-00021310 | GOV-00021313 |
| GOV-00021350 | GOV-00021361 | | |

1