# EXHIBIT E

**EXHIBIT E – Template Escape Risk Language**

| BATES NO. | BATES NO. | BATES NO. | BATES NO. |
|---|---|---|---|
| B-GOV-00000406 | B-GOV-00000436 | B-GOV-00004030 | B-GOV-00004034 |
| B-GOV-00004038 | B-GOV-00004041 | B-GOV-00004049 | B-GOV-00004053 |
| B-GOV-00004057 | B-GOV-00004061 | B-GOV-00004065 | B-GOV-00004069 |
| B-GOV-00004073 | B-GOV-00004078 | B-GOV-00004082 | B-GOV-00004086 |
| B-GOV-00004090 | B-GOV-00004094 | B-GOV-00004098 | B-GOV-00004102 |
| B-GOV-00004106 | B-GOV-00004116 | B-GOV-00004120 | B-GOV-00004133 |
| B-GOV-00004146 | B-GOV-00004150 | B-GOV-00004154 | B-GOV-00004158 |
| B-GOV-00004165 | B-GOV-00004168 | B-GOV-00004183 | C-GOV-00000393 |
| C-GOV-00000410 | C-GOV-00000551 | D-GOV-00000653 | D-GOV-00000692 |
| D-GOV-00000945 | GOV-00000647 | GOV-00000659 | GOV-00000698 |
| GOV-00000915 | GOV-00004291 | GOV-00004296 | GOV-00004309 |
| GOV-00004314 | GOV-00004339 | GOV-00004344 | GOV-00004349 |
| GOV-00004353 | GOV-00004361 | GOV-00004367 | GOV-00004372 |
| GOV-00004377 | GOV-00004386 | GOV-00004406 | GOV-00004409 |
| GOV-00004434 | GOV-00004441 | GOV-00004450 | GOV-00004457 |
| GOV-00004461 | GOV-00004465 | GOV-00004479 | GOV-00004492 |
| GOV-00004498 | GOV-00004505 | GOV-00004515 | GOV-00004524 |
| GOV-00004528 | GOV-00004532 | GOV-00004538 | GOV-00004547 |
| GOV-00004553 | GOV-00004563 | GOV-00004631 | GOV-00004662 |
| GOV-00004670 | GOV-00004674 | GOV-00004686 | GOV-00004697 |
| GOV-00004709 | GOV-00004712 | GOV-00004724 | GOV-00004731 |
| GOV-00004735 | GOV-00004743 | GOV-00004760 | GOV-00004763 |
| GOV-00004837 | GOV-00004842 | GOV-00004846 | GOV-00004850 |
| GOV-00004855 | GOV-00004859 | GOV-00004876 | GOV-00004881 |
| GOV-00004891 | GOV-00004896 | GOV-00004904 | GOV-00004909 |
| GOV-00004914 | GOV-00004919 | GOV-00004924 | GOV-00004929 |
| GOV-00004934 | GOV-00004939 | GOV-00004944 | GOV-00004948 |
| GOV-00004952 | GOV-00004957 | GOV-00004961 | GOV-00004965 |
| GOV-00004968 | GOV-00004972 | GOV-00004975 | GOV-00004982 |
| GOV-00004984 | GOV-00004986 | GOV-00004988 | GOV-00004995 |
| GOV-00004999 | GOV-00005003 | GOV-00005007 | GOV-00005010 |
| GOV-00005015 | GOV-00005025 | GOV-00005029 | GOV-00005031 |
| GOV-00005042 | GOV-00005053 | GOV-00005058 | GOV-00005062 |
| GOV-00005068 | GOV-00005078 | GOV-00005085 | GOV-00005089 |
| GOV-00005093 | GOV-00005149 | GOV-00005156 | GOV-00005164 |
| GOV-00005171 | GOV-00005226 | GOV-00005230 | GOV-00005239 |
| GOV-00005245 | GOV-00005257 | GOV-00005267 | GOV-00005273 |
| GOV-00005278 | GOV-00005283 | GOV-00005291 | GOV-00005295 |
| GOV-00005304 | GOV-00005310 | GOV-00005340 | GOV-00005344 |
| GOV-00005355 | GOV-00005363 | GOV-00005381 | GOV-00005385 |
| GOV-00005394 | GOV-00005399 | GOV-00005407 | GOV-00005411 |
| GOV-00005423 | GOV-00005428 | GOV-00014138 | GOV-00014143 |

