# EXHIBIT F

**EXHIBIT F – Arrests Involving ICE Officers or Arresting Agency Unknown**

| BATES NO. |
| --- |
| C-GOV-00000536 |
| C-GOV-00000548 |
| D-GOV-00003459 |
| D-GOV-00003475 |
| D-GOV-00003607 |
| GOV-00003603 |
| GOV-00003655 |
| GOV-00005360 |
| GOV-00005416 |
| GOV-00005524 |
| GOV-00005574 |
| GOV-00005577 |
| GOV-00005581 |
| GOV-00021310 |
| GOV-00021313 |

1