# EXHIBIT 51

STACY TOLCHIN (SBN 217431)
*stacy@tolchinimmigration.com*
LAW OFFICES OF STACY TOLCHIN
776 E. Green St., Suite 210
Pasadena, CA 91101
Tel: 213-622-7450; Fax: 213-622-7233

MOHAMMAD TAJSAR (SBN 280152)
*mtajsar@aclusocal.org*
MAYRA JOACHIN (SBN 306065)
*mjoachin@aclusocal.org*
EVA BITRÁN (SBN 302081)
*ebitran@aclusocal.org*
DAE KEUN KWON (SBN 313155)
*akwon@aclusocal.org*
STEPHANIE PADILLA (SBN 321568)
*spadilla@aclusocal.org*
ACLU FOUNDATION OF
SOUTHERN CALIFORNIA
1313 West Eighth Street
Los Angeles, CA 90017-4022
Tel: 213-977-5232; Fax: 213-201-7878

*Counsel for Stop/Arrest Plaintiffs*

(*Additional counsel listed on next page*)

MARK ROSENBAUM (SBN 59940)
*mrosenbaum@publiccounsel.org*
REBECCA BROWN (SBN 345805)
*rbrown@publiccounsel.org*
RITU MAHAJAN (SBN 252970)
*rmahajan@publiccounsel.org*
GINA AMATO (SBN 215519)
*gamato@publiccounsel.org*
AMANDA MANGASER SAVAGE
(SBN 325996)
*asavage@publiccounsel.org*
PUBLIC COUNSEL
610 South Ardmore Avenue
Los Angeles, CA 90005
Tel: 213-385-2977

*Counsel for All Plaintiffs*

ANNE LAI (SBN 295394)
*alai@law.uci.edu*
UC IRVINE SCHOOL OF LAW
IMMIGRANT AND RACIAL JUSTICE
SOLIDARITY CLINIC
P.O. Box 5479
Irvine, CA 92616-5479
Tel: 949-824-9894; Fax: 949-824-2747

*Counsel for Stop/Arrest Plaintiffs*

**UNITED STATES DISTRICT COURT**

**FOR THE CENTRAL DISTRICT OF CALIFORNIA**

Pedro VASQUEZ PERDOMO; Carlos Alexander OSORTO; and Isaac VILLEGAS MOLINA; Jorge HERNANDEZ VIRAMONTES; Jason Brian GAVIDIA; LOS ANGELES WORKER CENTER NETWORK; UNITED FARM WORKERS; COALITION FOR HUMANE IMMIGRANT RIGHTS; IMMIGRANT DEFENDERS LAW CENTER,

Plaintiffs,

v.

Markwayne MULLIN, in his official capacity as Secretary, Department of Homeland Security; David VENTURELLA, in his official capacity as Acting Director, U.S. Immigration and Customs Enforcement; Rodney S. SCOTT, in his official capacity as

Case No.: 2:25-cv-05605-MEMF-SP

**DECLARATION IN SUPPORT OF MOTION FOR PRELIMINARY INJUNCTION RE: WARRANTLESS ARRESTS**

Hon. Maame Ewusi-Mensah Frimpong

Date: August 13, 2026
Time: 10:00 a.m.
Place: Courtroom 8B

Commissioner, U.S. Customs and Border Patrol; Michael W. BANKS, in his official capacity as Chief of U.S. Border Patrol; Kash PATEL, in his official capacity as Director, Federal Bureau of Investigation; Todd BLANCHE, in his official capacity as Acting U.S. Attorney General; Thomas GILES, in his official capacity as Acting Field Office Director for Los Angeles, U.S. Immigration and Customs Enforcement; Dean T. SORENSON, Special Agent in Charge for Los Angeles, Homeland Security Investigations, U.S. Immigration and Customs Enforcement; Daniel PARRA, in his official capacity as Acting Chief Patrol Agent for El Centro Sector of the U.S. Border Patrol; Justin DE LA TORRE, in his official capacity as Acting Chief Patrol Agent, San Diego Sector of the U.S. Border Patrol; Akil DAVIS, in his official capacity as Assistant Director in Charge, Los Angeles Office, Federal Bureau of Investigation; Bilal A. ESSAYLI, in his official capacity as First Assistant U.S. Attorney for the Central District of California,

Defendants.

