JACOB S. KREILKAMP
MUNGER, TOLLES & OLSON
350 S. Grand Ave., 50th Fl.
Los Angeles, CA 90071
Tel: 213-683-9100 | Fax: 213-683-9100

**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| Vasquez Perdomo, et al. PLAINTIFF(S) | CASE NUMBER: 2:25-cv-05605-MEMF-SP |
| v. | |
| Kristi Noem, et al. DEFENDANT(S). | **NOTICE OF MANUAL FILING OR LODGING** |

PLEASE TAKE NOTICE:

Pursuant to Local Rule 5-4.2, the following document(s) or item(s) are exempt from electronic filing, and will therefore be manually ☐ Filed ☑ Lodged: **(List Documents)**

Ex. 72, Blurred Video Recording from Ms. Chapman
Ex. 73, Blurred Video Recording with Bates stamp GOV-P17-051
Ex. 74, Blurred Video Recording with Bates stamp GOV-P17-072
Ex. 75, Blurred Video Recording with Bates stamp GOV-P16-035
Ex. 76, Blurred Video Recording with Bates stamp GOV-P19-063
Ex. 77, Blurred Video Recording with Bates stamp GOV-P19-057
Ex. 78, Blurred Video Recording with Bates stamp GOV-P17-061
(All listed videos contain face blurring of individuals for privacy)

**Reason:**

- ☑ Under Seal
- ☐ In Camera
- ☑ Items not conducive to e-filing (i.e., videotapes, CDROM, large graphic charts)
- ☐ Per Court order dated: ____________________
- ☐ Other:

06/08/2026
Date

Jacob Kreilkamp
Attorney Name

Plaintiffs
Party Represented

*Note: File one Notice of Manual Filing or Lodging in each case, each time you manually submit a document(s).*