STACY TOLCHIN (SBN 217431)
*stacy@tolchinimmigration.com*
LAW OFFICES OF STACY TOLCHIN
776 E. Green St., Suite 210
Pasadena, CA 91101
Tel: 213-622-7450; Fax: 213-622-7233

MOHAMMAD TAJSAR (SBN 280152)
*mtajsar@aclusocal.org*
MAYRA JOACHIN (SBN 306065)
*mjoachin@aclusocal.org*
EVA BITRÁN (SBN 302081)
*ebitran@aclusocal.org*
DAE KEUN KWON (SBN 313155)
*akwon@aclusocal.org*
OLIVER MA (SBN 354266)
*oma@aclusocal.org*
STEPHANIE PADILLA (SBN 321568)
*spadilla@aclusocal.org*
ACLU FOUNDATION OF
SOUTHERN CALIFORNIA
P.O. Box 811370
Los Angeles, CA 90081-0007
Tel: 213-977-5232; Fax: 213-201-7878

*Counsel for Stop/Arrest Plaintiffs*

(*Additional counsel listed on next page*)

MARK ROSENBAUM (SBN 59940)
*mrosenbaum@publiccounsel.org*
REBECCA BROWN (SBN 345805)
*rbrown@publiccounsel.org*
RITU MAHAJAN (SBN 252970)
*rmahajan@publiccounsel.org*
GINA AMATO (SBN 215519)
*gamato@publiccounsel.org*
AMANDA MANGASER SAVAGE
(SBN 325996)
*asavage@publiccounsel.org*
PUBLIC COUNSEL
610 South Ardmore Avenue
Los Angeles, CA 90005
Tel: 213-385-2977

*Counsel for All Plaintiffs*

ANNE LAI (SBN 295394)
*alai@law.uci.edu*
UC IRVINE SCHOOL OF LAW
IMMIGRANT AND RACIAL JUSTICE
SOLIDARITY CLINIC
P.O. Box 5479
Irvine, CA 92616-5479
Tel: 949-824-9894; Fax: 949-824-2747

*Counsel for Stop/Arrest Plaintiffs*

**UNITED STATES DISTRICT COURT**

**FOR THE CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| Pedro VASQUEZ PERDOMO; Carlos Alexander OSORTO; and Isaac VILLEGAS MOLINA; Jorge HERNANDEZ VIRAMONTES; Jason Brian GAVIDIA; LOS ANGELES WORKER CENTER NETWORK; UNITED FARM WORKERS; COALITION FOR HUMANE IMMIGRANT RIGHTS; IMMIGRANT DEFENDERS LAW CENTER, <br><br>    Plaintiffs, <br><br>  v. <br><br>Markwayne MULLIN, in his official capacity as Secretary, Department of Homeland Security; David VENTURELLA, in his official capacity as Acting Director, U.S. Immigration and Customs Enforcement; Rodney S. SCOTT, in his official capacity as | Case No.: 2:25-cv-05605-MEMF-SP <br><br>**DECLARATION OF JACOB S. KREILKAMP IN SUPPORT OF PLAINTIFFS' MOTION FOR CLASS CERTIFICATION** <br><br>Hon. Maame Ewusi-Mensah Frimpong |

Commissioner, U.S. Customs and Border Patrol; Michael W. BANKS, in his official capacity as Chief of U.S. Border Patrol; Kash PATEL, in his official capacity as Director, Federal Bureau of Investigation; Todd BLANCHE, in his official capacity as Acting U.S. Attorney General; Thomas GILES, in his official capacity as Acting Field Office Director for Los Angeles, U.S. Immigration and Customs Enforcement; Dean T. SORENSON, Special Agent in Charge for Los Angeles, Homeland Security Investigations, U.S. Immigration and Customs Enforcement; Daniel PARRA, in his official capacity as Acting Chief Patrol Agent for El Centro Sector of the U.S. Border Patrol; Justin DE LA TORRE, in his official capacity as Acting Chief Patrol Agent, San Diego Sector of the U.S. Border Patrol; Akil DAVIS, in his official capacity as Assistant Director in Charge, Los Angeles Office, Federal Bureau of Investigation; Bilal A. ESSAYLI, in his official capacity as First Assistant U.S. Attorney for the Central District of California,

     Defendants.

