STACY TOLCHIN (SBN 217431)
*stacy@tolchinimmigration.com*
LAW OFFICES OF STACY TOLCHIN
776 E. Green St., Suite 210
Pasadena, CA 91101
Tel: 213-622-7450; Fax: 213-622-7233

MOHAMMAD TAJSAR (SBN 280152)
*mtajsar@aclusocal.org*
MAYRA JOACHIN (SBN 306065)
*mjoachin@aclusocal.org*
EVA BITRÁN (SBN 302081)
*ebitran@aclusocal.org*
DAE KEUN KWON (SBN 313155)
*akwon@aclusocal.org*
OLIVER MA (SBN 354266)
*oma@aclusocal.org*
STEPHANIE PADILLA (SBN 321568)
*spadilla@aclusocal.org*
ACLU FOUNDATION OF
SOUTHERN CALIFORNIA
P.O. Box 811370
Los Angeles, CA 90081-0007
Tel: 213-977-5232; Fax: 213-201-7878

*Counsel for Stop/Arrest Plaintiffs*

(*Additional counsel listed on next page*)

MARK ROSENBAUM (SBN 59940)
*mrosenbaum@publiccounsel.org*
REBECCA BROWN (SBN 345805)
*rbrown@publiccounsel.org*
RITU MAHAJAN (SBN 252970)
*rmahajan@publiccounsel.org*
GINA AMATO (SBN 215519)
*gamato@publiccounsel.org*
AMANDA MANGASER SAVAGE
(SBN 325996)
*savage@publiccounsel.org*
PUBLIC COUNSEL
610 South Ardmore Avenue
Los Angeles, CA 90005
Tel: 213-385-2977

*Counsel for All Plaintiffs*

ANNE LAI (SBN 295394)
*alai@law.uci.edu*
UC IRVINE SCHOOL OF LAW
IMMIGRANT AND RACIAL JUSTICE
SOLIDARITY CLINIC
P.O. Box 5479
Irvine, CA 92616-5479
Tel: 949-824-9894; Fax: 949-824-2747

*Counsel for Stop/Arrest Plaintiffs*

# UNITED STATES DISTRICT COURT

# FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| Pedro VASQUEZ PERDOMO; Carlos Alexander OSORTO; and Isaac VILLEGAS MOLINA; Jorge HERNANDEZ VIRAMONTES; Jason Brian GAVIDIA; LOS ANGELES WORKER CENTER NETWORK; UNITED FARM WORKERS; COALITION FOR HUMANE IMMIGRANT RIGHTS; IMMIGRANT DEFENDERS LAW CENTER,<br><br>        Plaintiffs,<br><br>    v.<br><br>Markwayne MULLIN, in his official capacity as Secretary, Department of Homeland Security; David VENTURELLA, in his official capacity as  Acting Director, U.S. Immigration and Customs Enforcement; Rodney S. SCOTT, in his official capacity as Commissioner, U.S. | Case No.: 2:25-cv-05605-MEMF-SP<br><br>**DECLARATION OF JESSICA KARP BANSAL IN SUPPORT OF CLASS CERTIFICATION**<br><br>Hon. Maame Ewusi-Mensah Frimpong |

Customs and Border Patrol; Michael W. BANKS, in his official capacity as Chief of U.S. Border Patrol; Kash PATEL, in his official capacity as Director, Federal Bureau of Investigation; Todd BLANCHE, in his official capacity as Acting U.S. Attorney General; Thomas GILES, in his official capacity as Acting Field Office Director for Los Angeles, U.S. Immigration and Customs Enforcement; Dean T. SORENSON, Special Agent in Charge for Los Angeles, Homeland Security Investigations, U.S. Immigration and Customs Enforcement; Daniel PARRA, in his official capacity as Chief Patrol Agent for El Centro Sector of the U.S. Border Patrol; Justin DE LA TORRE, in his official capacity as Acting Chief Patrol Agent, San Diego Sector of the U.S. Border Patrol; Akil DAVIS, in his official capacity as Assistant Director in Charge, Los Angeles Office, Federal Bureau of Investigation; Bilal A. ESSAYLI, in his official capacity as First Assistant U.S. Attorney for the Central District of California,

Defendants.

