STACY TOLCHIN (SBN 217431)
*stacy@tolchinimmigration.com*
LAW OFFICES OF STACY TOLCHIN
776 E. Green St., Suite 210
Pasadena, CA 91101
Tel: 213-622-7450; Fax: 213-622-7233

MOHAMMAD TAJSAR (SBN 280152)
*mtajsar@aclusocal.org*
MAYRA JOACHIN (SBN 306065)
*mjoachin@aclusocal.org*
EVA BITRÁN (SBN 302081)
*ebitran@aclusocal.org*
DAE KEUN KWON (SBN 313155)
*akwon@aclusocal.org*
STEPHANIE PADILLA (SBN 321568)
*spadilla@aclusocal.org*
ACLU FOUNDATION OF
SOUTHERN CALIFORNIA
P.O. Box 811370
Los Angeles, CA 90081-0007
Tel: 213-977-5232; Fax: 213-201-7878

*Counsel for Stop/Arrest Plaintiffs*

(*Additional counsel listed on next page*)

MARK ROSENBAUM (SBN 59940)
*mrosenbaum@publiccounsel.org*
REBECCA BROWN (SBN 345805)
*rbrown@publiccounsel.org*
RITU MAHAJAN (SBN 252970)
*rmahajan@publiccounsel.org*
GINA AMATO (SBN 215519)
*gamato@publiccounsel.org*
AMANDA MANGASER SAVAGE
(SBN 325996)
*asavage@publiccounsel.org*
PUBLIC COUNSEL
610 South Ardmore Avenue
Los Angeles, CA 90005
Tel: 213-385-2977

*Counsel for All Plaintiffs*

ANNE LAI (SBN 295394)
*alai@law.uci.edu*
UC IRVINE SCHOOL OF LAW
IMMIGRANT AND RACIAL JUSTICE
SOLIDARITY CLINIC
P.O. Box 5479
Irvine, CA 92616-5479
Tel: 949-824-9894; Fax: 949-824-2747

*Counsel for Stop/Arrest Plaintiffs*

# UNITED STATES DISTRICT COURT

## FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| Pedro VASQUEZ PERDOMO; Carlos Alexander OSORTO; and Isaac VILLEGAS MOLINA; Jorge HERNANDEZ VIRAMONTES; Jason Brian GAVIDIA; LOS ANGELES WORKER CENTER NETWORK; UNITED FARM WORKERS; COALITION FOR HUMANE IMMIGRANT RIGHTS; IMMIGRANT DEFENDERS LAW CENTER,<br><br>    Plaintiffs,<br><br>  v.<br><br>Markwayne MULLIN, in his official capacity as Secretary, Department of Homeland Security; David VENTURELLA, in his official capacity as Acting Director, U.S. Immigration and Customs Enforcement; Rodney S. SCOTT, in his official capacity as | Case No.: 2:25-cv-05605-MEMF-SP<br><br>**DECLARATION OF MOHAMMAD TAJSAR IN SUPPORT OF CLASS CERTIFICATION**<br><br>Hon. Maame Ewusi-Mensah Frimpong |

Commissioner, U.S. Customs and Border Patrol; Michael W. BANKS, in his official capacity as Chief of U.S. Border Patrol; Kash PATEL, in his official capacity as Director, Federal Bureau of Investigation; Todd BLANCHE, in his official capacity as Acting U.S. Attorney General; Thomas GILES, in his official capacity as Acting Field Office Director for Los Angeles, U.S. Immigration and Customs Enforcement; Dean T. SORENSON, Special Agent in Charge for Los Angeles, Homeland Security Investigations, U.S. Immigration and Customs Enforcement; Daniel PARRA, in his official capacity as Acting Chief Patrol Agent for El Centro Sector of the U.S. Border Patrol; Justin DE LA TORRE, in his official capacity as Acting Chief Patrol Agent, San Diego Sector of the U.S. Border Patrol; Akil DAVIS, in his official capacity as Assistant Director in Charge, Los Angeles Office, Federal Bureau of Investigation; Bilal A. ESSAYLI, in his official capacity as First Assistant U.S. Attorney for the Central District of California,

      Defendants.

