STACY TOLCHIN (SBN 217431)
*stacy@tolchinimmigration.com*
LAW OFFICES OF STACY TOLCHIN
776 E. Green St., Suite 210
Pasadena, CA 91101
Tel: 213-622-7450; Fax: 213-622-7233

MOHAMMAD TAJSAR (SBN 280152)
*mtajsar@aclusocal.org*
MAYRA JOACHIN (SBN 306065)
*mjoachin@aclusocal.org*
EVA BITRÁN (SBN 302081)
*ebitran@aclusocal.org*
DAE KEUN KWON (SBN 313155)
*akwon@aclusocal.org*
OLIVER MA (SBN 354266)
*oma@aclusocal.org*
STEPHANIE PADILLA (SBN 321568)
*spadilla@aclusocal.org*
ACLU FOUNDATION OF
SOUTHERN CALIFORNIA
P.O. Box 811370
Los Angeles, CA 90081-0007
Tel: 213-977-5232; Fax: 213-201-7878

*Counsel for Stop/Arrest Plaintiffs*

(*Additional counsel listed on next page*)

MARK ROSENBAUM (SBN 59940)
*mrosenbaum@publiccounsel.org*
REBECCA BROWN (SBN 345805)
*rbrown@publiccounsel.org*
mailto:swrench@publiccounsel.orgRITU
MAHAJAN (SBN 252970)
*rmahajan@publiccounsel.org*
GINA AMATO (SBN 215519)
*gamato@publiccounsel.org*
AMANDA MANGASER SAVAGE
(SBN 325996)
PUBLIC COUNSEL
610 South Ardmore Avenue
Los Angeles, CA 90005
Tel: 213-385-2977

*Counsel for All Plaintiffs*

ANNE LAI (SBN 295394)
*alai@law.uci.edu*
UC IRVINE SCHOOL OF LAW
IMMIGRANT AND RACIAL JUSTICE
SOLIDARITY CLINIC
P.O. Box 5479
Irvine, CA 92616-5479
Tel: 949-824-9894; Fax: 949-824-2747

*Counsel for Stop/Arrest Plaintiffs*

**UNITED STATES DISTRICT COURT**

**FOR THE CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| Pedro VASQUEZ PERDOMO; Carlos Alexander OSORTO; and Isaac VILLEGAS MOLINA; Jorge HERNANDEZ VIRAMONTES; Jason Brian GAVIDIA; LOS ANGELES WORKER CENTER NETWORK; UNITED FARM WORKERS; COALITION FOR HUMANE IMMIGRANT RIGHTS; IMMIGRANT DEFENDERS LAW CENTER,<br><br>Plaintiffs,<br><br>v.<br><br>Markwayne MULLIN, in his official capacity as Secretary, Department of Homeland Security; David VENTURELLA, | Case No.: 2:25-cv-05605-MEMF-SP<br><br>Hon. Maame Ewusi-Mensah Frimpong<br><br>**DECLARATION OF REBECCA BROWN IN SUPPORT OF PLAINTIFFS' MOTION FOR CLASS CERTIFICATION AND APPOINTMENT OF CLASS COUNSEL** |

in his official capacity as Acting Director, U.S. Immigration and Customs Enforcement; Rodney S. SCOTT, in his official capacity as Commissioner, U.S. Customs and Border Patrol; Michael W. BANKS, in his official capacity as Chief of U.S. Border Patrol; Kash PATEL, in his official capacity as Director, Federal Bureau of Investigation; Todd BLANCHE, in his official capacity as Acting U.S. Attorney General; Thomas GILES, in his official capacity as Acting Field Office Director for Los Angeles, U.S. Immigration and Customs Enforcement; Dean T. SORENSON, Special Agent in Charge for Los Angeles, Homeland Security Investigations, U.S. Immigration and Customs Enforcement; Daniel PARRA, in his official capacity as Acting Chief Patrol Agent for El Centro Sector of the U.S. Border Patrol; Justin DE LA TORRE, in his official capacity as Acting Chief Patrol Agent, San Diego Sector of the U.S. Border Patrol; Akil DAVIS, in his official capacity as Assistant Director in Charge, Los Angeles Office, Federal Bureau of Investigation; Bilal A. ESSAYLI, in his official capacity as First Assistant U.S. Attorney for the Central District of California,

Defendants.

-2-

JACOB S. KREILKAMP (SBN 248210)
jacob.kreilkamp@mto.com
DAVID FRY (SBN 189276)
david.fry@mto.com
ADAM B. WEISS (SBN 296381)
adam.weiss@mto.com
SARA H. WORTH (SBN 341088)
sara.worth@mto.com
LAURA R. PERRY (SBN 342504)
laura.perrystone@mto.com
HENRY D. SHREFFLER (SBN 343388)
henry.shreffler@mto.com
LAUREN E. KUHN (SBN 343855)
lauren.kuhn@mto.com
ANGELA URIBE (SBN 353579)
angela.uribe@mto.com
MAGGIE BUSHELL (SBN 354048)
maggie.bushell@mto.com
MUNGER, TOLLES & OLSON LLP
350 S. Grand Ave., 50th Floor
Los Angeles, CA 90071
Tel: 213-683-9100; Fax: 213-683-9100

