JACOB S. KREILKAMP
MUNGER, TOLLES & OLSON
350 S. Grand Ave., 50th Fl.
Los Angeles, CA 90071
Tel: 213-683-9100 | Fax: 213-683-9100

**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| Vasquez Perdomo, et al.<br>PLAINTIFF(S)<br>v.<br>Markwayne Mullin, et al.<br>DEFENDANT(S). | CASE NUMBER:<br>2:25-cv-05605-MEMF-SP<br>**NOTICE OF MANUAL FILING OR LODGING** |

PLEASE TAKE NOTICE:

Pursuant to Local Rule 5-4.2, the following document(s) or item(s) are exempt from electronic filing, and will therefore be manually ☐ Filed ☑ Lodged: **(List Documents)**

Exhibit 1 (native format spreadsheet) to Declaration of Anne Lai ISO Plaintiffs' Motion for Class Certification

**Reason:**

- ☐ Under Seal
- ☐ In Camera
- ☑ Items not conducive to e-filing (i.e., videotapes, CDROM, large graphic charts)
- ☐ Per Court order dated: ________________
- ☐ Other:

06/09/2026
Date

Jacob Kreilkamp
Attorney Name

Plaintiffs
Party Represented

*Note: File one Notice of Manual Filing or Lodging in each case, each time you manually submit a document(s).*