# EXHIBIT B



# FORENSIC EXAMINATION REPORT

## CASE NUMBER G████ Phone

Case generated    Friday, February 6, 2026
Report generated    Monday, February 9, 2026





CONFIDENTIAL–ATTORNEYS' EYES ONLY C.D. CAL. 2:25-cv-05605-MEMF-SP

GOV-00007601



CONFIDENTIAL–ATTORNEYS' EYES ONLY C.D. CAL. 2:25-cv-05605-MEMF-SP



**Received**
6/18/2025 2:15:09.000 AM

**Received**
6/18/2025 2:15:39.000 AM

Yeah hats are very deceitful 😣 he may have a hearing but it was just an NTA and I see no date, we could have expedited it 🙂 I'll let it go because he was very respectful

**Local User <G███████iPhone>**    Sent    6/13/2025 2:15:5█.000 AM
Do you know if ERO LOS and ERO SAA is deporting everyone or are they releasing bodies due to lack of bed space, etc?

**Received**
6/18/2025 2:16:37.000 AM

I think everyone is detained. They need S1 approval to release on NTA/OR

**Local User <G███████iPhone>**    Sent    6/18/2025 2:16:42.000 AM
Was this the dude who wanted to shake y'all's hand?

**Local User <G███████iPhone>**    Sent    6/18/2025 2:16:51.000 AM
Loved "I think everyone is detained. They need S1 approval to release on NTA/OR"

**Received**
6/18/2025 2:16:54.000 AM

Yes

**Received**
6/18/2025 2:38:46.000 AM

CONFIDENTIAL–ATTORNEYS' EYES ONLY C.D. CAL. 2:25-cv-05605-MEMF-SP



I ccd you both on the ERO 213 email

I just added a few blurbs on the bottom about the alien being a flight risk. I forgot to tell you about that.

We have to document that we believe the alien is a flight risk and why for all street encounters where we don't have an i200

**Received** 6/18/2025 2:38:52.000 AM

Which is all of them lol

**Received** 6/18/2025 2:39:21.000 AM

Oh good catch - thank you!

**Local User <G████ iPhone>** **Sent** 6/18/2025 2:40:49.000 AM
Nice!

**Local User <G████ iPhone>** **Sent** 6/18/2025 2:42:12.000 AM
You forgot to say,
I told him to drop the pizza

**Received** 6/18/2025 2:43:28.000 AM
Lol

**Received** 6/18/2025 2:43:39.000 AM
We should have brought the pizza for the rest of the van

**Local User <G████ iPhone>** **Sent** 6/18/2025 2:44:09.000 AM
😂

**Received**

CONFIDENTIAL–ATTORNEYS' EYES ONLY C.D. CAL. 2:25-cv-05605-MEMF-SP



██████████                                          6/18/2025 2:44:18.000 AM

The guys took some carne asada from one of the aliens

                                                    ↘ Received
██████████                                          6/18/2025 2:44:26.000 AM

I think they are grilling it

                                                    ↘ Received
██████████                                          6/18/2025 2:44:45.000 AM

Can't let it spoil!

                                                    ↘ Received
██████████                                          6/18/2025 2:44:50.000 AM

😂😆 that's priceless

Local User <G██████ iPhone>            ↖ Sent  6/18/2025 2:46:42.000 AM
Exactly!!

Local User <G██████ iPhone>            ↖ Sent  6/18/2025 4:45:56.000 PM
Good morning, boss!
We are back in service. What area shall we start heading to?

                                                    ↘ Received
██████████                                          6/18/2025 4:46:08.000 PM

We're all spread out scoping Home Depot's for future ops.

If u wanna head towards Santa Ana we will probably head that way in a bit to do snatch & grabs

                                                    ↘ Received
██████████                                          6/18/2025 4:46:51.000 PM

Okay cool, we will head to area and scope it out

                                                    ↘ Received
██████████                                          6/18/2025 4:47:05.000 PM

CONFIDENTIAL–ATTORNEYS' EYES ONLY C.D. CAL. 2:25-cv-05605-MEMF-SP                    GOV-00007608



Cool

▪ Received
6/18/2025 4:58:36.000 PM

Do either of you have a contact at Santa Ana ERO to confirm if we can take detainees there today?

▪ Received
6/18/2025 4:59:00.000 PM

I've already confirmed we can take them to downtown LA but I'm trying to avoid all that traffic

▪ Received
6/18/2025 4:59:06.000 PM

Ok let me check

Local User <G███████iPhone>    Sent
6/18/2025 5:36:55.000 PM

Still waiting for an answer..

▪ Received
6/18/2025 5:42:53.000 PM

I'm on the phone with them

▪ Received
6/18/2025 5:44:02.000 PM

Ok we're good

Local User <G███████iPhone>    Sent
6/18/2025 5:44:23.000 PM

You got better connects than us!

▪ Received
6/18/2025 5:44:32.000 PM

Well start making our way south towards Santa Ana

CONFIDENTIAL–ATTORNEYS' EYES ONLY C.D. CAL. 2:25-cv-05605-MEMF-SP

GOV-00007609



Received
6/18/2025 5:47:20.000 PM

Le gustó "Well start making our way south towards Santa Ana"

Received
6/18/2025 6:19:36.000 PM

We're about 15m out

Any areas look good?

Received
6/18/2025 6:21:10.000 PM

◈We're roaming DT area. Haven't seen anything yet. We could try the open air areas like Home Depot, etc. just FYI on socials it looks like we were in this area yesterday and day before at Home Depot so area is super hot

Received
6/18/2025 6:21:36.000 PM

Ok we can try Garden Grove

Received
6/18/2025 6:21:50.000 PM

We will start poking around once we get there

Received
6/18/2025 6:22:48.000 PM

Ok cool. Can you put us on the comms again?

Received
6/18/2025 6:23:12.000 PM

We'll use the same Zello channel

Received
6/18/2025 6:23:17.000 PM

And what's app

Received

CONFIDENTIAL–ATTORNEYS' EYES ONLY C.D. CAL. 2:25-cv-05605-MEMF-SP

GOV-00007610