STACY TOLCHIN (SBN 217431)
*stacy@tolchinimmigration.com*
LAW OFFICES OF STACY TOLCHIN
776 E. Green St., Suite 210
Pasadena, CA 91101
Tel: 213-622-7450; Fax: 213-622-7233

MOHAMMAD TAJSAR (SBN 280152)
*mtajsar@aclusocal.org*
MAYRA JOACHIN (SBN 306065)
*mjoachin@aclusocal.org*
EVA BITRÁN (SBN 302081)
*ebitran@aclusocal.org*
DAE KEUN KWON (SBN 313155)
*akwon@aclusocal.org*
STEPHANIE PADILLA (SBN 321568)
*spadilla@aclusocal.org*
ACLU FOUNDATION OF
SOUTHERN CALIFORNIA
P.O. Box 811370
Los Angeles, CA 90081
Tel: 213-977-5232; Fax: 213-201-7878

*Counsel for Stop/Arrest Plaintiffs*

(*Additional counsel listed on next page*)

MARK ROSENBAUM (SBN 59940)
*mrosenbaum@publiccounsel.org*
REBECCA BROWN (SBN 345805)
*rbrown@publiccounsel.org*
RITU MAHAJAN (SBN 252970)
*rmahajan@publiccounsel.org*
GINA AMATO (SBN 215519)
*gamato@publiccounsel.org*
AMANDA MANGASER SAVAGE
(SBN 325996)
*asavage@publiccounsel.org*
PUBLIC COUNSEL
610 South Ardmore Avenue
Los Angeles, CA 90005
Tel: 213-385-2977

*Counsel for All Plaintiffs*

ANNE LAI (SBN 295394)
*alai@law.uci.edu*
UC IRVINE SCHOOL OF LAW
IMMIGRANT AND RACIAL JUSTICE
SOLIDARITY CLINIC
P.O. Box 5479
Irvine, CA 92616-5479
Tel: 949-824-9894; Fax: 949-824-2747

*Counsel for Stop/Arrest Plaintiffs*

# UNITED STATES DISTRICT COURT

## FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| Pedro VASQUEZ PERDOMO, et al.,<br><br>Plaintiffs,<br><br>v.<br><br>Markwayne MULLIN, in his official capacity as Secretary, Department of Homeland Security, et al.,<br><br>Defendants. | Case No.: 2:25-cv-05605-MEMF-SP<br><br>**JOINT STIPULATION RE: HEARING ON DEFENDANTS' MOTION TO DISMISS PLAINTIFFS' SECOND AMENDED COMPLAINT**<br><br>Discovery Cutoff:  March, 24, 2027<br>Pre-Trial Conf.:  August 4, 2027<br>Trial:  August 23, 2027 |

JACOB S. KREILKAMP (SBN 248210)
jacob.kreilkamp@mto.com
DAVID FRY (SBN 189276)
david.fry@mto.com
ADAM B. WEISS (SBN 296381)
adam.weiss@mto.com
SARA H. WORTH (SBN 341088)
sara.worth@mto.com
HENRY D. SHREFFLER (SBN 343388)
henry.shreffler@mto.com
LAURA R. PERRY (SBN 342504)
laura.perrystone@mto.com
LAUREN E. KUHN (SBN 343855)
lauren.kuhn@mto.com
MAGGIE BUSHELL (SBN 354048)
maggie.bushell@mto.com
ANGELA URIBE (SBN 353579)
angela.uribe@mto.com
MUNGER, TOLLES & OLSON LLP
350 S. Grand Ave., 50th Floor
Los Angeles, CA 90071
Tel: 213-683-9100; Fax: 213-683-9100

JESSICA KARP BANSAL (SBN 277347)
Jessica@ndlon.org
LAUREN MICHEL WILFONG*
lwilfong@ndlon.org
JIA FU*
jennifer@ndlon.org
NATIONAL DAY LABORER
ORGANIZING NETWORK
1030 S. Arroyo Parkway, Suite 106
Pasadena, CA 91105
Tel: 626-214-5689

BREE BERNWANGER (SBN 331731)
bbernwanger@aclunc.org
AMERICAN CIVIL LIBERTIES UNION
FOUNDATION OF NORTHERN
CALIFORNIA
39 Drumm Street
San Francisco, CA 94111
Tel: 415-621-2493

BRISA VELAZQUEZ OATIS
(SBN 339132)
bvoatis@aclu-sdic.org
ACLU FOUNDATION OF
SAN DIEGO & IMPERIAL COUNTIES
P.O. Box 87131
San Diego, CA 92138-7131
Tel: 619-398-4199

Counsel for Stop/Arrest Plaintiffs

MATTHEW J. CRAIG (SBN 350030)
mcraig@heckerfink.com
MACK E. JENKINS (SBN 242101)
mjenkins@heckerfink.com
HECKER FINK LLP
1150 South Olive Street, Suite 10-140
Los Angeles, CA 90015
Tel: 212-763-0883; Fax: 212-564-0883

Counsel for Access/Conditions Plaintiffs

EDGAR AGUILASOCHO (SBN 285567)
eaguilasocho@farmworkerlaw.com
MARTÍNEZ AGUILASOCHO LAW, INC.
900 Truxtun Ave, Suite 300
Bakersfield, CA 93301
Tel: 661-859-1174

