AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT

for the

Central District of California

Perdomo
*Plaintiff*
v.
Noem
*Defendant*

Case No. 2:25-cv-05605-MEMF-SP

## APPEARANCE OF COUNSEL

To: The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

All Federal Defendants .

Date: 06/17/2026

/s/ August E. Flentje
*Attorney's signature*

August E. Flentje (NY Bar No. 2921807)
*Printed name and bar number*

US DOJ (OIL)
PO BOX 868
BEN FRANKLIN STATION
WASHINGTON, DC 20044
*Address*

august.flentje@usdoj.gov
*E-mail address*

(202) 514-3309
*Telephone number*

(202) 305-7000
*FAX number*