STACY TOLCHIN (SBN 217431)
*stacy@tolchinimmigration.com*
LAW OFFICES OF STACY TOLCHIN
776 E. Green St., Suite 210
Pasadena, CA 91101
Tel: 213-622-7450; Fax: 213-622-7233

MOHAMMAD TAJSAR (SBN 280152)
*mtajsar@aclusocal.org*
MAYRA JOACHIN (SBN 306065)
*mjoachin@aclusocal.org*
EVA BITRÁN (SBN 302081)
*ebitran@aclusocal.org*
DAE KEUN KWON (SBN 313155)
*akwon@aclusocal.org*
STEPHANIE PADILLA (SBN 321568)
*spadilla@aclusocal.org*
ACLU FOUNDATION OF
SOUTHERN CALIFORNIA
P.O. Box 811370
Los Angeles, CA 90081
Tel: 213-977-5232; Fax: 213-201-7878

*Counsel for Stop/Arrest Plaintiffs*

(*Additional counsel listed on next page*)

MARK ROSENBAUM (SBN 59940)
*mrosenbaum@publiccounsel.org*
REBECCA BROWN (SBN 345805)
*rbrown@publiccounsel.org*
RITU MAHAJAN (SBN 252970)
*rmahajan@publiccounsel.org*
GINA AMATO (SBN 215519)
*gamato@publiccounsel.org*
AMANDA MANGASER SAVAGE
(SBN 325996)
*asavage@publiccounsel.org*
PUBLIC COUNSEL
610 South Ardmore Avenue
Los Angeles, CA 90005
Tel: 213-385-2977

*Counsel for All Plaintiffs*

ANNE LAI (SBN 295394)
*alai@law.uci.edu*
UC IRVINE SCHOOL OF LAW
IMMIGRANT AND RACIAL JUSTICE
SOLIDARITY CLINIC
P.O. Box 5479
Irvine, CA 92616-5479
Tel: 949-824-9894; Fax: 949-824-2747

*Counsel for Stop/Arrest Plaintiffs*

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

Pedro VASQUEZ PERDOMO, *et al.*,

Plaintiffs,

v.

Markwayne MULLIN, in his official capacity as Secretary, Department of Homeland Security, *et al.*,

Defendants.

Case No.: 2:25-cv-05605-MEMF-SP

***DISCOVERY MATTER***

**PLAINTIFFS' APPLICATION TO FILE DOCUMENTS UNDER SEAL**

*[Filed concurrently with Declaration of Sara H. Worth; [Proposed] Order]*

Referred to Hon. Sheri Pym
United States Magistrate Judge

Date: July 14, 2026
Time: 11:00 a.m.

Discovery Cutoff: March, 24, 2027
Pre-Trial Conf.: August 4, 2027
Trial: August 23, 2027

JACOB S. KREILKAMP (SBN 248210)
*jacob.kreilkamp@mto.com*
DAVID FRY (SBN 189276)
*david.fry@mto.com*
ADAM B. WEISS (SBN 296381)
*adam.weiss@mto.com*
SARA H. WORTH (SBN 341088)
*sara.worth@mto.com*
HENRY D. SHREFFLER (SBN 343388)
*henry.shreffler@mto.com*
LAURA R. PERRY (SBN 342504)
*laura.perrystone@mto.com*
LAUREN E. KUHN (SBN 343855)
*lauren.kuhn@mto.com*
MAGGIE BUSHELL (SBN 354048)
*maggie.bushell@mto.com*
ANGELA URIBE (SBN 353579)
*angela.uribe@mto.com*
MUNGER, TOLLES & OLSON LLP
350 S. Grand Ave., 50th Floor
Los Angeles, CA 90071
Tel: 213-683-9100; Fax: 213-683-9100

JESSICA KARP BANSAL (SBN 277347)
*Jessica@ndlon.org*
LAUREN MICHEL WILFONG*
*lwilfong@ndlon.org*
JIA FU*
*jennifer@ndlon.org*
NATIONAL DAY LABORER
ORGANIZING NETWORK
1030 S. Arroyo Parkway, Suite 106
Pasadena, CA 91105
Tel: 626-214-5689

BREE BERNWANGER (SBN 331731)
*bbernwanger@aclunc.org*
AMERICAN CIVIL LIBERTIES UNION
FOUNDATION OF NORTHERN
CALIFORNIA
39 Drumm Street
San Francisco, CA 94111
Tel: 415-621-2493

BRISA VELAZQUEZ OATIS
(SBN 339132)
*bvoatis@aclu-sdic.org*
ACLU FOUNDATION OF
SAN DIEGO & IMPERIAL COUNTIES
P.O. Box 87131
San Diego, CA 92138-7131
Tel: 619-398-4199

