**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| Pedro Vasquez Perdomo et al<br>PLAINTIFF(S)<br>v.<br>Kristi Noem et al<br>DEFENDANT(S) | CASE NUMBER<br>2:25-cv-05605-MEMF-SP<br>**NOTICE OF CLERICAL ERROR** |

You are hereby notified that due to a clerical error ☐ documents associated with the filing of the new action ☐ the following scanned document ☒ docket entry have/has been corrected as indicated below.

Title of scanned document: TRANSCRIPT for proceedings held on 6/23/2026 11:23 a.m.

Filed date: June 23, 2026 Document Number(s): 561

☐ Incorrect case number ________ was assigned to this ☐ action ☐ document

☐ Case number has been corrected. The correct case number is ________

☐ Incorrect judge's initials were indicated on this ☐ action ☐ document . The correct judge's initials are: ________

☐ Incorrect magistrate judge's initials were indicated on this ☐ action ☐ document . The correct magistrate judge's initials are: ________ .

☐ Case has been reassigned from ☐ Judge ☐ Magistrate Judge ________ to ☐ Judge ☐ Magistrate Judge ________ . The initials of the new judge(s) are: ________

☐ Case was assigned to ☐ Western ☐ Southern ☐ Eastern division. The case has been reassigned to the ☐ Western ☐ Southern ☐ Eastern division. The former case number ________ has been changed to new case number ________ .

☐ Case title is corrected from ________ to ________

☐ Document has been re-numbered as document number ________

☐ Incorrect ☐ Filed Date ☐ Date of Document ☐ Date ENTERED on CM/ECF was stamped on the document. The correct date is ________ .

☐ Document is missing page number(s): ________

☐ To ensure proper routing of documents, all documents filed with the court must reflect the following case number and judge's initials: ________

☒ Other: Transcript - An error was located at docket [561]. An amended transcript shall issue which will be the governing document.

CLERK, U.S. DISTRICT COURT

Date: June 25, 2026

By: Joseph Calderon
Deputy Clerk