UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

## CIVIL MINUTES—GENERAL

| Case No. | **2:25-cv-05605-MEMF-SPx** | | Date | **June 25, 2026** |
|---|---|---|---|---|

| Title | **Pedro Vasquez Perdomo et al v. Kristi Noem et al** | Page | **1 of 1** |
|---|---|---|---|

**Present: The Honorable**    MAAME EWUSI-MENSAH FRIMPONG,
UNITED STATES DISTRICT JUDGE

| Damon Berry | CourtSmart |
|---|---|
| Deputy Clerk | Court Recorder |

| Attorneys Present for Plaintiff(s) | Attorneys Present for Defendant(s) |
|---|---|
| Rebecca Sarah Brown | Jonathan Robbins |
| Mark D. Rosenbaum | August E. Flentje |
| Eva Lucia Bitran | |
| Sara H. Worth | |
| David H. Fry | |

**Proceedings:  ORDER TO SHOW CAUSE [546] AND HEARING RE DEFENDANTS'
OBJECTIONS TO THE MAGISTRATE JUDGE'S ORDER [395], [549]**

The case is called, and counsel states their appearances. Also, present are Intervenors, Jin Niu and Michael J. Dundes. The Court invites counsel to present oral arguments.

For the reasons stated on the record, the matter is taken under submission. Order to issue.

**IT IS SO ORDERED.**