STACY TOLCHIN (SBN 217431)
*stacy@tolchinimmigration.com*
LAW OFFICES OF STACY TOLCHIN
776 E. Green St., Suite 210
Pasadena, CA 91101
Tel: 213-622-7450; Fax: 213-622-7233

MOHAMMAD TAJSAR (SBN 280152)
*mtajsar@aclusocal.org*
MAYRA JOACHIN (SBN 306065)
*mjoachin@aclusocal.org*
EVA BITRÁN (SBN 302081)
*ebitran@aclusocal.org*
DAE KEUN KWON (SBN 313155)
*akwon@aclusocal.org*
STEPHANIE PADILLA (SBN 321568)
*spadilla@aclusocal.org*
DIANA SÁNCHEZ (SBN 338871)
*dianasanchez@aclusocal.org*
ACLU FOUNDATION OF
SOUTHERN CALIFORNIA
1313 West Eighth Street
Los Angeles, CA 90017-4022
Tel: 213-977-5232; Fax: 213-201-7878

*Counsel for Stop/Arrest Plaintiffs*

(*Additional counsel listed on next page*)

MARK ROSENBAUM (SBN 59940)
*mrosenbaum@publiccounsel.org*
REBECCA BROWN (SBN 345805)
*rbrown@publiccounsel.org*
SOPHIA WRENCH (SBN 354416)
*swrench@publiccounsel.org*
RITU MAHAJAN (SBN 252970)
*rmahajan@publiccounsel.org*
GINA AMATO (SBN 215519)
*gamato@publiccounsel.org*
PUBLIC COUNSEL
610 South Ardmore Avenue
Los Angeles, CA 90005
Tel: 213-385-2977

*Counsel for All Plaintiffs*

ANNE LAI (SBN 295394)
*alai@law.uci.edu*
UC IRVINE SCHOOL OF LAW
IMMIGRANT AND RACIAL JUSTICE
SOLIDARITY CLINIC
P.O. Box 5479
Irvine, CA 92616-5479
Tel: 949-824-9894; Fax: 949-824-2747

*Counsel for Stop/Arrest Plaintiffs*

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| Pedro VASQUEZ PERDOMO; Carlos Alexander OSORTO; and Isaac VILLEGAS MOLINA; Jorge HERNANDEZ VIRAMONTES; Jason Brian GAVIDIA; LOS ANGELES WORKER CENTER NETWORK; UNITED FARM WORKERS; COALITION FOR HUMANE IMMIGRANT RIGHTS; IMMIGRANT DEFENDERS LAW CENTER, <br><br> Plaintiffs, <br><br> v. <br><br> Markwayne MULLIN, in his official capacity as Secretary, Department of Homeland Security; David VENTURELLA, in his official capacity as Acting Director, U.S. Immigration and Customs Enforcement; Rodney S. SCOTT, in his official | Case No.: 2:25-cv-05605-MEMF-SP <br><br> **DECLARATION OF V. ROMAN LEAL IN SUPPORT OF INTERVENORS' JOINDER IN PLAINTIFFS' MOTIONS FOR PRELIMINARY INJUNCTION** <br><br> Date:     August 13, 2026 <br> Time:     10:00 AM <br> Crtrm.:  8B <br><br> Hon. Maame Ewusi-Mensah Frimpong |

capacity as Commissioner, U.S. Customs and Border Patrol; Michael W. BANKS, in his official capacity as Chief of U.S. Border Patrol; Kash PATEL, in his official capacity as Director, Federal Bureau of Investigation; Todd BLANCHE, in his official capacity as Acting U.S. Attorney General; Thomas GILES, in his official capacity as Acting Field Office Director for Los Angeles, U.S. Immigration and Customs Enforcement; Dean T. SORENSON, Special Agent in Charge for Los Angeles, Homeland Security Investigations, U.S. Immigration and Customs Enforcement; Daniel PARRA, in his official capacity as Acting Chief Patrol Agent for El Centro Sector of the U.S. Border Patrol; Justin DE LA TORRE, in his official capacity as Acting Chief Patrol Agent, San Diego Sector of the U.S. Border Patrol; Akil DAVIS, in his official capacity as Assistant Director in Charge, Los Angeles Office, Federal Bureau of Investigation; Bilal A. ESSAYLI, in his official capacity as U.S. Attorney for the Central District of California,

Defendants.

