HYDEE FELDSTEIN SOTO
(SBN 106866)
City Attorney
hydee.feldsteinsoto@lacity.org
VALERIE L. FLORES (SBN 138572)
valerie.flores@lacity.org
MICHAEL J. DUNDAS (SBN 226930)
mike.dundas@lacity.org
MARIA LOUISE COUSINEAU
(SBN 122280)
maria.cousineau@lacity.org
RANDALL G. SOMMER
(SBN 214099)
randall.sommer@lacity.org
SHUBHRA SHIVPURI (SBN 295534)
shubhra.shivpuri@lacity.org
OFFICE OF THE LOS ANGELES
CITY ATTORNEY
City Hall 200 North Spring Street
21st Floor
Los Angeles, CA 90012-4130
Tel.: 213-922-8382; Fax: 213-978-7957

*Attorneys for Intervenor
City of Los Angeles*

E. MARTIN ESTRADA
(SBN 223802)
martin.estrada@mto.com
DANIEL B. LEVIN (SBN 226044)
daniel.levin@mto.com
JOHN L. SCHWAB (SBN 301386)
john.schwab@mto.com
V. GRACE DAVIS (SBN 336732)
grace.davisfisher@mto.com
V. ROMAN LEAL (SBN 348892)
roman.leal@mto.com
WENDY QIUYU XIAO (SBN 342702)
wendy.xiao@mto.com
MUNGER, TOLLES & OLSON LLP
350 South Grand Avenue
50th Floor
Los Angeles, California 90071
Tel.: 213-683-9100; Fax: 213-687-3702

*Attorneys for Intervenors Cities of Los
Angeles, Anaheim, Bell Gardens, Beverly
Hills, Carpinteria, Culver City,
Huntington Park, Long Beach, Lynwood,
Montebello, Monterey Park, Oxnard,
Paramount, Pico Rivera, Pomona, Santa
Ana, Santa Barbara, Santa Monica,
South Gate, and West Hollywood*

NICOLE DAVIS TINKHAM (SBN
229592)
ntinkham@counsel.lacounty.gov
LILIANA CAMPOS (SBN 255753)
lcampos@counsel.lacounty.gov
BRIGIT GREESON ALVAREZ (SBN
237301)
bgreesonalvarez@counsel.lacounty.gov
OFFICE OF THE COUNTY COUNSEL
648 Kenneth Hahn Hall of Admin.,
500 West Temple Street
Los Angeles, California 90012-2713
Tel.: 213-808-8736; Fax: 213-633-1915

*Attorneys for Intervenor County of Los
Angeles*

MICHELE BEAL BAGNERIS (SBN
115423)
City Attorney
mbagneris@cityofpasadena.net
ARNOLD F. LEE (SBN 278610)
aflee@cityofpasadena.net
ANDREW AARONIAN (SBN 318245)
aaaronian@cityofpasadena.net
OFFICE OF THE CITY ATTORNEY
OF PASADENA
100 N Garfield Ave, Rm N-210
Pasadena, CA 91101
Tel.: 626-744-4141; Fax: 626-744-4190

*Attorneys for Intervenor City of Pasadena*

NORMAN L. EISEN*
Norman@democracydefenders.org
STEPHEN A. JONAS (SBN 542005)
Steve@democracydefenders.org
JOSHUA G. KOLB*
Joshua@democracydefenders.org
DEMOCRACY DEFENDERS FUND
600 Pennsylvania Ave. SE, Suite 15180
Washington, DC 20003
Tel: (202) 594-9958

*Admitted *Pro Hac Vice*

*Attorneys for Intervenor City of Los
Angeles*

DECLARATION OF MATTHEW CRAWFORD

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

Pedro VASQUEZ PERDOMO; Carlos Alexander OSORTO; and Isaac VILLEGAS MOLINA; Jorge HERNANDEZ VIRAMONTES; Jason Brian GAVIDIA; LOS ANGELES WORKER CENTER NETWORK; UNITED FARM WORKERS; COALITION FOR HUMANE IMMIGRANT RIGHTS; IMMIGRANT DEFENDERS LAW CENTER,

*Plaintiffs*,

v.

