HYDEE FELDSTEIN SOTO
(SBN 106866)
City Attorney
hydee.feldsteinsoto@lacity.org
VALERIE L. FLORES (SBN 138572)
valerie.flores@lacity.org
MICHAEL J. DUNDAS (SBN 226930)
mike.dundas@lacity.org
MARIA LOUISE COUSINEAU
(SBN 122280)
maria.cousineau@lacity.org
RANDALL G. SOMMER
(SBN 214099)
randall.sommer@lacity.org
SHUBHRA SHIVPURI (SBN 295534)
shubhra.shivpuri@lacity.org
OFFICE OF THE LOS ANGELES
CITY ATTORNEY
City Hall 200 North Spring Street
21st Floor
Los Angeles, CA 90012-4130
Tel.: 213-922-8382; Fax: 213-978-7957

*Attorneys for Intervenor
City of Los Angeles*

E. MARTIN ESTRADA
(SBN 223802)
martin.estrada@mto.com
DANIEL B. LEVIN (SBN 226044)
daniel.levin@mto.com
JOHN L. SCHWAB (SBN 301386)
john.schwab@mto.com
V. GRACE DAVIS (SBN 336732)
grace.davisfisher@mto.com
V. ROMAN LEAL (SBN 348892)
roman.leal@mto.com
WENDY QIUYU XIAO (SBN 342702)
wendy.xiao@mto.com
MUNGER, TOLLES & OLSON LLP
350 South Grand Avenue
50th Floor
Los Angeles, California 90071
Tel.: 213-683-9100; Fax: 213-687-3702

*Attorneys for Intervenors Cities of Los
Angeles, Anaheim, Bell Gardens,
Beverly Hills, Carpinteria, Culver City,
Huntington Park, Long Beach,
Lynwood, Montebello, Monterey Park,
Oxnard, Paramount, Pico Rivera,
Pomona, Santa Ana, Santa Barbara,
Santa Monica, South Gate, and West
Hollywood*

NICOLE DAVIS TINKHAM (SBN
229592)
ntinkham@counsel.lacounty.gov
LILIANA CAMPOS (SBN 255753)
lcampos@counsel.lacounty.gov
BRIGIT GREESON ALVAREZ (SBN
237301)
bgreesonalvarez@counsel.lacounty.gov
OFFICE OF THE COUNTY COUNSEL
648 Kenneth Hahn Hall of Admin.,
500 West Temple Street
Los Angeles, California 90012-2713
Tel.: 213-808-8736; Fax: 213-633-1915

*Attorneys for Intervenor County of Los
Angeles*

MICHELE BEAL BAGNERIS (SBN
115423)
City Attorney
mbagneris@cityofpasadena.net
ARNOLD F. LEE (SBN 278610)
aflee@cityofpasadena.net
ANDREW AARONIAN (SBN 318245)
aaaronian@cityofpasadena.net
OFFICE OF THE CITY ATTORNEY
OF PASADENA
100 N Garfield Ave, Rm N-210
Pasadena, CA 91101
Tel.: 626-744-4141; Fax: 626-744-4190

*Attorneys for Intervenor City of Pasadena*

NORMAN L. EISEN*
Norman@democracydefenders.org
STEPHEN A. JONAS (SBN 542005)
Steve@democracydefenders.org
JOSHUA G. KOLB*
Joshua@democracydefenders.org
DEMOCRACY DEFENDERS FUND
600 Pennsylvania Ave. SE, Suite 15180
Washington, DC 20003
Tel: (202) 594-9958

*Admitted *Pro Hac Vice*
*Attorneys for Intervenor City of Los
Angeles*

DECLARATION OF GERMAN HURTADO

**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| Pedro VASQUEZ PERDOMO; Carlos Alexander OSORTO; and Isaac VILLEGAS MOLINA; Jorge HERNANDEZ VIRAMONTES; Jason Brian GAVIDIA; LOS ANGELES WORKER CENTER NETWORK; UNITED FARM WORKERS; COALITION FOR HUMANE IMMIGRANT RIGHTS; IMMIGRANT DEFENDERS LAW CENTER, | Case No.: 2:25-cv-05605-MEMF-SP  **DECLARATION OF GERMAN HURTADO** |

*Plaintiffs*,

v.

