HYDEE FELDSTEIN SOTO (SBN 106866)
City Attorney
hydee.feldsteinsoto@lacity.org
VALERIE L. FLORES (SBN 138572)
valerie.flores@lacity.org
MICHAEL J. DUNDAS (SBN 226930)
mike.dundas@lacity.org
MARIA LOUISE COUSINEAU (SBN 122280)
maria.cousineau@lacity.org
RANDALL G. SOMMER (SBN 214099)
randall.sommer@lacity.org
SHUBHRA SHIVPURI (SBN 295534)
shubhra.shivpuri@lacity.org
OFFICE OF THE LOS ANGELES CITY ATTORNEY
City Hall 200 North Spring Street 21st Floor
Los Angeles, CA 90012-4130
Tel.: 213-922-8382; Fax: 213-978-7957

*Attorneys for Intervenor City of Los Angeles*

E. MARTIN ESTRADA (SBN 223802)
martin.estrada@mto.com
DANIEL B. LEVIN (SBN 226044)
daniel.levin@mto.com
JOHN L. SCHWAB (SBN 301386)
john.schwab@mto.com
V. GRACE DAVIS (SBN 336732)
grace.davisfisher@mto.com
V. ROMAN LEAL (SBN 348892)
roman.leal@mto.com
WENDY QIUYU XIAO (SBN 342702)
wendy.xiao@mto.com
MUNGER, TOLLES & OLSON LLP
350 South Grand Avenue 50th Floor
Los Angeles, California 90071
Tel.: 213-683-9100; Fax: 213-687-3702

*Attorneys for Intervenors Cities of Los Angeles, Anaheim, Bell Gardens, Beverly Hills, Carpinteria, Culver City, Huntington Park, Long Beach, Lynwood, Montebello, Monterey Park, Oxnard, Paramount, Pico Rivera, Pomona, Santa Ana, Santa Barbara, Santa Monica, South Gate, and West Hollywood*

NICOLE DAVIS TINKHAM (SBN 229592)
ntinkham@counsel.lacounty.gov
LILIANA CAMPOS (SBN 255753)
lcampos@counsel.lacounty.gov
BRIGIT GREESON ALVAREZ (SBN 237301)
bgreesonalvarez@counsel.lacounty.gov
OFFICE OF THE COUNTY COUNSEL
648 Kenneth Hahn Hall of Admin.,
500 West Temple Street
Los Angeles, California 90012-2713
Tel.: 213-808-8736; Fax: 213-633-1915

*Attorneys for Intervenor County of Los Angeles*

MICHELE BEAL BAGNERIS (SBN 115423)
City Attorney
mbagneris@cityofpasadena.net
ARNOLD F. LEE (SBN 278610)
aflee@cityofpasadena.net
ANDREW AARONIAN (SBN 318245)
aaaronian@cityofpasadena.net
OFFICE OF THE CITY ATTORNEY OF PASADENA
100 N Garfield Ave, Rm N-210
Pasadena, CA 91101
Tel.: 626-744-4141; Fax: 626-744-4190

*Attorneys for Intervenor City of Pasadena*

NORMAN L. EISEN*
Norman@democracydefenders.org
STEPHEN A. JONAS (SBN 542005)
Steve@democracydefenders.org
JOSHUA G. KOLB*
Joshua@democracydefenders.org
DEMOCRACY DEFENDERS FUND
600 Pennsylvania Ave. SE, Suite 15180
Washington, DC 20003
Tel: (202) 594-9958

*Admitted Pro Hac Vice

*Attorneys for Intervenor City of Los Angeles*

DECLARATION OF DAVID SOMERS

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

Pedro VASQUEZ PERDOMO; Carlos Alexander OSORTO; and Isaac VILLEGAS MOLINA; Jorge HERNANDEZ VIRAMONTES; Jason Brian GAVIDIA; LOS ANGELES WORKER CENTER NETWORK; UNITED FARM WORKERS; COALITION FOR HUMANE IMMIGRANT RIGHTS; IMMIGRANT DEFENDERS LAW CENTER,

*Plaintiffs*,

v.

