HYDEE FELDSTEIN SOTO
(SBN 106866)
City Attorney
hydee.feldsteinsoto@lacity.org
VALERIE L. FLORES (SBN 138572)
valerie.flores@lacity.org
MICHAEL J. DUNDAS (SBN 226930)
mike.dundas@lacity.org
MARIA LOUISE COUSINEAU
(SBN 122280)
maria.cousineau@lacity.org
RANDALL G. SOMMER
(SBN 214099)
randall.sommer@lacity.org
SHUBHRA SHIVPURI (SBN 295534)
shubhra.shivpuri@lacity.org
OFFICE OF THE LOS ANGELES
CITY ATTORNEY
City Hall 200 North Spring Street
21st Floor
Los Angeles, CA 90012-4130
Tel.: 213-922-8382; Fax: 213-978-7957

*Attorneys for Intervenor
City of Los Angeles*

E. MARTIN ESTRADA
(SBN 223802)
martin.estrada@mto.com
DANIEL B. LEVIN (SBN 226044)
daniel.levin@mto.com
JOHN L. SCHWAB (SBN 301386)
john.schwab@mto.com
V. GRACE DAVIS (SBN 336732)
grace.davisfisher@mto.com
V. ROMAN LEAL (SBN 348892)
roman.leal@mto.com
WENDY QIUYU XIAO (SBN 342702)
wendy.xiao@mto.com
MUNGER, TOLLES & OLSON LLP
350 South Grand Avenue
50th Floor
Los Angeles, California 90071
Tel.: 213-683-9100; Fax: 213-687-3702

*Attorneys for Intervenors Cities of Los
Angeles, Anaheim, Bell Gardens, Beverly
Hills, Carpinteria, Culver City,
Huntington Park, Long Beach, Lynwood,
Montebello, Monterey Park, Oxnard,
Paramount, Pico Rivera, Pomona, Santa
Ana, Santa Barbara, Santa Monica,
South Gate, and West Hollywood*

NICOLE DAVIS TINKHAM (SBN
229592)
ntinkham@counsel.lacounty.gov
LILIANA CAMPOS (SBN 255753)
lcampos@counsel.lacounty.gov
BRIGIT GREESON ALVAREZ (SBN
237301)
bgreesonalvarez@counsel.lacounty.gov
OFFICE OF THE COUNTY COUNSEL
648 Kenneth Hahn Hall of Admin.,
500 West Temple Street
Los Angeles, California 90012-2713
Tel.: 213-808-8736; Fax: 213-633-1915

*Attorneys for Intervenor County of Los
Angeles*

MICHELE BEAL BAGNERIS (SBN
115423)
City Attorney
mbagneris@cityofpasadena.net
ARNOLD F. LEE (SBN 278610)
aflee@cityofpasadena.net
ANDREW AARONIAN (SBN 318245)
aaaronian@cityofpasadena.net
OFFICE OF THE CITY ATTORNEY
OF PASADENA
100 N Garfield Ave, Rm N-210
Pasadena, CA 91101
Tel.: 626-744-4141; Fax: 626-744-4190

*Attorneys for Intervenor City of Pasadena*

NORMAN L. EISEN*
Norman@democracydefenders.org
STEPHEN A. JONAS (SBN 542005)
Steve@democracydefenders.org
JOSHUA G. KOLB*
Joshua@democracydefenders.org
DEMOCRACY DEFENDERS FUND
600 Pennsylvania Ave. SE, Suite 15180
Washington, DC 20003
Tel: (202) 594-9958

*Admitted Pro Hac Vice

*Attorneys for Intervenor City of Los
Angeles*

DECLARATION OF CHINYERE STONEHAM

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| Pedro VASQUEZ PERDOMO; Carlos Alexander OSORTO; and Isaac VILLEGAS MOLINA; Jorge HERNANDEZ VIRAMONTES; Jason Brian GAVIDIA; LOS ANGELES WORKER CENTER NETWORK; UNITED FARM WORKERS; COALITION FOR HUMANE IMMIGRANT RIGHTS; IMMIGRANT DEFENDERS LAW CENTER, | Case No.: 2:25-cv-05605-MEMF-SP **DECLARATION OF CHINYERE STONEHAM** |

*Plaintiffs*,

v.

