HYDEE FELDSTEIN SOTO (SBN 106866)
City Attorney
hydee.feldsteinsoto@lacity.org
VALERIE L. FLORES (SBN 138572)
valerie.flores@lacity.org
MICHAEL J. DUNDAS (SBN 226930)
mike.dundas@lacity.org
MARIA LOUISE COUSINEAU (SBN 122280)
maria.cousineau@lacity.org
RANDALL G. SOMMER (SBN 214099)
randall.sommer@lacity.org
SHUBHRA SHIVPURI (SBN 295534)
shubhra.shivpuri@lacity.org
OFFICE OF THE LOS ANGELES CITY ATTORNEY
City Hall 200 North Spring Street
21st Floor
Los Angeles, CA 90012-4130
Tel.: 213-922-8382; Fax: 213-978-7957

*Attorneys for Intervenor
City of Los Angeles*

E. MARTIN ESTRADA (SBN 223802)
martin.estrada@mto.com
DANIEL B. LEVIN (SBN 226044)
daniel.levin@mto.com
JOHN L. SCHWAB (SBN 301386)
john.schwab@mto.com
V. GRACE DAVIS (SBN 336732)
grace.davisfisher@mto.com
V. ROMAN LEAL (SBN 348892)
roman.leal@mto.com
WENDY QIUYU XIAO (SBN 342702)
wendy.xiao@mto.com
MUNGER, TOLLES & OLSON LLP
350 South Grand Avenue
50th Floor
Los Angeles, California 90071
Tel.: 213-683-9100; Fax: 213-687-3702

*Attorneys for Intervenors Cities of Los Angeles, Anaheim, Bell Gardens, Beverly Hills, Carpinteria, Culver City, Huntington Park, Long Beach, Lynwood, Montebello, Monterey Park, Oxnard, Paramount, Pico Rivera, Pomona, Santa Ana, Santa Barbara, Santa Monica, South Gate, and West Hollywood*

NICOLE DAVIS TINKHAM (SBN 229592)
ntinkham@counsel.lacounty.gov
LILIANA CAMPOS (SBN 255753)
lcampos@counsel.lacounty.gov
BRIGIT GREESON ALVAREZ (SBN 237301)
bgreesonalvarez@counsel.lacounty.gov
OFFICE OF THE COUNTY COUNSEL
648 Kenneth Hahn Hall of Admin.,
500 West Temple Street
Los Angeles, California 90012-2713
Tel.: 213-808-8736; Fax: 213-633-1915

*Attorneys for Intervenor County of Los Angeles*

MICHELE BEAL BAGNERIS (SBN 115423)
City Attorney
mbagneris@cityofpasadena.net
ARNOLD F. LEE (SBN 278610)
aflee@cityofpasadena.net
ANDREW AARONIAN (SBN 318245)
aaaronian@cityofpasadena.net
OFFICE OF THE CITY ATTORNEY OF PASADENA
100 N Garfield Ave, Rm N-210
Pasadena, CA 91101
Tel.: 626-744-4141; Fax: 626-744-4190

*Attorneys for Intervenor City of Pasadena*

NORMAN L. EISEN*
Norman@democracydefenders.org
STEPHEN A. JONAS (SBN 542005)
Steve@democracydefenders.org
JOSHUA G. KOLB*
Joshua@democracydefenders.org
DEMOCRACY DEFENDERS FUND
600 Pennsylvania Ave. SE, Suite 15180
Washington, DC 20003
Tel: (202) 594-9958

*Admitted *Pro Hac Vice*

*Attorneys for Intervenor City of Los Angeles*

DECLARATION OF CHRISTINA GHALY

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

Pedro VASQUEZ PERDOMO; Carlos Alexander OSORTO; and Isaac VILLEGAS MOLINA; Jorge HERNANDEZ VIRAMONTES; Jason Brian GAVIDIA; LOS ANGELES WORKER CENTER NETWORK; UNITED FARM WORKERS; COALITION FOR HUMANE IMMIGRANT RIGHTS; IMMIGRANT DEFENDERS LAW CENTER,

*Plaintiffs*,

v.

Markwayne MULLIN, in his official capacity as Secretary, Department of Homeland Security; Todd M. LYONS, in his official capacity as Acting Director, U.S. Immigration and Customs Enforcement; Rodney S. SCOTT, in his official capacity as Commissioner, U.S. Customs and Border Patrol; Michael W. BANKS, in his official capacity as Chief of U.S. Border Patrol; Kash PATEL, in his official capacity as Director, Federal Bureau of Investigation; Pam BONDI, in her official capacity as U.S. Attorney General; Jaime RIOS, in his official capacity as Acting Field Office Director for Los Angeles, U.S. Immigration and Customs Enforcement; Dean T. SORENSON, Special Agent in Charge for Los Angeles, Homeland Security Investigations, U.S. Immigration and Customs Enforcement; Gregory K. BOVINO, in his official capacity as Chief Patrol Agent for El Centro Sector of the U.S. Border Patrol; Justin DE LA TORRE, in his official capacity as Acting Chief Patrol Agent, San Diego Sector of the U.S. Border Patrol; Akil DAVIS, in his official capacity as Assistant Director in Charge, Los Angeles Office, Federal Bureau of Investigation; Bilal A. ESSAYLI, in his official capacity as U.S. Attorney for the Central District of California.

