HYDEE FELDSTEIN SOTO
(SBN 106866)
City Attorney
hydee.feldsteinsoto@lacity.org
VALERIE L. FLORES (SBN 138572)
valerie.flores@lacity.org
MICHAEL J. DUNDAS (SBN 226930)
mike.dundas@lacity.org
MARIA LOUISE COUSINEAU
(SBN 122280)
maria.cousineau@lacity.org
RANDALL G. SOMMER
(SBN 214099)
randall.sommer@lacity.org
SHUBHRA SHIVPURI (SBN 295534)
shubhra.shivpuri@lacity.org
OFFICE OF THE LOS ANGELES
CITY ATTORNEY
City Hall 200 North Spring Street
21st Floor
Los Angeles, CA 90012-4130
Tel.: 213-922-8382; Fax: 213-978-7957

*Attorneys for Intervenor
City of Los Angeles*

E. MARTIN ESTRADA
(SBN 223802)
martin.estrada@mto.com
DANIEL B. LEVIN (SBN 226044)
daniel.levin@mto.com
JOHN L. SCHWAB (SBN 301386)
john.schwab@mto.com
V. GRACE DAVIS (SBN 336732)
grace.davisfisher@mto.com
V. ROMAN LEAL (SBN 348892)
roman.leal@mto.com
WENDY QIUYU XIAO (SBN 342702)
wendy.xiao@mto.com
MUNGER, TOLLES & OLSON LLP
350 South Grand Avenue
50th Floor
Los Angeles, California 90071
Tel.: 213-683-9100; Fax: 213-687-3702

*Attorneys for Intervenors Cities of Los
Angeles, Anaheim, Bell Gardens, Beverly
Hills, Carpinteria, Culver City,
Huntington Park, Long Beach, Lynwood,
Montebello, Monterey Park, Oxnard,
Paramount, Pico Rivera, Pomona, Santa
Ana, Santa Barbara, Santa Monica,
South Gate, and West Hollywood*

NICOLE DAVIS TINKHAM (SBN 229592)
ntinkham@counsel.lacounty.gov
LILIANA CAMPOS (SBN 255753)
lcampos@counsel.lacounty.gov
BRIGIT GREESON ALVAREZ (SBN 237301)
bgreesonalvarez@counsel.lacounty.gov
OFFICE OF THE COUNTY COUNSEL
648 Kenneth Hahn Hall of Admin.,
500 West Temple Street
Los Angeles, California 90012-2713
Tel.: 213-808-8736; Fax: 213-633-1915

*Attorneys for Intervenor County of Los
Angeles*

MICHELE BEAL BAGNERIS (SBN 115423)
City Attorney
mbagneris@cityofpasadena.net
ARNOLD F. LEE (SBN 278610)
aflee@cityofpasadena.net
ANDREW AARONIAN (SBN 318245)
aaaronian@cityofpasadena.net
OFFICE OF THE CITY ATTORNEY
OF PASADENA
100 N Garfield Ave, Rm N-210
Pasadena, CA 91101
Tel.: 626-744-4141; Fax: 626-744-4190

*Attorneys for Intervenor City of Pasadena*

NORMAN L. EISEN*
Norman@democracydefenders.org
STEPHEN A. JONAS (SBN 542005)
Steve@democracydefenders.org
JOSHUA G. KOLB*
Joshua@democracydefenders.org
DEMOCRACY DEFENDERS FUND
600 Pennsylvania Ave. SE, Suite 15180
Washington, DC 20003
Tel: (202) 594-9958

*Admitted *Pro Hac Vice*

*Attorneys for Intervenor City of Los
Angeles*

DECLARATION OF BARBARA FERRER

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

Pedro VASQUEZ PERDOMO; Carlos Alexander OSORTO; and Isaac VILLEGAS MOLINA; Jorge HERNANDEZ VIRAMONTES; Jason Brian GAVIDIA; LOS ANGELES WORKER CENTER NETWORK; UNITED FARM WORKERS; COALITION FOR HUMANE IMMIGRANT RIGHTS; IMMIGRANT DEFENDERS LAW CENTER,

Case No.: 2:25-cv-05605-MEMF-SP

**DECLARATION OF BARBARA FERRER**

*Plaintiffs*,

v.

