HYDEE FELDSTEIN SOTO
(SBN 106866)
City Attorney
hydee.feldsteinsoto@lacity.org
VALERIE L. FLORES (SBN 138572)
valerie.flores@lacity.org
MICHAEL J. DUNDAS (SBN 226930)
mike.dundas@lacity.org
MARIA LOUISE COUSINEAU
(SBN 122280)
maria.cousineau@lacity.org
RANDALL G. SOMMER
(SBN 214099)
randall.sommer@lacity.org
SHUBHRA SHIVPURI (SBN 295534)
shubhra.shivpuri@lacity.org
OFFICE OF THE LOS ANGELES
CITY ATTORNEY
City Hall 200 North Spring Street
21st Floor
Los Angeles, CA 90012-4130
Tel.: 213-922-8382; Fax: 213-978-7957

*Attorneys for Intervenor
City of Los Angeles*

E. MARTIN ESTRADA
(SBN 223802)
martin.estrada@mto.com
DANIEL B. LEVIN (SBN 226044)
daniel.levin@mto.com
JOHN L. SCHWAB (SBN 301386)
john.schwab@mto.com
V. GRACE DAVIS (SBN 336732)
grace.davisfisher@mto.com
V. ROMAN LEAL (SBN 348892)
roman.leal@mto.com
WENDY QIUYU XIAO (SBN 342702)
wendy.xiao@mto.com
MUNGER, TOLLES & OLSON LLP
350 South Grand Avenue
50th Floor
Los Angeles, California 90071
Tel.: 213-683-9100; Fax: 213-687-3702

*Attorneys for Intervenors Cities of Los
Angeles, Anaheim, Bell Gardens, Beverly
Hills, Carpinteria, Culver City,
Huntington Park, Long Beach, Lynwood,
Montebello, Monterey Park, Oxnard,
Paramount, Pico Rivera, Pomona, Santa
Ana, Santa Barbara, Santa Monica,
South Gate, and West Hollywood*

NICOLE DAVIS TINKHAM (SBN
229592)
ntinkham@counsel.lacounty.gov
LILIANA CAMPOS (SBN 255753)
lcampos@counsel.lacounty.gov
BRIGIT GREESON ALVAREZ (SBN
237301)
bgreesonalvarez@counsel.lacounty.gov
OFFICE OF THE COUNTY COUNSEL
648 Kenneth Hahn Hall of Admin.,
500 West Temple Street
Los Angeles, California 90012-2713
Tel.: 213-808-8736; Fax: 213-633-1915

*Attorneys for Intervenor County of Los
Angeles*

MICHELE BEAL BAGNERIS (SBN
115423)
City Attorney
mbagneris@cityofpasadena.net
ARNOLD F. LEE (SBN 278610)
aflee@cityofpasadena.net
ANDREW AARONIAN (SBN 318245)
aaaronian@cityofpasadena.net
OFFICE OF THE CITY ATTORNEY
OF PASADENA
100 N Garfield Ave, Rm N-210
Pasadena, CA 91101
Tel.: 626-744-4141; Fax: 626-744-4190

*Attorneys for Intervenor City of Pasadena*

NORMAN L. EISEN*
Norman@democracydefenders.org
STEPHEN A. JONAS (SBN 542005)
Steve@democracydefenders.org
JOSHUA G. KOLB*
Joshua@democracydefenders.org
DEMOCRACY DEFENDERS FUND
600 Pennsylvania Ave. SE, Suite 15180
Washington, DC 20003
Tel: (202) 594-9958

*Admitted *Pro Hac Vice*

*Attorneys for Intervenor City of Los
Angeles*

DECLARATION OF NORMA EDITH GARCÍA-GONZALEZ

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

Pedro VASQUEZ PERDOMO; Carlos Alexander OSORTO; and Isaac VILLEGAS MOLINA; Jorge HERNANDEZ VIRAMONTES; Jason Brian GAVIDIA; LOS ANGELES WORKER CENTER NETWORK; UNITED FARM WORKERS; COALITION FOR HUMANE IMMIGRANT RIGHTS; IMMIGRANT DEFENDERS LAW CENTER,

*Plaintiffs*,

v.

