HYDEE FELDSTEIN SOTO (SBN 106866)
City Attorney
hydee.feldsteinsoto@lacity.org
VALERIE L. FLORES (SBN 138572)
valerie.flores@lacity.org
MICHAEL J. DUNDAS (SBN 226930)
mike.dundas@lacity.org
MARIA LOUISE COUSINEAU (SBN 122280)
maria.cousineau@lacity.org
RANDALL G. SOMMER (SBN 214099)
randall.sommer@lacity.org
SHUBHRA SHIVPURI (SBN 295534)
shubhra.shivpuri@lacity.org
OFFICE OF THE LOS ANGELES CITY ATTORNEY
City Hall 200 North Spring Street 21st Floor
Los Angeles, CA 90012-4130
Tel.: 213-922-8382; Fax: 213-978-7957

*Attorneys for Intervenor City of Los Angeles*

E. MARTIN ESTRADA (SBN 223802)
martin.estrada@mto.com
DANIEL B. LEVIN (SBN 226044)
daniel.levin@mto.com
JOHN L. SCHWAB (SBN 301386)
john.schwab@mto.com
V. GRACE DAVIS (SBN 336732)
grace.davisfisher@mto.com
V. ROMAN LEAL (SBN 348892)
roman.leal@mto.com
WENDY QIUYU XIAO (SBN 342702)
wendy.xiao@mto.com
MUNGER, TOLLES & OLSON LLP
350 South Grand Avenue 50th Floor
Los Angeles, California 90071
Tel.: 213-683-9100; Fax: 213-687-3702

*Attorneys for Intervenors Cities of Los Angeles, Anaheim, Bell Gardens, Beverly Hills, Carpinteria, Culver City, Huntington Park, Long Beach, Lynwood, Montebello, Monterey Park, Oxnard, Paramount, Pico Rivera, Pomona, Santa Ana, Santa Barbara, Santa Monica, South Gate, and West Hollywood*

NICOLE DAVIS TINKHAM (SBN 229592)
ntinkham@counsel.lacounty.gov
LILIANA CAMPOS (SBN 255753)
lcampos@counsel.lacounty.gov
BRIGIT GREESON ALVAREZ (SBN 237301)
bgreesonalvarez@counsel.lacounty.gov
OFFICE OF THE COUNTY COUNSEL
648 Kenneth Hahn Hall of Admin.,
500 West Temple Street
Los Angeles, California 90012-2713
Tel.: 213-808-8736; Fax: 213-633-1915

*Attorneys for Intervenor County of Los Angeles*

MICHELE BEAL BAGNERIS (SBN 115423)
City Attorney
mbagneris@cityofpasadena.net
ARNOLD F. LEE (SBN 278610)
aflee@cityofpasadena.net
ANDREW AARONIAN (SBN 318245)
aaaronian@cityofpasadena.net
OFFICE OF THE CITY ATTORNEY OF PASADENA
100 N Garfield Ave, Rm N-210
Pasadena, CA 91101
Tel.: 626-744-4141; Fax: 626-744-4190

*Attorneys for Intervenor City of Pasadena*

NORMAN L. EISEN*
Norman@democracydefenders.org
STEPHEN A. JONAS (SBN 542005)
Steve@democracydefenders.org
JOSHUA G. KOLB*
Joshua@democracydefenders.org
DEMOCRACY DEFENDERS FUND
600 Pennsylvania Ave. SE, Suite 15180
Washington, DC 20003
Tel: (202) 594-9958

*Admitted Pro Hac Vice

*Attorneys for Intervenor City of Los Angeles*

DECLARATION OF FRANK RAMOS

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

Pedro VASQUEZ PERDOMO; Carlos Alexander OSORTO; and Isaac VILLEGAS MOLINA; Jorge HERNANDEZ VIRAMONTES; Jason Brian GAVIDIA; LOS ANGELES WORKER CENTER NETWORK; UNITED FARM WORKERS; COALITION FOR HUMANE IMMIGRANT RIGHTS; IMMIGRANT DEFENDERS LAW CENTER,

*Plaintiffs*,

v.

