HYDEE FELDSTEIN SOTO
(SBN 106866)
City Attorney
hydee.feldsteinsoto@lacity.org
VALERIE L. FLORES (SBN 138572)
valerie.flores@lacity.org
MICHAEL J. DUNDAS (SBN 226930)
mike.dundas@lacity.org
MARIA LOUISE COUSINEAU
(SBN 122280)
maria.cousineau@lacity.org
RANDALL G. SOMMER
(SBN 214099)
randall.sommer@lacity.org
SHUBHRA SHIVPURI (SBN 295534)
shubhra.shivpuri@lacity.org
OFFICE OF THE LOS ANGELES
CITY ATTORNEY
City Hall 200 North Spring Street
21st Floor
Los Angeles, CA 90012-4130
Tel.: 213-922-8382; Fax: 213-978-7957

*Attorneys for Intervenor
City of Los Angeles*

E. MARTIN ESTRADA
(SBN 223802)
martin.estrada@mto.com
DANIEL B. LEVIN (SBN 226044)
daniel.levin@mto.com
JOHN L. SCHWAB (SBN 301386)
john.schwab@mto.com
V. GRACE DAVIS (SBN 336732)
grace.davisfisher@mto.com
V. ROMAN LEAL (SBN 348892)
roman.leal@mto.com
WENDY QIUYU XIAO (SBN 342702)
wendy.xiao@mto.com
MUNGER, TOLLES & OLSON LLP
350 South Grand Avenue
50th Floor
Los Angeles, California 90071
Tel.: 213-683-9100; Fax: 213-687-3702

*Attorneys for Intervenors Cities of Los
Angeles, Anaheim, Bell Gardens, Beverly
Hills, Carpinteria, Culver City,
Huntington Park, Long Beach, Lynwood,
Montebello, Monterey Park, Oxnard,
Paramount, Pico Rivera, Pomona, Santa
Ana, Santa Barbara, Santa Monica,
South Gate, and West Hollywood*

NICOLE DAVIS TINKHAM (SBN 229592)
ntinkham@counsel.lacounty.gov
LILIANA CAMPOS (SBN 255753)
lcampos@counsel.lacounty.gov
BRIGIT GREESON ALVAREZ (SBN 237301)
bgreesonalvarez@counsel.lacounty.gov
OFFICE OF THE COUNTY COUNSEL
648 Kenneth Hahn Hall of Admin.,
500 West Temple Street
Los Angeles, California 90012-2713
Tel.: 213-808-8736; Fax: 213-633-1915

*Attorneys for Intervenor County of Los
Angeles*

MICHELE BEAL BAGNERIS (SBN 115423)
City Attorney
mbagneris@cityofpasadena.net
ARNOLD F. LEE (SBN 278610)
aflee@cityofpasadena.net
ANDREW AARONIAN (SBN 318245)
aaaronian@cityofpasadena.net
OFFICE OF THE CITY ATTORNEY
OF PASADENA
100 N Garfield Ave, Rm N-210
Pasadena, CA 91101
Tel.: 626-744-4141; Fax: 626-744-4190

*Attorneys for Intervenor City of Pasadena*

NORMAN L. EISEN*
Norman@democracydefenders.org
STEPHEN A. JONAS (SBN 542005)
Steve@democracydefenders.org
JOSHUA G. KOLB*
Joshua@democracydefenders.org
DEMOCRACY DEFENDERS FUND
600 Pennsylvania Ave. SE, Suite 15180
Washington, DC 20003
Tel: (202) 594-9958

*Admitted *Pro Hac Vice*

*Attorneys for Intervenor City of Los
Angeles*

DECLARATION OF JASON SKEEN

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

Pedro VASQUEZ PERDOMO; Carlos Alexander OSORTO; and Isaac VILLEGAS MOLINA; Jorge HERNANDEZ VIRAMONTES; Jason Brian GAVIDIA; LOS ANGELES WORKER CENTER NETWORK; UNITED FARM WORKERS; COALITION FOR HUMANE IMMIGRANT RIGHTS; IMMIGRANT DEFENDERS LAW CENTER,

*Plaintiffs*,

v.

