HYDEE FELDSTEIN SOTO (SBN 106866)
City Attorney
hydee.feldsteinsoto@lacity.org
VALERIE L. FLORES (SBN 138572)
valerie.flores@lacity.org
MICHAEL J. DUNDAS (SBN 226930)
mike.dundas@lacity.org
MARIA LOUISE COUSINEAU (SBN 122280)
maria.cousineau@lacity.org
RANDALL G. SOMMER (SBN 214099)
randall.sommer@lacity.org
SHUBHRA SHIVPURI (SBN 295534)
shubhra.shivpuri@lacity.org
OFFICE OF THE LOS ANGELES CITY ATTORNEY
City Hall 200 North Spring Street
21st Floor
Los Angeles, CA 90012-4130
Tel.: 213-922-8382; Fax: 213-978-7957

*Attorneys for Intervenor
City of Los Angeles*

E. MARTIN ESTRADA (SBN 223802)
martin.estrada@mto.com
DANIEL B. LEVIN (SBN 226044)
daniel.levin@mto.com
JOHN L. SCHWAB (SBN 301386)
john.schwab@mto.com
V. GRACE DAVIS (SBN 336732)
grace.davisfisher@mto.com
V. ROMAN LEAL (SBN 348892)
roman.leal@mto.com
WENDY QIUYU XIAO (SBN 342702)
wendy.xiao@mto.com
MUNGER, TOLLES & OLSON LLP
350 South Grand Avenue
50th Floor
Los Angeles, California 90071
Tel.: 213-683-9100; Fax: 213-687-3702

*Attorneys for Intervenors Cities of Los Angeles, Anaheim, Bell Gardens, Beverly Hills, Carpinteria, Culver City, Huntington Park, Long Beach, Lynwood, Montebello, Monterey Park, Oxnard, Paramount, Pico Rivera, Pomona, Santa Ana, Santa Barbara, Santa Monica, South Gate, and West Hollywood*

NICOLE DAVIS TINKHAM (SBN 229592)
ntinkham@counsel.lacounty.gov
LILIANA CAMPOS (SBN 255753)
lcampos@counsel.lacounty.gov
BRIGIT GREESON ALVAREZ (SBN 237301)
bgreesonalvarez@counsel.lacounty.gov
OFFICE OF THE COUNTY COUNSEL
648 Kenneth Hahn Hall of Admin.,
500 West Temple Street
Los Angeles, California 90012-2713
Tel.: 213-808-8736; Fax: 213-633-1915

*Attorneys for Intervenor County of Los Angeles*

MICHELE BEAL BAGNERIS (SBN 115423)
City Attorney
mbagneris@cityofpasadena.net
ARNOLD F. LEE (SBN 278610)
aflee@cityofpasadena.net
ANDREW AARONIAN (SBN 318245)
aaaronian@cityofpasadena.net
OFFICE OF THE CITY ATTORNEY OF PASADENA
100 N Garfield Ave, Rm N-210
Pasadena, CA 91101
Tel.: 626-744-4141; Fax: 626-744-4190

*Attorneys for Intervenor City of Pasadena*

NORMAN L. EISEN*
Norman@democracydefenders.org
STEPHEN A. JONAS (SBN 542005)
Steve@democracydefenders.org
JOSHUA G. KOLB*
Joshua@democracydefenders.org
DEMOCRACY DEFENDERS FUND
600 Pennsylvania Ave. SE, Suite 15180
Washington, DC 20003
Tel: (202) 594-9958

*Admitted Pro Hac Vice

*Attorneys for Intervenor City of Los Angeles*

DECLARATION OF JESSE WALKER-LANZ

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

Pedro VASQUEZ PERDOMO; Carlos Alexander OSORTO; and Isaac VILLEGAS MOLINA; Jorge HERNANDEZ VIRAMONTES; Jason Brian GAVIDIA; LOS ANGELES WORKER CENTER NETWORK; UNITED FARM WORKERS; COALITION FOR HUMANE IMMIGRANT RIGHTS; IMMIGRANT DEFENDERS LAW CENTER,

*Plaintiffs*,

v.

