HYDEE FELDSTEIN SOTO
(SBN 106866)
City Attorney
hydee.feldsteinsoto@lacity.org
VALERIE L. FLORES (SBN 138572)
valerie.flores@lacity.org
MICHAEL J. DUNDAS (SBN 226930)
mike.dundas@lacity.org
MARIA LOUISE COUSINEAU
(SBN 122280)
maria.cousineau@lacity.org
RANDALL G. SOMMER
(SBN 214099)
randall.sommer@lacity.org
SHUBHRA SHIVPURI (SBN 295534)
shubhra.shivpuri@lacity.org
OFFICE OF THE LOS ANGELES
CITY ATTORNEY
City Hall 200 North Spring Street
21st Floor
Los Angeles, CA 90012-4130
Tel.: 213-922-8382; Fax: 213-978-7957

*Attorneys for Intervenor
City of Los Angeles*

E. MARTIN ESTRADA
(SBN 223802)
martin.estrada@mto.com
DANIEL B. LEVIN (SBN 226044)
daniel.levin@mto.com
JOHN L. SCHWAB (SBN 301386)
john.schwab@mto.com
V. GRACE DAVIS (SBN 336732)
grace.davisfisher@mto.com
V. ROMAN LEAL (SBN 348892)
roman.leal@mto.com
WENDY QIUYU XIAO (SBN 342702)
wendy.xiao@mto.com
MUNGER, TOLLES & OLSON LLP
350 South Grand Avenue
50th Floor
Los Angeles, California 90071
Tel.: 213-683-9100; Fax: 213-687-3702

*Attorneys for Intervenors Cities of Los
Angeles, Anaheim, Bell Gardens, Beverly
Hills, Carpinteria, Culver City,
Huntington Park, Long Beach, Lynwood,
Montebello, Monterey Park, Oxnard,
Paramount, Pico Rivera, Pomona, Santa
Ana, Santa Barbara, Santa Monica,
South Gate, and West Hollywood*

NICOLE DAVIS TINKHAM (SBN 229592)
ntinkham@counsel.lacounty.gov
LILIANA CAMPOS (SBN 255753)
lcampos@counsel.lacounty.gov
BRIGIT GREESON ALVAREZ (SBN 237301)
bgreesonalvarez@counsel.lacounty.gov
OFFICE OF THE COUNTY COUNSEL
648 Kenneth Hahn Hall of Admin.,
500 West Temple Street
Los Angeles, California 90012-2713
Tel.: 213-808-8736; Fax: 213-633-1915

*Attorneys for Intervenor County of Los
Angeles*

MICHELE BEAL BAGNERIS (SBN 115423)
City Attorney
mbagneris@cityofpasadena.net
ARNOLD F. LEE (SBN 278610)
aflee@cityofpasadena.net
ANDREW AARONIAN (SBN 318245)
aaaronian@cityofpasadena.net
OFFICE OF THE CITY ATTORNEY
OF PASADENA
100 N Garfield Ave, Rm N-210
Pasadena, CA 91101
Tel.: 626-744-4141; Fax: 626-744-4190

*Attorneys for Intervenor City of Pasadena*

NORMAN L. EISEN*
Norman@democracydefenders.org
STEPHEN A. JONAS (SBN 542005)
Steve@democracydefenders.org
JOSHUA G. KOLB*
Joshua@democracydefenders.org
DEMOCRACY DEFENDERS FUND
600 Pennsylvania Ave. SE, Suite 15180
Washington, DC 20003
Tel: (202) 594-9958

*Admitted Pro Hac Vice

*Attorneys for Intervenor City of Los
Angeles*

DECLARATION OF MICHAEL LYSTER

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

Pedro VASQUEZ PERDOMO; Carlos Alexander OSORTO; and Isaac VILLEGAS MOLINA; Jorge HERNANDEZ VIRAMONTES; Jason Brian GAVIDIA; LOS ANGELES WORKER CENTER NETWORK; UNITED FARM WORKERS; COALITION FOR HUMANE IMMIGRANT RIGHTS; IMMIGRANT DEFENDERS LAW CENTER,

*Plaintiffs*,

v.

Markwayne MULLIN, in his official capacity as Secretary, Department of Homeland Security; Todd M. LYONS, in his official capacity as Acting Director, U.S. Immigration and Customs Enforcement; Rodney S. SCOTT, in his official capacity as Commissioner, U.S. Customs and Border Patrol; Michael W. BANKS, in his official capacity as Chief of U.S. Border Patrol; Kash PATEL, in his official capacity as Director, Federal Bureau of Investigation; Pam BONDI, in her official capacity as U.S. Attorney General; Jaime RIOS, in his official capacity as Acting Field Office Director for Los Angeles, U.S. Immigration and Customs Enforcement; Dean T. SORENSON, Special Agent in Charge for Los Angeles, Homeland Security Investigations, U.S. Immigration and Customs Enforcement; Gregory K. BOVINO, in his official capacity as Chief Patrol Agent for El Centro Sector of the U.S. Border Patrol; Justin DE LA TORRE, in his official capacity as Acting Chief Patrol Agent, San Diego Sector of the U.S. Border Patrol; Akil DAVIS, in his official capacity as Assistant Director in Charge, Los Angeles Office, Federal Bureau of Investigation; Bilal A. ESSAYLI, in his official capacity as U.S. Attorney for the Central District of California.

