HYDEE FELDSTEIN SOTO
(SBN 106866)
City Attorney
hydee.feldsteinsoto@lacity.org
VALERIE L. FLORES (SBN 138572)
valerie.flores@lacity.org
MICHAEL J. DUNDAS (SBN 226930)
mike.dundas@lacity.org
MARIA LOUISE COUSINEAU
(SBN 122280)
maria.cousineau@lacity.org
RANDALL G. SOMMER
(SBN 214099)
randall.sommer@lacity.org
SHUBHRA SHIVPURI (SBN 295534)
shubhra.shivpuri@lacity.org
OFFICE OF THE LOS ANGELES
CITY ATTORNEY
City Hall 200 North Spring Street
21st Floor
Los Angeles, CA 90012-4130
Tel.: 213-922-8382; Fax: 213-978-7957

*Attorneys for Intervenor
City of Los Angeles*

E. MARTIN ESTRADA
(SBN 223802)
martin.estrada@mto.com
DANIEL B. LEVIN (SBN 226044)
daniel.levin@mto.com
JOHN L. SCHWAB (SBN 301386)
john.schwab@mto.com
V. GRACE DAVIS (SBN 336732)
grace.davisfisher@mto.com
V. ROMAN LEAL (SBN 348892)
roman.leal@mto.com
WENDY QIUYU XIAO (SBN 342702)
wendy.xiao@mto.com
MUNGER, TOLLES & OLSON LLP
350 South Grand Avenue
50th Floor
Los Angeles, California 90071
Tel.: 213-683-9100; Fax: 213-687-3702

*Attorneys for Intervenors Cities of Los
Angeles, Anaheim, Bell Gardens, Beverly
Hills, Carpinteria, Culver City,
Huntington Park, Long Beach, Lynwood,
Montebello, Monterey Park, Oxnard,
Paramount, Pico Rivera, Pomona, Santa
Ana, Santa Barbara, Santa Monica,
South Gate, and West Hollywood*

NICOLE DAVIS TINKHAM (SBN
229592)
ntinkham@counsel.lacounty.gov
LILIANA CAMPOS (SBN 255753)
lcampos@counsel.lacounty.gov
BRIGIT GREESON ALVAREZ (SBN
237301)
bgreesonalvarez@counsel.lacounty.gov
OFFICE OF THE COUNTY COUNSEL
648 Kenneth Hahn Hall of Admin.,
500 West Temple Street
Los Angeles, California 90012-2713
Tel.: 213-808-8736; Fax: 213-633-1915

*Attorneys for Intervenor County of Los
Angeles*

MICHELE BEAL BAGNERIS (SBN
115423)
City Attorney
mbagneris@cityofpasadena.net
ARNOLD F. LEE (SBN 278610)
aflee@cityofpasadena.net
ANDREW AARONIAN (SBN 318245)
aaaronian@cityofpasadena.net
OFFICE OF THE CITY ATTORNEY
OF PASADENA
100 N Garfield Ave, Rm N-210
Pasadena, CA 91101
Tel.: 626-744-4141; Fax: 626-744-4190

*Attorneys for Intervenor City of Pasadena*

NORMAN L. EISEN*
Norman@democracydefenders.org
STEPHEN A. JONAS (SBN 542005)
Steve@democracydefenders.org
JOSHUA G. KOLB*
Joshua@democracydefenders.org
DEMOCRACY DEFENDERS FUND
600 Pennsylvania Ave. SE, Suite 15180
Washington, DC 20003
Tel: (202) 594-9958

*Admitted *Pro Hac Vice*

*Attorneys for Intervenor City of Los
Angeles*

DECLARATION OF MICHAEL B. O'KELLY

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| Pedro VASQUEZ PERDOMO; Carlos Alexander OSORTO; and Isaac VILLEGAS MOLINA; Jorge HERNANDEZ VIRAMONTES; Jason Brian GAVIDIA; LOS ANGELES WORKER CENTER NETWORK; UNITED FARM WORKERS; COALITION FOR HUMANE IMMIGRANT RIGHTS; IMMIGRANT DEFENDERS LAW CENTER, | Case No.: 2:25-cv-05605-MEMF-SP **DECLARATION OF MICHAEL B. O'KELLY** |

*Plaintiffs*,

v.

