HYDEE FELDSTEIN SOTO
(SBN 106866)
City Attorney
hydee.feldsteinsoto@lacity.org
VALERIE L. FLORES (SBN 138572)
valerie.flores@lacity.org
MICHAEL J. DUNDAS (SBN 226930)
mike.dundas@lacity.org
MARIA LOUISE COUSINEAU
(SBN 122280)
maria.cousineau@lacity.org
RANDALL G. SOMMER
(SBN 214099)
randall.sommer@lacity.org
SHUBHRA SHIVPURI (SBN 295534)
shubhra.shivpuri@lacity.org
OFFICE OF THE LOS ANGELES
CITY ATTORNEY
City Hall 200 North Spring Street
21st Floor
Los Angeles, CA 90012-4130
Tel.: 213-922-8382; Fax: 213-978-7957

*Attorneys for Intervenor
City of Los Angeles*


E. MARTIN ESTRADA
(SBN 223802)
martin.estrada@mto.com
DANIEL B. LEVIN (SBN 226044)
daniel.levin@mto.com
JOHN L. SCHWAB (SBN 301386)
john.schwab@mto.com
V. GRACE DAVIS (SBN 336732)
grace.davisfisher@mto.com
V. ROMAN LEAL (SBN 348892)
roman.leal@mto.com
WENDY QIUYU XIAO (SBN 342702)
wendy.xiao@mto.com
MUNGER, TOLLES & OLSON LLP
350 South Grand Avenue
50th Floor
Los Angeles, California 90071
Tel.: 213-683-9100; Fax: 213-687-3702

*Attorneys for Intervenors Cities of Los
Angeles, Anaheim, Bell Gardens,
Beverly Hills, Carpinteria, Culver City,
Huntington Park, Long Beach,
Lynwood, Montebello, Monterey Park,
Oxnard, Paramount, Pico Rivera,
Pomona, Santa Ana, Santa Barbara,
Santa Monica, South Gate, and West
Hollywood*

NICOLE DAVIS TINKHAM (SBN
229592)
ntinkham@counsel.lacounty.gov
LILIANA CAMPOS (SBN 255753)
lcampos@counsel.lacounty.gov
BRIGIT GREESON ALVAREZ (SBN
237301)
bgreesonalvarez@counsel.lacounty.gov
OFFICE OF THE COUNTY COUNSEL
648 Kenneth Hahn Hall of Admin.,
500 West Temple Street
Los Angeles, California 90012-2713
Tel.: 213-808-8736; Fax: 213-633-1915

*Attorneys for Intervenor County of Los
Angeles*

MICHELE BEAL BAGNERIS (SBN
115423)
City Attorney
mbagneris@cityofpasadena.net
ARNOLD F. LEE (SBN 278610)
aflee@cityofpasadena.net
ANDREW AARONIAN (SBN 318245)
aaaronian@cityofpasadena.net
OFFICE OF THE CITY ATTORNEY
OF PASADENA
100 N Garfield Ave, Rm N-210
Pasadena, CA 91101
Tel.: 626-744-4141; Fax: 626-744-4190

*Attorneys for Intervenor City of Pasadena*

NORMAN L. EISEN*
Norman@democracydefenders.org
STEPHEN A. JONAS (SBN 542005)
Steve@democracydefenders.org
JOSHUA G. KOLB*
Joshua@democracydefenders.org
DEMOCRACY DEFENDERS FUND
600 Pennsylvania Ave. SE, Suite 15180
Washington, DC 20003
Tel: (202) 594-9958

*Admitted *Pro Hac Vice*

*Attorneys for Intervenor City of Los
Angeles*

-1-

DECLARATION OF NATALIA ALARCON

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| Pedro VASQUEZ PERDOMO; Carlos Alexander OSORTO; and Isaac VILLEGAS MOLINA; Jorge HERNANDEZ VIRAMONTES; Jason Brian GAVIDIA; LOS ANGELES WORKER CENTER NETWORK; UNITED FARM WORKERS; COALITION FOR HUMANE IMMIGRANT RIGHTS; IMMIGRANT DEFENDERS LAW CENTER, | Case No.: 2:25-cv-05605-MEMF-SP **DECLARATION OF NATALIA ALARCON** |

*Plaintiffs,*

v.

