Docusign Envelope ID: A6C59C47-4B72-8FCC-825D-DCCB130BC21D

HYDEE FELDSTEIN SOTO (SBN 106866)
City Attorney
hydee.feldsteinsoto@lacity.org
VALERIE L. FLORES (SBN 138572)
valerie.flores@lacity.org
MICHAEL J. DUNDAS (SBN 226930)
mike.dundas@lacity.org
MARIA LOUISE COUSINEAU (SBN 122280)
maria.cousineau@lacity.org
RANDALL G. SOMMER (SBN 214099)
randall.sommer@lacity.org
SHUBHRA SHIVPURI (SBN 295534)
shubhra.shivpuri@lacity.org
OFFICE OF THE LOS ANGELES CITY ATTORNEY
City Hall 200 North Spring Street 21st Floor
Los Angeles, CA 90012-4130
Tel.: 213-922-8382; Fax: 213-978-7957

*Attorneys for Intervenor City of Los Angeles*

E. MARTIN ESTRADA (SBN 223802)
martin.estrada@mto.com
DANIEL B. LEVIN (SBN 226044)
daniel.levin@mto.com
JOHN L. SCHWAB (SBN 301386)
john.schwab@mto.com
V. GRACE DAVIS (SBN 336732)
grace.davisfisher@mto.com
V. ROMAN LEAL (SBN 348892)
roman.leal@mto.com
WENDY QIUYU XIAO (SBN 342702)
wendy.xiao@mto.com
MUNGER, TOLLES & OLSON LLP
350 South Grand Avenue
50th Floor
Los Angeles, California 90071
Tel.: 213-683-9100; Fax: 213-687-3702

*Attorneys for Intervenors Cities of Los Angeles, Anaheim, Bell Gardens, Beverly Hills, Carpinteria, Culver City, Huntington Park, Long Beach, Lynwood, Montebello, Monterey Park, Oxnard, Paramount, Pico Rivera, Pomona, Santa Ana, Santa Barbara, Santa Monica, South Gate, and West Hollywood*

NICOLE DAVIS TINKHAM (SBN 229592)
ntinkham@counsel.lacounty.gov
LILIANA CAMPOS (SBN 255753)
lcampos@counsel.lacounty.gov
BRIGIT GREESON ALVAREZ (SBN 237301)
bgreesonalvarez@counsel.lacounty.gov
OFFICE OF THE COUNTY COUNSEL
648 Kenneth Hahn Hall of Admin.,
500 West Temple Street
Los Angeles, California 90012-2713
Tel.: 213-808-8736; Fax: 213-633-1915

*Attorneys for Intervenor County of Los Angeles*

MICHELE BEAL BAGNERIS (SBN 115423)
City Attorney
mbagneris@cityofpasadena.net
ARNOLD F. LEE (SBN 278610)
aflee@cityofpasadena.net
ANDREW AARONIAN (SBN 318245)
aaaronian@cityofpasadena.net
OFFICE OF THE CITY ATTORNEY OF PASADENA
100 N Garfield Ave, Rm N-210
Pasadena, CA 91101
Tel.: 626-744-4141; Fax: 626-744-4190

*Attorneys for Intervenor City of Pasadena*

NORMAN L. EISEN*
Norman@democracydefenders.org
STEPHEN A. JONAS (SBN 542005)
Steve@democracydefenders.org
JOSHUA G. KOLB*
Joshua@democracydefenders.org
DEMOCRACY DEFENDERS FUND
600 Pennsylvania Ave. SE, Suite 15180
Washington, DC 20003
Tel: (202) 594-9958

