Docusign Envelope ID: 24CE68B8-5DEF-85D5-811E-3EDAC658F2F7

HYDEE FELDSTEIN SOTO
(SBN 106866)
City Attorney
hydee.feldsteinsoto@lacity.org
VALERIE L. FLORES (SBN 138572)
valerie.flores@lacity.org
MICHAEL J. DUNDAS (SBN 226930)
mike.dundas@lacity.org
MARIA LOUISE COUSINEAU
(SBN 122280)
maria.cousineau@lacity.org
RANDALL G. SOMMER
(SBN 214099)
randall.sommer@lacity.org
SHUBHRA SHIVPURI (SBN 295534)
shubhra.shivpuri@lacity.org
OFFICE OF THE LOS ANGELES
CITY ATTORNEY
City Hall 200 North Spring Street
21st Floor
Los Angeles, CA 90012-4130
Tel.: 213-922-8382; Fax: 213-978-7957

*Attorneys for Intervenor
City of Los Angeles*


E. MARTIN ESTRADA
(SBN 223802)
martin.estrada@mto.com
DANIEL B. LEVIN (SBN 226044)
daniel.levin@mto.com
JOHN L. SCHWAB (SBN 301386)
john.schwab@mto.com
V. GRACE DAVIS (SBN 336732)
grace.davisfisher@mto.com
V. ROMAN LEAL (SBN 348892)
roman.leal@mto.com
WENDY QIUYU XIAO (SBN 342702)
wendy.xiao@mto.com
MUNGER, TOLLES & OLSON LLP
350 South Grand Avenue
50th Floor
Los Angeles, California 90071
Tel.: 213-683-9100; Fax: 213-687-3702

*Attorneys for Intervenors Cities of Los
Angeles, Anaheim, Bell Gardens,
Beverly Hills, Carpinteria, Culver City,
Huntington Park, Long Beach,
Lynwood, Montebello, Monterey Park,
Oxnard, Paramount, Pico Rivera,
Pomona, Santa Ana, Santa Barbara,
Santa Monica, South Gate, and West
Hollywood*

NICOLE DAVIS TINKHAM (SBN
229592)
ntinkham@counsel.lacounty.gov
LILIANA CAMPOS (SBN 255753)
lcampos@counsel.lacounty.gov
BRIGIT GREESON ALVAREZ (SBN
237301)
bgreesonalvarez@counsel.lacounty.gov
OFFICE OF THE COUNTY COUNSEL
648 Kenneth Hahn Hall of Admin.,
500 West Temple Street
Los Angeles, California 90012-2713
Tel.: 213-808-8736; Fax: 213-633-1915

*Attorneys for Intervenor County of Los
Angeles*

MICHELE BEAL BAGNERIS
(SBN 115423)
City Attorney
mbagneris@cityofpasadena.net
ARNOLD F. LEE (SBN 278610)
aflee@cityofpasadena.net
ANDREW AARONIAN (SBN 318245)
aaaronian@cityofpasadena.net
OFFICE OF THE CITY ATTORNEY
OF PASADENA
100 N Garfield Ave, Rm N-210
Pasadena, CA 91101
Tel.: 626-744-4141; Fax: 626-744-4190

*Attorneys for Intervenor City of Pasadena*

NORMAN L. EISEN*
Norman@democracydefenders.org
STEPHEN A. JONAS (SBN 542005)
Steve@democracydefenders.org
JOSHUA G. KOLB*
Joshua@democracydefenders.org
DEMOCRACY DEFENDERS FUND
600 Pennsylvania Ave. SE, Suite 15180
Washington, DC 20003
Tel: (202) 594-9958

