HYDEE FELDSTEIN SOTO
(SBN 106866)
City Attorney
hydee.feldsteinsoto@lacity.org
VALERIE L. FLORES (SBN 138572)
valerie.flores@lacity.org
MICHAEL J. DUNDAS (SBN 226930)
mike.dundas@lacity.org
MARIA LOUISE COUSINEAU
(SBN 122280)
maria.cousineau@lacity.org
RANDALL G. SOMMER
(SBN 214099)
randall.sommer@lacity.org
SHUBHRA SHIVPURI (SBN 295534)
shubhra.shivpuri@lacity.org
OFFICE OF THE LOS ANGELES
CITY ATTORNEY
City Hall 200 North Spring Street
21st Floor
Los Angeles, CA 90012-4130
Tel.: 213-922-8382; Fax: 213-978-7957

*Attorneys for Intervenor
City of Los Angeles*

E. MARTIN ESTRADA
(SBN 223802)
martin.estrada@mto.com
DANIEL B. LEVIN (SBN 226044)
daniel.levin@mto.com
JOHN L. SCHWAB (SBN 301386)
john.schwab@mto.com
V. GRACE DAVIS (SBN 336732)
grace.davisfisher@mto.com
V. ROMAN LEAL (SBN 348892)
roman.leal@mto.com
WENDY QIUYU XIAO (SBN 342702)
wendy.xiao@mto.com
MUNGER, TOLLES & OLSON LLP
350 South Grand Avenue
50th Floor
Los Angeles, California 90071
Tel.: 213-683-9100; Fax: 213-687-3702

*Attorneys for Intervenors Cities of Los
Angeles, Anaheim, Bell Gardens, Beverly
Hills, Carpinteria, Culver City,
Huntington Park, Long Beach, Lynwood,
Montebello, Monterey Park, Oxnard,
Paramount, Pico Rivera, Pomona, Santa
Ana, Santa Barbara, Santa Monica,
South Gate, and West Hollywood*

NICOLE DAVIS TINKHAM (SBN
229592)
ntinkham@counsel.lacounty.gov
LILIANA CAMPOS (SBN 255753)
lcampos@counsel.lacounty.gov
BRIGIT GREESON ALVAREZ (SBN
237301)
bgreesonalvarez@counsel.lacounty.gov
OFFICE OF THE COUNTY COUNSEL
648 Kenneth Hahn Hall of Admin.,
500 West Temple Street
Los Angeles, California 90012-2713
Tel.: 213-808-8736; Fax: 213-633-1915

*Attorneys for Intervenor County of Los
Angeles*

MICHELE BEAL BAGNERIS (SBN
115423)
City Attorney
mbagneris@cityofpasadena.net
ARNOLD F. LEE (SBN 278610)
aflee@cityofpasadena.net
ANDREW AARONIAN (SBN 318245)
aaaronian@cityofpasadena.net
OFFICE OF THE CITY ATTORNEY
OF PASADENA
100 N Garfield Ave, Rm N-210
Pasadena, CA 91101
Tel.: 626-744-4141; Fax: 626-744-4190

*Attorneys for Intervenor City of Pasadena*

NORMAN L. EISEN*
Norman@democracydefenders.org
STEPHEN A. JONAS (SBN 542005)
Steve@democracydefenders.org
JOSHUA G. KOLB*
Joshua@democracydefenders.org
DEMOCRACY DEFENDERS FUND
600 Pennsylvania Ave. SE, Suite 15180
Washington, DC 20003
Tel: (202) 594-9958

*Admitted Pro Hac Vice

*Attorneys for Intervenor City of Los
Angeles*

---

DECLARATION OF JOHN NACHBAR

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| Pedro VASQUEZ PERDOMO; Carlos Alexander OSORTO; and Isaac VILLEGAS MOLINA; Jorge HERNANDEZ VIRAMONTES; Jason Brian GAVIDIA; LOS ANGELES WORKER CENTER NETWORK; UNITED FARM WORKERS; COALITION FOR HUMANE IMMIGRANT RIGHTS; IMMIGRANT DEFENDERS LAW CENTER, | Case No.: 2:25-cv-05605-MEMF-SP **DECLARATION OF JOHN NACHBAR** |

*Plaintiffs*,

v.

