**HYDEE FELDSTEIN SOTO** (SBN 106866)
City Attorney
hydee.feldsteinsoto@lacity.org
**VALERIE L. FLORES** (SBN 138572)
valerie.flores@lacity.org
**MICHAEL J. DUNDAS** (SBN 226930)
mike.dundas@lacity.org
**MARIA LOUISE COUSINEAU**
(SBN 122280)
maria.cousineau@lacity.org
**RANDALL G. SOMMER** (SBN 214099)
randall.sommer@lacity.org
**SHUBHRA SHIVPURI** (SBN 295534)
shubhra.shivpuri@lacity.org
**OFFICE OF THE LOS ANGELES
CITY ATTORNEY**
City Hall 200 North Spring Street
21st Floor
Los Angeles, CA 90012-4130
Tel.: 213-922-8382; Fax: 213-978-7957

*Attorneys for Intervenor
City of Los Angeles*

**E. MARTIN ESTRADA** (SBN 223802)
martin.estrada@mto.com
**DANIEL B. LEVIN** (SBN 226044)
daniel.levin@mto.com
**JOHN L. SCHWAB** (SBN 301386)
john.schwab@mto.com
**V. GRACE DAVIS** (SBN 336732)
grace.davisfisher@mto.com
**V. ROMAN LEAL** (SBN 348892)
roman.leal@mto.com
**WENDY YUYU XIAO** (SBN 342702)
wendy.xiao@mto.com
**MUNGER, TOLLES & OLSON LLP**
350 South Grand Avenue
50th Floor
Los Angeles, California 90071
Tel.: 213-683-9100; Fax: 213-687-3702

*Attorneys for Intervenors Cities of Los
Angeles, Anaheim, Bell Gardens, Beverly
Hills, Carpinteria, Culver City, Huntington
Park, Long Beach, Lynwood, Montebello,
Monterey Park, Oxnard, Paramount, Pico
Rivera, Pomona, Santa Ana, Santa Barbara,
Santa Monica, South Gate, and West
Hollywood*

**NICOLE DAVIS TINKHAM** (SBN 229592)
ntinkham@counsel.lacounty.gov
**LILIANA CAMPOS** (SBN 255753)
lcampos@counsel.lacounty.gov
**BRIGIT GREESON ALVAREZ**
(SBN 237301)
bgreesonalvarez@counsel.lacounty.gov
**OFFICE OF THE LOS ANGELES
COUNTY COUNSEL**
648 Kenneth Hahn Hall of Admin.
500 West Temple Street
Los Angeles, California 90012-2713
Tel.: 213-808-8736; Fax: 213-633-1915

*Attorneys for Intervenor County of Los
Angeles*

**MICHELE BEAL BAGNERIS**
(SBN 115423)
City Attorney
mbagneris@cityofpasadena.net
**ARNOLD F. LEE** (SBN 278610)
aflee@cityofpasadena.net
**ANDREW AARONIAN** (SBN 318245)
aaaronian@cityofpasadena.net
**OFFICE OF THE CITY ATTORNEY OF
PASADENA**
100 N Garfield Ave, Rm N-210
Pasadena, CA 91101
Tel.: 626-744-4141; Fax: 626-744-4190

*Attorneys for Intervenor City of Pasadena*

**NORMAN L. EISEN**\*
Norman@democracydefenders.org
**STEPHEN A. JONAS** (SBN 542005)
Steve@democracydefenders.org
**JOSHUA G. KOLB**\*
Joshua@democracydefenders.org
**DEMOCRACY DEFENDERS FUND**
600 Pennsylvania Ave. SE, Suite 15180
Washington, DC 20003
Tel: (202) 594-9958

