HYDEE FELDSTEIN SOTO
(SBN 106866)
City Attorney
hydee.feldsteinsoto@lacity.org
VALERIE L. FLORES (SBN 138572)
valerie.flores@lacity.org
MICHAEL J. DUNDAS (SBN 226930)
mike.dundas@lacity.org
MARIA LOUISE COUSINEAU
(SBN 122280)
maria.cousineau@lacity.org
RANDALL G. SOMMER
(SBN 214099)
randall.sommer@lacity.org
SHUBHRA SHIVPURI (SBN 295534)
shubhra.shivpuri@lacity.org
OFFICE OF THE LOS ANGELES
CITY ATTORNEY
City Hall 200 North Spring Street
21st Floor
Los Angeles, CA 90012-4130
Tel.: 213-922-8382; Fax: 213-978-7957

*Attorneys for Intervenor
City of Los Angeles*

E. MARTIN ESTRADA
(SBN 223802)
martin.estrada@mto.com
DANIEL B. LEVIN (SBN 226044)
daniel.levin@mto.com
JOHN L. SCHWAB (SBN 301386)
john.schwab@mto.com
V. GRACE DAVIS (SBN 336732)
grace.davisfisher@mto.com
V. ROMAN LEAL (SBN 348892)
roman.leal@mto.com
WENDY QIUYU XIAO (SBN 342702)
wendy.xiao@mto.com
MUNGER, TOLLES & OLSON LLP
350 South Grand Avenue
50th Floor
Los Angeles, California 90071
Tel.: 213-683-9100; Fax: 213-687-3702

*Attorneys for Intervenors Cities of Los
Angeles, Anaheim, Bell Gardens, Beverly
Hills, Carpinteria, Culver City,
Huntington Park, Long Beach, Lynwood,
Montebello, Monterey Park, Oxnard,
Paramount, Pico Rivera, Pomona, Santa
Ana, Santa Barbara, Santa Monica,
South Gate, and West Hollywood*

NICOLE DAVIS TINKHAM (SBN
229592)
ntinkham@counsel.lacounty.gov
LILIANA CAMPOS (SBN 255753)
lcampos@counsel.lacounty.gov
BRIGIT GREESON ALVAREZ (SBN
237301)
bgreesonalvarez@counsel.lacounty.gov
OFFICE OF THE COUNTY COUNSEL
648 Kenneth Hahn Hall of Admin.,
500 West Temple Street
Los Angeles, California 90012-2713
Tel.: 213-808-8736; Fax: 213-633-1915

*Attorneys for Intervenor County of Los
Angeles*

MICHELE BEAL BAGNERIS (SBN
115423)
City Attorney
mbagneris@cityofpasadena.net
ARNOLD F. LEE (SBN 278610)
aflee@cityofpasadena.net
ANDREW AARONIAN (SBN 318245)
aaaronian@cityofpasadena.net
OFFICE OF THE CITY ATTORNEY
OF PASADENA
100 N Garfield Ave, Rm N-210
Pasadena, CA 91101
Tel.: 626-744-4141; Fax: 626-744-4190

*Attorneys for Intervenor City of Pasadena*

NORMAN L. EISEN*
Norman@democracydefenders.org
STEPHEN A. JONAS (SBN 542005)
Steve@democracydefenders.org
JOSHUA G. KOLB*
Joshua@democracydefenders.org
DEMOCRACY DEFENDERS FUND
600 Pennsylvania Ave. SE, Suite 15180
Washington, DC 20003
Tel: (202) 594-9958

*Admitted Pro Hac Vice

*Attorneys for Intervenor City of Los
Angeles*

DECLARATION OF JOSEPH RUELAS

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| Pedro VASQUEZ PERDOMO; Carlos Alexander OSORTO; and Isaac VILLEGAS MOLINA; Jorge HERNANDEZ VIRAMONTES; Jason Brian GAVIDIA; LOS ANGELES WORKER CENTER NETWORK; UNITED FARM WORKERS; COALITION FOR HUMANE IMMIGRANT RIGHTS; IMMIGRANT DEFENDERS LAW CENTER, | Case No.: 2:25-cv-05605-MEMF-SP<br><br>**DECLARATION OF JOSEPH RUELAS** |

*Plaintiffs,*

v.

