HYDEE FELDSTEIN SOTO
(SBN 106866)
City Attorney
hydee.feldsteinsoto@lacity.org
VALERIE L. FLORES (SBN 138572)
valerie.flores@lacity.org
MICHAEL J. DUNDAS (SBN 226930)
mike.dundas@lacity.org
MARIA LOUISE COUSINEAU
(SBN 122280)
maria.cousineau@lacity.org
RANDALL G. SOMMER
(SBN 214099)
randall.sommer@lacity.org
SHUBHRA SHIVPURI (SBN 295534)
shubhra.shivpuri@lacity.org
OFFICE OF THE LOS ANGELES
CITY ATTORNEY
City Hall 200 North Spring Street
21st Floor
Los Angeles, CA 90012-4130
Tel.: 213-922-8382; Fax: 213-978-7957

*Attorneys for Intervenor
City of Los Angeles*

E. MARTIN ESTRADA
(SBN 223802)
martin.estrada@mto.com
DANIEL B. LEVIN (SBN 226044)
daniel.levin@mto.com
JOHN L. SCHWAB (SBN 301386)
john.schwab@mto.com
V. GRACE DAVIS (SBN 336732)
grace.davisfisher@mto.com
V. ROMAN LEAL (SBN 348892)
roman.leal@mto.com
WENDY QIUYU XIAO (SBN 342702)
wendy.xiao@mto.com
MUNGER, TOLLES & OLSON LLP
350 South Grand Avenue
50th Floor
Los Angeles, California 90071
Tel.: 213-683-9100; Fax: 213-687-3702

*Attorneys for Intervenors Cities of Los
Angeles, Anaheim, Bell Gardens, Beverly
Hills, Carpinteria, Culver City,
Huntington Park, Long Beach, Lynwood,
Montebello, Monterey Park, Oxnard,
Paramount, Pico Rivera, Pomona, Santa
Ana, Santa Barbara, Santa Monica,
South Gate, and West Hollywood*

NICOLE DAVIS TINKHAM (SBN 229592)
ntinkham@counsel.lacounty.gov
LILIANA CAMPOS (SBN 255753)
lcampos@counsel.lacounty.gov
BRIGIT GREESON ALVAREZ (SBN 237301)
bgreesonalvarez@counsel.lacounty.gov
OFFICE OF THE COUNTY COUNSEL
648 Kenneth Hahn Hall of Admin.,
500 West Temple Street
Los Angeles, California 90012-2713
Tel.: 213-808-8736; Fax: 213-633-1915

*Attorneys for Intervenor County of Los
Angeles*

MICHELE BEAL BAGNERIS (SBN 115423)
City Attorney
mbagneris@cityofpasadena.net
ARNOLD F. LEE (SBN 278610)
aflee@cityofpasadena.net
ANDREW AARONIAN (SBN 318245)
aaaronian@cityofpasadena.net
OFFICE OF THE CITY ATTORNEY
OF PASADENA
100 N Garfield Ave, Rm N-210
Pasadena, CA 91101
Tel.: 626-744-4141; Fax: 626-744-4190

*Attorneys for Intervenor City of Pasadena*

NORMAN L. EISEN*
Norman@democracydefenders.org
STEPHEN A. JONAS (SBN 542005)
Steve@democracydefenders.org
JOSHUA G. KOLB*
Joshua@democracydefenders.org
DEMOCRACY DEFENDERS FUND
600 Pennsylvania Ave. SE, Suite 15180
Washington, DC 20003
Tel: (202) 594-9958

*Admitted *Pro Hac Vice*

*Attorneys for Intervenor City of Los
Angeles*

DECLARATION OF RAUL ALVAREZ

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

Pedro VASQUEZ PERDOMO; Carlos Alexander OSORTO; and Isaac VILLEGAS MOLINA; Jorge HERNANDEZ VIRAMONTES; Jason Brian GAVIDIA; LOS ANGELES WORKER CENTER NETWORK; UNITED FARM WORKERS; COALITION FOR HUMANE IMMIGRANT RIGHTS; IMMIGRANT DEFENDERS LAW CENTER,

*Plaintiffs*,

v.

Markwayne MULLIN, in his official capacity as Secretary, Department of Homeland Security; Todd M. LYONS, in his official capacity as Acting Director, U.S. Immigration and Customs Enforcement; Rodney S. SCOTT, in his official capacity as Commissioner, U.S. Customs and Border Patrol; Michael W. BANKS, in his official capacity as Chief of U.S. Border Patrol; Kash PATEL, in his official capacity as Director, Federal Bureau of Investigation; Pam BONDI, in her official capacity as U.S. Attorney General; Jaime RIOS, in his official capacity as Acting Field Office Director for Los Angeles, U.S. Immigration and Customs Enforcement; Dean T. SORENSON, Special Agent in Charge for Los Angeles, Homeland Security Investigations, U.S. Immigration and Customs Enforcement; Gregory K. BOVINO, in his official capacity as Chief Patrol Agent for El Centro Sector of the U.S. Border Patrol; Justin DE LA TORRE, in his official capacity as Acting Chief Patrol Agent, San Diego Sector of the U.S. Border Patrol; Akil DAVIS, in his official capacity as Assistant Director in Charge, Los Angeles Office, Federal Bureau of Investigation; Bilal A. ESSAYLI, in his official capacity as U.S. Attorney for the Central District of California.

