HYDEE FELDSTEIN SOTO
(SBN 106866)
City Attorney
hydee.feldsteinsoto@lacity.org
VALERIE L. FLORES (SBN 138572)
valerie.flores@lacity.org
MICHAEL J. DUNDAS (SBN 226930)
mike.dundas@lacity.org
MARIA LOUISE COUSINEAU
(SBN 122280)
maria.cousineau@lacity.org
RANDALL G. SOMMER
(SBN 214099)
randall.sommer@lacity.org
SHUBHRA SHIVPURI (SBN 295534)
shubhra.shivpuri@lacity.org
OFFICE OF THE LOS ANGELES
CITY ATTORNEY
City Hall 200 North Spring Street
21st Floor
Los Angeles, CA 90012-4130
Tel.: 213-922-8382; Fax: 213-978-7957

*Attorneys for Intervenor
City of Los Angeles*

E. MARTIN ESTRADA
(SBN 223802)
martin.estrada@mto.com
DANIEL B. LEVIN (SBN 226044)
daniel.levin@mto.com
JOHN L. SCHWAB (SBN 301386)
john.schwab@mto.com
V. GRACE DAVIS (SBN 336732)
grace.davisfisher@mto.com
V. ROMAN LEAL (SBN 348892)
roman.leal@mto.com
WENDY QIUYU XIAO (SBN 342702)
wendy.xiao@mto.com
MUNGER, TOLLES & OLSON LLP
350 South Grand Avenue
50th Floor
Los Angeles, California 90071
Tel.: 213-683-9100; Fax: 213-687-3702

*Attorneys for Intervenors Cities of Los
Angeles, Anaheim, Bell Gardens, Beverly
Hills, Carpinteria, Culver City,
Huntington Park, Long Beach, Lynwood,
Montebello, Monterey Park, Oxnard,
Paramount, Pico Rivera, Pomona, Santa
Ana, Santa Barbara, Santa Monica,
South Gate, and West Hollywood*

NICOLE DAVIS TINKHAM (SBN
229592)
ntinkham@counsel.lacounty.gov
LILIANA CAMPOS (SBN 255753)
lcampos@counsel.lacounty.gov
BRIGIT GREESON ALVAREZ (SBN
237301)
bgreesonalvarez@counsel.lacounty.gov
OFFICE OF THE COUNTY COUNSEL
648 Kenneth Hahn Hall of Admin.,
500 West Temple Street
Los Angeles, California 90012-2713
Tel.: 213-808-8736; Fax: 213-633-1915

*Attorneys for Intervenor County of Los
Angeles*

MICHELE BEAL BAGNERIS (SBN
115423)
City Attorney
mbagneris@cityofpasadena.net
ARNOLD F. LEE (SBN 278610)
aflee@cityofpasadena.net
ANDREW AARONIAN (SBN 318245)
aaaronian@cityofpasadena.net
OFFICE OF THE CITY ATTORNEY
OF PASADENA
100 N Garfield Ave, Rm N-210
Pasadena, CA 91101
Tel.: 626-744-4141; Fax: 626-744-4190

*Attorneys for Intervenor City of Pasadena*

NORMAN L. EISEN*
Norman@democracydefenders.org
STEPHEN A. JONAS (SBN 542005)
Steve@democracydefenders.org
JOSHUA G. KOLB*
Joshua@democracydefenders.org
DEMOCRACY DEFENDERS FUND
600 Pennsylvania Ave. SE, Suite 15180
Washington, DC 20003
Tel: (202) 594-9958

*Admitted Pro Hac Vice

*Attorneys for Intervenor City of Los
Angeles*

DECLARATION OF SCOTT WIESE

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

Pedro VASQUEZ PERDOMO; Carlos Alexander OSORTO; and Isaac VILLEGAS MOLINA; Jorge HERNANDEZ VIRAMONTES; Jason Brian GAVIDIA; LOS ANGELES WORKER CENTER NETWORK; UNITED FARM WORKERS; COALITION FOR HUMANE IMMIGRANT RIGHTS; IMMIGRANT DEFENDERS LAW CENTER,

*Plaintiffs*,

v.

