HYDEE FELDSTEIN SOTO (SBN 106866)
City Attorney
hydee.feldsteinsoto@lacity.org
VALERIE L. FLORES (SBN 138572)
valerie.flores@lacity.org
MICHAEL J. DUNDAS (SBN 226930)
mike.dundas@lacity.org
MARIA LOUISE COUSINEAU (SBN 122280)
maria.cousineau@lacity.org
RANDALL G. SOMMER (SBN 214099)
randall.sommer@lacity.org
SHUBHRA SHIVPURI (SBN 295534)
shubhra.shivpuri@lacity.org
OFFICE OF THE LOS ANGELES CITY ATTORNEY
City Hall 200 North Spring Street
21st Floor
Los Angeles, CA 90012-4130
Tel.: 213-922-8382; Fax: 213-978-7957

*Attorneys for Intervenor
City of Los Angeles*

E. MARTIN ESTRADA (SBN 223802)
martin.estrada@mto.com
DANIEL B. LEVIN (SBN 226044)
daniel.levin@mto.com
JOHN L. SCHWAB (SBN 301386)
john.schwab@mto.com
V. GRACE DAVIS (SBN 336732)
grace.davisfisher@mto.com
V. ROMAN LEAL (SBN 348892)
roman.leal@mto.com
WENDY QIUYU XIAO (SBN 342702)
wendy.xiao@mto.com
MUNGER, TOLLES & OLSON LLP
350 South Grand Avenue
50th Floor
Los Angeles, California 90071
Tel.: 213-683-9100; Fax: 213-687-3702

*Attorneys for Intervenors Cities of Los Angeles, Anaheim, Bell Gardens, Beverly Hills, Carpinteria, Culver City, Huntington Park, Long Beach, Lynwood, Montebello, Monterey Park, Oxnard, Paramount, Pico Rivera, Pomona, Santa Ana, Santa Barbara, Santa Monica, South Gate, and West Hollywood*

NICOLE DAVIS TINKHAM (SBN 229592)
ntinkham@counsel.lacounty.gov
LILIANA CAMPOS (SBN 255753)
lcampos@counsel.lacounty.gov
BRIGIT GREESON ALVAREZ (SBN 237301)
bgreesonalvarez@counsel.lacounty.gov
OFFICE OF THE COUNTY COUNSEL
648 Kenneth Hahn Hall of Admin.,
500 West Temple Street
Los Angeles, California 90012-2713
Tel.: 213-808-8736; Fax: 213-633-1915

*Attorneys for Intervenor County of Los Angeles*

MICHELE BEAL BAGNERIS (SBN 115423)
City Attorney
mbagneris@cityofpasadena.net
ARNOLD F. LEE (SBN 278610)
aflee@cityofpasadena.net
ANDREW AARONIAN (SBN 318245)
aaaronian@cityofpasadena.net
OFFICE OF THE CITY ATTORNEY OF PASADENA
100 N Garfield Ave, Rm N-210
Pasadena, CA 91101
Tel.: 626-744-4141; Fax: 626-744-4190

*Attorneys for Intervenor City of Pasadena*

NORMAN L. EISEN*
Norman@democracydefenders.org
STEPHEN A. JONAS (SBN 542005)
Steve@democracydefenders.org
JOSHUA G. KOLB*
Joshua@democracydefenders.org
DEMOCRACY DEFENDERS FUND
600 Pennsylvania Ave. SE, Suite 15180
Washington, DC 20003
Tel: (202) 594-9958

*Admitted Pro Hac Vice

*Attorneys for Intervenor City of Los Angeles*

DECLARATION OF GABRIEL TERAN

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

Pedro VASQUEZ PERDOMO; Carlos Alexander OSORTO; and Isaac VILLEGAS MOLINA; Jorge HERNANDEZ VIRAMONTES; Jason Brian GAVIDIA; LOS ANGELES WORKER CENTER NETWORK; UNITED FARM WORKERS; COALITION FOR HUMANE IMMIGRANT RIGHTS; IMMIGRANT DEFENDERS LAW CENTER,

*Plaintiffs*,

v.

