HYDEE FELDSTEIN SOTO
(SBN 106866)
City Attorney
hydee.feldsteinsoto@lacity.org
VALERIE L. FLORES (SBN 138572)
valerie.flores@lacity.org
MICHAEL J. DUNDAS (SBN 226930)
mike.dundas@lacity.org
MARIA LOUISE COUSINEAU
(SBN 122280)
maria.cousineau@lacity.org
RANDALL G. SOMMER
(SBN 214099)
randall.sommer@lacity.org
SHUBHRA SHIVPURI (SBN 295534)
shubhra.shivpuri@lacity.org
OFFICE OF THE LOS ANGELES
CITY ATTORNEY
City Hall 200 North Spring Street
21st Floor
Los Angeles, CA 90012-4130
Tel.: 213-922-8382; Fax: 213-978-7957

*Attorneys for Intervenor
City of Los Angeles*

E. MARTIN ESTRADA
(SBN 223802)
martin.estrada@mto.com
DANIEL B. LEVIN (SBN 226044)
daniel.levin@mto.com
JOHN L. SCHWAB (SBN 301386)
john.schwab@mto.com
V. GRACE DAVIS (SBN 336732)
grace.davisfisher@mto.com
V. ROMAN LEAL (SBN 348892)
roman.leal@mto.com
WENDY QIUYU XIAO (SBN 342702)
wendy.xiao@mto.com
MUNGER, TOLLES & OLSON LLP
350 South Grand Avenue
50th Floor
Los Angeles, California 90071
Tel.: 213-683-9100; Fax: 213-687-3702

*Attorneys for Intervenors Cities of Los
Angeles, Anaheim, Bell Gardens, Beverly
Hills, Carpinteria, Culver City,
Huntington Park, Long Beach, Lynwood,
Montebello, Monterey Park, Oxnard,
Paramount, Pico Rivera, Pomona, Santa
Ana, Santa Barbara, Santa Monica,
South Gate, and West Hollywood*

NICOLE DAVIS TINKHAM (SBN
229592)
ntinkham@counsel.lacounty.gov
LILIANA CAMPOS (SBN 255753)
lcampos@counsel.lacounty.gov
BRIGIT GREESON ALVAREZ (SBN
237301)
bgreesonalvarez@counsel.lacounty.gov
OFFICE OF THE COUNTY COUNSEL
648 Kenneth Hahn Hall of Admin.,
500 West Temple Street
Los Angeles, California 90012-2713
Tel.: 213-808-8736; Fax: 213-633-1915

*Attorneys for Intervenor County of Los
Angeles*

MICHELE BEAL BAGNERIS (SBN
115423)
City Attorney
mbagneris@cityofpasadena.net
ARNOLD F. LEE (SBN 278610)
aflee@cityofpasadena.net
ANDREW AARONIAN (SBN 318245)
aaaronian@cityofpasadena.net
OFFICE OF THE CITY ATTORNEY
OF PASADENA
100 N Garfield Ave, Rm N-210
Pasadena, CA 91101
Tel.: 626-744-4141; Fax: 626-744-4190

*Attorneys for Intervenor City of Pasadena*

NORMAN L. EISEN*
Norman@democracydefenders.org
STEPHEN A. JONAS (SBN 542005)
Steve@democracydefenders.org
JOSHUA G. KOLB*
Joshua@democracydefenders.org
DEMOCRACY DEFENDERS FUND
600 Pennsylvania Ave. SE, Suite 15180
Washington, DC 20003
Tel: (202) 594-9958

*Admitted Pro Hac Vice

*Attorneys for Intervenor City of Los
Angeles*

DECLARATION OF GABRIEL TERAN

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

Pedro VASQUEZ PERDOMO; Carlos Alexander OSORTO; and Isaac VILLEGAS MOLINA; Jorge HERNANDEZ VIRAMONTES; Jason Brian GAVIDIA; LOS ANGELES WORKER CENTER NETWORK; UNITED FARM WORKERS; COALITION FOR HUMANE IMMIGRANT RIGHTS; IMMIGRANT DEFENDERS LAW CENTER,

*Plaintiffs*,

v.

