HYDEE FELDSTEIN SOTO
(SBN 106866)
City Attorney
hydee.feldsteinsoto@lacity.org
VALERIE L. FLORES (SBN 138572)
valerie.flores@lacity.org
MICHAEL J. DUNDAS (SBN 226930)
mike.dundas@lacity.org
MARIA LOUISE COUSINEAU
(SBN 122280)
maria.cousineau@lacity.org
RANDALL G. SOMMER
(SBN 214099)
randall.sommer@lacity.org
SHUBHRA SHIVPURI (SBN 295534)
shubhra.shivpuri@lacity.org
OFFICE OF THE LOS ANGELES
CITY ATTORNEY
City Hall 200 North Spring Street
21st Floor
Los Angeles, CA 90012-4130
Tel.: 213-922-8382; Fax: 213-978-7957

*Attorneys for Intervenor
City of Los Angeles*

E. MARTIN ESTRADA
(SBN 223802)
martin.estrada@mto.com
DANIEL B. LEVIN (SBN 226044)
daniel.levin@mto.com
JOHN L. SCHWAB (SBN 301386)
john.schwab@mto.com
V. GRACE DAVIS (SBN 336732)
grace.davisfisher@mto.com
V. ROMAN LEAL (SBN 348892)
roman.leal@mto.com
WENDY QIUYU XIAO (SBN 342702)
wendy.xiao@mto.com
MUNGER, TOLLES & OLSON LLP
350 South Grand Avenue
50th Floor
Los Angeles, California 90071
Tel.: 213-683-9100; Fax: 213-687-3702

*Attorneys for Intervenors Cities of Los
Angeles, Anaheim, Bell Gardens, Beverly
Hills, Carpinteria, Culver City,
Huntington Park, Long Beach, Lynwood,
Montebello, Monterey Park, Oxnard,
Paramount, Pico Rivera, Pomona, Santa
Ana, Santa Barbara, Santa Monica,
South Gate, and West Hollywood*

NICOLE DAVIS TINKHAM (SBN 229592)
ntinkham@counsel.lacounty.gov
LILIANA CAMPOS (SBN 255753)
lcampos@counsel.lacounty.gov
BRIGIT GREESON ALVAREZ (SBN 237301)
bgreesonalvarez@counsel.lacounty.gov
OFFICE OF THE COUNTY COUNSEL
648 Kenneth Hahn Hall of Admin.,
500 West Temple Street
Los Angeles, California 90012-2713
Tel.: 213-808-8736; Fax: 213-633-1915

*Attorneys for Intervenor County of Los
Angeles*

MICHELE BEAL BAGNERIS (SBN 115423)
City Attorney
mbagneris@cityofpasadena.net
ARNOLD F. LEE (SBN 278610)
aflee@cityofpasadena.net
ANDREW AARONIAN (SBN 318245)
aaaronian@cityofpasadena.net
OFFICE OF THE CITY ATTORNEY
OF PASADENA
100 N Garfield Ave, Rm N-210
Pasadena, CA 91101
Tel.: 626-744-4141; Fax: 626-744-4190

*Attorneys for Intervenor City of Pasadena*

NORMAN L. EISEN*
Norman@democracydefenders.org
STEPHEN A. JONAS (SBN 542005)
Steve@democracydefenders.org
JOSHUA G. KOLB*
Joshua@democracydefenders.org
DEMOCRACY DEFENDERS FUND
600 Pennsylvania Ave. SE, Suite 15180
Washington, DC 20003
Tel: (202) 594-9958

*Admitted *Pro Hac Vice*

*Attorneys for Intervenor City of Los
Angeles*

DECLARATION OF LANA DICH

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

Pedro VASQUEZ PERDOMO; Carlos Alexander OSORTO; and Isaac VILLEGAS MOLINA; Jorge HERNANDEZ VIRAMONTES; Jason Brian GAVIDIA; LOS ANGELES WORKER CENTER NETWORK; UNITED FARM WORKERS; COALITION FOR HUMANE IMMIGRANT RIGHTS; IMMIGRANT DEFENDERS LAW CENTER,

Case No.: 2:25-cv-05605-MEMF-SP

**DECLARATION OF LANA DICH**

*Plaintiffs*,

v.

