HYDEE FELDSTEIN SOTO
(SBN 106866)
City Attorney
hydee.feldsteinsoto@lacity.org
VALERIE L. FLORES (SBN 138572)
valerie.flores@lacity.org
MICHAEL J. DUNDAS (SBN 226930)
mike.dundas@lacity.org
MARIA LOUISE COUSINEAU
(SBN 122280)
maria.cousineau@lacity.org
RANDALL G. SOMMER
(SBN 214099)
randall.sommer@lacity.org
SHUBHRA SHIVPURI (SBN 295534)
shubhra.shivpuri@lacity.org
OFFICE OF THE LOS ANGELES
CITY ATTORNEY
City Hall 200 North Spring Street
21st Floor
Los Angeles, CA 90012-4130
Tel.: 213-922-8382; Fax: 213-978-7957

*Attorneys for Intervenor
City of Los Angeles*

E. MARTIN ESTRADA
(SBN 223802)
martin.estrada@mto.com
DANIEL B. LEVIN (SBN 226044)
daniel.levin@mto.com
JOHN L. SCHWAB (SBN 301386)
john.schwab@mto.com
V. GRACE DAVIS (SBN 336732)
grace.davisfisher@mto.com
V. ROMAN LEAL (SBN 348892)
roman.leal@mto.com
WENDY QIUYU XIAO (SBN 342702)
wendy.xiao@mto.com
MUNGER, TOLLES & OLSON LLP
350 South Grand Avenue
50th Floor
Los Angeles, California 90071
Tel.: 213-683-9100; Fax: 213-687-3702

*Attorneys for Intervenors Cities of Los
Angeles, Anaheim, Bell Gardens, Beverly
Hills, Carpinteria, Culver City,
Huntington Park, Long Beach, Lynwood,
Montebello, Monterey Park, Oxnard,
Paramount, Pico Rivera, Pomona, Santa
Ana, Santa Barbara, Santa Monica,
South Gate, and West Hollywood*

NICOLE DAVIS TINKHAM (SBN 229592)
ntinkham@counsel.lacounty.gov
LILIANA CAMPOS (SBN 255753)
lcampos@counsel.lacounty.gov
BRIGIT GREESON ALVAREZ (SBN 237301)
bgreesonalvarez@counsel.lacounty.gov
OFFICE OF THE COUNTY COUNSEL
648 Kenneth Hahn Hall of Admin.,
500 West Temple Street
Los Angeles, California 90012-2713
Tel.: 213-808-8736; Fax: 213-633-1915

*Attorneys for Intervenor County of Los
Angeles*

MICHELE BEAL BAGNERIS (SBN 115423)
City Attorney
mbagneris@cityofpasadena.net
ARNOLD F. LEE (SBN 278610)
aflee@cityofpasadena.net
ANDREW AARONIAN (SBN 318245)
aaaronian@cityofpasadena.net
OFFICE OF THE CITY ATTORNEY
OF PASADENA
100 N Garfield Ave, Rm N-210
Pasadena, CA 91101
Tel.: 626-744-4141; Fax: 626-744-4190

*Attorneys for Intervenor City of Pasadena*

NORMAN L. EISEN*
Norman@democracydefenders.org
STEPHEN A. JONAS (SBN 542005)
Steve@democracydefenders.org
JOSHUA G. KOLB*
Joshua@democracydefenders.org
DEMOCRACY DEFENDERS FUND
600 Pennsylvania Ave. SE, Suite 15180
Washington, DC 20003
Tel: (202) 594-9958

*Admitted Pro Hac Vice

*Attorneys for Intervenor City of Los
Angeles*

DECLARATION OF JOHN MORENO

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

Pedro VASQUEZ PERDOMO; Carlos Alexander OSORTO; and Isaac VILLEGAS MOLINA; Jorge HERNANDEZ VIRAMONTES; Jason Brian GAVIDIA; LOS ANGELES WORKER CENTER NETWORK; UNITED FARM WORKERS; COALITION FOR HUMANE IMMIGRANT RIGHTS; IMMIGRANT DEFENDERS LAW CENTER,

*Plaintiffs*,

v.

