HYDEE FELDSTEIN SOTO
(SBN 106866)
City Attorney
hydee.feldsteinsoto@lacity.org
VALERIE L. FLORES (SBN 138572)
valerie.flores@lacity.org
MICHAEL J. DUNDAS (SBN 226930)
mike.dundas@lacity.org
MARIA LOUISE COUSINEAU
(SBN 122280)
maria.cousineau@lacity.org
RANDALL G. SOMMER
(SBN 214099)
randall.sommer@lacity.org
SHUBHRA SHIVPURI (SBN 295534)
shubhra.shivpuri@lacity.org
OFFICE OF THE LOS ANGELES
CITY ATTORNEY
City Hall 200 North Spring Street
21st Floor
Los Angeles, CA 90012-4130
Tel.: 213-922-8382; Fax: 213-978-7957

*Attorneys for Intervenor
City of Los Angeles*

E. MARTIN ESTRADA
(SBN 223802)
martin.estrada@mto.com
DANIEL B. LEVIN (SBN 226044)
daniel.levin@mto.com
JOHN L. SCHWAB (SBN 301386)
john.schwab@mto.com
V. GRACE DAVIS (SBN 336732)
grace.davisfisher@mto.com
V. ROMAN LEAL (SBN 348892)
roman.leal@mto.com
WENDY QIUYU XIAO (SBN 342702)
wendy.xiao@mto.com
MUNGER, TOLLES & OLSON LLP
350 South Grand Avenue
50th Floor
Los Angeles, California 90071
Tel.: 213-683-9100; Fax: 213-687-3702

*Attorneys for Intervenors Cities of Los
Angeles, Anaheim, Bell Gardens, Beverly
Hills, Carpinteria, Culver City,
Huntington Park, Long Beach, Lynwood,
Montebello, Monterey Park, Oxnard,
Paramount, Pico Rivera, Pomona, Santa
Ana, Santa Barbara, Santa Monica,
South Gate, and West Hollywood*

NICOLE DAVIS TINKHAM (SBN
229592)
ntinkham@counsel.lacounty.gov
LILIANA CAMPOS (SBN 255753)
lcampos@counsel.lacounty.gov
BRIGIT GREESON ALVAREZ (SBN
237301)
bgreesonalvarez@counsel.lacounty.gov
OFFICE OF THE COUNTY COUNSEL
648 Kenneth Hahn Hall of Admin.,
500 West Temple Street
Los Angeles, California 90012-2713
Tel.: 213-808-8736; Fax: 213-633-1915

*Attorneys for Intervenor County of Los
Angeles*

MICHELE BEAL BAGNERIS (SBN
115423)
City Attorney
mbagneris@cityofpasadena.net
ARNOLD F. LEE (SBN 278610)
aflee@cityofpasadena.net
ANDREW AARONIAN (SBN 318245)
aaaronian@cityofpasadena.net
OFFICE OF THE CITY ATTORNEY
OF PASADENA
100 N Garfield Ave, Rm N-210
Pasadena, CA 91101
Tel.: 626-744-4141; Fax: 626-744-4190

*Attorneys for Intervenor City of Pasadena*

NORMAN L. EISEN*
Norman@democracydefenders.org
STEPHEN A. JONAS (SBN 542005)
Steve@democracydefenders.org
JOSHUA G. KOLB*
Joshua@democracydefenders.org
DEMOCRACY DEFENDERS FUND
600 Pennsylvania Ave. SE, Suite 15180
Washington, DC 20003
Tel: (202) 594-9958

*Admitted Pro Hac Vice

*Attorneys for Intervenor City of Los
Angeles*

DECLARATION OF CHRISTOPHER KIRBY

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| Pedro VASQUEZ PERDOMO; Carlos Alexander OSORTO; and Isaac VILLEGAS MOLINA; Jorge HERNANDEZ VIRAMONTES; Jason Brian GAVIDIA; LOS ANGELES WORKER CENTER NETWORK; UNITED FARM WORKERS; COALITION FOR HUMANE IMMIGRANT RIGHTS; IMMIGRANT DEFENDERS LAW CENTER, | Case No.: 2:25-cv-05605-MEMF-SP<br><br>**DECLARATION OF CHRISTOPHER KIRBY** |

*Plaintiffs*,

v.

