HYDEE FELDSTEIN SOTO
(SBN 106866)
City Attorney
hydee.feldsteinsoto@lacity.org
VALERIE L. FLORES (SBN 138572)
valerie.flores@lacity.org
MICHAEL J. DUNDAS (SBN 226930)
mike.dundas@lacity.org
MARIA LOUISE COUSINEAU
(SBN 122280)
maria.cousineau@lacity.org
RANDALL G. SOMMER
(SBN 214099)
randall.sommer@lacity.org
SHUBHRA SHIVPURI (SBN 295534)
shubhra.shivpuri@lacity.org
OFFICE OF THE LOS ANGELES
CITY ATTORNEY
City Hall 200 North Spring Street
21st Floor
Los Angeles, CA 90012-4130
Tel.: 213-922-8382; Fax: 213-978-7957

*Attorneys for Intervenor
City of Los Angeles*

E. MARTIN ESTRADA
(SBN 223802)
martin.estrada@mto.com
DANIEL B. LEVIN (SBN 226044)
daniel.levin@mto.com
JOHN L. SCHWAB (SBN 301386)
john.schwab@mto.com
V. GRACE DAVIS (SBN 336732)
grace.davisfisher@mto.com
V. ROMAN LEAL (SBN 348892)
roman.leal@mto.com
WENDY QIUYU XIAO (SBN 342702)
wendy.xiao@mto.com
MUNGER, TOLLES & OLSON LLP
350 South Grand Avenue
50th Floor
Los Angeles, California 90071
Tel.: 213-683-9100; Fax: 213-687-3702

*Attorneys for Intervenors Cities of Los
Angeles, Anaheim, Bell Gardens, Beverly
Hills, Carpinteria, Culver City,
Huntington Park, Long Beach, Lynwood,
Montebello, Monterey Park, Oxnard,
Paramount, Pico Rivera, Pomona, Santa
Ana, Santa Barbara, Santa Monica,
South Gate, and West Hollywood*

NICOLE DAVIS TINKHAM (SBN
229592)
ntinkham@counsel.lacounty.gov
LILIANA CAMPOS (SBN 255753)
lcampos@counsel.lacounty.gov
BRIGIT GREESON ALVAREZ (SBN
237301)
bgreesonalvarez@counsel.lacounty.gov
OFFICE OF THE COUNTY COUNSEL
648 Kenneth Hahn Hall of Admin.,
500 West Temple Street
Los Angeles, California 90012-2713
Tel.: 213-808-8736; Fax: 213-633-1915

*Attorneys for Intervenor County of Los
Angeles*

MICHELE BEAL BAGNERIS (SBN
115423)
City Attorney
mbagneris@cityofpasadena.net
ARNOLD F. LEE (SBN 278610)
aflee@cityofpasadena.net
ANDREW AARONIAN (SBN 318245)
aaaronian@cityofpasadena.net
OFFICE OF THE CITY ATTORNEY
OF PASADENA
100 N Garfield Ave, Rm N-210
Pasadena, CA 91101
Tel.: 626-744-4141; Fax: 626-744-4190

*Attorneys for Intervenor City of Pasadena*

NORMAN L. EISEN*
Norman@democracydefenders.org
STEPHEN A. JONAS (SBN 542005)
Steve@democracydefenders.org
JOSHUA G. KOLB*
Joshua@democracydefenders.org
DEMOCRACY DEFENDERS FUND
600 Pennsylvania Ave. SE, Suite 15180
Washington, DC 20003
Tel: (202) 594-9958

*Admitted *Pro Hac Vice*

*Attorneys for Intervenor City of Los
Angeles*

DECLARATION OF STEVE CARMONA

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

Pedro VASQUEZ PERDOMO; Carlos Alexander OSORTO; and Isaac VILLEGAS MOLINA; Jorge HERNANDEZ VIRAMONTES; Jason Brian GAVIDIA; LOS ANGELES WORKER CENTER NETWORK; UNITED FARM WORKERS; COALITION FOR HUMANE IMMIGRANT RIGHTS; IMMIGRANT DEFENDERS LAW CENTER,

*Plaintiffs*,

v.

Markwayne MULLIN, in his official capacity as Secretary, Department of Homeland Security; Todd M. LYONS, in his official capacity as Acting Director, U.S. Immigration and Customs Enforcement; Rodney S. SCOTT, in his official capacity as Commissioner, U.S. Customs and Border Patrol; Michael W. BANKS, in his official capacity as Chief of U.S. Border Patrol; Kash PATEL, in his official capacity as Director, Federal Bureau of Investigation; Pam BONDI, in her official capacity as U.S. Attorney General; Jaime RIOS, in his official capacity as Acting Field Office Director for Los Angeles, U.S. Immigration and Customs Enforcement; Dean T. SORENSON, Special Agent in Charge for Los Angeles, Homeland Security Investigations, U.S. Immigration and Customs Enforcement; Gregory K. BOVINO, in his official capacity as Chief Patrol Agent for El Centro Sector of the U.S. Border Patrol; Justin DE LA TORRE, in his official capacity as Acting Chief Patrol Agent, San Diego Sector of the U.S. Border Patrol; Akil DAVIS, in his official capacity as Assistant Director in Charge, Los Angeles Office, Federal Bureau of Investigation; Bilal A. ESSAYLI, in his official capacity as U.S. Attorney for the Central District of California.

