HYDEE FELDSTEIN SOTO
(SBN 106866)
City Attorney
hydee.feldsteinsoto@lacity.org
VALERIE L. FLORES (SBN 138572)
valerie.flores@lacity.org
MICHAEL J. DUNDAS (SBN 226930)
mike.dundas@lacity.org
MARIA LOUISE COUSINEAU
(SBN 122280)
maria.cousineau@lacity.org
RANDALL G. SOMMER
(SBN 214099)
randall.sommer@lacity.org
SHUBHRA SHIVPURI (SBN 295534)
shubhra.shivpuri@lacity.org
OFFICE OF THE LOS ANGELES
CITY ATTORNEY
City Hall 200 North Spring Street
21st Floor
Los Angeles, CA 90012-4130
Tel.: 213-922-8382; Fax: 213-978-7957

*Attorneys for Intervenor
City of Los Angeles*

E. MARTIN ESTRADA
(SBN 223802)
martin.estrada@mto.com
DANIEL B. LEVIN (SBN 226044)
daniel.levin@mto.com
JOHN L. SCHWAB (SBN 301386)
john.schwab@mto.com
V. GRACE DAVIS (SBN 336732)
grace.davisfisher@mto.com
V. ROMAN LEAL (SBN 348892)
roman.leal@mto.com
WENDY QIUYU XIAO (SBN 342702)
wendy.xiao@mto.com
MUNGER, TOLLES & OLSON LLP
350 South Grand Avenue
50th Floor
Los Angeles, California 90071
Tel.: 213-683-9100; Fax: 213-687-3702

*Attorneys for Intervenors Cities of Los
Angeles, Anaheim, Bell Gardens, Beverly
Hills, Carpinteria, Culver City,
Huntington Park, Long Beach, Lynwood,
Montebello, Monterey Park, Oxnard,
Paramount, Pico Rivera, Pomona, Santa
Ana, Santa Barbara, Santa Monica,
South Gate, and West Hollywood*

NICOLE DAVIS TINKHAM (SBN
229592)
ntinkham@counsel.lacounty.gov
LILIANA CAMPOS (SBN 255753)
lcampos@counsel.lacounty.gov
BRIGIT GREESON ALVAREZ (SBN
237301)
bgreesonalvarez@counsel.lacounty.gov
OFFICE OF THE COUNTY COUNSEL
648 Kenneth Hahn Hall of Admin.,
500 West Temple Street
Los Angeles, California 90012-2713
Tel.: 213-808-8736; Fax: 213-633-1915

*Attorneys for Intervenor County of Los
Angeles*

MICHELE BEAL BAGNERIS (SBN
115423)
City Attorney
mbagneris@cityofpasadena.net
ARNOLD F. LEE (SBN 278610)
aflee@cityofpasadena.net
ANDREW AARONIAN (SBN 318245)
aaaronian@cityofpasadena.net
OFFICE OF THE CITY ATTORNEY
OF PASADENA
100 N Garfield Ave, Rm N-210
Pasadena, CA 91101
Tel.: 626-744-4141; Fax: 626-744-4190

*Attorneys for Intervenor City of Pasadena*

NORMAN L. EISEN*
Norman@democracydefenders.org
STEPHEN A. JONAS (SBN 542005)
Steve@democracydefenders.org
JOSHUA G. KOLB*
Joshua@democracydefenders.org
DEMOCRACY DEFENDERS FUND
600 Pennsylvania Ave. SE, Suite 15180
Washington, DC 20003
Tel: (202) 594-9958

*Admitted Pro Hac Vice

*Attorneys for Intervenor City of Los
Angeles*

---

DECLARATION OF ANITA SCOTT

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| Pedro VASQUEZ PERDOMO; Carlos Alexander OSORTO; and Isaac VILLEGAS MOLINA; Jorge HERNANDEZ VIRAMONTES; Jason Brian GAVIDIA; LOS ANGELES WORKER CENTER NETWORK; UNITED FARM WORKERS; COALITION FOR HUMANE IMMIGRANT RIGHTS; IMMIGRANT DEFENDERS LAW CENTER, | Case No.: 2:25-cv-05605-MEMF-SP |

*Plaintiffs*,

v.

