HYDEE FELDSTEIN SOTO (SBN 106866)
City Attorney
hydee.feldsteinsoto@lacity.org
VALERIE L. FLORES (SBN 138572)
valerie.flores@lacity.org
MICHAEL J. DUNDAS (SBN 226930)
mike.dundas@lacity.org
MARIA LOUISE COUSINEAU (SBN 122280)
maria.cousineau@lacity.org
RANDALL G. SOMMER (SBN 214099)
randall.sommer@lacity.org
SHUBHRA SHIVPURI (SBN 295534)
shubhra.shivpuri@lacity.org
OFFICE OF THE LOS ANGELES CITY ATTORNEY
City Hall 200 North Spring Street
21st Floor
Los Angeles, CA 90012-4130
Tel.: 213-922-8382; Fax: 213-978-7957

*Attorneys for Intervenor
City of Los Angeles*

E. MARTIN ESTRADA (SBN 223802)
martin.estrada@mto.com
DANIEL B. LEVIN (SBN 226044)
daniel.levin@mto.com
JOHN L. SCHWAB (SBN 301386)
john.schwab@mto.com
V. GRACE DAVIS (SBN 336732)
grace.davisfisher@mto.com
V. ROMAN LEAL (SBN 348892)
roman.leal@mto.com
WENDY QIUYU XIAO (SBN 342702)
wendy.xiao@mto.com
MUNGER, TOLLES & OLSON LLP
350 South Grand Avenue
50th Floor
Los Angeles, California 90071
Tel.: 213-683-9100; Fax: 213-687-3702

*Attorneys for Intervenors Cities of Los
Angeles, Anaheim, Bell Gardens, Beverly
Hills, Carpinteria, Culver City,
Huntington Park, Long Beach, Lynwood,
Montebello, Monterey Park, Oxnard,
Paramount, Pico Rivera, Pomona, Santa
Ana, Santa Barbara, Santa Monica,
South Gate, and West Hollywood*

NICOLE DAVIS TINKHAM (SBN 229592)
ntinkham@counsel.lacounty.gov
LILIANA CAMPOS (SBN 255753)
lcampos@counsel.lacounty.gov
BRIGIT GREESON ALVAREZ (SBN 237301)
bgreesonalvarez@counsel.lacounty.gov
OFFICE OF THE COUNTY COUNSEL
648 Kenneth Hahn Hall of Admin.,
500 West Temple Street
Los Angeles, California 90012-2713
Tel.: 213-808-8736; Fax: 213-633-1915

*Attorneys for Intervenor County of Los
Angeles*

MICHELE BEAL BAGNERIS (SBN 115423)
City Attorney
mbagneris@cityofpasadena.net
ARNOLD F. LEE (SBN 278610)
aflee@cityofpasadena.net
ANDREW AARONIAN (SBN 318245)
aaaronian@cityofpasadena.net
OFFICE OF THE CITY ATTORNEY
OF PASADENA
100 N Garfield Ave, Rm N-210
Pasadena, CA 91101
Tel.: 626-744-4141; Fax: 626-744-4190

*Attorneys for Intervenor City of Pasadena*

NORMAN L. EISEN*
Norman@democracydefenders.org
STEPHEN A. JONAS (SBN 542005)
Steve@democracydefenders.org
JOSHUA G. KOLB*
Joshua@democracydefenders.org
DEMOCRACY DEFENDERS FUND
600 Pennsylvania Ave. SE, Suite 15180
Washington, DC 20003
Tel: (202) 594-9958

*Admitted Pro Hac Vice

*Attorneys for Intervenor City of Los
Angeles*

DECLARATION OF CORILYN LANTZ

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

Pedro VASQUEZ PERDOMO; Carlos Alexander OSORTO; and Isaac VILLEGAS MOLINA; Jorge HERNANDEZ VIRAMONTES; Jason Brian GAVIDIA; LOS ANGELES WORKER CENTER NETWORK; UNITED FARM WORKERS; COALITION FOR HUMANE IMMIGRANT RIGHTS; IMMIGRANT DEFENDERS LAW CENTER,

*Plaintiffs*,

v.

