HYDEE FELDSTEIN SOTO
(SBN 106866)
City Attorney
hydee.feldsteinsoto@lacity.org
VALERIE L. FLORES (SBN 138572)
valerie.flores@lacity.org
MICHAEL J. DUNDAS (SBN 226930)
mike.dundas@lacity.org
MARIA LOUISE COUSINEAU
(SBN 122280)
maria.cousineau@lacity.org
RANDALL G. SOMMER
(SBN 214099)
randall.sommer@lacity.org
SHUBHRA SHIVPURI (SBN 295534)
shubhra.shivpuri@lacity.org
OFFICE OF THE LOS ANGELES
CITY ATTORNEY
City Hall 200 North Spring Street
21st Floor
Los Angeles, CA 90012-4130
Tel.: 213-922-8382; Fax: 213-978-7957

*Attorneys for Intervenor
City of Los Angeles*

E. MARTIN ESTRADA
(SBN 223802)
martin.estrada@mto.com
DANIEL B. LEVIN (SBN 226044)
daniel.levin@mto.com
JOHN L. SCHWAB (SBN 301386)
john.schwab@mto.com
V. GRACE DAVIS (SBN 336732)
grace.davisfisher@mto.com
V. ROMAN LEAL (SBN 348892)
roman.leal@mto.com
WENDY QIUYU XIAO (SBN 342702)
wendy.xiao@mto.com
MUNGER, TOLLES & OLSON LLP
350 South Grand Avenue
50th Floor
Los Angeles, California 90071
Tel.: 213-683-9100; Fax: 213-687-3702

*Attorneys for Intervenors Cities of Los
Angeles, Anaheim, Bell Gardens, Beverly
Hills, Carpinteria, Culver City,
Huntington Park, Long Beach, Lynwood,
Montebello, Monterey Park, Oxnard,
Paramount, Pico Rivera, Pomona, Santa
Ana, Santa Barbara, Santa Monica,
South Gate, and West Hollywood*

NICOLE DAVIS TINKHAM (SBN
229592)
ntinkham@counsel.lacounty.gov
LILIANA CAMPOS (SBN 255753)
lcampos@counsel.lacounty.gov
BRIGIT GREESON ALVAREZ (SBN
237301)
bgreesonalvarez@counsel.lacounty.gov
OFFICE OF THE COUNTY COUNSEL
648 Kenneth Hahn Hall of Admin.,
500 West Temple Street
Los Angeles, California 90012-2713
Tel.: 213-808-8736; Fax: 213-633-1915

*Attorneys for Intervenor County of Los
Angeles*

MICHELE BEAL BAGNERIS (SBN
115423)
City Attorney
mbagneris@cityofpasadena.net
ARNOLD F. LEE (SBN 278610)
aflee@cityofpasadena.net
ANDREW AARONIAN (SBN 318245)
aaaronian@cityofpasadena.net
OFFICE OF THE CITY ATTORNEY
OF PASADENA
100 N Garfield Ave, Rm N-210
Pasadena, CA 91101
Tel.: 626-744-4141; Fax: 626-744-4190

*Attorneys for Intervenor City of Pasadena*

NORMAN L. EISEN*
Norman@democracydefenders.org
STEPHEN A. JONAS (SBN 542005)
Steve@democracydefenders.org
JOSHUA G. KOLB*
Joshua@democracydefenders.org
DEMOCRACY DEFENDERS FUND
600 Pennsylvania Ave. SE, Suite 15180
Washington, DC 20003
Tel: (202) 594-9958

*Admitted *Pro Hac Vice*

*Attorneys for Intervenor City of Los
Angeles*

DECLARATION OF ALVARO NUÑEZ

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

Pedro VASQUEZ PERDOMO; Carlos Alexander OSORTO; and Isaac VILLEGAS MOLINA; Jorge HERNANDEZ VIRAMONTES; Jason Brian GAVIDIA; LOS ANGELES WORKER CENTER NETWORK; UNITED FARM WORKERS; COALITION FOR HUMANE IMMIGRANT RIGHTS; IMMIGRANT DEFENDERS LAW CENTER,

*Plaintiffs*,

v.

Markwayne MULLIN, in his official capacity as Secretary, Department of Homeland Security; Todd M. LYONS, in his official capacity as Acting Director, U.S. Immigration and Customs Enforcement; Rodney S. SCOTT, in his official capacity as Commissioner, U.S. Customs and Border Patrol; Michael W. BANKS, in his official capacity as Chief of U.S. Border Patrol; Kash PATEL, in his official capacity as Director, Federal Bureau of Investigation; Pam BONDI, in her official capacity as U.S. Attorney General; Jaime RIOS, in his official capacity as Acting Field Office Director for Los Angeles, U.S. Immigration and Customs Enforcement; Dean T. SORENSON, Special Agent in Charge for Los Angeles, Homeland Security Investigations, U.S. Immigration and Customs Enforcement; Gregory K. BOVINO, in his official capacity as Chief Patrol Agent for El Centro Sector of the U.S. Border Patrol; Justin DE LA TORRE, in his official capacity as Acting Chief Patrol Agent, San Diego Sector of the U.S. Border Patrol; Akil DAVIS, in his official capacity as Assistant Director in Charge, Los Angeles Office, Federal Bureau of Investigation; Bilal A. ESSAYLI, in his official capacity as U.S. Attorney for the Central District of California.

