HYDEE FELDSTEIN SOTO (SBN 106866)
City Attorney
hydee.feldsteinsoto@lacity.org
VALERIE L. FLORES (SBN 138572)
valerie.flores@lacity.org
MICHAEL J. DUNDAS (SBN 226930)
mike.dundas@lacity.org
MARIA LOUISE COUSINEAU (SBN 122280)
maria.cousineau@lacity.org
RANDALL G. SOMMER (SBN 214099)
randall.sommer@lacity.org
SHUBHRA SHIVPURI (SBN 295534)
shubhra.shivpuri@lacity.org
OFFICE OF THE LOS ANGELES CITY ATTORNEY
City Hall 200 North Spring Street
21st Floor
Los Angeles, CA 90012-4130
Tel.: 213-922-8382; Fax: 213-978-7957

*Attorneys for Intervenor City of Los Angeles*

E. MARTIN ESTRADA (SBN 223802)
martin.estrada@mto.com
DANIEL B. LEVIN (SBN 226044)
daniel.levin@mto.com
JOHN L. SCHWAB (SBN 301386)
john.schwab@mto.com
V. GRACE DAVIS (SBN 336732)
grace.davisfisher@mto.com
V. ROMAN LEAL (SBN 348892)
roman.leal@mto.com
WENDY QIUYU XIAO (SBN 342702)
wendy.xiao@mto.com
MUNGER, TOLLES & OLSON LLP
350 South Grand Avenue
50th Floor
Los Angeles, California 90071
Tel.: 213-683-9100; Fax: 213-687-3702

*Attorneys for Intervenors Cities of Los Angeles, Anaheim, Bell Gardens, Beverly Hills, Carpinteria, Culver City, Huntington Park, Long Beach, Lynwood, Montebello, Monterey Park, Oxnard, Paramount, Pico Rivera, Pomona, Santa Ana, Santa Barbara, Santa Monica, South Gate, and West Hollywood*

NICOLE DAVIS TINKHAM (SBN 229592)
ntinkham@counsel.lacounty.gov
LILIANA CAMPOS (SBN 255753)
lcampos@counsel.lacounty.gov
BRIGIT GREESON ALVAREZ (SBN 237301)
bgreesonalvarez@counsel.lacounty.gov
OFFICE OF THE COUNTY COUNSEL
648 Kenneth Hahn Hall of Admin.,
500 West Temple Street
Los Angeles, California 90012-2713
Tel.: 213-808-8736; Fax: 213-633-1915

*Attorneys for Intervenor County of Los Angeles*

MICHELE BEAL BAGNERIS (SBN 115423)
City Attorney
mbagneris@cityofpasadena.net
ARNOLD F. LEE (SBN 278610)
aflee@cityofpasadena.net
ANDREW AARONIAN (SBN 318245)
aaaronian@cityofpasadena.net
OFFICE OF THE CITY ATTORNEY OF PASADENA
100 N Garfield Ave, Rm N-210
Pasadena, CA 91101
Tel.: 626-744-4141; Fax: 626-744-4190

*Attorneys for Intervenor City of Pasadena*

NORMAN L. EISEN*
Norman@democracydefenders.org
STEPHEN A. JONAS (SBN 542005)
Steve@democracydefenders.org
JOSHUA G. KOLB*
Joshua@democracydefenders.org
DEMOCRACY DEFENDERS FUND
600 Pennsylvania Ave. SE, Suite 15180
Washington, DC 20003
Tel: (202) 594-9958

*Admitted *Pro Hac Vice*

*Attorneys for Intervenor City of Los Angeles*

Office of the City Attorney
City of Santa Barbara
40 State Street, Suite 201 P.O. Box 199
Santa Barbara, California 93102-1990

