HYDEE FELDSTEIN SOTO
(SBN 106866)
City Attorney
hydee.feldsteinsoto@lacity.org
VALERIE L. FLORES (SBN 138572)
valerie.flores@lacity.org
MICHAEL J. DUNDAS (SBN 226930)
mike.dundas@lacity.org
MARIA LOUISE COUSINEAU
(SBN 122280)
maria.cousineau@lacity.org
RANDALL G. SOMMER
(SBN 214099)
randall.sommer@lacity.org
SHUBHRA SHIVPURI (SBN 295534)
shubhra.shivpuri@lacity.org
OFFICE OF THE LOS ANGELES
CITY ATTORNEY
City Hall 200 North Spring Street
21st Floor
Los Angeles, CA 90012-4130
Tel.: 213-922-8382; Fax: 213-978-7957

*Attorneys for Intervenor
City of Los Angeles*

E. MARTIN ESTRADA
(SBN 223802)
martin.estrada@mto.com
DANIEL B. LEVIN (SBN 226044)
daniel.levin@mto.com
JOHN L. SCHWAB (SBN 301386)
john.schwab@mto.com
V. GRACE DAVIS (SBN 336732)
grace.davisfisher@mto.com
V. ROMAN LEAL (SBN 348892)
roman.leal@mto.com
WENDY QIUYU XIAO (SBN 342702)
wendy.xiao@mto.com
MUNGER, TOLLES & OLSON LLP
350 South Grand Avenue
50th Floor
Los Angeles, California 90071
Tel.: 213-683-9100; Fax: 213-687-3702

*Attorneys for Intervenors Cities of Los
Angeles, Anaheim, Bell Gardens, Beverly
Hills, Carpinteria, Culver City,
Huntington Park, Long Beach, Lynwood,
Montebello, Monterey Park, Oxnard,
Paramount, Pico Rivera, Pomona, Santa
Ana, Santa Barbara, Santa Monica,
South Gate, and West Hollywood*

NICOLE DAVIS TINKHAM (SBN 229592)
ntinkham@counsel.lacounty.gov
LILIANA CAMPOS (SBN 255753)
lcampos@counsel.lacounty.gov
BRIGIT GREESON ALVAREZ (SBN 237301)
bgreesonalvarez@counsel.lacounty.gov
OFFICE OF THE COUNTY COUNSEL
648 Kenneth Hahn Hall of Admin.,
500 West Temple Street
Los Angeles, California 90012-2713
Tel.: 213-808-8736; Fax: 213-633-1915

*Attorneys for Intervenor County of Los
Angeles*

MICHELE BEAL BAGNERIS (SBN 115423)
City Attorney
mbagneris@cityofpasadena.net
ARNOLD F. LEE (SBN 278610)
aflee@cityofpasadena.net
ANDREW AARONIAN (SBN 318245)
aaaronian@cityofpasadena.net
OFFICE OF THE CITY ATTORNEY
OF PASADENA
100 N Garfield Ave, Rm N-210
Pasadena, CA 91101
Tel.: 626-744-4141; Fax: 626-744-4190

*Attorneys for Intervenor City of Pasadena*

NORMAN L. EISEN*
Norman@democracydefenders.org
STEPHEN A. JONAS (SBN 542005)
Steve@democracydefenders.org
JOSHUA G. KOLB*
Joshua@democracydefenders.org
DEMOCRACY DEFENDERS FUND
600 Pennsylvania Ave. SE, Suite 15180
Washington, DC 20003
Tel: (202) 594-9958

*Admitted Pro Hac Vice

*Attorneys for Intervenor City of Los
Angeles*

DECLARATION OF OLIVER CHI

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

Pedro VASQUEZ PERDOMO; Carlos Alexander OSORTO; and Isaac VILLEGAS MOLINA; Jorge HERNANDEZ VIRAMONTES; Jason Brian GAVIDIA; LOS ANGELES WORKER CENTER NETWORK; UNITED FARM WORKERS; COALITION FOR HUMANE IMMIGRANT RIGHTS; IMMIGRANT DEFENDERS LAW CENTER,

*Plaintiffs*,

v.

Markwayne MULLIN, in his official capacity as Secretary, Department of Homeland Security; Todd M. LYONS, in his official capacity as Acting Director, U.S. Immigration and Customs Enforcement; Rodney S. SCOTT, in his official capacity as Commissioner, U.S. Customs and Border Patrol; Michael W. BANKS, in his official capacity as Chief of U.S. Border Patrol; Kash PATEL, in his official capacity as Director, Federal Bureau of Investigation; Pam BONDI, in her official capacity as U.S. Attorney General; Jaime RIOS, in his official capacity as Acting Field Office Director for Los Angeles, U.S. Immigration and Customs Enforcement; Dean T. SORENSON, Special Agent in Charge for Los Angeles, Homeland Security Investigations, U.S. Immigration and Customs Enforcement; Gregory K. BOVINO, in his official capacity as Chief Patrol Agent for El Centro Sector of the U.S. Border Patrol; Justin DE LA TORRE, in his official capacity as Acting Chief Patrol Agent, San Diego Sector of the U.S. Border Patrol; Akil DAVIS, in his official capacity as Assistant Director in Charge, Los Angeles Office, Federal Bureau of Investigation; Bilal A. ESSAYLI, in his official capacity as U.S. Attorney for the Central District of California.

*Defendants*,

Case No.: 2:25-cv-05605-MEMF-SP

**DECLARATION OF OLIVER CHI**

-2-

DECLARATION OF OLIVER CHI

DECLARATION OF OLIVER CHI

I, Oliver Chi, hereby declare:

1.      I am over 18 years of age. I have personal knowledge of all facts stated except for those facts specifically stated to be based on information and belief. If called as a witness, I could and would testify competently to the matters set forth below.

