HYDEE FELDSTEIN SOTO
(SBN 106866)
City Attorney
hydee.feldsteinsoto@lacity.org
VALERIE L. FLORES (SBN 138572)
valerie.flores@lacity.org
MICHAEL J. DUNDAS (SBN 226930)
mike.dundas@lacity.org
MARIA LOUISE COUSINEAU
(SBN 122280)
maria.cousineau@lacity.org
RANDALL G. SOMMER
(SBN 214099)
randall.sommer@lacity.org
SHUBHRA SHIVPURI (SBN 295534)
shubhra.shivpuri@lacity.org
OFFICE OF THE LOS ANGELES
CITY ATTORNEY
City Hall 200 North Spring Street
21st Floor
Los Angeles, CA 90012-4130
Tel.: 213-922-8382; Fax: 213-978-7957

*Attorneys for Intervenor
City of Los Angeles*

E. MARTIN ESTRADA
(SBN 223802)
martin.estrada@mto.com
DANIEL B. LEVIN (SBN 226044)
daniel.levin@mto.com
JOHN L. SCHWAB (SBN 301386)
john.schwab@mto.com
V. GRACE DAVIS (SBN 336732)
grace.davisfisher@mto.com
V. ROMAN LEAL (SBN 348892)
roman.leal@mto.com
WENDY QIUYU XIAO (SBN 342702)
wendy.xiao@mto.com
MUNGER, TOLLES & OLSON LLP
350 South Grand Avenue
50th Floor
Los Angeles, California 90071
Tel.: 213-683-9100; Fax: 213-687-3702

*Attorneys for Intervenors Cities of Los
Angeles, Anaheim, Bell Gardens, Beverly
Hills, Carpinteria, Culver City,
Huntington Park, Long Beach, Lynwood,
Montebello, Monterey Park, Oxnard,
Paramount, Pico Rivera, Pomona, Santa
Ana, Santa Barbara, Santa Monica,
South Gate, and West Hollywood*

NICOLE DAVIS TINKHAM (SBN 229592)
ntinkham@counsel.lacounty.gov
LILIANA CAMPOS (SBN 255753)
lcampos@counsel.lacounty.gov
BRIGIT GREESON ALVAREZ (SBN 237301)
bgreesonalvarez@counsel.lacounty.gov
OFFICE OF THE COUNTY COUNSEL
648 Kenneth Hahn Hall of Admin.,
500 West Temple Street
Los Angeles, California 90012-2713
Tel.: 213-808-8736; Fax: 213-633-1915

*Attorneys for Intervenor County of Los Angeles*

MICHELE BEAL BAGNERIS (SBN 115423)
City Attorney
mbagneris@cityofpasadena.net
ARNOLD F. LEE (SBN 278610)
aflee@cityofpasadena.net
ANDREW AARONIAN (SBN 318245)
aaaronian@cityofpasadena.net
OFFICE OF THE CITY ATTORNEY
OF PASADENA
100 N Garfield Ave, Rm N-210
Pasadena, CA 91101
Tel.: 626-744-4141; Fax: 626-744-4190

*Attorneys for Intervenor City of Pasadena*

NORMAN L. EISEN*
Norman@democracydefenders.org
STEPHEN A. JONAS (SBN 542005)
Steve@democracydefenders.org
JOSHUA G. KOLB*
Joshua@democracydefenders.org
DEMOCRACY DEFENDERS FUND
600 Pennsylvania Ave. SE, Suite 15180
Washington, DC 20003
Tel: (202) 594-9958

*Admitted Pro Hac Vice

*Attorneys for Intervenor City of Los Angeles*

DECLARATION OF MARIA DAVILA

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

Pedro VASQUEZ PERDOMO; Carlos Alexander OSORTO; and Isaac VILLEGAS MOLINA; Jorge HERNANDEZ VIRAMONTES; Jason Brian GAVIDIA; LOS ANGELES WORKER CENTER NETWORK; UNITED FARM WORKERS; COALITION FOR HUMANE IMMIGRANT RIGHTS; IMMIGRANT DEFENDERS LAW CENTER,

*Plaintiffs*,

v.

