HYDEE FELDSTEIN SOTO
(SBN 106866)
City Attorney
hydee.feldsteinsoto@lacity.org
VALERIE L. FLORES (SBN 138572)
valerie.flores@lacity.org
MICHAEL J. DUNDAS (SBN 226930)
mike.dundas@lacity.org
MARIA LOUISE COUSINEAU
(SBN 122280)
maria.cousineau@lacity.org
RANDALL G. SOMMER
(SBN 214099)
randall.sommer@lacity.org
SHUBHRA SHIVPURI (SBN 295534)
shubhra.shivpuri@lacity.org
OFFICE OF THE LOS ANGELES
CITY ATTORNEY
City Hall 200 North Spring Street
21st Floor
Los Angeles, CA 90012-4130
Tel.: 213-922-8382; Fax: 213-978-7957

*Attorneys for Intervenor
City of Los Angeles*

E. MARTIN ESTRADA
(SBN 223802)
martin.estrada@mto.com
DANIEL B. LEVIN (SBN 226044)
daniel.levin@mto.com
JOHN L. SCHWAB (SBN 301386)
john.schwab@mto.com
V. GRACE DAVIS (SBN 336732)
grace.davisfisher@mto.com
V. ROMAN LEAL (SBN 348892)
roman.leal@mto.com
WENDY QIUYU XIAO (SBN 342702)
wendy.xiao@mto.com
MUNGER, TOLLES & OLSON LLP
350 South Grand Avenue
50th Floor
Los Angeles, California 90071
Tel.: 213-683-9100; Fax: 213-687-3702

*Attorneys for Intervenors Cities of Los
Angeles, Anaheim, Bell Gardens, Beverly
Hills, Carpinteria, Culver City,
Huntington Park, Long Beach, Lynwood,
Montebello, Monterey Park, Oxnard,
Paramount, Pico Rivera, Pomona, Santa
Ana, Santa Barbara, Santa Monica,
South Gate, and West Hollywood*

NICOLE DAVIS TINKHAM (SBN
229592)
ntinkham@counsel.lacounty.gov
LILIANA CAMPOS (SBN 255753)
lcampos@counsel.lacounty.gov
BRIGIT GREESON ALVAREZ (SBN
237301)
bgreesonalvarez@counsel.lacounty.gov
OFFICE OF THE COUNTY COUNSEL
648 Kenneth Hahn Hall of Admin.,
500 West Temple Street
Los Angeles, California 90012-2713
Tel.: 213-808-8736; Fax: 213-633-1915

*Attorneys for Intervenor County of Los
Angeles*

MICHELE BEAL BAGNERIS (SBN
115423)
City Attorney
mbagneris@cityofpasadena.net
ARNOLD F. LEE (SBN 278610)
aflee@cityofpasadena.net
ANDREW AARONIAN (SBN 318245)
aaaronian@cityofpasadena.net
OFFICE OF THE CITY ATTORNEY
OF PASADENA
100 N Garfield Ave, Rm N-210
Pasadena, CA 91101
Tel.: 626-744-4141; Fax: 626-744-4190

*Attorneys for Intervenor City of Pasadena*

NORMAN L. EISEN*
Norman@democracydefenders.org
STEPHEN A. JONAS (SBN 542005)
Steve@democracydefenders.org
JOSHUA G. KOLB*
Joshua@democracydefenders.org
DEMOCRACY DEFENDERS FUND
600 Pennsylvania Ave. SE, Suite 15180
Washington, DC 20003
Tel: (202) 594-9958

*Admitted Pro Hac Vice

*Attorneys for Intervenor City of Los
Angeles*

DECLARATION OF EDWARD OROZCO FLORES

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

Pedro VASQUEZ PERDOMO; Carlos Alexander OSORTO; and Isaac VILLEGAS MOLINA; Jorge HERNANDEZ VIRAMONTES; Jason Brian GAVIDIA; LOS ANGELES WORKER CENTER NETWORK; UNITED FARM WORKERS; COALITION FOR HUMANE IMMIGRANT RIGHTS; IMMIGRANT DEFENDERS LAW CENTER,

*Plaintiffs*,

v.

Markwayne MULLIN, in his official capacity as Secretary, Department of Homeland Security; Todd M. LYONS, in his official capacity as Acting Director, U.S. Immigration and Customs Enforcement; Rodney S. SCOTT, in his official capacity as Commissioner, U.S. Customs and Border Patrol; Michael W. BANKS, in his official capacity as Chief of U.S. Border Patrol; Kash PATEL, in his official capacity as Director, Federal Bureau of Investigation; Pam BONDI, in her official capacity as U.S. Attorney General; Jaime RIOS, in his official capacity as Acting Field Office Director for Los Angeles, U.S. Immigration and Customs Enforcement; Dean T. SORENSON, Special Agent in Charge for Los Angeles, Homeland Security Investigations, U.S. Immigration and Customs Enforcement; Gregory K. BOVINO, in his official capacity as Chief Patrol Agent for El Centro Sector of the U.S. Border Patrol; Justin DE LA TORRE, in his official capacity as Acting Chief Patrol Agent, San Diego Sector of the U.S. Border Patrol; Akil DAVIS, in his official capacity as Assistant Director in Charge, Los Angeles Office, Federal Bureau of Investigation; Bilal A. ESSAYLI, in his official capacity as U.S. Attorney for the Central District of California.

*Defendants*,

Case No.: 2:25-cv-05605-MEMF-SP

**DECLARATION OF EDWARD OROZCO FLORES**

-2-
DECLARATION OF EDWARD OROZCO FLORES

## <u>DECLARATION OF EDWARD OROZCO FLORES</u>

I, Edward Orozco Flores, hereby declare:

1.    I am over eighteen years of age. I have personal knowledge of the facts contained in this declaration and am otherwise competent to testify to the matters in this declaration.

2.    I currently serve as the Faculty Director of the Community and Labor Center of the University of California at Merced. The UC Merced Community and Labor Center, which I co-founded, conducts research and education on issues of community, labor, and the environment. UC Merced is a public institution located in the eight-county San Joaquin Valley region, and the Labor Center focuses on applied research and public education.

3.    The Center is the largest labor center serving a rural region in the United States. In 2023, the Center published the Farmworker Health Study, the largest academic survey on the health and wellbeing of farmworkers.

4.    In addition to serving as the Faculty Director at the Labor Center, I am an associate professor of Sociology at UC Merced and have taught courses in Sociology at UC Merced and other institutions since 2011. In addition to teaching, I have authored numerous articles relating to the fields of labor, race, religion, immigrant rights, and social movements. I have also designed and co-authored significant quantitative and qualitative research in the course of my work.

**Analyzing the Effect of Federal Immigration Enforcement on Private Sector Employment in California**

5.    In August 2025, the UC Merced Labor Center published a brief study I co-authored entitled *The Effects of Recent Federal Immigration Enforcement on California's Private Sector Employment* (attached herein as Exhibit A). In April 2026, the UC Merced Labor Center published a brief study I authored entitled *The Effects of Recent Federal Immigration Enforcement on Private Sector Employment in Six States and Washington, D.C.* (attached herein as Exhibit B). I will

-3-

summarize the results of my studies here, but for complete details, please refer to the research brief in full.

6.      I was interested in conducting this analysis because as a social science practitioner, I am familiar with kinds of direct and indirect effects policy can have on labor—especially in industries that are highly interdependent on one another, such as the industries in the food supply chain. These are also industries that happen to employ large numbers of immigrants. As such, I was keen on understanding what, if any, effect the federal government's recent increase in immigration enforcement activity (in the form of widespread arrests and detention) would have on the labor force of California and other states that had experienced targeted operations.

7.      To answer the research question of how private sector employment had changed among workers in California and the rest of the U.S. since escalated federal enforcement actions began in 2025, we examined data collected by way of the U.S. Census Bureau-Current Population Survey (CPS) Basic Monthly Survey. The CPS Basic Monthly is a representative survey of approximately 40,000 American households, of which roughly 1 out of 13 responses are from the State of California. The survey asks respondents a series of questions regarding their employment status, key among these for our purposes were, "last week, how many hours did you actually work at your job?" and "last week, how many hours did you actually work at your other job/jobs?"

8.      The CPS Basic Monthly data is collected the week of the month on which the 19th falls and asks participants about their household labor participation the week in which the 12th falls. So, in May 2025, the CPS reference week was the week starting Sunday May 11, 2025, and in June 2025, the reference week was the week starting Sunday June 8, 2025—when escalated immigration enforcement actions had just begun in Los Angeles. As a result, we anticipated that the California data reported would be responsive to the conditions created by the surge of immigration enforcement commencing on June 6, 2025. Similarly, we anticipated

-4-
DECLARATION OF EDWARD OROZCO FLORES

that the data reported in Tennessee, Oregon, Washington, D.C., Illinois, Louisiana, and Minnesota would be responsive to the conditions created by the surge of immigration enforcement occurring during their respective immigration enforcement operations.

9. We chose to focus on data pertaining to individuals reporting private sector employment for several reasons, including that citizenship is often a requirement for public sector employment, and public sector employment is governed by regulations that typically make it less immediately responsive to changes in public policy than employment in the private sector. As such, our analysis included workers reporting employment in the private, for-profit sector and the private, non-profit sector—as well as self-employed workers.

10. Overall, we found that federal immigration enforcement actions had a disruptive effect on California's economy. Fewer Californians reported private sector work during the week of escalated federal enforcement actions on June 8, 2025, than on the preceding reference week of May 11, 2025 (a decline of about 3.1%).

11. CPS data indicated that, for the reference week of July 6, 2025, the number of Californians reporting private sector work declined by 4.9% compared with May of 2025.

12. CPS data for August indicated that after a court order on July 11, 2025 placed a Temporary Restraining Order on roving patrols, California's private sector bounced back 4.0%.

13. CPS data for September 2025 indicated that after the US Supreme Court placed a stay on the TRO, California's private sector jobs declined by -1.9%.

14. Historical analysis of California's private sector job declines associated with escalations in immigration enforcement, in June/July and September 2025, were unprecedented compared with all existing similar monthly data going back to 1983.

-5-

DECLARATION OF EDWARD OROZCO FLORES

15. Analysis of CPS 2025 data for the other states targeted by immigration enforcement operations—Tennessee, Oregon, Washington, D.C., Illinois, Louisiana and Minnesota—in nearly all cases also indicated substantial private sector job declines during enforcement operations. In most cases, the declines were highly unusual or unprecedented compared with all existing similar monthly data going back to 1983.

16. In sum, the federal administration's escalating immigration enforcement actions seem to have had profoundly negative consequences for California's economy.

17. We have reason to suspect that immigration enforcement will further escalate in California and the rest of the U.S. In 2025, US Congress allocated a record $85 billion to the Immigration and Customs Enforcement operations budget, more than eight times the roughly $10 billion in recent annual allocations.

18. If ICE is permitted to conduct targeted immigration enforcement operations, consisting of roving patrols, widespread arrests and detentions, in Los Angeles, I would expect the effect on the number of individuals participating in the workforce to decline, and the harm to the local and State economies to increase.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on this 5 day of June, 2026, at Merced, California.

Edward Orozco Flores

-6-
DECLARATION OF EDWARD OROZCO FLORES

# EXHIBIT A

**UNIVERSITY OF CALIFORNIA**
**MERCED**



COMMUNITY AND
LABOR CENTER
UC MERCED

**AUGUST 2025**

# The Effects of Recent Federal Immigration Enforcement on California's Private Sector Employment

## SUMMARY

The UC Merced Community and Labor Center analyzed Current Population Survey data for the periods before and following escalations in federal immigration enforcement actions in California. The center examined changes in the number of workers in California and the rest of the US, for the weeks of May 11, June 8 and July 6, 2025, and found that persons reporting private sector work in California decreased by 4.9%—with citizens forming a greater share of the decrease. The state's downturn in work is comparable with the Great Recession and the COVID-19 pandemic, and has profound implications for policymaking.

## KEY FINDINGS

Findings indicate federal immigration enforcement actions have had a disruptive effect on California's economy. Fewer Californians reported private sector work during the week of escalated enforcement actions on June 8 than on the preceding reference week of May 11, 2025—and even fewer reported work the week of July 6. The May-July decline was greater for citizens (414,832) than noncitizens (327,659), though rates of decline were highest among noncitizens. In contrast, in the rest of the US, the number of citizen workers slightly increased while noncitizen workers remained almost the same.

## BACKGROUND

The second Trump presidential administration has been marked by escalated immigration enforcement actions, with profound implications for civil rights and the American economy. In September 2024, while on the campaign trail, Trump claimed that if elected "We're going to have the largest deportation [initiative] in the history of our country" (Alvarez 2024). On January 7, 2025—one day after Trump's election was certified by the US Congress—the US Customs and Border Patrol initiated "Operation Return to Sender," arresting seventy-eight people at worksite raids in Kern County, of which only one had a criminal record (Olmos and Fry 2025).

Operation Return to Sender drew a complaint from the ACLU (with the United Farm Workers of America as a plaintiff) requesting a court order to prevent unconstitutional targeting of farmworkers and day laborers on the basis of race (ACLU Southern California 2025a). Nonetheless, by April 30, President Trump was on track to deport half a million persons in 2025—merely half of the Trump administration's stated goal, and substantially fewer than the 685,000 that President Biden had deported in the final year of his presidency (Chishti and Bush-Joseph 2025).

In response to pressure to increase immigrant deportations, on June 6, 2025, the federal administration escalated enforcement by ordering US Immigration and Customs Enforcement (ICE) officers to carry out indiscriminate workplace raids and arrests in Los Angeles (Hesson and Cooke 2025). The raids were immediately met by largely peaceful protests, though subsequently on June 7 President Trump ordered the deployment of 2,000 National Guard troops to quell the protests (Hernandez and Futterman 2025). As a result of the enforcement actions, many noncitizens avoided work, school, and other public spaces, leading to declines in consumption, business, work and employment (Wick 2025). By July 11, a federal judge granted a temporary restraining order (TRO) against the federal government's use of racial profiling or "roving patrols" to target immigrants (Fry and Olmos 2025). Yet, after agents used a rentral truck for an immigration raid in Los Angeles, questions remain about compliance with the order (Solis et al. 2025).

This brief offers an examination of the effects of ongoing immigration enforcement actions on the economy, in June  and July 2025 in California—the state with the nation's largest immigrant population and one which has been the site of major public displays of immigration enforcement. Because the federal administration's efforts to enact the nation's largest-ever deportation campaign has been met with questions about its impact on the economy, we examine the impact that recent enforcement efforts appear to have had in California. We ask, "Since escalated federal enforcement actions began on June 6, 2025, how has employment changed among citizen and noncitizen workers in California and the rest of the US?"

## DATA AND METHODS

This brief utilizes the US Census Bureau-Current Population Survey (CPS) Basic Monthly survey. The CPS Basic Monthly is a representative survey with responses from roughly 40,000 American households,  of which roughly one of thirteen are from California (United States Census Bureau 2024). The American Community Survey is the largest survey on American social and economic life but is not available until more than a year after data is gathered, while the CPS Basic Monthly is the largest dataset that provides insight into the rapidly changing dynamics of work and employment among Californians, both US citizens and noncitizens.

