Docusign Envelope ID: 19D1AF39-2182-8468-805C-F73EG490A694

HYDEE FELDSTEIN SOTO (SBN 106866)
City Attorney
hydee.feldsteinsoto@lacity.org
VALERIE L. FLORES (SBN 138572)
valerie.flores@lacity.org
MICHAEL J. DUNDAS (SBN 226930)
mike.dundas@lacity.org
MARIA LOUISE COUSINEAU (SBN 122280)
maria.cousineau@lacity.org
RANDALL G. SOMMER (SBN 214099)
randall.sommer@lacity.org
SHUBHRA SHIVPURI (SBN 295534)
shubhra.shivpuri@lacity.org
OFFICE OF THE LOS ANGELES CITY ATTORNEY
City Hall 200 North Spring Street 21st Floor
Los Angeles, CA 90012-4130
Tel.: 213-922-8382; Fax: 213-978-7957

*Attorneys for Intervenor City of Los Angeles*

E. MARTIN ESTRADA (SBN 223802)
martin.estrada@mto.com
DANIEL B. LEVIN (SBN 226044)
daniel.levin@mto.com
JOHN L. SCHWAB (SBN 301386)
john.schwab@mto.com
V. GRACE DAVIS (SBN 336732)
grace.davisfisher@mto.com
V. ROMAN LEAL (SBN 348892)
roman.leal@mto.com
WENDY QIUYU XIAO (SBN 342702)
wendy.xiao@mto.com
MUNGER, TOLLES & OLSON LLP
350 South Grand Avenue
50th Floor
Los Angeles, California 90071
Tel.: 213-683-9100; Fax: 213-687-3702

*Attorneys for Intervenors Cities of Los Angeles, Anaheim, Bell Gardens, Beverly Hills, Carpinteria, Culver City, Huntington Park, Long Beach, Lynwood, Montebello, Monterey Park, Oxnard, Paramount, Pico Rivera, Pomona, Santa Ana, Santa Barbara, Santa Monica, South Gate, and West Hollywood*

NICOLE DAVIS TINKHAM (SBN 229592)
ntinkham@counsel.lacounty.gov
LILIANA CAMPOS (SBN 255753)
lcampos@counsel.lacounty.gov
BRIGIT GREESON ALVAREZ (SBN 237301)
bgreesonalvarez@counsel.lacounty.gov
OFFICE OF THE COUNTY COUNSEL
648 Kenneth Hahn Hall of Admin.,
500 West Temple Street
Los Angeles, California 90012-2713
Tel.: 213-808-8736; Fax: 213-633-1915

*Attorneys for Intervenor County of Los Angeles*

MICHELE BEAL BAGNERIS (SBN 115423)
City Attorney
mbagneris@cityofpasadena.net
ARNOLD F. LEE (SBN 278610)
aflee@cityofpasadena.net
ANDREW AARONIAN (SBN 318245)
aaaronian@cityofpasadena.net
OFFICE OF THE CITY ATTORNEY OF PASADENA
100 N Garfield Ave, Rm N-210
Pasadena, CA 91101
Tel.: 626-744-4141; Fax: 626-744-4190

*Attorneys for Intervenor City of Pasadena*

NORMAN L. EISEN*
Norman@democracydefenders.org
STEPHEN A. JONAS (SBN 542005)
Steve@democracydefenders.org
JOSHUA G. KOLB*
Joshua@democracydefenders.org
DEMOCRACY DEFENDERS FUND
600 Pennsylvania Ave. SE, Suite 15180
Washington, DC 20003
Tel: (202) 594-9958

*Admitted *Pro Hac Vice*

*Attorneys for Intervenor City of Los Angeles*

-1-

DECLARATION OF INGRID BOSTROM

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| Pedro VASQUEZ PERDOMO; Carlos Alexander OSORTO; and Isaac VILLEGAS MOLINA; Jorge HERNANDEZ VIRAMONTES; Jason Brian GAVIDIA; LOS ANGELES WORKER CENTER NETWORK; UNITED FARM WORKERS; COALITION FOR HUMANE IMMIGRANT RIGHTS; IMMIGRANT DEFENDERS LAW CENTER, | Case No.: 2:25-cv-05605-MEMF-SP **DECLARATION OF INGRID BOSTROM** |

*Plaintiffs*,

v.

Markwayne MULLIN, in his official capacity as Secretary, Department of Homeland Security; Todd M. LYONS, in his official capacity as Acting Director, U.S. Immigration and Customs Enforcement; Rodney S. SCOTT, in his official capacity as Commissioner, U.S. Customs and Border Patrol; Michael W. BANKS, in his official capacity as Chief of U.S. Border Patrol; Kash PATEL, in his official capacity as Director, Federal Bureau of Investigation; Pam BONDI, in her official capacity as U.S. Attorney General; Jaime RIOS, in his official capacity as Acting Field Office Director for Los Angeles, U.S. Immigration and Customs Enforcement; Dean T. SORENSON, Special Agent in Charge for Los Angeles, Homeland Security Investigations, U.S. Immigration and Customs Enforcement; Gregory K. BOVINO, in his official capacity as Chief Patrol Agent for El Centro Sector of the U.S. Border Patrol; Justin DE LA TORRE, in his official capacity as Acting Chief Patrol Agent, San Diego Sector of the U.S. Border Patrol; Akil DAVIS, in his official capacity as Assistant Director in Charge, Los Angeles Office, Federal Bureau of Investigation; Bilal A. ESSAYLI, in his official capacity as U.S. Attorney for the Central District of California,

*Defendants*.

