HYDEE FELDSTEIN SOTO (SBN 106866)
City Attorney
hydee.feldsteinsoto@lacity.org
VALERIE L. FLORES (SBN 138572)
valerie.flores@lacity.org
MICHAEL J. DUNDAS (SBN 226930)
mike.dundas@lacity.org
MARIA LOUISE COUSINEAU (SBN 122280)
maria.cousineau@lacity.org
RANDALL G. SOMMER (SBN 214099)
randall.sommer@lacity.org
SHUBHRA SHIVPURI (SBN 295534)
shubhra.shivpuri@lacity.org
OFFICE OF THE LOS ANGELES CITY ATTORNEY
City Hall 200 North Spring Street 21st Floor
Los Angeles, CA 90012-4130
Tel.: 213-922-8382; Fax: 213-978-7957

*Attorneys for Intervenor
City of Los Angeles*

E. MARTIN ESTRADA (SBN 223802)
martin.estrada@mto.com
DANIEL B. LEVIN (SBN 226044)
daniel.levin@mto.com
JOHN L. SCHWAB (SBN 301386)
john.schwab@mto.com
V. GRACE DAVIS (SBN 336732)
grace.davisfisher@mto.com
V. ROMAN LEAL (SBN 348892)
roman.leal@mto.com
WENDY QIUYU XIAO (SBN 342702)
wendy.xiao@mto.com
MUNGER, TOLLES & OLSON LLP
350 South Grand Avenue 50th Floor
Los Angeles, California 90071
Tel.: 213-683-9100; Fax: 213-687-3702

*Attorneys for Intervenors Cities of Los Angeles, Anaheim, Bell Gardens, Beverly Hills, Carpinteria, Culver City, Huntington Park, Long Beach, Lynwood, Montebello, Monterey Park, Oxnard, Paramount, Pico Rivera, Pomona, Santa Ana, Santa Barbara, Santa Monica, South Gate, and West Hollywood*

NICOLE DAVIS TINKHAM (SBN 229592)
ntinkham@counsel.lacounty.gov
LILIANA CAMPOS (SBN 255753)
lcampos@counsel.lacounty.gov
BRIGIT GREESON ALVAREZ (SBN 237301)
bgreesonalvarez@counsel.lacounty.gov
OFFICE OF THE COUNTY COUNSEL
648 Kenneth Hahn Hall of Admin.,
500 West Temple Street
Los Angeles, California 90012-2713
Tel.: 213-808-8736; Fax: 213-633-1915

*Attorneys for Intervenor County of Los Angeles*

MICHELE BEAL BAGNERIS (SBN 115423)
City Attorney
mbagneris@cityofpasadena.net
ARNOLD F. LEE (SBN 278610)
aflee@cityofpasadena.net
ANDREW AARONIAN (SBN 318245)
aaaronian@cityofpasadena.net
OFFICE OF THE CITY ATTORNEY OF PASADENA
100 N Garfield Ave, Rm N-210
Pasadena, CA 91101
Tel.: 626-744-4141; Fax: 626-744-4190

*Attorneys for Intervenor City of Pasadena*

NORMAN L. EISEN*
Norman@democracydefenders.org
STEPHEN A. JONAS (SBN 542005)
Steve@democracydefenders.org
JOSHUA G. KOLB*
Joshua@democracydefenders.org
DEMOCRACY DEFENDERS FUND
600 Pennsylvania Ave. SE, Suite 15180
Washington, DC 20003
Tel: (202) 594-9958

*Admitted *Pro Hac Vice*

*Attorneys for Intervenor City of Los Angeles*

DECLARATION OF MARGARITA CORTEZ

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

Pedro VASQUEZ PERDOMO; Carlos Alexander OSORTO; and Isaac VILLEGAS MOLINA; Jorge HERNANDEZ VIRAMONTES; Jason Brian GAVIDIA; LOS ANGELES WORKER CENTER NETWORK; UNITED FARM WORKERS; COALITION FOR HUMANE IMMIGRANT RIGHTS; IMMIGRANT DEFENDERS LAW CENTER,

*Plaintiffs*,

v.

Markwayne MULLIN, in his official capacity as Secretary, Department of Homeland Security; Todd M. LYONS, in his official capacity as Acting Director, U.S. Immigration and Customs Enforcement; Rodney S. SCOTT, in his official capacity as Commissioner, U.S. Customs and Border Patrol; Michael W. BANKS, in his official capacity as Chief of U.S. Border Patrol; Kash PATEL, in his official capacity as Director, Federal Bureau of Investigation; Pam BONDI, in her official capacity as U.S. Attorney General; Jaime RIOS, in his official capacity as Acting Field Office Director for Los Angeles, U.S. Immigration and Customs Enforcement; Dean T. SORENSON, Special Agent in Charge for Los Angeles, Homeland Security Investigations, U.S. Immigration and Customs Enforcement; Gregory K. BOVINO, in his official capacity as Chief Patrol Agent for El Centro Sector of the U.S. Border Patrol; Justin DE LA TORRE, in his official capacity as Acting Chief Patrol Agent, San Diego Sector of the U.S. Border Patrol; Akil DAVIS, in his official capacity as Assistant Director in Charge, Los Angeles Office, Federal Bureau of Investigation; Bilal A. ESSAYLI, in his official capacity as U.S. Attorney for the Central District of California.

