HYDEE FELDSTEIN SOTO (SBN 106866)
City Attorney
hydee.feldsteinsoto@lacity.org
VALERIE L. FLORES (SBN 138572)
valerie.flores@lacity.org
MICHAEL J. DUNDAS (SBN 226930)
mike.dundas@lacity.org
MARIA LOUISE COUSINEAU (SBN 122280)
maria.cousineau@lacity.org
RANDALL G. SOMMER (SBN 214099)
randall.sommer@lacity.org
SHUBHRA SHIVPURI (SBN 295534)
shubhra.shivpuri@lacity.org
OFFICE OF THE LOS ANGELES CITY ATTORNEY
City Hall 200 North Spring Street 21st Floor
Los Angeles, CA 90012-4130
Tel.: 213-922-8382; Fax: 213-978-7957

*Attorneys for Intervenor*
*City of Los Angeles*

E. MARTIN ESTRADA (SBN 223802)
martin.estrada@mto.com
DANIEL B. LEVIN (SBN 226044)
daniel.levin@mto.com
JOHN L. SCHWAB (SBN 301386)
john.schwab@mto.com
V. GRACE DAVIS (SBN 336732)
grace.davisfisher@mto.com
V. ROMAN LEAL (SBN 348892)
roman.leal@mto.com
WENDY QIUYU XIAO (SBN 342702)
wendy.xiao@mto.com
MUNGER, TOLLES & OLSON LLP
350 South Grand Avenue
50th Floor
Los Angeles, California 90071
Tel.: 213-683-9100; Fax: 213-687-3702

*Attorneys for Intervenors Cities of Los Angeles, Anaheim, Bell Gardens, Beverly Hills, Carpinteria, Culver City, Huntington Park, Long Beach, Lynwood, Montebello, Monterey Park, Oxnard, Paramount, Pico Rivera, Pomona, Santa Ana, Santa Barbara, Santa Monica, South Gate, and West Hollywood*

NICOLE DAVIS TINKHAM (SBN 229592)
ntinkham@counsel.lacounty.gov
LILIANA CAMPOS (SBN 255753)
lcampos@counsel.lacounty.gov
BRIGIT GREESON ALVAREZ (SBN 237301)
bgreesonalvarez@counsel.lacounty.gov
OFFICE OF THE COUNTY COUNSEL
648 Kenneth Hahn Hall of Admin., 500 West Temple Street
Los Angeles, California 90012-2713
Tel.: 213-808-8736; Fax: 213-633-1915

*Attorneys for Intervenor County of Los Angeles*

MICHELE BEAL BAGNERIS (SBN 115423)
City Attorney
mbagneris@cityofpasadena.net
ARNOLD F. LEE (SBN 278610)
aflee@cityofpasadena.net
ANDREW AARONIAN (SBN 318245)
aaaronian@cityofpasadena.net
OFFICE OF THE CITY ATTORNEY OF PASADENA
100 N Garfield Ave, Rm N-210
Pasadena, CA 91101
Tel.: 626-744-4141; Fax: 626-744-4190

*Attorneys for Intervenor City of Pasadena*

NORMAN L. EISEN*
Norman@democracydefenders.org
STEPHEN A. JONAS (SBN 542005)
Steve@democracydefenders.org
JOSHUA G. KOLB*
Joshua@democracydefenders.org
DEMOCRACY DEFENDERS FUND
600 Pennsylvania Ave. SE, Suite 15180
Washington, DC 20003
Tel: (202) 594-9958

*Admitted Pro Hac Vice

*Attorneys for Intervenor City of Los Angeles*

DECLARATION OF ERIKA CRENSHAW

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

Pedro VASQUEZ PERDOMO; Carlos Alexander OSORTO; and Isaac VILLEGAS MOLINA; Jorge HERNANDEZ VIRAMONTES; Jason Brian GAVIDIA; LOS ANGELES WORKER CENTER NETWORK; UNITED FARM WORKERS; COALITION FOR HUMANE IMMIGRANT RIGHTS; IMMIGRANT DEFENDERS LAW CENTER,

*Plaintiffs*,

v.

