HYDEE FELDSTEIN SOTO
(SBN 106866)
City Attorney
hydee.feldsteinsoto@lacity.org
VALERIE L. FLORES (SBN 138572)
valerie.flores@lacity.org
MICHAEL J. DUNDAS (SBN 226930)
mike.dundas@lacity.org
MARIA LOUISE COUSINEAU
(SBN 122280)
maria.cousineau@lacity.org
RANDALL G. SOMMER
(SBN 214099)
randall.sommer@lacity.org
SHUBHRA SHIVPURI (SBN 295534)
shubhra.shivpuri@lacity.org
OFFICE OF THE LOS ANGELES
CITY ATTORNEY
City Hall 200 North Spring Street
21st Floor
Los Angeles, CA 90012-4130
Tel.: 213-922-8382; Fax: 213-978-7957

*Attorneys for Intervenor
City of Los Angeles*

E. MARTIN ESTRADA
(SBN 223802)
martin.estrada@mto.com
DANIEL B. LEVIN (SBN 226044)
daniel.levin@mto.com
JOHN L. SCHWAB (SBN 301386)
john.schwab@mto.com
V. GRACE DAVIS (SBN 336732)
grace.davisfisher@mto.com
V. ROMAN LEAL (SBN 348892)
roman.leal@mto.com
WENDY QIUYU XIAO (SBN 342702)
wendy.xiao@mto.com
MUNGER, TOLLES & OLSON LLP
350 South Grand Avenue
50th Floor
Los Angeles, California 90071
Tel.: 213-683-9100; Fax: 213-687-3702

*Attorneys for Intervenors Cities of Los
Angeles, Anaheim, Bell Gardens,
Beverly Hills, Carpinteria, Culver City,
Huntington Park, Long Beach,
Lynwood, Montebello, Monterey Park,
Oxnard, Paramount, Pico Rivera,
Pomona, Santa Ana, Santa Barbara,
Santa Monica, South Gate, and West
Hollywood*

NICOLE DAVIS TINKHAM (SBN
229592)
ntinkham@counsel.lacounty.gov
LILIANA CAMPOS (SBN 255753)
lcampos@counsel.lacounty.gov
BRIGIT GREESON ALVAREZ (SBN
237301)
bgreesonalvarez@counsel.lacounty.gov
OFFICE OF THE COUNTY COUNSEL
648 Kenneth Hahn Hall of Admin.,
500 West Temple Street
Los Angeles, California 90012-2713
Tel.: 213-808-8736; Fax: 213-633-1915

*Attorneys for Intervenor County of Los
Angeles*

MICHELE BEAL BAGNERIS (SBN
115423)
City Attorney
mbagneris@cityofpasadena.net
ARNOLD F. LEE (SBN 278610)
aflee@cityofpasadena.net
ANDREW AARONIAN (SBN 318245)
aaaronian@cityofpasadena.net
OFFICE OF THE CITY ATTORNEY
OF PASADENA
100 N Garfield Ave, Rm N-210
Pasadena, CA 91101
Tel.: 626-744-4141; Fax: 626-744-4190

*Attorneys for Intervenor City of Pasadena*

NORMAN L. EISEN*
Norman@democracydefenders.org
STEPHEN A. JONAS (SBN 542005)
Steve@democracydefenders.org
JOSHUA G. KOLB*
Joshua@democracydefenders.org
DEMOCRACY DEFENDERS FUND
600 Pennsylvania Ave. SE, Suite 15180
Washington, DC 20003
Tel: (202) 594-9958

