Docusign Envelope ID: E94925B8-63C4-8990-83C3-6E7978CC3FAF

HYDEE FELDSTEIN SOTO (SBN 106866)
City Attorney
hydee.feldsteinsoto@lacity.org
VALERIE L. FLORES (SBN 138572)
valerie.flores@lacity.org
MICHAEL J. DUNDAS (SBN 226930)
mike.dundas@lacity.org
MARIA LOUISE COUSINEAU (SBN 122280)
maria.cousineau@lacity.org
RANDALL G. SOMMER (SBN 214099)
randall.sommer@lacity.org
SHUBHRA SHIVPURI (SBN 295534)
shubhra.shivpuri@lacity.org
OFFICE OF THE LOS ANGELES CITY ATTORNEY
City Hall 200 North Spring Street 21st Floor
Los Angeles, CA 90012-4130
Tel.: 213-922-8382; Fax: 213-978-7957

*Attorneys for Intervenor
City of Los Angeles*

E. MARTIN ESTRADA (SBN 223802)
martin.estrada@mto.com
DANIEL B. LEVIN (SBN 226044)
daniel.levin@mto.com
JOHN L. SCHWAB (SBN 301386)
john.schwab@mto.com
V. GRACE DAVIS (SBN 336732)
grace.davisfisher@mto.com
V. ROMAN LEAL (SBN 348892)
roman.leal@mto.com
WENDY QIUYU XIAO (SBN 342702)
wendy.xiao@mto.com
MUNGER, TOLLES & OLSON LLP
350 South Grand Avenue
50th Floor
Los Angeles, California 90071
Tel.: 213-683-9100; Fax: 213-687-3702

*Attorneys for Intervenors Cities of Los Angeles, Anaheim, Bell Gardens, Beverly Hills, Carpinteria, Culver City, Huntington Park, Long Beach, Lynwood, Montebello, Monterey Park, Oxnard, Paramount, Pico Rivera, Pomona, Santa Ana, Santa Barbara, Santa Monica, South Gate, and West Hollywood*

NICOLE DAVIS TINKHAM (SBN 229592)
ntinkham@counsel.lacounty.gov
LILIANA CAMPOS (SBN 255753)
lcampos@counsel.lacounty.gov
BRIGIT GREESON ALVAREZ (SBN 237301)
bgreesonalvarez@counsel.lacounty.gov
OFFICE OF THE COUNTY COUNSEL
648 Kenneth Hahn Hall of Admin.,
500 West Temple Street
Los Angeles, California 90012-2713
Tel.: 213-808-8736; Fax: 213-633-1915

*Attorneys for Intervenor County of Los Angeles*

MICHELE BEAL BAGNERIS (SBN 115423)
City Attorney
mbagneris@cityofpasadena.net
ARNOLD F. LEE (SBN 278610)
aflee@cityofpasadena.net
ANDREW AARONIAN (SBN 318245)
aaaronian@cityofpasadena.net
OFFICE OF THE CITY ATTORNEY OF PASADENA
100 N Garfield Ave, Rm N-210
Pasadena, CA 91101
Tel.: 626-744-4141; Fax: 626-744-4190

*Attorneys for Intervenor City of Pasadena*

NORMAN L. EISEN*
Norman@democracydefenders.org
STEPHEN A. JONAS (SBN 542005)
Steve@democracydefenders.org
JOSHUA G. KOLB*
Joshua@democracydefenders.org
DEMOCRACY DEFENDERS FUND
600 Pennsylvania Ave. SE, Suite 15180
Washington, DC 20003
Tel: (202) 594-9958

*Admitted Pro Hac Vice*

*Attorneys for Intervenor City of Los Angeles*

-1-

DECLARATION OF KRISTA MUNIZICH

## UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| Pedro VASQUEZ PERDOMO; Carlos Alexander OSORTO; and Isaac VILLEGAS MOLINA; Jorge HERNANDEZ VIRAMONTES; Jason Brian GAVIDIA; LOS ANGELES WORKER CENTER NETWORK; UNITED FARM WORKERS; COALITION FOR HUMANE IMMIGRANT RIGHTS; IMMIGRANT DEFENDERS LAW CENTER, | Case No.: 2:25-cv-05605-MEMF-SP  **DECLARATION OF KRISTA MUNIZICH** |

*Plaintiffs,*

v.

Markwayne MULLIN, in his official capacity as Secretary, Department of Homeland Security; Todd M. LYONS, in his official capacity as Acting Director, U.S. Immigration and Customs Enforcement; Rodney S. SCOTT, in his official capacity as Commissioner, U.S. Customs and Border Patrol; Michael W. BANKS, in his official capacity as Chief of U.S. Border Patrol; Kash PATEL, in his official capacity as Director, Federal Bureau of Investigation; Pam BONDI, in her official capacity as U.S. Attorney General; Jaime RIOS, in his official capacity as Acting Field Office Director for Los Angeles, U.S. Immigration and Customs Enforcement; Dean T. SORENSON, Special Agent in Charge for Los Angeles, Homeland Security Investigations, U.S. Immigration and Customs Enforcement; Gregory K. BOVINO, in his official capacity as Chief Patrol Agent for El Centro Sector of the U.S. Border Patrol; Justin DE LA TORRE, in his official capacity as Acting Chief Patrol Agent, San Diego Sector of the U.S. Border Patrol; Akil DAVIS, in his official capacity as Assistant Director in Charge, Los Angeles Office, Federal Bureau of Investigation; Bilal A. ESSAYLI, in his official capacity as U.S. Attorney for the Central District of California,

