HYDEE FELDSTEIN SOTO
(SBN 106866)
City Attorney
hydee.feldsteinsoto@lacity.org
VALERIE L. FLORES (SBN 138572)
valerie.flores@lacity.org
MICHAEL J. DUNDAS (SBN 226930)
mike.dundas@lacity.org
MARIA LOUISE COUSINEAU
(SBN 122280)
maria.cousineau@lacity.org
RANDALL G. SOMMER
(SBN 214099)
randall.sommer@lacity.org
SHUBHRA SHIVPURI (SBN 295534)
shubhra.shivpuri@lacity.org
OFFICE OF THE LOS ANGELES
CITY ATTORNEY
City Hall 200 North Spring Street
21st Floor
Los Angeles, CA 90012-4130
Tel.: 213-922-8382; Fax: 213-978-7957

*Attorneys for Intervenor
City of Los Angeles*

E. MARTIN ESTRADA
(SBN 223802)
martin.estrada@mto.com
DANIEL B. LEVIN (SBN 226044)
daniel.levin@mto.com
JOHN L. SCHWAB (SBN 301386)
john.schwab@mto.com
V. GRACE DAVIS (SBN 336732)
grace.davisfisher@mto.com
V. ROMAN LEAL (SBN 348892)
roman.leal@mto.com
WENDY QIUYU XIAO (SBN 342702)
wendy.xiao@mto.com
MUNGER, TOLLES & OLSON LLP
350 South Grand Avenue
50th Floor
Los Angeles, California 90071
Tel.: 213-683-9100; Fax: 213-687-3702

*Attorneys for Intervenors Cities of Los
Angeles, Anaheim, Bell Gardens, Beverly
Hills, Carpinteria, Culver City,
Huntington Park, Long Beach, Lynwood,
Montebello, Monterey Park, Oxnard,
Paramount, Pico Rivera, Pomona, Santa
Ana, Santa Barbara, Santa Monica,
South Gate, and West Hollywood*

NICOLE DAVIS TINKHAM (SBN
229592)
ntinkham@counsel.lacounty.gov
LILIANA CAMPOS (SBN 255753)
lcampos@counsel.lacounty.gov
BRIGIT GREESON ALVAREZ (SBN
237301)
bgreesonalvarez@counsel.lacounty.gov
OFFICE OF THE COUNTY COUNSEL
648 Kenneth Hahn Hall of Admin.,
500 West Temple Street
Los Angeles, California 90012-2713
Tel.: 213-808-8736; Fax: 213-633-1915

*Attorneys for Intervenor County of Los
Angeles*

MICHELE BEAL BAGNERIS (SBN
115423)
City Attorney
mbagneris@cityofpasadena.net
ARNOLD F. LEE (SBN 278610)
aflee@cityofpasadena.net
ANDREW AARONIAN (SBN 318245)
aaaronian@cityofpasadena.net
OFFICE OF THE CITY ATTORNEY
OF PASADENA
100 N Garfield Ave, Rm N-210
Pasadena, CA 91101
Tel.: 626-744-4141; Fax: 626-744-4190

*Attorneys for Intervenor City of Pasadena*

NORMAN L. EISEN*
Norman@democracydefenders.org
STEPHEN A. JONAS (SBN 542005)
Steve@democracydefenders.org
JOSHUA G. KOLB*
Joshua@democracydefenders.org
DEMOCRACY DEFENDERS FUND
600 Pennsylvania Ave. SE, Suite 15180
Washington, DC 20003
Tel: (202) 594-9958

*Admitted *Pro Hac Vice*

*Attorneys for Intervenor City of Los
Angeles*

---

DECLARATION OF DOUGLAS MORAN

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

Pedro VASQUEZ PERDOMO; Carlos Alexander OSORTO; and Isaac VILLEGAS MOLINA; Jorge HERNANDEZ VIRAMONTES; Jason Brian GAVIDIA; LOS ANGELES WORKER CENTER NETWORK; UNITED FARM WORKERS; COALITION FOR HUMANE IMMIGRANT RIGHTS; IMMIGRANT DEFENDERS LAW CENTER,

*Plaintiffs*,

v.

Markwayne MULLIN, in his official capacity as Secretary, Department of Homeland Security; Todd M. LYONS, in his official capacity as Acting Director, U.S. Immigration and Customs Enforcement; Rodney S. SCOTT, in his official capacity as Commissioner, U.S. Customs and Border Patrol; Michael W. BANKS, in his official capacity as Chief of U.S. Border Patrol; Kash PATEL, in his official capacity as Director, Federal Bureau of Investigation; Pam BONDI, in her official capacity as U.S. Attorney General; Jaime RIOS, in his official capacity as Acting Field Office Director for Los Angeles, U.S. Immigration and Customs Enforcement; Dean T. SORENSON, Special Agent in Charge for Los Angeles, Homeland Security Investigations, U.S. Immigration and Customs Enforcement; Gregory K. BOVINO, in his official capacity as Chief Patrol Agent for El Centro Sector of the U.S. Border Patrol; Justin DE LA TORRE, in his official capacity as Acting Chief Patrol Agent, San Diego Sector of the U.S. Border Patrol; Akil DAVIS, in his official capacity as Assistant Director in Charge, Los Angeles Office, Federal Bureau of Investigation; Bilal A. ESSAYLI, in his official capacity as U.S. Attorney for the Central District of California.

