Docusign Envelope ID: 8655507D-BC20-87E1-82E3-4A8F9E032128

HYDEE FELDSTEIN SOTO (SBN 106866)
City Attorney
hydee.feldsteinsoto@lacity.org
VALERIE L. FLORES (SBN 138572)
valerie.flores@lacity.org
MICHAEL J. DUNDAS (SBN 226930)
mike.dundas@lacity.org
MARIA LOUISE COUSINEAU (SBN 122280)
maria.cousineau@lacity.org
RANDALL G. SOMMER (SBN 214099)
randall.sommer@lacity.org
SHUBHRA SHIVPURI (SBN 295534)
shubhra.shivpuri@lacity.org
OFFICE OF THE LOS ANGELES CITY ATTORNEY
City Hall 200 North Spring Street 21st Floor
Los Angeles, CA 90012-4130
Tel.: 213-922-8382; Fax: 213-978-7957

*Attorneys for Intervenor City of Los Angeles*


E. MARTIN ESTRADA (SBN 223802)
martin.estrada@mto.com
DANIEL B. LEVIN (SBN 226044)
daniel.levin@mto.com
JOHN L. SCHWAB (SBN 301386)
john.schwab@mto.com
V. GRACE DAVIS (SBN 336732)
grace.davisfisher@mto.com
V. ROMAN LEAL (SBN 348892)
roman.leal@mto.com
WENDY QIUYU XIAO (SBN 342702)
wendy.xiao@mto.com
MUNGER, TOLLES & OLSON LLP
350 South Grand Avenue
50th Floor
Los Angeles, California 90071
Tel.: 213-683-9100; Fax: 213-687-3702

*Attorneys for Intervenors Cities of Los Angeles, Anaheim, Bell Gardens, Beverly Hills, Carpinteria, Culver City, Huntington Park, Long Beach, Lynwood, Montebello, Monterey Park, Oxnard, Paramount, Pico Rivera, Pomona, Santa Ana, Santa Barbara, Santa Monica, South Gate, and West Hollywood*

NICOLE DAVIS TINKHAM (SBN 229592)
ntinkham@counsel.lacounty.gov
LILIANA CAMPOS (SBN 255753)
lcampos@counsel.lacounty.gov
BRIGIT GREESON ALVAREZ (SBN 237301)
bgreesonalvarez@counsel.lacounty.gov
OFFICE OF THE COUNTY COUNSEL
648 Kenneth Hahn Hall of Admin.,
500 West Temple Street
Los Angeles, California 90012-2713
Tel.: 213-808-8736; Fax: 213-633-1915

*Attorneys for Intervenor County of Los Angeles*

MICHELE BEAL BAGNERIS (SBN 115423)
City Attorney
mbagneris@cityofpasadena.net
ARNOLD F. LEE (SBN 278610)
aflee@cityofpasadena.net
ANDREW AARONIAN (SBN 318245)
aaaronian@cityofpasadena.net
OFFICE OF THE CITY ATTORNEY OF PASADENA
100 N Garfield Ave, Rm N-210
Pasadena, CA 91101
Tel.: 626-744-4141; Fax: 626-744-4190

*Attorneys for Intervenor City of Pasadena*

NORMAN L. EISEN*
Norman@democracydefenders.org
STEPHEN A. JONAS (SBN 542005)
Steve@democracydefenders.org
JOSHUA G. KOLB*
Joshua@democracydefenders.org
DEMOCRACY DEFENDERS FUND
600 Pennsylvania Ave. SE, Suite 15180
Washington, DC 20003
Tel: (202) 594-9958

