HYDEE FELDSTEIN SOTO
(SBN 106866)
City Attorney
hydee.feldsteinsoto@lacity.org
VALERIE L. FLORES (SBN 138572)
valerie.flores@lacity.org
MICHAEL J. DUNDAS (SBN 226930)
mike.dundas@lacity.org
MARIA LOUISE COUSINEAU
(SBN 122280)
maria.cousineau@lacity.org
RANDALL G. SOMMER
(SBN 214099)
randall.sommer@lacity.org
SHUBHRA SHIVPURI (SBN 295534)
shubhra.shivpuri@lacity.org
OFFICE OF THE LOS ANGELES
CITY ATTORNEY
City Hall 200 North Spring Street
21st Floor
Los Angeles, CA 90012-4130
Tel.: 213-922-8382; Fax: 213-978-7957

*Attorneys for Intervenor
City of Los Angeles*

E. MARTIN ESTRADA
(SBN 223802)
martin.estrada@mto.com
DANIEL B. LEVIN (SBN 226044)
daniel.levin@mto.com
JOHN L. SCHWAB (SBN 301386)
john.schwab@mto.com
V. GRACE DAVIS (SBN 336732)
grace.davisfisher@mto.com
V. ROMAN LEAL (SBN 348892)
roman.leal@mto.com
WENDY QIUYU XIAO (SBN 342702)
wendy.xiao@mto.com
MUNGER, TOLLES & OLSON LLP
350 South Grand Avenue
50th Floor
Los Angeles, California 90071
Tel.: 213-683-9100; Fax: 213-687-3702

*Attorneys for Intervenors Cities of Los
Angeles, Anaheim, Bell Gardens, Beverly
Hills, Carpinteria, Culver City,
Huntington Park, Long Beach, Lynwood,
Montebello, Monterey Park, Oxnard,
Paramount, Pico Rivera, Pomona, Santa
Ana, Santa Barbara, Santa Monica,
South Gate, and West Hollywood*

NICOLE DAVIS TINKHAM (SBN 229592)
ntinkham@counsel.lacounty.gov
LILIANA CAMPOS (SBN 255753)
lcampos@counsel.lacounty.gov
BRIGIT GREESON ALVAREZ (SBN 237301)
bgreesonalvarez@counsel.lacounty.gov
OFFICE OF THE COUNTY COUNSEL
648 Kenneth Hahn Hall of Admin.,
500 West Temple Street
Los Angeles, California 90012-2713
Tel.: 213-808-8736; Fax: 213-633-1915

*Attorneys for Intervenor County of Los
Angeles*

MICHELE BEAL BAGNERIS (SBN 115423)
City Attorney
mbagneris@cityofpasadena.net
ARNOLD F. LEE (SBN 278610)
aflee@cityofpasadena.net
ANDREW AARONIAN (SBN 318245)
aaaronian@cityofpasadena.net
OFFICE OF THE CITY ATTORNEY
OF PASADENA
100 N Garfield Ave, Rm N-210
Pasadena, CA 91101
Tel.: 626-744-4141; Fax: 626-744-4190

*Attorneys for Intervenor City of Pasadena*

NORMAN L. EISEN*
Norman@democracydefenders.org
STEPHEN A. JONAS (SBN 542005)
Steve@democracydefenders.org
JOSHUA G. KOLB*
Joshua@democracydefenders.org
DEMOCRACY DEFENDERS FUND
600 Pennsylvania Ave. SE, Suite 15180
Washington, DC 20003
Tel: (202) 594-9958

*Admitted Pro Hac Vice

*Attorneys for Intervenor City of Los
Angeles*

DECLARATION OF SAM TALIM

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

Pedro VASQUEZ PERDOMO; Carlos Alexander OSORTO; and Isaac VILLEGAS MOLINA; Jorge HERNANDEZ VIRAMONTES; Jason Brian GAVIDIA; LOS ANGELES WORKER CENTER NETWORK; UNITED FARM WORKERS; COALITION FOR HUMANE IMMIGRANT RIGHTS; IMMIGRANT DEFENDERS LAW CENTER,

*Plaintiffs*,

v.

