HYDEE FELDSTEIN SOTO (SBN 106866)
City Attorney
hydee.feldsteinsoto@lacity.org
VALERIE L. FLORES (SBN 138572)
valerie.flores@lacity.org
MICHAEL J. DUNDAS (SBN 226930)
mike.dundas@lacity.org
MARIA LOUISE COUSINEAU (SBN 122280)
maria.cousineau@lacity.org
RANDALL G. SOMMER (SBN 214099)
randall.sommer@lacity.org
SHUBHRA SHIVPURI (SBN 295534)
shubhra.shivpuri@lacity.org
OFFICE OF THE LOS ANGELES CITY ATTORNEY
City Hall 200 North Spring Street 21st Floor
Los Angeles, CA 90012-4130
Tel.: 213-922-8382; Fax: 213-978-7957

*Attorneys for Intervenor
City of Los Angeles*

E. MARTIN ESTRADA (SBN 223802)
martin.estrada@mto.com
DANIEL B. LEVIN (SBN 226044)
daniel.levin@mto.com
JOHN L. SCHWAB (SBN 301386)
john.schwab@mto.com
V. GRACE DAVIS (SBN 336732)
grace.davisfisher@mto.com
V. ROMAN LEAL (SBN 348892)
roman.leal@mto.com
WENDY QIUYU XIAO (SBN 342702)
wendy.xiao@mto.com
MUNGER, TOLLES & OLSON LLP
350 South Grand Avenue 50th Floor
Los Angeles, California 90071
Tel.: 213-683-9100; Fax: 213-687-3702

*Attorneys for Intervenors Cities of Los Angeles, Anaheim, Bell Gardens, Beverly Hills, Carpinteria, Culver City, Huntington Park, Long Beach, Lynwood, Montebello, Monterey Park, Oxnard, Paramount, Pico Rivera, Pomona, Santa Ana, Santa Barbara, Santa Monica, South Gate, and West Hollywood*

NICOLE DAVIS TINKHAM (SBN 229592)
ntinkham@counsel.lacounty.gov
LILIANA CAMPOS (SBN 255753)
lcampos@counsel.lacounty.gov
BRIGIT GREESON ALVAREZ (SBN 237301)
bgreesonalvarez@counsel.lacounty.gov
OFFICE OF THE COUNTY COUNSEL
648 Kenneth Hahn Hall of Admin.,
500 West Temple Street
Los Angeles, California 90012-2713
Tel.: 213-808-8736; Fax: 213-633-1915

*Attorneys for Intervenor County of Los Angeles*

MICHELE BEAL BAGNERIS (SBN 115423)
City Attorney
mbagneris@cityofpasadena.net
ARNOLD F. LEE (SBN 278610)
aflee@cityofpasadena.net
ANDREW AARONIAN (SBN 318245)
aaaronian@cityofpasadena.net
OFFICE OF THE CITY ATTORNEY OF PASADENA
100 N Garfield Ave, Rm N-210
Pasadena, CA 91101
Tel.: 626-744-4141; Fax: 626-744-4190

*Attorneys for Intervenor City of Pasadena*

NORMAN L. EISEN*
Norman@democracydefenders.org
STEPHEN A. JONAS (SBN 542005)
Steve@democracydefenders.org
JOSHUA G. KOLB*
Joshua@democracydefenders.org
DEMOCRACY DEFENDERS FUND
600 Pennsylvania Ave. SE, Suite 15180
Washington, DC 20003
Tel: (202) 594-9958

*Admitted *Pro Hac Vice*

*Attorneys for Intervenor City of Los Angeles*

---

DECLARATION OF ARMANDO TORRES

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

Pedro VASQUEZ PERDOMO; Carlos Alexander OSORTO; and Isaac VILLEGAS MOLINA; Jorge HERNANDEZ VIRAMONTES; Jason Brian GAVIDIA; LOS ANGELES WORKER CENTER NETWORK; UNITED FARM WORKERS; COALITION FOR HUMANE IMMIGRANT RIGHTS; IMMIGRANT DEFENDERS LAW CENTER,

*Plaintiffs*,

v.

Markwayne MULLIN, in his official capacity as Secretary, Department of Homeland Security; Todd M. LYONS, in his official capacity as Acting Director, U.S. Immigration and Customs Enforcement; Rodney S. SCOTT, in his official capacity as Commissioner, U.S. Customs and Border Patrol; Michael W. BANKS, in his official capacity as Chief of U.S. Border Patrol; Kash PATEL, in his official capacity as Director, Federal Bureau of Investigation; Pam BONDI, in her official capacity as U.S. Attorney General; Jaime RIOS, in his official capacity as Acting Field Office Director for Los Angeles, U.S. Immigration and Customs Enforcement; Dean T. SORENSON, Special Agent in Charge for Los Angeles, Homeland Security Investigations, U.S. Immigration and Customs Enforcement; Gregory K. BOVINO, in his official capacity as Chief Patrol Agent for El Centro Sector of the U.S. Border Patrol; Justin DE LA TORRE, in his official capacity as Acting Chief Patrol Agent, San Diego Sector of the U.S. Border Patrol; Akil DAVIS, in his official capacity as Assistant Director in Charge, Los Angeles Office, Federal Bureau of Investigation; Bilal A. ESSAYLI, in his official capacity as U.S. Attorney for the Central District of California.

