HYDEE FELDSTEIN SOTO (SBN 106866)
City Attorney
hydee.feldsteinsoto@lacity.org
VALERIE L. FLORES (SBN 138572)
valerie.flores@lacity.org
MICHAEL J. DUNDAS (SBN 226930)
mike.dundas@lacity.org
MARIA LOUISE COUSINEAU (SBN 122280)
maria.cousineau@lacity.org
RANDALL G. SOMMER (SBN 214099)
randall.sommer@lacity.org
SHUBHRA SHIVPURI (SBN 295534)
shubhra.shivpuri@lacity.org
OFFICE OF THE LOS ANGELES CITY ATTORNEY
City Hall 200 North Spring Street 21st Floor
Los Angeles, CA 90012-4130
Tel.: 213-922-8382; Fax: 213-978-7957

*Attorneys for Intervenor City of Los Angeles*

E. MARTIN ESTRADA (SBN 223802)
martin.estrada@mto.com
DANIEL B. LEVIN (SBN 226044)
daniel.levin@mto.com
JOHN L. SCHWAB (SBN 301386)
john.schwab@mto.com
V. GRACE DAVIS (SBN 336732)
grace.davisfisher@mto.com
V. ROMAN LEAL (SBN 348892)
roman.leal@mto.com
WENDY QIUYU XIAO (SBN 342702)
wendy.xiao@mto.com
MUNGER, TOLLES & OLSON LLP
350 South Grand Avenue
50th Floor
Los Angeles, California 90071
Tel.: 213-683-9100; Fax: 213-687-3702

*Attorneys for Intervenors Cities of Los Angeles, Anaheim, Bell Gardens, Beverly Hills, Carpinteria, Culver City, Huntington Park, Long Beach, Lynwood, Montebello, Monterey Park, Oxnard, Paramount, Pico Rivera, Pomona, Santa Ana, Santa Barbara, Santa Monica, South Gate, and West Hollywood*

NICOLE DAVIS TINKHAM (SBN 229592)
ntinkham@counsel.lacounty.gov
LILIANA CAMPOS (SBN 255753)
lcampos@counsel.lacounty.gov
BRIGIT GREESON ALVAREZ (SBN 237301)
bgreesonalvarez@counsel.lacounty.gov
OFFICE OF THE COUNTY COUNSEL
648 Kenneth Hahn Hall of Admin.,
500 West Temple Street
Los Angeles, California 90012-2713
Tel.: 213-808-8736; Fax: 213-633-1915

*Attorneys for Intervenor County of Los Angeles*

MICHELE BEAL BAGNERIS (SBN 115423)
City Attorney
mbagneris@cityofpasadena.net
ARNOLD F. LEE (SBN 278610)
aflee@cityofpasadena.net
ANDREW AARONIAN (SBN 318245)
aaaronian@cityofpasadena.net
OFFICE OF THE CITY ATTORNEY OF PASADENA
100 N Garfield Ave, Rm N-210
Pasadena, CA 91101
Tel.: 626-744-4141; Fax: 626-744-4190

*Attorneys for Intervenor City of Pasadena*

NORMAN L. EISEN*
Norman@democracydefenders.org
STEPHEN A. JONAS (SBN 542005)
Steve@democracydefenders.org
JOSHUA G. KOLB*
Joshua@democracydefenders.org
DEMOCRACY DEFENDERS FUND
600 Pennsylvania Ave. SE, Suite 15180
Washington, DC 20003
Tel: (202) 594-9958

*Admitted Pro Hac Vice*

*Attorneys for Intervenor City of Los Angeles*

-1-

DECLARATION OF REGINA VANNICOLA

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

Pedro VASQUEZ PERDOMO; Carlos Alexander OSORTO; and Isaac VILLEGAS MOLINA; Jorge HERNANDEZ VIRAMONTES; Jason Brian GAVIDIA; LOS ANGELES WORKER CENTER NETWORK; UNITED FARM WORKERS; COALITION FOR HUMANE IMMIGRANT RIGHTS; IMMIGRANT DEFENDERS LAW CENTER,

*Plaintiffs*,

v.

Markwayne MULLIN, in his official capacity as Secretary, Department of Homeland Security; Todd M. LYONS, in his official capacity as Acting Director, U.S. Immigration and Customs Enforcement; Rodney S. SCOTT, in his official capacity as Commissioner, U.S. Customs and Border Patrol; Michael W. BANKS, in his official capacity as Chief of U.S. Border Patrol; Kash PATEL, in his official capacity as Director, Federal Bureau of Investigation; Pam BONDI, in her official capacity as U.S. Attorney General; Jaime RIOS, in his official capacity as Acting Field Office Director for Los Angeles, U.S. Immigration and Customs Enforcement; Dean T. SORENSON, Special Agent in Charge for Los Angeles, Homeland Security Investigations, U.S. Immigration and Customs Enforcement; Gregory K. BOVINO, in his official capacity as Chief Patrol Agent for El Centro Sector of the U.S. Border Patrol; Justin DE LA TORRE, in his official capacity as Acting Chief Patrol Agent, San Diego Sector of the U.S. Border Patrol; Akil DAVIS, in his official capacity as Assistant Director in Charge, Los Angeles Office, Federal Bureau of Investigation; Bilal A. ESSAYLI, in his official capacity as U.S. Attorney for the Central District of California,

*Defendants*.

