Jin Niu
MUNGER, TOLLES & OLSON
350 S. Grand Ave.,
50th Fl. Los Angeles, CA 90071
Tel: 213-683-9100 | Fax: 213-683-9100

**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

Vasquez Perdomo, et al.

PLAINTIFF(S)

v.

Markwayne Mullin, et al.

DEFENDANT(S).

CASE NUMBER:

2:25-cv-05605-MEMF-SP

**NOTICE OF MANUAL FILING OR LODGING**

PLEASE TAKE NOTICE:

Pursuant to Local Rule 5-4.2, the following document(s) or item(s) are exempt from electronic filing, and will therefore be manually ☐ Filed ☑ Lodged: **(List Documents)**

Courtesy copy of media files referenced in the below declarations that were filed with Intervenors' Joinder in Plaintiffs' Motion for Preliminary Injunction re: Warrantless Arrests (ECF No. 570). The media files are also accessible via Box links included in each declaration.

- Declaration of Jason A. Skeen (ECF No. 570-12)
- Declaration of Julia Mayer (ECF No. 570-17)
- Declaration of Monica Solorzano (ECF No. 570-18)
- Declaration of Joseph Ruelas (ECF No. 570-21)
- Declaration of Ingrid Bostrom (ECF No. 570-39)

**Reason:**

☐ Under Seal
☐ In Camera
☑ Items not conducive to e-filing (i.e., videotapes, CDROM, large graphic charts)
☐ Per Court order dated: ____________
☐ Other:

June 30, 2026
Date

Jin Niu
Attorney Name

Intervenors Party
Represented

*Note: File one Notice of Manual Filing or Lodging in each case, each time you manually submit a document(s).*