3BRETT A. SHUMATE
Assistant Attorney General
Civil Division

ERIC J. HAMILTON
Deputy Assistant Attorney General

BRANTLEY T. MAYERS
Counsel to the Assistant Attorney General
Civil Division

ANDREW I. WARDEN
C. LEE REEVES, II
Civil Division, Federal Programs Branch
1100 L St. NW
Washington, D.C. 20005
Telephone: (202) 616-0773
E-mail: Lee.Reeves2@usdoj.gov

JONATHAN A. ROBBINS
Civil Division, Office of Immigration Litigation
450 5th Street NW
Washington DC 20044
(202) 305-8275
Jonathan.A.Robbins@usdoj.gov

*Attorneys for the United States*

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

**In re Subpoena to Coalition for Humane Immigrant Rights (CHIRLA)**

Served in the United States District Court for the Northern District of Illinois (Case No. 26-cv-321)

STATE OF ILLINOIS *et al.*,
Plaintiff,

No.

**UNITED STATES OF AMERICA'S NOTICE OF MOTION AND MOTION FOR PROTECTIVE ORDER AND MOTION TO QUASH SUBPOENA ISSUED BY THE STATE OF ILLINOIS AND THE CITY OF CHICAGO TO COALITION FOR HUMANE IMMIGRANT RIGHTS**

Hearing Date:

v.

DEPARTMENT OF HOMELAND SECURITY, *et al.*,
Defendants.

Hearing Time:
Ctrm:

Hon.

**TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:**

**PLEASE TAKE NOTICE** that as soon as the matter may be heard before the United States District Court for the Central District of California, the United States of America will and hereby does move this Court for a protective order and an order quashing the subpoena issued to Coalition for Humane Immigrant Rights by the State of Illinois and the City of Chicago pursuant to Federal Rules of Civil Procedure 26 and 45. The subpoena was issued in support of a civil action filed in the United States District Court for the Northern District of Illinois, *State of Illinois et al. v. Department of Homeland Security et al.*, Case No. 26-cv-321 (N.D. Ill.).

Good cause exists to grant this Motion because the overly broad and unduly burdensome subpoena seeks irrelevant and privileged federal government documents belonging to the United States that the federal government has produced to Coalition for Humane Immigrant Rights under a protective order in civil discovery in *Vazquez Perdomo v. Mullin*, 2:25-cv-05605-MEMF-SP (C.D. Cal.).

This Motion is based upon this Notice of Motion, the accompanying Memorandum of Points and Authorities and attached exhibits, and upon such other and further arguments, documents, and grounds as may be advanced in the future.

This motion is made following a conference of counsel for Coalition for Humane Immigrant Rights, the State of Illinois, and the City of Chicago pursuant to Local Rule 7-3, which took place on July 23, 2026. A statement of compliance with Local Rule 7-3 is attached.

Undersigned counsel hereby notifies the Court that this notice of motion, supporting memorandum, exhibits, meet and confer statement, and proposed order were served on the following individuals:

Vikas.Didwania@ilag.gov

chelsey.metcalf@cityofchicago.org

paul.berks@ilag.gov

Henry.Shreffler@mto.com

Sara.Worth@mto.com

Dated: July 1, 202

BRETT A. SHUMATE
Assistant Attorney General
Civil Division

ERIC J. HAMILTON
Deputy Assistant Attorney General

BRANTLEY T. MAYERS
Counsel to the Assistant Attorney General
Civil Division

ANDREW I. WARDEN
Assistant Branch Director

/s/ *C. Lee Reeves, II*
C. LEE REEVES, II
Trial Attorney
Civil Division, Federal Programs Branch
1100 L St. NW
Washington, D.C. 20005
Telephone: (202) 616-0773
E-mail: Lee.Reeves2@usdoj.gov

*Attorneys for the United States*