BRETT A. SHUMATE
Assistant Attorney General
Civil Division

ERIC J. HAMILTON
Deputy Assistant Attorney General

BRANTLEY T. MAYERS
Counsel to the Assistant Attorney General
Civil Division

ANDREW I. WARDEN
C. LEE REEVES, II
Civil Division, Federal Programs Branch
    1100 L St. NW
    Washington, D.C. 20005
    Telephone: (202) 616-0773
    E-mail: Lee.Reeves2@usdoj.gov

*Attorneys for the United States*

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| **In re Subpoena to Coalition for Humane Immigrant Rights (CHIRLA)**<br><br>Served in the United States District Court for the Northern District of Illinois (Case No. 26-cv-321)<br><br><br>STATE OF ILLINOIS *et al.*,<br>            Plaintiff,<br>    v.<br><br>DEPARTMENT OF HOMELAND SECURITY, *et al.*,<br>            Defendants. | **UNITED STATES OF AMERICA'S CERTIFICATION AND NOTICE OF INTERESTED PARTIES** |

I, ANDREW I. WARDEN, declare and states as follows:

1. I am an Assistant Branch Director with the United States Department of Justice, Civil Division. I am one of the attorneys assigned to represent Defendants in *State of Illinois et al. v. Department of Homeland Security et al.*, Case No. 26-cv-321 (N.D. Ill.). I submit this declaration in compliance with Local Rule 7-3.

2. I make this declaration based upon my personal knowledge. If called as a witness and placed under oath, I could and would testify thereto.

3. On June 23, 2026, I conferred by way of videoconference with attorneys representing the State of Illinois, the City of Chicago, and Plaintiffs in *Vasquez Perdomo v. DHS*, 25-cv-05605 (C.D. Cal.). Attorneys from the Department of Justice, Civil Division representing the federal Defendants in *Vasquez Perdomo* also attended the conference.

4. During the telephone conference, the Department of Justice attorneys discussed the arguments the federal government planned to assert in support of the planned motion to quash the subpoena issued by the State of Illinois and the City of Chicago to Coalition for Humane Immigrant Rights.

5. Although the parties had a productive discussion and conferred in good faith, the parties were unable to reach a resolution that eliminates the necessity of the federal government's motion.

6. Counsel for the State of Illinois and the City of Chicago stated that they oppose the motion.

7. Counsel for the Coalition for Humane Immigrant Rights stated that they take no position on the motion.

//
//
//
//

1

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Dated:  July 1, 2026

/s/ *Andrew I. Warden*
ANDREW I. WARDEN
Assistant Branch Director (IN #23640-49)
U.S. Department of Justice
Civil Division, Federal Programs Branch
1100 L St. NW
Washington, D.C. 20005
Telephone: (202) 616-5084
E-mail: Andrew.Warden@usdoj.gov

2