BRETT A. SHUMATE
Assistant Attorney General
Civil Division

ERIC J. HAMILTON
Deputy Assistant Attorney General

BRANTLEY T. MAYERS
Counsel to the Assistant Attorney General
Civil Division

ANDREW I. WARDEN
C. LEE REEVES, II
Civil Division, Federal Programs Branch
    1100 L St. NW
    Washington, D.C. 20005
    Telephone: (202) 616-0773
    E-mail: Lee.Reeves2@usdoj.gov

JONATHAN A. ROBBINS
Civil Division, Office of Immigration Litigation
450 5th Street NW
Washington DC 20044
(202) 305-8275
Jonathan.A.Robbins@usdoj.gov

*Attorneys for the United States*

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| **In re Subpoena to Coalition for Humane Immigrant Rights (CHIRLA)**<br><br>Served in the United States District Court for the Northern District of Illinois (Case No. 26-cv-321)<br><br><br>STATE OF ILLINOIS *et al.*,<br>        Plaintiffs, | No. XXXX<br><br>**[PROPOSED] ORDER GRANTING THE UNITED STATES OF AMERICA'S MOTION FOR PROTECTIVE ORDER AND MOTION TO QUASH SUBPOENA ISSUED BY THE STATE OF ILLINOIS AND THE CITY OF CHICAGO TO COALITION FOR HUMANE IMMIGRANT RIGHTS** |

v.

DEPARTMENT OF HOMELAND
SECURITY, *et al.*,

Defendants.

The United States of America's Motion for Protective Order and Motion to Quash came before the Court on July 1, 2026.

Having considered the Motion, the Memorandum of Points and Authorities, all papers and pleadings filed in support of and in opposition to the Motion, and the record in this matter, the Court orders as follows:

1.  The United States of America's Motion is GRANTED.

2.  As to the subpoena issued by the State of Illinois and the City of Chicago to Coalition for Humane Immigrant Rights, this Court issue a protective order and order QUASHING Requests for Production Nos. 1-3 in their entirety and #5 in part.

IT IS SO ORDERED.


Dated: _____                    _____
                                           United States District Judge
                                           Central District of California

1