# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

### CIVIL MINUTES -GENERAL

| Case No. | 2:25-cv-05605-MEMF-SPx | Date | July 2, 2026 |
|---|---|---|---|
| Title | Pedro Vasquez Perdomo, et al. v. Kristi Noem, et al | | |

| Present: The Honorable | Sheri Pym, United States Magistrate Judge | |
|---|---|---|
| Kimberly I. Carter | None | None |
| Deputy Clerk | Court Reporter/Recorder | Tape No. |

| Attorneys Present for Plaintiff: | Attorneys Present for Defendant: |
|---|---|
| None | None |

**Proceedings:**      **(In Chambers) Order Setting Briefing Schedule on January 16 Forensic Imaging Order**

On January 16, 2026, the court issued an Order Granting Plaintiff CHIRLA'S Motion to Compel Discovery.  Docket no. 370.  Among other things, that January 16 Order requires defendants to "[f]orensically image any cell phone used by an agent present at any of the 15 operations." *Id*. at 9.  This order has since been the subject of much discussion and litigation, including in objections to the January 16 Order raised by defendants before the District Judge.  On July 1, 2026, the District Judge referred defendants' objections to the forensic imaging portion of the January 16 Order back to this Magistrate Judge for further briefing.  Docket no. 579.

In light of this order, the court now sets the following briefing schedule, and dispenses with the joint stipulation requirement that normally applies to discovery motions.

- Defendants shall present any arguments they wish concerning the propriety of the forensic imaging portion of the January 16 Order in a brief to be filed on or before July 14, 2026;
- Plaintiffs shall file their response by July 21, 2026;
- Defendants may file a reply by July 28, 2026; and
- The matter will be set for hearing before the Magistrate Judge on August 11, 2026 at 11:00 a.m.

If the foregoing schedule is not feasible for the parties, they may propose an alternative schedule to the court.

---

CV-90 (06/04)                                    **CIVIL MINUTES - GENERAL**                                    Page **1** of **1**