**From:** Robbins, Jonathan A. (CIV)
**To:** "Fry, David"
**Cc:** Davis Fisher, Grace; Perry Stone, Laura; Bashyrov, Jacob (CIV); Shreffler, Henry; Zubata, Jason K. (CIV); Annie Lai; Estrada, Martin; Xiao, Wendy; Mohammad Tajsar; Davis, Tiberius (CIV); DeSimone, Aniello (CIV); Beck, Daniel (USACAC); Groff, Stephanie L. (CIV); Skedzielewski, Sean (CIV); Chapman, Ryan (USACAC); Farrell, Alexander (USACAC); Mayra Joachin; mcraig; Helia Bidad; Mark Rosenbaum; Rebecca Brown; Eva Bitran; Lauren Wilfong; Bushell, Maggie; Levin, Daniel; Schwab, John; Hansen, Becca; Kim, Bobby; Niu, Jin; Kreilkamp, Jacob; Kuhn, Lauren; Myczkowska, Tola M (CIV); Suite, Rickeisha Y. (CIV) (CTR); Lessard, Christopher J. (CIV) (CTR); SPadilla@aclusocal.org; Safavi, Nancy (CIV); Weiss, Adam; Flentje, August (CIV)
**Subject:** RE: Vasquez Perdomo - ICE Declarations
**Date:** Monday, June 22, 2026 11:43:00 AM

---

Hi David,

I appreciate your patience while we discussed Plaintiffs' terms with ICE. The agency advises that, notwithstanding the issue of personal phones (which is the subject of the upcoming order to show cause hearing), it is working to achieve all five obligations.

Defendants are also in receipt of counsel's June 17 letter requesting, among other things, I-200s. Because this goes to the request for standardized documentation presented in your email, Defendants would ask to make July 31 the deadline for that production.

Given the parties' agreement as to production requirements, Defendants would respectfully ask to table the Rule 37 joint stipulation Plaintiffs circulated Tuesday and to instead file a joint stipulation agreeing to the terms and July 31 deadline. Plaintiffs would be able to reserve the right to seek sanctions should this deadline not be met. If Plaintiffs agree, Defendants will draft the stipulation and circulate for your review. If not, we can send our draft of the Rule 37 joint stipulation later this evening.

Thank you for continuing to work with us, and I look forward to your response.

Thanks,
Jonathan

---

**From:** Fry, David <David.Fry@mto.com>
**Sent:** Tuesday, June 16, 2026 3:38 PM
**To:** Robbins, Jonathan A. (CIV) <Jonathan.A.Robbins@usdoj.gov>
**Cc:** Davis Fisher, Grace <Grace.DavisFisher@mto.com>; Perry Stone, Laura <Laura.PerryStone@mto.com>; Bashyrov, Jacob (CIV) <Jacob.Bashyrov@usdoj.gov>; Shreffler, Henry <Henry.Shreffler@mto.com>; Zubata, Jason K. (CIV) <Jason.K.Zubata@usdoj.gov>; Annie Lai <alai@law.uci.edu>; Estrada, Martin <Martin.Estrada@mto.com>; Xiao, Wendy <Wendy.Xiao@mto.com>; Mohammad Tajsar <mtajsar@aclusocal.org>; Davis, Tiberius (CIV) <Tiberius.Davis@usdoj.gov>; DeSimone, Aniello (CIV) <Aniello.DeSimone@usdoj.gov>; Beck, Daniel (USACAC) <Daniel.Beck@usdoj.gov>; Groff, Stephanie L. (CIV) <Stephanie.L.Groff@usdoj.gov>; Skedzielewski, Sean (CIV) <Sean.Skedzielewski@usdoj.gov>; Chapman, Ryan (USACAC) <Ryan.Chapman@usdoj.gov>; Farrell, Alexander (USACAC) <Alexander.Farrell@usdoj.gov>; Mayra Joachin <MJoachin@aclusocal.org>; mcraig <mcraig@heckerfink.com>; Helia Bidad <hbidad@heckerfink.com>; Mark Rosenbaum <mrosenbaum@publiccounsel.org>; Rebecca Brown <rbrown@publiccounsel.org>; Eva Bitran <EBitran@aclusocal.org>; Lauren Wilfong

