UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES—GENERAL**

| | | | |
|---|---|---|---|
| Case No. | **2:25-cv-05605-MEMF-SPx** | Date | **July 9, 2026** |

| | | |
|---|---|---|
| Title  **Pedro Vasquez Perdomo et al v. Kristi Noem et al** | Page | **1 of 2** |

Present: The Honorable   MAAME EWUSI-MENSAH FRIMPONG,
UNITED STATES DISTRICT JUDGE

| | |
|---|---|
| Damon Berry | CourtSmart |
| Deputy Clerk | Court Recorder |

| Attorneys Present for Plaintiff(s) | Attorneys Present for Defendant(s) |
|---|---|
| Rebecca Sarah Brown | Nancy N. Safavi |
| Mark D. Rosenbaum | |
| Sara H. Worth | |
| Mohammad Tajsar | |
| Allison Steffel | |
| Brynna Rhiannon Bolt | |
| Anne Lai | |
| Mayra Joachin | |
| Laura Perry Stone | |
| Matthew Craig | |

**Proceedings:  DEFENDANTS' MOTION TO DISMISS PLAINTIFFS' SECOND
AMENDED COMPLAINT [494]**

The case is called, and counsel state their appearances. Also present are counsel for Intervenors: Wendy Q. Xiao, Brigit Greeson Alvarez, and Michael J. Dundas. The Court invites counsel to present oral arguments.

Pursuant to the Defendants' request and after conferring with the parties, this Court ordered supplemental briefing regarding the recent decision in *Mullin v. Doe*, No. 25-1083, 609 U.S. ___ (2026). Defendants shall file their brief by Thursday, July 23, 2026. Plaintiffs shall file any response by Thursday, July 30, 2026. Each brief shall be no longer than five (5) pages. No further hearing on this Motion will be scheduled unless this Court orders otherwise.

For the reasons stated on the record, the parties are also ordered to file a Notice of Party Name Change regarding the caption of the case.

//
//
//

| | | |
|---|---|---|
| CV-90 | **CIVIL MINUTES - GENERAL** | :22 |
| | | Initials of Deputy Clerk: <u>DBE</u> |

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES—GENERAL**

| Case No. | **2:25-cv-05605-MEMF-SPx** | Date | **July 9, 2026** |
|---|---|---|---|

| Title | **Pedro Vasquez Perdomo et al v. Kristi Noem et al** | Page | **2 of 2** |
|---|---|---|---|

The matter is taken under submission. Order to issue.

**IT IS SO ORDERED**.