MOLLY MAUCK (SBN 344728)
*Molly.Mauck@ilag.gov*
VIKAS DIDWANIA (IL BAR 6299645) (*pro hac vice* application forthcoming)
*Vikas.Didwania@ilag.gov*
Office of the Illinois Attorney General
115 S. LaSalle Street, 31st Floor
Chicago, IL 60603
(312) 814-3000
*Counsel for the State of Illinois*

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| **In re Subpoena to Coalition for Humane Immigrant Rights**<br><br>Served in the United States District Court for the Northern District of Illinois (Case No. 26-cv-321)<br><br>STATE OF ILLINOIS, *et al.*,<br><br>Plaintiffs,<br><br>v.<br><br>DEPARTMENT OF HOMELAND SECURITY, *et al.*,<br><br>Defendants. | Case No.:<br><br>**DISCOVERY MATTER**<br><br>**STATE OF ILLINOIS'S NOTICE OF MOTION AND MOTION TO TRANSFER UNITED STATES'S MOTION FOR PROTECTIVE ORDER AND MOTION TO QUASH SUBPOENA ISSUED BY STATE OF ILLINOIS AND CITY OF CHICAGO TO COALITION FOR HUMANE IMMIGRANT RIGHTS AND UNOPPOSED MOTION TO STAY RESPONSE DEADLINE** |

PLEASE TAKE NOTICE that, as soon as the matter may be heard by the United States District Court for the Central District of California, State of Illinois ("Movant") will and does move the Court to transfer the United States's motion for a protective order and motion to quash the subpoena issued by State of Illinois and City of Chicago to Coalition for Humane Immigrant Rights to the United States District Court for the Northern District of Illinois, Honorable Sara L. Ellis, the issuing court of the subpoena, and to stay the deadline to respond to the United States's motion pending resolution of this motion to transfer.

1

This motion is made on the grounds that Coalition for Humane Immigrant Rights, the recipient of the subpoena, has consented to transfer to the issuing court, transfer will not burden any party, the issuing court is best placed to resolve the issues raised in the United States's motion for a protective order and motion to quash, and transfer will promote efficient resolution of matters before both courts. A stay until fourteen days following resolution of the motion to transfer likewise will cause no burden and will allow the parties to apply the proper jurisdiction's law in their briefing.

This motion is made in accordance with and pursuant to the Local Rules of this Court and the Federal Rules of Civil Procedure and is based upon this notice of motion and motion, the supporting memorandum of points and authorities, declaration of Vikas Didwania, and all other oral and documentary materials and evidence as the Court may consider prior to ruling on this motion.

Pursuant to Local Rule 7-3, counsel for Movant met and conferred with counsel for Coalition for Humane Immigrant Rights, and the United States regarding the substance of this motion prior to its filing. Coalition for Humane Immigrant Rights consents to the motion. The United States consents to the stay but opposes the transfer. Service was effected through CM/ECF.

Dated: July 13, 2026                                STATE OF ILLINOIS


                                    BY:    /s/ *Molly Mauck*_____
                                           MOLLY MAUCK
                                           Molly.Mauck@ilag.gov
                                           VIKAS DIDWANIA* (IL BAR 6299645)
                                           Vikas.Didwania@ilag.gov
                                           Office of the Illinois Attorney General
                                           115 S. LaSalle Street, 31st Floor
                                           Chicago, IL 60603
                                           (312) 814-3000

                                           *Counsel for the State of Illinois*

                                           **Pro hac vice* application forthcoming

2