**UNITED STATES DISTRICT COURT**

**FOR THE CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| Pedro VASQUEZ PERDOMO, *et al.*,<br>Plaintiffs,<br>v.<br>Markwayne MULLIN, in his official capacity as Secretary, Department of Homeland Security, *et al.*,<br>Defendants. | Case No.: 2:25-cv-05605-MEMF-SP<br>**[PROPOSED] ORDER RE NOTICE OF NAME CHANGE**<br>Hon. Maame Ewusi-Mensah Frimpong |

**[PROPOSED] ORDER**

Having read and considered the Notice of Name Change of the Secretary of the Department of Homeland Security, and having determined that good cause exists therefor,

IT IS HEREBY ORDERED THAT:

1. The caption of this action and all future filings and correspondence shall reflect that Kristi Noem was replaced by Markwayne Mullin as the Secretary of the Department of Homeland Security.

2. The clerk shall update the docket to reflect the name change from "*Pedro Vasquez Perdomo, et al. v. Kristi Noem, et al.*" to "*Pedro Vasquez Perdomo, et al. v. Markwayne Mullin, et al.*"

IT IS SO ORDERED.

DATED:

____________________________________
MAAME EWUSI-MENSAH FRIMPONG
United States District Judge