STACY TOLCHIN (SBN 217431)
*stacy@tolchinimmigration.com*
LAW OFFICES OF STACY TOLCHIN
776 E. Green St., Suite 210
Pasadena, CA 91101
Tel: 213-622-7450; Fax: 213-622-7233

MOHAMMAD TAJSAR (SBN 280152)
*mtajsar@aclusocal.org*
MAYRA JOACHIN (SBN 306065)
*mjoachin@aclusocal.org*
DAE KEUN KWON (SBN 313155)
*akwon@aclusocal.org*
STEPHANIE PADILLA (SBN 321568)
*spadilla@aclusocal.org*
ACLU FOUNDATION OF
SOUTHERN CALIFORNIA
P.O. Box 811370
Los Angeles, CA 90081
Tel: 213-977-5232; Fax: 213-201-7878

*Counsel for Stop/Arrest Plaintiffs*

(*Additional counsel listed on next page*)

MARK ROSENBAUM (SBN 59940)
*mrosenbaum@publiccounsel.org*
REBECCA BROWN (SBN 345805)
*rbrown@publiccounsel.org*
RITU MAHAJAN (SBN 252970)
*rmahajan@publiccounsel.org*
GINA AMATO (SBN 215519)
*gamato@publiccounsel.org*
AMANDA MANGASER SAVAGE
(SBN 325996)
*asavage@publiccounsel.org*
PUBLIC COUNSEL
610 South Ardmore Avenue
Los Angeles, CA 90005
Tel: 213-385-2977

*Counsel for All Plaintiffs*

ANNE LAI (SBN 295394)
*alai@law.uci.edu*
UC IRVINE SCHOOL OF LAW
IMMIGRANT AND RACIAL JUSTICE
SOLIDARITY CLINIC
P.O. Box 5479
Irvine, CA 92616-5479
Tel: 949-824-9894; Fax: 949-824-2747

*Counsel for Stop/Arrest Plaintiffs*

# UNITED STATES DISTRICT COURT

# FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| Pedro VASQUEZ PERDOMO, et al.,<br><br>    Plaintiffs,<br><br>  v.<br><br>Markwayne MULLIN, in his official capacity as Secretary, Department of Homeland Security, et al.,<br><br>    Defendants. | Case No.: 2:25-cv-05605-MEMF-SP<br><br>**JOINT STIPULATION EXTENDING STOP/ARREST PLAINTIFFS' DEADLINE TO SEEK RECONSIDERATION OF ECF 580** |

JACOB S. KREILKAMP (SBN 248210)
jacob.kreilkamp@mto.com
DAVID FRY (SBN 189276)
david.fry@mto.com
ADAM B. WEISS (SBN 296381)
adam.weiss@mto.com
SARA H. WORTH (SBN 341088)
sara.worth@mto.com
HENRY D. SHREFFLER (SBN 343388)
henry.shreffler@mto.com
LAURA R. PERRY (SBN 342504)
laura.perrystone@mto.com
LAUREN E. KUHN (SBN 343855)
lauren.kuhn@mto.com
MAGGIE BUSHELL (SBN 354048)
maggie.bushell@mto.com
ANGELA URIBE (SBN 353579)
angela.uribe@mto.com
MUNGER, TOLLES & OLSON LLP
350 S. Grand Ave., 50th Floor
Los Angeles, CA 90071
Tel: 213-683-9100; Fax: 213-683-9100

MATTHEW J. CRAIG (SBN 350030)
mcraig@heckerfink.com
MACK E. JENKINS (SBN 242101)
mjenkins@heckerfink.com
HECKER FINK LLP
1150 South Olive Street, Suite 10-140
Los Angeles, CA 90015
Tel: 212-763-0883; Fax: 212-564-0883

*Counsel for Access/Conditions Plaintiffs*

EDGAR AGUILASOCHO (SBN 285567)
eaguilasocho@farmworkerlaw.com
MARTINEZ AGUILASOCHO LAW, INC.
900 Truxtun Ave, Suite 300
Bakersfield, CA 93301
Tel: 661-859-1174

