BRETT A. SHUMATE
Assistant Attorney General
Civil Division

ERIC J. HAMILTON
Deputy Assistant Attorney General

BRANTLEY T. MAYERS
Counsel to the Assistant Attorney General
Civil Division

ANDREW I. WARDEN
C. LEE REEVES
Civil Division, Federal Programs Branch
    1100 L St. NW
    Washington, D.C. 20005
    Telephone: (202) 616-0773
    E-mail: Lee.Reeves2@usdoj.gov

JONATHAN A. ROBBINS
Civil Division, Office of Immigration Litigation
450 5th Street NW
Washington DC 20044
(202) 305-8275
Jonathan.A.Robbins@usdoj.gov

*Attorneys for the United States*

## UNITED STATES DISTRICT COURT

### FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| **In re Subpoena to Coalition for Humane Immigrant Rights (CHIRLA)**<br><br>Served in the United States District Court for the Northern District of Illinois (Case No. 26-cv-321)<br><br><br>STATE OF ILLINOIS *et al.*,<br>        Plaintiff, | **No. 2:25-cv-05605-MEMF-SP (Misc.)**<br><br>**STIPULATION FOR SCHEDULING ORDER FOR THE STATE OF ILLINOIS'S MOTION TO TRANSFER; DECLARATION OF C. LEE REEVES** |

v.

DEPARTMENT OF HOMELAND
SECURITY, *et al.*,
                    Defendants.

1.      Plaintiffs State of Illinois and the City of Chicago (collectively "Plaintiffs") and Defendants United States Department of Homeland Security (DHS), Defendant Markwayne Mullin, in his capacity as Secretary of the Department of Homeland Security, United States Immigration and Customs Enforcement (ICE), David Venturella, in his capacity as Interim Director of ICE, Samuel Olson, in his capacity as the Chicago Field Director ICE, United States Customs and Border Patrol (CBP), Rodney Scott, in his capacity as CBP Commissioner, and Tom Homan, in his capacity as Border Patrol, Commander-at-large (collectively "Defendants") stipulate to the below scheduling order. This motion was opposed in part and unopposed in part: Defendants did not oppose Plaintiffs' request to stay deadlines and briefing on Plaintiffs' response to Defendants' motion to quash the subpoena, but did oppose Plaintiffs' motion to transfer the motion to quash to the Northern District of Illinois, which authorized the issuance of the subpoena in question.  On July 17, 2026 counsel for the Parties engaged in a conference call to meet and confer concerning a briefing schedule regarding Plaintiffs' Motion to Transfer the United States's Motion for Protective Order and Motion to Quash Plaintiffs' Third-Party Subpoena.  *See Pedro Vasquez Perdomo et al v. Kristi Noem et al.*, 2:25-cv-05605-MEMF-SP (Dkt. # 601); Declaration of C. Lee Reeves.

2.      For the parties' economy, and for judicial economy, the parties propose the following joint briefing schedule:

      a.  Defendants will file their opposition to Plaintiffs' Motion to Transfer by **July 31, 2026.**

2

    b. Plaintiffs will file their reply, if any, by **August 14, 2026**.

    c. The hearing will be on **September 10, 2026**, or whenever the Court sees fit.

    d. Plaintiffs' obligation to respond to Defendants' Motion to Quash Plaintiffs' Third-Party Subpoena will remain stayed pending further order of the Court.

The parties respectfully request that the Court approve this stipulation.

3

Dated: July 17, 2026

Respectfully submitted,

By: */s/ C. Lee Reeves, II*____

BRETT A. SHUMATE
Assistant Attorney General
Civil Division

ERIC J. HAMILTON
Deputy Assistant Attorney General

BRANTLEY T. MAYERS
Counsel to the Assistant Attorney General
Civil Division

ANDREW I. WARDEN
C. LEE REEVES, II
Civil Division, Federal Programs Branch
1100 L St. NW
Washington, D.C. 20005
Telephone: (202) 616-0773
E-mail: Lee.Reeves2@usdoj.gov

JONATHAN A. ROBBINS
Civil Division, Office of Immigration Litigation
450 5th Street NW
Washington DC 20044
(202) 305-8275
Jonathan.A.Robbins@usdoj.gov

1

ATTESTATION UNDER LOCAL RULE 5-4.3.4

I, C. Lee Reeves, am the ECF User whose ID and password are being used to file this STIPULATION. I hereby certify and attest that counsel for the State of Illinois, Paul Berks, has concurred in this filing.

DATED: July 17, 2026

/s/
C. LEE REVES
Trial Attorney

2

3