BRETT A. SHUMATE
Assistant Attorney General
Civil Division

ERIC J. HAMILTON
Deputy Assistant Attorney General

BRANTLEY T. MAYERS
Counsel to the Assistant Attorney General
Civil Division

ANDREW I. WARDEN
C. LEE REEVES, II
Civil Division, Federal Programs Branch
    1100 L St. NW
    Washington, D.C. 20005
    Telephone: (202) 616-0773
    E-mail: Lee.Reeves2@usdoj.gov

*Attorneys for the United States*

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| **In re Subpoena to Coalition for Humane Immigrant Rights (CHIRLA)**<br><br>Served in the United States District Court for the Northern District of Illinois (Case No. 26-cv-321)<br><br>STATE OF ILLINOIS *et al.*,<br>               Plaintiff,<br>  v.<br><br>DEPARTMENT OF HOMELAND SECURITY, *et al.*,<br>               Defendants. | **UNITED STATES OF AMERICA'S MEET AND CONFER STATEMENT**<br><br><br><br>**2:25-cv-05605-MEMF-SP** |

I, C. LEE REEVES, declare and states as follows:

1.    I am a Trial Attorney with the United States Department of Justice, Civil Division, Federal Programs Branch. I have been assigned to represent the United States of America in this matter.  I make this Declaration in support of the Parties' Joint Stipulation for a Scheduling Order for the State of Illinois's Motion to Transfer (ECF No. 601).  The following factual statements are based on my personal knowledge. If called as a witness, I could and would competently testify thereto.

2.    On July 15 and 16, 2026, I exchanged emails with Plaintiffs' counsel Paul Berks to discuss an agreed-upon briefing schedule for the State of Illinois's motion to transfer.  Based on that good faith exchange, the United States and the State of Illinois have stipulated, subject to Court approval, to the following briefing schedule:

    a.  Defendants will file their opposition to Plaintiffs' Motion to Transfer by **July 31, 2026.**

    b.  Plaintiffs will file their reply, if any, by **August [date], 2026**.

    c.  The hearing will be on **September 10, 2026**, or whenever the Court sees fit.

    d.  Plaintiffs' obligation to respond to Defendants' Motion to Quash Plaintiffs' Third-Party Subpoena will remain stayed pending further order of the Court.

I declare under penalty of perjury that the foregoing is true and correct.

Executed this 17th day of July 2026 at Washington, DC.

/s/ *C. Lee Reeves*
C. LEE REEVES
Trial Attorney
U.S. Department of Justice
Civil Division, Federal Programs Branch
1100 L St. NW

1

Washington, D.C. 20005
Telephone: (202) 616-0773
E-mail: Lee.Reeves2@usdoj.gov