# EXHIBIT 30

**DECLARATION OF C[redacted] C[redacted]**

I, C[redacted] C[redacted], declare pursuant to 28 U.S.C. § 1746 as follows:

1. I am employed by U.S. Immigration and Customs Enforcement ("ICE").

2. As related to the instant lawsuit, I participated in the operations that occurred on the following dates:

   June 18 operation in Pasadena, CA in which Plaintiffs Vasquez Perdomo, Osorto, and Villegas Molina were encountered

3. During the operations referenced above, I **did not** use a personal phone for government business. For the purposes of this declaration, "Personal Phone" means a mobile phone that was **NOT** issued by the U.S. Government. "Government Business" means communications or activities relating to any of the operations listed above. "Materials" means text messages, messaging applications, call logs, voice messages, photographs, or other communications relating to Government Business.

4. [Only if the agent/officer did use a personal phone] I have conducted a reasonable search of the Personal Phone for Materials.

5. After searching my Personal Phone:

☐ I **DID** locate Materials. I took full and complete screenshots of all Materials. I then transmitted all screenshots to my government email address. (If checked, continue to #6.)

☐ I **DID NOT** locate any Materials. (If checked, continue to #6.)

☐ I **ATTEMPTED** to locate Materials but was unable to access certain communications because they were no longer available on the device. (If checked, continue to #6.)

I **RECEIVED** the litigation hold issued in *Perdomo v. Noem*, No. 2:25-cv-05605.

6. I declare under penalty of perjury that the foregoing is true and correct.

Date: 05/12/26 Signature: [redacted]