**UNITED STATES DISTRICT COURT**

**FOR THE CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| Pedro VASQUEZ PERDOMO, et al., | Case No.: 2:25-cv-05605-MEMF-SP |
| Plaintiffs, | **ORDER EXTENDING STOP/ARREST PLAINTIFFS' DEADLINE TO SEEK RECONSIDERATION OF ECF 580** |
| v. | |
| Markwayne MULLIN, in his official capacity as Secretary, Department of Homeland Security, et al., | |
| Defendants. | |

Upon consideration of the Parties' Joint Stipulation Extending Stop/Arrest Plaintiffs' Deadline To Seek Reconsideration of ECF 580, and good cause appearing,

IT IS ORDERED that

1. Plaintiffs' deadline to seek reconsideration of ECF 580 shall be extended by 30 days from July 16, 2026 to August 17, 2026.

DATED:  July 22, 2026

_____
Hon. Sheri Pym
United States Magistrate Judge

-1-    Case No.: 2:25-cv-05605-MEMF-SP

[PROPOSED] ORDER EXTENDING STOP/ARREST PLAINTIFFS' DEADLINE TO SEEK RECONSIDERATION OF ECF 580