# EXHIBIT 80

## SEALED VERSION FILED SEPARATELY

Assistant Director in Charge, Los Angeles Office, Federal Bureau of Investigation; Bilal A. ESSAYLI, in his official capacity as U.S. Attorney for the Central District of California.

Defendants.

____________________________________________________

CONFIDENTIAL PURSUANT TO PROTECTIVE ORDER

VIDEOTAPED DEPOSITION of E[redacted] O[redacted]

LOS ANGELES, CALIFORNIA

FRIDAY, MAY 22, 2026

VOLUME 1

Reported by

Daryl Baucum, RPR, CRR, RMR, CSR No. 10356

Job No. 8174475, PAGES 1 - 385

Q Anyone else? 10:11:14
A That is it.
Q And when you serve as acting supervisor, do you supervise Teams 1 and 2 or just your team?
A 1 and 2. 10:11:25
Q And so do you know who the officers are on Team 2?
A Yes.
Q Who -- who have you supervised on Team 2?
A I'm sorry? 10:11:32
Q Who have you supervised on Team 2 when serving as acting supervisor?
A DO [redacted], DO [redacted], DO [redacted], and DO [redacted].
Q Anybody else? 10:12:04
A That is it.
Q How about targeting sheets?
When you are supervising as acting supervisor, do you ever sign targeting sheets?
A Yes. 10:12:20
Q Any other document you sign as acting supervisor that we haven't talked about yet?
A Not that I recall.
Q Now, you said FO team -- FOT Team 1 is new. 10:12:35

Have you been on FOT Team 1 since it's creation? 10:12:37
A Yes.
Q How did you learn that FOT Team 1 was being created? 10:12:47
A We had a meeting. We had a meeting or it was an Email. I don't remember, exactly.
Q What was discussed in that meeting or Email?
A It was just -- it was a group of names that would be together as a team. 10:13:01
Q Was that the time when the other FOT teams, 2 through 5, were also being created?
MS. SAFAVI: Objection; form.
THE WITNESS: Yes. 10:13:18
BY MS. LAI:
Q And so around this time the San Bernardino suboffice went from two Fugitive Operations teams to five.
Is that right? 10:13:30
A Correct.
Q And you said that was a few months ago?
A From -- from what I recall, yes.
Q And the officers serving on these five teams, are any of them officers who had not served 10:13:46

I, DARYL BAUCUM, a Certified Shorthand Reporter of the State of California, do hereby certify;

That the foregoing proceedings were taken before me at the time and place herein set forth, at which time the witness named in the foregoing proceeding was placed under oath; that a record of the proceedings was made by me using machine shorthand which was thereafter transcribed under my direction; and that the foregoing pages contain a full, true and accurate record of all proceedings and testimony to the best of my skill and ability.

I further certify that I am neither financially interested in the outcome nor a relative or employee of any attorney or any party to this action.

IN WITNESS WHEREOF, I have subscribed my name this 29th day of May, 2026.

DARYL BAUCUM, CSR No. 10356