MICHELE BEAL BAGNERIS (SBN 115423)
City Attorney
mbagneris@cityofpasadena.net
ARNOLD F. LEE (SBN 278610)
aflee@cityofpasadena.net
ANDREW AARONIAN (SBN 318245)
aaaronian@cityofpasadena.net
OFFICE OF THE CITY ATTORNEY
OF PASADENA
100 N Garfield Ave, Rm N-210
Pasadena, CA 91101
Tel.: 626-744-4141; Fax: 626-744-4190
*Attorneys for Intervenor City of Pasadena*

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| Pedro VASQUEZ PERDOMO, et al.,<br><br>Plaintiffs,<br><br>v.<br><br>Markwayne MULLIN, in his official capacity as Secretary, Department of Homeland Security, et al.,<br><br>Defendants.. | Case No.: 2:25-cv-05605-MEMF-SP<br><br>Assigned to Hon. Sherilyn Peace Garnett<br><br>**INTERVENOR CITY OF PASADENA'S JOINDER OF REPLY IN SUPPORT OF JOINDER IN PLAINTIFFS' MOTION FOR PRELIMINARY INJUNCTION RE: WARRANTLESS ARRESTS**<br><br>**Date: August 13, 2026**<br>**Time: 10:00 AM**<br>**Place.: Courtroom 8B**<br><br>Hon. Maame Ewusi-Mensah Frimpong |

TO THE HONORABLE COURT, ALL PARTIES, AND TO THEIR ATTORNEYS OF RECORD:

PLEASE TAKE NOTICE that Intervenor City of Pasadena hereby join in Intervenors' Reply in support of Joinder in Plaintiffs' Motion for Preliminary

Injunction re: Warrantless Arrests (Dkt. No. 622).

Dated: July 24, 2026

MICHELE BEAL BAGNERIS
City Attorney
ARNOLD F. LEE
Chief Assistant City Attorney
ANDREW AARONIAN
Deputy City Attorney

By: /s/ Arnold F. Lee
ARNOLD F. LEE
Chief Assistant City Attorney
Attorneys for Intervenor,
CITY OF PASADENA