BRETT A. SHUMATE
Assistant Attorney General
Civil Division

ERIC J. HAMILTON
Deputy Assistant Attorney General

BRANTLEY T. MAYERS
Counsel to the Assistant Attorney General
Civil Division

ANDREW I. WARDEN
C. LEE REEVES, II
Civil Division, Federal Programs Branch
    1100 L St. NW
    Washington, D.C. 20005
    Telephone: (202) 616-0773
    E-mail: Lee.Reeves2@usdoj.gov

JONATHAN A. ROBBINS
Civil Division, Office of Immigration Litigation
450 5th Street NW
Washington DC 20044
(202) 305-8275
Jonathan.A.Robbins@usdoj.gov

*Attorneys for the United States*

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| **In re Subpoena to Coalition for Humane Immigrant Rights (CHIRLA)**<br><br>Served in the United States District Court for the Northern District of Illinois (Case No. 26-cv-321)<br><br><br>STATE OF ILLINOIS *et al.*,<br>                Plaintiffs, | **No. 2:25-cv-05605-MEMF-SPx**<br><br><br>**ORDER ENTERING STIPULATION FOR SCHEDULING ORDER FOR THE STATE OF ILLINOIS'S MOTION TO TRANSFER** |

v.

DEPARTMENT OF HOMELAND
SECURITY, *et al.*,
            Defendants.

The Parties have filed a proposed stipulation regarding a briefing schedule for Plaintiffs' Motion to Transfer to the Northern District of Illinois Defendants' Motion to Quash Plaintiffs' Third-Party Subpoena.

Having considered the stipulation and the record in this matter, the Court orders as follows:

     a.  Defendants will file their opposition to Plaintiffs' Motion to Transfer by **July 31, 2026.**

     b.  Plaintiffs will file their reply, if any, by **August 14, 2026**.

     c.  The hearing will be on **September 8, 2026** at 11:00 a.m.

Plaintiffs' obligation to respond to Defendants' Motion to Quash Plaintiffs' Third-Party Subpoena will remain stayed pending further order of the Court.IT IS SO ORDERED.

Dated:  July 24, 2026

_____
U.S. Magistrate Judge