UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| Pedro VASQUEZ PERDOMO; Carlos Alexander OSORTO; and Isaac VILLEGAS MOLINA; Jorge HERNANDEZ VIRAMONTES; Jason Brian GAVIDIA; LOS ANGELES WORKER CENTER NETWORK; UNITED FARM WORKERS; COALITION FOR HUMANE IMMIGRANT RIGHTS; IMMIGRANT DEFENDERS LAW CENTER,<br><br>Plaintiffs,<br><br>vs.<br><br>Markwayne MULLIN, in his official capacity as Secretary, Department of Homeland Security; David VENTURELLA, in his official capacity as Acting Director, U.S. Immigration and Customs Enforcement; Rodney S. SCOTT, in his official capacity as Commissioner, U.S. Customs and Border Patrol; Michael W. BANKS, in his official capacity as Chief of U.S. Border Patrol; Kash PATEL, in his official capacity as Director, Federal Bureau of Investigation; Todd BLANCHE, in his official capacity as Acting U.S. Attorney General; Thomas GILES, in his official capacity as Acting Field Office Director for Los Angeles, U.S. Immigration and Customs Enforcement; Dean T. SORENSON, Special Agent in Charge for Los Angeles, Homeland Security Investigations, | Case No. 2:25-cv-05605-MEMF-SP<br><br>**ORDER GRANTING JOINT STIPULATION RE: BRIEFING SCHEDULE FOR PLAINTIFFS' PRELIMINARY INJUNCTION MOTION, INTERVENORS' JOINDER ISO PRELIMINARY INJUNCTION MOTION, AND PLAINTIFFS' CLASS CERTIFICATION MOTION [DKT. NO. 534]**<br><br>Judge:    Hon. Maame Ewusi-Mensah Frimpong |

U.S. Immigration and Customs Enforcement; Daniel PARRA, in his official capacity as Chief Patrol Agent for El Centro Sector of the U.S. Border Patrol; Justin DE LA TORRE, in his official capacity as Acting Chief Patrol Agent, San Diego Sector of the U.S. Border Patrol; Akil DAVIS, in his official capacity as Assistant Director in Charge, Los Angeles Office, Federal Bureau of Investigation; Bilal A. ESSAYLI, in his official capacity as U.S. Attorney for the Central District of California,

Defendants.

The Court, having considered the parties' joint stipulation and finding good cause therefor, hereby GRANTS the stipulation and ORDERS as follows:

1.    Intervenors' joinder to Plaintiffs' motion for preliminary injunction is due June 26, 2026;

2.    Defendants' opposition to Plaintiffs' class certification motion is due June 30, 2026;

3.    Defendants' opposition to Plaintiffs' preliminary injunction motion is due July 6, 2026;

4.    Defendants' opposition to Intervenors' joinder is due July 14, 2026;

5.    Plaintiffs' reply in support of their class certification motion is due July 14, 2026;

6.    Plaintiffs' reply in support of their preliminary injunction motion is due July 23, 2026; and

7.    Intervenors' reply in support of their joinder is due July 23, 2026.

IT IS SO ORDERED.

DATED:  July 22, 2026

_____
HON. MAAME EWUSI-MENSAH FRIMPONG

-2-

ORDER GRANTING JOINT STIPULATION RE: BRIEFING SCHEDULE FOR PLAINTIFFS' PRELIMINARY INJUNCTION MOTION, INTERVENORS' JOINDER ISO PRELIMINARY INJUNCTION MOTION, AND PLAINTIFFS' CLASS CERTIFICATION MOTION