UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| Pedro VASQUEZ PERDOMO, et al., <br><br>     Plaintiffs, <br><br>   v. <br><br> Markwayne MULLIN, in his official capacity as Secretary, Department of Homeland Security, et al., <br><br>     Defendants. | No.: 2:25-cv-05605-MEMF-SP <br><br> **[PROPOSED] ORDER GRANTING PLAINTIFFS' APPLICATION TO FILE DOCUMENTS UNDER SEAL IN CONNECTION WITH MOTION FOR PRELIMINARY INJUNCTION RE: SUSPICIONLESS STOPS AND VIOLATION OF EQUAL PROTECTION** <br><br> Hon. Maame Ewusi-Mensah Frimpong <br> United States District Judge |

Case No.: 2:25-cv-05605-MEMF-SP

[PROPOSED] ORDER GRANTING PLAINTIFFS' APPLICATION TO FILE DOCUMENTS UNDER SEAL
IN CONNECTION WITH MOTION FOR PRELIMINARY INJUNCTION
RE: SUSPICIONLESS STOPS AND VIOLATION OF EQUAL PROTECTION

Upon due consideration, the Application to File Documents Under Seal is GRANTED.

The following documents will be redacted or sealed in the Court's record:

| Exhibit [Description] | Material Requested to Be Sealed | Court's Ruling |
|---|---|---|
| Ex. 2 [SDDO CC Dep.] | Officer/agent names down to initials | |
| Ex. 3 [Kerlikowske Decl.] | Officer/agent names down to initials; material implicating "operational decisions and training" and "intelligence" gathering | |
| Ex. 4 [CBP 30(b)(6) Dep.] | Officer/agent names down to initials; surveillance methods | |
| Ex. 5 [DO E.O. Dep.] | Officer/agent names down to initials | |
| Ex. 6 [agents' text chain] | Officer/agent names down to initials | |
| Ex. 12 [SBPA V.S. Dep.] | Officer/agent names down to initials | |
| Ex. 15 [BPA J.M. Dep.] | Officer/agent names down to initials | |
| Ex. 17 [End of Shift Report] | Officer/agent names down to initials; surveillance methods | |
| Ex. 20 [HSI SA G.A. Dep.] | Officer/agent names down to initials | |
| Ex. 21 [Westlake HD and Paramount HD Report of Investigation] | Surveillance methods, dates, and results, photos of vehicles | |
| Ex. 22 [Magnolia CW, Etc. Report of Investigation] | Surveillance methods, dates, and results, photos of vehicles | |
| Ex. 23 [SBPA I.F. Dep.] | Officer/agent names down to initials | |

Case No.: 2:25-cv-05605-MEMF-SP

[PROPOSED] ORDER GRANTING PLAINTIFFS' APPLICATION TO FILE DOCUMENTS UNDER SEAL IN CONNECTION WITH MOTION FOR PRELIMINARY INJUNCTION RE: SUSPICIONLESS STOPS AND VIOLATION OF EQUAL PROTECTION

| | | |
|---|---|---|
| Ex. 24 [BPA J.C. Dep.] | Officer/agent names down to initials | |
| Ex. 25 [SBPA J.E. Dep.] | Officer/agent names down to initials | |
| Ex. 26 [agents' text chain] | Officer/agent names down to initials | |
| Ex. 27 [DO C.C. Dep.] | Officer/agent names down to initials | |
| Ex. 28 [J.A.S. I-213] | Officer/agent names down to initials | |
| Ex. 31 [RMD Decl.] | Address | |
| Ex. 32 [RMD I-213] | Address | |
| Ex. 35 [GVC I-213] | Photo of G.V.C. | |
| Ex. 38 [JAS I-213] | Officer/agent names down to initials | |
| Ex. 39 [agents' text chain] | Officer/agent name down to initials | |
| Ex. 41 [Magnolia CW PPT Briefing] | Dates and times of surveillance operations as well as aerial surveillance photos | |
| Ex. 55 [CBP 30(b)(6) Dep. Ex. 150 (excerpts from SBPA V.S. Dep.)] | Officer/agent names down to initials | |
| Ex. 62 [CBP 30(b)(6) Dep. Ex. 160 (excerpts from SBPA I.F. Dep.)] | Officer/agent names down to initials | |
| Ex. 63 [Field Operations Worksheet] | Residential address and employer of "target" | |
| Ex. 64 [agents/officers' text chain] | Photo of "target" | |
| Ex. 66 [E.C.P. Narrative] | Reference to agency system/database | |

-2-                                        Case No.: 2:25-cv-05605-MEMF-SP

| Ex. 68 [E.L.R. Narrative] | Reference to agency system/database; full names of individuals identified as "targets" | |
|---|---|---|
| Ex. 71 [E.M.L.H. Narrative] | Reference to agency system/database | |
| Ex. 72 [R.H. Narrative] | Reference to agency system/database | |
| Ex. 73 [F.M.F. Narrative] | Reference to agency system/database | |
| Ex. 74 [L.D.S. Narrative] | Reference to agency system/database | |
| Ex. 75 [J.G.V. Narrative] | Reference to agency system/database | |
| Ex. 76 [S.B.B.H. Narrative] | Reference to agency system/database | |
| Ex. 80 [GOV-P17-008 (video)] | Faces of officers/agents and tattoo | |
| Ex. 82 [GOV-P19-044 (video)] | Officer/agent names down to initials | |
| Ex. 83 [GOV-P17-048 (video)] | Faces of officers/agents | |
| Ex. 85 [GOV-P17-076] | Faces of officers/agents | |
| Ex. 86 [GOV-P16-006] | Faces of officers/agents | |
| Ex. 87 [GOV-P19-060] | Faces of officers/agents | |
| Ex. 89 [Redacted_AXON_Body_4_Video_2025-08-22_I_F[] (video)] | Faces of officers/agents | |
| Ex. 91 [GOV-P17-006 (video)] | Faces of officers/agents | |

-3-   Case No.: 2:25-cv-05605-MEMF-SP

[PROPOSED] ORDER GRANTING PLAINTIFFS' APPLICATION TO FILE DOCUMENTS UNDER SEAL
IN CONNECTION WITH MOTION FOR PRELIMINARY INJUNCTION
RE: SUSPICIONLESS STOPS AND VIOLATION OF EQUAL PROTECTION

| Ex. 92 [GOV-P17-045 (video)] | Faces of officers/agents, phone screen of agent | |
| Ex. 94 [Redacted_Clip_1_1_Axon_Body_4_Video_2025-08-05_1311_VS[] (video)] | Faces of officers/agents | |
| Ex. 95 [GOV-P17-059 (video)] | Faces of officers/agents | |

IT IS SO ORDERED.

DATED:

_____

Hon. Maame Ewusi-Mensah Frimpong
United States District Judge

Case No.: 2:25-cv-05605-MEMF-SP

[PROPOSED] ORDER GRANTING PLAINTIFFS' APPLICATION TO FILE DOCUMENTS UNDER SEAL
IN CONNECTION WITH MOTION FOR PRELIMINARY INJUNCTION
RE: SUSPICIONLESS STOPS AND VIOLATION OF EQUAL PROTECTION