# EXHIBIT 26

Sealed Version
Filed Separately



# FORENSIC EXAMINATION REPORT

## CASE NUMBER W iPhone

Case generated    Monday, February 2, 2026
Report generated    Monday, February 2, 2026

CONFIDENTIAL, SUBJECT TO PROTECTIVE ORDER C.D. CAL. 2:25-cv-05605-MEMF-SP

# IOS IMESSAGE/SMS/MMS

| CHAT PARTICIPANTS | |
|---|---|
| Number of participants | 2 |
| Display names | G**PII** A**PII** (+⬛⬛⬛⬛⬛) |
| | Local User |
| Local user | Local User |
| **CONVERSATION DETAILS** | |
| Number of messages | 153 |
| First message sent date/time | 8/11/2025 9:24:05.000 PM |
| Last message sent date/time | 8/15/2025 7:20:11.000 PM |
| Case time zone | UTC |



**Received**
8/11/2025 10:03:36.000 PM
+⬛⬛⬛⬛
Same here. I'm doing this BP stuff plus got assigned as TL for this op

**Local User <W PII iPhone>**  Sent  8/11/2025 10:04:10.000 PM
I do not envy you

**Local User <W PII iPhone>**  Sent  8/11/2025 10:04:35.000 PM
Which BP teams have you been working with? H **PII** and V **PII**

**Received**
8/11/2025 10:05:22.000 PM
+⬛⬛⬛⬛
I think all of them. Don't have one team I usually work with

**Received**
8/11/2025 10:06:05.000 PM
+⬛⬛⬛⬛
I complained about the Home Depot stuff saying I think it violates the TRO

CONFIDENTIAL, SUBJECT TO PROTECTIVE ORDER C.D. CAL. 2:25-cv-05605-MEMF-SP



CONFIDENTIAL, SUBJECT TO PROTECTIVE ORDER C.D. CAL. 2:25-cv-05605-MEMF-SP





CONFIDENTIAL, SUBJECT TO PROTECTIVE ORDER C.D. CAL. 2:25-cv-05605-MEMF-SP



Uh oh

Local User <W[PII] iPhone>    Sent 8/14/2025 9:28:19.000 PM
Were you downtown?

Local User <W[PII] iPhone>    Sent 8/14/2025 9:28:27.000 PM
I'm helping shuffle cars

+[REDACTED]    Received 8/14/2025 9:28:36.000 PM
Yeah

+[REDACTED]    Received 8/14/2025 9:29:19.000 PM
They essentially raided the Newsom press conferences 😄

Local User <W[PII] iPhone>    Sent 8/14/2025 9:29:28.000 PM
Oh boy

Local User <W[PII] iPhone>    Sent 8/14/2025 9:29:51.000 PM
How'd that go

+[REDACTED]    Received 8/14/2025 9:29:42.000 PM
Exactly how you would expect

Local User <W[PII] iPhone>    Sent 8/14/2025 9:29:50.000 PM
Laughed at "Exactly how you would expect"

CONFIDENTIAL, SUBJECT TO PROTECTIVE ORDER C.D. CAL. 2:25-cv-05605-MEMF-SP

Local User <W**PII**iPhone>    8/14/2025 9:29:50 PM
Is that why all the QRFs got pulled

↘ Received
8/14/2025 9:30:44.000 PM

Yeah

Local User <W**PII**iPhone>    8/14/2025 9:30:49.000 PM
Nice

↘ Received
8/14/2025 9:30:52.000 PM



https://www.instagram.com/reel/DNWRPOORXY4/?igsh=Mzc3ZTVlOWMwZA==

CONFIDENTIAL, SUBJECT TO PROTECTIVE ORDER C.D. CAL. 2:25-cv-05605-MEMF-SP



https://www.ktvu.com/news/gavin-newsom-press-conference-border-patrol

CONFIDENTIAL, SUBJECT TO PROTECTIVE ORDER C.D. CAL. 2:25-cv-05605-MEMF-SP

GOV-00010548

This is crazy. I never thought I would actually see anything like this

+ [PII]        ↘ Received
8/14/2025 9:35:30.000 PM

We got pulled off the HD and car wash to run this stunt ☁

Local User <W[PII]iPhone>      ↖ Sent
8/14/2025 9:36:35.000 PM

Did you guys just stand there?

