ANNE LAI (SB N 295394)
UC IRVINE SCHOOL OF LAW
IMMIGRANT AND RACIAL
JUSTICE SOLIDARITY CLINIC
P.O. B ox 5479
Irvine, CA 92616-5479
Tel: 949-824-9894; Fax: 949-824-2747

## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| Vasquez Perdomo, et al. | CASE NUMBER: |
|---|---|
| PLAINTIFF(S) | 2:25-cv-05605-MEMF-SP |
| v. | |
| Markwayne Mullin, et al. | **NOTICE OF MANUAL FILING OR LODGING** |
| DEFENDANT(S). | |

PLEASE TAKE NOTICE:

Pursuant to Local Rule 5-4.2, the following document(s) or item(s) are exempt from electronic filing, and will therefore be manually ☐ Filed  ☑ Lodged:  **(List Documents)**

Ex. 77, Blurred Video Recording with title [J.A.P. video 6391.mp4]
Ex. 78, Blurred Video Recording with Bates stamp [GOV-P16-001_TRIMMED.mp4]
Ex. 79, Blurred Video Recording with Bates stamp [GOV-P16-015_TRIMMED.mp4]
Ex. 80, Blurred Video Recording with Bates stamp [GOV-P17-008_TRIMMED.mp4]
Ex. 81, Blurred Video Recording with Bates stamp [GOV-P17-015_TRIMMED.mp4]
Ex. 82, Blurred Video Recording with Bates stamp [GOV-P19-044_TRIMMED.mp4]
Ex. 83, Blurred Video Recording with Bates stamp [GOV-P17-048_TRIMMED.mp4]
See attached list for remaining exhibits.

**Reason:**

☐  Under Seal
☐  In Camera
☑  Items not conducive to e-filing (i.e., videotapes, CDROM, large graphic charts)
☐  Per Court order dated: _____
☐  Other:

| 07/27/2026 | Anne Lai |
|---|---|
| Date | Attorney Name |
| | Plaintiffs |
| | Party Represented |

*Note:   File one Notice of Manual Filing or Lodging in each case, each time you manually submit a document(s).*

G-92 (05/15)                                    NOTICE OF MANUAL FILING OR LODGING

Continued G-92 for Vasquez Perdomo, et. al. v. Markwayne Mullin, et.al.

Ex. 84, Blurred Video Recording with title [Anderson video Euclid CW 10.16.2025 BA P1_TRIMMED.mp4]

Ex. 85, Blurred Video Recording with Bates stamp [GOV-P17-076_TRIMMED.mp4]

Ex. 86, Blurred Video Recording with Bates stamp [GOV-P16-006_TRIMMED.mp4]

Ex. 87, Blurred Video Recording with Bates stamp [GOV-P19-60_TRIMMED.mp4]

Ex. 88, Blurred Video Recording with title [GOV-VID_ 010. 08.22.25 Pasadena Auto Wash sUAS_TRIMMED.mp4]

Ex. 89, Blurred Video Recording with title [_Redacted_AXON_Body_4_Video_2025-08-22_1412_I_F_TRIMMED.mp4]

Ex. 90, Blurred Video Recording with title [GOV-VID_001 Ex 1 Redacted_Op_At_Large_Escaped_Subject_6_12_25 JC_Blurred.mp4]

Ex. 91, Blurred Video Recording with Bates stamp [GOV-P17-006_TRIMMED.mp4]

Ex. 92, Blurred Video Recording with Bates stamp [GOV-P17-045_TRIMMED.mp4]

Ex. 93, Blurred Video Recording with title [Exhibit 5 to Hernandez Viramontes Dep-redacted.mp4]

Ex. 94, Blurred Video Recording with title [Redacted_Clip_1_1_Axon_Body_4_Video_2025-08-05_1311_VS.mp4]

Ex. 95, Blurred Video Recording with Bates stamp [GOV-P17-059_TRIMMED.mp4]

Ex. 96, Blurred Video Recording with Bates stamp [GOV-P16-014_TRIMMED.mp4]

(All listed video exhibits have face blurring of individuals for privacy reasons)