STACY TOLCHIN (SBN 217431)
*stacy@tolchinimmigration.com*
LAW OFFICES OF STACY TOLCHIN
776 E. Green St., Suite 210
Pasadena, CA 91101
Tel: 213-622-7450; Fax: 213-622-7233

MOHAMMAD TAJSAR (SBN 280152)
*mtajsar@aclusocal.org*
MAYRA JOACHIN (SBN 306065)
*mjoachin@aclusocal.org*
DAE KEUN KWON (SBN 313155)
*akwon@aclusocal.org*
STEPHANIE PADILLA (SBN 321568)
*spadilla@aclusocal.org*
ALYSSA MORONES (SBN 343358)
*amorones@aclusocal.org*
ACLU FOUNDATION OF
SOUTHERN CALIFORNIA
P.O. Box 811370
Los Angeles, CA 90081-0007
Tel: 213-977-5232; Fax: 213-201-7878

*Counsel for Stop/Arrest Plaintiffs*

(*Additional counsel listed on next page*)

MARK ROSENBAUM (SBN 59940)
*mrosenbaum@publiccounsel.org*
REBECCA BROWN (SBN 345805)
*rbrown@publiccounsel.org*
RITU MAHAJAN (SBN 252970)
*rmahajan@publiccounsel.org*
GINA AMATO (SBN 215519)
*gamato@publiccounsel.org*
AMANDA MANGASER SAVAGE
(SBN 325996)
*asavage@publiccounsel.org*
PUBLIC COUNSEL
610 South Ardmore Avenue
Los Angeles, CA 90005
Tel: 213-385-2977

*Counsel for All Plaintiffs*

ANNE LAI (SBN 295394)
*alai@law.uci.edu*
UC IRVINE SCHOOL OF LAW
IMMIGRANT AND RACIAL JUSTICE
SOLIDARITY CLINIC
P.O. Box 5479
Irvine, CA 92616-5479
Tel: 949-824-9894; Fax: 949-824-2747

*Counsel for Stop/Arrest Plaintiffs*

**UNITED STATES DISTRICT COURT**

**FOR THE CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| Pedro VASQUEZ PERDOMO, et al., <br><br> Plaintiffs, <br><br> v. <br><br> Markwayne MULLIN, in his official capacity as Secretary, Department of Homeland Security, et al., <br><br> Defendants. | Case No.: 2:25-cv-05605-MEMF-SP <br><br> **JOINT STIPULATION RE: BRIEFING SCHEDULE FOR PLAINTIFFS' PRELIMINARY INJUNCTION MOTION RE: STOPS AND INTERVENORS' JOINDER ISO PRELIMINARY INJUNCTION MOTION** <br><br> Hon. Maame Ewusi-Mensah Frimpong <br><br> Date:  September 24, 2026 <br> Time: 10:00 a.m. <br> Place: Courtroom 8B |

JACOB S. KREILKAMP (SBN 248210)
jacob.kreilkamp@mto.com
DAVID FRY (SBN 189276)
david.fry@mto.com
ADAM B. WEISS (SBN 296381)
adam.weiss@mto.com
SARA H. WORTH (SBN 341088)
sara.worth@mto.com
LAURA R. PERRY (SBN 342504)
laura.perrystone@mto.com
HENRY D. SHREFFLER (SBN 343388)
henry.shreffler@mto.com
LAUREN E. KUHN (SBN 343855)
lauren.kuhn@mto.com
ANGELA URIBE (SBN 353579)
angela.uribe@mto.com
MAGGIE BUSHELL (SBN 354048)
maggie.bushell@mto.com
MUNGER, TOLLES & OLSON LLP
350 S. Grand Ave., 50th Floor
Los Angeles, CA 90071
Tel: 213-683-9100; Fax: 213-683-9100

*Counsel for Stop/Arrest Plaintiffs*

BREE BERNWANGER (SBN 331731)
bbernwanger@aclunc.org
AMERICAN CIVIL LIBERTIES UNION
FOUNDATION OF NORTHERN
CALIFORNIA
39 Drumm Street
San Francisco, CA 94111
Tel: 415-621-2493

*Counsel for Stop/Arrest Plaintiffs*

BRISA VELAZQUEZ OATIS
(SBN 339132)
bvoatis@aclu-sdic.org
ACLU FOUNDATION OF
SAN DIEGO & IMPERIAL COUNTIES
P.O. Box 87131
San Diego, CA 92138-7131
Tel: 619-398-4199

*Counsel for Stop/Arrest Plaintiffs*

EDGAR AGUILASOCHO (SBN 285567)
eaguilasocho@farmworkerlaw.com
MARTÍNEZ AGUILASOCHO LAW, INC.
900 Truxtun Ave, Suite 300
Bakersfield, CA 93301
Tel: 661-859-1174

*Counsel for Plaintiff United Farm Workers*

JESSICA KARP BANSAL (SBN 277347)
jessica@ndlon.org
LAUREN MICHEL WILFONG*
lwilfong@ndlon.org
JIA FU*
jennifer@ndlon.org
NATIONAL DAY LABORER ORGANIZING
NETWORK
1030 S. Arroyo Parkway, Suite 106
Pasadena, CA 91105
Tel: 626-214-5689

