# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| Pedro VASQUEZ PERDOMO, et al., | Case No. 2:25-cv-05605-MEMF-SP |
| Plaintiffs, | **[PROPOSED] ORDER GRANTING JOINT STIPULATION RE: BRIEFING SCHEDULE FOR PLAINTIFFS' PRELIMINARY INJUNCTION MOTION AND INTERVENORS' JOINDER ISO PRELIMINARY INJUNCTION MOTION** |
| vs. | |
| Markwayne MULLIN, in his official capacity as Secretary, Department of Homeland Security, et al., | |
| Defendants. | Judge:    Hon. Maame Ewusi-Mensah Frimpong |

[PROPOSED] ORDER GRANTING JOINT STIPULATION RE: BRIEFING SCHEDULE FOR PLAINTIFFS' PRELIMINARY INJUNCTION MOTION, INTERVENORS' JOINDER ISO PRELIMINARY INJUNCTION MOTION, AND PLAINTIFFS' CLASS CERTIFICATION MOTION

The Court, having considered the parties' joint stipulation and finding good cause therefor, hereby GRANTS the stipulation and ORDERS as follows:

1. Intervenors' joinder to Plaintiffs' motion for preliminary injunction is due August 5, 2026;

2. Defendants' opposition to Plaintiffs' preliminary injunction motion is due August 21, 2026;

3. Defendants' opposition to Intervenors' joinder is due August 25, 2026;

4. Plaintiffs' reply in support of their preliminary injunction motion is due September 3, 2026;

5. Intervenors' reply in support of their joinder is due September 3, 2026;

6. The word limit for Plaintiffs' preliminary injunction motion shall be 11,000 words;

7. The word limit for Defendants' opposition to Plaintiffs' motion shall be 11,000 words.

IT IS SO ORDERED.

DATED: _____, 2026

_____
HON. MAAME EWUSI-MENSAH FRIMPONG

-2-
[PROPOSED] ORDER GRANTING JOINT STIPULATION RE: BRIEFING SCHEDULE FOR PLAINTIFFS' PRELIMINARY INJUNCTION MOTION AND INTERVENORS' JOINDER ISO PRELIMINARY INJUNCTION MOTION