STACY TOLCHIN (SBN 217431)
*stacy@tolchinimmigration.com*
LAW OFFICES OF STACY TOLCHIN
776 E. Green St., Suite 210
Pasadena, CA 91101
Tel: 213-622-7450; Fax: 213-622-7233

MOHAMMAD TAJSAR (SBN 280152)
*mtajsar@aclusocal.org*
MAYRA JOACHIN (SBN 306065)
*mjoachin@aclusocal.org*
DAE KEUN KWON (SBN 313155)
*akwon@aclusocal.org*
STEPHANIE PADILLA (SBN 321568)
*spadilla@aclusocal.org*
ALYSSA MORONES (SBN 343358)
*amorones@aclusocal.org*
ACLU FOUNDATION OF
SOUTHERN CALIFORNIA
P.O. Box 811370
Los Angeles, CA 90081-0007
Tel: 213-977-9500; Fax: 213-915-0219

*Counsel for Stop/Arrest Plaintiffs*

(*Additional counsel listed on next page*)

MARK ROSENBAUM (SBN 59940)
*mrosenbaum@publiccounsel.org*
REBECCA BROWN (SBN 345805)
*rbrown@publiccounsel.org*
RITU MAHAJAN (SBN 252970)
*rmahajan@publiccounsel.org*
GINA AMATO (SBN 215519)
*gamato@publiccounsel.org*
AMANDA MANGASER SAVAGE
(SBN 325996)
*asavage@publiccounsel.org*
PUBLIC COUNSEL
610 South Ardmore Avenue
Los Angeles, CA 90005
Tel: 213-385-2977

*Counsel for All Plaintiffs*

ANNE LAI (SBN 295394)
*alai@law.uci.edu*
UC IRVINE SCHOOL OF LAW
IMMIGRANT AND RACIAL JUSTICE
SOLIDARITY CLINIC
P.O. Box 5479
Irvine, CA 92616-5479
Tel: 949-824-9894; Fax: 949-824-2747

*Counsel for Stop/Arrest Plaintiffs*

**UNITED STATES DISTRICT COURT**

**FOR THE CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| Pedro VASQUEZ PERDOMO, et al.,<br><br>     Plaintiffs,<br><br>  v.<br><br>Markwayne MULLIN, in his official capacity as Secretary, Department of Homeland Security, et al.,<br><br>     Defendants. | Case No.: 2:25-cv-05605-MEMF-SP<br><br>**DECLARATION OF ANNE LAI IN SUPPORT OF PLAINTIFFS' MOTION FOR A PRELIMINARY INJUNCTION RE: SUSPICIONLESS STOPS AND VIOLATION OF EQUAL PROTECTION**<br><br>Date:  September 24, 2026<br>Time: 10:00 a.m.<br>Place: Courtroom 8B<br><br>Discovery Cutoff:  March, 24, 2027<br>Pre-Trial Conf.:  August 4, 2027<br>Trial:  August 23, 2027<br><br>Hon. Maame Ewusi-Mensah Frimpong<br>United States District Judge |

Case No.: 2:25-cv-05605-MEMF-SP

JACOB S. KREILKAMP (SBN 248210)
*jacob.kreilkamp@mto.com*
DAVID FRY (SBN 189276)
*david.fry@mto.com*
ADAM B. WEISS (SBN 296381)
*adam.weiss@mto.com*
SARA H. WORTH (SBN 341088)
*sara.worth@mto.com*
LAURA R. PERRY (SBN 342504)
*laura.perrystone@mto.com*
HENRY D. SHREFFLER (SBN 343388)
*henry.shreffler@mto.com*
LAUREN E. KUHN (SBN 343855)
*lauren.kuhn@mto.com*
ANGELA URIBE (SBN 353579)
*angela.uribe@mto.com*
MAGGIE BUSHELL (SBN 354048)
*maggie.bushell@mto.com*
MUNGER, TOLLES & OLSON LLP
350 S. Grand Ave., 50th Floor
Los Angeles, CA 90071
Tel: 213-683-9100; Fax: 213-683-9100

*Counsel for Stop/Arrest Plaintiffs*

BREE BERNWANGER (SBN 331731)
*bbernwanger@aclunc.org*
AMERICAN CIVIL LIBERTIES UNION
FOUNDATION OF NORTHERN
CALIFORNIA
39 Drumm Street
San Francisco, CA 94111
Tel: 415-621-2493

BRISA VELAZQUEZ OATIS (SBN 339132)
*bvoatis@aclu-sdic.org*
ACLU FOUNDATION OF
SAN DIEGO & IMPERIAL COUNTIES
P.O. Box 87131
San Diego, CA 92138-7131
Tel: 619-398-4199

*Counsel for Stop/Arrest Plaintiffs*

EDGAR AGUILASOCHO (SBN 285567)
*eaguilasocho@farmworkerlaw.com*
MARTÍNEZ AGUILASOCHO LAW, INC.
900 Truxtun Ave, Suite 300
Bakersfield, CA 93301
Tel: 661-859-1174

*Counsel for Plaintiff United Farm Workers*

JESSICA KARP BANSAL (SBN 277347)
*jessica@ndlon.org*
LAUREN MICHEL WILFONG*
*lwilfong@ndlon.org*
JIA FU*
*jennifer@ndlon.org*
NATIONAL DAY LABORER ORGANIZING
NETWORK
1030 S. Arroyo Parkway, Suite 106
Pasadena, CA 91105
Tel: 626-214-5689

