# EXHIBIT 6

Sealed Version
Filed Separately



# FORENSIC EXAMINATION REPORT

## CASE NUMBER C PII



| | |
|---|---|
| Organization | Homeland Security Investigations |
| Examiner | PII M PII |
| Case generated | Thursday, January 29, 2026 |
| Report generated | Tuesday, February 3, 2026 |

CONFIDENTIAL–ATTORNEYS' EYES ONLY C.D. CAL. 2:25-cv-05605-MEMF-SP

At 7:25am soft count of 65 at Hollywood Home Depot. Recon only no action taken



↘ Read
06/18/2025 14:35:45.000

( C PII ) G PII )

We're checking Huntington Beach Home Depor

↘ Read
06/18/2025 14:43:41.000

( C PII ) G PII )

Magnolia Car Wash https://maps.apple.com/place?
address=18020%20Magnolia%20St,%20Fountain%20Valley,%20CA%20
%2092708,%20United%20States&coordinate=33.700939,-117.971237&
name=Magnolia%20Car%20Wash&place-
id=IE1323758C11BD9B8&map=h

↘ Read
06/18/2025 14:43:49.000

( C PII ) G PII )

This one is goooood

↘ Read
06/18/2025 14:47:02.000

LA LUNA AVE

CONFIDENTIAL–ATTORNEYS' EYES ONLY C.D. CAL. 2:25-cv-05605-MEMF-SP



( C PII      G PII )                                  ↘ Read
                                                     06/18/2025 14:52:24.000

Team one scouted Hollywood Home Depot

( C PII      G PII )                                  ↘ Read
                                                     06/18/2025 14:52:31.000

65 plus

( C PII      G PII )                                  ↘ Read
                                                     06/18/2025 15:00:22.000

Checking Lowe's

                                                     ↘ Read
                                                     06/18/2025 15:01:58.000

Checking Home Depot @MacArthur and Harbor

( A PII  O PII )                                      ↖ Read
                                                     06/18/2025 15:02:35.036

CONFIDENTIAL–ATTORNEYS' EYES ONLY C.D. CAL. 2:25-cv-05605-MEMF-SP



████████████ (A**PII** O**PII**)    ↖ Read    06/18/2025 15:03:15.823

Yeah

████████████ (A**PII** O**PII**)    ↖ Read    06/18/2025 15:03:36.642

It's on a busy corner. It would be a scene

██████████ (C**PII** G**PII**)    ↘ Read    06/18/2025 15:03:40.000

Yeah, we'll throw it on the list

██████████ (C**PII** G**PII**)    ↘ Read    06/18/2025 15:04:04.000

Yeah not today..

██████████ (C**PII** G**PII**)    ↘ Read    06/18/2025 15:04:37.000



    GOV-00006646



↘ Read
06/18/2025 15:04:37.000

Soft count of 20 at the Glendale Home Depot on San Fernando Ave at 8:00am

↘ Read
06/18/2025 15:05:48.000

*No message content to display.*

↘ Read
06/18/2025 15:05:50.000

Not too many here-saw possible 3 by MacArthur Entrance

(GPII    GPII    )                          ↘ Read
                                            06/18/2025 15:06:01.000

Get a soft count

                                            ↘ Read
                                            06/18/2025 15:07:34.000

Was pretty empty overall definitely not 65 here lol

                                            ↘ Read
                                            06/18/2025 15:19:43.000



                                            ↘ Read
                                            06/18/2025 15:20:06.000

Slow this Home Depot too @Harbor and Harbor Center

CONFIDENTIAL–ATTORNEYS' EYES ONLY C.D. CAL. 2:25-cv-05605-MEMF-SP

GOV-00006648



CONFIDENTIAL–ATTORNEYS' EYES ONLY C.D. CAL. 2:25-cv-05605-MEMF-SP



Marked Location https://maps.apple.com/place?
coordinate=33.730505,-118.001403&name=Marked%20Location&map=h

Construction site.. lots of costumers



CONFIDENTIAL–ATTORNEYS' EYES ONLY C.D. CAL. 2:25-cv-05605-MEMF-SP



CONFIDENTIAL–ATTORNEYS' EYES ONLY C.D. CAL. 2:25-cv-05605-MEMF-SP



GOV-00006653



> ↘ Read
> 06/18/2025 16:35:53.000
>
> (M██PII██  M██PII██████)
>
> 3 more got dropped off by a work truck

> ↘ Read
> 06/18/2025 16:49:40.000

> ↘ Read
> 06/18/2025 16:50:28.000
>
> El Dorado Hand Car Wash possible 6 right off La Paz Rd

> ↘ Read
> 06/18/2025 16:56:56.000
>
> *No message content to display.*

CONFIDENTIAL–ATTORNEYS' EYES ONLY C.D. CAL. 2:25-cv-05605-MEMF-SP



CONFIDENTIAL–ATTORNEYS' EYES ONLY C.D. CAL. 2:25-cv-05605-MEMF-SP



Superior Grocers https://maps.apple.com/place?
address=9100%20Whittier%20Blvd,%20Pico%20Rivera,%20CA%209066
0,%20United%20States&coordinate=33.999699,-118.083029&name=Su
perior%20Grocers&place-id=IC3A9EFE900168D11&map=h

