# EXHIBIT 7

STACY TOLCHIN (SBN 217431)
*stacy@tolchinimmigration.com*
LAW OFFICES OF STACY TOLCHIN
776 E. Green St., Suite 210
Pasadena, CA 91101
Tel: 213-622-7450; Fax: 213-622-7233

MOHAMMAD TAJSAR (SBN 280152)
*mtajsar@aclusocal.org*
MAYRA JOACHIN (SBN 306065)
*mjoachin@aclusocal.org*
DAE KEUN KWON (SBN 313155)
*akwon@aclusocal.org*
STEPHANIE PADILLA (SBN 321568)
*spadilla@aclusocal.org*
ALYSSA MORONES (SBN 343358)
*amorones@aclusocal.org*
ACLU FOUNDATION OF
SOUTHERN CALIFORNIA
P.O. Box 811370
Los Angeles, CA 90081-0007
Tel: 213-977-9500; Fax: 213-915-0219

*Counsel for Stop/Arrest Plaintiffs*

(*Additional counsel listed on next page*)

MARK ROSENBAUM (SBN 59940)
*mrosenbaum@publiccounsel.org*
REBECCA BROWN (SBN 345805)
*rbrown@publiccounsel.org*
RITU MAHAJAN (SBN 252970)
*rmahajan@publiccounsel.org*
GINA AMATO (SBN 215519)
*gamato@publiccounsel.org*
AMANDA MANGASER SAVAGE
(SBN 325996)
*asavage@publiccounsel.org*
PUBLIC COUNSEL
610 South Ardmore Avenue
Los Angeles, CA 90005
Tel: 213-385-2977

*Counsel for All Plaintiffs*

ANNE LAI (SBN 295394)
*alai@law.uci.edu*
UC IRVINE SCHOOL OF LAW
IMMIGRANT AND RACIAL JUSTICE
SOLIDARITY CLINIC
P.O. Box 5479
Irvine, CA 92616-5479
Tel: 949-824-9894; Fax: 949-824-2747

*Counsel for Stop/Arrest Plaintiffs*

**UNITED STATES DISTRICT COURT**

**FOR THE CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| Pedro VASQUEZ PERDOMO; Carlos Alexander OSORTO; and Isaac VILLEGAS MOLINA; Jorge HERNANDEZ VIRAMONTES; Jason Brian GAVIDIA; LOS ANGELES WORKER CENTER NETWORK; UNITED FARM WORKERS; COALITION FOR HUMANE IMMIGRANT RIGHTS; IMMIGRANT DEFENDERS LAW CENTER,<br><br>          Plaintiffs,<br><br>     v.<br><br>Markwayne MULLIN, in his official capacity as Secretary, Department of Homeland Security; David VENTURELLA, in his official capacity as Acting Director, U.S. Immigration and Customs Enforcement; Rodney S. SCOTT, in his official capacity as | Case No.: 2:25-cv-05605-MEMF-SP<br><br>**DECLARATION OF D.V.V. IN SUPPORT OF MOTION FOR PRELIMINARY INJUNCTION** |

DECLARATION OF D.V.V. IN SUPPORT OF MOTION FOR PRELIMINARY INJUNCTION

Commissioner, U.S. Customs and Border Patrol; Rosario VASQUEZ, in his official capacity as Chief of U.S. Border Patrol; Kash PATEL, in his official capacity as Director, Federal Bureau of Investigation; Todd BLANCHE, in his official capacity as Acting U.S. Attorney General; Thomas GILES, in his official capacity as Acting Field Office Director for Los Angeles, U.S. Immigration and Customs Enforcement; Dean T. SORENSON, Special Agent in Charge for Los Angeles, Homeland Security Investigations, U.S. Immigration and Customs Enforcement; Daniel I. PARRA, in his official capacity as Acting Chief Patrol Agent for El Centro Sector of the U.S. Border Patrol; Justin DE LA TORRE, in his official capacity as Acting Chief Patrol Agent, San Diego Sector of the U.S. Border Patrol; Akil DAVIS, in his official capacity as Assistant Director in Charge, Los Angeles Office, Federal Bureau of Investigation; Bilal A. ESSAYLI, in his official capacity as First Assistant U.S. Attorney for the Central District of California,

    Defendants.

