# EXHIBIT 8

**U.S. Department of Homeland Security**   Subject ID : ███████   **Record of Deportable/Inadmissible Alien**

| Family Name (CAPS) | First | Middle | | Sex | Hair | Eyes | Cmplxn |
|---|---|---|---|---|---|---|---|
| V████, D███ E███ | | | | M | BLK | BRO | DBR |

| Country of Citizenship | Passport Number and Country of Issue | File Number | Height | Weight | Occupation |
|---|---|---|---|---|---|
| | | ███████ | 65 | 180 | LABORER |

| U.S. Address | Scars and Marks |
|---|---|
| 300 N LOS ANGELES STREET   DHS ICE CUSTODY   LOS ANGELES, CALIFORNIA, 90012, | See Narrative |

| Date, Place, Time, and Manner of Last Entry | Passenger Boarded at | F.B.I. Number | ☒ Single |
|---|---|---|---|
| ███████ | | ███████ | ☐ Divorced ☐ Married |
| | | | ☐ Widower ☐ Separated |

| Number, Street, City, Province (State) and Country of Permanent Residence | Method of Location/Apprehension |
|---|---|
| | NCA |

| Date of Birth | | Date of Action | Location Code | At/Near | Date/Hour |
|---|---|---|---|---|---|
| ██████  Age ██ | | 11/05/2025 | LOS/LOS | See I-831 | 11/04/2025 14:47 |

| City, Province (State) and Country of Birth | AR ☒ | Form : (Type and No.) Lifted ☐ Not Lifted ☐ | By |
|---|---|---|---|
| ██████ | | | █ █████ |

| NIV Issuing Post and NIV Number | Social Security Account Name | Status at Entry | Status When Found |
|---|---|---|---|
| | | | |

| Date Visa Issued | Social Security Number | Length of Time Illegally in U.S. |
|---|---|---|
| | | |

| Immigration Record | Criminal Record |
|---|---|
| ██████ | See Narrative |

| Name , Address, and Nationality of Spouse (Maiden Name, if Appropriate) | Number and Nationality of Minor Children |
|---|---|
| | 1-UNITED STATES |

| Father's Name, Nationality, and Address, if Known | Mother's Present and Maiden Names, Nationality, and Address, if Known |
|---|---|
| ██████ ██████ | ██████ |

| Monies Due/Property in U.S. Not in Immediate Possession | Fingerprinted? ☒ Yes ☐ No | Systems Checks See Narrative | Charge Code Words(s) |
|---|---|---|---|
| None Claimed | | | See Narrative |

| Name and Address of (Last)(Current) U.S. Employer | Type of Employment | Salary | Employed from/to |
|---|---|---|---|
| ′ | Unemployed or Retired | Hr | Hr |

Narrative (Outline particulars under which alien was located/apprehended. Include details not shown above regarding time, place and manner of last entry, attempted entry, or any other entry, and elements which establish administrative and/or criminal violation. Indicate means and route of travel to interior.)

FIN: ███████   Left Index fingerprint   Right Index fingerprint

Subject Health Status
-------------------------
The subject claims good health.

Current Administrative Charges ...(CONTINUED ON I-831)

N ███ 2██
Deportation Officer

Alien has been advised of communication privileges   11·05·15  ωℛ   (Date/Initials)   (Signature and Title of Immigration Officer)

| Distribution: | Received: (Subject and Documents)   (Report of Interview) |
|---|---|
| FILE | Officer: N███ 2███ |
| STATS | on: November 5, 2025   (time) |
| COPY | Disposition: Bag and Baggage |
| | Examining Officer: █████ C |

Form I-213 (Rev. 08/01/07)

