# EXHIBIT 9

**U.S. Department of Homeland Security**     Subject ID : ███████     **Record of Deportable/Inadmissible Alien**

| Family Name (CAPS) | | First | Middle | | Sex | Hair | Eyes | Cmplxn |
|---|---|---|---|---|---|---|---|---|
| S██████ P████, R██████ | | | | | M | BLK | BRO | FAR |

| Country of Citizenship | Passport Number and Country of Issue | File Number | Height | Weight | Occupation |
|---|---|---|---|---|---|
| ████ | | | 60 | 165 | COOK |

| U.S. Address | Scars and Marks |
|---|---|
| | See Narrative |

| Date, Place, Time, and Manner of Last Entry | Passenger Boarded at | F.B.I. Number | ☑ Single |
|---|---|---|---|
| | | | ☐ Divorced ☐ Married ☐ Widower ☐ Separated |

| Number, Street, City, Province (State) and Country of Permanent Residence | Method of Location/Apprehension |
|---|---|
| | CA |

| Date of Birth | | Date of Action | Location Code | At/Near | Date/Hour |
|---|---|---|---|---|---|
| Age: █ | | 11/02/2025 | LOS/LOS | | 10/31/2025 20:31 |

| City, Province (State) and Country of Birth | AR ☒ | Form : (Type and No.) Lifted ☐ Not Lifted ☐ | By |
|---|---|---|---|
| | | | J████ L██ |

| NIV Issuing Post and NIV Number | Social Security Account Name | Status at Entry | Status When Found |
|---|---|---|---|
| | | | |

| Date Visa Issued | Social Security Number | Length of Time Illegally in U.S. |
|---|---|---|
| | | |

| Immigration Record | Criminal Record |
|---|---|
| NEGATIVE | See Narrative |

| Name , Address, and Nationality of Spouse (Maiden Name, if Appropriate) | Number and Nationality of Minor Children |
|---|---|
| | None |

| Father's Name, Nationality, and Address, if Known | Mother's Present and Maiden Names, Nationality, and Address, if Known |
|---|---|
| | |

| Monies Due/Property in U.S. Not in Immediate Possession | Fingerprinted? ☑ Yes ☐ No | Systems Checks See Narrative | Charge Code Words(s) |
|---|---|---|---|
| None Claimed | | | See Narrative |

| Name and Address of (Last)(Current) U.S. Employer | Type of Employment | Salary | Employed from/to |
|---|---|---|---|
| See Narrative | Employee | Hourly        Hr | |

Narrative (Outline particulars under which alien was located/apprehended. Include details not shown above regarding time, place and manner of last entry, attempted entry, or any other entry, and elements which establish administrative and/or criminal violation. Indicate means and route of travel to interior.)

FIN: ██████          Left Index fingerprint          Right Index fingerprint

SCARS MARKS AND TATTOOS
-----------------------------
None Indicated - NONE VISIBLE

Subject Health Status
-----------------------------
The subject claims good health.

Current Administrative Charges ...(CONTINUED ON I-831)

Alien has been advised of communication privileges  11/2/2025 AV (Date/Initials)

A ███ V██████
Deportation Officer
(Signature and Title of Immigration)

| Distribution: | Received: (Subject and Documents)  (Report of Interview |
|---|---|
| FIle | Officer: A ███ V███████ |
| Stats | on: November 2, 2025                              (time) |
| Copy | Disposition: Warrant of Arrest/Notice to Appear |
| | Examining Officer: C██████ C 0███ |

Form I-213 (Rev. 08/01/07)

**U.S. Department of Homeland Security**

**Continuation Page for Form** I-213

| Alien's Name | File Number | Date |
|---|---|---|
| S███████ P████, H█████ ████ | ████████████████ | 11/02/2025 |

```
--------------------------------------
10/31/2025 - 212a6Ai - ALIEN PRESENT WITHOUT ADMISSION OR PAROLE - (PWAs)


RECORDS CHECKED
----------------
CIS Neg
EARM Neg
IAFIS Neg
NCIC Neg
TECS Neg


NAME AND ADDRESS OF US EMPLOYER
-----------------------------------------
████████████████████████████████████████████████████████████████


Record of Deportable/Excludable Alien:
------------------------------------------
NAME: S███████ P████, H█████
DOB:  ████████
COB:  ████████
FBI#

ENCOUNTER:
```

Immigration and Customs Enforcement (ICE) is currently executing Operation At Large targeting immigration violators in Los Angeles, California. The operation focuses on law enforcement operations in direct support of Presidential Executive Orders while ensuring personnel safety and maintaining tactical control while operating in a confined, civilian-heavy environment.

The Department of Homeland Security (DHS) and Department of Justice (DOJ) have developed a 6-month, nationwide operation to significantly increase Operation At Large arrests of illegal aliens, focusing on individuals with executable final orders of removal. In May 2025, this operation commenced deploying 1,000 interagency teams daily across 25 Areas of Responsibility (AORs), operating 7-days a week. The operation prioritizes regions with the highest concentrations of executable final orders, as identified by the ATrac (Alien Tracker) system1, with resources dynamically reallocated weekly to maximize efficiency. The operation integrates personnel from the Department of Homeland Security (DHS), Immigration and Customs Enforcement (ICE) Enforcement and Removal Operations (ERO), Homeland Security Investigations (HSI), United States Border Patrol (USBP), Office of Field Operations (OFO), Air and Marine Operations (AMO), Office of Information Technology (OIT) and, Department of Justice (DOJ), Federal Bureau of Investigation (FBI), Drug Enforcement Administration (DEA), Bureau of Alcohol, Tobacco, Firearms and Explosives (ATF), United States Marshals Service (USMS), Internal Revenue Service (IRS) - Criminal Investigation Division (CID), and National Guard, with additional support from 287(g) partners in their assigned jurisdictions. The operation aims to enhance public safety and enforce immigration laws.

