# EXHIBIT 10

STACY TOLCHIN (SBN 217431)
*stacy@tolchinimmigration.com*
LAW OFFICES OF STACY TOLCHIN
776 E. Green St., Suite 210
Pasadena, CA 91101
Tel: 213-622-7450; Fax: 213-622-7233

MOHAMMAD TAJSAR (SBN 280152)
*mtajsar@aclusocal.org*
MAYRA JOACHIN (SBN 306065)
*mjoachin@aclusocal.org*
DAE KEUN KWON (SBN 313155)
*akwon@aclusocal.org*
STEPHANIE PADILLA (SBN 321568)
*spadilla@aclusocal.org*
ALYSSA MORONES (SBN 343358)
*amorones@aclusocal.org*
ACLU FOUNDATION OF
SOUTHERN CALIFORNIA
P.O. Box 811370
Los Angeles, CA 90081-0007
Tel: 213-977-9500; Fax: 213-915-0219

*Counsel for Stop/Arrest Plaintiffs*

(*Additional counsel listed on next page*)

MARK ROSENBAUM (SBN 59940)
*mrosenbaum@publiccounsel.org*
REBECCA BROWN (SBN 345805)
*rbrown@publiccounsel.org*
RITU MAHAJAN (SBN 252970)
*rmahajan@publiccounsel.org*
GINA AMATO (SBN 215519)
*gamato@publiccounsel.org*
AMANDA MANGASER SAVAGE
(SBN 325996)
*asavage@publiccounsel.org*
PUBLIC COUNSEL
610 South Ardmore Avenue
Los Angeles, CA 90005
Tel: 213-385-2977

*Counsel for All Plaintiffs*

ANNE LAI (SBN 295394)
*alai@law.uci.edu*
UC IRVINE SCHOOL OF LAW
IMMIGRANT AND RACIAL JUSTICE
SOLIDARITY CLINIC
P.O. Box 5479
Irvine, CA 92616-5479
Tel: 949-824-9894; Fax: 949-824-2747

*Counsel for Stop/Arrest Plaintiffs*

**UNITED STATES DISTRICT COURT**

**FOR THE CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| Pedro VASQUEZ PERDOMO; Carlos Alexander OSORTO; and Isaac VILLEGAS MOLINA; Jorge HERNANDEZ VIRAMONTES; Jason Brian GAVIDIA; LOS ANGELES WORKER CENTER NETWORK; UNITED FARM WORKERS; COALITION FOR HUMANE IMMIGRANT RIGHTS; IMMIGRANT DEFENDERS LAW CENTER, <br><br> Plaintiffs, <br><br> v. <br><br> Markwayne MULLIN, in his official capacity as Secretary, Department of Homeland Security; David VENTURELLA, in his official capacity as Acting Director, U.S. Immigration and Customs Enforcement; Rodney S. SCOTT, in his official capacity as | Case No.: 2:25-cv-05605-MEMF-SP <br><br> **DECLARATION OF J.L.M. IN SUPPORT OF MOTION FOR PRELIMINARY INJUNCTION** |

DECLARATION OF J.L.M. IN SUPPORT OF MOTION FOR PRELIMINARY INJUNCTION

Commissioner, U.S. Customs and Border Patrol; Rosario VASQUEZ, in his official capacity as Chief of U.S. Border Patrol; Kash PATEL, in his official capacity as Director, Federal Bureau of Investigation; Todd BLANCHE, in his official capacity as Acting U.S. Attorney General; Thomas GILES, in his official capacity as Acting Field Office Director for Los Angeles, U.S. Immigration and Customs Enforcement; Dean T. SORENSON, Special Agent in Charge for Los Angeles, Homeland Security Investigations, U.S. Immigration and Customs Enforcement; Daniel I. PARRA, in his official capacity as Acting Chief Patrol Agent for El Centro Sector of the U.S. Border Patrol; Justin DE LA TORRE, in his official capacity as Acting Chief Patrol Agent, San Diego Sector of the U.S. Border Patrol; Akil DAVIS, in his official capacity as Assistant Director in Charge, Los Angeles Office, Federal Bureau of Investigation; Bilal A. ESSAYLI, in his official capacity as First Assistant U.S. Attorney for the Central District of California,

     Defendants.

