# EXHIBIT 11

**U.S. Department of Homeland Security**    Subject ID : ▮    **Record of Deportable/Inadmissible Alien**

| Family Name (CAPS) | | First | Middle | | Sex | Hair | Eyes | Cmplxn |
|---|---|---|---|---|---|---|---|---|
| ▮, J▮ I▮ | | | | | M | BLD | BRO | LBR |

| Country of Citizenship | Passport Number and Country of Issue | | Height | Weight | Occupation |
|---|---|---|---|---|---|
| ▮ | ▮ | | 66 | 190 | UNEMPLOYED |

| U.S. Address | | | Scars and Marks |
|---|---|---|---|
| ▮ ▮ | | | |

| Date, Place, Time, and Manner of Last Entry | Passenger Boarded at | F.B.I. Number | ☒ Single |
|---|---|---|---|
| ▮ | | | ☐ Divorced ☐ Married ☐ Widower ☐ Separated |

| Number, Street, City, Province (State) and Country of Permanent Residence | Method of Location/Apprehension |
|---|---|
| | CA |

| Date of Birth | | Date of Action | Location Code | At/Near | Date/Hour |
|---|---|---|---|---|---|
| ▮ Age: ▮ | | 10/28/2025 | LOS/LOS | | 10/28/2025 00:23 |

| City, Province (State) and Country of Birth | AR ☒ | Form: (Type and No.) Lifted ☐ Not Lifted ☐ | By |
|---|---|---|---|
| ▮ | | | V▮ V▮ |

| NIV Issuing Post and NIV Number | Social Security Account Name | Status at Entry | Status When Found |
|---|---|---|---|
| | | | |

| Date Visa Issued | Social Security Number | Length of Time Illegally in U.S. |
|---|---|---|
| | | |

| Immigration Record | Criminal Record |
|---|---|
| NEGATIVE | |

| Name, Address, and Nationality of Spouse (Maiden Name, if Appropriate) | Number and Nationality of Minor Children |
|---|---|
| | None |

| Father's Name, Nationality, and Address, if Known | Mother's Present and Maiden Names, Nationality, and Address, if Known |
|---|---|
| ▮ | ▮ |

| Monies Due/Property in U.S. Not in Immediate Possession | Fingerprinted? ☒ Yes ☐ No | Systems Checks See Narrative | Charge Code Words(s) |
|---|---|---|---|
| None Claimed | | | See Narrative |

| Name and Address of (Last)(Current) U.S. Employer | Type of Employment | Salary | Employed from/to |
|---|---|---|---|
| | Unemployed or Retired | Hr | |

Narrative (Outline particulars under which alien was located/apprehended. Include details not shown above regarding time, place and manner of last entry, attempted entry, or any other entry, and elements which establish administrative and/or criminal violation. Indicate means and route of travel to interior.)

FIN: ▮          Left Index fingerprint          Right Index fingerprint

**Subject Health Status**
------------------------
The subject does not claim good health. Please contact your local IHSC health care staff member for additional information.

**Current Administrative Charges**
------------------------------
10/28/2025 - 212a6Ai - ALIEN PRESENT WITHOUT ADMISSION OR PAROLE - (PWAs)
10/28/2025 - 212a7AiI - IMMIGRANT WITHOUT AN IMMIGRANT VISA
   ...(CONTINUED ON I-831)

R▮ III
Deportation Officer

Alien has been advised of communication privileges  10/28/25/A▮ (Date/Initials)    (Signature and Title of Immigration Officer)

| Distribution: | Received: (Subject and Documents) (Report of Interview) |
|---|---|
| A FILE | Officer: ▮ R▮ III ▮ |
| | on: October 28, 2025 |
| | Disposition: Other |
| | Examining Officer: C▮ J▮ |

Form I-213 (Rev. 08/01/07)

EOIR — 1 of 4

**U.S. Department of Homeland Security**                     Continuation Page for Form I-213

| Alien's Name | File Number | Date |
|---|---|---|
| M▮▮▮▮▮, J▮▮ L▮ | ▮▮▮▮▮▮ | 10/28/2025 |

```
RECORDS CHECKED
------------------
CIS  Neg
EARM Pos
IAFIS Unk
NCIC Neg
TECS Neg


FUNDS IN POSSESSION
--------------------
United States Dollar 302.00


Record of Deportable/Excludable Alien:
------------------------------------------
```

Immigration and Customs Enforcement (ICE) is currently executing Operation At Large targeting immigration violators in Los Angeles, California. The operation focuses on law enforcement operations in direct support of Presidential Executive Orders while ensuring personnel safety and maintaining tactical control while operating in a confined, civilian-heavy environment.

The Department of Homeland Security (DHS) and Department of Justice (DOJ) have developed a 6-month, nationwide operation to significantly increase Operation At Large arrests of illegal aliens, focusing on individuals with executable final orders of removal. In May 2025, this operation commenced deploying 1,000 interagency teams daily across 25 Areas of Responsibility (AORs), operating 7-days a week. The operation prioritizes regions with the highest concentrations of executable final orders, as identified by the ATrac (Alien Tracker) system1, with resources dynamically reallocated weekly to maximize efficiency. The operation integrates personnel from the Department of Homeland Security (DHS), Immigration and Customs Enforcement (ICE) Enforcement and Removal Operations (ERO), Homeland Security Investigations (HSI), United States Border Patrol (USBP), Office of Field Operations (OFO), Air and Marine Operations (AMO), Office of Information Technology (OIT) and, Department of Justice (DOJ), Federal Bureau of Investigation (FBI), Drug Enforcement Administration (DEA), Bureau of Alcohol, Tobacco, Firearms and Explosives (ATF), United States Marshals Service (USMS), Internal Revenue Service (IRS) - Criminal Investigation Division (CID), and National Guard, with additional support from 287(g) partners in their assigned jurisdictions. The operation aims to enhance public safety and enforce immigration laws.

