# EXHIBIT 13

STACY TOLCHIN (SBN 217431)
*stacy@tolchinimmigration.com*
LAW OFFICES OF STACY TOLCHIN
776 E. Green St., Suite 210
Pasadena, CA 91101
Tel: 213-622-7450; Fax: 213-622-7233

MOHAMMAD TAJSAR (SBN 280152)
*mtajsar@aclusocal.org*
MAYRA JOACHIN (SBN 306065)
*mjoachin@aclusocal.org*
DAE KEUN KWON (SBN 313155)
*akwon@aclusocal.org*
STEPHANIE PADILLA (SBN 321568)
*spadilla@aclusocal.org*
ALYSSA MORONES (SBN 343358)
*amorones@aclusocal.org*
ACLU FOUNDATION OF
SOUTHERN CALIFORNIA
P.O. Box 811370
Los Angeles, CA 90081-0007
Tel: 213-977-5232; Fax: 213-201-7878

*Counsel for Stop/Arrest Plaintiffs*

(*Additional counsel listed on next page*)

MARK ROSENBAUM (SBN 59940)
*mrosenbaum@publiccounsel.org*
REBECCA BROWN (SBN 345805)
*rbrown@publiccounsel.org*
RITU MAHAJAN (SBN 252970)
*rmahajan@publiccounsel.org*
GINA AMATO (SBN 215519)
*gamato@publiccounsel.org*
AMANDA MANGASER SAVAGE
(SBN 325996)
*asavage@publiccounsel.org*
PUBLIC COUNSEL
610 South Ardmore Avenue
Los Angeles, CA 90005
Tel: 213-385-2977

*Counsel for All Plaintiffs*

ANNE LAI (SBN 295394)
*alai@law.uci.edu*
UC IRVINE SCHOOL OF LAW
IMMIGRANT AND RACIAL JUSTICE
SOLIDARITY CLINIC
P.O. Box 5479
Irvine, CA 92616-5479
Tel: 949-824-9894; Fax: 949-824-2747

*Counsel for Stop/Arrest Plaintiffs*

**UNITED STATES DISTRICT COURT**

**FOR THE CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| Pedro VASQUEZ PERDOMO; Carlos Alexander OSORTO; and Isaac VILLEGAS MOLINA; Jorge HERNANDEZ VIRAMONTES; Jason Brian GAVIDIA; LOS ANGELES WORKER CENTER NETWORK; UNITED FARM WORKERS; COALITION FOR HUMANE IMMIGRANT RIGHTS; IMMIGRANT DEFENDERS LAW CENTER, <br><br> Plaintiffs, <br><br> v. <br><br> Markwayne MULLIN, in his official capacity as Secretary, Department of Homeland Security; David VENTURELLA, in his official capacity as Acting Director, U.S. Immigration and Customs Enforcement; Rodney S. SCOTT, in his official capacity as | Case No.: 2:25-cv-05605-MEMF-SP <br><br> **DECLARATION OF BRIAN GAVIDIA IN SUPPORT OF MOTION FOR PRELIMINARY INJUNCTION** <br><br> Hon. Maame Ewusi-Mensah Frimpong |

-1-                    Case No. 2:25-cv-05605-MEMF-SP

Commissioner, U.S. Customs and Border Patrol; Rosario VASQUEZ, in his official capacity as Chief of U.S. Border Patrol; Kash PATEL, in his official capacity as Director, Federal Bureau of Investigation; Todd BLANCHE, in his official capacity as Acting U.S. Attorney General; Thomas GILES, in his official capacity as Acting Field Office Director for Los Angeles, U.S. Immigration and Customs Enforcement; Dean T. SORENSON, Special Agent in Charge for Los Angeles, Homeland Security Investigations, U.S. Immigration and Customs Enforcement; Daniel I. PARRA, in his official capacity as Acting Chief Patrol Agent for El Centro Sector of the U.S. Border Patrol; Justin DE LA TORRE, in his official capacity as Acting Chief Patrol Agent, San Diego Sector of the U.S. Border Patrol; Akil DAVIS, in his official capacity as Assistant Director in Charge, Los Angeles Office, Federal Bureau of Investigation; Bilal A. ESSAYLI, in his official capacity as First Assistant U.S. Attorney for the Central District of California,

Defendants.

