# EXHIBIT 16

STACY TOLCHIN (SBN 217431)
*stacy@tolchinimmigration.com*
LAW OFFICES OF STACY TOLCHIN
776 E. Green St., Suite 210
Pasadena, CA 91101
Tel: 213-622-7450; Fax: 213-622-7233

MOHAMMAD TAJSAR (SBN 280152)
*mtajsar@aclusocal.org*
MAYRA JOACHIN (SBN 306065)
*mjoachin@aclusocal.org*
DAE KEUN KWON (SBN 313155)
*akwon@aclusocal.org*
STEPHANIE PADILLA (SBN 321568)
*spadilla@aclusocal.org*
ALYSSA MORONES (SBN 343358)
*amorones@aclusocal.org*
ACLU FOUNDATION OF
SOUTHERN CALIFORNIA
P.O. Box 811370
Los Angeles, CA 90081-0007
Tel: 213-977-9500; Fax: 213-915-0219

*Counsel for Stop/Arrest Plaintiffs*

MARK ROSENBAUM (SBN 59940)
*mrosenbaum@publiccounsel.org*
REBECCA BROWN (SBN 345805)
*rbrown@publiccounsel.org*
RITU MAHAJAN (SBN 252970)
*rmahajan@publiccounsel.org*
GINA AMATO (SBN 215519)
*gamato@publiccounsel.org*
AMANDA MANGASER SAVAGE
(SBN 325996)
*asavage@publiccounsel.org*
PUBLIC COUNSEL
610 South Ardmore Avenue
Los Angeles, CA 90005
Tel: 213-385-2977

*Counsel for All Plaintiffs*

ANNE LAI (SBN 295394)
*alai@law.uci.edu*
UC IRVINE SCHOOL OF LAW
IMMIGRANT AND RACIAL JUSTICE
SOLIDARITY CLINIC
P.O. Box 5479
Irvine, CA 92616-5479
Tel: 949-824-9894; Fax: 949-824-2747

(*Additional counsel listed on next page*)

*Counsel for Stop/Arrest Plaintiffs*

# UNITED STATES DISTRICT COURT

# FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| Pedro VASQUEZ PERDOMO; Carlos Alexander OSORTO; and Isaac VILLEGAS MOLINA; Jorge HERNANDEZ VIRAMONTES; Jason Brian GAVIDIA; LOS ANGELES WORKER CENTER NETWORK; UNITED FARM WORKERS; COALITION FOR HUMANE IMMIGRANT RIGHTS; IMMIGRANT DEFENDERS LAW CENTER,<br><br>    Plaintiffs,<br><br>  v.<br><br>Markwayne MULLIN, in his official capacity as Secretary, Department of Homeland Security; David VENTURELLA, in his official capacity as Acting Director, U.S. Immigration and Customs Enforcement; Rodney S. SCOTT, in his official capacity as | Case No.: 2:25-cv-05605-MEMF-SP<br><br>**DECLARATION OF GILDARDO REYES ROMO IN SUPPORT OF MOTION FOR PRELIMINARY INJUNCTION** |

DECLARATION OF GILDARDO REYES ROMO IN SUPPORT OF MOTION FOR PRELIMINARY INJUNCTION

Commissioner, U.S. Customs and Border Patrol; Rosario VASQUEZ, in his official capacity as Chief of U.S. Border Patrol; Kash PATEL, in his official capacity as Director, Federal Bureau of Investigation; Todd BLANCHE, in his official capacity as Acting U.S. Attorney General; Thomas GILES, in his official capacity as Acting Field Office Director for Los Angeles, U.S. Immigration and Customs Enforcement; Dean T. SORENSON, Special Agent in Charge for Los Angeles, Homeland Security Investigations, U.S. Immigration and Customs Enforcement; Daniel I. PARRA, in his official capacity as Acting Chief Patrol Agent for El Centro Sector of the U.S. Border Patrol; Justin DE LA TORRE, in his official capacity as Acting Chief Patrol Agent, San Diego Sector of the U.S. Border Patrol; Akil DAVIS, in his official capacity as Assistant Director in Charge, Los Angeles Office, Federal Bureau of Investigation; Bilal A. ESSAYLI, in his official capacity as First Assistant U.S. Attorney for the Central District of California,

Defendants.

