# EXHIBIT 17

Sealed Version
Filed Separately

**UNCLASSIFIED // FOR OFFICIAL USE ONLY**

**CBP Executive Summary: Operation At Large – Los Angeles, CA**
**Reporting Date: 01/23/2026**
**Reporting Period: End of Shift**
**Daily Arrests:21**
**Total Arrests:3202**
Operations Commander: M███ █
Deputy Operations Commander: R███ T██



**Summary**

**BLUF:** Immigration and Customs Enforcement (ICE) is currently executing Operation At-Large in the greater Los Angeles Area. The United States Border Patrol will conduct Title VIII Intelligence Driven Operations to support this effort.

**Line of Effort 1: Intelligence**

- Objective 1: Target Development
  - Task 1: Intelligence assets will conduct research on targets for future enforcement action.

- Objective 2: Reconnaissance
  - Task 1: Intelligence assets will conduct reconnaissance on suspected target individuals and locations. Reports of Investigation will be generated for follow-up enforcement action.

**Line of Effort 2: Targeted Enforcement**

- Objective 1: Direct Action Targets
  - Task 1: 1 Direct Action Target Team will deploy to areas in Los Angeles, CA **(Area 1)**
    - **2 Arrest:** V Victory Blvd & Vesper Ave, Van Nuys
      - ███████████████ – ██
      - ████████████████████ – Interpol Red Notice

- Objective 2: Target Areas
  - Task 1: 0 Strike Teams will deploy to areas in Los Angeles, CA.

- Objective 3: Roving Patrol
  - Task 1: 2 Roving Patrol Teams will deploy to area of Anaheim/Buena Park, CA **(Area 5)**
    - **2 Arrest**: Lincoln & Western Ave, Buena Park
    - **1 Arrest**: 1256 Luanne Ave, Fullerton
    - **1 Arrest**: 1006 Harmony Ln, Fullerton
    - **1 Arrest:** 629 South Harbor Blvd, Anaheim
    - **1 Arrest**: 800 N Harbor Blvd, Fullerton
    - **1 Arrest**: 900 Euclid, Anaheim
    - **1 Arrest**: 7414 El Prado Way, Buena Park
      - ████████████████ - Criminal History: 2007 DUI Alcohol/Drugs; 6 Days Jail, 6 Months Probation, Imp Sen SS
    - **1 Arrest**: Rampart & Bransford Dr, La Palma
    - **2 Arrest**: Orangethorpe & Knott, Buena Park

1

**UNCLASSIFIED // FOR OFFICIAL USE ONLY**

CONFIDENTIAL–ATTORNEYS' EYES ONLY C.D. CAL. 2:25-cv-05605-MEMF-SP                    GOV00025776

**UNCLASSIFIED // FOR OFFICIAL USE ONLY**

- **1 Arrest**: Euclid & Malvern Ave, Fullerton
- **2 Arrest**: 1840 W Southgate Ave, Fullerton
  - ▮▮▮▮▮▮▮▮▮▮ - Criminal History: 2010 - Lewd or Lasciv Acts w/Child Under 14; 180 Days Juvenile, Restn, Probation, Fine
- **1 Arrest**: 200 West Orangetorpe Ave, Buena Park
  - ▮▮▮▮▮▮▮▮▮▮ - Criminal History: 2020 Possess Unlawful Paraphernalia 8 Days Jail; 2024 Chrg 484 (A), 1 Year Probation; Possess Cntl Substance, 1 Year Probation; Possess Unlawful Paraphernalia, 1 Year Probation, Fine
- **1 Arrest**: 1777 West La Palma, Anaheim
- **1 Arrest**: East Wagner & Nordica, Anaheim
- **2 Arrest**: 601 17th Street, Santa Ana

**Criminal Alien:4**

**Total Arrests:31202**

**Line of Effort 3: Future Operations**

- Objective 1: ▮▮▮▮▮▮▮▮
  - ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮
  - ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮

**Resource Requirements**

- ADMIN
  - Continued laundry and restroom trailer service.
  - Secure modular office building for long term ICP and TOC co-location prior to current building remodel.

- OPERATIONS:
  - Hospital watch support to relieve USBP personnel as needed.

2

**UNCLASSIFIED // FOR OFFICIAL USE ONLY**

CONFIDENTIAL–ATTORNEYS' EYES ONLY C.D. CAL. 2:25-cv-05605-MEMF-SP                    GOV00025777