# EXHIBIT 18

STACY TOLCHIN (SBN 217431)
*stacy@tolchinimmigration.com*
LAW OFFICES OF STACY TOLCHIN
776 E. Green St., Suite 210
Pasadena, CA 91101
Tel: 213-622-7450; Fax: 213-622-7233

MOHAMMAD TAJSAR (SBN 280152)
*mtajsar@aclusocal.org*
MAYRA JOACHIN (SBN 306065)
*mjoachin@aclusocal.org*
DAE KEUN KWON (SBN 313155)
*akwon@aclusocal.org*
STEPHANIE PADILLA (SBN 321568)
*spadilla@aclusocal.org*
ALYSSA MORONES (SBN 343358)
*amorones@aclusocal.org*
ACLU FOUNDATION OF
SOUTHERN CALIFORNIA
P.O. Box 811370
Los Angeles, CA 90081-0007
Tel: 213-977-9500; Fax: 213-915-0219

*Counsel for Stop/Arrest Plaintiffs*

(*Additional counsel listed on next page*)

MARK ROSENBAUM (SBN 59940)
*mrosenbaum@publiccounsel.org*
REBECCA BROWN (SBN 345805)
*rbrown@publiccounsel.org*
RITU MAHAJAN (SBN 252970)
*rmahajan@publiccounsel.org*
GINA AMATO (SBN 215519)
*gamato@publiccounsel.org*
AMANDA MANGASER SAVAGE
(SBN 325996)
*asavage@publiccounsel.org*
PUBLIC COUNSEL
610 South Ardmore Avenue
Los Angeles, CA 90005
Tel: 213-385-2977

*Counsel for All Plaintiffs*

ANNE LAI (SBN 295394)
*alai@law.uci.edu*
UC IRVINE SCHOOL OF LAW
IMMIGRANT AND RACIAL JUSTICE
SOLIDARITY CLINIC
P.O. Box 5479
Irvine, CA 92616-5479
Tel: 949-824-9894; Fax: 949-824-2747

*Counsel for Stop/Arrest Plaintiffs*

**UNITED STATES DISTRICT COURT**

**FOR THE CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| Pedro VASQUEZ PERDOMO; Carlos Alexander OSORTO; and Isaac VILLEGAS MOLINA; Jorge HERNANDEZ VIRAMONTES; Jason Brian GAVIDIA; LOS ANGELES WORKER CENTER NETWORK; UNITED FARM WORKERS; COALITION FOR HUMANE IMMIGRANT RIGHTS; IMMIGRANT DEFENDERS LAW CENTER, <br><br> Plaintiffs, <br><br> v. <br><br> Markwayne MULLIN, in his official capacity as Secretary, Department of Homeland Security; David VENTURELLA, in his official capacity as Acting Director, U.S. Immigration and Customs Enforcement; Rodney S. SCOTT, in his official capacity as | Case No.: 2:25-cv-05605-MEMF-SP <br><br> **DECLARATION OF I.U.V. IN SUPPORT OF MOTION FOR PRELIMINARY INJUNCTION** |

DECLARATION OF I.U.V. IN SUPPORT OF MOTION FOR PRELIMINARY INJUNCTION

Commissioner, U.S. Customs and Border Patrol; Rosario VASQUEZ, in his official capacity as Chief of U.S. Border Patrol; Kash PATEL, in his official capacity as Director, Federal Bureau of Investigation; Todd BLANCHE, in his official capacity as Acting U.S. Attorney General; Thomas GILES, in his official capacity as Acting Field Office Director for Los Angeles, U.S. Immigration and Customs Enforcement; Dean T. SORENSON, Special Agent in Charge for Los Angeles, Homeland Security Investigations, U.S. Immigration and Customs Enforcement; Daniel I. PARRA, in his official capacity as Acting Chief Patrol Agent for El Centro Sector of the U.S. Border Patrol; Justin DE LA TORRE, in his official capacity as Acting Chief Patrol Agent, San Diego Sector of the U.S. Border Patrol; Akil DAVIS, in his official capacity as Assistant Director in Charge, Los Angeles Office, Federal Bureau of Investigation; Bilal A. ESSAYLI, in his official capacity as First Assistant U.S. Attorney for the Central District of California,

Defendants.

