# EXHIBIT 19

EARM

Logged In:

| | |
|---|---|
| Person ID: ▓ Sex: M  DOB: ▓ Current Age: ▓ COB: ▓ COC: ▓ | |
| Subject ID ▓ Processing Disposition ▓ ICE Non Detained Portal Verified Account ▓ | |
| Case # ▓ Case Category ▓ Docket ▓ | |

Final Order of Removal: No
Final Order Date: N/A
Proceed With Removal: N/A
Days Final Order in Effect: N/A

Time in Custody: ▓
Depart / Cleared Status: ▓

Special Class:

**Current / Active Alerts**

In Custody

## Uriarte, Israel 246 060 771

## Encounter Details

**1 Encounter(s) linked to Person ID: 21153406**

| | Ref# | Subject ID | A-Number | Last Name | First Name | COC | Historical Priority | DOB | Encountered on | Case | Case Category | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| ◉ | 1 | ▓ | ▓ | U▓ | I▓ | ▓ | ▓ | ▓ | 01/12/2026 | ▓ | ▓ | ▓ |

## Encounter Details

### Event / Incident Information

| | | |
|---|---|---|
| Event Number ▓ | Operation  N/A | Primary Agent  L▓ B▓ |
| Event Occurred On: 01/12/2026 | Site: LOS | Assigned On: 01/12/2026 |
| Event Type  ERO Criminal Alien Program | Landmark ▓ | Event Supervisor  G. ▓ C▓ |
| Program  CAP - ERO Criminal Alien Program | ▓ | Assigned On  01/12/2026 |

### Subject Information

FINS: ▓
DNA Collection Device Number ▓
A-Number: ▓
Control Name  U▓
First Name  I▓
Middle Name: N/A
Maiden  N/A
Nickname: N/A
Living?  Y
Sex  M
Marital Status: Married
SSN  N/A
Juvenile Verified: N/A
Occupation: N/A
TSC Log #  N/A
NUIN #: N/A
SEN #  N/A
TECS Subject #: N/A
U.S. Veteran Status: N

Historical Priority: ▓
Criminal Type  N/A
Agg Felon: No Aggravated Felony Convictions
Primary Citizenship ▓
Stateless Type  N/A
Hair: WHI
Eyes  BRO
Complexion: MBR
Race  W
Origin  H
Date of Birth: ▓
Age  ▓
Age at Encounter: ▓
Height: 65
Weight  180
Speak/Understand English: N
Read/Write English  N
Primary Language: SPANISH
Family Members: N/A

Role: P
Role Comment  N/A
▓
▓
▓
POE  N/A
Entry Date: N/A
Entry Class  Not Applicable
Apprehension Date: 2026-01-12 15:20:09.0
Warrant served by Warrant Service Officer (WSO)? N/A
▓
Site: LOS
Landmark ▓
Arrest At/Near: N/A
Juvenile Status: N/A
CBP Family Unit ID  N/A
CBP Separation Reason: N/A

EOIR – 1 of 13

Relationship to U.S. Veteran(s): **N/A**

Alien is the parent *and also* the primary caregiver of a minor within the United States: **No**

Related Minor(s): **N/A**

Alien is the legal guardian of a minor within the United States: **No**

Related Minor(s): **N/A**

Alien is involved in active parental/child welfare proceedings of children located within the United States: **No**

Related Minor(s): **N/A**

Accompanying Family Member Relation: **N/A**

Accompanying Family Member Subject ID: **N/A**

Consequence Delivery System Selection: **N/A**

ICE Family ID: **N/A**

## I-213 Narrative

### Narrative 1 : Created Date: 01/12/2026 06:23 PM

I, Border Patrol Agent (BPA) J███ S████, have been employed with the US Border Patrol for approximately 5 years since successfully graduating from the United States Border Patrol Academy. I am assigned to the San Clemente Border Patrol Station, a checkpoint station. Our Area of Responsibility consists of highway interdiction, harbor watch, and checkpoint.

I regularly receive intelligence briefings concerning emerging trends associated with smuggling and the trafficking of illegal aliens. Furthermore, I collaborate with officers from allied federal law enforcement agencies who provide insights based on their past experiences and knowledge of illicit activities. This fosters a continuous learning environment focused on combating criminal behavior. I have gained an understanding of the constitutional authority granted to Border Patrol Agents to fulfill our duties. My tenure as a Border Patrol Agent has equipped me with the skills to identify deceptive behavior during immigration inspections.

On January 12, 2026, I was conducting immigration enforcement operations in the city of Glendale, CA in support of Operation At Large. Glendale has been identified as a city with a large presence of illegal aliens and illegal activity pertaining to immigration law. The illegal aliens in this city are known to live and work within the United States without any proper immigration status nor documents allowing them to be within the country's borders legally.

I was wearing official rough duty uniform along with my agency issued body armor, USBP identification placards, my agency issued AXON body worn camera███████and my agency's badge and insignia, making me easily identified as law enforcement.

At approximately 9:45 a.m., I saw one subject, later identified as I███, U████ at 2925 Division St. LA. I exited my vehicle with the intention of having a conversation with U████ and subsequently conducting an immigration inspection.

Uploaded On: 02/12/2026 05:04:06 (ERMF (Pacific Standard Time)) Base City: ADU

I approached U███████with full Border Patrol Identifiers, and identified myself verbally as a Border Patrol Agent, I asked U███████ what country he was a citizen of, he refused to answer, but simultaneously handed me his ID while fumbling through his wallet. His California ID had the Federal Limits Apply stamped on it, which sometimes is an indicator of lack of immigration status. As he was taking his ID out, I also observed a "Rights Red Card" that is commonly given to illegal aliens to keep them from communicating with immigration officials. Believing that U████ was illegally present in the United States, U███████was detained for further questioning and secured with handcuffs. While in custody, U███████freely admitted that he was present in the United States illegally. U███████ was asked to provide his country of citizenship; to which it was later found to be ████████. U███████was then asked if he had any documents to be in the United States legally, he stated no.

U███████was escorted to an unmarked government vehicle for further questioning in a more isolated location for both his safety as well as my own. After further investigation, agents determined that U███████was unlawfully present in the United States through his statements, along with Department of Homeland Security law enforcement databases. U███████does not possess any immigration documentation to enter, pass through, or remain in the United States legally and was placed under arrest.

Based on U███████'s illegal presence in the United States, his willful disregard for the United States immigration and criminal laws, and his ability to disappear into the millions of people living in the Los Angeles area, along with Agents' collective belief (based on training and experience) that he would abscond if released, I determined that U███████was a flight risk.

U███████was subsequently transported via government vehicle and turned over to ICE/ERO for further processing and disposition.

Israel, U███████(DOB: ████████ COC:████████). U███████was apprehended at approximately 09:45 a.m.

Body Camera footage was captured on my AXON body worn camera, ████████████████████████.

## I-213 Addendum

### Narrative 1 : Created Date: 01/12/2026 11:05 PM

I, Deportation Officer A███████████, was assigned this case for processing at the Los Angeles Field Office. The below information was obtained during an interview with U███████, I███████.

CONSULAR NOTIFICATION:

U███████ was notified of the right to communicate with a consular officer from his country as per Article 36(a)(b) of the Vienna Convention of Consular Relations. U███████acknowledged understanding the right but declined to speak with anyone at this time.

Criminal History: None

Gang Affiliation:
U███████claims no affiliation with any street gangs.

Medical Status:
A U███████claims good health.

DISPOSITION:
ERO Los Angeles will process U███████as a notice to appear.

EOIR – 3 of 13