# EXHIBIT 21

Sealed Version
Filed Separately

United States Depart of Homeland Security
**Bureau of Customs and Border Protection**

## REPORT OF INVESTIGATION

| By: J███ D███ At: El Centro Sector Intelligence Unit | 2. Case No. |
|---|---|
| | 3. Date of Event ████████ |
| | 4. Ref E-3 Event: N/A |
| 5. Other Agents: M. C███  J. M███  C. M███ | |
| 6. Report RE: Operation At-Large Los Angeles | |

### SYNOPSIS:

On ████████████████ El Centro Sector Intelligence Unit Border Patrol Agent-Intelligence (ELC SIU BPA-Is) conducted surveillance in Los Angeles, California and surrounding cities as part of Operation At-Large.

### DETAILS

At approximately ████████ , ELC SIU agents were conducting surveillance at the following locations within the Los Angeles County area.

### FIRST LOCATION: 1675 Wilshire Blvd, Los Angeles, CA.

Agents observed approximately 150 people scattered throughout the Home Depot property and adjacent alleyways.

SIU Agents observed a group of approximately 40-to-50 subjects along the entrance of Shatto Street, and approximately 20 food vendors.

SIU Agents observed approximately 30-day laborers along Wilshire Blvd and approximately another 30 subjects within the parking lot of the Home Depot store.

At approximately ████████ , SIU Agents observed a group of approximately six anti-ICE protestors set up a booth along Wilshire Blvd. These group of anti-ICE protestors had flyers that read "Chinga La Migra" which translates to "Fuck ICE."

SIU Agents also observed approximately six armed guards patrolling the Home Depot parking using golf carts and patrolling on foot as well. From a previous contact that SIU had with these guards, Agents also noticed that some of the guards were dressed in plainclothes and were actively patrolling the parking lot.

| 7. Signature: J. D███ | 8. Date: ████████ |
|---|---|
| G-166 | For Official Use Only |

CONFIDENTIAL - ATTORNEY'S EYES ONLY

GOV-00000341
C-GOV-00000341

United States Depart of Homeland Security
**Bureau of Customs and Border Protection**

## REPORT OF INVESTIGATION



| 7. Signature: J. D | 8. Date |
| --- | --- |

G-166                      **For Official Use Only**

CONFIDENTIAL - ATTORNEY'S EYES ONLY

GOV-00000342
C-GOV-00000341

United States Depart of Homeland Security
**Bureau of Customs and Border Protection**

## REPORT OF INVESTIGATION



AGENT NOTE: It should be noted that during surveillance at this Home Depot on ▮▮▮▮▮ Agents observed blatant drug use, suspected gang members, individuals speaking in African dialect, and suspected prostitution in and around this Home Depot. On that same day, Agents also arrested a United States Citizen at this location for assault & battery after the man punched a Home Depot employee and attempted to flee (reference ELC▮▮▮▮).

**SECOND LOCATION: Home Depot at 6400 Alondra Blvd. Paramount CA**

SIU Agents arrived at the Home Depot at approximately ▮▮▮▮ and observed approximately 4-day laborers. At approximately ▮▮▮▮ the number of day laborers increased to approximately 13. The day laborers were located at or near the Northwest entrance to the store. It should be noted that two of the day laborers

| 7. Signature: J. D▮▮▮ | 8. Date ▮▮▮▮ |
|---|---|

G-166                    **For Official Use Only**

CONFIDENTIAL - ATTORNEY'S EYES ONLY

United States Depart of Homeland Security
**Bureau of Customs and Border Protection**

## REPORT OF INVESTIGATION

were observed arriving on foot through a hole in the perimeter fence which leads to a dirt path paralleling the Los Angeles River bike path. ████████████████████

█████████████████████████████



THIRD LOCATION: Lakewood Car Wash at 5730 Lakewood Blvd, Lakewood CA.

At approximately ████████, Agents observed approximately 10-15 workers in and around the carwash location. Workers were seen leaving the carwash in uniform and heading to Pepperwood Ave, which is adjacent to the carwash. ████████████████

██████████████████████████████

| 7. Signature: J. D████████ | | 8. Date: ████████ |
| --- | --- | --- |
| G-166 | **For Official Use Only** | |

CONFIDENTIAL - ATTORNEY'S EYES ONLY

United States Depart of Homeland Security
**Bureau of Customs and Border Protection**

## REPORT OF INVESTIGATION



| 7. Signature: J. D▮▮▮ | 8. Dat▮▮▮ |
|---|---|

G-166                              **For Official Use Only**

CONFIDENTIAL - ATTORNEY'S EYES ONLY

GOV-00000345
C-GOV-00000341

United States Depart of Homeland Security
**Bureau of Customs and Border Protection**

## REPORT OF INVESTIGATION

INDEXING/ATTACHMENTS:

1. Home Depot: 1675 Wilshire Blvd, Los Angeles, CA.



2. Home Depot at 6400 Alondra Blvd., Paramount, CA.



3. Lakewood Car Wash: 5730 Lakewood Blvd, Lakewood CA.

| 7. Signature: J. D█████ | 8. Date ███████ |
|---|---|

G-166                         **For Official Use Only**

CONFIDENTIAL - ATTORNEY'S EYES ONLY

GOV-00000346
C-GOV-00000341

United States Depart of Homeland Security
**Bureau of Customs and Border Protection**

## REPORT OF INVESTIGATION





| 7. Signature: J. D█████ | 8. Date █████ |
|---|---|

G-166                                    **For Official Use Only**

CONFIDENTIAL - ATTORNEY'S EYES ONLY

GOV-00000347
C-GOV-00000341

United States Depart of Homeland Security
**Bureau of Customs and Border Protection**
## REPORT OF INVESTIGATION



6.

