# EXHIBIT 22

Sealed Version
Filed Separately

United States Depart of Homeland Security
**Bureau of Customs and Border Protection**

## REPORT OF INVESTIGATION

| By: S███ S███<br>At: El Centro Sector Intelligence Unit | 2. Case No. |
|---|---|
| | 3. Date of Event ████████ |
| | 4. Ref E-3 Event: N/A |

| 5. Other Agents: D. G█████, C. G█████, and R. E███ |
|---|
| 6. Report RE: Operation At-Large Anaheim |

### SYNOPSIS:

On ████████████████ El Centro Sector Intelligence Unit Border Patrol Agent-Intelligence (ELC SIU BPA-Is) conducted surveillance in Los Angeles, California and surrounding cities as part of Operation At-Large.

### DETAILS

On ████████████████ as part of Operation At-Large, ELC SIU agents conducted surveillance at several locations in Los Angeles, California and surrounding cities.

At approximately ████████ . ELC SIU agents were conducting surveillance at the following Home Depot location.

**FIRST LOCATION: 5600 W. Sunset Blvd. Hollywood, CA.**

At approximately ██████ SIU Agents observed approximately Agents observed approximately 80 people scattered throughout the Home Depot property and adjacent alleyways. SIU Agents observed a group of approximately 10-15 subjects along the entrance of Home on Sunset Blvd  and approximately 10 food vendors stationed along the adjacent street.

SIU Agents observed approximately 10-20 day laborers along De Longpre Ave, 10-20 subjects on N St Andrews PL, and approximately another 25-30 subjects within the parking lot of the Home Depot store.

Upon SIU vehicles entry into the area, several individuals were observed making phone calls, taking photographs of our vehicles, and some appeared to prepare to leave the area. ████████████

██████████████████████████████████████████

| 7. Signature: S. S███ | 8. Date ████████ |
|---|---|
| **G-166** | **For Official Use Only** |

CONFIDENTIAL - ATTORNEY'S EYES ONLY

United States Depart of Homeland Security
**Bureau of Customs and Border Protection**

## REPORT OF INVESTIGATION

At approximately ████████ SIU Agents observed a group of approximately two anti-ICE protestors set up a booth near the Home Depot along Sunset Blvd.



**SECOND LOCATION: Home Depot 16800 Roscoe Blvd, Van Nuys, CA**

At approximately ██████████ SIU Agents observed approximately 15-20 day laborers staged near the main entrance and throughout the parking lot. ████████████████████
██████████████████████
███████████████████████████
███████████████████████████
███████████████████████████
███████████████████████████

| 7. Signature: S. S████ | | 8. Date ████████ |
|---|---|---|
| G-166 | **For Official Use Only** | |

CONFIDENTIAL - ATTORNEY'S EYES ONLY

United States Depart of Homeland Security
**Bureau of Customs and Border Protection**

## REPORT OF INVESTIGATION

████████████████████████████████████████
██████████████████████████

**THIRD LOCATION:** Magnolia Car Wash 18020 Magnolia St. Fountain Valley, CA 92708

At approximately ██████████ SIU Agents observed approximately 15-20 day laborers near the main entrance and throughout the parking lot working. ████████████████████████████
████████████████████████████

████████████████████████████████████████
████████████████████████████████████████
████████████████████████████████████████
████████████████████████████████████████
████████████████████████████████████████

**FOURTH LOCATION:** JC's Hand Car Wash 576 Saluson Ave. Los Angeles, CA

At approximately ██████████ SIU Agents observed approximately 10 day laborers near the main entrance and throughout the parking lot working. ████████████████████████████
████████████████████████████████

████████████████████████████████████████
████████████████████████████████████████
████████████████████████████████████████
████████████████████████████████████████
████████████████████████████████████████

| 7. Signature: S. S█████ | 8. Date ██████████ |
|---|---|

G-166                                    **For Official Use Only**

CONFIDENTIAL - ATTORNEY'S EYES ONLY                                    GOV-00000321

United States Depart of Homeland Security
**Bureau of Customs and Border Protection**

