# EXHIBIT 26

Sealed Version
Filed Separately



# FORENSIC EXAMINATION REPORT

## CASE NUMBER W<span>PII</span> iPhone



Case generated   Monday, February 2, 2026
Report generated   Monday, February 2, 2026

CONFIDENTIAL, SUBJECT TO PROTECTIVE ORDER C.D. CAL. 2:25-cv-05605-MEMF-SP

# IOS IMESSAGE/SMS/MMS



| CHAT PARTICIPANTS | |
|---|---|
| Number of participants | 2 |
| Display names | G[PII] A[PII] (+[redacted]) |
| | Local User |
| Local user | Local User |
| **CONVERSATION DETAILS** | |
| Number of messages | 153 |
| First message sent date/time | 8/11/2025 9:24:05.000 PM |
| Last message sent date/time | 8/15/2025 7:20:11.000 PM |
| Case time zone | UTC |



+[redacted]

> Received
> 8/11/2025 10:03:36.000 PM

Same here. I'm doing this BP stuff plus got assigned as TL for this op

Local User <W[PII] iPhone>                      Sent
8/11/2025 10:04:10.000 PM

I do not envy you

Local User <W[PII] iPhone>                      Sent
8/11/2025 10:04:35.000 PM

Which BP teams have you been working with? H[PII] and V[PII]

+[redacted]

> Received
> 8/11/2025 10:05:22.000 PM

I think all of them. Don't have one team I usually work with

+[redacted]

> Received
> 8/11/2025 10:06:05.000 PM

I complained about the Home Depot stuff saying I think it violates the TRO

CONFIDENTIAL, SUBJECT TO PROTECTIVE ORDER C.D. CAL. 2:25-cv-05605-MEMF-SP



CONFIDENTIAL, SUBJECT TO PROTECTIVE ORDER C.D. CAL. 2:25-cv-05605-MEMF-SP





CONFIDENTIAL, SUBJECT TO PROTECTIVE ORDER C.D. CAL. 2:25-cv-05605-MEMF-SP



CONFIDENTIAL, SUBJECT TO PROTECTIVE ORDER C.D. CAL. 2:25-cv-05605-MEMF-SP



CONFIDENTIAL, SUBJECT TO PROTECTIVE ORDER C.D. CAL. 2:25-cv-05605-MEMF-SP



https://www.ktvu.com/news/gavin-newsom-press-conference-border-patrol

CONFIDENTIAL, SUBJECT TO PROTECTIVE ORDER C.D. CAL. 2:25-cv-05605-MEMF-SP

GOV-00010548



GOV-00010549



+ [REDACTED]                                                                8/14/2025 9:38:08.000 PM

That was just a political agenda

Local User <W PII iPhone>                                          ↖ Sent
                                                                  8/14/2025 9:38:14.000 PM
Emphasized "That was just a political agenda"

                                                                  ↘ Received
+ [REDACTED]                                                      8/15/2025 12:42:58.000 AM

Hopefully I can get replaced soon.

Local User <W PII iPhone>                                          ↖ Sent
                                                                  8/15/2025 12:46:59.000 AM
Dude did you hear about the guy who died

Local User <W PII iPhone>                                          ↖ Sent
                                                                  8/15/2025 12:47:18.000 AM
I got calls from Keith and Dwayne about it

                                                                  ↘ Received
+ [REDACTED]                                                      8/15/2025 12:57:09.000 AM

No what happened

                                                                  ↘ Received
+ [REDACTED]                                                      8/15/2025 2:02:45.000 AM

Oh shoot. Just saw an article about it

Local User <W PII iPhone>                                          ↖ Sent
                                                                  8/15/2025 2:25:09.000 AM
Yeah dude he ran on the highway

Local User <W PII iPhone>                                          ↖ Sent
                                                                  8/15/2025 2:25:09.000 AM
I don't think one of our guys was chasing him but idk

CONFIDENTIAL, SUBJECT TO PROTECTIVE ORDER C.D. CAL. 2:25-cv-05605-MEMF-SP



Received
8/15/2025 2:23:28.000 AM

Did anyone see it happen?

Received
8/15/2025 2:23:41.000 AM

Or did you just hear about it after

Local User <W PII iPhone>    Sent
8/15/2025 3:09:20.000 AM
It was in our ops chat

Local User <W PII iPhone>    Sent
8/15/2025 3:27:46.000 AM
but then I got a bunch of calls from Dwayne, Keith, and Adrian

Received
8/15/2025 4:00:20.000 AM

You off the next couple days?

Local User <W PII iPhone>    Sent
8/15/2025 4:03:56.000 AM
yes

Received
8/15/2025 6:55:24.000 PM

I had no interest in going out with BP to Little Tokyo lol

Local User <W PII iPhone>    Sent
8/15/2025 6:57:03.000 PM
What did they even do there?

Received
8/15/2025 6:59:52.000 PM

Gavin Newsom was holding a press conference, so they decided to March from
the federal building to where the press conference was. They arrested a couple
people outside and just stood around to get media attention. I think Bovino made

CONFIDENTIAL, SUBJECT TO PROTECTIVE ORDER C.D. CAL. 2:25-cv-05605-MEMF-SP



a couple statements then they left and walked back to the Fed building

Local User <W PII iPhone>    Sent
8/15/2025 7:00:34.000 PM
Oh yes

Received
8/15/2025 7:01:50.000 PM
Would you have went?

Local User <W PII iPhone>    Sent
8/15/2025 7:04:45.000 PM
If I knew what they were doing probably not

Local User <W PII iPhone>    Sent
8/15/2025 7:04:54.000 PM
But I thought they were doing riot control downtown

Local User <W PII iPhone>    Sent
8/15/2025 7:05:29.000 PM
I've heard Bovino is a good dude and really good at his job but sometimes does things like this that are a little out of pocket

Received
8/15/2025 7:16:15.000 PM
He definitely seems very enthusiastic and dedicated to the cause

Local User <W PII iPhone>    Sent
8/15/2025 7:19:45.000 PM
Yes

Local User <W PII iPhone>    Sent
8/15/2025 7:20:11.000 PM
I think BP is mostly just excited because they don't usually get to do this so they're kind of loving the media attention maybe

CONFIDENTIAL, SUBJECT TO PROTECTIVE ORDER C.D. CAL. 2:25-cv-05605-MEMF-SP