# EXHIBIT 28

# UNITED STATES DEPARTMENT OF HOMELAND SECURITY
## IMMIGRATION & CUSTOMS ENFORCEMENT
## ENFORCEMENT AND REMOVAL OPERATIONS

### FIELD OPERATIONS WORKSHEET

| Date: 6/30/2023 | Case Type: REINSTATE | Priority Level: | Lead Type: FUG Ops | KSTEP: N |
|---|---|---|---|---|

| Case Officer: | T.T█████ C. C█████ | Citizenship: ███████ | A Number: A ███████ |
|---|---|---|---|

| Name: B██████ E██████, J████ C█████ | AKA: A██████ J████████ M████████ |
|---|---|

| Case Number: | | Sex: Male | Date of Birth: ████████ | Age: █ |
|---|---|---|---|---|

| Height: 5'4 | Weight: 175 | Eye Color: Brown | Hair Color: BLACK | Complexion: MED |
|---|---|---|---|---|

**Scars, Marks, Tattoos:**

| FBI Number: ████ | SID #'s: ████████ | SSN: ████████ |
|---|---|---|

| Driver's License: | State: CA | Spouse/Children (Name & Status): |
|---|---|---|

| Vehicles: | NONE | NONE |
|---|---|---|

| **CASE HISTORY** | EARM Updated: YES | | CIS: 6/30/2023 | ✓ POS ☐ NEG |
|---|---|---|---|---|
| NCIC WP: 00/00/0000 | TECS MOD Person Query: ✓ POS ☐ NEG | | CLAIMS: 6/30/2023 | ☐ POS ✓ NEG |
| ATS-P: 6/30/2023 | TECS MOD Address Query: ✓ POS ☐ NEG | | EOIR Contacted: | N/A |
| Other Litigation/Checks (Y/N/Date) | **Benefits Checks:** | | IJ Dec. Date: | ████████ |
| N/A | | | VD Exp. Date: | N/A |

| ABC | TPS | Family Unity | NACARA | DED | CAT | | |
|---|---|---|---|---|---|---|---|
| ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | Removal Date: | ████████ |
| | | | | | | BIA Y/N Date: | N/A |

### DECONFLICTION EFFORTS

| Deconfliction and Information Coordination Endeavor | Regional Information Sharing Systems Officer Safety Event Deconfliction System | Secure Automated Fast Event Tracking Network |
|---|---|---|
| DICE: ☐ POS ✓ NEG | RISSafe: 00/00/0000 ☐ POS ✓ NEG | SAFENet: 00/00/0000 ☐ POS ✓ NEG |

**DATE OF PHOTO:**

### ... TARGET ADDRESS ...

| Address: | 595 N. Los Robles Avenue, Apt █ | | |
|---|---|---|---|
| City: | Pasadena | State: ca | Zip: 91101 |
| Telephone Numbers: | ████████ | ████████ | |
| Secondary Addresses: | | Employer & Address: | |

### LOCAL LAW ENFORCEMENT WILL BE NOTIFIED PRIOR TO COMMENCEMENT OF OPERATION
### ... LAW ENFORCEMENT NOTIFICATION ...

| Agency: | Los Angeles PD | Name: | | Telephone: | ████████ |
|---|---|---|---|---|---|
| Agency: | | Name: | | Telephone: | |

### ... EMERGENCY MEDICAL SERVICES ...

| Name: | *Los Angeles County+USC Medical Center (Los Angeles) | Telephone: | ████████ |
|---|---|---|---|
| Address: | 1200 N State St, Los Angeles, CA 90033 | | |

## LAW ENFORCEMENT SENSITIVE   FOR OFFICIAL USE ONLY   *revised 3/12/2019*

CONFIDENTIAL

# Operation Risk Assessment

## TARGET INFORMATION (Check all that apply)

| *Threats Made | Tactical Training | Flight / Escape Risk | Weapons Charges or Conviction | Felony Charges or Conviction | TARGET TOTAL |
|---|---|---|---|---|---|
| ☐ | ☐ | ☑ | ☑ | ☑ | |
| *Mental Health Issues | History of Violence towards LEOs | History of Violence / Conviction | Substance related issues or Conviction | Terrorist/Gang Activity or Conviction | 3 |
| ☐ | ☐ | ☐ | ☐ | ☐ | |

## LOCATION INFORMATION  (Check all that apply)

| *Barricades/ Fortification | *Explosives | >Six Adults/Teens | Multiple Structures | High Crime Area | LOCATION TOTAL |
|---|---|---|---|---|---|
| ☐ | ☐ | ☐ | ☐ | ☐ | |
| *Possible Man-Traps | *Counter Surveillance | >3000 Sq Ft | Dangerous Animals | Children | 0 |
| ☐ | ☐ | ☐ | ☐ | ☐ | |

Consider alternative  apprehension  methods  below  if a total of five boxes or more are checked.

Consider alternative apprehension methods anytime a red box is checked.

**ALTERNATE APPREHENSION METHODS**

- Contact ERO Special Response Team Tactical Supervisor
- Serve warrant at a different time or location
- Conduct vehicle stop
- Request additional manpower from other ERO Units
- Request assistance from another agency

**LOS ECP Declined**

## APPROVAL

| Date(s) of Operation: | Time of Operation: | Preparing Officer Signature: | | Supervisory Signature: | |
|---|---|---|---|---|---|
| | | T.T█████  T█████T█████T  Digitally signed by T█████ Date: 2023.06.30 15:57:59 -07'00' | | █████ L█████ SR  Digitally signed by █████ SR Date: 2023.07.12 14:45:25 -07'00' | |
| Justification for Operations conducted Outside normal hours of operation (If Required): | | | C█████C  Digitally signed by C█████C Date: 2024.01.17 05:34:59 -08'00' | FOD (or FOD-Designee) Approval (If Required): | |

## CONSENT

| Name of Consent Provider: | Scope of Consent: | Time Consent Given: |
|---|---|---|
| Witness to Consent: | Language Used by Consent Provider: | Time if Consent Withdrawn: |
| Consent Obtained by: | Method in which consent was obtained (e.g. in person, via translator): | |

## RESULTS

| Date: | Location: | Additional Information: |
|---|---|---|

LAW ENFORCEMENT SENSITIVE   FOR OFFICIAL USE ONLY

A ▮▮▮▮▮▮

| DATE | COMMENTS |
|------|----------|
| Investigative Leads/Surveillance Results/Any expanded Responses from Pages 1-2 | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |

LAW ENFORCEMENT SENSITIVE   FOR OFFICIAL USE ONLY

CONFIDENTIAL

CONFIDENTIAL

GOV-00000521