# EXHIBIT 29



# FORENSIC EXAMINATION REPORT

### CASE NUMBER GPII iPhone

Case generated    Monday, February 9, 2026
Report generated    Tuesday, February 10, 2026

CONFIDENTIAL, SUBJECT TO PROTECTIVE ORDER C.D. CAL. 2:25-cv-05605-MEMF-SP

GOV-00005463
GOV-00005463

## IOS IMESSAGE/SMS/MMS



| CHAT PARTICIPANTS | |
|---|---|
| Number of participants | 2 |
| Display names | ████████ (Fug Ops C▮PII▮ Team 9)<br>Local User |
| Local user | Local User |
| **CONVERSATION DETAILS** | |
| Number of messages | 9 |
| First message sent date/time | 6/17/2025 10:22:11.000 PM |
| Last message sent date/time | 6/18/2025 1:23:41.000 AM |
| Case time zone | UTC |



**Local User <G▮PII▮ iPhone>** — Sent — 6/17/2025 10:22:11.000 PM
I'm available tomorrow

**Local User <G▮PII▮ iPhone>** — Sent — 6/17/2025 10:22:16.000 PM
If you need me

████████ — Received — 6/18/2025 12:24:25.000 AM
Yep we are changing some illegal bring extra cuffs

████████ — Received — 6/18/2025 12:24:45.000 AM
I'm going to send aam op out in a few minutes

**Local User <G▮PII▮ iPhone>** — Sent — 6/18/2025 12:43:25.000 AM
Ok

CONFIDENTIAL, SUBJECT TO PROTECTIVE ORDER C.D. CAL. 2:25-cv-05605-MEMF-SP



CONFIDENTIAL, SUBJECT TO PROTECTIVE ORDER C.D. CAL. 2:25-cv-05605-MEMF-SP

GOV-00005472
GOV-00005463