# EXHIBIT 30

U.S. Department of Homeland Security          Subject ID : ████████          **Record of Deportable/Inadmissible Alien**

| Family Name (CAPS) | First | Middle | Sex | Hair | Eyes | Cmplxn |
|---|---|---|---|---|---|---|
| S██████ H██████, H██████ | | | M | BLK | BLK | MED |

| Country of Citizenship | Passport Number and Country of Issue | | Height | Weight | Occupation |
|---|---|---|---|---|---|
| ██████ | ██████ | | 64 | 150 | LABORER |

| U.S. Address | Scars and Marks |
|---|---|
| ████████ MONTCLAIR, CALIFORNIA, ████ , UNITED STATES | |

| Date, Place, Time, and Manner of Last Entry | Passenger Boarded at | F.B.I. Number | |
|---|---|---|---|
| Unknown Date Unknown Time, WI-Without Inspection | | ████████ | ☐ Single  ☐ Divorced ☐ Married  ☐ Widower ☐ Separated |

| Number, Street, City, Province (State) and Country of Permanent Residence | Method of Location/Apprehension |
|---|---|
| | NCA |

| Date of Birth | | Date of Action | Location Code | At/Near | Date/Hour |
|---|---|---|---|---|---|
| ██████ Age: █ | | 02/15/2026 | SBD/LOS | See I-831 | 02/15/2026 11:34 |

| City, Province (State) and Country of Birth | AR ☒  Form : (Type and No.) Lifted ☐ Not Lifted ☐ | By |
|---|---|---|
| ██████ | | E████ ████ |

| NIV Issuing Post and NIV Number | Social Security Account Name | Status at Entry | Status When Found |
|---|---|---|---|
| | | | |

| Date Visa Issued | Social Security Number | Length of Time Illegally in U.S. |
|---|---|---|
| | | |

| Immigration Record | Criminal Record |
|---|---|
| NEGATIVE | See Narrative |

| Name, Address, and Nationality of Spouse (Maiden Name, if Appropriate) | Number and Nationality of Minor Children |
|---|---|
| | None |

| Father's Name, Nationality, and Address, if Known | Mother's Present and Maiden Names, Nationality, and Address, if Known |
|---|---|
| ██████, ██████ ████ | ██████ ██████ : ████ |

| Monies Due/Property in U.S. Not in Immediate Possession | Fingerprinted? ☑ Yes ☐ No | Systems Checks See Narrative | Charge Code Words(s) |
|---|---|---|---|
| None Claimed | | | See Narrative |

| Name and Address of (Last)(Current) U.S. Employer | Type of Employment | Salary | Employed from/to |
|---|---|---|---|
| See Narrative | See Narrative | Hr | 02/15/2026 |

Narrative (Outline particulars under which alien was located/apprehended. Include details not shown above regarding time, place and manner of last entry, attempted entry, or any other entry, and elements which establish administrative and/or criminal violation. Indicate means and route of travel to interior.)

FIN: ██████          Left Index fingerprint          Right Index fingerprint

FAMILY INFORMATION
-----------------------
Father ████████
Mother ████████
Spouse ████████
Child: ████████

OTHER ALIASES KNOWN BY:
-----------------------
██████████ ...(CONTINUED ON I-831)

Deportation Officer

| Alien has been advised of communication privileges  2/15/26 ████ /Initials) | (Signature and Title of Immigration Officer) |
|---|---|

| Distribution: | Received: (Subject and Documents) (Report of Interview) |
|---|---|
| | Officer: V██ P██ |
| T FILE | on: February 15, 2026          (time) |
| | Disposition: Warrant of Arrest/Notice to Appear |
| STAT | Examining Officer: ████, S. ████ |

Form I-213 (Rev. 08/01/07)

**U.S. Department of Homeland Security**                    Continuation Page for Form I-213

| Alien's Name | File Number | Date |
|---|---|---|
| S████ H█████████ , H████ | ████████  Event No: ███████████ | 02/15/2026 |

SUBJECT HEALTH STATUS
----------------------
The subject claims good health.

CURRENT ADMINISTRATIVE CHARGES
-------------------------------
02/15/2026 - 212a6Ai - ALIEN PRESENT WITHOUT ADMISSION OR PAROLE - (PWAs)

RECORDS CHECKED
----------------
CIS checked on 02/15/2026 with Positive result.TECS checked on 02/15/2026 with Positive result.

NAME AND ADDRESS OF US EMPLOYER
--------------------------------
UNKNOWN, UNKNOWN  UNKNOWN , CALIFORNIA, 91763, UNITED STATES

TYPE OF EMPLOYMENT
-------------------
Operators, Fabricators, and Laborers

ARRESTED AT/NEAR
-----------------
████████████████ MONTCLAIR, CALIFORNIA, 91763, UNITED STATES

RECORD OF DEPORTABLE/EXCLUDABLE ALIEN:
---------------------------------------
SUBJECT: S████ H█████ , H██████
A#
DOB:
COB:
FBI:
DNA COLLECTION: ████████

ENCOUNTER DATA

On February 15, 2026, Immigration and Customs Enforcement (ICE) Enforcement and Removal Operations (ERO) Field Operations Team (FOT) 15 conducted a targeted enforcement operation to locate U██████, J███ (A███████████). A Field Operations Work (FOW) sheet and an I-200 administrative arrest warrant have been issued for U███████ apprehension.

Deportation Officers (DO), wearing tactical gear with approved "POLICE" and "ICE" identifiers, encountered a male subject at or near, San Bernardino, CA, DOs requested his name and identification. The subject identified himself as S██████ H█████████, H█████ (A███████████). It was determined that S████ H█████████, was not the target of the operation.

The DO's conducted a consensual encounter with S██████ H█████████ and determined that S█████ H████████, is present in the United States (U.S.) without admission or parole. Subsequently, S████ H████████ was placed under arrest and taken into ICE custody without incident. S████ H████████ was transported to the ERO San Bernardino Office for processing.
ENTRY DATA/ IMMIGRATION HISTORY

| Signature | Title |
|---|---|
| V███ F████ | Deportation Officer |

Form I-831 Continuation Page (Rev. 08/01/07)

**U.S. Department of Homeland Security**                    Continuation Page for Form I-213

| Alien's Name | File Number | Date |
|---|---|---|
| S███ H██████, H█████ | ████████ <br> Event No: ██████████ | 02/15/2026 |

████████████████████████████████████████

████████████████████████████████████████████████

███████████

CRIMINAL HISTORY ████████████████████████████████████████

CHARGES OF REMOVABILITY

████████████████████████████████████████████

████████████████████████████████

██████████████████████████████████████

████████████████████████

████████████████████████████████████

██████████████████████

████████████████████████

████████████████████████████████████████

████████████████████████████

CASE DISPOSITION:
S███ H██████ will be processed and served a Notice to Appear, Form I-862.

Date in Custody: _____
Phone call complete: Yes                  No
Call refused:       Yes                   No
Date and Time of Call:
Name of Person and Number called:
Relationship:
Length of call: _____

OTHER IDENTIFYING NUMBERS
--------------------------------
ALIEN- ██████████
State Criminal Number/State Bureau Number- ████████████   (UNITED STATES)
Other Biometric- ██████████

| Signature | Title |
|---|---|
| V███ P██████ | Deportation Officer |

3 of 3 Pages

Form I-831 Continuation Page (Rev. 08/01/07)