# EXHIBIT 32

Sealed Version
Filed Separately

**U.S. Department of Homeland Security**         Subject ID :  ▇▇▇▇▇         **Record of Deportable/Inadmissible Alien**

| Family Name (CAPS) | First | Middle | | Sex | Hair | Eyes | Cmplxn |
|---|---|---|---|---|---|---|---|
| M▇▇▇▇▇, R▇▇ | | | | F | BLK | BRO | MBR |

| Country of Citizenship | Passport Number and Country of Issue | File Number | | Height | Weight | Occupation |
|---|---|---|---|---|---|---|
| MEXICO | | ▇▇▇▇▇ | | 60 | 120 | UNR |

| U.S. Address | | Scars and Marks |
|---|---|---|
| 655 W RIALTO AVE SAN BERNARDINO, CALIFORNIA, 92410, UNITED STATES | | None Indicated - None |

| Date, Place, Time, and Manner of Last Entry | Passenger Boarded at | F.B.I. Number | |
|---|---|---|---|
| ▇▇▇▇▇ | | ▇▇▇▇▇ | ☒ Single<br>☐ Divorced  ☐ Married<br>☐ Widower  ☐ Separated |

| Number, Street, City, Province (State) and Country of Permanent Residence | Method of Location/Apprehension |
|---|---|
| | NCA |

| Date of Birth | | Date of Action | Location Code | At/Near | Date/Hour |
|---|---|---|---|---|---|
| ▇▇▇▇▇  Age: 49 | | 04/28/2026 | SBD/LOS | See I-831 | 04/28/2026 07:08 |

| City, Province (State) and Country of Birth | AR ☒ | Form : (Type and No.)  Lifted ☐  Not Lifted ☐ | By |
|---|---|---|---|
| ▇▇▇▇▇ | | | A▇▇ C▇▇ |

| NIV Issuing Post and NIV Number | Social Security Account Name | Status at Entry | Status When Found |
|---|---|---|---|
| | | | |

| Date Visa Issued | Social Security Number | Length of Time Illegally in U.S. |
|---|---|---|
| | | |

| Immigration Record | Criminal Record |
|---|---|
| NEGATIVE | |

| Name , Address, and Nationality of Spouse (Maiden Name, if Appropriate) | Number and Nationality of Minor Children |
|---|---|
| | None |

| Father's Name, Nationality, and Address, if Known | Mother's Present and Maiden Names, Nationality, and Address, if Known |
|---|---|
| | |

| Monies Due/Property in U.S. Not in Immediate Possession | Fingerprinted? ☒ Yes ☐ No | Systems Checks | Charge Code Words(s) |
|---|---|---|---|
| None Claimed | | | See Narrative |

| Name and Address of (Last)(Current) U.S. Employer | Type of Employment | Salary | Employed from/to |
|---|---|---|---|
| | Unemployed or Retired | Hr | |

Narrative (Outline particulars under which alien was located/apprehended. Include details not shown above regarding time, place and manner of last entry, attempted entry, or any other entry, and elements which establish administrative and/or criminal violation. Indicate means and route of travel to interior.)

FIN: ▇▇▇▇▇                    Left Index fingerprint                    Right Index fingerprint

FAMILY INFORMATION
------------------
Father ▇▇▇▇▇
Mother ▇▇▇▇▇
Spouse ▇▇▇▇▇
Child: ▇▇▇▇▇

SUBJECT HEALTH STATUS
---------------------
The subject claims good health. ...(CONTINUED ON I-831)

A▇▇ C▇▇  ▇▇▇▇▇
Deportation Officer
(Signature and Title of Immigration Officer)

Alien has been advised of communication privileges    AC  4/28/26 (Date/Initials)

| Distribution: | Received: (Subject and Documents)  (Report of Interview) |
|---|---|
| | Officer: A▇▇ C▇▇ |
| | on: April 28, 2026 _____ (time) |
| | Disposition: Warrant of Arrest/Notice to Appear |
| | Examining Officer: B▇▇, B ▇▇▇▇▇ |

Form I-213 (Rev. 08/01/07)

