# EXHIBIT 34

**U.S. Department of Homeland Security**       Subject ID : ████████       **Record of Deportable/Inadmissible Alien**

| Family Name (CAPS) | First | Middle | Sex | Hair | Eyes | Cmplxn |
|---|---|---|---|---|---|---|
| S████ L███ A███ ████ | | | M | BLK | BRO | |

| Country of Citizenship | Passport Number and Country of Issue | File Number | Height | Weight | Occupation |
|---|---|---|---|---|---|
| ██████ | | ████ | 67 | 168 | UNR |

| U.S. Address | Scars and Marks |
|---|---|
| ████████████████ ██████ | |

| Date, Place, Time, and Manner of Last Entry | Passenger Boarded at | F.B.I Number | ☑ Single ☐ Divorced ☐ Married ☐ Widower ☐ Separated |
|---|---|---|---|
| Unknown Date Unknown Time, | | ████ | |

| Number, Street, City, Province (State) and Country of Permanent Residence | Method of Location/Apprehension |
|---|---|
| | CA |

| Date of Birth | Date of Action | Location Code | At/Near | Date/Hour |
|---|---|---|---|---|
| ████ Age: 43 | 06/14/2026 | SBD/LOS | See I-831 | 06/14/2026 07:25 |

| City, Province (State) and Country of Birth | AR ☒ Form : (Type and No.) Lifted ☐ Not Lifted ☐ | By |
|---|---|---|
| ████ | | S 9660 G████-M██ |

| NIV Issuing Post and NIV Number | Social Security Account Name | Status at Entry | Status When Found |
|---|---|---|---|
| | | | |

| Date Visa Issued | Social Security Number | Length of Time Illegally in U.S. |
|---|---|---|
| | | |

| Immigration Record | Criminal Record |
|---|---|
| NEGATIVE | |

| Name , Address, and Nationality of Spouse (Maiden Name, if Appropriate) | Number and Nationality of Minor Children |
|---|---|
| | None |

| Father's Name, Nationality, and Address, if Known | Mother's Present and Maiden Names, Nationality, and Address, if Known |
|---|---|
| | |

| Monies Due/Property in U.S. Not in Immediate Possession | Fingerprinted? ☒ Yes ☐ No | Systems Checks See Narrative | Charge Code Words(s) |
|---|---|---|---|
| None Claimed | | | See Narrative |

| Name and Address of (Last)(Current) U.S. Employer | Type of Employment | Salary | Employed from/to |
|---|---|---|---|
| | Unemployed or Retired | Hr | |

Narrative (Outline particulars under which alien was located/apprehended. Include details not shown above regarding time, place and manner of last entry, attempted entry, or any other entry, and elements which establish administrative and/or criminal violation. Indicate means and route of travel to interior.)

FIN: ████        Left Index fingerprint        Right Index fingerprint

FAMILY INFORMATION
-----------------------
Father:Subject has not provided information for Father.
Mother:Subject has not provided information for Mother.
Child:Subject does not have children or dependents.

SUBJECT HEALTH STATUS
-------------------------
The subject claims good health.
 ...(CONTINUED ON I-831)

*SG 6-14-2026*

S████ G████ M████
Deportation Officer

Alien has been advised of communication privileges   *SG 6-14-___*   (Date/Initials)     (Signature and Title of Immigration Of████)

| Distribution: | Received: (Subject and Documents ████ ew) |
|---|---|
| | Officer: S ██ G████ M████ |
| | on: June 14, 2026 _____ (time) |
| | Disposition: Warrant of Ar████ o Appear |
| | Examining Officer: ████ |

Form I-213 (Rev. 08/01/07)

**U.S. Department of Homeland Security**

**Continuation Page for Form** I-213

| Alien's Name | File Number | Date |
|---|---|---|
| S███████ L███, A███ █████ | ████████ Event No: ███████████ | 06/14/2026 |

CURRENT ADMINISTRATIVE CHARGES
------------------------------------
06/14/2026 - 212a6Ai - ALIEN PRESENT WITHOUT ADMISSION OR PAROLE - (PWAs)

RECORDS CHECKED
---------------
TECS checked on 06/14/2026 with Negative result.EARM checked on 06/14/2026 with Negative result.CIS checked on 06/14/2026 with Negative result.

ARRESTED AT/NEAR
----------------
INTERSECTION OF BUSHNELL AVE AND MITCHEL, RIVERSIDE, CALIFORNIA, UNITED STATES

RECORD OF DEPORTABLE/EXCLUDABLE ALIEN:
----------------------------------------
Subject: S███████ L███, A███ █████
████████████

On June 14, 2026, at approximately 0615 hours, the SBD A Team conducted a field operation at 5023 Bushnell Ave, Riverside, CA 92505, targeting ████████████ ████████████ ████████
███). Officers observed a male matching the description departing the area on a bicycle and conducted an enforcement stop near the intersection of Bushnell Ave and Mitchell Ave in Riverside, California. Upon approach, the officer verbally identified himself as an ICE Officer and was wearing attire clearly marked "Police" and "ICE." Officers asked the male for his name and if he had any form of identification. The male stated his name is S███████ L███, A████████████ date of birth ███████████. ICE Officers asked L███ if he had any legal status that would allow him to remain in the United States legally and he stated he did not.

L███ stated he does not have any application filed with USCIS.

Officers conducted immigration checks for L███ with negative responses.

SDDO He█████ was notified and issued an I-200 for L███z's arrest.

At 0630 hours, L███ was arrested without incident and transported to the San Bernardino Sub Office for processing.

Immigration History:

████████████████████████████████

██████████████

████████████████████

██████████████████████

█████████████████████

████████████████████████

| Signature | Title |
|---|---|
| s ███ G████-M████ | Deportation Officer |

2 of 3 Pages

Form I-831 Continuation Page (Rev. 08/01/07)

**U.S. Department of Homeland Security**     **Continuation Page for Form** I-213

| Alien's Name | File Number | Date |
|---|---|---|
| S████ L███, A███ ████ | ████ <br> Event No: ████ | 06/14/2026 |

```
Disposition:

L███ will be processed as a Warrant of Arrest/Notice to Appear and will remain in ERO
custody.

Phone call completed:
Date and Time of Call:
Name of Person called:
Relationship:
Telephone:
Length of call:


OTHER IDENTIFYING NUMBERS
----------------------------
ALIEN████████
```

| Signature | Title |
|---|---|
| S███ G███-M███ ████ | Deportation Officer |

3 of 3 Pages

Form I-831 Continuation Page (Rev. 08/01/07)