# EXHIBIT 35

Sealed Version
Filed Separately

Confidential - Subject to Protective Order

| U.S. Department of Homeland Security | | Subject ID : [redacted] | | | Record of Deportable/Inadmissible Alien | |
|---|---|---|---|---|---|---|

| | | | | | Sex | Hair | Eyes | Cmplxn |
|---|---|---|---|---|---|---|---|---|
| Family Name (CAPS) V... C... | First | | Middle G... | | M | BLK | BRO | |
| Country of Citizenship [redacted] | | Passport Number and Country of Issue | [redacted] FBI Number [redacted] | | Height 67 | Weight 175 | Occupation | |
| U.S. Address See Narrative | | | | | Scars and Marks See Narrative | | | |
| Date, Place, Time, and Manner of Last Entry [redacted] | | | Passenger Boarded at | | F.B.I. Number [redacted] | ☐ Single ☒ Married ☐ Divorced ☐ Widower ☐ Separated | | |
| Number, Street, City, Province (State) and Country of Permanent Residence | | | | | Method of Location/Apprehension L. | | | |
| Date of Birth [redacted]   Age: [redacted] | | Date of Action 07/21/2025 | Location Code SBD/LOS | | At/Near See I-831 | | Date/Hour 07/31/2025 11:30 | |
| City, Province (State) and Country of Birth [redacted] | | AR ☒ | Form (Type and No.) Lifted ☐ Not Lifted ☐ | | By M. [redacted] P... | | | |
| NIV Issuing Post and NIV Number | | Social Security Account Name | | | Status at Entry | | Status When Found | |
| Date Visa Issued | | Social Security Number | | | Length of Time Illegally in U.S. | | | |
| Immigration Record NEGATIVE | | | Criminal Record | | | | | |
| Name, Address, and Nationality of Spouse (Maiden Name, if Appropriate) | | | | Number and Nationality of Minor Children None | | | | |
| Father's Name, Nationality, and Address, if Known [redacted] | | | Mother's Present and Maiden Names, Nationality and Address, if Known [redacted] | | | | | |
| Monies/Due/Property in U.S. Not in Immediate Possession None Claimed | | | Fingerprinted? ☒ Yes ☐ No | Systems Checks See Narrative | Charge Code Words(s) See Narrative | | | |
| Name and Address of (Last)(Current) U.S. Employer | | | Type of Employment | | Salary $ | Employed from/to | | |

Narrative (Outline particulars under which alien was located/apprehended. Include details not shown above regarding time, place and manner of last entry, attempted entry, or any other entry, and elements which establish administrative and/or criminal violation. Indicate means and route of travel to interior.)

FIN [redacted]                          Left Index fingerprint                    Right Index fingerprint

**PII** [redacted]

7/21/2025 M.A.K. (Date/Initials)

Deportation Officer
(Signature and Title of Immigration Officer) [redacted]

Alien has been advised of communication privileges.

| Distribution: | Received: (Subject and Documents) (Report of Interview) |
|---|---|
| T-FILE | Officer: M. [redacted] P... (Date) at: July 21, 2025 Disposition: Warrant of Arrest/Notice... Examining Officer: [redacted] C... |

Form I-213 (Rev. 03/01/97)

Confidential - Subject to Protective Order



U.S. Department of Homeland Security                    Continuation Page for Form I-213

| Alien's Name | File Number | Date |
|---|---|---|
| V███ C███████, G██████ | ██ 4██████ | 07/21/2025 |

U.S. ADDRESS
--------------------
█████ ████████ ███████ ████████  ONTARIO    , CALIFORNIA, ████ ,

RECORDS CHECKED
--------------------
CIS Pos
EARM Pos
IAFIS Pos
NCIC Pos
TECS Pos

AT/NEAR
--------
ONTARIO, CA

Record of Deportable/Excludable Alien:
--------------------
Immigration and Customs Enforcement (ICE) Enforcement and Removal Operations (ERO) is currently executing Operation At Large targeting immigration violators in Los Angeles, California (CA). The operation focuses on law enforcement operations in direct support of Presidential Executive Orders while ensuring personnel safety and maintaining tactical control while operating in a confined, civilian -heavy environment.

