# EXHIBIT 37

STACY TOLCHIN (SBN 217431)
*stacy@tolchinimmigration.com*
LAW OFFICES OF STACY TOLCHIN
776 E. Green St., Suite 210
Pasadena, CA 91101
Tel: 213-622-7450; Fax: 213-622-7233

MOHAMMAD TAJSAR (SBN 280152)
*mtajsar@aclusocal.org*
MAYRA JOACHIN (SBN 306065)
*mjoachin@aclusocal.org*
DAE KEUN KWON (SBN 313155)
*akwon@aclusocal.org*
STEPHANIE PADILLA (SBN 321568)
*spadilla@aclusocal.org*
ACLU FOUNDATION OF
SOUTHERN CALIFORNIA
P.O. Box 811370
Los Angeles, CA 90081-0007
Tel: 213-977-5232; Fax: 213-201-7878

*Counsel for Stop/Arrest Plaintiffs*

(*Additional counsel listed on next page*)

MARK ROSENBAUM (SBN 59940)
*mrosenbaum@publiccounsel.org*
REBECCA BROWN (SBN 345805)
*rbrown@publiccounsel.org*
RITU MAHAJAN (SBN 252970)
*rmahajan@publiccounsel.org*
GINA AMATO (SBN 215519)
*gamato@publiccounsel.org*
AMANDA MANGASER SAVAGE
(SBN 325996)
*asavage@publiccounsel.org*
PUBLIC COUNSEL
610 South Ardmore Avenue
Los Angeles, CA 90005
Tel: 213-385-2977

*Counsel for All Plaintiffs*

ANNE LAI (SBN 295394)
*alai@law.uci.edu*
UC IRVINE SCHOOL OF LAW
IMMIGRANT AND RACIAL JUSTICE
SOLIDARITY CLINIC
P.O. Box 5479
Irvine, CA 92616-5479
Tel: 949-824-9894; Fax: 949-824-2747

*Counsel for Stop/Arrest Plaintiffs*

**UNITED STATES DISTRICT COURT**

**FOR THE CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| Pedro VASQUEZ PERDOMO; Carlos Alexander OSORTO; and Isaac VILLEGAS MOLINA; Jorge HERNANDEZ VIRAMONTES; Jason Brian GAVIDIA; LOS ANGELES WORKER CENTER NETWORK; UNITED FARM WORKERS; COALITION FOR HUMANE IMMIGRANT RIGHTS; IMMIGRANT DEFENDERS LAW CENTER, <br><br>        Plaintiffs, <br><br>     v. <br><br> Markwayne MULLIN, in his official capacity as Secretary, Department of Homeland Security; David VENTURELLA, in his official capacity as Acting Director, U.S. Immigration and Customs Enforcement; Rodney S. SCOTT, in his official capacity as | Case No.: 2:25-cv-05605-MEMF-SP <br><br> **DECLARATION OF D.O.A. IN SUPPORT OF MOTION FOR PRELIMINARY INJUNCTION** <br><br> Hon. Maame Ewusi-Mensah Frimpong <br><br><br> Date: <br> Time: <br> Place:  Courtroom 8B |

Commissioner, U.S. Customs and Border Patrol; Rosario VASQUEZ, in his official capacity as Chief of U.S. Border Patrol; Kash PATEL, in his official capacity as Director, Federal Bureau of Investigation; Todd BLANCHE, in his official capacity as Acting U.S. Attorney General; Thomas GILES, in his official capacity as Acting Field Office Director for Los Angeles, U.S. Immigration and Customs Enforcement; Dean T. SORENSON, Special Agent in Charge for Los Angeles, Homeland Security Investigations, U.S. Immigration and Customs Enforcement; Daniel I. PARRA, in his official capacity as Acting Chief Patrol Agent for El Centro Sector of the U.S. Border Patrol; Justin DE LA TORRE, in his official capacity as Acting Chief Patrol Agent, San Diego Sector of the U.S. Border Patrol; Akil DAVIS, in his official capacity as Assistant Director in Charge, Los Angeles Office, Federal Bureau of Investigation; Bilal A. ESSAYLI, in his official capacity as First Assistant U.S. Attorney for the Central District of California,

   Defendants.

