# EXHIBIT 38

Sealed Version
Filed Separately

**U.S. Department of Homeland Security**     Subject ID : ███████     **Record of Deportable/Inadmissible Alien**

| Family Name (CAPS) | First | Middle | Sex | Hair | Eyes | Cmplxn |
|---|---|---|---|---|---|---|
| █████ S█████ , J█████ | | | M | GRY | BRO | MED |

| Country of Citizenship | Passport Number and Country of Issue | File Number | Height | Weight | Occupation |
|---|---|---|---|---|---|
| ████ | | ██████████ | 70 | 240 | UNR |

| U.S. Address | Scars and Marks |
|---|---|
| ███ E 60TH ST LOS ANGELES, CALIFORNIA, 90003, UNITED STATES | See Narrative |

| Date, Place, Time, and Manner of Last Entry | Passenger Boarded at | F.B.I. Number | |
|---|---|---|---|
| Unknown Date Unknown Time, WI-Without Inspection | | ████████ | ☐ Single  ☐ Divorced ☒ Married  ☐ Widower ☐ Separated |

| Number, Street, City, Province (State) and Country of Permanent Residence | Method of Location/Apprehension |
|---|---|
| | CA |

| Date of Birth | | Date of Action | Location Code | At/Near | Date/Hour |
|---|---|---|---|---|---|
| ████████  Age: █ | | 05/29/2026 | LOS/LOS | See I-831 | 05/29/2026 08:26 |

| City, Province (State) and Country of Birth | AR ☒ | Form : (Type and No.) Lifted ☐ Not Lifted ☐ | By |
|---|---|---|---|
| ████████ | | | See Narrative |

| NIV Issuing Post and NIV Number | Social Security Account Name | Status at Entry | Status When Found |
|---|---|---|---|
| | | | |

| Date Visa Issued | Social Security Number | Length of Time Illegally in U.S. |
|---|---|---|
| | | |

| Immigration Record | Criminal Record |
|---|---|
| NEGATIVE | |

| Name , Address, and Nationality of Spouse (Maiden Name, if Appropriate) | Number and Nationality of Minor Children |
|---|---|
| | 2-UNITED STATES |

| Father's Name, Nationality, and Address, if Known | Mother's Present and Maiden Names, Nationality, and Address, if Known |
|---|---|
| | |

| Monies Due/Property in U.S. Not in Immediate Possession | Fingerprinted? ☒ Yes ☐ No | Systems Checks See Narrative | Charge Code Words(s) |
|---|---|---|---|
| None Claimed | | | See Narrative |

| Name and Address of (Last)(Current) U.S. Employer | Type of Employment | Salary | Employed from/to |
|---|---|---|---|
| | Unemployed or Retired | Hr | |

Narrative (Outline particulars under which alien was located/apprehended. Include details not shown above regarding time, place and manner of last entry, attempted entry, or any other entry, and elements which establish administrative and/or criminal violation. Indicate means and route of travel to interior.)

FIN: ████████ .          Left Index fingerprint          Right Index fingerprint

FAMILY INFORMATION
-------------------------
Father: ███████████████████████
Mother: █████████████████████████
Daughter: ████████ ██s a citizen of  UNITED STATES.
Son: ████████ is a citizen of  UNITED STATES.

SCARS MARKS AND TATTOOS
---------------------------
None Indicated - NONE VISIBLE ...(CONTINUED ON I-831)

| Alien has been advised of communication privileges  5/29/26 ███ (Date/Initials) | Deportation Officer  L████ L████ (Signature and Title of Immigration Officer) |
|---|---|

| Distribution: | Received: (Subject and Documents) (Report of Interview) |
|---|---|
| A File | Officer: L████ L████  on: May 29, 2026 ███ (time)  Disposition: Warrant of Arrest/Notice to Appear  Examining Officer: H████ ████████ |

Form I-213 (Rev. 08/01/07)

**U.S. Department of Homeland Security**                  **Continuation Page for Form I-213**

| Alien's Name | File Number | Date |
|---|---|---|
| A██████ S██████, J█████ | Event No: ██████████ | 05/29/2026 |

SUBJECT HEALTH STATUS
-----------------------
The subject claims good health.

