# EXHIBIT 39

Sealed Version
Filed Separately

## Short Message Report

| Conversations: 1 | Participants: 2 |
|---|---|
| Total Messages: 10 | Date Range: 7/2/2025 |

## Outline of Conversations

 **SMS/MMS Chat: +1** ▉▉▉▉▉ • 10 messages on 7/2/2025 • <▉▉▉▉▉ • Custodian: C▉▉▉
< ▉▉▉▉▉ >

CONFIDENTIAL–ATTORNEYS' EYES ONLY C.D. CAL. 2:25-cv-05605-MEMF-SP

GOV-00024290

**Messages in chronological order** (times are shown in GMT -04:00)

---

💬  **SMS/MMS Chat: +**▐▐▐▐▐▐▐▐▐▐

\#  <▐▐▐▐▐▐▐▐>                                                                         ◀ 7/2/2025, 10:49 AM
Can we pull facial rec off of profile pics of people who are self admitting in tik tok comments ▐▐▐▐▐▐▐▐▐▐ ?

\#  <▐▐▐▐▐▐▐>                                                                          ◀ 7/2/2025, 10:49 AM
To being illegal

CC  **Custodian:** C▐▐▐▐▐▐▐▐▐▐>                                                       ▶ 7/2/2025, 10:51 AM
They'd have to be a 1326

\#  <▐▐▐▐▐▐▐>                                                                          ◀ 7/2/2025, 10:52 AM
image000000.jpg



*Image: files\Image\image000000_284.jpg (81 KB)*

\#  <▐▐▐▐▐▐▐>                                                                          ◀ 7/2/2025, 10:52 AM
This bitch good enought to facial rec?

CC  **Custodian:** C▐▐▐▐▐▐ <▐▐▐▐▐▐▐>                                                   ▶ 7/2/2025, 10:52 AM
Let me try

\#  <▐▐▐▐▐▐▐>                                                                          ◀ 7/2/2025, 10:52 AM
She's literally commenting about how she's not a criminal and just hard working lmao

CC  **Custodian:** C▐▐▐▐▐ <▐▐▐▐▐▐▐>                                                    ▶ 7/2/2025, 10:53 AM
No match

\#  <▐▐▐▐▐▐▐>                                                                          ◀ 7/2/2025, 10:53 AM
Figures

\#  <▐▐▐▐▐▐▐>                                                                          ◀ 7/2/2025, 10:54 AM
Some of these people are stupid. Why would you post on social media that you're wet

CONFIDENTIAL–ATTORNEYS' EYES ONLY C.D. CAL. 2:25-cv-05605-MEMF-SP

GOV-00024291

## Short Message Report

| Conversations: 1 | Participants: 2 |
|---|---|
| Total Messages: 8 | Date Range: 7/4/2025 |

## Outline of Conversations

 **SMS/MMS Chat: +**█████████ • 8 messages on 7/4/2025 • <████████> • Custodian: C█████ <██████>

CONFIDENTIAL, SUBJECT TO PROTECTIVE ORDER C.D. CAL. 2:25-cv-05605-MEMF-SP

**Messages in chronological order** (times are shown in GMT -04:00)



💬    **SMS/MMS Chat: +** █████████

\#    < ██████████ >       ◀ 7/4/2025, 8:05 PM
image000000.jpg

*Image: files\Image\image000000_285.jpg (132 KB)*

\#    < ██████████       ◀ 7/4/2025, 8:05 PM
Chief is famous

\#    < █████████ >       ◀ 7/4/2025, 8:05 PM
That's Bovino

CC    **Custodian: C** ██████ ████████ >       ▶ 7/4/2025, 8:34 PM
Haha

CC    **Custodian: C** ██████ ████████ >       ▶ 7/4/2025, 8:34 PM
He was pissed that guy got away

\#    < █████████ >       ◀ 7/4/2025, 8:35 PM
Nah he know he's old and got smoked. He was apparently having the greatest time according to S ████████

\#    < █████████ >       ◀ 7/4/2025, 8:36 PM
Btw tonks everywhere selling food for the 4th festivities in long beach right now

CC    **Custodian: C** ██████ ████████ >       ▶ 7/4/2025, 9:31 PM
Haha

CONFIDENTIAL, SUBJECT TO PROTECTIVE ORDER C.D. CAL. 2:25-cv-05605-MEMF-SP