# EXHIBIT 41

Sealed Version
Filed Separately

# U.S. Customs and Border Protection
## United States Border Patrol
**Operation at Large**



FOR OFFICIAL USE ONLY//LAW ENFORCEMENT SENSITIVE

CONFIDENTIAL - ATTORNEY'S EYES ONLY

GOV-00000310
C-GOV-00000310



# Overview

The state of California has been designated as a sanctuary for illegal aliens. Sanctuary cities within the sanctuary state have established illegal alien populations and support networks. Nonprofit organizations, immigrant advocacy groups, and anti-immigration enforcement coalitions coordinate access for illegal aliens to gain employment, secure certain educational, health, social services, and legal defense mechanisms. These groups and the availability to benefits entice illegal aliens to come to California, often in defiance of federal laws and regulations.

# Situation

Since June 7, 2025, United States Border Patrol and allied partners supporting Immigration and Customs Enforcement (ICE) Operation at Large arrested 1286 illegal aliens and 45 United States citizens for impeding or assaulting federal during their duties.  Arrest locations include Home Depot and other business known to hire illegal aliens.

# Mission

On August 3, 2025, agents will deploy to the Los Angeles, CA area and conduct targeted enforcement operations in areas previously identified utilizing CBP data holdings, agent observations, and southwest border apprehensions to arrest illegal aliens illegally present in the United States.

*Operation at Large | 2*

CONFIDENTIAL - ATTORNEY'S EYES ONLY

GOV-00000311
C-GOV-00000310

# Intelligence



- From FY21 to present, 1, 756 NTA and WA/NTA aliens have been released to sponsors in Los Angeles, CA.

- From FY21 to present 22 illegal aliens that were provided a Reinstatement Order of Removal and 82 that were charged with Expedited Removals were apprehended in the El Centro Sector, and they provided destination addresses in Los Angeles, CA.

- In FY23 and FY24 US Border Patrol apprehended 22, 724 illegal aliens that provided a destination, in Los Angeles, CA area.

- On ███████████ multiple surveillance teams identified subjects that were previously removed from the United States seeking employment at Home Depots in the Los Angeles, CA area.

*Operation at Large | 3*

CONFIDENTIAL - ATTORNEY'S EYES ONLY

GOV-00000312

C-GOV-00000310

# Target 2 for 8/5/25



## Address

Car Wash
18020 Magnolia Street Fountain
Valley, CA

## Surveillance

█████ approximately 15-20+ day laborers observed at

███ wo illegal aliens without documentation to remain in the United States



Weather 7/17 : 90°/56° Wind SSW 10 MPH
Population: 527K

*Operation at Large | 4*

CONFIDENTIAL - ATTORNEY'S EYES ONLY



*Operation at Large | 5*

CONFIDENTIAL - ATTORNEY'S EYES ONLY

GOV-00000314

C-GOV-00000310

# Direct Action Targets





Date: 06/09/2025



Subject: C⬛⬛⬛⬛O⬛⬛⬛H⬛⬛⬛⬛
A#⬛⬛⬛⬛⬛⬛
DOB: ⬛⬛⬛⬛⬛⬛
COC: ⬛⬛
Status: IA. Last removal 06/09/2025 As part of
Operation At Large
Released on Bond by Immigration Judge.
Next court 09/23/2025

Subject: Z⬛⬛⬛⬛-L⬛⬛⬛⬛ E⬛
DOB⬛⬛⬛⬛⬛⬛⬛
COC: ⬛⬛⬛
FIN: ⬛⬛⬛⬛⬛
Status: IA.

*Operation at Large | 6*

CONFIDENTIAL - ATTORNEY'S EYES ONLY

GOV-00000315
C-GOV-00000310

The End.



*U.S. BORDER PATROL – MSD | 7*

CONFIDENTIAL - ATTORNEY'S EYES ONLY

GOV-00000316

C-GOV-00000310