# EXHIBIT 42

STACY TOLCHIN (SBN 217431)
*stacy@tolchinimmigration.com*
LAW OFFICES OF STACY TOLCHIN
776 E. Green St., Suite 210
Pasadena, CA 91101
Tel: 213-622-7450; Fax: 213-622-7233

MOHAMMAD TAJSAR (SBN 280152)
*mtajsar@aclusocal.org*
MAYRA JOACHIN (SBN 306065)
*mjoachin@aclusocal.org*
DAE KEUN KWON (SBN 313155)
*akwon@aclusocal.org*
STEPHANIE PADILLA (SBN 321568)
*spadilla@aclusocal.org*
ALYSSA MORONES (SBN 343358)
*amorones@aclusocal.org*
ACLU FOUNDATION OF
SOUTHERN CALIFORNIA
P.O. Box 811370
Los Angeles, CA 90081-0007
Tel: 213-977-5232; Fax: 213-201-7878

*Counsel for Stop/Arrest Plaintiffs*

(*Additional counsel listed on next page*)

MARK ROSENBAUM (SBN 59940)
*mrosenbaum@publiccounsel.org*
REBECCA BROWN (SBN 345805)
*rbrown@publiccounsel.org*
RITU MAHAJAN (SBN 252970)
*rmahajan@publiccounsel.org*
GINA AMATO (SBN 215519)
*gamato@publiccounsel.org*
AMANDA MANGASER SAVAGE
(SBN 325996)
*asavage@publiccounsel.org*
PUBLIC COUNSEL
610 South Ardmore Avenue
Los Angeles, CA 90005
Tel: 213-385-2977

*Counsel for All Plaintiffs*

ANNE LAI (SBN 295394)
*alai@law.uci.edu*
UC IRVINE SCHOOL OF LAW
IMMIGRANT AND RACIAL JUSTICE
SOLIDARITY CLINIC
P.O. Box 5479
Irvine, CA 92616-5479
Tel: 949-824-9894; Fax: 949-824-2747

*Counsel for Stop/Arrest Plaintiffs*

## UNITED STATES DISTRICT COURT

## FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| Pedro VASQUEZ PERDOMO; Carlos Alexander OSORTO; and Isaac VILLEGAS MOLINA; Jorge HERNANDEZ VIRAMONTES; Jason Brian GAVIDIA; LOS ANGELES WORKER CENTER NETWORK; UNITED FARM WORKERS; COALITION FOR HUMANE IMMIGRANT RIGHTS; IMMIGRANT DEFENDERS LAW CENTER, <br><br> Plaintiffs, <br><br> v. <br><br> Markwayne MULLIN, in his official capacity as Secretary, Department of Homeland Security; David VENTURELLA, in his official capacity as Acting Director, U.S. Immigration and Customs Enforcement; Rodney S. SCOTT, in his official capacity as | Case No.: 2:25-cv-05605-MEMF-SP <br><br> **DECLARATION OF NANCY ZUNIGA IN SUPPORT OF MOTION FOR PRELIMINARY INJUNCTION** <br><br> Hon. Maame Ewusi-Mensah Frimpong |

-1-

Commissioner, U.S. Customs and Border Patrol; Rosario VASQUEZ, in his official capacity as Chief of U.S. Border Patrol; Kash PATEL, in his official capacity as Director, Federal Bureau of Investigation; Todd BLANCHE, in his official capacity as Acting U.S. Attorney General; Thomas GILES, in his official capacity as Acting Field Office Director for Los Angeles, U.S. Immigration and Customs Enforcement; Dean T. SORENSON, Special Agent in Charge for Los Angeles, Homeland Security Investigations, U.S. Immigration and Customs Enforcement; Daniel I. PARRA, in his official capacity as Acting Chief Patrol Agent for El Centro Sector of the U.S. Border Patrol; Justin DE LA TORRE, in his official capacity as Acting Chief Patrol Agent, San Diego Sector of the U.S. Border Patrol; Akil DAVIS, in his official capacity as Assistant Director in Charge, Los Angeles Office, Federal Bureau of Investigation; Bilal A. ESSAYLI, in his official capacity as First Assistant U.S. Attorney for the Central District of California,

     Defendants.

