# EXHIBIT 43

STACY TOLCHIN (SBN 217431)
*stacy@tolchinimmigration.com*
LAW OFFICES OF STACY TOLCHIN
776 E. Green St., Suite 210
Pasadena, CA 91101
Tel: 213-622-7450; Fax: 213-622-7233

MOHAMMAD TAJSAR (SBN 280152)
*mtajsar@aclusocal.org*
MAYRA JOACHIN (SBN 306065)
*mjoachin@aclusocal.org*
DAE KEUN KWON (SBN 313155)
*akwon@aclusocal.org*
STEPHANIE PADILLA (SBN 321568)
*spadilla@aclusocal.org*
ALYSSA MORONES (SBN 343358)
*amorones@aclusocal.org*
ACLU FOUNDATION OF
SOUTHERN CALIFORNIA
P.O. Box 811370
Los Angeles, CA 90081-0007
Tel: 213-977-9500; Fax: 213-915-0219

*Counsel for Stop/Arrest Plaintiffs*

(*Additional counsel listed on next page*)

MARK ROSENBAUM (SBN 59940)
*mrosenbaum@publiccounsel.org*
REBECCA BROWN (SBN 345805)
*rbrown@publiccounsel.org*
RITU MAHAJAN (SBN 252970)
*rmahajan@publiccounsel.org*
GINA AMATO (SBN 215519)
*gamato@publiccounsel.org*
AMANDA MANGASER SAVAGE
(SBN 325996)
*asavage@publiccounsel.org*
PUBLIC COUNSEL
610 South Ardmore Avenue
Los Angeles, CA 90005
Tel: 213-385-2977

*Counsel for All Plaintiffs*

ANNE LAI (SBN 295394)
*alai@law.uci.edu*
UC IRVINE SCHOOL OF LAW
IMMIGRANT AND RACIAL JUSTICE
SOLIDARITY CLINIC
P.O. Box 5479
Irvine, CA 92616-5479
Tel: 949-824-9894; Fax: 949-824-2747

*Counsel for Stop/Arrest Plaintiffs*

# UNITED STATES DISTRICT COURT

# FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| Pedro VASQUEZ PERDOMO; Carlos Alexander OSORTO; and Isaac VILLEGAS MOLINA; Jorge HERNANDEZ VIRAMONTES; Jason Brian GAVIDIA; LOS ANGELES WORKER CENTER NETWORK; UNITED FARM WORKERS; COALITION FOR HUMANE IMMIGRANT RIGHTS; IMMIGRANT DEFENDERS LAW CENTER,<br><br>        Plaintiffs,<br><br>    v.<br><br>Markwayne MULLIN, in his official capacity as Secretary, Department of Homeland Security; David VENTURELLA, in his official capacity as Acting Director, U.S. Immigration and Customs Enforcement; Rodney S. SCOTT, in his official capacity as | Case No.: 2:25-cv-05605-MEMF-SP<br><br>**DECLARATION OF ANGEL SANTIAGO TAFOLLA IN SUPPORT OF MOTION FOR PRELIMINARY INJUNCTION** |

DECLARATION OF ANGEL SANTIAGO TAFOLLA IN SUPPORT OF MOTION FOR PRELIMINARY INJUNCTION

Commissioner, U.S. Customs and Border Patrol; Rosario VASQUEZ, in his official capacity as Chief of U.S. Border Patrol; Kash PATEL, in his official capacity as Director, Federal Bureau of Investigation; Todd BLANCHE, in his official capacity as Acting U.S. Attorney General; Thomas GILES, in his official capacity as Acting Field Office Director for Los Angeles, U.S. Immigration and Customs Enforcement; Dean T. SORENSON, Special Agent in Charge for Los Angeles, Homeland Security Investigations, U.S. Immigration and Customs Enforcement; Daniel I. PARRA, in his official capacity as Acting Chief Patrol Agent for El Centro Sector of the U.S. Border Patrol; Justin DE LA TORRE, in his official capacity as Acting Chief Patrol Agent, San Diego Sector of the U.S. Border Patrol; Akil DAVIS, in his official capacity as Assistant Director in Charge, Los Angeles Office, Federal Bureau of Investigation; Bilal A. ESSAYLI, in his official capacity as First Assistant U.S. Attorney for the Central District of California,

     Defendants.

