# EXHIBIT 44

STACY TOLCHIN (SBN 217431)
*stacy@tolchinimmigration.com*
LAW OFFICES OF STACY TOLCHIN
776 E. Green St., Suite 210
Pasadena, CA 91101
Tel: 213-622-7450; Fax: 213-622-7233

MOHAMMAD TAJSAR (SBN 280152)
*mtajsar@aclusocal.org*
MAYRA JOACHIN (SBN 306065)
*mjoachin@aclusocal.org*
DAE KEUN KWON (SBN 313155)
*akwon@aclusocal.org*
STEPHANIE PADILLA (SBN 321568)
*spadilla@aclusocal.org*
ALYSSA MORONES (SBN 343358)
*amorones@aclusocal.org*
ACLU FOUNDATION OF
SOUTHERN CALIFORNIA
P.O. Box 811370
Los Angeles, CA 90081-0007
Tel: 213-977-9500; Fax: 213-915-0219

*Counsel for Stop/Arrest Plaintiffs*

(*Additional counsel listed on next page*)

MARK ROSENBAUM (SBN 59940)
*mrosenbaum@publiccounsel.org*
REBECCA BROWN (SBN 345805)
*rbrown@publiccounsel.org*
RITU MAHAJAN (SBN 252970)
*rmahajan@publiccounsel.org*
GINA AMATO (SBN 215519)
*gamato@publiccounsel.org*
AMANDA MANGASER SAVAGE
(SBN 325996)
*asavage@publiccounsel.org*
PUBLIC COUNSEL
610 South Ardmore Avenue
Los Angeles, CA 90005
Tel: 213-385-2977

*Counsel for All Plaintiffs*

ANNE LAI (SBN 295394)
*alai@law.uci.edu*
UC IRVINE SCHOOL OF LAW
IMMIGRANT AND RACIAL JUSTICE
SOLIDARITY CLINIC
P.O. Box 5479
Irvine, CA 92616-5479
Tel: 949-824-9894; Fax: 949-824-2747

*Counsel for Stop/Arrest Plaintiffs*

## UNITED STATES DISTRICT COURT

## FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| Pedro VASQUEZ PERDOMO; Carlos Alexander OSORTO; and Isaac VILLEGAS MOLINA; Jorge HERNANDEZ VIRAMONTES; Jason Brian GAVIDIA; LOS ANGELES WORKER CENTER NETWORK; UNITED FARM WORKERS; COALITION FOR HUMANE IMMIGRANT RIGHTS; IMMIGRANT DEFENDERS LAW CENTER, | Case No.: 2:25-cv-05605-MEMF-SP |
| Plaintiffs, | **DECLARATION OF A.V. IN SUPPORT OF MOTION FOR PRELIMINARY INJUNCTION** |
| v. | |
| Markwayne MULLIN, in his official capacity as Secretary, Department of Homeland Security; David VENTURELLA, in his official capacity as Acting Director, U.S. Immigration and Customs Enforcement; Rodney S. SCOTT, in his official capacity as | |

DECLARATION OF A.V. IN SUPPORT OF MOTION FOR PRELIMINARY INJUNCTION

Commissioner, U.S. Customs and Border Patrol; Rosario VASQUEZ, in his official capacity as Chief of U.S. Border Patrol; Kash PATEL, in his official capacity as Director, Federal Bureau of Investigation; Todd BLANCHE, in his official capacity as Acting U.S. Attorney General; Thomas GILES, in his official capacity as Acting Field Office Director for Los Angeles, U.S. Immigration and Customs Enforcement; Dean T. SORENSON, Special Agent in Charge for Los Angeles, Homeland Security Investigations, U.S. Immigration and Customs Enforcement; Daniel I. PARRA, in his official capacity as Acting Chief Patrol Agent for El Centro Sector of the U.S. Border Patrol; Justin DE LA TORRE, in his official capacity as Acting Chief Patrol Agent, San Diego Sector of the U.S. Border Patrol; Akil DAVIS, in his official capacity as Assistant Director in Charge, Los Angeles Office, Federal Bureau of Investigation; Bilal A. ESSAYLI, in his official capacity as First Assistant U.S. Attorney for the Central District of California,

    Defendants.

