# EXHIBIT 45

STACY TOLCHIN (SBN 217431)
*stacy@tolchinimmigration.com*
LAW OFFICES OF STACY TOLCHIN
776 E. Green St., Suite 210
Pasadena, CA 91101
Tel: 213-622-7450; Fax: 213-622-7233

MOHAMMAD TAJSAR (SBN 280152)
*mtajsar@aclusocal.org*
MAYRA JOACHIN (SBN 306065)
*mjoachin@aclusocal.org*
DAE KEUN KWON (SBN 313155)
*akwon@aclusocal.org*
STEPHANIE PADILLA (SBN 321568)
*spadilla@aclusocal.org*
ALYSSA MORONES (SBN 343358)
*amorones@aclusocal.org*
ACLU FOUNDATION OF
SOUTHERN CALIFORNIA
P.O. Box 811370
Los Angeles, CA 90081-0007
Tel: 213-977-9500; Fax: 213-915-0219

*Counsel for Stop/Arrest Plaintiffs*

MARK ROSENBAUM (SBN 59940)
*mrosenbaum@publiccounsel.org*
REBECCA BROWN (SBN 345805)
*rbrown@publiccounsel.org*
RITU MAHAJAN (SBN 252970)
*rmahajan@publiccounsel.org*
GINA AMATO (SBN 215519)
*gamato@publiccounsel.org*
AMANDA MANGASER SAVAGE
(SBN 325996)
*asavage@publiccounsel.org*
PUBLIC COUNSEL
610 South Ardmore Avenue
Los Angeles, CA 90005
Tel: 213-385-2977

*Counsel for All Plaintiffs*

ANNE LAI (SBN 295394)
*alai@law.uci.edu*
UC IRVINE SCHOOL OF LAW
IMMIGRANT AND RACIAL JUSTICE
SOLIDARITY CLINIC
P.O. Box 5479
Irvine, CA 92616-5479
Tel: 949-824-9894; Fax: 949-824-2747

(*Additional counsel listed on next page*)

*Counsel for Stop/Arrest Plaintiffs*

**UNITED STATES DISTRICT COURT**

**FOR THE CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| Pedro VASQUEZ PERDOMO; Carlos Alexander OSORTO; and Isaac VILLEGAS MOLINA; Jorge HERNANDEZ VIRAMONTES; Jason Brian GAVIDIA; LOS ANGELES WORKER CENTER NETWORK; UNITED FARM WORKERS; COALITION FOR HUMANE IMMIGRANT RIGHTS; IMMIGRANT DEFENDERS LAW CENTER, <br><br> Plaintiffs, <br><br> v. <br><br> Markwayne MULLIN, in his official capacity as Secretary, Department of Homeland Security; David VENTURELLA, in his official capacity as Acting Director, U.S. Immigration and Customs Enforcement; Rodney S. SCOTT, in his official capacity as | Case No.: 2:25-cv-05605-MEMF-SP <br><br> **DECLARATION OF N.B. IN SUPPORT OF MOTION FOR PRELIMINARY INJUNCTION** |

Commissioner, U.S. Customs and Border Patrol; Rosario VASQUEZ, in his official capacity as Chief of U.S. Border Patrol; Kash PATEL, in his official capacity as Director, Federal Bureau of Investigation; Todd BLANCHE, in his official capacity as Acting U.S. Attorney General; Thomas GILES, in his official capacity as Acting Field Office Director for Los Angeles, U.S. Immigration and Customs Enforcement; Dean T. SORENSON, Special Agent in Charge for Los Angeles, Homeland Security Investigations, U.S. Immigration and Customs Enforcement; Daniel I. PARRA, in his official capacity as Acting Chief Patrol Agent for El Centro Sector of the U.S. Border Patrol; Justin DE LA TORRE, in his official capacity as Acting Chief Patrol Agent, San Diego Sector of the U.S. Border Patrol; Akil DAVIS, in his official capacity as Assistant Director in Charge, Los Angeles Office, Federal Bureau of Investigation; Bilal A. ESSAYLI, in his official capacity as First Assistant U.S. Attorney for the Central District of California,

  Defendants.

