# EXHIBIT 46

STACY TOLCHIN (SBN 217431)
*stacy@tolchinimmigration.com*
LAW OFFICES OF STACY TOLCHIN
776 E. Green St., Suite 210
Pasadena, CA 91101
Tel: 213-622-7450; Fax: 213-622-7233

MOHAMMAD TAJSAR (SBN 280152)
*mtajsar@aclusocal.org*
MAYRA JOACHIN (SBN 306065)
*mjoachin@aclusocal.org*
DAE KEUN KWON (SBN 313155)
*akwon@aclusocal.org*
STEPHANIE PADILLA (SBN 321568)
*spadilla@aclusocal.org*
ALYSSA MORONES (SBN 343358)
*amorones@aclusocal.org*
ACLU FOUNDATION OF
SOUTHERN CALIFORNIA
P.O. Box 811370
Los Angeles, CA 90081-0007
Tel: 213-977-9500; Fax: 213-915-0219

*Counsel for Stop/Arrest Plaintiffs*

(*Additional counsel listed on next page*)

MARK ROSENBAUM (SBN 59940)
*mrosenbaum@publiccounsel.org*
REBECCA BROWN (SBN 345805)
*rbrown@publiccounsel.org*
RITU MAHAJAN (SBN 252970)
*rmahajan@publiccounsel.org*
GINA AMATO (SBN 215519)
*gamato@publiccounsel.org*
AMANDA MANGASER SAVAGE
(SBN 325996)
*asavage@publiccounsel.org*
PUBLIC COUNSEL
610 South Ardmore Avenue
Los Angeles, CA 90005
Tel: 213-385-2977

*Counsel for All Plaintiffs*

ANNE LAI (SBN 295394)
*alai@law.uci.edu*
UC IRVINE SCHOOL OF LAW
IMMIGRANT AND RACIAL JUSTICE
SOLIDARITY CLINIC
P.O. Box 5479
Irvine, CA 92616-5479
Tel: 949-824-9894; Fax: 949-824-2747

*Counsel for Stop/Arrest Plaintiffs*

**UNITED STATES DISTRICT COURT**

**FOR THE CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| Pedro VASQUEZ PERDOMO; Carlos Alexander OSORTO; and Isaac VILLEGAS MOLINA; Jorge HERNANDEZ VIRAMONTES; Jason Brian GAVIDIA; LOS ANGELES WORKER CENTER NETWORK; UNITED FARM WORKERS; COALITION FOR HUMANE IMMIGRANT RIGHTS; IMMIGRANT DEFENDERS LAW CENTER, <br><br> Plaintiffs, <br><br> v. <br><br> Markwayne MULLIN, in his official capacity as Secretary, Department of Homeland Security; David VENTURELLA, in his official capacity as Acting Director, U.S. Immigration and Customs Enforcement; Rodney S. SCOTT, in his official capacity as | Case No.: 2:25-cv-05605-MEMF-SP <br><br> **DECLARATION OF ARRATH MOISES GUTIERREZ REYES IN SUPPORT OF MOTION FOR PRELIMINARY INJUNCTION** |

-1-

DECLARATION OF ARRATH MOISES GUTIERREZ REYES IN SUPPORT OF MOTION
FOR PRELIMINARY INJUNCTION

Commissioner, U.S. Customs and Border Patrol; Rosario VASQUEZ, in his official capacity as Chief of U.S. Border Patrol; Kash PATEL, in his official capacity as Director, Federal Bureau of Investigation; Todd BLANCHE, in his official capacity as Acting U.S. Attorney General; Thomas GILES, in his official capacity as Acting Field Office Director for Los Angeles, U.S. Immigration and Customs Enforcement; Dean T. SORENSON, Special Agent in Charge for Los Angeles, Homeland Security Investigations, U.S. Immigration and Customs Enforcement; Daniel I. PARRA, in his official capacity as Acting Chief Patrol Agent for El Centro Sector of the U.S. Border Patrol; Justin DE LA TORRE, in his official capacity as Acting Chief Patrol Agent, San Diego Sector of the U.S. Border Patrol; Akil DAVIS, in his official capacity as Assistant Director in Charge, Los Angeles Office, Federal Bureau of Investigation; Bilal A. ESSAYLI, in his official capacity as First Assistant U.S. Attorney for the Central District of California,

Defendants.

