# EXHIBIT 47

STACY TOLCHIN (SBN 217431)
*stacy@tolchinimmigration.com*
LAW OFFICES OF STACY TOLCHIN
776 E. Green St., Suite 210
Pasadena, CA 91101
Tel: 213-622-7450; Fax: 213-622-7233

MOHAMMAD TAJSAR (SBN 280152)
*mtajsar@aclusocal.org*
MAYRA JOACHIN (SBN 306065)
*mjoachin@aclusocal.org*
DAE KEUN KWON (SBN 313155)
*akwon@aclusocal.org*
STEPHANIE PADILLA (SBN 321568)
*spadilla@aclusocal.org*
ALYSSA MORONES (SBN 343358)
*amorones@aclusocal.org*
ACLU FOUNDATION OF
SOUTHERN CALIFORNIA
P.O. Box 811370
Los Angeles, CA 90081-0007
Tel: 213-977-9500; Fax: 213-915-0219

*Counsel for Stop/Arrest Plaintiffs*

(*Additional counsel listed on next page*)

MARK ROSENBAUM (SBN 59940)
*mrosenbaum@publiccounsel.org*
REBECCA BROWN (SBN 345805)
*rbrown@publiccounsel.org*
RITU MAHAJAN (SBN 252970)
*rmahajan@publiccounsel.org*
GINA AMATO (SBN 215519)
*gamato@publiccounsel.org*
AMANDA MANGASER SAVAGE
(SBN 325996)
*asavage@publiccounsel.org*
PUBLIC COUNSEL
610 South Ardmore Avenue
Los Angeles, CA 90005
Tel: 213-385-2977

*Counsel for All Plaintiffs*

ANNE LAI (SBN 295394)
*alai@law.uci.edu*
UC IRVINE SCHOOL OF LAW
IMMIGRANT AND RACIAL JUSTICE
SOLIDARITY CLINIC
P.O. Box 5479
Irvine, CA 92616-5479
Tel: 949-824-9894; Fax: 949-824-2747

*Counsel for Stop/Arrest Plaintiffs*

# UNITED STATES DISTRICT COURT

# FOR THE CENTRAL DISTRICT OF CALIFORNIA

Pedro VASQUEZ PERDOMO; Carlos Alexander OSORTO; and Isaac VILLEGAS MOLINA; Jorge HERNANDEZ VIRAMONTES; Jason Brian GAVIDIA; LOS ANGELES WORKER CENTER NETWORK; UNITED FARM WORKERS; COALITION FOR HUMANE IMMIGRANT RIGHTS; IMMIGRANT DEFENDERS LAW CENTER,

     Plaintiffs,

  v.

Markwayne MULLIN, in his official capacity as Secretary, Department of Homeland Security; David VENTURELLA, in his official capacity as Acting Director, U.S. Immigration and Customs Enforcement; Rodney S. SCOTT, in his official capacity as

Case No.: 2:25-cv-05605-MEMF-SP

**DECLARATION OF PEDRO AYALA IN SUPPORT OF MOTION FOR PRELIMINARY INJUNCTION**

Commissioner, U.S. Customs and Border Patrol; Rosario VASQUEZ, in his official capacity as Chief of U.S. Border Patrol; Kash PATEL, in his official capacity as Director, Federal Bureau of Investigation; Todd BLANCHE, in his official capacity as Acting U.S. Attorney General; Thomas GILES, in his official capacity as Acting Field Office Director for Los Angeles, U.S. Immigration and Customs Enforcement; Dean T. SORENSON, Special Agent in Charge for Los Angeles, Homeland Security Investigations, U.S. Immigration and Customs Enforcement; Daniel I. PARRA, in his official capacity as Acting Chief Patrol Agent for El Centro Sector of the U.S. Border Patrol; Justin DE LA TORRE, in his official capacity as Acting Chief Patrol Agent, San Diego Sector of the U.S. Border Patrol; Akil DAVIS, in his official capacity as Assistant Director in Charge, Los Angeles Office, Federal Bureau of Investigation; Bilal A. ESSAYLI, in his official capacity as First Assistant U.S. Attorney for the Central District of California,

    Defendants.

DECLARATION OF PEDRO AYALA IN SUPPORT OF MOTION FOR PRELIMINARY INJUNCTION

JACOB S. KREILKAMP (SBN 248210)
jacob.kreilkamp@mto.com
DAVID FRY (SBN 189276)
david.fry@mto.com
ADAM B. WEISS (SBN 296381)
adam.weiss@mto.com
SARA H. WORTH (SBN 341088)
sara.worth@mto.com
LAURA R. PERRY (SBN 342504)
laura.perrystone@mto.com
HENRY D. SHREFFLER (SBN 343388)
henry.shreffler@mto.com
LAUREN E. KUHN (SBN 343855)
lauren.kuhn@mto.com
ANGELA URIBE (SBN 353579)
angela.uribe@mto.com
MAGGIE BUSHELL (SBN 354048)
maggie.bushell@mto.com
MUNGER, TOLLES & OLSON LLP
350 S. Grand Ave., 50th Floor
Los Angeles, CA 90071
Tel: 213-683-9100; Fax: 213-683-9100

*Counsel for Stop/Arrest Plaintiffs*

BREE BERNWANGER (SBN 331731)
bbernwanger@aclunc.org
AMERICAN CIVIL LIBERTIES UNION
FOUNDATION OF NORTHERN
CALIFORNIA
39 Drumm Street
San Francisco, CA 94111
Tel: 415-621-2493

*Counsel for Stop/Arrest Plaintiffs*

BRISA VELAZQUEZ OATIS
(SBN 339132)
bvoatis@aclu-sdic.org
ACLU FOUNDATION OF
SAN DIEGO & IMPERIAL COUNTIES
P.O. Box 87131
San Diego, CA 92138-7131
Tel: 619-398-4199

