# EXHIBIT 48

STACY TOLCHIN (SBN 217431)
*stacy@tolchinimmigration.com*
LAW OFFICES OF STACY TOLCHIN
776 E. Green St., Suite 210
Pasadena, CA 91101
Tel: 213-622-7450; Fax: 213-622-7233

MOHAMMAD TAJSAR (SBN 280152)
*mtajsar@aclusocal.org*
MAYRA JOACHIN (SBN 306065)
*mjoachin@aclusocal.org*
DAE KEUN KWON (SBN 313155)
*akwon@aclusocal.org*
STEPHANIE PADILLA (SBN 321568)
*spadilla@aclusocal.org*
ALYSSA MORONES (SBN 343358)
*amorones@aclusocal.org*
ACLU FOUNDATION OF
SOUTHERN CALIFORNIA
P.O. Box 811370
Los Angeles, CA 90081-0007
Tel: 213-977-9500; Fax: 213-915-0219

*Counsel for Stop/Arrest Plaintiffs*

(*Additional counsel listed on next page*)

MARK ROSENBAUM (SBN 59940)
*mrosenbaum@publiccounsel.org*
REBECCA BROWN (SBN 345805)
*rbrown@publiccounsel.org*
RITU MAHAJAN (SBN 252970)
*rmahajan@publiccounsel.org*
GINA AMATO (SBN 215519)
*gamato@publiccounsel.org*
AMANDA MANGASER SAVAGE
(SBN 325996)
*asavage@publiccounsel.org*
PUBLIC COUNSEL
610 South Ardmore Avenue
Los Angeles, CA 90005
Tel: 213-385-2977

*Counsel for All Plaintiffs*

ANNE LAI (SBN 295394)
*alai@law.uci.edu*
UC IRVINE SCHOOL OF LAW
IMMIGRANT AND RACIAL JUSTICE
SOLIDARITY CLINIC
P.O. Box 5479
Irvine, CA 92616-5479
Tel: 949-824-9894; Fax: 949-824-2747

*Counsel for Stop/Arrest Plaintiffs*

**UNITED STATES DISTRICT COURT**

**FOR THE CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| Pedro VASQUEZ PERDOMO; Carlos Alexander OSORTO; and Isaac VILLEGAS MOLINA; Jorge HERNANDEZ VIRAMONTES; Jason Brian GAVIDIA; LOS ANGELES WORKER CENTER NETWORK; UNITED FARM WORKERS; COALITION FOR HUMANE IMMIGRANT RIGHTS; IMMIGRANT DEFENDERS LAW CENTER, <br><br> Plaintiffs, <br><br> v. <br><br> Markwayne MULLIN, in his official capacity as Secretary, Department of Homeland Security; David VENTURELLA, in his official capacity as Acting Director, U.S. Immigration and Customs Enforcement; Rodney S. SCOTT, in his official capacity as | Case No.: 2:25-cv-05605-MEMF-SP <br><br> **DECLARATION OF J.G.S.C. IN SUPPORT OF MOTION FOR PRELIMINARY INJUNCTION** |

-1-                    Case No. 2:25-cv-05605-MEMF-SP

DECLARATION OF J.G.S.C. IN SUPPORT OF MOTION FOR PRELIMINARY INJUNCTION

Commissioner, U.S. Customs and Border Patrol; Rosario VASQUEZ, in his official capacity as Chief of U.S. Border Patrol; Kash PATEL, in his official capacity as Director, Federal Bureau of Investigation; Todd BLANCHE, in his official capacity as Acting U.S. Attorney General; Thomas GILES, in his official capacity as Acting Field Office Director for Los Angeles, U.S. Immigration and Customs Enforcement; Dean T. SORENSON, Special Agent in Charge for Los Angeles, Homeland Security Investigations, U.S. Immigration and Customs Enforcement; Daniel I. PARRA, in his official capacity as Acting Chief Patrol Agent for El Centro Sector of the U.S. Border Patrol; Justin DE LA TORRE, in his official capacity as Acting Chief Patrol Agent, San Diego Sector of the U.S. Border Patrol; Akil DAVIS, in his official capacity as Assistant Director in Charge, Los Angeles Office, Federal Bureau of Investigation; Bilal A. ESSAYLI, in his official capacity as First Assistant U.S. Attorney for the Central District of California,

    Defendants.

