# EXHIBIT 49

STACY TOLCHIN (SBN 217431)
*stacy@tolchinimmigration.com*
LAW OFFICES OF STACY TOLCHIN
776 E. Green St., Suite 210
Pasadena, CA 91101
Tel: 213-622-7450; Fax: 213-622-7233

MOHAMMAD TAJSAR (SBN 280152)
*mtajsar@aclusocal.org*
MAYRA JOACHIN (SBN 306065)
*mjoachin@aclusocal.org*
DAE KEUN KWON (SBN 313155)
*akwon@aclusocal.org*
STEPHANIE PADILLA (SBN 321568)
*spadilla@aclusocal.org*
ALYSSA MORONES (SBN 343358)
*amorones@aclusocal.org*
ACLU FOUNDATION OF
SOUTHERN CALIFORNIA
P.O. Box 811370
Los Angeles, CA 90081-0007
Tel: 213-977-9500; Fax: 213-915-0219

*Counsel for Stop/Arrest Plaintiffs*

MARK ROSENBAUM (SBN 59940)
*mrosenbaum@publiccounsel.org*
REBECCA BROWN (SBN 345805)
*rbrown@publiccounsel.org*
RITU MAHAJAN (SBN 252970)
*rmahajan@publiccounsel.org*
GINA AMATO (SBN 215519)
*gamato@publiccounsel.org*
AMANDA MANGASER SAVAGE
(SBN 325996)
*asavage@publiccounsel.org*
PUBLIC COUNSEL
610 South Ardmore Avenue
Los Angeles, CA 90005
Tel: 213-385-2977

*Counsel for All Plaintiffs*

ANNE LAI (SBN 295394)
*alai@law.uci.edu*
UC IRVINE SCHOOL OF LAW
IMMIGRANT AND RACIAL JUSTICE
SOLIDARITY CLINIC
P.O. Box 5479
Irvine, CA 92616-5479
Tel: 949-824-9894; Fax: 949-824-2747

(*Additional counsel listed on next page*)

*Counsel for Stop/Arrest Plaintiffs*

## UNITED STATES DISTRICT COURT

## FOR THE CENTRAL DISTRICT OF CALIFORNIA

Pedro VASQUEZ PERDOMO; Carlos Alexander OSORTO; and Isaac VILLEGAS MOLINA; Jorge HERNANDEZ VIRAMONTES; Jason Brian GAVIDIA; LOS ANGELES WORKER CENTER NETWORK; UNITED FARM WORKERS; COALITION FOR HUMANE IMMIGRANT RIGHTS; IMMIGRANT DEFENDERS LAW CENTER,

        Plaintiffs,

    v.

Markwayne MULLIN, in his official capacity as Secretary, Department of Homeland Security; David VENTURELLA, in his official capacity as Acting Director, U.S. Immigration and Customs Enforcement; Rodney S. SCOTT, in his official capacity as

Case No.: 2:25-cv-05605-MEMF-SP

**DECLARATION OF ▮▮▮▮ ▮ ▮▮▮▮ IN SUPPORT OF MOTION FOR PRELIMINARY INJUNCTION**

DECLARATION OF FABIO FRANCISCO LOPEZ IN SUPPORT OF MOTION FOR PRELIMINARY INJUNCTION

Commissioner, U.S. Customs and Border Patrol; Rosario VASQUEZ, in his official capacity as Chief of U.S. Border Patrol; Kash PATEL, in his official capacity as Director, Federal Bureau of Investigation; Todd BLANCHE, in his official capacity as Acting U.S. Attorney General; Thomas GILES, in his official capacity as Acting Field Office Director for Los Angeles, U.S. Immigration and Customs Enforcement; Dean T. SORENSON, Special Agent in Charge for Los Angeles, Homeland Security Investigations, U.S. Immigration and Customs Enforcement; Daniel I. PARRA, in his official capacity as Acting Chief Patrol Agent for El Centro Sector of the U.S. Border Patrol; Justin DE LA TORRE, in his official capacity as Acting Chief Patrol Agent, San Diego Sector of the U.S. Border Patrol; Akil DAVIS, in his official capacity as Assistant Director in Charge, Los Angeles Office, Federal Bureau of Investigation; Bilal A. ESSAYLI, in his official capacity as First Assistant U.S. Attorney for the Central District of California,

Defendants.

