# EXHIBIT 50

STACY TOLCHIN (SBN 217431)
stacy@tolchinimmigration.com
LAW OFFICES OF STACY TOLCHIN
776 E. Green St., Suite 210
Pasadena, CA 91101
Tel: 213-622-7450; Fax: 213-622-7233

MOHAMMAD TAJSAR (SBN 280152)
mtajsar@aclusocal.org
MAYRA JOACHIN (SBN 306065)
mjoachin@aclusocal.org
DAE KEUN KWON (SBN 313155)
akwon@aclusocal.org
STEPHANIE PADILLA (SBN 321568)
spadilla@aclusocal.org
ALYSSA MORONES (SBN 343358)
amorones@aclusocal.org
ACLU FOUNDATION OF
SOUTHERN CALIFORNIA
P.O. Box 811370
Los Angeles, CA 90081-0007
Tel: 213-977-9500; Fax: 213-915-0219

*Counsel for Stop/Arrest Plaintiffs*

(*Additional counsel listed on next page*)

MARK ROSENBAUM (SBN 59940)
mrosenbaum@publiccounsel.org
REBECCA BROWN (SBN 345805)
rbrown@publiccounsel.org
RITU MAHAJAN (SBN 252970)
rmahajan@publiccounsel.org
GINA AMATO (SBN 215519)
gamato@publiccounsel.org
AMANDA MANGASER SAVAGE
(SBN 325996)
asavage@publiccounsel.org
PUBLIC COUNSEL
610 South Ardmore Avenue
Los Angeles, CA 90005
Tel: 213-385-2977

*Counsel for All Plaintiffs*

ANNE LAI (SBN 295394)
alai@law.uci.edu
UC IRVINE SCHOOL OF LAW
IMMIGRANT AND RACIAL JUSTICE
SOLIDARITY CLINIC
P.O. Box 5479
Irvine, CA 92616-5479
Tel: 949-824-9894; Fax: 949-824-2747

*Counsel for Stop/Arrest Plaintiffs*

**UNITED STATES DISTRICT COURT**

**FOR THE CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| Pedro VASQUEZ PERDOMO; Carlos Alexander OSORTO; and Isaac VILLEGAS MOLINA; Jorge HERNANDEZ VIRAMONTES; Jason Brian GAVIDIA; LOS ANGELES WORKER CENTER NETWORK; UNITED FARM WORKERS; COALITION FOR HUMANE IMMIGRANT RIGHTS; IMMIGRANT DEFENDERS LAW CENTER, <br><br> Plaintiffs, <br><br> v. <br><br> Markwayne MULLIN, in his official capacity as Secretary, Department of Homeland Security; David VENTURELLA, in his official capacity as Acting Director, U.S. Immigration and Customs Enforcement; Rodney S. SCOTT, in his official capacity as | Case No.: 2:25-cv-05605-MEMF-SP <br><br> **DECLARATION OF MANUEL LUNA MACIEL IN SUPPORT OF MOTION FOR PRELIMINARY INJUNCTION** |

-1-                              Case No. 2:25-cv-05605-MEMF-SP

DECLARATION OF MANUEL LUNA MACIEL IN SUPPORT OF MOTION FOR PRELIMINARY INJUNCTION

Commissioner, U.S. Customs and Border Patrol; Rosario VASQUEZ, in his official capacity as Chief of U.S. Border Patrol; Kash PATEL, in his official capacity as Director, Federal Bureau of Investigation; Todd BLANCHE, in his official capacity as Acting U.S. Attorney General; Thomas GILES, in his official capacity as Acting Field Office Director for Los Angeles, U.S. Immigration and Customs Enforcement; Dean T. SORENSON, Special Agent in Charge for Los Angeles, Homeland Security Investigations, U.S. Immigration and Customs Enforcement; Daniel I. PARRA, in his official capacity as Acting Chief Patrol Agent for El Centro Sector of the U.S. Border Patrol; Justin DE LA TORRE, in his official capacity as Acting Chief Patrol Agent, San Diego Sector of the U.S. Border Patrol; Akil DAVIS, in his official capacity as Assistant Director in Charge, Los Angeles Office, Federal Bureau of Investigation; Bilal A. ESSAYLI, in his official capacity as First Assistant U.S. Attorney for the Central District of California,

　　Defendants.

