# EXHIBIT 51

STACY TOLCHIN (SBN 217431)
*stacy@tolchinimmigration.com*
LAW OFFICES OF STACY TOLCHIN
776 E. Green St., Suite 210
Pasadena, CA 91101
Tel: 213-622-7450; Fax: 213-622-7233

MOHAMMAD TAJSAR (SBN 280152)
*mtajsar@aclusocal.org*
MAYRA JOACHIN (SBN 306065)
*mjoachin@aclusocal.org*
DAE KEUN KWON (SBN 313155)
*akwon@aclusocal.org*
STEPHANIE PADILLA (SBN 321568)
*spadilla@aclusocal.org*
ALYSSA MORONES (SBN 343358)
*amorones@aclusocal.org*
ACLU FOUNDATION OF
SOUTHERN CALIFORNIA
P.O. Box 811370
Los Angeles, CA 90081-0007
Tel: 213-977-9500; Fax: 213-915-0219

*Counsel for Stop/Arrest Plaintiffs*

(*Additional counsel listed on next page*)

MARK ROSENBAUM (SBN 59940)
*mrosenbaum@publiccounsel.org*
REBECCA BROWN (SBN 345805)
*rbrown@publiccounsel.org*
RITU MAHAJAN (SBN 252970)
*rmahajan@publiccounsel.org*
GINA AMATO (SBN 215519)
*gamato@publiccounsel.org*
AMANDA MANGASER SAVAGE
(SBN 325996)
*asavage@publiccounsel.org*
PUBLIC COUNSEL
610 South Ardmore Avenue
Los Angeles, CA 90005
Tel: 213-385-2977

*Counsel for All Plaintiffs*

ANNE LAI (SBN 295394)
*alai@law.uci.edu*
UC IRVINE SCHOOL OF LAW
IMMIGRANT AND RACIAL JUSTICE
SOLIDARITY CLINIC
P.O. Box 5479
Irvine, CA 92616-5479
Tel: 949-824-9894; Fax: 949-824-2747

*Counsel for Stop/Arrest Plaintiffs*

**UNITED STATES DISTRICT COURT**

**FOR THE CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| Pedro VASQUEZ PERDOMO; Carlos Alexander OSORTO; and Isaac VILLEGAS MOLINA; Jorge HERNANDEZ VIRAMONTES; Jason Brian GAVIDIA; LOS ANGELES WORKER CENTER NETWORK; UNITED FARM WORKERS; COALITION FOR HUMANE IMMIGRANT RIGHTS; IMMIGRANT DEFENDERS LAW CENTER,<br><br>    Plaintiffs,<br><br>  v.<br><br>Markwayne MULLIN, in his official capacity as Secretary, Department of Homeland Security; David VENTURELLA, in his official capacity as Acting Director, U.S. Immigration and Customs Enforcement; Rodney S. SCOTT, in his official capacity as | Case No.: 2:25-cv-05605-MEMF-SP<br><br>**DECLARATION OF M.G. IN SUPPORT OF MOTION FOR PRELIMINARY INJUNCTION** |

-1-                    Case No. 2:25-cv-05605-MEMF-SP

DECLARATION OF M.G. IN SUPPORT OF MOTION FOR PRELIMINARY INJUNCTION

Commissioner, U.S. Customs and Border Patrol; Rosario VASQUEZ, in his official capacity as Chief of U.S. Border Patrol; Kash PATEL, in his official capacity as Director, Federal Bureau of Investigation; Todd BLANCHE, in his official capacity as Acting U.S. Attorney General; Thomas GILES, in his official capacity as Acting Field Office Director for Los Angeles, U.S. Immigration and Customs Enforcement; Dean T. SORENSON, Special Agent in Charge for Los Angeles, Homeland Security Investigations, U.S. Immigration and Customs Enforcement; Daniel I. PARRA, in his official capacity as Acting Chief Patrol Agent for El Centro Sector of the U.S. Border Patrol; Justin DE LA TORRE, in his official capacity as Acting Chief Patrol Agent, San Diego Sector of the U.S. Border Patrol; Akil DAVIS, in his official capacity as Assistant Director in Charge, Los Angeles Office, Federal Bureau of Investigation; Bilal A. ESSAYLI, in his official capacity as First Assistant U.S. Attorney for the Central District of California,

     Defendants.

