# EXHIBIT 52

STACY TOLCHIN (SBN 217431)
*stacy@tolchinimmigration.com*
LAW OFFICES OF STACY TOLCHIN
776 E. Green St., Suite 210
Pasadena, CA 91101
Tel: 213-622-7450; Fax: 213-622-7233

MOHAMMAD TAJSAR (SBN 280152)
*mtajsar@aclusocal.org*
MAYRA JOACHIN (SBN 306065)
*mjoachin@aclusocal.org*
DAE KEUN KWON (SBN 313155)
*akwon@aclusocal.org*
STEPHANIE PADILLA (SBN 321568)
*spadilla@aclusocal.org*
ALYSSA MORONES (SBN 343358)
*amorones@aclusocal.org*
ACLU FOUNDATION OF
SOUTHERN CALIFORNIA
P.O. Box 811370
Los Angeles, CA 90081-0007
Tel: 213-977-9500; Fax: 213-915-0219

*Counsel for Stop/Arrest Plaintiffs*

(*Additional counsel listed on next page*)

MARK ROSENBAUM (SBN 59940)
*mrosenbaum@publiccounsel.org*
REBECCA BROWN (SBN 345805)
*rbrown@publiccounsel.org*
RITU MAHAJAN (SBN 252970)
*rmahajan@publiccounsel.org*
GINA AMATO (SBN 215519)
*gamato@publiccounsel.org*
AMANDA MANGASER SAVAGE
(SBN 325996)
*asavage@publiccounsel.org*
PUBLIC COUNSEL
610 South Ardmore Avenue
Los Angeles, CA 90005
Tel: 213-385-2977

*Counsel for All Plaintiffs*

ANNE LAI (SBN 295394)
*alai@law.uci.edu*
UC IRVINE SCHOOL OF LAW
IMMIGRANT AND RACIAL JUSTICE
SOLIDARITY CLINIC
P.O. Box 5479
Irvine, CA 92616-5479
Tel: 949-824-9894; Fax: 949-824-2747

*Counsel for Stop/Arrest Plaintiffs*

**UNITED STATES DISTRICT COURT**

**FOR THE CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| Pedro VASQUEZ PERDOMO; Carlos Alexander OSORTO; and Isaac VILLEGAS MOLINA; Jorge HERNANDEZ VIRAMONTES; Jason Brian GAVIDIA; LOS ANGELES WORKER CENTER NETWORK; UNITED FARM WORKERS; COALITION FOR HUMANE IMMIGRANT RIGHTS; IMMIGRANT DEFENDERS LAW CENTER, <br><br>　　　Plaintiffs, <br><br>　　v. <br><br> Markwayne MULLIN, in his official capacity as Secretary, Department of Homeland Security; David VENTURELLA, in his official capacity as Acting Director, U.S. Immigration and Customs Enforcement; Rodney S. SCOTT, in his official capacity as | Case No.: 2:25-cv-05605-MEMF-SP <br><br> **DECLARATION OF MONICA CASTILLO IN SUPPORT OF MOTION FOR PRELIMINARY INJUNCTION** |

DECLARATION OF MONICA CASTILLO IN SUPPORT OF MOTION FOR PRELIMINARY INJUNCTION

Commissioner, U.S. Customs and Border Patrol; Rosario VASQUEZ, in his official capacity as Chief of U.S. Border Patrol; Kash PATEL, in his official capacity as Director, Federal Bureau of Investigation; Todd BLANCHE, in his official capacity as Acting U.S. Attorney General; Thomas GILES, in his official capacity as Acting Field Office Director for Los Angeles, U.S. Immigration and Customs Enforcement; Dean T. SORENSON, Special Agent in Charge for Los Angeles, Homeland Security Investigations, U.S. Immigration and Customs Enforcement; Daniel I. PARRA, in his official capacity as Acting Chief Patrol Agent for El Centro Sector of the U.S. Border Patrol; Justin DE LA TORRE, in his official capacity as Acting Chief Patrol Agent, San Diego Sector of the U.S. Border Patrol; Akil DAVIS, in his official capacity as Assistant Director in Charge, Los Angeles Office, Federal Bureau of Investigation; Bilal A. ESSAYLI, in his official capacity as First Assistant U.S. Attorney for the Central District of California,

    Defendants.

