# EXHIBIT 53

STACY TOLCHIN (SBN 217431)
*stacy@tolchinimmigration.com*
LAW OFFICES OF STACY TOLCHIN
776 E. Green St., Suite 210
Pasadena, CA 91101
Tel: 213-622-7450; Fax: 213-622-7233

MOHAMMAD TAJSAR (SBN 280152)
*mtajsar@aclusocal.org*
MAYRA JOACHIN (SBN 306065)
*mjoachin@aclusocal.org*
DAE KEUN KWON (SBN 313155)
*akwon@aclusocal.org*
STEPHANIE PADILLA (SBN 321568)
*spadilla@aclusocal.org*
ALYSSA MORONES (SBN 343358)
*amorones@aclusocal.org*
ACLU FOUNDATION OF
SOUTHERN CALIFORNIA
P.O. Box 811370
Los Angeles, CA 90081-0007
Tel: 213-977-9500; Fax: 213-915-0219

*Counsel for Stop/Arrest Plaintiffs*

(*Additional counsel listed on next page*)

MARK ROSENBAUM (SBN 59940)
*mrosenbaum@publiccounsel.org*
REBECCA BROWN (SBN 345805)
*rbrown@publiccounsel.org*
RITU MAHAJAN (SBN 252970)
*rmahajan@publiccounsel.org*
GINA AMATO (SBN 215519)
*gamato@publiccounsel.org*
AMANDA MANGASER SAVAGE
(SBN 325996)
*asavage@publiccounsel.org*
PUBLIC COUNSEL
610 South Ardmore Avenue
Los Angeles, CA 90005
Tel: 213-385-2977

*Counsel for All Plaintiffs*

ANNE LAI (SBN 295394)
*alai@law.uci.edu*
UC IRVINE SCHOOL OF LAW
IMMIGRANT AND RACIAL JUSTICE
SOLIDARITY CLINIC
P.O. Box 5479
Irvine, CA 92616-5479
Tel: 949-824-9894; Fax: 949-824-2747

*Counsel for Stop/Arrest Plaintiffs*

**UNITED STATES DISTRICT COURT**

**FOR THE CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| Pedro VASQUEZ PERDOMO; Carlos Alexander OSORTO; and Isaac VILLEGAS MOLINA; Jorge HERNANDEZ VIRAMONTES; Jason Brian GAVIDIA; LOS ANGELES WORKER CENTER NETWORK; UNITED FARM WORKERS; COALITION FOR HUMANE IMMIGRANT RIGHTS; IMMIGRANT DEFENDERS LAW CENTER, <br><br> Plaintiffs, <br><br> v. <br><br> Markwayne MULLIN, in his official capacity as Secretary, Department of Homeland Security; David VENTURELLA, in his official capacity as Acting Director, U.S. Immigration and Customs Enforcement; Rodney S. SCOTT, in his official capacity as | Case No.: 2:25-cv-05605-MEMF-SP <br><br> **DECLARATION OF M.A.R.C. IN SUPPORT OF MOTION FOR PRELIMINARY INJUNCTION** |

DECLARATION OF M.A.R.C. IN SUPPORT OF MOTION FOR PRELIMINARY INJUNCTION

Commissioner, U.S. Customs and Border Patrol; Rosario VASQUEZ, in his official capacity as Chief of U.S. Border Patrol; Kash PATEL, in his official capacity as Director, Federal Bureau of Investigation; Todd BLANCHE, in his official capacity as Acting U.S. Attorney General; Thomas GILES, in his official capacity as Acting Field Office Director for Los Angeles, U.S. Immigration and Customs Enforcement; Dean T. SORENSON, Special Agent in Charge for Los Angeles, Homeland Security Investigations, U.S. Immigration and Customs Enforcement; Daniel I. PARRA, in his official capacity as Acting Chief Patrol Agent for El Centro Sector of the U.S. Border Patrol; Justin DE LA TORRE, in his official capacity as Acting Chief Patrol Agent, San Diego Sector of the U.S. Border Patrol; Akil DAVIS, in his official capacity as Assistant Director in Charge, Los Angeles Office, Federal Bureau of Investigation; Bilal A. ESSAYLI, in his official capacity as First Assistant U.S. Attorney for the Central District of California,

     Defendants.

