# EXHIBIT 54

STACY TOLCHIN (SBN 217431)
*stacy@tolchinimmigration.com*
LAW OFFICES OF STACY TOLCHIN
776 E. Green St., Suite 210
Pasadena, CA 91101
Tel: 213-622-7450; Fax: 213-622-7233

MOHAMMAD TAJSAR (SBN 280152)
*mtajsar@aclusocal.org*
MAYRA JOACHIN (SBN 306065)
*mjoachin@aclusocal.org*
DAE KEUN KWON (SBN 313155)
*akwon@aclusocal.org*
STEPHANIE PADILLA (SBN 321568)
*spadilla@aclusocal.org*
ALYSSA MORONES (SBN 343358)
*amorones@aclusocal.org*
ACLU FOUNDATION OF
SOUTHERN CALIFORNIA
P.O. Box 811370
Los Angeles, CA 90081-0007
Tel: 213-977-9500; Fax: 213-915-0219

*Counsel for Stop/Arrest Plaintiffs*

(*Additional counsel listed on next page*)

MARK ROSENBAUM (SBN 59940)
*mrosenbaum@publiccounsel.org*
REBECCA BROWN (SBN 345805)
*rbrown@publiccounsel.org*
RITU MAHAJAN (SBN 252970)
*rmahajan@publiccounsel.org*
GINA AMATO (SBN 215519)
*gamato@publiccounsel.org*
AMANDA MANGASER SAVAGE
(SBN 325996)
*asavage@publiccounsel.org*
PUBLIC COUNSEL
610 South Ardmore Avenue
Los Angeles, CA 90005
Tel: 213-385-2977

*Counsel for All Plaintiffs*

ANNE LAI (SBN 295394)
*alai@law.uci.edu*
UC IRVINE SCHOOL OF LAW
IMMIGRANT AND RACIAL JUSTICE
SOLIDARITY CLINIC
P.O. Box 5479
Irvine, CA 92616-5479
Tel: 949-824-9894; Fax: 949-824-2747

*Counsel for Stop/Arrest Plaintiffs*

**UNITED STATES DISTRICT COURT**

**FOR THE CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| Pedro VASQUEZ PERDOMO; Carlos Alexander OSORTO; and Isaac VILLEGAS MOLINA; Jorge HERNANDEZ VIRAMONTES; Jason Brian GAVIDIA; LOS ANGELES WORKER CENTER NETWORK; UNITED FARM WORKERS; COALITION FOR HUMANE IMMIGRANT RIGHTS; IMMIGRANT DEFENDERS LAW CENTER, <br><br> Plaintiffs, <br><br> v. <br><br> Markwayne MULLIN, in his official capacity as Secretary, Department of Homeland Security; David VENTURELLA, in his official capacity as Acting Director, U.S. Immigration and Customs Enforcement; Rodney S. SCOTT, in his official capacity as | Case No.: 2:25-cv-05605-MEMF-SP <br><br> **DECLARATION OF E.L.L. IN SUPPORT OF MOTION FOR PRELIMINARY INJUNCTION** |

-1-

Case No. 2:25-cv-05605-MEMF-SP

DECLARATION OF E.L.L. IN SUPPORT OF MOTION FOR PRELIMINARY INJUNCTION

Commissioner, U.S. Customs and Border Patrol; Rosario VASQUEZ, in his official capacity as Chief of U.S. Border Patrol; Kash PATEL, in his official capacity as Director, Federal Bureau of Investigation; Todd BLANCHE, in his official capacity as Acting U.S. Attorney General; Thomas GILES, in his official capacity as Acting Field Office Director for Los Angeles, U.S. Immigration and Customs Enforcement; Dean T. SORENSON, Special Agent in Charge for Los Angeles, Homeland Security Investigations, U.S. Immigration and Customs Enforcement; Daniel I. PARRA, in his official capacity as Acting Chief Patrol Agent for El Centro Sector of the U.S. Border Patrol; Justin DE LA TORRE, in his official capacity as Acting Chief Patrol Agent, San Diego Sector of the U.S. Border Patrol; Akil DAVIS, in his official capacity as Assistant Director in Charge, Los Angeles Office, Federal Bureau of Investigation; Bilal A. ESSAYLI, in his official capacity as First Assistant U.S. Attorney for the Central District of California,

Defendants.

