# EXHIBIT 56

STACY TOLCHIN (SBN 217431)
*stacy@tolchinimmigration.com*
LAW OFFICES OF STACY TOLCHIN
776 E. Green St., Suite 210
Pasadena, CA 91101
Tel: 213-622-7450; Fax: 213-622-7233

MOHAMMAD TAJSAR (SBN 280152)
*mtajsar@aclusocal.org*
MAYRA JOACHIN (SBN 306065)
*mjoachin@aclusocal.org*
DAE KEUN KWON (SBN 313155)
*akwon@aclusocal.org*
STEPHANIE PADILLA (SBN 321568)
*spadilla@aclusocal.org*
ALYSSA MORONES (SBN 343358)
*amorones@aclusocal.org*
ACLU FOUNDATION OF
SOUTHERN CALIFORNIA
P.O. Box 811370
Los Angeles, CA 90081-0007
Tel: 213-977-9500; Fax: 213-915-0219

*Counsel for Stop/Arrest Plaintiffs*

(*Additional counsel listed on next page*)

MARK ROSENBAUM (SBN 59940)
*mrosenbaum@publiccounsel.org*
REBECCA BROWN (SBN 345805)
*rbrown@publiccounsel.org*
RITU MAHAJAN (SBN 252970)
*rmahajan@publiccounsel.org*
GINA AMATO (SBN 215519)
*gamato@publiccounsel.org*
AMANDA MANGASER SAVAGE
(SBN 325996)
*asavage@publiccounsel.org*
PUBLIC COUNSEL
610 South Ardmore Avenue
Los Angeles, CA 90005
Tel: 213-385-2977

*Counsel for All Plaintiffs*

ANNE LAI (SBN 295394)
*alai@law.uci.edu*
UC IRVINE SCHOOL OF LAW
IMMIGRANT AND RACIAL JUSTICE
SOLIDARITY CLINIC
P.O. Box 5479
Irvine, CA 92616-5479
Tel: 949-824-9894; Fax: 949-824-2747

*Counsel for Stop/Arrest Plaintiffs*

**UNITED STATES DISTRICT COURT**

**FOR THE CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| Pedro VASQUEZ PERDOMO; Carlos Alexander OSORTO; and Isaac VILLEGAS MOLINA; Jorge HERNANDEZ VIRAMONTES; Jason Brian GAVIDIA; LOS ANGELES WORKER CENTER NETWORK; UNITED FARM WORKERS; COALITION FOR HUMANE IMMIGRANT RIGHTS; IMMIGRANT DEFENDERS LAW CENTER, <br><br> Plaintiffs, <br><br> v. <br><br> Markwayne MULLIN, in his official capacity as Secretary, Department of Homeland Security; David VENTURELLA, in his official capacity as Acting Director, U.S. Immigration and Customs Enforcement; Rodney S. SCOTT, in his official capacity as | Case No.: 2:25-cv-05605-MEMF-SP <br><br> **DECLARATION OF BETHANY ANDERSON IN SUPPORT OF MOTION FOR PRELIMINARY INJUNCTION** |

DECLARATION OF BETHANY ANDERSON

Commissioner, U.S. Customs and Border Patrol; Rosario VASQUEZ, in his official capacity as Chief of U.S. Border Patrol; Kash PATEL, in his official capacity as Director, Federal Bureau of Investigation; Todd BLANCHE, in his official capacity as Acting U.S. Attorney General; Thomas GILES, in his official capacity as Acting Field Office Director for Los Angeles, U.S. Immigration and Customs Enforcement; Dean T. SORENSON, Special Agent in Charge for Los Angeles, Homeland Security Investigations, U.S. Immigration and Customs Enforcement; Daniel I. PARRA, in his official capacity as Acting Chief Patrol Agent for El Centro Sector of the U.S. Border Patrol; Justin DE LA TORRE, in his official capacity as Acting Chief Patrol Agent, San Diego Sector of the U.S. Border Patrol; Akil DAVIS, in his official capacity as Assistant Director in Charge, Los Angeles Office, Federal Bureau of Investigation; Bilal A. ESSAYLI, in his official capacity as First Assistant U.S. Attorney for the Central District of California,

Defendants.

