# EXHIBIT 57

STACY TOLCHIN (SBN 217431)
*stacy@tolchinimmigration.com*
LAW OFFICES OF STACY TOLCHIN
776 E. Green St., Suite 210
Pasadena, CA 91101
Tel: 213-622-7450; Fax: 213-622-7233

MOHAMMAD TAJSAR (SBN 280152)
*mtajsar@aclusocal.org*
MAYRA JOACHIN (SBN 306065)
*mjoachin@aclusocal.org*
DAE KEUN KWON (SBN 313155)
*akwon@aclusocal.org*
STEPHANIE PADILLA (SBN 321568)
*spadilla@aclusocal.org*
ALYSSA MORONES (SBN 343358)
*amorones@aclusocal.org*
ACLU FOUNDATION OF
SOUTHERN CALIFORNIA
P.O. Box 811370
Los Angeles, CA 90081-0007
Tel: 213-977-5232; Fax: 213-201-7878

*Counsel for Stop/Arrest Plaintiffs*

(*Additional counsel listed on next page*)

MARK ROSENBAUM (SBN 59940)
*mrosenbaum@publiccounsel.org*
REBECCA BROWN (SBN 345805)
*rbrown@publiccounsel.org*
RITU MAHAJAN (SBN 252970)
*rmahajan@publiccounsel.org*
GINA AMATO (SBN 215519)
*gamato@publiccounsel.org*
AMANDA MANGASER SAVAGE
(SBN 325996)
*asavage@publiccounsel.org*
PUBLIC COUNSEL
610 South Ardmore Avenue
Los Angeles, CA 90005
Tel: 213-385-2977

*Counsel for All Plaintiffs*

ANNE LAI (SBN 295394)
*alai@law.uci.edu*
UC IRVINE SCHOOL OF LAW
IMMIGRANT AND RACIAL JUSTICE
SOLIDARITY CLINIC
P.O. Box 5479
Irvine, CA 92616-5479
Tel: 949-824-9894; Fax: 949-824-2747

*Counsel for Stop/Arrest Plaintiffs*

**UNITED STATES DISTRICT COURT**

**FOR THE CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| Pedro VASQUEZ PERDOMO; Carlos Alexander OSORTO; and Isaac VILLEGAS MOLINA; Jorge HERNANDEZ VIRAMONTES; Jason Brian GAVIDIA; LOS ANGELES WORKER CENTER NETWORK; UNITED FARM WORKERS; COALITION FOR HUMANE IMMIGRANT RIGHTS; IMMIGRANT DEFENDERS LAW CENTER, <br><br> Plaintiffs, <br><br> v. <br><br> Markwayne MULLIN, in his official capacity as Secretary, Department of Homeland Security; David VENTURELLA, in his official capacity as Acting Director, U.S. Immigration and Customs Enforcement; Rodney S. SCOTT, in his official capacity as | Case No.: 2:25-cv-05605-MEMF-SP <br><br> **DECLARATION OF H.A. IN SUPPORT OF MOTION FOR PRELIMINARY INJUNCTION** <br><br> Hon. Maame Ewusi-Mensah Frimpong |

Commissioner, U.S. Customs and Border Patrol; Rosario VASQUEZ, in his official capacity as Chief of U.S. Border Patrol; Kash PATEL, in his official capacity as Director, Federal Bureau of Investigation; Todd BLANCHE, in his official capacity as Acting U.S. Attorney General; Thomas GILES, in his official capacity as Acting Field Office Director for Los Angeles, U.S. Immigration and Customs Enforcement; Dean T. SORENSON, Special Agent in Charge for Los Angeles, Homeland Security Investigations, U.S. Immigration and Customs Enforcement; Daniel I. PARRA, in his official capacity as Acting Chief Patrol Agent for El Centro Sector of the U.S. Border Patrol; Justin DE LA TORRE, in his official capacity as Acting Chief Patrol Agent, San Diego Sector of the U.S. Border Patrol; Akil DAVIS, in his official capacity as Assistant Director in Charge, Los Angeles Office, Federal Bureau of Investigation; Bilal A. ESSAYLI, in his official capacity as First Assistant U.S. Attorney for the Central District of California,

Defendants.

