# EXHIBIT 58

STACY TOLCHIN (SBN 217431)
*stacy@tolchinimmigration.com*
LAW OFFICES OF STACY TOLCHIN
776 E. Green St., Suite 210
Pasadena, CA 91101
Tel: 213-622-7450; Fax: 213-622-7233

MOHAMMAD TAJSAR (SBN 280152)
*mtajsar@aclusocal.org*
MAYRA JOACHIN (SBN 306065)
*mjoachin@aclusocal.org*
DAE KEUN KWON (SBN 313155)
*akwon@aclusocal.org*
STEPHANIE PADILLA (SBN 321568)
*spadilla@aclusocal.org*
ALYSSA MORONES (SBN 343358)
*amorones@aclusocal.org*
ACLU FOUNDATION OF
SOUTHERN CALIFORNIA
P.O. Box 811370
Los Angeles, CA 90081-0007
Tel: 213-977-9500; Fax: 213-915-0219

*Counsel for Stop/Arrest Plaintiffs*

MARK ROSENBAUM (SBN 59940)
*mrosenbaum@publiccounsel.org*
REBECCA BROWN (SBN 345805)
*rbrown@publiccounsel.org*
RITU MAHAJAN (SBN 252970)
*rmahajan@publiccounsel.org*
GINA AMATO (SBN 215519)
*gamato@publiccounsel.org*
AMANDA MANGASER SAVAGE
(SBN 325996)
*asavage@publiccounsel.org*
PUBLIC COUNSEL
610 South Ardmore Avenue
Los Angeles, CA 90005
Tel: 213-385-2977

*Counsel for All Plaintiffs*

ANNE LAI (SBN 295394)
*alai@law.uci.edu*
UC IRVINE SCHOOL OF LAW
IMMIGRANT AND RACIAL JUSTICE
SOLIDARITY CLINIC
P.O. Box 5479
Irvine, CA 92616-5479
Tel: 949-824-9894; Fax: 949-824-2747

(*Additional counsel listed on next page*)

*Counsel for Stop/Arrest Plaintiffs*

**UNITED STATES DISTRICT COURT**

**FOR THE CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| Pedro VASQUEZ PERDOMO; Carlos Alexander OSORTO; and Isaac VILLEGAS MOLINA; Jorge HERNANDEZ VIRAMONTES; Jason Brian GAVIDIA; LOS ANGELES WORKER CENTER NETWORK; UNITED FARM WORKERS; COALITION FOR HUMANE IMMIGRANT RIGHTS; IMMIGRANT DEFENDERS LAW CENTER, <br><br> Plaintiffs, <br><br> v. <br><br> Markwayne MULLIN, in his official capacity as Secretary, Department of Homeland Security; David VENTURELLA, in his official capacity as Acting Director, U.S. Immigration and Customs Enforcement; Rodney S. SCOTT, in his official capacity as | Case No.: 2:25-cv-05605-MEMF-SP <br><br> **DECLARATION OF V.M.C. IN SUPPORT OF MOTION FOR PRELIMINARY INJUNCTION** |

-1-

Case No. 2:25-cv-05605-MEMF-SP

DECLARATION OF V.M.C. IN SUPPORT OF MOTION FOR PRELIMINARY INJUNCTION

Commissioner, U.S. Customs and Border Patrol; Rosario VASQUEZ, in his official capacity as Chief of U.S. Border Patrol; Kash PATEL, in his official capacity as Director, Federal Bureau of Investigation; Todd BLANCHE, in his official capacity as Acting U.S. Attorney General; Thomas GILES, in his official capacity as Acting Field Office Director for Los Angeles, U.S. Immigration and Customs Enforcement; Dean T. SORENSON, Special Agent in Charge for Los Angeles, Homeland Security Investigations, U.S. Immigration and Customs Enforcement; Daniel I. PARRA, in his official capacity as Acting Chief Patrol Agent for El Centro Sector of the U.S. Border Patrol; Justin DE LA TORRE, in his official capacity as Acting Chief Patrol Agent, San Diego Sector of the U.S. Border Patrol; Akil DAVIS, in his official capacity as Assistant Director in Charge, Los Angeles Office, Federal Bureau of Investigation; Bilal A. ESSAYLI, in his official capacity as First Assistant U.S. Attorney for the Central District of California,

     Defendants.

