# EXHIBIT 60

STACY TOLCHIN (SBN 217431)
*stacy@tolchinimmigration.com*
LAW OFFICES OF STACY TOLCHIN
776 E. Green St., Suite 210
Pasadena, CA 91101
Tel: 213-622-7450; Fax: 213-622-7233

MOHAMMAD TAJSAR (SBN 280152)
*mtajsar@aclusocal.org*
MAYRA JOACHIN (SBN 306065)
*mjoachin@aclusocal.org*
DAE KEUN KWON (SBN 313155)
*akwon@aclusocal.org*
STEPHANIE PADILLA (SBN 321568)
*spadilla@aclusocal.org*
ALYSSA MORONES (SBN 343358)
*amorones@aclusocal.org*
ACLU FOUNDATION OF
SOUTHERN CALIFORNIA
P.O. Box 811370
Los Angeles, CA 90081-0007
Tel: 213-977-5232; Fax: 213-201-7878

*Counsel for Stop/Arrest Plaintiffs*

(*Additional counsel listed on next page*)

MARK ROSENBAUM (SBN 59940)
*mrosenbaum@publiccounsel.org*
REBECCA BROWN (SBN 345805)
*rbrown@publiccounsel.org*
RITU MAHAJAN (SBN 252970)
*rmahajan@publiccounsel.org*
GINA AMATO (SBN 215519)
*gamato@publiccounsel.org*
AMANDA MANGASER SAVAGE
(SBN 325996)
*asavage@publiccounsel.org*
PUBLIC COUNSEL
610 South Ardmore Avenue
Los Angeles, CA 90005
Tel: 213-385-2977

*Counsel for All Plaintiffs*

ANNE LAI (SBN 295394)
*alai@law.uci.edu*
UC IRVINE SCHOOL OF LAW
IMMIGRANT AND RACIAL JUSTICE
SOLIDARITY CLINIC
P.O. Box 5479
Irvine, CA 92616-5479
Tel: 949-824-9894; Fax: 949-824-2747

*Counsel for Stop/Arrest Plaintiffs*

**UNITED STATES DISTRICT COURT**

**FOR THE CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| Pedro VASQUEZ PERDOMO; Carlos Alexander OSORTO; and Isaac VILLEGAS MOLINA; Jorge HERNANDEZ VIRAMONTES; Jason Brian GAVIDIA; LOS ANGELES WORKER CENTER NETWORK; UNITED FARM WORKERS; COALITION FOR HUMANE IMMIGRANT RIGHTS; IMMIGRANT DEFENDERS LAW CENTER, <br><br> Plaintiffs, <br><br> v. <br><br> Markwayne MULLIN, in his official capacity as Secretary, Department of Homeland Security; David VENTURELLA, in his official capacity as Acting Director, U.S. Immigration and Customs Enforcement; Rodney S. SCOTT, in his official capacity as | Case No.: 2:25-cv-05605-MEMF-SP <br><br> **DECLARATION OF INOEL ZAPATA SANTIAGO IN SUPPORT OF MOTION FOR PRELIMINARY INJUNCTION** <br><br> Hon. Maame Ewusi-Mensah Frimpong |

Commissioner, U.S. Customs and Border Patrol; Rosario VASQUEZ, in his official capacity as Chief of U.S. Border Patrol; Kash PATEL, in his official capacity as Director, Federal Bureau of Investigation; Todd BLANCHE, in his official capacity as Acting U.S. Attorney General; Thomas GILES, in his official capacity as Acting Field Office Director for Los Angeles, U.S. Immigration and Customs Enforcement; Dean T. SORENSON, Special Agent in Charge for Los Angeles, Homeland Security Investigations, U.S. Immigration and Customs Enforcement; Daniel I. PARRA, in his official capacity as Acting Chief Patrol Agent for El Centro Sector of the U.S. Border Patrol; Justin DE LA TORRE, in his official capacity as Acting Chief Patrol Agent, San Diego Sector of the U.S. Border Patrol; Akil DAVIS, in his official capacity as Assistant Director in Charge, Los Angeles Office, Federal Bureau of Investigation; Bilal A. ESSAYLI, in his official capacity as First Assistant U.S. Attorney for the Central District of California,

　　　Defendants.

