# EXHIBIT 61

STACY TOLCHIN (SBN 217431)
*stacy@tolchinimmigration.com*
LAW OFFICES OF STACY TOLCHIN
776 E. Green St., Suite 210
Pasadena, CA 91101
Tel: 213-622-7450; Fax: 213-622-7233

MOHAMMAD TAJSAR (SBN 280152)
*mtajsar@aclusocal.org*
MAYRA JOACHIN (SBN 306065)
*mjoachin@aclusocal.org*
DAE KEUN KWON (SBN 313155)
*akwon@aclusocal.org*
STEPHANIE PADILLA (SBN 321568)
*spadilla@aclusocal.org*
ALYSSA MORONES (SBN 343358)
*amorones@aclusocal.org*
ACLU FOUNDATION OF
SOUTHERN CALIFORNIA
P.O. Box 811370
Los Angeles, CA 90081-0007
Tel: 213-977-9500; Fax: 213-915-0219

*Counsel for Stop/Arrest Plaintiffs*

(*Additional counsel listed on next page*)

MARK ROSENBAUM (SBN 59940)
*mrosenbaum@publiccounsel.org*
REBECCA BROWN (SBN 345805)
*rbrown@publiccounsel.org*
RITU MAHAJAN (SBN 252970)
*rmahajan@publiccounsel.org*
GINA AMATO (SBN 215519)
*gamato@publiccounsel.org*
AMANDA MANGASER SAVAGE
(SBN 325996)
*asavage@publiccounsel.org*
PUBLIC COUNSEL
610 South Ardmore Avenue
Los Angeles, CA 90005
Tel: 213-385-2977

*Counsel for All Plaintiffs*

ANNE LAI (SBN 295394)
*alai@law.uci.edu*
UC IRVINE SCHOOL OF LAW
IMMIGRANT AND RACIAL JUSTICE
SOLIDARITY CLINIC
P.O. Box 5479
Irvine, CA 92616-5479
Tel: 949-824-9894; Fax: 949-824-2747

*Counsel for Stop/Arrest Plaintiffs*

**UNITED STATES DISTRICT COURT**

**FOR THE CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| Pedro VASQUEZ PERDOMO; Carlos Alexander OSORTO; and Isaac VILLEGAS MOLINA; Jorge HERNANDEZ VIRAMONTES; Jason Brian GAVIDIA; LOS ANGELES WORKER CENTER NETWORK; UNITED FARM WORKERS; COALITION FOR HUMANE IMMIGRANT RIGHTS; IMMIGRANT DEFENDERS LAW CENTER, <br><br> Plaintiffs, <br><br> v. <br><br> Markwayne MULLIN, in his official capacity as Secretary, Department of Homeland Security; David VENTURELLA, in his official capacity as Acting Director, U.S. Immigration and Customs Enforcement; Rodney S. SCOTT, in his official capacity as | Case No.: 2:25-cv-05605-MEMF-SP <br><br> **DECLARATION OF LYN JOHNSON IN SUPPORT OF MOTION FOR PRELIMINARY INJUNCTION** |

Commissioner, U.S. Customs and Border Patrol; Rosario VASQUEZ, in his official capacity as Chief of U.S. Border Patrol; Kash PATEL, in his official capacity as Director, Federal Bureau of Investigation; Todd BLANCHE, in his official capacity as Acting U.S. Attorney General; Thomas GILES, in his official capacity as Acting Field Office Director for Los Angeles, U.S. Immigration and Customs Enforcement; Dean T. SORENSON, Special Agent in Charge for Los Angeles, Homeland Security Investigations, U.S. Immigration and Customs Enforcement; Daniel I. PARRA, in his official capacity as Acting Chief Patrol Agent for El Centro Sector of the U.S. Border Patrol; Justin DE LA TORRE, in his official capacity as Acting Chief Patrol Agent, San Diego Sector of the U.S. Border Patrol; Akil DAVIS, in his official capacity as Assistant Director in Charge, Los Angeles Office, Federal Bureau of Investigation; Bilal A. ESSAYLI, in his official capacity as First Assistant U.S. Attorney for the Central District of California,

    Defendants.

