# EXHIBIT 63

Sealed Version
Filed Separately

# UNITED STATES DEPARTMENT OF HOMELAND SECURITY
## IMMIGRATION & CUSTOMS ENFORCEMENT
## ENFORCEMENT AND REMOVAL OPERATIONS

### FIELD OPERATIONS WORKSHEET    REINSTATE

| DATE 01/15/2025 | Case Type: FOL – Fugitive Operations (Lea | Priority Level: M▓▓▓ | ▓▓ Type: At-Large | | KSTEP: ☐ Y ☑ N |
|---|---|---|---|---|---|

| Case Officer: | E▆▆, W▆▆ | Country of Citizenship: | ▆▆ | A Number: ▆▆▆ | |
|---|---|---|---|---|---|

**Name:** C▆ A▆ A▆          **AKA:** O▆ A▆, C▆ A▆

| Case Number: | | | Sex: Male | Date of Birth: ▆▆ | Age: ▆ |
|---|---|---|---|---|---|

| Height: 5'11" | Weight: 170 | Eye Color: BROWN | Hair Color: BLACK | Complexion: LIGHT |
|---|---|---|---|---|

**Scars, Marks, and/or Tattoos:** ▆▆▆▆▆

| FBI Number ▆▆▆ | SID #'s: ▆▆▆ | SSN: |
|---|---|---|

| Driver's License Number: ▆▆▆ | Issuing State: ▆ | Spouse/Children (Name & Status): ▆▆▆ |
|---|---|---|

**Vehicles:** ▆ MERCEDES-BENZ SL500 AUTOMOBILE GOLD

| CASE HISTORY | EARM Updated: Positive 01/15/2025 | | CIS: | ☑ POS | ☑ NEG 01/15/2025 |
|---|---|---|---|---|---|
| NCIC WP: Negative | TECS MOD Person Query: ☐ POS ☑ NEG | | CLAIMS: | ☐ POS | ☑ NEG |
| ATS-P: Negative | TECS MOD Address Query: ☐ POS ☑ NEG | | EOIR Contacted: ☑ POS | | ☐ NEG 01/15/2024 |
| Other Litigation/Checks (Y/N/Date) | Benefits Checks: | | IJ DEC/ Date: ☑ POS | | ☐ NEG 07/16/2019 |
| | | | VD Exp. Date: ☐ POS | | ☑ NEG |
| | | | Removal Date: ☑ POS | | ☐ NEG 07/17/2019 |
| | | | BIA Y/N/Date: ☐ POS | | ☑ NEG |

| | ABC | TPS | Family Unity | NACARA | DED | CAT |
|---|---|---|---|---|---|---|
| | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ |

### DECONFLICTION EFFORTS

| Deconfliction and Information Coordination Endeavor | Regional Information Sharing Systems Officer Safety Event Deconfliction System | Secure Automated Fast Event Tracking Network |
|---|---|---|
| DICE: ☐ POS ☑ NEG | RISSafe: ☐ POS ☐ NEG | SAFETNet: ☐ POS ☐ NEG |

### ... CRIMINAL HISTORY (MOST EGREGIOUS) ...          ... PHOTO ...

▆▆▆
▆▆▆
▆▆▆

### ... TARGET ADDRESS ...

**Address:** PII ▆▆▆

| City: San Bernardino | | State: CA | Zip: 92404 |
|---|---|---|---|

**Telephone Number(s):**

**Secondary Addresses:**

**Employer & Address:** PII ▆▆▆ , SAN BERNARDINO, CA 92410

### LOCAL LAW ENFORCEMENT WILL BE NOTIFIED PRIOR TO COMMENCEMENT OF OPERATION
### ... LAW ENFORCEMENT NOTIFICATION ...

| Agency: | San Bernardino Police Department | Name: | Watch Commander | Telephone: | ▆▆▆ |
|---|---|---|---|---|---|
| Agency: | | Name: | | Telephone: | |

### ... EMERGENCY MEDICAL SERVICES ...

| Name: | St. Bernadine Medical Center | Telephone: | +1 (909) 883-8711 |
|---|---|---|---|

**Address:** 2101 N. Waterman Ave San Bernardino CA 92404

LAW ENFORCEMENT SENSITIVE   FOR OFFICIAL USE ONLY

revised 3/12/2019

CONFIDENTIAL

## Operational Risk Assessment

███████████████████████████████████████

### LOCATION INFORMATION (Check all that apply)

| *Barricades/Fortification | *Explosives | >Six Adults/Teens | Multiple Structures | High Crime Area | LOCATION TOTAL |
|---|---|---|---|---|---|
| | | ☐ | ☐ | ☐ | 0 |
| *Possible Man-Traps | *Counter-Surveillance | >3000 SQ Ft | Dangerous Animals | Children | |
| | | ☐ | ☐ | ☐ | |

Consider alternative apprehension methods below if a total of five boxes or more are checked.
Consider alternative apprehension methods anytime a red box is checked.

### ALTERNATE APPREHENSION METHODS

- Contact ERO Special Response Team Tactical Supervisor
- Serve warrant at a different time or location
- Conduct vehicle stop
- Request additional manpower from other ERO Units
- Request assistance from another agency

**LOS ECP Declined**

### APPROVAL

| Date(s) of Operation: | Time of Operation: | Preparing Officer Signature: | Supervisory Signature: |
|---|---|---|---|
| | | ██████ | ██████████ |
| Justification for Operations conducted outside normal hours of operation (If Required): | | | FOD (or FOD -Designee) Approval (If Required): |

### CONSENT

| Name of Consent Provider: | Scope of Consent: | Time Consent given: |
|---|---|---|
| Witness to Consent: | Language used by Consent Provider: | Time if Consent Withdrawn: |
| Consent obtained by: | Method in which consent was obtained (e.g. in person, via translator): | |

### RESULTS

| Date: | Location: | Additional Information: |
|---|---|---|
| | | |

LAW ENFORCEMENT SENSITIVE   FOR OFFICIAL USE ONLY          revised 3/12/2019

CONFIDENTIAL                                              GOV-00000529