# EXHIBIT 64

Sealed Version
Filed Separately





# FORENSIC EXAMINATION REPORT

## CASE NUMBER J▮▮▮▮▮

| | |
|---|---|
| Organization | HSI |
| Examiner | T. K▮▮▮▮ |
| Case generated | Thursday, February 12, 2026 |
| Report generated | Thursday, February 12, 2026 |

CONFIDENTIAL, SUBJECT TO PROTECTIVE ORDER C.D. CAL. 2:25-cv-05605-MEMF-SP



CONFIDENTIAL, SUBJECT TO PROTECTIVE ORDER C.D. CAL. 2:25-cv-05605-MEMF-SP



CONFIDENTIAL, SUBJECT TO PROTECTIVE ORDER C.D. CAL. 2:25-cv-05605-MEMF-SP         GOV-00007885

R G PII

↘ Received

7/21/2025 16:47

Don't need medical attention

SBD ERO # 17 - M P PII

↘ Received

7/21/2025 16:48

No medical needed subject threw the coffee when we tried arresting and ran I'm good we need units to search

SPM-SRT 7-E. J

↘ Received

7/21/2025 16:49

What he wearing. Clothes description

SBD ERO # 17 - M P PII

↘ Received

7/21/2025 16:49



CONFIDENTIAL, SUBJECT TO PROTECTIVE ORDER C.D. CAL. 2:25-cv-05605-MEMF-SP

GOV-00007886