# EXHIBIT 68

Sealed Version
Filed Separately

Immigration and Customs Enforcement (ICE) is currently executing Operation At Large targeting immigration violators in Los Angeles, California. The operation focuses on law enforcement operations in direct support of Presidential Executive Orders while ensuring personnel safety and maintaining tactical control while operating in a confined, civilian-heavy environment.

The Department of Homeland Security (DHS) and Department of Justice (DOJ) have developed a 6-month, nationwide operation to significantly increase Operation At Large arrests of illegal aliens, focusing on individuals with executable final orders of removal, known immigration violations, as well as general immigration enforcement. In May 2025, this operation commenced by deploying 1,000 interagency teams daily across 25 Areas of Responsibility (AORs), operating 7 days a week. The operation prioritizes regions with the highest concentrations of executable final orders, ████████████████████████████ with resources dynamically reallocated weekly to maximize efficiency. The operation integrates personnel from the Department of Homeland Security (DHS), Immigration and Customs Enforcement (ICE) Enforcement and Removal Operations (ERO), Homeland Security Investigations (HSI), United States Border Patrol (USBP), Office of Field Operations (OFO), Air and Marine Operations (AMO), Office of Information Technology (OIT) and, Department of Justice (DOJ), Federal Bureau of Investigation (FBI), Drug Enforcement Administration (DEA), Bureau of Alcohol, Tobacco, Firearms and Explosives (ATF), United States Marshals Service (USMS), Internal Revenue Service (IRS) – Criminal Investigation Division (CID), and National Guard, with additional support from 287(g) partners in their assigned jurisdictions. The operation aims to enhance public safety and enforce immigration laws.

I, BPA S██████ T████, have been employed as a Border Patrol Agent for over 14 years. I receive regular intelligence briefings on emerging trends related to smuggling and illegal alien trends, situations and activity. Additionally, I work with Border Patrol Agents, as well as officers and agents from allied federal law enforcement agencies, who have more experience than I do, who share past experience and knowledge of illicit activity thus creating a constant learning environment aimed at combatting crime. During my career, I have interdicted hundreds of smuggling events and arrested and interviewed thousands of illegal aliens.  During these interviews, the majority of illegal aliens have told me that their final destination was one of the 4 counties surrounding Los Angeles (Orange County, Los Angeles County, Riverside County, and San Bernardino County). These four counties are among the counties with the highest concentration of illegal aliens in the United States, as is widely publicized.

On August 12, 2025, I was conducting immigration enforcement operations in the city of Los Angeles, CA in support of Operation At Large. Los Angeles has been identified as a city within

CONFIDENTIAL–ATTORNEYS' EYES ONLY C.D. CAL. 2:25-cv-05605-MEMF-SP

Los Angeles County where large numbers of illegal aliens are known to stay, live and work without having any legal documentation in the United States.

On August 12, prior to the Stike Team's deployment, I attended an intelligence briefing conducted by SBPA-I V███████ that provided actionable information regarding the targeted location and subjects previously associated to it. The briefing included details about the subjects' identities and immigration status, locations, and suspected activities such as illegal day workers. Based on this intelligence, agents conducted surveillance at 12681 West Washington Street, where the targeted subjects were observed engaging in behavior consistent with the information provided during the briefing. The following targets were identified; ███████



███████████ (DOB)████████ country of citizenship█████, █████████████-
█████(DOB)████████ country of citizenship█████, and █████████████
(DOB████████ country of citizenship█████. Following confirmation of the suspected activities, agents executed the operation, resulting in the apprehension of E████ G████ L██-R█████ without incident.

I was driving in an unmarked Border Patrol service vehicle in order to blend in with the general public and covertly search for criminal activity. I was dressed in rough duty uniform with agency issued ballistic body armor containing badge, agency insignia, and clear police markings on front and back. I was readily identifiable as a United States Border Patrol Agent.

The location of today's operation was a public access car wash located near West Washington Street, Los Angeles, California. I know from experience that illegal aliens seek day labor jobs at locations such as car washes because they pay cash. Illegal aliens seek cash paying jobs because they lack documentation and immigration status to gain lawful employment within the United States. Illegal aliens also often work cash paying jobs to avoid paying taxes and to avoid detection by law enforcement.

I also understand that the U.S. Border Patrol has arrested hundreds of illegal aliens at car washes, Home Depot stores, and other locations in recent weeks. During custodial interviews with these arrested aliens, many of them stated that they had previously lived in the Los Angeles area. Many of these aliens further elaborated that they had earned a living by selling food/flowers/household goods on street corners, worked day labor jobs which were solicited at locations such as Home Depot, or worked for cash at places like car washes, construction sites, or restaurant kitchens. Furthermore, recent intelligence briefings I've received confirm this information remains current today.

I arrived at 12681 West Washington Street at approximately 11:30 AM and pulled into a public access area. Moments before BPA J. C██████ had stated that one of the briefed targets vehicles was parked near the carwash on the street. I approached the parking lot and intended to engage the employees in conversation to determine their citizenship and inquire if they had

CONFIDENTIAL–ATTORNEYS' EYES ONLY C.D. CAL. 2:25-cv-05605-MEMF-SP

knowledge of other illegal aliens in the area. In doing so, I observed many people in the area running in all directions. I stepped out of my nearby vehicle, and was watching over the scene and my vehicle, I observed one individual drying a vehicle that was acting in a nervous manner. I approached the individual and identified myself as a Border Patrol Agent. I questioned him of his status to be in country legally, he advised me that he had no documents to be in the U.S. legally. I placed E████ G███ L██-R██████ in handcuffs and took him to a safer location in order to determine his immigration status. The scene that we were at was becoming unsafe for fellow agents and for L███ as crowds were starting to gather and were becoming increasingly hostile. At the secure area it was determined through questioning that L███ was present in the country illegally. L███ only had a Mexican ID card in his wallet with no United States immigration documents. When asked L███ admitted to being in the country illegally. L███ was informed he is under arrest for being present in the country illegally. L███ was turned over to G4s, a transportation contractor for ERO, for transport to the ERO processing facility.

I determined that L███ was likely to escape before a warrant could be obtained for his arrest based on his flight from law enforcement, and his illegal presence in the United States, and the facts outlined above. When asked, the subject stated he lived and worked in the area but was unwilling to provide an address for either his home or work location. The subject stated he had no U.S. government-issued identification displaying his identity or home address and admitted he was present in the United States unlawfully. In my experience as a BPA, aliens who have fled from law enforcement and fail to provide basic details about their home or work circumstances will seek to abscond rather than face apprehension and possible deportation.

My service issued bodycam was active during the event. Bodycam Serial# █████████.

CONFIDENTIAL–ATTORNEYS' EYES ONLY C.D. CAL. 2:25-cv-05605-MEMF-SP