# EXHIBIT 69

## BORDER PATROL

## REPORT OF APPREHENSION OR SEIZURE

| Office or Agency | File CASE No: ▉ |
|---|---|
| CHIEF PATROL AGENT<br>CBP - Border Patrol (CBPBP)<br>211 W ATEN ROAD<br>IMPERIAL   92251 | Sector |
| | Date 08/08/2025 |

Patrol Agents s▉ T▉ _____ of the CALEXICO _____ station

☐ assisted the _____

               (Agency)                             (City and State)

    in the apprehension ~~and seizure~~ of the following:

☒ apprehended/interviewed:

| Name (Surname in CAPS)     First     Middle | Date and Place of Birth |
|---|---|
| A▉-V▉, J▉ | ▉ |
| Address of person apprehended/interviewed | |
| | Nationality<br>▉ |

☐ and seized/recovered    **VESSEL, VEHICLE OR AIRCRAFT**

| Description (Year, Make Model, Color) | Motor or Serial No. | Registry or License No. | Value (Est.) |
|---|---|---|---|
| | | | |

### CONTRABAND, MERCHANDISE OR OTHER

| Quantity | Description | Value (Est.) |
|---|---|---|
| | | |

| Place of Apprehension or Seizure<br>1035 W HIGHLAND AVE, SAN BERNARDINO, CA | Date and Hour<br>08/08/2025 1404 | Offense |
|---|---|---|

**NARRATIVE**: (Include Circumstances of apprehension and seizure and facts to which apprehending officers can testify.)

```
INCIDENT COORDINATES:
----------------------
Latitude:    34.13548
Longitude:   -117.30574
```

...(CONTINUED ON I-831)           S▉ T▉ _____

                                                    Signature of Reporting Officer

                                              Received above persons and items:

| Details regarding "HOLD" placed | |
|---|---|
| | _____<br>Signature and Title<br>IMMIGRATION AND CUSTOMS ENFORCEMENT (ICE)<br>Office or Agency |
| | _____<br>Date |

Form I-44 (Rev. 08/01/07) N       **UNITED STATES DEPARTMENT OF HOMELAND SECURITY**

CONFIDENTIAL - ATTORNEY'S EYES ONLY              GOV-00000414

# INSTRUCTIONS

1. To be prepared when a citizen or non-deportable alien is processed for violation of the Immigration and Nationality Act, or the person arrested or article seized is delivered to an agency or person outside the Department of Homeland Security, or when such an arrest or seizure is made in a joint operation with another agency.

2. The form is addressed to the office receiving the person or article seized.  In a joint operation, the form is addressed to the Chief Patrol Agent and no receipt is required.

3. Any number of persons, conveyances, or other articles may be listed on the same form provided they are a part of the same transaction.

4. Estimated values should be based on Customs appraisal when readily available or on current market values. Value of automobiles may be obtained from National Automobile Dealers' Association Handbook (Blue Book) or similar sources.  Value of narcotics shall be based on the appraised value by the receiving agency.  The state of refinement and location will be considered in establishing the value of seized narcotics.

5. The narrative shall briefly outline all the circumstances surrounding the apprehension or seizure and indicate the agency furnishing the original information.  In a joint operation, disposition of the persons arrested or articles seized shall be shown.

6. When the person arrested is a deportable alien, or will become deportable upon conviction, an appropriate "Hold" order shall be placed and details inserted in the black box on the face of the form.  In addition to this form, an I-213 shall be prepared for each alien found to be deportable at time of apprehension and that fact so noted in the narrative on the file copy only.

7. The copy retained at the Sector Headquarters of apprehension shall reflect distribution made.

8. Where words "apprehended/interviewed" and "seized/recovered" are used, delete inappropriate words.

---

NARRATIVE (Continued)

CONFIDENTIAL - ATTORNEY'S EYES ONLY

U.S. Department of Homeland Security                    Continuation Page for Form _____ I-44

| Alien's Name | File Number | Date |
|---|---|---|
| A███-V█████, J███ | Event No: ████████ | 08/08/2025 |

**Narrative Title: Report of Apprehension or Seizure**
-----------------------------------------

Immigration and Customs Enforcement (ICE) is currently executing Operation At Large targeting immigration violators in Los Angeles, California. The operation focuses on law enforcement operations in direct support of Presidential Executive Orders while ensuring personnel safety and maintaining tactical control while operating in a confined, civilian-heavy environment.

