# EXHIBIT 70

**U.S. Department of Homeland Security**     Subject ID [redacted]     **Record of Deportable/Inadmissible Alien**

| | | | | | |
|---|---|---|---|---|---|
| Family Name (CAPS) | First | Middle | Sex **M** | Hair **BLD** | Eyes **BRO** | Cmplxn **FAR** |

Family Name (CAPS): G[redacted] M[redacted]
First: 
Middle:

| Sex | Hair | Eyes | Cmplxn |
|---|---|---|---|
| M | BLD | BRO | FAR |

Country of Citizenship: [redacted]
Passport Number and Country of Issue:
File Number: [redacted]

| Height | Weight | Occupation |
|---|---|---|
| 66 | 150 | LABORER |

U.S. Address: [redacted]

Scars and Marks:

Date, Place, Time, and Manner of Last Entry: [redacted]
Passenger Boarded at:

F.B.I. Number: [redacted]
☒ Single   ☐ Divorced   ☐ Married   ☐ Widower   ☐ Separated

Number, Street, City, Province (State) and Country of Permanent Residence:

Method of Location/Apprehension: **NCA**

Date of Birth: [redacted]    Age: [redacted]
Date of Action: **10/29/2025**
Location Code: **LOS/LOS**
At/Near: **See I-831**
Date/Hour: **10/28/2025 13:59**

City, Province (State) and Country of Birth: [redacted]
AR ☒
Form : (Type and No.)   Lifted ☐   Not Lifted ☐
By: I[redacted] G[redacted]

NIV Issuing Post and NIV Number:
Social Security Account Name:
Status at Entry:
Status When Found:

Date Visa Issued:
Social Security Number:
Length of Time Illegally in U.S.:

Immigration Record: [redacted]
Criminal Record:

Name , Address, and Nationality of Spouse (Maiden Name, if Appropriate):
Number and Nationality of Minor Children: **None**

Father's Name, Nationality, and Address, if Known: [redacted]
Mother's Present and Maiden Names, Nationality, and Address, if Known: [redacted]

Monies Due/Property in U.S. Not in Immediate Possession: **None Claimed**
Fingerprinted? ☒ Yes ☐ No
Systems Checks: **See Narrative**
Charge Code Words(s): **See Narrative**

Name and Address of (Last)(Current) U.S. Employer:
Type of Employment: **Unemployed or Retired**
Salary: Hr
Employed from/to:

Narrative (Outline particulars under which alien was located/apprehended. Include details not shown above regarding time, place and manner of last entry, attempted entry, or any other entry, and elements which establish administrative and/or criminal violation. Indicate means and route of travel to interior.)

[redacted]                    Left Index fingerprint          Right Index fingerprint

[redacted]

**Family Information**
**------------------**
**Father:** [redacted]
**Mother:** [redacted]
**Spouse:** [redacted]
**Child:** Subj [redacted]

  **...(CONTINUED ON I-831)**

J. [redacted] C[redacted]
**Deportation Officer**

Alien has been advised of communication privileges _____ (Date/Initials)
(Signature and Title of Immigration Officer)

Distribution:

Received: (Subject and Documents)   (Report of Interview)

Officer: **J. [redacted] C[redacted]**

on: **October 29, 2025** _____ (time)

Disposition: **Warrant of Arrest/Notice to Appear**

Examining Officer: **H[redacted], F. J. [redacted]**

Form I-213 (Rev. 08/01/07)

**U.S. Department of Homeland Security**

**Continuation Page for Form** I-213

| Alien's Name | File Number | Date |
|---|---|---|
| G████████, M███████ | ████████ | 10/29/2025 |
| | Event No: ████████ | |

████████████

████████████████████████████

████████████████

------------------------------

████████████████████████████

**RECORDS CHECKED**
----------------

████████████████████████████████

████████████████████████████████

**Arrested At/Near**
----------------
7870 Van Nuys Blvd Panorama City CA 914026069 USA

**Record of Deportable/Excludable Alien:**
----------------------------------------
The Department of Homeland Security (DHS) and Department of Justice (DOJ) have developed a 6-month, nationwide operation to significantly increase Operation At Large arrests of illegal aliens, focusing on individuals with executable final orders of removal, known immigration violations, as well as general immigration enforcement. In May 2025, this operation commenced by deploying 1,000 interagency teams daily across 25 Areas of Responsibility (AORs), operating 7 days a week. The operation prioritizes regions with the highest concentrations of executable final orders, as identified by the ATrac (Alien Tracker) system1, with resources dynamically reallocated weekly to maximize efficiency. The operation integrates personnel from the Department of Homeland Security (DHS), Immigration and Customs Enforcement (ICE) Enforcement and Removal Operations (ERO), Homeland Security Investigations (HSI), United States Border Patrol (USBP), Office of Field Operations (OFO), Air and Marine Operations (AMO), Office of Information Technology (OIT) and, Department of Justice (DOJ), Federal Bureau of Investigation (FBI), Drug Enforcement Administration (DEA), Bureau of Alcohol, Tobacco, Firearms and Explosives (ATF), United States Marshals Service (USMS), Internal Revenue Service (IRS) - Criminal Investigation Division (CID), and National Guard, with additional support from 287(g) partners in their assigned jurisdictions. The operation aims to enhance public safety and enforce immigration laws.

