# EXHIBIT 72

Sealed Version
Filed Separately

Immigration and Customs Enforcement (ICE) is currently executing Operation At Large targeting immigration violators in Los Angeles, California. The operation focuses on law enforcement operations in direct support of Presidential Executive Orders while ensuring personnel safety and maintaining tactical control while operating in a confined, civilian-heavy environment.

The Department of Homeland Security (DHS) and Department of Justice (DOJ) have developed a 6-month, nationwide operation to significantly increase Operation At Large arrests of illegal aliens, focusing on individuals with executable final orders of removal, known immigration violations, as well as general immigration enforcement. In May 2025, this operation commenced by deploying 1,000 interagency teams daily across 25 Areas of Responsibility (AORs), operating 7 days a week. The operation prioritizes regions with the highest concentrations of executable final orders, ███████████████████████████████ with resources dynamically reallocated weekly to maximize efficiency. The operation integrates personnel from the Department of Homeland Security (DHS), Immigration and Customs Enforcement (ICE) Enforcement and Removal Operations (ERO), Homeland Security Investigations (HSI), United States Border Patrol (USBP), Office of Field Operations (OFO), Air and Marine Operations (AMO), Office of Information Technology (OIT) and, Department of Justice (DOJ), Federal Bureau of Investigation (FBI), Drug Enforcement Administration (DEA), Bureau of Alcohol, Tobacco, Firearms and Explosives (ATF), United States Marshals Service (USMS), Internal Revenue Service (IRS) – Criminal Investigation Division (CID), and National Guard, with additional support from 287(g) partners in their assigned jurisdictions. The operation aims to enhance public safety and enforce immigration laws.

I, Border Patrol Agent (BPA) T███████D███████ have been employed as a Border Patrol Agent for over 6 years. I receive regular intelligence briefings on emerging trends related to smuggling and illegal alien trends, situations and activity. Additionally, I work with Border Patrol Agents, as well as officers and agents from allied federal law enforcement agencies, who have more experience than I do, who share past experience and knowledge of illicit activity thus creating a constant learning environment aimed at combatting crime. During my career, I have interdicted hundreds of smuggling events and arrested and interviewed thousands of illegal aliens. During these interviews, the majority of illegal aliens have told me that their final destination was one of the 4 counties surrounding Los Angeles (Orange County, Los Angeles County, Riverside County, and San Bernardino County). These four counties are among the counties with the highest concentration of illegal aliens in the United States, as is widely publicized.

CONFIDENTIAL, SUBJECT TO PROTECTIVE ORDER C.D. CAL. 2:25-cv-05605-MEMF-SP

On August 6, 2025, I, BPA D███████ was conducting immigration enforcement operations in the city of Los Angeles, CA in support of Operation At Large. Los Angeles has been identified as a city within Los Angeles County where large numbers of illegal aliens are known to stay, live and work without having any legal documentation in the United States.

On August 6th, 2025, prior to the Stike Team's deployment, I attended an intelligence briefing conducted by Intelligence Section Chief F█████ that provided actionable information regarding the targeted location and subjects previously associated to it. The briefing included details about the subjects' identities and immigration status, locations, and suspected activities such as illegal day workers. Based on this intelligence, agents conducted surveillance at 1675 Wilshire Blvd, a Home Depot, where the targeted subjects were observed engaging in behavior consistent with the information provided during the briefing. Following confirmation of the suspected activities, agents executed the operation, resulting in the apprehension of without incident.

The location of today's operation was a public access Home Depot located near Wilshire Blvd. and Union Street, Los Angeles, California. I know from experience that illegal aliens seek day labor jobs at locations such as Home Depot because they pay cash. Illegal aliens seek cash paying jobs because they lack documentation and immigration status to gain lawful employment within the United States. Illegal aliens also often work cash paying jobs to avoid paying taxes and to avoid detection by law enforcement.

