# EXHIBIT 74

Sealed Version
Filed Separately

Immigration and Customs Enforcement (ICE) is currently executing Operation At Large targeting immigration violators in Los Angeles, California. The operation focuses on law enforcement operations in direct support of Presidential Executive Orders while ensuring personnel safety and maintaining tactical control while operating in a confined, civilian-heavy environment.

The Department of Homeland Security (DHS) and Department of Justice (DOJ) have developed a 6-month, nationwide operation to significantly increase Operation At Large arrests of illegal aliens, focusing on individuals with executable final orders of removal. In May 2025, this operation commenced deploying 1,000 interagency teams daily across 25 Areas of Responsibility (AORs), operating 7-days a week. The operation prioritizes regions with the highest concentrations of executable final orders, ███████████████████████████ ███████ with resources dynamically reallocated weekly to maximize efficiency. The operation integrates personnel from the Department of Homeland Security (DHS), Immigration and Customs Enforcement (ICE) Enforcement and Removal Operations (ERO), Homeland Security Investigations (HSI), United States Border Patrol (USBP), Office of Field Operations (OFO), Air and Marine Operations (AMO), Office of Information Technology (OIT) and, Department of Justice (DOJ), Federal Bureau of Investigation (FBI), Drug Enforcement Administration (DEA), Bureau of Alcohol, Tobacco, Firearms and Explosives (ATF), United States Marshals Service (USMS), Internal Revenue Service (IRS) – Criminal Investigation Division (CID), and National Guard, with additional support from 287(g) partners in their assigned jurisdictions. The operation aims to enhance public safety and enforce immigration laws.

On June 19, 2025, I, Border Patrol Agent D███ S███ OUT OF EL CENTRO SECTOR, was working in support of Immigration and Customs Enforcement's Operation At Large in the Los Angeles, CA area. I have over 2 years of experience enforcing federal immigration law as Border Patrol Agent to include the enforcement of Title 8 violations.

The location of today's operation was located near 5600 Sunset Blvd, Hollywood, CA 90028. I arrived at approximately 0730 and encountered/approached L███████ D██-S███. Before being able to identify myself as a U.S. Border Patrol Agent, the subject began to run south on N St. Andrews PL. I was wearing official Border Patrol Agent identifiers, including body armor displaying a visible badge clearly stating my status as a Border Patrol Agent. The body armor also had clear wording on both front and back stating that I am a federal agent with the Border Patrol.

Once I temporarily detained D███, I performed a field immigration interview on D███. During the interview it was determined D███ was illegally present in the United States. D███ stated he was a citizen of ████████ with a DOB of ████████.

CONFIDENTIAL, SUBJECT TO PROTECTIVE ORDER C.D. CAL. 2:25-cv-05605-MEMF-SP

D█ was placed under arrest for immigration Title 8 violation and transported to an Immigration and Customs Enforcement facility for removal.

CONFIDENTIAL, SUBJECT TO PROTECTIVE ORDER C.D. CAL. 2:25-cv-05605-MEMF-SP

GOV-00015104