# EXHIBIT 76

Sealed Version
Filed Separately

Immigration and Customs Enforcement (ICE) is currently executing Operation At Large targeting immigration violators in Los Angeles, California. The operation focuses on law enforcement operations in direct support of Presidential Executive Orders while ensuring personnel safety and maintaining tactical control while operating in a confined, civilian-heavy environment.

The Department of Homeland Security (DHS) and Department of Justice (DOJ) have developed a 6-month, nationwide operation to significantly increase Operation At Large arrests of illegal aliens, focusing on individuals with executable final orders of removal, known immigration violations, as well as general immigration enforcement. In May 2025, this operation commenced by deploying 1,000 interagency teams daily across 25 Areas of Responsibility (AORs), operating 7 days a week. The operation prioritizes regions with the highest concentrations of executable final orders, ███████████████████████████████ with resources dynamically reallocated weekly to maximize efficiency. The operation integrates personnel from the Department of Homeland Security (DHS), Immigration and Customs Enforcement (ICE) Enforcement and Removal Operations (ERO), Homeland Security Investigations (HSI), United States Border Patrol (USBP), Office of Field Operations (OFO), Air and Marine Operations (AMO), Office of Information Technology (OIT) and, Department of Justice (DOJ), Federal Bureau of Investigation (FBI), Drug Enforcement Administration (DEA), Bureau of Alcohol, Tobacco, Firearms and Explosives (ATF), United States Marshals Service (USMS), Internal Revenue Service (IRS) – Criminal Investigation Division (CID), and National Guard, with additional support from 287(g) partners in their assigned jurisdictions. The operation aims to enhance public safety and enforce immigration laws.

I, Border Patrol Agent (BPA), J███ B███ have been employed as a Border Patrol Agent for over 13 years. I receive regular intelligence briefings on emerging trends related to smuggling and illegal alien trends, situations and activity. Additionally, I work with Border Patrol Agents, as well as officers and agents from allied federal law enforcement agencies, who have more experience than I do, who share experience and knowledge of illicit activity thus creating a constant learning environment aimed at combatting crime. During my career, I have interdicted several smuggling events and arrested and interviewed multiple illegal aliens. During these interviews, most illegal aliens have told me that their final destination was one of the four counties surrounding Los Angeles, California (Orange County, Los Angeles County, Riverside County, and San Bernardino County). These four counties are among the counties with the highest concentration of illegal aliens in the United States, as is widely publicized.

On August 22, 2025, I, BPA J█████ P█████ was conducting immigration enforcement operations in the city of Pasadena, CA in support of Operation At Large. Pasadena has been identified as a city within Los Angeles County where large numbers of illegal aliens are known to stay, live and work without having any legal documentation in the United States.

On August 22, 2025, prior to my team's deployment, I attended an intelligence briefing conducted by Supervisory Border Patrol Agent – Sector Intelligence Unit M. C█████ that provided actionable information regarding the targeted location and subjects previously associated with it. The briefing included details about the subjects' identities and immigration status, locations, and suspected activities such as illegal day workers. Identified subjects included, H█████ T█████, J█████ A█████ (DOB: █████, COC: █████) and Q█████-O█████, O█ (DOB: █████, COC: █████).

Based on this intelligence, agents conducted surveillance at 164 W Del Mar Blvd, Pasadena, CA 91105, where subjects were observed engaging in behavior consistent with the information provided during the briefing. Following confirmation of the suspected activities, agents executed the operation, resulting in the apprehension of multiple subjects without incident.

The location of today's operation was a public access car wash (Pasadena Car Wash) located on W Del Mar Blvd, Pasadena, California. I was dressed in full rough duty uniform with agency issued ballistic body armor containing badge, agency insignia, and clear police markings on front and back. Riding with me was Border Patrol Agent A. F█████ who was also wearing a full rough duty uniform with agency issued ballistic body armor containing badge, agency insignia, and clear police markings on front and back. I know from experience that illegal aliens work day jobs at locations such as car washes because they pay cash. Illegal aliens seek cash paying jobs because they lack documentation and immigration status to gain lawful employment within the United States. Illegal aliens also often work cash paying jobs to avoid paying taxes and to avoid detection by law enforcement.

