# EXHIBIT 97



**Audio Transcription/Translation**

**GOV-P17-008_TRIMMED-redacted**

**Spanish to English**

**Speaker Key:**

**Speaker 1 : [O1]  Officer 1**

**Speaker 2 : [O2]  Officer 2**

**Speaker 3 : [S2]  Speaker 2**

**Speaker 4 : [S3]  Speaker 3**

**July 16, 2026**

| Hour/Speaker | Source | Target |
|---|---|---|
| [00:00:02] O1: | All right, | All right |
| [00:00:08] S2: | Turn around, turn around. | Turn around, turn around. |
| [00:00:14] S2: | Yeah, You know you're out motherfuckers. You bunch of pussies.  You know you got no rights here, dog.  You got no fucking rights here, motherfucker. | Yeah, You know you're out motherfuckers. You bunch of pussies.  You know you got no rights here, dog.  You got no fucking rights here, motherfucker. |
| [00:00:14] O1: | Yo, there is one that fucking got away, dude. I think this dude might be at USC, but a, fuck yeah. | Yo, there is one that fucking got away, dude. I think this dude might be at USC, but a, fuck yeah. |
| [00:00:19] O2: | Beating? | Beating? |
| [00:00:20] O1: | Fucking… yeah.. | Fucking… yeah.. |
| [00:00:20] O2: | Beating? | Beating? |
| [00:00:21] O1: | Yeah, fuck yeah. | Yeah, fuck yeah. |
| [00:00:21] O2: | Yeah, come on. | Yeah, come on. |
| [00:00:23] O1: | Vamos, vamos, vamos. | Let's go, let's go, let's go. |

PAGE 1

| [00:00:26] S2: | Fucking pussies. | Fucking pussies. |
|---|---|---|
| [00:00:36] O1: | Vamos, vamos, vamos. | Let's go, let's go, let's go. |
| [00:00:38] O1: | They're getting back in the car? | They're getting back in the car? |
| [00:00:40] O2: | I don't know. | I don't know. |
| [00:00:43] O1: | Hey, No, hey, get back here. Vámonos, vámonos. | Hey, No, hey, get back here. Let's go, let's go. |
| [00:00:43] O2: | No, they're going up to the car. Hold on. | No, they're going up to the car. Hold on. |
| [00:00:47] O2: | No, no, no, no, no. | No, no, no, no, no. |
| [00:00:48] O1: | Make sure they're clear. | Make sure they're clear. |
| [00:00:49] O2: | Yeah, they're breaking. That's fine. | Yeah, they're breaking. That's fine. |
| [00:00:50] O2: | ¡Esperate! | Wait! |
| [00:00:51] O1: | Go, go, go, go, go, go | Go, go, go, go, go, go |
| [00:00:56] S3: | What is going on? He's there. He's definitely on the wrong side right now. | What is going on? He's there. He's definitely on the wrong side right now. |

PAGE 2

| [00:00:59] O2: | Eh? | Eh? |
|---|---|---|
| [00:00:59] S3: | Police got a beating? Oh bro, what should we do? | Police got a beating? Oh bro, what should we do? |
| [00:01:03] O2: | I saw someone push you. | I saw someone push you. |
| [00:01:06] O1: | Alguien arrestó a un tonqui? | Did someone arrest a "tonqui"? |
| [00:01:07] O2: | I did. | I did. |
| [00:01:09] O1: | What? How do you turn off the camera? How do you turn off the camera? | What? How do you turn off the camera? How do you turn off the camera? |
| [00:01:13] O1: | Wait, wait. | Wait, wait. |
| [00:01:15] O1: | How do you turn off the camera? How do you turn it off, though? | How do you turn off the camera? How do you turn it off, though? |
| [00:01:17] O2: | The way we— | The way we— |
| [00:01:18] O1: | You just keep it pushed down, or what? | You just keep it pushed down, or what? |
| [00:01:19] O2: | No, the center. | No, the center. |

PAGE 3

| | | |
|---|---|---|
| **[00:01:20] O1:** | Oh, it's right there. Hold on. No, the caca... | Oh, it's right there. Hold on. No, the caca... |

PAGE 4

## CERTIFICATE OF ACCURACY

I, **Carolina Troncoso Yanes**, declare that I have provided translation services executed on this **July 17, 2026.** Furthermore, I declare that I am a professional **English to Spanish and Spanish to English** translator, and that I am competent to work in this language pair. I hereby certify that I have translated the attached document to the best of my knowledge and ability and believe this file true, accurate and complete.

The original file provided to me is titled: ***GOV-P17-008_TRIMMED-redacted***

File name delivered:

***GOV-P17-008_TRIMMED-redacted (English).docx***

 Pages:  **4 pages.**

Sincerely,

**Carolina Troncoso Yanes**

**July 17, 2026**

U.S. Legal Support, Inc. – Translations Services Department
855-538-3099 translations@uslegalsupport.com