# EXHIBIT 98



**Audio Transcription/Translation**

**GOV-P17-048_TRIMMED-redacted**

**English to Spanish**

**Speaker Key:**

**Speaker 1 : [DT]  Detainee**

**Speaker 2 : [O2]  Officer 2**

**Speaker 3 : [OF]  Officer**

**July 16, 2026**

| Hour/Speaker | Source | Target |
|---|---|---|
| [00:00:10] OF: | United States Border Patrol. Do you have documents? immigration documents? ¿Tienen documentos de inmigración? | United States Border Patrol. Do you have documents? immigration documents? Do you have immigration documents? |
| [00:00:17] DT: | No | No |
| [00:00:19] OF: | Look at me. ¿Tienen documentos de inmigración? ¿Tienen documentos de inmigración? | Look at me. Do you have immigration documents? Do you have immigration documents? |
| [00:00:23] O2: | Tiene documentos? Sí o no, compa? Ahorita vamos a averiguar de todos modos. No lo hagas más difícil. | Do you have documents? Yes or no buddy? We are going to find out right now anyway. Don't make this harder. |
| [00:00:27] OF: | Patrulla Fronteriza | Border Patrol |
| [00:00:29] OF: | Okay? | Alright? |
| [00:00:30] 02: | Somos de la Patrulla Fronteriza.  Esto es una identificación, mira. Okay? | We are the Border Patrol. This is an identification. Look. Okay? |
| [00:00:33] OF: | Somos policías de inmigación ¿Tienen documentos de inmigración? Okay. | We are Immigration Police. Do you have immigration papers? Okay. |
| [00:00:42] OF: | ¿De qué país es usted ciudadano? | Of which country are you a citizen? |

PAGE 1

| [00:00:44] O2: | ¿De dónde eres, mijo? | Where are you from, son? |
|---|---|---|
| [00:00:46] OF: | Put him in your right hand. | Put him in your right hand. |
| [00:00:48] O2: | Pásalo, pásalo pa' allá. | Take him, take him over there |
| [00:00:49] OF: | It's a temporary detention for further investigation. Sientese. | It's a temporary detention for further investigation. Sit down. |
| [00:00:55] DT: | Fine. | Fine. |
| [00:00:56] OF: | I need somebody to help me. | I need somebody to help me. |
| [00:00:57] O2: | Hey, bro. | Hey, bro. |
| [00:00:59] OF: | I need you with me. Come with me. | I need you with me. Come with me. |
| [00:01:01] O2: | Jump in here. | Jump in here. |
| [00:01:02] OF: | Come with me. | Come with me. |
| [00:01:06] DT: | Okay. | Okay. |
| [00:01:09] OF: | Eso. I got him. | There you go. I got him. |

PAGE 2

**CERTIFICATE OF ACCURACY**

I, **Carolina Troncoso Yanes**, declare that I have provided translation services executed on this **July 17, 2026.** Furthermore, I declare that I am a professional **English to Spanish and Spanish to English** translator, and that I am competent to work in this language pair. I hereby certify that I have translated the attached document to the best of my knowledge and ability and believe this file true, accurate and complete.

The original file provided to me is titled: ***GOV-P17-048_TRIMMED-redacted***

File name delivered:

***GOV-P17-048_TRIMMED-redacted (English)***

 Pages: **4 pages.**

Sincerely,

**Carolina Troncoso Yanes**

**July 17, 2026**

U.S. Legal Support, Inc. – Translations Services Department
855-538-3099 translations@uslegalsupport.com