# EXHIBIT 99



**Audio Transcription/Translation**

**GOV-P17-076_TRIMMED-redacted**

**Spanish to English**

**Speaker Key:**

**Speaker 1 : [DT]  Detainee**

**Speaker 2 : [OF]  Officer**

**July 16, 2026**

U.S. Legal Support, Inc. – Translations Services Department – 855-538-3099
translations@uslegalsupport.com

| Hour/Speaker | Source | Target |
|---|---|---|
| [00:00:23] DT: | Espera. | Wait. |
| [00:00:25] DT: | ¿Aqui lo tengo. Hay esta! | I have it here.There it is. |
| [00:00:30] DT: | Tengo una foto porque no hallaba que…? Porque muchos dicen que traiga el pasaporte de uno, y otros dicen que no. | I have a photo because I couldn't find what..? Because many say to bring one's passport, and others say no. |
| [00:00:39] OF: | Ok. | Ok |
| [00:00:39] DT: | Pero este, aquí lo tienes. Tengo la identificación aquí, si gusta, pa' que mire aquí. | But this one, here you have it. I have the identification here, if you'd like, so that you can see it here. |
| [00:00:53] DT: | Aquí. | Here. |
| [00:00:58] DT: | Vivo en esa misma dirección. | I live at that same address. |
| [00:01:00] OF: | Ah, ok. | Oh, alright |
| [00:01:01] DT: | Mi esposa y yo somos ciudadanos. | My wife and I are both citizens. |
| [00:01:03] OF: | Ok. Gracias, señor. Tenga un buen día. | Ok. Thank you, sir. Have a good day. |

PAGE 1

| | | |
|---|---|---|
| **[00:01:05] DT:** | Muchas gracias. | Thank you very much. |

**CERTIFICATE OF ACCURACY**

I, **Carolina Troncoso Yanes**, declare that I have provided translation services executed on this **July 17, 2026.** Furthermore, I declare that I am a professional **English to Spanish and Spanish to English** translator, and that I am competent to work in this language pair. I hereby certify that I have translated the attached document to the best of my knowledge and ability and believe this file true, accurate and complete.

The original file provided to me is titled: ***GOV-P17-076_TRIMMED-redacted***

File name delivered:

***GOV-P17-076_TRIMMED-redacted (English)***

Pages: **2 pages.**

Sincerely,

**Carolina Troncoso Yanes**

                **July 17, 2026**

U.S. Legal Support, Inc. – Translations Services Department
855-538-3099 translations@uslegalsupport.com