# EXHIBIT 100



**Audio Transcription/Translation**

**GOV-P16-006_TRIMMED**

**Spanish to English**

**Speaker Key:**

**Speaker 1 : [DT]  Detainee**

**Speaker 2 : [O2]  Officer 2**

**Speaker 3 : [OF]  Officer**

**July 16, 2026**

U.S. Legal Support, Inc. – Translations Services Department – 855-538-3099
translations@uslegalsupport.com

| Hour/Speaker | Source | Target |
|---|---|---|
| [00:00:01] OF: | Okay, stop. Get out. | Ok stop, Get out. |
| [00:00:06] OF: | Buenas tardes joven. | Good afternoon, young man. |
| [00:00:07] DT: | Buenas tardes. | Good afternoon. |
| [00:00:08] OF: | ¿De cuál país es ciudadano usted? | Of which country are you a citizen? |
| [00:00:09] DT: | ¿Eh? | Huh? |
| [00:00:10] OF: | ¿De cuál país es ciudadano usted? | Of which country are you a citizen? |
| [00:00:12] DT: | ¿Cuidadano? | Citizen? |
| [00:00:13] OF: | Sí. | Yes. |
| [00:00:14] DT: | No, este... | No, well... |
| [00:00:17] OF: | ¿De cuál país? ¿Tiene documentos que le permiten a usted estar en los Estados Unidos? | Of which country? Do you have documents that allow you to be in the United States? |
| [00:00:20] DT: | Sí, sí, sí. | Yes, yes, yes. |

PAGE 1

| [00:00:20] OF: | De, muéstreme los, por favor. | Eh, show them to me, please. |
| --- | --- | --- |
| [00:00:25] OF: | Hey, check that guy. | Hey, check that guy. |
| [00:00:26] O2: | I checked already. He's good. | I checked already. He's good. |
| [00:00:28] DT: | Sí, sí, mire, sí, tengo | Yes, yes, look, yes,I have it. |
| [00:00:30] OF: | ¿De cuál país es ciudadano? | Of which country are you a citizen? |
| [00:00:32] DT: | El Salvadór. | El Salvador. |
| [00:00:33] OF: | Deme sus documentos, pues. | Give me your documents, then. |
| [00:00:34] O2: | Money. | Money. |
| [00:00:38] DT: | Este, No es. | This one, isn't it. |
| [00:00:42] DT: | ¿La ID? | The ID? |
| [00:00:44] OF: | Este, no es de verdad. | This one is not real. |
| [00:00:46] DT: | No, está vencida. | No, it's expired. |

PAGE 2

| [00:00:47] OF: | ¿Eh? | Huh? |
|---|---|---|
| [00:00:49] OF: | Yeah, they talked to him already. | Yeah, they talked to him already. |
| [00:00:51] OF: | ¿Cómo te…? ¿Cómo…? ¿Cuándo obtuviste esta carta? ¿Eh? | How did you….? How…? When did you get this ID card? Huh? |
| [00:00:56] DT: | Esa es la buena. | That is the real one. |
| [00:00:59] OF: | Tenga un buen dia. | Have a good day. |

PAGE 3

U.S. Legal Support

**CERTIFICATE OF ACCURACY**

I, **Carolina Troncoso Yanes**, declare that I have provided translation services executed on this **July 17, 2026.** Furthermore, I declare that I am a professional **English to Spanish and Spanish to English** translator, and that I am competent to work in this language pair. I hereby certify that I have translated the attached document to the best of my knowledge and ability and believe this file true, accurate and complete.

The original file provided to me is titled: *GOV-P16-006_TRIMMED*

File name delivered:

*GOV-P16-006_TRIMMED (English)*

Pages: **3 pages.**

Sincerely,

**Carolina Troncoso Yanes**

**July 17, 2026**

U.S. Legal Support, Inc. – Translations Services Department
855-538-3099 translations@uslegalsupport.com