# EXHIBIT 101



**Audio Transcription/Translation**

**GOV-P19-60_TRIMMED-redacted**

**Spanish to English**

**Speaker Key:**

**Speaker 1 : [DT]  Detainee**

**Speaker 2 : [O1]  Officer 1**

**Speaker 3 : [O2]  Officer 2**

**Speaker 4 : [S4]  Speaker 4**

**July 16, 2026**

| Hour/Speaker | Source | Target |
|---|---|---|
| [00:00:25] DT: | ……. | |
| [00:00:27] O1: | ¿Usted está aquí ilegalmente en Estados Unidos? | Are you here illegally in the United States? |
| [00:00:30] DT: | No. | No |
| [00:00:30] O1: | ¿No? | No? |
| [00:00:30] DT: | No. | No |
| [00:00:31] O1: | ¿Tiene documentos? | Do you have documents? |
| [00:00:32] DT: | Se me perdieron. | I lost them. |
| [00:00:33] O1: | Si?¿Identificación? | yes? Identification? |
| [00:00:36] DT: | ¿Hum? En la casa si. Ve? | Huh? At the house, yes. See? |
| [00:00:36] O1: | ¿Identificación? | Do you have identification? |
| [00:00:37] DT: | En el truck, no ve?, En el truck over there, I have, eh, | In the truck, you see? In the truck over there. I have, eh, |

PAGE 1

| | | |
|---|---|---|
| **[00:00:42] O2:** | ¿Está bien? | All good? |
| **[00:00:42] 01:** | He said yes | He said yes |
| **[00:00:43] O2:** | ¿Qué tiene? ¿Qué tiene? | What do you have? What do you have? |
| **[00:00:44] DT:** | Tengo… déjame… un papel donde dice mi nombre del trabajador aquí. | I have, Let me — a paper which has my name, from the employer here. |
| **[00:00:47] O2:** | A ver, no, está bien. Súbete al carro. Cuff him up. | No kidding, no, it's fine. Get in the car. Cuff him up. |
| **[00:00:54] O1:** | Ok, ok. | Ok, ok |
| **[00:00:55] O2:** | ¡Ey! ¡Ey! | Hey! Hey! |
| **[00:01:11] DT:** | Y ahora? Mi mujer, fíjate. | And now? My wife, just imagine! |
| **[00:01:19] S4:** | Good, bro? | Good, bro? |
| **[00:01:19] O1:** | Yeah, I'm good. | Yeah, I'm good. |
| **[00:01:30] O2:** | Good? You're good. You're good? | Good? You're good. You're good? |
| **[00:01:33] O2:** | Yeah. | Yeah. |

| | | |
|---|---|---|
| **[00:01:35] O2:** | Suba señor. | Get in sir. |
| **[00:01:45] O1:** | Solo basura? | Just trash? |
| **[00:01:47] DT:** | Sí, los restos de la basura aquí. | Yes, the leftover trash here. |
| **[00:01:50] O1:** | Basura? | Trash? |
| **[00:01:51] O1:** | No lleva nada. | It doesn't have anything |
| **[00:01:53] O1:** | No lleva nada? | It doesn't have anything? |
| **[00:01:55] DT:** | No, no lleva nada. | No, it doesn't have anything |

PAGE 3



**CERTIFICATE OF ACCURACY**

I, **Carolina Troncoso Yanes**, declare that I have provided translation services executed on this **July 17, 2026.** Furthermore, I declare that I am a professional **English to Spanish and Spanish to English** translator, and that I am competent to work in this language pair. I hereby certify that I have translated the attached document to the best of my knowledge and ability and believe this file true, accurate and complete.

The original file provided to me is titled: ***GOV-P19-60_TRIMMED-redacted***

File name delivered:

***GOV-P19-60_TRIMMED-redacted (English)***

Pages: **3 pages.**

Sincerely,

**Carolina Troncoso Yanes**

**July 17, 2026**

U.S. Legal Support, Inc. – Translations Services Department
855-538-3099 translations@uslegalsupport.com