# EXHIBIT 102



**Audio Transcription/Translation**

**Redacted_Axon_Body_4_Video_2025-08-22_1412_I_F██████_TRIMMED**

**Spanish to English**

**Speaker Key:**

**Speaker 1 : [DT]  Detainee**

**Speaker 2 : [O2]  Officer 2**

**Speaker 3 : [OF]  Officer**

**Speaker 4 : [S1]  Speaker 1**

**Speaker 5 : [S2]  Speaker 2**

**July 16, 2026**

U.S. Legal Support, Inc. – Translations Services Department – 855-538-3099

translations@uslegalsupport.com

| Hour/Speaker | Source | Target |
|---|---|---|
| [00:00:02] S1: | F▓▓▓▓▓ pulled in. | F▓▓▓▓ pulled in. |
| [00:00:07] S1: | That's a weird one. | That's a weird one. |
| [00:00:32] OF: | Can you get that guy? | Can you get that guy? |
| [00:00:32] O2: | Yeah. | Yeah. |
| [00:00:33] OF: | Pásele para acá, pues. Pásele para acá. | Come this way, then. Come this way.. |
| [00:00:41] O2: | ¿Dónde está? | Where is it? |
| [00:00:41] O2: | Ponga sus manos para atrás. | Put your hands on your back. |
| [00:00:43] DT: | La toallita. | The towel. |
| [00:00:51] O2: | ¿De dónde es, ciudadano o parte? | Where are you from — are you a citizen or which part? |
| [00:00:53] DT: | De México. | From Mexico. |
| [00:00:55] OF: | ¿Es mexicano? | Are you Mexican? |

PAGE 1

| [00:00:56] DT: | Sí. | Yes. |
|---|---|---|
| [00:00:56] OF: | ¿No tiene papeles? | You don't have papers? |
| [00:00:57] DT: | Sí. | Yes. |
| [00:00:57] OF: | ¿Sí tiene papeles? | You do have papers? |
| [00:00:58] DT: | Sí. | Yes. |
| [00:00:59] OF: | ¿Dónde están? | Where are they? |
| [00:01:00] DT: | En mi carro. | In my car. |
| [00:01:01] OF: | ¿En el carro aquí? | In the car here? |
| [00:01:03] DT: | Sí, ahí. | Yes, there. |
| [00:01:05] O2: | ¿De qué país? | From what country? |
| [00:01:06] S2: | You are on private property. | You are on private property. |
| [00:01:09] OF: | Yes, sir. Yeah, we'll be out right now, sir. Yes, sir. | Yes, sir. Yeah, we'll be out right now, sir. Yes, sir. |

PAGE 2

| | | |
|---|---|---|
| **[00:01:11] S2:** | Yeah? | Yeah? |
| **[00:01:11] OF:** | Yes, sir, we'll be out right now. We'll be out of your hair right now, sir. Yeah, pásale para acá, para acá. | Yes, sir, we'll be out right now. We'll be out of your hair right now, sir. Yeah, Come over here, come over here. |
| **[00:01:19] S2:** | And don't block the entrance please. | And don't block the entrance please. |
| **[00:01:21] OF:** | Yes sir, we'll be out right now. Yes, sir. | Yes sir, we'll be out right now. Yes, sir. |
| **[00:01:23] O2:** | Yes sir. Yes, | Yes sir. Yes, |
| **[00:01:25] OF:** | sir, yeah. | sir, yeah. |
| **[00:01:25] O2:** | Yep. | Yep. |
| **[00:01:31] s1:** | Pon las manos atras | Put your hands on your back. |
| **[00:01:45]:** | Come on, come on. | Come on, come on. |
| **[00:01:47] OF:** | That's it. Just put him in the car. | That's it. Just put him in the car. |
| **[00:01:49] O2:** | Which one? | Which one? |
| **[00:01:50] OF:** | This one right here. | This one right here. |

PAGE 3

| [00:01:50] | No me puedo llevar mi sombrero? NO? | I can't take my hat? NO? |
|---|---|---|
| [00:01:52]: | Ah,Get the mask off | Ah,Get the mask off |
| [00:01:56] O2: | ¿Tiene llaves, pariente? | Do you have any keys, buddy? |
| [00:01:56]DT: | Llave? | Keys? |
| [00:01:58]O2: | ¿No tiene llaves de…. así de los carros de los clientes? o no? No? No? | You don't have any keys for…. like for the client's cars? or not? No? No? |
| [00:02:04] DT: | No, todo está ahí. | No, everything is there. |
| [00:02:04] O2: | Okay. | Okay. |
| [00:02:09] OF: | Yeah. if you can, yeah. | Yeah. if you can, yeah. |
| [00:02:14] O2: | Yo. | Hey |
| [00:02:15] OF: | This one's not breaking. I just need this picture for facial later. Okay, that's fine. Yeah. All right. | This one's not breaking. I just need this picture for facial later. Okay, that's fine. Yeah. All right. |

PAGE 4

**U.S. Legal Support**

## CERTIFICATE OF ACCURACY

I, **Carolina Troncoso Yanes**, declare that I have provided translation services executed on this **July 17, 2026.** Furthermore, I declare that I am a professional **English to Spanish and Spanish to English** translator, and that I am competent to work in this language pair. I hereby certify that I have translated the attached document to the best of my knowledge and ability and believe this file true, accurate and complete.

The original file provided to me is titled:

*Redacted_Axon_Body_4_Video_2025-08-22_1412_I_F_____TRIMMED*

File name delivered:

*Redacted_Axon_Body_4_Video_2025-08-22_1412_I_F_____TRIMMED (English)*

Pages: **4 pages.**

Sincerely,

**Carolina Troncoso Yanes**

**July 17, 2026**

U.S. Legal Support, Inc. – Translations Services Department
855-538-3099 translations@uslegalsupport.com