# EXHIBIT 103



## Audio Transcription/Translation

### Redacted_Clip_1_1_Axon_Body_4_Video_2025-08-05_1311_VS███ ;
### CONFIDENTIAL Protective Order BLUR-CUT
### Spanish to English

**Speaker Key:**

**Speaker 1 : [DT]  Detainee**

**Speaker 2 : [O2]  Officer 2**

**Speaker 3 : [OF]  Officer**

**July 16, 2026**

U.S. Legal Support, Inc. – Translations Services Department – 855-538-3099
translations@uslegalsupport.com

| Hour/Speaker | Source | Target |
|---|---|---|
| [00:00:11] OF: | Hey, listen. Pa' donde le vas a dar? Pa'llá o pa' cá. Pa'donde le vas a dar? Pa'llá o pa' cá.Vente. Vente. | Hey, listen. Which way are you going? That way or this way? Which way are you going? That way or this way?<br>Come. Come. |
| [00:00:27] OF: | De donde eres? | Where are you from? |
| [00:00:29] DT: | Mexico. | Mexico |
| [00:00:30] OF: | Mexico? Okay. | Mexico? Ok |
| [00:00:31] O2: | Hey. The guy that ran inside locked himself in. He's locked in a closet. | Hey. The guy that ran inside locked himself in. He's locked in a closet. |
| [00:00:37] OF: | Pon las manos aqui. | Put your hands here. |
| [00:00:42] O2: | Hey, He says he has his stuff inside. | Hey, He says he has his stuff inside. |
| [00:00:44] OF: | ¿Qué cosa? | What stuff? |
| [00:00:44] O2: | I don't want to let him inside. | I don't want to let him inside. |
| [00:00:45] O2: | Okay, but it's locked. | Okay, but it's locked. |

PAGE 1

| | | |
|---|---|---|
| **[00:00:47] OF:** | It's locked. | It's locked. |
| **[00:00:47] OF:** | ¿Tu amigo te tiene que dejar sacar las cosas, o si no, te vas con nosotros? | Your friend has to let you take your things out, or else you come with us? |
| **[00:00:50] DT:** | Okay, deje y le digo que me deje sacar las cosas. | Okay, let me go tell him to let me take my things. |
| **[00:00:53] OF:** | Por Eso | That's why. . |
| **[00:00:53] DT:** | Okay. | Okay. |
| **[00:00:53] OF:** | Pues, ¿Nos va a dejar entrar? | Well, Is he going to let us in? |
| **[00:00:55] DT:** | Sí, aquí. Aquí. Yo la tengo aquí. Lo voy a hacer mientras esté aquí. Okay, abre para sacar mi mochila, mi mochila. Okay, voy a sacar mi mochila. | Yes, here. Here. I have it here. I'm going to do it while he's here. Okay, open up so I can get my backpack, my backpack. Okay, he's going to get my backpack. |
| **[00:01:07] OF:** | Okay. There is somebody in there. There is somebody in there. As soon as they open, we got to go in. | Okay. There is somebody in there. There is somebody in there. As soon as they open, we got to go in. |
| **[00:01:12] O2:** | Okay. | Okay. |
| **[00:01:19] OF:** | He might bring it out the other way. | He might bring it out the other way. |

PAGE 2

| [00:01:21] O2: | If he does, it's on us. | If he does, it's on us. |
|---|---|---|
| [00:01:22] OF: | But there's somebody in there, locked in. | But there's somebody in there, locked in. |
| [00:01:24] O2: | Yeah, I know. | Yeah, I know. |
| [00:01:26] OF: | ¿De dónde eres? | Where are you from? |
| [00:01:27] DT: | México. | Mexico. |
| [00:01:28] OF: | ¿Qué documentos tienes para estar aquí? | What documents do you have to be here? |
| [00:01:31] DT: | Eh, me dieron documentos porque ya me. ya me. Tengo. Estoy en proceso. Me agarró ICE ya. | Uh, they gave me the document because they have already. I am already in. I am in processing. ICE already arrested me. |
| [00:01:36] OF: | Okay. ¿Y qué te dieron? | Okay. And what did they give you? |
| [00:01:37] DT: | El papel, el documento. | The paper, the document. |
| [00:01:39] OF: | ¿Eh? | Huh? |
| [00:01:39] DT: | El documento, y me pusieron mi, mi billete. | The document. And, they gave me my, my ticket [notice to appear]. |

PAGE 3

| [00:01:42] OF: | Okay. ¿Ya estás bajo proceso? | Okay. Are you already in proceedings? |
|---|---|---|
| [00:01:44] DT: | Sí. | Yes. |
| [00:01:44] OF: | Okay. | Okay. |
| [00:01:45] DT: | Nada más de que….quería mi mochila | It's just that….I wanted my backpack |
| [00:01:46] OF: | Cuz, I want to get in there because there's somebody in there. | Cuz, I want to get in there because there's somebody in there. |
| [00:01:48] O2: | Yeah, there's someone inside the other room, sir.. | Yeah, there's someone inside the other room, sir.. |
| [00:01:49] O2: | Yeah. I think we're in a tough spot right now. | Yeah. I think we're in a tough spot right now. |
| [00:01:52] DT: | Ya le dije, ahorita me va a sacar mi mochila y traigo mis papeles. | I already told him just now — he is going to bring out my backpack and I'll get my papers. |
| [00:01:54] OF: | Pues que le abra para agarrarlo. | Well, have him open up so we can get it. |
| [00:01:56] DT: | Sí. Sí no deja. Creo que aquí en el teléfono, tengo la copia también. | Yes. It's that he is not allowing it. I think, here on the phone, I also have the copy. |
| [00:01:59] OF: | No, aquí está. | No, here it is. |

PAGE 4

| | | |
|---|---|---|
| **[00:01:59] O2:** | Wait, what is this guy claiming? | Wait, what is this guy claiming? |
| **[00:02:01] OF:** | He's getting his phone. | He's getting his phone. |
| **[00:02:02] O2:** | Okay, thank you, sir. Okay. | Okay, thank you, sir. Okay. |
| **[00:02:04] OF:** | I wanted,  I wanted. I wanted to get in there, it's what I wanted. All right. How many here? | I wanted,  I wanted. I wanted to get in there, it's what I wanted. All right. How many here? |
| **[00:02:10] O2:** | Huh? | huh? |
| **[00:02:10] OF:** | How many did we get here? Got the one in there. | How many did we get here? Got the one in there. |

PAGE 5

**U.S. Legal Support**

## CERTIFICATE OF ACCURACY

I, **Carolina Troncoso Yanes**, declare that I have provided translation services executed on this **July 17, 2026.** Furthermore, I declare that I am a professional **English to Spanish and Spanish to English** translator, and that I am competent to work in this language pair. I hereby certify that I have translated the attached document to the best of my knowledge and ability and believe this file true, accurate and complete.

The original file provided to me is titled:

*Redacted_Clip_1_1_Axon_Body_4_Video_2025-08-05_1311_VS*▮

File name delivered:

*Redacted_Clip_1_1_Axon_Body_4_Video_2025-08-05_1311_VS*▮  *(English)*

Pages: **5 pages.**

Sincerely,

**Carolina Troncoso Yanes**

**July 17, 2026**

U.S. Legal Support, Inc. – Translations Services Department
855-538-3099 translations@uslegalsupport.com