# EXHIBIT 104



**Audio Transcription/Translation**

**GOV-P17-059_TRIMMED-redacted**

**Spanish to English**

**Speaker Key:**

**Speaker 1 : [DT]  Detainee**

**Speaker 2 : [O2]  Officer 2**

**Speaker 3 : [OF]  Officer**

**July 16, 2026**

| Hour/Speaker | Source | Target |
|---|---|---|
| [00:00:26] OF: | Amigo ¿tiene documentos? | Buddy. Do you have documents? |
| [00:00:29] DT: | No. | No |
| [00:00:29] OF: | Do you speak English? | Do you speak English? |
| [00:00:30] DT: | Poquito. | A little. |
| [00:00:30] OF: | Poquito. Do you have documents to be in America? U.S.? legally? | A little. Do you have documents to be in America? U.S.? legally? |
| [00:00:35] DT: | No. | No |
| [00:00:35] OF: | Huh? | Huh? |
| [00:00:36] DT: | No. | No |
| [00:00:36] OF: | ¿Y está aquí legalmente? Sí o no. | And are you here legally? Yes or no. |
| [00:00:40] DT: | No. | No |
| [00:00:41] OF: | ¿No? | No? |

PAGE 1

| [00:00:41] DT: | No. | No |
| --- | --- | --- |
| [00:00:42] OF: | You got papers? | You got papers? |
| [00:00:44] DT: | No, no. | No, no |
| [00:00:44] OF: | Let me see your papers. Huh? | Let me see your papers. Huh? |
| [00:00:46] DT: | No tengo papeles. | I don't have papers. |
| [00:00:47] OF: | Where were you born? | Where were you born? |
| [00:00:49] OF: | Where were you born? | Where were you born? |
| [00:00:49] DT: | No entiendo. | I don't understand. |
| [00:00:50] OF: | No entiende? ¿De qué país? | You don't understand? From which country? |
| [00:00:53] DT: | De México. | From Mexico. |
| [00:00:54] OF: | ¿De México? | From Mexico? |
| [00:00:54] DT: | Sí. | Yes. |

PAGE 2

| | | |
|---|---|---|
| **[00:00:55] OF:** | ¿No papeles? | No papers? |
| **[00:00:56] DT:** | No. | No |
| **[00:00:56] OF:** | ¿No papeles? | No papers? |
| **[00:00:57] DT:** | No. | No |
| **[00:00:58] OF:** | ¿No? ¿No papeles? | No? No papers? |
| **[00:01:02] OF:** | Hey, let me see. Hey, He dont | Hey, let me see. Hey, He dont |
| **[00:01:07] O2:** | Yeah, I'm sorry about that guy. | Yeah, I'm sorry about that guy. |
| **[00:01:10] OF:** | He says he doesn't have papers. | He says he doesn't have papers. |
| **[00:01:12] O2:** | No tiene nada? | You do not have anything? |
| **[00:01:12] O2:** | señor? | sir? |
| **[00:01:13] DT:** | No. | No |
| **[00:01:13] OF:** | ¿Está aquí ilegal, ah? | You are here illegally, huh? |

PAGE 3

| [00:01:15] O2: | Okay. | ok |
|---|---|---|
| [00:01:16] OF: | Esta bien | Alright |
| [00:01:21] OF: | ¿No hay llaves para el carro? | No keys for the car? |
| [00:01:24] DT: | No. | No |
| [00:01:24] OF: | No? No llaves? | No, no keys? |
| [00:01:25] DT: | Están ahí, en la caja. | They're there, in the box. |
| [00:01:27] OF: | Okay. | Ok |
| [00:01:29] DT: | En una botella chiquita. | In a little bottle |
| [00:01:41] OF: | Okay. | OK |

PAGE 4

**CERTIFICATE OF ACCURACY**

I, **Carolina Troncoso Yanes**, declare that I have provided translation services executed on this **July 17, 2026.** Furthermore, I declare that I am a professional **English to Spanish and Spanish to English** translator, and that I am competent to work in this language pair. I hereby certify that I have translated the attached document to the best of my knowledge and ability and believe this file true, accurate and complete.

The original file provided to me is titled: ***GOV-P17-059_TRIMMED-redacted***

File name delivered:

***GOV-P17-059_TRIMMED-redacted (English)***

 Pages: **4 pages.**

Sincerely,

**Carolina Troncoso Yanes**

                                                                                **July 17, 2026**

U.S. Legal Support, Inc. – Translations Services Department
855-538-3099 translations@uslegalsupport.com