# EXHIBIT 105



**Audio Transcription/Translation**

**GOV-P16-014_TRIMMED-redacted**

**Spanish to English**

**Speaker Key:**

**Speaker 1 : [DT]  Detainee**

**Speaker 2 : [OF]  Officer**

**July 16, 2026**

| Hour/Speaker | Source | Target |
|---|---|---|
| **[00:00:23] OF:** | Oh, shit, they ran that way. Hey, párate, párate, párate, párate. | Oh, shit, they ran that way. Hey, stop, stop, stop, stop. |
| **[00:00:29] DT:** | Ando papeles. | I have my papers. |
| **[00:00:29] OF:** | ¿Ah? | Huh? |
| **[00:00:30] DT:** | Ando papeles, yo. | I have my papers, me. |
| **[00:00:31] OF:** | Enséñame. | Show me. |
| **[00:00:31] DT:** | No, estoy, estoy protegido con el TPE. Aquí está. Ando papeles de ustedes, y tengo el papel aquí. | No, I am, I am protected under TPS [Temporary Protected Status]. Here it is. I have papers from you all, and I have the paper here. |
| **[00:00:39] OF:** | Ok, jefe. | Ok, boss. |
| **[00:00:39] DT:** | Ok. | Ok |
| **[00:00:40] OF:** | Jefe, Ok. | Boss, Ok |
| **[00:00:40] DT:** | Gracias, hermano. | Thanks, brother. |
| **[00:00:40] OF:** | Gracias a tí. | Thank you. |

PAGE 1

PAGE 2

**CERTIFICATE OF ACCURACY**

I, **Carolina Troncoso Yanes**, declare that I have provided translation services executed on this **July 17, 2026.** Furthermore, I declare that I am a professional **English to Spanish and Spanish to English** translator, and that I am competent to work in this language pair. I hereby certify that I have translated the attached document to the best of my knowledge and ability and believe this file true, accurate and complete.

The original file provided to me is titled: ***GOV-P16-014_TRIMMED-redacted***

File name delivered:

***GOV-P16-014_TRIMMED-redacted (English).docx***

 Pages: **2 pages.**

Sincerely,

**Carolina Troncoso Yanes**

                                                                                  **July 17, 2026**

U.S. Legal Support, Inc. – Translations Services Department
855-538-3099 translations@uslegalsupport.com