# EXHIBIT 108

# United States® Census Bureau

Search for an area, a topic, or both

Explore Filters

All  **Tables**  Maps  Charts  Profiles  Pages

data.census.gov  Apps  ? Help ˅

## DP02 | Selected Social Characteristics in the United States

American Community Survey | 2024: ACS 5-Year Estimates Data Profiles

Notes | Download | Cite | Share | API | Margin of Error | Columns | Transpose | More Tools

View important guidance for comparing ACS data over time or to other sources here.

| Label | Los Angeles County, California | | | |
| --- | --- | --- | --- | --- |
| | Estimate | Margin of Error | Percent | Percent Margin of Error |
| ❯ WORLD REGION OF BIRTH OF FOREIGN-BORN | | | | |
| ⌄ LANGUAGE SPOKEN AT HOME | | | | |
| ⌄ Population 5 years and over | 9,307,645 | ***** | 9,307,645 | (X) |
| English only | 4,182,166 | ±20,556 | 44.9% | ±0.2 |
| ⌄ Language other than English | 5,125,479 | ±20,557 | 55.1% | ±0.2 |
| Speak English less than "very well" | 2,174,450 | ±15,298 | 23.4% | ±0.2 |
| ⌄ Spanish | 3,498,863 | ±12,878 | 37.6% | ±0.1 |
| Speak English less than "very well" | 1,458,491 | ±11,596 | 15.7% | ±0.1 |
| ⌄ Other Indo-European languages | 523,486 | ±10,289 | 5.6% | ±0.1 |
| Speak English less than "very well" | 182,265 | ±5,552 | 2.0% | ±0.1 |
| ⌄ Asian and Pacific Islander languages | 993,058 | ±6,991 | 10.7% | ±0.1 |
| Speak English less than "very well" | 501,972 | ±5,683 | 5.4% | ±0.1 |
| ⌄ Other languages | 110,072 | ±4,030 | 1.2% | ±0.1 |
| Speak English less than "very well" | 31,722 | ±1,922 | 0.3% | ±0.1 |
| ❯ ANCESTRY | | | | |
| ❯ COMPUTERS AND INTERNET USE | | | | |