BRETT A. SHUMATE
Assistant Attorney General
Civil Division

ERIC J. HAMILTON
Deputy Assistant Attorney General

BRANTLEY T. MAYERS
Counsel to the Assistant Attorney General
Civil Division

ANDREW I. WARDEN
C. LEE REEVES, II
Civil Division, Federal Programs Branch
    1100 L St. NW
    Washington, D.C. 20005
    Telephone: (202) 616-0773
    E-mail: Lee.Reeves2@usdoj.gov

JONATHAN A. ROBBINS
Civil Division, Office of Immigration Litigation
450 5th Street NW
Washington DC 20044
(202) 305-8275
Jonathan.A.Robbins@usdoj.gov

*Attorneys for the United States*

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| **In re Subpoena to Coalition for Humane Immigrant Rights (CHIRLA)**<br><br>Served in the United States District Court for the Northern District of Illinois (Case No. 26-cv-321)<br><br><br>STATE OF ILLINOIS *et al.*,<br>           Plaintiffs, | **No. 2:25-cv-05605-MEMF-SP (Misc.)**<br><br>**[PROPOSED] ORDER DENYING PLAINTIFF STATE OF ILLINOIS'S MOTION TO TRANSFER** |

v.

DEPARTMENT OF HOMELAND
SECURITY, *et al.*,
            Defendants.

For the reasons stated in Defendants' Opposition to Plaintiffs' Motion to Transfer the Motion to Quash to the Northern District of Illinois, Plaintiffs' Motion to Transfer is DENIED.

IT IS SO ORDERED.


Dated: _____                    _____
                                            United States District Judge
                                            Central District of California