STACY TOLCHIN (SBN 217431)
*stacy@tolchinimmigration.com*
LAW OFFICES OF STACY TOLCHIN
776 E. Green St., Suite 210
Pasadena, CA 91101
Tel: 213-622-7450; Fax: 213-622-7233

MOHAMMAD TAJSAR (SBN 280152)
*mtajsar@aclusocal.org*
MAYRA JOACHIN (SBN 306065)
*mjoachin@aclusocal.org*
DAE KEUN KWON (SBN 313155)
*akwon@aclusocal.org*
STEPHANIE PADILLA (SBN 321568)
*spadilla@aclusocal.org*
ACLU FOUNDATION OF
SOUTHERN CALIFORNIA
P.O. Box 811370
Los Angeles, CA 90081
Tel: 213-977-5232; Fax: 213-201-7878

*Counsel for Stop/Arrest Plaintiffs*

MARK ROSENBAUM (SBN 59940)
*mrosenbaum@publiccounsel.org*
REBECCA BROWN (SBN 345805)
*rbrown@publiccounsel.org*
RITU MAHAJAN (SBN 252970)
*rmahajan@publiccounsel.org*
GINA AMATO (SBN 215519)
*gamato@publiccounsel.org*
AMANDA MANGASER SAVAGE
(SBN 325996)
*asavage@publiccounsel.org*
PUBLIC COUNSEL
610 South Ardmore Avenue
Los Angeles, CA 90005
Tel: 213-385-2977

*Counsel for All Plaintiffs*

ANNE LAI (SBN 295394)
*alai@law.uci.edu*
UC IRVINE SCHOOL OF LAW
IMMIGRANT AND RACIAL JUSTICE
SOLIDARITY CLINIC
P.O. Box 5479
Irvine, CA 92616-5479
Tel: 949-824-9894; Fax: 949-824-2747

(*Additional counsel listed on next page*)

*Counsel for Stop/Arrest Plaintiffs*

# UNITED STATES DISTRICT COURT

## FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| Pedro VASQUEZ PERDOMO, et al., <br><br> Plaintiffs, <br><br> v. <br><br> Markwayne MULLIN, in his official capacity as Secretary, Department of Homeland Security, et al., <br><br> Defendants. | Case No.: 2:25-cv-05605-MEMF-SP <br><br> **JOINT STATEMENT REGARDING WHETHER ANY PORTION OF CIVIL CONTEMPT ORDER SHOULD BE SEALED** |

Case No.: 2:25-cv-05605-MEMF-SP

JACOB S. KREILKAMP (SBN 248210)
jacob.kreilkamp@mto.com
DAVID FRY (SBN 189276)
david.fry@mto.com
ADAM B. WEISS (SBN 296381)
adam.weiss@mto.com
SARA H. WORTH (SBN 341088)
sara.worth@mto.com
HENRY D. SHREFFLER (SBN 343388)
henry.shreffler@mto.com
LAURA R. PERRY (SBN 342504)
laura.perrystone@mto.com
LAUREN E. KUHN (SBN 343855)
lauren.kuhn@mto.com
MAGGIE BUSHELL (SBN 354048)
maggie.bushell@mto.com
ANGELA URIBE (SBN 353579)
angela.uribe@mto.com
MUNGER, TOLLES & OLSON LLP
350 S. Grand Ave., 50th Floor
Los Angeles, CA 90071
Tel: 213-683-9100; Fax: 213-683-9100

JESSICA KARP BANSAL (SBN 277347)
Jessica@ndlon.org
LAUREN MICHEL WILFONG*
lwilfong@ndlon.org
JIA FU*
jennifer@ndlon.org
NATIONAL DAY LABORER
ORGANIZING NETWORK
1030 S. Arroyo Parkway, Suite 106
Pasadena, CA 91105
Tel: 626-214-5689

BREE BERNWANGER (SBN 331731)
bbernwanger@aclunc.org
AMERICAN CIVIL LIBERTIES UNION
FOUNDATION OF NORTHERN
CALIFORNIA
39 Drumm Street
San Francisco, CA 94111
Tel: 415-621-2493

BRISA VELAZQUEZ OATIS
(SBN 339132)
bvoatis@aclu-sdic.org
ACLU FOUNDATION OF
SAN DIEGO & IMPERIAL COUNTIES
P.O. Box 87131
San Diego, CA 92138-7131
Tel: 619-398-4199

Counsel for Stop/Arrest Plaintiffs

MATTHEW J. CRAIG (SBN 350030)
mcraig@heckerfink.com
MACK E. JENKINS (SBN 242101)
mjenkins@heckerfink.com
HECKER FINK LLP
1150 South Olive Street, Suite 10-140
Los Angeles, CA 90015
Tel: 212-763-0883; Fax: 212-564-0883

Counsel for Access/Conditions Plaintiffs

EDGAR AGUILASOCHO (SBN 285567)
eaguilasocho@farmworkerlaw.com
MARTÍNEZ AGUILASOCHO LAW, INC.
900 Truxtun Ave, Suite 300
Bakersfield, CA 93301
Tel: 661-859-1174

Counsel for Plaintiff United Farm Workers

CARL BERGQUIST*
cbergquist@chirla.org
COALITION FOR HUMANE IMMIGRANT
RIGHTS
2351 Hempstead Road
Ottawa Hills, OH 43606
Tel: 310-279-6025

