BRETT A. SHUMATE
Assistant Attorney General
Civil Division
DREW C. ENSIGN
Deputy Assistant Attorney General
TIBERIUS DAVIS
SEAN SKEDZIELEWSKI
Counsel to the Assistant Attorney General
JONATHAN A. ROBBINS (SBN VA #73366)
Assistant Director
NANCY N. SAFAVI (SBN 24042342)
Senior Trial Attorney
JACOB A. BASHYROV
ANIELLO DESIMONE
STEPHANIE L. GROFF
JASON K. ZUBATA
LAURIE WIESNER
Trial Attorneys
Office of Immigration Litigation
Civil Division, U.S. Dept. of Justice
P.O. Box 878, Ben Franklin Station
Washington, DC 20044
Tel: (202) 598-0885
Email: laurie.wiesner@usdoj.gov

*Counsel for Defendants*

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

|  |  |
|---|---|
| PEDRO VASQUEZ PERDOMO, *et al.*, <br><br> Plaintiffs, <br><br> v. <br><br> MARKWAYNE MULLIN, in his official capacity as Secretary of Homeland Security, *et al.*, <br><br> Defendants. | No. 2:25-cv-05605-MEMF-SP <br><br> **DEFENDANTS' NOTICE OF PAYMENT** <br><br> Hon. Maame Ewusi-Mensah Frimpong <br> United States District Judge <br><br> Referred to Hon. Sheri Pym <br> United States Magistrate Judge |

**<u>DEFENDANTS' NOTICE OF PAYMENT</u>**

TO THE COURT, ALL PARTIES, AND THEIR ATTORNEYS OF RECORD:

PLEASE TAKE NOTICE that, in accordance with Judge Frimpong's Order Holding Defendants in Civil Contempt for Violation of Court Order [DKT. NO. 503], Defendants have electronically submitted via Intra-Governmental Payment and Collection (IPAC) a payment in the amount of $3500.00 on August 4, 2026. (ECF No. 635).

Dated: August 4, 2026

Respectfully submitted,

*/s/ Laurie Wiesner*
LAURIE WIESNER
Trial Attorney
U.S. Department of Justice

*Counsel for Defendants*

DEFENDANTS' NOTICE
ii

Dated: August 4, 2026                    Respectfully submitted,


                                         BRETT A. SHUMATE
                                         Assistant Attorney General
                                         Civil Division

                                         DREW C. ENSIGN
                                         Deputy Assistant Attorney General

                                         TIBERIUS DAVIS
                                         SEAN SKEDZIELEWSKI
                                         Counsel to the Assistant Attorney General

                                         JONATHAN A. ROBBINS
                                         Assistant Director

                                         NANCY N. SAFAVI
                                         Senior Trial Attorney

                                         JACOB A. BASHYROV
                                         ANIELLO DESIMONE
                                         STEPHANIE L. GROFF
                                         Trial Attorneys

                                         */s/ Laurie Wiesner*
                                         LAURIE WIESNER
                                         Trial Attorney
                                         Office of Immigration Litigation
                                         U.S. Department of Justice
                                         P.O. Box 878, Ben Franklin Station
                                         Washington, D.C. 20044
                                         Tel: (202) 598-0885
                                         Email: laurie.wiesner@usdoj.gov

                                         *Counsel for Defendants*

DEFENDANTS' NOTICE
i

## L.R. 11-6.2 CERTIFICATE OF COMPLIANCE

The undersigned counsel of record certifies that this filing is 357 words, which complies with L.R. 11-6.1 and this Court's Standing Order, Part VIII.C.

Dated: August 4, 2026

Respectfully submitted,

*/s/ Laurie Wiesner*
LAURIE WIESNER
Trial Attorney
Office of Immigration Litigation
U.S. Department of Justice

*Counsel for Defendants*