STACY TOLCHIN (SBN 217431)
*stacy@tolchinimmigration.com*
LAW OFFICES OF STACY TOLCHIN
776 E. Green St., Suite 210
Pasadena, CA 91101
Tel: 213-622-7450; Fax: 213-622-7233

MOHAMMAD TAJSAR (SBN 280152)
*mtajsar@aclusocal.org*
MAYRA JOACHIN (SBN 306065)
*mjoachin@aclusocal.org*
DAE KEUN KWON (SBN 313155)
*akwon@aclusocal.org*
STEPHANIE PADILLA (SBN 321568)
*spadilla@aclusocal.org*
ALYSSA MORONES (SBN 343358)
*amorones@aclusocal.org*
ACLU FOUNDATION OF
SOUTHERN CALIFORNIA
P.O. Box 811370
Los Angeles, CA 90081-0007
Tel: 213-977-5232; Fax: 213-201-7878

*Counsel for Stop/Arrest Plaintiffs*

(*Additional counsel listed on next page*)

MARK ROSENBAUM (SBN 59940)
*mrosenbaum@publiccounsel.org*
REBECCA BROWN (SBN 345805)
*rbrown@publiccounsel.org*
RITU MAHAJAN (SBN 252970)
*rmahajan@publiccounsel.org*
GINA AMATO (SBN 215519)
*gamato@publiccounsel.org*
AMANDA MANGASER SAVAGE
(SBN 325996)
*asavage@publiccounsel.org*
PUBLIC COUNSEL
610 South Ardmore Avenue
Los Angeles, CA 90005
Tel: 213-385-2977

*Counsel for All Plaintiffs*

ANNE LAI (SBN 295394)
*alai@law.uci.edu*
UC IRVINE SCHOOL OF LAW
IMMIGRANT AND RACIAL JUSTICE
SOLIDARITY CLINIC
P.O. Box 5479
Irvine, CA 92616-5479
Tel: 949-824-9894; Fax: 949-824-2747

*Counsel for Stop/Arrest Plaintiffs*

# UNITED STATES DISTRICT COURT

## FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| Pedro VASQUEZ PERDOMO, *et al.*,<br><br>    Plaintiffs,<br><br>  v.<br><br>Markwayne MULLIN, in his official capacity as Secretary, Department of Homeland Security, *et al.*,<br><br>    Defendants. | Case No.: 2:25-cv-05605-MEMF-SP<br><br>**DECLARATION OF ANNE LAI IN SUPPORT OF CLASS CERTIFICATION**<br><br>Hon. Maame Ewusi-Mensah Frimpong<br><br>Date:<br>Time:<br>Place:  Courtroom 8B |

-1-

DECLARATION OF ANNE LAI ISO CLASS CERTIFICATION

JACOB S. KREILKAMP (SBN 248210)
jacob.kreilkamp@mto.com
DAVID FRY (SBN 189276)
david.fry@mto.com
ADAM B. WEISS (SBN 296381)
adam.weiss@mto.com
SARA H. WORTH (SBN 341088)
sara.worth@mto.com
LAURA R. PERRY (SBN 342504)
laura.perrystone@mto.com
HENRY D. SHREFFLER (SBN 343388)
henry.shreffler@mto.com
LAUREN E. KUHN (SBN 343855)
lauren.kuhn@mto.com
ANGELA URIBE (SBN 353579)
angela.uribe@mto.com
MAGGIE BUSHELL (SBN 354048)
maggie.bushell@mto.com
MUNGER, TOLLES & OLSON LLP
350 S. Grand Ave., 50th Floor
Los Angeles, CA 90071
Tel: 213-683-9100; Fax: 213-683-9100

*Counsel for Stop/Arrest Plaintiffs*

BREE BERNWANGER (SBN 331731)
bbernwanger@aclunc.org
AMERICAN CIVIL LIBERTIES UNION
FOUNDATION OF NORTHERN
CALIFORNIA
39 Drumm Street
San Francisco, CA 94111
Tel: 415-621-2493