| BATES NO. | BATES NO. | BATES NO. | BATES NO. |
|---|---|---|---|
| GOV-00014190 | GOV-00014195 | GOV-00014206 | GOV-00014241 |
| GOV-00014281 | GOV-00014285 | GOV-00014289 | GOV-00014294 |
| GOV-00014299 | GOV-00014312 | GOV-00014319 | GOV-00014323 |
| GOV-00014328 | GOV-00014333 | GOV-00014338 | GOV-00014343 |
| GOV-00014348 | GOV-00014353 | GOV-00014358 | GOV-00014363 |
| GOV-00014367 | GOV-00014465 | GOV-00014479 | GOV-00014484 |
| GOV-00014488 | GOV-00014493 | GOV-00014509 | GOV-00014514 |
| GOV-00014519 | GOV-00014526 | GOV-00014530 | GOV-00014534 |
| GOV-00014553 | GOV-00014559 | GOV-00014564 | GOV-00014569 |
| GOV-00014582 | GOV-00014588 | GOV-00014593 | GOV-00014599 |
| GOV-00014648 | GOV-00014654 | GOV-00014659 | GOV-00014670 |
| GOV-00014675 | GOV-00014681 | GOV-00014686 | GOV-00014691 |
| GOV-00014695 | GOV-00014699 | GOV-00014704 | GOV-00014711 |
| GOV-00014734 | GOV-00014747 | GOV-00014751 | GOV-00014756 |
| GOV-00014770 | GOV-00014789 | GOV-00014794 | GOV-00014806 |
| GOV-00014811 | GOV-00014816 | GOV-00014820 | GOV-00014931 |
| GOV-00014936 | GOV-00014940 | GOV-00014944 | GOV-00014948 |
| GOV-00014977 | GOV-00015059 | GOV-00015063 | GOV-00015067 |
| GOV-00015125 | GOV-00015130 | GOV-00015135 | GOV-00015140 |
| GOV-00015144 | GOV-00015148 | GOV-00015153 | GOV-00015158 |
| GOV-00015341 | GOV-00015346 | GOV-00015351 | GOV-00015355 |
| GOV-00015359 | GOV-00015363 | GOV-00015375 | GOV-00015391 |
| GOV-00015395 | GOV-00015399 | GOV-00015403 | GOV-00015407 |
| GOV-00015411 | GOV-00015414 | GOV-00015419 | GOV-00015423 |
| GOV-00015448 | GOV-00015452 | GOV-00015456 | GOV-00015460 |
| GOV-00015464 | GOV-00015470 | GOV-00015473 | GOV-00015477 |
| GOV-00015483 | GOV-00015487 | GOV-00015490 | GOV-00015541 |
| GOV-00015545 | GOV-00015652 | GOV-00015657 | GOV-00015692 |
| GOV-00015789 | GOV-00015794 | GOV-00015817 | GOV-00015822 |
| GOV-00015832 | GOV-00015840 | GOV-00015845 | GOV-00016005 |
| GOV-00016010 | GOV-00016015 | GOV-00016020 | GOV-00016024 |
| GOV-00016154 | GOV-00016159 | GOV-00016163 | GOV-00016168 |
| GOV-00016172 | GOV-00016176 | GOV-00016257 | GOV-00016261 |
| GOV-00016265 | GOV-00016270 | GOV-00016274 | GOV-00016278 |
| GOV-00016282 | GOV-00016286 | GOV-00016290 | GOV-00016306 |
| GOV-00016333 | GOV-00016363 | GOV-00016368 | GOV-00016372 |
| GOV-00016380 | GOV-00016393 | GOV-00016401 | GOV-00016412 |
| GOV-00016415 | GOV-00016440 | GOV-00016466 | GOV-00016477 |
| GOV-00016551 | GOV-00016554 | GOV-00016558 | GOV-00016566 |
| GOV-00016570 | GOV-00016631 | GOV-00016635 | GOV-00016648 |
| GOV-00016657 | GOV-00016681 | GOV-00016855 | GOV-00016945 |
| GOV-00016949 | GOV-00016953 | GOV-00016957 | GOV-00016961 |
| GOV-00016965 | GOV-00016969 | GOV-00016974 | GOV-00016989 |
| GOV-00016993 | GOV-00016997 | GOV-00017001 | GOV-00017005 |