JACOB S. KREILKAMP (SBN 248210)
*jacob.kreilkamp@mto.com*
DAVID FRY (SBN 189276)
*david.fry@mto.com*
ADAM B. WEISS (SBN 296381)
*adam.wess@mto.com*
SARA H. WORTH (SBN 341088)
*sara.worth@mto.com*
HENRY D. SHREFFLER (SBN 343388)
*henry.shreffler@mto.com*
LAURA R. PERRY (SBN 342504)
*laura.perrystone@mto.com*
LAUREN E. KUHN (SBN 343855)
*lauren.kuhn@mto.com*
MAGGIE BUSHELL (SBN 354048)
*maggie.bushell@mto.com*
ANGELA URIBE (SBN 353579)
*angela.uribe@mto.com*
MUNGER, TOLLES & OLSON LLP
350 S. Grand Ave., 50th Floor
Los Angeles, CA 90071
Tel: 213-683-9100; Fax: 213-683-9100

*Counsel for Stop/Arrest Plaintiffs*

BREE BERNWANGER (SBN 331731)
*bbernwanger@aclunc.org*
AMERICAN CIVIL LIBERTIES UNION FOUNDATION OF NORTHERN CALIFORNIA
39 Drumm Street
San Francisco, CA 94111
Tel: 415-621-2493

*Counsel for Stop/Arrest Plaintiffs*

BRISA VELAZQUEZ OATIS (SBN 339132)
*bvoatis@aclu-sdic.org*
ACLU FOUNDATION OF SAN DIEGO & IMPERIAL COUNTIES
P.O. Box 87131
San Diego, CA 92138-7131
Tel: 619-398-4199

*Counsel for Stop/Arrest Plaintiffs*

EDGAR AGUILASOCHO (SBN 285567)
*eaguilasocho@farmworkerlaw.com*
MARTÍNEZ AGUILASOCHO LAW, INC.
900 Truxtun Ave, Suite 300
Bakersfield, CA 93301
Tel: 661-859-1174

*Counsel for Plaintiff United Farm Workers*

JESSICA KARP BANSAL (SBN 277347)
*Jessica@ndlon.org*
LAUREN MICHEL WILFONG*
*lwilfong@ndlon.org*
JIA FU*
*jennifer@ndlon.org*
NATIONAL DAY LABORER ORGANIZING NETWORK
1030 S. Arroyo Parkway, Suite 106
Pasadena, CA 91105
Tel: 626-214-5689

*Counsel for Stop/Arrest Plaintiffs*

MATTHEW J. CRAIG (SBN 350030)
*mcraig@heckerfink.com*
MACK E. JENKINS (SBN 242101)
*mjenkins@heckerfink.com*
HECKER FINK LLP
1150 South Olive Street, Suite 10-140
Los Angeles, CA 90015
Tel: 212-763-0883; Fax: 212-564-0883

*Counsel for Access/Conditions Plaintiffs*

CARL BERGQUIST*
*cbergquist@chirla.org*
COALITION FOR HUMANE IMMIGRANT RIGHTS
2351 Hempstead Road
Ottawa Hills, OH 43606
Tel: 310-279-6025

*Counsel for Plaintiff Coalition for Humane Immigrant Rights*

ALVARO M. HUERTA (SBN 274787)
*ahuerta@immdef.org*
BRYNNA BOLT (SBN 339378)
*bbolt@immdef.org*
ALISON STEFFEL (SBN 346370)
*asteffel@immdef.org*
IMMIGRANT DEFENDERS LAW CENTER
634 S. Spring St., 10th Floor
Los Angeles, CA 90014
Tel: 213-634-0999