JACOB S. KREILKAMP (SBN 248210)
jacob.kreilkamp@mto.com
DAVID FRY (SBN 189276)
david.fry@mto.com
ADAM B. WEISS (SBN 296381)
adam.weiss@mto.com
SARA H. WORTH (SBN 341088)
sara.worth@mto.com
LAURA R. PERRY (SBN 342504)
laura.perrystone@mto.com
HENRY D. SHREFFLER (SBN 343388)
henry.shreffler@mto.com
LAUREN E. KUHN (SBN 343855)
lauren.kuhn@mto.com
MAGGIE BUSHELL (SBN 354048)
maggie.bushell@mto.com
MUNGER, TOLLES & OLSON LLP
350 S. Grand Ave., 50th Floor
Los Angeles, CA 90071
Tel: 213-683-9100; Fax: 213-683-9100

*Counsel for Stop/Arrest Plaintiffs*

BREE BERNWANGER (SBN 331731)
bbernwanger@aclunc.org
AMERICAN CIVIL LIBERTIES UNION
FOUNDATION OF NORTHERN
CALIFORNIA
39 Drumm Street
San Francisco, CA 94111
Tel: 415-621-2493

*Counsel for Stop/Arrest Plaintiffs*

BRISA VELAZQUEZ OATIS
(SBN 339132)
bvoatis@aclu-sdic.org
ACLU FOUNDATION OF
SAN DIEGO & IMPERIAL COUNTIES
P.O. Box 87131
San Diego, CA 92138-7131
Tel: 619-398-4199

*Counsel for Stop/Arrest Plaintiffs*

EDGAR AGUILASOCHO
(SBN 285567)
eaguilasocho@farmworkerlaw.com
MARTÍNEZ AGUILASOCHO LAW, INC.
900 Truxtun Ave, Suite 300
Bakersfield, CA 93301
Tel: 661-859-1174

*Counsel for Plaintiff United Farm Workers*

JESSICA KARP BANSAL (SBN 277347)
jessica@ndlon.org
LAUREN MICHEL WILFONG*
lwilfong@ndlon.org
JIA FU*
jennifer@ndlon.org
NATIONAL DAY LABORER ORGANIZING
NETWORK
1030 S. Arroyo Parkway, Suite 106
Pasadena, CA 91105
Tel: 626-214-5689

*Counsel for Stop/Arrest Plaintiffs*

MATTHEW J. CRAIG (SBN 350030)
mcraig@heckerfink.com
MACK E. JENKINS (SBN 242101)
mjenkins@heckerfink.com
HECKER FINK LLP
1150 South Olive Street, Suite 10-140
Los Angeles, CA 90015
Tel: 212-763-0883; Fax: 212-564-0883

*Counsel for Access/Conditions Plaintiffs*

CARL BERGQUIST*
cbergquist@chirla.org
COALITION FOR HUMANE IMMIGRANT
RIGHTS
2351 Hempstead Road
Ottawa Hills, OH 43606
Tel: 310-279-6025

*Counsel for Plaintiff Coalition for Humane Immigrant Rights*

ALVARO M. HUERTA (SBN 274787)
ahuerta@immdef.org
BRYNNA BOLT (SBN 339378)
bbolt@immdef.org
ALISON STEFFEL (SBN 346370)
asteffel@immdef.org
IMMIGRANT DEFENDERS LAW CENTER
634 S. Spring St., 10th Floor
Los Angeles, CA 90014
Tel: 213-634-0999

*Counsel for Plaintiff Immigrant Defenders Law Center*

* Admitted pro hac vice

### DECLARATION OF JACOB KREILKAMP

I, Jacob Kreilkamp, declare as follows:

1.      I am an attorney licensed to practice in the State of California, and I am a partner at Munger, Tolles & Olson LLP ("MTO"), counsel of record for Plaintiffs Pedro Vasquez Perdomo, Carlos Alexander Osorto, Isaac Villegas Molina, Jorge Hernandez Viramontes, Jason Brian Gavidia, Los Angeles Worker Center Network ("LAWCN"), United Farm Workers ("UFW") and Coalition for Humane Immigrant Rights ("CHIRLA", and together with LAWCN and UFW, the "Plaintiff Coalitions") in the above-entitled action. I have personal knowledge of the facts set forth in this declaration, and if called as a witness, I could and would testify competently to the matters set forth herein.