JACOB S. KREILKAMP (SBN 248210)
jacob.kreilkamp@mto.com
DAVID FRY (SBN 189276)
david.fry@mto.com
ADAM B. WEISS (SBN 296381)
adam.weiss@mto.com
SARA H. WORTH (SBN 341088)
sara.worth@mto.com
LAURA R. PERRY (SBN 342504)
laura.perrystone@mto.com
HENRY D. SHREFFLER (SBN 343388)
henry.shreffler@mto.com
LAUREN E. KUHN (SBN 343855)
lauren.kuhn@mto.com
ANGELA URIBE (SBN 353579)
angela.uribe@mto.com
MAGGIE BUSHELL (SBN 354048)
maggie.bushell@mto.com
MUNGER, TOLLES & OLSON LLP
350 S. Grand Ave., 50th Floor
Los Angeles, CA 90071
Tel: 213-683-9100; Fax: 213-683-9100

*Counsel for Stop/Arrest Plaintiffs*

BREE BERNWANGER (SBN 331731)
bbernwanger@aclunc.org
AMERICAN CIVIL LIBERTIES UNION
FOUNDATION OF NORTHERN
CALIFORNIA
39 Drumm Street
San Francisco, CA 94111
Tel: 415-621-2493

*Counsel for Stop/Arrest Plaintiffs*

BRISA VELAZQUEZ OATIS
(SBN 339132)
bvoatis@aclu-sdic.org
ACLU FOUNDATION OF
SAN DIEGO & IMPERIAL COUNTIES
P.O. Box 87131
San Diego, CA 92138-7131
Tel: 619-398-4199

*Counsel for Stop/Arrest Plaintiffs*

EDGAR AGUILASOCHO
(SBN 285567)
eaguilasocho@farmworkerlaw.com
MARTÍNEZ AGUILASOCHO LAW, INC.
900 Truxtun Ave, Suite 300
Bakersfield, CA 93301
Tel: 661-859-1174

*Counsel for Plaintiff United Farm Workers*

JESSICA KARP BANSAL (SBN 277347)
jessica@ndlon.org
LAUREN MICHEL WILFONG*
lwilfong@ndlon.org
JIA FU*
jennifer@ndlon.org
NATIONAL DAY LABORER ORGANIZING
NETWORK
1030 S. Arroyo Parkway, Suite 106
Pasadena, CA 91105
Tel: 626-214-5689

*Counsel for Stop/Arrest Plaintiffs*

MATTHEW J. CRAIG (SBN 350030)
mcraig@heckerfink.com
MACK E. JENKINS (SBN 242101)
mjenkins@heckerfink.com
HECKER FINK LLP
1150 South Olive Street, Suite 10-140
Los Angeles, CA 90015
Tel: 212-763-0883; Fax: 212-564-0883

*Counsel for Access/Conditions Plaintiffs*

CARL BERGQUIST*
cbergquist@chirla.org
COALITION FOR HUMANE IMMIGRANT
RIGHTS
2351 Hempstead Road
Ottawa Hills, OH 43606
Tel: 310-279-6025

*Counsel for Plaintiff Coalition for Humane
Immigrant Rights*

ALVARO M. HUERTA (SBN 274787)
ahuerta@immdef.org
BRYNNA BOLT (SBN 339378)
bbolt@immdef.org
ALISON STEFFEL (SBN 346370)
asteffel@immdef.org
IMMIGRANT DEFENDERS LAW CENTER
634 S. Spring St., 10th Floor
Los Angeles, CA 90014
Tel: 213-634-0999

*Counsel for Plaintiff Immigrant
Defenders Law Center*

* Admitted pro hac vice

**DECLARATION OF JESSICA KARP BANSAL**

I, JESSICA KARP BANSAL, declare and state as follows:

1.      I am counsel with the National Day Laborer Organizing Network (NDLON). I am duly licensed to practice law in the State of California. I am counsel of record for Stop/Arrest Plaintiffs in this action. I have knowledge of the facts set forth herein, and if called upon to testify as a witness thereto, I could and would competently do so under oath.