JACOB S. KREILKAMP (SBN 248210)
jacob.kreilkamp@mto.com
DAVID FRY (SBN 189276)
david.fry@mto.com
ADAM B. WEISS (SBN 296381)
adam.weiss@mto.com
SARA H. WORTH (SBN 341088)
sara.worth@mto.com
LAURA R. PERRY (SBN 342504)
laura.perrystone@mto.com
HENRY D. SHREFFLER (SBN 343388)
henry.shreffler@mto.com
LAUREN E. KUHN (SBN 343855)
lauren.kuhn@mto.com
ANGELA URIBE (SBN 353579)
angela.uribe@mto.com
MAGGIE BUSHELL (SBN 354048)
maggie.bushell@mto.com
MUNGER, TOLLES & OLSON LLP
350 S. Grand Ave., 50th Floor
Los Angeles, CA 90071
Tel: 213-683-9100; Fax: 213-683-9100

*Counsel for Stop/Arrest Plaintiffs*
BREE BERNWANGER (SBN 331731)
bbernwanger@aclunc.org
AMERICAN CIVIL LIBERTIES UNION
FOUNDATION OF NORTHERN
CALIFORNIA
39 Drumm Street
San Francisco, CA 94111
Tel: 415-621-2493

*Counsel for Stop/Arrest Plaintiffs*
BRISA VELAZQUEZ OATIS
(SBN 339132)
bvoatis@aclu-sdic.org
ACLU FOUNDATION OF
SAN DIEGO & IMPERIAL COUNTIES
P.O. Box 87131
San Diego, CA 92138-7131
Tel: 619-398-4199

*Counsel for Stop/Arrest Plaintiffs*
EDGAR AGUILASOCHO
(SBN 285567)
eaguilasocho@farmworkerlaw.com
MARTÍNEZ AGUILASOCHO LAW, INC.
900 Truxtun Ave, Suite 300
Bakersfield, CA 93301
Tel: 661-859-1174

*Counsel for Plaintiff United Farm Workers*

JESSICA K. BANSAL (SBN 277347)
jessica@ndlon.org
LAUREN MICHEL WILFONG*
lwilfong@ndlon.org
JIA FU*
jennifer@ndlon.org
NATIONAL DAY LABORER ORGANIZING
NETWORK
1030 S. Arroyo Parkway, Suite 106
Pasadena, CA 91105
Tel: 626-214-5689

*Counsel for Stop/Arrest Plaintiffs*

MATTHEW J. CRAIG (SBN 350030)
mcraig@heckerfink.com
MACK E. JENKINS (SBN 242101)
mjenkins@heckerfink.com
HECKER FINK LLP
1150 South Olive Street, Suite 10-140
Los Angeles, CA 90015
Tel: 212-763-0883; Fax: 212-564-0883

*Counsel for Access/Conditions Plaintiffs*

CARL BERGQUIST*
cbergquist@chirla.org
COALITION FOR HUMANE IMMIGRANT
RIGHTS
2351 Hempstead Road
Ottawa Hills, OH 43606
Tel: 310-279-6025

*Counsel for Plaintiff Coalition for Humane Immigrant Rights*

ALVARO M. HUERTA (SBN 274787)
ahuerta@immdef.org
BRYNNA BOLT (SBN 339378)
bbolt@immdef.org
ALISON STEFFEL (SBN 346370)
asteffel@immdef.org
IMMIGRANT DEFENDERS LAW CENTER
634 S. Spring St., 10th Floor
Los Angeles, CA 90014
Tel: 213-634-0999

*Counsel for Plaintiff Immigrant Defenders Law Center*

* Admitted pro hac vice

**<u>DECLARATION OF MOHAMMAD TAJSAR</u>**

I, Mohammad Tajsar, hereby declare:

1. I make this declaration based on my own personal knowledge. If called, I could and would competently testify hereto:

2. I am a Senior Staff Attorney at the ACLU Foundation of Southern California ("ACLUF-SC"). I am admitted to practice before several federal courts, including all U.S. District Courts in the State of California, the United States Court of Appeals for the Ninth Circuit, and the U.S. Supreme Court. I submit this declaration in support of Plaintiffs' Motion for Class Certification on behalf of ACLUF-SC, the American Civil Liberties Union Foundation of Norther California ("ACLUF-NC"), and the American Civil Liberties Union Foundation of San Diego and Imperial Counties ("ACLUF-SDIC").