*Counsel for Stop/Arrest Plaintiffs*

BREE BERNWANGER (SBN 331731)
bbernwanger@aclunc.org
AMERICAN CIVIL LIBERTIES UNION
FOUNDATION OF NORTHERN
CALIFORNIA
39 Drumm Street
San Francisco, CA 94111
Tel: 415-621-2493

*Counsel for Stop/Arrest Plaintiffs*

BRISA VELAZQUEZ OATIS
(SBN 339132)
bvoatis@aclu-sdic.org
ACLU FOUNDATION OF
SAN DIEGO & IMPERIAL COUNTIES
P.O. Box 87131
San Diego, CA 92138-7131
Tel: 619-398-4199

*Counsel for Stop/Arrest Plaintiffs*

EDGAR AGUILASOCHO
(SBN 285567)
eaguilasocho@farmworkerlaw.com
MARTÍNEZ AGUILASOCHO LAW, INC.
900 Truxtun Ave, Suite 300
Bakersfield, CA 93301
Tel: 661-859-1174
*Counsel for Plaintiff United Farm Workers*

JESSICA KARP BANSAL (SBN 277347)
jessica@ndlon.org
LAUREN MICHEL WILFONG*
lwilfong@ndlon.org
JIA FU*
jennifer@ndlon.org
NATIONAL DAY LABORER ORGANIZING
NETWORK
1030 S. Arroyo Parkway, Suite 106
Pasadena, CA 91105
Tel: 626-214-5689

*Counsel for Stop/Arrest Plaintiffs*

MATTHEW J. CRAIG (SBN 350030)
mcraig@heckerfink.com
MACK E. JENKINS (SBN 242101)
mjenkins@heckerfink.com
HECKER FINK LLP
1150 South Olive Street, Suite 10-140
Los Angeles, CA 90015
Tel: 212-763-0883; Fax: 212-564-0883

*Counsel for Access/Conditions Plaintiffs*

CARL BERGQUIST*
cbergquist@chirla.org
COALITION FOR HUMANE IMMIGRANT
RIGHTS
2351 Hempstead Road
Ottawa Hills, OH 43606
Tel: 310-279-6025

*Counsel for Plaintiff Coalition for Humane Immigrant Rights*

ALVARO M. HUERTA (SBN 274787)
ahuerta@immdef.org
BRYNNA BOLT (SBN 339378)
bbolt@immdef.org
ALISON STEFFEL (SBN 346370)
asteffel@immdef.org
IMMIGRANT DEFENDERS LAW CENTER
634 S. Spring St., 10th Floor
Los Angeles, CA 90014
Tel: 213-634-0999

*Counsel for Plaintiff Immigrant Defenders Law Center*

* Admitted pro hac vice

**DECLARATION OF REBECCA BROWN IN SUPPORT OF PLAINTIFFS'
MOTION FOR CLASS CERTIFICATION AND APPOINTMENT OF CLASS COUNSEL**

I, Rebecca Brown, of full age, do hereby declare as follows:

1.      I am an attorney licensed to practice law in the State of California and duly admitted to appear before the United States District Court for the Central District of California.  I have personal knowledge of the matters set forth in this Declaration.

2.      I, along with my colleague Ritu Mahajan (collectively, the "Public Counsel Team"), represent Plaintiffs and the proposed classes in this matter. I respectfully submit this Declaration in support of Plaintiffs' Motion for Class Certification and Appointment of Class Counsel for the purpose of setting forth the Public Counsel Team's qualifications in the areas of immigration law, complex litigation, and class action litigation.

3.      I work as a strategic litigation and policy Supervising Attorney in the Immigrants' Rights Project ("IRP") at Public Counsel, located at 610 S. Ardmore Avenue, Los Angeles, CA 90005. I oversee impact litigation on behalf of immigrant children and families.

4.      Public Counsel, based in Los Angeles, is a non-profit public interest law firm dedicated to advancing civil rights and racial and economic justice, amplifying the power of its clients through comprehensive legal advocacy.  Founded in 1970 and strengthened by a pro bono legal service model, Public Counsel's staff and volunteers seek justice through direct legal services, promote healthy and resilient communities through education and outreach, and support community-led efforts to transform unjust systems in and beyond Los Angeles.  Public Counsel's IRP provides pro bono placement, support, and direct representation to immigrants, including unaccompanied minors, asylum seekers, detained immigrants, and survivors of serious crime and human trafficking, and currently represents hundreds of individuals seeking humanitarian immigration relief.  We also engage in appellate representation before the Board of Immigration Appeals ("BIA") and the U.S. Court of Appeals for the Ninth Circuit ("Ninth Circuit").  Public Counsel regularly engages in immigration litigation in federal courts related to the Administrative Procedure Act, and constitutional law violations.  *See, e.g.*, *Flores v. Sessions*, CV 85-4544-DMG

(challenging the federal government's family separation policy on constitutional grounds), *J.L. v. Cuccinnelli*, CV 18-4914 (challenging the federal government's policy which resulted in denials of Special Immigrant Juvenile Status ("SIJS") to petitioners in California), *Franco v. Holder*, CV 10-02211 DMG (a class action lawsuit on behalf of hundreds of immigration detainees in California, Arizona, and Washington who suffer from severe mental disabilities), and *Regents of the University of California v. DHS*, 18-15068 (challenging DHS's decision to end the Deferred Action for Childhood Arrivals program). In fact, Public Counsel has been at the forefront of past and current federal immigration class action litigation.