Counsel for Plaintiff United Farm Workers

CARL BERGQUIST*
cbergquist@chirla.org
COALITION FOR HUMANE IMMIGRANT
RIGHTS
2351 Hempstead Road
Ottawa Hills, OH 43606
Tel: 310-279-6025

Counsel for Plaintiff Coalition for Humane
Immigrant Rights

ALVARO M. HUERTA (SBN 274787)
ahuerta@immdef.org
BRYNNA BOLT (SBN 339378)
bbolt@immdef.org
ALISON STEFFEL (SBN 346370)
asteffel@immdef.org
IMMIGRANT DEFENDERS LAW CENTER
634 S. Spring St., 10th Floor
Los Angeles, CA 90014
Tel: 213-634-0999

Counsel for Plaintiff Immigrant
Defenders Law Center

* Admitted pro hac vice

Case No.: 2:25-cv-05605-MEMF-SP

JOINT STIPULATION RE: HEARING ON DEFENDANTS' MOTION TO DISMISS PLAINTIFFS' SAC

BRETT A. SHUMATE
Assistant Attorney General
Civil Division

DREW C. ENSIGN
Deputy Assistant Attorney General

TIBERIUS DAVIS
SEAN SKEDZIELEWSKI
Counsel to the Assistant Attorney General

JONATHAN A. ROBBINS
Assistant Director

NANCY SAFAVI
Senior Trial Attorney

STEPHANIE L. GROFF
JACOB A. BASHYROV
ANIELLO DESIMONE
TOLA M. MYCZKOWSKA
JASON K. ZUBATA
LAURIE WIESNER
Trial Attorneys

Office of Immigration Litigation
Civil Division, U.S. Dept. of Justice
P.O. Box 878, Ben Franklin Station
Washington, DC 20044
Tel: (202) 305-8275
Email: Jonathan.A.Robbins@usdoj.gov

*Counsel for Defendants*

BILAL A. ESSAYLI
First Assistant United States Attorney

DAVID M. HARRIS
Assistant United States Attorney
Chief, Civil Division

DANIEL A. BECK
Assistant United States Attorney
Chief, Complex and Defensive Litigation Section

ALEXANDER L. FARRELL (SBN 335008)
PAULINE H. ALARCON (SBN 345785)
Assistant United States Attorneys

   Federal Building, Suite 7516
   300 North Los Angeles Street
   Los Angeles, California 90012
   Tel: (213) 894-5557 | 3992
   E-mail:    Alexander.Farrell@usdoj.gov
                  Pauline.Alarcon@usdoj.gov

*Counsel for Defendants*

WHEREAS, on April 7, 2026, the Court granted Plaintiffs' motion for leave to file a Second Amended Complaint ("SAC"), ECF 484, and Plaintiffs filed the SAC on April 9, 2026, ECF 485;

WHEREAS, on April 21, 2026, Defendants filed a motion to dismiss the SAC ("Motion"), and noticed the Motion for hearing on June 11, 2026, ECF 494;

WHEREAS on June 10, 2026, counsel for Defendants notified the Court via email that she had become physically unwell, asked to re-set the hearing date, and noted that Plaintiffs did not oppose her request;

WHEREAS, on June 10, 2026, the Court entered a minute order taking the June 11, 2026 hearing off calendar and directing the parties to file a joint stipulation proposing three new hearing dates, ECF 533;

WHEREAS, counsel for Defendants and counsel for all Plaintiffs could appear for a hearing on the Motion on July 2, July 9, or August 13, 2026;

WHEREAS, Plaintiffs do not believe oral argument is necessary on the Motion and would be willing to submit on the papers;

WHEREAS, Defendants request a hearing on the Motion and have a preference for August 13;

NOW, THEREFORE, in light of the foregoing, the Parties stipulate and respectfully request that the Court enter an order setting the Motion for hearing or taking the Motion under submission.

IT IS SO STIPULATED AND AGREED.

DATED:  June 15, 2026                    MUNGER, TOLLES & OLSON LLP


By:    _____/s/ Sara H. Worth_____
                SARA H. WORTH
         *Counsel for Stop/Arrest Plaintiffs*


DATED:  June 15, 2026                    HECKER FINK LLP


By:    _____/s/ Matthew J. Craig_____
                MATTHEW J. CRAIG
         *Counsel for Access/Detention Plaintiffs*


DATED:  June 15, 2026                    UNITED STATES DEPARTMENT OF JUSTICE


By:    _____/s/ Nancy Safavi_____
                NANCY SAFAVI
                Senior Trial Attorney
                Office of Immigration Litigation
         *Counsel for Defendants*

**ATTESTATION OF FILER**

I attest that the other signatories listed, and on whose behalf this filing is submitted, concur in the filing's content and have authorized this filing.

DATED:  June 15, 2026                    MUNGER, TOLLES & OLSON LLP


By:      _/s/ Sara H. Worth_
              SARA H. WORTH
              _Counsel for Stop/Arrest Plaintiffs_

-3-                                        Case No.: 2:25-cv-05605-MEMF-SP