*Counsel for Stop/Arrest Plaintiffs*

MATTHEW J. CRAIG (SBN 350030)
*mcraig@heckerfink.com*
MACK E. JENKINS (SBN 242101)
*mjenkins@heckerfink.com*
HECKER FINK LLP
1150 South Olive Street, Suite 10-140
Los Angeles, CA 90015
Tel: 212-763-0883; Fax: 212-564-0883

*Counsel for Access/Conditions Plaintiffs*

EDGAR AGUILASOCHO (SBN 285567)
*eaguilasocho@farmworkerlaw.com*
MARTÍNEZ AGUILASOCHO LAW, INC.
900 Truxtun Ave, Suite 300
Bakersfield, CA 93301
Tel: 661-859-1174

*Counsel for Plaintiff United Farm Workers*

CARL BERGQUIST*
*cbergquist@chirla.org*
COALITION FOR HUMANE IMMIGRANT
RIGHTS
2351 Hempstead Road
Ottawa Hills, OH 43606
Tel: 310-279-6025

*Counsel for Plaintiff Coalition for Humane Immigrant Rights*

ALVARO M. HUERTA (SBN 274787)
*ahuerta@immdef.org*
BRYNNA BOLT (SBN 339378)
*bbolt@immdef.org*
ALISON STEFFEL (SBN 346370)
*asteffel@immdef.org*
IMMIGRANT DEFENDERS LAW CENTER
634 S. Spring St., 10th Floor
Los Angeles, CA 90014
Tel: 213-634-0999

*Counsel for Plaintiff Immigrant Defenders Law Center*

* Admitted pro hac vice

**TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:**

PLEASE TAKE NOTICE that Plaintiffs, by and through their counsel of record, request leave pursuant to Local Rule 79-5.2.2(b) to file under seal certain documents that Defendants have produced and designated as "Confidential Information" pursuant to the Protective Order in this case. Plaintiffs seek to file under seal certain exhibits to the Joint Stipulation in Support of Plaintiffs' Motion for Sanctions, with redacted copies of those exhibits to be filed publicly, as the exhibits at issue contain information that Defendants have designated as Confidential under the Protective Order.

Respectfully submitted,

DATED: June 23, 2026

MUNGER, TOLLES & OLSON LLP

By: */s/ Sara H. Worth*
SARA H. WORTH
*Counsel for Stop/Arrest Plaintiffs*

## I. PLAINTIFFS REQUEST LEAVE TO PROVISIONALLY FILE UNDER SEAL CERTAIN DOCUMENTS DESIGNATED BY OTHER PARTIES AS "CONFIDENTIAL"

Plaintiffs request leave pursuant to Local Rule 79-5.2.2(b) to file under seal certain exhibits referencing information that Defendants have designated as "Confidential Information" under the Protective Order (ECF No. 247). Plaintiffs intend to file redacted copies of the sealed exhibits publicly. The exhibits are identified in Section II, *infra*.

Plaintiffs agree that the full names of non-parties who have been subject to immigration enforcement activity, as well as the "A-numbers" of all individuals listed in Exhibits 1 (¶ 4) and 2 (¶ 4), should be sealed.

Plaintiffs do not agree that the employee and law enforcement officer names in Exhibits 1, 2, or 7 warrant sealing but file this application consistent with their obligations under the Protective Order and Local Rule 79-5.2.2(b). Plaintiffs take no position on the sealing of the email domain names or phone numbers in Exhibit 9.

## II. DOCUMENTS THAT DEFENDANTS REQUEST TO BE SEALED

### A. Documents Referencing the Information Designated as "Confidential Information" to be Sealed, with Redacted Copy Appearing in Public Record

| Document | Redaction/Seal Description |
|---|---|
| Declaration of David Fry ISO Motion for Sanctions ("Fry Decl."), Exhibit 1 – Declaration of J.F. | Portions sealed, with redacted copy appearing in public record. |
| Fry Decl., Exhibit 2 – Declaration of E.W. | Portions sealed, with redacted copy appearing in public record. |
| Fry Decl., Exhibit 7 – Email Correspondence | Portions sealed, with redacted copy appearing in public record. |
| Fry Decl., Exhibit 9 – ICE-00000756 | Portions sealed, with redacted copy appearing in public record. |

Respectfully submitted,

DATED: June 23, 2026

MUNGER, TOLLES & OLSON LLP

By: */s/ Sara H. Worth*

SARA H. WORTH

*Counsel for Stop/Arrest Plaintiffs*