DECLARATION OF V. ROMAN LEAL

JACOB S. KREILKAMP (SBN 248210)
jacob.kreilkamp@mto.com
JAMIE LUMA (SBN 331610)
jamie.luma@mto.com
SARA H. WORTH (SBN 341088)
sara.worth@mto.com
HENRY D. SHREFFLER (SBN 343388)
henry.shreffler@mto.com
MAGGIE BUSHELL (SBN 354048)
maggie.bushell@mto.com
KYLE A. GROVES (SBN 358085)
kyle.groves@mto.com
MUNGER, TOLLES & OLSON LLP
350 S. Grand Ave., 50th Floor
Los Angeles, CA 90071
Tel: 213-683-9100; Fax: 213-683-9100

*Counsel for Stop/Arrest Plaintiffs*

LAUREN MICHEL WILFONG*
lwilfong@ndlon.org
NATIONAL DAY LABORER
ORGANIZING NETWORK
1030 S. Arroyo Parkway, Suite 106
Pasadena, CA 91105
Tel: 626-214-5689

*Counsel for Stop/Arrest Plaintiffs*

BREE BERNWANGER (SBN 331731)
bbernwanger@aclunc.org
AMERICAN CIVIL LIBERTIES UNION
FOUNDATION OF NORTHERN
CALIFORNIA
39 Drumm Street
San Francisco, CA 94111
Tel: 415-621-2493

*Counsel for Stop/Arrest Plaintiffs*

BRISA VELAZQUEZ OATIS
(SBN 339132)
bvoatis@aclu-sdic.org
ACLU FOUNDATION OF
SAN DIEGO & IMPERIAL COUNTIES
P.O. Box 87131
San Diego, CA 92138-7131
Tel: 619-398-4199

*Counsel for Stop/Arrest Plaintiffs*

MATTHEW J. CRAIG (SBN 350030)
mcraig@heckerfink.com
MACK E. JENKINS (SBN 242101)
mjenkins@heckerfink.com
HECKER FINK LLP
1150 South Olive Street, Suite 10-140
Los Angeles, CA 90015
Tel: 212-763-0883; Fax: 212-564-0883

*Counsel for Access/Conditions Plaintiffs*

EDGAR AGUILASOCHO (SBN 285567)
eaguilasocho@farmworkerlaw.com
MARTÍNEZ AGUILASOCHO LAW, INC.
900 Truxtun Ave, Suite 300
Bakersfield, CA 93301
Tel: 661-859-1174

*Counsel for Plaintiff United Farm Workers*

CARL BERGQUIST*
cbergquist@chirla.org
COALITION FOR HUMANE IMMIGRANT
RIGHTS
2351 Hempstead Road
Ottawa Hills, OH 43606
Tel: 310-279-6025

*Counsel for Plaintiff Coalition for Humane
Immigrant Rights*

ALVARO M. HUERTA (SBN 274787)
ahuerta@immdef.org
BRYNNA BOLT (SBN 339378)
bbolt@immdef.org
ALISON STEFFEL (SBN 346370)
asteffel@immdef.org
IMMIGRANT DEFENDERS LAW CENTER
634 S. Spring St., 10th Floor
Los Angeles, CA 90014
Tel: 213-634-0999

*Counsel for Plaintiff Immigrant
Defenders Law Center*

* Admitted pro hac vice

-3-
DECLARATION OF V. ROMAN LEAL

HYDEE FELDSTEIN SOTO (SBN 106866)
City Attorney
hydee.feldsteinsoto@lacity.org
VALERIE L. FLORES (SBN 138572)
valerie.flores@lacity.org
MICHAEL J. DUNDAS (SBN 226930)
mike.dundas@lacity.org
MARIA LOUISE COUSINEAU (SBN 122280)
maria.cousineau@lacity.org
RANDALL G. SOMMER (SBN 214099)
randall.sommer@lacity.org
SHUBHRA SHIVPURI (SBN 295534)
shubhra.shivpuri@lacity.org
OFFICE OF THE LOS ANGELES CITY ATTORNEY
City Hall 200 North Spring Street 21st Floor
Los Angeles, CA 90012-4130
Tel.: 213-922-8382; Fax: 213-978-7957