Markwayne MULLIN, in his official capacity as Secretary, Department of Homeland Security; Todd M. LYONS, in his official capacity as Acting Director, U.S. Immigration and Customs Enforcement; Rodney S. SCOTT, in his official capacity as Commissioner, U.S. Customs and Border Patrol; Michael W. BANKS, in his official capacity as Chief of U.S. Border Patrol; Kash PATEL, in his official capacity as Director, Federal Bureau of Investigation; Pam BONDI, in her official capacity as U.S. Attorney General; Jaime RIOS, in his official capacity as Acting Field Office Director for Los Angeles, U.S. Immigration and Customs Enforcement; Dean T. SORENSON, Special Agent in Charge for Los Angeles, Homeland Security Investigations, U.S. Immigration and Customs Enforcement; Gregory K. BOVINO, in his official capacity as Chief Patrol Agent for El Centro Sector of the U.S. Border Patrol; Justin DE LA TORRE, in his official capacity as Acting Chief Patrol Agent, San Diego Sector of the U.S. Border Patrol; Akil DAVIS, in his official capacity as Assistant Director in Charge, Los Angeles Office, Federal Bureau of Investigation; Bilal A. ESSAYLI, in his official capacity as U.S. Attorney for the Central District of California.

*Defendants*,

Case No.: 2:25-cv-05605-MEMF-SP

**DECLARATION OF MATTHEW CRAWFORD**

-2-

DECLARATION OF MATTHEW CRAWFORD

## DECLARATION OF MATTHEW CRAWFORD

I, MATTHEW CRAWFORD, hereby declare:

1. I am over eighteen years of age. I have personal knowledge of the facts contained in this declaration and am otherwise competent to testify to the matters in this declaration.

2. I am an Assistant Director of Finance in the City of Los Angeles Office of Finance ("Office of Finance") and have been in this position since March 2022. Prior to this role I was the Director of Financial Reporting for six years. Before that I was the Director of Budget for the Mayor. In total, I have worked in finance, budget, and administrative functions for the City of Los Angeles ("City") for 25 years.

3. The Office of Finance oversees tax collection for the City as well as serves as the City's Treasurer. My role on the executive team is to oversee audit, enforcement, collections, and revenue management. Until December 2024, I also oversaw the Office's customer support functions.

4. The Office of Finance is responsible for administering all of the taxes imposed by the City under Chapter II of the Los Angeles Municipal Code. Such taxes include, but are not limited to, the Business Tax, Electricity Users Tax, Gas User Tax, Communications Users Tax, Transient Occupancy Tax, and Parking Occupancy Tax. The City also imposes Sales Tax, Real Property Transfer Tax, and certain taxes on Real Property. These taxes are administered and or collected by the State and County governments and remitted to the City. Sales Tax collected by the State are remitted to the City on an estimated monthly basis, but three months in arrears. Reconciliation of the estimates with actual collections occur on a quarterly basis and included the monthly remittance of such quarter.

5. Business tax is generally collected on an annual basis and based on the taxpayer's prior year gross receipts. The tax is self-reported by the taxpayer and validated via periodic compliance audits.

-3-

DECLARATION OF MATTHEW CRAWFORD

6.      The users and occupancy taxes are collected from the users or customers by the operators (businesses) who then remit these taxes to the City on a monthly basis.  In imposing the Transient Occupancy Tax ("TOT"), the City assesses, for the privilege of occupying a space for less than 30 days, a 14 percent tax of the total rent paid.

7.      In May, June, and July of 2024, the estimated TOT collected by the City was as follows:

|  | May-24 | June-24 | July-24 |
|---|---|---|---|
| TOT   $ | 26,361,310 | $    30,409,198 | $    29,465,228 |

8.      In May, June, and July of 2025, the estimated TOT collected by the City was as follows:



|  | May-25 | June-25 | July-25 |
|---|---|---|---|
| TOT   $ | 27,224,033 | $    29,025,931 | $    28,361,267 |

9.      Based on the above 2025 figures, the City experienced an approximate 3.27% increase in TOT in May of 2025 as compared to May of 2024. However, the City realized decreases in TOT collections in both June and July of 2025, as compared with the same time last year. Specifically, the City collected approximately 4.55% less TOT in June 2025 as compared with June 2024, and collected approximately 3.75% less TOT in July 2025 as compared with July 2024. In the aggregate, the City realized an approximate 1.88% reduction of TOT collections from May 2025 through July 2025, compared to the same period last year.

10.     While the Office of Finance may see a decrease in Business Tax and Sales Tax collection during this same period, due to the structure and timing of

-4-

DECLARATION OF MATTHEW CRAWFORD

those taxes, the City is unable to make this determination at the time of the preparation of this declaration. As noted earlier, Sales Tax is remitted to the City roughly three months in arrears,. Similarly, because the City's Business Tax is due each year on the last day of February, the Office of Finance does not know a business's gross receipts for the previous year until a business submits their filing.

11.     I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on this 13th day of August, 2025, at Los Angeles, California.

Matthew Crawford

-5-

DECLARATION OF MATTHEW CRAWFORD