Markwayne MULLIN, in his official capacity as Secretary, Department of Homeland Security; Todd M. LYONS, in his official capacity as Acting Director, U.S. Immigration and Customs Enforcement; Rodney S. SCOTT, in his official capacity as Commissioner, U.S. Customs and Border Patrol; Michael W. BANKS, in his official capacity as Chief of U.S. Border Patrol; Kash PATEL, in his official capacity as Director, Federal Bureau of Investigation; Pam BONDI, in her official capacity as U.S. Attorney General; Jaime RIOS, in his official capacity as Acting Field Office Director for Los Angeles, U.S. Immigration and Customs Enforcement; Dean T. SORENSON, Special Agent in Charge for Los Angeles, Homeland Security Investigations, U.S. Immigration and Customs Enforcement; Gregory K. BOVINO, in his official capacity as Chief Patrol Agent for El Centro Sector of the U.S. Border Patrol; Justin DE LA TORRE, in his official capacity as Acting Chief Patrol Agent, San Diego Sector of the U.S. Border Patrol; Akil DAVIS, in his official capacity as Assistant Director in Charge, Los Angeles Office, Federal Bureau of Investigation; Bilal A. ESSAYLI, in his official capacity as U.S. Attorney for the Central District of California,

*Defendants*.

-2-
DECLARATION OF GERMAN HURTADO

## <u>DECLARATION OF GERMAN HURTADO</u>

I, German Hurtado, hereby declare:

1.      I am over the age of 18 years and a U.S. citizen.  I have personal knowledge of all facts stated except for those facts specifically stated to be based on information and belief.  If called as a witness, I could and would testify competently to the matters set forth below.

2.      I have been employed with the Los Angeles Police Department ("LAPD" or "Department") since July 6, 1998.  I am the Commanding Officer of the Central Bureau and hold the rank of Deputy Chief.  I also serve as the Department Immigration Affairs Liaison ("DIAL").  In my capacity as the DIAL, I am responsible for the oversight of LAPD's practices and policies regarding criminal immigration enforcement, joint operations and task forces with federal law enforcement agencies such as U.S. Immigration and Customs Enforcement ("ICE"), the transfer of arrestees to other agencies, and the sharing of criminal investigative and custodial information with other entities and the public.  I am also familiar with local, state, and federal law involving the detention, arrest, transfer, and sharing of information with other law enforcement entities.  The Department also reports to the Board of Police Commissioners annually on the status of our practices and polices related to immigration enforcement.

3.      Since June 6, 2025, numerous calls have been routed to LAPD from individuals reporting suspected kidnappings or other potential criminal activity. Callers report observing unidentified and/or armed or masked individuals, arriving at a location in unmarked vehicles, sometimes with out of state license plates, and seizing and dragging people into the vehicles.  These incidents most often turn out to be federal immigration enforcement activity, but the department has received at least one recent call about masked persons impersonating federal agents as well. Specifically, in April 2026, a male suspect allegedly kidnapped an individual after

informing the individual that he was an ICE agent while displaying a badge.  LAPD personnel took a report of the incident and continue to investigate the matter.

4. LAPD has been required to expend significant resources in response to the ongoing federal immigration operations, including dispatching officers, squad cars, field supervisors, and police helicopters to the reported locations. After arriving at a subject location, LAPD officers ascertain that the reported activity concerned federal immigration enforcement.

5. On information and belief, since June 6, 2025, the Department has deployed more than 10,000 personnel (counted in days of deployment, not individual officers) and spent more than $27 million in total cost in response to calls due to civil immigration enforcement by federal agents, responsive protests by members of the public, and other related public safety actions.

6. The federal government's civil immigration enforcement operations are still occurring in 2026, with reports coming in recent months and weeks.  On information and belief, agents from ICE and Customs and Border Patrol have been conducting these operations, which have resulted in arrests of both targeted and collateral individuals.

7. On June 27, 2025, the Chief of Police issued a notice to all sworn personnel to provide guidance to officers when responding to reports of these incidents, such as alleged kidnapping, which may ultimately be identified as federal immigration enforcement operations.  LAPD's guiding principles in these circumstances are to maintain the peace, ensure the safety of all parties, and provide clear communication to reduce community confusion and fear.

8. The Chief of Police issued a revision to the June 27, 2025 notice on March 3, 2026 ("March 3 Notice"), attached herein as Exhibit A.  The March 3 Notice, which was issued to all sworn personnel, incorporated guidance from City Executive Directive No. 17, which provided specific guidance to City departments, including LAPD, as to how to address the ongoing federal immigration enforcement

operations taking place around the City.  To align with the Executive Directive's guidance and to better respond to continuing calls for service related to the ongoing federal immigration enforcement operations, the Chief of Police revised procedures to reaffirm the duty to render aid; clarify supervisor, watch commander, and area commanding officer responsibilities; and, establish reporting responsibilities for the DIAL.

9.     As noted above, the Department has continued to receive calls for service in 2026.  For example, on January 12, 2026, a women called to report a kidnapping, saying two men in police vests and green fatigues took her father and another taco vendor right off the street.  Further investigation by the Department determined that this was ICE activity.  That same day another member of the public reported seeing two men in masks and green fatigues "dragging" a gardener into a vehicle and driving off.  Officers from LAPD took a kidnapping report, but later determined that this incident involved federal immigration agents.