Markwayne MULLIN, in his official capacity as Secretary, Department of Homeland Security; Todd M. LYONS, in his official capacity as Acting Director, U.S. Immigration and Customs Enforcement; Rodney S. SCOTT, in his official capacity as Commissioner, U.S. Customs and Border Patrol; Michael W. BANKS, in his official capacity as Chief of U.S. Border Patrol; Kash PATEL, in his official capacity as Director, Federal Bureau of Investigation; Pam BONDI, in her official capacity as U.S. Attorney General; Jaime RIOS, in his official capacity as Acting Field Office Director for Los Angeles, U.S. Immigration and Customs Enforcement; Dean T. SORENSON, Special Agent in Charge for Los Angeles, Homeland Security Investigations, U.S. Immigration and Customs Enforcement; Gregory K. BOVINO, in his official capacity as Chief Patrol Agent for El Centro Sector of the U.S. Border Patrol; Justin DE LA TORRE, in his official capacity as Acting Chief Patrol Agent, San Diego Sector of the U.S. Border Patrol; Akil DAVIS, in his official capacity as Assistant Director in Charge, Los Angeles Office, Federal Bureau of Investigation; Bilal A. ESSAYLI, in his official capacity as U.S. Attorney for the Central District of California.

*Defendants*,

Case No.: 2:25-cv-05605-MEMF-SP

**DECLARATION OF DAVID SOMERS**

-2-

**<u>DECLARATION OF DAVID SOMERS</u>**

I, David James Somers, hereby declare:

1.      I am over eighteen years of age. I have personal knowledge of the facts contained in this declaration and am otherwise competent to testify to the matters in this declaration.

2.      I work at the Los Angeles Department of Transportation (LADOT). LADOT leads transportation planning, project delivery, and operations in the City of Los Angeles. LADOT through the Bureau of Transit Programs provides direct transit operations and is the second largest transit operator in Los Angeles County in terms of ridership. LADOT's transit service lines include DASH, Commuter Express, Cityride Dial-a-Ride, and LA Now On-Demand service.

3.      I have worked for the City of Los Angeles since 2006, have worked for LADOT since 2017, and have worked for the LADOT Bureau of Transit Programs since 2022. I currently manage the Transit Grants, Budget, and Procurement Division in LADOT Bureau of Transit Programs. As part of this assignment, I oversee the development of the annual budget for Transit Programs, prepare and submit grants to funding agencies, manage transit procurements, and manage funding agency compliance programs. The budget role includes tracking available revenue, including LA County sales taxes. The compliance role includes submitting transit performance data, including ridership and fare revenue collection to funding agencies including the Federal Transit Administration (FTA) via the National Transit Database (NTD) and the Los Angeles County Metropolitan Transportation Authority (Metro) via Transit Performance Management (TPM) data.

4.      LADOT expects to receive approximately 2 percent of its total revenue through fares collected from transit riders in Fiscal Year 2025-2026 (FY 26), while 84 percent ($177 million) of the projected $215 million in annual revenue we expect to receive in FY 26 would come from LA County sales tax.

-3-
DECLARATION OF DAVID SOMERS

5.      The LADOT Transit system has performed over 2.8 million trips during fiscal year 2025. A total of 85 percent of those trips (2.4 million) have been on its DASH services. DASH are all-day fixed route bus services that serve community destinations and regional job centers, as well as providing connections to the regional transit system.

6.      The majority of LADOT's ridership are low-income residents of Los Angeles, many of whom do not have alternate means of transportation. Transit riders commonly use DASH to access work, school, healthcare, social, and recreation activities.

7.      LADOT saw a decline of $39,651 or 19 percent drop in fare revenue on its DASH service lines in June 2025 as compared to May 2025. While the summer months historically see some drop in ridership, 19 percent is a steeper decrease than what we have seen in past years. For example, ridership in June 2024 was just 11 percent lower than it was in May of 2024. Even if Immigration and Customs Enforcement (ICE) raids were limited to June alone, LADOT could expect to see a decline of $15,000 in monthly fare revenue overall as a result of the decline in ridership due to the raids.

8.      If the ICE raids continue, I am concerned that ridership decline will continue, particularly on the DASH system. Moreover, I am concerned about larger systemic cuts in transit services. Because LADOT receives 84 percent of its funding from LA County sales tax, if LA County sees a meaningful decline in sales tax due to loss in individual spending and business activity, LADOT will need to reduce or eliminate bus routes serving the City's neighborhoods.

9.      The elimination of bus services has potentially far-reaching consequences. I am concerned that a decrease in the availability of public transit could result in economic decline since individuals' access to jobs and destinations by public transit is a major driver of economic opportunity.

DECLARATION OF DAVID SOMERS

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on this 12 day of August, 2025, at Los Angeles, California.

David Somers

DECLARATION OF DAVID SOMERS