Markwayne MULLIN, in his official capacity as Secretary, Department of Homeland Security; Todd M. LYONS, in his official capacity as Acting Director, U.S. Immigration and Customs Enforcement; Rodney S. SCOTT, in his official capacity as Commissioner, U.S. Customs and Border Patrol; Michael W. BANKS, in his official capacity as Chief of U.S. Border Patrol; Kash PATEL, in his official capacity as Director, Federal Bureau of Investigation; Pam BONDI, in her official capacity as U.S. Attorney General; Jaime RIOS, in his official capacity as Acting Field Office Director for Los Angeles, U.S. Immigration and Customs Enforcement; Dean T. SORENSON, Special Agent in Charge for Los Angeles, Homeland Security Investigations, U.S. Immigration and Customs Enforcement; Gregory K. BOVINO, in his official capacity as Chief Patrol Agent for El Centro Sector of the U.S. Border Patrol; Justin DE LA TORRE, in his official capacity as Acting Chief Patrol Agent, San Diego Sector of the U.S. Border Patrol; Akil DAVIS, in his official capacity as Assistant Director in Charge, Los Angeles Office, Federal Bureau of Investigation; Bilal A. ESSAYLI, in his official capacity as U.S. Attorney for the Central District of California.

*Defendants*,

-2-

DECLARATION OF CHINYERE STONEHAM

**<u>DECLARATION OF CHINYERE STONEHAM</u>**

I, CHINYERE STONEHAM, hereby declare:

1. I am over eighteen years of age. I have personal knowledge of the facts contained in this declaration and am otherwise competent to testify to the matters in this declaration.

2. I am the Assistant General Manager of the Los Angeles Department of Recreation and Parks ("DRP"). In my role as Assistant General Manager, I oversee and manage all areas within the Recreational Services Branch, including supervising and supporting regional Superintendents in management, daily operations, budgetary preparations, personnel matters, work assignments, projects, and special assignments.  I have served the City of Los Angeles for 29 years in a variety of roles, including Superintendent of Operations, Principal Recreation Supervisor II & I, Senior Recreation Director, and Recreation Facility Director.

3. From approximately March through May of 2025, DRP offered a diverse range of programs for individuals aged 2 and up. These included licensed and non-licensed preschool, after-school enrichment programs, and cultural and fitness classes for youth, adults, and seniors. Additionally, DRP organized sports clinics for youth, sports leagues for youth, adults, and seniors, and a spring day camp for youth. Many of our programs had high participation rates and most were at enrollment capacity.

4. Since June of 2025, DRP has seen both a decline in numbers of individuals participating in our services, and losses to our Department as a result of the reduced participation. For example, for our Youth Program offerings, DRP noted drops in youth attendance across practices, games, classes, and after-school enrichment programs. We have also seen that playgrounds in communities experiencing heavy ICE presence have been visibly less utilized.

5. There are several other examples of the decrease in utilization of DRP services. The Los Angeles EXPO Center lost $3,500 in permit revenues due to

cancellations. Our Municipal Sports Division received numerous requests for permit cancellation and issued a substantially fewer number of permits for use of soccer and multipurpose fields. For June 2025, one Municipal Sports office reported an approximate loss of $70,658 in comparison to June 2024. Participation in DRP's Summer Lunch Program, decreased from approximately156,546 meals served at 95 centers in 2024, to approximately 137,665 meals served at 97 sites, despite an increase in the number of locations. The Summer Lunch Program served an average of 195 fewer meals at its centers June 12 through August 1, 2025.

6.      Yet another example of a decline in participation at DRP events from June to August 2025 has been at the Levitt LA Concerts at Macarthur Park, where concert attendance has declined significantly. From June to August 2024, the average attendance for 10 Levitt concerts exceeded 2,300 people. Thus far in 2025, the average attendance for six concerts is currently 650 people.

7.      We have been told that fear of ICE raids has significantly impacted participation among parents, coaches and staff, who are worried about potential ICE activity at locations like Macarthur Park.  Additionally, staff have observed distress in children who have reported to staff that their parent(s) were arrested by ICE.

8.      If the ICE raids are permitted to continue as they were during June and July, DRP expects to see a continued decrease in community participation in our programs and special events. We are concerned that this, in turn, will also lead to a reduction in the revenue we generate for our Department from permit fees.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on this 13 day of August, 2025, at Los Angeles, CA.

_____
CHINYERE STONEHAM

-4-
DECLARATION OF CHINYERE STONEHAM