*Defendants*,

Case No.: 2:25-cv-05605-MEMF-SP

**DECLARATION OF CHRISTINA GHALY**

-2-

DECLARATION OF CHRISTINA GHALY

## DECLARATION OF DR. CHRISTINA GHALY

I, Christina Ghaly, do declare or state pursuant to 28 U.S.C. § 1746 as follows:

1.      I am a witness for Intervenor the County of Los Angeles ("L.A. County") in the above-captioned case of *Perdomo v. Noem*, Case No. 25-cv-05605-MEMF, in the U.S. District Court for the Central District of California.  I make this declaration based on personal knowledge, except for those facts specifically stated to be based on information and belief, in support of a Motion for Joinder In the Plaintiffs' Motion for a Preliminary Injunction in the *Perdomo* case.  If called as a witness, I could and would testify competently to the matters set forth in this declaration.

2.      I am the Director of the Los Angeles County ("L.A. County") Department of Health Services ("LADHS").  I lead strategic, operational, and clinical/financial initiatives critical to LADHS's role in serving the health needs of vulnerable populations across L.A. County.  I have been part of LADHS's executive leadership since 2011 and have served as its Director since October 2017.  I am also a licensed medical doctor, specializing in internal medicine, and I routinely treat LADHS patients in addition to being LADHS's Director.

3.      LADHS is responsible for providing preventative and acute health care services to some of Los Angeles County's most vulnerable residents, particularly those who are uninsured, under-insured or Medi-Cal recipients.  As the second largest municipal healthcare system in the United States, we run 24 health centers, where we provide primary care, specialty care, urgent care and ambulatory surgical services, and 4 hospitals, where we treat emergency needs, provide urgent care, perform surgery, and provide other types of critical and life-saving care.

4.       Our patient population is largely low-income and disproportionately Latino. Many have chronic conditions or multiple chronic conditions and therefore

-3-

DECLARATION OF CHRISTINA GHALY

are at greater risk of suffering from acute conditions such as heart attacks, strokes, and serious illness, particularly if their medical needs go untreated.

5.      When the mass immigration raids began on June 6 of this year, our staff heard from patients that they were afraid to come to our health centers and hospitals because of the fear of ICE.  We saw significant decreases in the numbers of patients seen at our outpatient clinics, urgent care, and hospitals.  Across the County's health systems, the outpatient clinic appointment no-show rate increased to approximately 20% from 18% for the month of June 2025. About 15% fewer patients presented to the emergency rooms and urgent care centers following immigration raids in the same period.

6.      Based on my experience, I am aware that when patients have acute or emergency conditions, it is critical for them to be treated as quickly as possible.  If they delay care, in these situations, there is a higher risk that they will become too destabilized to treat effectively, have a higher risk of complications, and have a lower likelihood that they will fully recover.  When patients with chronic conditions such as heart conditions, diabetes, or hypertension, all of which require routine management, delay or skip receiving that care, their conditions may spiral into much more serious or life-threatening conditions that require costly emergency care. Because many of our patients have multiple chronic conditions, it is even more important that they receive timely and routine medical care.

7.      Based on my experience, over the long term, if a significant number of patients avoid or delay care, we expect to see patients with more serious conditions that will be more costly and difficult to treat with resultant worse outcomes.

8.      It is our understanding that there has been a decrease in the number of Medi-Cal applications since the raids began.  Our staff report that patients are afraid to enroll in the program because of fears that their information will be shared with ICE. When patients qualify for Medi-Cal but do not apply for it, the L.A. County's

-4-

DECLARATION OF CHRISTINA GHALY

health system ultimately bears the costs for any care they receive which further drives up our deficit.

9. In addition to our patients' fears and concerns, many of our staff have reported their own fear and anxiety as well. Many staff members have family members that have been or could be targeted by ICE enforcement, or they live in areas where raids have taken place. I understand from LADHS staff that some also fear ICE enforcement because they themselves could be targeted because of their ethnicity, or because they will end up caught in the middle of enforcement operations targeting their patients.

10. Due to our staff members' fears and questions, LADHS has hosted a townhall, updated our website, and sent multiple messages to them to provide education and information, as well as to explain our protocols and procedures in the event of ICE enforcement in or near our health centers and hospitals and discuss resources for staff. Our ongoing staff wellness series has also addressed these concerns in several sessions when the raids started.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on this 11th day of August, 2025, at Los Angeles, California.

Dr. Christina Ghaly

-5-

DECLARATION OF CHRISTINA GHALY