Markwayne MULLIN, in his official capacity as Secretary, Department of Homeland Security; Todd M. LYONS, in his official capacity as Acting Director, U.S. Immigration and Customs Enforcement; Rodney S. SCOTT, in his official capacity as Commissioner, U.S. Customs and Border Patrol; Michael W. BANKS, in his official capacity as Chief of U.S. Border Patrol; Kash PATEL, in his official capacity as Director, Federal Bureau of Investigation; Pam BONDI, in her official capacity as U.S. Attorney General; Jaime RIOS, in his official capacity as Acting Field Office Director for Los Angeles, U.S. Immigration and Customs Enforcement; Dean T. SORENSON, Special Agent in Charge for Los Angeles, Homeland Security Investigations, U.S. Immigration and Customs Enforcement; Gregory K. BOVINO, in his official capacity as Chief Patrol Agent for El Centro Sector of the U.S. Border Patrol; Justin DE LA TORRE, in his official capacity as Acting Chief Patrol Agent, San Diego Sector of the U.S. Border Patrol; Akil DAVIS, in his official capacity as Assistant Director in Charge, Los Angeles Office, Federal Bureau of Investigation; Bilal A. ESSAYLI, in his official capacity as U.S. Attorney for the Central District of California,

*Defendants*,

-2-

DECLARATION OF BARBARA FERRER

**DECLARATION OF DR. BARBARA FERRER**

I, Barbara Ferrer, do declare or state pursuant to 28 U.S.C. § 1746 as follows:

1. I am a witness for Intervenor the County of Los Angeles ("L.A. County") in the above-captioned case of *Perdomo v. Noem*, Case No. 25-cv-05605-MEMF, in the U.S. District Court for the Central District of California. I make this declaration based on personal knowledge, except for those facts specifically stated to be based on information and belief, in support of a Motion for Joinder In the Plaintiffs' Motion for a Preliminary Injunction in the *Perdomo* case. If called as a witness, I could and would testify competently to the matters set forth in this declaration.

2. I am the Director of the the Los Angeles County ("the County") Department of Public Health ("DPH") and have served in this capacity since 2017. In my role as Director of DPH, I have full discretion and responsibility for effectively managing all aspects of DPH's operations, including its fiscal and administrative functions. I have over 25 years of public health experience, including management expertise in public and private sector organizations, focusing on health issues and education.

3. The mission and focus of DPH is to protect health, prevent disease, and promote the health and well-being for all persons in the County and the population as a whole. Our service programs are organized into 6 distinct areas: (a) Health Protection, which includes Environmental Health (including environmental conditions and food and water safety), Health Facility Inspection (hospital, skilled nursing facilities and non-long-term, such as dialysis clinics and adult day care), and Emergency Response (such as wildfires and bird flu); (b) Communicable and Vaccine Preventable Disease Control (including responses to cases of measles, tuberculosis, HIV & STDs, COVID-19 and 50 other reportable diseases and conditions); (c) Public Health Clinical Services; (d) Health Promotion

-3-
DECLARATION OF BARBARA FERRER

(includes administration of the California Children's Services Program, Perinatal Health, Injury and Violence Prevention Childhood Lead Poisoning Prevention and Tobacco Control Programs); (e) Substance Abuse Prevention and Control; and (f) Health Assessments and Epidimiology.

4. DPH professional staff conduct their work through thirteen public health centers and one satellite location throughout the County, as well as in-home visits by DPH practitioners to families to address potential communicable disease cases, chronic health conditions, maternal and pre-natal health, disability conditions, and other health promotion issues. Along with in-home visits, DPH also holds community health education and outreach events. To ensure basic nutrition and food needs, we run the Homebased Food Program. To prevent and manage communicable disease outbreaks our infectious disease physicians, epidemiologists and staff conduct public health surveillance and investigations of multiple diseases and conditions, such as measles, tuberculosis and hepatitis. To manage environmental health risks, DPH's environmental health specialists conduct field inspections and investigations of food facilities, recreational waters, and rental housing, including through our Rental Housing Habitability Program and our Mobile Food Program. Through our work, we partner with community organizations.