Markwayne MULLIN, in his official capacity as Secretary, Department of Homeland Security; Todd M. LYONS, in his official capacity as Acting Director, U.S. Immigration and Customs Enforcement; Rodney S. SCOTT, in his official capacity as Commissioner, U.S. Customs and Border Patrol; Michael W. BANKS, in his official capacity as Chief of U.S. Border Patrol; Kash PATEL, in his official capacity as Director, Federal Bureau of Investigation; Pam BONDI, in her official capacity as U.S. Attorney General; Jaime RIOS, in his official capacity as Acting Field Office Director for Los Angeles, U.S. Immigration and Customs Enforcement; Dean T. SORENSON, Special Agent in Charge for Los Angeles, Homeland Security Investigations, U.S. Immigration and Customs Enforcement; Gregory K. BOVINO, in his official capacity as Chief Patrol Agent for El Centro Sector of the U.S. Border Patrol; Justin DE LA TORRE, in his official capacity as Acting Chief Patrol Agent, San Diego Sector of the U.S. Border Patrol; Akil DAVIS, in his official capacity as Assistant Director in Charge, Los Angeles Office, Federal Bureau of Investigation; Bilal A. ESSAYLI, in his official capacity as U.S. Attorney for the Central District of California.

*Defendants*,

Case No.: 2:25-cv-05605-MEMF-SP

**DECLARATION OF NORMA EDITH GARCÍA-GONZALEZ**

-2-

DECLARATION OF NORMA EDITH GARCÍA-GONZALEZ

## DECLARATION OF NORMA EDITH GARCÍA-GONZALEZ

I, Norma Edith García-González, do declare or state pursuant to 28 U.S.C. §1746 as follows:

1.      I am a witness for Intervenor the County of Los Angeles in the above-captioned case of *Perdomo, et al. v. Mullin, et al.*, Case No. 25-cv-05605-MEMF, in the U.S. District Court for the Central District of California.  I make this declaration based on personal knowledge, my professional duties, and my review of official records in support of a Motion for Joinder in the Plaintiffs' Motion for a Preliminary Injunction in the *Perdomo* case.  If called as a witness, I could and would testify competently to the matters set forth in this declaration.

2.      I serve as the Director of the County of Los Angeles Department of Parks and Recreation ("LA County Parks") and the Los Angeles County Regional Park and Open Space District. We steward nearly 30,000 acres of parkland serving as the Regional Park System for over 10 million residents and visitors and serve as the local municipal park and recreation system for the over 1 million residents in unincorporated LA County.  I am responsible for the day-to-day operations of 185 parks, a network of 9 regional parks, 16 wildlife sanctuaries, 9 nature centers, 44 public swimming pools, 25 splash pads, 14 lakes including 3 with swimming beaches, more than 240 miles of multi-use trails for hiking, biking, and horseback riding, and the largest municipal golf system in the nation, consisting of 20 golf courses at 18 facilities. The department also maintains four botanical centers: the Los Angeles County Arboretum and Botanic Garden, the South Coast Botanic Garden, Descanso Gardens, and Virginia Robinson Gardens. The department also owns the iconic Hollywood Bowl, and The Ford, providing County residents with valuable entertainment and cultural resources.

3.      I manage an annual budget of $322 million and provide strategic leadership for department-wide initiatives that promote recreation access, environmental stewardship, and social equity. I develop and implement policies, establish organizational priorities, and collaborate with County departments, community organizations, and external partners to address community needs and improve service delivery. I also oversee major programs, capital projects, emergency response and recovery efforts, workforce development initiatives, and community engagement strategies. These responsibilities provide me with direct knowledge of the Department's operations, policies, programs, and their impact on Los Angeles County residents.

4.      LA County Parks also provides programming to support LA County residents at all stages of life. Examples of our programming include youth sports, teen programs, cultural events, after-school programs, recreation classes, aquatics programming, nature center programs, senior programs and volunteer activities, and a healthy free snack and lunch programs for kids, summer concerts and outdoor movie nights, Youth@Work, seasonal celebrations, and youth golf programs, among others.