Markwayne MULLIN, in his official capacity as Secretary, Department of Homeland Security; Todd M. LYONS, in his official capacity as Acting Director, U.S. Immigration and Customs Enforcement; Rodney S. SCOTT, in his official capacity as Commissioner, U.S. Customs and Border Patrol; Michael W. BANKS, in his official capacity as Chief of U.S. Border Patrol; Kash PATEL, in his official capacity as Director, Federal Bureau of Investigation; Pam BONDI, in her official capacity as U.S. Attorney General; Jaime RIOS, in his official capacity as Acting Field Office Director for Los Angeles, U.S. Immigration and Customs Enforcement; Dean T. SORENSON, Special Agent in Charge for Los Angeles, Homeland Security Investigations, U.S. Immigration and Customs Enforcement; Gregory K. BOVINO, in his official capacity as Chief Patrol Agent for El Centro Sector of the U.S. Border Patrol; Justin DE LA TORRE, in his official capacity as Acting Chief Patrol Agent, San Diego Sector of the U.S. Border Patrol; Akil DAVIS, in his official capacity as Assistant Director in Charge, Los Angeles Office, Federal Bureau of Investigation; Bilal A. ESSAYLI, in his official capacity as U.S. Attorney for the Central District of California.

*Defendants*,

Case No.: 2:25-cv-05605-MEMF-SP

**DECLARATION OF FRANK RAMOS**

-2-

DECLARATION OF FRANK RAMOS

## **DECLARATION OF FRANK RAMOS**

I, Frank Ramos, do declare or state pursuant to 28 U.S.C. § 1746 as follows:

1.      I am a witness for Intervenor the County of Los Angeles ("L.A. County") in the above-captioned case of *Perdomo v. Noem*, Case No. 25-cv-05605-MEMF, in the U.S. District Court for the Central District of California.  I make this declaration based on personal knowledge, except for those facts specifically stated to be based on information and belief, in support of a Motion for Joinder In the Plaintiffs' Motion for a Preliminary Injunction in the *Perdomo* case.  If called as a witness, I could and would testify competently to the matters set forth in this declaration.

2.      Since 1993, I have been continuously employed with the County of Los Angeles ("L.A. County") in various roles at the Department of Children and Family Services ("DCFS"), L.A. County's child protection agency. I began my DCFS employment as a Children's Social Worker II and was later promoted to supervisory and management positions. Currently, I serve as the DCFS Deputy Director who oversees the Bureau of Specialized Response Services.

3.      The core mission and function of DCFS is to ensure the safety and protection of some of the most vulnerable children in L.A. County, those who have been abused and/or neglected. In many cases, we must temporarily remove children from their homes and provide placement services while working toward family reunification, and when required, provide permanent placement services. DCFS provides child protection services around the clock, seven days a week and every day of the year, and it is always ready to conduct an extremely time-sensitive child welfare investigation, even after normal business hours anywhere within the geographical boundaries of L.A. County.

4.      DCFS is organized into regional offices as well as specialized divisions. It currently has a total of 8,938 employees, both full-time/permanent and part-time/temporary employees, and 4,134 are Children's Social Workers (CSW).

-3-
DECLARATION OF FRANK RAMOS

5.      As of June 2025, DCFS is serving 18,650 children, youth, and non-minor dependents under its jurisdiction. The children and youth are ages birth until they turn 18 years old. The non-minor dependents are 18-21 years old.

6.      In both emergency situations and in our routine work, it is critical that DCFS social workers build trust with the children and families with whom we work. Because of what we understand to be the generalized and persistent fear of the aggressive and indiscriminate immigration enforcement of those we serve since June of this year, our social workers have faced increasing indications of distrust, fear, and anxiety among the population we serve, which has made our work more difficult.

7.      Through my role, I oversee the Emergency Response Command Post, the DCFS Child Protection Hotline ("Hotline"),[1] the Runaway Outreach Unit, the Commercially Sexually Exploited Children Unit, the Placement Support Division, and the Multi-Agency Response Team ("MART").

8.      MART works in collaboration with law enforcement to provide emergency protective services to children identified in homes associated with high levels of illegal gang, firearm, and narcotic activity, as well as investigating other high profile "intelligence sensitive" child endangerment cases. (See DCFS Procedural Guide 0070-548.09.)