Markwayne MULLIN, in his official capacity as Secretary, Department of Homeland Security; Todd M. LYONS, in his official capacity as Acting Director, U.S. Immigration and Customs Enforcement; Rodney S. SCOTT, in his official capacity as Commissioner, U.S. Customs and Border Patrol; Michael W. BANKS, in his official capacity as Chief of U.S. Border Patrol; Kash PATEL, in his official capacity as Director, Federal Bureau of Investigation; Pam BONDI, in her official capacity as U.S. Attorney General; Jaime RIOS, in his official capacity as Acting Field Office Director for Los Angeles, U.S. Immigration and Customs Enforcement; Dean T. SORENSON, Special Agent in Charge for Los Angeles, Homeland Security Investigations, U.S. Immigration and Customs Enforcement; Gregory K. BOVINO, in his official capacity as Chief Patrol Agent for El Centro Sector of the U.S. Border Patrol; Justin DE LA TORRE, in his official capacity as Acting Chief Patrol Agent, San Diego Sector of the U.S. Border Patrol; Akil DAVIS, in his official capacity as Assistant Director in Charge, Los Angeles Office, Federal Bureau of Investigation; Bilal A. ESSAYLI, in his official capacity as U.S. Attorney for the Central District of California.

*Defendants*,

Case No.: 2:25-cv-05605-MEMF-SP

**DECLARATION OF JASON A. SKEEN**

-2-

DECLARATION OF JASON SKEEN

## DECLARATION OF JASON A. SKEEN

I, Jason A. Skeen, do declare or state pursuant to 28 U.S.C. § 1746 as follows:

1.     I am a witness for Intervenor the County of Los Angeles ("L.A. County") in the above-captioned case of *Perdomo v. Mullin*, Case No. 25-cv-05605-MEMF, in the U.S. District Court for the Central District of California.  I make this declaration based on personal knowledge, except for those facts specifically stated to be based on information and belief, in support of a Motion for Joinder in the Plaintiffs' Motion for a Preliminary Injunction in the *Perdomo* case.  If called as a witness, I could and would testify competently to the matters set forth in this declaration.

2.     I am the Assistant Sheriff of Countywide Operations and a member of the Senior Executive Staff at the Los Angeles County Sheriff's Department ("LASD").

3.     LASD is the largest Sheriff's Department in the United States, with nearly 18,000 sworn deputies and other staff. Our mission is to partner with the community to proactively prevent crime, enforce the law fairly, and enhance the public's trust through transparency and accountability.

4.     LASD is divided into a number of different divisions, which include regional patrol divisions/stations ("Patrol Operations") and specialized divisions such as Detective, Countywide Services, Special Operations, Court Services, and Custody Services, among others. As part of my role, I oversee the Detective Division, Special Operations Division, all transit systems in the area that link to the Metro system outside of the City of Los Angeles, all courthouses, all County buildings, and all joint task forces.

5.     Since June 6, 2025, federal immigration enforcement agents have conducted raids throughout Los Angeles County ("L.A. County").

-3-

DECLARATION OF JASON SKEEN

6. I have been made aware that since the raids began, LASD detectives and deputies have observed community members reporting widespread fear of federal agents among L.A. County residents as well as a significant increase in distrust of LASD personnel.

7. During this time, I have been made aware of reports that L.A. County residents have misperceived routine LASD law enforcement activities as being U.S. Immigrations and Customs Enforcement ("ICE") immigration enforcement operations. During some of those incidents, crowds have gathered in response to what they perceive as immigration enforcement activities, at times blocking the streets in protest. For example, I have been made aware that on or about June 16, 2025, a crowd of residents in South Los Angeles confronted LASD deputies conducting a law enforcement investigation unrelated to immigration enforcement because they believed LASD deputies to be acting in concert with ICE.