Markwayne MULLIN, in his official capacity as Secretary, Department of Homeland Security; Todd M. LYONS, in his official capacity as Acting Director, U.S. Immigration and Customs Enforcement; Rodney S. SCOTT, in his official capacity as Commissioner, U.S. Customs and Border Patrol; Michael W. BANKS, in his official capacity as Chief of U.S. Border Patrol; Kash PATEL, in his official capacity as Director, Federal Bureau of Investigation; Pam BONDI, in her official capacity as U.S. Attorney General; Jaime RIOS, in his official capacity as Acting Field Office Director for Los Angeles, U.S. Immigration and Customs Enforcement; Dean T. SORENSON, Special Agent in Charge for Los Angeles, Homeland Security Investigations, U.S. Immigration and Customs Enforcement; Gregory K. BOVINO, in his official capacity as Chief Patrol Agent for El Centro Sector of the U.S. Border Patrol; Justin DE LA TORRE, in his official capacity as Acting Chief Patrol Agent, San Diego Sector of the U.S. Border Patrol; Akil DAVIS, in his official capacity as Assistant Director in Charge, Los Angeles Office, Federal Bureau of Investigation; Bilal A. ESSAYLI, in his official capacity as U.S. Attorney for the Central District of California.

*Defendants*,

Case No.: 2:25-cv-05605-MEMF-SP

**DECLARATION OF JESSE WALKER-LANZ**

-2-

DECLARATION OF JESSE WALKER-LANZ

**DECLARATION OF JESSE WALKER-LANZ**

I, Jesse Walker-Lanz, do declare or state pursuant to 28 U.S.C. § 1746 as follows:

1.      I am a witness for Intervenor the County of Los Angeles in the above-captioned case of *Perdomo, et al. v. Mullin, et al.*, Case No. 25-cv-05605-MEMF, in the U.S. District Court for the Central District of California.  I make this declaration based on personal knowledge, my professional duties, and my review of official records in support of a Motion for Joinder in the Plaintiffs' Motion for a Preliminary Injunction in the *Perdomo* case. If called as a witness, I could and would testify competently to the matters set forth in this declaration.

2.      I am the Deputy Director of Public Services at the LA County Library. I oversee operations of the County's 86 library locations, and through subordinate administrators and managers, nearly all of the frontline staff providing programs and services at each branch. As such, any occurrences that significantly impact programs and services are reported to me as a part of my purview within the organization.

3.      Founded in 1912, LA County Library is one of the largest and most innovative library systems in the United States that provides community responsive and dynamic collections, programs, and services to meet the literacy, information, personal enrichment, and entertainment needs of the County's more than 10 million residents. LA County Library has served 3.4 million residents across 3,000 square miles through its 86 libraries, four Cultural Resource Centers, and mobile fleet. The libraries serve as community spaces where residents, including children, adults, and seniors, can gather, receive educational programming, access resources and feel safe.

4.      Examples of our programming include: Smarty Pants Storytime programs to support the early learning of toddlers and preschoolers and their parents and caregivers; STAR tutoring, which provides free, small-group tutoring for children in grades 1-6 in reading and math; Work Ready workshops and career

resources for job seekers; Citizenship classes and resources for immigrants; technology programs for older adults; MakMo mobile makerspace workshops to support STEAM (Science, Technology, Engineering Arts, & Math) programming for customers of all ages; and LEAP (Library Education & Access Program), which provides access to social workers and community health workers for resources, navigation, referrals to housing, and mental health support. LA County Library also provides free access to books, audiobooks, magazines, movies, and more in a variety of physical and digital formats, and technology in the form of free Wi-Fi, public computers, printing, and photocopying.

5.    Since June 6, 2025, federal immigration enforcement officers have conducted raids throughout Los Angeles County. There was considerable fear amongst all staff across immigration statuses related to the raids for their own wellbeing, and particularly on the wellbeing of our patrons. To address these concerns, we implemented guidelines and training for our staff on how to conduct themselves in the presence of U.S. Immigration and Customs Enforcement ("ICE").