*Defendants*,

Case No.: 2:25-cv-05605-MEMF-SP

**DECLARATION OF MICHAEL LYSTER**

-2-

DECLARATION OF MICHAEL LYSTER

## DECLARATION OF MICHAEL LYSTER

I, Michael Lyster, declare as follows:

1.    I am the Chief Communications Officer for the City of Anaheim.  I make this declaration in support of Plaintiffs' Motion for Preliminary Injunction. Except where identified as based on information and belief, I have personal knowledge of each of the statements below, and if called and sworn as a witness, I could and would testify competently to each of them.

2.    The City of Anaheim is a municipal corporation and a charter city of more than 350,000 residents, 20,000 businesses and more than 25 million yearly visitors. Fifty-three percent of the city's population is of Hispanic/Latino heritage, with about a third of residents having been born outside the country and immigrating to Anaheim. The City of Anaheim provides a full range of municipal services, including police, fire, electrical and water service, and extensive community services through community centers and libraries.

3.    I have served as Chief Communications Officer for nearly 12 years and have more than 20 years of prior experience as a journalist. As Chief Communications Officer, I take on a variety of hands-on operational roles that allow me to publicly address issues involving the City. Using my training as a journalist, I and my team directly investigate incidents of federal immigration enforcement, interview witnesses and talk with families who are directly impacted. I am also a liaison with the Anaheim Police Department, which is not involved in federal immigration enforcement but can be called upon to address incidents that arise involving public safety. I played a similar, albeit smaller, role during a period of stepped-up federal immigration enforcement from 2017 to 2021.

4.    Increased federal immigration enforcement in Anaheim since June 2025 has brought the most significant disruption to the City of Anaheim since the 2020 pandemic. The repercussions have been similar to the pandemic, with a large part of our immigrant population limiting outings outside the home, limiting

-3-
DECLARATION OF MICHAEL LYSTER

business activity, decreasing use of City programs and services, while also requiring increased City expenditures and resources.

5.    Our records indicate that more than 75 people have been detained by federal immigration agents within the City of Anaheim since mid-2025.  During this period, a dedicated city team has investigated more than 100 actual or suspected immigration enforcement incidents. In response, the City formed Anaheim Contigo, a program that provides emergency assistance, real-time information sharing and referrals to Anaheim residents concerning federal immigration enforcement concerns. Anaheim's City Council allocated $250,000 in funding for emergency assistance grants in July 2025 to help families impacted by enforcement. Emergency grants are used to help pay rent, utilities and other demonstrated expenses. In March 2026, Anaheim's City Council directed $100,000 for initial legal consultation upon detainment and referral to ongoing pro bono representation.

6.    A dedicated, four-person team in the Anaheim City Manager's Office works seven days a week monitoring, investigating and reporting on rumored and actual federal immigration enforcement incidents in Anaheim. Varying with levels of enforcement, the City team spends a third to half of its time each week working on providing accurate information about enforcement or suspected enforcement. Although the City shares publicly observable information, it does not share any sensitive surveillance information and does not impede or interfere with federal immigration enforcement. The City shares information to minimize rumors and speculation regarding enforcement, and to educate the residents in our community.

7.    The fear and disruption created by stepped-up unlawful federal immigration enforcement has resulted in an estimated 30 percent drop in attendance at City programs, community centers and libraries since early to mid-2025, based on actual participation numbers compiled by our Community Services Department. Additionally, some reporting from local businesses suggests that such enforcement

-4-

DECLARATION OF MICHAEL LYSTER

has reduced sales at local grocery stores, restaurants and other local service businesses. Local businesses also report having been negatively impacted when unlawful immigration enforcement operations detain employees, or frighten employees away from their jobs.

8.    The City of Anaheim continues to expend resources addressing concerns about the impact of increased unlawful federal immigration enforcement efforts. On multiple occasions, my staff and I have spoken with families that have been upended by the detainment of a head of household, leaving both minor and grown children (in nearly all cases American citizens) struggling with the disruptive consequences of losing a member of their household to immigration detention.

9.    Unlawful federal immigration enforcement also wastes and misdirects other City investments in the community. For example, Anaheim operates three Family Resource Centers, at which staff assess the family needs of residents, coordinate human services, distribute food and other necessities, and provide bilingual programs and supportive services for local families. Anaheim has observed a significant reduction in the number of residents using the resource centers after commencement of the recent unlawful immigration enforcement activities. City resources go unused and are wasted because residents are fearful of seeking them. Anaheim has also observed that fear of unlawful immigration enforcement has motivated some residents to avoid public transportation, which further inhibits their access to services and participation in the City's economy.

I declare under penalty of perjury of the laws of the State of California and the laws of the United States that the foregoing is true and correct.

Executed on April 22, 2026 in Anaheim, California.

_____
Michael Lyster

-5-

DECLARATION OF MICHAEL LYSTER