Markwayne MULLIN, in his official capacity as Secretary, Department of Homeland Security; Todd M. LYONS, in his official capacity as Acting Director, U.S. Immigration and Customs Enforcement; Rodney S. SCOTT, in his official capacity as Commissioner, U.S. Customs and Border Patrol; Michael W. BANKS, in his official capacity as Chief of U.S. Border Patrol; Kash PATEL, in his official capacity as Director, Federal Bureau of Investigation; Pam BONDI, in her official capacity as U.S. Attorney General; Jaime RIOS, in his official capacity as Acting Field Office Director for Los Angeles, U.S. Immigration and Customs Enforcement; Dean T. SORENSON, Special Agent in Charge for Los Angeles, Homeland Security Investigations, U.S. Immigration and Customs Enforcement; Gregory K. BOVINO, in his official capacity as Chief Patrol Agent for El Centro Sector of the U.S. Border Patrol; Justin DE LA TORRE, in his official capacity as Acting Chief Patrol Agent, San Diego Sector of the U.S. Border Patrol; Akil DAVIS, in his official capacity as Assistant Director in Charge, Los Angeles Office, Federal Bureau of Investigation; Bilal A. ESSAYLI, in his official capacity as U.S. Attorney for the Central District of California.

*Defendants*,

-2-

DECLARATION OF MICHAEL B. O'KELLY

## DECLARATION OF MICHAEL B. O'KELLY

I, MICHAEL B. O'KELLY, hereby declare:

1.    I am the City Manager of the City of Bell Gardens ("Bell Gardens" or "the City"). I have held this position since 2019.

2.    As a City Manager, I am responsible for managing City departments, overseeing the development and monitoring of the City's budget, and implementing the City's priorities. The statements contained in this declaration are based on my personal knowledge, information provided to me in the performance of my job duties, and my review of records.

3.    The City is a municipal corporation, duly organized and exercising as a general law city under the laws of the State of California, and is located in the County of Los Angeles.

4.    Consistent with the California Values Act, also known as SB 54, which is set forth in California Government Code Chapter 17.25, the City has not shared information or coordinated with federal officials on immigration enforcement activities.

5.    The City maintains its own Police Department ("BGPD") for public safety services. Since June 2025, Federal immigration raids have occurred throughout the City by masked, armed agents in unmarked vehicles. As a result, BGPD has had to monitor suspected federal immigration activity and attempt to confirm the legitimacy of individuals in masks, unmarked vehicles, and in plain clothes.

6.    As a result of the Federal immigration raids, the relationship between the residents and BGPD has suffered since there are community concerns that the BGPD is cooperating with federal immigration agencies. At times, BGPD officers have been mistakenly identified as federal immigration enforcement officers.

7.    The City has also experienced decreased revenue as a result of the federal immigration raids. As just one example, the Parkwest Bicycle Hotel and

-3-

DECLARATION OF MICHAEL B. O'KELLY

Casino experienced a monthly revenue decline of ten percent (10%) in June 2025, compared to May 2025, resulting in a corresponding decrease in City General Fund revenues of $148,000.

8.      The City's fixed-route trolley service ridership decreased by approximately forty percent (40%), and the dial-a-ride program ridership decreased by fourteen percent (14%) in June 2025, compared to June 2024.

9.      During the month of June 2025, the City saw a seventy percent (70%) decline in attendance at City events which led the City to cancel all of its public events during the entire month of July, including its large-scale Independence Day Celebration.

10.     As a result of the reports of activities using unmarked vehicles, masked individuals, without visible identification or federal markings, the City has had to divert resources to address community safety concerns. BGPD expended approximately $25,000 to address protests of the raids at a major intersection in Bell Gardens, Eastern Avenue and Florence Avenue. Other City resources, including the City Manager's Office, City Council, City Attorney, City Clerk, Public Works, and Finance/Administration have been diverted to develop and promote materials that presents facts and resources to ease community fears. The expenditure for these resources has led the City of Bell Gardens to incur additional expenses of approximately $60,000.

11.     I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on this 13th day of August, 2025, at Bell Gardens, California.

Michael B. O'Kelly

-4-

DECLARATION OF MICHAEL B. O'KELLY