Markwayne MULLIN, in his official capacity as Secretary, Department of Homeland Security; Todd M. LYONS, in his official capacity as Acting Director, U.S. Immigration and Customs Enforcement; Rodney S. SCOTT, in his official capacity as Commissioner, U.S. Customs and Border Patrol; Michael W. BANKS, in his official capacity as Chief of U.S. Border Patrol; Kash PATEL, in his official capacity as Director, Federal Bureau of Investigation; Pam BONDI, in her official capacity as U.S. Attorney General; Jaime RIOS, in his official capacity as Acting Field Office Director for Los Angeles, U.S. Immigration and Customs Enforcement; Dean T. SORENSON, Special Agent in Charge for Los Angeles, Homeland Security Investigations, U.S. Immigration and Customs Enforcement; Gregory K. BOVINO, in his official capacity as Chief Patrol Agent for El Centro Sector of the U.S. Border Patrol; Justin DE LA TORRE, in his official capacity as Acting Chief Patrol Agent, San Diego Sector of the U.S. Border Patrol; Akil DAVIS, in his official capacity as Assistant Director in Charge, Los Angeles Office, Federal Bureau of Investigation; Bilal A. ESSAYLI, in his official capacity as U.S. Attorney for the Central District of California,

*Defendants.*

-2-
DECLARATION OF NATALIA ALARCON

**DECLARATION OF NATALIA ALARCON**

I, NATALIA ALARCON, hereby declare:

1.  My name is Natalia Alarcon. I am over the age of 18 years. I make this declaration in support of Intervenors' Motion for Preliminary Injunction. Except for those facts specifically stated to be based on information and belief, I make this declaration based upon my personal knowledge, my professional duties, and my review of official records. If called as a witness I could and would competently testify to these facts.

2.  I am the Mayor of the City of Carpinteria ("Carpinteria" or "City"). I have held this position since December 9, 2024.

3.  Carpinteria is a municipal corporation organized and existing under the laws of the State of California, and is a general law city pursuant to Article XI of the California Constitution. The City is located in Santa Barbara County, California.

4.  In 2017, the California state legislature adopted the California Values Act, also known as SB 54 ("the Act"), which is codified at California Government Code § 7284 et seq. The Act sets parameters under which state and local law enforcement agencies may engage in "immigration enforcement," as defined. Carpinteria is bound by the requirements of the Act.

5.  On March 10, 2025, the City Council of the City of Carpinteria unanimously passed Resolution No. 6372 to confirm the City's commitment to and compliance with the Act. Accordingly, the City does not coordinate with federal officials on immigration enforcement activities.

6.  Since at least July 7, 2025, the City has received multiple reports of federal immigration enforcement activities that have raised concerns about the legality and conduct of federal agents operating in the City. These reports include an

-3-

DECLARATION OF NATALIA ALARCON

incident on July 7, 2025 at the parking lot of Carpinteria's Smart & Final,[1] an incident on July 8, 2025 in a residential neighborhood near El Carro Park,[2] and a federal raid on July 10, 2025 at Glass House Farms on Casitas Pass Road directly outside City limits.[3]

7.    On information and belief, during the federal raid on July 10, 2025 at Glass House Farms, federal agents—many of whom wore face coverings—deployed flash-bang and smoke grenades indiscriminately at a crowd of civilian protesters gathered near the greenhouses and pushed back the crowd of civilian protesters without warning.[4]

8.    On information and belief, during the federal raid on July 10, 2025 at Glass House Farms, one farmworker fell over 30 feet from a greenhouse roof, broke his neck and skull, and later died in the hospital where he was being treated.[5]

_____

[1] Tracy Lehr, Video of ICE raid in Carpinteria Shared on Social Media, News Channel 3-12 (July 8, 2025), https://keyt.com/immigration/2025/07/07/ice-raid-in-carpinteria-shared-on-social-media/.

[2] Evelyn Spend, ICE agents detain three Carpinteria men, Costal View News (July 10, 2025), https://issuu.com/coastalview/docs/coastal_view_news_july_10_2025.

[3] Rebecca Caraway and Giana Magnoli, Federal Agents Raid Carpinteria Cannabis Farm, Deploy Smoke Grenades Near Crowd, Noozhawk (July 10, 2025), https://www.noozhawk.com/federal-agents-raid-carpinteria-cannabis-farm-deploy-smoke-bombs-on-crowd/.

[4] Rebecca Caraway and Giana Magnoli, Federal Agents Raid Carpinteria Cannabis Farm, Deploy Smoke Grenades Near Crowd, Noozhawk (July 10, 2025), https://www.noozhawk.com/federal-agents-raid-carpinteria-cannabis-farm-deploy-smoke-bombs-on-crowd/.

[5] Armando Garcia and Riley Hoffman, California farmworker dies after 30-foot fall during ICE raid, CBS News (July 13, 2025), https://abcnews.go.com/US/california-farm-worker-dies-injuries-sustained-ice-raid/story?id=123690867.

-4-

DECLARATION OF NATALIA ALARCON

9.     These incidents have created a pervasive sense of fear in the Carpinteria community and forced the City to respond to growing community concerns.

10.    As a result of these incidents, on July 10, 2025, the City held a special meeting to hear and respond to community concerns. At this special meeting, the City set aside $10,000 in emergency funding to be available to registered 501(c)(3) nonprofit organizations that support local immigrant communities.