*Admitted *Pro Hac Vice*

*Attorneys for Intervenor City of Los Angeles*

-1-
DECLARATION OF JULIA MAYER

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| Pedro VASQUEZ PERDOMO; Carlos Alexander OSORTO; and Isaac VILLEGAS MOLINA; Jorge HERNANDEZ VIRAMONTES; Jason Brian GAVIDIA; LOS ANGELES WORKER CENTER NETWORK; UNITED FARM WORKERS; COALITION FOR HUMANE IMMIGRANT RIGHTS; IMMIGRANT DEFENDERS LAW CENTER,<br><br>*Plaintiffs*,<br><br>v.<br><br>Markwayne MULLIN, in his official capacity as Secretary, Department of Homeland Security; Todd M. LYONS, in his official capacity as Acting Director, U.S. Immigration and Customs Enforcement; Rodney S. SCOTT, in his official capacity as Commissioner, U.S. Customs and Border Patrol; Michael W. BANKS, in his official capacity as Chief of U.S. Border Patrol; Kash PATEL, in his official capacity as Director, Federal Bureau of Investigation; Pam BONDI, in her official capacity as U.S. Attorney General; Jaime RIOS, in his official capacity as Acting Field Office Director for Los Angeles, U.S. Immigration and Customs Enforcement; Dean T. SORENSON, Special Agent in Charge for Los Angeles, Homeland Security Investigations, U.S. Immigration and Customs Enforcement; Gregory K. BOVINO, in his official capacity as Chief Patrol Agent for El Centro Sector of the U.S. Border Patrol; Justin DE LA TORRE, in his official capacity as Acting Chief Patrol Agent, San Diego Sector of the U.S. Border Patrol; Akil DAVIS, in his official capacity as Assistant Director in Charge, Los Angeles Office, Federal Bureau of Investigation; Bilal A. ESSAYLI, in his official capacity as U.S. Attorney for the Central District of California,<br><br>*Defendants*. | Case No.: 2:25-cv-05605-MEMF-SP<br><br>**DECLARATION OF JULIA MAYER** |

-2-

DECLARATION OF JULIA MAYER

## DECLARATION OF JULIA MAYER

I, Julia Mayer, declare the following:

1.      My name is Julia Mayer.  I have lived in Carpinteria on and off since I was 5 years old and I have lived in Carpinteria full time since 2017. I am a duly-elected member of the Carpinteria City Council representing City Council District 3. I make this declaration in support of Plaintiffs' Motion for Preliminary Injunction. Except where identified as based on information and belief, I have personal knowledge of each of the statements below, and if called and sworn as a witness, I could and would testify competently to each of them.

2.      On the morning of July 10, 2025, I was attending an open house for the Carpinteria Children's Project along with fellow City Council representative Monica Solorzano. During the open house, Monique Limon and Greg Hart from the Carpinteria Children's Project informed us that military presence had been seen at the corner of Foothill Road and Casitas Pass Road just outside the City. After leaving the open house, I drove toward the corner of Foothill Road and Casitas Pass Road and saw what appeared to be a military blockade as I arrived.

3.      I arrived to the corner of Foothill Road and Casitas Pass Road around 11:30 am on July 10, 2025. I could clearly see several military vehicles, unmarked vehicles, and a mix of both military personnel and other federal agents forming the blockade. The agents were dressed in different types of gear and with different types of identification: some agents were dressed with military helmets and military vests and tan khaki pants, with tan military-style vehicles, one masked agent was dressed in a blue shirt with a bullet proof vest and a badge that said "POLICE," and some agents were in plain clothes and without badges. Most of the agents were armed and at least 5 agents had "AR-15" style military weapons. None of the agents identified themselves as representing Immigrations and Customers Enforcement.

4.      When I arrived to the military blockade at the corner of Foothill Road and Casitas Pass Road, there was a small group of observers forming next to the

Docusign Envelope ID: A6C59C47-4B72-8FCC-825D-DCCB130BC21D

military blockade and asking the military or federal agents questions regarding the military presence and public safety. There were fewer observers than military personnel or federal agents. Observers were asking the military personnel or federal agents to explain the purpose of the military blockade and police presence in the area. Most of the agents refused to answer any questions or acknowledge the observers, leading to greater confusion and fear from the presence of the military blockade.

5.     Some of the first observers to arrive at the military blockade were teachers who had come to see what was happening so close to their work with the various youth groups. Other observers who lived on roads that were being blocked by the military blockade also began to gather. Since the location of the military blockade was so close to large groups of children and sensitive community resources, the presence of armed military personnel gave no safe feeling. As an elected official, I felt it was my duty to observe what was happening and ask questions, but the presence of military-style weapons made me afraid to be present and ask questions.