*Admitted *Pro Hac Vice*

*Attorneys for Intervenor City of Los
Angeles*

-1-

DECLARATION OF MONICA SOLORZANO

Docusign Envelope ID: 24CE68B8-5DEF-85D5-811E-3EDAC658F52F7

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| Pedro VASQUEZ PERDOMO; Carlos Alexander OSORTO; and Isaac VILLEGAS MOLINA; Jorge HERNANDEZ VIRAMONTES; Jason Brian GAVIDIA; LOS ANGELES WORKER CENTER NETWORK; UNITED FARM WORKERS; COALITION FOR HUMANE IMMIGRANT RIGHTS; IMMIGRANT DEFENDERS LAW CENTER,<br><br>   *Plaintiffs,*<br><br>  v.<br><br>Markwayne MULLIN, in his official capacity as Secretary, Department of Homeland Security; Todd M. LYONS, in his official capacity as Acting Director, U.S. Immigration and Customs Enforcement; Rodney S. SCOTT, in his official capacity as Commissioner, U.S. Customs and Border Patrol; Michael W. BANKS, in his official capacity as Chief of U.S. Border Patrol; Kash PATEL, in his official capacity as Director, Federal Bureau of Investigation; Pam BONDI, in her official capacity as U.S. Attorney General; Jaime RIOS, in his official capacity as Acting Field Office Director for Los Angeles, U.S. Immigration and Customs Enforcement; Dean T. SORENSON, Special Agent in Charge for Los Angeles, Homeland Security Investigations, U.S. Immigration and Customs Enforcement; Gregory K. BOVINO, in his official capacity as Chief Patrol Agent for El Centro Sector of the U.S. Border Patrol; Justin DE LA TORRE, in his official capacity as Acting Chief Patrol Agent, San Diego Sector of the U.S. Border Patrol; Akil DAVIS, in his official capacity as Assistant Director in Charge, Los Angeles Office, Federal Bureau of Investigation; Bilal A. ESSAYLI, in his official capacity as U.S. Attorney for the Central District of California,<br><br>   *Defendants.* | Case No.: 2:25-cv-05605-MEMF-SP<br><br>**DECLARATION OF MONICA SOLORZANO** |

DECLARATION OF MONICA SOLORZANO

## <u>DECLARATION OF MONICA SOLORZANO</u>

I, Monica Solorzano, declare the following:

1.      My name is Monica Solorzano.  I have lived in Carpinteria for almost 20 years and I am the duly-elected Vice Mayor of the City of Carpinteria. I make this declaration in support of Plaintiffs' Motion for Preliminary Injunction. Except where identified as based on information and belief, I have personal knowledge of each of the statements below, and if called and sworn as a witness, I could and would testify competently to each of them.

2.      On the morning of July 10, 2025, I was attending an open house for the Carpinteria Children's Project along with fellow City Council representative Julia Mayer. During the open house, Teresa Alvarez from the Carpinteria Children's Project informed us that military presence had been seen at the corner of Foothill Road and Casitas Pass Road just outside the City. After leaving the open house, I drove to my parent's house and asked my father whether he wanted to see what was happening at the corner of Foothill Road and Casitas Pass Road. By the time we arrived, a crowd was beginning to form at the military blockade.

3.      When I arrived, I saw both current City Council member Julia Mayer and former City Council member Greg Carty in attendance to observe the military blockade. I also saw the Executive Director of Girl, Inc., Jamie Collins, in attendance. It was clear to me that the observers were very focused on their presence being non-aggressive and to witness the military blockade that was occurring in the community.

4.      The military blockade was lined up along the road, and the observers formed a line in front of them to ask them questions about what they were doing and the purpose of the military blockade. I joined the front of the line of observers. Most of the federal agents were ignoring questions and holding their line without responding to the observers.

5.      As the incident continued, more observers began to show up, including Congressman Salud Carbajal, County Planning Commissioner Alexander Van Antwerp, and more members of the community, including older adults and children. The gathering of observers at the military blockade felt like a community gathering.

6.      The federal agents were dressed in a mix of clothes and uniforms: some agents had plain clothes with vests on that said "POLICE," some were in beige fatigues and boots, and some were in t-shirts. It was very hard to tell who was who and who represented what agency or law enforcement group. Several of the agents had face masks and gainers on, and almost all of them were armed with different types of weapons.

7.      The federal agents had a variety of vehicles, some with white sedans that were unmarked, some with military type vehicles of varying colors and sizes, and one black truck that appeared to be for transporting prisoners.

8.      As the crowd of observers continued asking the federal agents questions, most agents refused to verbally respond. Those agents that did respond to the observers generally did so in a dismissive tone without giving any of the requested information, and some agents appeared to be laughing. Some agents grew increasingly aggressive as the crowd grew and more people continued asking questions.

9.      This aggression by the federal agents grew over the course of the day. At one point, I observed the military trying to let cars that were getting backed up along Foothill Road to turn around and to move traffic. This appeared to precipitate the federal agents throwing flash grenades into the crowd of observers without warning.

10.      Just before the flash grenade was thrown, the observers had their hands up to show that they were not pushing the crowd. The flash grenade sounded like a gun, and I saw it as it was thrown into the crowd on the floor and as it exploded. At

-4-
DECLARATION OF MONICA SOLORZANO

the time, we didn't know what it was and to what extent it would harm us. We were in shock that federal agents had begun throwing projectiles at us.