Markwayne MULLIN, in his official capacity as Secretary, Department of Homeland Security; Todd M. LYONS, in his official capacity as Acting Director, U.S. Immigration and Customs Enforcement; Rodney S. SCOTT, in his official capacity as Commissioner, U.S. Customs and Border Patrol; Michael W. BANKS, in his official capacity as Chief of U.S. Border Patrol; Kash PATEL, in his official capacity as Director, Federal Bureau of Investigation; Pam BONDI, in her official capacity as U.S. Attorney General; Jaime RIOS, in his official capacity as Acting Field Office Director for Los Angeles, U.S. Immigration and Customs Enforcement; Dean T. SORENSON, Special Agent in Charge for Los Angeles, Homeland Security Investigations, U.S. Immigration and Customs Enforcement; Gregory K. BOVINO, in his official capacity as Chief Patrol Agent for El Centro Sector of the U.S. Border Patrol; Justin DE LA TORRE, in his official capacity as Acting Chief Patrol Agent, San Diego Sector of the U.S. Border Patrol; Akil DAVIS, in his official capacity as Assistant Director in Charge, Los Angeles Office, Federal Bureau of Investigation; Bilal A. ESSAYLI, in his official capacity as U.S. Attorney for the Central District of California.

*Defendants*,

-2-

DECLARATION OF JOHN NACHBAR

## DECLARATION OF JOHN NACHBAR

I, JOHN NACHBAR, hereby declare:

1.      I am the City Manager for the City of Culver City ("Culver City" or "the City").  I have held this position since 2010.

2.      As City Manager, I am responsible for managing City departments, overseeing the development and monitoring of the City's budget, and implementing the City's strategic plans.   The statements contained in this declaration are based on my personal knowledge, information provided to me in the performance of my job duties, and my review of business records.

3.      Culver City is a charter city and a municipal corporation organized and existing under the Constitution and laws of the State of California. Located in Los Angeles County, it is mostly surrounded by the City of Los Angeles.

4.      In 2017 the California state legislature adopted the California Values Act, also known as SB 54 ("the Act") which is set out in California Government Code Chapter 17.25.  The Act sets the parameters under which California state and local law enforcement agencies may engage in "immigration enforcement," as defined. Culver City is bound by the requirements of the California Values Act.

5.      Also in 2017, consistent with the Act, the City Council of the City of Culver City adopted Resolution No. 2017-R025 declaring Culver City to be a sanctuary city for all of its residents regardless of immigration status. The Resolution restricts use of City resources to assist in the enforcement of federal immigration law.

6.      Consistent with the Act and the Resolution, the City has not shared information or coordinated with federal officials on immigration enforcement activities.

7.      Culver City has received reports of immigration raids occurring throughout Culver City since late May 2025, including at Culver City Express Hand

-3-
DECLARATION OF JOHN NACHBAR

Car Wash[1] and on Culver City's streets by unmasked individuals who lack arrest warrants.[2]

8.    As a result of the reports of activities using unmarked vehicles, masked individuals, tactical gear, and personnel without visible identification or federal markings, Culver City has had to divert resources to address community safety concerns.  Culver City Police Department continues to monitor any suspected federal enforcement activity in the City and, when possible, confirm the identity and legitimacy of individuals claiming to act as federal agents.

9.    On July 9, 2025, Culver City City Council authorized $50,000 in financial assistance to two nonprofit organizations for the purpose of assisting individuals impacted by the federal immigration enforcement activities.

10.    Culver City businesses have experienced economic impacts due to federal immigration enforcement activities.  The week of June 23, 2025 was the first week in 2025 where visits to the Culver City Westfield Mall were down all 7 days of the week, across all hours of the day.  Three large retailers at Culver City Westfield Mall reported traffic was down 3% or flat in June and July of 2025 compared to the same period last year.  Culver City Westfield Mall attributes these economic impacts to the effects of federal immigration enforcement activities which have made some consumers reluctant to leave their homes.

11.    Culver City is aware that the District Court in this case entered a Temporary Restraining Order on July 11. The Order has not interfered with Culver City's ordinary law enforcement duties.  Complying with the TRO would be consistent with our already-existing policies and practices related to constitutional

---

[1]Suhauna Husain, *"They are Grabbing People." LA and Orange County Car Wash Workers Targeted by Federal Immigration Raids*, LA Times (June 11, 2025) https://www.latimes.com/business/story/2025-06-11/l-a-orange-county-car-washes-hit-by-ice-raids
[2] Vivian Chow, *Community Outraged after Ice Cream Vendor Detained by Immigration Agents in Culver City*, KTLA News (June 25, 2025) https://ktla.com/news/local-news/community-outraged-after-ice-cream-vendor-detained-by-immigration-agents-in-culver-city/

-4-

DECLARATION OF JOHN NACHBAR

policing. We do not make stops, or arrests, based on an individual's perceived race or ethnicity alone.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on this 12th day of August, 2025, at Culver City, California.

John Nachbar

DECLARATION OF JOHN NACHBAR