\*Admitted *Pro Hac Vice*
*Attorneys for Intervenor City of Los Angeles*

1                            **DECLARATION OF RICARDO REYES**

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| Pedro VASQUEZ PERDOMO; Carlos Alexander OSORTO; and Isaac VILLEGAS MOLINA; Jorge HERNANDEZ VIRAMONTES; Jason Brian GAVIDIA; LOS ANGELES WORKER CENTER NETWORK; UNITED FARM WORKERS; COALITION FOR HUMANE IMMIGRANT RIGHTS; IMMIGRANT DEFENDERS LAW CENTER, | Case No. 2:25-cv-05605-MEMF-SP |
| *Plaintiffs,* | **DECLARATION OF RICARDO REYES** |
| vs. | |
| Markwayne MULLIN, in his official capacity as Secretary, Department of Homeland Security; Todd M. LYONS, in his official capacity as Acting Director, U.S. Immigration and Customs Enforcement; Rodney S. SCOTT, in his official capacity as Commissioner, U.S. Customs and Border Patrol; Michael W. BANKS, in his official capacity as Chief of U.S. Border Patrol; Kash PATEL, in his official capacity as Director, Federal Bureau of Investigation; Pam BONDI, in her official capacity as U.S. Attorney General; Jaime RIOS, in his official capacity as Acting Field Office Director for Los Angeles, U.S. Immigration and Customs Enforcement; Dean T. SORENSON, Special Agent in Charge for Los Angeles, Homeland Security Investigations, U.S. Immigration and Customs Enforcement; Gregory K. BOVINO, in his official capacity as Chief Patrol Agent for El Centro Sector of the U.S. Border Patrol; Justin DE LA TORRE, in his official capacity as Acting Chief Patrol Agent, San Diego Sector of the U.S. Border Patrol; Akil DAVIS, in his official capacity as Assistant Director in Charge, Los Angeles Office, Federal Bureau of Investigation; Bilal A. ESSAYLI, in his official capacity as U.S. Attorney for the Central District of California, | |
| *Defendants.* | |

2    DECLARATION OF RICARDO REYES

## DECLARATION OF RICARDO REYES

I, RICARDO REYES, hereby declare:

1.   I am the City Manager for the City of Huntington Park ("Huntington Park" or "the City"). I have held this position since 2017.

2.   As City Manager, I am responsible for managing City departments, overseeing the development and monitoring of the City's budget, and implementing the City's strategic plans. The statements contained in this declaration are based on my personal knowledge, information provided to me in the performance of my job duties, and my review of business records.

3.   The City of Huntington Park ("City") is a municipal corporation organized and existing under the laws of the State of California, located entirely within the Central District of California. The City was incorporated in 1906 and has a total population of approximately 58,000. More than 97% of the City's residents identify as Hispanic/Latino, and approximately half were born outside of the United States. Languages other than English are spoken in 89.4 percent of the more than 14,000 households in the City. The City prides itself on its longstanding connection to the Hispanic/Latino community.

4.   As an unfortunate result of its heavily Hispanic/Latino demographic, the City has been a hotbed for immigration raids carried out by masked ICE agents, often without arrest warrants. Among other raids and documented immigration enforcement activities:

    a.   June 9, 2025: ICE conducted a raid in the parking lot of Home Depot, during which they arrested approximately ten day laborers. Agents wore masks and failed and/or refused to identify themselves during the course of the arrests.

    b.   June 12, 2025: ICE agents, accompanied by Department of Homeland Security Secretary, Kristi Noem, as well as Dr. Phil and a film crew, raided the home of a pregnant mother and her children, guns drawn, despite the fact she is an American citizen. While this raid was in progress, ICE agents simultaneously raided another house across the street.

    c.   June 2025: Masked ICE agents raided a carwash and performed warrantless arrests of four people, including a customer. All four people were subsequently released.

Docusign Envelope ID: 0A2C9713-59B6-8FFC-8210-66FD4D2A4055

d. June 27, 2025: Masked ICE agents destroyed a wrought iron door and window during their forced entry into a residence. The agents utilized a "flash bang" in the course of their entry and failed and/or refused to identify themselves. The only occupants present when approximately nine ICE agents entered the home with their rifles drawn were a young mother and her two children. No arrests were made.

e. July 18, 2025: ICE Agents converged at a residence located at 6709 Newell Street armed with an arrest warrant for a suspect believed to reside there. A crowd of local residents and anti-immigration enforcement activists quickly formed and hostilities ensued. HPPD officers were summoned to the location to restore order and public safety. The ICE Agents aborted their operation and were guided away from the location by HPPD officers.

f. September 4, 2025 – HPPD Jail staff reported that an ICE Agent had called the jail to inquire which gate of the PD facility inmates are released through. Limited information was provided by the on-duty Jailer and there was no further inquiry by the ICE Agent.