Markwayne MULLIN, in his official capacity as Secretary, Department of Homeland Security; Todd M. LYONS, in his official capacity as Acting Director, U.S. Immigration and Customs Enforcement; Rodney S. SCOTT, in his official capacity as Commissioner, U.S. Customs and Border Patrol; Michael W. BANKS, in his official capacity as Chief of U.S. Border Patrol; Kash PATEL, in his official capacity as Director, Federal Bureau of Investigation; Pam BONDI, in her official capacity as U.S. Attorney General; Jaime RIOS, in his official capacity as Acting Field Office Director for Los Angeles, U.S. Immigration and Customs Enforcement; Dean T. SORENSON, Special Agent in Charge for Los Angeles, Homeland Security Investigations, U.S. Immigration and Customs Enforcement; Gregory K. BOVINO, in his official capacity as Chief Patrol Agent for El Centro Sector of the U.S. Border Patrol; Justin DE LA TORRE, in his official capacity as Acting Chief Patrol Agent, San Diego Sector of the U.S. Border Patrol; Akil DAVIS, in his official capacity as Assistant Director in Charge, Los Angeles Office, Federal Bureau of Investigation; Bilal A. ESSAYLI, in his official capacity as U.S. Attorney for the Central District of California.

*Defendants,*

-2-

DECLARATION OF JOSEPH RUELAS

<u>**DECLARATION OF JOSEPH RUELAS**</u>

I, Joseph Ruelas, declare as follows:

1.       I am employed by the City of Long Beach as a Refuse Operator III. I have personal knowledge of the matters set forth below and, if called as a witness, could and would testify competently to them. The matters set forth below are true and correct based on my personal knowledge, except where stated on information and belief, and as to those matters I am informed and believe them to be true.

2.       On January 20, 2026, while working in the course of my duties in the University Park Estates neighborhood of Long Beach, California, I personally observed approximately five to ten individuals I understood to be federal immigration agents detain and/or arrest at least two individuals. I understood them to be federal immigration agents because I observed that their vests were marked "U.S. Border Patrol."

3.       I have reviewed a video published by The Long Beach Post on Instagram, available at https://www.instagram.com/reel/DTwIDYVjcct/?utm_, a true and correct copy of which was downloaded on June 24, 2026, and is available at the following link: https://mto.box.com/s/c45lmmm0k3iiierfy24l6kqqoyls5uu7.

4.       The video accurately depicts the same incident that I personally observed on January 20, 2026. Although the video was recorded from a different location, angle, and perspective than my own, the video fairly and accurately depicts a portion of the incident that I observed and the statements that I heard or made during the incident.

5.       At approximately the 0:03 mark in the video, I am viewable in the background by my City truck wearing an unbuttoned red shirt. I am again visible at about the 0:26 mark.

6.       At approximately the 1:05 mark in the video, I can be heard saying "He showed you guys his ID." I can also be heard making additional statements during the incident, including, "Five guys for one guy?" and "It doesn't matter, he's working, bro. We're all working."

7.       One of the agents approached me and stated words to the effect that I was being recorded and that he was going to report "it" to my "station". The agent also threatened to arrest

-3-
DECLARATION OF JOSEPH RUELAS

me.

8.      Before the detention/arrest occurred, I observed approximately three vehicles following my refuse truck for a period of time while I was working. Those vehicles then stopped, individuals got out, and the detention/arrest described above occurred. The individuals who got out of those vehicles were the same agents involved in the detention/arrest.

9.      Since this incident, I have felt anxious when I am driving my work truck and notice vehicles following me, because the agents involved in this incident had followed my truck before the detention/arrest occurred.

10.     The video does not show everything I observed during the incident, and there may be matters I observed that are outside the frame of the video or not captured in the recording. Conversely, the video may show details that were outside my field of view at the time. Those limitations do not change my statement that the video fairly and accurately depicts a portion of the incident that I observed and the statements that I heard or made.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct to the best of my knowledge.

Executed on this 25th day of June, 2026, at Long Beach, California.

JOSEPH RUELAS

-4-
DECLARATION OF JOSEPH RUELAS