*Defendants*,

Case No.: 2:25-cv-05605-MEMF-SP

**DECLARATION OF RAUL ALVAREZ**

-2-

## DECLARATION OF RAUL ALVAREZ

I, Raul Alvarez, hereby declare:

1. I am over the age of 18 years and a U.S. citizen. I have personal knowledge of all facts stated except for those facts specifically stated to be based on information and belief. If called as a witness, I could and would testify competently to the matters set forth below.

2. I have been employed by the City of Montebello, California ("City") since 2023 and I currently serve as City Manager.

3. As City manager, I am responsible for managing City departments, overseeing the development and monitoring of the City's budget, and implementing the City's strategic plans. The statements contained in this declaration are based on my personal knowledge, information provided to me in the performance of my job duties, and my review of business records.

4. Montebello is a general city and a municipal corporation organized and existing under the Constitution and laws of the State of California. Located in Los Angeles, County, it is mostly surrounded by the City of Los Angeles.

5. In 2017 the California state legislature adopted the California Values Act, also known as SB 54 ("the Act") which is set out in California Government Code Chapter 17.25. The Act sets the parameters under which California state and local law enforcement agencies may engage in "immigration enforcement," as defined. Montebello is bound by the requirements of the California Values Act.

6. Consistent with the Act and the Resolution, the City has not shared information or coordinated with federal officials on immigration enforcement activities.

7. On information and belief, unlawful immigration enforcement activities have occurred at numerous locations throughout Montebello. Of note is the violent and unjustified arrest of a United States citizen on June 13, 2025, at his tow truck place of employment in the City.

8. There have been numerous ICE agent actions throughout Montebello at various business and residential locations within the City. Businesses are shutting down because of these ICE activities. Protests have occurred which have impacted both businesses and Police personnel resources.

DECLARATION OF RAUL ALVAREZ

9.  As a result of the reports of activities using unmarked vehicles, masked individuals, tactical gear, and personnel without visible identification or federal markings, Montebello has had to divert resources to address community safety concerns. Montebello Police Department continues to monitor any suspected federal enforcement activity in the City and, when possible, confirm the identity and legitimacy of individuals claiming to act as federal agents.

10. Montebello maintains its own Police Department for law enforcement services. Montebello is responsible for costs associated with the Police Department's services and law enforcement activities. The recent events and ICE actions throughout Montebello has caused a significant diversion of public safety resources to address the resulting protests.

11. Montebello depends on local taxes to fund its municipal operations. Federal immigration enforcement has harmed and produced chilling effects on Montebello businesses, causing declines in businesses' sales and tax revenues.

12. In addition to harming Montebello residents, the federal immigration enforcement inflicts concrete and particularized injury to Montebello as a municipal entity, including injury to the operations of its police department, management f its community programs, and production of its tax revenue.

13. Montebello prides itself on providing a range of first-class recreational, social, and civil resources to its residents. These include, among other things, a senior center, youth programs, and other community events. Participation in City events has decreased since the recent events conducted by federal agents and personnel, this includes an annual City-sponsored Independence Day celebration and concerts in the park activities. On information and belief, the drop in attendance in these Montebello events is attributable to fears of unlawful immigration enforcement activity at these public locations.

14. This unlawful federal immigration enforcement has spread fear, confusion, and distress across the Montebello community. Montebello residents, even those that have lived in the City for decades, feel unsafe going outside to engage in everyday activities, such as commuting to work, taking their children to school, and attending community events due to concerns that they could be arbitrarily confronted and assaulted by federal agents.

-4-

DECLARATION OF RAUL ALVAREZ

15. In an effort to counter the harm caused by the unlawful immigration enforcement activities, Montebello's City Council has publicly condemned the activity by way of a resolution and appropriating funds.

16. On July 2, 2025, Montebello City Council authorized $100,000 in financial assistance to support families impacted by the federal immigration enforcement activities.

17. Montebello is aware that the District Court in this case entered a Temporary Restraining Order on July 11. The Order has not interfered with Montebello's ordinary law enforcement duties. Complying with the TRO would be consistent with our already-existing policies and practices related to constitutional policing. We do not make stops, or arrests, based on an individual's perceived race or ethnicity alone.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on this 12th day of August, 2025, at Montebello, California.

Raul Alvarez, City Manager
City of Montebello

DECLARATION OF RAUL ALVAREZ