Markwayne MULLIN, in his official capacity as Secretary, Department of Homeland Security; Todd M. LYONS, in his official capacity as Acting Director, U.S. Immigration and Customs Enforcement; Rodney S. SCOTT, in his official capacity as Commissioner, U.S. Customs and Border Patrol; Michael W. BANKS, in his official capacity as Chief of U.S. Border Patrol; Kash PATEL, in his official capacity as Director, Federal Bureau of Investigation; Pam BONDI, in her official capacity as U.S. Attorney General; Jaime RIOS, in his official capacity as Acting Field Office Director for Los Angeles, U.S. Immigration and Customs Enforcement; Dean T. SORENSON, Special Agent in Charge for Los Angeles, Homeland Security Investigations, U.S. Immigration and Customs Enforcement; Gregory K. BOVINO, in his official capacity as Chief Patrol Agent for El Centro Sector of the U.S. Border Patrol; Justin DE LA TORRE, in his official capacity as Acting Chief Patrol Agent, San Diego Sector of the U.S. Border Patrol; Akil DAVIS, in his official capacity as Assistant Director in Charge, Los Angeles Office, Federal Bureau of Investigation; Bilal A. ESSAYLI, in his official capacity as U.S. Attorney for the Central District of California.

*Defendants*,

Case No.: 2:25-cv-05605-MEMF-SP

**DECLARATION OF CHIEF SCOTT WIESE**

-2-

DECLARATION OF SCOTT WIESE

## DECLARATION OF SCOTT WIESE

I, Scott Wiese, hereby declare:

1.      I am over the age of 18 years and have been a resident of the State of California at all times relevant to the above-entitled action.

2.      I have personal knowledge of the facts set forth in this Declaration and, if called upon, could and would testify competently to the following facts under oath.  As to those items stated on information and belief, I am informed and believe them to be true.

3.      I am the Chief of Police for the City of Monterey Park.  I have served in that capacity since January 2023.  I have served more than thirty (30) years as a police officer, primarily serving the City of Monterey Park.

4.      Upon information and belief, I understand that beginning on or about June 6, 2025, federal agents conducted immigration enforcement actions both in the City of Monterey Park and surrounding areas including the County of Los Angeles. Those enforcement actions are ongoing.

5.      Such enforcement actions resulted in notable public participation during the public comment period for the City Council meeting on July 2, 2025. As a result, the City Council requested an overview regarding local law enforcement policies and how the Monterey Park Polic Department interact with federal agents. Linked herein (https://monterey-park.granicus.com/player/clip/1133) is a video of that meeting which depicts both my explanation of local law enforcement authority and practices along with public comment regarding ICE activities.

///

-3-
DECLARATION OF SCOTT WIESE

6.      Recent federal immigration enforcement actions challenge local law enforcement efforts by interfering police officers' ability to obtain cooperation from the City's largely Asian immigrant community. For example, a local enforcement action that took place on or about June 27, 2025, the City's police and fire department officials executed an inspection warrant for alleged illegal boarding house activities at a location within the City. This routine local code enforcement activity was widely depicted on Chinese social media as a federal "raid." Police officers and code enforcement officers were erroneously identified as federal agents. As a result, interviews with residents, who are generally recent immigrants to the United States and lack English fluency, were unnecessarily uncooperative.

7.      I am aware that the District Court in this case entered a Temporary Restraining Order on July 11, 2025. That Order has not interfered with Monterey Park's ordinary law enforcement duties. Complying with the TRO is consistent with our already-existing policies and practices related to constitutional policing as generally explained in my July 2, 2025 overview (*see*, Section 5, above). Monterey Park police officers do not make stops, or arrests, based on an individual's perceived race or ethnicity alone.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on this 13th day of August, 2025, at Monterey Park, CA.

CHIEF SCOTT WIESE

-4-
DECLARATION OF SCOTT WIESE