Markwayne MULLIN, in his official capacity as Secretary, Department of Homeland Security; Todd M. LYONS, in his official capacity as Acting Director, U.S. Immigration and Customs Enforcement; Rodney S. SCOTT, in his official capacity as Commissioner, U.S. Customs and Border Patrol; Michael W. BANKS, in his official capacity as Chief of U.S. Border Patrol; Kash PATEL, in his official capacity as Director, Federal Bureau of Investigation; Pam BONDI, in her official capacity as U.S. Attorney General; Jaime RIOS, in his official capacity as Acting Field Office Director for Los Angeles, U.S. Immigration and Customs Enforcement; Dean T. SORENSON, Special Agent in Charge for Los Angeles, Homeland Security Investigations, U.S. Immigration and Customs Enforcement; Gregory K. BOVINO, in his official capacity as Chief Patrol Agent for El Centro Sector of the U.S. Border Patrol; Justin DE LA TORRE, in his official capacity as Acting Chief Patrol Agent, San Diego Sector of the U.S. Border Patrol; Akil DAVIS, in his official capacity as Assistant Director in Charge, Los Angeles Office, Federal Bureau of Investigation; Bilal A. ESSAYLI, in his official capacity as U.S. Attorney for the Central District of California.

*Defendants*,

Case No.: 2:25-cv-05605-MEMF-SP

**DECLARATION OF GABRIEL TERAN**

-2-

DECLARATION OF GABRIEL TERAN

## <u>DECLARATION OF GABRIEL TERAN</u>

I, Gabriel Teran, declare the following:

1. My name is Gabriel Teran. I am Mayor Pro Tem of the City of Oxnard. I have served on the Oxnard City Council for the past four years and nine months. I have spent over twenty years working in health and prevention education. I make this declaration in support of Plaintiffs' Motion for a Preliminary Injunction.

2. I have personal knowledge of each of the statements below, and if called and sworn as a witness, I could and would testify competently to each of them.

3. The purpose of this declaration is to describe how DHS agents teargassed me when I was standing alongside my constituents as they protested ICE activity in our community.

4. On Thursday, July 10, 2025, I along with Oxnard Councilmember Michaela Perez were in the middle of running a local youth academy program when I received a subscription text that indicated local ICE activity. I was also contacted by a community volunteer who shared that a protest was developing near the scene of the Glass House Farms.

5. When the youth program ended at approximately 2:00 p.m., Councilmember Perez and I decided we needed to head over to the area near Glass House.

6. To my knowledge at the time, there was peaceful protest activity happening at two locations: to the west of the Glass House facility on Wood Road and Laguna Road and to the east of the Glass House facility near Las Posas and Laguna. We decided to go to the westside because it made the most geographic sense based on where we were driving from.

DECLARATION OF GABRIEL TERAN IN SUPPORT OF MOTION

7. Councilmember Perez and I parked on Wood Road. We walked about a quarter mile to get to the intersection of Wood Road and Laguna Road. We saw some people we knew there, and they updated us on what had been happening.

8. We were told that "ICE agents" had shot tear gas cannisters, pepper balls, and rubber bullets at the people who had gathered near the blockade further east on Laguna Road. They told us that some people needed to seek medical care after being injured by these weapons.

9. As I stood in the intersection of Wood and Laguna, I could see that some people around me appeared to have been heavily exposed to tear gas. White smoke could be seen further down the road near to the Glass House facility. There were emergency responders present, it was shared with us that some people had to be taken away by ambulance. I observed that other injured people were being treated onsite by other community members.

10. During this time, I spoke to someone I knew by the name of Alex. Alex told me he was struck with a projectile. Alex was hit on his torso. I saw the huge welt. Alex said he had white powder on his legs and pants from what was shot at him and that it felt painful like a hot compress.

11. I stayed at the intersection of Wood Road and Laguna Road the entire time I was on the scene. Many different people were there to support and demonstrate. It was a good mix of ages – teenagers, people in their twenties, middle aged people, and a few seniors. I spoke with people who said that they had family members who work at Glass House. They were there waiting to hopefully reunite with their loved ones. Reporters from ABC7 and KTLA5 were also in the intersection.

12. I saw people holding protest signs in the area. Later some people were chanting and at some point someone arrived with a speaker and microphone. I also saw individual people become vocal. They were saying things like, "How can you do this?" and "This isn't America."

DECLARATION OF GABRIEL TERAN IN SUPPORT OF MOTION

13. About ten to fifteen minutes after my arrival, I heard sirens and could see a BearCat vehicle, a heavily armored truck, coming from down Laguna from the direction of the facility. The BearCat vehicle was trailed by a number of unmarked SUVs and a U.S. Marshall bus. The vehicles were driving at about twenty miles per hour; fast enough that you wouldn't want to get in front of them. As the line of vehicles neared the intersection at Wood and Laguna one of the lead vehicles deployed three to four tear gas cannisters towards the several dozen people who were milling around in the area of the intersection.