Markwayne MULLIN, in his official capacity as Secretary, Department of Homeland Security; Todd M. LYONS, in his official capacity as Acting Director, U.S. Immigration and Customs Enforcement; Rodney S. SCOTT, in his official capacity as Commissioner, U.S. Customs and Border Patrol; Michael W. BANKS, in his official capacity as Chief of U.S. Border Patrol; Kash PATEL, in his official capacity as Director, Federal Bureau of Investigation; Pam BONDI, in her official capacity as U.S. Attorney General; Jaime RIOS, in his official capacity as Acting Field Office Director for Los Angeles, U.S. Immigration and Customs Enforcement; Dean T. SORENSON, Special Agent in Charge for Los Angeles, Homeland Security Investigations, U.S. Immigration and Customs Enforcement; Gregory K. BOVINO, in his official capacity as Chief Patrol Agent for El Centro Sector of the U.S. Border Patrol; Justin DE LA TORRE, in his official capacity as Acting Chief Patrol Agent, San Diego Sector of the U.S. Border Patrol; Akil DAVIS, in his official capacity as Assistant Director in Charge, Los Angeles Office, Federal Bureau of Investigation; Bilal A. ESSAYLI, in his official capacity as U.S. Attorney for the Central District of California.

*Defendants*,

Case No.: 2:25-cv-05605-MEMF-SP

**DECLARATION OF GABRIEL TERAN**

-2-

DECLARATION OF GABRIEL TERAN

## DECLARATION OF GABRIEL TERAN

I, Gabriel Teran, declare the following:

1. My name is Gabriel Teran. I am Mayor Pro Tem of the City of Oxnard. I have served on the Oxnard City Council for the past four years and nine months. I have spent over twenty years working in health and prevention education. I make this declaration in support of Plaintiffs' Motion for a Preliminary Injunction.

2. I have personal knowledge of each of the statements below, and if called and sworn as a witness, I could and would testify competently to each of them.

3. The purpose of this declaration is to describe how I witnessed DHS agents shove and use weapons –including tear gas, pepper spray, and flashbang grenades—against my constituents as they were peacefully protesting DHS activity in our community on October 29, 2025.

4. On October 29, 2025, I was present to observe and document the DHS/ICE operations that occurred near the 400 block of North A St in Oxnard.

5. I arrived around 6:30 a.m. and situated myself at the north end of the established perimeter, near the corner of Deodar Avenue and North A Street. I learned that there was an additional group of demonstrators and observers several hundred feet south, near Palm Dr and North A Street. I did not go to this area and cannot speak to what may have occurred at that location.

6. When I arrived in the area of Deodar and A Street, I saw that a yellow tape perimeter had already been established by the agents. There were approximately nine other members of the public present. All appeared to be observing the federal officers and some were filming the actions of the agents on their cell phones. All members of the public remained outside of the yellow tape perimeter.

7.    At approximately 6:36 a.m., two agents approached the yellow tape. At this time, one agent pulled out what appeared to be a cell phone and seemed to be taking photos or video of members of the public. This troubled me because I could not understand the operational purpose behind an agent at an active scene taking photos of members of the public.

8.    After the agent stopped taking photos, he tapped the agent next to him and then changed the position of his rifle from a low position to a high pointed position. Considering the small number of people present and the fact that they were all staying on the outside of the perimeter, this action seemed like an unnecessary show of force. There is a video I recorded of this agent: https://www.youtube.com/shorts/lQN8JWhyhOU

9.    At approximately 6:52 a.m., 7:22 a.m., and 7:24 a.m., other agents also appeared to take out their cell phones and seemingly record a video or take photos of the demonstrators

10.    At approximately 7:30 a.m., agents crossed the yellow perimeter tape and started to clear a path through the demonstrators, I assumed to allow a vehicle to leave the scene. Demonstrators were complying but the agents appeared to change their plan less than a minute later and the agents stopped trying to direct the demonstrators.

11.    At approximately 7:31 a.m., all but one agent began to move back behind the perimeter tape. The remaining agent appeared to be the same agent who was filming demonstrators at 6:36 a.m. and 7:22 a.m. A few seconds after the other agents left the area where the demonstrators were standing, the lone agent turned towards a female demonstrator who was speaking with a megaphone. She took steps away from him and then he shoved her. She was not in his path or obstructing him in any way. The demonstrators reacted with alarm and the other agents walked back into the crowd deploying their collapsible batons. The agent who shoved the woman put his right hand on his weapon but did not unholster it.