Markwayne MULLIN, in his official capacity as Secretary, Department of Homeland Security; Todd M. LYONS, in his official capacity as Acting Director, U.S. Immigration and Customs Enforcement; Rodney S. SCOTT, in his official capacity as Commissioner, U.S. Customs and Border Patrol; Michael W. BANKS, in his official capacity as Chief of U.S. Border Patrol; Kash PATEL, in his official capacity as Director, Federal Bureau of Investigation; Pam BONDI, in her official capacity as U.S. Attorney General; Jaime RIOS, in his official capacity as Acting Field Office Director for Los Angeles, U.S. Immigration and Customs Enforcement; Dean T. SORENSON, Special Agent in Charge for Los Angeles, Homeland Security Investigations, U.S. Immigration and Customs Enforcement; Gregory K. BOVINO, in his official capacity as Chief Patrol Agent for El Centro Sector of the U.S. Border Patrol; Justin DE LA TORRE, in his official capacity as Acting Chief Patrol Agent, San Diego Sector of the U.S. Border Patrol; Akil DAVIS, in his official capacity as Assistant Director in Charge, Los Angeles Office, Federal Bureau of Investigation; Bilal A. ESSAYLI, in his official capacity as U.S. Attorney for the Central District of California.

*Defendants*,

-2-

DECLARATION OF LANA DICH

**DECLARATION OF LANA DICH**

I, Lana Dich, declare as follows:

1. I am the Finance Director for the City of Paramount ("Paramount"). I make this declaration in support of Plaintiffs' Motion for Preliminary Injunction. As Finance Director, I oversee Paramount's tax collection functions and the administration of all taxes imposed by Paramount pursuant to Chapter 3 (Revenue and Finance) of the City of Paramount Municipal Code. The revenue and operational data referenced herein are maintained by Paramount in the ordinary course of business and are relied upon for official financial reporting and budgeting purposes. Except where identified as based on information and belief, I have personal knowledge of each of the statements below, and if called and sworn as a witness, I could and would testify competently to each of them.

2. Paramount has an estimated population of 53,749 residents. (U.S. Census Bureau, California: 2020 Census, available at https://www.census.gov/quickfacts/fact/table/paramountcitycalifornia/PST040224#PST040224.) Approximately 81.3 % of Paramount's population identifies as Hispanic or Latino; 36.4% of residents are foreign-born; and 68.5% of residents age five and older speak a language other than English at home. Paramount contains approximately 14,618 households, with an average of 3.68 persons per household. Retail and in-person commercial activity represent a substantial component of Paramount's local economy, with total retail sales of approximately $684,035,000 in 2022, or approximately $13,257 per capita.

3. Following the U.S. Immigration and Customs Enforcement's ("ICE") immigration-related enforcement activities that began in June 2025, Paramount received reports of reduced public activity, heightened community concern, and economic disruption affecting businesses and venues reliant on in-person attendance.

4.    The revenue declines described herein occurred during the same timeframe in which ICE enforcement activities were reported in the region. Based on my review of contemporaneous economic data and the business-impact information collected from local establishments, Paramount's decline in revenues during the second quarter of 2025 is consistent with and likely attributable, at least in substantial part, to ICE's increased immigration-related enforcement activity that began in June 2025. Numerous Paramount businesses reported significant decreases in customer foot traffic, reduced employee availability, and heightened fear or anxiety among staff and patrons during this same period. Many businesses specifically cited immigration enforcement activity as the cause of revenue loss, reduced operations, or temporary closures, with reported declines in business activity ranging from **20% to more than 75%** in some cases.