Markwayne MULLIN, in his official capacity as Secretary, Department of Homeland Security; Todd M. LYONS, in his official capacity as Acting Director, U.S. Immigration and Customs Enforcement; Rodney S. SCOTT, in his official capacity as Commissioner, U.S. Customs and Border Patrol; Michael W. BANKS, in his official capacity as Chief of U.S. Border Patrol; Kash PATEL, in his official capacity as Director, Federal Bureau of Investigation; Pam BONDI, in her official capacity as U.S. Attorney General; Jaime RIOS, in his official capacity as Acting Field Office Director for Los Angeles, U.S. Immigration and Customs Enforcement; Dean T. SORENSON, Special Agent in Charge for Los Angeles, Homeland Security Investigations, U.S. Immigration and Customs Enforcement; Gregory K. BOVINO, in his official capacity as Chief Patrol Agent for El Centro Sector of the U.S. Border Patrol; Justin DE LA TORRE, in his official capacity as Acting Chief Patrol Agent, San Diego Sector of the U.S. Border Patrol; Akil DAVIS, in his official capacity as Assistant Director in Charge, Los Angeles Office, Federal Bureau of Investigation; Bilal A. ESSAYLI, in his official capacity as U.S. Attorney for the Central District of California.

*Defendants*,

Case No.: 2:25-cv-05605-MEMF-SP

**DECLARATION OF JOHN MORENO**

-2-

DECLARATION OF JOHN MORENO

## **DECLARATION OF JOHN MORENO**

I, John Moreno, declare as follows:

1.    I am the City Manager for the City of Paramount ("Paramount").  I make this declaration in support of Plaintiffs' Motion for Preliminary Injunction. Except where identified as based on information and belief, I have personal knowledge of each of the statements below, and if called and sworn as a witness, I could and would testify competently to each of them.

2.    At all times material hereto, Paramount was and is a municipal corporation, duly organized and existing as a general law city under the laws of the State of California, and located in the County of Los Angeles.

3.    Paramount is more than 80% Latino.[1]

4.    Paramount contracts with the Los Angeles County Sheriff's Department for law enforcement services.  Paramount is responsible for costs associated with the Sheriff's presence within the City.

5.    A report of potentially unlawful immigration enforcement activities occurred at the Paramount Home Depot.[2]  Paramount's Home Depot has been forced to close on two separate occasions since federal agents began their immigration enforcement activities on or about June 6, 2025.  Federal agents have conducted operations at this Home Depot on at least two occasions, on August 3, 2025 and September 2, 2025, detaining at least two people.  The store closures are expected to cause a loss of approximately $7,700 in combined sales tax and transactions and use tax revenue to Paramount.

---

[1] https://www.latimes.com/california/story/2025-06-08/paramount-a-proud-l-a-suburb-with-latino-roots-thursh-into-spotlight-with-trump-national-guard-deployment/

[2] https://www.dailynews.com/2025/06/13/home-depot-a-longtime-destination-for-day-laborers-part-of-symbolic-southern-california-raids/.

-3-
DECLARATION OF JOHN MORENO

6.       Paramount prides itself on providing a range of first-class recreational, social, and civic resources to its residents.  These include, among other things, a senior center, youth events such as daycare facilities and a public pool, and community events such as concerts in the park.  Participation in some City events, specifically as a recent concert in a park, has decreased since unlawful immigration enforcement began on or about June 6, 2025.  On information and belief, the drop in attendance in some Paramount events is attributable to fears of unlawful immigration activity at these public locations.

7.       Paramount's relationship with its community has been strained as a result of the possibility of unlawful immigration enforcement activity occurring within the City.  According to the Sheriff's Department, its deputies have been accused on social media of cooperating with federal agents, thus eroding trust in the Department. Paramount has been erroneously accused of "covering up" the presence of a Department of Homeland Security office within its jurisdiction.  Staff resources, including its Public Information Officer, Assistant City Manager, and City Manager, as well as contract communications support, have been diverted to develop and promote material that presents facts and eases community fears.

8.       In an effort to counter the harm caused by the unlawful immigration enforcement activities, Paramount's City Council has publicly condemned the activity by way of a resolution and has allocated City funds ($100,000), establishing a humanitarian financial assistance program for immigrants within the Paramount community.

I declare under penalty of perjury of the laws of the State of California and the laws of the United States that the foregoing is true and correct.

Executed on this 17th day of April, 2026, at Paramount, California.

_____
John Moreno

-4-
DECLARATION OF JOHN MORENO