Markwayne MULLIN, in his official capacity as Secretary, Department of Homeland Security; Todd M. LYONS, in his official capacity as Acting Director, U.S. Immigration and Customs Enforcement; Rodney S. SCOTT, in his official capacity as Commissioner, U.S. Customs and Border Patrol; Michael W. BANKS, in his official capacity as Chief of U.S. Border Patrol; Kash PATEL, in his official capacity as Director, Federal Bureau of Investigation; Pam BONDI, in her official capacity as U.S. Attorney General; Jaime RIOS, in his official capacity as Acting Field Office Director for Los Angeles, U.S. Immigration and Customs Enforcement; Dean T. SORENSON, Special Agent in Charge for Los Angeles, Homeland Security Investigations, U.S. Immigration and Customs Enforcement; Gregory K. BOVINO, in his official capacity as Chief Patrol Agent for El Centro Sector of the U.S. Border Patrol; Justin DE LA TORRE, in his official capacity as Acting Chief Patrol Agent, San Diego Sector of the U.S. Border Patrol; Akil DAVIS, in his official capacity as Assistant Director in Charge, Los Angeles Office, Federal Bureau of Investigation; Bilal A. ESSAYLI, in his official capacity as U.S. Attorney for the Central District of California.

*Defendants*,

-2-

DECLARATION OF CHRISTOPHER KIRBY

## DECLARATION OF LIEUTENANT CHRISTOPHER KIRBY

I, Pasadena Police Lieutenant Christopher Kirby, hereby declare:

1. I have personal knowledge of the facts stated herein and if called as a witness I could and would competently testify to these facts.

2. I am employed by the City of Pasadena's Police Department (hereinafter "PPD"). I presently hold the rank of Lieutenant, a managerial position vested with the authority and responsibility to review and respond to all requests for documents pertaining to civil litigation matters. In the execution of these duties, I am charged with assessing and determining the privileged or confidential status of materials sought pursuant to legal process, and with directing and coordinating all actions necessary to ensure the lawful production and submission of evidence or records in connection with judicial or administrative proceedings.

3. On August 8, 2025, I conducted a search of our Computer Aided Dispatch ("CAD") system to locate documented incidents involving federal officers from various agencies including Immigrations & Customs Enforcement ("ICE"), Border Patrol, and Homeland Security Investigations ("HSI") in the City of Pasadena. After reviewing the results, I categorized the documented incidents into the following call types: Extra Service Requests, Suspicious Circumstances, Disturbing the Peace/Groups, Misc. Disturbance, and Patrol Advisements. In addition, I reviewed police reports and body worn camera video footage ("BWC") related to some of the incidents to the extent that it existed for specific calls for service.

4. Suspicious Circumstances Calls. On June 18, 2025, a reporting party notified PPD that a male adult in camouflage clothing pointed a firearm at people at 475 E. Orange Grove Blvd in Pasadena.  The location is a corner parking lot consisting of a restaurant, donut shop, grocery store, and other small miscellaneous stores. Several officers and a supervisor converged on the area to conduct an investigation, learning from witnesses that it appeared federal agents attempted to

DECLARATION OF CHRISTOPHER KIRBY

detain subjects at gunpoint at the intersection corner. Several community members began to arrive at the intersection, which later led to large crowds of community members peacefully protesting throughout the afternoon. (PPD Case # 2025-46946)

5. On June 28, 2025, PPD received a call for service reporting multiple individuals allegedly attempting to forcibly place an adult female into a vehicle. Responding PPD officers initiated a possible kidnapping investigation. Subsequent inquiry determined that Border Patrol and HSI agents were attempting to take the female into custody based on information indicating she was subject to arrest for remaining in the United States beyond the expiration of her visa. During the course of the investigation, community protestors arrived at the scene and expressed opposition to the federal enforcement action. Protestors subsequently began following federal officers' vehicles while shouting from bullhorns from their moving vehicles.  (PPD Case # 2025-49704)

6. Calls for service of the nature described above significantly affect both the community and the responding officers. Due to the absence of advance notification regarding federal operations within the city, officers are responding to calls they reasonably believe to be serious in nature. This lack of coordination creates the potential for an inadvertent and possibly violent encounter between municipal and federal law enforcement personnel. Officers are often required to remain on scene to maintain public order and ensure the safety of all parties during interactions between community members and federal agents engaged in independent enforcement actions. These situations also present safety risks to the public when protestors engage in unpredictable driving behavior to follow federal personnel. Furthermore, PPD is placed in a challenging position, tasked with preserving community peace while simultaneously being at times incorrectly perceived as cooperating with federal agencies that are conducting operations within the city. Such circumstances strain community relations and erode the trust and cooperation essential for effective law enforcement.