*Defendants*,

Case No.: 2:25-cv-05605-MEMF-SP

**DECLARATION OF CHIEF STEVE CARMONA**

-2-

DECLARATION OF STEVE CARMONA

I, Steven Carmona, hereby declare:

1. I am over the age of 18 years and a U.S. citizen. I am the duly appointed City Manager for the City of Pico Rivera ("Pico Rivera" or "City"). I have held this position since 2019.

2. As City Manager, I am responsible for managing City departments, administration of all municipal operations, execution of policies adopted by City Council, and oversight of the development of the City's budget.

3. The statements contained herein are based on my personal knowledge, information I have gained as a result of executing my duties as a City Manager, and my review of business records.

4. Pico Rivera is a general law city located within Los Angeles County, duly organized under the authority of the California Constitution and the general laws of the State of California.

5. Pico Rivera has an estimated Latino population of 90% of the total residents.

6. The City has become aware of various unlawful immigration enforcement activities occurring at numerous locations throughout Pico Rivera. One notable unlawful action was the unjustified arrest of United States citizen Adrian Martinex on June 17, 2025. This arrest took place within the Walmart parking lot found in the City. In response to this unlawful arrest, the community held multiple protests, including some rallies outside of Pico Rivera City Hall.

7. Another significant incident in the City occurred on June 17, 2025, at Ruben Salazar High School. Here, there was video evidence that demonstrated ICE agents trespassing upon El Rancho Unified School District ("ERUSD") property and engaging in purported public urination on said School District property. This is a significant issue as this public urination was near locations where minor children were located. Following this incident the ERUSD School Board held a press conference where such conduct was condemned and an investigation was demanded.

-3-

DECLARATION OF STEVE CARMONA

8. The City contracts with the Los Angeles County Sheriff's Department for law enforcement services. Pico Rivera is responsible for costs associated with the Sheriff's presence within the City, and as a direct result of the events of June 17 referenced in paragraphs 6 and 7, the City was obligated to divert resources to address the resulting protests.

9. Pico Rivera's relationship with its community has suffered as a result of the unlawful immigration enforcement activity. According to the Sheriff's Department, its deputies have been erroneously accused on social media of cooperating with federal agents, thus creating a riff between the residents of the City and the Department. Additionally, Pico Rivera has also been erroneously accused of "covering up" the presence of a Department of Homeland Security office within its jurisdiction.  This has resulted in the usage of staff resources, including its Public Information Officer, Assistant City Manager, and City Manager, as well as contract communications support, to develop and promote material that eases the community's fears and works to mend the distrust that has been spreading as a result.

10. Since the events of June 17, and subsequent unlawful immigration activities throughout the region, fearful residents have held protests and appeared at Pico Rivera City Council Hall to share their sincere fears for the safety of the immigrant community in Pico Rivera.  These events required Sheriff's deputies to be diverted from their normal assignments to provide protection and general community safety. This has come at a cost to the City.

11. Pico Rivera prides itself on providing a range of first-class recreational, social, and civic resources to its residents.  These include, among other things, a senior center, youth events, and other community events. Participation in some City events has decreased since the recent events conducted by federal agents and personnel. On information and belief, the drop in attendance in some Pico Rivera events is attributable to fears of unlawful immigration enforcement activity at these public locations.

-4-

DECLARATION OF STEVE CARMONA

12. This federal immigration enforcement has spread fear, confusion, and distress across the Pico Rivera community. Pico Rivera residents, even those that have lived in the city for decades, feel unsafe going outside to engage in everyday activities, such as commuting to work, taking their children to school, and attending community events due to concerns that they could be arbitrarily confronted and assaulted by federal agents.

13. In addition to harming Pico Rivera residents, the federal immigration enforcement inflicts concrete and particularized injury to Pico Rivera as a municipal entity, including injury to the operations of its police department, management of its community programs, and production of its tax revenue.

14. The federal immigration enforcement has forced Pico Rivera to divert its limited police resources to address public safety issues that would not have arisen absent these enforcement practices.

15. Pico Rivera depends on local taxes to fund its municipal operations. Federal immigration enforcement has harmed and produced chilling effects on Pico Rivera businesses, causing declines in businesses' sales revenue and a corresponding decrease in Pico Rivera's tax revenue.

16. As illustrated by the foregoing examples, the recent federal immigration enforcement activity within the City has contributed to heightened tension between community members and law enforcement agencies such as the Sheriff's Department. Similarly, the Sheriff Department's response to the protests against said federal enforcement activity has caused the diversion of police resources. This substantial resource expenditure on the protests against the federal activities potentially prevents the Sheriff's Department from responding to other calls for service including high-priority calls (e.g., reports of violent crimes and

DECLARATION OF STEVE CARMONA

other such emergencies) and from carrying out its public safety objectives as effectively as possible.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on this 13th day of August 2025, at Pico Rivera, California.

Steve Carmona, City Manager
City of Pico Rivera

DECLARATION OF STEVE CARMONA