Markwayne MULLIN, in his official capacity as Secretary, Department of Homeland Security; Todd M. LYONS, in his official capacity as Acting Director, U.S. Immigration and Customs Enforcement; Rodney S. SCOTT, in his official capacity as Commissioner, U.S. Customs and Border Patrol; Michael W. BANKS, in his official capacity as Chief of U.S. Border Patrol; Kash PATEL, in his official capacity as Director, Federal Bureau of Investigation; Pam BONDI, in her official capacity as U.S. Attorney General; Jaime RIOS, in his official capacity as Acting Field Office Director for Los Angeles, U.S. Immigration and Customs Enforcement; Dean T. SORENSON, Special Agent in Charge for Los Angeles, Homeland Security Investigations, U.S. Immigration and Customs Enforcement; Gregory K. BOVINO, in his official capacity as Chief Patrol Agent for El Centro Sector of the U.S. Border Patrol; Justin DE LA TORRE, in his official capacity as Acting Chief Patrol Agent, San Diego Sector of the U.S. Border Patrol; Akil DAVIS, in his official capacity as Assistant Director in Charge, Los Angeles Office, Federal Bureau of Investigation; Bilal A. ESSAYLI, in his official capacity as U.S. Attorney for the Central District of California.

*Defendants*,

**DECLARATION OF ANITA SCOTT**

-2-

## DECLARATION OF ANITA SCOTT

I, Anita Scott, hereby declare:

1. I am over the age of 18 years and a U.S. citizen. I have personal knowledge of all facts stated except for those facts specifically stated to be based on information and belief. If called as a witness, I could and would testify competently to the matters set forth below.

2. I am the City Manager for the City of Pomona ("Pomona" or "City"). I have held this position since December 2023.

3. As City Manager, I am responsible for managing City departments, overseeing the development and monitoring of the City's budget, and implementing the City's strategy plans. The statements contained in this declaration are based on my personal knowledge, information provided to me in the performance of my job duties.

4. Pomona is a charter city and a municipal corporation organized and existing under the Constitution and laws of the State of California. Located in Los Angeles County.

5. In 2017 the California state legislature adopted the California Values Act, also known as SB 54 ("the Act") which is set out in California Government Code Chapter 17.25. The Act sets the parameters under which California state and local law enforcement agencies may engage in "immigration enforcement," as defined. Culver City is bound by the requirements of the California Values Act.

6. Additionally, in 2017 the Pomona City Council adopted an ordinance to comply with the requirements of the California Values Act in order to preserve public safety.

7. Consistent with the Act and the Resolution, the City has not shared information or coordinated with federal officials on immigration enforcement activities.

-3-

DECLARATION OF ANITA SCOTT

8. Pomona has received reports of immigration raids occurring throughout Pomona since May 2025, including at Home Depot and on City's streets by unmasked individuals who lack arrest warrants.

9. Extensive Federal Immigration enforcement activities and associated protests in Pomona have diverted already strained police resources away from the core law enforcement and maintaining of the peace functions. The lack of clear identification for ICE agents to facilitate differentiation between their activities and those of local law enforcement, have fostered an environment of general distrust amongst the City's residents, resulting in increased calls for service, including incidents of vandalism, that negatively impact the Police Department's ability to respond to, investigate and clear the City's already high volume of normal calls for service.

10. Additionally, the City Manager's Office and Police Department have expended significant staff resources to address social media speculation and rumors alleging City resource coordination with ICE activities. These challenges have cast the local agency, into the unfortunate position of having to dedicate already limited local resources in an effort to offset community harm and eroded trust in our local government programs/activities and municipal law enforcement operations.

11. On July 12, 2025, the district court issued a temporary restraining order ("TRO") that prohibits federal immigration agents from stopping individuals for questioning absent reasonable suspicion that the specific individual is in violation of U.S. immigration law.

12. The TRO has not stopped immigration actions in the City.

13. On August 12, 2025, there were reported ICE enforcement actions at Home Depot.

DECLARATION OF ANITA SCOTT

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on 13 August, 2025, at _Pomona_, California.

ANITA SCOTT

-5-

DECLARATION OF ANITA SCOTT