Markwayne MULLIN, in his official capacity as Secretary, Department of Homeland Security; Todd M. LYONS, in his official capacity as Acting Director, U.S. Immigration and Customs Enforcement; Rodney S. SCOTT, in his official capacity as Commissioner, U.S. Customs and Border Patrol; Michael W. BANKS, in his official capacity as Chief of U.S. Border Patrol; Kash PATEL, in his official capacity as Director, Federal Bureau of Investigation; Pam BONDI, in her official capacity as U.S. Attorney General; Jaime RIOS, in his official capacity as Acting Field Office Director for Los Angeles, U.S. Immigration and Customs Enforcement; Dean T. SORENSON, Special Agent in Charge for Los Angeles, Homeland Security Investigations, U.S. Immigration and Customs Enforcement; Gregory K. BOVINO, in his official capacity as Chief Patrol Agent for El Centro Sector of the U.S. Border Patrol; Justin DE LA TORRE, in his official capacity as Acting Chief Patrol Agent, San Diego Sector of the U.S. Border Patrol; Akil DAVIS, in his official capacity as Assistant Director in Charge, Los Angeles Office, Federal Bureau of Investigation; Bilal A. ESSAYLI, in his official capacity as U.S. Attorney for the Central District of California.

*Defendants*,

Case No.: 2:25-cv-05605-MEMF-SP

**DECLARATION OF CORILYN LANTZ**

-2-

DECLARATION OF CORILYN LANTZ

# DECLARATION OF CORILYN LANTZ

I, Corilyn Lantz, declare as follows:

1.    I am the Recreation and Community Services Supervisor for the City of Santa Ana's Parks, Recreation and Community Services department and have worked for the City of Santa Ana since October 2022.  My job duties are varied and include overseeing the administration of recreation programs, facility rentals, and golf operations; in previous roles, I was responsible for community engagement and data collection.  I make this declaration in support of the Opposition to Preliminary Injunction, in the matter of *Pedro Vasquez Perdomo, et al. v. Kristi Noem, et al.*  Except where identified as based on information and belief, I have personal knowledge of each of the statements below, and if called and sworn as a witness, I could and would testify competently to each of them.

2.    I reviewed the attendance rates at various City of Santa Ana events sponsored by the Parks, Recreation and Community Services Department.  I compared the attendance rates between 2024 and 2025.  The City of Santa Ana typically sponsors numerous annual events and are widely publicized on various mediums to encourage public participation and attendance.

3.    I confirmed that in total, the annual attendance decreased 22.4% between 2024 and 2025.  Total participation in 2024 was 118,550.  Total participation fell to only 92,000 in 2025.

4.    Specifically, the following events saw a significant decrease in attendance:

   a.   July 4th celebration attendance in 2024 was 12,900 which decreased to only 5,100 in 2025 which reflected a decline of 60.5%.

   b.   Fiestas Patrias and the associated parade attendance in 2024 was 77,500 which decreased to 62,000 in 2025 which reflected a decline of 20%.  The event was held on September 13-14, 2025.

c. Mid-Autumn Festival attendance in 2024 was 4,900 which decreased to only 500 in 2025 which reflected a dramatic decline of 89.8%. Despite the change in location, the participation level dropped substantially. The event was held on October 4, 2025.

d. Roosevelt Walker Open House (Día de los Muertos) experienced a decline in attendance of 40% between 2024 and 2025. The event was held on November 1, 2025.

e. Summer Movies in the park experienced a decline of 12.5% between 2024 and 2025. This summer activity began on June 6, 2025 through July 25, 2025.

f. Plaza Navideña experienced a decline of 7.7% between 2024 and 2025. The event was held on November 22, 2025.

I declare under penalty of perjury of the laws of the State of California and the laws of the United States that the foregoing is true and correct. Executed on the 17th of June 2026 in the Santa Ana in California.

*Cori Lantz*

CORILYN LANTZ

-4-

DECLARATION OF CORILYN LANTZ