*Defendants*,

Case No.: 2:25-cv-05605-MEMF-SP

**DECLARATION OF ALVARO NUÑEZ**

-2-

DECLARATION OF ALVARO NUÑEZ

## DECLARATION OF ALVARO NUÑEZ

I, ALVARO NUÑEZ, hereby declare as follows:

1.     I am the City Manager for the City of Santa Ana ("City"). I have held this position since August 2024. I have also worked for the City in various capacities for over thirty (30) years. As the City Manager, I am responsible for overseeing the administration of all City departments, implementing policies established by the City Council, and managing the day-to-day operations of the City.

2.     I make this Declaration upon my personal knowledge, upon information obtained in the course and scope of my professional duties, upon my review of records, and upon information and belief.

3.     The City is a charter city and a municipal corporation organized and existing under the Constitution and laws of the State of California. The City is located in Orange County.

4.     On December 6, 2016, the City adopted Resolution No. 2016-086, declaring the City a sanctuary for all its residents, regardless of their immigration status. To date, it is the only City in Orange County to declare itself a sanctuary city.

5.     According to the Census Atlas of Orange County, Latinos comprise nearly 77% of the population of the City of Santa Ana.

6.     The City has received reports of immigration raids throughout the City since June 6, 2025, when the Department of Homeland Security Immigration and Custom Enforcement ("ICE") began enforcement efforts. The City has experienced ICE raids at individuals' homes, schools, places of work, places of worship, places of public accommodation, swap meets, grocery stores, medical facilities, hotels, and specifically locations such as the Home Depot and car washes.

7.     I am informed and, on that basis believe, that, on or about June 20, 2025, a 48-year old resident of Tustin and father of three (3) U.S. Marine sons by the name of Narciso Barranco was pushed to the ground and beaten off Edinger Avenue and Ritchey Street in the City, and thereafter detained in Los Angeles, by

ICE agents during a raid.[1]

8.    I am informed and believe that an individual was beaten and pepper-sprayed by masked ICE agents in broad daylight off Main Street in the City. An individual involved in the altercation required medical attention. [2]

9.    Based on my interactions with the community, it is my belief that there is continued fear and apprehension regarding future, additional ICE raids in the City.

10.    I am informed and believe that federal immigration activities resulted in negative economic and social impacts within the City last year. For example, City centers were "deserted" and fewer people frequented commercial and retail establishments, such as local restaurants, grocery stores, medical facilities, places of public accommodation, and entertainment venues, for fear of being targeted by federal agents. In particular, once the immigration raids began last summer, the City saw an immediate decline in pedestrian traffic, shopping and overall business activity in the City's Downtown Area, including the closure of businesses. This slowdown, in turn, negatively impacted the City's revenue and budget.[3]

11.    Because of the frustration, anger and fear exhibited by the community, as consistently expressed by members of the public during public meetings of the City Council, the City has undertaken various tasks to address increasing concerns, requiring an additional commitment of time and resources. For example, the City Council has directed staff to submit requests for public records to the federal government by way of the Freedom of Information Act ("FOIA"), the City Council

---

[1] Amber Frias, NBC4 (https://www.youtube.com/watch?v=7Riw2y-XYa4) (June 20, 2025); David Gonzalez, ABC7 (OC man forcibly detained by Border Patrol agents in Santa Ana, video shows. DHS claims he assaulted agents - ABC7 Los Angeles) (June 23, 2025)

[2] Annie Rose Ramos, KTLA5 (https://www.youtube.com/watch?v=dD4873Bh2a4) (June 30, 2025)

[3] Amber Frias, NBC4 ( https://www.youtube.com/watch?v=MCj8hecdqYc) (June 12, 2025)

DECLARATION OF ALVARO NUÑEZ

approved resolutions calling for Congressional action, and committed funding for emergency assistance to families impacted by immigration raids.[4]

12.    Additionally, the City typically hosts a number of community-wide activities aimed at celebrating the culture and contributions of immigrants.  For example, the City hosts an annual festival, known as "Fiestas Patrias." However, residents expressed fear over the safety of attendees at City events.  Overall, total citywide event attendance declined a little over 20% in 2024 to 2025.  Additional resources may be needed to address declining participation levels.  If attendance does not rebound this year, the City is concerned about negative economic impacts as well as a detrimental effect on the City's mission to provide meaningful celebrations of culture and community for the residents of the City.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Executed on June 17, 2026, at Santa Ana, California

_____
ALVARO NUÑEZ

---

[4] Press Release, City of Santa Ana, https://www.santa-ana.org/santa-ana-city-council-unanimously-passes-multiple-actions-affirming-its-commitment-to-its-immigrant-community/.

-5-

DECLARATION OF ALVARO NUÑEZ