DECLARATION OF KELLY MCADOO

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

Office of the City Attorney
City of Santa Barbara
40 State Street, Suite 201 P.O. Box 199
Santa Barbara, California 93102-1990

| | |
|---|---|
| Pedro VASQUEZ PERDOMO; Carlos Alexander OSORTO; and Isaac VILLEGAS MOLINA; Jorge HERNANDEZ VIRAMONTES; Jason Brian GAVIDIA; LOS ANGELES WORKER CENTER NETWORK; UNITED FARM WORKERS; COALITION FOR HUMANE IMMIGRANT RIGHTS; IMMIGRANT DEFENDERS LAW CENTER, <br><br> *Plaintiffs*, <br><br> v. <br><br> Markwayne MULLIN, in his official capacity as Secretary, Department of Homeland Security; Todd M. LYONS, in his official capacity as Acting Director, U.S. Immigration and Customs Enforcement; Rodney S. SCOTT, in his official capacity as Commissioner, U.S. Customs and Border Patrol; Michael W. BANKS, in his official capacity as Chief of U.S. Border Patrol; Kash PATEL, in his official capacity as Director, Federal Bureau of Investigation; Pam BONDI, in her official capacity as U.S. Attorney General; Jaime RIOS, in his official capacity as Acting Field Office Director for Los Angeles, U.S. Immigration and Customs Enforcement; Dean T. SORENSON, Special Agent in Charge for Los Angeles, Homeland Security Investigations, U.S. Immigration and Customs Enforcement; Gregory K. BOVINO, in his official capacity as Chief Patrol Agent for El Centro Sector of the U.S. Border Patrol; Justin DE LA TORRE, in his official capacity as Acting Chief Patrol Agent, San Diego Sector of the U.S. Border Patrol; Akil DAVIS, in his official capacity as Assistant Director in Charge, Los Angeles Office, Federal Bureau of Investigation; Bilal A. ESSAYLI, in his official capacity as U.S. Attorney for the Central District of California. <br><br> *Defendants*, | Case No.: 2:25-cv-05605-MEMF-SP <br><br> **DECLARATION OF KELLY MCADOO** |

-2-

Office of the City Attorney
City of Santa Barbara
740 State Street, Suite 201 P.O. Box 1990
Santa Barbara, California 93102-1990

I, Kelly McAdoo, hereby declare:

1.  I am over 18 years of age. I make the statements hereinafter based on my own personal knowledge and, if called as a witness, would so testify.

2.  I have been employed as the City Administrator for the City of Santa Barbara (the "City") since May 2024.

3.  In my role as City Administrator, I oversee day-to-day City operations, implement policies set by City Council, and promote organizational effectiveness across City functions. I attend weekly City Council meetings, special City Council meetings, and am responsible for reviewing and approving council agenda reports and resolutions. I am familiar with the Charter of the City of Santa Barbara and the Municipal Code.

4.  As the City Administrator, I am responsible for preparing the City's annual budget, submitting it to the City Council, and ensuring it is administered after its adoption. I am apprised of amendments to the budget and any increases in expenditure appropriations.

5.  Due to recent federal immigration enforcement activities in Santa Barbara and the surrounding communities, there has been an increased focus on immigration enforcement activity, and how the City can and should legally respond. These issues have been the topic of discussion and action at several City Council meetings. On July 15, 2025, the City and a local nonprofit hosted a town hall on immigration issues to address community questions and share local resources. On July 31, 2025, the City held a Special City Council meeting to further address community concerns. During the July 31 Special City Council meeting, City Council requested a $500,000 expenditure appropriation from the City's Flexible Housing and Homelessness Fund budget to support local nonprofit organizations that assist individuals and their families who are being impacted by federal immigration enforcement activities. City Council further directed City staff to work with the Finance Committee to determine how to replenish these funds. A

true and correct copy of the council agenda report reflecting this resolution is attached hereto as **Exhibit 1**. A true and correct copy of the resolution amending the City's budget is attached hereto as **Exhibit 2**.

I declare under penalty of perjury that the foregoing is true and correct. Executed on December 2, 2025, at Santa Barbara, California.