2.      I am the City Manager for the City of Santa Monica ("Santa Monica" or "the City"), a municipal corporation and charter city organized under the laws of the State of California. Santa Monica has a population of approximately 93,076 residents as reported in the 2020 census, and a Council-Manager form of government. Per the City Charter, the City Manager is the chief executive officer and head of the administrative branch of the City government. As the City Manager, I am responsible to the City Council for the proper administration of all affairs of the City, including preparing a budget annually, submitting it to the City Council, and being responsible for its administration after adoption. I now oversee a city budget of $789.9 million and workforce of over 2,000 employees. I began my position as City Manager on July 14, 2025.

3.      Federal law enforcement agencies have provided no advance notice to City of Santa Monica, including to law enforcement leaders, of immigration raids in in our city since they began regionally on June 6, 2025. Specifically, the Chief of Police has reported to me that no advance notice was given before federal agents detained at least one individual near a construction job site in Santa Monica on June 12, 2025, at least 5 individuals at and near the Pico Car Wash on October 17, 2025, and at least 2 individuals near the Bourget Brothers Building Materials store on November 18, 2025.

4.      Santa Monica operates the Big Blue Bus ("BBB"), a division of the City's Department of Transportation and a transit agency that provides and managing public transportation services. BBB operates 194 transit buses across 69 square miles of greater Los Angeles providing more than 800,000 rides each month on average.

Docusign Envelope ID: 24E87789-3500-8C40-8915-B4F5FDCBG3E2

5.      After immigration raids began in the region on June 6, 2025, the City of Santa Monica saw a significant decline in public transit ridership and resulting revenue.

6.      BBB ridership typically decreases every summer, though it fell by significantly more in summer 2025 than in recent years. Specifically, in 2023 and 2024, ridership fell by approximately 11% and 15%, respectively, from mid-May to the fourth week of June. Ridership fell by approximately 24% during the same period in 2025. Similarly, in 2023 and 2024, ridership fell from 2-13% between May and July, and in 2025, ridership fell by 23% from May to July.

7.      As of October 2025, BBB ridership was still down. Specifically, ridership in October 2025 was 4.3% lower than ridership in October 2024. BBB did increase fares in August 2025, and staff did project an initial ridership decline as a result, as is typical when transit agencies increase fares. However, any decline in ridership is very notable as BBB has experienced overall strong ridership growth in recent years, including a 17% increase in ridership in the last fiscal year ending June 30, 2025. It is likely that both the ongoing ICE raids and the fare increase contributed to the uncharacteristic decline in ridership we saw during the second half of 2025.

8.      For just the month of June 2025, the City projects approximately 65,740 fewer BBB riders than we would have had if 2024 ridership trends had held in 2025. Based on an average cash fare of $.94 per ride based on Fiscal Year 2023-2024 fare rates, this accounts for approximately $61,795.60 in lost revenue to the City due to the larger than usual decline in ridership in June 2025 alone.

9.      In addition, BBB saw a notable decrease in the number of visitors to the Transit Store after the raids began last year, where some of the most vulnerable customers go in person to prepay TAP cards, access LIFE fare discounts for low income customers, and to register for Santa Monica's Mobility on Demand Every Day program (MODE), the City's shared-ride service for older adults and persons with disabilities. The Transit Store saw 4,793 in person visitors from June 2024 through October 2024. The Transit Store saw only 4,083 visitors from June 2025

DECLARATION OF OLIVER CHI

Docusign Envelope ID: 24E87789-2500-8C40-8915-B4E5FDCBG3E2

through October 2025—710 fewer visitors than last year. This is close to missing an entire month's worth of Transit Store visitors over a 5-month period.

10. The City has dedicated staff resources and funded various initiatives to support families impacted by immigration enforcement actions that began regionally in June 2025. Beginning in July 2025, the City contracted with an immigration attorney to provide free bi-monthly legal consultations and Know Your Rights policy briefings to community members, at a cost to the City of $35,000. To date, more than 100 households have received legal consultations and over 300 households have participated in the Know Your Rights trainings.

11. In addition, in July 2025 the City allocated $75,000 to provide emergency financial assistance to families experiencing economic hardship due to immigration enforcement actions, including deportation, detention, and fear of going out in public to go to work. Due to high demand, the City allocated a further $250,000 in November 2025. To date, approximately $115,000 has been distributed to 80 unduplicated households representing 232 individuals, including 44 Santa Monica residents households and 36 Santa Monica worker households impacted by immigration enforcement actions.

12. The City had not funded a similar program before the raids began, but felt it necessary to do so to support our community and help stave off greater harms from the raids including eviction, homelessness, and hunger, all of which take a toll on the City's resources.

13. Unfortunately, the City has also had to scale back programming for the immigrant communities due to the climate of fear that has caused people to stay home. For several years, the City has partnered with Familias Latinas Unidas (FLU) in hosting Las Posadas, a traditional Mexican and Latin American celebration observed December 16 through December 24, in Virginia Avenue Park in Santa Monica. Las Posadas historically draws approximately 300 community members to Virginia Avenue Park and serves as a cultural anchor for the neighborhood's Latino and immigrant community, and a public celebration of Mexican heritage, faith and belonging that affirms the community's deep roots in Santa Monica. FLU made the

DECLARATION OF OLIVER CHI

Docusign Envelope ID: 24E87789-2500-8C40-8915-B4F5FDCBG3E2

difficult decision to cancel Las Posadas in December 2025, because many community members reported feeling unsafe attending large public gatherings, for fear they could be targeted for immigration enforcement.

Executed on ___6/5/2026_____, at Santa Monica, California.

Signed by:

*[signature]*

A99E21EDDD504B4...

OLIVER CHI

DECLARATION OF OLIVER CHI