Markwayne MULLIN, in his official capacity as Secretary, Department of Homeland Security; Todd M. LYONS, in his official capacity as Acting Director, U.S. Immigration and Customs Enforcement; Rodney S. SCOTT, in his official capacity as Commissioner, U.S. Customs and Border Patrol; Michael W. BANKS, in his official capacity as Chief of U.S. Border Patrol; Kash PATEL, in his official capacity as Director, Federal Bureau of Investigation; Pam BONDI, in her official capacity as U.S. Attorney General; Jaime RIOS, in his official capacity as Acting Field Office Director for Los Angeles, U.S. Immigration and Customs Enforcement; Dean T. SORENSON, Special Agent in Charge for Los Angeles, Homeland Security Investigations, U.S. Immigration and Customs Enforcement; Gregory K. BOVINO, in his official capacity as Chief Patrol Agent for El Centro Sector of the U.S. Border Patrol; Justin DE LA TORRE, in his official capacity as Acting Chief Patrol Agent, San Diego Sector of the U.S. Border Patrol; Akil DAVIS, in his official capacity as Assistant Director in Charge, Los Angeles Office, Federal Bureau of Investigation; Bilal A. ESSAYLI, in his official capacity as U.S. Attorney for the Central District of California.

*Defendants*,

Case No.: 2:25-cv-05605-MEMF-SP

**DECLARATION OF MARIA DAVILA**

-2-

## DECLARATION OF MARIA DAVILA

I, MARIA DAVILA, declare as follows:

1.      I am a duly elected member of the City Council of the City of South Gate ("South Gate") and currently serve as its Mayor.  I submit this declaration in support of Intervenors' Notice of Filing of First Amended Complaint in Intervention, or in the Alternative, Notice of Motion and Motion for Leave to File First Amended Complaint in Intervention (the "Motion").  The contents of this declaration are based on my personal knowledge, except as to those matters stated on information and belief, and as to those I believe them to be true.  If called as a witness, I could and would testify competently to the matters set forth in this declaration.

2.      Proposed Intervenor-Plaintiff South Gate is a municipal corporation, duly organized and existing as a general law city under the laws of the State of California and is located in the County of Los Angeles.  It has a population of approximately 90,700 residents.  Over 90% of the population is Latino.

3.      Based on information and belief federal immigration enforcement activities have occurred at numerous locations in South Gate.  These activities involve masked agents swarming car washes, parking lots, and other places, entering businesses, and interrogating residents as they are working, looking for work, or otherwise trying to go about their daily lives.  I am informed and believe that in neighboring cities, these enforcement activities have included masked agents flooding street corners, bus stops, and educational facilities. While these latter activities have occurred elsewhere, South Gate also has bus stops, and educational facilities where these raids may occur in the future.

4.      Residents have come to South Gate City Council meetings to discuss their concerns regarding the effect that alleged illegal federal immigration enforcement activities have had on South Gate families, churches, and businesses. The residents have expressed concern about federal agents' failure to self-identify and the use of masks to cover their faces, depicting an atmosphere of confusion

about whether detention activity is the work of federal law enforcement, or that of kidnappers and/or assailants.

5.     South Gate has its own police department. South Gate has expended financial resources providing mutual aid to other law enforcement departments arising from protests caused by these alleged illegal immigration enforcement activities. The amount of such loss has not fully been calculated.

6.     South Gate also cancelled its annual Fourth of July multi-day carnival and fireworks contracts because of the uncertainty created by the alleged illegal immigration enforcement and the concern of civil unrest following federal immigration enforcement activity. The cancellation obligated South Gate to contractually pay for services not rendered in order to avoid a risk that federal agents would engage in the alleged illegal enforcement activities within South Gate during these celebrations.

7.     Based on information and belief, as a result of these alleged illegal enforcement activities, South Gate has and will continue to incur a loss of sales tax revenue and other monetary damages in an amount to be determined.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed this 13th day of August 2025, at South Gate, California.

Maria Davila, Mayor, City of South Gate

-4-

DECLARATION OF MARIA DAVILA