We utilized the CPS Basic Monthly for May, June and July 2025. The CPS Basic Monthly is collected the week of the month on which the 19th falls and asks about the week of the 12th. In May 2025, the reference week was the week of May 11; in June, it was the week of June 8 (when escalated, immigration enforcement actions had just begun in Los Angeles), and in July it was the week starting July 6 (just before the announcement of the TRO on July 11).

Our analysis included those currently employed (PREMPNOT=1), who reported working one or more hours at one or more jobs (PEHRACTT>0). Since citizenship is generally a requirement for public sector employment, we expect the economic impact of immigration enforcement on noncitizen employment to be greatest in the private sector. In turn, our analysis of "workers" focused on private sector employment—including employment in the private, for-profit sector (PEIO1COW=4) and the private, non-profit sector (PEIO1COW=5)

**Table 1. Number of private sector workers, California and rest of the US**

|  | May | June | July | May-July Change | % Change |
|---|---|---|---|---|---|
| California | 15,220,150 | 14,755,180 | 14,477,658 | -742,492 | -4.9% |
| Rest of the US | 116,356,877 | 116,919,828 | 117,032,005 | 675,128 | 0.6% |

Source: UC Merced Community and Labor Center analysis of US Census Bureau
Current Population Survey Basic Monthly data, May-July 2025

**Table 2. Mean hours worked, California and rest of the US**

|  | May | June | July | May-July Change | % Change |
|---|---|---|---|---|---|
| California | 37.6 | 37.5 | 37.9 | 0.3 | 0.7% |
| Rest of the US | 38.2 | 38.1 | 38.0 | -0.3 | -0.7% |

Source: UC Merced Community and Labor Center analysis of US Census Bureau
Current Population Survey Basic Monthly data, May-July 2025

**Table 3. Number of private sector workers, by citizenship, California and rest of the US**

|  |  | May | June | July | May-July Change | % Change |
|---|---|---|---|---|---|---|
| California | Noncitizen | 2,668,903 | 2,475,475 | 2,341,244 | -327,659 | -12.3% |
|  | Citizen | 12,551,246 | 12,279,705 | 12,136,414 | -414,832 | -3.3% |
| Rest of the US | Noncitizen | 11,409,035 | 11,414,396 | 11,383,642 | -25,393 | -0.2% |
|  | Citizen | 104,947,842 | 105,505,433 | 105,648,363 | 700,522 | 0.7% |

Source: UC Merced Community and Labor Center analysis of US Census Bureau
Current Population Survey Basic Monthly data, May-July 2025

**Table 4. Number of private sector workers, by citizenship and sex, California and rest of the US**

|  |  |  | May | June | July | May-July Change | % Change |
|---|---|---|---|---|---|---|---|
| California | Noncitizen | Male | 1,720,419 | 1,608,809 | 1,494,235 | -226,184 | -13.1% |
|  |  | Female | 948,485 | 866,666 | 847,009 | -101,476 | -10.7% |
|  | Citizen | Male | 6,853,068 | 6,726,568 | 6,593,193 | -259,875 | -3.8% |
|  |  | Female | 5,698,178 | 5,553,137 | 5,543,221 | -154,957 | -2.7% |
| Rest of the US | Noncitizen | Male | 6,995,017 | 7,004,121 | 7,114,831 | 119,814 | 1.7% |
|  |  | Female | 4,414,018 | 4,410,275 | 4,268,811 | -145,207 | -3.3% |
|  | Citizen | Male | 55,988,063 | 56,528,751 | 56,520,355 | 532,292 | 1.0% |
|  |  | Female | 48,959,778 | 48,976,682 | 49,128,008 | 168,230 | 0.3% |

Source: UC Merced Community and Labor Center analysis of US Census Bureau
Current Population Survey Basic Monthly data, May-July 2025

3

—as well as self-employed workers, not incorporated (PEIO1COW=7), such as those not formally registering a business as a separate legal entity from their own labor. We analyzed these trends among workers in California (GESTFIPS=6), for citizens and noncitizens (PRCITSHP=5), and by sex (PESEX). We weighted data with the CPS' final weight (PWSSWGT/10,000).

## FINDINGS

*California's Declining Workers.* The US (outside of California) had an estimated 116,356,877 private sector workers the week of May 11, 2025, which slightly increased by 675,128 (or 0.6%) to 117,032,005 by the week of July 6 (see Table 1). In contrast, the number Californians reporting work declined over the same period. The week of May 11, California had 15,220,150 workers, but that figure declined by 464,970 (or -3.1%) the week of June 8 and by 742,492 (or -4.9%) by the week of July 6 (see Table 1).

*Californians' Hours Worked.* The average number of hours worked in the private sector remained nearly identical during the same period, however. In California, workers averaged 37.6 hours of work per week in May and 37.9 hours per week in July, an increase of 0.7% (see Table 2). In the rest of the US, workers averaged 38.2 hours of work per week in May and 38.0 hours per week in July, a decline of -0.7% (see Table 2).

*California's Declining Citizen and Noncitizen Workers.* California's decline in the number of private sector workers was greatest among noncitizens, although the number of citizens declined as well. California had an estimated 2,668,903 noncitizen workers in May, but only 2,341,244 by July, a decline of 327,659 workers (or -12.3%) (see Table 3).

Californian citizens reporting work declined from an estimated 12,551,246 to 12,136,414, a loss of 414,832 (or -3.3%), over the same period (see Table 3). As a whole, the estimated number of workers in the rest of the US outside of California changed very little; US noncitizen workers decreased by 25,393 (or 0.2%), while the number of US citizen workers changed from 104,947,842 to 105,648,363, an increase of 700,522 persons working (or 0.7%) (see Table 3).

*California's Declining Male and Female Workers.* California also saw declines in the number of male and female workers reporting private sector work, though the decline was slightly more pronounced among males. Between May and July 2025, California had more than one in eight fewer noncitizen males reporting work; noncitizen males working declined from 1,720,419 in May to 1,494,235 in July—a loss of 226,184, or -13.1% (see Table 4). Over the same period, the state had over one in ten fewer noncitizen females working, a decline from 948,485 to 847,009—a loss of -101,476, or -10.7% (see Table 4). In contrast, in the rest of the US, noncitizen male workers (1.7%) and male citizen workers (1.0%) experienced increases. Citizen female workers (0.3%) remained virtually consistent from the prior period, while noncitizen female workers (-3.3%) saw declines (see Table 4).

*California's Declining Latino, White, Black and Asian Workers.* Private sector work in California significantly decreased among the four major racial/ethnic groups. Between May and July 2025, the number of Californian Latinos reporting work decreased from 6,511,032 to 5,991,211, a change of -519,821, or -8.0% (see Figure 4). The number of whites in California reporting work decreased from 4,912,455 in May, to

4

**Figure 1. Change in number of private sector workers, California and rest of the US**



Source: UC Merced Community and Labor Center analysis of US Census Bureau
Current Population Survey Basic Monthly data, May-July 2025

**Figure 2. Change in number of private sector workers, by citizenship,
California and rest of the US**



Source: UC Merced Community and Labor Center analysis of US Census Bureau
Current Population Survey Basic Monthly data, May-July 2025

**Figure 3. Change in number of private sector workers, by citizenship and sex, California and rest of the US**



Source: UC Merced Community and Labor Center analysis of US Census Bureau Current Population Survey Basic Monthly data, May-July 2025

**Figure 4. Change in number of private sector workers, by race, California only**



Source: UC Merced Community and Labor Center analysis of US Census Bureau Current Population Survey Basic Monthly data, May-July 2025

6

4,745,657 in July, a change of -166,798, or -3.4% (See Figure 4). Californian Asian workers decreased from 2,809,986 in May, to 2,664,565 in July, a change of -145,421, or -5.2% (See Figure 4). Californian Black workers also decreased from 675,256 in May to 637,736 in July, a change of -37,520, or -5.6% (see Figure 4).

## CONCLUSION

Our analysis of CPS data suggests that following the escalated immigration enforcement of the week of June 8, private sector work among Californians as a whole initially decreased by 3.1%, and then further declined to 4.9% (compared with the week of May 11) by the week of July 6. While citizens accounted for the greatest decline in private sector work, noncitizens had a higher rate of decline. In contrast, in the rest of the US, the number of citizen workers increased slightly. In sum, the federal administration's escalating immigration enforcement actions seem to have profoundly negative consequences for California's economy.

Taking into account the seasonality of hiring, only two historical cases can compare with the loss of work that has just occurred in California from May to July 2025: the Great Recession and the COVID-19 pandemic. Since 1983, when the CPS began to collect data on private sector and self-employed, not incorporated workers, only during the COVID-19 pandemic did the US experience a greater month-to-month decline in private sector work (a decline of 3.4% from February

to March 2020, and a decline of 19.7% from March to April 2020).[1]

The second comparable historical case is that of the Great Recession, when the state's decline in private sector work was 2.9% in the first year of the downturn (December 2007 to December 2008), while the US' decline was 3.2% in the first year.

To put this in context, the recent escalation in immigration enforcement had a more immediate impact on California's economy than the Great Recession did for the US. The recent decline of 4.9% of fewer persons reporting private sector work occurred in *two months* compared to the US' 3.2% decline in private sector work during the Great Recession's first *year*.

We have reason to suspect that immigration enforcement will further escalate in California and the rest of the US. First, California only experienced 8,460 ICE arrests from the beginning of Trump's second inauguration to June 26 (Jarvie and LeMee 2025). From the beginning of escalated federal actions in Los Angeles on June 6 to June 22, however, the US Department of Homeland Security reported 2,792 detentions of immigrants in Los Angeles alone (Wilner and Uranga 2025).

Some recent developments suggest that we might expect a reduction in the types of federal immigration enforcement actions associated with declines in Californians reporting private sector work. For example, a recent court order has prohibited ICE from

---

[1] Analysis (not shown) finds that in January 1996 the US had private sector decline in work of 3.6%, and in January 1991 it was 3.3%. These were the only other months with figures above 3%. However, they are statistically not different from the figures in this report given the typical margin of error of US (.1%) and California (.6%) CPS estimates in this range. In addition, the January 1991 and 1996 figures are not seasonally-adjusted. The month of January typically sheds the most jobs in any given year.

the tactics of racial profiling and denying access to counsel in immigration raids that were seen in Los Angeles the week of June 8 (ACLU Southern California 2025b). Nonetheless, Congress recently allocated an unprecedented $160 billion for immigration enforcement and deportation (PBS News Hour 2025). Meanwhile, neither federal legislators nor the Supreme Court have challenged the presidential administration's efforts to advance mass, indiscriminate immigration enforcement actions. As a result, efforts to protect or enhance immigrant workers' rights may require policy innovation on behalf of states, municipalities and employers.

Given that the Great Recession and COVID-19 pandemic are the most comparable examples of massive loss of work, state policymakers should consider how the current moment may require significant action on behalf of the state. In the cases of the Great Recession and the COVID-19 pandemic, lawmakers invested massive amounts of public resources for one-time stimulus or disaster relief spending. Similarly, policymakers might examine how to simultaneously protect those workers who must shelter in place during heightened immigration enforcement while infusing massive amounts of cash into the economy.

Los Angeles Mayor Karen Bass has recently announced a privately-funded plan to support undocumented immigrants affected by federal actions; similarly, state lawmakers might consider extending access (on a much wider scale) to the economic safety net to those affected by the recent federal actions. The state might, for example, create a state-funded unemployment benefit system for undocumented workers.

The recent workplace raids in California reveal how the state currently lacks an adequate economic safety net system for undocumented immigrant workers, and the downstream effects of escalated immigration enforcement on citizens' employment. Given the historic magnitude of the effects of recent federal actions on California's private sector employment, state lawmakers should begin planning and developing a major economic stimulus and disaster package—for all workers.

8

## REFERENCES

ACLU Southern California. 2025a. "United Farm Workers and Bakersfield Residents Sue Border Patrol for Unlawful Practices." Press Release. February 26, 2025. Accessed on July 13, 2025 from: https://www.aclusocal.org/en/press-releases/united-farm-workers-and-bakersfield-residents-sue-border-patrol-unlawful-practices

ACLU Southern California. 2025b. "Court Prohibits Federal Government from Racial Profiling, Denying Access to Counsel in Immigration Raids." Press Release. July 11, 2025. Accessed on July 13, 2025 from: https://www.aclusocal.org/en/press-releases/breaking-court-prohibits-federal-government-racial-profiling-denying-access-counsel

Alvarez, Alayna. 2024. "Trump pledges "largest deportation" in U.S. history, starting in Ohio and Colorado." Axios. September 13, 2024. Accessed on July 13, 2025 from: https://www.axios.com/2024/09/13/trump-deportation-immigrants-springfield-ohio-aurora-colorado

Chishti, Muzaffar and Kathleen Bush-Joseph. 2025. "In First 100 Days, Trump 2.0 Has Dramatically Reshaped the U.S. Immigration System, but Is Not Meeting Mass Deportation Aims." Policy Beat. Migration Policy Institute. Accessed on July 13, 2025 from: https://www.migrationpolicy.org/article/trump-2-immigration-first-100-days?eType=EmailBlastContent&eId=51cf34f0-7709-4662-a56e-c02c07c00fc0

Fry, Wendy and Sergio Olmos. 2025. "Trump administration asks Supreme Court to lift temporary ban on roving immigration stops in L.A." CalMatters. August 7, 2025. Accessed on August 11, 2025 from: https://calmatters.org/justice/2025/08/trump-appeals-ban-on-la-immigration-raids/

Goldberg, Noah. 2025. "L.A. will provide cash assistance to immigrants affected by raids." *Los Angeles Times* July 11, 2025. Accessed on July 13, 2025 from: https://www.latimes.com/california/story/2025-07-11/l-a-will-provide-cash-assistance-to-immigrants

Hernandez, Joe and Steve Futterman. 2025. "Protesters clash with law enforcement in Los Angeles as Trump sends National Guard." National Public Radio. June 8, 2025. Accessed on July 13, 2025 from: https://www.npr.org/2025/06/08/nx-s1-5426679/national-guard-california-immigration-protests

Hesson, Ted and Kristina Cooke. 2025. "ICE's tactics draw criticism as it triples daily arrest targets." *Reuters* June 10, 2025. Accessed on July 13, 2025 from: calmatters.org/economy/2025/04/b

Jarvie, Jenny and Gabrielle LaMarr LeMee. 2025. "Texas, Florida hit with far more ICE arrests than California. But that's not the whole story." Los Angeles Times August 10, 2025. Accessed on August 11, 2025 from: https://www.latimes.com/california/story/2025-08-10/california-was-center-stage-in-ice-raids-but-texas-and-florida-each-saw-more-immigration-arrests

Olmos, Sergio and Wendy Fry. 2025. "Border Patrol said it targeted known criminals in Kern County. But it had no record on 77 of 78 arrestees." CalMatters. June 27, 2025. Accessed on July 13, 2025 from: https://calmatters.org/economy/2025/04/border-patrol-records-kern-county/

PBS News Hour. 2025. "GOP gives ICE massive budget increase to expand Trump's deportation effort." July 8, 2025. Accessed on July 13, 2025 from: https://www.pbs.org/newshour/show/gop-gives-ice-massive-budget-increase-to-expand-trumps-deportation-effort

Solis, Nathan, Rachel Uranga, Brittny Mejia and David Zahniser. 2025. "Federal agents use Penske rental truck as 'Trojan Horse' to raid Los Angeles Home Depot." Los Angeles Times August 6, 2025. Accessed on August 11, 2025 from: https://www.latimes.com/california/story/2025-08-06/more-raids-home-depot-in-macarthur-park-raided

United States Census Bureau. 2024. "Methodology." June 4, 2024. Accessed on July 13, 2025 from: https://www.census.gov/programs-surveys/cps/technical-documentation/methodology.html

Wick, Julia. 2025. "'It reminded me of COVID': Mayor Bass decries economic effect of immigration raids on L.A." *Los Angeles Times* June 16, 2025. Accessed on July 13, 2025 from: https://www.latimes.com/california/story/2025-06-16/mayor-bass-decries-economic-impact-of-immigration-raids-on-l-a

Wilner, Michael and Rachel Uranga. 2025. "Federal arrests in L.A. approach 2,800 since raids began, DHS says." *Los Angeles Times* July 8, 2025. Accessed on July 13, 2025 from: https://www.latimes.com/politics/story/2025-07-08/federal-arrests-in-la-are-accelerating-homeland-security

**Research brief prepared by** Edward Orozco Flores, Quy Lam, Keila Luna and Todd Sorensen.

**Acknowledgements to** Ana Padilla for her comments on an earlier draft.

**MISSION STATEMENT**

The UC Merced Community and Labor Center conducts research and education on issues of community, labor and the environment, in the San Joaquin Valley and beyond.