-2-

DECLARATION OF INGRID BOSTROM

## DECLARATION OF INGRID BOSTROM

I, Ingrid Bostrom, declare the following:

1. My name is Ingrid Bostrom. I have lived in Carpinteria since 2017. I am a freelance photographer and work as a photojournalist for the Santa Barbara Independent and Coastal View News. I make this declaration in support of Plaintiffs' Motion for Preliminary Injunction. Except where identified as based on information and belief, I have personal knowledge of each of the statements below, and if called and sworn as a witness, I could and would testify competently to each of them.

2. On the morning of July 10, 2025, I began receiving notifications that there was Immigrations and Customs Enforcement activity occurring close to my house on Linden Avenue. Since I am a photojournalist, I got in my car and drove to where the activity was occurring at the corner of Foothill Road and Casitas Pass Road. When I arrived around 11:30 am on July 10, 2025, I was surprised to see so many military vehicles and uniformed federal agents in the street. The federal agents were dressed in a variety of uniforms, some with camouflage, some with a badge saying "POLICE" and with bullet proof vests, some with badges saying "HSI," some with face coverings and others with faces exposed, and some with full riot gear such as helmets and riot masks. Other agents were in plain clothes. Most of the federal agents appeared to be carrying large weapons.

3. I witnessed the federal agents lining the street of Foothill Road standing almost shoulder to shoulder and forming a blockade. I also saw a federal agent on top of a military-style tank, in addition to an assortment of other vehicles such as SUVs and other military-style tan tanks. At the time I arrived, there was a small group of people starting to gather and asking the federal agents questions regarding the purpose of the blockade and military activity. Most of the agents stood and continued forming the blockade without engaging or answering questions. Several observers began recording the interactions, and several federal agents began recording the observers as well.

Docusign Envelope ID: 19D1AF39-3182-8468-805C-F73EC490A694

4. As more observers began to show up at the military blockade and vehicle traffic grew due to the blockade, there were multiple times that the line of federal agents would communicate with one another and suddenly move back, which felt threatening to me. Each time the federal agents would retreat from the crowd, I sensed that they were protecting themselves from something harmful that they intended to aim at the crowd, so I would pull back from the blockade as well. During one of the times that the federal agents started to pull back, I witnessed a federal agent send a flash grenade into the crowd without warning. On multiple occasions, I also witnessed federal agents place their hands on and push observers that were present at the military blockade.

5. I was present at the military blockade at the corner of Foothill Road and Casitas Pass Road for approximately 2 hours, until the military blockade cleared and the federal agents left. As the federal agents left, I witnessed federal agents shooting rubber bullets into a crowd of observers.

6. During these events, I witnessed a great sense of desperation, confusion, and fear. I saw a lot of people crying, hugging each other, and I saw a community uncertain of what was happening and how to respond to the escalation of federal military forces. I witnessed a great deal of emotion, sadness, frustration, and feelings of helplessness.

7. When I arrived at the corner of Foothill Road and Casitas Pass Road around 11:30 am on July 10, 2025, I immediately used my mobile phone to record the military presence and military blockade and continued recording the incident during the approximately 2 hours that I was present at that location. My mobile phone is an Apple iPhone with a camera feature that is built into the phone. Once the camera is open, it simply requires pressing a button to begin recording. I am proficient at using this function. The application then creates video recording files that can be easily transferred via text or email. In total, I recorded approximately 10 videos of

DECLARATION OF INGRID BOSTROM

Docusign Envelope ID: 19D1AF39-3182-8468-895C-E73EG490A694

the events that I describe below. I personally witnessed all of the events that I recorded and which I describe below.

8.      During the time I was recording, I recorded observers facing the federal agents and chanting peaceful protests shortly before the federal agents sent the flash grenades into the crowd without warning. I recorded the observers with their hands up to signify that they were there peacefully and not looking for any escalation or violence. After the flash grenades were sent into a crowd, I also recorded injuries that Carpinteria Vice Mayor Monica Solorzano incurred after the crowd was pushed back due to the flash grenades In another video, I recorded federal agents leaving the military blockade at the corner of Foothill Road and Casitas Pass Road, in which you can hear the reaction of witnesses to the agents shooting rubber bullets as they drive away.

9.      When I finished recording, the videos were automatically saved to my phone.  I have not changed, doctored or edited these videos.

10.     I made a true and correct copy of the videos dated November 5, 2025 and sent a copy of those videos via email to Carpinteria City Staff.  I understand that Carpinteria City Staff uploaded the videos to an online website at "Box.com."

11.     I have viewed the videos available at the following link: https://mto.box.com/s/pxfh8gbqi0yyp4u35b2j1hisii7uvwza and have verified that the video at the Box.com link is a true and correct copy of the videos that I recorded and sent to Carpinteria City Staff.

I declare under penalty of perjury of the laws of the State of California and the laws of the United States that the foregoing is true and correct.  Executed on June 16, 2026 in Carpinteria, California.



Signed by:

Ingrid Bostrom

B299F38817C24B6...

Ingrid Bostrom

-5-

DECLARATION OF INGRID BOSTROM