*Defendants*,

Case No.: 2:25-cv-05605-MEMF-SP

**DECLARATION OF MARGARITA CORTEZ**

-2-

DECLARATION OF MARGARITZ CORTEZ

## DECLARATION OF MARGARITA CORTEZ

I, Margarita Cortez, do declare or state pursuant to 28 U.S.C. § 1746 as follows:

1.      I am a witness for Intervenor the County of Los Angeles ("County") in the above-captioned case of *Perdomo, et al. v. Mullin, et al.*, Case No. 25-cv-05605-MEMF, in the U.S. District Court for the Central District of California.  I make this declaration based on personal knowledge, except for those facts specifically stated to be based on information and belief, in support of a Motion for Joinder in the Plaintiffs' Motion for a Preliminary Injunction in the *Perdomo* case.  If called as a witness, I could and would testify competently to the matters set forth in this declaration.

2.      I am the owner of El Patron, a Mexican restaurant in Altadena, California. I have had this restaurant for 16 years.

3.      My business used to be great, my restaurant was a full house. A lot of people would have to wait outside. However, when the fires happened, most of the houses didn't survive. My business was closed for three and a half months. I didn't have water because my water was contaminated. Once they fixed the water, I was ready to open. But I had lost 85 percent of my business because of the fires.

4.      After the fires occurred, a reconstruction effort began in the area. At this point, the workers that worked in the reconstruction due to the fires were my clients. If there was construction I knew that there would be work. I was trying to survive through the workers' visits to my restaurant.

5.      Several months after the fires, in May of 2025, business was improving again. There were a lot of to go orders and 60-70 people for lunch. Everyone was telling me to hold on and to be patient. The only people in the area were the construction workers.

6.      After I got back to a full house, the immigration raids came. The raids by immigration enforcement affected me drastically, that's the word I would use.

All of my business went down again. I would only have like 20 to 30 people for lunch. On my worst day during this time period, I had 15-20 people show up.

7.    I have a lot of faith. I have a lot of angels. It has been traumatic; it has been a very difficult situation. Although my mom died two months before the fire, I always hear her words to me "mija, sí se puede." [which translates in English to "my daughter, yes it can be done]."

8.    The majority of people were scared to go to work due to the immigration raids. So the reconstruction work was very slow. The work went to zero. Even me who was born here, I was frustrated. I felt a lot of fear. I am a single mother, I have three kids, employees, and it was frustrating to be out in public. When I was driving I was careful and looking at my mirrors. The fires scared me and it also affected me that immigration enforcement was grabbing people and stopping them. So I would check to see if I was being followed. I was scared ICE would grab me. People with papers were taken. If they took me away for months it was frustrating because I have employees and kids. What would happen to them?

9.    They were grabbing Mexican people. For me it felt like it was racism towards us. It was like they were bullying Latin people. They didn't care if you had papers or not. There was a fear that because we looked Latino, then immigration enforcement could take us. It's hard for everyone, and it feels like discrimination towards us and how we speak.

10.    We kept the doors closed in my business as a result of the raids. I could see the lights from immigration enforcement. ICE raids were happening at the Ranch Market, which is like three to five minutes by car from my restaurant.

11.    I have 13 people that work for me. My workers used to work more hours before the immigration raids. My cooks used to work 40 hours and my waiters used to work 30 to 35 hours. My cooks now work 30 hours and my waiters work 15 hours a week. Nobody has left or quit. But it's very hard for me. How are they going to survive if their hours go down even more? I know some of them have another job.

-4-

DECLARATION OF MARGARITA CORTEZ

12. Now it's getting better. Things are more calm with ICE but people are still scared.

13. My workers, even though they have documents, were scared to come to work. Although immigration enforcement was never on our property, there were people that commented that they were two blocks away.

14. Vendors were also impacted. Many of them had to close because of the ICE raids. So this affected me, too. Supplies for my business are more expensive. The tomatoes that were $20 before can now cost $30-40.

15. If the ICE raids were to come back, it would be difficult. If the immigration raids were to continue as they did in the summer of 2025 my business would be in danger of closing.

16. I do pay all my taxes, including the ones paid to the County.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on this 17th day of June, 2026, in the County of Los Angeles, California.

MARGARITA CORTEZ

-5-
DECLARATION OF MARGARITA CORTEZ

<u>Certificate of Interpretation</u>

I, Jeannette Hernandez, am competent to interpret between the English and Spanish languages. I certify that I read the attached "DECLARATION OF MARGARITA CORTEZ" to Margarita Cortez in the Spanish language and that she understood it and agreed that it was true and accurate before signing. I certify that my interpretation of the attached document was true and accurate to the best of my abilities.

_____          06/17/2026
Signature of Interpreter                                    Date

Jeannette Hernandez

Office of the County Counsel

County of Los Angeles

Kenneth Hahn Hall of Administration

500 West Temple Street #648

Los Angeles, CA 90012

-6-

DECLARATION OF MARGARITA CORTEZ