Markwayne MULLIN, in his official capacity as Secretary, Department of Homeland Security; Todd M. LYONS, in his official capacity as Acting Director, U.S. Immigration and Customs Enforcement; Rodney S. SCOTT, in his official capacity as Commissioner, U.S. Customs and Border Patrol; Michael W. BANKS, in his official capacity as Chief of U.S. Border Patrol; Kash PATEL, in his official capacity as Director, Federal Bureau of Investigation; Pam BONDI, in her official capacity as U.S. Attorney General; Jaime RIOS, in his official capacity as Acting Field Office Director for Los Angeles, U.S. Immigration and Customs Enforcement; Dean T. SORENSON, Special Agent in Charge for Los Angeles, Homeland Security Investigations, U.S. Immigration and Customs Enforcement; Gregory K. BOVINO, in his official capacity as Chief Patrol Agent for El Centro Sector of the U.S. Border Patrol; Justin DE LA TORRE, in his official capacity as Acting Chief Patrol Agent, San Diego Sector of the U.S. Border Patrol; Akil DAVIS, in his official capacity as Assistant Director in Charge, Los Angeles Office, Federal Bureau of Investigation; Bilal A. ESSAYLI, in his official capacity as U.S. Attorney for the Central District of California.

*Defendants*,

Case No.: 2:25-cv-05605-MEMF-SP

**DECLARATION OF ERIKA CRENSHAW**

-2-

## DECLARATION OF ERIKA CRENSHAW

I, Erika Crenshaw, do declare or state pursuant to 28 U.S.C. § 1746 as follows:

1.      I am a witness for Intervenor the County of Los Angeles ("County") in the above-captioned case of *Perdomo, et al. v. Mullin, et al.*, Case No. 25-cv-05605-MEMF, in the U.S. District Court for the Central District of California. I make this declaration based on personal knowledge, except for those facts specifically stated to be based on information and belief, in support of a Motion for Joinder in the Plaintiffs' Motion for a Preliminary Injunction in the *Perdomo* case. If called as a witness, I could and would testify competently to the matters set forth in this declaration.

2.      My wife and I are owners of El Sereno GreenGrocer, located at 5761 Huntington Drive North in Los Angeles, California. El Sereno GreenGrocer is a grocery store located in a community where many households had no supermarkets or grocery stores within a 15-minute walk. In an effort to better serve our community, we said we need groceries we can afford. It took years of community organizing to finally rehab and then open the store in 2023. The market specializes in local and healthy foods that are also affordable for the community – fresh produce, kitchen staples, rice, beans, eggs, mole, tortillas, spices, pasta, fresh herbs, dumplings, baked goods, locally made chips and ceviche, other pre-made foods, and so on. My wife and I also have been stewarding a community garden in the area for almost 10 years.

3.      The store and our community garden were not impacted by the fires but our clients were. So we helped with extra food for those assisting with the fires. We also bought produce from farmers and gave it to those impacted by the fires. We worked with the AIDS Healthcare Foundation to distribute food in our community garden. Initially, food was distributed to 75 people, and now has grown to 350 people. With the fires, our revenue went down, but we were creeping by with the help of the community, and it has slowly improved, but not entirely recovered.

-3-

DECLARATION OF ERIKA CRENSHAW

4.     Then the ICE raids happened in June 2025 and it all changed. Unlike before, the streets were dead for weeks. There was nobody. El Sereno is full of working class families that have to work to exist. People were afraid to go out. The people that came to our shop were from Alhambra or somewhere else. We lost 50 percent of our revenue.

5.     When people did check in, they came to tell me about their friends or family being kidnapped, the personal items left behind and the emotional and economic devastation that it created. There grew an awareness that settled in. An awareness of immigration enforcement picking people up, including American citizens. If you are black or brown, you are getting picked up – it doesn't matter. My wife and I are citizens but we had to create a plan for what happens if we are kidnapped by ICE.

6.     The raids affected every part of our business – the whole cycle from our farm supply to selling it in the store to our customers. It was hard to get produce because there were no workers in the field. Farmers were saying produce was rotting in the fields because they did not have people. Nobody would come to work because they were scared.

7.     When workers are afraid, they do not show up to work. When supplies lose team members overnight, deliveries stop. When our customers are worried about their families' safety, they cannot focus on feeding their children healthy food. So the whole distribution system was impacted which in turn devastated our business. And this was all because of the raids.

8.     Small businesses operate on thin margins. We cannot absorb the cost of constant fear in the community or plan for growth when we are managing crisis after crisis. And we cannot build the kind of local food economy our communities deserve when federal funding decisions prioritize enforcement over economic stability. We were surviving before the ICE raids. Now, 50 percent of our revenue is gone.

-4-

DECLARATION OF ERIKA CRENSHAW

-5-

9.      We have paid all required taxes, including those imposed by the County of Los Angeles.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on this 22nd day of June, 2026, in the County of Los Angeles, California.

_____
ERIKA CRENSHAW

DECLARATION OF ERIKA CRENSHAW