*Admitted *Pro Hac Vice*

*Attorneys for Intervenor City of Los
Angeles*

-1-
DECLARATION OF ANDRE JACKSON

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| Pedro VASQUEZ PERDOMO; Carlos Alexander OSORTO; and Isaac VILLEGAS MOLINA; Jorge HERNANDEZ VIRAMONTES; Jason Brian GAVIDIA; LOS ANGELES WORKER CENTER NETWORK; UNITED FARM WORKERS; COALITION FOR HUMANE IMMIGRANT RIGHTS; IMMIGRANT DEFENDERS LAW CENTER,<br><br>*Plaintiffs,*<br><br>v.<br><br>Markwayne MULLIN, in his official capacity as Secretary, Department of Homeland Security; Todd M. LYONS, in his official capacity as Acting Director, U.S. Immigration and Customs Enforcement; Rodney S. SCOTT, in his official capacity as Commissioner, U.S. Customs and Border Patrol; Michael W. BANKS, in his official capacity as Chief of U.S. Border Patrol; Kash PATEL, in his official capacity as Director, Federal Bureau of Investigation; Pam BONDI, in her official capacity as U.S. Attorney General; Jaime RIOS, in his official capacity as Acting Field Office Director for Los Angeles, U.S. Immigration and Customs Enforcement; Dean T. SORENSON, Special Agent in Charge for Los Angeles, Homeland Security Investigations, U.S. Immigration and Customs Enforcement; Gregory K. BOVINO, in his official capacity as Chief Patrol Agent for El Centro Sector of the U.S. Border Patrol; Justin DE LA TORRE, in his official capacity as Acting Chief Patrol Agent, San Diego Sector of the U.S. Border Patrol; Akil DAVIS, in his official capacity as Assistant Director in Charge, Los Angeles Office, Federal Bureau of Investigation; Bilal A. ESSAYLI, in his official capacity as U.S. Attorney for the Central District of California,<br><br>*Defendants.* | Case No.: 2:25-cv-05605-MEMF-SP<br><br>**DECLARATION OF ANDRE JACKSON** |

-2-

DECLARATION OF ANDRE JACKSON

# DECLARATION OF ANDRE JACKSON

I, ANDRE JACKSON, declare as follows:

1.      I am the owner Corktree Cellars, a restaurant and bar in Carpinteria, California. I make this declaration in support of Intervenors' Motion for Preliminary Injunction. Except where identified as based on information and belief, I have personal knowledge of each of the statements below, and if called and sworn as a witness, I could and would testify competently to each of them.

2.      I have owned my restaurant in Carpinteria for four years. As the owner, I am responsible for all aspects of the business, including hiring and managing employees, ordering supplies and produce, setting menu prices, and overseeing day-to-day operations. My staff consists of approximately 20 to 22 employees, of which approximately 70 percent are Hispanic. I maintain I-9 employment eligibility verification forms for all of my employees. Many of my employees cannot afford to live in Carpinteria and must commute from other cities such as Oxnard.

3.      Before the ICE raids began in approximately June 2025, my restaurant was a thriving business. Our menu features fresh produce, and guacamole and avocado are key ingredients in more than half of the items on our menu. Carpinteria is known as the "city of avocados," and the availability and affordability of local produce was essential to our business model. The annual Avocado Festival in October is typically our most profitable time of year, and we historically generate approximately two weeks' worth of revenue in just the three days of the festival.

4.      Since the ICE raids began in approximately June 2025, this has been the worst economic year we have had by far, and we are struggling. The raids that have occurred in our area and throughout California have significantly impacted agricultural workers, local markets, and produce availability. Field workers have not been going to work due to fear of immigration enforcement, which has driven

up the cost of produce and created supply shortages. Some types of produce became entirely unavailable: at one point, we had to remove iceberg lettuce from our menu. The price of avocados increased dramatically to nearly $5 each.

5. Because our customers do not want to pay these increased prices, we have been forced to choose between losing money by absorbing the higher costs or losing customers by passing the costs along.  Our sales at the Avocado Festival— our most profitable time of year—were down approximately 22 percent from the prior year.

6. At one point during the raids, ICE agents were walking around town, which was very frightening for our community. I have had employees who have called out of work due to fear of immigration enforcement. Everybody is on edge, and our business is suffering because of it.

7. The decrease in sales and revenue has directly impacted my ability to contribute to the local economy through taxes and other payments. If our business continues to decline at this rate, I anticipate a significant reduction in the tax payments we make to the City and County.

8. If the ICE raids continue, I have serious concerns about the future of my business. We have been operating on a bare-bones budget since the raids began, and we barely made it through the winter. I have had to return to working a day job in addition to running the restaurant at night just to keep the business afloat.

9. There has been no way to get relief since the ICE raids began. I also believe the economic hardship caused by the raids has impacted my customers' ability to dine out, further reducing our customer base. The increase in produce prices during our most profitable season, summer, has made it even more difficult to build the reserves we need to sustain the business through the slower winter months.

10. The impact of the ICE raids has created significant anxiety among my employees. Many of my employees worry about their commutes to work, as they

-4-

DECLARATION OF ANDRE JACKSON

Docusign Envelope ID: 17F7D64F-7607-8D01-815D-942623F9E202

travel from cities like Oxnard. The pervasive fear in our community has affected employee morale and attendance, which in turn has impacted our ability to operate efficiently and serve our customers.

I declare under penalty of perjury of the laws of the State of California and the laws of the United States that the foregoing is true and correct. Executed on June 18, 2026 in Carpinteria, California.

DocuSigned by:

*andre Jackson*

B1625D8554A34A3...

Andre Jackson

-5-

DECLARATION OF ANDRE JACKSON