*Defendants.*

-2-
DECLARATION OF KRISTA MUNIZICH

## DECLARATION OF KRISTA MUNIZICH

I, Krista Munizich, declare the following:

1. My name is Krista Munizich. I am a teacher at Canalino Elementary School on Linden Avenue in Carpinteria, where I have been a teacher for approximately 29 years. I make this declaration in support of Plaintiffs' Motion for Preliminary Injunction. Except where identified as based on information and belief, I have personal knowledge of each of the statements below, and if called and sworn as a witness, I could and would testify competently to each of them.

2. On the morning of July 10, 2025, I was at home in Santa Barbara when I received a notification that there was an immigration raid occurring at Glass House Farms. I got in my car and drove to Casitas Pass Road. I parked on Casitas Pass Road and walked to the corner of Foothill Road, where I saw a row of federal and army agents standing in the road in a straight line. The agents had military tanks, unmarked cars, and white SUVs, and an army jeep, and were forming a blockade along the road.

3. Most of the federal agents looked like they were in army clothes, and some were dressed in civilian clothes with masks and face coverings. Most of the agents had weapons and were forming a blockade at the intersection. Many of the agents did not have any identifying badges, but some had badges marked "POLICE HSI" on their vests or indicating that they were a part of the National Guard.

4. When I arrived between 11-11:30 am on July 10, 2025, there was a group of about 25 observers trying to engage with the agents and ask questions. The climate was terrifying and scary, and there was a great deal of confusion because people were not certain of the purpose of the military presence and blockade. More observers began arriving to observe the incident, including past students I recognized. I also witnessed children arrive at the incident trying to find out what was happening because they had parents or relatives working in the nurseries on the targeted street. I was particularly concerned with helping communicate updates to the family of one of my students because her husband was working at Glass House Farms at the time.

Docusign Envelope ID: E94925B8-63C4-8990-83C3-6E7978CC3FAE

There was also palpable fear in the crowd, and I was worried about the level of military presence occurring close to the Carpinteria High School, where I knew there was a cheerleading camp that day.

5. I witnessed the group of observers have a calm sense of purpose asking the federal agents to clarify what they were doing, despite being terrified of the military presence. Some of the agents would not make eye contact or engage with the observers, nor answer their questions. Most of the agents stood still and unresponsive to questions, and at one point began shouting at the group of observers to back up.

6. At one point, I noticed one of the federal agents get on top of a tank and began acting very aggressively and threateningly. His body language was violent, and he was yelling at people in the crowd. I heard observers in the crowd ask the agents why they were doing this and causing such public disorder. At this point, I backed out of the crowd and crossed to the other side of the street because I felt threatened by the agent on top of the tank.

7. Around the time that the federal agent got on top of the tank, the traffic forming due to the blockade began to increase and the environment became very chaotic. At one point, a school bus was trying to get through, and I was worried and unsure if children were on the bus. Around this time, the federal agents threw flash grenades into the crowd without warning. I believe that the agent who threw the flash grenades into the crowd was the same federal agent who was previously on top of the tank and yelling violently into the crowd. These flash grenades appeared to come out of nowhere and with no warning.

8. As the flash grenades were thrown into the crowd, I observed the crowd rushing back and people falling and getting injured.

9. When I arrived at the incident on July 10, 2025, I immediately used my mobile phone to record and photograph the military presence and military blockade. My mobile phone is an Apple iPhone with a camera feature that is built into the

-4-

DECLARATION OF KRISTA MUNIZICH

Docusign Envelope ID: E94925B8-63C4-8990-83C3-6E7978CC3FAE

phone. Once the camera is open, it simply requires pressing a button to begin recording. I am proficient at using this function. The application then creates video recording files that can be easily transferred via text or email. In total, I took hundreds of videos and photos, and have submitted approximately 113 videos and photos evidenced the events I describe below. I personally witnessed all of the events that I recorded and which I describe below.

10.     During the time I was recording, I took photos and videos of the blockade as I arrived between 11-11:30 am. I took videos and photos of the different agents and their vehicles. I also took videos and photos before and after the flash grenades were thrown into the crowd, videos and photos of the federal agent standing on top of the tank and yelling at the crowd, and took a video of the federal agent reaching into the tank shortly before the flash grenade was thrown.

11.     When I finished recording, the videos and photos were automatically saved to my phone.  I have not changed, doctored or edited the videos or photos.

12.      I made a true and correct copy of the videos and photos dated November 6, 2025 and sent that copy of the video via text message/imessage to Carpinteria City Staff.  I understand that Carpinteria City Staff uploaded the videos to an online website at "Box.com."

13.     I have viewed the videos and photos available at the following link: https://mto.box.com/s/j825jm5opxvb2uixzarbxfgmwirdf3l6 and have verified that the videos and photos at the Box.com link are true and correct copies of the videos and photos that I recorded and sent to Carpinteria City Staff.

I declare under penalty of perjury of the laws of the State of California and the laws of the United States that the foregoing is true and correct.

Executed on June 16, 2026 in Carpinteria, California.



Krista Munizich