*Defendants*,

Case No.: 2:25-cv-05605-MEMF-SP

**DECLARATION OF DOUGLAS MORAN**

-2-

## DECLARATION OF DOUGLAS MORAN

I, Douglas Moran, do declare or state pursuant to 28 U.S.C. § 1746 as follows:

1. I am a witness for Intervenor the County of Los Angeles ("County") in the above-captioned case of *Perdomo, et al. v. Mullin, et al.*, Case No. 25-cv-05605-MEMF, in the U.S. District Court for the Central District of California. I make this declaration based on personal knowledge, except for those facts specifically stated to be based on information and belief, in support of a Motion for Joinder in the Plaintiffs' Motion for a Preliminary Injunction in the *Perdomo* case. If called as a witness, I could and would testify competently to the matters set forth in this declaration.

2. I am the owner of B&D Car Wash, located 14701 Crenshaw Boulevard in Gardena, California. I have owned the car wash for a little more than a year.

3. Raids by federal immigration enforcement have impacted my business significantly. Before the ICE raids, I averaged 80-95 clients each day. Right after the raids, I averaged about 40-50 clients a day. In December, it was about 65-80 clients a day and in January of 2026 it was about 50-60 maximum. Many clients who used to come stopped coming and told me that it was because they saw ICE was going to car washes.

4. Clients started coming back again in December of 2025 because ICE wasn't showing up. But then in January of 2026 there was another scare and the number of clients went back down again.

5. ICE has come to or near my car wash twice. Once was at the beginning of the raids and the other time was about a month and a half later. The first time ICE came, it was about 10 a.m. Four cars passed by where I was working. One car stopped and four agents jumped out and walked to the doors of my car wash. An agent tried to open the doors to the car wash but couldn't unlock them. Then they walked around and tried to see where else they could enter.

6. My clients could see all four ICE agents. A second truck with ICE agents went and hid behind a nearby store to wait for my workers to exit the car wash.

7. I could tell the agents were ICE agents because some of them were wearing masks and face coverings. Some of them wore vests. None of them showed me a warrant or any other document.

8. The second time, ICE came between 1 and 2 p.m. A member of the community walked by and told us to be careful because ICE was close. I looked over and saw them in a gray truck. They got out of the truck and put on their face masks. They were about four or five cars away from my property on the sidewalk.

9. I am a U.S. citizen but I was terrified both times. I have seen how they terrorize people. I have seen how they treat people like me. They beat them and hurt them. I was also terrified for my clients and employees that were there.

10. I had to close the car wash the two days that ICE came by.

11. Many employees have been scared to come to work. Despite the fact that they are documented, some employees told me that they were fearful of coming back to work and that they wanted to stop working because of their fears. I have had to ask high school students to come work because I did not have enough staff.

12. I have had to change my business hours, and I now close earlier because I am scared of ICE and also because clients are not coming. I close about an hour and a half earlier than I did before the raids.

13. I am scared ICE will return. I am scared they will try to beat somebody at my car wash. These raids have affected me in many ways and the way I run every part of my business.

14. Before the ICE raids, I was up to date on all my payments. Now, I have been trying to pay loans off and I am months behind. I have received notifications from my loan company that if I don't make the proper payments, they can take away

-4-

DECLARATION OF DOUGLAS MORAN

my business. I have also been delayed in payments to my vendors. My delays have resulted in added fees and interest.

15.   I have paid all the required business taxes to the County of Los Angeles, which adds up to thousands of dollars each year.

16.   Clients are still scared to come to the car wash and I still have lower numbers of clients. I have considered closing my business because of all this. Business is not flowing as it should.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on this 15th day of June, 2026, in the County of Los Angeles, California.

DOUGLAS MORAN

-5-
DECLARATION OF DOUGLAS MORAN

## Certificate of Interpretation

I, Jeannette Hernandez, am competent to interpret between the English and Spanish languages. I certify that I read the attached "DECLARATION OF DOUGLAS MORAN" to Douglas Moran in the Spanish language and that he understood it and agreed that it was true and accurate before signing. I certify that my interpretation of the attached document was true and accurate to the best of my abilities.

_____          _06/15/26_____
Signature of Interpreter                                      Date

Jeannette Hernandez

Office of the County Counsel

County of Los Angeles

Kenneth Hahn Hall of Administration

500 West Temple Street #648

Los Angeles, CA 90012

-4-
DECLARATION OF DOUGLAS MORAN