*Admitted *Pro Hac Vice*

*Attorneys for Intervenor City of Los Angeles*

-1-

DECLARATION OF REBECCA NORTON

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| Pedro VASQUEZ PERDOMO; Carlos Alexander OSORTO; and Isaac VILLEGAS MOLINA; Jorge HERNANDEZ VIRAMONTES; Jason Brian GAVIDIA; LOS ANGELES WORKER CENTER NETWORK; UNITED FARM WORKERS; COALITION FOR HUMANE IMMIGRANT RIGHTS; IMMIGRANT DEFENDERS LAW CENTER,<br><br>*Plaintiffs*,<br><br>v.<br><br>Kristi NOEM, in her official capacity as Secretary, Department of Homeland Security; Todd M. LYONS, in his official capacity as Acting Director, U.S. Immigration and Customs Enforcement; Rodney S. SCOTT, in his official capacity as Commissioner, U.S. Customs and Border Patrol; Michael W. BANKS, in his official capacity as Chief of U.S. Border Patrol; Kash PATEL, in his official capacity as Director, Federal Bureau of Investigation; Pam BONDI, in her official capacity as U.S. Attorney General; Ernesto SANTACRUZ JR., in his official capacity as Acting Field Office Director for Los Angeles, U.S. Immigration and Customs Enforcement; Eddy WANG, Special Agent in Charge for Los Angeles, Homeland Security Investigations, U.S. Immigration and Customs Enforcement; Gregory K. BOVINO, in his official capacity as Chief Patrol Agent for El Centro Sector of the U.S. Border Patrol; Jeffrey D. STALNAKER, in his official capacity as Acting Chief Patrol Agent, San Diego Sector of the U.S. Border Patrol; Akil DAVIS, in his official capacity as Assistant Director in Charge, Los Angeles Office, Federal Bureau of Investigation; Bilal A. ESSAYLI, in his official capacity as U.S. Attorney for the Central District of California,<br><br>*Defendants*. | Case No.: 2:25-cv-05605-MEMF-SP<br><br>**DECLARATION OF REBECCA NORTON**<br><br>Hearing Date:  [Leave Blank]<br>Hearing Time: [Leave blank]<br><br>Judge: Hon. Maame Ewusi-Mensah Frimpong |

-2-

DECLARATION OF REBECCA NORTON

## DECLARATION OF REBECCA NORTON

I, REBECCA NORTON, declare the following:

1. My name is Rebecca ("Becki") Norton. I have lived in Carpinteria for 38 years and had a career in education before retiring in October 2022. I make this declaration in support of Intervenors' Motion for Preliminary Injunction. Except where identified as based on information and belief, I have personal knowledge of each of the statements below, and if called and sworn as a witness, I could and would testify competently to each of them.

2. On the morning of July 8, 2025, I received a notification of the presence of federal immigration enforcement agents present at the intersection of El Carro Lane and Eucalyptus Street in Carpinteria, California. Given the violent nature of the arrest that had occurred the previous day on July 7, 2025, in the parking lot of Smart & Final in Carpinteria, California, I arrived at the intersection of El Carro Lane and Eucalyptus Street with my husband, Douglas Norton, at approximately 7:30 a.m. on July 8, 2025, to monitor and observe the immigration enforcement activity that was occurring.

3. The location at the intersection of El Carro Lane and Eucalyptus Street is in a small, quiet residential community.

4. As we arrived to observe the incident, three observers who were present with me began filming the federal immigration agents. While I did not record the events, the recordings were later shared with me via text message by the observers who were present with me during the incident, including this one: https://mto.box.com/s/pni1vd6o03njvtm7670wv8a8ivmw9bbp.

5. I made a true and correct copy of the video dated July 8, 2025, and sent a copy of that video via email to Carpinteria City Staff. I understand that Carpinteria City Staff uploaded the video to an online website at "Box.com."

6. I have viewed the video available at the following link: https://mto.box.com/s/pni1vd6o03njvtm7670wv8a8ivmw9bbp and have verified

-3-
DECLARATION OF REBECCA NORTON

Docusign Envelope ID: 8655507D-BC20-8751-82E3-4A8F9E032128

that the video at the Box.com link is a true and correct copy of the video that I recorded and sent to Carpinteria City Staff.

7.    The following details of the incident are based on my personal recollection of the event in addition to my personal review of the video during the incident that I personally observed and available at the following link: https://mto.box.com/s/pni1vd6o03njvtm7670wv8a8ivmw9bbp.

8.    As shown in the video of the incident, when we arrived at the intersection of El Carro Lane and Eucalyptus Street, four federal immigration enforcement agents were present in four unmarked vehicles with no license plates.

9.    One of the agent's cars was a gold Ford sedan (model unknown). Another was a black sedan (make and model unknown). Another was a small silver SUV (make and model unknown). One agent was wearing a green vest with the word POLICE in yellow letters on the back and a gaiter to disguise his face. Another agent was wearing a black vest with POLICE in white letters on the back and was wearing glasses but no face covering. A third agent had a green vest with ERO (Enforcement and Removal Operations) in yellow letters on the back, and was wearing sunglasses but no face covering. A fourth agent had a black vest with POLICE on the front and was wearing sunglasses but no face covering. All four agents had guns in holsters.