Markwayne MULLIN, in his official capacity as Secretary, Department of Homeland Security; Todd M. LYONS, in his official capacity as Acting Director, U.S. Immigration and Customs Enforcement; Rodney S. SCOTT, in his official capacity as Commissioner, U.S. Customs and Border Patrol; Michael W. BANKS, in his official capacity as Chief of U.S. Border Patrol; Kash PATEL, in his official capacity as Director, Federal Bureau of Investigation; Pam BONDI, in her official capacity as U.S. Attorney General; Jaime RIOS, in his official capacity as Acting Field Office Director for Los Angeles, U.S. Immigration and Customs Enforcement; Dean T. SORENSON, Special Agent in Charge for Los Angeles, Homeland Security Investigations, U.S. Immigration and Customs Enforcement; Gregory K. BOVINO, in his official capacity as Chief Patrol Agent for El Centro Sector of the U.S. Border Patrol; Justin DE LA TORRE, in his official capacity as Acting Chief Patrol Agent, San Diego Sector of the U.S. Border Patrol; Akil DAVIS, in his official capacity as Assistant Director in Charge, Los Angeles Office, Federal Bureau of Investigation; Bilal A. ESSAYLI, in his official capacity as U.S. Attorney for the Central District of California.

*Defendants*,

Case No.: 2:25-cv-05605-MEMF-SP

**DECLARATION OF SAM TALIM**

-2-

DECLARATION OF SAM TALIM

## **DECLARATION OF SAM TALIM**

I, Sam Talim, declare the following:

1.      I am the owner of the Euclid Hand Car Wash and Detail Center (the "ECW"), and I make this declaration in support of Plaintiffs' Motion for Preliminary Injunction. Except where identified as based on information and belief, I have personal knowledge of each of the statements below, and if called and sworn as a witness, I could and would testify competently to each of them.

2.      The ECW is a business located at 1135 N. Euclid Street in the City of Anaheim, California, which provides vehicle washing, detailing and related services.  I have been the owner and operator of the ECW for approximately eight years, and am familiar with all aspects of the business.

3.      Beginning in June of this year, the ECW has been the subject of what I understand to be enforcement raids by immigration authorities.  The raids have occurred on four occasions, and have been disruptive to the operation of the ECW and frightening to both our employees and customers.

4.      On each occasion, several individuals arrive in unmarked vehicles, which have no signage or other markings indicating that they are being used for law enforcement. The persons who emerge from the vehicles, who I understand to be immigration enforcement agents, are often wearing military-style clothing, holding or visibly displaying a gun, and have most of their faces covered. Many, but not all, have small patches and/or badges that state "U.S. Border Patrol."

5.      Although I am a U.S. citizen and an established member of the local business community, I have found the manner in which the enforcement agents arrive at the ECW to be very frightening. I have also observed that many employees and some customers react to agents' arrival in fear, often walking or running away from where the agents are.

DECLARATION OF SAM TALIM IN SUPPORT OF MOTION FOR PRELIMINARY INJUNCTION

6.      On none of the enforcement occasions have the agents presented an arrest warrant, or otherwise indicated that they are looking for a specific individual. Rather, it appears to me that the agents target employees who react to them fearfully, tackling and handcuffing persons without asking questions about the person's immigration status.

7.      On the first enforcement occasion, on July 3, 2025, several masked men arrived brandishing weapons around 8:35 am. The enforcement agents tackled and handcuffed three employees without warning or explanation, and removed them from the premises. At one point one of the agents forcibly grabbed me, but I was not otherwise detained. The employees were placed in unmarked vehicles and driven offsite. One of the three was released the next day. Because of the disruption caused by the raid and the fear it instilled in our employees, the ECW was closed for the rest of the day and on the following day, resulting in a loss of revenue.