*Defendants*,

Case No.: 2:25-cv-05605-MEMF-SP

**DECLARATION OF ARMANDO TORRES**

-2-

DECLARATION OF ARMANDO TORRES

## DECLARATION OF ARMANDO TORRES

I, Armando Torres, do declare or state pursuant to 28 U.S.C. § 1746 as follows:

1.    I am a witness for Intervenor the County of Los Angeles ("County") in the above-captioned case of *Perdomo, et al. v. Mullin, et al.*, Case No. 25-cv-05605-MEMF, in the U.S. District Court for the Central District of California. I make this declaration based on personal knowledge, except for those facts specifically stated to be based on information and belief, in support of a Motion for Joinder in the Plaintiffs' Motion for a Preliminary Injunction in the *Perdomo* case. If called as a witness, I could and would testify competently to the matters set forth in this declaration.

2.    My wife and I own Adonarm Flowers, a flower shop located at 3818 Whittier Blvd in Los Angeles, California. We provide floral arrangements for all occasions. We also make decorations for special events, including weddings, quinceañeras, baptisms, funerals, and other events. We have owned the company for nine years.

3.    Before June 2025, we were operating normally. Our regular clients would come in multiple times every month. After the ICE raids began in June 2025, our business changed. Now the area looks like a ghost town. There are no people in the street, only those that go to school, and even then, sometimes the kids go alone.

4.    Since June 2025, we have lost approximately 85 percent of our customers. This has stayed the case because nobody knows if ICE will return or not. Our clients have told us that the ICE raids have affected their jobs and they don't have work or have fewer hours. They have told me that they struggle to pay for their basic needs. Since these basic needs come first, flowers have been forgotten. People used to buy big bouquets and now they buy small ones. This year, we even had losses on Valentine's Day.

HOA.105984664.3                                        -3-

DECLARATION OF ARMANDO TORRES

5.      Approximately 98 percent of our clients are Latino. Now our clients are afraid that Immigration will come to our store. People stopped going out and only go out for urgent things. There have been raids at a park that is four stores away from us, two blocks west of us, and about 10-12 blocks from us. Immigration enforcement came on different days. They visited the park and the area that was 10-12 blocks from us several times. In these instances, we close the door and only allow clients that we know. On two occasions we have closed completely. People start to spread rumors and social media makes people scared. When people tell us that ICE was in the area, we would not see a lot of cars pass by. Before the raids, there was always traffic.

6.      Before June 2025, about 20-25 people would enter our store every day. Now it is about one person per day. One day, six people came in and we hoped things would get better. At this moment, there isn't anyone.

7.      Before, we had three to four employees and now it is just me and my wife working. We had a designer and a person who helped us in the store but we couldn't afford it after the ICE raids. Both of those people worked five to eight hours a day.

8.      Both of our employees had documents but they were still scared they would be stopped. ICE no longer cares whether we are or aren't documented. It is only about how we look, our skin color, and our face. My wife and I are both residents. But yes, I am scared.

9.      Quinceañeras have been cancelled and birthdays were cancelled because customers said the family members weren't going to come because of federal immigration enforcement. People invest thousands of dollars for these parties but because of Immigration, people didn't want to go.

10.      We are buying a quarter of what we bought in 2022 and 2023 from our suppliers and taking the risk of whether it sells. Where we get our supply, they don't have the same inventory as before because they say people aren't buying. They said

HOA.105984664.3                              -4-

DECLARATION OF ARMANDO TORRES

they are not investing in supplies anymore as they did before. I am covering my costs to survive.

11. We have paid all required taxes imposed by the County of Los Angeles, contributing thousands of dollars every year to the County.

12. Many local businesses have closed and there are many locations for rent, even though before there were no places to rent. My business neighbor and others are considering closing. One of the businesses near ours used to have lines of customers to purchase his products and now it's just him there. Things have been lonely and my wife and I have considered closing. But thanks to God we have been able to survive only with our savings.

13. There were more people during the pandemic than now and things were better then. If the raids continue like in June 2025, we may close and others would close, too.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on this 24th day of June, 2026, in the County of Los Angeles, California.

ARMANDO TORRES

DECLARATION OF ARMANDO TORRES

## Certificate of Interpretation

I, Jeannette Hernandez, am competent to interpret between the English and Spanish languages. I certify that I read the attached "DECLARATION OF ARMANDO TORRES" to Armando Torres in the Spanish language and that he understood it and agreed that it was true and accurate before signing. I certify that my interpretation of the attached document was true and accurate to the best of my abilities.

_____          ___06/24/26___
Signature of Interpreter                                    Date

Jeannette Hernandez

Office of the County Counsel

County of Los Angeles

Kenneth Hahn Hall of Administration

500 West Temple Street #648

Los Angeles, CA 90012

HOA.105984664.3                          -6-
DECLARATION OF ARMANDO TORRES