Case No.: 2:25-cv-05605-MEMF-SP

**DECLARATION OF REGINA VANNICOLA**

-2-

DECLARATION OF REGINA VANNICOLA

## DECLARATION OF REGINA VANNICOLA

I, REGINA VANNICOLA, hereby declare:

1.     I am over the age of 18 years old and make this declaration based on my personal knowledge. If called to testify, I would and could do so truthfully based upon my personal knowledge.

2.     I reside in the City of Santa Monica at the northeast corner of 16th Street and Washington on 16th Street.  My front door faces 16th Street, towards the south-west.

3.     Between 5:30 a.m. and 6:00 a.m. in the morning of June 12, 2025, my dog started barking and I looked out my living room window and saw a grey Dodge Charger parked in the red zone in front of my house on 16th Street. I noticed that this was not an official vehicle and that it had dark tinted windows with a silver sunshade across the windshield.  The car stayed parked there for a period of time. I know this because I looked out the window several times over approximately the next two hours.  That the car was parked in the red zone for so long made me suspicious, so at approximately 7:30 a.m. when I went outside to walk one of my dogs, I took my iPhone with me to record the vehicle's presence in the red zone. I took two photographs of the car including one of the license plates.

4.     Then, I crossed 16th street, and just as I reached the other side, I observed at least four armed and masked men exit at least four different vehicles that were parked on the street and run up 16th Street generally north toward Idaho Ave. and toward the construction site in the middle of the block. At least two of the men had vests that said "Police." I did not see any official metal badges on any of the men. The four vehicles appeared to all be personal vehicles; none of them appeared to be official. All of the cars had extra dark tinted windows.  Two were Dodge Chargers, one grey and one dark blue, and one was a black Toyota sedan. The grey Charger was the one in front of my home and the black Toyota and the blue Charger were across the street.

Docusign Envelope ID: 7BBD278D-5536-8506-897D-1CD065B537A3

5. I began recording video on my iPhone at 7:37 am, a few seconds after I first observed  the four armed and masked men exiting their vehicles. By this point at least four armed men were across the street from where I stood and three were apprehending a Latino-looking construction worker. The construction worker was about 5'8'', heavy set, with short dark hair and a mustache. The fourth masked man ran toward the construction site located just a half block from Lincoln Middle School, in an apparent attempt to apprehend other construction workers. The unmarked vehicles were also all parked within ½-block of Lincoln Middle School.

6. The construction worker that three masked men were detaining was wearing a green hard hat, grey or green work pants and a dark blue or black puffer vest. It looked like the men apprehending the construction worker were using zip ties to put his hands behind his back.  It did not look like the masked men spoke to the construction worker. I did not see them show any identification to him before apprehending him. I also did not see the construction worker provide any identification to the masked men before he was placed in the grey Charger

7. Once the construction worker's hands were restrained by the three men, two of the masked men escorted him to the grey Charger approximately 50 feet away.  As the two were putting the construction worker into the back seat of that vehicle, I saw the third masked man driving a dark blue Charger southbound on 16th Street, toward Wilshire, on the wrong side of the street. He drove by and stopped next to the grey Charger.  He got out, walked to the back of the grey Charger, shoved one of the masked men away, checked on the construction worker in the back seat, and motioned to the driver, who was wearing a Hawaiian shirt, that he could leave. The masked man who had been driving the blue Charger got back into his vehicle in the middle of the street and drove away, south bound on 16th Street.

8. Of the two remaining masked men standing outside the grey Charger, one briefly took off his mask. He walked across the street toward where I was standing, to the black Toyota, pulled his mask up over his face, got in the black

-4-
DECLARATION OF REGINA VANNICOLA

Toyota, and drove away.  As he was approaching his vehicle, I said to him: "Why are you wearing a mask? Are you ashamed of what you are doing?  You should be." He looked me in the eyes, but did not respond. He had what looked like a sticker badge on his vest.  It did not look like a real or official badge.

9.    I stopped recording video on my phone. There are two videos, one is approximately 5 seconds long and the other is approximately 2:08 minutes (two minutes eight seconds) long.

10.    I was terrified by what I saw because these were armed men, carrying out what may or may not have been a legal operation, with no notice to the residents, many of whom were out on the street while this was going on. I felt that the residents were placed at risk. The masked men were not identifiable, so we had no way of confirming who they were or what they were doing, even after the fact. They carried out an armed raid within feet of a junior high school with no warning or concern.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on ___6/4/2026_____, at Santa Monica, California.

DocuSigned by:

_____
62757F5BB5674E8...
REGINA VANNICOLA

-5-

DECLARATION OF REGINA VANNICOLA