<lwilfong@ndlon.org>; Bushell, Maggie <Maggie.Bushell@mto.com>; Levin, Daniel <daniel.levin@mto.com>; Schwab, John <John.Schwab@mto.com>; Hansen, Becca <Rebecca.Hansen@mto.com>; Kim, Bobby <Bobby.Kim@mto.com>; Niu, Jin <Jin.Niu@mto.com>; Kreilkamp, Jacob <Jacob.Kreilkamp@mto.com>; Kuhn, Lauren <Lauren.Kuhn@mto.com>; Myczkowska, Tola M (CIV) <Tola.M.Myczkowska@usdoj.gov>; Suite, Rickeisha Y. (CIV) <Rickeisha.Y.Suite@usdoj.gov>; Lessard, Christopher J. (CIV) <Christopher.J.Lessard@usdoj.gov>; SPadilla@aclusocal.org; Safavi, Nancy (CIV) <Nancy.Safavi@usdoj.gov>; Weiss, Adam <Adam.Weiss@mto.com>
**Subject:** [EXTERNAL] RE: Vasquez Perdomo - ICE Declarations

Jonathan,

Thank you for your response. We are obviously pleased that ICE will agree to complete the production by July 31, but we are concerned that the parties may have different understandings of what completing the production entails.

As we discussed on last week's call, Plaintiffs' concerns are not limited to ICE's improper use of search terms. Among other things, (1) ICE must image and search any cell phone of any officers who were present at any of the 15 operations at issue, regardless of whether those officers used the phone during the course of physically executing such operations; (2) ICE must search data from all apps that might include responsive information, which would include apps like WhatsApp and Signal; (3) ICE must produce information in useable, standard format—which for some of this data means RSMF—and produce all metadata, which includes metadata reflecting deletion of ESI; (4) ICE must conduct an adequate search for, and produce, all documents required by the Court's order but unaddressed in the ICE Declarations—including standard documentation relating to the operations and all documentation concerning the arrests of anyone arrested during the operations; and (5) ICE must provide affidavits explaining its document collection processes. As ICE has not provided any declaration addressing whether or how it gathered standard documentation and/or documentation concerning all persons arrested during the operations, we have no basis to know what ICE has done to collect them and whether the collection process was adequate. Please advise me whether ICE shares this understanding of its obligations.

Sincerely,

David Fry

**David Fry | Senior Counsel | Munger, Tolles & Olson LLP**

Tel: 415-512-4082 | david.fry@mto.com

---

**From:** Robbins, Jonathan A. (CIV) <Jonathan.A.Robbins@usdoj.gov>
**Sent:** Tuesday, June 16, 2026 9:42 AM
**To:** Fry, David <David.Fry@mto.com>
**Cc:** Davis Fisher, Grace <Grace.DavisFisher@mto.com>; Perry Stone, Laura <Laura.PerryStone@mto.com>; Bashyrov, Jacob (CIV) <Jacob.Bashyrov@usdoj.gov>; Shreffler, Henry <Henry.Shreffler@mto.com>; Zubata, Jason K. (CIV) <Jason.K.Zubata@usdoj.gov>; Annie Lai <alai@law.uci.edu>; Estrada, Martin <Martin.Estrada@mto.com>; Xiao, Wendy <Wendy.Xiao@mto.com>; Mohammad Tajsar <mtajsar@aclusocal.org>; Davis, Tiberius (CIV) <Tiberius.Davis@usdoj.gov>; DeSimone, Aniello (CIV) <Aniello.DeSimone@usdoj.gov>; Beck, Daniel (USACAC) <Daniel.Beck@usdoj.gov>; Groff, Stephanie L. (CIV) <Stephanie.L.Groff@usdoj.gov>; Skedzielewski, Sean (CIV) <Sean.Skedzielewski@usdoj.gov>; Chapman, Ryan (USACAC) <Ryan.Chapman@usdoj.gov>; Farrell, Alexander (USACAC) <Alexander.Farrell@usdoj.gov>; Mayra Joachin <MJoachin@aclusocal.org>; mcraig <mcraig@heckerfink.com>; Helia Bidad <hbidad@heckerfink.com>; Mark Rosenbaum <mrosenbaum@publiccounsel.org>; Rebecca Brown <rbrown@publiccounsel.org>; Eva Bitran <EBitran@aclusocal.org>; Lauren Wilfong <lwilfong@ndlon.org>; Bushell, Maggie <Maggie.Bushell@mto.com>; Levin, Daniel <daniel.levin@mto.com>; Schwab, John <John.Schwab@mto.com>; Hansen, Becca <Rebecca.Hansen@mto.com>; Kim, Bobby <Bobby.Kim@mto.com>; Niu, Jin <Jin.Niu@mto.com>; Kreilkamp, Jacob <Jacob.Kreilkamp@mto.com>; Kuhn, Lauren <Lauren.Kuhn@mto.com>; Myczkowska, Tola M (CIV) <Tola.M.Myczkowska@usdoj.gov>; Suite, Rickeisha Y. (CIV) <Rickeisha.Y.Suite@usdoj.gov>; Lessard, Christopher J. (CIV) <Christopher.J.Lessard@usdoj.gov>; SPadilla@aclusocal.org; Safavi, Nancy (CIV) <Nancy.Safavi@usdoj.gov>; Weiss, Adam <Adam.Weiss@mto.com>
**Subject:** RE: Vasquez Perdomo - ICE Declarations

Hi David:

I have been working with ICE to assess how we can meet Plaintiffs' proposed July 31st deadline. ICE advises that it can stipulate to the July 31st deadline.