*Counsel for Plaintiff United Farm Workers*

JOINT STIPULATION EXTENDING STOP/ARREST PLAINTIFFS' DEADLINE TO SEEK
RECONSIDERATION OF ECF 580

JESSICA KARP BANSAL (SBN 277347)
*Jessica@ndlon.org*
LAUREN MICHEL WILFONG*
*lwilfong@ndlon.org*
JIA FU*
*jennifer@ndlon.org*
NATIONAL DAY LABORER ORGANIZING NETWORK
1030 S. Arroyo Parkway, Suite 106
Pasadena, CA 91105
Tel: 626-214-5689

BREE BERNWANGER (SBN 331731)
*bbernwanger@aclunc.org*
AMERICAN CIVIL LIBERTIES UNION FOUNDATION OF NORTHERN CALIFORNIA
39 Drumm Street
San Francisco, CA 94111
Tel: 415-621-2493

BRISA VELAZQUEZ OATIS (SBN 339132)
*bvoatis@aclu-sdic.org*
ACLU FOUNDATION OF SAN DIEGO & IMPERIAL COUNTIES
P.O. Box 87131
San Diego, CA 92138-7131
Tel: 619-398-4199

*Counsel for Stop/Arrest Plaintiffs*

CARL BERGQUIST*
*cbergquist@chirla.org*
COALITION FOR HUMANE IMMIGRANT RIGHTS
2351 Hempstead Road
Ottawa Hills, OH 43606
Tel: 310-279-6025

*Counsel for Plaintiff Coalition for Humane Immigrant Rights*

ALVARO M. HUERTA (SBN 274787)
*ahuerta@immdef.org*
BRYNNA BOLT (SBN 339378)
*bbolt@immdef.org*
ALISON STEFFEL (SBN 346370)
*asteffel@immdef.org*
IMMIGRANT DEFENDERS LAW CENTER
634 S. Spring St., 10th Floor
Los Angeles, CA 90014
Tel: 213-634-0999

*Counsel for Plaintiff Immigrant Defenders Law Center*

* Admitted pro hac vice

Case No.: 2:25-cv-05605-MEMF-SP

JOINT STIPULATION EXTENDING STOP/ARREST PLAINTIFFS' DEADLINE TO SEEK RECONSIDERATION OF ECF 580

BRETT A. SHUMATE
Assistant Attorney General
Civil Division
DREW C. ENSIGN
Deputy Assistant Attorney General
TIBERIUS DAVIS
SEAN SKEDZIELEWSKI
Counsel to the Assistant Attorney
General
JONATHAN A. ROBBINS
Assistant Director
STEPHANIE L. GROFF
JASON K. ZUBATA
ANIELLO DESIMONE
JACOB A. BASHYROV
Trial Attorneys
Office of Immigration Litigation
Civil Division, U.S. Dept. of Justice
P.O. Box 878, Ben Franklin Station
Washington, DC 20044
Tel: (202) 305-8275
Email: *Jonathan.A.Robbins@usdoj.gov*

BILAL A. ESSAYLI
First Assistant United States Attorney
DAVID M. HARRIS
Assistant United States Attorney
Chief, Civil Division
DANIEL A. BECK
Assistant United States Attorney
Chief, Complex and Defensive
Litigation
Section
ALEXANDER L. FARRELL (SBN
335008)
PAULINE H. ALARCON (SBN
345785)
Assistant United States Attorneys
Federal Building, Suite 7516
300 North Los Angeles Street
Los Angeles, California 90012
Tel: (213) 894-2574 | 3992
E-mail: *Alexander.Farrell@usdoj.gov*
*Pauline.Alarcon@usdoj.gov*

*Counsel for Defendants*

Case No.: 2:25-cv-05605-MEMF-SP

JOINT STIPULATION EXTENDING STOP/ARREST PLAINTIFFS' DEADLINE TO SEEK
RECONSIDERATION OF ECF 580

WHEREAS, on May 26, 2026, the Parties filed a Joint Motion for Entry of ESI protocol, *see* ECF 511;

WHEREAS, the Parties' Joint Motion set forth a number of disputes where the Parties disagreed on specific, limited issues pertaining to the Parties' ESI protocol;

WHEREAS, one of the disputes presented for the Court was regarding Defendants' proposed use of pre-collection keyword searching in Microsoft Purview ("Dispute 3");