+ [PII]        ↘ Received
8/14/2025 9:36:56.000 PM

We got told to stand down

+ [PII]        ↘ Received
8/14/2025 9:37:02.000 PM

Did not participate

Local User <W[PII]iPhone>      ↖ Sent
8/14/2025 9:37:07.000 PM

Liked "Did not participate"

Local User <W[PII]iPhone>      ↖ Sent
8/14/2025 9:37:09.000 PM

So weird

+ [PII]        ↘ Received
8/14/2025 9:37:48.000 PM

We're told to assist with targeted enforcement

+ [PII]        ↘ Received
8/14/2025 9:37:57.000 PM

That is not target enforcement

↘ Received

CONFIDENTIAL, SUBJECT TO PROTECTIVE ORDER C.D. CAL. 2:25-cv-05605-MEMF-SP



+ ▮▮▮▮▮▮▮▮                                               8/14/2025 9:38:08.000 PM

That was just a political agenda

Local User <W PII iPhone>                                          ↖ Sent
                                                          8/14/2025 9:38:14.000 PM
Emphasized "That was just a political agenda"

+ ▮▮▮▮▮▮▮▮                                               ↘ Received
                                                        8/15/2025 12:42:58.000 AM

Hopefully I can get replaced soon.

Local User <W PII iPhone>                                          ↖ Sent
                                                          8/15/2025 12:46:59.000 AM
Dude did you hear about the guy who died

Local User <W PII iPhone>                                          ↖ Sent
                                                          8/15/2025 12:47:18.000 AM
I got calls from Keith and Dwayne about it

+ ▮▮▮▮▮▮▮▮                                               ↘ Received
                                                        8/15/2025 12:57:09.000 AM

No what happened

+ ▮▮▮▮▮▮▮▮                                               ↘ Received
                                                        8/15/2025 2:02:45.000 AM

Oh shoot. Just saw an article about it

Local User <W PII iPhone>                                          ↖ Sent
                                                          8/15/2025 2:25:09.000 AM
Yeah dude he ran on the highway

Local User <W PII iPhone>                                          ↖ Sent
                                                          8/15/2025 2:25:09.000 AM
I don't think one of our guys was chasing him but idk

CONFIDENTIAL, SUBJECT TO PROTECTIVE ORDER C.D. CAL. 2:25-cv-05605-MEMF-SP



> **Received** 8/15/2025 2:23:28.000 AM
>
> Did anyone see it happen?

> **Received** 8/15/2025 2:23:41.000 AM
>
> Or did you just hear about it after

> Local User <W[PII]iPhone>     **Sent** 8/15/2025 3:09:20.000 AM
>
> It was in our ops chat

> Local User <W[PII]iPhone>     **Sent** 8/15/2025 3:27:46.000 AM
>
> but then I got a bunch of calls from Dwayne, Keith, and Adrian

> **Received** 8/15/2025 4:00:20.000 AM
>
> You off the next couple days?

> Local User <W[PII]iPhone>     **Sent** 8/15/2025 4:02:56.000 AM
>
> yes

> **Received** 8/15/2025 6:55:24.000 PM
>
> I had no interest in going out with BP to Little Tokyo lol

> Local User <W[PII]iPhone>     **Sent** 8/15/2025 6:57:05.000 PM
>
> What did they even do there?

> **Received** 8/15/2025 6:59:52.000 PM
>
> Gavin Newsom was holding a press conference, so they decided to March from the federal building to where the press conference was. They arrested a couple people outside and just stood around to get media attention. I think Bovino made

CONFIDENTIAL, SUBJECT TO PROTECTIVE ORDER C.D. CAL. 2:25-cv-05605-MEMF-SP



a couple statements then they left and walked back to the Fed building

Local User <W PII iPhone>
Oh yes
Sent
8/15/2025 7:00:54.000 PM

+ ██████████
Received
8/15/2025 7:01:50.000 PM
Would you have went?

Local User <W PII iPhone>
If I knew what they were doing probably not
Sent
8/15/2025 7:04:45.000 PM

Local User <W PII iPhone>
But I thought they were doing riot control downtown
Sent
8/15/2025 7:04:54.000 PM

Local User <W PII iPhone>
I've heard Bovino is a good dude and really good at his job but sometimes does things like this that are a little out of pocket
Sent
8/15/2025 7:05:29.000 PM

+ ██████████
Received
8/15/2025 7:16:15.000 PM
He definitely seems very enthusiastic and dedicated to the cause

Local User <W PII iPhone>
Yes
Sent
8/15/2025 7:19:45.000 PM

Local User <W PII iPhone>
I think BP is mostly just excited because they don't usually get to do this so they're kind of loving the media attention maybe
Sent
8/15/2025 7:20:11.000 PM

CONFIDENTIAL, SUBJECT TO PROTECTIVE ORDER C.D. CAL. 2:25-cv-05605-MEMF-SP