*Counsel for Stop/Arrest Plaintiffs*

MATTHEW J. CRAIG (SBN 350030)
mcraig@heckerfink.com
MACK E. JENKINS (SBN 242101)
mjenkins@heckerfink.com
HECKER FINK LLP
1150 South Olive Street, Suite 10-140
Los Angeles, CA 90015
Tel: 212-763-0883; Fax: 212-564-0883

*Counsel for Access/Conditions Plaintiffs*

CARL BERGQUIST*
cbergquist@chirla.org
COALITION FOR HUMANE IMMIGRANT
RIGHTS
2351 Hempstead Road
Ottawa Hills, OH 43606
Tel: 310-279-6025

*Counsel for Plaintiff Coalition for Humane
Immigrant Rights*

ALVARO M. HUERTA (SBN 274787)
ahuerta@immdef.org
BRYNNA BOLT (SBN 339378)
bbolt@immdef.org
ALISON STEFFEL (SBN 346370)
asteffel@immdef.org
IMMIGRANT DEFENDERS LAW CENTER
634 S. Spring St., 10th Floor
Los Angeles, CA 90014
Tel: 213-634-0999

*Counsel for Plaintiff Immigrant
Defenders Law Center*

* Admitted pro hac vice

WHEREAS, on June 30, 2026, Plaintiffs requested a hearing date for their motion for preliminary injunction on stops;

WHEREAS on July 9, 2026, the Court scheduled the hearing on Plaintiffs' motion for preliminary injunction on stops for September 24, 2026;

WHEREAS on July 16, 2026, Plaintiffs and Defendants met and conferred regarding a briefing schedule on Plaintiffs' preliminary injunction motion;

WHEREAS, Plaintiffs and Defendants agreed on a briefing schedule that will ensure all briefing will be complete at least twenty-one days prior to the September 24, 2026, hearing date;

WHEREAS, Plaintiffs and Defendants agreed that in light of the issues to be briefed, the word limit for Plaintiffs' preliminary injunction motion and Defendants' opposition shall be 11,000 words;

WHEREAS, on July 23, 2026, Defendants and Intervenors met and conferred regarding Intervenors' related joinder motion, and the parties agreed on a briefing schedule for Intervenors' motion;

WHEREAS on July 27, 2026, Plaintiffs filed their motion for preliminary injunction on stops;

NOW, THEREFORE, in light of the foregoing, the Parties stipulate and respectfully request that the Court enter the following order:

1. Intervenors' joinder to Plaintiffs' motion for preliminary injunction is due August 5, 2026;

2. Defendants' opposition to Plaintiffs' preliminary injunction motion is due on August 21, 2026;

3. Defendants' opposition to Intervenors' joinder is due August 25, 2026;

4. Plaintiffs' reply in support of their preliminary injunction motion is due September 3, 2026;

5. Intervenors' reply in support of their joinder is due September 3, 2026;

6. The word limit for Plaintiffs' preliminary injunction motion and Defendants' opposition shall be 11,000 words.

IT IS SO STIPULATED AND AGREED.


DATED:  July 27, 2026                    UC IRVINE SCHOOL OF LAW IMMIGRANT AND
                                         RACIAL JUSTICE SOLIDARITY CLINIC


                                         By:      /s/ Anne Lai
                                                  ANNE LAI
                                                  *Counsel for Stop/Arrest Plaintiffs*


DATED:  July 27, 2026                    MUNGER, TOLLES & OLSON LLP


                                         By:   /s/ E. Martin Estrada
                                               E. MARTIN ESTRADA
                                               *Counsel for Intervenors Cities of Los Angeles,
                                               Anaheim, Bell Gardens, Beverly Hills,
                                               Carpinteria, Culver City, Huntington Park, Long
                                               Beach, Lynwood, Montebello, Monterey Park,
                                               Oxnard, Paramount, Pico Rivera, Pomona, Santa
                                               Ana, Santa Barbara, Santa Monica, South Gate,
                                               and West Hollywood*


                                         OFFICE OF THE LOS ANGELES CITY ATTORNEY

                                         By:  /s/ Hydee Feldstein Soto
                                              Hydee Feldstein Soto
                                              *Counsel for Intervenor City of Los Angeles*


                                         OFFICE OF THE COUNTY COUNSEL


                                         By:  /s/ Brigit Greeson Alvarez
                                              Brigit Greeson Alvarez
                                              *Counsel for Intervenor County of Los Angeles*


                                         OFFICE OF THE CITY ATTORNEY OF PASADENA


                                         By:  /s/ Arnold F. Lee
                                              Arnold F. Lee
                                              *Counsel for Intervenor City of Pasadena*

UNITED STATES DEPARTMENT OF JUSTICE

DATED:  July 27, 2026

By:    _/s/ Jason Zubata_
       JASON ZUBATA
       Trial Attorney
       Office of Immigration Litigation
       *Counsel for Defendants*

Case No. 2:25-cv-05605-MEMF-SP

**ATTESTATION OF FILER**

I attest that the other signatories listed, and on whose behalf this filing is submitted, concur in the filing's content and have authorized this filing.

DATED:  July 27, 2026

UC IRVINE SCHOOL OF LAW IMMIGRANT AND RACIAL JUSTICE SOLIDARITY CLINIC

By:     */s/ Anne Lai*
ANNE LAI
*Counsel for Stop/Arrest Plaintiffs*

Case No. 2:25-cv-05605-MEMF-SP