*Counsel for Stop/Arrest Plaintiffs*

MATTHEW J. CRAIG (SBN 350030)
*mcraig@heckerfink.com*
MACK E. JENKINS (SBN 242101)
*mjenkins@heckerfink.com*
HECKER FINK LLP
1150 South Olive Street, Suite 10-140
Los Angeles, CA 90015
Tel: 212-763-0883; Fax: 212-564-0883

*Counsel for Access/Conditions Plaintiffs*

CARL BERGQUIST*
*cbergquist@chirla.org*
COALITION FOR HUMANE IMMIGRANT
RIGHTS
2351 Hempstead Road
Ottawa Hills, OH 43606
Tel: 310-279-6025

*Counsel for Plaintiff CHIRLA*

ALVARO M. HUERTA (SBN 274787)
*ahuerta@immdef.org*
BRYNNA BOLT (SBN 339378)
*bbolt@immdef.org*
ALISON STEFFEL (SBN 346370)
*asteffel@immdef.org*
IMMIGRANT DEFENDERS LAW CENTER
634 S. Spring St., 10th Floor
Los Angeles, CA 90014
Tel: 213-634-0999

*Counsel for Plaintiff ImmDef*

* Admitted pro hac vice

-ii-                    Case No.: 2:25-cv-05605-MEMF-SP

DECLARATION OF ANNE LAI IN SUPPORT OF PLAINTIFFS' MOTION FOR A PRELIMINARY
INJUNCTION RE: SUSPICIONLESS STOPS AND VIOLATION OF EQUAL PROTECTION

**DECLARATION OF ANNE LAI**

I, ANNE LAI, declare the following:

1.      I am admitted to practice before all the courts of the State of California and this Court.  I am an attorney at the UC Irvine School of Law Immigrant and Racial Justice Solidarity Clinic and counsel of record for Plaintiffs Pedro Vasquez Perdomo, Carlos Osorto, Isaac Villegas Molina, Jorge Hernandez Viramontes, Jason Brian Gavidia (collectively, the "Individual Plaintiffs"), along with the Los Angeles Worker Center Network (LAWCN), United Farm Workers (UFW), and Coalition for Humane Immigrant Rights (CHIRLA) (collectively, the "Suspicionless Stops Plaintiffs," and together with the Individual Plaintiffs, the "Stop/Arrest Plaintiffs") in the above-captioned matter.

2.      I make this Declaration in support of the Stop/Arrest Plaintiffs' Motion for Preliminary Injunction Re: Suspicionless Stops and Violation of Equal Protection.  I am over the age of eighteen and have personal knowledge of the facts set forth below in this declaration, or knowledge based on information provided to me by attorneys and staff at Plaintiffs' counsel organizations and firms, including about steps they took at my direction.  If called as a witness, I could and would testify competently to the matters set forth herein.

**EXHIBITS TO MOTION**

3.      Plaintiffs have redacted the names of individuals encountered by Defendants' agents and officers who are not named plaintiffs in the exhibits and in the Motion for Preliminary Injunction.  These redactions are intended to protect the privacy of those individuals and to mitigate concerns about possible retaliation, as well as to reduce the amount of material that needs to be filed under seal, where the Court does not need such information to decide the Motion for Preliminary Injunction.  Plaintiffs also have redacted the names of many declarants down to their initials.  Plaintiffs will provide Defendants with the full names of declarants pursuant to the Protective Order in this case.  Additionally, Plaintiffs have redacted email addresses and telephone numbers of DHS personnel.  Should the Court require unredacted versions of any of these materials, Plaintiffs can lodge them under seal.

4.      **Exhibit 2** is a true and correct copy of redacted excerpts from the transcript of the deposition of ICE Enforcement and Removal Operations (ERO) Supervisory Detention and Deportation Officer (SDDO) C.C., dated May 20, 2026.  For clarity, because two ICE ERO officers with the initials "C.C." are referenced in this matter, the briefing distinguishes between them by title, referring to Supervisory Detention and Deportation Officer (SDDO) C.C. and Deportation Officer (DO) C.C.

5.      **Exhibit 3** is a true and correct copy of the declaration of Plaintiffs' law enforcement expert and former Commissioner of U.S. Customs and Border Protection R. Gil Kerlikowske.

6.      **Exhibit 4** is a true and correct copy of excerpts from the transcript of the deposition of Acting Deputy Chief G.L., as a Federal Rule of Civil Procedure 30(b)(6) witness designated by Defendants for CBP, dated February 2, 2026.

7.      **Exhibit 5** is a true and correct redacted copy of redacted excerpts from the transcript of the deposition of ICE Deportation Officer (DO) E.O., dated May 22, 2026.

8.      **Exhibit 6** is a true and correct redacted copy of excerpts from the report of the imaged phone of an agent who participated in immigration operations in the Central District, produced by Defendants in this case with the initial Bates stamp of GOV-00005607.

9.      **Exhibit 7** is a true and correct copy of the Declaration of D.V.V., dated June 11, 2026.

10.      **Exhibit 8** is a true and correct redacted copy of a Form I-213 concerning the arrest of D.V.V, obtained by Plaintiffs outside of discovery during the course of this litigation.