⬂ Read
06/20/2025 15:07:27.000

That sheriff station is gated

⬂ Read
06/20/2025 15:07:37.000

No access other than the front parking lot

⬂ Read
06/20/2025 15:07:41.000

Well go check Superior Grocers

⬂ Read
06/20/2025 15:09:39.000

GOV-00006731



CONFIDENTIAL–ATTORNEYS' EYES ONLY C.D. CAL. 2:25-cv-05605-MEMF-SP



CONFIDENTIAL–ATTORNEYS' EYES ONLY C.D. CAL. 2:25-cv-05605-MEMF-SP

5 mins from Lowe's

↘ Read
06/20/2025 15:17:40.000

T4 you should be passing us shortly we'll fall in behind you

↘ Read
06/20/2025 15:18:32.000

(J<span>PII</span> R<span>PII</span>)

T4

↘ Read
06/20/2025 15:23:13.000

(C<span>PII</span> G<span>PII</span>)

We're covering Whittier Ave all the way down to Mines Ave.. west of Rosemead

↔ Unknown direction
06/20/2025 15:24:51.032

**Unknown Sender**

*No message content to display.*

↘ Read
06/20/2025 15:27:21.000



https://maps.apple.com/place?
coordinate=33.998325,-118.081290&name=My%20Location&map=explo

CONFIDENTIAL–ATTORNEYS' EYES ONLY C.D. CAL. 2:25-cv-05605-MEMF-SP



CONFIDENTIAL–ATTORNEYS' EYES ONLY C.D. CAL. 2:25-cv-05605-MEMF-SP





CONFIDENTIAL–ATTORNEYS' EYES ONLY C.D. CAL. 2:25-cv-05605-MEMF-SP



We are RTB right off 605

⬊ Read
06/20/2025 17:29:48.000

We can go give them a hand

⬊ Read
06/20/2025 17:29:51.000

(C**PII** G**PII**)

13 Eric

⬊ Read
06/20/2025 17:30:10.000

What's the handle we are looking for

⬊ Read
06/20/2025 17:30:11.000

T4 LRT will stay back 13 to car wash

⬊ Read
06/20/2025 17:31:51.000

CONFIDENTIAL–ATTORNEYS' EYES ONLY C.D. CAL. 2:25-cv-05605-MEMF-SP

GOV-00006758



We aren't too far. We'll head to J PII .

↘ Read
06/20/2025 17:50:58.000

Shared Location https://maps.apple.com/place?
coordinate=33.993888,-118.216643&name=My%20Location&map=explore

New location

↘ Read
06/20/2025 17:50:59.000

Shared Location https://maps.apple.com/place?
coordinate=33.983546,-118.073331&name=My%20Location&map=explore

↘ Read
06/20/2025 17:52:50.000

CONFIDENTIAL–ATTORNEYS' EYES ONLY C.D. CAL. 2:25-cv-05605-MEMF-SP



claims usc no I'd on him

↘ Read
06/20/2025 17:53:51.000

↘ Read
06/20/2025 17:56:33.000

CONFIDENTIAL–ATTORNEYS' EYES ONLY C.D. CAL. 2:25-cv-05605-MEMF-SP





Classic Clean Car Wash
Approx 10:55

GOV-00006762



10:50
Classic clean car wash

Claiming possible ead

CONFIDENTIAL–ATTORNEYS' EYES ONLY C.D. CAL. 2:25-cv-05605-MEMF-SP



CONFIDENTIAL–ATTORNEYS' EYES ONLY C.D. CAL. 2:25-cv-05605-MEMF-SP

( █████ PII █████ GPII )     06/20/2025 18:05:07.000

He ran ?

↘ Read
06/20/2025 18:05:40.000

Yeah, said he was scared

↘ Read
06/20/2025 18:05:50.000



CONFIDENTIAL–ATTORNEYS' EYES ONLY C.D. CAL. 2:25-cv-05605-MEMF-SP     GOV-00006765



Ok.. we'll run it and release if all good

`↘ Read`
`06/20/2025 18:05:59.000`

Take him back?

`↘ Read`
`06/20/2025 18:05:59.000`

👍

`↘ Read`
`06/20/2025 18:06:05.000`

Standby

`↘ Read`
`06/20/2025 18:06:05.000`

`↘ Read`
`06/20/2025 18:14:06.000`

CONFIDENTIAL–ATTORNEYS' EYES ONLY C.D. CAL. 2:25-cv-05605-MEMF-SP



Standing by for new target area, I'm staying and other transport is taking prisoners back to Los Angeles

Read
06/20/2025 18:19:59.000

Read
06/20/2025 18:35:55.000

CONFIDENTIAL–ATTORNEYS' EYES ONLY C.D. CAL. 2:25-cv-05605-MEMF-SP



We have 21 here at Dodger stadium

(H███PII███) ⤡ Read
06/19/2025 15:38:05.000

10 went to ero already

(H█PII███) ⤡ Read
06/19/2025 15:38:10.000

So 31 apps

(C██PII█ G█PII██) ⤡ Read
06/19/2025 15:38:11.000

Damn good shit fellas

⤡ Read
06/19/2025 15:41:48.000

CONFIDENTIAL–ATTORNEYS' EYES ONLY C.D. CAL. 2:25-cv-05605-MEMF-SP