DECLARATION OF D.V.V. IN SUPPORT OF MOTION FOR PRELIMINARY INJUNCTION

JACOB S. KREILKAMP (SBN 248210)
jacob.kreilkamp@mto.com
DAVID FRY (SBN 189276)
david.fry@mto.com
ADAM B. WEISS (SBN 296381)
adam.weiss@mto.com
SARA H. WORTH (SBN 341088)
sara.worth@mto.com
LAURA R. PERRY (SBN 342504)
laura.perrystone@mto.com
HENRY D. SHREFFLER (SBN 343388)
henry.shreffler@mto.com
LAUREN E. KUHN (SBN 343855)
lauren.kuhn@mto.com
ANGELA URIBE (SBN 353579)
angela.uribe@mto.com
MAGGIE BUSHELL (SBN 354048)
maggie.bushell@mto.com
MUNGER, TOLLES & OLSON LLP
350 S. Grand Ave., 50th Floor
Los Angeles, CA 90071
Tel: 213-683-9100; Fax: 213-683-9100

*Counsel for Stop/Arrest Plaintiffs*

BREE BERNWANGER (SBN 331731)
bbernwanger@aclunc.org
AMERICAN CIVIL LIBERTIES UNION
FOUNDATION OF NORTHERN
CALIFORNIA
39 Drumm Street
San Francisco, CA 94111
Tel: 415-621-2493

*Counsel for Stop/Arrest Plaintiffs*

BRISA VELAZQUEZ OATIS
(SBN 339132)
bvoatis@aclu-sdic.org
ACLU FOUNDATION OF
SAN DIEGO & IMPERIAL COUNTIES
P.O. Box 87131
San Diego, CA 92138-7131
Tel: 619-398-4199

*Counsel for Stop/Arrest Plaintiffs*

EDGAR AGUILASOCHO (SBN 285567)
eaguilasocho@farmworkerlaw.com
MARTÍNEZ AGUILASOCHO LAW, INC.
900 Truxtun Ave, Suite 300
Bakersfield, CA 93301
Tel: 661-859-1174

*Counsel for Plaintiff United Farm Workers*

JESSICA KARP BANSAL (SBN 277347)
jessica@ndlon.org
LAUREN MICHEL WILFONG*
lwilfong@ndlon.org
JIA FU*
jennifer@ndlon.org
NATIONAL DAY LABORER ORGANIZING
NETWORK
1030 S. Arroyo Parkway, Suite 106
Pasadena, CA 91105
Tel: 626-214-5689

*Counsel for Stop/Arrest Plaintiffs*

MATTHEW J. CRAIG (SBN 350030)
mcraig@heckerfink.com
MACK E. JENKINS (SBN 242101)
mjenkins@heckerfink.com
HECKER FINK LLP
1150 South Olive Street, Suite 10-140
Los Angeles, CA 90015
Tel: 212-763-0883; Fax: 212-564-0883

*Counsel for Access/Conditions Plaintiffs*

CARL BERGQUIST*
cbergquist@chirla.org
COALITION FOR HUMANE IMMIGRANT
RIGHTS
2351 Hempstead Road
Ottawa Hills, OH 43606
Tel: 310-279-6025

*Counsel for Plaintiff Coalition for Humane
Immigrant Rights*

ALVARO M. HUERTA (SBN 274787)
ahuerta@immdef.org
BRYNNA BOLT (SBN 339378)
bbolt@immdef.org
ALISON STEFFEL (SBN 346370)
asteffel@immdef.org
IMMIGRANT DEFENDERS LAW CENTER
634 S. Spring St., 10th Floor
Los Angeles, CA 90014
Tel: 213-634-0999

*Counsel for Plaintiff Immigrant
Defenders Law Center*

* Admitted pro hac vice

DECLARATION OF D.V.V. IN SUPPORT OF MOTION FOR PRELIMINARY INJUNCTION

**DECLARATION OF D███████ V███████ V███████**

I, D█████ V█████ V█████, declare the following:

1. I make this declaration from my personal knowledge and if called to testify to these facts, I could and would do so competently.

2. My name is D█████ V█████ V█████. I am 43 years old. I have lived in California for more than 20 years. I have one 19-year-old daughter who depends on me. My daughter is a citizen of the United States. I work in roofing.