**U.S. Department of Homeland Security**                                 **Continuation Page for Form** I-213

| Alien's Name | File Number | Date |
|---|---|---|
| V███, D███ B███ | ███  Event No: ███ | 11/05/2025 |

```
--------------------------------------
11/04/2025 - 212a6Ai - ALIEN PRESENT WITHOUT ADMISSION OR PAROLE - (PWAs)


RECORDS CHECKED
----------------
CIS Unk
EARM Unk
IAFIS Unk
NCIC Unk
TECS Unk


AT/NEAR
--------
Los Angeles, CA

Record of Deportable/Excludable Alien:
-------------------------------------------
NAME: V███, D███
DOB: ███
COB: ███
FBI#

ENCOUNTER:
Immigration and Customs Enforcement (ICE) is currently executing Operation At Large
targeting immigration violators in Los Angeles, California. The operation focuses on law
enforcement operations in direct support of Presidential Executive Orders while ensuring
personnel safety and maintaining tactical control while operating in a confined,
civilian-heavy environment.

The Department of Homeland Security (DHS) and Department of Justice (DOJ) have developed a
6-month, nationwide operation to significantly increase Operation at Large arrests of
illegal aliens, focusing on individuals with executable final orders of removal, known
immigration violations, as well as general immigration enforcement. In May 2025, this
operation commenced by deploying 1,000 interagency teams daily across 25 Areas of
Responsibility (AORs), operating 7 days a week. The operation prioritizes regions with the
highest concentrations of executable final orders, as identified by the ATrac (Alien
Tracker) system1, with resources dynamically reallocated weekly to maximize efficiency. The
operation integrates personnel from the Department of Homeland Security (DHS), Immigration
and Customs Enforcement (ICE) Enforcement and Removal Operations (ERO), Homeland Security
Investigations (HSI), United States Border Patrol (USBP), Office of Field Operations (OFO),
Air and Marine Operations (AMO), Office of Information Technology (OIT) and, Department of
Justice (DOJ), Federal Bureau of Investigation (FBI), Drug Enforcement Administration (DEA),
Bureau of Alcohol, Tobacco, Firearms and Explosives (ATF), United States Marshals Service
(USMS), Internal Revenue Service (IRS) - Criminal Investigation Division (CID), and National
Guard, with additional support from 287(g) partners in their assigned jurisdictions. The
operation aims to enhance public safety and enforce immigration laws.

I, Supervisory Border Patrol Agent, S███ R███, am assigned to the Willcox, Arizona Border
Patrol Station as part of the Tucson, Arizona Border Patrol Sector. I have been a Border
Patrol Agent (BPA) for fourteen years and have been involved in numerous complex narcotics
and smuggling investigations during my career as a Border Patrol Agent.
On November 4, 2025, I was conducting immigration enforcement operations in the city of
Glendale, CA in support of Operation At Large.  Glendale has been identified as a city
```

| Signature | Title |
|---|---|
| N███ Z███ | Deportation Officer |

Form I-831 Continuation Page (Rev. 08/01/07)

**U.S. Department of Homeland Security**                    **Continuation Page for Form** I-213

| Alien's Name | File Number | Date |
|---|---|---|
| V▮▮▮▮, D▮▮▮ B▮▮▮ | Event No: ▮▮▮▮ | 11/05/2025 |

within Humboldt County where large numbers of illegal aliens are known to stay, live and work without having any legal documentation in the United States.

I know from experience that illegal aliens seek day labor jobs at locations such as Home Depot because they pay cash. Illegal aliens seek cash paying jobs because they lack documentation and immigration status to gain lawful employment within the United States. Illegal aliens also often work cash paying jobs to avoid paying taxes and to avoid detection by law enforcement. Furthermore, news outlets are reporting that locations such as Home Depots are locations where illegal aliens seeking employment are congregating, even after knowing that Border Patrol Agents are conducting enforcement operations at such locations.

I also understand that the U.S. Border Patrol has arrested hundreds of illegal aliens at car washes, Home Depot stores, and other locations in recent weeks. During custodial interviews with these arrested aliens, many of them stated that they had previously lived in the greater Los Angeles area, to include the City of Glendale, California. Many of these aliens further elaborated that they had earned a living by selling food/flowers/household goods on street corners, worked day labor jobs which were solicited at locations such as Home Depot, or worked for cash at places like car washes, gardening, construction sites, or restaurant kitchens. Furthermore, recent intelligence briefings I've received confirm this information continues to remain current and is constantly being evaluated in order to identify new locations.