I, Border Patrol Agent (BPA) J███████ A████, have served as a Border Patrol Agent (BPA) at El Centro Station for over five years and am currently assigned at Operation at Large in Los Angeles. Prior to coming here, I was at the Border Patrol Academy as a Physical Techniques Instructor (PTI). Throughout my career, I have earned multiple certifications, including Training Safety Officer, Range Safety Officer, Physical Techniques Instructor Qualification Course, and Less-Lethal Instructor Training Program, enhancing my instructional and

| Signature | Title |
|---|---|
| A███ V███████ | Deportation Officer |

2 of 4 Pages

Form I-831 Continuation Page (Rev. 08/01/07)



**U.S. Department of Homeland Security**

**Continuation Page for Form** I-213

| Alien's Name | File Number | Date |
|---|---|---|
| S███████ P████, H████ | ████████████ | 11/02/2025 |

leadership skills. I also completed the National Horse Patrol Program, Mountain Disrupt Unit gaining expertise in tracking and tactical operations. While working in the Alien Smuggling Unit I conducted surveillance and intelligence operations. Additionally, I have completed advanced training in deception detection and interviewing, hold experience issuing citations for the Central Violations Bureau. I'm fluent in Spanish, I bring strong operational, instructional, and communication abilities to support the U.S. Border Patrol mission.

Prior to the Roving Patrol deployment on October 31, 2025, I attended an intelligence briefing conducted by Supervisory Border Patrol Agent A. M██████. The briefing provided actionable information regarding the targeted location and subjects associated with it. The briefing included details about the subjects' identity and immigration status, locations, and suspected activities, such as illegal day labor work./

I was a part of a team consisting of all Border Patrol Agents, driving in separate vehicles. All Agents wore official Border Patrol Agent identifiers, including body armor displaying a visible badge clearly stating our status as a Border Patrol Agents. The body armor also had clear wording on both front and back stating that we were federal agents with the Border Patrol. All agents were assigned Axon body worn cameras. I captured the incident on my Axon4 body worn camera S/N: D01A2286X.

The location of today's roving operation was located near W. Pico Blvd and Crenshaw Blvd, Los Angeles, California 90019. I arrived at approximately 10:25 a.m., and observed S██████-P████, H█████████ walking away from a nearby store from what seemed like he was asking for manual labor. S████-P███ was wearing a grey shirt, dirty blue jeans and dirty brown boots. It appeared S████-P███ was appropriately dressed to work outdoors doing manual labor. It is well known that Illegal Aliens in larger cities in the L.A. area will often loiter around utility/supply stores, in hopes of being approached by individuals who will illegally employ them for manual labor.

My partner, BPA B██████, exited his vehicle and approached S████-P███. I observed S██████-P███ clearly see BPA B██████ exit his vehicle and S██████-H███'s facial expression went from relaxed and calm to immediately eyes wide open, tense body, and turning away from BPA B███ in the opposite direction. From my experience of being assigned to Operation at Large and having apprehended multiple Illegal Aliens, I observed the same expressions that S██████-P███ portrayed in Illegal Aliens I apprehended in the past. S██████-P████ tried to avoid being encountered by Agents by running away from the area and attempting to conceal himself in a nearby store. I had constant visual contact and gained control of S████-P██ by placing him in handcuffs.

I performed a field immigration interview on S████-P████ and he stated that he wasn't a U.S. Citizen and did not have proper documentation to be here legally. I located a ██████ I.D. and a Los Angeles Health card with a matching name S█████-P████, H█████████. ERO biometrics determined S█████-P███ was illegally present in the United States ██████████. S████-P███ is a citizen of ██████, and his date of birth is ██████████.

S██████-P███ was placed under arrest for immigration Title 8 violation and transported to an Immigration and Customs Enforcement facility for removal.

S██████-P███ was located in California which is a sanctuary state. Sanctuary states shield the identity of illegal aliens from Immigration Officials. Agents believed that if S██████-P███ was released, it would be impossible to locate him later. S██████-P████ also fled from law enforcement. For the reasons listed above, S██████-P███ is considered a flight risk. The Agents then transported S█████-P███ to a local detention center for further processing without incident.

Name:       S██████-P███, H███████

| Signature | Title |
|---|---|
| A███ V████ | Deportation Officer |

3 of 4 Pages

Form I-831 Continuation Page (Rev. 08/01/07)

**U.S. Department of Homeland Security**                    **Continuation Page for Form** I-213

| Alien's Name | File Number | Date |
|---|---|---|
| ████ ████, █████ | ████ | 11/02/2025 |
| | Event No: ████ | |

DOB: ████
COC: ████
Axon BWC:

IMMIGRATION HISTORY:

CRIMINAL HISTORY:

ADDITIONAL INFORMATION:

CASE DISPOSITION:

ERO Los Angeles served ████ a Notice to Appear, Form I-862, pursuant to Section 212(a)(6)(A)(i) of the INA. ████ will remain in ERO custody pending his immigration hearing.
On October 31, 2025, DHS officers arrested and transferred ████ to ERO Los Angeles. I, Officer V████, did not arrest this subject, Nevertheless, ERO Criminal Alien Program assigned me to process ████'s case.

Other Identifying Numbers
------------------------------
ALIEN-████

| Signature | Title |
|---|---|
| A ██ V████ | Deportation Officer |

4 of 4 Pages