DECLARATION OF J.L.M. IN SUPPORT OF MOTION FOR PRELIMINARY INJUNCTION

JACOB S. KREILKAMP (SBN 248210)
jacob.kreilkamp@mto.com
DAVID FRY (SBN 189276)
david.fry@mto.com
ADAM B. WEISS (SBN 296381)
adam.weiss@mto.com
SARA H. WORTH (SBN 341088)
sara.worth@mto.com
LAURA R. PERRY (SBN 342504)
laura.perrystone@mto.com
HENRY D. SHREFFLER (SBN 343388)
henry.shreffler@mto.com
LAUREN E. KUHN (SBN 343855)
lauren.kuhn@mto.com
ANGELA URIBE (SBN 353579)
angela.uribe@mto.com
MAGGIE BUSHELL (SBN 354048)
maggie.bushell@mto.com
MUNGER, TOLLES & OLSON LLP
350 S. Grand Ave., 50th Floor
Los Angeles, CA 90071
Tel: 213-683-9100; Fax: 213-683-9100

*Counsel for Stop/Arrest Plaintiffs*

BREE BERNWANGER (SBN 331731)
bbernwanger@aclunc.org
AMERICAN CIVIL LIBERTIES UNION
FOUNDATION OF NORTHERN
CALIFORNIA
39 Drumm Street
San Francisco, CA 94111
Tel: 415-621-2493

*Counsel for Stop/Arrest Plaintiffs*

BRISA VELAZQUEZ OATIS
(SBN 339132)
bvoatis@aclu-sdic.org
ACLU FOUNDATION OF
SAN DIEGO & IMPERIAL COUNTIES
P.O. Box 87131
San Diego, CA 92138-7131
Tel: 619-398-4199

*Counsel for Stop/Arrest Plaintiffs*

EDGAR AGUILASOCHO (SBN 285567)
eaguilasocho@farmworkerlaw.com
MARTÍNEZ AGUILASOCHO LAW, INC.
900 Truxtun Ave, Suite 300
Bakersfield, CA 93301
Tel: 661-859-1174

*Counsel for Plaintiff United Farm Workers*

JESSICA KARP BANSAL (SBN 277347)
jessica@ndlon.org
LAUREN MICHEL WILFONG*
lwilfong@ndlon.org
JIA FU*
jennifer@ndlon.org
NATIONAL DAY LABORER ORGANIZING
NETWORK
1030 S. Arroyo Parkway, Suite 106
Pasadena, CA 91105
Tel: 626-214-5689

*Counsel for Stop/Arrest Plaintiffs*

MATTHEW J. CRAIG (SBN 350030)
mcraig@heckerfink.com
MACK E. JENKINS (SBN 242101)
mjenkins@heckerfink.com
HECKER FINK LLP
1150 South Olive Street, Suite 10-140
Los Angeles, CA 90015
Tel: 212-763-0883; Fax: 212-564-0883

*Counsel for Access/Conditions Plaintiffs*

CARL BERGQUIST*
cbergquist@chirla.org
COALITION FOR HUMANE IMMIGRANT
RIGHTS
2351 Hempstead Road
Ottawa Hills, OH 43606
Tel: 310-279-6025

*Counsel for Plaintiff Coalition for Humane
Immigrant Rights*

ALVARO M. HUERTA (SBN 274787)
ahuerta@immdef.org
BRYNNA BOLT (SBN 339378)
bbolt@immdef.org
ALISON STEFFEL (SBN 346370)
asteffel@immdef.org
IMMIGRANT DEFENDERS LAW CENTER
634 S. Spring St., 10th Floor
Los Angeles, CA 90014
Tel: 213-634-0999

*Counsel for Plaintiff Immigrant
Defenders Law Center*

* Admitted pro hac vice

DECLARATION OF J.L.M. IN SUPPORT OF MOTION FOR PRELIMINARY INJUNCTION

**DECLARATION OF J█ L█ M█**

I, J█ L█ M█, declare the following:

1. I make this declaration from my personal knowledge and if called to testify to these facts, I could and would do so competently.

2. My name is J█ L█ M█. I am 64 years old. I have lived in Southern California for more than 35 years.

3. I used to look for work at a day laborer corner near a Home Depot in Los Angeles County, but I stopped going there after I saw immigration raids happen while I was present.

4. On October 28, 2025, immigration agents were carrying out enforcement operations in my area and detaining many people. That day, I was on my way to take care of some personal business when I stopped at a place where day laborers gather, near a U-Haul facility in Los Angeles County, to say hello to a friend. My friend was standing inside the U-Haul property, in the area where the rental vehicles are parked. I was not looking for work, and I had not gone there to find a job. I only stopped to greet my friend.

5. While I was there, four vehicles arrived. Two of them drove into the U-Haul parking lot, and the other two stayed on the street. The men who got out did not identify themselves. They were not wearing uniforms or anything that clearly showed they were law enforcement. They were in regular clothes and wore green vests with no lettering, hats, and face coverings that hid their faces. They had weapons holstered. I could not tell how many agents there were in total.

6. The two vehicles that drove into the parking lot came toward me and another worker. Because I thought we were going to be cited for trespassing, the other worker and I walked out of the parking lot and onto the public sidewalk. We did not run; we walked away calmly. Once I was on the sidewalk, one of the vehicles pulled in front of me, and an agent told me to stop. There were four workers in the area of the U-haul parking lot, and all four of us were detained in the same way.