I, Border Patrol Agent (BPA) J▮▮▮▮▮▮ A▮▮▮ have served as a BPA at El Centro Station for over five years and am currently assigned at Operation at Large in Los Angeles. Prior to coming here, I was at the Border Patrol Academy as a Physical Techniques Instructor (PTI). Throughout my career, I have earned multiple certifications, including Training Safety Officer, Range Safety Officer, Physical Techniques Instructor Qualification Course, and Less-Lethal Instructor Training Program, enhancing my instructional and leadership skills. I also completed the National Horse Patrol Program, Mountain Disrupt Unit gaining expertise in tracking and tactical operations. While working in the Alien Smuggling Unit I conducted surveillance and intelligence operations. Additionally, I have completed advanced training

in deception detection and interviewing, hold experience issuing citations for the Central Violations Bureau. I'm fluent in Spanish, I bring strong operational, instructional, and

| Signature | Title |
|---|---|
| ▮▮▮▮ F▮▮▮ III ▮▮▮▮▮▮ | Deportation Officer |

Form I-831 Continuation Page (Rev. 08/01/07)                    _____ 2 ___ of ___ 6 ___ Pages

U.S. Department of Homeland Security

Continuation Page for Form I-213

| Alien's Name | File Number | Date |
|---|---|---|
| M███████, J███ I████ | ███████████ | 10/28/2025 |

communication abilities to support the U.S. Border Patrol mission.

The location of today's operation was located near a U-Haul rental center at 924 S. Victory 11666 Victory Blvd, North Hollywood, California 91506. I arrived at approximately 11:35 a.m. and observed J███ L███ M███████ loitering in the U-Haul parking lot. M███████ was wearing dirty jeans, a dusty white button-up shirt and boots. It appeared M███████ was appropriately dressed to work outdoors doing manual labor. It is well known that Illegal Aliens in the L.A. area will often loiter in utility truck rental store parking lots, like U-Haul, in hopes of being approached by individuals who will illegally employ them for manual labor.

I was a part of a team consisting of all Border Patrol Agents, driving in separate vehicles. All Agents wore official Border Patrol Agent identifiers, including body armor displaying a visible badge clearly stating our status as a Border Patrol Agents. The body armor also had clear wording on both front and back stating that we were federal agents with the Border Patrol. All agents were assigned Axon body worn cameras. I captured the incident on my Axon4 body worn camera S/N: D01A2286X.

I exited my vehicle and approached M███████. I observed M███████ clearly see me exit my vehicle and M███████'s facial expression went from relaxed and calm to immediately eyes wide open, tense body, and turning away from me in the opposite direction. From my experience of being assigned to Operation at Large and having apprehended multiple Illegal Aliens, I observed the same expressions that M███████ portrayed on Illegal Aliens I apprehended in the past. M███████ tried to avoid being encountered by Agents by running away from the area and across the street. I maintained continuous visual contact and gained control of M███████ by placing him in handcuffs.

I attempted to perform a field immigration interview on M███████. M███████ admitted to being a citizen of ██████████ and provided an Employment Authorization Card ████████████ that had expired on 4/12/2008. I informed M███████ that the document was expired and asked him if he had any other documentation to be in the United States legally. M███████ then stated he wanted to speak to a lawyer, and I ceased all questioning. Due to M███████ admitting to being a citizen of ███████████ and not providing legal documentation I placed him under arrest for illegally being present in the United States. M███████ is a citizen of ██ ██████, and his date of birth is ██████████████.

M███████ was placed under arrest for immigration Title 8 violation and transported to an Immigration and Customs Enforcement facility for processing and removal.

M███████ was located in California which is a sanctuary state. Sanctuary states shield the identity of illegal aliens from Immigration Officials. Agents believed that if M███████ was released, it would be impossible to locate him later. M███████ also fled from law enforcement. For the reasons listed above, M███████ is considered a flight risk. I turned M███████ over to ERO, who transported M███████ to a local detention center for further processing without incident.

| Signature | Title |
|---|---|
| A█████ R██████ III | Deportation Officer |

3 of 6 Pages

Form I-831 Continuation Page (Rev. 08/01/07)

U.S. Department of Homeland Security

Continuation Page for Form I-213

| Alien's Name | File Number | Date |
|---|---|---|
| M████, J██ I██ | ████████ | 10/28/2025 |

Name: M████, J██ I██

DOB: ████████

COC: ████████

Axon BWC: ████████

Other Identifying Numbers
-----------------------------------
ALIEN-████████

| Signature | Title |
|---|---|
| A████ R████ III | Deportation Officer |

4 of 6 Pages

Form I-831 Continuation Page (Rev. 08/01/07)