-2-                                         Case No. 2:25-cv-05605-MEMF-SP

JACOB S. KREILKAMP (SBN 248210)
jacob.kreilkamp@mto.com
DAVID FRY (SBN 189276)
david.fry@mto.com
ADAM B. WEISS (SBN 296381)
adam.weiss@mto.com
SARA H. WORTH (SBN 341088)
sara.worth@mto.com
LAURA R. PERRY (SBN 342504)
laura.perrystone@mto.com
HENRY D. SHREFFLER (SBN 343388)
henry.shreffler@mto.com
LAUREN E. KUHN (SBN 343855)
lauren.kuhn@mto.com
ANGELA URIBE (SBN 353579)
angela.uribe@mto.com
MAGGIE BUSHELL (SBN 354048)
maggie.bushell@mto.com
MUNGER, TOLLES & OLSON LLP
350 S. Grand Ave., 50th Floor
Los Angeles, CA 90071
Tel: 213-683-9100; Fax: 213-683-9100

*Counsel for Stop/Arrest Plaintiffs*

BREE BERNWANGER (SBN 331731)
bbernwanger@aclunc.org
AMERICAN CIVIL LIBERTIES UNION
FOUNDATION OF NORTHERN
CALIFORNIA
39 Drumm Street
San Francisco, CA 94111
Tel: 415-621-2493

*Counsel for Stop/Arrest Plaintiffs*

BRISA VELAZQUEZ OATIS
(SBN 339132)
bvoatis@aclu-sdic.org
ACLU FOUNDATION OF
SAN DIEGO & IMPERIAL COUNTIES
P.O. Box 87131
San Diego, CA 92138-7131
Tel: 619-398-4199

*Counsel for Stop/Arrest Plaintiffs*

EDGAR AGUILASOCHO (SBN 285567)
eaguilasocho@farmworkerlaw.com
MARTÍNEZ AGUILASOCHO LAW, INC.
900 Truxtun Ave, Suite 300
Bakersfield, CA 93301
Tel: 661-859-1174

*Counsel for Plaintiff United Farm Workers*

JESSICA KARP BANSAL (SBN 277347)
jessica@ndlon.org
LAUREN MICHEL WILFONG*
lwilfong@ndlon.org
JIA FU*
jennifer@ndlon.org
NATIONAL DAY LABORER ORGANIZING
NETWORK
1030 S. Arroyo Parkway, Suite 106
Pasadena, CA 91105
Tel: 626-214-5689

*Counsel for Stop/Arrest Plaintiffs*

MATTHEW J. CRAIG (SBN 350030)
mcraig@heckerfink.com
MACK E. JENKINS (SBN 242101)
mjenkins@heckerfink.com
HECKER FINK LLP
1150 South Olive Street, Suite 10-140
Los Angeles, CA 90015
Tel: 212-763-0883; Fax: 212-564-0883

*Counsel for Access/Conditions Plaintiffs*

CARL BERGQUIST*
cbergquist@chirla.org
COALITION FOR HUMANE IMMIGRANT
RIGHTS
2351 Hempstead Road
Ottawa Hills, OH 43606
Tel: 310-279-6025

*Counsel for Plaintiff Coalition for Humane
Immigrant Rights*

ALVARO M. HUERTA (SBN 274787)
ahuerta@immdef.org
BRYNNA BOLT (SBN 339378)
bbolt@immdef.org
ALISON STEFFEL (SBN 346370)
asteffel@immdef.org
IMMIGRANT DEFENDERS LAW CENTER
634 S. Spring St., 10th Floor
Los Angeles, CA 90014
Tel: 213-634-0999

*Counsel for Plaintiff Immigrant
Defenders Law Center*

* Admitted pro hac vice

## <u>DECLARATION OF JASON BRIAN GAVIDIA</u>

I, Jason Brian Gavidia, hereby declare:

I make this declaration based on my own personal knowledge. If called, I could and would competently testify hereto:

1.      I am a U.S. citizen. I was born and raised in East Los Angeles. I have lived in East Los Angeles all my life. I am currently renting and residing in East Los Angeles.