DECLARATION OF GILDARDO REYES ROMO IN SUPPORT OF MOTION FOR PRELIMINARY INJUNCTION

JACOB S. KREILKAMP (SBN 248210)
jacob.kreilkamp@mto.com
DAVID FRY (SBN 189276)
david.fry@mto.com
ADAM B. WEISS (SBN 296381)
adam.weiss@mto.com
SARA H. WORTH (SBN 341088)
sara.worth@mto.com
LAURA R. PERRY (SBN 342504)
laura.perrystone@mto.com
HENRY D. SHREFFLER (SBN 343388)
henry.shreffler@mto.com
LAUREN E. KUHN (SBN 343855)
lauren.kuhn@mto.com
ANGELA URIBE (SBN 353579)
angela.uribe@mto.com
MAGGIE BUSHELL (SBN 354048)
maggie.bushell@mto.com
MUNGER, TOLLES & OLSON LLP
350 S. Grand Ave., 50th Floor
Los Angeles, CA 90071
Tel: 213-683-9100; Fax: 213-683-9100

*Counsel for Stop/Arrest Plaintiffs*

BREE BERNWANGER (SBN 331731)
bbernwanger@aclunc.org
AMERICAN CIVIL LIBERTIES UNION
FOUNDATION OF NORTHERN
CALIFORNIA
39 Drumm Street
San Francisco, CA 94111
Tel: 415-621-2493

*Counsel for Stop/Arrest Plaintiffs*

BRISA VELAZQUEZ OATIS
(SBN 339132)
bvoatis@aclu-sdic.org
ACLU FOUNDATION OF
SAN DIEGO & IMPERIAL COUNTIES
P.O. Box 87131
San Diego, CA 92138-7131
Tel: 619-398-4199

*Counsel for Stop/Arrest Plaintiffs*

EDGAR AGUILASOCHO (SBN 285567)
eaguilasocho@farmworkerlaw.com
MARTÍNEZ AGUILASOCHO LAW, INC.
900 Truxtun Ave, Suite 300
Bakersfield, CA 93301
Tel: 661-859-1174

*Counsel for Plaintiff United Farm Workers*

JESSICA KARP BANSAL (SBN 277347)
jessica@ndlon.org
LAUREN MICHEL WILFONG*
lwilfong@ndlon.org
JIA FU*
jennifer@ndlon.org
NATIONAL DAY LABORER ORGANIZING
NETWORK
1030 S. Arroyo Parkway, Suite 106
Pasadena, CA 91105
Tel: 626-214-5689

*Counsel for Stop/Arrest Plaintiffs*

MATTHEW J. CRAIG (SBN 350030)
mcraig@heckerfink.com
MACK E. JENKINS (SBN 242101)
mjenkins@heckerfink.com
HECKER FINK LLP
1150 South Olive Street, Suite 10-140
Los Angeles, CA 90015
Tel: 212-763-0883; Fax: 212-564-0883

*Counsel for Access/Conditions Plaintiffs*

CARL BERGQUIST*
cbergquist@chirla.org
COALITION FOR HUMANE IMMIGRANT
RIGHTS
2351 Hempstead Road
Ottawa Hills, OH 43606
Tel: 310-279-6025

*Counsel for Plaintiff Coalition for Humane
Immigrant Rights*

ALVARO M. HUERTA (SBN 274787)
ahuerta@immdef.org
BRYNNA BOLT (SBN 339378)
bbolt@immdef.org
ALISON STEFFEL (SBN 346370)
asteffel@immdef.org
IMMIGRANT DEFENDERS LAW CENTER
634 S. Spring St., 10th Floor
Los Angeles, CA 90014
Tel: 213-634-0999

*Counsel for Plaintiff Immigrant
Defenders Law Center*

* Admitted pro hac vice

-3-    Case No. 2:25-cv-05605-MEMF-SP

DECLARATION OF GILDARDO REYES ROMO IN SUPPORT OF MOTION FOR PRELIMINARY INJUNCTION

## <u>DECLARATION OF GILDARDO REYES ROMO</u>

I, Gildardo Reyes Romo, declare the following:

1.  I make this declaration from my personal knowledge and if called to testify to these facts could and would do so competently.