DECLARATION OF I.U.V. IN SUPPORT OF MOTION FOR PRELIMINARY INJUNCTION

JACOB S. KREILKAMP (SBN 248210)
jacob.kreilkamp@mto.com
DAVID FRY (SBN 189276)
david.fry@mto.com
ADAM B. WEISS (SBN 296381)
adam.weiss@mto.com
SARA H. WORTH (SBN 341088)
sara.worth@mto.com
LAURA R. PERRY (SBN 342504)
laura.perrystone@mto.com
HENRY D. SHREFFLER (SBN 343388)
henry.shreffler@mto.com
LAUREN E. KUHN (SBN 343855)
lauren.kuhn@mto.com
ANGELA URIBE (SBN 353579)
angela.uribe@mto.com
MAGGIE BUSHELL (SBN 354048)
maggie.bushell@mto.com
MUNGER, TOLLES & OLSON LLP
350 S. Grand Ave., 50th Floor
Los Angeles, CA 90071
Tel: 213-683-9100; Fax: 213-683-9100

*Counsel for Stop/Arrest Plaintiffs*

BREE BERNWANGER (SBN 331731)
bbernwanger@aclunc.org
AMERICAN CIVIL LIBERTIES UNION
FOUNDATION OF NORTHERN
CALIFORNIA
39 Drumm Street
San Francisco, CA 94111
Tel: 415-621-2493

*Counsel for Stop/Arrest Plaintiffs*

BRISA VELAZQUEZ OATIS
(SBN 339132)
bvoatis@aclu-sdic.org
ACLU FOUNDATION OF
SAN DIEGO & IMPERIAL COUNTIES
P.O. Box 87131
San Diego, CA 92138-7131
Tel: 619-398-4199

*Counsel for Stop/Arrest Plaintiffs*

EDGAR AGUILASOCHO (SBN 285567)
eaguilasocho@farmworkerlaw.com
MARTÍNEZ AGUILASOCHO LAW, INC.
900 Truxtun Ave, Suite 300
Bakersfield, CA 93301
Tel: 661-859-1174

*Counsel for Plaintiff United Farm Workers*

JESSICA KARP BANSAL (SBN 277347)
jessica@ndlon.org
LAUREN MICHEL WILFONG*
lwilfong@ndlon.org
JIA FU*
jennifer@ndlon.org
NATIONAL DAY LABORER ORGANIZING
NETWORK
1030 S. Arroyo Parkway, Suite 106
Pasadena, CA 91105
Tel: 626-214-5689

*Counsel for Stop/Arrest Plaintiffs*

MATTHEW J. CRAIG (SBN 350030)
mcraig@heckerfink.com
MACK E. JENKINS (SBN 242101)
mjenkins@heckerfink.com
HECKER FINK LLP
1150 South Olive Street, Suite 10-140
Los Angeles, CA 90015
Tel: 212-763-0883; Fax: 212-564-0883

*Counsel for Access/Conditions Plaintiffs*

CARL BERGQUIST*
cbergquist@chirla.org
COALITION FOR HUMANE IMMIGRANT
RIGHTS
2351 Hempstead Road
Ottawa Hills, OH 43606
Tel: 310-279-6025

*Counsel for Plaintiff Coalition for Humane
Immigrant Rights*

ALVARO M. HUERTA (SBN 274787)
ahuerta@immdef.org
BRYNNA BOLT (SBN 339378)
bbolt@immdef.org
ALISON STEFFEL (SBN 346370)
asteffel@immdef.org
IMMIGRANT DEFENDERS LAW CENTER
634 S. Spring St., 10th Floor
Los Angeles, CA 90014
Tel: 213-634-0999

*Counsel for Plaintiff Immigrant
Defenders Law Center*

* Admitted pro hac vice

DECLARATION OF I.U.V. IN SUPPORT OF MOTION FOR PRELIMINARY INJUNCTION

**DECLARATION OF I█████ U██████ V████**

I, I████ U████ V███, declare the following:

1. I make this declaration from my personal knowledge and if called to testify to these facts could and would do so competently.

2. My full name is I████ U████ V███. I am 70 years old. I am of Latino ethnicity.

3. I have lived in the Los Angeles area for more than 30 years. I have lived in the same home for the last approximately 14 years. I am a street vendor. I sell tamales in Glassel Park. I have been a tamale vendor for almost 20 years. I have a pending Green Card application.

4. My three brothers live in Los Angeles and San Bernardino counties. They are all U.S. citizens. I am a father, grandfather, and great-grandfather. I have two U.S. citizen children and many U.S. citizen grandchildren and great-grandchildren. I have had no prior issues with law enforcement or contact with immigration officials. I have diabetes and high blood pressure, which I manage with my doctor and diet.

5. I was detained by immigration agents on January 12, 2026.

6. That morning started off like most of my mornings. I was selling breakfast in Glassel Park, Los Angeles.

7. I was in the middle of finishing a transaction with a Latino customer, when I felt someone touch me from behind. I jumped back because I was so surprised to have someone come up behind me like that. I thought they might be robbing my stand. I was immediately tackled to the ground and a man in a face mask got on top of me. Another man with a face mask jumped on top of me too.