7. Signature: J. D█████
G-166

8. Dat█████████

**For Official Use Only**

CONFIDENTIAL - ATTORNEY'S EYES ONLY

GOV-00000348
C-GOV-00000341

United States Depart of Homeland Security
**Bureau of Customs and Border Protection**

## REPORT OF INVESTIGATION

7. C█████████ P███ -P█████ DOB ████████



8. █████████████████████████ ████████████████ █████████
█ C█████████ P█████ -P█████

7. Signature: J. D████████
G-166

8. Dat████████████

**For Official Use Only**

CONFIDENTIAL - ATTORNEY'S EYES ONLY

GOV-00000349
C-GOV-00000341

United States Depart of Homeland Security
**Bureau of Customs and Border Protection**

## REPORT OF INVESTIGATION

9. S██████ C██████-I██████ (DOB ██████████ )





| 7. Signature: J. D██████ | | 8. Date ██████████ |
|---|---|---|

G-166                    **For Official Use Only**

CONFIDENTIAL - ATTORNEY'S EYES ONLY

GOV-00000350
C-GOV-00000341

United States Depart of Homeland Security
**Bureau of Customs and Border Protection**

## REPORT OF INVESTIGATION

10.



11. J⬛ C⬛ O⬛ ⊢R⬛ (DOB: ⬛ )

| 7. Signature: J. D⬛ | 8. Date⬛ |
|---|---|

G-166                           **For Official Use Only**

CONFIDENTIAL - ATTORNEY'S EYES ONLY

United States Depart of Homeland Security
**Bureau of Customs and Border Protection**

## REPORT OF INVESTIGATION





12.

13. ⬛ (DOB: ⬛)

| 7. Signature: J. ⬛ | | 8. Da⬛ |
|---|---|---|

G-166                              **For Official Use Only**

CONFIDENTIAL - ATTORNEY'S EYES ONLY

United States Depart of Homeland Security
**Bureau of Customs and Border Protection**

## REPORT OF INVESTIGATION



14.  ████████ ████████████ I████ R████ ─C████████████ ).



15. █████████████████ (DOB: ████████ )

| 7. Signature: J. D█████████ | 8. Dat████████ |
| G-166 | For Official Use Only |

CONFIDENTIAL - ATTORNEY'S EYES ONLY

United States Depart of Homeland Security
**Bureau of Customs and Border Protection**
## REPORT OF INVESTIGATION



16.

17. J█████ A████████ V████████-Z████████  (DOB: █████████)

| 7. Signature: J. █████ | 8. Dat█████████ |
| --- | --- |
| G-166 | For Official Use Only |

CONFIDENTIAL - ATTORNEY'S EYES ONLY

GOV-00000354
C-GOV-00000341

United States Depart of Homeland Security
**Bureau of Customs and Border Protection**

## REPORT OF INVESTIGATION



18.

19. J   F   B  -R   (DOB: ████)

| 7. Signature: J. D████ | | 8. Date: ████ |
|---|---|---|
| G-166 | For Official Use Only | |

CONFIDENTIAL - ATTORNEY'S EYES ONLY

United States Depart of Homeland Security
**Bureau of Customs and Border Protection**

## REPORT OF INVESTIGATION



20. ▮▮▮▮▮▮▮▮▮   ▮▮▮▮▮▮▮   ▮▮▮   ▮▮▮▮▮▮▮
▮▮▮▮▮ -R▮▮▮▮▮▮ .



| 7. Signature: J. D▮▮▮▮ | 8. Date ▮▮▮▮▮ |
|---|---|

G-166                                    **For Official Use Only**

CONFIDENTIAL - ATTORNEY'S EYES ONLY

United States Depart of Homeland Security
**Bureau of Customs and Border Protection**

## REPORT OF INVESTIGATION

21. N█ R█████-M███    (DOB: █████████    (AKA: █████████████
██████████████████████████)

██████████████████████

22. ████████████████████████████-████████
██████████████R████-M████

███████████████████████████████

23. J█████████B██████-G███████(DOB: ████████████

| 7. Signature: J. D███████ | 8. Date ████████████ |

G-166                    **For Official Use Only**

CONFIDENTIAL - ATTORNEY'S EYES ONLY

GOV-00000357
C-GOV-00000341

United States Depart of Homeland Security
**Bureau of Customs and Border Protection**

## REPORT OF INVESTIGATION



24.



| 7. Signature: J. D | | 8. Date |
| --- | --- | --- |
| G-166 | For Official Use Only | |

CONFIDENTIAL - ATTORNEY'S EYES ONLY

GOV-00000358
C-GOV-00000341