## REPORT OF INVESTIGATION

FIFTH LOCATION: Home Depot 7100 Warner Ave. Huntington Beach, CA 92647

At approximately ▮▮▮▮▮▮ SIU Agents observed approximately 10-15 day laborers staged near the main entrance and throughout the parking lot. ▮▮▮▮▮▮▮▮▮▮



Home Depot: 5600 W. Sunset Blvd, Hollywood, CA

| 7. Signature: S. S▮▮▮ | | 8. Date: ▮▮▮▮▮ |
|---|---|---|
| **G-166** | **For Official Use Only** | |

CONFIDENTIAL - ATTORNEY'S EYES ONLY

United States Depart of Homeland Security
**Bureau of Customs and Border Protection**

## REPORT OF INVESTIGATION



1.  ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮.

| 7. Signature: S. S▮▮▮ | 8. Dat▮ ▮▮▮▮▮ |
|---|---|

G-166                                    **For Official Use Only**

CONFIDENTIAL - ATTORNEY'S EYES ONLY                                    GOV-00000323

United States Depart of Homeland Security
**Bureau of Customs and Border Protection**

## REPORT OF INVESTIGATION



2.

| 7. Signature: S. S█████ | | 8. Date: ████████ |
|---|---|---|
| **G-166** | **For Official Use Only** | |

CONFIDENTIAL - ATTORNEY'S EYES ONLY

United States Depart of Homeland Security
**Bureau of Customs and Border Protection**

## REPORT OF INVESTIGATION



Home Depot: 16800 Roscoe Blvd, Van Nuys, CA

| 7. Signature: S. S███ | | 8. Date ███ |
|---|---|---|
| **G-166** | **For Official Use Only** | |

CONFIDENTIAL - ATTORNEY'S EYES ONLY

GOV-00000325

United States Depart of Homeland Security
**Bureau of Customs and Border Protection**

## REPORT OF INVESTIGATION



1. ████ ██████████████████████████████
   ████████████



| 7. Signature: S. S████ | 8. Date ████████ |
| --- | --- |

**G-166**            **For Official Use Only**

CONFIDENTIAL - ATTORNEY'S EYES ONLY

United States Depart of Homeland Security
**Bureau of Customs and Border Protection**

## REPORT OF INVESTIGATION

Magnolia Car Wash: 18020 Magnolia St. Fountain Valley, CA 92708



1.

| 7. Signature: S. S█████ | 8. Date ████████ |
|---|---|

G-166             **For Official Use Only**

CONFIDENTIAL - ATTORNEY'S EYES ONLY

United States Depart of Homeland Security
**Bureau of Customs and Border Protection**

## REPORT OF INVESTIGATION

Car Wash: JC's Hand Car Wash 576 Saluson Ave. Los Angeles, CA



1.



Home Depot: 7100 Warner Ave. Huntington Beach, CA

| 7. Signature: S. S███ | | 8. Dat██████████ |
|---|---|---|
| G-166 | **For Official Use Only** | |

CONFIDENTIAL - ATTORNEY'S EYES ONLY

United States Depart of Homeland Security
**Bureau of Customs and Border Protection**

## REPORT OF INVESTIGATION



1. ██████████████████████████████████████████



**No activity at the following locations:**

Home Depot 3040 E. Slauson Ave Huntington Park, CA

2150 Placentia Ave. Costa Mesa, CA 92627

| 7. Signature: S. S████ | | 8. Date ███████ |
|---|---|---|
| **G-166** | **For Official Use Only** | |

CONFIDENTIAL - ATTORNEY'S EYES ONLY                                GOV-00000329

United States Depart of Homeland Security
**Bureau of Customs and Border Protection**

## REPORT OF INVESTIGATION

2300 Harbor Blvd. Costa Mesa, CA 92626

2015 Harbor Blvd. Costa Mesa, 92627

| 7. Signature: S. S█████ | 8. Date: ██████████ |
| --- | --- |

**G-166**                               **For Official Use Only**

CONFIDENTIAL - ATTORNEY'S EYES ONLY                               GOV-00000330