Uploaded on: 05/09/2026 at 05:01:26 PM (Pacific Daylight Time) Base City ADI

**U.S. Department of Homeland Security**                    **Continuation Page for Form** __I-213__

| Alien's Name | File Number | Date |
|---|---|---|
| M███████, R███ | ████████<br>**Event No:** ███████████ | 04/28/2026 |

```
CURRENT ADMINISTRATIVE CHARGES
------------------------------
04/28/2026 - 212a6Ai - ALIEN PRESENT WITHOUT ADMISSION OR PAROLE - (PWAs)

ARRESTED AT/NEAR
----------------
PIERCE/ 70TH AVE, SAN BERNARDINO, CALIFORNIA, 92274, UNITED STATES

RECORD OF DEPORTABLE/EXCLUDABLE ALIEN:
--------------------------------------
Name: M███████, R███

A ██████████

DOB: ██████████

COC: ██████

FBI: ████████

SID: N/A

DNA Collection Device: ██████████


ENCOUTER DATA:

On April 28, 2026, Enforcement and Removal Operations (ERO) fugitive team one (FOT 1), and
U.S. Customs Border Protection (CBP) conducted a targeted enforcement operation to locate
F████████ M██████, M████ (A#████████████) DOB ████████1999.

At approximately 0540hrs FOT 1 arrived at the last known location of F████████ at ███████████
████████ Thermal, CA 92274.

At approximately 0540 hours, while FOT 1 was arriving at the location a female matching the
physical appearance of F███████ was observed departing the residence area as the passenger
of blue Toyota PASO CA Plate ████████ and proceeded eastbound on 70th Ave. then northbound on
Pierce St. A vehicle stop was conducted on Pierce St. FOT 1 and CBP personnel approached the
vehicle wearing tactical gear with approved "POLICE" and "ICE" "CBP" identifiers, informed
the subject in the Spanish language that they were conducting an investigation and requested
her identification. The female indicated she did not have identification. FOT 1 asked the
female for her name, the female identified as M███████, R███, not a match to F████████, the
individual for the targeted operation.

FOT 1 team member asked M███████ if she was willing to answer some questions, and she
replied, "Yes." FOT 1 team member conducted a consensual encounter in the Spanish language.
FOT 1 asked the following questions:

What country are you a citizen of?
M███████ stated that she is a citizen of ██████.

How did you enter the United States?
M███████ stated that she crossed legally.

Do you have any applications pending?
```

| Signature | Title |
|---|---|
| S A███ C████████ ████████ | Deportation Officer |

Form I-831 Continuation Page (Rev. 08/01/07)

U.S. Department of Homeland Security                    Continuation Page for Form I-213

| Alien's Name | File Number | Date |
|---|---|---|
| M██████, R██ | ██ █████ | 04/28/2026 |
| | Event No: ██████████ | |

M██████ stated no.

FOT 1 contacted the law enforcement support center (LESC). LESC returned with the following information. LESC found that M██████ has no legal entries or applications pending. FOT 1 established probable cause that M██████ was amenable to enforcement action. S.D.D.O B██████ was notified, and an I-200 Warrant of Arrest was signed.

M██████ was transported to San Bernardino ERO sub-office for processing.

██████████████████████████████████████████████████████████████

██████████████████████████████████████████████████████████████

██████████████████████████████████████████████████████████████

CASE DISPOSITION:

M██████ will be served with a Notice to Appear, forms I-862 and will remain in ICE custody.

PHONE CALL:

M██████ made the following phone calls

Number Called: ████████████

Person Called / relationship: ████████████

Duration of Call: 3

OTHER IDENTIFYING NUMBERS

| Signature | Title |
|---|---|
| OA██ C██████ ████████ | Deportation Officer |

3 of 4 Pages

Form I-831 Continuation Page (Rev. 08/01/07)

**U.S. Department of Homeland Security**

**Continuation Page for Form** I-213

| Alien's Name | File Number | Date |
|---|---|---|
| M█████, R███ | ████████ <br> Event No: ████████ | 04/28/2026 |

```
-------------------------------
ALIEN-██████████
Other Biometric-███████████
..COMMENT: FINS
```

| Signature | Title |
|---|---|
| ↳O A ███ C██████ ██████████ | Deportation Officer |

Form I-831 Continuation Page (Rev. 08/01/07)