On July 17, 2025, an Immigration and Customs Enforcement (ICE), Enforcement and Removal Operations (ERO), Team 16, out of San Bernardino, CA, arrested V████ C███████, G█████, ████████, without incident.

SUBJECT:
Name: V███S-C███████, G███████
A███
DOB:
FBI:
COB:
COC:

Prior to field operations the following record checks were completed: CIS, TECS, CLAIMS, PCQS and NCIC, based on the findings; identity, alienage, removability. Identifying the target as an individual who illegally entered the United States (US) without being admitted or paroled by an immigration officer.
Record Checks revealed the following.

IMMIGRATION HISTORY:
████████████████████████████████████, ███████ ██ ████ █████ ████t

| Signature | Title |
|---|---|
| M. F████████ P███ | Deportation Officer |

                                           2   of   4   Pages

Form I-831 Continuation Page (Rev. 08/01/07)

CONFIDENTIAL, SUBJECT TO PROTECTIVE ORDER C.D. CAL. 2:25-cv-05605-MEMF-SP                GOV-00005590

Confidential - Subject to Protective Order

U.S. Department of Homeland Security    Continuation Page for Form I-213

| Alien's Name | File Number | Date |
|---|---|---|
| V███ C███████, G███ | ███████ ███████ | 07/21/2025 |

ENCOUTER DATA:
On July 21, 2025, Immigration and Customs Enforcement (ICE) conducted a targeted operation to locate G██████-C██████, C████ (███████████). The subject fled on foot and entered the Stater Bros. Market located at 646 W Holt Blvd, Ontario, CA 91762. I DO ██████ advised SA J█████ that I would proceed to the back exits of Stater Bros Market in case the subject exited through the rear.

I DO ██████ observed a male resembling the subject walking from the rear of the Stater Bros Market. The subject had on a black shirt like what the male subject I DO ██████ observed had on.

I DO ██████ pulled over and approached the male on foot and identified myself as ICE, I DO ██████ asked the male if he had a minute for a conversation. I DO ██████ asked the male where he was coming from, he advised the Miss Donuts area. I DO ██████ asked him what country he was born, the male advised ██████. I DO ██████ asked the male if he had any documents to be in the United States he advised no. I DO ██████ asked the male if he entered the United States illegally, he advised ████████ I DO ██████ asked the male if he had any documentation with his name, he informed me yes in his wallet. The male provided an ██████████ █████████████████ ████████████, the name on the card was V███████-C███████, C██████.

I DO M. █████████ informed V███████ he was being placed under arrest for ████████████. I DO M. █████████ asked V███████ if he understood the situation to which he said yes. V█████ was arrested at approximately 0930hrs without incident and transported to the San Bernardino ICE office without incident.

| Signature | Title |
|---|---|
| M. █████ ██ █ ████ | Deportation Officer |

3 of 4 Pages

Form I-831 Continuation Page (Rev. 08/01/07)

CONFIDENTIAL, SUBJECT TO PROTECTIVE ORDER C.D. CAL. 2:25-cv-05605-MEMF-SP    GOV-00005591

Confidential - Subject to Protective Order



U.S. Department of Homeland Security                     Continuation Page for Form I-213

| Alien's Name | | File Number | Date |
|---|---|---|---|
| V█████ C█████████, G██████ | | ████████████████ | 07/21/2025 |

PHONE CALL:
Date in custody:
Phone call:


Other Identifying Numbers
------------------------------------------
ALIEN-█████████

| Signature | Title |
|---|---|
| M. █████ ████ P████ | Deportation Officer |

4 of 4 Pages

Form I-831 Continuation Page (Rev. 08/01/07)

CONFIDENTIAL, SUBJECT TO PROTECTIVE ORDER C.D. CAL. 2:25-cv-05605-MEMF-SP