Case No. 2:25-cv-05605-MEMF-SP

JACOB S. KREILKAMP (SBN 248210)
jacob.kreilkamp@mto.com
DAVID FRY (SBN 189276)
david.fry@mto.com
ADAM B. WEISS (SBN 296381)
adam.weiss@mto.com
SARA H. WORTH (SBN 341088)
sara.worth@mto.com
LAURA R. PERRY (SBN 342504)
laura.perrystone@mto.com
HENRY D. SHREFFLER (SBN 343388)
henry.shreffler@mto.com
LAUREN E. KUHN (SBN 343855)
lauren.kuhn@mto.com
ANGELA URIBE (SBN 353579)
angela.uribe@mto.com
MAGGIE BUSHELL (SBN 354048)
maggie.bushell@mto.com
MUNGER, TOLLES & OLSON LLP
350 S. Grand Ave., 50th Floor
Los Angeles, CA 90071
Tel: 213-683-9100; Fax: 213-683-9100

*Counsel for Stop/Arrest Plaintiffs*

BREE BERNWANGER (SBN 331731)
bbernwanger@aclunc.org
AMERICAN CIVIL LIBERTIES UNION
FOUNDATION OF NORTHERN
CALIFORNIA
39 Drumm Street
San Francisco, CA 94111
Tel: 415-621-2493

*Counsel for Stop/Arrest Plaintiffs*

BRISA VELAZQUEZ OATIS
(SBN 339132)
bvoatis@aclu-sdic.org
ACLU FOUNDATION OF
SAN DIEGO & IMPERIAL COUNTIES
P.O. Box 87131
San Diego, CA 92138-7131
Tel: 619-398-4199

*Counsel for Stop/Arrest Plaintiffs*

EDGAR AGUILASOCHO (SBN 285567)
eaguilasocho@farmworkerlaw.com
MARTÍNEZ AGUILASOCHO LAW, INC.
900 Truxtun Ave, Suite 300
Bakersfield, CA 93301
Tel: 661-859-1174

*Counsel for Plaintiff United Farm Workers*

JESSICA KARP BANSAL (SBN 277347)
jessica@ndlon.org
LAUREN MICHEL WILFONG*
lwilfong@ndlon.org
JIA FU*
jennifer@ndlon.org
NATIONAL DAY LABORER ORGANIZING
NETWORK
1030 S. Arroyo Parkway, Suite 106
Pasadena, CA 91105
Tel: 626-214-5689

*Counsel for Stop/Arrest Plaintiffs*

MATTHEW J. CRAIG (SBN 350030)
mcraig@heckerfink.com
MACK E. JENKINS (SBN 242101)
mjenkins@heckerfink.com
HECKER FINK LLP
1150 South Olive Street, Suite 10-140
Los Angeles, CA 90015
Tel: 212-763-0883; Fax: 212-564-0883

*Counsel for Access/Conditions Plaintiffs*

CARL BERGQUIST*
cbergquist@chirla.org
COALITION FOR HUMANE IMMIGRANT
RIGHTS
2351 Hempstead Road
Ottawa Hills, OH 43606
Tel: 310-279-6025

*Counsel for Plaintiff Coalition for Humane
Immigrant Rights*

ALVARO M. HUERTA (SBN 274787)
ahuerta@immdef.org
BRYNNA BOLT (SBN 339378)
bbolt@immdef.org
ALISON STEFFEL (SBN 346370)
asteffel@immdef.org
IMMIGRANT DEFENDERS LAW CENTER
634 S. Spring St., 10th Floor
Los Angeles, CA 90014
Tel: 213-634-0999

*Counsel for Plaintiff Immigrant
Defenders Law Center*

* Admitted pro hac vice

**DECLARATION OF D███ O██████ A███████**

I, D███ O████ A████, declare the following:

1. I make this declaration from my personal knowledge and if called to testify to these facts, I could and would do so competently.