CURRENT ADMINISTRATIVE CHARGES
------------------------------------
05/29/2026 - 212a6Ai - ALIEN PRESENT WITHOUT ADMISSION OR PAROLE - (PWAs)

RECORDS CHECKED
-----------------
CIS checked on 05/29/2026 with Unknown result.EARM checked on 05/29/2026 with Unknown
result.NCIC checked on 05/29/2026 with Unknown result.TECS checked on 05/29/2026 with
Unknown result.IAFIS checked on 05/29/2026 with Unknown result.

ARRESTING AGENTS
-----------------
██ F██ B█ H███████ █ H██████ R██████ R██████ C █ C███████ L████ L██

ARRESTED AT/NEAR
-----------------
██ E 65TH ST, INGLEWOOD, CALIFORNIA, UNITED STATES

RECORD OF DEPORTABLE/EXCLUDABLE ALIEN:
-------------------------------------------
Name: A█████ S█████, J█████

A██████████

FBI: ████████

DOB: ██████████

COB: █████

DNA: █████████

*No T, U, or VAWA Visas Pending*

LEAD DEVELOPMENT:

On April 5, 2026, the Pacific Enforcement Response Center (PERC) in Laguna Niguel, CA
received an Immigration Alien Response (IAR) from the Immigration and Customs Enforcement
(ICE) Law Enforcement Support Center (LESC) for ████████, ██████ A#██████████ pursuant to
his arrest by the Culver City Police Department in Culver City, CA for the offense of DUI
alcohol. Based on this information, the PERC attempted to lodge an Immigration Detainer -
Notice of Action, Form I-247A but ████████ was released before any action could be taken.

| Signature | Title |
|---|---|
| L████ I████ | Deportation Officer |

**U.S. Department of Homeland Security**                    **Continuation Page for Form** I-213

| Alien's Name |  | File Number | Date |
|---|---|---|---|
| A███████ S███████, J███████ |  | █████████<br>Event No: ██████████ | 05/29/2026 |

**ENCOUNTER:**

On May 29, 2026, at approximately 0500 hours, ERO Los Angeles conducted a targeted enforcement operation at ████ E 65TH St., Inglewood, CA 90302 in attempt to locate ███████. All ICE personnel on the scene were clearly identifiable, displaying "Police" and "ICE" markings on their person and/or tactical gear.

At approximately 0645 hours, ERO officers observed an adult male matching ███████'s physical description and photographs (obtained through law enforcement databases) standing on the public sidewalk speaking with several other individuals on E 65th St., the same street as ███████ place of residence. ERO officers approached the group and identified themselves as Immigration and Enforcement Officers. ERO officers conducted a consensual encounter/conversation with one of the males that the suspected target was speaking with and asked if he had any form of identification, he provided his ██████ Consular ID card with the name "J███████ A███████-S███████". ERO officers continued the consensual interview at which point the subject admitted to being in the country illegally and to being a citizen of ██████ ERO Officers determined A███████ was amenable for removal proceedings. ERO officers placed him under arrest without incident and transported him to the Los Angeles Field Office for case processing.

**IMMIGRATION HISTORY:**

███████████████████████████████████████████████

███████████████████████████████████████████████

**CRIMINAL HISTORY:**

███████████████████████

**CHARGES OF REMOVABILITY:**

███████████████████████████████████████████████

| Signature | Title |
|---|---|
| L███ LOPEZ ████████████ | Deportation Officer |

**U.S. Department of Homeland Security**                    **Continuation Page for Form** I-213

| Alien's Name | File Number | Date |
|---|---|---|
| A████ S████, J████ | ████████  Event No: ████████ | 05/29/2026 |

**MITIGATING FACTORS:**

████████████████████

████████████████████████

██████████████████

███████████████████████

██████████████████████

█████████████████████████

**DISPOSITION:**

ERO Los Angeles issued A████ a Notice to Appear, Form I-862 pursuant to Section 212(a)(6)(A)(i) of the INA. A████ will remain in ERO Los Angeles custody pending his removal to Mexico.

**OTHER IDENTIFYING NUMBERS**
-------------------------------
ALIEN-████████

| Signature | Title |
|---|---|
| I████ I████ | Deportation Officer |

4 of 4 Pages