Case No. 2:25-cv-05605-MEMF-SP

JACOB S. KREILKAMP (SBN 248210)
jacob.kreilkamp@mto.com
DAVID FRY (SBN 189276)
david.fry@mto.com
ADAM B. WEISS (SBN 296381)
adam.weiss@mto.com
SARA H. WORTH (SBN 341088)
sara.worth@mto.com
LAURA R. PERRY (SBN 342504)
laura.perrystone@mto.com
HENRY D. SHREFFLER (SBN 343388)
henry.shreffler@mto.com
LAUREN E. KUHN (SBN 343855)
lauren.kuhn@mto.com
ANGELA URIBE (SBN 353579)
angela.uribe@mto.com
MAGGIE BUSHELL (SBN 354048)
maggie.bushell@mto.com
MUNGER, TOLLES & OLSON LLP
350 S. Grand Ave., 50th Floor
Los Angeles, CA 90071
Tel: 213-683-9100; Fax: 213-683-9100

*Counsel for Stop/Arrest Plaintiffs*

BREE BERNWANGER (SBN 331731)
bbernwanger@aclunc.org
AMERICAN CIVIL LIBERTIES UNION
FOUNDATION OF NORTHERN
CALIFORNIA
39 Drumm Street
San Francisco, CA 94111
Tel: 415-621-2493

*Counsel for Stop/Arrest Plaintiffs*

BRISA VELAZQUEZ OATIS
(SBN 339132)
bvoatis@aclu-sdic.org
ACLU FOUNDATION OF
SAN DIEGO & IMPERIAL COUNTIES
P.O. Box 87131
San Diego, CA 92138-7131
Tel: 619-398-4199

*Counsel for Stop/Arrest Plaintiffs*

EDGAR AGUILASOCHO (SBN 285567)
eaguilasocho@farmworkerlaw.com
MARTÍNEZ AGUILASOCHO LAW, INC.
900 Truxtun Ave, Suite 300
Bakersfield, CA 93301
Tel: 661-859-1174

*Counsel for Plaintiff United Farm Workers*

JESSICA KARP BANSAL (SBN 277347)
jessica@ndlon.org
LAUREN MICHEL WILFONG*
lwilfong@ndlon.org
JIA FU*
jennifer@ndlon.org
NATIONAL DAY LABORER ORGANIZING
NETWORK
1030 S. Arroyo Parkway, Suite 106
Pasadena, CA 91105
Tel: 626-214-5689

*Counsel for Stop/Arrest Plaintiffs*

MATTHEW J. CRAIG (SBN 350030)
mcraig@heckerfink.com
MACK E. JENKINS (SBN 242101)
mjenkins@heckerfink.com
HECKER FINK LLP
1150 South Olive Street, Suite 10-140
Los Angeles, CA 90015
Tel: 212-763-0883; Fax: 212-564-0883

*Counsel for Access/Conditions Plaintiffs*

CARL BERGQUIST*
cbergquist@chirla.org
COALITION FOR HUMANE IMMIGRANT
RIGHTS
2351 Hempstead Road
Ottawa Hills, OH 43606
Tel: 310-279-6025

*Counsel for Plaintiff Coalition for Humane
Immigrant Rights*

ALVARO M. HUERTA (SBN 274787)
ahuerta@immdef.org
BRYNNA BOLT (SBN 339378)
bbolt@immdef.org
ALISON STEFFEL (SBN 346370)
asteffel@immdef.org
IMMIGRANT DEFENDERS LAW CENTER
634 S. Spring St., 10th Floor
Los Angeles, CA 90014
Tel: 213-634-0999

*Counsel for Plaintiff Immigrant
Defenders Law Center*

* Admitted pro hac vice

## <u>DECLARATION OF NANCY ZUNIGA</u>

I, Nancy Zuniga, hereby declare:

I make this declaration based on my own personal knowledge and interviews with Staff and members. If called, I could and would competently testify hereto:

1. I am the Workers' Health Program Director and Acting Director of IDEPSCA (Instituto de Educación Popular del Sur de California). IDEPSCA is an organization whose mission is to contribute towards the transformation of creating a more humane and democratic world through the use of popular education. Specifically, our goal is to organize and educate low-income community members who want to resolve problems in their own communities.