DECLARATION OF ANGEL SANTIAGO TAFOLLA IN SUPPORT OF MOTION FOR PRELIMINARY INJUNCTION

JACOB S. KREILKAMP (SBN 248210)
jacob.kreilkamp@mto.com
DAVID FRY (SBN 189276)
david.fry@mto.com
ADAM B. WEISS (SBN 296381)
adam.weiss@mto.com
SARA H. WORTH (SBN 341088)
sara.worth@mto.com
LAURA R. PERRY (SBN 342504)
laura.perrystone@mto.com
HENRY D. SHREFFLER (SBN 343388)
henry.shreffler@mto.com
LAUREN E. KUHN (SBN 343855)
lauren.kuhn@mto.com
ANGELA URIBE (SBN 353579)
angela.uribe@mto.com
MAGGIE BUSHELL (SBN 354048)
maggie.bushell@mto.com
MUNGER, TOLLES & OLSON LLP
350 S. Grand Ave., 50th Floor
Los Angeles, CA 90071
Tel: 213-683-9100; Fax: 213-683-9100

*Counsel for Stop/Arrest Plaintiffs*

BREE BERNWANGER (SBN 331731)
bbernwanger@aclunc.org
AMERICAN CIVIL LIBERTIES UNION
FOUNDATION OF NORTHERN
CALIFORNIA
39 Drumm Street
San Francisco, CA 94111
Tel: 415-621-2493

*Counsel for Stop/Arrest Plaintiffs*

BRISA VELAZQUEZ OATIS
(SBN 339132)
bvoatis@aclu-sdic.org
ACLU FOUNDATION OF
SAN DIEGO & IMPERIAL COUNTIES
P.O. Box 87131
San Diego, CA 92138-7131
Tel: 619-398-4199

*Counsel for Stop/Arrest Plaintiffs*

EDGAR AGUILASOCHO (SBN 285567)
eaguilasocho@farmworkerlaw.com
MARTÍNEZ AGUILASOCHO LAW, INC.
900 Truxtun Ave, Suite 300
Bakersfield, CA 93301
Tel: 661-859-1174

*Counsel for Plaintiff United Farm Workers*

JESSICA KARP BANSAL (SBN 277347)
jessica@ndlon.org
LAUREN MICHEL WILFONG*
lwilfong@ndlon.org
JIA FU*
jennifer@ndlon.org
NATIONAL DAY LABORER ORGANIZING
NETWORK
1030 S. Arroyo Parkway, Suite 106
Pasadena, CA 91105
Tel: 626-214-5689

*Counsel for Stop/Arrest Plaintiffs*

MATTHEW J. CRAIG (SBN 350030)
mcraig@heckerfink.com
MACK E. JENKINS (SBN 242101)
mjenkins@heckerfink.com
HECKER FINK LLP
1150 South Olive Street, Suite 10-140
Los Angeles, CA 90015
Tel: 212-763-0883; Fax: 212-564-0883

*Counsel for Access/Conditions Plaintiffs*

CARL BERGQUIST*
cbergquist@chirla.org
COALITION FOR HUMANE IMMIGRANT
RIGHTS
2351 Hempstead Road
Ottawa Hills, OH 43606
Tel: 310-279-6025

*Counsel for Plaintiff Coalition for Humane
Immigrant Rights*

ALVARO M. HUERTA (SBN 274787)
ahuerta@immdef.org
BRYNNA BOLT (SBN 339378)
bbolt@immdef.org
ALISON STEFFEL (SBN 346370)
asteffel@immdef.org
IMMIGRANT DEFENDERS LAW CENTER
634 S. Spring St., 10th Floor
Los Angeles, CA 90014
Tel: 213-634-0999

*Counsel for Plaintiff Immigrant
Defenders Law Center*

* Admitted pro hac vice

-3-    Case No. 2:25-cv-05605-MEMF-SP

DECLARATION OF ANGEL SANTIAGO TAFOLLA IN SUPPORT OF MOTION FOR PRELIMINARY INJUNCTION

## <u>DECLARATION OF ANGEL SANTIAGO TAFOLLA</u>

I, Angel Santiago Tafolla, declare:

1. My name is Angel Santiago Tafolla. I make this declaration from my personal knowledge. If called to testify to these facts, I could and would do so competently.

2. I am a resident of Anaheim and I work at Magnolia Car Wash in Orange County. I am a member of CLEAN Carwash Worker Center. I am a U.S. citizen and I am Latino. I have dark skin. I have lived in Orange County my whole life.

3. I have worked at Magnolia Car Wash since around August 2025. I am aware that Magnolia Car Wash was raided by immigration agents more than once in the months before I started working there.

4. On December 6, 2025 I was at work. I was wearing my work uniform.

5. Suddenly, about five vehicles pulled into the car wash. I didn't initially realize anything was wrong, I thought they were customers. But then about twenty masked men jumped out of the vehicles and started running around the car wash. about eight of them surrounded me. One pointed a gun at me and another yelled in Spanish 'stop!' I had been standing still but when I saw the officer point his gun at me, I panicked and tried to run. But there was nowhere to go because I was surrounded.