DECLARATION OF A.V. IN SUPPORT OF MOTION FOR PRELIMINARY INJUNCTION

JACOB S. KREILKAMP (SBN 248210)
jacob.kreilkamp@mto.com
DAVID FRY (SBN 189276)
david.fry@mto.com
ADAM B. WEISS (SBN 296381)
adam.weiss@mto.com
SARA H. WORTH (SBN 341088)
sara.worth@mto.com
LAURA R. PERRY (SBN 342504)
laura.perrystone@mto.com
HENRY D. SHREFFLER (SBN 343388)
henry.shreffler@mto.com
LAUREN E. KUHN (SBN 343855)
lauren.kuhn@mto.com
ANGELA URIBE (SBN 353579)
angela.uribe@mto.com
MAGGIE BUSHELL (SBN 354048)
maggie.bushell@mto.com
MUNGER, TOLLES & OLSON LLP
350 S. Grand Ave., 50th Floor
Los Angeles, CA 90071
Tel: 213-683-9100; Fax: 213-683-9100

*Counsel for Stop/Arrest Plaintiffs*

BREE BERNWANGER (SBN 331731)
bbernwanger@aclunc.org
AMERICAN CIVIL LIBERTIES UNION
FOUNDATION OF NORTHERN
CALIFORNIA
39 Drumm Street
San Francisco, CA 94111
Tel: 415-621-2493

*Counsel for Stop/Arrest Plaintiffs*

BRISA VELAZQUEZ OATIS
(SBN 339132)
bvoatis@aclu-sdic.org
ACLU FOUNDATION OF
SAN DIEGO & IMPERIAL COUNTIES
P.O. Box 87131
San Diego, CA 92138-7131
Tel: 619-398-4199

*Counsel for Stop/Arrest Plaintiffs*

EDGAR AGUILASOCHO (SBN 285567)
eaguilasocho@farmworkerlaw.com
MARTÍNEZ AGUILASOCHO LAW, INC.
900 Truxtun Ave, Suite 300
Bakersfield, CA 93301
Tel: 661-859-1174

*Counsel for Plaintiff United Farm Workers*

JESSICA KARP BANSAL (SBN 277347)
jessica@ndlon.org
LAUREN MICHEL WILFONG*
lwilfong@ndlon.org
JIA FU*
jennifer@ndlon.org
NATIONAL DAY LABORER ORGANIZING
NETWORK
1030 S. Arroyo Parkway, Suite 106
Pasadena, CA 91105
Tel: 626-214-5689

*Counsel for Stop/Arrest Plaintiffs*

MATTHEW J. CRAIG (SBN 350030)
mcraig@heckerfink.com
MACK E. JENKINS (SBN 242101)
mjenkins@heckerfink.com
HECKER FINK LLP
1150 South Olive Street, Suite 10-140
Los Angeles, CA 90015
Tel: 212-763-0883; Fax: 212-564-0883

*Counsel for Access/Conditions Plaintiffs*

CARL BERGQUIST*
cbergquist@chirla.org
COALITION FOR HUMANE IMMIGRANT
RIGHTS
2351 Hempstead Road
Ottawa Hills, OH 43606
Tel: 310-279-6025

*Counsel for Plaintiff Coalition for Humane Immigrant Rights*

ALVARO M. HUERTA (SBN 274787)
ahuerta@immdef.org
BRYNNA BOLT (SBN 339378)
bbolt@immdef.org
ALISON STEFFEL (SBN 346370)
asteffel@immdef.org
IMMIGRANT DEFENDERS LAW CENTER
634 S. Spring St., 10th Floor
Los Angeles, CA 90014
Tel: 213-634-0999

*Counsel for Plaintiff Immigrant Defenders Law Center*

* Admitted pro hac vice

DECLARATION OF A.V. IN SUPPORT OF MOTION FOR PRELIMINARY INJUNCTION

**DECLARATION OF A██████ V███**

I, A███ V███ declare as follows:

1.  I make this declaration from my personal knowledge and if called to testify to these facts, I could and would do so competently.

2.  I am 32 years old, and a U.S. citizen. I am of Latino ethnicity, and a Spanish speaker. I have lived in Los Angeles County since 2017.