DECLARATION OF N.B. IN SUPPORT OF MOTION FOR PRELIMINARY INJUNCTION

JACOB S. KREILKAMP (SBN 248210)
*jacob.kreilkamp@mto.com*
DAVID FRY (SBN 189276)
*david.fry@mto.com*
ADAM B. WEISS (SBN 296381)
*adam.weiss@mto.com*
SARA H. WORTH (SBN 341088)
*sara.worth@mto.com*
LAURA R. PERRY (SBN 342504)
*laura.perrystone@mto.com*
HENRY D. SHREFFLER (SBN 343388)
*henry.shreffler@mto.com*
LAUREN E. KUHN (SBN 343855)
*lauren.kuhn@mto.com*
ANGELA URIBE (SBN 353579)
*angela.uribe@mto.com*
MAGGIE BUSHELL (SBN 354048)
*maggie.bushell@mto.com*
MUNGER, TOLLES & OLSON LLP
350 S. Grand Ave., 50th Floor
Los Angeles, CA 90071
Tel: 213-683-9100; Fax: 213-683-9100

*Counsel for Stop/Arrest Plaintiffs*

BREE BERNWANGER (SBN 331731)
*bbernwanger@aclunc.org*
AMERICAN CIVIL LIBERTIES UNION
FOUNDATION OF NORTHERN
CALIFORNIA
39 Drumm Street
San Francisco, CA 94111
Tel: 415-621-2493

*Counsel for Stop/Arrest Plaintiffs*

BRISA VELAZQUEZ OATIS
(SBN 339132)
*bvoatis@aclu-sdic.org*
ACLU FOUNDATION OF
SAN DIEGO & IMPERIAL COUNTIES
P.O. Box 87131
San Diego, CA 92138-7131
Tel: 619-398-4199

*Counsel for Stop/Arrest Plaintiffs*

EDGAR AGUILASOCHO (SBN 285567)
*eaguilasocho@farmworkerlaw.com*
MARTÍNEZ AGUILASOCHO LAW, INC.
900 Truxtun Ave, Suite 300
Bakersfield, CA 93301
Tel: 661-859-1174

*Counsel for Plaintiff United Farm Workers*

JESSICA KARP BANSAL (SBN 277347)
*jessica@ndlon.org*
LAUREN MICHEL WILFONG*
*lwilfong@ndlon.org*
JIA FU*
*jennifer@ndlon.org*
NATIONAL DAY LABORER ORGANIZING
NETWORK
1030 S. Arroyo Parkway, Suite 106
Pasadena, CA 91105
Tel: 626-214-5689

*Counsel for Stop/Arrest Plaintiffs*

MATTHEW J. CRAIG (SBN 350030)
*mcraig@heckerfink.com*
MACK E. JENKINS (SBN 242101)
*mjenkins@heckerfink.com*
HECKER FINK LLP
1150 South Olive Street, Suite 10-140
Los Angeles, CA 90015
Tel: 212-763-0883; Fax: 212-564-0883

*Counsel for Access/Conditions Plaintiffs*

CARL BERGQUIST*
*cbergquist@chirla.org*
COALITION FOR HUMANE IMMIGRANT
RIGHTS
2351 Hempstead Road
Ottawa Hills, OH 43606
Tel: 310-279-6025

*Counsel for Plaintiff Coalition for Humane
Immigrant Rights*

ALVARO M. HUERTA (SBN 274787)
*ahuerta@immdef.org*
BRYNNA BOLT (SBN 339378)
*bbolt@immdef.org*
ALISON STEFFEL (SBN 346370)
*asteffel@immdef.org*
IMMIGRANT DEFENDERS LAW CENTER
634 S. Spring St., 10th Floor
Los Angeles, CA 90014
Tel: 213-634-0999

*Counsel for Plaintiff Immigrant
Defenders Law Center*

* Admitted pro hac vice

DECLARATION OF N.B. IN SUPPORT OF MOTION FOR PRELIMINARY INJUNCTION

## DECLARATION OF N█████ B████████

I, N███ B██████, declare the following:

1. I make this declaration from my personal knowledge and if called to testify to these facts. I could and would do so competently.

2. I am a 49-year-old resident of the city of Tustin in Orange County. My ethnicity is Latino. I previously worked in gardening and lawn maintenance. I am married to a U.S. Citizen and I have raised three sons—all members of the U.S. Marine Corps.