-2-    Case No. 2:25-cv-05605-MEMF-SP

DECLARATION OF ARRATH MOISES GUTIERREZ REYES IN SUPPORT OF MOTION FOR PRELIMINARY INJUNCTION

JACOB S. KREILKAMP (SBN 248210)
*jacob.kreilkamp@mto.com*
DAVID FRY (SBN 189276)
*david.fry@mto.com*
ADAM B. WEISS (SBN 296381)
*adam.weiss@mto.com*
SARA H. WORTH (SBN 341088)
*sara.worth@mto.com*
LAURA R. PERRY (SBN 342504)
*laura.perrystone@mto.com*
HENRY D. SHREFFLER (SBN 343388)
*henry.shreffler@mto.com*
LAUREN E. KUHN (SBN 343855)
*lauren.kuhn@mto.com*
ANGELA URIBE (SBN 353579)
*angela.uribe@mto.com*
MAGGIE BUSHELL (SBN 354048)
*maggie.bushell@mto.com*
MUNGER, TOLLES & OLSON LLP
350 S. Grand Ave., 50th Floor
Los Angeles, CA 90071
Tel: 213-683-9100; Fax: 213-683-9100

*Counsel for Stop/Arrest Plaintiffs*

BREE BERNWANGER (SBN 331731)
*bbernwanger@aclunc.org*
AMERICAN CIVIL LIBERTIES UNION
FOUNDATION OF NORTHERN
CALIFORNIA
39 Drumm Street
San Francisco, CA 94111
Tel: 415-621-2493

*Counsel for Stop/Arrest Plaintiffs*

BRISA VELAZQUEZ OATIS
(SBN 339132)
*bvoatis@aclu-sdic.org*
ACLU FOUNDATION OF
SAN DIEGO & IMPERIAL COUNTIES
P.O. Box 87131
San Diego, CA 92138-7131
Tel: 619-398-4199

*Counsel for Stop/Arrest Plaintiffs*

EDGAR AGUILASOCHO (SBN 285567)
*eaguilasocho@farmworkerlaw.com*
MARTÍNEZ AGUILASOCHO LAW, INC.
900 Truxtun Ave, Suite 300
Bakersfield, CA 93301
Tel: 661-859-1174

*Counsel for Plaintiff United Farm Workers*

JESSICA KARP BANSAL (SBN 277347)
*jessica@ndlon.org*
LAUREN MICHEL WILFONG*
*lwilfong@ndlon.org*
JIA FU*
*jennifer@ndlon.org*
NATIONAL DAY LABORER ORGANIZING
NETWORK
1030 S. Arroyo Parkway, Suite 106
Pasadena, CA 91105
Tel: 626-214-5689

*Counsel for Stop/Arrest Plaintiffs*

MATTHEW J. CRAIG (SBN 350030)
*mcraig@heckerfink.com*
MACK E. JENKINS (SBN 242101)
*mjenkins@heckerfink.com*
HECKER FINK LLP
1150 South Olive Street, Suite 10-140
Los Angeles, CA 90015
Tel: 212-763-0883; Fax: 212-564-0883

*Counsel for Access/Conditions Plaintiffs*

CARL BERGQUIST*
*cbergquist@chirla.org*
COALITION FOR HUMANE IMMIGRANT
RIGHTS
2351 Hempstead Road
Ottawa Hills, OH 43606
Tel: 310-279-6025

*Counsel for Plaintiff Coalition for Humane
Immigrant Rights*

ALVARO M. HUERTA (SBN 274787)
*ahuerta@immdef.org*
BRYNNA BOLT (SBN 339378)
*bbolt@immdef.org*
ALISON STEFFEL (SBN 346370)
*asteffel@immdef.org*
IMMIGRANT DEFENDERS LAW CENTER
634 S. Spring St., 10th Floor
Los Angeles, CA 90014
Tel: 213-634-0999