*Counsel for Stop/Arrest Plaintiffs*

EDGAR AGUILASOCHO (SBN 285567)
eaguilasocho@farmworkerlaw.com
MARTÍNEZ AGUILASOCHO LAW, INC.
900 Truxtun Ave, Suite 300
Bakersfield, CA 93301
Tel: 661-859-1174

*Counsel for Plaintiff United Farm Workers*

JESSICA KARP BANSAL (SBN 277347)
jessica@ndlon.org
LAUREN MICHEL WILFONG*
lwilfong@ndlon.org
JIA FU*
jennifer@ndlon.org
NATIONAL DAY LABORER ORGANIZING
NETWORK
1030 S. Arroyo Parkway, Suite 106
Pasadena, CA 91105
Tel: 626-214-5689

*Counsel for Stop/Arrest Plaintiffs*

MATTHEW J. CRAIG (SBN 350030)
mcraig@heckerfink.com
MACK E. JENKINS (SBN 242101)
mjenkins@heckerfink.com
HECKER FINK LLP
1150 South Olive Street, Suite 10-140
Los Angeles, CA 90015
Tel: 212-763-0883; Fax: 212-564-0883

*Counsel for Access/Conditions Plaintiffs*

CARL BERGQUIST*
cbergquist@chirla.org
COALITION FOR HUMANE IMMIGRANT
RIGHTS
2351 Hempstead Road
Ottawa Hills, OH 43606
Tel: 310-279-6025

*Counsel for Plaintiff Coalition for Humane
Immigrant Rights*

ALVARO M. HUERTA (SBN 274787)
ahuerta@immdef.org
BRYNNA BOLT (SBN 339378)
bbolt@immdef.org
ALISON STEFFEL (SBN 346370)
asteffel@immdef.org
IMMIGRANT DEFENDERS LAW CENTER
634 S. Spring St., 10th Floor
Los Angeles, CA 90014
Tel: 213-634-0999

*Counsel for Plaintiff Immigrant
Defenders Law Center*

* Admitted pro hac vice

DECLARATION OF PEDRO AYALA IN SUPPORT OF MOTION FOR PRELIMINARY INJUNCTION

## **DECLARATION OF PEDRO AYALA**

I, Pedro Ayala, declare the following:

1. I make this declaration from my personal knowledge and if called to testify to these facts could and would do so competently.

2. My name is Pedro Ayala. I am a resident of Los Angeles, CA. I am Latino, and I am a carwash worker.

3. On August 17, 2025, at about 9:30 in the morning, I was working at the Fountain Valley Carwash near the parking area getting ready to clean a car interior. I was wearing my work clothes. There were seven of us working at that time. I turned and saw a man in a green uniform walking up to me. I suddenly noticed several unmarked cars had driven in as if they were clients, that weren't there just before, and at the same time I saw men walking in from the gas station area. They came from all directions, and within moments we were surrounded.

4. I saw about fifteen agents surrounding the carwash. Some wore masks, some did not. They had guns. They did not show me any warrant, badge, or other identification. That's when I realized what was happening. I was in shock. At this time I saw my cousin Ismael, who also worked at the carwash, being arrested.

5. Within seconds, the agent that was walking toward me reached where I was standing and immediately grabbed me  by one arm and pulled the other around behind my back to put me in handcuffs. I was not running or hiding, just standing still. I was overwhelmed and scared of what they might do to me. As he was already handcuffing me, he said "Patrulla Fronteriza" ("Border Patrol"). This was the first and only time I was told who they claimed to be while at the carwash.

6. At no point before being handcuffed was I asked for my name, identification, or any documents. The agent did not tell me why he was arresting me or even that I was under arrest. I was placed into a car with three agents and we drove around for about 20 minutes before I was taken to a nearby  Hyundai dealership parking lot where two white vans were waiting.

7. At the Hyundai parking lot, while I was in handcuffs, one of the three agents that were in the car with me took me out and started asking me questions. He asked me, "Where are you from?" Believing I had no choice now that I was arrested, I

DECLARATION OF PEDRO AYALA IN SUPPORT OF MOTION FOR PRELIMINARY INJUNCTION

answered. At that point they took my phone, consular ID, and other belongings that I had in my pockets.

8. Of the seven workers, they arrested five of us, including my cousin Ismael, who I saw was pulled out of the bathroom. I saw the arrests happening while we were still at the carwash. The five of us were put in handcuffs within 10 minutes of the agents' arrival at the carwash, and I was the last person to be taken to a car. I noticed they did not even question my co-worker who is white. My other Latino co-worker was also put in handcuffs, but he had a real ID in his pocket that the agents found. They took him out of handcuffs after seeing his ID and let him go.

9. During the arrests, I heard one of the agents make a threat to my white co-worker, saying, "Get out of the way or we will hit you."

10. I believe I was targeted because I am Latino and was working at the carwash. I believe this because they immediately grabbed and handcuffed me, I was not free to leave, and I was never asked anything until I was already handcuffed. I also believe this because they did not question or grab my white coworker, but they did grab or question all of the other Latino workers.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.


Executed this 2 day of October 2025, at Adelanto, California.

_____

Pedro Ayala

DECLARATION OF PEDRO AYALA IN SUPPORT OF MOTION FOR PRELIMINARY INJUNCTION

## CERTIFICATE OF INTERPRETATION

I, Michael Caleb Soto, certify under penalty of perjury that I am fluent in Spanish and English and that I am competent to interpret between the two languages. I further certify that, on October 2, 2025 I read the foregoing to Pedro Ayala in Spanish, a language in which he is fluent, and that he confirmed its accuracy.

Date: October 2, 2025

_____

Michael Caleb Soto