DECLARATION OF J.G.S.C. IN SUPPORT OF MOTION FOR PRELIMINARY INJUNCTION

JACOB S. KREILKAMP (SBN 248210)
jacob.kreilkamp@mto.com
DAVID FRY (SBN 189276)
david.fry@mto.com
ADAM B. WEISS (SBN 296381)
adam.weiss@mto.com
SARA H. WORTH (SBN 341088)
sara.worth@mto.com
LAURA R. PERRY (SBN 342504)
laura.perrystone@mto.com
HENRY D. SHREFFLER (SBN 343388)
henry.shreffler@mto.com
LAUREN E. KUHN (SBN 343855)
lauren.kuhn@mto.com
ANGELA URIBE (SBN 353579)
angela.uribe@mto.com
MAGGIE BUSHELL (SBN 354048)
maggie.bushell@mto.com
MUNGER, TOLLES & OLSON LLP
350 S. Grand Ave., 50th Floor
Los Angeles, CA 90071
Tel: 213-683-9100; Fax: 213-683-9100

*Counsel for Stop/Arrest Plaintiffs*

BREE BERNWANGER (SBN 331731)
bbernwanger@aclunc.org
AMERICAN CIVIL LIBERTIES UNION
FOUNDATION OF NORTHERN
CALIFORNIA
39 Drumm Street
San Francisco, CA 94111
Tel: 415-621-2493

*Counsel for Stop/Arrest Plaintiffs*

BRISA VELAZQUEZ OATIS
(SBN 339132)
bvoatis@aclu-sdic.org
ACLU FOUNDATION OF
SAN DIEGO & IMPERIAL COUNTIES
P.O. Box 87131
San Diego, CA 92138-7131
Tel: 619-398-4199

*Counsel for Stop/Arrest Plaintiffs*

EDGAR AGUILASOCHO (SBN 285567)
eaguilasocho@farmworkerlaw.com
MARTÍNEZ AGUILASOCHO LAW, INC.
900 Truxtun Ave, Suite 300
Bakersfield, CA 93301
Tel: 661-859-1174

*Counsel for Plaintiff United Farm Workers*

JESSICA KARP BANSAL (SBN 277347)
jessica@ndlon.org
LAUREN MICHEL WILFONG*
lwilfong@ndlon.org
JIA FU*
jennifer@ndlon.org
NATIONAL DAY LABORER ORGANIZING
NETWORK
1030 S. Arroyo Parkway, Suite 106
Pasadena, CA 91105
Tel: 626-214-5689

*Counsel for Stop/Arrest Plaintiffs*

MATTHEW J. CRAIG (SBN 350030)
mcraig@heckerfink.com
MACK E. JENKINS (SBN 242101)
mjenkins@heckerfink.com
HECKER FINK LLP
1150 South Olive Street, Suite 10-140
Los Angeles, CA 90015
Tel: 212-763-0883; Fax: 212-564-0883

*Counsel for Access/Conditions Plaintiffs*

CARL BERGQUIST*
cbergquist@chirla.org
COALITION FOR HUMANE IMMIGRANT
RIGHTS
2351 Hempstead Road
Ottawa Hills, OH 43606
Tel: 310-279-6025

*Counsel for Plaintiff Coalition for Humane Immigrant Rights*

ALVARO M. HUERTA (SBN 274787)
ahuerta@immdef.org
BRYNNA BOLT (SBN 339378)
bbolt@immdef.org
ALISON STEFFEL (SBN 346370)
asteffel@immdef.org
IMMIGRANT DEFENDERS LAW CENTER
634 S. Spring St., 10th Floor
Los Angeles, CA 90014
Tel: 213-634-0999

*Counsel for Plaintiff Immigrant Defenders Law Center*

* Admitted pro hac vice

-3-    Case No. 2:25-cv-05605-MEMF-SP

DECLARATION OF J.G.S.C. IN SUPPORT OF MOTION FOR PRELIMINARY INJUNCTION

**DECLARATION OF J G S C**

I, J G S C , hereby declare:

1. I make this declaration based on my own personal knowledge. If called to testify, I could and would testify competently hereto:

2. My full name is J G S C . I am 61 years old, and I am of Latino ethnicity.

3. I have lived in Pasadena, California for decades. I had two jobs in Pasadena to financially support myself before I got detained at my car wash job on August 22, 2025. My other job in the evening was at a pizza restaurant.

4. I have a son who is a legal permanent. He is married to a U.S. citizen and together they have two U.S. citizen children.

5. On August 22, 2025 I was working at my first job at Pasadena Car Wash, located at 164 W Del Mar Blvd, Pasadena, CA 91105. My job was to vacuum the vehicles after being washed. Between 11 am to 12 pm I was taking my lunch break in our break area that is outside. I was on my phone with a family member when a man dressed in casual clothes, face covered and had a vest and a man raced towards me. Another female officer was waiting in the car. The man aggressively approached me and did not identify himself. I got scared and quickly got up from the table and took a few steps and tried to hide. At that time I did no know that these were immigration officers because no one said who they were. The car wash had been robbed before at the same location and I was afraid it was another robbery.