DECLARATION OF FABIO FRANCISCO LOPEZ IN SUPPORT OF MOTION FOR PRELIMINARY INJUNCTION

JACOB S. KREILKAMP (SBN 248210)
jacob.kreilkamp@mto.com
DAVID FRY (SBN 189276)
david.fry@mto.com
ADAM B. WEISS (SBN 296381)
adam.weiss@mto.com
SARA H. WORTH (SBN 341088)
sara.worth@mto.com
LAURA R. PERRY (SBN 342504)
laura.perrystone@mto.com
HENRY D. SHREFFLER (SBN 343388)
henry.shreffler@mto.com
LAUREN E. KUHN (SBN 343855)
lauren.kuhn@mto.com
ANGELA URIBE (SBN 353579)
angela.uribe@mto.com
MAGGIE BUSHELL (SBN 354048)
maggie.bushell@mto.com
MUNGER, TOLLES & OLSON LLP
350 S. Grand Ave., 50th Floor
Los Angeles, CA 90071
Tel: 213-683-9100; Fax: 213-683-9100

*Counsel for Stop/Arrest Plaintiffs*

BREE BERNWANGER (SBN 331731)
bbernwanger@aclunc.org
AMERICAN CIVIL LIBERTIES UNION
FOUNDATION OF NORTHERN
CALIFORNIA
39 Drumm Street
San Francisco, CA 94111
Tel: 415-621-2493

*Counsel for Stop/Arrest Plaintiffs*

BRISA VELAZQUEZ OATIS
(SBN 339132)
bvoatis@aclu-sdic.org
ACLU FOUNDATION OF
SAN DIEGO & IMPERIAL COUNTIES
P.O. Box 87131
San Diego, CA 92138-7131
Tel: 619-398-4199

*Counsel for Stop/Arrest Plaintiffs*

EDGAR AGUILASOCHO (SBN 285567)
eaguilasocho@farmworkerlaw.com
MARTÍNEZ AGUILASOCHO LAW, INC.
900 Truxtun Ave, Suite 300
Bakersfield, CA 93301
Tel: 661-859-1174

*Counsel for Plaintiff United Farm Workers*

JESSICA KARP BANSAL (SBN 277347)
jessica@ndlon.org
LAUREN MICHEL WILFONG*
lwilfong@ndlon.org
JIA FU*
jennifer@ndlon.org
NATIONAL DAY LABORER ORGANIZING
NETWORK
1030 S. Arroyo Parkway, Suite 106
Pasadena, CA 91105
Tel: 626-214-5689

*Counsel for Stop/Arrest Plaintiffs*

MATTHEW J. CRAIG (SBN 350030)
mcraig@heckerfink.com
MACK E. JENKINS (SBN 242101)
mjenkins@heckerfink.com
HECKER FINK LLP
1150 South Olive Street, Suite 10-140
Los Angeles, CA 90015
Tel: 212-763-0883; Fax: 212-564-0883

*Counsel for Access/Conditions Plaintiffs*

CARL BERGQUIST*
cbergquist@chirla.org
COALITION FOR HUMANE IMMIGRANT
RIGHTS
2351 Hempstead Road
Ottawa Hills, OH 43606
Tel: 310-279-6025

*Counsel for Plaintiff Coalition for Humane
Immigrant Rights*

ALVARO M. HUERTA (SBN 274787)
ahuerta@immdef.org
BRYNNA BOLT (SBN 339378)
bbolt@immdef.org
ALISON STEFFEL (SBN 346370)
asteffel@immdef.org
IMMIGRANT DEFENDERS LAW CENTER
634 S. Spring St., 10th Floor
Los Angeles, CA 90014
Tel: 213-634-0999

*Counsel for Plaintiff Immigrant
Defenders Law Center*

* Admitted pro hac vice

-3-    Case No. 2:25-cv-05605-MEMF-SP

DECLARATION OF FABIO FRANCISCO LOPEZ IN SUPPORT OF MOTION FOR PRELIMINARY INJUNCTION

**DECLARATION OF F███ F████████ L████**

I, F███ F████ L███, hereby declare:

1. I make this declaration based on my own personal knowledge. If called to testify, I could and would testify competently hereto:

2. I make this declaration from my personal knowledge and if called to testify to these facts could and would do so competently.