DECLARATION OF MANUEL LUNA MACIEL IN SUPPORT OF MOTION FOR PRELIMINARY INJUNCTION

JACOB S. KREILKAMP (SBN 248210)
jacob.kreilkamp@mto.com
DAVID FRY (SBN 189276)
david.fry@mto.com
ADAM B. WEISS (SBN 296381)
adam.weiss@mto.com
SARA H. WORTH (SBN 341088)
sara.worth@mto.com
LAURA R. PERRY (SBN 342504)
laura.perrystone@mto.com
HENRY D. SHREFFLER (SBN 343388)
henry.shreffler@mto.com
LAUREN E. KUHN (SBN 343855)
lauren.kuhn@mto.com
ANGELA URIBE (SBN 353579)
angela.uribe@mto.com
MAGGIE BUSHELL (SBN 354048)
maggie.bushell@mto.com
MUNGER, TOLLES & OLSON LLP
350 S. Grand Ave., 50th Floor
Los Angeles, CA 90071
Tel: 213-683-9100; Fax: 213-683-9100

*Counsel for Stop/Arrest Plaintiffs*

BREE BERNWANGER (SBN 331731)
bbernwanger@aclunc.org
AMERICAN CIVIL LIBERTIES UNION
FOUNDATION OF NORTHERN
CALIFORNIA
39 Drumm Street
San Francisco, CA 94111
Tel: 415-621-2493

*Counsel for Stop/Arrest Plaintiffs*

BRISA VELAZQUEZ OATIS
(SBN 339132)
bvoatis@aclu-sdic.org
ACLU FOUNDATION OF
SAN DIEGO & IMPERIAL COUNTIES
P.O. Box 87131
San Diego, CA 92138-7131
Tel: 619-398-4199

*Counsel for Stop/Arrest Plaintiffs*

EDGAR AGUILASOCHO (SBN 285567)
eaguilasocho@farmworkerlaw.com
MARTÍNEZ AGUILASOCHO LAW, INC.
900 Truxtun Ave, Suite 300
Bakersfield, CA 93301
Tel: 661-859-1174

*Counsel for Plaintiff United Farm Workers*

JESSICA KARP BANSAL (SBN 277347)
jessica@ndlon.org
LAUREN MICHEL WILFONG*
lwilfong@ndlon.org
JIA FU*
jennifer@ndlon.org
NATIONAL DAY LABORER ORGANIZING
NETWORK
1030 S. Arroyo Parkway, Suite 106
Pasadena, CA 91105
Tel: 626-214-5689

*Counsel for Stop/Arrest Plaintiffs*

MATTHEW J. CRAIG (SBN 350030)
mcraig@heckerfink.com
MACK E. JENKINS (SBN 242101)
mjenkins@heckerfink.com
HECKER FINK LLP
1150 South Olive Street, Suite 10-140
Los Angeles, CA 90015
Tel: 212-763-0883; Fax: 212-564-0883

*Counsel for Access/Conditions Plaintiffs*

CARL BERGQUIST*
cbergquist@chirla.org
COALITION FOR HUMANE IMMIGRANT
RIGHTS
2351 Hempstead Road
Ottawa Hills, OH 43606
Tel: 310-279-6025

*Counsel for Plaintiff Coalition for Humane Immigrant Rights*

ALVARO M. HUERTA (SBN 274787)
ahuerta@immdef.org
BRYNNA BOLT (SBN 339378)
bbolt@immdef.org
ALISON STEFFEL (SBN 346370)
asteffel@immdef.org
IMMIGRANT DEFENDERS LAW CENTER
634 S. Spring St., 10th Floor
Los Angeles, CA 90014
Tel: 213-634-0999

*Counsel for Plaintiff Immigrant Defenders Law Center*

* Admitted pro hac vice

Case No. 2:25-cv-05605-MEMF-SP
DECLARATION OF MANUEL LUNA MACIEL IN SUPPORT OF MOTION FOR PRELIMINARY INJUNCTION

**<u>Declaration of Manuel Luna Maciel</u>**

I, Manuel Luna Maciel, declare the following:

1.     I make this declaration from my personal knowledge and if called to testify to these facts could and would do so competently.