-2-    Case No. 2:25-cv-05605-MEMF-SP

DECLARATION OF M.G. IN SUPPORT OF MOTION FOR PRELIMINARY INJUNCTION

JACOB S. KREILKAMP (SBN 248210)
*jacob.kreilkamp@mto.com*
DAVID FRY (SBN 189276)
*david.fry@mto.com*
ADAM B. WEISS (SBN 296381)
*adam.weiss@mto.com*
SARA H. WORTH (SBN 341088)
*sara.worth@mto.com*
LAURA R. PERRY (SBN 342504)
*laura.perrystone@mto.com*
HENRY D. SHREFFLER (SBN 343388)
*henry.shreffler@mto.com*
LAUREN E. KUHN (SBN 343855)
*lauren.kuhn@mto.com*
ANGELA URIBE (SBN 353579)
*angela.uribe@mto.com*
MAGGIE BUSHELL (SBN 354048)
*maggie.bushell@mto.com*
MUNGER, TOLLES & OLSON LLP
350 S. Grand Ave., 50th Floor
Los Angeles, CA 90071
Tel: 213-683-9100; Fax: 213-683-9100

*Counsel for Stop/Arrest Plaintiffs*

BREE BERNWANGER (SBN 331731)
*bbernwanger@aclunc.org*
AMERICAN CIVIL LIBERTIES UNION
FOUNDATION OF NORTHERN
CALIFORNIA
39 Drumm Street
San Francisco, CA 94111
Tel: 415-621-2493

*Counsel for Stop/Arrest Plaintiffs*

BRISA VELAZQUEZ OATIS
(SBN 339132)
*bvoatis@aclu-sdic.org*
ACLU FOUNDATION OF
SAN DIEGO & IMPERIAL COUNTIES
P.O. Box 87131
San Diego, CA 92138-7131
Tel: 619-398-4199

*Counsel for Stop/Arrest Plaintiffs*

EDGAR AGUILASOCHO (SBN 285567)
*eaguilasocho@farmworkerlaw.com*
MARTÍNEZ AGUILASOCHO LAW, INC.
900 Truxtun Ave, Suite 300
Bakersfield, CA 93301
Tel: 661-859-1174

*Counsel for Plaintiff United Farm Workers*

JESSICA KARP BANSAL (SBN 277347)
*jessica@ndlon.org*
LAUREN MICHEL WILFONG*
*lwilfong@ndlon.org*
JIA FU*
*jennifer@ndlon.org*
NATIONAL DAY LABORER ORGANIZING
NETWORK
1030 S. Arroyo Parkway, Suite 106
Pasadena, CA 91105
Tel: 626-214-5689

*Counsel for Stop/Arrest Plaintiffs*

MATTHEW J. CRAIG (SBN 350030)
*mcraig@heckerfink.com*
MACK E. JENKINS (SBN 242101)
*mjenkins@heckerfink.com*
HECKER FINK LLP
1150 South Olive Street, Suite 10-140
Los Angeles, CA 90015
Tel: 212-763-0883; Fax: 212-564-0883

*Counsel for Access/Conditions Plaintiffs*

CARL BERGQUIST*
*cbergquist@chirla.org*
COALITION FOR HUMANE IMMIGRANT
RIGHTS
2351 Hempstead Road
Ottawa Hills, OH 43606
Tel: 310-279-6025

*Counsel for Plaintiff Coalition for Humane
Immigrant Rights*

ALVARO M. HUERTA (SBN 274787)
*ahuerta@immdef.org*
BRYNNA BOLT (SBN 339378)
*bbolt@immdef.org*
ALISON STEFFEL (SBN 346370)
*asteffel@immdef.org*
IMMIGRANT DEFENDERS LAW CENTER
634 S. Spring St., 10th Floor
Los Angeles, CA 90014
Tel: 213-634-0999

*Counsel for Plaintiff Immigrant
Defenders Law Center*

* Admitted pro hac vice

-3-   Case No. 2:25-cv-05605-MEMF-SP

DECLARATION OF M.G. IN SUPPORT OF MOTION FOR PRELIMINARY INJUNCTION

**DECLARATION OF M██████ G██████**

I, M████ G████, hereby declare:

1. I make this declaration based on my own personal knowledge. If called to testify, I could and would testify competently hereto:

2. My name is M████ G████. I am 57 years old and of Latino ethnicity. I have lived in Southern California for almost 20 years.

3. For the past 16 years I have worked as a day laborer, seeking work at the Panorama City Home Depot. I have a work truck and I advertise my hauling and demolition services with a big sign on the side of the truck.