DECLARATION OF MONICA CASTILLO IN SUPPORT OF MOTION FOR PRELIMINARY INJUNCTION

JACOB S. KREILKAMP (SBN 248210)
jacob.kreilkamp@mto.com
DAVID FRY (SBN 189276)
david.fry@mto.com
ADAM B. WEISS (SBN 296381)
adam.weiss@mto.com
SARA H. WORTH (SBN 341088)
sara.worth@mto.com
LAURA R. PERRY (SBN 342504)
laura.perrystone@mto.com
HENRY D. SHREFFLER (SBN 343388)
henry.shreffler@mto.com
LAUREN E. KUHN (SBN 343855)
lauren.kuhn@mto.com
ANGELA URIBE (SBN 353579)
angela.uribe@mto.com
MAGGIE BUSHELL (SBN 354048)
maggie.bushell@mto.com
MUNGER, TOLLES & OLSON LLP
350 S. Grand Ave., 50th Floor
Los Angeles, CA 90071
Tel: 213-683-9100; Fax: 213-683-9100

*Counsel for Stop/Arrest Plaintiffs*

BREE BERNWANGER (SBN 331731)
bbernwanger@aclunc.org
AMERICAN CIVIL LIBERTIES UNION
FOUNDATION OF NORTHERN
CALIFORNIA
39 Drumm Street
San Francisco, CA 94111
Tel: 415-621-2493

*Counsel for Stop/Arrest Plaintiffs*

BRISA VELAZQUEZ OATIS
(SBN 339132)
bvoatis@aclu-sdic.org
ACLU FOUNDATION OF
SAN DIEGO & IMPERIAL COUNTIES
P.O. Box 87131
San Diego, CA 92138-7131
Tel: 619-398-4199

*Counsel for Stop/Arrest Plaintiffs*

EDGAR AGUILASOCHO (SBN 285567)
eaguilasocho@farmworkerlaw.com
MARTÍNEZ AGUILASOCHO LAW, INC.
900 Truxtun Ave, Suite 300
Bakersfield, CA 93301
Tel: 661-859-1174

*Counsel for Plaintiff United Farm Workers*

JESSICA KARP BANSAL (SBN 277347)
jessica@ndlon.org
LAUREN MICHEL WILFONG*
lwilfong@ndlon.org
JIA FU*
jennifer@ndlon.org
NATIONAL DAY LABORER ORGANIZING
NETWORK
1030 S. Arroyo Parkway, Suite 106
Pasadena, CA 91105
Tel: 626-214-5689

*Counsel for Stop/Arrest Plaintiffs*

MATTHEW J. CRAIG (SBN 350030)
mcraig@heckerfink.com
MACK E. JENKINS (SBN 242101)
mjenkins@heckerfink.com
HECKER FINK LLP
1150 South Olive Street, Suite 10-140
Los Angeles, CA 90015
Tel: 212-763-0883; Fax: 212-564-0883

*Counsel for Access/Conditions Plaintiffs*

CARL BERGQUIST*
cbergquist@chirla.org
COALITION FOR HUMANE IMMIGRANT
RIGHTS
2351 Hempstead Road
Ottawa Hills, OH 43606
Tel: 310-279-6025

*Counsel for Plaintiff Coalition for Humane Immigrant Rights*

ALVARO M. HUERTA (SBN 274787)
ahuerta@immdef.org
BRYNNA BOLT (SBN 339378)
bbolt@immdef.org
ALISON STEFFEL (SBN 346370)
asteffel@immdef.org
IMMIGRANT DEFENDERS LAW CENTER
634 S. Spring St., 10th Floor
Los Angeles, CA 90014
Tel: 213-634-0999

*Counsel for Plaintiff Immigrant Defenders Law Center*

* Admitted pro hac vice

DECLARATION OF MONICA CASTILLO IN SUPPORT OF MOTION FOR PRELIMINARY INJUNCTION

## DECLARATION OF MONICA CASTILLO

I, Monica Castillo, declare the following:

1. I make this declaration from my personal knowledge and if called to testify to these facts could and would do so competently.

2. My name is Monica Castillo. I am a U.S. Citizen and I am Latina. I am a street vendor. I sell Mexican fast food outside the Panorama City Home Depot. I have sold food at this location for about five years.

3. My food stand is next to the parking lot where many work trucks are parked. People with demolition or hauling services park here and wait for work.

4. In September 2025 I was working when suddenly multiple vehicles pulled into the parking lot and masked agents jumped out. They started chasing people. They also went car to car to see if people were sitting inside the cars, and even opened some car doors to see if anyone was inside.