DECLARATION OF M.A.R.C. IN SUPPORT OF MOTION FOR PRELIMINARY INJUNCTION

JACOB S. KREILKAMP (SBN 248210)
jacob.kreilkamp@mto.com
DAVID FRY (SBN 189276)
david.fry@mto.com
ADAM B. WEISS (SBN 296381)
adam.weiss@mto.com
SARA H. WORTH (SBN 341088)
sara.worth@mto.com
LAURA R. PERRY (SBN 342504)
laura.perrystone@mto.com
HENRY D. SHREFFLER (SBN 343388)
henry.shreffler@mto.com
LAUREN E. KUHN (SBN 343855)
lauren.kuhn@mto.com
ANGELA URIBE (SBN 353579)
angela.uribe@mto.com
MAGGIE BUSHELL (SBN 354048)
maggie.bushell@mto.com
MUNGER, TOLLES & OLSON LLP
350 S. Grand Ave., 50th Floor
Los Angeles, CA 90071
Tel: 213-683-9100; Fax: 213-683-9100

*Counsel for Stop/Arrest Plaintiffs*

BREE BERNWANGER (SBN 331731)
bbernwanger@aclunc.org
AMERICAN CIVIL LIBERTIES UNION
FOUNDATION OF NORTHERN
CALIFORNIA
39 Drumm Street
San Francisco, CA 94111
Tel: 415-621-2493

*Counsel for Stop/Arrest Plaintiffs*

BRISA VELAZQUEZ OATIS
(SBN 339132)
bvoatis@aclu-sdic.org
ACLU FOUNDATION OF
SAN DIEGO & IMPERIAL COUNTIES
P.O. Box 87131
San Diego, CA 92138-7131
Tel: 619-398-4199

*Counsel for Stop/Arrest Plaintiffs*

EDGAR AGUILASOCHO (SBN 285567)
eaguilasocho@farmworkerlaw.com
MARTÍNEZ AGUILASOCHO LAW, INC.
900 Truxtun Ave, Suite 300
Bakersfield, CA 93301
Tel: 661-859-1174

*Counsel for Plaintiff United Farm Workers*

JESSICA KARP BANSAL (SBN 277347)
jessica@ndlon.org
LAUREN MICHEL WILFONG*
lwilfong@ndlon.org
JIA FU*
jennifer@ndlon.org
NATIONAL DAY LABORER ORGANIZING
NETWORK
1030 S. Arroyo Parkway, Suite 106
Pasadena, CA 91105
Tel: 626-214-5689

*Counsel for Stop/Arrest Plaintiffs*

MATTHEW J. CRAIG (SBN 350030)
mcraig@heckerfink.com
MACK E. JENKINS (SBN 242101)
mjenkins@heckerfink.com
HECKER FINK LLP
1150 South Olive Street, Suite 10-140
Los Angeles, CA 90015
Tel: 212-763-0883; Fax: 212-564-0883

*Counsel for Access/Conditions Plaintiffs*

CARL BERGQUIST*
cbergquist@chirla.org
COALITION FOR HUMANE IMMIGRANT
RIGHTS
2351 Hempstead Road
Ottawa Hills, OH 43606
Tel: 310-279-6025

*Counsel for Plaintiff Coalition for Humane
Immigrant Rights*

ALVARO M. HUERTA (SBN 274787)
ahuerta@immdef.org
BRYNNA BOLT (SBN 339378)
bbolt@immdef.org
ALISON STEFFEL (SBN 346370)
asteffel@immdef.org
IMMIGRANT DEFENDERS LAW CENTER
634 S. Spring St., 10th Floor
Los Angeles, CA 90014
Tel: 213-634-0999

*Counsel for Plaintiff Immigrant
Defenders Law Center*

* Admitted pro hac vice

DECLARATION OF M.A.R.C. IN SUPPORT OF MOTION FOR PRELIMINARY INJUNCTION

**DECLARATION OF M███ A████ R████ C████**

I, M███ A███ R████ C████, hereby declare:

1. I make this declaration based on my own personal knowledge. If called to testify, I could and would testify competently hereto:

2. My full name is M███ A████ R████ C████. I am twenty-eight years old. I am Latino. I have two children, ages two and four. I regularly go to church and do what I can to help out my community. Recently, I donated blood at a children's hospital in Los Angeles.