DECLARATION OF E.L.L. IN SUPPORT OF MOTION FOR PRELIMINARY INJUNCTION

JACOB S. KREILKAMP (SBN 248210)
*jacob.kreilkamp@mto.com*
DAVID FRY (SBN 189276)
*david.fry@mto.com*
ADAM B. WEISS (SBN 296381)
*adam.weiss@mto.com*
SARA H. WORTH (SBN 341088)
*sara.worth@mto.com*
LAURA R. PERRY (SBN 342504)
*laura.perrystone@mto.com*
HENRY D. SHREFFLER (SBN 343388)
*henry.shreffler@mto.com*
LAUREN E. KUHN (SBN 343855)
*lauren.kuhn@mto.com*
ANGELA URIBE (SBN 353579)
*angela.uribe@mto.com*
MAGGIE BUSHELL (SBN 354048)
*maggie.bushell@mto.com*
MUNGER, TOLLES & OLSON LLP
350 S. Grand Ave., 50th Floor
Los Angeles, CA 90071
Tel: 213-683-9100; Fax: 213-683-9100

*Counsel for Stop/Arrest Plaintiffs*

BREE BERNWANGER (SBN 331731)
*bbernwanger@aclunc.org*
AMERICAN CIVIL LIBERTIES UNION
FOUNDATION OF NORTHERN
CALIFORNIA
39 Drumm Street
San Francisco, CA 94111
Tel: 415-621-2493

*Counsel for Stop/Arrest Plaintiffs*

BRISA VELAZQUEZ OATIS
(SBN 339132)
*bvoatis@aclu-sdic.org*
ACLU FOUNDATION OF
SAN DIEGO & IMPERIAL COUNTIES
P.O. Box 87131
San Diego, CA 92138-7131
Tel: 619-398-4199

*Counsel for Stop/Arrest Plaintiffs*

EDGAR AGUILASOCHO (SBN 285567)
*eaguilasocho@farmworkerlaw.com*
MARTÍNEZ AGUILASOCHO LAW, INC.
900 Truxtun Ave, Suite 300
Bakersfield, CA 93301
Tel: 661-859-1174

*Counsel for Plaintiff United Farm Workers*

JESSICA KARP BANSAL (SBN 277347)
*jessica@ndlon.org*
LAUREN MICHEL WILFONG*
*lwilfong@ndlon.org*
JIA FU*
*jennifer@ndlon.org*
NATIONAL DAY LABORER ORGANIZING
NETWORK
1030 S. Arroyo Parkway, Suite 106
Pasadena, CA 91105
Tel: 626-214-5689

*Counsel for Stop/Arrest Plaintiffs*

MATTHEW J. CRAIG (SBN 350030)
*mcraig@heckerfink.com*
MACK E. JENKINS (SBN 242101)
*mjenkins@heckerfink.com*
HECKER FINK LLP
1150 South Olive Street, Suite 10-140
Los Angeles, CA 90015
Tel: 212-763-0883; Fax: 212-564-0883

*Counsel for Access/Conditions Plaintiffs*

CARL BERGQUIST*
*cbergquist@chirla.org*
COALITION FOR HUMANE IMMIGRANT
RIGHTS
2351 Hempstead Road
Ottawa Hills, OH 43606
Tel: 310-279-6025

*Counsel for Plaintiff Coalition for Humane Immigrant Rights*

ALVARO M. HUERTA (SBN 274787)
*ahuerta@immdef.org*
BRYNNA BOLT (SBN 339378)
*bbolt@immdef.org*
ALISON STEFFEL (SBN 346370)
*asteffel@immdef.org*
IMMIGRANT DEFENDERS LAW CENTER
634 S. Spring St., 10th Floor
Los Angeles, CA 90014
Tel: 213-634-0999

*Counsel for Plaintiff Immigrant Defenders Law Center*

* Admitted pro hac vice

Case No. 2:25-cv-05605-MEMF-SP
DECLARATION OF E.L.L. IN SUPPORT OF MOTION FOR PRELIMINARY INJUNCTION

**DECLARATION OF E██████ L████ L████**

I, E████ L███ L████, declare the following:

1. I make this declaration from my personal knowledge and if called to testify to these facts could and would do so competently.

2. My name is E██████ L███ L████. I am 26 years old and I am Latino. I have lived in the Los Angeles area for about 8 years, since I was a minor. I am a day laborer.

3. For the last eight years, I have been working toward my legal residency. I was in immigration proceedings, but my immigration proceedings were dismissed by the judge in 2021. I was granted Special Immigrant Juvenile Status, deferred action, and work authorization in 2022, which gives me a pathway to U.S. citizenship. In February 2025 I applied for permanent residence and that application is pending.

4. A few months later, in June 2025 I was at the Glendale Home Depot seeking work as a day laborer. All of a sudden, I saw that there were lots of agents getting out of vehicles. I panicked and I started to run. The agents arrived without warning and started grabbing people. I was quickly thrown to the ground and tackled by three men. They did not ask me any questions before handcuffing me. I told them that I had permission to be here and they said 'no'. I told them that I have a case and they said 'no you have to see a judge.' The agents had face masks covering their faces.

5. They put me into a van. They took my belongings out of my pockets without my permission, including my work permit. They said my work permit didn't matter. I was surprised. I did not think I would be arrested since I have deferred action and a work permit.