DECLARATION OF BETHANY ANDERSON

JACOB S. KREILKAMP (SBN 248210)
jacob.kreilkamp@mto.com
DAVID FRY (SBN 189276)
david.fry@mto.com
ADAM B. WEISS (SBN 296381)
adam.weiss@mto.com
SARA H. WORTH (SBN 341088)
sara.worth@mto.com
LAURA R. PERRY (SBN 342504)
laura.perrystone@mto.com
HENRY D. SHREFFLER (SBN 343388)
henry.shreffler@mto.com
LAUREN E. KUHN (SBN 343855)
lauren.kuhn@mto.com
ANGELA URIBE (SBN 353579)
angela.uribe@mto.com
MAGGIE BUSHELL (SBN 354048)
maggie.bushell@mto.com
MUNGER, TOLLES & OLSON LLP
350 S. Grand Ave., 50th Floor
Los Angeles, CA 90071
Tel: 213-683-9100; Fax: 213-683-9100

*Counsel for Stop/Arrest Plaintiffs*

BREE BERNWANGER (SBN 331731)
bbernwanger@aclunc.org
AMERICAN CIVIL LIBERTIES UNION
FOUNDATION OF NORTHERN
CALIFORNIA
39 Drumm Street
San Francisco, CA 94111
Tel: 415-621-2493

*Counsel for Stop/Arrest Plaintiffs*

BRISA VELAZQUEZ OATIS
(SBN 339132)
bvoatis@aclu-sdic.org
ACLU FOUNDATION OF
SAN DIEGO & IMPERIAL COUNTIES
P.O. Box 87131
San Diego, CA 92138-7131
Tel: 619-398-4199

*Counsel for Stop/Arrest Plaintiffs*

EDGAR AGUILASOCHO (SBN 285567)
eaguilasocho@farmworkerlaw.com
MARTÍNEZ AGUILASOCHO LAW, INC.
900 Truxtun Ave, Suite 300
Bakersfield, CA 93301
Tel: 661-859-1174

*Counsel for Plaintiff United Farm Workers*

JESSICA KARP BANSAL (SBN 277347)
jessica@ndlon.org
LAUREN MICHEL WILFONG*
lwilfong@ndlon.org
JIA FU*
jennifer@ndlon.org
NATIONAL DAY LABORER ORGANIZING
NETWORK
1030 S. Arroyo Parkway, Suite 106
Pasadena, CA 91105
Tel: 626-214-5689

*Counsel for Stop/Arrest Plaintiffs*

MATTHEW J. CRAIG (SBN 350030)
mcraig@heckerfink.com
MACK E. JENKINS (SBN 242101)
mjenkins@heckerfink.com
HECKER FINK LLP
1150 South Olive Street, Suite 10-140
Los Angeles, CA 90015
Tel: 212-763-0883; Fax: 212-564-0883

*Counsel for Access/Conditions Plaintiffs*

CARL BERGQUIST*
cbergquist@chirla.org
COALITION FOR HUMANE IMMIGRANT
RIGHTS
2351 Hempstead Road
Ottawa Hills, OH 43606
Tel: 310-279-6025

*Counsel for Plaintiff Coalition for Humane
Immigrant Rights*

ALVARO M. HUERTA (SBN 274787)
ahuerta@immdef.org
BRYNNA BOLT (SBN 339378)
bbolt@immdef.org
ALISON STEFFEL (SBN 346370)
asteffel@immdef.org
IMMIGRANT DEFENDERS LAW CENTER
634 S. Spring St., 10th Floor
Los Angeles, CA 90014
Tel: 213-634-0999

*Counsel for Plaintiff Immigrant
Defenders Law Center*

* Admitted pro hac vice

DECLARATION OF BETHANY ANDERSON

**DECLARATION OF BETHANY ANDERSON**

I, Bethany Anderson, hereby declare:

1.   I make this declaration based on my own personal knowledge. If called to testify, I could and would testify competently hereto:

2.   I am forty years old, and I live in Fullerton, California. I am a U.S. citizen by birth.

3.   I am the Executive Director of Camino Immigration Services, a Solidarity Initiative, and a recognized and accredited provider of immigration services to the community. Our office is located in Placentia, CA. As part of my duties as Executive Director, along with providing legal services, I am engaged in rapid response efforts to ensure that community members' rights are being respected during immigration enforcement actions and to help affected families and community members locate detained individuals.