-2-                    Case No. 2:25-cv-05605-MEMF-SP

JACOB S. KREILKAMP (SBN 248210)
jacob.kreilkamp@mto.com
DAVID FRY (SBN 189276)
david.fry@mto.com
ADAM B. WEISS (SBN 296381)
adam.weiss@mto.com
SARA H. WORTH (SBN 341088)
sara.worth@mto.com
LAURA R. PERRY (SBN 342504)
laura.perrystone@mto.com
HENRY D. SHREFFLER (SBN 343388)
henry.shreffler@mto.com
LAUREN E. KUHN (SBN 343855)
lauren.kuhn@mto.com
ANGELA URIBE (SBN 353579)
angela.uribe@mto.com
MAGGIE BUSHELL (SBN 354048)
maggie.bushell@mto.com
MUNGER, TOLLES & OLSON LLP
350 S. Grand Ave., 50th Floor
Los Angeles, CA 90071
Tel: 213-683-9100; Fax: 213-683-9100

*Counsel for Stop/Arrest Plaintiffs*

BREE BERNWANGER (SBN 331731)
bbernwanger@aclunc.org
AMERICAN CIVIL LIBERTIES UNION
FOUNDATION OF NORTHERN
CALIFORNIA
39 Drumm Street
San Francisco, CA 94111
Tel: 415-621-2493

*Counsel for Stop/Arrest Plaintiffs*

BRISA VELAZQUEZ OATIS
(SBN 339132)
bvoatis@aclu-sdic.org
ACLU FOUNDATION OF
SAN DIEGO & IMPERIAL COUNTIES
P.O. Box 87131
San Diego, CA 92138-7131
Tel: 619-398-4199

*Counsel for Stop/Arrest Plaintiffs*

EDGAR AGUILASOCHO (SBN 285567)
eaguilasocho@farmworkerlaw.com
MARTÍNEZ AGUILASOCHO LAW, INC.
900 Truxtun Ave, Suite 300
Bakersfield, CA 93301
Tel: 661-859-1174
*Counsel for Plaintiff United Farm Workers*

JESSICA KARP BANSAL (SBN 277347)
jessica@ndlon.org
LAUREN MICHEL WILFONG*
lwilfong@ndlon.org
JIA FU*
jennifer@ndlon.org
NATIONAL DAY LABORER ORGANIZING
NETWORK
1030 S. Arroyo Parkway, Suite 106
Pasadena, CA 91105
Tel: 626-214-5689

*Counsel for Stop/Arrest Plaintiffs*

MATTHEW J. CRAIG (SBN 350030)
mcraig@heckerfink.com
MACK E. JENKINS (SBN 242101)
mjenkins@heckerfink.com
HECKER FINK LLP
1150 South Olive Street, Suite 10-140
Los Angeles, CA 90015
Tel: 212-763-0883; Fax: 212-564-0883

*Counsel for Access/Conditions Plaintiffs*

CARL BERGQUIST*
cbergquist@chirla.org
COALITION FOR HUMANE IMMIGRANT
RIGHTS
2351 Hempstead Road
Ottawa Hills, OH 43606
Tel: 310-279-6025

*Counsel for Plaintiff Coalition for Humane
Immigrant Rights*

ALVARO M. HUERTA (SBN 274787)
ahuerta@immdef.org
BRYNNA BOLT (SBN 339378)
bbolt@immdef.org
ALISON STEFFEL (SBN 346370)
asteffel@immdef.org
IMMIGRANT DEFENDERS LAW CENTER
634 S. Spring St., 10th Floor
Los Angeles, CA 90014
Tel: 213-634-0999

*Counsel for Plaintiff Immigrant
Defenders Law Center*

* Admitted pro hac vice

**DECLARATION OF H███████ A████████**

I, H████ A██████, hereby declare:

1. I make this declaration based on my own personal knowledge. If called to testify, I could and would testify competently hereto:

2. My full name is H████ A██████. I am thirty-nine years old, and I am a U.S. citizen. I am of Hispanic ethnicity. I reside in Anaheim, California, and I have lived in the Orange County area my entire life.

3. I have 8 U.S. citizen children and 2 U.S. citizen grandchildren. My family is very important to me, and I work hard every day to support them.

4. I began working as a car wash worker at Euclid Hand Car Wash in Anaheim, California in July 2025. My seventeen-year-old son also works as a car wash worker at Euclid Hand Car Wash.

5. On August 16, 2025, I was working at Euclid Hand Car Wash when a raid occurred. This was the third raid at Euclid Hand Car Wash since June 2025.