DECLARATION OF V.M.C. IN SUPPORT OF MOTION FOR PRELIMINARY INJUNCTION

JACOB S. KREILKAMP (SBN 248210)
*jacob.kreilkamp@mto.com*
DAVID FRY (SBN 189276)
*david.fry@mto.com*
ADAM B. WEISS (SBN 296381)
*adam.weiss@mto.com*
SARA H. WORTH (SBN 341088)
*sara.worth@mto.com*
LAURA R. PERRY (SBN 342504)
*laura.perrystone@mto.com*
HENRY D. SHREFFLER (SBN 343388)
*henry.shreffler@mto.com*
LAUREN E. KUHN (SBN 343855)
*lauren.kuhn@mto.com*
ANGELA URIBE (SBN 353579)
*angela.uribe@mto.com*
MAGGIE BUSHELL (SBN 354048)
*maggie.bushell@mto.com*
MUNGER, TOLLES & OLSON LLP
350 S. Grand Ave., 50th Floor
Los Angeles, CA 90071
Tel: 213-683-9100; Fax: 213-683-9100

*Counsel for Stop/Arrest Plaintiffs*

BREE BERNWANGER (SBN 331731)
*bbernwanger@aclunc.org*
AMERICAN CIVIL LIBERTIES UNION
FOUNDATION OF NORTHERN
CALIFORNIA
39 Drumm Street
San Francisco, CA 94111
Tel: 415-621-2493

*Counsel for Stop/Arrest Plaintiffs*

BRISA VELAZQUEZ OATIS
(SBN 339132)
*bvoatis@aclu-sdic.org*
ACLU FOUNDATION OF
SAN DIEGO & IMPERIAL COUNTIES
P.O. Box 87131
San Diego, CA 92138-7131
Tel: 619-398-4199

*Counsel for Stop/Arrest Plaintiffs*

EDGAR AGUILASOCHO (SBN 285567)
*eaguilasocho@farmworkerlaw.com*
MARTÍNEZ AGUILASOCHO LAW, INC.
900 Truxtun Ave, Suite 300
Bakersfield, CA 93301
Tel: 661-859-1174

*Counsel for Plaintiff United Farm Workers*

JESSICA KARP BANSAL (SBN 277347)
*jessica@ndlon.org*
LAUREN MICHEL WILFONG*
*lwilfong@ndlon.org*
JIA FU*
*jennifer@ndlon.org*
NATIONAL DAY LABORER ORGANIZING
NETWORK
1030 S. Arroyo Parkway, Suite 106
Pasadena, CA 91105
Tel: 626-214-5689

*Counsel for Stop/Arrest Plaintiffs*

MATTHEW J. CRAIG (SBN 350030)
*mcraig@heckerfink.com*
MACK E. JENKINS (SBN 242101)
*mjenkins@heckerfink.com*
HECKER FINK LLP
1150 South Olive Street, Suite 10-140
Los Angeles, CA 90015
Tel: 212-763-0883; Fax: 212-564-0883

*Counsel for Access/Conditions Plaintiffs*

CARL BERGQUIST*
*cbergquist@chirla.org*
COALITION FOR HUMANE IMMIGRANT
RIGHTS
2351 Hempstead Road
Ottawa Hills, OH 43606
Tel: 310-279-6025

*Counsel for Plaintiff Coalition for Humane
Immigrant Rights*

ALVARO M. HUERTA (SBN 274787)
*ahuerta@immdef.org*
BRYNNA BOLT (SBN 339378)
*bbolt@immdef.org*
ALISON STEFFEL (SBN 346370)
*asteffel@immdef.org*
IMMIGRANT DEFENDERS LAW CENTER
634 S. Spring St., 10th Floor
Los Angeles, CA 90014
Tel: 213-634-0999

*Counsel for Plaintiff Immigrant
Defenders Law Center*

* Admitted pro hac vice

Case No. 2:25-cv-05605-MEMF-SP

DECLARATION OF V.M.C. IN SUPPORT OF MOTION FOR PRELIMINARY INJUNCTION

## DECLARATION OF V.M.C.

I, V.M.C., declare the following:

1.     I make this declaration based on personal knowledge and if called to testify to these facts could and would do so competently.