JACOB S. KREILKAMP (SBN 248210)
jacob.kreilkamp@mto.com
DAVID FRY (SBN 189276)
david.fry@mto.com
ADAM B. WEISS (SBN 296381)
adam.weiss@mto.com
SARA H. WORTH (SBN 341088)
sara.worth@mto.com
LAURA R. PERRY (SBN 342504)
laura.perrystone@mto.com
HENRY D. SHREFFLER (SBN 343388)
henry.shreffler@mto.com
LAUREN E. KUHN (SBN 343855)
lauren.kuhn@mto.com
ANGELA URIBE (SBN 353579)
angela.uribe@mto.com
MAGGIE BUSHELL (SBN 354048)
maggie.bushell@mto.com
MUNGER, TOLLES & OLSON LLP
350 S. Grand Ave., 50th Floor
Los Angeles, CA 90071
Tel: 213-683-9100; Fax: 213-683-9100

*Counsel for Stop/Arrest Plaintiffs*

BREE BERNWANGER (SBN 331731)
bbernwanger@aclunc.org
AMERICAN CIVIL LIBERTIES UNION
FOUNDATION OF NORTHERN
CALIFORNIA
39 Drumm Street
San Francisco, CA 94111
Tel: 415-621-2493

*Counsel for Stop/Arrest Plaintiffs*

BRISA VELAZQUEZ OATIS
(SBN 339132)
bvoatis@aclu-sdic.org
ACLU FOUNDATION OF
SAN DIEGO & IMPERIAL COUNTIES
P.O. Box 87131
San Diego, CA 92138-7131
Tel: 619-398-4199

*Counsel for Stop/Arrest Plaintiffs*

EDGAR AGUILASOCHO (SBN 285567)
eaguilasocho@farmworkerlaw.com
MARTÍNEZ AGUILASOCHO LAW, INC.
900 Truxtun Ave, Suite 300
Bakersfield, CA 93301
Tel: 661-859-1174

*Counsel for Plaintiff United Farm Workers*

JESSICA KARP BANSAL (SBN 277347)
jessica@ndlon.org
LAUREN MICHEL WILFONG*
lwilfong@ndlon.org
JIA FU*
jennifer@ndlon.org
NATIONAL DAY LABORER ORGANIZING
NETWORK
1030 S. Arroyo Parkway, Suite 106
Pasadena, CA 91105
Tel: 626-214-5689

*Counsel for Stop/Arrest Plaintiffs*

MATTHEW J. CRAIG (SBN 350030)
mcraig@heckerfink.com
MACK E. JENKINS (SBN 242101)
mjenkins@heckerfink.com
HECKER FINK LLP
1150 South Olive Street, Suite 10-140
Los Angeles, CA 90015
Tel: 212-763-0883; Fax: 212-564-0883

*Counsel for Access/Conditions Plaintiffs*

CARL BERGQUIST*
cbergquist@chirla.org
COALITION FOR HUMANE IMMIGRANT
RIGHTS
2351 Hempstead Road
Ottawa Hills, OH 43606
Tel: 310-279-6025

*Counsel for Plaintiff Coalition for Humane
Immigrant Rights*

ALVARO M. HUERTA (SBN 274787)
ahuerta@immdef.org
BRYNNA BOLT (SBN 339378)
bbolt@immdef.org
ALISON STEFFEL (SBN 346370)
asteffel@immdef.org
IMMIGRANT DEFENDERS LAW CENTER
634 S. Spring St., 10th Floor
Los Angeles, CA 90014
Tel: 213-634-0999

*Counsel for Plaintiff Immigrant
Defenders Law Center*

* Admitted pro hac vice

## DECLARATION OF INOEL ZAPATA SANTIAGO

I, Inoel Zapata Santiago, declare as follows:

1.  I make this declaration from my personal knowledge and if called to testify to these facts could and would do so competently.