DECLARATION OF LYN JOHNSON IN SUPPORT OF MOTION FOR PRELIMINARY INJUNCTION

JACOB S. KREILKAMP (SBN 248210)
jacob.kreilkamp@mto.com
DAVID FRY (SBN 189276)
david.fry@mto.com
ADAM B. WEISS (SBN 296381)
adam.weiss@mto.com
SARA H. WORTH (SBN 341088)
sara.worth@mto.com
LAURA R. PERRY (SBN 342504)
laura.perrystone@mto.com
HENRY D. SHREFFLER (SBN 343388)
henry.shreffler@mto.com
LAUREN E. KUHN (SBN 343855)
lauren.kuhn@mto.com
ANGELA URIBE (SBN 353579)
angela.uribe@mto.com
MAGGIE BUSHELL (SBN 354048)
maggie.bushell@mto.com
MUNGER, TOLLES & OLSON LLP
350 S. Grand Ave., 50th Floor
Los Angeles, CA 90071
Tel: 213-683-9100; Fax: 213-683-9100

*Counsel for Stop/Arrest Plaintiffs*

BREE BERNWANGER (SBN 331731)
bbernwanger@aclunc.org
AMERICAN CIVIL LIBERTIES UNION
FOUNDATION OF NORTHERN
CALIFORNIA
39 Drumm Street
San Francisco, CA 94111
Tel: 415-621-2493

*Counsel for Stop/Arrest Plaintiffs*

BRISA VELAZQUEZ OATIS
(SBN 339132)
bvoatis@aclu-sdic.org
ACLU FOUNDATION OF
SAN DIEGO & IMPERIAL COUNTIES
P.O. Box 87131
San Diego, CA 92138-7131
Tel: 619-398-4199

*Counsel for Stop/Arrest Plaintiffs*

EDGAR AGUILASOCHO (SBN 285567)
eaguilasocho@farmworkerlaw.com
MARTÍNEZ AGUILASOCHO LAW, INC.
900 Truxtun Ave, Suite 300
Bakersfield, CA 93301
Tel: 661-859-1174

*Counsel for Plaintiff United Farm Workers*

JESSICA KARP BANSAL (SBN 277347)
jessica@ndlon.org
LAUREN MICHEL WILFONG*
lwilfong@ndlon.org
JIA FU*
jennifer@ndlon.org
NATIONAL DAY LABORER ORGANIZING
NETWORK
1030 S. Arroyo Parkway, Suite 106
Pasadena, CA 91105
Tel: 626-214-5689

*Counsel for Stop/Arrest Plaintiffs*

MATTHEW J. CRAIG (SBN 350030)
mcraig@heckerfink.com
MACK E. JENKINS (SBN 242101)
mjenkins@heckerfink.com
HECKER FINK LLP
1150 South Olive Street, Suite 10-140
Los Angeles, CA 90015
Tel: 212-763-0883; Fax: 212-564-0883

*Counsel for Access/Conditions Plaintiffs*

CARL BERGQUIST*
cbergquist@chirla.org
COALITION FOR HUMANE IMMIGRANT
RIGHTS
2351 Hempstead Road
Ottawa Hills, OH 43606
Tel: 310-279-6025

*Counsel for Plaintiff Coalition for Humane
Immigrant Rights*

ALVARO M. HUERTA (SBN 274787)
ahuerta@immdef.org
BRYNNA BOLT (SBN 339378)
bbolt@immdef.org
ALISON STEFFEL (SBN 346370)
asteffel@immdef.org
IMMIGRANT DEFENDERS LAW CENTER
634 S. Spring St., 10th Floor
Los Angeles, CA 90014
Tel: 213-634-0999

*Counsel for Plaintiff Immigrant
Defenders Law Center*

* Admitted pro hac vice

DECLARATION OF LYN JOHNSON IN SUPPORT OF MOTION FOR PRELIMINARY INJUNCTION

## <u>DECLARATION OF LYN JOHNSON</u>

I, Lyn Johnson declare the following:

1. I make this declaration from my personal knowledge and if called to testify to these facts could and would do so competently.

2. My full name is LynMarie Johnson. I have been a resident of Ventura County for over a decade.

3. I do not consider myself to be an activist of any kind. Rather, I am a concerned community member who felt compelled to observe the actions of federal agents after becoming aware of ICE abusing the civil liberties of residents in my county in shockingly violent ways, starting in 2025.

4. Those abuses include ICE agents tackling a pregnant woman to the ground and aggressively kneeling on her back, ICE agents crashing their vehicle into a residential home in the town next to mine endangering the family inside as the contents of kitchen cabinets came crashing down, and ICE agents punching a man in the face when he asked to see a warrant only a few miles from my home. I became aware of these abuses by seeing videos taken by community members and speaking directly to eye witnesses. These are just a few examples among many instances of abuse occurring in my wider community that I was aware of in the months leading up to November 2025.