The Department of Homeland Security (DHS) and Department of Justice (DOJ) have developed a 6-month, nationwide operation to significantly increase Operation At Large arrests of illegal aliens, focusing on individuals with executable final orders of removal, known immigration violations, as well as general immigration enforcement. In May 2025, this operation commenced by deploying 1,000 interagency teams daily across 25 Areas of Responsibility (AORs), operating 7 days a week. The operation prioritizes regions with the highest concentrations of executable final orders, ███████████████████████ ████████████████ with resources dynamically reallocated weekly to maximize efficiency. The operation integrates personnel from the Department of Homeland Security (DHS), Immigration and Customs Enforcement (ICE) Enforcement and Removal Operations (ERO), Homeland Security Investigations (HSI), United States Border Patrol (USBP), Office of Field Operations (OFO), Air and Marine Operations (AMO), Office of Information Technology (OIT) and, Department of Justice (DOJ), Federal Bureau of Investigation (FBI), Drug Enforcement Administration (DEA), Bureau of Alcohol, Tobacco, Firearms and Explosives (ATF), United States Marshals Service (USMS), Internal Revenue Service (IRS) – Criminal Investigation Division (CID), and National Guard, with additional support from 287(g) partners in their assigned jurisdictions. The operation aims to enhance public safety and enforce immigration laws.

I , BPA S████ T:████ , have been employed as a Border Patrol Agent for over 14 years. I receive regular intelligence briefings on emerging trends related to smuggling and illegal alien trends, situations and activity. Additionally, I work with Border Patrol Agents, as well as officers and agents from allied federal law enforcement agencies, who have more experience than I do, who share past experience and knowledge of illicit activity thus creating a constant learning environment aimed at combatting crime. During my career, I have interdicted hundreds of smuggling events and arrested and interviewed thousands of illegal aliens.  During these interviews, the majority of illegal aliens have told me that their final destination was one of the 4 counties surrounding Los Angeles (Orange County, Los Angeles County, Riverside County, and San Bernardino County). These four counties are among the counties with the highest concentration of illegal aliens in the United States, as is widely publicized.

On August 7, 2025, I  was conducting immigration enforcement operations in the city of San Bernardino, CA in support of Operation At Large. San Bernardino has been identified as a city within San Bernardino County where large numbers of illegal aliens are known to stay, live and work without having any legal documentation in the United States.

On August 7, prior to the Stike Team's deployment, I attended an intelligence briefing conducted by SBPA-I V█████ that provided actionable information regarding the targeted location and subjects previously associated to it. The briefing included details about the

| Signature | Title |
|---|---|
| S████ T████ | BORDER PATROL AGENT |

3  of  5  Pages

Form I-831 Continuation Page (Rev. 08/01/07)

CONFIDENTIAL - ATTORNEY'S EYES ONLY                    GOV-00000416

**U.S. Department of Homeland Security**

**Continuation Page for Form** _____ I-44 _____

| Alien's Name | File Number | Date |
|---|---|---|
| A███-V█████, J██─ | Event No: ████████ | 08/08/2025 |

subjects' identities and immigration status, locations, and suspected activities such as illegal day workers. Based on this intelligence, agents conducted surveillance at 1055 21st Street, where the targeted subjects were observed engaging in behavior consistent with the information provided during the briefing. Following confirmation of the suspected activities, agents executed the operation, resulting in the apprehension of P███ M██ S█████-Q█████ without incident.

I was operating in an unmarked Border Patrol service vehicle in order to blend in with the general public and covertly search for criminal activity. I was dressed in rough duty uniform with agency issued ballistic body armor containing badge, agency insignia, and clear police markings on front and back. Riding with me was Supervisory Border Patrol Agent K████████ H████, who was dressed in full rough duty uniform with U.S. Border Patrol insignia.

The location of today's operation was a public access Home Depot located near 21st St. and Lincoln Ave, San Bernardino, California. I know from experience that illegal aliens seek day labor jobs at locations such as Home Depot because they pay cash. Illegal aliens seek cash paying jobs because they lack documentation and immigration status to gain lawful employment within the United States. Illegal aliens also often work cash paying jobs to avoid paying taxes and to avoid detection by law enforcement.