I, Border Patrol Agent (BPA) L████ B████ have been employed as a Border Patrol Agent for two years and have been employed at the El Centro Border Patrol Station. My assigned area of responsibility is the El Centro Station in the Southern California District. My experience consists of patrolling rural and mountainous harsh terrain in southern California to coastal border and city patrol.

I receive regular intelligence briefings on emerging trends related to smuggling and illegal alien trends, situations and activity. Additionally, I work with other Border Patrol Agents, as well as officers and agents from allied federal law enforcement agencies. We all share experiences and knowledge of illicit activity thus creating a constant learning environment aimed at combatting crime. During my career, I have interdicted many smuggling events and arrested and interviewed many illegal aliens. During these interviews, most illegal aliens

| Signature | Title |
|---|---|
| J. ████ C███ | Deportation Officer |

_____ 2 _____ of _____ 5 _____ Pages

Form I-831 Continuation Page (Rev. 08/01/07)

**U.S. Department of Homeland Security**

**Continuation Page for Form** I-213

| Alien's Name | File Number | Date |
|---|---|---|
| G▮▮▮▮▮▮▮▮, M▮▮▮▮▮▮ | ▮▮▮▮▮▮▮▮ | 10/29/2025 |
| | Event No: ▮▮▮▮▮▮▮▮ | |

have told me that their destination was one of the four counties surrounding Los Angeles, California (Orange County, Los Angeles County, Riverside County, and San Bernardino County). These four counties are among the counties with the highest concentration of illegal aliens in the United States, as is widely publicized.

On October 27, 2025, I was conducting immigration enforcement operations in the city of Los Angeles, CA in support of Operation At Large. Los Angeles has been identified as a city where large numbers of illegal aliens are known to stay, live and work without having any legal documentation in the United States. I was dressed in Plain clothes wearing My agency issued body armor with agency badge and insignia bearing the words "Border Patrol Federal Agent." I was easily identifiable as law enforcement.

On the morning of October 27, 2025, at approximately 06:30 a.m., my Strike Team was presented with an intelligence brief prepared by Border Patrol Agent- Intelligence (BPA-I) A. P▮▮▮▮▮ which provided actionable information regarding targeted illegal aliens

and the location associated with them./The target alien, (DOB: ▮▮▮▮▮▮) from ▮▮▮▮▮▮▮▮ is an illegal alien with no legal status to be in the United States legally, the vehicle associated with P▮▮▮▮▮ is an ▮▮▮▮▮▮▮▮▮▮▮▮▮▮ bearing California license plate Ca/▮▮▮▮▮. 1830 W. Slauson Avenue, Los Angeles CA was the targeted location which is publicly accessible. The briefing included details about the P▮▮▮▮▮ identity and immigration status, locations, and suspected activities such as illegal day laborers.

Based on this intelligence, agents conducted surveillance at 1830 W. Slauson Avenue, Los Angeles, CA where subjects were observed engaging in behavior consistent with the information provided during the briefing. Following confirmation of the suspected activities, agents executed the operation, resulting in the apprehension of multiple subjects without incident.

On October 27, 2025, at approximately 0900 a.m. while conducting my official duties at a Home Depot, located at 1830 W. Slauson Avenue, I encountered an individual later identified as M▮▮▮▮ G▮▮▮▮▮▮▮▮ Date of Birth: ▮▮▮▮▮▮▮▮. After I exited my vehicle G▮▮▮▮ immediately fled on foot upon noticing the presence of Border Patrol Agents in the area. G▮▮▮▮ ran a short distance before being detained by Federal Agents.

I identified myself as a United States Border Patrol Agent and to place G▮▮▮▮ 's hands on his lower back. Acting Supervisory Border Patrol Agent (ASBPA) B▮▮▮ arrived and assisted with G▮▮▮▮. I detained G▮▮▮▮ and placed him in a government vehicle and transported him to a predetermined location due to protesters gathering and safety. Once we were at the second location, I resumed my immigration inspection and asked P▮▮▮▮ if he had any legal Immigration documents allowing him to reside in the United States. G▮▮▮▮ then presented me with a ▮▮▮▮▮▮ passport. I then asked if he was illegally present in the United States, to which he responded, that he is from ▮▮▮▮▮▮ and a citizen of ▮▮▮▮▮▮ which led me to believe he was illegally present and did not have any legal documentation to remain in the United States legally.