I also understand that the U.S. Border Patrol has arrested hundreds of illegal aliens at car washes, Home Depot stores, and other locations in recent weeks. During custodial interviews with these arrested aliens, many of them stated that they had previously lived in the Los Angeles area. Many of these aliens further elaborated that they had earned a living by selling food/flowers/household goods on street corners, worked day labor jobs which were solicited at locations such as Home Depot, or worked for cash at places like car washes, construction sites, or restaurant kitchens. Furthermore, recent intelligence briefings I've received confirm this information remains current today.

I arrived at 1675 Wilshire Blvd at approximately 6:40 AM dressed in full rough duty uniform with a ballistic vest displaying placards that stated "Police/U.S. Border Patrol" on the front and back. I was readily identifiable as a Border Patrol Agent.

CONFIDENTIAL, SUBJECT TO PROTECTIVE ORDER C.D. CAL. 2:25-cv-05605-MEMF-SP

I pulled into a public access area and parked and intended to engage the employees / day laborers in conversation to determine their citizenship and inquire if they had knowledge of other illegal aliens in the area. In doing so, I observed many people in the parking lot moving to and from the Home Depot. These individuals appeared to me to be customers intent on shopping at the store as one would expect. They moved in a relaxed manner with an identified purpose. Another group of approximately 50 individuals, by contrast, was present in the parking lot, and I noticed they behaved differently than people shopping at Home Depot. They were loitering in a stationary location and were not shoppers. In my experience, as described above, this stationary loitering is indicative of day laborers and possible illegal aliens' intent on working for cash. Moreover, I am aware of intelligence reports indicating that illegal aliens typically loiter at businesses in certain locations at certain times to find cash work. As soon as I stepped out of my nearby vehicle, and prior to speaking to any individual, I observed several people look furtively in my direction and run away from me and other Border Patrol Agents. Their actions were far different than customers entering and exiting the store.

I know from experience that the aliens unlawfully present in the United States frequently abscond rather than face apprehension by Border Patrol Agents. Based on my training and experience, this unprovoked flight from law enforcement led me to believe that these individuals were involved in an active crime or were likely present in the United States without authorization. I therefore pursued the individuals who ran to further investigate.

One of the fleeing individuals was later identified as L████, R██ (DOB: ████████). I gave chase and pursued L████ while commanding her to stop. L████ ignored my commands and continued eastbound. In my experience, ignoring a law enforcement officer's commands to stop is far different than how reasonable people act in this situation. In my experience as a Border Patrol Agent, ignoring a Border Patrol Agent's command to stop is indicative of potential illegal alienage because aliens present unlawfully seek to avoid apprehension by Border Patrol Agents. After a short foot pursuit, I was able to detain L████ without further incident. During a brief investigative detention, L████ freely admitted to me that she is a citizen of ████ illegally present in the United States.

I determined that L████ was likely to escape before a warrant could be obtained for their arrest based on their flight from law enforcement, the fact that she ignored agent commands, her illegal presence in the United States, and the facts outlined above. When asked, the subject

CONFIDENTIAL, SUBJECT TO PROTECTIVE ORDER C.D. CAL. 2:25-cv-05605-MEMF-SP

stated she lived and worked in the area but was unwilling to provide an address for either her home or work location. The subject stated she had no U.S. government-issued identification displaying her identity or home address and admitted she was present in the United States unlawfully. In my experience as a BPA, aliens who have fled from law enforcement and fail to provide basic details about their home or work circumstances will seek to abscond rather than face apprehension and possible deportation.

I then placed L███ in handcuffs and escorted her to a government vehicle. I informed L███ that she was under arrest for violation of U.S. immigration law.

Once L███ was safely detained away from others, I conducted a search and no wallet was located. No identification documents were encountered.

DHS databases confirmed that L███ has no status in the United States. L███ has no documents allowing her to enter or remain in the United States.

L███ was taken to the Los Angeles Downtown ERO facility B-18 for further processing.