I also understand that the U.S. Border Patrol has arrested hundreds of illegal aliens at car washes, Home Depot stores, and other locations in recent weeks. During custodial interviews with these arrested aliens, many of them stated that they had previously lived in the Los Angeles area. Many of these aliens further elaborated that they had earned a living by selling food/flowers/household goods on street corners, worked day labor jobs which were solicited at

locations such as Home Depot, or worked for cash at places like car washes, construction sites, or restaurant kitchens. Furthermore, recent intelligence briefings I've received confirm this information remains current.

I arrived at 164 W Del Mar Blvd, Pasadena, CA at approximately 11:25 AM and pulled into a public access area. I parked and intended to engage the employees / day laborers in conversation to determine their citizenship and inquire if they had knowledge of any of the target subjects mentioned in the morning's intelligence briefing conducted by SBPA-I C█████ and other illegal aliens in the area. In doing so, we observed many people in the parking lot moving to and from vehicles and casually waiting in the parking lot. These individuals appeared to me to be customers intent on getting their vehicles cleaned at the store as one would expect. They moved in a relaxed manner with an identified purpose. There were many other individuals performing the type of work I have witnessed other illegal aliens doing at other car wash locations. Moreover, I am aware of intelligence reports indicating that illegal aliens typically perform these tasks at car wash businesses to find cash work. As soon as I stepped out of my nearby vehicle, and prior to speaking to any individual, I observed several people look furtively in my direction and run away from me and other Border Patrol Agents. Their actions were far different than customers entering and exiting the store.

I know from experience that the aliens unlawfully present in the United States frequently abscond rather than face apprehension by Border Patrol Agents. Based on my training and experience, this unprovoked flight from law enforcement led me to believe that these individuals were involved in an active crime or were likely present in the United States without authorization. I therefore pursued the individuals who ran to further investigate.

One of the fleeing individuals was later identified as B█████S-H█████████, S█████ (B█████-H█████████). I observed B█████ H█████ running away from other Border Patrol Agents in full rough duty uniform through the parking lot. I ordered him to stop but B█████S-H█ turned away from me and continued to run for short distance before tripping over a wheel stop and falling onto the grass where I was able to apprehend him. In my experience, ignoring a law enforcement officer's command to stop is far different than how reasonable people act in this situation. During questioning, B█████S-H█████████ could not answer questions that would allow me to determine his citizenship. Due to the growing presence of possible protestors, I decided he would be moved out of the public area he was detained in for further questioning.

GOV-00019381

B████ ▌-H█████ was placed in handcuffs and escorted to a government vehicle.  During
questioning, B█████ H█ █████ admit he was a citizen of ████ and did not have any
documentation that allowed him to be legally present in the United States. At approximately
11:35 AM, B█████ H█ █████ was advised that he was under arrest pursuant to Title 8 of the
United States Code for violating U.S. immigration law.

I determined that B████ ▌-H████ was likely to escape before a warrant could be obtained
for his arrest, based on his flight from law enforcement, the fact he ignored agent commands
and other facts outlines above.  In my experience as a Border Patrol Agent, ignoring a Border
Patrol Agent's command to stop is indicative of potential illegal alienage because aliens present
unlawfully in the U.S. seek to avoid apprehension by Border Patrol Agents.

DHS databases shows that B████ ▌-H████ has an I-200 – Warrant for Arrest of Alien from
████ 2016. S████ ▌-C█████ has no documents allowing him to enter or remain in the United
States.

B████ ▌-H████ was transported via government vehicle for further processing.

B████ ▌-H█████, S████ (DOB: █████, COC: ████).

CONFIDENTIAL–ATTORNEYS' EYES ONLY C.D. CAL. 2:25-cv-05605-MEMF-SP