Counsel for Plaintiff Coalition for Humane
Immigrant Rights

ALVARO M. HUERTA (SBN 274787)
ahuerta@immdef.org
BRYNNA BOLT (SBN 339378)
bbolt@immdef.org
ALISON STEFFEL (SBN 346370)
asteffel@immdef.org
IMMIGRANT DEFENDERS LAW CENTER
634 S. Spring St., 10th Floor
Los Angeles, CA 90014
Tel: 213-634-0999

Counsel for Plaintiff Immigrant
Defenders Law Center

* Admitted pro hac vice

Case No.: 2:25-cv-05605-MEMF-SP

JOINT STATEMENT REGARDING WHETHER ANY PORTION OF CIVIL CONTEMPT ORDER
SHOULD BE SEALED

BRETT A. SHUMATE
Assistant Attorney General
Civil Division
DREW C. ENSIGN
Deputy Assistant Attorney General
TIBERIUS DAVIS
SEAN SKEDZIELEWSKI
Counsel to the Assistant Attorney General
JONATHAN A. ROBBINS
Assistant Director
STEPHANIE L. GROFF
JASON K. ZUBATA
ANIELLO DESIMONE
JACOB A. BASHYROV
Trial Attorneys
Office of Immigration Litigation
Civil Division, U.S. Dept. of Justice
P.O. Box 878, Ben Franklin Station
Washington, DC 20044
Tel: (202) 305-8275
Email: *Jonathan.A.Robbins@usdoj.gov*

BILAL A. ESSAYLI
First Assistant United States Attorney
DAVID M. HARRIS
Assistant United States Attorney
Chief, Civil Division
DANIEL A. BECK
Assistant United States Attorney
Chief, Complex and Defensive Litigation
Section
ALEXANDER L. FARRELL (SBN 335008)
PAULINE H. ALARCON (SBN 345785)
Assistant United States Attorneys
Federal Building, Suite 7516
300 North Los Angeles Street
Los Angeles, California 90012
Tel: (213) 894-2574 | 3992
E-mail: *Alexander.Farrell@usdoj.gov*
*Pauline.Alarcon@usdoj.gov*

*Counsel for Defendants*

JOINT STATEMENT REGARDING WHETHER ANY PORTION OF CIVIL CONTEMPT ORDER SHOULD BE SEALED

WHEREAS, on June 11, 2026, the Hon. Sheri Pym issued a Certification of Facts and Order to Show Cause Why Defendants Should Not Be Held in Contempt (ECF 538);

WHEREAS, on June 25, 2026, this Court, the Hon. Maame Ewusi-Mensah Frimpong, held a hearing on the Order to Show Cause (ECF 570);

WHEREAS, on July 28, 2026, the Court entered an Order Holding Defendants in Civil Contempt for Violation of Court Order (the "Contempt Order");

WHEREAS, the Contempt Order was conditionally sealed for up to fourteen (14) days;

WHEREAS, the Contempt Order directed the parties to meet and confer regarding what portions (if any) of the Contempt Order should be sealed, and to file a joint statement within fourteen (14) days;

The parties agree that no portion of the Contempt Order should be sealed.

DATED: August 3, 2026     MUNGER, TOLLES & OLSON LLP

By: _____/s/ David Fry_____
DAVID FRY
*Counsel for Stop/Arrest Plaintiffs*

DATED: August 3, 2026     UNITED STATES DEPARTMENT OF JUSTICE

By: _____/s/ Jason Zubata_____
JASON ZUBATA
Trial Attorney
Office of Immigration Litigation
*Counsel for Defendants*

DATED:  August 3, 2026                    MUNGER, TOLLES & OLSON LLP

By:       _/s/ Grace Davis Fisher_
              GRACE DAVIS FISHER
              *Counsel for Intervenors Cities of Los Angeles, Anaheim, Bell Gardens, Beverly Hills, Carpinteria, Culver City, Huntington Park, Long Beach, Lynwood, Montebello, Monterey Park, Oxnard, Paramount, Pico Rivera, Pomona, Santa Ana, Santa Barbara, Santa Monica, South Gate, and West Hollywood*

DATED:  August 3, 2026                    OFFICE OF THE LOS ANGELES CITY ATTORNEY

By:       _/s/ Hydee Feldstein Soto_
              HYDEE FELDSTEIN SOTO
              *Counsel for Intervenor City of Los Angeles*

DATED:  August 3, 2026                    OFFICE OF THE COUNTY COUNSEL

By:       _/s/ Brigit Greeson Alvarez_
              BRIGIT GREESON ALVAREZ
              *Counsel for Intervenor County of Los Angeles*

DATED:  August 3, 2026                    OFFICE OF THE CITY ATTORNEY OF PASADENA

By:       _/s/ Arnold F. Lee_
              ARNOLD F. LEE
              *Counsel for Intervenor City of Pasadena*

-3-                                        Case No.: 2:25-cv-05605-MEMF-SP

**ATTESTATION OF FILER**

I attest that the other signatories listed, and on whose behalf this filing is submitted, concur in the filing's content and have authorized this filing.

DATED:  August 3, 2026                    MUNGER, TOLLES & OLSON LLP

By:      */s/ David Fry*
         DAVID FRY
         *Counsel for Stop/Arrest Plaintiffs*

Case No.: 2:25-cv-05605-MEMF-SP
JOINT STATEMENT REGARDING WHETHER ANY PORTION OF CIVIL CONTEMPT ORDER SHOULD BE SEALED