*Counsel for Stop/Arrest Plaintiffs*

BRISA VELAZQUEZ OATIS
(SBN 339132)
bvoatis@aclu-sdic.org
ACLU FOUNDATION OF
SAN DIEGO & IMPERIAL COUNTIES
P.O. Box 87131
San Diego, CA 92138-7131
Tel: 619-398-4199

*Counsel for Stop/Arrest Plaintiffs*

EDGAR AGUILASOCHO (SBN 285567)
eaguilasocho@farmworkerlaw.com
MARTÍNEZ AGUILASOCHO LAW, INC.
900 Truxtun Ave, Suite 300
Bakersfield, CA 93301
Tel: 661-859-1174

*Counsel for Plaintiff United Farm Workers*

JESSICA KARP BANSAL (SBN 277347)
jessica@ndlon.org
LAUREN MICHEL WILFONG*
lwilfong@ndlon.org
JIA FU*
jennifer@ndlon.org
NATIONAL DAY LABORER ORGANIZING
NETWORK
1030 S. Arroyo Parkway, Suite 106
Pasadena, CA 91105
Tel: 626-214-5689

*Counsel for Stop/Arrest Plaintiffs*

MATTHEW J. CRAIG (SBN 350030)
mcraig@heckerfink.com
MACK E. JENKINS (SBN 242101)
mjenkins@heckerfink.com
HECKER FINK LLP
1150 South Olive Street, Suite 10-140
Los Angeles, CA 90015
Tel: 212-763-0883; Fax: 212-564-0883

*Counsel for Access/Conditions Plaintiffs*

CARL BERGQUIST*
cbergquist@chirla.org
COALITION FOR HUMANE IMMIGRANT
RIGHTS
2351 Hempstead Road
Ottawa Hills, OH 43606
Tel: 310-279-6025

*Counsel for Plaintiff Coalition for Humane
Immigrant Rights*

ALVARO M. HUERTA (SBN 274787)
ahuerta@immdef.org
BRYNNA BOLT (SBN 339378)
bbolt@immdef.org
ALISON STEFFEL (SBN 346370)
asteffel@immdef.org
IMMIGRANT DEFENDERS LAW CENTER
634 S. Spring St., 10th Floor
Los Angeles, CA 90014
Tel: 213-634-0999

*Counsel for Plaintiff Immigrant
Defenders Law Center*

* Admitted pro hac vice

DECLARATION OF ANNE LAI ISO CLASS CERTIFICATION

**DECLARATION OF ANNE LAI**

I, ANNE LAI, hereby declare:

1. I make this declaration based on my personal knowledge. If called, I could and would competently testify hereto. This declaration is made in support of Plaintiffs' Motion for Class Certification and Appointment of Class Counsel.

2. I currently serve as Clinical Professor of Law and Director of the Immigrant and Racial Justice Solidarity Clinic at the University of California, Irvine School of Law ("UCI Law"). I am duly licensed to practice law in the State of California and have been a practicing attorney for approximately 19 years. As counsel of record for Stop/Arrest Plaintiffs, I have been involved in nearly all aspects of this case.

3. I am a 2006 graduate of the New York University School of Law, where I was a Root-Tilden-Kern Public Interest Scholar. I received my B.A. from Duke University, graduating *summa cum laude*, in 2002. After law school, I clerked for the Honorable James C. Francis IV in the Southern District of New York. From 2006 to 2007, I worked as a Staff Attorney with the Urban Justice Center Community Development Project in New York. From 2008 to 2011, I worked with the ACLU of Arizona, first as a Racial Justice Fellow and then as a Staff Attorney. In 2011, I left the ACLU of Arizona to join the faculty at Yale Law School. I served first as a Clinical Teaching Fellow and then later as a Clinical Lecturer in Law. I joined the faculty at UCI Law in 2013.

4. In addition to California, I am a member of good standing of the bar of the State of New York. I am admitted to practice before several federal courts, including the U.S. District Courts for the Central District of California, Southern District of New York, and the District of Connecticut, the U.S. Court of Appeals for the Second and Ninth Circuits, and the U.S. Supreme Court.