2

| BATES NO. | BATES NO. | BATES NO. | BATES NO. |
|---|---|---|---|
| GOV-00017026 | GOV-00017072 | GOV-00017108 | GOV-00017132 |
| GOV-00017137 | GOV-00017147 | GOV-00017239 | GOV-00017244 |
| GOV-00017352 | GOV-00017377 | GOV-00017486 | GOV-00017495 |
| GOV-00017540 | GOV-00017545 | GOV-00017561 | GOV-00017578 |
| GOV-00017582 | GOV-00017592 | GOV-00017597 | GOV-00017602 |
| GOV-00017637 | GOV-00017642 | GOV-00017647 | GOV-00017653 |
| GOV-00017657 | GOV-00017661 | GOV-00017730 | GOV-00017742 |
| GOV-00017748 | GOV-00017761 | GOV-00017779 | GOV-00017783 |
| GOV-00017787 | GOV-00017791 | GOV-00017795 | GOV-00017799 |
| GOV-00017804 | GOV-00017808 | GOV-00017872 | GOV-00017876 |
| GOV-00017880 | GOV-00017884 | GOV-00017888 | GOV-00017891 |
| GOV-00017895 | GOV-00017899 | GOV-00017916 | GOV-00017924 |
| GOV-00017928 | GOV-00017931 | GOV-00017935 | GOV-00017943 |
| GOV-00017947 | GOV-00017951 | GOV-00017955 | GOV-00017959 |
| GOV-00017964 | GOV-00017989 | GOV-00018020 | GOV-00018029 |
| GOV-00018171 | GOV-00018175 | GOV-00018182 | GOV-00018206 |
| GOV-00018210 | GOV-00018214 | GOV-00018222 | GOV-00018225 |
| GOV-00018229 | GOV-00018234 | GOV-00018238 | GOV-00018242 |
| GOV-00018246 | GOV-00018257 | GOV-00018269 | GOV-00018273 |
| GOV-00018279 | GOV-00018296 | GOV-00018310 | GOV-00018317 |
| GOV-00018320 | GOV-00018357 | GOV-00018421 | GOV-00018450 |
| GOV-00018690 | GOV-00018728 | GOV-00018732 | GOV-00018742 |
| GOV-00018751 | GOV-00018756 | GOV-00018779 | GOV-00018788 |
| GOV-00019032 | GOV-00019037 | GOV-00019274 | GOV-00019291 |
| GOV-00019295 | GOV-00019321 | GOV-00019328 | GOV-00019332 |
| GOV-00019334 | GOV-00019346 | GOV-00019350 | GOV-00019354 |
| GOV-00019358 | GOV-00019362 | GOV-00019368 | GOV-00019372 |
| GOV-00019379 | GOV-00019658 | GOV-00019758 | GOV-00019920 |
| GOV-00019930 | GOV-00019934 | GOV-00019943 | GOV-00019951 |
| GOV-00020159 | GOV-00020163 | GOV-00020167 | GOV-00020171 |
| GOV-00020175 | GOV-00020179 | GOV-00020183 | GOV-00020187 |
| GOV-00020191 | GOV-00020485 | GOV-00020716 | GOV-00020721 |
| GOV-00020725 | GOV-00020734 | GOV-00020748 | GOV-00020752 |
| GOV-00020805 | GOV-00020809 | GOV-00020813 | GOV-00020817 |
| GOV-00020821 | GOV-00020825 | GOV-00020879 | GOV-00020883 |
| GOV-00020887 | GOV-00020891 | GOV-00020895 | GOV-00020899 |
| GOV-00020903 | GOV-00020907 | GOV-00020911 | GOV-00020915 |
| GOV-00020919 | GOV-00020923 | GOV-00020927 | GOV-00020931 |
| GOV-00020935 | GOV-00020939 | GOV-00020943 | GOV-00020947 |
| GOV-00020969 | GOV-00020975 | GOV-00021039 | GOV-00021078 |
| GOV-00021152 | GOV-00021171 | GOV-00021176 | GOV-00021208 |
| GOV-00021214 | GOV-00021316 | GOV-00021321 | GOV-00021335 |
| GOV-00021344 | GOV-00021353 | GOV-00021357 | GOV-00021364 |
| GOV-00021379 | GOV-00021385 | GOV-00021393 | GOV-00021398 |

| BATES NO. | BATES NO. | BATES NO. | BATES NO. |
|---|---|---|---|
| GOV-00021402 | GOV-00021414 | GOV-00021422 | GOV-00021428 |
| GOV-00021442 | | | |