*Counsel for Plaintiff Immigrant Defenders Law Center*

* Admitted pro hac vice
** Pro hac vice pending

**Declaration of H[redacted] S[redacted] H[redacted]**

I, H[redacted] S[redacted] H[redacted] declare the following:

1. My name is H[redacted] S[redacted] H[redacted]. I am 47-year-old father and lived in California for the past 29 years. I am Latino.
2. I lived in Montclair, California in San Bernardino County.
3. On the morning of February 15, 2026, I was heading to drop off my nine-year-old son at soccer practice. Before leaving, I wore a baseball cap that said 'Mexico.'
4. I was driving my car with my son in the backseat. At approximately 7:40 a.m. to 7:45 a.m., I was approaching a stop sign on Kingsley Street between Ramona Avenue and Monte Vista Avenue in San Bernardino County. At the same time, an unmarked white Dodge RAM pickup drove past me in the opposite direction and then made a U-turn. The unmarked truck then turned on its lights, indicating that I should stop my car. I complied and pulled over to the nearest parking lot.
5. All of a sudden, three trucks surrounded me: one beside me, one in front of me, and one behind me. Two agents sat in each truck. A male and a female agent approached my car. The agents' faces were covered with masks. They were in plain clothes, but they wore what looked like bullet-proof vests.
6. My son wanted to cry, but I told him to be strong. I slightly rolled my window down to speak with the agents.
7. The male agent approached me and asked whether I had an ID. I said yes and provided my driver's license. He took a look at my license and said, "we were looking for you." He took the license back to his truck and then came back to me. He then asked in Spanish if I had any papers. I understood that to be immigration papers because, although the agents had not identified themselves, I was aware that unidentified agents in unmarked vans taking people off the streets have been doing immigration enforcement.
8. The agents asked me no other questions—not where I live, or how long I have been here, or whether I have a job, or whether I have family who relies on me.
9. The male agent then told me they were going to take me and began acting aggressively. He said, "Roll your window all the way down. You know I could kill you if I wanted to." He ordered me to get out of the car and I complied. The agent then handcuffed me.
10. The male agent put me in his van. A female agent got into the driver's seat of my car, with my kid in the back. Then the male asked me where I live, so we could take my kid back to my house. I said, "if you were coming to get me, don't you already know where I live?" I later learned that they were not looking for me but for a different person with a different name.
11. The agents did not provide a warrant or any legal documentation for my arrest.
12. The male agent said that he stopped and pulled me over because I look like a '*paisa*'. He used the word '*paisa*' in an aggressive derogatory manner to refer to an individual from a rural part of Mexico.

13. After we dropped my son off at my house, the agents took me to another van that was parked in a lot near a warehouse. Another detained person was in that second van. I waited in the second van for about an hour and a half, until people who appeared to work in the warehouse drove back and forth in a golf cart. That appeared to make the agents nervous, so they quickly left the parking lot and drove recklessly, making illegal U-turns, to the San Bernardino processing center.
14. Later the same day, the agents brought me to the Adelanto Detention Center.
15. I have since been released from Adelanto. Now that I am back home, I fear being stopped on the basis of the color of my skin and arrested without a warrant again. In addition to affecting me, this arrest has affected my family. My son witnessed everything. He was so traumatized by this experience that did not visit me while I was at Adelanto.

I declare under the penalty of the laws of the United States that the foregoing is true and correct.

Executed on May 12, 2026, at Montclair, California.

[redacted]

[redacted]

# CERTIFICATE OF TRANSLATION

I, Baele Hasbrouck, am fluent in English and Spanish. I certify that I have translated the attached document into Spanish for H[redacted] S[redacted] H[redacted] and he verified that he understood the contents and that they were true and correct to the best of his knowledge.

Translated on May 12, 2026, in Montclair, California.

Baele Hasbrouck