2.      I submit this declaration in support of Plaintiff Coalitions' motion for class certification and appointment of the American Civil Liberties Union Foundation of Southern California ("ACLU of Southern California"), the American Civil Liberties Union Foundation of Northern California ("ACLU of Northern California"), the American Civil Liberties Union Foundation of San Diego and Imperial Counties ("ACLU of San Diego"), the UC Irvine School of Law Immigrant Rights Clinic, the Law Offices of Stacy Tolchin, the National Day Laborer Organizing Network ("NDLON"), Public Counsel, and MTO (collectively, "Plaintiffs' Counsel") as class counsel.

3.      In appointing class counsel, the Court must consider "the work counsel has done in identifying or investigating potential claims in the action," "counsel's experience in handling class actions, other complex litigation, and the types of claims asserted in the action," "counsel's knowledge of the applicable law," and "the resources that counsel will commit to representing the class." Fed. R. Civ. P. 23(g)(1)(A). As set forth herein, Plaintiffs' Counsel satisfy this standard.

4.      MTO serves as counsel for Plaintiffs, along with counsel from the ACLU of Southern California, the ACLU of Northern California, the ACLU of San Diego, the UC Irvine School of Law Immigrant Rights Clinic, the Law Offices of Stacy Tolchin, NDLON, and Public

Counsel.[1] David Fry, Adam Weiss, Sara Worth, Henry Shreffler, Laura Perry Stone, Lauren Kuhn, Maggie Bushell, Angela Uribe, and I are the MTO attorneys primarily responsible for and involved in this litigation before the District Court.

5.    I have been a member of the California bar since 2007. I graduated *magna cum laude* from New York University School of Law in 2003, where I was elected to the Order of the Coif and received the Butler Graduation Award for Outstanding Scholarship, Professional Activities and Character, and the Lipper Graduation Award for Outstanding Scholarship in the Field of International Law. After graduation, I clerked for the Honorable Kimba M. Wood in the United States District Court for the Southern District of New York from 2003 to 2004, and for the Honorable Raymond C. Fisher in the United States Court of Appeals for the Ninth Circuit from 2004 to 2005.

6.    I joined MTO in 2006. My practice has focused on complex commercial litigation and civil rights *pro bono* litigation. My significant litigation experience relevant to this motion includes: representing a class of individuals pursuing claims against the federal government arising out of warrantless civil immigration enforcement operations used by immigration agents in *Kidd v. Noem*, No. 2:20-cv-3512-ODW-JPR (C.D. Cal.); representing a proposed class of individuals pursuing claims against the federal government for delays in their naturalization proceedings; serving as co-counsel for *amici* in *Ortiz Becerra v. Barr*, Case No. 17-70859 (9th Cir. 2019) (legality of ICE home enforcement practices); serving as counsel for the plaintiffs in class actions against local governmental entities in Southern California bringing due process challenges to gang injunction enforcements practices; serving as counsel for plaintiffs in numerous state and federal court actions bringing constitutional challenges to prison conditions during the COVID-19 pandemic; defending putative securities class action claims; representing the United Nations' Special Rapporteur on the promotion of the right to freedom of opinion and expression in proceedings in various African regional courts challenging restrictive press laws; working as co-

---

[1] Declarations from attorneys for the ACLU of Southern California, the ACLU of Northern California, the ACLU of San Diego, the UC Irvine School of Law Immigrant Rights Clinic, the Law Offices of Stacy Tolchin, NDLON, and Public Counsel are filed concurrently herewith.

DECLARATION OF JACOB KREILKAMP ISO PLAINTIFFS' MOTION FOR CLASS CERTIFICATION

counsel with the ACLU of Southern California on other projects relating to prisoners' rights; and drafting amicus briefs relating to a range of civil liberties issues on behalf of various individuals and organizations, including law professors and members of Congress. In addition to my litigation practice, I am a member of the Board of Directors of the ACLU of Southern California, Chair of the Board's Nominating Committee, and a member of the Board's Strategic Planning Committee; a member of the Board of Directors of the Inner City Law Center; and a member of the Homeboy Industries Legal Support Counsel.