2.      I have been a member of the California bar since 2011 and the New York bar since 2010. I graduated from Columbia Law School in 2009. Following graduation, I served as a judicial clerk to the Honorable Stephen Reinhardt of the Ninth Circuit Court of Appeals. From 2010 to July 2019, I worked at the National Day Laborer Organizing Network, where I held the titles of Staff Attorney, Litigation Director, and Legal Director. From 2013 to 2015, I also worked as an adjunct law professor at the immigrant rights clinic at the University of California at Irvine School of Law. From 2019 to 2022, I worked as a senior staff attorney at the ACLU of Southern California. From 2022 to 2025, I worked as the Legal Director for Organized Power in Numbers. Since February 2025, I have returned to the National Day Laborer Organizing Network.

3.      I am a member of the Bar of the State of California, the Bar of the State of New York, and am admitted to several federal courts, including the Central District of California, the Northern District of California, the Southern District of California,  the United States Court of Appeals for the Ninth Circuit, and the United States Supreme Court.

4.      NDLON is dedicated to advancing the rights of immigrant and low wage workers in the United States, including through litigation and advocacy. NDLON has substantial expertise in class action litigation and immigrants' rights litigation, and has participated in numerous cases in federal court related to policies and practices of the federal immigration system.

5. I have substantial experience litigating cases involving immigrants' rights. I have spent my entire legal career working on immigrants' rights cases. I have represented immigrants in a number of cases addressing systemic issues in the federal immigration system through class actions. For example, I am co-lead counsel in a class action challenging the termination of Temporary Protected Status for over 60,000 immigrants from Honduras, Nepal, and Nicaragua. *National TPS Alliance et al. v. Noem et al* (*NTPSA II*), Case No. 25-cv-05687 (N.D. Cal. 2025). I was also co-lead counsel in the following class actions challenging federal immigration enforcement and detention policies: *Hernandez Roman v. Wolf*, No. 20- cv-00768 (C.D. Cal. 2020) (class action challenge to constitutionality of immigration detention during the COVID-19 pandemic); *Gonzalez v. ICE*, 416 F. Supp. 3d 995 (C.D. Cal. 2019) (finding that ICE violated the Fourth Amendment by systemically issuing detainers to class members without probable cause).

6. I was also counsel in a class action challenging the lack of appointed legal representatives for immigrants with serious mental abilities, *see Franco-Gonzalez v. Holder*, Case No. 2:10-02211-DMG-DTB (C.D. Cal. 2011); a class action raising constitutional and state law challenges to the Los Angeles Sheriff's Department's practices with respect to detention of individuals pursuant to requests from federal immigration officers, *see Roy v. County of Los Angeles*, No. 12-9012, (C.D. Cal. 2012); and a class action challenging an Arizona state law that sought to regulate immigration and criminalize the solicitation of day labor. *See Valle del Sol v. Whiting*, No. CV-10-01061-PHX-SRB, 2015 WL 12030514, at *9 (D. Ariz. Sept. 4, 2015).

7. In addition, I have represented immigrants in a number of non-class cases raising complex legal issues. For example, I serve or have served as co-lead counsel in *National TPS Alliance et al. v. Noem et al* (*NTPSA I*), Case No. 25-cv-01766 (N.D. Cal. 2025) (challenging termination of Temporary Protected Status for over one million immigrants from Haiti and Venezuela)*; Ramos v. Nielsen*,

Case No. 18-cv-01554 (N.D. Cal. 2018) (challenging the termination of Temporary Protected Status for over 400,000 immigrants from El Salvador, Haiti, Honduras, Nepal, Nicaragua, and Sudan); and *Puente v. Arpaio*, Case No. CV-14-01356 (D. Ariz. 2014) (challenging worksite raids in Maricopa county on constitutional grounds). I also served as co-counsel in Supreme Court proceedings in *Mullin v. Doe*, No. 25-1083 (U.S. filed March 16, 2026).