3. ACLUF-NC, ACLUF-SC, and ACLUF-SDIC are nonprofit, nonpartisan corporations that are tax-exempt under § 501(c)(3) of the Internal Revenue Code. They are nonpartisan organizations dedicated to defending the civil liberties and civil rights guaranteed by the federal and state constitutions. ACLUF-NC, ACLUF-SC, and ACLUF-SDIC do not receive government funding. ACLUF-NC, ACLUF-SC, and ACLUF-SDIC have extensive experience in class litigation and immigrants' rights litigation and, collectively, have served as lead counsel in dozens of civil rights class actions, including before this Court.

4. I graduated from the University of California, Berkeley, School of Law in 2011. I served as a fellow at the ACLUF-SC after graduating from law school, then as a law clerk to the Honorable Miranda M. Du in the United States District Court, District of Nevada. Following my clerkship, I served as an associate at Hadsell Stormer Renick & Dai LLP, a nationally renowned private civil and human rights firm based in Pasadena, California. While there, I litigated complex constitutional and statutory cases concerning law enforcement misconduct, prison conditions, and employment cases involving misconduct at large Fortune 500

1

companies. In 2017, I returned to ACLUF-SC, where I now focus on litigating in the areas of immigration enforcement, border security, national security policy, and police misconduct.

5. I have significant experience as counsel in both class actions and non-class matters against federal law enforcement agencies, with a special emphasis on vindicating individuals' rights to be free from unlawful search and seizure. I am currently counsel for a putative class in *Fazaga v. FBI*, 8:11-cv-00301-DOC-VBK (C.D. Cal. 2011), a challenge to a federal government surveillance program targeting Muslim Americans in Orange County, and for a certified class in *Wagafe v. Trump*, 2:17-cv-00094-LK (W.D. Wash. 2017), a challenge to an immigration vetting program instituted by United States Citizenship and Immigration Services. I also served as trial counsel on behalf of a certified class in *Gonzalez v. ICE*, Case No. 2:13-cv-04416-AB-FFM (C.D. Cal. Jun. 19, 2013), a Fourth Amendment challenge to immigration detainers unlawfully issued in the Central District of California. I have served as lead counsel in two additional complex constitutional rights challenges against federal immigration authorities' detentions and surveillance of individuals at the United States border, *Phillips v. U.S. Customs and Border Protection*, 2:19-cv-06338-SVW-JEM (C.D. Cal. 2019) and *Adlerstein v. U.S. Customs and Border Protection*, 4:19-cv-00500-CKJ (D. Ariz.), and am counsel in a third such case, *Kariye v. Noem*, 2:22-cv-01916-FWS-PVC (C.D. Cal. 2022). I am also counsel for plaintiffs in *Los Angeles Press Club v. Kristi Noem*, 2:25-cv-05563-HDV-E (C.D. Cal. 2025), a putative class action raising First, Fourth, and Fifth Amendment claims related to the targeted use of force against protestors by many of the same Defendants in this action. *Fazaga*, *Los Angeles Press Club*, *Gonzalez*, *Phillips*, *Adlerstein*, and *Kariye* all challenge, among other claims, detentions and arrests by federal law enforcement or immigration enforcement authorities.

6.        Proposed Class Counsel **Eva Bitran** is the Director of Immigrants' Rights and a Senior Staff Attorney at the American Civil Liberties Foundation of Southern California ("ACLUF-SC"), and counsel for Stop/Arrest Plaintiffs in this putative class action. She is a member in good standing of the California State Bar and of Bar of this Court. Ms. Bitran has been at ACLU-SC since 2017, and has been involved in all aspects of this case. She was admitted to practice law in California in 2014.