5.     The Plaintiffs and class members in this case lack sufficient resources to pursue litigation on an individual basis as most are from indigent backgrounds.  Plaintiffs and class members are community members who have been racially profiled and subjected to immigrant arrest and detention.  Plaintiffs' counsel has no conflict of interest with the class members in this litigation. Plaintiffs' counsel routinely represents Plaintiffs like the ones represented in this case.

6.     I have worked in immigration law for fifteen years.  I am a 2011 graduate of Franklin University Switzerland with a BA in International Relations.  I am a 2022 graduate of Loyola Law School, Los Angeles where I served on *Loyola of Los Angeles Law Review*. My article on "sanctuary" laws, immigration law, and recommendations for comprehensive reform was published and I received a degree concentration in Immigrant Advocacy.  Prior to law school, I served at Central American Legal Assistance from 2012-2019 in Brooklyn, New York and was a Department of Justice Accredited Representative.  As a DOJ Accredited Representative, I represented hundreds of indigent noncitizens seeking humanitarian relief before the immigration courts and USCIS.

7.     Since 2022, my work has focused on, and building capacity among other representatives of, noncitizens in immigration matters, with particular emphasis on humanitarian relief.  In 2022, I was selected as the Loyola Law Public Interest Fellow within IRP.  From 2022 to 2023, my fellowship focused specifically on providing representation to children eligible for humanitarian relief and expanding access to counsel for immigrant communities.  In 2023, I transitioned to Interim Supervising Staff Attorney of the Unaccompanied Children's Team, where I supervised a team of 12 attorneys, social workers, and paralegals serving approximately 200

unaccompanied children seeking asylum and other relief.  In 2024, I became responsible for constructing and enacting strategic litigation and policy for IRP.  I have authored and co-authored numerous amicus briefs on immigration law, coordinated with state and federal lawmakers to draft legislation to benefit immigrant communities, and been asked to speak publicly on issues affecting immigrants.  I have served as a guest lecturer at the University of California, Los Angeles Luskin School of Public Affairs.

8.    During my time at Public Counsel, I have litigated cases on behalf of immigrants before immigration judges, the BIA, federal district courts, the Ninth Circuit, and the California state courts.  I am a member of the Bar of the State of California, and admitted to practice before several federal courts, including the Northern District of California, the Central District of California, and the United States Court of Appeals for the Ninth Circuit.

9.    I serve as co-counsel in complex federal civil rights actions, including class actions, on behalf of noncitizens, including *A.C.R. v. Noem*, No. 1:25-cv-03962 (E.D.N.Y. filed July 17, 2025) (class action) and *J.P. et al. v. USA*, No. 2:2022cv00683 (D. Ariz. 2023).  Recently, I was awarded the *Daily Journal*'s California Lawyer Attorney of the Year Award, in recognition of my work on *J.P. et al v. USA*.

10.    Throughout these cases, I have distinctive knowledge and specialized skill in the area of immigrants' rights litigation in federal courts, class action litigation on behalf of low-income clients, and complex civil rights litigation, as well as the intersection between immigration, civil rights, and impact litigation.

11.    Also counsel on this case is Ritu Mahajan, Directing Attorney of Public Counsel's Community Development Project. Ms. Mahajan graduated from UC Berkeley School of Law in 2007. She has worked with community small businesses and nonprofits providing health care, affordable housing, education and social services in the Los Angeles area for fifteen years.

12.    Ms. Mahajan was named a *Daily Journal*'s California Lawyer Attorney of the Year for her work on the landmark settlement in *Community Power Collective v. City of Los Angeles*. Her work on that matter focused on upholding the rights of sidewalk vendors — many of whom are immigrants—that were subject to illegal vending bans in the City of Los Angeles

13. Public Counsel has several other attorneys with substantial experience in class action and complex federal litigation with whom we regularly consult. Although we are not seeking appointment of these individuals as class counsel, their continued consultation will provide valuable assistance in this matter and further the interests of Plaintiffs and members of the class.

14. I have distinctive knowledge and specialized skill in the area of immigration-related litigation in the federal courts and SIJS in particular and will adequately and fairly represent the interests of the class.

15. Public Counsel has not received nor will it receive reimbursement from the individual Plaintiffs or class members in this case. Public Counsel has committed to representing Plaintiffs and members of the proposed class on a pro bono basis, to deploy required resources in support of this litigation, and to litigate this case to resolution.

Pursuant to 28 U.S.C. § 1746, I affirm under penalty of perjury that the above statements are true and correct.

Executed this 4th day of June, 2026, in Los Angeles, California

_____

Rebecca Brown