*Attorneys for Intervenor City of Los Angeles*

E. MARTIN ESTRADA (SBN 223802)
martin.estrada@mto.com
DANIEL B. LEVIN (SBN 226044)
daniel.levin@mto.com
JOHN L. SCHWAB (SBN 301386)
john.schwab@mto.com
V. GRACE DAVIS (SBN 336732)
grace.davisfisher@mto.com
V. ROMAN LEAL (SBN 348892)
roman.leal@mto.com
WENDY QIUYU XIAO (SBN 342702)
wendy.xiao@mto.com
MUNGER, TOLLES & OLSON LLP
350 South Grand Avenue 50th Floor
Los Angeles, California 90071
Tel.: 213-683-9100; Fax: 213-687-3702

*Attorneys for Intervenors Cities of Los Angeles, Anaheim, Bell Gardens, Beverly Hills, Carpinteria, Culver City, Huntington Park, Long Beach, Lynwood, Montebello, Monterey Park, Oxnard, Paramount, Pico Rivera, Pomona, Santa Ana, Santa Barbara, Santa Monica, South Gate, and West Hollywood*

NICOLE DAVIS TINKHAM (SBN 229592)
ntinkham@counsel.lacounty.gov
LILIANA CAMPOS (SBN 255753)
lcampos@counsel.lacounty.gov
BRIGIT GREESON ALVAREZ (SBN 237301)
bgreesonalvarez@counsel.lacounty.gov
OFFICE OF THE COUNTY COUNSEL
648 Kenneth Hahn Hall of Admin.,
500 West Temple Street
Los Angeles, California 90012-2713
Tel.: 213-808-8736; Fax: 213-633-1915

*Attorneys for Intervenor County of Los Angeles*

MICHELE BEAL BAGNERIS (SBN 115423)
City Attorney
mbagneris@cityofpasadena.net
ARNOLD F. LEE (SBN 278610)
aflee@cityofpasadena.net
ANDREW AARONIAN (SBN 318245)
aaaronian@cityofpasadena.net
OFFICE OF THE CITY ATTORNEY OF PASADENA
100 N Garfield Ave, Rm N-210
Pasadena, CA 91101
Tel.: 626-744-4141; Fax: 626-744-4190

*Attorneys for Intervenor City of Pasadena*

NORMAN L. EISEN*
Norman@democracydefenders.org
STEPHEN A. JONAS (SBN 542005)
Steve@democracydefenders.org
JOSHUA G. KOLB*
Joshua@democracydefenders.org
DEMOCRACY DEFENDERS FUND
600 Pennsylvania Ave. SE, Suite 15180
Washington, DC 20003
Tel: (202) 594-9958

*Admitted Pro Hac Vice

*Attorneys for Intervenor City of Los Angeles*

DECLARATION OF V. ROMAN LEAL

**DECLARATION OF V. ROMAN LEAL**

**IN SUPPORT OF INTERVENORS' JOINDER IN PLAINTIFFS' MOTION**

**FOR A PRELIMINARY INJUNCTION RE: WARRANTLESS ARRESTS**

I, Victor Roman Leal, hereby declare:

1. I am an associate in the law firm of Munger, Tolles & Olson LLP, counsel for Plaintiffs-Intervenors ("Intervenors") the Cities of Los Angeles, Anaheim, Bell Gardens, Beverly Hills, Carpinteria, Culver City, Huntington Park, Long Beach, Lynwood, Montebello, Monterey Park, Oxnard, Paramount, Pico Rivera, Pomona, Santa Ana, Santa Barbara, South Gate, and West Hollywood in the above-captioned matter. I submit this declaration in support of Intervenors' Joinder in Plaintiffs' Motion for Preliminary Injunction Re: Warrantless Arrests (Dkt. 529). The contents of this declaration are based on my personal knowledge. If called as a witness, I could and would testify competently to the matters set forth in this declaration.

2. On June 17, 2026, I contacted counsel for Defendants in this matter by email to inquire as to their availability to meet and confer regarding Intervenors' Joinder in Plaintiffs' Motion for a Preliminary Injunction Re: Warrantless Arrests. Counsel for Defendants responded the following day, June 18, 2026, that they would not be available to meet until June 22, 2026. Counsel for Defendants stipulated they would not contest that the meet and confer requirement was satisfied for the purpose of Intervenors' motion.

3. On June 22, 2026, I met and conferred with counsel for Defendants regarding Intervenors' Joinder in Plaintiffs' Motion for a Preliminary Injunction Re: Warrantless Arrests. Defendants indicated that they would oppose Intervenors' Joinder on the basis that Intervenors lack standing.