10.     While the Department did not record having received any such calls in February or March, the reported incidents picked up again in April and May, which is the most recent reporting period for the department.  Due to recent federal immigration enforcement operations, the Department implemented a new disposition code, on April 27, 2026, for use with the computer aided dispatch software installed in patrol vehicles.  As of that date, sworn personnel are to input the disposition code upon encountering incidents involving federal immigration enforcement.

11.     Despite the Department's efforts, the relationships that LAPD has built with Angeleno communities, including immigrant communities, have been and continue to be harmed by the ongoing civil immigration enforcement actions occurring in Los Angeles.  LAPD officers have been confused for federal agents, and accused by Angelenos of aiding immigration agents.  Multiple community-

DECLARATION OF GERMAN HURTADO

based and labor organizations here in Los Angeles have claimed that LAPD's actions have "generated distrust," "fear," and "confusion within the community."

12. The recent civil immigration enforcement actions by the federal government interfere with the Department's ability to protect and to obtain cooperation from its immigrant communities. On information and belief, for example, victims of crimes have reported being afraid to come to court or otherwise cooperate with law enforcement due to concerns about federal immigration enforcement. Similarly, victims of crimes have been hesitant to speak to LAPD investigators working to solve local crimes due to fears that LAPD investigators may actually be federal agents.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on this 25th day of June, 2026, at Los Angeles, California.

/s/ _____
German Hurtado

DECLARATION OF GERMAN HURTADO

# EXHIBIT A

## OFFICE OF THE CHIEF OF POLICE

**N O T I C E**                                                                       **March 3, 2026**
1.14


**TO:**                    All Department Personnel


**FROM:**                  Chief of Police


**SUBJECT:**               RESPONSE TO INCIDENTS INVOLVING FEDERAL
                           IMMIGRATION ENFORCEMENT ACTIONS – REVISED


The purpose of this Notice is to provide updated guidance to Department personnel when responding to incidents involving federal immigration enforcement actions or enforcement activity conducted by individuals claiming to be law enforcement officers.

This revision incorporates the *guidelines for all City law enforcement agencies contained within Mayor Karen Bass's Executive Directive No. 17, Protecting Angelenos from Ongoing Dangerous Federal Immigration Operations.*

*As with prior iterations of this Notice,* the objective remains to maintain the peace, ensure the safety of the community, and provide communication that reinforces public trust and transparency.

### Background

*On February 10, 2026, Mayor Karen Bass issued Executive Directive No. 17, Protecting Angelenos from Ongoing Dangerous Federal Immigration Operations. The Directive provided specific guidance to City departments as to how to address the ongoing federal immigration enforcement activities taking place around the city. To align with the Directive's guidelines, the Department has revised its procedures to reaffirm the duty to render aid; clarify supervisor, watch commander, and Area commanding officer responsibilities; and, establish reporting responsibilities for the Department Immigrant Affairs Liaison (DIAL).*

### Officer's Responsibilities

When responding to radio calls involving potential federal enforcement actions, officers shall:

- Immediately request a supervisor to respond for "possible federal enforcement action" if one has not already been dispatched;
- When encountering individuals engaged in enforcement actions who **are not displaying visible identification showing their agency and either a name or badge number**, officers shall request that any individual claiming to be a law enforcement officer present identification and shall ensure the interaction is captured on body-worn video.

All Department Personnel
Page 2
1.14

> **Note:** If the individuals are uncooperative, officers shall, from a safe distance, document all available information, including the number of personnel, descriptions of individuals, any visible agency markings, and vehicle descriptions and license plates. The officer shall immediately notify and relay this information to their responding supervisor.

- Once it is determined that the incident is a federal enforcement action, the role of Department personnel on scene is strictly limited to the following core functions:

  o **Maintaining Public and Officer Safety**: This remains the primary objective. Officers shall continue to ensure tactical separation *and take only those actions necessary to safeguard lives and property*. This may include maintaining a safe perimeter or directing traffic to ensure public safety.

  o **De-escalating Tensions**: Officers should act to maintain the peace by using Department-approved tactics and techniques to de-escalate potential conflicts with members of the public.

  o **Communicating with the Community**: Officers should provide clear communication to bystanders, reassuring them of the Department's neutral role and explaining that officers are present only to ensure public safety, not to assist with the civil immigration enforcement action.

- Take appropriate crime report(s), if necessary. *All immigration-related* reports must document the community member's statement and all officer observations. ***This obligation to initiate a report includes sworn personnel assigned to the front desk or acting in any investigative capacity***.