5. Many of our clinical patients are low-income, of Latino ethnicity, and are particularly vulnerable to negative health outcomes, including pregnant women, young children under the age of five years old, as well as both children and adults with disabilities. A lack of diagnosis, treatment, and condition management for our patients can lead to particularly severe and long-term negative outcomes.

-4-

DECLARATION OF BARBARA FERRER

6. Most areas of DPH's work have been impacted by the fear and anxiety among our clinical and in-home patient populations due to the wide-scale immigration enforcement that began in June of this year. Our staff has heard from their patients – regardless of their immigration status – that they are afraid to leave their homes for appointments or open their doors for in-home visits, and our data bears this out.

7. In addition to the fear and anxiety among our clinical and in-home patient populations, many of our staff have reported fear and stress as a result of the raids, either because they fear that they will be targeted by ICE due to their ethnicity, or because individuals in the communities treat them with distrust and suspicion.

8. DPH data indicates significant increases in no-shows for appointments and cancellations. Across the DPH clinics, there has been a 25% decrease in patients seen from June 6 through June 30, 2025, as compared to the same time period in 2024 (2,459 and 3,249 patients).

9. Many Community Public Health Teams ("CPHTs") temporarily paused door-to-door activities from June to July of this year. In addition, the number of household visits conducted decreased by 25% in June as compared to the average of the previous three months. Furthermore, fewer households participated in the assessment; the proportions of households that completed an assessment decreased from 7% (March-May 2025) to 3% (June 2025).

10. In July, the Medical Therapy Program, which serves children and young adults under the age of 21, with certain disabilities, had 934 reports of no shows, cancellations, and families that declined an initial appointment. Of that, 285 were no shows.

11. Rental Housing Habitability program inspectors have reported having to repeatedly explain to residents that they are not ICE and are not affiliated

-5-

DECLARATION OF BARBARA FERRER

with any immigration agency. They have also reported that because of this confusion, some residents do not let inspectors into their apartments during routine inspections.

12. The Mobile Food Program reported that multiple inspectors have been approached by members of the public and Mobile Food Facility ("MFF") operators who asked if they were affiliated with ICE. One inspector reported that while conducting an inspection on July 8, 2025, she observed ICE agents carrying out an enforcement operation in the area. Out of concern for her safety, she decided to leave the area immediately.

13. One of the Environmental Health supervisors noted that during recent field audits, several individuals asked him whether he was connected to ICE. The Environmental Health Community Events Program reported that about 3-4 events last month were cancelled due to ICE activity, and inspectors noticed low vendor participation at the night markets.

14. The Homebased Food Program reported that one potential applicant indicated that he is hesitant to leave his home due to ICE activity.

15. When individuals do not attend their medical appointments or allow in-home visits with DPH medical professionals or inspectors, cases of infectious or communicable disease may go undiagnosed and untreated, raising the risk of exposure to others such that the disease will spread throughout the community. In addition, people with chronic conditions such as diabetes and hypertension, or those who suffer from multiple chronic conditions, as well as individuals with mental health conditions, may go undiagnosed and/or untreated, which can lead to more severe conditions or spiral into urgent situations that require much more costly emergency interventions that impact not only individuals, but their families as well.

-6-

DECLARATION OF BARBARA FERRER

16. As a result of the impacts described above, our work has become more difficult. DPH staff must make more repeated attempts to visit homes, and they have had to work to provide transportation to patients so that they can travel to appointments without utilizing public transportation.

17. In order to continue meeting the needs of community members while prioritizing the safety of their staff, staff have slowly resumed engagement since then with modified staff schedules and alternate outreach strategies.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on this 12th day of August, 2025, in the County of Los Angeles, California.

_____
Dr. Barbara Ferrer

-7-
DECLARATION OF BARBARA FERRER