5.      LA County Parks facilities have always been popular recreational venues for Los Angeles County residents and visitors. LA County Parks prides itself on providing healthy choices for programming for both adults and children, keeping them in safe and productive environments. But beginning in June of 2025, federal immigration enforcement officers conducted large-scale raids throughout the County without notice to LA County Parks. This caused panic and fear for many of our patrons, regardless of their immigration status. As a result, we saw decreased numbers of visitors at many of our facilities and decreased participation in our

programming. These incidents also resulted in significant financial cost to the County. For example:

6. On June 11, 2025, ICE detained community members at LA County Parks' Whittier Narrows Recreation Area. A constituent informed a County Parks employee that he was a U.S. citizen but had been stopped and detained, nonetheless. An ICE agent also videotaped our employee, who was clearly identifiable as County employee because he was wearing County Park identification badge and an LA County Parks shirt, and driving a county vehicle. Our Regional Park Superintendent, Recreation Supervisor, and Regional Operations Manager were all required to arrive at the scene. Immigration enforcement activity in June disrupted visits and facility rentals at Whittier Narrows Recreation Area, resulting in lost revenue from soccer and baseball leagues that canceled reservations due to public safety concerns.

7. Every year, Whittier Narrows Recreation Area hosts a Fall Fair sponsored by a community partner. The partner reported the 2025 Fall Fair experienced a 50 percent decline in attendance due to ICE enforcement activity.

8. ICE enforcement operations have contributed to a notable decrease in participation in sports activities like baseball and softball. For example, the East Agency's baseball and softball program saw an appreciable decline in attendance at practices and scheduled games. This disrupted league schedules and resulted in numerous game forfeitures at LA County Parks. Ultimately, it compromised the ability of many youth athletes to fully engage in sports programming. It also resulted in costs for baseball and softball officials.

9. The raids also affected participation in senior programming. Senior programming is essential to address isolation in the senior community, provide

-5-
DECLARATION OF NORMA EDITH GARCÍA-GONZALEZ

nutrition services, offer health screenings, and promote healthy, active lifestyles. LA County Parks recorded - 84,085 senior program visits from June – October 2025, compared with 97,636 visits from January – May 2026. Additionally, near Bassett Park, a participant in the Bassett Park Senior Program was detained by immigration enforcement officers while in the area. The officers were reportedly operating unmarked vehicles.

10.    At Belvedere Community Regional Park, a long-anticipated community event for a Fourth of July drone show was cancelled due to concerns about public safety in case of a large-scale immigration enforcement action.

11.    At dozens of parks, Summer Concert & Movies events were cancelled in June 2025 in response to community concerns regarding ICE activity and its impact on attendance, participation, and public safety. The Summer Concert & Movies programming was rescheduled to begin on August 21 and continued through September.

12.    At Santa Fe Dam Regional Park, Whittier Narrows Recreational Area, and Peter F. Schabarum Park, daily attendance, facility rentals revenue, and parking revenue saw a decrease from June 2025 to December 2025, due to the raids.

13.    Overnight Family Camping attendance was down 40 percent across the entire program, due to ICE activity during the months of June-August of 2025. This resulted in loss of revenue from program fees.

14.    Attendance at Youth Fishing Derbies was also down by 20 percent, resulting in lost revenue from parking fees.

DECLARATION OF NORMA EDITH GARCÍA-GONZALEZ

15.    In addition to the effects felt by our patrons, there has also been fear and anxiety amongst our own LA County Parks staff. In January 2026, two LA County Parks employees in LA County Parks uniforms were harassed by ICE officers at Whittier Narrows Recreation Area. Two vehicles entered the recreation parking area without paying and went directly to the employees to question them about their citizenship status. The employees who work on our grounds maintenance team wore their County issued uniforms and were operating County equipment. During the encounter, one ICE officer grabbed the employee by the strap of his backpack blower while repeatedly asking him if he was a U.S. Citizen. After the employees confirmed their citizenship status, the two vehicles sped out of the parking lot.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on this 25th day of June, 2026, in the County of Los Angeles, California.

NORMA EDITH GARCÍA-GONZALEZ

-7-
DECLARATION OF NORMA EDITH GARCÍA-GONZALEZ