9.      As I have come to understand in my role at DCFS, beginning on June 6, 2025, massive and indiscriminate immigration enforcement raids in this area by U.S. Immigration and Customs Enforcement ("ICE") have resulted in members of the community being fearful of my staff working with or being ICE agents.

---

[1] The Hotline operates a child protection telephone hotline 24 hours a day, seven days a week, every day of the year. People who know, or reasonably suspect, that a child is the victim of abuse or neglect can call the Hotline to report their concerns. Our social workers take those calls, assess them, and, when appropriate, assign them to a social worker for investigation.

-4-
DECLARATION OF FRANK RAMOS

10.    I received reports of an incident on the morning of June 16, 2025, in which DCFS MART personnel were assisting the Los Angeles Sheriff's Department ("LASD") Safe Street Unit in executing a warrant with the LASD Homicide Bureau at a residence at LASD's request, non-confidential details of which I summarize here.[2] We were informed by the LASD Homicide Bureau that the target of the law enforcement operation was a woman who had an arrest/search warrant for aiding and abetting a homicide. Additionally, the DCFS Belvedere Regional Office also had an open case involving a child at the same residence. During the execution of the warrant, a MART social worker was present to provide child protective services to this child.

11.    During the execution of the warrant, a crowd gathered and began shouting profanities at the DCFS MART social worker. The shouts from the crowd indicated that they believed our social worker was actually an ICE/immigration agent. Despite our social worker showing a DCFS identification card, several individuals continued to mistakenly claim that our MART staff and LASD deputies were associated with ICE.

12.    LASD deputies quickly intervened to deescalate the situation. While the child was safely transferred to MART's care, the DCFS social worker's vehicle, as well as another DCFS aide's vehicle were damaged by at least one individual in the crowd during the confusion. A criminal report was later filed in connection with this incident.

13.    Following the events of June 16, 2025, MART altered its procedures by instructing its staff to meet law enforcement at their precincts, instead of meeting

---

[2] This paragraph and the following arguably contain confidential juvenile case file information, access to which is restricted under applicable laws, including, but not necessarily limited to, California Welfare and Institutions Code sections 827 and 10850.

DECLARATION OF FRANK RAMOS

them in the community, including at residences, in order to reduce the safety risk to DCFS staff and the children we serve.

14.    As a result of this change in procedure, DCFS MART social workers are not present during local law enforcement operations to immediately take the children into custody. Instead, they now take custody of the children after the law enforcement officers bring them to the precinct stations. This process delays the ability of DCFS social workers to take custody of the children by one to two hours, approximately.

15.    In my experience, when already vulnerable children are taken into custody during typically frightening situations by law enforcement officers, they suffer greater trauma than if they were met at their homes by DCFS social workers trained to work with abused and neglected children at their homes. Further, DCFS social workers can more easily interview family members and neighbors at or near the child's home at the time of the parent or guardian's arrest to locate a suitable guardian who can care for the child when the child is removed from the custody of the parent or guardian under arrest. When they are not present at the time of arrest, the DCFS social workers must go to the residences at a later time and attempt to locate and interview these potential guardians.

16.    Thus, because of their confusion that members of the community have indicated between DCFS social workers and agents conducting the federal government's aggressive and indiscriminate enforcement effort, DCFS's work with the families of the children has been complicated by the ICE raids. Families indicate their distrust of the government, and they cannot have confidence that we are a legitimate organization there to help the families, because there are people out there without badges and with masks making sweeping immigration arrests. Another result of this kind of enforcement is our fear is that we may not be able to develop with the families a plan to return some of the children. This situation has caused us

-6-
DECLARATION OF FRANK RAMOS

in DCFS management uncertainty, and heightened effort, in deciding what courses of action to take with families in order to rebuild that trust.

17.    As a result of the necessary change in procedures, I expect based on my experience that children may suffer greater trauma in already difficult situations, and that DCFS social workers can expect to undertake significant additional time and effort to locate suitable guardians for these children.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on this 11th day of August 2025, in the County of Los Angeles, California.

Frank Ramos

DECLARATION OF FRANK RAMOS