8. As a result of these incidents, I have been informed that LASD has altered the protocol and practices of the Detective Division to require additional planning to prepare for and account for their likely reoccurrence during law enforcement investigations and operations. The team briefing locations have been moved, and additional personnel have been added to certain enforcement operations. These changes in protocol have required additional time, costs, personnel, and use of resources for routine law enforcement operations. For example, the raids required our personnel to devote additional time to intelligence reporting.

9. In addition, I have been made aware that because LASD personnel are often called to the site of immigration raids in progress when there are concerns about the safety of federal agents, residents have expressed anger and mistrust towards our personnel because of the mistaken belief that they are cooperating with federal agents in immigration enforcement activities. This anger and mistrust are well-documented on social media.

DECLARATION OF JASON SKEEN

10. I am aware that, during periods of civil unrest in L.A. County, numerous statements have been made by community members on social media and to our personnel in the field (as documented in media reports) accusing many of our personnel of working with federal agents to assist or protect federal immigration enforcement officials. It was largely – if not completely – due to this mistaken belief of LASD cooperation with ICE that LASD buildings were vandalized, and additional LASD personnel were mobilized to protect our property. At one point, LASD personnel had fireworks thrown at them, with one employee suffering burns to the upper torso.

11. As a result of this and other aspects of the federal immigration raids and our comprehensive response to the civil unrest, I have been informed that LASD incurred approximately over $7 million in costs to address just the civil unrest alone.

12. LASD has also borne some of these costs from confusion within the community as to whether a federal immigration enforcement action might instead be a crime in progress. For example, I was made aware that on March 13, 2026, LASD responded to the scene after a panicked woman called 911 to report that a "screaming" female had been kidnapped by two men wearing black shirts in a grey Nissan with tinted windows. She reported that there was no license plate on the car, a fact LASD is aware often indicates a vehicle may have been stolen.

13. Multiple LASD personnel with multiple vehicles initiated a high-risk felony stop, ordering everyone out of the car at gunpoint. Upon investigation, it was revealed that the individuals were ICE agents allegedly executing an administrative warrant. It was also revealed that the Nissan's license plate had a plastic cover over it, which LASD later confirmed is against ICE policy. I am aware that LASD had not been alerted of this immigration enforcement in advance. These types of incidents create grave safety risks for the community, responding officers, and federal immigration enforcement officials as well.

-5-

DECLARATION OF JASON SKEEN

14.    LASD provided body camera footage of this incident to County Counsel.  County Counsel then shared these videos with me.  The first video located at: https://mto.box.com/s/588fzlv3dpi34nif71f4y7107781tk2s shows an LASD officer responding to the scene and speaking with an ICE agent.  The LASD officer on camera asks ICE to provide advance notice when they are conducting operations in a local police district or area controlled by sheriffs.  I viewed this video at Box.com and verify that it is the same video that County Counsel provided to me.  The second video located at https://mto.box.com/s/5r4wh3pikpw5ra4mnmmc29w8041j6e5q is of an LASD sergeant speaking with an ICE supervisor about the incident.  I viewed this video at Box.com and verify that it is the video County Counsel provided to me.  I understand that neither of these videos has been modified or edited.

15.    When the communities we serve do not trust us as a law enforcement agency, our work becomes more challenging.  We rely on witnesses to come forward and provide information necessary to conduct full investigations and solve crimes, and our personnel have reported that witnesses have been reluctant to provide information to or identify themselves out of fear that the information will be shared with federal immigration agents.  Such shifts in attitudes towards our law enforcement officers thus hinder our ability to investigate crimes and hold criminals accountable.

16.    Finally, I have been made aware that federal immigration-related arrests have taken place at or near our courthouses.  I have been informed that individuals were detained and taken into custody by immigration enforcement officials as they were coming out of courtrooms or courthouses at least a dozen times.  This could have the implication of individuals being reluctant to attend their court dates.

-6-
DECLARATION OF JASON SKEEN

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on this 26th day of June, 2026, in the County of Los Angeles, California.

*Jason Skeen*

JASON A. SKEEN

-7-

DECLARATION OF JASON SKEEN