6.    In the aftermath of the raids, we saw decreased numbers of visitors in many of our libraries. A comparison of library visitor rates in June 2024 versus June 2025 shows the following reductions in visitors at specific library branches that are located primarily in communities of color:

El Camino Real Library: -17%

Hacienda Heights Library: -11%

La Puente Library: -17%

Rosemead Library: -18%

South El Monte Library: -33%

Compton Library: -19%

Huntington Park Library: -16%

Pico Rivera Library: -12%

Duarte Library: -12%

-4-

DECLARATION OF JESSE WALKER-LANZ

Lancaster Library: -12%

7.    We saw visitor impacts of the raids first-hand. For example, on June 11, 2025, there was ICE presence at the shared civic center and South El Monte Library parking lot. In the following days and weeks, library staff noted many cancellations for registered programs as well as a significant decline in visitors and foot traffic.

8.    In addition to the reductions in visitors noted above, there were many instances in which community members stated they did not feel they could safely access library services or programs due to fear of federal immigration enforcement interactions. For example:

a.    At the Anthony Quinn Library, the parent of a child enrolled in Summer Stars cancelled due to ICE patrolling their neighborhood. Summer Stars is a no-cost, in-person group tutoring program designed to help children in need of educational support.

b.    Staff from the East Rancho Dominguez Library, at the Back-to-School Fair held at a nearby park, noticed that many patrons were leaving prematurely after picking up backpacks, school supplies, produce, and food. Patrons told a staff member that they were afraid to stay for the advertised raffles and activities because they were afraid ICE would show up.

c.    At the Florence Library, three students stated that they felt unsafe visiting the branch and asked if staff could guarantee that they would not be accosted if ICE showed up.

d.    Two teen volunteers who live within walking distance of the San Fernando Library stated that their parents were wary of them walking to the branch to volunteer because they worried that if detained by ICE, they would go missing. Although the teens were U.S. citizens, their parents feared that ICE would hold them for an indeterminate period without proper due process.

///

-5-

DECLARATION OF JESSE WALKER-LANZ

e. Also at the San Fernando Library, staff reported that regular patrons and families stopped coming into the library during publicized ICE raids and that the raids particularly impacted regulars of Lunch at the Library, a summer meal program that helps to promote food security by providing free lunches to youth ages 0 – 18 years at select library locations. Longtime patrons who feared household members would be detained by ICE opted to stay at home and limit library visits.

f. At the West Hollywood Library, attendance at Storytime dipped because caregivers were afraid to leave the home or travel to the library. One caregiver explained that a fellow caregiver had been taken by ICE from a park where she was with the child under her care for a playdate. After that incident, many caregivers were wary of going outside the home.

g. Also at the West Hollywood Library, a 6-year-old won tickets to Raging Waters waterpark in San Dimas. The family turned down the tickets because they were afraid to venture that far due to the raids. They had to speak with their 6-year-old about why she could not use the prize she won.

h. At the Artesia library, attendance for a citizenship class dropped to only 2-5 students, and staff suspected participants feared the possibility of federal immigration enforcement.

i. At the Los Nietos Library, staff received calls from the public asking if ICE was present at the library.

j. At the Sorensen Library, a teen volunteer cancelled their service due to ICE activity in the area.

k. At the Lennox Library, an older patron who regularly attends a Spanish-speaking support group on grief missed a session because federal immigration enforcement agents approached and greeted her as she approached the branch. She reported to a library manager that although she is a lawful resident, she

///

///

-6-

DECLARATION OF JESSE WALKER-LANZ

felt immense fear to the point of becoming physically ill. The facilitator shared that attendance at the grief group had significantly dropped.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on this 16th day of June 2026, in the County of Los Angeles, California.

_____
JESSE WALKER-LANZ

DECLARATION OF JESSE WALKER-LANZ