11.    Since July 2025, federal immigration enforcement activity has continued throughout the City, by both masked and unmasked federal agents in a mix of marked and unmarked vehicles. For example, on November 10, 2025, witnesses posted videos and photos of unmarked vehicles with at least three marked and armed federal officials near Carpinteria Avenue and Concha Loma Drive.[6] On information and belief, at least two men were taken by federal agents on November 10, 2025. On information and belief, at least one of these men was reportedly taken while walking to work.

12.    On information and belief, federal immigration enforcement activity has created a pervasive sense of fear in Carpinteria's school community and led to increasing rates of chronic absenteeism. For example, on December 9, 2025, Carpinteria Unified School District ("CUSD") Superintendent Diana Rigby presented to the School District Board of Trustees that chronic absenteeism rates have increased across the CUSD system.[7] For example, the presentation noted that

---

[6] Evelyn Spence, ICE detains two men in Carpinteria, Coastal View News (Nov. 10, 2025), https://www.coastalview.com/news/ice-detains-two-men-in-carpinteria/article_1ad1d5e5-fa16-4f33-ae3d-07485fec0bca.html.

[7] Jun Starkey, Carpinteria sees increase in chronic absenteeism as principals look for solutions, Coastal View News (Dec. 17, 2025), https://www.coastalview.com/carpinteria-sees-increase-in-chronic-absenteeism-as-principals-look-for-solutions/article_5cee46c6-ac13-42d8-8d1b-02cfe06b1942.html.

chronic absenteeism rates have increased at both Canalino and Summerland elementary schools, and increased significantly at Carpinteria Middle School.

13. On information and belief, on March 18, 2026, witnesses reported the presence of Immigrations and Customs Enforcement agents across the street from the CUSD office at 1375 Linden Avenue on Nipomo Street. The federal agents were present at this location from at least 6:30 a.m. to 7:10 a.m. on March 18, 2026.

14. On information and belief, in response to this activity, Canalino Elementary School Principal Luis Quintero arrived on campus at approximately 6:35 a.m. to monitor the situation and ensure the safety of students arrivals between approximately 7:30 a.m. and 8:05 a.m.

15. These incidents have continued to create a pervasive sense of fear that has impacted the residents of the Carpinteria community and strained community resources.

16. Carpinteria City businesses have experienced economic impacts due to federal immigration enforcement activities. In order to understand the economic impacts of federal immigration enforcement activities in the region, the Santa Barbara South Coast Chamber of Commerce and Visit Santa Barbara released a survey in late July 2025 to businesses operating in the region. I have personally reviewed the results of this survey. Of the 31 business survey respondents that identified as operating within the City of Carpinteria, 39 percent stated that they have been directly impacted by recent immigration enforcement to a "significant" or "moderate" degree with 23 percent of respondents having experienced a "significant decrease" in customer traffic, revenue, or sales believed to be a result of immigration enforcement activity. 23 of the 31 business respondents reported impacts ranging from drops in customer activity, revenue loss, increased employee anxiety, or cancelled contracts or projects, and 5 of the 31 business respondents reported losing between 10-40 employee hours as a result of immigration enforcement activity.

-6-

DECLARATION OF NATALIA ALARCON

Docusign Envelope ID: 1B1C2F0A-8384-873C-89D4-61263B054EC5

17.     In March 2026, the Carpinteria Immigrant Rights Coalition conducted a survey of 61 businesses in Carpinteria to understand the continuing economic impacts of federal immigration enforcement activities in Carpinteria. I have personally reviewed the results of this survey. Of the 61 businesses contacted about the survey, 45 businesses participated, including 16 food service establishments, 10 business/retail establishments, 6 government or nonprofit organizations, 5 hotel and assisted living establishments, 4 agricultural businesses, and 4 beauty and wellness businesses. Of the 45 business survey respondents, 78 percent stated that recent federal immigration enforcement actions had affected their business, workers, or customers, with 40 percent stating that that this affect had been "significant[ ]."

18.     With respect to the economic impacts to their businesses, 53 percent of business survey respondents stated that they had experienced a loss of customers or revenue, 47 percent stated that they had experienced increased stress or morale issues, 36 percent stated that their workers were afraid to come to work, 24 percent reported operational disruptions, and 22 percent reported difficulty in hiring or retaining staff. Additional impacts reported from the survey include a decrease in customers, particularly within the Hispanic/Latino community, employee sense of unsafety during work commutes, and businesses closing early or increasing security measures due to recent federal immigration enforcement activities. 29 percent of business survey respondents reported financial losses up to $50,000, with smaller percentages of respondents reporting financial losses between $50,000 to $250,000, and 7 percent of business survey respondents estimating a total financial loss of between 30-50 percent of their business.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on this 16th day of June, 2026, at Carpinteria, California.

Signed by:

4A26CF2BCE9F4F9...

Natalia Alarcon

-7-

DECLARATION OF NATALIA ALARCON