6.     I was surprised to see this level of military presence less than a quarter mile from my house in Carpinteria. When I arrived, there was a palpable sense of fear and confusion caused by the significant military presence. My greatest concern was children's safety, since the location of the military blockade at the corner of Foothill Road and Casitas Pass Road was across the street from several childcare organizations and youth programs, such as Girls, Inc., a local organization providing after school and summertime care for children, the Local Boys and Girls Club, and the Carpinteria High School, which was hosting a cheerleading camp on July 10, 2025 with approximately 200 students between 8-12 years old.

7.     As somebody who is a local to the area, it was very concerning to see this level of military activity so close to children. As soon as I arrived to the military blockade and saw traffic beginning to form, I called Carpinteria City Manager Mike Ramirez to ask him to ensure that the Fire Department was aware of the military blockade and so that they could prepare for public safety and traffic in the area

-4-

DECLARATION OF JULIA MAYER

Docusign Envelope ID: A6C59C47-4B72-8FCC-825D-DCCB130BC21D

considering the number of families and children that could be affected by the blockade.

8.     As observers gathered to ask the federal agents about what they were doing, the federal agents continued stonewalling and giving no information. After approximately 25 minutes of asking questions with little to no response, more observers started to arrive. As a longer line of cars forming along the state highway, at Foothill Road, the sense of fear and chaos began to form due to the lack of information being given and the heavy level of traffic and military activity in the area.

9.     As the line of cars began to grow along Foothill Road, I saw the "Cate School" school bus try to get out of the line of cars and turn around. Around this time, the federal agents threw flashbang grenades into the crowd of observers, which consisted of elected officials, teachers, upset parents, and children, in order to clear the road so that cars could move out. I was at the front of the crowd at the time and saw the federal agents roll a flashbang grenade into the crowd of observers. There was no indication or warning that the flashbang grenade would be used on the observers.

10.     When the federal agents threw the flashbang grenade, my impulse was to cover my ears. People started to run and people started falling to the ground. I felt that the federal agents purposefully escalated the situation 10 notches and were not trying to clear the road but instead were trying to send a message.

11.     When I arrived to the corner of Foothill Road and Casitas Pass Road around 11:30 am on July 10, 2025, I immediately used my mobile phone to record the military presence and military blockade. My impulse was to immediately start recording military presence in a place where I thought nothing like this would ever happen, and because the military presence felt greatly disproportionate to any purpose the government could have to deploy armed guards. My mobile phone is an Apple iPhone with a camera feature that is built into the phone. Once the camera is

-5-
DECLARATION OF JULIA MAYER

open, it simply requires pressing a button to begin recording. I am proficient at using this function. The application then creates video recording files that can be easily transferred via text or email. I personally witnessed all of the events that I recorded and which I describe below.

12.    During the time I was recording, I recorded the military blockade with approximately 8 military vehicles and at least 20 agents, 5 of whom were carrying "AR-15" style military weapons. The video of the military blockade depicts the events approximately 30 minutes prior to the federal agents throwing the flashbang grenade into the crowd of observers.

13.    When I finished recording, the video was automatically saved to my phone.  I have not changed, doctored or edited that video.

14.     I made a true and correct copy of the video dated November 6, 2025 and sent that copy of the video via email to Carpinteria City Staff.  I understand that Carpinteria City Staff uploaded the videos to an online website at "Box.com."

15.    I have viewed the video available at the following link: https://mto.box.com/s/kqtnnblvf6s0qu84ng8c789zos7zd6ot and have verified that the video at the Box.com link is a true and correct copy of the video that I recorded and sent to Carpinteria City Staff.

I declare under penalty of perjury of the laws of the State of California and the laws of the United States that the foregoing is true and correct.  Executed on June 16, 2026 in Carpinteria, California.



Signed by:

1BAB2637679440B...

Julia Mayer

-6-
DECLARATION OF JULIA MAYER