11.     After throwing the flash grenade into the crowd, there was a surge of military agents moving forward into the crowd. This caused people to fall back, and several people, including me, to fall to the ground. As the military pushed forward, there seemed to be no concern by the military that people were falling to the ground and could possibly be trampled.

12.     As this was occurring, I feared that a trampling situation could occur and feared for public safety. The situation felt bizarre, unsettling, and completely out of the ordinary. I felt that the aim of the government in throwing the flash grenade and pushing into the crowd was to injure and intimidate rather than to help and support. I felt a cognitive dissonance at what was happening and it was terrifying for me to think that if I was trampled or killed or hurt during this incident, it would be because I was part of a peaceful observation.

13.     I fell to the ground forcefully due to the surge, and I received cuts and bruises to my elbows and knees despite being dressed in long pants and long sleeves. Even though the group of civilian observers was not advancing on the military blockade, the military agents forcefully pushed into the crowd without demonstrating any care for those who could be injured or who had fallen. I never thought I would experience this level of disregard for human life or safety by federal agents in this country.

14.     As the federal agents prepared to leave the location of the military blockade at the corner of Foothill Road and Casitas Pass Road, I also observed federal agents throwing smoke bombs and shooting rubber bullets into the crowd of observers.

15.     This experience was striking due to the tremendous contrast between the way that the community was acting and the way the military was acting. On the one-hand, the community was engaging in a very intentional, peaceful observation

-5-

DECLARATION OF MONICA SOLORZANO

of the military blockade. The community had an expectation that there would be no weapon usage at all, and the weapons being used on the crowd was far outside the realm of possibility of what we thought could possibly be warranted. People were not acting aggressively, but suddenly, a flash grenade was thrown out of nowhere and without warning.

16.    When I arrived to the corner of Foothill Road and Casitas Pass Road just after 11:30 am on July 10, 2025, I immediately used my mobile phone to record and document the military presence and military blockade. My mobile phone is an Apple iPhone with a camera feature that is built into the phone. Once the camera is open, it simply requires pressing a button to begin recording. I am proficient at using this function. The application then creates video recording files that can be easily transferred via text or email. I took 1 video and 2 photos of the events I describe below. I personally witnessed all of the events that I recorded and which I describe below.

17.    During the time I was recording, I recorded military personnel or agents, some with fatigues, and one with a polo shit and a vest, go up to one of the female observers in the crowd. She had her hands up and was speaking through a megaphone, and the agents attempted to physically move her away from the rest of the crowd. This physical touching did not appear to be warranted and made me fearful of the aggressive nature of the military agents at the blockade.

18.    When I finished recording, the video was automatically saved to my phone. I have not changed, doctored or edited that video.

19.    Shortly after I had fallen from the flash grenade and crowd surge caused by the federal agents, I took a photo of the cut I received to my right arm. The photo was automatically saved to my phone. I have cropped my face from that photo but have not otherwise changed, doctored or altered that photo.

-6-

DECLARATION OF MONICA SOLORZANO

20.     On July 11, 2025, the day after the incident had occurred, I took a photo of the swelling and bruising on my knee. The photo was automatically saved to my phone. I have not changed, doctored or altered that photo.

21.     After the incident occurred, on or around July 11, 2025, I was looking at videos of the incident that had been uploaded to Instagram.com. One video was uploaded by the Santa Barbara Independent that depicted the moment that the federal agents threw the flash grenades into the crowd. Although I did not record this video myself, I was present in the video and I recognized this moment as an accurate depiction of the events that occurred from my own personal experience. I took a screen recording of the video uploaded by the Santa Barbara Independent on my phone, which was automatically saved to my phone. I have not changed, doctored or altered that video.

22.     I made a true and correct copy of the videos and photos dated November 6, 2025 and sent that copy of the video via email to Carpinteria City Staff.  I understand that Carpinteria City Staff uploaded the videos to an online website at "Box.com."

23.     I have viewed the videos and photos available at the following link: https://mto.box.com/s/48bqumy7sy39x6qqng2rr11rc8lg2qr5 and have verified that the videos and photos at the Box.com link are true and correct copies of the videos and photos that I recorded and sent to Carpinteria City Staff.

I declare under penalty of perjury of the laws of the State of California and the laws of the United States that the foregoing is true and correct.  Executed on June 18, 2026 in Carpinteria, California.

Signed by:

8E812E3592F7495...

_____
Monica Solorzano

-7-

DECLARATION OF MONICA SOLORZANO