g. September 22, 2025: ICE & HIS Agents converged at Keller Park (adjacent to the HPPD Jail facility) and arrested a subject in the park who had just been released from the HPPD Jail. No details were provided to HPPD regarding the arrest.

h. December 2, 2025: ICE Agents were involved in an immigration enforcement operation at the Home Depot store located at Slauson Avenue and Bickett Street. A potential target of the ICE Agents fled, running into the street, and was struck by a vehicle. The victim sustained non-life-threatening injuries and was transported to a local hospital by ambulance. HPPD officers prevented ICE Agents from detaining the victim due to the immediate need for the victim to receive medical attention.

//

//

//

5. The conduct of Defendants, including as set forth hereinabove, initially resulted in mass hysteria, panic, and fear amongst the City's residents. Numerous businesses shuttered and/or started operating on

Docusign Envelope ID: 0A2C9713-59B6-8FFC-8210-66FD4D2AA055

an "appointment only" basis. Participation in community events, including City-sponsored gatherings, diminished, as did City residents' use of public facilities and transportation services. Among other things, the City was forced to cancel its planned July 4th celebration due to a lack of attendance, including a celebratory "drone show." The City was also forced to cancel its weekly community "movie nights" and regularly scheduled, city-sponsored "yard sale," which required the City to refund each of the vendors that had committed to participate. This severe reduction in commerce and palpable increase in residents staying home diminished business revenue, employment, and overall economic growth in the City, depriving the City of monies upon which it depends to meet its municipal obligations, including but not limited to sales tax revenue.

6.  City departments have also been required to expend substantial time and resources to assuage residents' concerns about Defendants' conduct, protect the safety of employees and the public, and maintain lawful control of City facilities. City officials have spent hundreds of hours fielding calls from residents, developing official policy, and training staff to appropriately handle ICE-related issues, all at a substantial cost to the City and its residents. To wit, the City has implemented "lock down" and notification policies which require the immediate closure of City facilities in the event ICE activity creates a safety concern and submission of incident reports to the City Manager's Office any time a City employee witnesses or learns of any ICE activity in the City. The City has also formed a Community Impact Committee to engage residents, advise them of their legal rights, and provide—at the City's expense—legal and social aid to those community members that have suffered adverse financial consequences as a direct and proximate result of Defendants' conduct.

7.  Defendants' activities have further been detrimental to the relationship of trust, respect, and communication between the City's police department and its residents, which is essential to protect the public health, safety, and general welfare. On information and belief, there has been an overall reduction in crime reporting throughout the City since ICE began its raids, undermining local law enforcement efforts. In those instances where crimes are reported, the City has received an increased number of false reports since Defendants implemented their arrest policy. Among other things, the City has received an influx of reports of unmarked vehicles and suspicious persons believed to be ICE agents, each requiring

**DECLARATION OF RICARDO REYES**

Docusign Envelope ID: 0A2C9713-59B6-8FFC-8210-66FD4D2AA055

an otherwise unnecessary expenditure of resources in the form of a police response and/or investigation, all of which revealed no criminal activity.

8.   Further undermining local enforcement efforts, the City's police department has also been required to expend resources investigating individual(s) impersonating federal officers. In one instance, City police officers arrested an individual who they initially believed to be an undercover federal agent but later learned to be a member of the public posing as a border patrol agent in possession of formal border patrol documents, a list of purported illegal immigrants, and loaded firearms and ammunition.

9.   To restore the public trust in law enforcement that has eroded as a direct and proximate result of Defendants' conduct as alleged herein, the City's Police Department has also expended significant time and resources implementing ICE-specific policies. The City's police department now requires that: (1) officer(s) and a supervisor be dispatched to any request for assistance with validating the official status of ICE agents; (2) officers attempt to verify the official status of apparent ICE agents any time they are observed in public; and (3) a formal report be made about any interaction with ICE agents. The City's police department has further been required to develop policy specifically designed to protect ICE agents in the event of an unruly or hostile crowd.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on this 22nd day of June, 2026, at Huntington Park, California.

Signed by:

_Ricardo Reyes_
CF3D18FD53AA428...

Ricardo Reyes, City Manager

City of Huntington Park