14. The agents in these vehicles were not local sheriffs or deputies. Of this I have full certainty. As a councilmember, I am very aware of our local police force's vehicles, uniform, weapons, and practices.

15. To my recollection, the agents in the car did not issue a warning before using the tear gas. They did not get out of the vehicles to physically direct people out of the intersection. They just deployed the tear gas. No one was doing anything violent before the tear gas was used. People were just standing around the intersection and demonstrating. They were not blocking the path in a deliberate way. There was general traffic, but it wasn't grid locked.

16. I know that it was tear gas because I could feel the burning in my eyes and sinuses. People around me were coughing, fanning their faces and eyes, and getting watery.

17. After the tear gas incident, Councilmember Perez suggested we document everything that was happening. I started speaking to people who had been there earlier in the day to ask them about what they had experienced.

18. The people I spoke to kept telling me the same narrative: "Down the road there is a clear line of demonstrators on one side and agents on another. The 'ICE agents' acted first. They crossed the line by tossing tear gas – and it escalated from there."

DECLARATION OF GABRIEL TERAN IN SUPPORT OF MOTION

19.    At approximately 3:42 p.m., the BearCat and the caravan returned, this time with vans instead of a bus. They came from Laguna Road driving east. The BearCat was in the lead with ten vans trailing. As the caravan approached the intersection of Wood and Laguna, they had lights flashing and siren sounding. Once again, the agents in these vehicles were not local police force. I have full certainty.

20.    At that moment, a car happened to be turning in the intersection. The caravan passed the car and continued to drive east on Laguna. They didn't issue any commands to the driver or demonstrators on the side of the road.

21.    The last van that drove around the car went by slower and an agent pointed a gun at a demonstrator standing on the side of road and shot at him without provocation. The demonstrator was doing nothing. It sounded like a gun shot. For a split second I thought the person was hit by a bullet.  Attached below is a screenshot of a video I took of an agent after he used a rubber bullet or heavy bean bag type of projectile on the people in the area.



DECLARATION OF GABRIEL TERAN IN SUPPORT OF MOTION

22.    Demonstrators immediately checked in on the demonstrator to see if they were okay. The projectile hit the demonstrator on his leg and the demonstrator stated it hit his wallet.

23.    I continued to watch the caravan and it drove east on Laguna. I could see that further down the road they deployed some kind of weapon because I could see white smoke and white clouds on the road. I believe they tossed more gas cannisters.

24.    I can't guarantee my constituents safety from these unwarranted attacks by federal agents, and that is something that weighs on me. Since this current administration came into power, this is the first time as an elected official I have felt utterly powerless. I have had zero influence and zero voice into these matters that affect my community. It bothers me so much that I cannot guarantee the safety of the residents of my community from these federal actions—regardless of citizenship status.

25.    I feel a sense of duty to protect our community and to protect our constitution. I took an oath to do so. I felt that what was happening was wrong and our community was targeted, attacked, and victimized. I attended this event because I felt I needed to be there to do whatever I could—for my country, community and neighbors. I was there to help.

///

///

///

///

///

///

///

///

///

-7-
DECLARATION OF GABRIEL TERAN IN SUPPORT OF MOTION

26.     I feel the use of force by these federal agents and the intimidation tactics they used will have a chilling effect on a number of people. Peaceful demonstrators don't want weapons pointed at them. Don't want to be gassed. Don't want to risk their families. For me individually, I feel that if I am able to attend another protest, I should go to document. There needs to be accountability.

27.     The City of Oxnard has suffered a deep and lasting social and economic disruption since the previously mentioned DHS/ICE operation.  First, the DHS/ICE operation has left many local families fractured, with children suddenly separated from parents or placed in uncertain caregiving situations.  Second, the DHS/ICE operation has caused local businesses to suffer sharp revenue declines— losing as much as 60% to 75% of revenue—as fear of immigration enforcement keeps residents indoors.  Lastly, beyond the economic strain, the raids have fostered widespread anxiety and instability across Oxnard's largely immigrant workforce, undermining community connection and leaving long-term uncertainty about the well-being of affected families.

I declare under penalty of perjury of the laws of the State of California and the laws of the United States that the foregoing is true and correct.  Executed on May 19, 2026, in Oxnard, California.

Gabriel Teran

-8-
DECLARATION OF GABRIEL TERAN IN SUPPORT OF MOTION