-4-
DECLARATION OF GABRIEL TERAN

12. As the agent continued to engage with demonstrators, another agent grabbed him by the back of his vest and pulled him back towards the perimeter tape. The other agents crossed under the tape and into the ICE perimeter area. The agent who shoved the woman stayed on the demonstrator-side of the yellow tape and placed his rifle into a low-ready position then slowly returned to the other side of the tape.

13. I noticed that there was a photographer on scene, wearing a vest that said "PAO." At this point I yelled to the two ICE agents standing to the right of the agent who shoved the woman, asking them why someone wasn't taking control of him, and if there was a supervisor that would be able to take control of him. I received no response from them. Also at that moment, the agent at issue was shaking what appeared to be an OC spray canister, in what looked to be an attempt to intimidate demonstrators. After about half a minute, the agent who shoved the woman backed away from the perimeter line. This is a video I filmed of this incident: https://www.youtube.com/watch?v=VIVu3FXFyJY

14. I noted two more incidents of agents taking photos of demonstrators, at 7:34 a.m. and 7:46 a.m.

15. At approximately 8:38 a.m., all federal vehicles and personnel began their exit from the scene. I did hear the armored vehicle issue a dispersal warning before they left. No one in the crowd was blocking the exit of the vehicles. The DHS caravan of vehicles could have left the scene without using force because no one was impeding them. By my count, there were about twenty-six vehicles and one armored vehicle. I did not have a chance to count, but I estimate that there must have been two to three dozen agents on scene. I think there were forty to sixty demonstrators in the area at this time.

16. At approximately 8:42 a.m., the armored vehicle left the scene. It looked to be the last of the federal vehicles. Just before jumping onto the rear step of the armored car, an agent primed and tossed a tear gas canister and a flashbang

DECLARATION OF GABRIEL TERAN

device about 50 feet behind the vehicle, onto North A Street. Again, this was the last vehicle and last person to leave the scene, so far as I could tell. This is a video I recorded this incident: https://www.youtube.com/watch?v=IUAUFHs3hjg.

17. While I was focused on the weapons coming from the armored vehicles, in my peripheral vision I could see that some agents were using pepper spray directly against people. When I later reviewed my videos, I saw that they directly pepper sprayed two women without provocation or imminent threat.

18. I believe this use of force and weaponry to be disproportionate and completely unwarranted, given the demeanor and actions of the protestors. Throughout the whole time I was there, people were just peacefully and verbally expressing their anger and scorn towards the operation.

19. When I heard the flashbang grenades it brought me back to Glass House. I again returned to this deep, emotional, psychological malaise that this is happening in my community—not in some far-off, war-ravaged place, but in my home. I continue to grapple with that feeling.

20. Overall, I found this operation to be a haphazard and dangerous effort to target and agitate our community – while disrespecting our residents and business owners.

///
///
///
///
///
///
///
///
///
///

-6-

DECLARATION OF GABRIEL TERAN

21.    I have since learned that DHS agents use facial recognition software on their phones to identify people at protests. I read about this technology in this article: https://www.404media.co/you-cant-refuse-to-be-scanned-by-ices-facial-recognition-app-dhs-document-says/. Now I have fears that agents will be targeting members of our community for expressing their First Amendment rights. I worry that this will create a chilling effect for people who would otherwise show up because they don't want to be scanned in their system.

22.    The City of Oxnard has suffered a deep and lasting social and economic disruption since the previously mentioned DHS/ICE operation.  First, the DHS/ICE operation has left many local families fractured, with children suddenly separated from parents or placed in uncertain caregiving situations.  Second, the DHS/ICE operation has caused local businesses to suffer sharp revenue declines—losing as much as 60% to 75% of revenue—as fear of immigration enforcement keeps residents indoors.  Lastly, beyond the economic strain, the raids have fostered widespread anxiety and instability across Oxnard's largely immigrant workforce, undermining community connection and leaving long-term uncertainty about the well-being of affected families.

I declare under penalty of perjury of the laws of the State of California and the laws of the United States that the foregoing is true and correct.  Executed on May 19, 2026, in Oxnard, California.

Gabriel Teran

-7-

DECLARATION OF GABRIEL TERAN