5.    Sales Tax collected by the State of California is remitted to Paramount on an estimated monthly basis, generally approximately three months in arrears. Estimated and actual collections are reconciled on a quarterly basis and included with the monthly remittance for that quarter. Paramount experienced a decrease in Sales Tax and Transaction and Use Tax collection during the second quarter of 2025 (April, May, and June).

6.    Sales Tax collections for the applicable periods were as follows:

| 2Q2024 | | 2Q2025 | | Inc/(Dec) | | |
|---|---|---|---|---|---|---|
| $ | 2,811,384 | $ | 2,595,736 | $ | (215,648) | -8% |

7.    Transaction and Use Tax collections for the same period were as follows:

| 2Q2024 | | 2Q2025 | | Inc/(Dec) | | |
|---|---|---|---|---|---|---|
| $ | 1,996,278 | $ | 1,778,422 | $ | (217,856) | -11% |

-4-
DECLARATION OF LANA DICH

8. Paramount experienced an approximate 8% decrease in Sales Tax and an approximate 11% decrease in Transaction and Use Tax for the quarter that ended June 30, 2025, compared to the same quarter in the prior year.

9. In addition, Paramount experienced a decrease in Sales Tax and Transaction and Use Tax collections during the third quarter of 2025. Sales tax collections base for the applicable periods were as follows:

**Sales Tax**

| 3Q2024 | 3Q2025 | Inc/(Dec) | |
|---|---|---|---|
| $ 2,755,411 | $ 2,579,345 | $ (176,066) | -6% |

10. Transaction and Use Tax collections for the same period were as follows:

**Transaction and Use Tax**

| 3Q2024 | 3Q2025 | Inc/(Dec) | |
|---|---|---|---|
| $ 1,932,568 | $ 1,842,896 | $ (89,672) | -5% |

11. The City experienced an approximate 6% decrease in sales tax and an approximate 5% decrease in Transaction and Use Tax for the quarter that ended September 30, 2025, compared to the same quarter in the prior year. Due to the State's sales tax remittance structure, the declines in the quarters ending June 30, 2025 and September 30, 2025, correspond to economic activity occurring primarily during the months of June and the third quarter of 2025.

12. Among Paramount's revenue sources are revenues generated by the Paramount Swap Meet, including admissions, vendor-related fees, and other associated charges. These revenues are directly dependent on customer attendance, vendor participation, and in-person operating activity. Swap Meet collections for the applicable periods decreased by approximately 19%.

13. Operational records maintained by Paramount indicate that attendance levels and vendor participation at the Swap Meet declined during this period. Vendor check-ins declined by 20%, and booth check-ins declined by 36%:

-5-
DECLARATION OF LANA DICH

**Vendor Check-Ins**

| 2024 | 2025 | Inc/(Dec) |
|---|---|---|
| June-July | June-July | % |
| 1,593 | 1,277 | -20% |

**Booth Check-Ins**

| 2024 | 2025 | Inc/(Dec) |
|---|---|---|
| June-July | June-July | % |
| 14,884 | 9,598 | -36% |

14.    The most significant revenue reductions occurred in categories directly dependent on in-person attendance, including admissions and vendor-related activity. Beer & Wine and Theater revenues are directly dependent on in-person attendance and customer participation, and experienced declines during the same period as the reduction in Swap Meet activity. Beer & Wine revenue decreased by 25% while Theater decreased by 81%. This represents a decrease of approximately 81.22%:

| Revenue Source | Beer & Wine | Theater |
|---|---|---|
| June and July 2025 | $        20,377 | $        720 |
| June and July 2024 | $        27,001 | $        3,833 |
| $ Inc/(Dec) | $        (6,624) | $        (3,113) |
| % Inc/(Dec) | -25% | -81% |

I declare under penalty of perjury of the laws of the State of California and the laws of the United States that the foregoing is true and correct.

Executed on this _12_ day of March, 2026, at Paramount, California.

_____
Lana Dich

-6-
DECLARATION OF LANA DICH