-4-

DECLARATION OF CHRISTOPHER KIRBY

7. Suspicious Circumstances Calls. PPD also received multiple calls for service from community members expressing concern that individuals were impersonating federal agents. On June 9, 2025, a reporting party stated that several masked, armed males were positioned outside 19 S. Madison Avenue, claiming to be representatives of ICE. The reporting party questioned their legitimacy due to the absence of any official identification or credentials. On June 25, 2025, the manager of Vallarta Supermarket reported an armed male wearing camouflage pants and a tactical vest labeled "Federal," who was in possession of a black handgun and operating a black Chevrolet Impala. The manager advised responding officers that the individual's disheveled appearance and choice of vehicle were inconsistent with the typical presentation of a federal agent. Officers conducted an area search; however, the subject was not located. On June 28, 2025, PPD officers responded to 1757 Paloma Street regarding two males observed jogging from the location, both wearing full facial coverings and hooded sweatshirts, with no identifiable markings on their clothing. A search of the area yielded negative results. These incidents underscore the heightened concern and sensitivity among community members regarding federal operations, both real and perceived, conducted within the city. Such activity causes community members to be confused about the legitimacy of police officers and police operations. (PPD Case Numbers 2025-44298, 2025-48888, & 2025-49749)

8. Community members often expect Pasadena Police Department (PPD) investigators to verify the legitimacy of federal enforcement operations, without recognizing that such operations are independent of municipal police investigations and that no statutory requirement exists for interagency disclosure of operational activity. On June 27, 2025, a community member reported that armed men, believed to be affiliated with ICE and operating an unmarked vehicle, had "kidnapped" an individual from the street. Responding officers initiated an investigation and reviewed video footage depicting what appeared to be law enforcement personnel,

-5-
DECLARATION OF CHRISTOPHER KIRBY

unaffiliated with PPD, conducting a high-risk traffic stop and taking an individual into custody. (PPD Case #2025-49440)

9.    Outside Assistance Calls. On August 15, 2025, a PPD officer conducting an unrelated traffic stop requested emergency assistance in the area of South San Gabriel Blvd. and Morningside St. The officer was stopped when ICE agents pulled up adjacent to her and requested assistance with a group of vehicles following them. As the situation escalated between the group and the ICE agents, PPD officers closed San Gabriel Blvd. and diverted traffic away from the area. The group blocked the ICE agents' vehicle, preventing them from leaving the area. As PPD remained on scene, the ICE agents confronted members of the group, but took no one into custody, and the ICE agents were eventually able to drive away. This incident required 12 officers, 1 supervisor, and the police helicopter to monitor and maintain the peace, diverting resources from other parts of the city and halting the regular flow of traffic until the incident was resolved. Some units also responded with activated emergency lights and sirens due to the escalating tension at the scene. Driving in this manner is inherently dangerous to responding officers and members of the driving public utilizing the roadway. (PPD Case Number 2025-63698)

10.    On January 7, 2026, an ICE agent called the police department regarding a group of protestors following him throughout the city in their vehicles. The agent stated that the protestors were driving recklessly and running red lights as they followed him. He stopped his vehicle in front of the police department, where 13 officers and 2 supervisors responded to him and the group following. The ICE agent left the area, and one member of the group was arrested for delaying an investigation. (PPD Case Number 2026-1577)

11.    These two incidents highlight the number of personnel required to maintain a peaceful scene when ICE agents request assistance. Personnel are taken away from their normal duties, including traffic enforcement, responding to emergency and non-emergency calls for service with a timely response, and

-6-

DECLARATION OF CHRISTOPHER KIRBY

providing a visible presence throughout the greater community. These consequences impact both the police department and the Pasadena community.

12.    Based on the foregoing, recent federal enforcement activity within the City of Pasadena and the greater Los Angeles area has contributed to heightened tension between community members and law enforcement agencies tasked with maintaining public order and protecting property. Similarly, PPD's response to these calls for service relating to ICE operations have caused the diversion of police resources.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on this 16th day of June, 2026, at Pasadena, California.

_____
Lieutenant Christoper Kirby #4949

-7-
DECLARATION OF CHRISTOPHER KIRBY