Kelly McAdoo

Office of the City Attorney
City of Santa Barbara
740 State Street, Suite 201 P.O. Box 1990
Santa Barbara, California 93102-1990

4

# EXHIBIT 1

Agenda Item No. 1

File Code No. 120.09



# CITY OF SANTA BARBARA

## COUNCIL AGENDA REPORT

**AGENDA DATE:**    Thursday, July 31, 2025

**TO:**    Mayor and Councilmembers

**FROM:**    City Administrator's Office

**SUBJECT:**    Follow Up on Town Hall on Federal Immigration Enforcement Activities and Consideration of Actions Requested by City Council

**RECOMMENDATION:** That Council:

A. Adopt a Resolution Condemning Aggressive and Nontransparent Federal Immigration Enforcement Tactics and Reaffirming the City's Commitment to the California Values Act and to Providing a Safe and Welcoming Community for All Residents, Visitors, and Workers;

B. Provide direction to staff on the allocation of financial resources in support of immigrant-serving organizations; and

C. Adopt changes to the City of Santa Barbara Legislative Platform that will enable the Mayor and Council to advocate on behalf of immigrant communities on legislation at the State and Federal level.

## EXECUTIVE SUMMARY:

The City of Santa Barbara hosted a Town Hall Meeting on Tuesday, July 15th for the purpose of providing a local public forum to address concerns regarding recent federal immigration enforcement activities in our City and the surrounding region. During this meeting, as well as subsequent collaborative dialogue with community leaders, several action items were requested that City staff have been researching to find appropriate implementation paths. This is an update and opportunity for Council to provide further direction on these action items.

Council Agenda Report
Follow Up on Town Hall on Federal Immigration Enforcement Activities and Consideration
of Actions Requested by City Council
July 31, 2025
Page 2

**DISCUSSION:**

Background

Recent immigration enforcement operations by the United States Immigration and
Customs Enforcement (ICE) have caused significant disruption in cities within Santa
Barbara County and the surrounding region. ICE's detainment of individuals in public
spaces, commercial establishments, schools, and places of work have created instability,
chaos, and fear within the community. These events have also had a negative
socioeconomic impact on the community. For example, fewer people are accessing
critical community services and programs, avoiding commercial and retail
establishments, and not participating in public events and festivals.

In response to the immigrant enforcement operations at farms in Carpinteria and
Camarillo that occurred on July 10, 2025, City Council requested a Special Town Hall
Meeting. This meeting occurred on Tuesday, July 15, 2025, for the purpose of providing
a local public forum to address concerns from our community members and the
organizations that support the immigrant community regarding federal immigration
enforcement activities in our City and the surrounding region.

During this meeting, Council unanimously voted to have staff follow up on a number of
specific action items and bring these back at another Council meeting.  In addition, staff
from the City Administrator's Office, City Attorney's Office, and Police Department met
with leaders of organizations that participate in the immigration coalition on Tuesday, July
22, to discuss additional ways that the City can support our immigrant community during
these times.

The action items are detailed below with updates from City staff on implementation.

Consideration of an Emergency Health and Safety Resolution

The City Attorney's Office has provided a draft resolution (Attachment 1) condemning
aggressive and nontransparent federal immigration enforcement tactics and reaffirming the
City's commitment to the California Values Act and providing a safe and welcoming
community for all residents, visitors, and workers.

While there was an initial request for an emergency declaration, such actions can be
enacted only when specific events occur that are defined in the Santa Barbara Municipal
Code Chapter 9.166 and as well as State law (California Government Code Section
8558). Under these sections, emergency declarations may only be adopted in a specific
set of circumstances such as natural disasters and cannot be declared based on the
actions of another political subdivision/branch of the United States Government.

This is partly based upon  the Supremacy Clause of the U.S. Constitution, which
establishes that federal law takes precedence over conflicting state or local laws. For

Council Agenda Report
Follow Up on Town Hall on Federal Immigration Enforcement Activities and Consideration of Actions Requested by City Council
July 31, 2025
Page 3

example, if the federal government has fully occupied the area of regulation, such as immigration, then local governments cannot create laws that interfere or conflict. This means the City is prohibited from taking actions that may interfere with the responsibilities and authority of federal immigration agencies like ICE. While the City can adopt policies that reflect local values, it cannot take steps that actively obstruct federal immigration enforcement or directly contradict federal law. Doing so could expose the City to legal challenges or federal penalties. Please see Attachment 2 for further information on Constitutional issues.

Consider Funding 805 UndocuFund and other Immigrant-Serving Organizations

There are several considerations the Council should analyze prior to deciding about the appropriation of additional funds to immigrant-serving organizations including: 1) current updated projections for the City's General Fund budget; 2) amount of City funding already provided to organizations in the community that serve our immigrant populations; and 3) restrictions on what activities can be funded with City dollars.