# EXHIBIT B





**APRIL 2026**

# The Effects of Federal Immigration Enforcement on Private Sector Employment in Six States and Washington, D.C.

## SUMMARY

The UC Merced Community and Labor Center analyzed US Current Population Survey (CPS) data during the first year of the second Trump administration, and found that periods of escalated immigration enforcement operations were associated with state-level downturns in the number of persons reporting having worked in the private sector. These patterns diverged from broader national trends, and in most cases were unusual or unprecedented compared with historical data.

## KEY FINDINGS

In the first eleven months of the second Trump presidency, from January 2025 to December 2025, overall private sector employment in states targeted by escalated enforcement operations ("enforcement states") declined by -1.2%, while the rest of the US experienced a 1.6% increase.[1] In terms of numbers of workers, enforcement states (Tennessee, California, Oregon, Washington D.C., Illinois, Louisiana and Minnesota) experienced a net decline of -338,666 persons reporting having worked in the private sector work, while the rest of the US experienced a gain of 1,631,207.

Moreover, in enforcement states, declines in the number of private sector workers were associated with specific escalation periods, such as those coinciding with named operations. Enforcement states, as a whole, experienced private sector worker gains (176,992) before escalations, declines (-1,475,939) during escalation periods, and rebounds (960,280) following escalation periods. In all but one enforcement state (Louisiana), escalation periods were associated with downturns that diverged from trends in the rest of the US.

The historical record, dating back to 1983 (when all CPS variables used in this analysis were first available), further suggests that the month-to-month private sector work downturns in enforcement states this year were out of the ordinary. The recent downturns in Tennessee, Illinois and Washington, D.C., had few comparisons, while those in California and Oregon were unprecedented. Findings indicate that ongoing federal immigration enforcement escalations are having negative conseq-uences on private sector work, and suggest the need for policy interventions to mitigate such negative economic consequences.

---

[1] Updated from an earlier version. See note at end of brief.

## BACKGROUND

The second Trump administration has been marked by escalated immigration enforcement actions, with profound implications for civil rights and the American economy. On September 12, 2024, while on the campaign trail, Trump claimed that if he were elected "We're going to have the largest deportation [initiative] in the history of our country" (Alvarez 2024). On January 20, 2025, the day he entered office, Trump signed an executive order initiating a mass deportation campaign (White House 2025).

On January 7, 2025—one day after Trump's election was certified by the US Congress—the US Customs and Border Patrol initiated "Operation Return to Sender," arresting 78 people at worksite raids in Kern County, of which only one had a criminal record (Olmos and Fry 2025). On February 26, Operation Return to Sender drew a complaint from the ACLU (with the United Farm Workers of America as a plaintiff) requesting a court order to prevent unconstitutional targeting of farmworkers and day laborers on the basis of race (ACLU Southern California 2025a).

By April 30, President Trump was on track to deport half a million persons in 2025—merely half of the Trump administration's stated goal, and substantially fewer than the 685,000 that the Biden Administration had deported in the final year of his presidency (Chishti and Bush-Joseph 2025).

Starting in May, however, the Trump administration initiated several escalated immigration enforcement actions across several states to increase the number of deportations. These tactics included: sending scores of federal agents to certain cities/ states (a "surge"), coordinating federal immigration enforcement with local police to stop and detain people living in Latino neighborhoods (a "dragnet"), and deploying the National Guard (with or without a state's consent). In the following paragraphs, we outline the periods of major escalations in six US states and the District of Columbia (see also Table 1.1, next page).

On the night of May 3, US Immigration and Customs Enforcement and Removal (ICE) carried out the first "targeted enforcement operation" of Trump's second presidency in Nashville, Tennessee (e.g. McCall 2025). Immigrant rights leaders noted this was the first time an enforcement operation targeted a non-border state in such a way (Crampton 2025). Critics questioned the constitutionality of the operation, suggesting that the operation had targeted residents on the basis of race (Adams, Puente and Lathan 2025).

In response to an overall low number of deportations, on June 6, 2025, the federal administration escalated enforcement by ordering US Immigration and Customs Enforcement (ICE) officers to carry out indiscriminate workplace raids and arrests in Los Angeles (Hesson and Cooke 2025). The raids were immediately met by largely peaceful protests. On June 7, however, President Trump ordered the deployment of 2,000 National Guard troops to quell the protests (Hernandez and Futterman 2025). As a result of the Los Angeles enforcement actions, many Angelenos avoided work, school, and other public spaces, leading to declines in consumption, business, work, and employment (Wick 2025). Protests broke out nationally against the escalation in federal immigration enforcement.

2

**Table 1.1 Federal Immigration Enforcement Escalations, by State**

| State | Epicenter | Operation | Enforcement Escalation | Dates |
|---|---|---|---|---|
| Tennessee | Nashville | Flood the Zone | ICE/ highway patrol coordination | May 3- May 10, 2025 |
| Tennessee | Memphis | Memphis Safe Task Force | Surge of federal agents | Sep 29, 2025- Present |
| Tennessee | Memphis | | National Guard deployment | Oct 10, 2025- Present |
| | | | | |
| California | Los Angeles/ several areas | No name | Roving patrols/ workplace raids | Jun 6- Jul 11, 2025 |
| California | Los Angeles/ several areas | | Reinstatement of roving patrols | Sep 8, 2025- Present |
| California | Los Angeles | No name | National Guard deployment | Jun 7, 2025- Jan 21, 2026 |
| | | | | |
| Oregon | Portland | No name | ICE deployment of chemical agents | Jun 14- Oct 4, 2025 |
| | | | | |
| D.C. | | No name | Federalization of police | Aug 11- Sep 10, 2025 |
| D.C. | | No name | National Guard deployment | Aug 11- Present |
| | | | | |
| Illinois | Chicago | Midway Blitz | Surge of federal agents | Sep 9- Present |
| | | | | |
| Louisiana | New Orleans/ Baton Rouge | Catahoula Crunch | Surge of 250 federal CBP agents | Dec 3, 2025- January 9 |
| Louisiana | New Orleans | No name | National Guard deployment | Dec 30, 2025- Present |
| | | | | |
| Minnesota | Minneapolis- Saint Paul | Metro Surge | Surge of federal agents | Dec 4, 2025- Present |
| Minnesota | Minneapolis- Saint Paul | | 2,000 additional agents | Jan 6, 2026- Present |

3

**Table 1.2 Escalation Periods, by Enforcement State, February 2025-December 2025**

| State | Feb | Mar | Apr | May | Jun | Jul | Aug | Sep | Oct | Nov | Dec |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Tennessee | | | | x | x | | | | x | x | |
| California | | | | | x | x | | x | | | |
| Oregon | | | | | x | x | x | x | x | | |
| D.C. | | | | | | | | x | | | |
| Illinois | | | | | | | | x | x | x | |
| Louisiana | | | | | | | | | | | x |
| Minnesota | | | | | | | | | | | x |

By July 11, a federal judge granted a temporary restraining order (TRO) against the federal government's use of "roving patrols" or profiling based on race, language, location, and job to target immigrants (Fry and Olmos 2025). The TRO remained in effect from July 11 until September 8, 2025, when the U.S. Supreme Court granted a stay, effectively suspending the order (ACLU Southern California 2025b and 2025c). The decision lifted the temporary protections that for a short time had limited immigration enforcement actions in California, permitting federal agents to resume workplace operations and raids.

As the constitutionality of immigration enforcement actions was litigated, such enforcement operations proliferated across several US states. In addition, protests—and local and federal agents' actions against those protesters—also proliferated.

In Portland, Oregon, months of ongoing protests began on June 14, when residents rallied against the President's deployment of the National Guard in Los Angeles. On multiple occasions, local or federal agents deployed chemical munitions against protesters. The protests continued with various escalations and de-escalations through September, and only after an October 5 judge's ruling blocking any National Guard from entering Oregon did protests die down (Sparling 2025).

On August 11, following the deployment of the National Guard in California, Trump signed an Executive Order ("Declaring a Crime Emergency in the District of Columbia") federalizing the Washington D.C. police and deploying the National Guard. The executive order expired after 30 days, although the National Guard remains in D.C.

On September 6, Trump attempted to deploy the National Guard in Chicago, and significant demonstrations followed. On September 8, Trump announced Operation Midway Blitz in and around Chicago (Aleaziz and Bosman 2025). Tensions escalated with the ICE-related homicide of an immigrant on September 12, and culminated with a large, militarized raid on an apartment complex the night of October 3 (Hickman and Schiltz 2025; Hickman and Diaz 2025; Rless and Kirkos 2025). However, on October 9, a district judge blocked Trump from deploying the National Guard onto Chicago streets (Meisel 2025) and by late December the Supreme Court ruled against the President's appeal (Marimow 2025, Hippensteel 2025).

4

On December 3, 2025, 250 federal Customs and Border Patrol Agents arrived in New Orleans under Operation Catahoula Crunch. Agents raided sites where day laborers gathered to look for work, and news reports suggested members of the undocumented immigrant community feared leaving home (Misick 2025a). But by January 9, federal agents assigned to Louisiana were abruptly re-assigned to Minnesota (Brook 2026).

On December 4, 2025, the Trump administration initiated Operation Metro Surge in the Twin Cities area (later expanding throughout Minnesota). On January 6, the Department of Homeland Security deployed 2,000 agents to Minnesota, calling it "the biggest immigration enforcement operation ever" (Santana and Balsamo 2026). Residents protested the escalation and were met with violence. This included an ICE officer killing a US citizen on January 7, 2026, setting off several more waves of protests and enforcement actions. A judge later declared that ICE had violated over 100 orders in January (Thebault et al. 2026). Mounting scrutiny forced the removal of Border Patrol chief Gregory Bovino on January 26, 2026 (Miroff 2026), and the withdrawal of agents by February 4, 2026 (Karnowski 2026).

While the federal administration attempts the largest deportation campaign in US history, research indicates local downturns in business activity, work and wages, associated with escalations in immigration enforcement (i.e. City of Minneapolis 2026, Lester and Greenberg 2026, Sedgwick 2026, Wong 2026). In turn, this research report examines state-level changes in the number of private sector workers in those places targeted by escalations in federal immigration enforcement operations.

We examine how state-level changes in the number of private sector workers coincided with the timelines of state-level, targeted enforcement operations in Tennessee, California, Oregon, Washington, D.C., Illinois, Louisiana, and Minnesota. We also examine how changes compare with broader national trends. Lastly, we examine how changes compare with the broader historical record for each state. We ask, "During immigration enforcement escalations, how does private sector employment change?"

## DATA AND METHODS

This report utilizes US Census Bureau-Current Population Survey (CPS) Basic Monthly data, as well as IPUMS CPS, which utilizes the same underlying CPS data while harmonizing for previous years (Flood et al. 2026). The CPS Basic Monthly is a representative survey with monthly responses from roughly 40,000 American households (United States Census Bureau 2024). While the ACS is the largest survey on American economic life, it is not available until more than a year after data is gathered. The CPS Basic Monthly is the largest dataset that provides insight into rapidly changing dynamics of work and employment among US residents, on a monthly basis.

We utilized CPS Basic Monthly data from January 2025 to December 2025 (see note at end). The survey is collected the week of the month on which the 19th falls and asks about the week of the 12th. In this study, this week (or the previous week) often coincided with when a state-level immigration escalation was initiated.

Our analysis includes those currently employed (PREMPNOT=1), who reported working one or more hours at one or more

5

**Table 2.1 Change in Private Sector Workers, January 2025 versus December 2025**

|  | Jan 2025 | Dec 2025 | Change | % Change |
|---|---|---|---|---|
| Enforcement States | 28,799,740 | 28,461,074 | -338,666 | -1.2% |
| Rest of the US | 101,373,578 | 103,004,785 | 1,631,207 | 1.6% |
| US Total | 130,173,318 | 131,465,859 | 1,292,541 | 1.0% |

Source: UC Merced Community and Labor Center analysis of Current Population
Survey- Basic Monthly Survey data, January 2025 and December 2025.

jobs (PEHRACTT>0). Since citizenship is often a requirement for public sector employment, we expect the economic impact of immigration enforcement on noncitizen employment to be greatest in the private sector. Our analysis of "workers" focused on private sector employment— including employment in the private, for-profit sector (PEIO1COW=4) and the private, non-profit sector (PEIO1COW=5)—as well as self-employed workers, not incorporated (PEIO1COW=7), such as those not formally registering a business as a separate legal entity from their own labor. We analyzed these trends among workers in different states, including Washington, D.C. (GESTFIPS). We weighted data with the CPS' final weight (PWSSWGT/10,000).

We also utilized IPUMS-CPS Basic Monthly data for 1983-2026, the only years which had data on all variables we used (self-employed, non-incorporated was not available before 1983). While IPUMS CPS names variables differently than those in the US Census Bureau's CPS databases, the relevant variables contained the same data. For analysis of IPUMS CPS data we used the following variables: Employment Status (EMPSTAT), Class of Worker (CLASSWKR), State (STATEFIP), and weighted data with the Final Basic Weight (WTFINL).

**FINDINGS**
*US Private Sector Jobs in 2025*

The US economy added relatively few private sector jobs during President Trump's first eleven months of his second term. An estimated 130,173,318 US residents worked in the private sector on January 11-17, 2025, just before Trump assumed office (see Table 2.1 and Figure 2.1). During the week of December 7-13, 2025, about 131,465,859 persons had worked in the private sector (see Table 2.1). In one year, an additional 1,292,541 persons had worked in the private sector, a total growth of 1.0% for the US private sector economy (see Table 2.1).