10.    When we arrived at the scene, the four agents were parked in the middle of El Carro Lane and blocking traffic. A man, who I will refer to as "Mr. B" in this declaration, was in the driver's seat of a white truck that was owned by a landscaping businesses and was being blocked by the four agents. Mr. B had the window of the white truck rolled up and we observed the agents attempting to have Mr. B exit the white truck or roll the driver-side window down. I was on the sidewalk approximately 10-15 feet away from the agents and Mr. B and stated through a megaphone in Spanish: "Ask for a warrant. You can ask for an attorney. You can call the rapid response hotline or 911 because this is a kidnapping. We are

-4-

DECLARATION OF REBECCA NORTON

recording everything. We have witnesses." The agent in a green vest marked "ERO" told one of the observers who was with me to "back off and move to the sidewalk."

11. Thereafter, the agent in the black vest marked "POLICE" told Mr. B in broken Spanish to look forward. The agent then proceeded to break Mr. B's driver-side window, opened the door, and pulled Mr. B out of his vehicle. They then proceeded to shove Mr. B roughly and pulled him into one of their unmarked vehicles.

12. The observers witnessing this incident asked the four agents for their names and badge numbers, which they did not provide. The observers also asked the agents to show a valid warrant signed by a judge, to which the agents responded: "You don't need a warrant for immigration." On information and belief, no warrant was ever shown to Mr. B or the observers.

13. Following Mr. B's arrest, the agents moved the white truck that Mr. B had been driving to the side of the road and left the scene with the keys to the white truck with them. On information and belief, one of the observers attempted to call 911 to report that a kidnapping may have been in progress, to which the local sheriff's department did not respond.

14. Following the potential kidnapping, a resident in the neighborhood near the intersection of El Carro Lane and Eucalyptus Street called the phone number on the side of the white truck that was advertising the landscaping business. The resident neighbor was able to reach the owner of the landscaping business, who arrived a few minutes later. The landscaping business owner then called the local sheriff's department to report property damage to the white truck. Eventually, three deputies from the local sheriff's department arrived at the scene to take the report of property damage.

15. Following the incident, I spoke with the landscaping business owner, who told me that the man who was seized by the agents, Mr. B, had worked for his

-5-

DECLARATION OF REBECCA NORTON

Docusign Envelope ID: 8655507D-BC20-87E1-82E3-4A8F9E032128

landscaping business for approximately four years and had been a very responsible and reliable employee during that time.

16.    I was later in touch with Mr. B's attorney, Ms. Sarah Houston, who planned to file a habeas corpus petition on Mr. B's behalf to release him from Adelanto Detention Center where he was being held. On information and belief, on August 11, 2025, a bond hearing took place regarding Mr. B's detention, which found his arrest to be unlawful. Ms. Houston later informed me that his arrest was found to be unlawful due to a case of mistaken identity and due to lack of a signed judicial warrant.

17.    On information and belief, Mr. B was granted bond on August 29, 2025, and released from Adelanto Detention Center on September 7, 2025.

18.    Following Mr. B's release from detention, I and a group of observers that were present during his kidnapping went to visit him and his family at their home. Mr. B appeared to be Latino and spoke Spanish. His wife also appeared to be Latina and spoke Spanish.

19.    During our conversation with Mr. B and his family, Mr. B told us about the extreme stress he experienced while in detention and that he was unsure whether he should return to Carpinteria for his safety.

20.    The impact of Mr. B's detention on his family was also apparent. On information and belief, Mr. B's thirteen-year-old son had begun to severely struggle in school following Mr. B's detention. On information and belief, prior to Mr. B's detention, his thirteen-year-old son had been a well-behaved student passing all of his classes.

21.    The impacts on the Carpinteria community and pervasive sense of fear following this incident have been significant. Although I do not have fears of retribution or targeting as a white person who speaks English fluently, I continue to have significant fears for my friends and neighbors, particularly those who do not appear to be white or who do not speak English fluently.

-6-

DECLARATION OF REBECCA NORTON

Docusign Envelope ID: 8655507D-BC20-87E1-82E3-4A8F9E032128

22.     Witnessing the agent shattering the window of the white truck and abducting a fellow Carpinteria resident with no warrant or apparent reason other than Mr. B's apparent race and ethnicity on a quiet street in my residential community has literally and figuratively shattered my own sense of safety in my community and contributes significantly to the sense of fear I experience to this day.

I declare under penalty of perjury of the laws of the State of California and the laws of the United States that the foregoing is true and correct.

Executed on this 16th day of June, 2026 in Carpinteria, California.



Rebecca Norton

-7-

DECLARATION OF REBECCA NORTON