8.      Six days later, on July 9, 2025, the enforcement agents returned and, as on the prior occasions, tackled, handcuffed and removed two employees from the premises without showing a warrant or explaining the basis for their actions. On this occasion an employee recorded part of the raid on his phone, and provided me with a digital copy of the recording.  Attached as exhibit A to this declaration is a screenshot from the video recording, reflecting the appearance of some of the enforcement agents on this occasion.

9.      The largest enforcement raid against the ECW occurred on August 16, 2025.  At around 11:00 a.m. on that date, approximately 10-15 agents arrived.  As on other occasions, the agents were dressed in military style gear, most has their faces covered, and several were brandishing what appeared to be assault rifles. Again on this occasion, an ECW employee recorded part of the raid on his phone, and provided me with a digital copy of the recording.  Attached as exhibit B to this declaration is a screenshot from a video recording, reflecting an enforcement agent with an assault weapon during this incident.

DECLARATION OF SAM TALIM IN SUPPORT OF MOTION FOR PRELIMINARY INJUNCTION

10.     Two ECW employees, one of whom is an assistant manager and both of whom are U.S. citizens were frightened by the agents show of force and ran from them.  One of those employees was placed in a vehicle and driven offsite, but released later in the day.

11.     During the August 16 raid, a number of civilians from local businesses and customers of the ECW were gathered on the premises and adjacent parking lot while enforcement raid occurred. Before departing the agents arrested a non-employee U.S. citizen, Isaac Dominguez, for alleged disruptive behavior.  Attached as exhibit C to this declaration is a screenshot from the above referenced video recording, reflecting enforcement agents detaining Mr. Dominguez.

12.     While Mr. Dominguez was being taken into custody, some of the agents deployed several cannisters of what appeared to be tear gas and/or smoke cannisters against the gathered civilians including ECW customers.  Attached as exhibit D to this declaration is a screenshot from the above referenced video recording, reflecting enforcement agents with assault rifles holding tear gas or smoke cannisters prior to deployment.

13.     Exhibit E to this declaration is a screenshot from the same video, reflecting the scene at the ECW and adjacent parking lot after deployment of tear gas and/or smoke by the enforcement agents on August 16, 2025. Needless to say, this is not good for business.  The ECW had to be closed for the rest of the day, and operated at reduced capacity the next day when employees were fearful of returning to work.

14.     The most recent enforcement raid occurred on October 16, 2025. Fewer enforcement agents arrived than on the prior occasion, and made no arrests. Regardless, this raid reminded me, our employees and customers that the frightening events that had occurred previously could happen again at any time.

15.     Overall, the enforcement raids and the climate of fear they have created around the ECW have had a significant negative economic impact on the business.

DECLARATION OF SAM TALIM IN SUPPORT OF MOTION FOR PRELIMINARY INJUNCTION

Several of the raids have been featured on social media, and I believe that the climate of fear the raids have created has caused customers to stay away.

16.    I estimate that 50-75% of the ECW's customer base is Latino, and there has been a noticeable decline in these members of our community bringing their vehicles in to get washed. I also estimate that ECW's revenues are down at least 30% since the raids began, which in my opinion is attributable to both the climate of fear among our customers and the closures caused by the enforcement incidents.

17.    The raids have also frightened many of ECW's employees, and increased the number of days they are absent from work, further negatively impacting our business. One manager, a two-year employee who is a U.S. citizen, quit because of the fear he experienced during the enforcement raids.

I declare under penalty of perjury of the laws of the State of California and the laws of the United States that the foregoing is true and correct. Executed on January 7, 2026 in Anaheim, California.

_____
Sam Talim

DECLARATION OF SAM TALIM IN SUPPORT OF MOTION FOR PRELIMINARY INJUNCTION

**EXHIBIT A**



**EXHIBIT B**



**EXHIBIT C**



# EXHIBIT D

# EXHIBIT E