We have also been working with ICE to re-produce the phones in RSMF format, and ICE advises that it will do so.

Finally, ICE advises that it will re-run its pull of the phones under the date ranges proposed by Plaintiffs (June 5, 2025 to September 4, 2025).

Defendants understand the need to keep discovery moving and again apologize for this honest oversight. Defendants respectfully propose that the parties stipulate to completion of the ICE

government phone responsive productions by July 31, and include a point that Plaintiffs reserve the right to seek monetary sanctions should this deadline not be met. If the parties are in agreement, Defendants can draft and circulate the stipulation for your review.

Thanks,
Jonathan

---

**From:** Fry, David <David.Fry@mto.com>
**Sent:** Monday, June 15, 2026 3:16 PM
**To:** Robbins, Jonathan A. (CIV) <Jonathan.A.Robbins@usdoj.gov>
**Cc:** Davis Fisher, Grace <Grace.DavisFisher@mto.com>; Perry Stone, Laura <Laura.PerryStone@mto.com>; Bashyrov, Jacob (CIV) <Jacob.Bashyrov@usdoj.gov>; Shreffler, Henry <Henry.Shreffler@mto.com>; Zubata, Jason K. (CIV) <Jason.K.Zubata@usdoj.gov>; Annie Lai <alai@law.uci.edu>; Estrada, Martin <Martin.Estrada@mto.com>; Xiao, Wendy <Wendy.Xiao@mto.com>; Mohammad Tajsar <mtajsar@aclusocal.org>; Davis, Tiberius (CIV) <Tiberius.Davis@usdoj.gov>; DeSimone, Aniello (CIV) <Aniello.DeSimone@usdoj.gov>; Beck, Daniel (USACAC) <Daniel.Beck@usdoj.gov>; Groff, Stephanie L. (CIV) <Stephanie.L.Groff@usdoj.gov>; Skedzielewski, Sean (CIV) <Sean.Skedzielewski@usdoj.gov>; Chapman, Ryan (USACAC) <Ryan.Chapman@usdoj.gov>; Farrell, Alexander (USACAC) <Alexander.Farrell@usdoj.gov>; Mayra Joachin <MJoachin@aclusocal.org>; mcraig <mcraig@heckerfink.com>; Helia Bidad <hbidad@heckerfink.com>; Mark Rosenbaum <mrosenbaum@publiccounsel.org>; Rebecca Brown <rbrown@publiccounsel.org>; Eva Bitran <EBitran@aclusocal.org>; Lauren Wilfong <lwilfong@ndlon.org>; Bushell, Maggie <Maggie.Bushell@mto.com>; Levin, Daniel <daniel.levin@mto.com>; Schwab, John <John.Schwab@mto.com>; Hansen, Becca <Rebecca.Hansen@mto.com>; Kim, Bobby <Bobby.Kim@mto.com>; Niu, Jin <Jin.Niu@mto.com>; Kreilkamp, Jacob <Jacob.Kreilkamp@mto.com>; Kuhn, Lauren <Lauren.Kuhn@mto.com>; Myczkowska, Tola M (CIV) <Tola.M.Myczkowska@usdoj.gov>; Suite, Rickeisha Y. (CIV) <Rickeisha.Y.Suite@usdoj.gov>; Lessard, Christopher J. (CIV) <Christopher.J.Lessard@usdoj.gov>; SPadilla@aclusocal.org; Safavi, Nancy (CIV) <Nancy.Safavi@usdoj.gov>; Weiss, Adam <Adam.Weiss@mto.com>
**Subject:** [EXTERNAL] Vasquez Perdomo - ICE Declarations

Jonathan,

I wanted to follow-up regarding our conversation on Wednesday. Having considered what you said, we still think we need to file a motion, but given that ICE is already undertaking to remedy the situation (at least in part), we would not intend to seek civil contempt. Instead, we will request a hard deadline of July 31 for ICE to complete its production of everything required by the January 16 order (but not modifying the agency's existing obligations regarding imaging personal phones—an issue on a separate track). We will still seek monetary sanctions and language stating that counsel of record are responsible for ensuring the reasonableness of Defendants' information-gathering processes for discovery purposes and are personally

subject to monetary sanctions if those processes are unreasonable.

Best regards,

Dave

**David Fry | Senior Counsel | Munger, Tolles & Olson LLP**
Tel: 415-512-4082 | david.fry@mto.com