WHEREAS, Plaintiffs maintained that Defendants' use of pre-collection keyword searching in Microsoft Purview was inappropriate due to technical limitations in the Microsoft Purview platform;

WHEREAS, on July 2, 2026, the Court entered an (In Chambers) Order Granting Joint Motion for Entry of ESI Protocol, *see* ECF 580 ("ESI Protocol Order");

WHEREAS, in the ESI Protocol Order, the Court ordered the parties to meet and confer regarding Defendants' assertions that "the current version of Microsoft Purview Premium they are using does not suffer from the same technical problem," ECF 580 at 3;

WHEREAS, the Parties are meeting and conferring consistent with the Court's order;

WHEREAS, while the Parties meet and confer, Plaintiffs wish to reserve their rights to seek reconsideration of ECF 580;

WHEREAS, Plaintiffs' present presumptive deadline to seek reconsideration of ECF 580 is July 16, 2026, *see* L.R. 7-18;

WHEREAS, the Parties agree that, subject to the Court's approval, Plaintiffs' deadline to seek reconsideration of ECF 580 shall be extended by 30 days from July 16, 2026 to August 17, 2026;

//

//

//

JOINT STIPULATION EXTENDING STOP/ARREST PLAINTIFFS' DEADLINE TO SEEK RECONSIDERATION OF ECF 580

NOW, THEREFORE, in light of the foregoing, the Parties stipulate and respectfully request that the Court enter the following order:

1. Plaintiffs' deadline to seek reconsideration of ECF 580 shall be extended by 30 days from July 16, 2026 to August 17, 2026.

IT IS SO STIPULATED AND AGREED.

DATED:  July 15, 2026          MUNGER, TOLLES & OLSON LLP


                               By:  _____/s/ Henry D. Shreffler_____
                                        HENRY D. SHREFFLER
                                        *Counsel for Stop/Arrest Plaintiffs*


DATED:  July 15, 2026          MUNGER, TOLLES & OLSON LLP


                               By:  _____/s/ Jin Niu_____
                                        JIN NIU
                                        *Counsel for Intervenors Cities of Los Angeles, Anaheim, Bell Gardens, Beverly Hills, Carpinteria, Culver City, Huntington Park, Long Beach, Lynwood, Montebello, Monterey Park, Oxnard, Paramount, Pico Rivera, Pomona, Santa Ana, Santa Barbara, Santa Monica, South Gate, and West Hollywood*


                               OFFICE OF THE LOS ANGELES CITY ATTORNEY

                               By:  _____/s/ Hydee Feldstein Soto_____
                                        HYDEE FELDSTEIN SOTO
                                        *Counsel for Intervenor City of Los Angeles*

-6-                                              Case No.: 2:25-cv-05605-MEMF-SP

OFFICE OF THE COUNTY COUNSEL

By: /s/ Brigit Greeson Alvarez
BRIGIT GREESON ALVAREZ
*Counsel for Intervenor County of Los Angeles*

OFFICE OF THE CITY ATTORNEY OF PASADENA

By: /s/ Arnold F. Lee
ARNOLD F. LEE
*Counsel for Intervenor City of Pasadena*

DATED:  July 15, 2026            UNITED STATES DEPARTMENT OF JUSTICE

By:        /s/ Jacob Bashyrov
JACOB BASHYROV
Trial Attorney
Office of Immigration Litigation
*Counsel for Defendants*

Case No.: 2:25-cv-05605-MEMF-SP
JOINT STIPULATION EXTENDING STOP/ARREST PLAINTIFFS' DEADLINE TO SEEK
RECONSIDERATION OF ECF 580

**ATTESTATION OF FILER**

I attest that the other signatories listed, and on whose behalf this filing is submitted, concur in the filing's content and have authorized this filing.

DATED:  July 15, 2026                    MUNGER, TOLLES & OLSON LLP


By:    _/s/ Henry D. Shreffler_
            HENRY D. SHREFFLER
            *Counsel for Stop/Arrest Plaintiffs*

Case No.: 2:25-cv-05605-MEMF-SP
JOINT STIPULATION EXTENDING STOP/ARREST PLAINTIFFS' DEADLINE TO SEEK
RECONSIDERATION OF ECF 580