11.      **Exhibit 9** is a true and correct redacted copy of a Form I-213 concerning the arrest of H.S.P., obtained by Plaintiffs outside of discovery during the course of this litigation.

12.      **Exhibit 10** is a true and correct copy of the Declaration of J.L.M., dated June 22, 2026.

13.      **Exhibit 11** is a true and correct redacted copy of a Form I-213 concerning the arrest of J.L.M., obtained by Plaintiffs outside of discovery during the course of this litigation.

-2-                                   Case No.: 2:25-cv-05605-MEMF-SP

DECLARATION OF ANNE LAI IN SUPPORT OF PLAINTIFFS' MOTION FOR A PRELIMINARY INJUNCTION RE: SUSPICIONLESS STOPS AND VIOLATION OF EQUAL PROTECTION

14.    **Exhibit 12** is a true and correct copy of excerpts from the transcript of the deposition of CBP Supervisory Border Patrol Agent (SBPA) V.S., dated December 10, 2025.

15.    **Exhibit 13** is a true and correct copy of the Declaration of Brian Gavidia, which was previously filed in this matter as ECF 45-9**,** dated June 30, 2025.

16.    **Exhibit 14** is a true and correct copy of the Declaration of Jorge Hernandez Viramontes, which was previously filed in this matter as ECF 45-9**,** dated June 22, 2025.

17.    **Exhibit 15** is a true and correct copy of excerpts from the transcript of the deposition of CBP Border Patrol Agent (BPA) J.M., dated December 16, 2025.

18.    **Exhibit 16** is a true and correct copy of the Declaration of Gildardo Reyes Romo, dated June 12, 2026.

19.    **Exhibit 17** is a true and correct redacted copy of an End of Shift Report dated January 23, 2026, produced by Defendants in this action with the initial Bates stamp of GOV-00025776.

20.    **Exhibit 18** is a true and correct copy of the Declaration of I.U.V., dated June 12, 2026.

21.    **Exhibit 19** is a true and correct redacted copy of an EARM Encounter Report concerning the arrest of I.U.V., created January 12, 2026, obtained by Plaintiffs outside of discovery during the course of this litigation.

22.    **Exhibit 20** is a true and correct copy of excerpts from the transcript of the deposition of ICE Homeland Security Investigations (HSI) Special Agent G.A., dated July 10, 2026.

23.    **Exhibit 21** is a true and correct copy of a Report of Investigation for operations at Westlake Home Depot and Paramount Home Depot, produced by Defendants in this action with the initial Bates stamp of GOV-00000341.

24.    **Exhibit 22** is a true and correct copy of a Report of Investigation for an operation at Magnolia Car Wash, among others, produced by Defendants in this action with the initial Bates stamp of GOV-00000319.

DECLARATION OF ANNE LAI IN SUPPORT OF PLAINTIFFS' MOTION FOR A PRELIMINARY INJUNCTION RE: SUSPICIONLESS STOPS AND VIOLATION OF EQUAL PROTECTION

25. **Exhibit 23** is a true and correct copy of excerpts from the transcript of the deposition of CBP Supervisory Border Patrol Agent (SBPA) I.F., dated December 17, 2025.

26. **Exhibit 24** is a true and correct copy of excerpts from the transcript of the deposition of CBP Border Patrol Agent (BPA) J.C., dated December 19, 2025.

27. **Exhibit 25** is a true and correct copy of excerpts from the transcript of the deposition of CBP Supervisory Border Patrol Agent (BPA) J.E. (also referred to as J.C.E.), dated December 8, 2025.

28. **Exhibit 26** is a true and correct redacted copy of redacted excerpts from the report of the imaged phone of an ICE Homeland Security Investigations (HSI) agent who participated with Border Patrol in immigration operations in the Central District, produced by Defendants in this case with the initial Bates stamp of GOV-00010367.  These excerpts were marked as Exhibit 211 in the deposition of ICE HSI Special Agent G.A. on July 10, 2026.  The copy submitted here contains additional redactions to those in the deposition exhibit.

29. **Exhibit 27** is a true and correct copy of excerpts from the transcript of the deposition of ICE Deportation Officer (DO) C.C., dated December 12, 2025.

30. **Exhibit 28** is a true and correct redacted copy of the Field Operations Worksheet for J.C.B., who was the alleged "target" in the operation resulting in the stop and arrest of named Plaintiffs Vasquez Perdomo, Villegas Molina, and Osorto, produced by Defendants in this case with the initial Bates stamp of GOV-00000518.  This document was marked as Exhibit 6 to the deposition of ICE DO C.C. on December 12, 2025.  The copy submitted here contains additional redactions to those in the deposition exhibit.

31. **Exhibit 29** is a true and correct redacted copy of excerpts from the report of the imaged phone of an ICE Deportation Officer, produced by Defendants in this case with the initial Bates stamp of GOV-00005463.  Plaintiffs confirmed the individual the ICE Deportation Officer is texting with is DO C.C. by referencing the phone numbers on the spreadsheet against other documents in discovery.

32. **Exhibit 30** is a true and correct redacted copy of a Form I-213 concerning the arrest of H.S.H., obtained by Plaintiffs outside of discovery during the course of this litigation.