3. On Tuesday November 4, 2025, I was working on the roof of a building in Burbank, California with my uncle, my cousin, and two other men. All of us are Latino. We were wearing work clothes, but not a specific uniform. Around 11:00 AM, while we were taking a lunch break on the open tailgate of my van in the driveway next to the building, my uncle pointed out two trucks that pulled up on the street near our driveway. Six people total exited from the two trucks. They wore masks and regular clothes and bullet-proof vests. Their cars were unmarked. All of the men were carrying big guns aimed at us.

4. We froze immediately. I knew, from seeing these guns pointed at us that we weren't free to leave – if we had tried, we might have been shot. We were scared by how many armed people ran at us. We had no choice but to stay where we were.

5. They shouted at us "do you have papers?" Two of the agents lowered their weapons and approached us, asking for ID, while the other four men kept their guns pointed at us. We gave the IDs we had—I gave my California driver's license—but the agents just bent our IDs in half and threw them on the ground, saying they were not worth anything.

6. The officers did not identify themselves. I did not know they were immigration officers until I was at the processing center, later in the day. I assumed they were immigration because I know what has been happening in the LA area, but I could not tell from looking at them.

7. After asking people for identification, they handcuffed three of us. One worker, who was a U.S. citizen, was let go. They did not ask us a single additional question between asking for our IDs and putting us in cuffs. They never said we were under arrest. They just said they were

-4-                                                    Case No. 2:25-cv-05605-MEMF-SP

DECLARATION OF D.V.V. IN SUPPORT OF MOTION FOR PRELIMINARY INJUNCTION

"taking" us. I asked why they were taking us and explained that we were working. The agents said, "This is my job." I had trouble getting into the car because I was handcuffed, which made the agent mad. He grabbed me and threw me into the car. The other agents kept their guns pointed at us the whole time.

8. The whole encounter, from their arrival to when I got thrown into the truck, lasted about 20 minutes.

9. They took us to downtown Los Angeles where they put us in a small room, photographed us, and gave us A numbers.

10. I spent one night in the Los Angeles facility. The facility in downtown Los Angeles was very cold. I slept on the floor with an aluminum sheet for the night I was there. I asked for a mattress, but they said it would take three days to get a mattress. They left the lights on the entire time, even at night when we slept. We had food (a burrito) and water, but there was not enough food. There are people there with health problems, but it takes a long time for them to receive medical care.

11. When I arrived at the downtown Los Angeles facility, they asked me right away if I would sign a voluntary departure agreement. I said, "no, I have a daughter to care for." They also asked me to sign a form, which they said would help "get [my] passport faster." I refused to sign that form and asked to speak with the consulate. The consulate said that signing the form would allow them to deport me faster because I would be waiving my right to see a judge.

12. After one day in downtown Los Angeles, I was transferred to Adelanto. Officers asked me three times to sign the form "to get [my] passport" from my country of birth. I always said no.

13. The first time, a woman interviewed me and asked me to sign the form. I asked to see the form. The second time, the officers took me to a meeting room where a man told me that they would force me to sign if I refused to sign. When I refused, they brought in a bigger man who said he would force me to sign. They told me I had a deportation order, but they never showed me the order. It seemed like they were trying to intimidate me. I told them I knew it was impossible to have a deportation order for me because they were not judges. The third time, the same women

-5-                                    Case No. 2:25-cv-05605-MEMF-SP

DECLARATION OF D.V.V. IN SUPPORT OF MOTION FOR PRELIMINARY INJUNCTION

who interviewed me at the beginning asked me to sign the form again. I still refused to sign the form.

14. My uncle and another person who were taken with me signed the form because they thought it was for their passports. They were all deported within two days.

DECLARATION OF D.V.V. IN SUPPORT OF MOTION FOR PRELIMINARY INJUNCTION

I declare under penalty of perjury of the laws of the United States that the foregoing is true and correct.

Executed on this 11 day of June, 2026 at Adelanto, Californ██████

**CERTIFICATE OF INTERPRETATION**

I, Caleb Soto, certify under penalty of perjury that I am fluent in Spanish and English and that I am competent to interpret between the two languages. I further certify that, on June 11, 2026 I read the foregoing to ██████████████ in Spanish, a language in which they are fluent, and that they confirmed its accuracy.

Date: June 11, 2026

Caleb Soto