On November 4th,2025 at approximately 11:45 AM, SBPA K. Z▮▮▮▮, Border Patrol Agent (BPA) J. W▮▮▮▮ and I were driving south on Mariposa St. in Glendale, CA. We observed four individuals standing near and sitting in the rear of an older model mini-van eating lunch. All four individuals were next to a public sidewalk in a parking area of what appeared to be a small apartment building. We observed that all four individuals appeared to be laborers and were wearing matching shirts, indicating they were working for a roofing company. They also had tools in the back of the van that would support this observation. I am also aware of intelligence reports indicating that illegal aliens typically are working in cash paying jobs such as construction jobs.

We parked at the curb in front of 1225 Mariposa St. Glendale, CA 91205. BPA W▮▮▮▮ and I exited the vehicle wearing plain clothes with Service issued body armor carriers with issued Police/USBP and USBP badge patches clearly visible. BPA W▮▮▮▮ and I announced ourselves as Border Patrol Agents in the English and Spanish language and began a conversation with the four individuals. I conversed directly with an individual, later identified as V▮▮▮▮, D▮▮▮ (DOB: ▮▮▮▮, COB: ▮▮▮▮). During the conversation, I asked D▮▮▮ V▮▮▮▮ where he was born, to which he replied, ▮▮▮▮. I then proceeded to question D▮▮▮ V▮▮▮▮ as to his citizenship and whether he possessed any immigration documents that allow him to enter, remain or seek employment legally in the United States. D▮▮▮ V▮▮▮▮ stated that he did not have immigration documents. I then asked D▮▮▮ V▮▮▮▮ if he had any other identification. He stated that he did but it was at his house. I had our Tactical Operations Center run records checks through DHS databases. These databases confirmed that D▮▮▮▮ V▮▮▮▮ has no status in the Unted States. I then informed D▮▮▮▮ V▮▮▮▮ that he was under arrest pursuant to Title 8 of the United States Code for violating U.S. immigration law. D▮▮▮ V▮▮▮▮ was secured with handcuffs and escorted our nearby vehicle.

DHS databases confirmed that D▮▮▮ V▮▮▮▮ has no status in the United States. D▮▮▮ V▮▮▮▮ lacks documentation allowing him to enter or remain in the United States.

D▮▮▮ V▮▮▮▮ was transported via government vehicle for further processing and disposition.

AXON body-worn cameras activated during the arrest: Evidence Serial Numbers ▮▮▮▮ and ▮▮▮▮

| Signature | Title |
|---|---|
| N▮▮▮▮ | Deportation Officer |

3 of 4 Pages

Form I-831 Continuation Page (Rev. 08/01/07)

**U.S. Department of Homeland Security**                    **Continuation Page for Form** I-213

| Alien's Name | File Number | Date |
|---|---|---|
| V███████, D███ B███ | ███████████ | 11/05/2025 |
| | Event No: ████████ | |

**Immigration History:**

██████████████████████████████████████████████████

██████████████████████████████████████████████

███████████████████████████████████████████  ██

███████  █  ████████████  ██  ██  ████████████████

**CRIMINAL HISTORY:**

██████████  ██████████████  ██  ██  ████████  ███  ██████

████  █  ██  ████████  ███  ██  ██  ████████

**ADDITIONAL INFORMATION:**

████████████  █  ████████████

████████████████████████████████

████████  █  ████████████████████████████

████████████████████████████

████████████████████████

████████████  ████████

██████  ██████████████

**DISPOSITION:**

V█████ has a removal order issued by an IJ in Los Angeles, CA. ERO Los Angeles processed V█████ as a Bag and Baggage. V█████ will remain in ERO custody pending his removal to ██.

On November 04, 2025, DHS officers arrested and transferred V█████ to ERO Los Angeles. I, Officer Z███████, did not arrest this subject, Nevertheless, ERO Criminal Alien Program assigned me to process V█████ 's case

**Other Identifying Numbers**
-----------------------------
ALIEN-█████████

| Signature | Title |
|---|---|
| N████ Z████████████ | Deportation Officer |

4 of 4 Pages

Form I-831 Continuation Page (Rev. 08/01/07)