-4-                                                    Case No. 2:25-cv-05605-MEMF-SP
DECLARATION OF J.L.M. IN SUPPORT OF MOTION FOR PRELIMINARY INJUNCTION

7. Shortly after stopping me, the agents asked me in Spanish whether I had immigration papers. I told them that I was in the process of renewing my work permit. I asked why I was being detained, but the agents told me that they were the ones asking the questions. They said they were going to take me to a detention center so that I could "fix my status."

8. The agents then told me to quickly put my hands behind my back and asked whether I was trying to run. I answered, "How can I run?" My response seemed to upset the agents, and they became more aggressive. As they handcuffed me, they used so much force that I lost my balance and fell to my knees, injuring myself. After they saw that I was hurt, the agents lifted me off the ground and threw me forcefully into their vehicle instead of helping me. I begged the agents to let me go, explaining that I had a family who depended on me. They ignored me.

9. The agents took my wallet out of my pocket and looked through the documents I was carrying, including my Social Security card, my work permit, my driver's license, and my Medi-Cal card. They collected these documents and put them in a Ziplock bag.

10. From the moment the officer told me to stop, I did not feel free to leave at any point. The agents never showed me a warrant or any other document, and they never told me what agency they were from or why I was being arrested, other than saying that I needed to go to a detention center to "fix my status."

11. I do not believe the agents had any reason to stop me or the workers. They simply came up to us. I did not see them show any of the workers a warrant. The manager of the U-Haul came out and told the agents that they needed a warrant to be on the property, but the agents did not ask her anything about her immigration status. I was wearing jeans, a t-shirt, tennis shoes, and a hat. I did not have a backpack or anything that looked like work clothes. I believe that we were stopped because we are Latino and were at a place where day laborers gather.

DECLARATION OF J.L.M. IN SUPPORT OF MOTION FOR PRELIMINARY INJUNCTION

12. After I was detained, the agents took me to the parking lot of a La Superior grocery store, where an immigration van was waiting with more agents. The agents at that location were wearing uniforms. Inside the van were several other people who had been detained earlier that day. While they transported us, the agents did not ask me any questions; they only talked among themselves.

13. I was held at the facility in downtown Los Angeles, which I understood to be called B-18, for about four days. The conditions there were very poor. I was kept in a room with about fifteen other people and only one toilet, which gave us little or no privacy. There was often no soap, which made it hard to stay clean. Our meals were usually prepackaged burritos and Cheetos, and we were given only about three small bottles of water each day.

14. While I was in custody in Los Angeles, the agents gave me paperwork for voluntary departure and asked me to sign it. I refused. After I refused to sign the voluntary departure paperwork, the agents gave me a different document about being transferred to the Adelanto detention facility so that I could see an immigration judge. I signed that second document. It was written in English, and I did not understand what it said. No one gave me a translation, and I was not given enough time to read or review it before I signed it.

15. We were moved from one room to another often. The air conditioning was kept on all the time, so the rooms were very cold. We were given only thin aluminum emergency blankets to keep warm and to sleep with. Fans were also kept running, which made the light blankets move around constantly and made it hard to stay covered. The lights stayed on all night. Because of this, I often could not sleep and did not get enough rest while I was detained.

16. After about four days at B-18, I was transferred to the Adelanto detention facility. I remained at Adelanto for more than four months. I was released on March 13, 2026.

DECLARATION OF J.L.M. IN SUPPORT OF MOTION FOR PRELIMINARY INJUNCTION

17.I have diabetes. While I was detained, I was given medication that I had never taken before, and it gave me very bad nightmares. On one occasion, I was given a medication that did not agree with my body, and I had a bad reaction that I believe was caused by the medication. I had to be taken to a hospital by ambulance. In all, I was taken to the hospital twice and was given a physical examination. I did not feel that there was anyone I could safely go to with complaints, and I was afraid that complaining would cause problems for me.

DECLARATION OF J.L.M. IN SUPPORT OF MOTION FOR PRELIMINARY INJUNCTION

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. Executed this 22 day of June, 2026, in North Hollywood, California.

J██ L██ M██████

## CERTIFICATE OF INTERPRETATION

I, Michael Caleb Soto certify under penalty of perjury that I am **fluent in English** and Spanish and that I am competent to interpret between the two languages. I further certify that, on June 22, 2026, I read the foregoing to J██ ██ M████ in Spanish, a language in which they are fluent, and that they confirmed its **accuracy**.

Date: 6/22/2026

_____
Michael Caleb Soto

-8-                                Case No. 2:25-cv-05605-MEMF-SP

DECLARATION OF J.L.M. IN SUPPORT OF MOTION FOR PRELIMINARY INJUNCTION