2.      I am of Latino ethnicity.

3.      I am a proud Christian, deeply devoted to my church and my community. I have volunteered and served on the church medical team during our worldwide congregation, which brings together more than 30,000 members in a single location. In this role, I have assisted medical personnel, coordinated team assignments, and directed individuals to designated areas. I continue to support the medical team.

4.      In addition to my faith-based service, I am a businessman with a diverse professional background. Before entering the world of business, I held roles in various fields, including roles as an Operations Supervisor, Pest Control Technician, and Automobile Broker. I also started a car detail business. After two young friends of mine passed away in a car accident, I organized a car wash event fundraiser, raising more than $2,500 for the funeral, and this led me to incorporate a car detail component to my car sales business.

5.      I am also an active member of a boxing team based in East Los Angeles. I support the local boxing community by sponsoring several athletes in their career development. I am currently sponsoring three boxers.

6.      On Thursday, June 12, 2025, I went to Yank Towing, located at 1537 W. Olympic Blvd. in Montebello, CA 90640. Yank Towing is a tow yard, junk car removal, and storage lot. I rent space at the tow yard to work on cars.

7.      Around 4:30 PM, I was inside the tow yard working on my car. I was waiting for my mechanic to bring me a part. Suddenly, I heard someone say immigration agents may be at the premises. I was curious and went outside to confirm whether

1

immigration agents were present. I was on the phone as I stepped out of the tow yard premises. On the sidewalk outside the gate, I saw a federal agent between two cars step forward and acknowledge my presence. I assumed it was a federal agent because he was wearing a green vest. Later, I saw several other agents wearing similar vests with the words "Border Patrol Federal Agent." I also noticed the agents were carrying handguns, which they had holstered, and at least two of the agents had a military-style rifle.

8.    Immediately after, as I attempted to head back inside the tow yard premises, the agent said, "Stop right there." I noticed he was masked; I could not see his face. At this point, I stopped. I am a law-abiding citizen. I felt that I could not leave, and that the agent had stopped me.

9.    While the masked agent approached me, another unmasked agent ran towards me and questioned me whether I am American. I told him that I am American at least three times. He responded by asking, "What hospital were you born in?" I calmly replied that I did not know. He repeated the question two more times, and each time I said that I did not know. At that point, the agents forcefully pushed me up against the metal gated fence, put my hands behind my back, and twisted my arm. I had been on my phone this entire time, and the masked agent also took my phone from my hand at that point. I felt like the agents were trying to cause me pain, because I did not know what hospital I was born in.

10.    I explained, "Look how you got my hand—you're twisting that shit, bro. I'm American, bro." As soon as I said that, the masked agent stopped twisting my arm. The unmasked agent asked a final time, "What hospital were you born in?" I responded again that I did not know and said East L.A. I then told the agents that I could show them my Real ID.

11.    When I showed my Real ID to the agents, one of them took it from me. Even after providing my Real ID and repeatedly stating that I am an American, they did not let me go. In fact, even after telling the agents I was an American, they took my phone. I begged to have my phone back; I asked every agent for my phone. One of the agents told

2

me to stand close to the gate and I would get my phone back. It ultimately took about 20 minutes to get my phone back. But I never got my Real ID back.

12.     My best understanding of what I experienced on June 12, 2025 is that federal agents stopped me literally based on my skin color, just because of the way I look—because I am brown, Latino. My clothes were dirty from working on my car, and I believe this might have also factored in to why the agents stopped and questioned me. It was the worst experience I have ever felt. I felt like I was going to die; in fact, one agent literally racked a chamber in his rifle. And going forward, I am disturbed and deeply concerned that federal agents will stop me and violate my rights again for the same reason.

13.     I live and work in Los Angeles County, and I know and have heard that these immigration raids have continued all throughout the area. I am afraid that I will be racially profiled again for my skin color. I feel that federal agents can detain me for no reason other than the fact that I appear and am Latino. This is just wrong, and it is scary that there is a high chance I might get picked up just because I am walking while brown, walking while dirty, coming home from work.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on June 30, 2025 in East Los Angeles, California.

_____

Jason Brian Gavidia

3