2.  My name is Gildardo Reyes Romo. I am 59 years old. I am Latino. I have lived in Orange County for decades. I have a pending T visa application.

3.  I have worked at the Fullerton Car Wash for decades. I have lived at the same address in Orange County for about 15 years with my U.S. citizen fiancée. I have no criminal record. I pay my taxes.

4.  I take care of my fiancée who had to have emergency brain surgery in November 2025. She is still recovering. She cannot work. She relied on me to take care of her.

5.  The car wash where I work has been raided by immigration agents several times. I was not present the first two times but I heard about the raids after from my coworkers.

6.  On January 23, 2026 I was at work. I was wearing my work uniform.

7.  I saw a white van pull up. I saw a man in a face mask get out of the van. I started walking in the other direction. Suddenly, I felt a hand grab me from behind by the collar. It was extremely frightening.

8.  I heard a man's voice right behind me yell 'don't run!' in Spanish. I was not running, but when I was grabbed and yelled at, I immediately stopped walking.

-4-    Case No. 2:25-cv-05605-MEMF-SP

DECLARATION OF GILDARDO REYES ROMO IN SUPPORT OF MOTION FOR PRELIMINARY INJUNCTION

9. The man turned me around. It was the man I had seen getting out of the van. He kept his hand on my shoulder. The man had his face covered with a mask, so that I could not see his face. I was really scared. I felt trapped.

10. The man did not identify himself or explain why he had grabbed me. He said in Spanish "do you have documents?" and I said "they're over there." The man told me he couldn't let me go get them, and that he'd figure it out later. He said "Let's go" and started to walk me toward the white van, with his hand on my shoulder. Afraid, I cooperated as he walked me to the vehicle.

11. The man put me into the white van. There were three more men inside in face masks. They sat me down and ordered me to hand them my belongings. Feeling that I had no choice, I complied and emptied my pockets. The men went through my wallet and found my foreign ID. They asked me if that was my nationality and I answered, again feeling that there was nothing I could do and that I did not have a choice, locked in the van surrounded by masked men.

12. One of the men took my ID and seemed to be checking something on his phone. No one asked me any other questions. They never asked me my name, how long I've lived in Orange County, where I live, about my family, my job, or anything else about my community ties. They never gave me a reason for stopping me or arresting me. They never showed me a warrant or told me they had a warrant.

13. I was taken to a processing center in Santa Ana where I was fingerprinted and asked questions. I was later taken to another center in downtown Los Angeles.

DECLARATION OF GILDARDO REYES ROMO IN SUPPORT OF MOTION FOR PRELIMINARY INJUNCTION

They put me in handcuffs, chains around my feet and at my waist. Then I was taken to Adelanto detention center. Again I was chained in three places. After a few days I was transferred without notice or explanation to Texas, again in chains, far away from my family and my attorney.

14. While I was detained, my partner received the notice for my biometrics appointment with USCIS for my T visa application. My lawyer did everything she could, but ICE and USCIS refused to allow me to do my fingerprints, so I missed my appointment. I understand that my application can't move forward, and could even be denied, because ICE won't allow me to do my fingerprints for my T visa application.

15. I will never forget this experience. The life that I spent decades building was taken away in an instant. I feel that I was targeted because I am a Latino car wash worker. That is all the agent knew about me when he grabbed me.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. Executed this 12 day of June, 2026, at Houston, Texas.

*Gildardo-Reyes Romo*

Gildardo Reyes Romo

DECLARATION OF GILDARDO REYES ROMO IN SUPPORT OF MOTION FOR PRELIMINARY INJUNCTION

## CERTIFICATE OF INTERPRETATION

I, Lauren Michel Wilfong, certify under penalty of perjury that I am fluent in English and Spanish and that I am competent to interpret between the two languages. I further certify that, on June 12, 2026, I read the foregoing to Gildardo Reyes Romo in Spanish, a language in which he is fluent, and that he confirmed its accuracy.

Date: June 12, 2026

_____

Lauren Michel Wilfong

-7-                                    Case No. 2:25-cv-05605-MEMF-SP

DECLARATION OF GILDARDO REYES ROMO IN SUPPORT OF MOTION FOR PRELIMINARY INJUNCTION