8. I said "stop, stop" in English, but they ignored me. They pulled me up. Once they picked me up, I saw that they were immigration agents with vests on and masks that covered their entire face except their eyes. Before they were able to handcuff me, I tried to show them my California identification card and a red "Know your

DECLARATION OF I.U.V. IN SUPPORT OF MOTION FOR PRELIMINARY INJUNCTION

rights" card, which was in my wallet. They just laughed in my face. The agents put chains on my hands and feet, like I was a dangerous criminal.

9.  The agents did not identify themselves before arresting me. They did not ask me any questions about my ties to the community before they arrested me. They arrested my client at the same time as me and took us both to the back of their truck. It was hard to get in the truck because I was all tied up. The handcuffs left me with black and blue bruises and chaffing because they were so tight. I still have back and leg pain from when I was tackled.

10. They drove us to another location in a parking lot in Glendale, but people started to film what was happening. Then they drove us to another location in Eagle Rock. There, agents put another person into the vehicle with us. He was someone I knew, who worked close by to where my tamale stand is in Glassel Park. He works at a recycling center, sorting products. He is also Latino.

11. Once I was at the processing center, they took my fingerprints, asked me for my name and country of birth. They insisted that I request voluntary departure, but I refused. I was then moved to the Adelanto detention center, where I was detained for almost five months.

12. The conditions in Adelanto were horrible. The guards treated us like we weren't human. They would keep our rooms at freezing temperatures. My most important possession was a little blanket that I would use to try to stay warm enough that I could sleep at night.

13. My health suffered a lot. Before I was detained, I took regular medication for my diabetes and hypertension. But in Adelanto, I didn't receive some of my medication for about six days. I was feeling extremely sick and I worried I could die. Thankfully my attorney intervened and I started to receive it again.

14. In detention, I could not access the foods I need to eat as a diabetic. When I would ask to go to the medical office, I would have to wait hours or even days. Even when they brought me to the office, they would only check on my weight,

DECLARATION OF I.U.V. IN SUPPORT OF MOTION FOR PRELIMINARY INJUNCTION

sometimes my blood pressure, and my temperature. They did not regularly check my blood pressure or my sugar levels. They did not do other tests or ask me questions about my health.

15. The only time they have checked on me is when I look very sick. One of these times, they did check my blood sugar levels, and it was 360. This is extremely high. My arms and hands were trembling and I felt terrified.

16. Another time, I had very bad pains in my chest and I could not breathe well. I was left in pain for days. After several days, they finally brought me to the doctor. They said they would give me a pill for the pain, but they never did.

17. Another time, I suddenly felt very ill, I had a strong pain in my head and I felt like I was losing my vision. Another detained person saw how ill I looked and ran to tell the guard, but I didn't get any medical care for several hours. When they finally brought me to the medical office, they just checked my blood pressure and temperature, and weight and said I was fine.

18. I saw people get sick often and stay sick for a long time without ever getting help or medication. I was afraid that I would die there.

19. I was released from detention on June 2, 2026. When they told me I was getting out, I broke down crying. I could not compose myself.

20. I want to be strong and move on, but I am struggling. I feel incredible sadness. I am not the same man I was before I was detained. I feel like a stranger to myself. Sometimes I cannot hold in all my emotions and I just cry for a long time. At night, I can't sleep. My thoughts don't allow me to sleep. I think about what I experienced, and I think about all the poor men I left behind at Adelanto, who remain trapped in that horrible place. The only way I survived was by my faith in God, my family, and in the support that other detained people gave me.

21. I have returned to my work as a street vendor in Los Angeles, but I am struggling to recover from what happened to me. It's hard to move forward because I fear that this could happen again. I believe that I was targeted because I am Latino.

The agents didn't know anything else about me, except that I was a Latino street vendor in Los Angeles, when they grabbed me.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. Executed this 12 day of June, 2026, at Los Angeles County, California.



DECLARATION OF I.U.V. IN SUPPORT OF MOTION FOR PRELIMINARY INJUNCTION

## CERTIFICATE OF INTERPRETATION

I, Lauren Michel Wilfong, certify under penalty of perjury that I am fluent in English and Spanish and that I am competent to interpret between the two languages. I further certify that, on June 12, 2026 I read the foregoing to I█ U███ V██ in Spanish, a language in which he is fluent, and that she confirmed its accuracy.

_____

Lauren Michel Wilfong

DECLARATION OF I.U.V. IN SUPPORT OF MOTION FOR PRELIMINARY INJUNCTION