2. I am a 30-year-old resident of Los Angeles. I am a United States citizen. I am also a citizen of Mexico. I am Latino and I work as a day laborer doing landscaping, demolition, construction and gardening. I often work with my father, J.A.S., and my stepmom's family member, J.G., on various jobs throughout Los Angeles.

3. On Friday, May 29, 2026, at around 6:40 AM, I was with my dad, J.A.S., and J.G., at a house in Inglewood for a job. The house is located on N. Chester Avenue between 65th and 67th streets, closer to 67th street. My dad and I had worked at the same house the day before, Thursday, but it was J.G.'s first day on this jobsite. J.G.'s truck was nearby, parked on the street in front of the house we would be working at, and had his work tools in it. My dad's car was parked on the same street. We were all wearing work clothes.

4. My dad and I were explaining the job to J.G. in front of the house when I noticed an unmarked, black Dodge Charger drive past us. Then it came back and parked on the street in front of the house, followed by two other cars: an unmarked, red Dodge Durango, and an unmarked, gray SUV. As they pulled up to the house, the cars flashed their lights. Agents wearing green vests that said "police" and "ICE" got out of their cars. I counted about eight agents and some of them were wearing masks. I saw at least two agents surround my dad and two agents surround J.G.. Three agents surrounded me. One of the agents told us to put our hands up and we did. Then, another agent told us to put our hands down. I asked which one hands up or down, and one of the agents got angry. One of the agents said, "they're trying to make us angry," but I was just asking because we were confused. One of the agents was surprised and said, "Oh, he speaks English." I responded yes, I am a U.S.

citizen and told them that J.A.S. is my father. None of us fled or tried to resist the agents.

5.      Then the agents asked for our IDs. I showed the agents surrounding me my California REAL ID and my Mexican ID. I had explained I was a citizen. My dad and J.G. were arrested and handcuffed after the agents saw their IDs. The agents did not ask them any questions. They did not seem to have a warrant. They did not mention they were looking for someone. The agents spoke to us in English the whole time.

6.      As my dad and J.G. were being arrested, one of the agents told me that my dad and J.G. would be taken to the ICE holding center at 300 North Los Angeles Street, in downtown Los Angeles, then transferred to Adelanto. I asked one of the agents if my dad could take his shoes with him since he was still in his sandals and they said no. One of the agents said, "I can see you're not scared." I responded, asking why would I be scared, I'm just mad and disappointed. You have no warrant, no proof, and for me that's just not right. The agent did not respond.

7.      While J.G. was being arrested, he asked me in English to take the keys to his work truck so I could move it. At first, the agents refused to let J.G. give me the keys and were rough with him as he tried to reach for the keys in his pocket, even though he explained to them in English that he was trying to get his keys. Eventually the agents allowed me to take the keys. I saw that the agents also took J.G.'s phone and wallet. J.G. asked me to call his sister, but he was taken away before I could get her phone number.

8.      My dad was silent throughout the entire arrest.

9.      Then my dad and J.G. were put into separate vehicles. The agents put my dad in the red Durango and J.G. in the gray SUV.

10. My dad has five U.S. citizen children, ages 8 to 33, plus a step-son who is also a U.S. citizen. He also has two U.S. citizen grandchildren, ages four and six. His niece, my cousin, who is also a U.S. citizen is currently running for local

office. My dad is the primary financial provider for his wife and his two youngest children. He does not have any criminal history and he goes to church. He has been in the U.S. since before I was born.

11.    J.G. has also lived in the United States for a long time. He grew up here since he was little. He has no criminal history that I am aware of.

12.    I haven't been able to visit my dad since he has been detained because it is hard to get to Adelanto and I have to work even more now to provide for the family now that he is gone. My other family members are also helping out financially since my dad is detained.

13.    I am still upset that this happened to my father and J.G.. The neighborhood where we were stopped and they were arrested is primarily Black and Latino and it seems like we were targeted because we are Latino and were working as landscapers. My dad and J.G. are important members of our family, and we are proud of their hard work. Working and being Latino should not be a reason to be stopped or arrested.

I declare under penalty of perjury that the foregoing is true and correct. Executed on June 18, 2026 at Los Angeles, California.



D█████ O███████ A███████