2. IDEPSCA operates five Day Laborers Community Job Centers in the City of Los Angeles. These include centers at Home Depot locations in Hollywood, Cypress Park, and Van Nuys. The centers provide a humane way to seek work and offer a learning environment through literacy, English classes and information about health, labor and immigration laws. These centers also function as a public safety alternative to soliciting employment on the street corners and suffering from severe exploitation and unsafe working conditions.

3. Based on my fifteen years with the organization, I am aware that the Day Laborer community is very diverse and doesn't fit one specific profile. Day laborers often work doing construction, gardening, roofing, moving and other labor tasks. They often seek short- or long-term jobs outside of home improvement stores, through community job centers like ours or through their own networks. They seek work through these means for different reasons, including needing flexible job hours, having access to income, being in between jobs, the lack of apprenticeships or entry level positions in these fields, the high cost of starting their own business or getting their contractor licenses, or the ability to work independently. In addition, Day Laborers are from different cultural and ethnic backgrounds, as well as vary in their immigration status. Amongst the Day Laborer community, there are U.S. born citizens, naturalized citizens, residents and

1

people with other legal statuses.

4.      In my role as Workers' Health Program Director and Acting Director of IDEPSCA, I have learned that immigration agents have raided all IDEPSCA Day Laborer Community Job Centers that are at Home Depot locations multiple times, specifically Hollywood, Van Nuys, and Cypress Park. During the raids, immigration agents arrived in tactical, military-style gear or in plain clothes, did not identify themselves nor explain why they were arresting people, did not appear to present any warrants, and seemed to grab any day laborer or street vendor that they could, including people who have legal status in the country. I have also learned of more recent stops and arrests of IDEPSCA members by immigration agents in Southern California.

5.      On January 17, 2026, at around 9.a.m., federal agents arrested and detained an IDEPSCA member as he was gardening at a private home in Torrance, CA. I understand that the member was operating a leaf blower when immigration agents approached him. The agents parked two Tahoe SUVs, blocking the exit from the home. There were about eight armed agents, wearing vests with Department of Homeland Security (DHS) lettering and all wearing masks. The agents asked the IDEPSCA member questions about his immigration status. The member turned off the leaf blower and remained silent. The agents then handcuffed him and put him in a vehicle. Once inside the vehicle, I understand that the IDEPSCA member provided the agents with his work permit after the agents demanded that he provide identification and threatened to take his picture to check his information in the system. After the agents checked his information, the agents told the IDEPSCA member that he was being detained because he was "suspicious." I understand that the agents did not show this member a judicial warrant when they stopped and arrested him. They did not appear to know his name or any information about him before they stopped and arrested him.

6.      On October 8, 2025 at around 7:10am, federal agents arrested and detained an IDEPSCA member near the intersection of S. Oxford Ave. and W. Olympic Blvd. in Los Angeles, CA. I understand that this member has had a work permit for several years,

and that he has immediate family members in the United States who are U.S. citizens, including a U.S. citizen son. That morning, our member was about to get into his car when federal agents approached him. There were about four agents. They were wearing vests, masks, caps, and sunglasses. The IDEPSCA member attempted to return to his house, but was stopped by the immigration agents. The member told the agents that he had his work permit, but he was still arrested and detained. It appears that the agents did not have a judicial warrant or knew his name before they stopped him.

7.      IDEPSCA is aware of additional stops and arrests of our members by immigration officers where we believe that the officers did not have any information about the member before stopping them and did not have warrants for the arrest.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on July 16, 2026 in Los Angeles, California.

_____

Nancy Zuniga

3