6. Other coworkers who are light-skinned also ran, but they were not chased. I feel that I was chased because I am a darker-skinned Latino.

7. I ran a few steps but an agent in front of me pointed his taser at me and shot it. Thank God he missed, but I saw the electricity shoot through the air. My clothing was wet from the car wash and I don't know what would have happened if I had been hit. I fear I would have been killed or seriously injured.

8. When I saw the officer shoot a taser, I immediately stopped running. I said repeatedly in Spanish, 'wait, I'm an American! I'm not illegal, I'm a US citizen!' but they said "no no, shut up shut up!"

-4-                                    Case No. 2:25-cv-05605-MEMF-SP
DECLARATION OF ANGEL SANTIAGO IN SUPPORT OF MOTION FOR PRELIMINARY INJUNCTION

9. I kept trying to tell them I am a U.S. citizen. I told them to check my wallet for my REAL ID, and that I had my passport in my locker but they refused to look at them, saying my documents were false. I kept saying 'I'm American' but they just kept telling me I was Latino and my documents were false and to stop talking. I responded that I was not going to stop talking, that I have the same rights as the agents, that I'm a citizen.

10. But they pushed me to my knees and handcuffed me. They put me into one of the unmarked vans.

11. My coworkers kept telling the agents I was a U.S. citizen. My manager ran to my locker and got my passport out and tried to show it to the agents, but an agent pointed his gun at my manager and said 'don't move'.

12. They spoke to me in Spanish, and I responded in Spanish. They did not try to speak to me in English.

13. In the van, they pulled my hat down over my eyes so that I couldn't see. I was handcuffed and I couldn't adjust my hat, so I was blinded during the drive. It felt like a kidnapping you see in the movies when they put a bag over the victim's face.

14. When I kept insisting I was a citizen, they said 'you're American? Speak English then!' I said that I would speak English once they showed me their ID because I want to know who I am speaking to. They refused to show me their ID and dismissed me saying that my ID is false and I'm not American, because I refused to speak in English to them.

15. At some point, they took my hat off and took a picture of my face. They seemed to be checking something on their phones. They finally looked at my ID.

16. When they finally realized I'm American, they were confused. They said "how is it you're an American?" and I said "I've been telling you this whole time to check my ID." They asked why I ran and I told them it was because of the way they arrived. If they had just come up to me and asked to see my ID, I would not

DECLARATION OF ANGEL SANTIAGO IN SUPPORT OF MOTION FOR PRELIMINARY INJUNCTION

have run. But pulling up in so many vehicles, jumping out running in face masks with guns, surrounding me, pointing a gun at me, yelling at me – it was terrifying and instinct took over.

17. I feel that I was stopped because I am Latino. My light-skinned coworkers who also ran were not chased or stopped. It was pure racism.

18. I could not sleep for a week I was so shocked by what happened to me. I am afraid that I could be stopped again.

19. I continue to work as a car wash worker. Just recently a tall white man arrived at the car wash. He was wearing sunglasses and a hat so that we couldn't see his face well. I saw him take photos of the car wash. He had his van washed. It had tinted windows. I opened the back door to clean the back windows, which is part of our normal service. I noticed that there were what looked like vests, masks, and black boots stored in the back. They looked like what I had seen immigration agents wear when they raided the car wash. The man seemed surprised that I had opened the back door and he seemed to get mad. He told me to give him the keys and he left quickly. This scared me because it seemed that he was an immigration agent surveilling the car wash and car wash workers.

I declare under penalty of perjury that the foregoing is true and correct. Executed this 16 day of June, 2026, at Orange County, California.

_____
Angel Santiago Tafolla

Case No. 2:25-cv-05605-MEMF-SP

DECLARATION OF ANGEL SANTIAGO IN SUPPORT OF MOTION FOR PRELIMINARY INJUNCTION

**CERTIFICATE OF INTERPRETATION**

I, Lauren Michel Wilfong, certify under penalty of perjury that I am fluent in English and Spanish and that I am competent to interpret between the two languages. I further certify that, on June 16, 2026 I read the foregoing to Angel Santiago Tafolla in Spanish, a language in which he is fluent, and that he confirmed its accuracy.

Date: 6/16/26

_____
Lauren Michel Wilfong

-7-                     Case No. 2:25-cv-05605-MEMF-SP
DECLARATION OF ANGEL SANTIAGO IN SUPPORT OF MOTION FOR PRELIMINARY INJUNCTION