3.  On Sunday, August 24, 2025, I was working at Alamo Car Wash in Walnut, California. At approximately 9:35 a.m., while I was taking client orders, several unmarked vehicles suddenly entered the car wash, some through the wrong entry lane, and braked abruptly. At first, I assumed they were customers. The vehicles parked close to where I was working, and masked, armed men quickly exited. Two of them approached me directly. I saw that they were wearing green uniforms, their faces covered, and they had guns holstered at their waists. They stood extremely close to me, less than a foot from me, forcing my back up against a nearby car. In Spanish, they demanded to see my documents. As I looked around, I saw that there were more agents all around the car wash, surrounding us. They blocked the entrances and exits. Some were in uniform, while wore civilian clothing—such as tennis shoes, t-shirts—with bulletproof vests labeled 'POLICE' and "U.S. Border Patrol." All of them had masks covering their faces with sunglasses, making it impossible to see their faces. Several of the agents had big guns that they held out in front of them, not aimed. I did not feel free to walk away.

4.  Believing I had no other choice, I complied with the agent's demand to see my papers and showed him my Real ID. The agent took it and used a small handheld machine to scan or check something on it. I saw images of other Latino men pop up on the screen, but they were not me. The agent then told me that my Real ID was fake. I was shocked, and in that moment it felt like the world had collapsed beneath me. I knew that could not be true—I had gone to the Department of

DECLARATION OF A.V. IN SUPPORT OF MOTION FOR PRELIMINARY INJUNCTION

Motor Vehicles ("DMV") and obtained the ID using my U.S. passport. I told the agent in Spanish that it could not be fake, because I went to the DMV and used my passport to obtain it. And I told the agent that I was born in Fresno, California.

5.  The agent then asked if I had my passport. I told him it was in my backpack, which was inside the car wash's office. Ever since the raids began in June, I have been carrying my passport with me out of fear that something like this would happen—because I was afraid of being detained given that I look Latino, I speak Spanish, and I work at a car wash.

6.  I offered to go get my passport from the office to show the agent, but he refused to let me to get it. He said I could call someone to bring it to me, but that I could not go into the office to get my backpack myself. I called my manager, who said he would bring it to me, but he was busy dealing with the chaos of the raid and wasn't able to bring it right away. The agent then said, "if no one brings you your passport, we will have to take you with us." I could not believe this was happening to me.

7.  I kept begging the agent to let me get my backpack, but he continued to refuse. Thankfully, after about six to seven minutes waiting for my coworker to bring the backpack, another agent arrived. He looked at my Real ID again and told the first agent it was valid and to let me go and leave me alone. I felt horrible—the agents did not even apologize.

8.  I believe I was stopped and questioned because I look Latino and speak Spanish. My light-skinned coworker was not stopped or approached during the incident. They only looked at our physical appearance to make assumptions about whether they believe you are here lawfully or unlawfully.

9.  Since this happened, I have felt terrible. I feel like I have no sense of security— that my citizenship means nothing. It seems like, at any moment, I could be detained again simply because of how I look, the language I speak, and where I

DECLARATION OF A.V. IN SUPPORT OF MOTION FOR PRELIMINARY INJUNCTION

work. I feel anxious, stressed, and depressed. I am afraid to go outside. I am scared because I have heard that agents are visiting the same car washes again. I am even afraid to go to work, in case immigration agents come back again.

Case No. 2:25-cv-05605-MEMF-SP

DECLARATION OF A.V. IN SUPPORT OF MOTION FOR PRELIMINARY INJUNCTION

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. Executed this 9th day of September 2025, at Los Angeles County, California.

Case No. 2:25-cv-05605-MEMF-SP

DECLARATION OF A.V. IN SUPPORT OF MOTION FOR PRELIMINARY INJUNCTION

## <u>CERTIFICATE OF INTERPRETATION</u>

I, Stephanie Padilla, certify under penalty of perjury that I am fluent in Spanish and English and that I am competent to interpret between the two languages. I further certify that, on September 9, 2025, I read the foregoing to A█████ V█ in Spanish, a language in which he is fluent, and that he confirmed its accuracy.

Date: September 9, 2025



Stephanie Padilla

DECLARATION OF A.V. IN SUPPORT OF MOTION FOR PRELIMINARY INJUNCTION