3. On or about the morning of June 21, 2025, I went to do the gardening outside an IHOP restaurant. I had driven my work truck and had my gardening tools with me. I was doing the gardening when a car arrived suddenly in the parking lot and parked in a disability spot about five or six feet away from me. I assumed the men in the car were going into the restaurant to eat because their car was unmarked and looked ordinary.

4. When they got out, one of the men started approaching me and asked if I had papers. I did not understand what he meant. Because I was there doing a work job, I thought he was talking about work papers. Then about three or four other men approached me. They were wearing masks and green vests. I do not remember anything else about what they were wearing, except that I did not know immediately that they were immigration agents. I saw they were armed, and that frightened me.

5. I asked them what I had done wrong, but no one answered me. No one said anything. At first, I thought I was free to leave. As I was leaving, I still had my tools with me. Then seven or eight more cars drove up to corner of Richey and Edinger. The men coming out these cars rushed towards me and one of them started spraying something in my direction. I was then thrown to the ground, sprayed in the face, picked up, and thrown back down. When I was on the ground, multiple men were on top of me. They were hitting me and saying bad words that I do not even want to repeat.

6. These men then handcuffed me and detained me. They never told me why I was being arrested or that they were immigration agents. They also did not ask me any other questions. They put me in a car and took me to a parking lot on Warner and

Holiday, where I was switched to a different car. From there, they took me to a facility in downtown Los Angeles. The first time that anyone asked me for my name, date of birth, or for any other information was when I arrived at the building downtown. The whole time I was being arrested and moved, the men who arrested me did not seem to know my name or anything about me. I did not have my wallet or phone on me because these were in my work truck. No one, either when I was arrested or downtown, ever asked me about my immigration status or if I had ever been arrested for criminal reasons before.

7. The conditions at that facility were so sad and ugly that I do not like remembering them. The first room that the agents took me to was overcrowded—at one point, there were over 100 people there. My eyes were still burning and watering from the spray that the agents had used when they arrested me. I asked to wash my face to get rid of the spray and they refused to help me. Eventually, they took me to a hospital because of the condition I was in. I was handcuffed the entire time, and I do not know what tests they did on me while I was there. In the end, the doctor gave me eyedrops, and I was taken back to downtown that night.

8. The second room at the facility that the agents took me to after the hospital was worse than the first one. This room was smaller with about 80 people in it. There were no beds, so people slept on the floor on top of each other. It was freezing, and I could not tell if it was day or night. There was nowhere to shower or use the bathroom privately. The toilet was in the middle of the room. There was no food or water except for the small meals they would give us twice a day. They gave me one bottle of water when I first arrived, and I had to keep refilling that. I was so thirsty that I had to drink water from the toilet because I thought that I would faint otherwise. The only clothes that I had were the ones that I had arrived in, which were stained with blood. When I asked for new clothes, the guards told me not to worry about it. I was still wearing the same clothes when immigration agents eventually moved me to the next detention center.

9. I never saw any documents explaining why I was arrested until the day of my first immigration court hearing, which was on July 8th. My lawyer also shared with

me a document that the government created that supposedly explained what happened when I was arrested. But this document was full of lies.

10. Since I was released. I have not been able to live life how I used to. I was very independent before. Now, I do not go out to work, buy groceries, or do other daily activities. I stay at home doing my part to help my family there. I am worried that, if I am out and about. I will be stopped and arrested again by immigration agents. I do not want to relive the same experience that I went through when I was stopped, abused, and arrested. I am waiting and having faith in God that the situation will change.

11. I have asked myself many times since I was arrested why this all happened to me. The only reasons I can think of are that I am Latino and worked as a gardener. But I have always thought of this as an honorable job and one to be proud of—not a reason to be arrested.

I declare under penalty of perjury that the foregoing is true and correct.

Executed at Tustin, California

Dated: June 19 , 2026

By: _N BS_____

N█████ B████████

**CERTIFICATE OF INTERPRETATION AND AFFIRMATION**

I, Brynna Bolt, certify that I am fluent in Spanish and English and that I am competent to interpret between these languages. I further certify that I have read the foregoing to N.B. in Spanish. I further declare that I am competent to render this interpretation and that I would testify to the same under the penalty of perjury if I were called upon to do so.

Date: June 19, 2026

_____

Brynna Bolt