*Counsel for Plaintiff Immigrant
Defenders Law Center*

* Admitted pro hac vice

-3-                Case No. 2:25-cv-05605-MEMF-SP

DECLARATION OF ARRATH MOISES GUTIERREZ REYES IN SUPPORT OF MOTION
FOR PRELIMINARY INJUNCTION

## **DECLARATION OF ARRATH MOISES GUTIERREZ REYES**

I, Arrath Moises Gutierrez Reyes, declare the following:

1. I make this declaration from my personal knowledge and if called to testify to these facts could and would do so competently.

2. My name is Arrath Moises Gutierrez Reyes. I am a resident of Los Angeles, California. I am Latino, and I am a carwash worker.

3. On August 2, 2025, I was working at the Lakewood Carwash. I was wearing my work clothes. I was drying cars when several men suddenly arrived. They drove up in regular cars, pretending to be clients. They got out of their vehicles and started running after people without saying who they were. I was walking to enter the office when one of them grabbed my arm. At least four or five more agents ran over and collectively threw me to the ground. They pepper-sprayed me in the face, handcuffed me, and piled on top of me. I was not running at the time. They surrounded me aggressively.

4. My eyes were burning. I could not see, and I could not breath. I felt like I was drowning. Also, part of my chest was red from the spray, as though I had been burned. I felt burning for almost a week after this happened.

5. The agents shouted at me and called me homophobic and racist names. They never showed me a warrant, badge, or any kind of document. Their faces were covered with hats and sunglasses, and they wore green uniforms with guns. The vehicles they used were unmarked.

6. After I was handcuffed, they took me in a truck to a place where two vans were waiting. They asked me questions such as "¿de qué país eres?" ("what country are you from?) and "¿tienes documentos?" ("do you have documents?").  They threatened me, saying, "if you don't talk there will be consequences," and they got in my face. They told me they wouldn't help me

-4-                                          Case No. 2:25-cv-05605-MEMF-SP
DECLARATION OF ARRATH MOISES GUTIERREZ REYES IN SUPPORT OF MOTION FOR PRELIMINARY INJUNCTION

if I didn't speak. They continued calling me racist and homophobic names. I told them I was from Mexico. They took pictures of my face. They did not let me clean the pepper spray from my eyes until I answered their questions.

7.  At no point during my arrest did they tell me which agency they were from or the reason for my arrest. I only learned I was in ICE custody later, after I was taken first to Santa Ana and then transferred to a processing center in Los Angeles.

8.  When I was detained in Los Angeles, I was put in what people call the "hielera" (the icebox). The room was very cold, and I was kept there for several days. I was pressured to sign voluntary departure papers. An ICE agent told me I qualified for voluntary departure, but I said I wanted to see a judge. They gave me a form to sign and told me I would see a judge. During this time, I was asked questions about my employer, my coworkers, and whether they had papers. I did not answer those questions.

9.  In Los Angeles, I was kept in chains on my legs, waist, and arms when I was moved from one place to another. I did not know where I was being taken. The conditions were harsh, and I felt humiliated and afraid.

10. I believe I was targeted because I am Latino, a Spanish speaker, and working at the carwash. I was already in detention when I was shown any official documents or told why I had been arrested.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed this 2 day of October, 2025, at Adelanto, California.

_____

Arrath Moises Gutierrez Reyes

-5-                                           Case No. 2:25-cv-05605-MEMF-SP

DECLARATION OF ARRATH MOISES GUTIERREZ REYES IN SUPPORT OF MOTION FOR PRELIMINARY INJUNCTION

## CERTIFICATE OF INTERPRETATION

I, Michael Caleb Soto, certify under penalty of perjury that I am fluent in Spanish and English and that I am competent to interpret between the two languages. I further certify that, on October 2, 2025 I read the foregoing to Arrath Moises Gutierrez Reyes in Spanish, a language in which he is fluent, and that he confirmed its accuracy.

Date: October 2, 2025

_____
Michael Caleb Soto