6. I was not at the car wash when it was robbed before, but I already had been robbed before and I still have fears from that. I was robbed in a laundromat and threatened with a firearm. I did not file a police report because I have always been afraid of my immigration status. The most traumatic robbery incident that I had happened while I worked for Sizzler in Pasadena, California. Sometime in 2006-2007, I was held hostage for a few hours by a gunman in Pasadena. Coworkers and I

were shoved into a walk-in fridge for about 2 hours until the police arrived to release us. I became hypervigilant, mistrustful of others, and withdrawn after that incident. When I saw the masked man racing towards me, I did not know if he was there to rob the car wash, if it was a madman trying to harm me, or if it was a law officer. I was confused and my body was filled with many mixed emotions.

7. I tried to hide behind a pickup truck. That is when the officer grabbed me by the arm and he said "don't move." He grabbed me by the arm and he asked if I had any papers to be in the country. I realized this was immigration when he asked about my papers. I could not walk away because he had me by the arm and told me to not move. I was also scared to move because he had a gun and his face was covered. I answered no to the question of whether I had any papers. He handcuffed me right away and took me outside to a vehicle with no visible markings and I saw other men wearing masks too. No one had identified themselves and I did not see any badges on the masked men. I was asked if I was from Guatemala, and I answered I was from Mexico. They didn't search my pockets to see that I had a Mexican consular identification card on me. At that moment I assumed they were from immigration. However, the masked man that arrested me never identified himself and I never saw any badges and markings on the vehicles. While I was handcuffed, I was placed inside the vehicle and told I was arrested for not having papers.

8. I was never given a warrant for my arrest. I would have appeared if I was required to.

9. I was handcuffed until I arrived at the downtown Los Angeles detention center. I was handed over to immigration and placed in a small room with other 15 men. My fingerprints and photos were taken, and my personal information was entered into their system. I was told that I could fight my case because I did not have a criminal history or an immigration record. I agreed and said I wanted to fight my case. After I was processed, I was transferred to a bigger room where there were about 25 men, sometimes more. The room was cold and overpopulated, and it only

had 2 benches not suitable to hold 25 men. We had no beds and blankets and had to sleep on the cold floors. There were two public toilets with little privacy, and I never saw someone come to clean while I was there. For about a week I slept in a cold room wearing the same clothes, had not showered, and was fed innutritious food three times a day. Our meals consisted of a cereal cup and one bean and cheese burrito in at least one meal.

10. After a week I was transferred to Otay Mesa where I am currently detained. For the first time I was shackled at my waist, feet, and hands. I was shackled for about 5 hours. I was placed in a large cold room with other detainees. We were divided into groups to take our photos and fingerprints, and our personal belongings were taken away for a second time. I had my first shower since my initial arrest. We were given a bag that contained essentials, clothes, and a black and assigned me to a room. I now share a cell with two undocumented men from other countries. I have no privacy and am fed three times a day with no protein.

11. I believe I was arrested that day at the plaza because of my appearance and my job.

12. My employment and financial situation have been affected. I am behind paying a $2,000 loan and I do not know if they are going to sue me since I haven't made any payments. My son is helping me pay my rent and some bills but can only do so for just another month.

13. My son lives in San Bernardino, he is married to a U.S. citizen, and both have 2 U.S. citizen children, ages 3 and 5. My son has applied for U.S. citizenship and is scheduled for an interview in November. My grandchildren would come visit me or I would visit them once a month to have a close relationship.

DECLARATION OF J.G.S.C. IN SUPPORT OF MOTION FOR PRELIMINARY INJUNCTION

I declare under penalty of perjury of the laws of the State of California and
the United States that the foregoing is true and correct. Executed at Otay Mesa, California
on December ___8___, 2025.

Signature

DECLARATION OF J.G.S.C. IN SUPPORT OF MOTION FOR PRELIMINARY INJUNCTION

Certificate of Interpretation

I, Yadira Limon, am competent to interpret between English and Spanish languages. I certify that I read the attached "DECLARATION OF J█ G████████ S████ C████" to J█ G████ S██ C███, in the Spanish language and that he understood it and agreed that it was true and accurate before signing. I certify that my interpretation of the attached document was true and accurate to the best of my abilities.

12/08/2025

Date

Signature of interpreter
Yadira Limon
Law Office of Stacy Tolchin
776 E. Green Sreet, Ste. 210
Pasadena, CA 91101
(213) 622-7450