3. My full name is F███ F████ L███. I am fifty-seven years old. I have lived in the Los Angeles area for almost twenty years. I am of Latino ethnicity. I have diabetes and require medication to keep my insulin at a healthy level.

4. On October 10, 2025, I was working at Mission Hand Car Wash in Los Angeles, where I have worked for many years. Around 11:00am, I was drying off a car when a vehicle with tinted windows pulled into the car wash. A friend told me that ICE was here, but I thought he was joking and did not immediately realize what was happening.

5. Then, from the other side of the carwash, around four to five agents came running towards me. They appeared to be frantically looking for people to grab. I stepped aside to allow them to pass but they ran to me and violently grabbed me. In doing so, they injured my shoulder which still hurts to this day.

6. The agents wore green clothes, bulletproof vests, black masks, baseball caps, and sunglasses. I could not tell if they had any insignia from a law enforcement agency, but they were generally wearing what looked like civilian clothes.

7. The agents asked me what my name was. They did not ask me any other questions. They threw me into a car and tightly strapped the seatbelt around me. Without asking me any other questions or asking for permission, they dug into my pocket for my wallet and looked through it. They ripped off my hat and face mask, which I was wearing because I had the flu. They took close up photos of me and told me in Spanish that if I did not behave, they would treat me badly. I understood this to mean that if I did not do what they told me to do or answer their questions, they would hurt me.

8. I initially did not want to tell them my name but with how roughly they were treating me,

-4-    Case No. 2:25-cv-05605-MEMF-SP

DECLARATION OF FABIO FRANCISCO LOPEZ IN SUPPORT OF MOTION FOR PRELIMINARY INJUNCTION

I felt like if I did not tell them then they would gravely injure me. I did not feel like I could freely leave or refuse the agents at any point during this encounter.

9. I later heard from others that there were at least seven people arrested at the car wash that day.

10. The agents took me to a Target parking lot where we waited for 30 minutes before boarding a microbus to a detention facility in downtown Los Angeles that I later learned is called "B-18."

11. At B-18, I was forced to sleep on the floor and it was very cold. The agents were pressuring me to sign a voluntary departure form. Because I was afraid, cold, and physically unwell without access to my medications, I felt like I had to sign the voluntary departure form. I was not in my right mind and feel that I was coerced into signing the form.

12. I was kept at B-18 for around one day before being transferred to Adelanto. When I first arrived at Adelanto, they did not provide me with my medications. My insulin levels rose, and I felt nauseous and faint.

13. On Sunday, October 19, 2025, I felt that I needed to vomit and tried to go to the bathroom. However, I ended up fainting and injuring my head. A subsequent examination the next day, on Monday, showed that my sodium levels were abnormally high. I was sent to the hospital on Monday and stayed there until Wednesday, October 22, 2025. I never received treatment for my shoulder injury from when I was arrested on October 10, 2025.

14. Throughout this entire experience, no one has told me why I was being arrested and treated this way.

15. I believe that the agents came into the carwash looking for people like me, Latino car wash workers, to target. From the way they grabbed me so quickly without asking any questions, I can only imagine that it was because of my race.

16. My daughter is a lawful permanent resident. She has uterine cancer and I play a big role in taking her to her healthcare appointments and caring for her U.S. citizen children who are 7 and 8 years old, who are my grandchildren. I go to their parent teacher conferences, drop them off and pick them up from school, and am generally very involved in their education. I am the

DECLARATION OF FABIO FRANCISCO LOPEZ IN SUPPORT OF MOTION FOR PRELIMINARY INJUNCTION

primary steady adult presence in their lives as their mother is undergoing cancer treatment. I am very concerned for all three of them now that I am detained and unable to help them.

I declare under penalty of perjury under the laws of the United States and the State of California that the foregoing is true and correct.

Executed on November 4, 2025, at Adelanto, California.



DECLARATION OF FABIO FRANCISCO LOPEZ IN SUPPORT OF MOTION FOR PRELIMINARY INJUNCTION

## CERTIFICATE OF INTERPRETATION

I, Michael Caleb Soto, certify under penalty of perjury that I am fluent in Spanish and English and that I am competent to interpret between the two languages. I further certify that, on November 4, 2025 I read the foregoing to Fabio Francisco Lopez in Spanish, a language in which he is fluent, and that he confirmed its accuracy.

Date: November 4, 2025

Michael Caleb Soto