2.     My name is Manuel Luna Maciel. I was born in 1966, and I am of Latino ethnicity. I speak Spanish. I have lived in the United States since 1988, for almost forty years. I am a skilled handyman with construction and maintenance experience. I have never had contact with immigration enforcement before this incident

3.     On October 20, 2025, I was standing underneath the Home Depot sign at the Signal Hill Home Depot in Long Beach. I had not worked for about a month because of a severe burn injury on my wrist.

4.     That morning, I noticed a white SUV with tinted windows parked nearby before anything happened. Then suddenly, many vehicles arrived quickly. About twenty agents in green uniforms got out. They came from different directions, including from the gas station next to the Home Depot.

5.     I saw people start to run, but I did not run. I stayed where I was standing. One of the agents, dressed in green and wearing a mask, came directly toward me and grabbed me. The agent asked if I had documents, but I did not respond.

6.     The agent put handcuffs on me. My right wrist was still healing from a burn I experienced working. The handcuffs rubbed the burned area raw, and I am still in pain from the injury caused by the handcuffs.

7.     The agent then patted me down and took my wallet. Inside, I had an old work permit that was expired. He continued asking me questions, but I did not answer.

8.     As I was being put into the van, the agent said in Spanish, "Answer truthfully, you don't have documents anymore." At that moment, I finally said, "Truthfully, no." This was the only time I spoke during the arrest.

-1-                    Case No. 2:25-cv-05605-MEMF-SP

DECLARATION OF MANUEL LUNA MACIEL IN SUPPORT OF MOTION FOR PRELIMINARY INJUNCTION

9.      I was not told who the agents were, and I did not see any identification or warrant. I did not feel free to walk away because the agent had grabbed and kept his hands on me. I was in handcuffs after not responding to the first question asked by the agents.

10.     There were about five people from the Home Depot in the van with me. I saw that some of them had bruises and scrapes from being tackled when they tried to run. My arm was bruised and hurt more because of the handcuffs, which were very tight.

11.     We were taken directly to the B-18 detention facility in Los Angeles. I was held there for almost five days before being transferred to Adelanto on the Friday after my arrest.

12.     The conditions at B-18 were very bad. I was forced to sleep on the floor with only a thin silver sheet. There were no blankets. On my third or fourth day at B-18, I was given a paper to sign at about three in the morning. I was not told what I was signing. The agent said, "If you sign this, it won't hurt you." I did not know what the paper was, or understand the language, but I felt pressured to sign it.

13.     I believe I was arrested and treated this way because I am Latino, a Spanish speaker, and a day laborer standing at a Home Depot. I was not told the reason for my arrest or informed of any legal basis for being detained.

-5-                               Case No. 2:25-cv-05605-MEMF-SP

DECLARATION OF MANUEL LUNA MACIEL IN SUPPORT OF MOTION FOR PRELIMINARY INJUNCTION

I declare under penalty of perjury of the laws of the State of California and the United States that the foregoing is true and correct. Executed at Adelanto, California on November 6, 2025.

MANUEL (UNO)
MANUEL (UNO)

## CERTIFICATE OF INTERPRETATION

I, Jia Fu, certify under penalty of perjury that I am fluent in Spanish and English, and that I am competent to interpret between the two languages. I further certify that, on November 6, 2025, I read the foregoing to Manuel Luna Maciel in Spanish, a language in which he is fluent, and he has confirmed its accuracy.


Date:   November 6, 2025

Jia Fu