4. In September and October 2025 I was in the hospital for six weeks receiving treatment for several serious health conditions. I was released from the hospital in mid-October. It was difficult for me to walk and my breathing was labored. But I had to return to work to support myself.

5. On the morning of October 28, 2025 I was standing near my work truck, wearing work clothes, drinking coffee and speaking with my friend who is a street vendor. It was a quiet morning, I didn't see any day laborers in the Home Depot parking lot. I walked back toward my truck to get my medicine, when suddenly I felt someone grabbing my arm from behind. I turned around to see who had grabbed me and I saw three agents in masks, vests, and regular clothes. They had guns.

6. The agent who had grabbed me pulled my hands behind my back to handcuff me. I was in shock. I asked them why they were arresting me and they said "you know who we are." I responded that I hadn't asked who they were, I asked why they were arresting me. But they wouldn't give me a reason.

7. They did not ask me any questions. After I was handcuffed, they began to go through my pockets without permission. They took my wallet.

8. They put me in their car, which had pulled up on the street near the area where my truck was parked. They drove me to a private area nearby where

-4-                                Case No. 2:25-cv-05605-MEMF-SP
DECLARATION OF M.G. IN SUPPORT OF MOTION FOR PRELIMINARY INJUNCTION

there were two vehicles full of arrested people. There were about 20 other arrested people in total.

9. They took us to a hidden parking lot and then to a detention center in downtown Los Angeles that I later learned is called "B-18." I was there for three days without a bed, pillow, blanket, shower, or access to medical care or my medications. Finally they moved me to Adelanto. Each time I was transferred I was chained at my hands, feet, and waist.

10. It seemed like they were just looking to arrest people, anyone they could. I feel that I was targeted because I am Latino, was wearing my work clothes, and I was near the Home Depot with my work truck. They had no other information about me when they detained me.

11. I had been recovering from my hospitalization but once I was detained, my health got a lot worse. My access to my medication was disrupted. I also need a special diet because of my health conditions, which I did not get in detention. A few weeks after I was detained, I was hospitalized again. My whole body was swollen and I could barely walk. In the hospital, I was chained to the bed by my hands and feet. Multiple guards were in the small hospital room with me 24 hours a day. When I had to go to the bathroom, they would remove the chains from my hands but not from my feet. This caused me to fall once while I was in the bathroom and hurt my arm and back.

12. After a few weeks, I was returned to Adelanto, but as soon as I got back to the detention center and went to the medical clinic there, they took me straight back to the hospital because I was still so sick.

13. When I was hospitalized again, I was again chained to the bed at my hands and feet. Several guards watched me at all times.

14. I was returned to Adelanto a second time after about a week, but as soon as I got back to the detention center, my health got a lot worse again because I didn't have access to the care, medicine or food I needed. After about two weeks, I

-5-    Case No. 2:25-cv-05605-MEMF-SP

DECLARATION OF M.G. IN SUPPORT OF MOTION FOR PRELIMINARY INJUNCTION

was hospitalized a third time, after my body became very swollen again and I could not walk. I heard a nurse tell the guards not to chain me because my feet were swelling and the cuffs were cutting into my skin. But they ignored her.

15. In January 2026 I was ordered released on bond by an immigration judge. I remained in the hospital but I was finally unchained, and the officers left my room. After I was free, the doctors let me know I needed a surgery for my heart. I was able to get my heart surgery and I was also placed on dialysis. I now go to dialysis three times a week. I am feeling much better now that I am no longer detained and can access the healthcare, food, and services I need.

16. This experience has been horrific. I am afraid to return to seek work at Home Depot, in case I am stopped again based on my appearance.

I declare under penalty of perjury under the laws of the United States and the State of California that the foregoing is true and correct.

Executed on May 22, 2026, at Los Angeles, California.

DECLARATION OF M.G. IN SUPPORT OF MOTION FOR PRELIMINARY INJUNCTION

**CERTIFICATE OF INTERPRETATION**

I, Lauren Michel Wilfong, certify under penalty of perjury that I am fluent in English and Spanish and that I am competent to interpret between the two languages. I further certify that, on May 22, 2026, I read the foregoing to M█████ G█████ in Spanish, a language in which he is fluent, and that he confirmed its accuracy.

Date: May 22, 2026

Lauren Michel Wilfong

-7-                          Case No. 2:25-cv-05605-MEMF-SP

DECLARATION OF M.G. IN SUPPORT OF MOTION FOR PRELIMINARY INJUNCTION