5. I saw them arrest several people. One was an older Latino deaf man who I know because he is a day laborer at the Home Depot. He helps people carry things to their cars. He couldn't hear the commotion and seemingly hadn't realized that immigration was there. He was walking through the parking lot and two agents came up on either side of him like he was a big criminal and just grabbed him. They threw him into a car. He did not resist at all, he just looked around really shocked and confused. It was disgusting. It made me so mad to see this injustice, this treatment of our vulnerable and elderly, someone who always helps others.

6. On the morning of October 28, 2025 I was working. I was speaking with one of my friends, M███ G████. He has a work truck that he parks near my stand. His truck has a big sign on the side advertising his business, and it has equipment for demolition inside. He often buys breakfast from me and we chat. M███ was wearing his work clothing.

7. I've known M███ for about five years, since I started working at this location. I always see him at the Home Depot. He is a good friend, a hard worker, and a

DECLARATION OF MONICA CASTILLO IN SUPPORT OF MOTION FOR PRELIMINARY INJUNCTION

kind person. He often helps me set up my stand in the morning. I can always count on him.

8. I was catching up with M████ because he had just recently gotten out of the hospital after being hospitalized for several weeks. He was still recovering and his health was very delicate, he could barely walk.

9. M████ went to get something from his truck, which was parked a few feet away. Around the same time, an SUV pulled up in front of my stand. Three men in face masks and regular clothes with vests came running out of the SUV. I was startled and confused, I didn't understand what was happening, or what they were chasing. I turned to watch them as they ran past my cart and I realized they were chasing M████ as he was walking toward his truck. He was walking at a slow pace because of his health. He had his back to them and couldn't see them running at him. This all happened in seconds.

10. M████ had just gotten to his truck and was opening the door when the agents grabbed him from behind. They pulled him back from the truck and turned him around. M████ looked surprised and confused. He did not resist and he remained calm. I don't know how he was so calm after being grabbed like that.

11. I told the agents to leave M████ alone. I asked why they were arresting him and being so aggressive toward him. I told them that he's very sick and he needs his medication. One of the men said "I don't care." They claimed they had an arrest warrant, but they refused to show it. I continued to insist on the arrest warrant, and one of the agents came up to me and shoved me. I was not standing close to them and I was not interfering.

12. They handcuffed M████. He has sensitive skin because of his condition. His body swells easily. He said that the handcuffs were hurting him. But they wouldn't take the handcuffs off or loosen them.

13. They took his belongings out of his pockets.

DECLARATION OF MONICA CASTILLO IN SUPPORT OF MOTION FOR PRELIMINARY INJUNCTION

14. There were many agents swarmed around the Home Depot and nearby gas station. The parking lot is very big and it was full of agents. There are nine entrances to the parking lot, and they all seemed to be blocked. I saw two big vans as well as about five SUVs with tinted windows. Each vehicle was full of agents. They seemed to focus on the day laborers and people with work trucks. They did not seem to be looking for anyone in particular. If they saw a Latino worker, they started to chase them. Almost all the agents had face masks on.

15. Even though I am a U.S. citizen, I live in constant fear not just for others but for myself because I am Latina and I know that the could also detain me too, because they are grabbing everyone. I couldn't sleep or eat after the raids. If I see a car I don't recognize, or a car with tinted windows, I get nervous. It's a constant fear and it's not fair to live this way.

16. My children are darker skinned than I am. I used to bring them to work with me but now I am afraid to do that. They were born here. They are U.S. citizens from birth. But because of their Latino features, I am afraid they could be stopped, harassed, and even arrested. It's not fair for us to live this way. We are all affected – whether we have documents or not. It can't stay this way, that's not a life.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. Executed this 16 day of June, 2026, at Los Angeles County, California.

Monica Castillo

_____
Monica Castillo

DECLARATION OF MONICA CASTILLO IN SUPPORT OF MOTION FOR PRELIMINARY INJUNCTION

## CERTIFICATE OF INTERPRETATION

I, Lauren Michel Wilfong, certify under penalty of perjury that I am fluent in English and Spanish and that I am competent to interpret between the two languages. I further certify that, on June 16, 2026 I read the foregoing to Monica Castillo in Spanish, a language in which he is fluent, and that she confirmed its accuracy.

_____
Lauren Michel Wilfong