3. On October 28, 2025, I was working at my job at a recycling center at 1800 North Long Beach Blvd., Compton, California. The center is based in a parking lot and is open air. Suddenly, six unmarked vans pulled into the parking lot and around twenty agents came out of the vans.

4. The agents were wearing green vests over regular clothes. They did not identify themselves. Some agents had small guns while other agents had large guns. They came out of the vans running directly towards me.

5. There were many people in the parking lot, a good number of whom were not Latino. However, the agents only ran towards Latinos. They did not pay any attention to the Black or white people in the parking lot. Because of this, I believe they were specifically searching for Latinos to arrest. They only seemed to care about the color of your skin.

6. As the agents came running at me, I stood still and I immediately put my hands in the air. However, they still tackled me to the ground, hurting my back and arm in the process. I have a large injury and scab on my arm where they hurt me. They pulled my hands behind my back and handcuffed me tightly. I have cuts on my wrists where the handcuffs dug into my wrists. I felt like they did not care about hurting me. They were very violent with me.

7. The agents never asked me any questions or said anything to me before tackling me to the ground and arresting me. After arresting me, they took the belongings I had on my person. They took me to a waiting van.

8. I was taken to a building in downtown Los Angeles which I later learned was called "B-18." At B-18, I had an interview with immigration authorities. They pressured me to sign a voluntary departure form, but I refused to sign it.

DECLARATION OF M.A.R.C. IN SUPPORT OF MOTION FOR PRELIMINARY INJUNCTION

9.   I was kept in B-18 for three days. I was kept in a different area from the other people because I had bronchitis which the authorities thought was tuberculosis. I am better now. Although I was kept in a separate area, I saw that they were generally keeping about thirty people to a room. I was forced to sleep on the floor and it was extremely dirty and cold. I was only given small snacks and water for sustenance.

10. I am fearful of returning to my country of origin. I have suffered state oppression and abuse in my country of origin, and I feel extreme fear whenever I think about the prospect of being forced to return.

11. I am deeply worried for the mother of my children and the heavy burden she is carrying as the only parent caring for them right now. She is not only responsible for our children on her own, but she also feels pressured to find me an immigration attorney.

12. This entire experience feels inhumane. I am treated like a criminal, being held in what feels like a modern-day concentration camp. But I am a human being. I came to the United States to work. I am not a delinquent. I pay my taxes. I believe we all deserve a better future and a normal life.

DECLARATION OF M.A.R.C. IN SUPPORT OF MOTION FOR PRELIMINARY INJUNCTION

I declare under penalty of perjury under the laws of the United States and the State of California that the foregoing is true and correct. Executed at Adelanto, California on November 15, 2025.

M███ A███ R███ C███

Case No. 2:25-cv-05605-MEMF-SP

DECLARATION OF M.A.R.C. IN SUPPORT OF MOTION FOR PRELIMINARY INJUNCTION

## CERTIFICATE OF INTERPRETATION

I, Ingrid Perez, certify that I am fluent in Spanish and English and that I am competent to interpret between these languages. I further certify that I have read the foregoing to M█ A█ R█ C█ in Spanish. I further declare that I am competent to render this interpretation and that I would testify to the same under the penalty of perjury if I were called upon to do so.

Date: December 2, 2025

/s/ Ingrid Perez

Ingrid Perez

Case No. 2:25-cv-05605-MEMF-SP

DECLARATION OF M.A.R.C. IN SUPPORT OF MOTION FOR PRELIMINARY INJUNCTION