6. They brought me to Griffith Park. There were about 20 other people there who were also handcuffed. They appeared to be Latino, like me. There were many agents there in green clothes and face masks. I was transferred to

DECLARATION OF E.L.L. IN SUPPORT OF MOTION FOR PRELIMINARY INJUNCTION

another group of agents. They took off my handcuffs and put on other handcuffs. One of the men asked me for my wallet and I explained that the other agents had already taken it. They put me in a different vehicle and took me to a detention center in downtown Los Angeles. I was there for about five days before I was transferred to Adelanto.

7.      I was detained at Adelanto for about five months. It was really hard. The immigration judge didn't believe me that I was about to get my permanent residency. He demanded that I provide proof, but I didn't have access to any of my paperwork in the detention center. But I had been working toward my residency for so many years and I couldn't give up. After months, a lawyer came to visit me. With her help, I was released from detention on December 1, 2025. An ankle monitor was put on my leg and I was told I had to check in with ICE regularly.

8.      It was an extremely difficult experience. It completely disrupted my life. My family suffered so much. It jeopardized my green card process. When I finally got out, I had to start over.

9.      About a week after I was released from detention, on December 8, 2025, I had my first ICE check-in. My lawyer went with me. It went smoothly. When I got home, my neighbor was outside in the front yard of our apartment building. He is an older Latino man. I started chatting with him in front of our apartment building. We were sitting on a concrete bank in front of the garden in the front yard and speaking in Spanish. We were both dressed in normal clothes.

10.     Suddenly, a car pulled up right in front of our building. Two men got out. They had masks covering their faces. A third man stayed in the vehicle, watching us. The men said "don't move!" I said 'ok'. We weren't moving, we were just sitting and talking when they pulled up.

DECLARATION OF E.L.L. IN SUPPORT OF MOTION FOR PRELIMINARY INJUNCTION

11. The two men entered the front yard and came up to us. They were standing over us. We remained seated. They had us blocked into our seats. I did not feel that I could leave. One of the men demanded my ID but I told him I didn't have it on me. The man laughed at me and accused me of lying. I explained that I had just been released from Adelanto, and that ICE had kept all my forms of identification, so I didn't have one.

12. The agent continued to accuse me of lying. I pulled up the leg of my pant to show my ankle monitor. I told them I just came from an ICE check-in.

13. The agent told me again not to move. I offered to call my lawyer so she could explain, but they said no, and again told me not to move.

14. The agents also asked my neighbor for ID. He also did not have his ID on him, as he was just hanging out in front of his house. The agents kept asking him questions. They asked him about his immigration status. But they never asked him his name. He eventually told them he did not have status and they arrested him. He is an older man and he has a lot of health problems. He explained to the agents that he was on dialysis but they didn't care. I heard from his family that he was hospitalized after his detention and that he had passed away.

15. The agents left. The last thing they had said to me was not to move, and they never said I was free to go. I remained still until they were gone.

16. The whole thing was over in minutes. it was a terrifying experience. I was just beginning to put my life back together and recover from my first arrest and detention. To have this happen just a week after I won my freedom made me feel like I would never be safe. That I could be stopped at anytime. If I hadn't had the ankle monitor, I believe I would have been arrested. I felt very vulnerable. I felt harassed.

17.    The officers never identified themselves. They did not explain what agency they were from or why they stopped us. They did not say they were looking for anyone in particular, they did not ask us our names. They did not show us a warrant or say they had a warrant. It seemed they were just driving around the neighborhood and stopped when they saw two Latino men talking. Immigration agents have often been spotted driving around Glendale.

18.    ICE never returned my work permit to me after my release from detention.

19.    Since I was released from detention, I have returned to work as a day laborer seeking work at the Glendale Home Depot. I continue to pursue my residency and comply with all the requirements of my case.

20.    However, I remain afraid this could happen to me again. My ankle monitor was removed earlier this year. I am glad not to have to wear it, but I also worry that, without my ID and without the ankle monitor, I do not have a way to quickly prove my status if I am stopped again. I fear being detained again. Even if I can avoid being arrested, I live with the knowledge that at any time I could be stopped and questioned again. The experience of being stopped by law enforcement and forced to prove your status is extremely stressful.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. Executed this 15 day of June, 2026, at Los Angeles County, California.



E███ L███ L███

-7-                                    Case No. 2:25-cv-05605-MEMF-SP

DECLARATION OF E.L.L. IN SUPPORT OF MOTION FOR PRELIMINARY INJUNCTION

## CERTIFICATE OF INTERPRETATION

I, Lauren Michel Wilfong, certify under penalty of perjury that I am fluent in English and Spanish and that I am competent to interpret between the two languages. I further certify that, on June 15, 2026 I read the foregoing to E███████ L███ L███ in Spanish, a language in which he is fluent, and that he confirmed its accuracy.

Date:

_____

Lauren Michel Wilfong

DECLARATION OF E.L.L. IN SUPPORT OF MOTION FOR PRELIMINARY INJUNCTION