4.   On October 16, 2025, I was at Euclid Hand Car Wash, located at 1135 N Euclid St, Anaheim, CA 92801. I was responding to another immigration raid in the area when I learned of a possible raid in the vicinity of Euclid Hand Car Wash.

5.   Upon my arrival at Euclid Hand Car Wash, I spoke with the employees. They reported observing vehicles that seemed suspicious to them in the area of the car wash. Many of the workers had either witnessed previous raids or had been personally questioned. The Euclid Hand Car Wash had been visited by immigration agents at least three times prior to that day. On that day, all workers at Euclid Hand Car Wash looked Hispanic and were male.

6.   At around 10:12 am, about or a little over 5 minutes after I arrived, I saw an initial group of immigration agents suddenly enter the Euclid Hand Car Wash parking lot. I saw around two or three masked agents wearing vests that said "Border Patrol" and "POLICE" on them, coming from the direction of W Glen Ave. From there, I saw more agents continue to enter the parking lot from all directions, all of them wearing masks and vests that read "Border Patrol" and "POLICE." The agents did not appear to ask any questions to the car wash workers, nor did they identify who they were.

7.   As far as I could see, nearly all of the agents were armed—some had pistols on their hips; others were carrying heavy duty weapons that required both hands to carry. I would estimate that

DECLARATION OF BETHANY ANDERSON

there were around twenty to thirty agents at the car wash, with around eight to ten vehicles. The agents mostly spoke in English.

8.   One agent stood two to three feet in front of me the entire time. If I moved, he moved. He was mirroring my movements as I recorded. During the interaction, I asked if the agents had a warrant and to show the warrant. They did not respond to me.

9.   Initially, when the agents arrived at the car wash, they tackled two workers to the ground in two different locations in the car wash. One of the workers tried to walk away as he saw the agents coming into the parking lot. He was tackled to the ground by several agents, but he was let go shortly after, as he and other workers objected that he was a U.S. citizen. I learned from the workers that this worker had been tackled before in a previous raid of Euclid Hand Car Wash.

10. The other worker who was tackled remained in place when agents arrived and did not walk away. He was tackled and held to the ground as agents apprehended him. He did not resist, nor did he say anything to the agents. The agents did not appear to ask the worker any questions or ask him to produce an ID, and it appeared to me that he had no opportunity to do so. At this point, the other car wash workers started to advocate for the worker, telling the agents that he was a U.S. citizen.

11. As the raid continued, community members were on the scene asking if the agents had a warrant and asking them to take off their masks.

12. The worker who was arrested was escorted to a vehicle by the agents. As he was being taken to a vehicle on the premises, I yelled a hotline number to him so that he could contact his family members. Other workers followed the agents at a distance as he was being put in a car, pleading with the agents that he was a U.S. citizen. The workers communicated in both Spanish and English to the agents.

13. As the individual was being placed into an ICE vehicle, a couple of the workers continued to state that the individual was a U.S. citizen from a safe distance away. One agent angrily stepped out of the car and responded by saying, "We will see if he is a citizen." The agents then drove away with the worker. I learned from a worker that he was released an hour

DECLARATION OF BETHANY ANDERSON

after he was taken.

14. Throughout the interaction, I maintained my distance from the scene, as I continued to record. At my closest, I was six to ten feet away from the events that were unfolding, and I was never told to back away.

15. The raid concluded at or around 10:22 a.m., with all these events transpiring within ten to fifteen minutes.

I declare under penalty of perjury under the laws of the United States and the State of California that the foregoing is true and correct.

Executed at Fullerton, CA on May 21, 2026.

_____
Bethany Anderson

DECLARATION OF BETHANY ANDERSON