6. At around 11:00 am, I was putting tire dressing on a vehicle when a client called out "migra," warning that immigration agents had arrived. I immediately looked up and saw multiple officers entering the parking lot. The officers were wearing full tactical gear, and many were carrying military-style rifles.

7. As soon as I realized what was happening, my immediate reaction was to try to distance myself from the area for my own safety. I have seen on television and heard from others about how quickly these situations can become violent. All I wanted was to make it home to my family. I did not believe I had done anything wrong, but I felt vulnerable due to my appearance and ethnicity.

8. As I tried to move away, this seemed to make me a target for the officers. I believe I was racially profiled by the officers based on my appearance, including my skin color and hair, and that they must have assumed I was undocumented or in the country illegally. In that moment, I felt scared and like my rights as a U.S. citizen were meaningless.

9. As I tried to leave, an officer began to chase me, kneed me in the back, and tackled me to

**DECLARATION OF H███████ A████████**

the ground. I twisted, trying to turn around to look at the officer. As I turned, I my elbow made contact with the officer in the chin, causing him to fall backwards off of me.

10. Immediately, a different officer jumped on top of me and kneed me in the back for the second time. The second officer was much more aggressive than the first. When he kneed me in the back, he knocked the wind out of me. I felt like I couldn't breathe. I still feel lasting pain in my back to this day from this incident.

11. Three more officers rushed toward me and helped the second officer hold me down. In total, there were four officers on top of me, each holding down one of my arms and legs. The officers did not ask me for identification or ask about my citizenship status at any point.

12. My son, who had also been working at the car wash that day, ran over and started screaming, "My dad is a U.S. citizen! He has papers!" I believe that the only reason the officers got off me and let me go was because my son was screaming.

13. When the officers finally let go of my arms and legs, I stood up and asked who had jumped on me and asked for their badge numbers. All of the officers turned to look at one officer, who had yellow tape on his vest with "C286" written on it. His eyes immediately widened like he was scared. Officer C286 quickly got into one of the vans and did not come back out before the rest of the officers left the car wash.

14. I was injured during this encounter and had to go to the hospital for back pain. I have hospital paperwork that documents bodily injury and assault. I had also been tear gassed during the raid. I had to miss two days of work because of my injuries.

15. On October 16, 2025, I was again working at Euclid Hand Car Wash when the car wash was raided for a fourth time. At around 10:10 am, I was working near the front of the car wash when I saw multiple unmarked cars abruptly turn into the parking lot and officers began to rush out of their vehicles towards us.

16. During these raids, a first group of agents would arrive first wearing vests, jeans, and glasses. Later, additional agents would arrive wearing military-style clothing, vests, hats or helmets, combat boots, and carrying military-grade rifles.

17. As soon as I saw the officers, my instinct was to run because I already knew I would get

DECLARATION OF H█████ A█████████

beaten again. I saw the officers chase one of my co-workers, R████, put him into a chokehold, and slam him to the ground. I stopped running and laid on the ground in the fetal position. The officers assumed I had surrendered.

18. Eight officers got out of a black SUV, and six of them restrained me. They asked, "why did you run?" I told them that I did not want another beating and that I could not afford to miss another day of work. The officers did not ask if I was a U.S. citizen or for any identification. They let me go after my manager told them I was a US citizen.

19. I watched as officers handcuffed R████ and put him into the back of a black SUV. Myself and a few other workers followed them as they walked R████ to the SUV, telling the officers that he was born here and is a U.S. citizen. The officers drove R████ away. I believe this was because he was speaking Spanish.

20. During both raids, I believe that I was targeted and treated this way because of my race and ethnicity. The officers did not ask for my identification or verify my citizenship status.

21. The officers did not seem to be looking for anyone specific and did not show any warrants or legal documents. I observed that people who appeared white were not stopped or questioned, while those who looked like me were targeted.

22. As a result of these incidents, I continue to experience physical pain and emotional distress. I am always uneasy and nervous at work, worried that something like this will happen again. I worry what will happen to my family and who will provide for my kids if I'm not released next time. These events have affected my work, my willingness to go to public places, and my sense of safety.

DECLARATION OF H████ A████████

I declare under penalty of perjury under the laws of the United States and the State of California that the foregoing is true and correct.

Executed on July 6, 2026 at Anaheim, California.

H     A

DECLARATION OF H█████ A████████