2.     I am a U.S. citizen. I am of Latino descent. My family is from Mexico. I look Mexican. I am bilingual in Spanish and English. I am 28 years old.

3.     I am a proud Angeleno. I was born and raised in South Central, Los Angeles. South Central was filled with gangs for a long time. When I was a kid sometimes the police would stop me to question if I was a gang member. I was not. The stop was always brief and they'd let me go. I have never been arrested for a crime or charged with one.

4.     When I was about 16 years old I was shot by a stray bullet when I was walking home from work. The bullet went straight through my ankle. I still have pain there.

5.     I am a car detailer at Sepulveda West Car Wash located at 2001 South Sepulveda Boulevard, Los Angeles, California.

6.     Because of the ICE raids that began in Los Angeles in June 2025, my boss recommended that we all start carrying our immigration paperwork in the event we were stopped. In mid-June, I started carrying a copy of my U.S. birth certificate everywhere I went.

7.     On June 23, 2025, I was detailing a red Tesla at work. Around 10 am, I heard helicopters overhead. Soon after, black SUVs approached and surrounded the car wash from the front and back entrances. I was scared and confused about what was happening.

8.     As I was getting out of the car that I was detailing, I was immediately grabbed from behind by the shoulders. This scared me because I did not know who was grabbing me or why.

9.     I turned and saw a large man masked with a black bandana and in tactical gear. He did not look like a police officer. Before I could say anything, he asked me in Spanish if I "had papers." I told him in Spanish I was a U.S. citizen. Then in English I said that my backpack was in the carwash tunnel which was only about 10-15 feet away with

DECLARATION OF V.M.C. IN SUPPORT OF MOTION FOR PRELIMINARY INJUNCTION

my birth certificate in it. I asked if I could go get it and he said "no." I tried to stop the carwash belt so customers' cars wouldn't get damaged. I did not try to leave for I feared they would shoot or tackle me. I did not want to get shot again.

10. I believe the agent singled me out because how I look and where I was working. It was clear they assumed I wasn't born here.

11. The agent, who did not identify himself, said to me, "Why are you running?" At no point did I try to run.

12. I told the agents several times that I was a U.S. citizen, but still I was not allowed to go get my birth certificate. Eventually, the agent led me with my hands behind my back and put me in an SUV. One of the other workers taken with me asked where we were going, but the agents refused to answer him. We were scared. We did not know what was going to happen to us. I was scared my mom wouldn't know how to find me.

13. I saw the cars the officers surrounded the car wash with. They had no markings and paper license plates, so I thought they might be rentals. There was nothing anywhere saying which agency these men were with. It felt like I was being kidnapped.

14. I was the first person taken, but the agents took others. All of the workers they detained were Latino. White customers were not even questioned.

15. They drove us to the federal building on Wilshire and Veteran. Along the way the two agents in front laughed and talked about how much money they were going to get for the arrests they just made. One said "I got these three," and the other agent who grabbed me said in English that "one said he had papers but we took him anyway." And then they all laughed.

16. I was held for about three hours at the federal building. I was scared. They never told me how long they would hold me for or what they would do with me. I repeatedly told the agents I was a U.S. citizen. They didn't take my fingerprints or try to verify my status until they finally checked my REAL ID. After that they let me go.

17. I am scared I will be detained again based on how I look and where I work. I am scared agents will use force to detain me and I will be hurt.

Case No. 2:25-cv-05605-MEMF-SP

DECLARATION OF V.M.C. IN SUPPORT OF MOTION FOR PRELIMINARY INJUNCTION

I declare under penalty of perjury of the law of the United States pursuant to 28 U.S.C. § 1746 that the foregoing is true and correct.

Los Angeles, CA

Dated: May 12, 2026

By: ██████████████

V.M.C.

DECLARATION OF V.M.C. IN SUPPORT OF MOTION FOR PRELIMINARY INJUNCTION