2.  My name is Inoel Zapata Santiago. I am a legal resident and have a green card. I work at the Pasadena Car Wash, where I have worked for many years.

3.  On the morning of August 22, 2025, I was at work. I was washing a car near the entrance to the car wash, when I felt a hand on my shoulder. I turned around and saw a man in a green uniform with a mask covering his face. He had a gun and he was standing very close to me, holding me in place with his hand. I was shocked. I felt very scared, I did not feel that I was free to leave. He asked me in Spanish my name and whether I had documents. I responded in Spanish and told him my name and said that yes, I have legal residency. He asked where my documents were, I said they were in my car. He asked where my car was, and I said it was just a few meters away, right there in the car wash parking lot. He then asked me where I was from, and I told him Mexico.

4.  At that moment, the officer said "turn around, we are handcuffing you." I was very confused why they were arresting me, because I had just explained I had lawful status and that I had the proof with me at the car wash. I complied with the order. He handcuffed me, and the handcuffs were very tight. I asked him to do something so that it wouldn't be so tight, and he told me to shut up. They handcuffed me and another guy nearby very quickly.

5.  The agent who handcuffed me started walking me toward a vehicle. I looked around and saw that there were agents all around, with masks and guns. The agents had several cars parked in the entrance, blocking anyone from coming in or out. It all happened very fast. By the time we realized they were there, they already had agents in military gear with masks and guns all around the car wash.

-4-

6.  The agent asked me whether I had my personal belongings like my phone. I explained that we are supposed to leave our personal belongings in our cars while we work so that things don't fall out of our pockets into the clients' cars while we are cleaning, and that for that reason my wallet with my green card along with my phone were in my car. I also told him that I take medication for a medical condition and that I needed to take my medication, which was in my car. I asked again to be allowed to walk over to my car so that I could take my medication and show him my green card, but he refused. A second agent arrived on my other side.

7.  They put me and the other guy in the back of their truck and two of the agents got into the car with us. The whole thing, from the moment they arrived to being handcuffed in their car, took maybe a few minutes. They started driving.

8.  The other person arrested asked what would happen to him. First, they said we were going to L.A., then the other agent said we're going to a building nearby for a few hours to review your information, interview you, and check your status.

9.  As we kept driving, the other agent asked me again if I was a resident. I again said yes. They asked in what year I got my residence, I told them. One said they would check at the office, but the other got out his phone and started to write something. They started asking me more questions about how it was I was able to become a resident. I didn't want to answer more questions, but they said they needed more information. I didn't think I had a choice, so I answered their questions. They then stopped the car. They took me out of the car, they took my photo, and they checked something on their phones.

10. Finally, one of the agents said "everything's ok, we're sorry, we're going to take you back a few blocks away from the car wash and take off your handcuffs." I didn't believe them. They wouldn't look me in the eyes. I was shaking. They brought me back close to the car wash and left me there. This all took about 30 minutes.

-5-

11. The agents never identified themselves, presented a warrant, or explained why they were arresting me. I know they weren't looking for anyone specific because I heard them say in the car that they hadn't even planned to go to the car wash at all, that they had just happened to be driving by and noticed there were a bunch of car washers out at the car wash and so they decided to stop there. What for me was a devastating and humiliating experience was for them nothing more than a whim.

12. I am very shaken by this experience. I am nervous to go back to work, a place I have gone almost daily for decades. I fear that I will be stopped again simply because I look Latino, speak Spanish, and work at a car wash.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. Executed this 23rd day of August, 2025, at Pasadena, California.

Inoel Zapata Santiago

**CERTIFICATE OF INTERPRETATION**

I, Lauren Michel Wilfong, certify under penalty of perjury that I am fluent in Spanish and English and that I am competent to interpret between these languages. I further certify that, on August 23, 2025, I read the foregoing to Inoel Zapata Santiago in Spanish, a language in which he is fluent, and that he confirmed its accuracy.

Date: August 25, 2025

Lauren Michel Wilfong