5. On the morning of November 26, 2025 I heard that ICE had been seen in the downtown area of Moorpark, California, near my children's school. Concerned for my neighbors, I drove to the area to see what was going on. I arrived a few minutes after 7 A.M. and I saw what looked like a brand-new vehicle with heavily tinted windows. It looked similar to other vehicles I was aware that ICE uses. It was parked on the shoulder of a main road going through Moorpark in a location where cars are generally not parked. Its position struck me as unusual. I suspected it was ICE but I was not sure.

6. They were parked on a striped shoulder of the road near where Walnut Canyon Road becomes Moorpark Ave. I parked some distance back from them to observe them. As far as I could tell, they were sitting in their car, seemingly watching traffic go by.

7. A few minutes after I arrived, the vehicle pulled out and started to drive away. I followed slowly and at a distance. They turned down a nearby dead-end street and then suddenly did a U-turn and came to a stop in the middle of the street, blocking my vehicle. Another unmarked car also pulled up at that moment. Officers in plain clothes, whose faces were fully masked with neck gaiters, dark sunglasses, and hats, wearing vests and badges with 'ICE' written on them got out of both vehicles and came up on either side of my car. One filmed me through my driver-side window while the other hit my passenger side window repeatedly and threatened me, claiming that I was interfering and that he knew my name. He then walked to the rear of my vehicle and forcefully pushed the side of my car in an attempt to intimidate me by rocking my vehicle while I sat inside it. I told them I was exercising my right to observe what they did from a distance without interfering and that I would continue to observe them.

8. The officers left after a few minutes of intimidating me. A few minutes after they had gone, I drove back past where I had first seen the ICE car parked. I saw that the same ICE vehicle was parked in the spot where I had first seen it.

9. As I was approaching the area in my car, I witnessed a small pickup truck drive past the ICE vehicle, the parked ICE car then did a rapid U-turn and started following the truck. Two more vehicles emerged from side streets that I had not initially seen and surrounded the pickup. One of the vehicles I recognized as the second ICE vehicle that was involved in stopping me earlier. The ICE agents forced the pickup truck to drive down a dead-end road and pull over at the end of the street, adjacent to a U.S. Postal Service office. The USPS office was not yet open. The area was empty at that hour.

10. The ICE vehicles fully surrounded the truck. One had cut the truck off from the front, and the other two had pulled up on the side and behind the truck. There was no way the driver could get out.

11. The ICE vehicles were unmarked but they had hidden lights that were not visible until they were turned on. The vehicles flashed red and blue lights as they surrounded the pickup and pulled it over.

12. At least four officers got out of the vehicles and approached the pickup. Two were standing on the driver side and one had opened the passenger side door of the pickup truck and seemed to be speaking with the driver. The fourth officer went back and forth from one of the ICE vehicles to the pickup truck's open door. One of the officers on the driver's side also appeared to be speaking with the driver. This lasted a few minutes. Then the officers got back in their cars and drove away in a caravan.

13. I waited until the ICE vehicles were gone and then I approached the truck to check on the driver. The driver was a Latino man in work clothes. It looked to me like his pickup truck was a work truck; it had a frame for equipment in the pickup bed.

14. The man looked like he was about to have a heart attack. He had a hand on his chest and was breathing heavily; he was visibly shaken. He said he had never been in trouble with the law before. He said they told him he looked like someone they were looking for. He spoke fluent English with an American accent.

15. The location where ICE had been staked out before pulling the pickup truck over is a main thoroughfare of downtown Moorpark. It would not be a good place to try to find a specific person because it is a heavily trafficked.

16. It would, however, be a good place to look for Latino workers. Moorpark is historically an agricultural town with a large Latino population. This is a road that many agricultural workers take to get to and from large farms outside of

-6-

Case No. 2:25-cv-05605-MEMF-SP

DECLARATION OF LYN JOHNSON IN SUPPORT OF MOTION FOR PRELIMINARY INJUNCTION

town. This is one of the main roads from the farming community north of Moorpark into town. The road is also used frequently by service workers to get to several wealthier neighborhoods nearby. That said, just before the road reaches Moorpark, it forks and drivers can use either fork to arrive in downtown Moorpark (without a difference in time), making the position of the ICE vehicles a poor choice for targeting a specific person coming from either the farms or the wealthier neighborhoods into the downtown area.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. Executed this 19 day of June 2026, at Ventura County, California.

Lyn Johnson

-7-

Case No. 2:25-cv-05605-MEMF-SP

DECLARATION OF LYN JOHNSON IN SUPPORT OF MOTION FOR PRELIMINARY INJUNCTION