I also understand that the U.S. Border Patrol has arrested hundreds of illegal aliens at car washes, Home Depot stores, and other locations in recent weeks. During custodial interviews with these arrested aliens, many of them stated that they had previously lived in the Los Angeles area. Many of these aliens further elaborated that they had earned a living by selling food/flowers/household goods on street corners, worked day labor jobs which were solicited at locations such as Home Depot, or worked for cash at places like car washes, construction sites, or restaurant kitchens. Furthermore, recent intelligence briefings I've received confirm this information remains current today.

I arrived at 1035 Highland Ave at approximately 9:00 AM and pulled into a public access area. Moments before SBPA-I V█████ had stated that one of the briefed targets vehicles were parked in the Dollar Tree parking lot. I parked and intended to engage the employees / day laborers in conversation to determine their citizenship and inquire if they had knowledge of other illegal aliens in the area. In doing so, I observed many people in the area running in all directions. In the parking lot that I was in there were two to three individuals casually picking up trash. These individuals appeared to me to be persons intent on conducting normal business. They moved in a relaxed manner with an identified purpose. Another group of approximately 20 individuals, by contrast, were present in the parking lot, and I noticed they behaved differently than people shopping at Home Depot or any of the stores in the area. They were loitering in a stationary location and were not shoppers. In my experience, as described above, this stationary loitering is indicative of day laborers and possible illegal aliens intent on working for cash. Moreover, I am aware of intelligence reports indicating that illegal aliens typically loiter at businesses in certain locations at certain times to find cash work. As soon as I stepped out of my nearby vehicle, and prior to speaking to any individual, I observed several people look furtively in my direction and run away from me and other Border Patrol Agents. Their actions were far different than customers entering and exiting the stores.

| Signature | Title |
|---|---|
| S███ T████ | BORDER PATROL AGENT |

_____ 4 _____ of _____ 5 _____ Pages

Form I-831 Continuation Page (Rev. 08/01/07)

CONFIDENTIAL - ATTORNEY'S EYES ONLY

**U.S. Department of Homeland Security**                    **Continuation Page for Form** _____ I-44

| Alien's Name | File Number | Date |
|---|---|---|
| A█████-V█████, J██ | Event No: ████████ | 08/08/2025 |

I know from experience that the aliens unlawfully present in the United States frequently abscond rather than face apprehension by Border Patrol Agents. Based on my training and experience, this unprovoked flight from law enforcement led me to believe that these individuals were involved in an active crime or were likely present in the United States without authorization.  I therefore pursued the individuals who ran to further investigate.

One of the fleeing individuals was later identified as P███ M████ S█████ Q█████ (DOB: ████████). I gave chase and pursued S█████ while commanding him to stop. S█████ stopped immediately and complied with my commands.  After a short foot pursuit, I was able to catch S█████, and I detained him. During a brief investigative detention, S█████ freely admitted to me that he was a citizen of █████. At this time SBPA H█████ arrived and assisted me in the questioning of S█████ S█████ stated that he had an Employment Authorization Card but no other immigration documents. I placed S█████ in handcuffs and took him to a safer location in order to determine his immigration status. The scene that we were at was becoming unsafe for fellow agents and for S█████ as crowds were starting to gather and were becoming increasingly hostile.
At the secure location DHS databases showed that S█████ did not have an Employment Authorization card and was voluntarily removed in 2005. I then informed S█████ that he is under arrest for being in the country Illegally.
I determined that S█████ was likely to escape before a warrant could be obtained for his arrest based on his flight from law enforcement, and his illegal presence in the United States, and the facts outlined above. When asked, the subject stated he lived and worked in the area but was unwilling to provide an address for either his home or work location. The subject stated he had no U.S. government-issued identification displaying his identity or home address and admitted he was present in the United States unlawfully. In my experience as a BPA, aliens who have fled from law enforcement and fail to provide basic details about their home or work circumstances will seek to abscond rather than face apprehension and possible deportation.
My service issued bodycam was active during the event. Bodycam Serial# ████████.
At the ERO facility the subject was fingerprinted, and it was determined that he had given a false name and date of birth. His identity is A███-V█████, J██ (A█████████) a LAPR S26 status. During an interview at the ERO facility A███ admitted to giving a false name and date of birth.
A███ was subsequently released from custody after this determination.

| Signature | Title |
|---|---|
| S██ T█████ | BORDER PATROL AGENT |

Form I-831 Continuation Page (Rev. 08/01/07)

CONFIDENTIAL - ATTORNEY'S EYES ONLY                    GOV-00000418