Based on G▮▮▮▮ being illegally present in the United States, his willful disregard for the United States immigration laws, ability to disappear into the millions of people living in the Los Angeles County area, and the facts outlined above, it is my belief (based on training and experience) that G▮▮▮▮ is a flight risk and was likely to escape before a warrant for his arrest could be obtained.

At approximately 0910 AM, I informed G▮▮▮▮ that he was under arrest for violation of U.S. immigration law.

DHS databases confirmed that G▮▮▮▮ has no status in the United States. G▮▮▮▮ has no immigration documents allowing him to enter or remain in the United States.

| Signature | Title |
|---|---|
| J. ▮▮▮▮ C▮▮▮▮ | Deportation Officer |

_____3_____ of _____5_____ Pages

Form I-831 Continuation Page (Rev. 08/01/07)

**U.S. Department of Homeland Security**                    **Continuation Page for Form** <u>I-213</u>

| Alien's Name | File Number | Date |
|---|---|---|
| G▮▮▮▮▮▮▮▮, M▮▮▮▮▮▮ | ▮▮▮▮▮▮▮▮<br>**Event No:** ▮▮▮▮▮▮▮▮ | 10/29/2025 |

G▮▮▮▮ was transported to ERO via government vehicle for further Immigration processing./////

M▮▮▮ G▮▮▮▮▮▮▮▮ (DOB: ▮▮▮▮▮, COC: ▮▮▮▮▮▮) /

/I had my AXON 4 (▮▮▮▮▮) body-worn camera activated during the arrest. Evidence S# AD9S0

10-27-25- M▮▮▮ G▮▮▮▮▮-BPA B▮▮▮ - HD-1830 W. Slauson Avenue

Addendum*******************************************************************************

ERO Los Angeles - G▮▮▮▮▮▮, M▮▮▮▮▮▮
New A# ▮▮▮▮▮▮▮
DOB: ▮▮▮▮▮▮▮
COC: ▮▮▮▮▮▮

*No T, U, or VAWA Visas Pending*

*ICE personnel and processing officers were not present during the arrest all information for the arrest were provided by the Border Patrol.

G▮▮▮▮ came to the attention of Enforcement and Removal Operations (ERO), Los Angeles pursuant to a United States Border Patrol (USBP) Operation At-Large arrest regarding (G▮▮▮▮▮▮, M▮▮▮▮▮▮), new A#▮▮▮▮▮▮▮, a citizen of ▮▮▮▮▮ that was brought into custody by USBP to 300 N. Los Angeles St. Los Angeles, CA. After checks were conducted, ERO determined that G▮▮▮ as amenable to DHS/ICE enforcement action and removable.

ENCOUNTER

At approximately 0500 hours on October 29, 2025, U.S. Immigration and Customs Enforcement (ICE), ERO, Los Angeles Field Office (LAFO) Fugitive Operations Officers, were notified that the G▮▮▮ had been brought in by BP during Operation At-large and were tasked to process the cases. ERO officers were not present at the arrest and only notified to support processing after the arrest and initial encounters were made and subjects were brought to B-18.

All ICE personnel on the scene were clearly displaying "ICE badge" identifiers on their persons.

At approximately 0600 hours ERO officers encountered G▮▮▮ at 300 N. Los Angeles St. Los Angeles, CA. Rm B-18 during processing, ERO identified G▮▮▮ as an alien, ▮▮▮▮▮▮▮▮ ▮▮▮▮▮▮▮▮, does not possess any lawful immigration documents. G▮▮▮ will subsequently be detained pending removal proceedings.

BACKGROUND:

▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮

CHARGES OF REMOVABILITY:

▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮

MITIGATING FACTORS:

| Signature | Title |
|---|---|
| J. ▮▮▮ C▮▮ | Deportation Officer |

Form I-831 Continuation Page (Rev. 08/01/07)

**U.S. Department of Homeland Security**

**Continuation Page for Form** <u>I-213</u>

| Alien's Name | File Number | Date |
|---|---|---|
| G⬛⬛⬛⬛⬛⬛, M⬛⬛⬛⬛ | ⬛⬛⬛⬛⬛⬛<br>**Event No:** ⬛⬛⬛⬛⬛ | **10/29/2025** |

⬛⬛⬛⬛⬛⬛⬛⬛⬛⬛⬛⬛⬛⬛⬛⬛⬛⬛⬛⬛⬛⬛⬛⬛⬛⬛

**DISPOSITION:**

**ERO Los Angeles recommends serving Form I-862 Notice to Appear.**

**Team/Operation: Operation At-Large**

**Other Identifying Numbers**
**---------------------------**
**ALIEN** ⬛⬛⬛⬛⬛

| Signature | Title |
|---|---|
| **J.    C** | **Deportation Officer** |

Form I-831 Continuation Page (Rev. 08/01/07)