5. The UCI Law Immigrant and Racial Justice Solidarity Clinic is a law school clinic based in Irvine, California that provides legal support and representation to communities in Southern California and beyond fighting against racial subordination in multiple, intersecting systems across a variety of areas of law. A core part of the Clinic's work involves litigation to

DECLARATION OF ANNE LAI ISO CLASS CERTIFICATION

protect the civil and constitutional rights of immigrants. The Clinic is comprised of supervising attorneys, such as myself, and law students working under close faculty supervision. All of our services are provided on a pro bono basis.

6.      As director of the Clinic, I have substantial experience litigating complex civil and constitutional rights cases in the federal courts, and many of the cases I have litigated have involved the protection of immigrants' rights. During my time at the ACLU of Arizona, I served as a member of the monitoring team for plaintiffs in *Arnold v. Ariz. Dep't of Public Safety*, No. CV-01001463-PCT-JAT (D. Ariz. 2006) (class action alleging pattern and practice of racial profiling in traffic stops) and *Graves v. Arpaio*, No. CV-77-00479-PHX-NVW (D. Ariz. 2008) (class action relating to conditions in the Maricopa County Jails). I also represented the plaintiff or plaintiffs in *Ortega Melendres v. Arpaio*, No. CV-07-2513-PHX-GMS (D. Ariz. 2007) (class action against the Maricopa County Sheriff's Office (MCSO) alleging pattern and practice of racial discrimination and Fourth Amendment violations, including in immigration-related operations), *Lopez-Valenzuela v. Maricopa County*, No. 08-cv-660-SRB (D. Ariz. 2008) (class action challenging Arizona state constitutional amendment prohibiting release on bail of criminal defendants alleged to be undocumented immigrants), *Mabrouk v. Arpaio*, No. 09-cv-01184 (D. Ariz. 2009) (1983 damages action on behalf of Muslim woman detained in Maricopa County Jail that led to change in MCSO policy on religious head coverings at intake and booking), and *Valle del Sol v. Whiting*, No. 10-01061 (D. Ariz. 2010) (challenge to constitutionality of Arizona's state immigration law, S.B. 1070 2010). In addition, I served as the lead attorney in *Mora v. Arpaio*, No. 09-cv-1719-DGC (D. Ariz. 2011) (damages action on behalf of U.S. citizen and lawful permanent resident detained by MCSO in connection with worksite raid), successfully obtaining a $200,000 settlement after prevailing in part on summary judgment.

7.      After entering law teaching, I continued to litigate complex cases in federal court. For example, I served as counsel for plaintiffs in *Chacon v. East Haven Police Dep't*, No. 10 CV 1692 (JBA) (D. Conn. 2010) (action against EHPD challenging a pattern and practice of discriminatory policing and excessive force) and *Brizuela v. Feliciano*, No. 12-cv-0226 (JBA) (D. Conn. 2012) (class action challenging Connecticut Department of Corrections' practice of holding

DECLARATION OF ANNE LAI ISO CLASS CERTIFICATION

individuals on immigration detainers without probable cause past their time in state criminal custody). In my personal capacity, I continued to serve as counsel to plaintiffs in *Ortega Melendres v. Arpaio*, arguing before the Ninth Circuit Court of Appeals, serving as a member of the trial team, and playing a substantial role in fashioning comprehensive relief following the District Court's issuance of its Findings of Fact and Conclusions of Law. Further, I represented several immigration clients in federal court actions, such as *Pierre v. Holder*, No. 10-2131 (2nd Cir. 2010) (petition for review involving claim of derivative citizenship based on constitutional equal protection grounds).

8.      The Immigrant and Racial Justice Solidarity Clinic was previously called the Immigrant Rights Clinic. The Immigrant Rights Clinic, under my direction, served as lead counsel in *Puente v. Arpaio*, No. 2:14-cv-01356-DGC (D. Ariz. 2017) (action challenging Maricopa County law enforcement officials' practice of arresting and prosecuting immigrant workers for I-9 related conduct that followed from their undocumented status). We also served—and still serve— as counsel in *Kidd v. Noem*, No. 2:20-cv-03512-ODW-JPR (C.D.Cal. 2020) (action challenging immigration officers' home arrest practices including ruse practices and "knock and talk" practices). In addition, the Clinic has litigated cases before the immigration courts and Board of Immigration Appeals, habeas cases in the federal courts, and matters before the California state courts. And the Clinic has led a number of lawsuits under the Freedom of Information Act seeking records related to immigration enforcement operations and activity. *See, e.g.*, *UCI Law School Immigrant Rights Clinic v. ICE*, No. 8:20-cv-01188-DOC-KES (C. D. Cal. 2020) (Freedom of Information Act lawsuit seeking records about ICE's relationship with the private contractor Palantir Technologies, Inc.).