7.      My colleague David H. Fry has been a member of the California bar since 1997.  He graduated from Yale Law School in 1996.  After law school, Mr. Fry clerked for the Honorable Vaughn R. Walker of the U.S. District Court for the Northern District of California in 1996-97 and then joined MTO in 1997.  Mr. Fry is a former partner at MTO, now serving as Senior Counsel.  He is a member of the bar of numerous federal courts, including the Supreme Court, the Ninth Circuit, and all four United States District Courts in California.

8.      Mr. Fry's practice focuses on complex litigation in state and federal courts, including an active pro bono practice.  Mr. Fry is a past recipient of the Wiley Manuel Award for Pro Bono Services from the California Bar Association, has been named a California Lawyer of the Year for Pro Bono by *California Lawyer* magazine, and was awarded the Pro Bono Award by the *National Law Journal*.  Mr. Fry served as lead counsel in a class action against the Social Security Administration, *Martinez v. Astrue*, 4:08-cv-04735 (N.D. Cal. filed Oct. 15, 2008), which resulted in a settlement that paid out over $700 million to class members wrongfully denied benefits.  Mr. Fry currently serves on the Board of Directors of Justice in Aging, is the former President of the Board of Directors of the Giffords Law Center to Prevent Gun Violence,  and is the former President of the Federal Bar Association, Northern District of California Chapter.  Mr. Fry previously served as a Ninth Circuit Lawyer Representative for the Northern District of California and as a member of the Northern District of California's Standing Committee on Professional Conduct, and was a Lecturer at the University of California, Berkeley School of Law.

9.      My colleague Adam B. Weiss has been a member of the California bar since 2014.  He graduated from Columbia Law School in 2010.  After law school, Mr. Weiss clerked for the

-3-

Honorable Debra Ann Livingston of the U.S. Court of Appeals for the Second Circuit in 2010-11, and then joined Wachtell, Lipton, Rosen & Katz from 2011-14.  Mr. Weiss joined MTO in 2014 and has been a partner of the firm since 2018.

10.     Mr. Weiss's practice focuses on complex commercial litigation in state and federal courts, as well as in arbitration.  Mr. Weiss advises law firms, financial services companies, and other clients in high-stakes and sensitive litigations and investigations.  Mr. Weiss is on the Board of Directors of Teach Democracy (formerly known as the Constitutional Rights Foundation) and is the Los Angeles Regional Co-Chair of the American Bar Association's Judicial Intern Opportunity Program.

11.     My colleague Sara H. Worth has been a member of the California bar since 2021.  She graduated from Yale Law School in 2021.  After law school, Ms. Worth joined MTO in 2022 before clerking for the Honorable James Donato of the U.S. District Court for the Northern District of California in 2023-24.  Ms. Worth then re-joined MTO in 2025 after serving as an election safeguarding attorney for the ACLU Voting Rights Project.

12.     Ms. Worth's practice focuses on commercial litigation in state and federal courts.  Ms. Worth also maintains an active pro bono practice focused on constitutional rights, including serving as plaintiffs' counsel alongside the ACLU of Northern California and others in *Asian Prisoner Support Committee v. California Department of Corrections and Rehabilitation* (Sup. Ct. Alameda, Case No. 23-cv-031986), a case that challenges CDCR's policy of referring of California inmates to ICE for possible deportation solely because of their place of birth, in violation of California's Constitution and California law.

13.     My colleague Henry D. Shreffler has been a member of the California bar since 2022.  He graduated from UCLA School of Law in 2021, where he was elected to the Order of the Coif.  After law school, Mr. Shreffler clerked for the Honorable G. Murray Snow of the U.S. District Court for the District of Arizona in 2021-2022 and then later clerked for the Honorable David M. Ebel of the U.S. Court of Appeals for the Tenth Circuit in 2022-2023.

14.     Mr. Shreffler joined MTO in 2023.  His practice focuses on litigation and investigations.  He represents public companies and their officers in securities and derivative

-4-

litigation, as well as associated governmental investigations, as well as employers in employment litigation.  He has represented clients in both state and federal courts at both the trial and appellate level, including in a successful petition for review before the California Supreme Court.  Mr. Shreffler also maintains an active pro bono practice, including representing a family in removal proceedings before the Executive Office for Immigration Review and in related visa proceedings before U.S.C.I.S.