8.    My colleague and proposed class counsel, Lauren Michel Wilfong, is an immigrants' rights litigator at NDLON. Mx. Wilfong graduated *cum laude* from New York University School of Law in 2021. Following graduation, they completed a two-year Justice Catalyst legal fellowship at Justice Action Center (JAC), a nonprofit organization that brings impact litigation to advance immigrant rights. They joined NDLON in 2023 as a Staff Attorney, where they continue to specialize in immigrant rights. Mx. Wilfong is a member in good standing of the bars of New York and New Jersey, and is admitted to practice before several federal courts, including the District of New Jersey, the Southern District of New York, the Western District of New York, the District of Columbia, the United States Court of Appeals for the Ninth Circuit, and the United States Supreme Court

9.    Mx. Wilfong is counsel in a class action challenging the termination of Temporary Protected Status for over 60,000 immigrants from Honduras, Nepal, and Nicaragua. *National TPS Alliance et al. v. Noem et al* (*NTPSA II*), Case No. 25-cv-05687 (N.D. Cal. 2025).

10.    Mx. Wilfong has substantial experience litigating complex immigrants' rights cases in federal court, representing individuals and organizations with large memberships. For example, they serve as counsel in *National TPS Alliance et al. v. Noem et al.* (*NTPSA I*), Case No. 25-cv-01766 (N.D. Cal. 2025) (challenging termination of Temporary Protected Status for over one million immigrants from Haiti and Venezuela).They previously served as counsel in *Haitian Bridge Alliance et al. v. U.S. Department of Homeland Security*

3

*et al.* (D.D.C. 2021) (putative class action challenging Title 42 process and DHS's Haitian Deterrence Policy); *Texas v. U.S. Department of Homeland Security*, No. 6:23-cv-00007 (S.D.TX. 2023) (representing intervenor-defendants defending against states' challenge of the Cuba, Haiti, Nicaragua, and Venezuela humanitarian parole processes); and *Immigrant Defenders Law Center et al. v. U.S. Department of Homeland Security et al.*, 2:21-cv-00395-FMO-RAO (C.D. Cal. 2021) (challenging policy denying unaccompanied children subjected to the Migrant Protection Protocols program of their rights under the Trafficking Victims Protection Reauthorization Act). Mx. Wilfong has also served as counsel in several Freedom of Information Act lawsuits, including *Haitian Bridge Alliance et al. v. U.S. Department of Homeland Security et al.,* No. 1:22-cv-08344-ER (S.D.N.Y. 2022) (seeking documents regarding the treatment of Haitian immigrants detained in Del Rio, Texas in 2021) and *Robert F. Kennedy Human Rights et al. v. U.S. Immigration and Customs Enforcement*, No. 1:22-cv-00929-LJV-HKS (W.D.N.Y. 2022) (seeking documents regarding policies and conditions of confinement at an immigration detention center).

11. NDLON has capacity to thoroughly and vigorously litigate the claims in this case and properly represent the plaintiff class, alongside our proposed class co-counsel, and intends to commit all necessary resources to do so. I am not aware of any conflicts between NDLON and any members of the potential class that would prevent NDLON from providing zealous representation to the class.

12. If appointed class counsel, I will ensure that Mx. Wilfong and I zealously represent the interests of the class to the best of our collective ability.

I declare under penalty of perjury under the laws of the State of California and the United States that the foregoing is true and correct.

Executed this 7th day of June, 2026 at Claremont, California.

/s/Jessica Karp Bansal

JESSICA KARP BANSAL

4