7.        Ms. Bitran has extensive experience litigating complex civil litigation to defend and advance the rights of immigrants in the United States before this Court and others. She is admitted to practice before several federal courts, including the United States Court of Appeals for the Ninth Circuit and all U.S. District Courts in the State of California. She graduated from Harvard Law School in 2014. Following graduation, Ms. Bitran served as a judicial clerk to the Honorable Edward C. Prado of the United States Court of Appeals for the Fifth Circuit. From September 2015 until December 2016, she served as a Legal Fellow at the European Center for Constitutional and Human Rights, where she investigated and prepared litigation before the European Court of Human Rights regarding the rights of migrants at the external borders of the European Union. Following her fellowship, Ms. Bitran worked as a Trial Attorney in the Federal Programs Branch of the United States Department of Justice. After joining ACLUF-SC as a Staff Attorney in 2017, Ms. Bitran became a Senior Staff Attorney in 2023 and the Director of Immigrants' Rights in 2024. In her current role, Ms. Bitran supervises staff attorneys, legal fellows, interns, students, organizers, and policy advocates in all aspects of litigation and advocacy on behalf of immigrants.

8.        Ms. Bitran has spent the majority of her legal career representing immigrants in federal class actions. For example, she is currently counsel in an action challenging the lack of appointed representatives for immigrants with serious mental health abilities. *See Franco-Gonzalez v. Holder*, Case No. 2:10-02211-

3

DMG-DTB (C.D. Cal. 2011). She is also lead class counsel in *Hernandez Roman v. Wolf*, Case No 5:20-cv-00768-TJH-PVC (C.D. Cal. 2020), a certified class action protecting the rights of immigrants in detention from COVID-19, in which she has been intimately involved in the daily conduct of litigation (including discovery, depositions, numerous contested motions before the District Court and the U.S. Court of Appeals for the Ninth Circuit, and extensive settlement negotiations through the Ninth Circuit mediation program). She is lead counsel in a putative class action challenging access to counsel for immigrants detained at the Adelanto ICE Processing Center. *See Torres v. Dep't of Homeland Security*, Case No. 5:18-02604-JGB-SHK (C.D. Cal. 2017).

9.    Ms. Bitran has also served as counsel, including class counsel, in other complex immigrants' rights cases including *National TPS Alliance et al. v. Noem,* No. 3:25-cv-01766-EMC (N.D. Cal. 2025) (Venezuelan and Haitian TPS holders' challenge to DHS's vacatur and termination of their status); *UFW v. Noem*, No. 1:25-cv-00246-JLT-BAM (E.D. Cal 2025) (class action challenge to Border Patrol's unlawful policy and practice of conducting suspicionless stops and warrantless arrests in the Eastern District of California); *Kidd v. Mayorkas*, 2:20-cv-03512-ODW-JPR (ensuring that immigration officers comport with federal law when conducting law enforcement arrests at or near an individual's home), and *Orantes-Hernandez v. Meese*, 685 F. Supp. 1488, 1511-14 (C.D. Cal. 1988), *aff'd sub nom Orantes-Hernandez v. Thornburgh*, 919 F.2d 549 (9th Cir. 1990) (protecting rights of Salvadoran nationals to seek asylum). Ms. Bitran previously served as class counsel in a class action aimed at preventing ICE from transferring detained immigrants out of the region, *Arroyo v. Dep't of Homeland Security*, Case No. 8:19-00815-JGB-SHK (C.D. Cal. 2019), for which she was awarded market-rate fees based on her "distinctive knowledge and specialized skill" in litigating "complex cases involving the constitutional rights of detained immigrants." *Id.* at ECF. No. 53, p. 7. Ms. Bitran was similarly awarded market-rate fees in a case seeking

4

emergency relief to permit immigrants detained in a federal prison access to their attorneys. *Rodriguez-Castillo v. Nielsen*, Case No. 5:18-01317-ODW-KES (C.D. Cal. 2020), ECF No. 64 ("[C]ounsels' undisputed expertise on issues of statutory construction, detainee rights, and effective advocacy in this challenging context was needed to effectively pursue the emergency relief their clients obtained.").