4. Attached hereto as **Exhibit A** is a true and correct copy of a webpage retrieved from the url https://www.mainepublic.org/npr-news/2026-05-07/border-czar-promises-mass-deportations-are-coming-to-fulfill-trumps-promises on June 26, 2026.

5. Attached hereto as **Exhibit B** is a true and correct copy of a PDF document retrieved from the url https://lapdonlinestrgeacc.blob.core.usgovcloudapi.net/lapdonlinemedia/OCOP_Notice_Response-

-4-

DECLARATION OF V. ROMAN LEAL

to-Incidents-Involving-Federal-Immigration-Enforcement-Action-REVISED.pdf on June 26, 2026.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on this 26th day of June, 2026, at San Francisco, California.

/s/ V. Roman Leal
V. Roman Leal

DECLARATION OF V. ROMAN LEAL

# EXHIBIT A



☰ **maine public**
INSPIRING · ENTERTAINING · TRUSTED

**DONATE**

# Border czar promises 'mass deportations are coming' to fulfill Trump's promises

**NPR | By Ximena Bustillo**

Published May 7, 2026 at 5:00 AM EDT





*Brendan Smialowski / AFP Via Getty Images*

White House border czar Tom Homan speaks to the press at the White House in Washington, D.C., on April 14, 2026.

PHOENIX – Top Trump administration officials this week reinforced their plans to execute mass deportations as a key strategy on immigration.

Speaking at the Border Security Expo in Phoenix, Ariz., White House border czar Tom Homan praised the work of Border Patrol agents and Immigration and Customs Enforcement officers over the last year and said the high number of arrests and deportations was expected to continue.

Maine Public
**As It Happens**

6/26/26, 6:34 PM
Case 2:25-cv-05605-MEMF-SP   Document 570-1   Filed 06/26/26   Page 9 of 21   Page
Border czar promises mass deportations are coming to fulfill Trump's promises | Maine Public
ID #:14261

Immigration officers arrested more than half a million undocumented immigrants last year, according to officials speaking at the Expo, and are now making about 1,200 arrests a day; President Trump had campaigned on a promise of a million deportations a year.

"If you think last year's historic number is good, wait till next year and we have 10,000 more agents on the border. You ain't seen s*** yet," Homan said in his opening remarks to kick off the Expo. "This year will be a good year. Mass deportations are coming."

The remarks contrast with Homan's softer messaging on immigration enforcement after two U.S. citizens were killed by Homeland Security officers during an immigration enforcement operation in Minneapolis in January. Lawmakers from both parties called for the end of the crackdown in Minnesota — a drawdown that Homan led — and a change of leadership at the Department of Homeland Security.

Trump earlier this year promised "a little bit of a softer touch" on immigration and replaced Kristi Noem with former Oklahoma Sen. Markwayne Mullin as secretary of homeland security.

Polling at the start of the year showed declining public support for aggressive enforcement tactics against all immigrants who entered the country illegally, with more than half of respondents saying tactics had gone "too far." At the same time, nearly three-quarters of Republicans approved of the job ICE was doing.

Homan's comments this week suggest the administration's focus on Trump's campaign promises continues unabated.

"For the people out there saying President Trump's weak on mass deportation, what the hell are you talking about?" Homan said. "President Trump made a promise to the American people that's going to happen."

He said deportations and arrests would prioritize anyone with a criminal background or seen as a security threat.

Maine Public
**As It Happens**

But "it doesn't mean because you prioritize criminals, everybody else is off the table," he said in Phoenix. "I've said no one's off the table. Why is that? I don't care how long you've been here. If you're here illegally into this country, you cheated."

While Mullin, the new DHS secretary, wasn't at the event, Homan said the secretary shares his views.

Mullin recently said the agency is not losing focus but is being "more quiet" about its approach.

"We're purposefully trying to be a little bit more quiet. I made this very clear when we were moving forward with my nomination that I wanted to get DHS out of the headlines," Mullin told *Newsmax.* He said that just on May 5 this week, the agency arrested over 1,900 people, and last week it deported 2,700 people.

"We haven't missed a beat," he said.

## DOJ focus on denaturalizations

The Border Security Expo is an annual event that brings immigration officials together with private companies vying for federal government contracts, from massive drones and artificial intelligence to tactical gear. This year's conference also drew involvement from other branches of government, including the Justice and Defense departments.