  > **Note:** *Officers shall take a report for any crime they determine is applicable (e.g. Kidnapping, False Imprisonment, Impersonating a Peace Officer, etc.) based on community members' statements when individuals claiming to be law enforcement officers are no longer at the scene and there is no opportunity to verify their identification.*

- When encountering individuals identifying themselves as bail bond recovery or bail enforcement agents who appear to be engaged in immigration enforcement activity, officers shall verify their credentials and determine whether they possess a valid judicial warrant or court order authorizing such action. If no such identification or authorization exists, officers shall notify a supervisor and take appropriate enforcement or investigative action;

  > **Note:** Verification is required only when bail bond or bail enforcement agents are observed or reported to be conducting immigration enforcement activity. Bail recovery actions unrelated to immigration are not subject to this requirement.

All Department Personnel
Page 3
1.14

- *When made aware that a member of the public has sustained an injury at the scene of any immigration enforcement action, officers shall request emergency medical assistance. Officers shall also render aid, when practicable.*
- Ensure that all obtained information is included in the call disposition summary and associated reports;
- Title all videos on Evidence.com as "Federal Enforcement Action;" and,
- Tag all videos on Evidence.com with the appropriate incident number.

**Supervisor's Responsibilities**

To ensure proper oversight and adherence to Department and City directives involving federal immigration enforcement actions, supervisors shall:

- Respond to radio calls for service, including kidnapping and possible kidnapping, to which they are dispatched pursuant to this policy;
- Attempt to verify the credentials of the on-scene supervisor or agent-in-charge and **ensure that officers request identification**. Supervisors shall confirm that all verification attempts and responses are captured on body-worn video;
- Ensure officers adhere to Department policies regarding federal immigration enforcement actions while maintaining public safety;
- *Ensure all applicable crime reports are taken and submitted to the watch commander for approval;*
- Document all obtained information in the *Sergeant's Daily Report*, Form 15.48.00; and,
- Notify the Area watch commander of the incident and provide all relevant information.

**Watch Commander's Responsibilities**

Upon receiving notification of a federal law enforcement action, watch commanders shall document the activity and all pertinent information in their *Watch Commander's Daily Report*, Form 15.80.00, and notify the Area commanding officer. *Watch commanders shall also review all related crime reports and ensure the related video evidence is appropriately tagged.*

**Area Commanding Officer's Responsibilities**

Area commanding officers shall ensure Area personnel adhere to the Department's policies and procedures on federal immigration enforcement actions. Upon receiving notification of an Area's response to federal immigration enforcement actions, commanding officers shall notify the bureau commanding officer *and the Department Immigration Affairs Liaison (DIAL). Area commanding officers shall also ensure that all submitted reports pertaining to immigration enforcement are referred to the appropriate entity for criminal filing consideration.*

All Department Personnel
Page 4
1.14

### *Department Immigration Affairs Liaison Responsibilities*

*The DIAL shall be responsible for providing a public report to the Board of Police Commissioners no less than monthly, and more frequently as based on the level of immigration enforcement activity.    The report shall contain, to the extent allowed by law, aggregated data regarding incidents in which Department officers have documented or received reports of suspected unlawful conduct by immigration enforcement agents.*

*The Office of the Mayor shall be provided the same report no less than monthly, and more frequently as based on the level of immigration enforcement activity.*

### Communications Division Responsibilities

Communications Division personnel shall:

- Dispatch a field supervisor to any radio call that includes indicators suggesting possible federal enforcement action; and,
- Dispatch a field supervisor to all kidnapping-related radio calls.

### Additional References

In addition to the above-mentioned procedures, personnel should be guided by:

- *Department Manual Section 3/603.50, Facial Coverings, established by Special Order No. 1, dated January 27, 2026;*
- Department Manual Section 4/264.50, *Enforcement of United States Immigration Laws*, revised by Special Order No. 1, dated March 4, 2025;
- Department Manual Section 4/264.60, *Department Immigration Affairs Liaison*, revised by Special Order No. 1, dated March 4, 2025;
- *Community Policing and Immigration: A Guide to LAPD's Policies — Frequently Asked Questions*, revised by Administrative Order No. 9, dated June 27, 2025;
- Los Angeles Police Department, Training Bulletin, Volume LIV, Issue 2, *Crowd Management, Intervention, and Control — Part I, Guidelines and Objectives*, dated May 2025; and,
- Los Angeles Police Department, *Training Bulletin, Volume LIV, Issue 3, Crowd Management, Intervention, and Control — Part II, Media*, dated May 2025.

If you have questions regarding this matter, please contact *the Constitutional Policing and Policy Bureau, at (213) 486-8730.*

JIM McDONNELL
Chief of Police

DISTRIBUTION "D"