The first factor the Council should consider when making decisions about appropriating additional funds to immigrant-serving organizations are the current projections for the City's General Fund budget. The City Council adopted the General Fund Budget for FY2026 and FY2027 on June 17, 2025. With the addition of a $2 million appropriation to the Local Housing Trust Fund as part of that action, the City faces a $1.3 million deficit for FY 2026, which would require the City to dip into reserves (or the City's savings account) to cover ongoing operating expenses. Since that time, the City has been in labor negotiations that staff estimates will significantly increase original deficit projections due to personnel expenses. Furthermore, there are several current litigation cases that also require considerable expense to defend over the course of the next fiscal year.

In addition, there is a significant risk that the Federal government will not continue to fund the Community Development Block Grant (CDBG) program, which funds critical social services in the community. If this funding is removed from the Federal budget, staff has recommended that the General Fund backfill this funding for FY 2026 only, allowing social service agencies adequate budget planning time to transition to funding levels that do not include City funding for FY 2027. This would add approximately $1.14 million to the FY 2026 deficit. Considering these factors, staff has updated the General Fund budget projections for FY 2026 (Attachment 3) and now estimate at least a $6 million deficit rather than the approximately $800,000 surplus that was reflected in the FY 2026 proposed City Administrator's budget.

The second factor that the Council should consider is the amount of funding that the City already appropriates to organizations that are providing services to our immigrant community. The total amount appropriated to these organizations for FY 2025 – FY 2026 was approximately $1.75 million (Attachment 4) including City programs such as the Rental Housing Mediation Program. Under the California Values Act (SB 54), service providers and the City are not allowed to ask immigration status as part of providing

Council Agenda Report
Follow Up on Town Hall on Federal Immigration Enforcement Activities and Consideration of Actions Requested by City Council
July 31, 2025
Page 4

services. However, these outside independent organizations have indicated that they do serve immigrants as part of their service populations. Because of the restrictions of the CA Values Act, it is difficult to estimate the exact number of immigrants receiving services. However, the City allocated $22,240 in FY 2025 – 2026 specifically to the Santa Barbara Immigrant Legal Defense Center.

Lastly, there are Federal statutes in place that allow for a broad interpretation of what actions constitute interference with federal investigations, enforcement actions, or arrests. For that reason, the City cannot directly fund activities related to the immigration rapid response network or any other activity that could be perceived as interfering with Federal law enforcement or ICE activities; otherwise, there is a risk of exposing City employees to criminal liability. However, the City can fund organizations like the Immigrant Legal Defense Center and Immigrant Hope or the provision of supplies to support families. If the Council decides to appropriate additional funding, staff will work to ensure that funding agreements document the requirements necessary to comply with these restrictions.

Staff recommends that any available funding to support these organizations be re-allocated from funding already approved in the FY2026 General Fund budget for housing and homelessness ($3.5 million in the Local Housing Trust Fund including $2 million from Reserves as well as $1.5 million in the flexible Housing and Homelessness Fund) or Measure C Capital Projects (List of Projects in Attachment 5). It is important to note that City staff have received a $3.5 million request from the Housing Authority of the City of Santa Barbara for the Local Housing Trust Fund dollars to address the funding gap for Jacaranda Court (400 West Carrillo Street), but this has yet to be brought forth to Council for consideration.

Finally, if Council does decide to appropriate funds, it must do so at a regular Council meeting as the Charter prohibits appropriating City funds at a Special Meeting. Staff would return at an upcoming meeting with the official appropriation action.