Yet the six US states (and D.C.) targeted by one of the President's largest campaign promises have experienced a largely divergent economic trajectory from the rest of the country. From January 2025 to December 2025, the places that were the focal point of President Trump's campaign promise for the largest deportation campaign in US history—Tennessee, California, Oregon, Washington D.C., Illinois, Minnesota and Louisiana—experienced a collective -1.2% decline in the number of people reporting work in the private sector (See Table 2.1).

6

**Figure 2.1 Change in Private Sector Workers, January 2025 versus December 2025**

Source: UC Merced Community and Labor Center analysis of Current Population Survey- Basic Monthly Survey data, January 2025 and December 2025.

In Trump's first year in office, in Washington D.C. and the six states that had experienced escalations in federal immigration enforcement (herein referred to as "enforcement states"), the number of persons reporting private sector work had declined from 28,799,740 to 28,461,074 (see Table 2.1). In contrast, the remaining 44 states ("rest of the US") less formally targeted by federal immigration enforcement experienced a 1.6% increase in the number of persons reporting work in the private sector, from 101,373,578 to 103,004,785 (See Table 2.1).

The divergent economic trajectories between enforcement states and the rest of the US is displayed in Figure 2.2. Private sector job growth was very similar between enforcement states (0.1%) and the rest of the US (0.3%) from January 2025 to February 2025, the first month after Trump took office (see Table 2.2 and Figure 2.2). From January 2025 to March 2025, the second month after

Trump took office, private sector job growth continued to increase for both enforcement states (1.4%) and the rest of the US (0.5%) (see Table 2.2 and Figure 2.2). (In this section, comparisons are based on a January 2025 baseline, when Trump entered office.)

The private sector job markets of enforcement states and the rest of the US began to diverge by April 2025, however. In April 2025, enforcement states experienced a decline to a 0.6% overall growth (down from 1.4% in March 2025), while the rest of the US continued to experience growth (from 0.5% to 1.5% between March and April 2025) (see Table 2.2 and Figure 2.2).

While figures increased some months and decreased in others, by December 2025 the rest of the US still had an estimated 1.6% more private sector jobs than when Trump's presidency began in January 2025. The same pattern did not hold for enforcement states. In enforcement states, private sector jobs

7

**Figure 2.2 Change in Private Sector Workers, Feb 2025-Dec 2025 (Jan 2025 baseline)**

Source: UC Merced Community and Labor Center analysis of Current Population Survey- Basic Monthly Survey data, January 2025-December 2025.

**Table 2.2 Change in Private Sector Workers, January 2025-December 2025**

|  | Enforcement States | % Change from Jan 2025 | Rest of the US | % Change from Jan 2025 |
|---|---|---|---|---|
| Jan 2025 | 28,799,740 | ---- | 101,373,578 | ---- |
| Feb 2025 | 28,827,728 | 0.1% | 101,653,861 | 0.3% |
| Mar 2025 | 29,200,087 | 1.4% | 101,861,005 | 0.5% |
| Apr 2025 | 28,976,733 | 0.6% | 102,855,552 | 1.5% |
| May 2025 | 28,888,286 | 0.3% | 102,688,741 | 1.3% |
| Jun 2025 | 28,613,740 | -0.6% | 103,061,269 | 1.7% |
| Jul 2025 | 28,330,916 | -1.6% | 103,178,747 | 1.8% |
| Aug 2025 | 28,908,553 | 0.4% | 101,884,085 | 0.5% |
| Sep 2025 | 28,681,631 | -0.4% | 102,570,111 | 1.2% |
| Nov 2025 | 28,833,192 | 0.1% | 103,113,579 | 1.7% |
| Dec 2025 | 28,461,074 | -1.2% | 103,004,785 | 1.6% |

Source: UC Merced Community and Labor Center analysis of Current Population Survey- Basic Monthly Survey data, January 2025-December 2025.

8



**Figure 3.1 Monthly Change in Private Sector Workers Before, During, and After Escalation Periods, January 2025-December 2025**

Source: UC Merced Community and Labor Center analysis of Current Population Survey- Basic Monthly Survey data, January 2025-December 2025.

**Table 3.1 Change in Private Sector Workers, by enforcement month and state, Jan-Dec 2025**

|  | Enforcement States | Rest of the US |
|---|---|---|
| Before Escalations | 176,992 | |
| Escalations | -1,475,939 | |
| After Escalations | 960,280 | |
| Total | -338,667 | 1,631,207 |

Source: UC Merced Community and Labor Center analysis of Current Population Survey- Basic Monthly Survey data, January 2025-December 2025.

declined for most months. In July 2025, enforcement states had an estimated -1.6% fewer jobs than in January 2025, and by December 2025 the estimates still remained negative at -1.2% (again compared with the same January 2025 baseline) (see Table 2.2 and Figure 2.2).

The differences in private sector job growth between enforcement states and the rest of the US were most striking in the June 2025 to July 2025 period (see Figure 2.2 and Table 2.2). This time period corresponded with the greatest spectacle of escalated federal immigration enforcement actions—the federalization of the National Guard in Los Angeles—during the second Trump administration's first year in office. (While the late September overnight raid of a Chicago apartment was also a notable display, there exists no CPS data for the month of October 2025.)

9

**Table 3.2 Change in Private Sector Workers, by state, April 2025-December 2025**

|  | May | Jun | Jul | Aug | Sep | Nov | Dec |
|---|---|---|---|---|---|---|---|
| Tennessee | -0.7% | -6.0% | 4.1% | 6.1% | -2.8% | -1.4% | 0.4% |
| California | 1.3% | -3.1% | -1.9% | 4.0% | -1.9% | 2.4% | -1.5% |
| Oregon | -2.2% | -3.1% | 2.9% | -4.8% | -2.7% | 3.0% | -3.0% |
| Washington D.C. | -2.5% | 12.1% | 1.2% | -7.4% | 4.0% | 5.0% | 6.0% |
| Illinois | -2.9% | 4.2% | -2.1% | 0.7% | 2.0% | -2.3% | -1.4% |
| Louisiana | 1.5% | 1.6% | -2.7% | 0.5% | 0.9% | 2.9% | 0.6% |
| Minnesota | -3.8% | 6.2% | -0.5% | -4.4% | 2.1% | -5.9% | -2.9% |
| Rest of the US | -0.2% | 0.4% | 0.1% | -1.3% | 0.7% | 0.5% | -0.1% |

Note: Bolded figures represent months of escalated federal immigration enforcement actions.

Source: UC Merced Community and Labor Center analysis of Current Population Survey- Basic Monthly Survey data, April 2025-December 2025.

*States of Enforcement*

In the first eleven months of the second Trump administration, the six states and federal district that comprise enforcement states experienced an overall downturn of -338,666 private sector workers (see Table 3.1 and Figure 3.1). This included gains and losses before, during and after periods of escalation. The number of persons reporting work in the private sector in enforcement states, before escalations occurred, was 176,992 higher than during the January 2025 baseline period (see Table 3.1 and Figure 3.1).

In enforcement states during periods of escalated immigration enforcement, a total of -1,475,939 fewer persons reported having worked in the private sector compared with the previous month (see Table 3.1 and Figure 3.1).

For the period after escalations declined (either through the expiration of an order, a court order intervening, or a reduction in activity—about two months in many cases), enforcement states experienced a total increase of 960,280 persons reporting work in the private sector compared with the month prior (see Table 3.1 and Figure 3.1).

In contrast, the rest of the US experienced a year-to-year gain of 1,631,207 persons reporting work in the private sector between January 2025 and December 2025 (see Table 3.1 and Figure 3.1).

*Tennessee*

On the night of Saturday May 3, 2025, to Sunday May 4, 2025, Tennessee Highway Patrol officers assigned to Operation Flood the Zone pulled someone over "every two minutes and 20 seconds, on average" in South Nashville's largely Latino neighbor-hoods (Taylor and Elliot 2025). This operation continued for about a week and was Nashville's most significant escalation in immigration enforcement in 2025.

10



Figure 3.2 Change in Private Sector Workers, Tennessee vs Rest of the US (April-May, May-June, September-November 2025)

Source: UC Merced Community and Labor Center analysis of Current Population Survey- Basic Monthly Survey data, April-June 2025.



Figure 3.3 Change in Private Sector Workers, California vs Rest of the US (May-June, June-July, and August-September 2025)

Source: UC Merced Community and Labor Center analysis of Current Population Survey- Basic Monthly Survey data, May-September 2025.

Concurrently, between April and May 2025, the month-to-month number of Tennesseans reporting having worked in the private sector declined by -0.7%, and by June the number dropped an additional -6.0% (see Table 3.2 and Figure 3.2). This contrasts with respective figures for the rest of the US in May (-0.2%) and in June (0.4%) (see Table 3.2 and Figure 3.2).

Long after the raids in May, Tennessee's private sector job market rebounded in July (4.1%) and August (6.1%) before declining in September (-2.8%) (see Table 3.2). Yet, Memphis also experienced an escalation in federal enforcement that followed with subsequent declines in private sector jobs. On September 15, Trump escalated his deportation campaign strategy by signing an Executive Order to initiate the Memphis Safe Task Force and to deploy the National Guard (Gangitano 2025). The Memphis Safe Task Force began operations the week of September 29 (City of Memphis 2025), after which Tennessee's private sector job market further declined in November (-1.4%) (see Table 3.2 and Figure 3.2), in contrast to the 0.5% growth in the rest of the US during the same period. The number of Tennessee's private sector workers rebounded slightly in December (0.5%).

*California*

California experienced private sector job growth in the first months of the Trump administration, before declining sharply and then only partially bouncing back. In California the number of people reporting private sector work grew in February (1.0%) and March (1.8%), before declining in April (-1.5%) and growing again in May (1.3%) (analysis not shown).

The most significant disruption to California's economy occurred in June, when the Trump administration escalated immigration enforcement in Los Angeles with workplace raids and roving patrols.

Within days, following protests, Trump ordered California's National Guard federalized and deployed. Following those actions, California's private sector jobs recorded a -3.1% decline in June (see Table 3.2 and Figure 3.3). As actions escalated, California experienced an additional 1.9% decline in July (see Table 3.2 and Figure 3.3). This contrasts sharply with respective figures for the rest of the US in June (0.4%) and July (0.1%) (see Table 3.2 and Figure 3.3).

After a court order on July 11 placed a Temporary Restraining Order (TRO) on

11

roving patrols, however, California's private sector jobs bounced back 4.0% (see Table 3.2). Yet, after the US Supreme Court placed a stay on the TRO, California's private sector jobs declined by -1.9% in September (see Table 3.2 and Figure 3.3). Again, this contrasts with respective figures for the rest of the US in September (0.7%) (see Table 3.2 and Figure 3.3).

While the state's private sector job market increased in November (2.4%), it decreased in December (-1.5%) (see Table 3.2). In December, California had 14.9 million private sector workers—not very different from that during the initial disruption in June and during September (analysis not shown).

*Oregon*

Oregon's economy also appeared to have been disrupted, despite no formal initiative targeting the state for escalated immigration enforcement. On June 4, federal officials detained three protestors for blocking a van (Amaro 2025). Then, starting on June 11, 2025, several residents of Portland, Oregon, began protesting President Trump's federalization of the National Guard and escalations in federal immigration enforcement (Immergut 2025). In several instances escalations occurred between protestors and police, resulting in the use of toxic, chemical munitions, such as pepper balls, pepper spray, and smoke grenades against protestors (e.g. City of Portland 2025).

Corresponding with the immigration enforcement escalation-related disruptions, Oregon experienced a 3.1% decline in the number of people reporting having worked in the private sector between May and June 2025 (see Table 3.2 and Figure 3.4).



Figure 3.4 Change in Private Sector Workers, Oregon vs Rest of the US (May-June, June-July, July-August and August-September 2025)

Source: UC Merced Community and Labor Center analysis of Current Population Survey- Basic Monthly Survey data, May-September 2025.

Large public demonstrations continued and were met with aggressive policing tactics throughout July, August and early September. During that time, private sector jobs rebounded in July (2.9%), before declining sharply in August (-4.8%) and September (-2.7%) (see Table 3.2 and Figure 3.4). The respective figures for the rest of the US were much more positive for June (0.4%), July (0.1%), August (-1.3%) and September (0.7%) (see Table 3.2 and Figure 3.4).

After President Trump ordered the National Guard to be federalized and deployed in Oregon on September 27 and 28, a federal district judge temporarily blocked the deployment in early October and then permanently in early November (Cheney and Gerstein 2025; Wilson and Wiley 2025). Private sector jobs increased in November (3.0%) before decreasing in December (-3.0%) (see Table 3.2).

Thus, the downturn in the number of persons reporting private sector work in Oregon coincided with escalations in protesting and policing, while the number remained relatively constant between September and December, corresponding with legal action that blocked what would have been an escalation in federal enforcement.



Figure 3.5 Change in Private Sector Workers, DC vs Rest of the US (July-August 2025)

Source: UC Merced Community and Labor Center analysis of Current Population Survey- Basic Monthly Survey data, July-August 2025.



Figure 3.6 Change in Private Sector Workers, Illinois vs Rest of the US (August-September and September-November 2025)

Source: UC Merced Community and Labor Center analysis of Current Population Survey- Basic Monthly Survey data, August-November 2025.

### *Washington D.C.*

Washington D.C.'s private sector jobs immediately took a downturn in August, following Trump's signing of an Executive Order federalizing the Washington D.C. police and deploying the National Guard.

Private sector jobs declined -7.4% below levels recorded in July (see Table 3.2 and Figure 3.5). This was a far greater decline than that observed in the rest of the US for August (-1.3%) (see Table 3.2 and Figure 3.5).

The Executive Order expired after 30 days, and the number of D.C. private sector jobs increased thereafter in September (4.0%), November (5.0%), and December (6.0%) (see Table 3.1). However, while local control of the police was returned the National Guard remained in D.C.

### *Illinois*

Only days after early September escalations (proposed National Guard deployment and Operation Midway), the number of Illinois residents reporting work in the private sector work increased by 2.0%. Yet near and after the end of the CPS reference week of September 7, Illinois experienced some of

the most pronounced escalations in federal immigration enforcement actions (the ICE-related homicide of an immigrant on September 12, and the large, militarized overnight raid on an apartment complex on October 3). However, some of the most important data on the effect of federal escalations on the economy will never be recovered. Owing to a federal government shutdown, for the first time in its history the CPS did not collect data in October.

From what data does exist, we can estimate that Illinois' private sector workforce participation from September to November (the peak of Operation Midway's activity) declined by -2.3% (see Table 3.2 and Figure 3.6), and then another -1.4% in December (see Table 3.2). These declines were much greater than that observed in the rest of the US for the same time periods in November (0.5%) and December (0.1%) (see Table 3.2 and Figure 3.6).

In December, a district judge's order blocked President Trump from deploying the National Guard onto Chicago streets (Meisel 2025).