DECLARATION OF ANNE LAI IN SUPPORT OF PLAINTIFFS' MOTION FOR A PRELIMINARY INJUNCTION RE: SUSPICIONLESS STOPS AND VIOLATION OF EQUAL PROTECTION

Plaintiffs determined it was DO E.O. who stopped H.S.H. by referencing a Daily Apprehension Log provided to Plaintiffs by Defendants in this case on June 4, 2026 with arresting officer information.

33.    **Exhibit 31** is a true and correct copy of the Declaration of R.M.D., dated June 16, 2026.

34.    **Exhibit 32** is a true and correct redacted copy of a Form I-213 concerning the arrest of R.M.D., obtained by Plaintiffs outside of discovery during the course of this litigation.

35.    **Exhibit 33** is a true and correct copy of the Declaration of A.S.L., dated July 21, 2026.

36.    **Exhibit 34** is a true and correct redacted copy of a Form I-213 concerning the arrest of A.S.L., obtained by Plaintiffs outside of discovery during the course of this litigation.

37.    **Exhibit 35** is a true and correct redacted copy of a Form I-213 concerning the arrest of G.V.C., produced by Defendants in this action with the initial Bates stamp of GOV-00005589.

38.    **Exhibit 36** is a true and correct copy of the Declaration of J.A.P., dated June 10, 2026.

39.    **Exhibit 37** is a true and correct copy of the Declaration of D.O.A., dated June 18, 2026.

40.    **Exhibit 38** is a true and correct redacted copy of a Form I-213 concerning the arrest of J.A.S., who was with D.O.A. when they were encountered by ICE, obtained by Plaintiffs outside of discovery during the course of this litigation.  Plaintiffs determined that the team of officers who conducted this operation was the same team that arrested Plaintiffs Vasquez Perdomo, Villegas Molina, and Osorto by comparing names of officers listed on the Form I-213 (including DO C.C.) with deposition testimony and other documents in discovery.

41.    **Exhibit 39** is a true and correct redacted copy of excerpts from the report of the imaged phone of a CBP Supervisory Border Patrol Agent, produced by Defendants in this case with the initial Bates stamp of GOV-00024290.

DECLARATION OF ANNE LAI IN SUPPORT OF PLAINTIFFS' MOTION FOR A PRELIMINARY INJUNCTION RE: SUSPICIONLESS STOPS AND VIOLATION OF EQUAL PROTECTION

42.    **Exhibit 40** is a true and correct copy of excerpts from the transcript of the deposition of Jaime Rios, as a Federal Rule of Civil Procedure 30(b)(6) witness designated by Defendants for ICE, and then Field Office Director (FOD) of the ICE ERO Los Angeles Field Office, dated January 30, 2026.

43.    **Exhibit 41** is a true and correct copy of a redacted PowerPoint document relating to Defendants' operation at Magnolia Car Wash on August 5, 2025, produced by Defendants in this action with the initial Bates stamp of GOV-00000310.

44.    **Exhibit 42** is a true and correct copy of the Declaration of Nancy Zuniga (IDEPSCA), dated July 16, 2026.

45.    **Exhibit 43** is a true and correct copy of the Declaration of Angel Santiago Tafolla, dated June 16, 2026.

46.    **Exhibit 44** is a true and correct copy of the Declaration of A.V., dated September 9, 2025.

47.    **Exhibit 45** is a true and correct copy of the Declaration of N.B., dated June 19, 2026.

48.    **Exhibit 46** is a true and correct copy of the Declaration of Arrath Moises Gutierrez Reyes, dated October 2, 2025.

49.    **Exhibit 47** is a true and correct copy of the Declaration of Pedro Ayala, dated October 2, 2025.

50.    **Exhibit 48** is a true and correct copy of the Declaration of J.G.S.C., dated December 8, 2025.

51.    **Exhibit 49** is a true and correct copy of the Declaration of F.F.L., dated November 4, 2025.

52.    **Exhibit 50** is a true and correct copy of the Declaration of Manuel Luna Maciel, dated November 6, 2025.

53.    **Exhibit 51** is a true and correct copy of the Declaration of M.G., dated May 22, 2026.

DECLARATION OF ANNE LAI IN SUPPORT OF PLAINTIFFS' MOTION FOR A PRELIMINARY INJUNCTION RE: SUSPICIONLESS STOPS AND VIOLATION OF EQUAL PROTECTION

54.    **Exhibit 52** is a true and correct copy of the Declaration of Monica Castillo, dated June 16, 2026.

55.    **Exhibit 53** is a true and correct copy of the Declaration of M.A.R.C., dated November 15, 2025.

56.    **Exhibit 54** is a true and correct copy of the Declaration of E.L.L., dated June 15, 2026.

57.    **Exhibit 55** is a true and correct copy of Exhibit 150 to the deposition of Acting Deputy Chief G.L., as a Federal Rule of Civil Procedure 30(b)(6) witness designated by Defendants for CBP, on February 2, 2026.  Exhibit 150 consists of excerpts from the transcript of the deposition of CBP Supervisory Border Patrol Agent (SBPA) V.S. on December 10, 2025.

58.    **Exhibit 56** is a true and correct copy of the Declaration of Bethany Anderson, dated May 21, 2026.

59.    **Exhibit 57** is a true and correct copy of the Declaration of H.A., dated July 6, 2026.

60.    **Exhibit 58** is a true and correct copy of the Declaration of V.M.C., dated May 12, 2026.