9.      Several of the cases I identify above, the *Arnold*, *Ortega Melendres*, *Brizuela*, and *Kidd* cases, have involved systemic challenges based on the Fourth Amendment (among others grounds) through the class action device. The classes were certified in all four cases.

10.      In addition to my litigation practice, I have also given lectures, CLEs, authored publications on and/or provided mentorship to other attorneys in my areas of expertise—namely, federal immigration law, procedural issues arising from the enforcement of federal immigration

law, constitutional policing, and the intersection between immigration law and other areas of law more generally. I am very familiar with the inner workings of DHS, ICE, and CBP, as well as the unique needs of the immigrant community, and have provided guidance and assistance to numerous attorneys litigating cases involving immigration and constitutional rights issues.

11.	Finally, I have represented numerous immigrant advocacy organizations and immigration law scholars as *amici* in the federal courts. For example, I served as lead counsel for *amici* in *Kansas v. Garcia*, Case No. 17-834 (S. Ct. 2019) (addressing preemption of state I-9 related prosecutions) and co-lead counsel in *Ortiz Becerra v. Barr*, Case No. 17-70859 (9th Cir. 2019) (addressing legality of ICE home enforcement practices) and *Ixchop Perez v. Barr*, Case No. 19-71144 (9th Cir. 2019) (similar).

12.	The Clinic and I have capacity to thoroughly and vigorously litigate the claims in this case and properly represent the proposed class.

13.	I am not aware of any conflict among potential class members in this case. I am not aware of any conflict between the UCI Law Immigrant and Racial Justice Solidarity Clinic and any members of the potential class that would prevent the Clinic from representing the interests of the class. If appointed class counsel, I will ensure that the Clinic and I fairly, adequately, and zealously represent the class.

14.	Pursuant to a joint stipulation filed on May 20, 2026, *see* ECF 508, Defendants produced on June 4, 2026 an arrest report from the U.S. Immigration and Customs Enforcement (ICE) Enforcement and Removal Operations (ERO) Law Enforcement Systems and Analysis (LESA) Statistical Tracking Unit bearing the title Vasquez_Arrest_Data_20260601_LESA-STU_FINAL_Confidential_AEO that lists immigration arrests made by Defendants within the Central District of California from January 1, 2025 to May 6, 2026. A version of this report excluding certain columns including columns including PII for the month of April 2026 was filed and lodged alongside Plaintiffs' Motion for Class Certification Re: Warrantless Arrests. *See* ECF 531-3, 532.

DECLARATION OF ANNE LAI ISO CLASS CERTIFICATION

15.     Consulting that same report, using the Excel filter function, I determined that the total number of apprehensions for the months for which Defendants provided complete data since February 2026—February, March, and April 2026—were 876, 952, and 1219, respectively.

16.     The report contains a field called "Apprehension Method," and one of the methods is "non-custodial" apprehension, which I understand to include arrests made in the field, as opposed to arrests of individuals already in the custody of another law enforcement agency.

17.     Consulting the same report, using the Excel filter function, I determined that the total number of apprehensions categorized as "non-custodial" for the months for which Defendants provided complete data since February 2026—February, March, and April 2026—were 579, 590, and 798, respectively.

18.     Note that these figures are drawn from Defendants' own data and do not account for any data entry errors or duplicates that may be present in the data.

19.     Defendants have not produced complete data for the month of May or any data after May in discovery.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

Executed this 3rd day of August, 2026, in Santa Ana, California.


_____
Anne Lai
Counsel for Stop/Arrest Plaintiffs

-7-
DECLARATION OF ANNE LAI ISO CLASS CERTIFICATION