15.    My colleague Laura Perry Stone has been a member of the California bar since 2021.  She graduated first in her class from UCLA School of Law in 2021, where she was elected to Order of the Coif.  After law school, Mr. Perry Stone clerked for the Honorable Christina A. Snyder of the U.S. District Court for the Central District of California in 2021-22 and for the Honorable Kim McLane Wardlaw of the U.S. Court of Appeals for the Ninth Circuit in 2022-23.

16.    Ms. Perry Stone joined MTO in 2023.  Her practice focuses on complex civil litigation matters in the higher education, entertainment, and technology industries.  Ms. Perry Stone maintains an active pro bono practice, serving as plaintiffs' counsel in *P.E.O.P.L.E. v. Rackauckas*, No. 30-2018-00983799 (Orange Cnty. Superior Court), challenging jailhouse informant practices in Orange County; as well as in *Cleare et al. v. West Contra Costa Unified School District*, No. N24-01353 (Contra Costa Cnty. Superior Court), challenging a school district's failure to assign certified teachers to classroomss in violation of state law.

17.    My colleague Lauren Kuhn has been a member of the California bar since 2022.  She graduated from Harvard Law School *cum laude* in 2022, and also holds an LLM degree from the University of Cambridge.  In law school, Ms. Kuhn served as a research assistant to various professors and conducted research on contract interpretation.  She also served as a teaching fellow for Contracts.

18.    Ms. Kuhn joined MTO in 2022.  She represents clients in complex commercial disputes, including putative class and representative actions, in both state and federal courts.  Ms. Kuhn's practice spans a range of industries, including health care, technology, real estate, and entertainment.  Ms. Kuhn also represents clients in both government and internal investigations.  Ms. Kuhn also maintains an active pro bono practice, serving as counsel of record for the plaintiffs

-5-
DECLARATION OF JACOB KREILKAMP ISO PLAINTIFFS' MOTION FOR CLASS CERTIFICATION

in *Justice Action Center et al. v. U.S. Dep't of Homeland Security et al.*, 2:21-cv-07592-JFW-MAA (C.D. Cal.).

19. My colleague Maggie J. Bushell has been a member of the California bar since 2023. She graduated from the University of Chicago Law School in 2023 with honors. In law school, Ms. Bushell was co-president of the Immigration Law Society and a board member of the American Constitution Society. Ms. Bushell also served as a research assistant to various professors and conducted research on bilateral labor agreements and school finance litigation. After law school, Ms. Bushell clerked for the Honorable Richard A. Paez of the U.S. Court of Appeals for the Ninth Circuit in 2023-2024.

20. Ms. Bushell joined MTO in 2024. She represents clients in commercial litigation in both state and federal courts. Ms. Bushell primarily represents media and technology companies. Ms. Bushell also has an active pro bono practice, including on First Amendment issues. She also currently represents individual immigrant clients in several cases before the Executive Office for Immigration Review.

21. My colleague Angela Uribe has been a member of the California Bar since 2023. She graduated from Yale Law School in 2023. In law school, Ms. Uribe served as managing editor of the Yale Law Journal and drafted briefs on behalf of immigrant clients with the Worker and Immigrant Rights Advocacy Clinic. After law school, Ms. Uribe clerked for the Honorable James V. Selna of the U.S. District Court for the Central District of California in 2023-24 and for the Honorable Gabriel P. Sanchez of the U.S. Court of Appeals for the Ninth Circuit in 2024-25.

22. Ms. Uribe joined MTO in 2025. She represents clients, including law firms and technology companies, in a variety of complex litigation matters in both state and federal courts, including employment claims and breach-of-contract litigation.

23. I am not aware of any conflict among potential class members in this case.

24. I am not aware of any conflict between MTO and any members of the potential class that would prevent MTO from representing the class.

I declare under penalty of perjury of the laws of the State of California and the United States that the foregoing is true and correct to the best of my knowledge and belief.

-6-

DECLARATION OF JACOB KREILKAMP ISO PLAINTIFFS' MOTION FOR CLASS CERTIFICATION

Executed this 7th day of June 2026 in Los Angeles, California.


By:  _/s/ *Jacob Kreilkamp*_____
Jacob Kreilkamp

DECLARATION OF JACOB KREILKAMP ISO PLAINTIFFS' MOTION FOR CLASS CERTIFICATION