10.     Proposed Class Counsel **Mayra Joachin** is the Deputy Director of Immigrants' Rights and a Senior Staff Attorney at ACLUF-SC. She is admitted to practice before several federal courts, including all U.S. District Courts in the State of California, the United States Court of Appeals for the Ninth Circuit, and the U.S. Supreme Court. She graduated from Columbia Law School in 2015 and joined ACLUF-SC in March 2022. Before working at ACLUF-SC, Ms. Joachin was a Staff Attorney at the National Immigration Law Center where she litigated complex cases involving immigrants' rights and constitutional law. Ms. Joachin has significant experience litigating complex immigrants' rights cases involving constitutional and statutory violations and serving as class counsel. She is currently certified class counsel for a settlement class in *Gonzalez v. ICE*, Case No. 2:13-cv-04416-AB-FFM (C.D. Cal. Jun. 19, 2013) (a challenge to immigration detainers issued in the Central District of California unlawfully) and class counsel in *UFW v. Noem*, No. 1:25-cv-00246-JLT-BAM (E.D. Cal 2025) (class action challenge to Border Patrol's unlawful policy and practice of conducting suspicionless stops and warrantless arrests in the Eastern District of California). She has served as co-lead counsel in *Batalla Vidal v. Wolf*, Case No. 1:16-cv-04756 (NGG) (JO) (E.D.N.Y. Aug. 25, 2016) (a certified class action on behalf of approximately one million Deferred Action for Childhood Arrival ("DACA") recipients challenging rescissions to DACA) and *Georgia State Conference of the NAACP v. City of LaGrange*, Case No. 3:17-cv-067-TCB (N.D. Ga. Dec. 7, 2017) (lawsuit resulting in a settlement in an challenge to discriminatory utility policies that prevented immigrants from accessing essential utilities). She has also litigated other complex cases involving

immigrants' rights, including *Mendez v. ICE*, Case No. 3:23-cv-00829-TLT (N.D. Cal. Mar. 10, 2023) (an action on behalf of immigrant detainees challenging retaliation by facility staff); *La Clínica v. Biden*, Case No. 19-cv-04980-PHJ (N.D. Cal. Aug. 16, 2019) (a challenge to the unlawful promulgation of the public charge rule, a rule concerning noncitizen admissibility requirements);  and *UFW Foundation v. County of Kern*, Case No. BCV-23-101419 (JRB) (Kern Cty. Sup. Ct. May 8, 2023) (a challenge to misdemeanor arraignment proceedings that resulted in inadmissibility and removability consequences for immigrants).

11.     Proposed Class Counsel **Bree Bernwanger** is a Senior Staff Attorney at ACLUF-NC. She is a member in good standing of the California State Bar and of the Bar of this Court. Ms. Bernwanger is a 2010 graduate of Georgetown University Law Center. She began her career working on civil rights impact litigation and policy as a pro bono fellow at the New York Civil Liberties Union (2011), then worked as a litigation associate at the law firm of Sidley Austin LLP in New York (2011-13). In both roles, she worked on complex civil litigation. Ms. Bernwanger served as a Clinical Fellow in Albany Law School's clinical program (2014-15), where she taught and supervised students handling family and immigration matters, and as the Director of the Unaccompanied Immigrant Children and Immigrant Families Project at Fordham Law School (2015-17), where she developed and supervised student and alumni pro bono efforts on behalf of detained immigrant families, and was involved in policy advocacy related to unaccompanied immigrant children and immigrant families. She further served as Managing Attorney for the Dilley Pro Bono Project from August 2016 to January 2017, where she was responsible for the provision of pro bono representation to thousands of asylum-seeking families in the South Texas Family Residential Center, the nation's largest immigration detention center. She supervised a staff of attorneys, legal assistants, and a rotating team of volunteers. She monitored detention conditions and participated in systemic advocacy on behalf of detained families. Immediately prior to her current employment, she was a Senior Staff Attorney at the Lawyers' Committee for Civil Rights of the San Francisco Bay Area ("LCCR") (2017-23), where she managed all litigation and systemic-reform advocacy related to immigrants' rights, and for two years (2017-19), additionally

managed LCCR's full immigration removal defense docket, primarily involving asylum, withholding of removal, and Special Immigrant Juvenile Status cases.