Acting Attorney General Todd Blanche was the first attorney general to ever speak at the Expo. He had a message for attendees: federal law enforcement agencies are united in their mission of arresting and deporting people without legal status.

Blanche emphasized cross-agency collaboration between DOJ and DHS to investigate, arrest and prosecute undocumented immigrants. For his agency, he said denaturalizations and immigration courts were a priority.

"It doesn't matter your badge. We had every federal agency focused on the mission of illegal immigration," Blanche said. "We do not view this as mission accomplished. ...We continue to view illegal immigration and border security as a top priority for the department."

Maine Public
**As It Happens**

On denaturalizations, he said the agency is on track this month to surpass the total number of denaturalization cases from all four years of the Biden administration, which was 64.

Denaturalizations are rare and are meant to strip citizenship from those who may have lied about their criminal convictions or membership in illegal groups on their citizenship applications. The government has to prove its accusations in court.

"We are trying to protect the integrity of the naturalization process," Blanche said.

Homan said he predicts more immigration enforcement in areas, like the state and city of New York, that restrict cooperation with federal law enforcement officials on immigration.

"You will see collateral arrests increase in these areas. You see more agents in your neighborhoods because you forced us in this position," Homan said, speaking to the audience at the Expo.

New York Gov. Kathy Hochul (D) responded to Homan's remarks on Wednesday.

"All I have to say to Tom Homan is, Donald Trump himself said he would not send a surge of ICE agents to the state of NY unless I ask," Hochul said. "I'm not asking."

## Top DHS officials look to spend congressional money fast

Jaclyn Rubino, a DHS official overseeing how the department is spending congressional funding, said the agency by September is on track to obligate — or commit — 75% of the $191 billion it received from congressional Republicans last summer in a package dubbed the One Big Beautiful Bill. She said that the agency is "frontloading" its spending, which was allocated for hiring personnel, increasing detention and office space, new technologies and more.

The funding has supported hiring more people and sharing data across federal agencies, in addition to other priorities.

Rubino noted that specific hiring goals across DHS, which included hiring 10,000 people at ICE and thousands more officers and agents at CBP, will have been met in the coming

Maine Public
As It Happens

year and that every new hire will get any necessary equipment like cars, weapons and technology.

Officials pointed to the decrease in the number of people caught while trying to cross the U.S. border with Mexico as a sign of success.

Officials credited the drop in border crossings to the increase of arrests, detentions and deportations carried out by ICE, which conducts arrests inside the interior of the U.S., while Customs and Border Protection largely focuses on border areas.

"The cross-border flows dropped when ICE started making arrests," said CBP Commissioner Rodney Scott. "ICE's role is critical to border security." He noted that the recruitment pipeline is "full," with 5,000 new border patrol agents being brought on in the coming months.

Acting ICE Director Todd Lyons, who is retiring by the end of the month, said the agency was also hiring quickly, with 2,500 new attorneys to prosecute cases in immigration court, 11,000 deportation officers and 3,500 special agents.

Rubino noted that while hiring for law enforcement positions has been swift, other supporting roles have been tougher to recruit — especially with recent government shutdowns that have resulted in missed paychecks across the department.

Congress last week finally ended the longest agency shutdown in U.S. history, agreeing to fund most parts of DHS — but excluding some immigration enforcement functions. Republicans are separately looking at a partisan process known as reconciliation to fund all of DHS, including ICE and CBP, for the remainder of Trump's term without any Democratic support.

"The mission support personnel are critical," Rubino said, in reference to recruiters and technologists that are needed to recruit, hire, and onboard. "We've had some bumps in the past year of some of our ability to hire … Not sure it's the most attractive place to go when you don't have a paycheck for a very long time."

Copyright 2026 NPR

NPR News
Maine Public
As It Happens





# Ximena Bustillo

Ximena Bustillo is a multi-platform reporter at NPR covering politics out of the White House and Congress on air and in print.