Joining the Legal Challenges with Los Angeles, ACLU and Others

On July 2, 2025, various immigrant rights groups and named individuals filed a class action lawsuit in United States District Court, Central District of California titled Vasquez Perdomo et al, v, Noem et al., alleging defendant Noem's (head of the Homeland Security Department) use of unlawful search and seizure violates the Fourth and Fifth Amendment to the United States Constitution in undertaking the immigration arrests. On July 9th, the City of Los Angeles filed a petition to intervene in the action. That request will be considered by the Court mid-August. Since then, many additional jurisdictions in Los Angeles, Orange, Ventura, and Santa Barbara counties have filed petitions to intervene in the lawsuit. As a result of the litigation that has been initiated, the Central District Court has issued a District-wide temporary restraining order (TRO) against the Trump Administration. This District includes Santa Barbara and Ventura Counties. The TRO is

Council Agenda Report
Follow Up on Town Hall on Federal Immigration Enforcement Activities and Consideration
of Actions Requested by City Council
July 31, 2025
Page 5

under appeal to the Ninth Circuit. A preliminary injunction hearing is scheduled for mid-September.

City Council has authorized the City Attorney to seek intervention in the lawsuit. A hearing is scheduled on allowing additional cities like Santa Barbara to intervene in the lawsuit in mid-August.

Partnering with Santa Barbara County on Actions from the July 15, 2025, Board of Supervisors Meeting

The City Administrator met with the Santa Barbara County Executive Officer, City of Goleta City Manager, and City of Carpinteria City Manager to coordinate across jurisdictions on actions in support of our immigrant communities. Similar to the County of Santa Barbara, City Administrator McAdoo sent a Freedom of Information Act (FOIA) to U.S. Immigrations and Custom Enforcement Acting Director Lyons on July 28th (Attachment 6) to: request a timeline and locations of federal law enforcement immigration actions in the City of Santa Barbara; identify individuals detained; and obtain documentation on the specific rules and protocols that federal law enforcement agents are instructed to follow during arrests.

Recommended Updates to the City's Legislative Platform

The City of Santa Barbara affirms its commitment to upholding human dignity, community safety, and the rule of law in all matters related to immigration policy. In light of recent enforcement actions impacting our local communities, we believe it is essential that immigration policies reflect our fundamental values of compassion, fairness and respect for due process. Consequently, City staff are recommending the following changes to the City of Santa Barbara Legislative Platform that will enable the City to join with other cities to advocate on behalf of immigrant communities as it relates to legislation at the State and Federal level.

Proposed language to add:

*The City of Santa Barbara supports federal and state immigration policies that:*

(a) *Promote humane and equitable treatment of immigrants, regardless of status, and oppose actions that separate families, erode civil liberties, or foster fear in immigrant communities.*
(b) *Acknowledge the vital contributions of immigrants to the social, economic and cultural fabric of our communities.*
(c) *Clearly delineate the roles and responsibilities of local governments and law enforcement in immigration matters, ensuring that local public safety agencies are not deputized to serve as federal immigration enforcement.*

Council Agenda Report
Follow Up on Town Hall on Federal Immigration Enforcement Activities and Consideration
of Actions Requested by City Council
July 31, 2025
Page 6

(d) *Protect the safety and trust of all community members – especially victims and witnesses of crime – that could otherwise hinder effective policing or endanger officers.*

(e) *Provide local governments with the resources, discretion, and legal clarity to support all residents while maintaining the safety and well-being of City personnel, including law enforcement officers, who serve on the front lines of complex and evolving policy landscapes.*

The City will call on state and federal leaders to pursue comprehensive immigration reform that aligns enforcement with American values, safeguards vulnerable populations, and enhances the ability of local jurisdictions to build safe, inclusive and resilient communities. A current list of legislation introduced at the State level that the City will work with its lobbyist, Townsend Public Affairs, to take positions on is included in Attachment 7 for reference.

<u>Additional Requests for Use of City Facilities and Distribution of Informational Resources</u>

City Council requested staff research further the use of City facilities to conduct trainings for community volunteers. The City does offer subsidized facility rental fees for non-profit organizations and can work with local nonprofits to identify space that is suitable for their purposes as well as assist with reservations, insurance requirements, and other logistics.

For clarification, City facilities cannot be offered free of charge for trainings. The basis of this decision is rooted in the First Amendment. Once the City opens a room free of charge for one specific group for public use, it is considered a "designated public forum." Designated forums are treated as though they are "public forums," and the City at that point may not control which messages are expressed there. This means the City may not restrict on the basis of the content (topic) or viewpoint of a group's speech. For example, it would then be impermissible content restriction to allow for these trainings, while at the same time not allowing a group if they wanted use of a room to conduct a training on how to assist in immigration enforcement (the opposite end of the issue). Therefore, the approach being advised is to not open up City facilities as public forums and to continue charging facility rental fees.