13



Figure 3.7 Change in Private Sector Workers, Louisiana vs Rest of the US (November 2025-December 2025)

Source: UC Merced Community and Labor Center analysis of Current Population Survey- Basic Monthly Survey data, November 2025-December 2025.



Figure 3.8 Change in Private Sector Workers, Minnesota vs Rest of the US (November-December 2025)

Source: UC Merced Community and Labor Center analysis of Current Population Survey- Basic Monthly Survey data, November 2025-December 2025.

## *Louisiana*

Unlike other enforcement states, Louisiana did not appear to experience a decline in private sector work during a period of escalated immigration enforcement actions. On December 3, 2025, 250 federal Customs and Border Patrol Agents arrived in New Orleans under Operation Catahoula Crunch. Agents raided sites where day laborers gathered to look for work, and news reports suggested members of the undocumented immigrant community feared leaving home (Misick 2025a). By the second week of the operation, CBP agents shifted their focus to other communities in southeast Louisiana Misick 2025b). We estimate an increase of 0.6% of persons reporting private sector work, in Louisiana, between November and December—better than the estimated -0.1% decline in the rest of the US (see Table 3.2 and Figure 3.7).

On December 30, the National Guard was deployed to New Orleans (Cline and Brook 2025). Yet by January 9, about one month after the operation began, the more than 200 federal agents assigned to Louisiana were abruptly redeployed for Min-nesota in what the Department of Homeland Security called "the biggest immigration enforce-ment operation ever" (Brook 2026).

## *Minnesota*

Minnesota experienced a downturn in persons working in the private sector, from the moment federal immigration enforce-ment escalated in the Twin Cities area in December to the present moment.

On December 4, 2025, the Trump administration initiated Operation Metro Surge, deploying a surge of federal agents in the Twin Cities area. During this time, the number of persons reporting private sector work in Minnesota declined -2.9% from November to December 2025, a much greater decline than the -0.1% in the rest of the US (see Table 3.2 and Figure 3.8).

Residents of Minneapolis and surrounding areas protested the escalation and were met with extreme measures of aggressive policing. This led to an ICE officer killing a US citizen on January 7, 2026, setting off several more waves of protests and spectacles of escalated enforcement.

Unfortunately, Minnesota's December 2025 to January 2026 change is not measurable. Analyses of CPS Basic Monthly data have indicated that annual changes in population weights create discontinuity in the December to January period (Kolko 2025).

14



**Figure 4.1 Historical Apr-Jun Change in Private Sector Workers, Tennessee 1983-2025**

Source: UC Merced Community and Labor Center analysis of IPUMS-CPS
Current Population Survey (CPS) Basic Monthly 1983-2025 data



**Figure 4.2 Historical Sep-Nov Change in Private Sector Workers, Tennessee 1983-2025**

Source: UC Merced Community and Labor Center analysis of IPUMS-CPS
Current Population Survey (CPS) Basic Monthly 1983-2025 data



**Figure 4.3 Historical May-Jul Change in Private Sector Workers, California 1983-2025**

Source: UC Merced Community and Labor Center analysis of IPUMS-CPS
Current Population Survey (CPS) Basic Monthly 1983-2025 data



**Figure 4.4 Historical Aug-Sep Change in Private Sector Workers, California 1983-2025**

Source: UC Merced Community and Labor Center analysis of IPUMS-CPS
Current Population Survey (CPS) Basic Monthly 1983-2025 data

*Historical Comparisons*

The historical record, of private sector work across similar comparisons in previous years, indicates that nearly all changes observed during recent periods of escalation in enforcement states have few precedents. Tennessee's April-June decline (-6.7%) was third-worst among forty-two years of data going back to 1983 (see Figure 4.1 and Appendix A), while its September-November decline (-1.4%) was thirteenth-worst (see Figure 4.2 and Appendix A).

California's May-July decline (4.9%) was unprecedented, about 1.6 times that of 2014 (-3.0%) and 2015 (-3.0%), the next worst years on record (see Figure 4.3 and Appendix B). California's August-September decline also far surpassed previous worst years on record, 2024 (-1.4%), 1990 (-0.7%) and 2007

(-0.1%) (see Figure 4.4 and Appendix B). Oregon's May-September decline (-7.5%) was also unprecedented, much higher than the previous three worst years on record, 2019 (-5.8%), 2017 (-5.0%), and 2018 (-4.6%) (see Figure 4.5 and Appendix C).

Analysis of three other enforcement states indicated unusual, but not unprecedented declines in private sector work. Washington D.C.'s July-August decline (-7.4%) was the fifth-worst decline in forty-two years of data (see Figure 4.6 and Appendix D). Illinois' September-November decline (-2.3%) was also fifth-worst on record (see Figure 4.7 and Appendix E). Minnesota's November-December decline (-2.9%) was fifteenth-worst on record (see Table 4.9 and Appendix G).



Figure 4.5 Historical May-Sep Change in Private Sector Workers, Oregon 1983-2025

Source: UC Merced Community and Labor Center analysis of IPUMS-CPS
Current Population Survey (CPS) Basic Monthly 1983-2025 data



Figure 4.6 Historical Jul-Aug Change in Private Sector Workers, D.C. 1983-2025

Source: UC Merced Community and Labor Center analysis of IPUMS-CPS
Current Population Survey (CPS) Basic Monthly 1983-2025 data



Figure 4.7 Historical Sep-Nov Change in Private Sector Workers, Illinois 1983-2025

Source: UC Merced Community and Labor Center analysis of IPUMS-CPS
Current Population Survey (CPS) Basic Monthly 1983-2025 data



Figure 4.8 Historical Nov-Dec Change in Private Sector Workers, Louisiana 1983-2025

Source: UC Merced Community and Labor Center analysis of IPUMS-CPS
Current Population Survey (CPS) Basic Monthly 1983-2025 data



Figure 4.9 Historical Nov-Dec Change in Private Sector Workers, Minnesota 1983-2025

Source: UC Merced Community and Labor Center analysis of IPUMS-CPS
Current Population Survey (CPS) Basic Monthly 1983-2025 data

Louisiana's November-December stands alone among enforcement states as the only state experiencing growth during a period of enforcement escalation. From November to December 2025, Louisiana grew by 0.6% in the number of persons reporting private sector work. This was fifteenth-best among the forty-two years on record (see Table 4.8 and Appendix F).

In sum, during recent periods of escalated immigration enforcement actions, in most cases enforcement states experienced unusually bad to unprecedented declines in month-to-month changes in private sector work, when compared with similar periods in existing data going back to 1983.

16

## CONCLUSION

Our analysis of CPS data suggests that escalated federal immigration enforcement actions are associated with declines in private sector work. During the first eleven months of the second Trump administration, states that were targeted with escalated immigration enforcement actions (Tennessee, California, Oregon, Washington, D.C., Illinois, Louisiana and Minnesota) collectively experienced a -1.2% loss in persons having reported work in the private sector. This contrasts with a 1.6% increase in the rest of the US.

We found evidence that the change in the number of private sector workers was associated with periods of escalated immigration enforcement. Monthly changes in the number of private sector workers (measured against a January 2025 baseline) between enforcement states and the rest of the US were within about one percentage point from each other from February to May. Following the first targeted immigration enforcement operation in May, however, the figures sharply diverged for the rest of the year (except for one month).

Furthermore, the monthly change in private sector workers, in enforcement states, aligned with the periods of escalations within those states. Enforcement states collectively experienced a gain of 176,992 private sector workers in the months before each of their own respective targeted immigration enforcement operations began. During escalation periods, however, enforcement states experienced a decline of -1,475,939 private sector workers. Then, following periods of escalation, enforcement states added 960,280 private sector jobs.

Each state's cumulative private sector work declines, when compared with similar monthly data from the past forty-two years, in most cases appeared highly unusual or unprecedented. This included Tennessee's April-June (-6.7%) decline, California's May-July (-4.9%) and August-September (-1.9%) declines, Oregon's May-September decline (-7.5%), Washington D.C.'s July-August (-7.4%) decline, and Illinois' September-November (-2.3%) decline. In those six cases, four or fewer years (out of the past forty-two years) yielded similar or worse declines. Tennessee's September-November (-1.4%) decline was thirteenth-worst on record, and Minnesota's November-December (-2.9%) decline was fifteenth-worst on record. Only Louisiana's comparatively brief immigration enforcement escalation in December was not associated with decline.

As investment in and expansion of immigration enforcement endures, we anticipate continuing to see the effects of enforcement actions on the economy. Last year, US Congress allocated an unprecedented $85 billion annual budget for Immigration and Customs Enforcement operations and support to increase deportations; this was more than eight times the roughly $10 billion annual allocations in recent years (Chappell 2026).

Furthermore, on September 5, 2025, the Department of Homeland Security (DHS) published a final rule expanding the immigration and law enforcement activities of US Citizenship and Immigration Services (USCIS), including but not limited to detaining, issuing warrants for arrest and removal, arresting people who help with immigrant entries deemed unlawful,

17

initiating vehicle pursuits and apprehensions, carrying firearms, and using "non-deadly and deadly force, when necessary." Before this change, USCIS was primarily an administrative body dealing primarily with screening applications for immigration benefits.

To date, federal legislators have failed to pass policies mitigating the federal administration's efforts to advance mass immigration enforcement operations. Moreover, while courts have generally ruled against the federalization of the National Guard, the U.S. Supreme Court granted a stay on a Temporary Restraining Order against roving patrols and racial profiling (ACLU Southern California 2025c). As a result, protecting immigrant workers' rights—or mitigating violations of their rights—may require the policy innovation of states, municipalities, and employers.

Immigration enforcement escalations and associated economic downturns have implications for local tax revenues (e.g. City of Minneapolis 2026, Lester and Greenberg 2026, Sedgwick 2026). Given that the Great Recession and COVID-19 pandemic are the most comparable examples of massive economic disruption and loss of work, state policymakers should consider how the current moment may require significant action on behalf of the state. In similar cases of massive economic disruption, such as the Great Recession and the COVID-19 pandemic, lawmakers invested public resources for one-time stimulus, wage replacement, or disaster relief spending. Similarly, during escalations in immigration enforcement, policymakers might consider how to sustain the livelihoods of impacted working families—protecting the wellbeing of children living in undocumented or mixed-status households—while simultaneously infusing cash into the economy.

Lawmakers might consider extending access to the economic safety net on a wider scale to those affected directly or indirectly by immigration enforcement. States might, for example, create state-funded unemployment benefit systems for excluded workers ineligible for unemployment benefits, which would have a domino effect stimulating the local economies of communities most affected by escalated immigration enforcement and associated economic downturns.

The recent immigration enforcement escalations in several states reveal how states currently lack adequate economic safety net systems for excluded workers who cannot work—and the downstream effects of such disruptions. Given the unprecedented investment in Immigration and Customs Enforcement support and operations, and the historic magnitude of the effects of recent federal actions on several states' private sector employment, state lawmakers should consider planning and developing economic stimulus and disaster packages for workers.

From September 2025 to February 2026, federal immigration officers shot thirteen persons, killing four, including noncitizens and US citizens (Schuppe and Ortiz 2026). The killing of Alex Pretti, in Minnesota, came after the period of analysis in this report and was associated with major economic disruptions, illustrating the degree to which immigration enforcement escalations continue to persist and disrupt the US economy. These events underscore the need for timely, state-level policy interventions to mitigate the negative effects of federal immigration enforcement on the economy.

18

*Note: In March 2026, the US Census Bureau updated January 2026 CPS Basic Monthly data with new population weights. However, due to changes in population weights, discontinuity issues exist in comparing December and January CPS data. This brief avoids the issues with new population weights, and discontinuity, by updating the period of analysis from January 2025-January 2026 to January 2025-December 2025.*

## REFERENCES

ACLU Northern California. 2025. "Behind the Scenes: How the ACLU Won a Court Order Blocking Border Patrol's Racist Arrests Targeting Latinos." August 12, 2025. Accessed on February 18, 2026 from: https://www.aclunorcal.org/news/behind-scenes-how-aclu-won-court-order-blocking-border-patrols-racist-arrests-targeting/

ACLU Southern California. 2025a. "United Farm Workers and Bakersfield Residents Sue Border Patrol for Unlawful Practices." Press Release. February 26, 2025. Accessed on July 13, 2025 from: https://www.aclusocal.org/en/press-releases/united-farm-workers-and-bakersfield-residents-sue-border-patrol-unlawful-practices

ACLU Southern California. 2025b. "Court Prohibits Federal Government from Racial Profiling, Denying Access to Counsel in Immigration Raids." Press Release. July 11, 2025. Accessed on July 13, 2025 from: https://www.aclusocal.org/en/press-releases/breaking-court-prohibits-federal-government-racial-profiling-denying-access-counsel

ACLU Southern California. 2025c. "U.S. Supreme Court Grants Stay in L.A. Raids Case." September 8, 2025. Accessed on November 3, 2025 from: https://www.aclusocal.org/en/pressr eleases/us-supreme-court-grants-stay-la-raids-case

Adams, Liam, Kelly Puente and Angele Lathan. 2025. "Maps show THP, ICE targeted heavily Hispanic, Latino census areas in Nashville sweep." The Tennessean. August 28, 2025. Accessed on February 18, 2026 from: https://www.tennessean.com/story/news/i nvestigations/2025/08/28/nashville-ice-raids-thp-targeting/85820503007/

Aleaziz, Hamed and Julie Bosman. 2025. "Trump Administration Says It Has Begun Immigration Crackdown in Chicago." New York Times. September 8, 2025. Accessed on February 18, 2026 from: https://www.nytimes.com/2025/09/08/us/ chicago-immigration-crackdown-trump-administration.html

Alvarez, Alayna. 2024. "Trump pledges "largest deportation" in U.S. history, starting in Ohio and Colorado." Axios. September 13, 2024. Accessed on July 13, 2025 from: https://www.axios.com/2024/09/13/trump -deportation-immigrants-springfield-ohio-aurora-colorado

Amaro, Yesenia. 2025. "Three demonstrators briefly detained at ICE office in Portland during protest to support immigrants." The Oregonian. June 6, 2025. Accessed on February 18, 2026 from: https://www.oregonlive.com/politics/2025/ 06/three-demonstrators-briefly-detained-at-ice-office-in-portland-during-protest-to-support-immigrants.html

Brook, Jack. 2026. "Federal officers are leaving Louisiana immigration crackdown for Minneapolis, documents show." Associated Press. January 9, 2026. Accessed on February 18, 2026 from: https://apnews.com/article/immigration-new-orleans-minnesota-400be6de1c5712a9dd0ec972907cbd03

Chappell, Bill. 2026. "How ICE grew to be the highest-funded U.S. law enforcement agency." National Public Radio. January 21, 2026. Accessed on February 18, 2026 from: https://www.npr.org/2026/01/21/nx-s1-5674887/ice-budget-funding-congress-trump

Cheney, Kyle and Josh Gerstein 2025. "Judge blocks Trump's National Guard deployment in Portland for second time." Politico. October 5, 2025. Accessed on February 18, 2026 from: https://www.politico.com/news/2025/10/05/national-guard-oregon-california-rurling-00594606