61.    **Exhibit 59** is a true and correct copy of the Declaration of Karla Ortiz, dated August 25, 2025.

62.    **Exhibit 60** is a true and correct copy of the Declaration of Inoel Zapata Santiago, dated August 23, 2025.

63.    **Exhibit 61** is a true and correct copy of the Declaration of Lyn Johnson, dated June 19, 2026.

64.    **Exhibit 62** is a true and correct copy of Exhibit 160 to the deposition of Acting Deputy Chief G.L., as a Federal Rule of Civil Procedure 30(b)(6) witness designated by Defendants for CBP, on February 2, 2026.  Exhibit 160 consists of excerpts from the transcript of the deposition of CBP Supervisory Border Patrol Agent (SBPA) I.F. on December 17, 2025

65.    **Exhibit 63** is a true and correct redacted copy of the Field Operations Worksheet for O.A.A., who was the alleged "target" in the operation resulting in the stop and arrest of F.H.S, produced by Defendants in this case with the initial Bates stamp of GOV-00000528.  This

DECLARATION OF ANNE LAI IN SUPPORT OF PLAINTIFFS' MOTION FOR A PRELIMINARY INJUNCTION RE: SUSPICIONLESS STOPS AND VIOLATION OF EQUAL PROTECTION

document was marked as Exhibit 189 to the deposition of ICE DO E.O. on May 22, 2026.  The copy submitted here contains additional redactions to those in the deposition exhibit.

66.     **Exhibit 64** is a true and correct redacted copy of redacted excerpts from the report of the imaged phone of an ICE Homeland Security Investigations (HSI) agent, produced by Defendants in this case with the initial Bates stamp of GOV-00007717.  These excerpts were marked as Exhibit 186 in the deposition of ICE DO E.O. on May 22, 2026.  The copy submitted here contains additional redactions to those in the deposition exhibit.

67.     **Exhibit 65** is a true and correct copy of the Third Declaration of Jorge Hernandez Viramontes, which was previously filed in this matter as ECF 194-1, dated September 8, 2025.

68.     **Exhibit 66** is a true and correct redacted copy of a Narrative concerning the arrest of E.C.P., produced by Defendants in this action with the initial Bates stamp of GOV-00015108.

69.     **Exhibit 67** is a true and correct copy of the Second Declaration of E.C.P., dated September 3, 2025.

70.     **Exhibit 68** is a true and correct redacted copy of a Narrative concerning the arrest of E.L.R., produced by Defendants in this action with the initial Bates stamp of GOV-00014493.

71.     **Exhibit 69** is a true and correct redacted copy of a Form I-44 documenting the arrest of J.A.V. (also referred to as J.A.), produced by Defendants in this action with the initial Bates stamp of GOV-00000414.

72.     **Exhibit 70** is a true and correct redacted copy of a Form I-213 concerning the arrest of M.G., obtained by Plaintiffs outside of discovery during the course of this litigation.

**NARRATIVE ANALYSIS**

73.     Plaintiffs' counsel conducted an analysis of Border Patrol arrest narratives produced by Defendants in this litigation associated with certain operations that were the subject of expedited discovery to examine the degree of similarity that existed in the description of reasonable suspicion in those narratives.  Plaintiffs also compared the degree of similarity in the description of reasonable suspicion in those narratives to the Template Narrative, produced by Defendants in this action with the initial Bates stamp of GOV-00020020, filed at ECF 529-43.

74.     To conduct this analysis, Plaintiffs started with the Document Set described by Plaintiffs in the Perry Stone Decl., ECF 529-1, ¶ 9.  We then removed documents that were not Border Patrol narratives, such as Form I-213s and EARM Reports, using document level tags previously applied by our document review team, and where there were multiple narratives for the same arrest, identified a single arrest narrative for each arrestee to analyze using the version of the narrative that was the latest produced by Defendants.

75.     From this review, Plaintiffs determined there was a high degree of similarity among the arrest narratives from operations at issue involving the participation of Border Patrol, and in particular, the five Border Patrol related operations at Home Depot locations (June 19, 2025 Hollywood Home Depot, August 3, 2025 Paramount Home Depot, August 6, 2025 Westlake Home Depot, August 7, 2025 San Bernardino Home Depot, and September 23, 2025 Pasadena Home Depot) and one Border Patrol related operation at a Contractors' Warehouse in Pomona on September 25, 2025.  There was also a high degree of similarity among the arrest narratives from Border Patrol related operations from August and September 2025 to the Template Narrative.

76.     For example, in the August 6, 2025 Westlake Home Depot operation, Plaintiffs received 16 unique narratives, with one of the narratives containing a description of the arrest of two individuals. 15 out of the 16 narratives used the same language to describe reasonable suspicion, including alleged flight of the individual(s).  This language matched the same language in the Template Narrative. An excerpt from the repeated language is below:

"I observed many people in the parking lot moving to and from the Home Depot. These individuals appeared to me to be customers intent on shopping at the store as one would expect.  They moved in a relaxed manner with an identified purpose. Another group of approximately [] individuals, by contrast, was present in the parking lot, and I noticed they behaved differently than the people shopping at Home Depot. They were loitering in a stationary location and were not shoppers . . . . As soon as I stepped out of my nearby vehicle, and prior to speaking to any individual, I observed several people look furtively in my direction and run away from me and other Border Patrol Agents.  Their actions were far different than

-9-                    Case No.: 2:25-cv-05605-MEMF-SP

DECLARATION OF ANNE LAI IN SUPPORT OF PLAINTIFFS' MOTION FOR A PRELIMINARY INJUNCTION RE: SUSPICIONLESS STOPS AND VIOLATION OF EQUAL PROTECTION

customers entering and exiting the store. I know from experience that the aliens unlawfully present in the United States frequently abscond rather than face apprehension by Border Patrol Agents. Based on my training and experience, this unprovoked flight from law enforcement led me to believe that these individuals were involved in an active crime or were likely present in the United States without authorization. I therefore pursued the individuals who ran to further investigate."