12.     Ms. Bernwanger has extensive experience litigating complex civil litigation to defend and advance the rights of immigrants in the United States. She is admitted to the U.S. Court of Appeals for the Ninth Circuit, the Northern District of California, the Eastern District of California, and the Southern District of California. She has served as class co-counsel for certified classes in *Zepeda Rivas v. Jennings*, No. 3:20-cv-02731 (N.D. Cal. 2020), a due process challenge against ICE by individuals detained in crowded immigration jails during the COVID-19 pandemic, which she argued before the Ninth Circuit and which ultimately resulted in a classwide settlement agreement; *J.L. v. Cissna*, No. 5:18-cv-04914-NC (N.D. Cal. 2018), an Administrative Procedure Act challenge to unlawful change in policy for Special Immigrant Juvenile Status adjudication that resulted in a classwide settlement agreement; and *Unknown Parties v. Nielsen*, 4:15-cv-00250, (D. Ariz. 2015), a substantive due process challenge to conditions of confinement in Border Patrol's Tucson Sector that resulted in a permanent injunction protecting the class.

13.     In addition, she has represented noncitizen plaintiffs or petitioners in several non-class cases raising complex issues. For example, she has served as counsel in *Mendez v. ICE*, No. 3:23-cv-00829 (N.D. Cal. 2023), a First Amendment challenge by dozens of hunger strikers in ICE custody; *P.G. v. United States*, No. 4:21-cv-4457 (N.D. Cal. 2021), a Federal Tort Claims Act suit on behalf of families who were separated at the U.S.-Mexico border in 2018, which included complex mandamus proceedings at the Ninth Circuit involving a former Secretary of the Department of Homeland Security; and *Murillo Vega v. Management and Training Corp.*, No. 3:21-cv-01770-GPC-LR (S.D. Cal. 2021), the first lawsuit to be brought under California's "Dignity Not Detention Act." She has also represented numerous detained immigrants in federal court *habeas corpus* petitions raising constitutional challenges to their ongoing detention. She has been awarded market-rate fees in federal litigation based in part on my "extensive experience litigating immigration cases." *Primero Garcia v. Barr*, 484 F. Supp. 3d 750, 756 (N.D. Cal. 2020).

14.     Proposed Class Counsel **Stephanie Padilla** has worked as a staff attorney with the ACLUF-SC since 2019.  She is licensed to practice before the courts of the State of California, the

7

United States Court of Appeals for the Ninth Circuit, and the United States District Courts for the Southern, Central, Northern, and Eastern Districts of California. Ms. Padilla graduated from the University of California, Davis School of Law in 2016. Previously, she was an Assistant General Counsel at the Agricultural Labor Relations Board, from 2017 to 2019. Ms. Padilla's practice at the ACLUF-SC has involved litigating complex civil liberties matters in federal court. Ms. Padilla is co-class counsel in *Kidd v. Mayorkas*, 2:20-cv-03512-ODW-JPR (ensuring that immigration officers comport with federal law when conducting law enforcement arrests at or near an individual's home). She was counsel in *Zepeda Rivas v. Jennings*, No. 3:20-cv-02731-VC, 445 F. Supp. 3d 36 (N.D. Cal. Apr. 29, 2020) (class action challenging unsafe COVID-19 conditions in immigration detention); *Bahena Ortuno v. Jennings*, No. 3:20-cv-02064-MMC, 2020 WL 2218965 (N.D. Cal. May 7, 2020), *appeal dismissed sub nom. Lavrus v. Jennings*, No. 20-16302, 2020 WL 7873088 (9th Cir. Nov. 18, 2020) (constitutional challenge to conditions of confinement in immigration detention), habeas litigation on behalf of detained individuals with serious medical vulnerabilities that preceded this class action lawsuit. Ms. Padilla also served as co-counsel in *Bello-Reyes v. Gaynor*, 985 F.3d 696 (9th Cir. 2021) (habeas appeal challenging retaliatory actions by ICE in response to plaintiff's criticism of the agency). Ms. Padilla was also co-lead counsel in *Simental v. Ozuna*, No. 1:20-cv-00697-NONE-JLT (E.D. Cal. July 13, 2020) (damages action arising from false arrest and imprisonment, use of excessive force, and retaliation for exercising First Amendment rights). Ms. Padilla has also represented clients facing removal in administrative proceedings before federal agencies such as the Board of Immigration Appeals including, for example, an appeal challenging the Immigration Judge's failure to appoint her client (a blind person) counsel or provide reasonable accommodations.