Case 2:25-cv-05605-MEME-SP Document 570-1 Filed 06/26/26 Page 14 of 21 Page ID #:14266



Maine Public
**As It Happens**

Stay Connected

Bangor Studio/Membership Department
63 Texas Ave.
Bangor, ME 04401

Lewiston Studio
1450 Lisbon St.
Lewiston, ME 04240

Portland Studio
323 Marginal Way
Portland, ME 04101

Registered 501(c)(3) EIN: 22-3171529
© 2026 Maine Public

ABOUT US

Mission
Contact Maine Public
On-Air Staff
Leadership Team
Careers
Strategic Plan
Board of Trustees
Community Advisory Board
Jim Dowe Internship
Public Safety
Award-Winning Work
Get to know Maine Public
POLICIES & REPORTS

Privacy Statement
SMS / Text Messaging Terms of Service
Contest Rules
Financial Reports
CPB Reports
Community Representation Statement
Hiring Policies
Code of Ethics
Social Media Guidelines
On-air Guidelines
FCC Public Files
FCC Applications

Maine Public
As It Happens

Donate
Ways to Support Maine Public
Newsletter Sign Up
Member Benefits: Maine PBS Passport and More!
Maine Public's Corporate Circle
Donate a Vehicle
Donor FAQ
Maine Public Store
Add Maine Public as a preferred source on Google



Maine Public
**As It Happens**

# EXHIBIT B

## OFFICE OF THE CHIEF OF POLICE

**N O T I C E**                                                                                              **March 3, 2026**
1.14

TO:              All Department Personnel

FROM:            Chief of Police

SUBJECT:         RESPONSE TO INCIDENTS INVOLVING FEDERAL
                 IMMIGRATION ENFORCEMENT ACTIONS – REVISED

The purpose of this Notice is to provide updated guidance to Department personnel when responding to incidents involving federal immigration enforcement actions or enforcement activity conducted by individuals claiming to be law enforcement officers.

This revision incorporates the *guidelines for all City law enforcement agencies contained within Mayor Karen Bass's Executive Directive No. 17, Protecting Angelenos from Ongoing Dangerous Federal Immigration Operations.*

*As with prior iterations of this Notice,* the objective remains to maintain the peace, ensure the safety of the community, and provide communication that reinforces public trust and transparency.

**Background**

*On February 10, 2026, Mayor Karen Bass issued Executive Directive No. 17, Protecting Angelenos from Ongoing Dangerous Federal Immigration Operations. The Directive provided specific guidance to City departments as to how to address the ongoing federal immigration enforcement activities taking place around the city. To align with the Directive's guidelines, the Department has revised its procedures to reaffirm the duty to render aid; clarify supervisor, watch commander, and Area commanding officer responsibilities; and, establish reporting responsibilities for the Department Immigrant Affairs Liaison (DIAL).*

**Officer's Responsibilities**

When responding to radio calls involving potential federal enforcement actions, officers shall:

- Immediately request a supervisor to respond for "possible federal enforcement action" if one has not already been dispatched;
- When encountering individuals engaged in enforcement actions who **are not displaying visible identification showing their agency and either a name or badge number,** officers shall request that any individual claiming to be a law enforcement officer present identification and shall ensure the interaction is captured on body-worn video.

All Department Personnel
Page 2
1.14

> **Note:** If the individuals are uncooperative, officers shall, from a safe distance, document all available information, including the number of personnel, descriptions of individuals, any visible agency markings, and vehicle descriptions and license plates. The officer shall immediately notify and relay this information to their responding supervisor.

- Once it is determined that the incident is a federal enforcement action, the role of Department personnel on scene is strictly limited to the following core functions:

  - **Maintaining Public and Officer Safety**: This remains the primary objective. Officers shall continue to ensure tactical separation *and take only those actions necessary to safeguard lives and property*. This may include maintaining a safe perimeter or directing traffic to ensure public safety.

  - **De-escalating Tensions**: Officers should act to maintain the peace by using Department-approved tactics and techniques to de-escalate potential conflicts with members of the public.

  - **Communicating with the Community**: Officers should provide clear communication to bystanders, reassuring them of the Department's neutral role and explaining that officers are present only to ensure public safety, not to assist with the civil immigration enforcement action.

- Take appropriate crime report(s), if necessary. *All immigration-related* reports must document the community member's statement and all officer observations. *This obligation to initiate a report includes sworn personnel assigned to the front desk or acting in any investigative capacity*.