There was also a request from Council to explore the option of police officers potentially distributing red cards. There are several reasons why the City Attorney's Office is advising City staff not to do so. First, the red cards oversimplify complex legal situations, as each situation is unique. The information on red cards does not offer blanket protection in all scenarios. Moreover, it may create confusion as City of Santa Barbara Police Officers can, for example, enter private property without the need to obtain a warrant if exigent circumstances exist. In addition, due to laws that govern public employees, the City cannot mandate that Officers pass these cards out unless there was a State law compelling such a requirement. To compel such action could raise the issue of work being assigned outside the required scope of their duties and create liability. This is different from individuals in their private capacity who do not have those same restrictions. Finally, handing out these cards could potentially be seen as providing legal advice, which

Council Agenda Report
Follow Up on Town Hall on Federal Immigration Enforcement Activities and Consideration
of Actions Requested by City Council
July 31, 2025
Page 7

is prohibited, as the Officers would be doing so in their professional capacity and under
the appearance of legal authority.

As a more appropriate alternative, City staff will work to create an immigration resource
card that can be voluntarily distributed and/or made available at City public counters to
help our community members in seeking assistance.

## BUDGET/FINANCIAL INFORMATION:

City Council will need to provide direction to staff on the allocation of financial resources
to local organizations in support of our immigrant communities. All other actions can be
implemented by City staff and/or through in-kind contributions.

**ATTACHMENTS:**
1. Draft Resolution
2. City Attorney Memorandum
3. Updated City of Santa Barbara General Fund FY2026 – 2027 Budget Projections
4. Grants to Organizations Serving Immigrant Community FY2025 and FY2026
5. Measure C General Fund Capital Projects FY2026 – 2027
6. Freedom of Information Act Request Letter to U.S. Immigration and Customs Enforcement Acting Director
7. 2025 Immigration Legislation Matrix

**PREPARED AND SUBMITTED BY:**
Barbara Andersen, Sr. Assistant to the City Administrator
Kelly Gordon, Chief of Police
Sarah Knecht, City Attorney

**APPROVED BY:**
Kelly R. McAdoo, City Administrator

STATE OF CALIFORNIA          )
                             )
COUNTY OF SANTA BARBARA )        ss.
                             )
CITY OF SANTA BARBARA        )

    I, Caitlin Colyer, Deputy City Clerk in and for the City of Santa Barbara, California, DO HEREBY CERTIFY that attached is a full, true and correct copy of the Council Agenda Report from July 31, 2025:

    IN WITNESS WHEREOF, I have hereunto set my hand and caused the official seal of said City to be affixed this 3rd day of December, 2025.



(SEAL)

Caitlin Colyer
Deputy City Clerk

# EXHIBIT 2

RESOLUTION NO. 25-093


RESOLUTION OF THE COUNCIL OF THE CITY OF
SANTA BARBARA CONDEMNING AGGRESSIVE AND
NONTRANSPARENT    FEDERAL    IMMIGRATION
ENFORCEMENT TACTICS AND REAFFIRMING THE
CITY'S COMMITMENT TO THE CALIFORNIA VALUES
ACT AND TO PROVIDING A SAFE AND WELCOMING
COMMUNITY FOR ALL RESIDENTS, VISITORS, AND
WORKERS


WHEREAS, the City of Santa Barbara is home to a vibrant immigrant community, including many mixed-status families who contribute to the cultural, economic, and social fabric of the City; and

WHEREAS, recent federal immigration enforcement activity in the state has increasingly involved the use of unmarked vehicles, masked agents, tactical gear, and personnel without visible identification or federal markings; and

WHEREAS, such tactics have been widely documented in national media and public forums, creating confusion and fear among residents, undermining the ability to verify whether those carrying out enforcement are legitimate federal agents or individuals posing as law enforcement; and

WHEREAS, many residents and families in the City of Santa Barbara have expressed growing fear and concern about their safety and rights in consideration of the ongoing immigration enforcement tactics; and