Chishti, Muzaffar and Kathleen Bush-Joseph. 2025. "In First 100 Days, Trump 2.0 Has Dramatically Reshaped the U.S. Immigration System, but Is Not Meeting Mass Deportation Aims." Policy Beat. Migration Policy Institute. Accessed on July 13, 2025 from: https://www.migrationpolicy.org/article/trump-2-immigration-first-100-days?eType=EmailBlastContent&eId=51cf34f0-7709-4662-a56e-c02c07c00fc0

City of Memphis. 2025. "Federal & State Public Safety Support in Memphis." Accessed on February 18, 2026 from: https://memphistn.gov/safeandclean/

Crampton, Liz. 2025. "Nashville ICE raid reignites city's turmoil with GOP leaders." Politico. June 4, 2025. Accessed on February 18, 2026 from: https://www.politico.com/news/2025/06/04/nashville-ice-immigration-mayor-freddie-o-connell-00382604

City of Minneapolis. 2026. Preliminary Impact Assessment & Relief Needs Overview. Minneapolis, MN: City of Minneapolis. Accessed on April 20, 2026 from: https://www.minneapolismn.gov/media/-www-content-assets/documents/City-of-Minneapolis-Preliminary-Impact-Assessment-and-Relief-Needs.pdf

City of Portland. 2025. "Update on chemical munitions use near ICE facility." July 8, 2025. Accessed on February 18, 2026 from: https://www.portland.gov/hello/news/2025/7/8/update-chemical-munitions-use-near-ice-facility

Cline, Sara and Jack Brook. 2025. "National Guard arrives in New Orleans for 1st New Year's since Bourbon Street attack." Associated Press. December 31, 2025. Accessed on February 18, 2026 from: https://apnews.com/article/new-orleans-bourbon-attack-security-1298ae460051ab9d80e04f41ed7b6802

Olmos, Sergio and Wendy Fry. 2025. "Border Patrol said it targeted known criminals in Kern County. But it had no record on 77 of 78 arrestees." CalMatters. June 27, 2025. Accessed on July 13, 2025 from: https://calmatters.org/economy/2025/04/border-patrol-records-kern-county/

20

Flood, Sarah, Miriam King, Renae Rodgers, Steven Ruggles, J. Robert Warren, Daniel Backman, Etienne Breton, Grace Cooper, Julia A. Rivera Drew, Stephanie Richards, David Van Riper and Kari C.W. Williams. 2026. IPUMS CPS: Version 13.0 [dataset]. Minneapolis, MN: IPUMS. https://doi.org/10.18128/D030.V13.0

Fry, Wendy and Sergio Olmos. 2025. "Trump administration asks Supreme Court to lift temporary ban on roving immigration stops in L.A." CalMatters. August 7, 2025. Accessed on August 11, 2025 from: https://calmatters.org/justice/2025/08/trump-appeals-ban-on-la-immigration-raids/

Gangitano, Alex. 2025. "Trump creates Memphis Safe Task Force to combat crime." September 15, 2025. Accessed on February 18, 2026 from: https://thehill.com/homenews/administration/5504552-trump-memphis-safe-task-force-crime/

Hernandez, Joe and Steve Futterman. 2025. "Protesters clash with law enforcement in Los Angeles as Trump sends National Guard." National Public Radio. June 8, 2025. Accessed on July 13, 2025 from: https://www.npr.org/2025/06/08/nx-s1-5426679/national-guard-california-immigration-protests

Hesson, Ted and Kristina Cooke. 2025. "ICE's tactics draw criticism as it triples daily arrest targets." *Reuters* June 10, 2025. Accessed on July 13, 2025 from: https://www.calmatters.org/economy/2025/04/b

Hickman, Renee and Heather Schiltz. 2025. "Chicago protesters defiant in face of Trump's deportation threats." Reuters. September 8, 2025. Accessed on February 18, 2026 from: https://www.reuters.com/world/us/chicago-protesters-defiant-face-trumps-deportation-threats-2025-09-07/

Hickman, Renee and Lizbeth Diaz. 2025. "Chicago ICE crackdown's first casualty, a father of two, had built a quiet life in the US." Reuters. October 11, 2025. Accessed on February 18, 2026 from: https://www.reuters.com/world/us/chicago-ice-crackdowns-first-casualty-father-two-had-built-quiet-life-us-2025-10-11/

Hippensteel, Chris. 2025. Guard Troops Fully Withdraw From Chicago, Portland and Los Angeles." New York Times. Accessed on February 18, 2026 from: https://www.nytimes.com/2026/02/12/us/national-guard-chicago-portland-los-angeles.html

Immergut, Karin J. 2025. Opinion and Order Granting Motion for Temporary Restraining Order. State of Oregon & City of Portland v. Trump, Case No. 3:25-cv-01756-IM. United States District Court for the District of Oregon. Accessed on February 18, 2026 from: https://www.portland.gov/federal/documents/10-4-2025-state-city-v-trump-temporary-restraining-order-granted/download

21

Karnowski, Steve. 2026. "Trump's border czar is pulling 700 immigration officers out of Minnesota immediately." Associated Press. February 4, 2026. Accessed on April 4, 2026 from: https://apnews.com/article/immigration-enforcement-drawdown-minnesota-homan-963adf341325d7f6eb5673e1c00d3c2a

Kolko, Jed. 2025. "Historically Comparable CPS Microdata Weights." October 20, 2025. Accessed on April 4, 2026 from: https://jedkolko.com/cps-weights/

Lester, William T. and Raiven Greenberg. 2026. Economic Impacts of Immigration and Tariff Policy on Orange County Businesses. Social Impact Hub. January 21, 2026. Irvine, CA: University of California. Accessed on April 20, 2026 from: https://socialecology.uci.edu/sites/default/files/users/mkcruz/Economic%20Impact%20Survey%20Results%20Presentation_1.21.26_FINAL.pdf

Marimow, Ann E. 2025. "Supreme Court Refuses to Allow Trump to Deploy National Guard in Chicago." New York Times. December 23, 2025. Accessed on February 18, 2026 from: https://www.nytimes.com/2025/12/23/us/politics/supreme-court-national-guard-chicago.html

McCall, J. Holly. 2025. "Immigration and Customs Enforcement 'dragnet' in Nashville results in detentions." Tennessee Lookout. May 4, 2025. Accessed on February 18, 2026 from: https://tennesseelookout.com/2025/05/04/immigration-and-customs-enforcement-dragnet-in-nashville-results-in-detentions/

Meisel, Hannah. 2025. "Judge's block on deploying National Guard extended indefinitely as Supreme Court weighs case." Capitol News Illinois. October 22, 2025. Accessed on February 18, 2026 from: https://capitolnewsillinois.com/news/judges-block-on-deploying-national-guard-extended-indefinitely-as-supreme-court-weighs-case/

Miroff, Nick. 2026. "Greg Bovino Loses His Job." The Atlantic. January 26, 2026. Retrieved on April 4, 2026 from: https://www.theatlantic.com/politics/2026/01/greg-bovino-demoted-minneapolis-border-patrol/685770/

Misick, Bobbi-Jeanne. 2025a. "'Many people are terrified to come out': Catahoula Crunch closes out its first week." Louisiana Illuminator. December 11, 2025. Accessed on February 18, 2026 from: https://lailluminator.com/2025/12/11/catahoula-crunch/

Misick, Bobbi-Jeanne. 2025b. "Catahoula Crunch' sees shift in geography, strategy." Louisiana Illuminator. December 19, 2025. Accessed on February 18, 2026 from: https://lailluminator.com/2025/12/19/catahoula-crunch-2/

PBS News Hour. 2025. "GOP gives ICE massive budget increase to expand Trump's deportation effort." July 8, 2025. Accessed on July 13, 2025 from: https://www.pbs.org/newshour/show/gop-gives-ice-massive-budget-increase-to-expand-trumps-deportation-effort

Rless, Rebekah and Bill Kirkos. 2025. "37 people arrested and American kids separated from parents after ICE raid at Chicago apartments." CNN. October 3, 2025. Accessed on February 18, 2026 from: https://www.cnn.com/2025/10/03/us/chicago-apartment-ice-raid

Santana, Rebecca and Mike Balsamo. 2026. "Homeland Security plans 2,000 officers in Minnesota for its 'largest immigration operation ever.'" Associated Press. January 6, 2026. Accessed on February 18, 2026 from: https://apnews.com/article/immigration-enforcement-ice-noem-minnesota-somali-db661df6de1131a034da2bda4bb3d817

Schuppe, Jon and Erik Ortiz. 2026. "Trump's DHS has shot 13 people during immigration enforcement operations since September. Here's what to know." NBC News. January 16, 2026. Accessed on February 18, 2026: https://www.nbcnews.com/news/us-news/ice-shootings-list-border-patrol-trump-immigration-operations-rcna254202

Sedgwick, Shannon M, Justin Adams, Dan Wei, Max Chomas, and Matthew Skyberg. 2026. Economic Impacts of Federal Immigration Enforcement in Los Angeles County. Institute for Applied Economics. January 2026. Los Angeles: Los Angeles County Economic Development Corporation. Accessed on April 20, 2026 from: https://opportunity.lacounty.gov/wp-content/uploads/2026/02/LAEDCxDEO_Immigration-Enforcment-Report-2026.02.01.pdf

Sparling, Zane. 2025. "Tracking the rise and fall of Portland ICE protests: Key developments as Trump troops arrive soon." The Oregonian. October 14, 2025. Accessed on February 18, 2026 from: https://www.oregonlive.com/portland/2025/09/tracking-the-rise-and-fall-of-portland-ice-protests-key-developments-as-trump-troops-arrive-soon.html

Taylor, Sarah Grace and Stephen Elliot. 2025. "Tennessee Highway Patrol Rarely Documented Reasons for Traffic Stops During May ICE Sting." November 5, 2025. Accessed on February 18, 2026 from: https://nashvillebanner.com/2025/11/05/tennesssee-highway-patrol-ice-immigration-records/

Thebault, Reis, Nicholas Bogel-Burroughs, Chelsia Rose Marcius, and Alan Feuer. 2026. "Minnesota Judge Says ICE Violated Nearly 100 Court Orders." New York Times. February 2, 2026. Accessed on February 18, 2026 from: https://www.nytimes.com/live/2026/01/28/us/minneapolis-shooting-ice-minnesota/heres-the-latest?smid=url-share

United States Census Bureau. 2024. "Methodology." June 4, 2024. Accessed on July 13, 2025 from: https://www.census.gov/programs-surveys/cps/technical-documentation/methodology.html

White House 2025. "Protecting the American People Against Invasion." The White House. January 20, 2025. Accessed on February 18, 2026 from: https://www.whitehouse.gov/presidential-actions/2025/01/protecting-the-american-people-against-invasion/

Wick, Julia. 2025. "'It reminded me of COVID': Mayor Bass decries economic effect of immigration raids on L.A." *Los Angeles Times* June 16, 2025. Accessed on July 13, 2025 from: https://www.latimes.com/california/story/ 2025-06-16/mayor-bass-decries-economic-impact-of-immigration-raids-on-l-a

Wilson, Conrad and Michelle Wiley. 2025. "Federal judge permanently blocks Trump from deploying National Guard to Portland." Oregon Public Broadcasting. November 7, 2025. Accessed on February 18, 2026 from: https://www.opb.org/article/2025/11/07/p ortland-oregon-national-guard-trump-politics-karin-immergut/

Wong, Tom K. 2026. Large-Scale Immigration Enforcement and Its Consequences: The Impact of Operation Metro Surge. US Immigration Policy Center. March 24, 2026. San Diego, CA: University of California. Accessed on April 20, 2026 from: https://usipc.ucsd.edu/publications/usipc-impact-metro-surge.pdf

**Appendix A. Change in Private Sector Workers, 1983-2025 (Tennessee)**

| | Apr | Jun | Change | % Change | Sep | Nov | Change | % Change |
|---|---|---|---|---|---|---|---|---|
| 1983 | 1,471,449 | 1,502,831 | 31,382 | 2.1% | 1,596,925 | 1,642,236 | 45,311 | 2.8% |
| 1984 | 1,440,385 | 1,579,647 | 139,262 | 9.7% | 1,694,970 | 1,644,969 | -50,001 | -2.9% |
| 1985 | 1,656,420 | 1,680,927 | 24,507 | 1.5% | 1,605,770 | 1,676,862 | 71,092 | 4.4% |
| 1986 | 1,695,577 | 1,739,081 | 43,504 | 2.6% | 1,672,225 | 1,722,165 | 49,940 | 3.0% |
| 1987 | 1,641,252 | 1,768,386 | 127,134 | 7.7% | 1,763,439 | 1,797,901 | 34,462 | 2.0% |
| 1988 | 1,688,671 | 1,737,743 | 49,072 | 2.9% | 1,802,868 | 1,799,309 | -3,559 | -0.2% |
| 1989 | 1,841,723 | 1,803,175 | -38,548 | -2.1% | 1,937,671 | 1,907,487 | -30,184 | -1.6% |
| 1990 | 1,777,479 | 1,840,188 | 62,709 | 3.5% | 1,853,250 | 1,826,133 | -27,117 | -1.5% |
| 1991 | 1,820,391 | 1,894,263 | 73,872 | 4.1% | 1,904,512 | 1,921,011 | 16,499 | 0.9% |
| 1992 | 1,779,780 | 1,884,313 | 104,533 | 5.9% | 1,895,409 | 1,947,862 | 52,453 | 2.8% |
| 1993 | 1,787,090 | 1,908,657 | 121,567 | 6.8% | 1,987,088 | 2,024,089 | 37,001 | 1.9% |
| 1994 | 2,115,969 | 2,018,474 | -97,495 | -4.6% | 2,038,706 | 2,192,775 | 154,069 | 7.6% |
| 1995 | 2,068,884 | 2,143,893 | 75,009 | 3.6% | 2,076,135 | 2,135,209 | 59,074 | 2.8% |
| 1996 | 2,075,261 | 2,084,741 | 9,480 | 0.5% | 2,107,081 | 2,134,532 | 27,451 | 1.3% |
| 1997 | 2,084,006 | 1,988,707 | -95,299 | -4.6% | 2,044,206 | 2,118,833 | 74,627 | 3.7% |
| 1998 | 2,145,660 | 2,090,478 | -55,182 | -2.6% | 2,122,875 | 2,134,691 | 11,816 | 0.6% |
| 1999 | 2,210,108 | 2,334,370 | 124,262 | 5.6% | 2,136,222 | 2,143,663 | 7,441 | 0.3% |
| 2000 | 2,240,880 | 2,305,936 | 65,056 | 2.9% | 2,233,968 | 2,192,653 | -41,315 | -1.8% |
| 2001 | 2,340,566 | 2,204,355 | -136,211 | -5.8% | 2,207,235 | 2,195,275 | -11,960 | -0.5% |
| 2002 | 2,311,664 | 2,268,865 | -42,799 | -1.9% | 2,148,276 | 2,233,640 | 85,364 | 4.0% |
| 2003 | 2,245,316 | 2,200,864 | -44,452 | -2.0% | 2,105,875 | 2,155,277 | 49,402 | 2.3% |
| 2004 | 2,273,077 | 2,194,117 | -78,960 | -3.5% | 2,107,697 | 2,174,562 | 66,865 | 3.2% |
| 2005 | 2,280,602 | 2,178,239 | -102,363 | -4.5% | 2,278,335 | 2,216,715 | -61,620 | -2.7% |
| 2006 | 2,248,286 | 2,331,519 | 83,233 | 3.7% | 2,338,256 | 2,400,886 | 62,630 | 2.7% |
| 2007 | 2,309,088 | 2,377,103 | 68,015 | 2.9% | 2,360,278 | 2,377,635 | 17,357 | 0.7% |
| 2008 | 2,316,136 | 2,340,111 | 23,975 | 1.0% | 2,335,170 | 2,267,552 | -67,618 | -2.9% |
| 2009 | 2,137,813 | 2,234,705 | 96,892 | 4.5% | 2,218,775 | 2,137,634 | -81,141 | -3.7% |
| 2010 | 2,278,296 | 2,277,341 | -955 | 0.0% | 2,337,483 | 2,229,042 | -108,441 | -4.6% |
| 2011 | 2,261,522 | 2,251,634 | -9,888 | -0.4% | 2,279,433 | 2,325,963 | 46,530 | 2.0% |
| 2012 | 2,280,478 | 2,424,744 | 144,266 | 6.3% | 2,273,735 | 2,351,147 | 77,412 | 3.4% |
| 2013 | 2,249,516 | 2,342,990 | 93,474 | 4.2% | 2,222,239 | 2,245,747 | 23,508 | 1.1% |
| 2014 | 2,458,299 | 2,260,273 | -198,026 | -8.1% | 2,287,454 | 2,340,607 | 53,153 | 2.3% |
| 2015 | 2,582,915 | 2,359,824 | -223,091 | -8.6% | 2,297,605 | 2,383,385 | 85,780 | 3.7% |
| 2016 | 2,519,894 | 2,465,313 | -54,581 | -2.2% | 2,517,755 | 2,452,687 | -65,068 | -2.6% |
| 2017 | 2,568,134 | 2,447,157 | -120,977 | -4.7% | 2,717,037 | 2,565,288 | -151,749 | -5.6% |
| 2018 | 2,617,197 | 2,569,974 | -47,223 | -1.8% | 2,538,458 | 2,680,417 | 141,959 | 5.6% |
| 2019 | 2,735,407 | 2,591,254 | -144,153 | -5.3% | 2,599,681 | 2,616,927 | 17,246 | 0.7% |
| 2020 | 2,081,969 | 2,349,980 | 268,011 | 12.9% | 2,576,044 | 2,702,997 | 126,953 | 4.9% |
| 2021 | 2,699,491 | 2,672,424 | -27,067 | -1.0% | 2,568,210 | 2,727,762 | 159,552 | 6.2% |
| 2022 | 2,738,870 | 2,622,407 | -116,463 | -4.3% | 2,656,338 | 2,577,124 | -79,214 | -3.0% |
| 2023 | 2,674,053 | 2,555,675 | -118,378 | -4.4% | 2,789,208 | 2,618,246 | -170,962 | -6.1% |
| 2024 | 2,701,364 | 2,630,372 | -70,992 | -2.6% | 2,652,528 | 2,753,432 | 100,904 | 3.8% |
| 2025 | 2,815,464 | 2,626,099 | -189,365 | -6.7% | 2,819,943 | 2,780,558 | -39,385 | -1.4% |