77.    Examples of narratives the August 6, 2025 Westlake Home Depot operation containing this language are attached as **Exhibit 71** (arrest narrative for E.M.L.H., with initial Bates stamp of GOV-00017742) and **Exhibit 72** (arrest narrative for R.L., with initial Bates stamp of GOV-00020167).

78.    As noted, similar language appeared in other arrest narratives from Border Patrol related operations at Home Depot locations. An example of a narrative from the August 7, 2025 San Bernardino Home Depot operation (with incorrect date) containing this language is attached as **Exhibit 73** (arrest narrative for F.M.F., with initial Bates stamp of GOV-00021078).

79.    Agents used similar language to describe reasonable suspicion across multiple arrests for that operation.  An example of a narrative from the June 19, 2025 Hollywood Home Depot is attached as **Exhibit 74** (arrest narrative for L.D.S., with initial Bates stamp of GOV-00015103).

80.    Even in narratives produced for Border Patrol related to car wash operations, agents included language from the Template Narrative—despite the language being out of context for a car wash operation.  Those narratives included mentions of how agents formed reasonable suspicion in part because certain individuals behaved differently than other "individuals [that] appeared to [the agent] to be customers intent on shopping at the store as one would expect." Agents noted that the individuals' "actions were far different than customers entering and exiting the store."  Examples of narratives of this type are attached as **Exhibit 75** (arrest narrative for J.G.V. from August 12, 2025 Handy J Car Wash operation, with initial Bates stamp of GOV-00016401) and **Exhibit 76** (arrest narrative for S.B.B.H. from August 22, 2025 Pasadena Car Wash operation, with initial Bates stamp of GOV-00019379).

DECLARATION OF ANNE LAI IN SUPPORT OF PLAINTIFFS' MOTION FOR A PRELIMINARY INJUNCTION RE: SUSPICIONLESS STOPS AND VIOLATION OF EQUAL PROTECTION

**VIDEOS**

81.     **Exhibit 77** is a true and correct trimmed copy of a video recording taken by J.A.P. and provided to Plaintiffs, *see supra* Ex. 36 at ¶ 38, with blurring of his identification for privacy reasons.

82.     **Exhibit 78** is a true and correct trimmed copy of a body camera video produced by Defendants in this action with the Bates stamp of GOV-P16-001.

83.     **Exhibit 79** is a true and correct trimmed copy of a body camera video produced by Defendants in this action with the Bates stamp of GOV-P16-015.  Plaintiffs determined the agent and operation this video corresponds to using information about agent name and date provided by Defendants.

84.     **Exhibit 80** is a true and correct trimmed copy body camera video produced by Defendants in this action with the Bates stamp of GOV-P17-008, with face blurring of individuals encountered/arrested by Defendants for privacy reasons.  Plaintiffs determined the agent and operation this video corresponds to using information about agent name and date provided by Defendants.

85.     **Exhibit 81** is a true and correct trimmed copy of a body camera video produced by Defendants in this action with the Bates stamp of GOV-P17-015.  Plaintiffs determined the operation this video corresponds to using information about agent name and date provided by Defendants.

86.     **Exhibit 82** is a true and correct trimmed copy of a body camera video produced by Defendants in this action with the Bates stamp of GOV-P19-044.  Plaintiffs determined the operation this video corresponds to using information about agent name and date provided by Defendants.

87.     **Exhibit 83** is a true and correct trimmed copy of a body camera video produced by Defendants in this action with the Bates stamp of GOV-P17-048, with face blurring of individuals encountered/arrested by Defendants for privacy reasons.  Plaintiffs determined the operation this video corresponds to using information about agent name and date provided by Defendants.

88. **Exhibit 84** is a true and correct trimmed copy of a video recording taken by Bethany Anderson and provided to Plaintiffs, *see supra* Ex. 56 at ¶ 58, with face blurring of individuals encountered/arrested by Defendants for privacy reasons.

89. **Exhibit 85** is a true and correct trimmed copy of a body camera video produced by Defendants in this action with the Bates stamp of GOV-P17-076, with face blurring of individuals encountered/arrested by Defendants and other blurring for privacy reasons. Plaintiffs determined the operation this video corresponds to using information about agent name and date provided by Defendants.

90. **Exhibit 86** is a true and correct trimmed copy of a body camera video produced by Defendants in this action with the Bates stamp of GOV-P16-006, with face blurring of individuals encountered/arrested by Defendants and other blurring for privacy reasons. Plaintiffs determined the operation this video corresponds to using information about agent name and date provided by Defendants.