15.     Proposed Class Counsel **Dae Keun Kwon** is Senior Policy Counsel and has worked as an attorney with the ACLUF-SC since 2016. He is licensed to practice before the courts of the State of California and the United States District Court for the Central District of California. Mr. Kwon graduated from the University of California, Los Angeles School of Law in 2016 and also holds a Master of Public Administration degree from the Maxwell School of Syracuse University. Following graduation, he worked as the Emerson Equal Justice Works Fellow at the

ACLUF-SC focusing on the intersection of criminal and immigration law and enforcement.

16. Mr. Kwon has served as counsel in *Inland Empire Immigrant Youth Collective v. Duke*, No. 5:17-cv-02048 (C.D. Cal. Feb. 26, 2018) (class action challenging the federal government's unlawful revocation of Deferred Action for Childhood Arrivals (DACA) status without first giving individuals with DACA notice and an opportunity to challenge the revocation) and *Black Lives Matter - Los Angeles v. City of Los Angeles*, No. 2:20-cv-04940 (C.D. Cal. 2020) (challenging curfews issued by the City and County of Los Angeles in response to protests surrounding the police killing of George Floyd as violations of free speech and assembly, free movement, and due process). Mr. Kwon has also represented clients facing removal or seeking immigration relief in state court proceedings as well as in administrative proceedings before federal agencies. Furthermore, Mr. Kwon has extensive experience with working with class members. As local counsel, he has worked closely with individual plaintiffs and organizational plaintiffs.

17. Proposed Class Counsel **Brisa Velazquez Oatis** is a Staff Attorney at ACLUF-SDIC. She has been employed as a Staff Attorney at ACLUF-SDIC since 2024. She is a member in good standing of the California State Bar and of the Bar of this Court. She is admitted to the U.S. Court of Appeals for the Ninth Circuit, the Southern District of California, the Central District of California, and the Eastern District of California. Ms. Velazquez is a 2018 graduate of the University of San Diego School of Law where she received the California State Bar's Wiley W. Manual Award and the Outstanding Clinic Intern Award for successfully representing individuals in front of the California Unemployment Insurance Appeals Board and California's Department of Industrial Relations Labor Commissioner's Office. She has experience in civil litigation raising complex issues including immigrant workers' rights, gender, race, and disability discrimination, harassment, and retaliation cases. She also has experience representing noncitizen plaintiffs and petitioners in immigration matters. Since her employment with ACLUF-SDIC, Ms. Velazquez has been focused on complex civil litigation to advance the rights of

immigrants in the United States. She is co-counsel in the class action lawsuit *Doe v. Wolf*, No. 19-cv-2119-DMS-SBC, ECF. No. 39 (S.D. Cal. Jan. 14, 2019) (order granting class certification). *Doe* challenges the denial of access to counsel prior to and during non-refoulement interviews, which determine whether individuals subject to the Migrant Protection Protocols should be allowed to enter the United States during the pendency of their immigration court proceedings.

18.    ACLUF-NC, ACLUF-SC, and ACLUF-SDIC have experience fairly and adequately representing the interests of the class in other class actions. ACLUF-NC, ACLUF-SC, and ACLUF-SDIC have capacity to thoroughly and vigorously litigate the claims in this case and properly represent the plaintiff class, and intend to commit all necessary resources to do so.

19.    If appointed class counsel, I will ensure that the attorneys listed in this declaration and I zealously represent the interests of the class to the best of our collective ability.

20.    I am not aware of any conflict among potential class members in this case.

21.    I am not aware of any conflicts between ACLUF-NC, ACLUF-SC, ACLUF-SDIC, and any members of the potential class that would prevent ACLUF-NC, ACLUF-SC, and ACLUF-SDIC from providing zealous representation to the class.

I declare under penalty of perjury that the foregoing is true and correct. Executed June 5, 2026 in Pasadena, California.

Mohammad Tajsar

10