  > **Note:** *Officers shall take a report for any crime they determine is applicable (e.g. Kidnapping, False Imprisonment, Impersonating a Peace Officer, etc.) based on community members' statements when individuals claiming to be law enforcement officers are no longer at the scene and there is no opportunity to verify their identification.*

- When encountering individuals identifying themselves as bail bond recovery or bail enforcement agents who appear to be engaged in immigration enforcement activity, officers shall verify their credentials and determine whether they possess a valid judicial warrant or court order authorizing such action. If no such identification or authorization exists, officers shall notify a supervisor and take appropriate enforcement or investigative action;

  > **Note:** Verification is required only when bail bond or bail enforcement agents are observed or reported to be conducting immigration enforcement activity. Bail recovery actions unrelated to immigration are not subject to this requirement.

All Department Personnel
Page 3
1.14

- *When made aware that a member of the public has sustained an injury at the scene of any immigration enforcement action, officers shall request emergency medical assistance. Officers shall also render aid, when practicable.*
- Ensure that all obtained information is included in the call disposition summary and associated reports;
- Title all videos on Evidence.com as "Federal Enforcement Action;" and,
- Tag all videos on Evidence.com with the appropriate incident number.

## Supervisor's Responsibilities

To ensure proper oversight and adherence to Department and City directives involving federal immigration enforcement actions, supervisors shall:

- Respond to radio calls for service, including kidnapping and possible kidnapping, to which they are dispatched pursuant to this policy;
- Attempt to verify the credentials of the on-scene supervisor or agent-in-charge and **ensure that officers request identification**. Supervisors shall confirm that all verification attempts and responses are captured on body-worn video;
- Ensure officers adhere to Department policies regarding federal immigration enforcement actions while maintaining public safety;
- *Ensure all applicable crime reports are taken and submitted to the watch commander for approval;*
- Document all obtained information in the *Sergeant's Daily Report*, Form 15.48.00; and,
- Notify the Area watch commander of the incident and provide all relevant information.

## Watch Commander's Responsibilities

Upon receiving notification of a federal law enforcement action, watch commanders shall document the activity and all pertinent information in their *Watch Commander's Daily Report*, Form 15.80.00, and notify the Area commanding officer. *Watch commanders shall also review all related crime reports and ensure the related video evidence is appropriately tagged.*

## Area Commanding Officer's Responsibilities

Area commanding officers shall ensure Area personnel adhere to the Department's policies and procedures on federal immigration enforcement actions. Upon receiving notification of an Area's response to federal immigration enforcement actions, commanding officers shall notify the bureau commanding officer *and the Department Immigration Affairs Liaison (DIAL). Area commanding officers shall also ensure that all submitted reports pertaining to immigration enforcement are referred to the appropriate entity for criminal filing consideration.*

All Department Personnel
Page 4
1.14

### *Department Immigration Affairs Liaison Responsibilities*

*The DIAL shall be responsible for providing a public report to the Board of Police Commissioners no less than monthly, and more frequently as based on the level of immigration enforcement activity.  The report shall contain, to the extent allowed by law, aggregated data regarding incidents in which Department officers have documented or received reports of suspected unlawful conduct by immigration enforcement agents.*

*The Office of the Mayor shall be provided the same report no less than monthly, and more frequently as based on the level of immigration enforcement activity.*

### Communications Division Responsibilities

Communications Division personnel shall:

- Dispatch a field supervisor to any radio call that includes indicators suggesting possible federal enforcement action; and,
- Dispatch a field supervisor to all kidnapping-related radio calls.

### Additional References

In addition to the above-mentioned procedures, personnel should be guided by:

- *Department Manual Section 3/603.50, Facial Coverings, established by Special Order No. 1, dated January 27, 2026;*
- Department Manual Section 4/264.50, *Enforcement of United States Immigration Laws*, revised by Special Order No. 1, dated March 4, 2025;
- Department Manual Section 4/264.60, *Department Immigration Affairs Liaison*, revised by Special Order No. 1, dated March 4, 2025;
- *Community Policing and Immigration: A Guide to LAPD's Policies — Frequently Asked Questions*, revised by Administrative Order No. 9, dated June 27, 2025;
- Los Angeles Police Department, Training Bulletin, Volume LIV, Issue 2, *Crowd Management, Intervention, and Control — Part I, Guidelines and Objectives*, dated May 2025; and,
- Los Angeles Police Department, *Training Bulletin, Volume LIV, Issue 3, Crowd Management, Intervention, and Control — Part II, Media*, dated May 2025.

If you have questions regarding this matter, please contact *the Constitutional Policing and Policy Bureau, at (213) 486-8730.*

JIM McDONNELL
Chief of Police

DISTRIBUTION "D"