WHEREAS, recent federal immigration practices are resulting in growing concerns over violations of civil liberties and have resulted in legal challenges asserting racial profiling and due process violations; and

WHEREAS, the City Council recognizes and acknowledges the importance of supporting residents, workers, or visitors to the City who may become the targets of federal raids, while also acknowledging that the City and its Police Department do not have any jurisdiction over federal immigration enforcement; and

WHEREAS, California law, including the California Values Act (SB 54), prohibits the use of local resources to assist with federal immigration enforcement; and

WHEREAS, the City Council declares the City's continued commitment to the California Values Act (SB 54) in all its operations; and

1

WHEREAS, the City of Santa Barbara is committed to the rule of law, civil rights, and the safety and dignity of all its residents, regardless of immigration status; and

WHEREAS, the City Council acknowledges the uncertainty and fear expressed by many members of the community in response to increased federal immigration enforcement activity and recognizes its responsibility to speak out against practices that undermine the safety, welfare, and unity of the City.

NOW THEREFORE, BE IT RESOLVED BY THE COUNCIL OF THE CITY OF SANTA BARBARA THAT:

1. All the recitals set forth above are true, correct, and valid.

2. The City of Santa Barbara will continue to uphold the California Values Act to ensure that all residents, workers, and visitors, regardless of immigration status, can engage with City services without fear of local enforcement actions based solely on immigration status.

3. As part of that commitment, the City of Santa Barbara reaffirms that it does not request or consider immigration status when issuing licenses, permits, or conducting code enforcement, such as regulating sidewalk vending. This approach ensures that all residents, regardless of immigration status, can access City services and participate in civic life without fear or discrimination.

4. The City of Santa Barbara strongly condemns any law enforcement agencies (except in limited necessary circumstances) using unmarked vehicles, masked agents, and unidentifiable personnel in immigration enforcement activities, and views such tactics as harmful to public trust, community safety, and constitutional protections.

5. The City of Santa Barbara calls upon the U.S. Department of Homeland Security and its sub-agencies to implement clear, uniform identification standards for all field agents, including marked vehicles, visible agency badges, and advance notice protocols when operating in or near local jurisdictions.

6. The City of Santa Barbara reaffirms its commitment to due process, equal protection, and the rights of all individuals within its jurisdiction.

7. The City of Santa Barbara will continue to uphold its values as a safe, inclusive, and law-abiding community where government transparency and public safety remain paramount.

8. Copies of this Resolution shall be provided to the news media.

2

9. This Resolution shall be effective immediately and shall remain in effect until terminated by the City Council.

**RESOLUTION NO. 25-093**

STATE OF CALIFORNIA            )
                               )
COUNTY OF SANTA BARBARA        )  ss.
                               )
CITY OF SANTA BARBARA          )

I HEREBY CERTIFY that the foregoing resolution was adopted by the Council of the City of Santa Barbara at a meeting held on July 31, 2025, by the following roll call vote:

AYES:              Councilmembers Eric Friedman, Oscar Gutierrez, Meagan Harmon, Mike Jordan, Wendy Santamaria, Kristen W. Sneddon; Mayor Randy Rowse

NOES:              None

ABSENT:            None

ABSTENTIONS:       None

IN WITNESS WHEREOF, I have hereto set my hand and affixed the official seal of the City of Santa Barbara on July 31, 2025.

Sarah P. Gorman, MMC
City Clerk Services Manager

I HEREBY APPROVE the foregoing resolution on July 31, 2025.

Randy Rowse
Mayor

STATE OF CALIFORNIA )
)
COUNTY OF SANTA BARBARA )    ss.
)
CITY OF SANTA BARBARA )

I, Caitlin Colyer, Deputy City Clerk in and for the City of Santa Barbara, California, DO HEREBY CERTIFY that attached is a full, true and correct copy of City Council Resolution No. 25-093, adopted by the City Council of the City of Santa Barbara at their regular meeting held on July 31, 2025.

IN WITNESS WHEREOF, I have hereunto set my hand and caused the official seal of said City to be affixed this 3rd day of December, 2025.



(SEAL)

Caitlin Colyer
Deputy City Clerk