Source: UC Merced Community and Labor Center analysis of IPUMS-CPS
Current Population Survey, (CPS) Basic Monthly 1989-2025 data

**Appendix B. Change in Private Sector Workers, 1983-2025 (California)**

|  | May | Jul | Change | % Change | Aug | Sep | Change | % Change |
|---|---|---|---|---|---|---|---|---|
| 1983 | 8,800,364 | 8,840,756 | 40,392 | 0.5% | 8,704,923 | 8,970,882 | 265,959 | 3.1% |
| 1984 | 9,280,660 | 9,302,173 | 21,513 | 0.2% | 9,330,964 | 9,309,672 | -21,292 | -0.2% |
| 1985 | 9,288,470 | 9,489,460 | 200,990 | 2.2% | 9,353,849 | 9,443,882 | 90,033 | 1.0% |
| 1986 | 9,862,398 | 9,816,179 | -46,219 | -0.5% | 10,045,110 | 10,071,535 | 26,425 | 0.3% |
| 1987 | 10,384,961 | 10,396,979 | 12,018 | 0.1% | 10,306,277 | 10,253,583 | -52,694 | -0.5% |
| 1988 | 10,578,891 | 10,676,920 | 98,029 | 0.9% | 10,569,768 | 10,886,604 | 316,836 | 3.0% |
| 1989 | 10,796,371 | 10,940,122 | 143,751 | 1.3% | 10,877,387 | 10,877,950 | 563 | 0.0% |
| 1990 | 11,796,307 | 11,587,543 | -208,764 | -1.8% | 11,451,670 | 11,374,009 | -77,661 | -0.7% |
| 1991 | 11,166,307 | 11,077,794 | -88,513 | -0.8% | 11,224,547 | 11,422,535 | 197,988 | 1.8% |
| 1992 | 11,196,713 | 11,185,322 | -11,391 | -0.1% | 11,080,936 | 11,173,158 | 92,222 | 0.8% |
| 1993 | 11,300,634 | 11,144,563 | -156,071 | -1.4% | 10,942,930 | 10,952,301 | 9,371 | 0.1% |
| 1994 | 11,268,371 | 11,173,465 | -94,906 | -0.8% | 11,292,042 | 11,380,646 | 88,604 | 0.8% |
| 1995 | 10,973,967 | 11,460,310 | 486,343 | 4.4% | 11,430,868 | 11,825,542 | 394,674 | 3.5% |
| 1996 | 11,381,139 | 11,705,789 | 324,650 | 2.9% | 11,886,715 | 12,048,082 | 161,367 | 1.4% |
| 1997 | 12,124,852 | 12,142,996 | 18,144 | 0.1% | 12,197,464 | 12,186,866 | -10,598 | -0.1% |
| 1998 | 12,612,008 | 12,558,650 | -53,358 | -0.4% | 12,203,998 | 12,467,247 | 263,249 | 2.2% |
| 1999 | 12,741,464 | 12,651,616 | -89,848 | -0.7% | 12,553,213 | 12,910,292 | 357,079 | 2.8% |
| 2000 | 12,905,016 | 12,933,533 | 28,517 | 0.2% | 13,018,857 | 13,239,786 | 220,929 | 1.7% |
| 2001 | 13,035,043 | 13,077,964 | 42,921 | 0.3% | 12,964,038 | 13,152,118 | 188,080 | 1.5% |
| 2002 | 12,507,795 | 12,505,624 | -2,171 | 0.0% | 12,399,145 | 12,866,970 | 467,825 | 3.8% |
| 2003 | 13,031,862 | 13,184,193 | 152,331 | 1.2% | 12,874,279 | 13,430,237 | 555,958 | 4.3% |
| 2004 | 13,267,794 | 13,121,244 | -146,550 | -1.1% | 13,117,294 | 13,355,763 | 238,469 | 1.8% |
| 2005 | 13,223,721 | 13,469,520 | 245,799 | 1.9% | 13,651,407 | 13,842,958 | 191,551 | 1.4% |
| 2006 | 13,650,155 | 13,689,034 | 38,879 | 0.3% | 13,473,798 | 13,700,309 | 226,511 | 1.7% |
| 2007 | 13,827,047 | 13,839,375 | 12,328 | 0.1% | 13,793,342 | 13,777,310 | -16,032 | -0.1% |
| 2008 | 13,950,690 | 13,681,523 | -269,167 | -1.9% | 13,563,699 | 13,639,151 | 75,452 | 0.6% |
| 2009 | 12,907,587 | 12,741,145 | -166,442 | -1.3% | 12,646,081 | 12,704,513 | 58,432 | 0.5% |
| 2010 | 12,734,015 | 12,612,494 | -121,521 | -1.0% | 12,541,958 | 12,591,479 | 49,521 | 0.4% |
| 2011 | 12,574,955 | 12,699,671 | 124,716 | 1.0% | 12,477,993 | 12,952,523 | 474,530 | 3.8% |
| 2012 | 13,202,478 | 13,132,537 | -69,941 | -0.5% | 13,003,186 | 13,178,236 | 175,050 | 1.3% |
| 2013 | 13,662,037 | 13,331,331 | -330,706 | -2.4% | 13,529,638 | 13,802,488 | 272,850 | 2.0% |
| 2014 | 14,124,933 | 13,707,465 | -417,468 | -3.0% | 13,934,331 | 14,169,199 | 234,868 | 1.7% |
| 2015 | 14,742,355 | 14,303,587 | -438,768 | -3.0% | 14,222,369 | 14,343,403 | 121,034 | 0.9% |
| 2016 | 14,481,602 | 14,821,064 | 339,462 | 2.3% | 14,631,659 | 14,637,181 | 5,522 | 0.0% |
| 2017 | 14,857,939 | 14,892,189 | 34,250 | 0.2% | 14,816,902 | 15,339,542 | 522,640 | 3.5% |
| 2018 | 15,083,714 | 15,208,906 | 125,192 | 0.8% | 15,179,298 | 15,638,693 | 459,395 | 3.0% |
| 2019 | 15,226,000 | 15,359,407 | 133,407 | 0.9% | 15,345,562 | 15,845,965 | 500,403 | 3.3% |
| 2020 | 11,604,843 | 12,884,843 | 1,280,000 | 11.0% | 13,001,567 | 13,478,085 | 476,518 | 3.7% |
| 2021 | 14,070,281 | 14,395,446 | 325,165 | 2.3% | 14,288,833 | 14,672,769 | 383,936 | 2.7% |
| 2022 | 14,887,433 | 14,750,308 | -137,125 | -0.9% | 14,812,483 | 14,871,972 | 59,489 | 0.4% |
| 2023 | 14,927,891 | 15,150,236 | 222,345 | 1.5% | 14,782,127 | 14,886,635 | 104,508 | 0.7% |
| 2024 | 14,910,754 | 14,971,845 | 61,091 | 0.4% | 14,971,307 | 14,755,605 | -215,702 | -1.4% |
| 2025 | 15,220,150 | 14,477,658 | -742,492 | -4.9% | 15,055,568 | 14,773,195 | -282,373 | -1.9% |

Source: UC Merced Community and Labor Center analysis of IPUMS-CPS
Current Population Survey, (CPS) Basic Monthly 1989-2025 data

**Appendix C. Change in Private Sector Workers, 1983-2025 (Oregon)**

| | May | Sep | Change | % Change |
|---|---|---|---|---|
| 1983 | 910,280 | 906,191 | -4,089 | -0.4% |
| 1984 | 951,176 | 936,364 | -14,812 | -1.6% |
| 1985 | 958,029 | 973,136 | 15,107 | 1.6% |
| 1986 | 960,802 | 1,089,275 | 128,473 | 13.4% |
| 1987 | 974,114 | 1,045,354 | 71,240 | 7.3% |
| 1988 | 1,029,662 | 1,048,156 | 18,494 | 1.8% |
| 1989 | 1,038,479 | 1,067,338 | 28,859 | 2.8% |
| 1990 | 1,110,657 | 1,160,833 | 50,176 | 4.5% |
| 1991 | 1,151,438 | 1,148,270 | -3,168 | -0.3% |
| 1992 | 1,118,591 | 1,162,460 | 43,869 | 3.9% |
| 1993 | 1,062,111 | 1,187,144 | 125,033 | 11.8% |
| 1994 | 1,242,066 | 1,214,379 | -27,687 | -2.2% |
| 1995 | 1,250,727 | 1,258,274 | 7,547 | 0.6% |
| 1996 | 1,349,652 | 1,335,460 | -14,192 | -1.1% |
| 1997 | 1,340,787 | 1,392,365 | 51,578 | 3.8% |
| 1998 | 1,310,339 | 1,365,487 | 55,148 | 4.2% |
| 1999 | 1,318,562 | 1,327,307 | 8,745 | 0.7% |
| 2000 | 1,382,295 | 1,460,708 | 78,413 | 5.7% |
| 2001 | 1,365,673 | 1,395,202 | 29,529 | 2.2% |
| 2002 | 1,311,756 | 1,422,689 | 110,933 | 8.5% |
| 2003 | 1,356,753 | 1,367,701 | 10,948 | 0.8% |
| 2004 | 1,392,776 | 1,356,127 | -36,649 | -2.6% |
| 2005 | 1,375,606 | 1,402,416 | 26,810 | 1.9% |
| 2006 | 1,395,153 | 1,364,466 | -30,687 | -2.2% |
| 2007 | 1,437,372 | 1,465,083 | 27,711 | 1.9% |
| 2008 | 1,488,161 | 1,470,854 | -17,307 | -1.2% |
| 2009 | 1,352,130 | 1,385,271 | 33,141 | 2.5% |
| 2010 | 1,351,031 | 1,409,323 | 58,292 | 4.3% |
| 2011 | 1,370,637 | 1,398,932 | 28,295 | 2.1% |
| 2012 | 1,365,833 | 1,439,871 | 74,038 | 5.4% |
| 2013 | 1,377,199 | 1,474,414 | 97,215 | 7.1% |
| 2014 | 1,450,453 | 1,471,679 | 21,226 | 1.5% |
| 2015 | 1,497,113 | 1,517,785 | 20,672 | 1.4% |
| 2016 | 1,566,044 | 1,598,244 | 32,200 | 2.1% |
| 2017 | 1,686,031 | 1,601,639 | -84,392 | -5.0% |
| 2018 | 1,652,148 | 1,576,957 | -75,191 | -4.6% |
| 2019 | 1,651,034 | 1,555,329 | -95,705 | -5.8% |
| 2020 | 1,387,884 | 1,539,874 | 151,990 | 11.0% |
| 2021 | 1,584,206 | 1,623,839 | 39,633 | 2.5% |
| 2022 | 1,691,282 | 1,637,979 | -53,303 | -3.2% |
| 2023 | 1,621,117 | 1,597,132 | -23,985 | -1.5% |
| 2024 | 1,620,601 | 1,642,052 | 21,451 | 1.3% |
| 2025 | 1,691,459 | 1,564,553 | -126,906 | -7.5% |

Source: UC Merced Community and Labor Center analysis of IPUMS-CPS
Current Population Survey, (CPS) Basic Monthly 1989-2025 data