91. **Exhibit 87** is a true and correct trimmed copy of a body camera video produced by Defendants in this action with the Bates stamp of GOV-P19-060, with face blurring of individuals encountered/arrested by Defendants for privacy reasons. Plaintiffs determined the incident this video corresponds to using information about agent name and date provided by Defendants.

92. **Exhibit 88** is a true and correct trimmed copy of sUAS (drone) video produced by Defendants in this action with the title GOV-VID_ 010. 08.22.25 Pasadena Auto Wash sUAS. Plaintiffs determined the operation this video corresponds by referring to the video title.

93. **Exhibit 89** is a true and correct trimmed copy of a body camera video produced by Defendants in this action with the title Redacted_AXON_Body_4_Video_2025-08-22_1412_I_F[], with face blurring of individuals encountered/arrested by Defendants and other blurring for privacy reasons. Plaintiffs determined the incident this video corresponds to by referring to the video title. An unblurred version of this video was marked as Exhibit 112 in the deposition of CBP Supervisory Border Patrol Agent (SBPA) I.F. on December 17, 2025 and Exhibit 161 in the deposition of Acting Deputy Chief G.L., as a Federal Rule of Civil Procedure 30(b)(6) witness designated by Defendants for CBP, on February 2, 2026.

94. **Exhibit 90** is a true and correct trimmed copy a body camera video, originally produced by Defendants in this action with the title Redacted_Axon_Body_4_Video_2025-08-07_1159_JC[], and later de-designated in modified form as GOV-VID_001 by order of the Court, ECF 492. Plaintiffs determined the incident this video corresponds to by referring to the video title.

95. **Exhibit 91** is a true and correct trimmed copy of a body camera video produced by Defendants in this action with the Bates stamp of GOV-P17-006, with face blurring of individuals encountered/arrested by Defendants for privacy reasons. Plaintiffs determined the incident this video corresponds to using information about agent name and date provided by Defendants.

96. **Exhibit 92** is a true and correct trimmed copy of a body camera video produced by Defendants in this action with the Bates stamp of GOV-P17-045. Plaintiffs determined the operation this video corresponds to using information about agent name and date provided by Defendants.

97. **Exhibit 93** is a true and correct copy of a video recording taken by a customer at the Whittier car wash where Plaintiff Hernandez Viramontes was encountered on June 18, 2025 and provided to Plaintiffs.

98. **Exhibit 94** is a true and correct trimmed copy of a body camera video produced by Defendants in this action with the title Redacted_Clip_1_1_Axon_Body_4_Video_2025-08-05_1311_VS[], with face blurring of individuals encountered/arrested by Defendants and other blurring for privacy reasons. Plaintiffs determined the incident this video corresponds to by referring to the video title.

99. **Exhibit 95** is a true and correct trimmed copy of a body camera video produced by Defendants in this action with the Bates stamp of GOV-P17-059, with face blurring of individuals encountered/arrested by Defendants and other blurring for privacy reasons. Plaintiffs determined the incident this video corresponds to using information about agent name and date provided by Defendants.

100. **Exhibit 96** is a true and correct trimmed copy of a body camera video produced by Defendants in this action with the Bates stamp of GOV-P16-014, with face blurring of individuals

-13-    Case No.: 2:25-cv-05605-MEMF-SP

encountered/arrested by Defendants and other blurring for privacy reasons.  Plaintiffs determined the operation this video corresponds to using information about agent name and date provided by Defendants.

101.    **Exhibit 97** is a true and correct copy of the transcript of the video [GOV-P17-008_TRIMMED], *see supra* Ex. 80 at ¶ 84.  The transcript was created by a court reporting service and provides a certified English translation of the Spanish audio that that can be heard in Ex. 80.

102.    **Exhibit 98** is a true and correct copy of the transcript of the video of [GOV-P17-048_TRIMMED], *see supra* Ex. 83 at ¶ 87.  The transcript was created by a court reporting service and provides a certified English translation of the Spanish audio that that can be heard in Ex. 83.

103.    **Exhibit 99** is a true and correct copy of the transcript of the video of [GOV-P17-076_TRIMMED], *see supra* Ex. 85 at ¶ 89.  The transcript was created by a court reporting service and provides a certified English translation of the Spanish audio that that can be heard in Ex. 85.

104.    **Exhibit 100** is a true and correct copy of the transcript of the video of [GOV-P16-006_TRIMMED], *see supra* Ex. 86 at ¶ 90.  The transcript was created by a court reporting service and provides a certified English translation of the Spanish audio that that can be heard in Ex. 86.

105.    **Exhibit 101** is a true and correct copy of the transcript of the video of [GOV-P19-60_TRIMMED], *see supra* Ex. 87 at ¶ 91.  The transcript was created by a court reporting service and provides a certified English translation of the Spanish audio that that can be heard in Ex. 87.

106.    **Exhibit 102** is a true and correct redacted copy of the transcript of the video of [Redacted_AXON_Body_4_Video_2025-08-22_1412_I_F_TRIMMED], *see supra* Ex. 89 at ¶ 93. The transcript was created by a court reporting service and provides a certified English translation of the Spanish audio that that can be heard in Ex. 89.

107.    **Exhibit 103** is a true and correct redacted copy of the transcript of the video of [Redacted_Clip_1_1_Axon_Body_4_Video_2025-08-05_1311_VS] *see supra* Ex. 94 at ¶ 98.  The

transcript was created by a court reporting service and provides a certified English translation of the Spanish audio that that can be heard in Ex. 94.