**Appendix D. Change in Private Sector Workers, 1983-2025 (District of Columbia)**

| | Jul | Aug | Change | % Change |
|---|---|---|---|---|
| 1983 | 184,838 | 179,317 | -5,521 | -3.0% |
| 1984 | 187,532 | 188,283 | 751 | 0.4% |
| 1985 | 184,151 | 173,884 | -10,267 | -5.6% |
| 1986 | 178,593 | 177,058 | -1,535 | -0.9% |
| 1987 | 199,307 | 197,357 | -1,950 | -1.0% |
| 1988 | 206,980 | 199,708 | -7,272 | -3.5% |
| 1989 | 199,787 | 193,638 | -6,149 | -3.1% |
| 1990 | 190,121 | 199,190 | 9,069 | 4.8% |
| 1991 | 180,484 | 189,045 | 8,561 | 4.7% |
| 1992 | 185,770 | 182,173 | -3,597 | -1.9% |
| 1993 | 178,447 | 184,865 | 6,418 | 3.6% |
| 1994 | 182,319 | 170,482 | -11,837 | -6.5% |
| 1995 | 157,136 | 154,531 | -2,605 | -1.7% |
| 1996 | 161,285 | 152,162 | -9,123 | -5.7% |
| 1997 | 152,782 | 150,485 | -2,297 | -1.5% |
| 1998 | 148,025 | 153,313 | 5,288 | 3.6% |
| 1999 | 179,858 | 174,442 | -5,416 | -3.0% |
| 2000 | 211,957 | 199,322 | -12,635 | -6.0% |
| 2001 | 196,575 | 201,145 | 4,570 | 2.3% |
| 2002 | 191,002 | 179,515 | -11,487 | -6.0% |
| 2003 | 194,249 | 177,647 | -16,602 | -8.5% |
| 2004 | 183,444 | 179,578 | -3,866 | -2.1% |
| 2005 | 202,865 | 190,921 | -11,944 | -5.9% |
| 2006 | 194,416 | 182,751 | -11,665 | -6.0% |
| 2007 | 200,632 | 205,639 | 5,007 | 2.5% |
| 2008 | 202,803 | 208,037 | 5,234 | 2.6% |
| 2009 | 214,932 | 191,723 | -23,209 | -10.8% |
| 2010 | 214,516 | 198,240 | -16,276 | -7.6% |
| 2011 | 207,634 | 202,787 | -4,847 | -2.3% |
| 2012 | 231,047 | 232,482 | 1,435 | 0.6% |
| 2013 | 245,399 | 231,580 | -13,819 | -5.6% |
| 2014 | 248,867 | 229,321 | -19,546 | -7.9% |
| 2015 | 252,452 | 247,312 | -5,140 | -2.0% |
| 2016 | 263,352 | 246,755 | -16,597 | -6.3% |
| 2017 | 253,654 | 252,432 | -1,222 | -0.5% |
| 2018 | 268,180 | 240,200 | -27,980 | -10.4% |
| 2019 | 261,832 | 253,941 | -7,891 | -3.0% |
| 2020 | 238,395 | 243,340 | 4,945 | 2.1% |
| 2021 | 263,288 | 253,715 | -9,573 | -3.6% |
| 2022 | 241,743 | 236,413 | -5,330 | -2.2% |
| 2023 | 247,263 | 252,122 | 4,859 | 2.0% |
| 2024 | 259,454 | 254,524 | -4,930 | -1.9% |
| 2025 | 282,448 | 261,500 | -20,948 | -7.4% |

Source: UC Merced Community and Labor Center analysis of IPUMS-CPS
Current Population Survey, (CPS) Basic Monthly 1989-2025 data

**Appendix E. Change in Private Sector Workers, 1983-2025 (Illinois)**

|  | Sep | Nov | Change | % Change |
|---|---|---|---|---|
| 1983 | 3,999,131 | 4,098,753 | 99,622 | 2.5% |
| 1984 | 4,078,232 | 4,291,463 | 213,231 | 5.2% |
| 1985 | 4,137,106 | 4,195,728 | 58,622 | 1.4% |
| 1986 | 4,252,519 | 4,260,088 | 7,569 | 0.2% |
| 1987 | 4,360,540 | 4,310,761 | -49,779 | -1.1% |
| 1988 | 4,477,873 | 4,519,510 | 41,637 | 0.9% |
| 1989 | 4,498,037 | 4,480,980 | -17,057 | -0.4% |
| 1990 | 4,394,914 | 4,519,119 | 124,205 | 2.8% |
| 1991 | 4,448,887 | 4,318,803 | -130,084 | -2.9% |
| 1992 | 4,505,770 | 4,622,561 | 116,791 | 2.6% |
| 1993 | 4,402,493 | 4,630,268 | 227,775 | 5.2% |
| 1994 | 4,517,454 | 4,589,731 | 72,277 | 1.6% |
| 1995 | 4,688,882 | 4,798,293 | 109,411 | 2.3% |
| 1996 | 4,703,373 | 4,783,838 | 80,465 | 1.7% |
| 1997 | 4,664,683 | 4,783,250 | 118,567 | 2.5% |
| 1998 | 4,725,657 | 4,924,809 | 199,152 | 4.2% |
| 1999 | 5,060,739 | 5,123,236 | 62,497 | 1.2% |
| 2000 | 5,196,279 | 5,156,755 | -39,524 | -0.8% |
| 2001 | 5,111,383 | 4,999,776 | -111,607 | -2.2% |
| 2002 | 4,967,659 | 5,090,137 | 122,478 | 2.5% |
| 2003 | 4,852,436 | 5,054,696 | 202,260 | 4.2% |
| 2004 | 5,010,309 | 4,996,071 | -14,238 | -0.3% |
| 2005 | 4,979,504 | 5,182,481 | 202,977 | 4.1% |
| 2006 | 5,316,167 | 5,325,963 | 9,796 | 0.2% |
| 2007 | 5,361,457 | 5,222,605 | -138,852 | -2.6% |
| 2008 | 4,916,344 | 4,867,658 | -48,686 | -1.0% |
| 2009 | 4,645,682 | 4,664,977 | 19,295 | 0.4% |
| 2010 | 4,970,862 | 4,933,755 | -37,107 | -0.7% |
| 2011 | 4,944,418 | 4,845,916 | -98,502 | -2.0% |
| 2012 | 5,042,840 | 4,910,969 | -131,871 | -2.6% |
| 2013 | 5,087,623 | 5,046,729 | -40,894 | -0.8% |
| 2014 | 5,093,033 | 5,009,724 | -83,309 | -1.6% |
| 2015 | 5,163,236 | 4,951,165 | -212,071 | -4.1% |
| 2016 | 5,104,363 | 5,063,268 | -41,095 | -0.8% |
| 2017 | 4,937,746 | 5,117,204 | 179,458 | 3.6% |
| 2018 | 5,066,342 | 5,015,364 | -50,978 | -1.0% |
| 2019 | 5,104,628 | 5,224,525 | 119,897 | 2.3% |
| 2020 | 4,712,259 | 4,769,985 | 57,726 | 1.2% |
| 2021 | 4,904,540 | 5,010,027 | 105,487 | 2.2% |
| 2022 | 5,112,820 | 5,079,287 | -33,533 | -0.7% |
| 2023 | 4,993,333 | 5,323,557 | 330,224 | 6.6% |
| 2024 | 4,955,756 | 5,221,109 | 265,353 | 5.4% |
| 2025 | 5,255,872 | 5,134,015 | -121,857 | -2.3% |

Source: UC Merced Community and Labor Center analysis of IPUMS-CPS
Current Population Survey, (CPS) Basic Monthly 1989-2025 data

29

**Appendix F. Change in Private Sector Workers, 1983-2025 (Louisiana)**

| | Nov | Dec | Change | % Change |
|---|---|---|---|---|
| 1983 | 1,275,153 | 1,271,696 | -3,457 | -0.3% |
| 1984 | 1,399,502 | 1,301,249 | -98,253 | -7.0% |
| 1985 | 1,305,246 | 1,282,421 | -22,825 | -1.7% |
| 1986 | 1,307,754 | 1,253,598 | -54,156 | -4.1% |
| 1987 | 1,291,505 | 1,235,261 | -56,244 | -4.4% |
| 1988 | 1,317,945 | 1,355,931 | 37,986 | 2.9% |
| 1989 | 1,361,890 | 1,333,414 | -28,476 | -2.1% |
| 1990 | 1,349,701 | 1,358,892 | 9,191 | 0.7% |
| 1991 | 1,346,713 | 1,339,124 | -7,589 | -0.6% |
| 1992 | 1,338,117 | 1,217,398 | -120,719 | -9.0% |
| 1993 | 1,311,307 | 1,321,460 | 10,153 | 0.8% |
| 1994 | 1,337,025 | 1,259,473 | -77,552 | -5.8% |
| 1995 | 1,404,987 | 1,388,327 | -16,660 | -1.2% |
| 1996 | 1,476,641 | 1,505,128 | 28,487 | 1.9% |
| 1997 | 1,509,176 | 1,490,295 | -18,881 | -1.3% |
| 1998 | 1,548,690 | 1,563,182 | 14,492 | 0.9% |
| 1999 | 1,551,394 | 1,527,344 | -24,050 | -1.6% |
| 2000 | 1,418,862 | 1,463,818 | 44,956 | 3.2% |
| 2001 | 1,392,489 | 1,380,264 | -12,225 | -0.9% |
| 2002 | 1,362,205 | 1,389,641 | 27,436 | 2.0% |
| 2003 | 1,561,629 | 1,489,714 | -71,915 | -4.6% |
| 2004 | 1,602,374 | 1,584,284 | -18,090 | -1.1% |
| 2005 | 1,429,595 | 1,435,343 | 5,748 | 0.4% |
| 2006 | 1,430,714 | 1,373,967 | -56,747 | -4.0% |
| 2007 | 1,557,448 | 1,571,027 | 13,579 | 0.9% |
| 2008 | 1,528,445 | 1,499,135 | -29,310 | -1.9% |
| 2009 | 1,513,967 | 1,413,895 | -100,072 | -6.6% |
| 2010 | 1,524,363 | 1,499,520 | -24,843 | -1.6% |
| 2011 | 1,488,301 | 1,454,199 | -34,102 | -2.3% |
| 2012 | 1,524,263 | 1,501,516 | -22,747 | -1.5% |
| 2013 | 1,607,496 | 1,597,269 | -10,227 | -0.6% |
| 2014 | 1,600,196 | 1,633,410 | 33,214 | 2.1% |
| 2015 | 1,532,859 | 1,588,075 | 55,216 | 3.6% |
| 2016 | 1,533,187 | 1,553,262 | 20,075 | 1.3% |
| 2017 | 1,615,817 | 1,627,506 | 11,689 | 0.7% |
| 2018 | 1,576,883 | 1,592,811 | 15,928 | 1.0% |
| 2019 | 1,572,698 | 1,558,544 | -14,154 | -0.9% |
| 2020 | 1,459,199 | 1,480,549 | 21,350 | 1.5% |
| 2021 | 1,511,979 | 1,500,913 | -11,066 | -0.7% |
| 2022 | 1,657,682 | 1,570,941 | -86,741 | -5.2% |
| 2023 | 1,594,856 | 1,575,059 | -19,797 | -1.2% |
| 2024 | 1,514,981 | 1,506,169 | -8,812 | -0.6% |
| 2025 | 1,628,811 | 1,638,139 | 9,328 | 0.6% |

Source: UC Merced Community and Labor Center analysis of IPUMS-CPS
Current Population Survey, (CPS) Basic Monthly 1989-2025 data

30

**Appendix G. Change in Private Sector Workers, 1983-2025 (Minnesota)**

|  | Nov | Dec | Change | % Change |
|---|---|---|---|---|
| 1983 | 1,572,197 | 1,577,604 | 5,407 | 0.3% |
| 1984 | 1,734,267 | 1,669,255 | -65,012 | -3.7% |
| 1985 | 1,703,312 | 1,728,968 | 25,656 | 1.5% |
| 1986 | 1,732,418 | 1,714,788 | -17,630 | -1.0% |
| 1987 | 1,768,371 | 1,782,577 | 14,206 | 0.8% |
| 1988 | 1,833,659 | 1,754,565 | -79,094 | -4.3% |
| 1989 | 1,804,291 | 1,713,687 | -90,604 | -5.0% |
| 1990 | 1,874,451 | 1,837,159 | -37,292 | -2.0% |
| 1991 | 1,830,911 | 1,795,143 | -35,768 | -2.0% |
| 1992 | 1,827,771 | 1,894,922 | 67,151 | 3.7% |
| 1993 | 1,854,719 | 1,926,677 | 71,958 | 3.9% |
| 1994 | 1,995,927 | 2,098,573 | 102,646 | 5.1% |
| 1995 | 2,087,508 | 2,111,151 | 23,643 | 1.1% |
| 1996 | 2,006,995 | 1,985,960 | -21,035 | -1.0% |
| 1997 | 2,104,755 | 2,043,431 | -61,324 | -2.9% |
| 1998 | 2,143,588 | 2,144,240 | 652 | 0.0% |
| 1999 | 2,098,852 | 2,151,129 | 52,277 | 2.5% |
| 2000 | 2,213,933 | 2,198,250 | -15,683 | -0.7% |
| 2001 | 2,264,793 | 2,239,920 | -24,873 | -1.1% |
| 2002 | 2,298,905 | 2,274,788 | -24,117 | -1.0% |
| 2003 | 2,171,406 | 2,156,065 | -15,341 | -0.7% |
| 2004 | 2,181,109 | 2,186,203 | 5,094 | 0.2% |
| 2005 | 2,264,336 | 2,263,987 | -349 | 0.0% |
| 2006 | 2,345,598 | 2,334,631 | -10,967 | -0.5% |
| 2007 | 2,260,595 | 2,222,907 | -37,688 | -1.7% |
| 2008 | 2,178,748 | 2,230,234 | 51,486 | 2.4% |
| 2009 | 2,156,566 | 2,195,765 | 39,199 | 1.8% |
| 2010 | 2,208,685 | 2,213,336 | 4,651 | 0.2% |
| 2011 | 2,230,024 | 2,207,772 | -22,252 | -1.0% |
| 2012 | 2,299,687 | 2,353,892 | 54,205 | 2.4% |
| 2013 | 2,317,568 | 2,311,682 | -5,886 | -0.3% |
| 2014 | 2,344,523 | 2,355,070 | 10,547 | 0.4% |
| 2015 | 2,330,016 | 2,375,575 | 45,559 | 2.0% |
| 2016 | 2,337,210 | 2,367,333 | 30,123 | 1.3% |
| 2017 | 2,443,399 | 2,416,118 | -27,281 | -1.1% |
| 2018 | 2,527,906 | 2,517,794 | -10,112 | -0.4% |
| 2019 | 2,397,738 | 2,376,324 | -21,414 | -0.9% |
| 2020 | 2,368,137 | 2,309,155 | -58,982 | -2.5% |
| 2021 | 2,359,457 | 2,417,199 | 57,742 | 2.4% |
| 2022 | 2,341,745 | 2,349,539 | 7,794 | 0.3% |
| 2023 | 2,425,217 | 2,524,683 | 99,466 | 4.1% |
| 2024 | 2,453,019 | 2,512,708 | 59,689 | 2.4% |
| 2025 | 2,270,781 | 2,204,021 | -66,760 | -2.9% |

Source: UC Merced Community and Labor Center analysis of IPUMS-CPS
Current Population Survey, (CPS) Basic Monthly 1983-2025 data

**Research report prepared by** Edward Orozco Flores.

**Acknowledgements to** Ana Padilla and Todd Sorensen for helpful comments and feedback.

**MISSION STATEMENT**

The UC Merced Community and Labor Center conducts research and education on issues of community, labor and the environment, in the San Joaquin Valley and beyond.