108.    **Exhibit 104** is a true and correct copy of the transcript of the video of [GOV-P17-059_TRIMMED], *see supra* Ex. 95 at ¶ 99.  The transcript was created by a court reporting service and provides a certified English translation of the Spanish audio that that can be heard in Ex. 95.

109.    **Exhibit 105** is a true and correct copy of the transcript of the video of [GOV-P16-014_TRIMMED], *see supra* Ex. 96 at ¶ 100.  The transcript was created by a court reporting service and provides a certified English translation of the Spanish audio that that can be heard in Ex. 96.

**CENSUS INFORMATION**

110.    **Exhibit 106** is a true and correct copy of a table from the U.S. Census Bureau QuickFacts page for the following counties: San Bernardino, Riverside, Orange, San Luis Obispo, Santa Barbara, and Ventura County.  This document is from an official website of the United States government and shows population data for the Hispanic or Latino population in each County listed above. This data was downloaded from https://www.census.gov/quickfacts/fact/table/sanbernardinocountycalifornia,riversidecountycalifornia,orangecountycalifornia,sanluisobispocountycalifornia,santabarbaracountycalifornia,venturacountycalifornia/PST045225 on July 25, 2026.

111.    **Exhibit 107** is a true and correct copy of a table from the U.S. Census Bureau QuickFacts page for Los Angeles County, California. This document is from an official website of the United States government and shows population data for the Hispanic or Latino population in Los Angeles County. This data was downloaded from https://www.census.gov/quickfacts/fact/table/losangelescountycalifornia/RHI725225 on July 25, 2026.

112.    Based on the July 2026 estimates by the U.S. Census Bureau in Exhibits 106 and 107:

Case No.: 2:25-cv-05605-MEMF-SP
DECLARATION OF ANNE LAI IN SUPPORT OF PLAINTIFFS' MOTION FOR A PRELIMINARY INJUNCTION RE: SUSPICIONLESS STOPS AND VIOLATION OF EQUAL PROTECTION

a.      Los Angeles County has an estimated population of 9,694,934 people, 49.3 % of whom identify as "Hispanic or Latino" (or approximately 4,779,602 individuals).

b.      San Bernardino County has an estimated population of 2,224,091 people, 56.9 % of whom identify as "Hispanic or Latino" (or approximately 1,265,508 individuals).

c.      Riverside County has an estimated population of 2,544,916 people, 53.0% % of whom identify as "Hispanic or Latino" (or approximately 1,348,805 individuals).

d.      Orange County has an estimated population of 3,149,507 people, 34.5% % of whom identify as "Hispanic or Latino" (or approximately 1,086,580 individuals).

e.      San Luis Obispo County has an estimated population of 282,367 people, 26.4% % of whom identify as "Hispanic or Latino" (or approximately 74,545 individuals).

f.      Santa Barbara County has an estimated population of 442,065 people, 49.5 % of whom identify as "Hispanic or Latino" (or approximately 218,822 individuals).

g.      Ventura County has an estimated population of 830,851 people, 45.6% % of whom identify as "Hispanic or Latino" (or approximately 378,868 individuals).

113.    In total, the counties that make up the Central District of California have a combined estimated population of 19,168,731 people, including 9,152,730 people that identify as Latine / "Hispanic or Latino." People who identify as Latine / "Hispanic or Latino" make up approximately 47.7% of the combined estimated population of counties that make up the Central District. The chart below provides the same information as listed above in table format. It was created in Microsoft Excel by counsel in this case.

| County | Total Population | Percentage Identifying as Hispanic or Latino | Estimated population of Hispanic or Latino |
|---|---|---|---|
| LA County | 9,694,934 | 49.3% | 4,779,602 |
| San Bernardino | 2,224,091 | 56.9% | 1,265,508 |
| Riverside | 2,544,916 | 53.0% | 1,348,805.00 |
| Orange | 3,149,507 | 34.5% | 1,086,580.00 |
| San Luis Obispo | 282,367 | 26.4% | 74,545 |
| Santa Barbara | 442,065 | 49.5% | 218,822 |
| Ventura | 830,851 | 45.6% | 378,868 |

-16-                                         Case No.: 2:25-cv-05605-MEMF-SP

| | | | |
|---|---|---|---|
| **Total** | **19,168,731** | **47.7%** | **9,152,730** |

114.    **Exhibit 108** is a true and correct screenshot copy of a table from the U.S. Census Bureau American Community Survey, Data Profiles-Social Characteristics for Los Angeles County. This document is from an official website of the United States government and was downloaded from https://data.census.gov/table/ACSDP5Y2024.DP02?g=040XX00US06_050XX00US06037&tid=ACSDP5Y2024.DP02 on July 27, 2026.  As indicated in the table, the percentage of the population of Los Angeles County that speaks Spanish at home is 37.6%.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on this 27th day of July, 2026, at Santa Ana, CA.


*/s/ Anne Lai*
ANNE LAI
*Counsel for Stop/Arrest Plaintiffs*

Case No.: 2:25-cv-05605-MEMF-SP
DECLARATION OF ANNE LAI IN SUPPORT OF PLAINTIFFS' MOTION FOR A PRELIMINARY INJUNCTION RE: SUSPICIONLESS STOPS AND VIOLATION OF EQUAL PROTECTION