STACY TOLCHIN (SBN 217431)
*stacy@tolchinimmigration.com*
LAW OFFICES OF STACY TOLCHIN
776 E. Green St., Suite 210
Pasadena, CA 91101
Tel: 213-622-7450; Fax: 213-622-7233

MOHAMMAD TAJSAR (SBN 280152)
*mtajsar@aclusocal.org*
MAYRA JOACHIN (SBN 306065)
*mjoachin@aclusocal.org*
DAE KEUN KWON (SBN 313155)
*akwon@aclusocal.org*
STEPHANIE PADILLA (SBN 321568)
*spadilla@aclusocal.org*
ALYSSA MORONES (SBN 343358)
*amorones@aclusocal.org*
ACLU FOUNDATION OF
SOUTHERN CALIFORNIA
P.O. Box 811370
Los Angeles, CA 90081-0007
Tel: 213-977-5232; Fax: 213-201-7878

*Counsel for Stop/Arrest Plaintiffs*

(*Additional counsel listed on next page*)

MARK ROSENBAUM (SBN 59940)
*mrosenbaum@publiccounsel.org*
REBECCA BROWN (SBN 345805)
*rbrown@publiccounsel.org*
RITU MAHAJAN (SBN 252970)
*rmahajan@publiccounsel.org*
GINA AMATO (SBN 215519)
*gamato@publiccounsel.org*
AMANDA MANGASER SAVAGE
(SBN 325996)
*asavage@publiccounsel.org*
PUBLIC COUNSEL
610 South Ardmore Avenue
Los Angeles, CA 90005
Tel: 213-385-2977

*Counsel for All Plaintiffs*

ANNE LAI (SBN 295394)
*alai@law.uci.edu*
UC IRVINE SCHOOL OF LAW
IMMIGRANT AND RACIAL JUSTICE
SOLIDARITY CLINIC
P.O. Box 5479
Irvine, CA 92616-5479
Tel: 949-824-9894; Fax: 949-824-2747

*Counsel for Stop/Arrest Plaintiffs*

# UNITED STATES DISTRICT COURT

# FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| Pedro VASQUEZ PERDOMO et al., | Case No.: 2:25-cv-05605-MEMF-SP |
| Plaintiffs, | |
| v. | **JOINT STIPULATION RE: BRIEFING SCHEDULE FOR PLAINTIFFS' CLASS CERTIFICATION MOTION RE: STOPS** |
| Markwayne MULLIN, in his official capacity as Secretary, Department of Homeland Security, et al., | Hon. Maame Ewusi-Mensah Frimpong |
| Defendants. | Date:    September 24, 2026<br>Time:   10:00 a.m.<br>Place:  Courtroom 8B |

-1-    Case No. 2:25-cv-05605-MEMF-SP

JACOB S. KREILKAMP (SBN 248210)
*jacob.kreilkamp@mto.com*
DAVID FRY (SBN 189276)
*david.fry@mto.com*
ADAM B. WEISS (SBN 296381)
*adam.weiss@mto.com*
SARA H. WORTH (SBN 341088)
*sara.worth@mto.com*
LAURA R. PERRY (SBN 342504)
*laura.perrystone@mto.com*
HENRY D. SHREFFLER (SBN 343388)
*henry.shreffler@mto.com*
LAUREN E. KUHN (SBN 343855)
*lauren.kuhn@mto.com*
ANGELA URIBE (SBN 353579)
*angela.uribe@mto.com*
MAGGIE BUSHELL (SBN 354048)
*maggie.bushell@mto.com*
MUNGER, TOLLES & OLSON LLP
350 S. Grand Ave., 50th Floor
Los Angeles, CA 90071
Tel: 213-683-9100; Fax: 213-683-9100

*Counsel for Stop/Arrest Plaintiffs*

BREE BERNWANGER (SBN 331731)
*bbernwanger@aclunc.org*
AMERICAN CIVIL LIBERTIES UNION
FOUNDATION OF NORTHERN
CALIFORNIA
39 Drumm Street
San Francisco, CA 94111
Tel: 415-621-2493

*Counsel for Stop/Arrest Plaintiffs*

BRISA VELAZQUEZ OATIS
(SBN 339132)
*bvoatis@aclu-sdic.org*
ACLU FOUNDATION OF
SAN DIEGO & IMPERIAL COUNTIES
P.O. Box 87131
San Diego, CA 92138-7131
Tel: 619-398-4199

*Counsel for Stop/Arrest Plaintiffs*

EDGAR AGUILASOCHO (SBN 285567)
*eaguilasocho@farmworkerlaw.com*
MARTÍNEZ AGUILASOCHO LAW, INC.
900 Truxtun Ave, Suite 300
Bakersfield, CA 93301
Tel: 661-859-1174

*Counsel for Plaintiff United Farm Workers*

JESSICA KARP BANSAL (SBN 277347)
*jessica@ndlon.org*
LAUREN MICHEL WILFONG*
*lwilfong@ndlon.org*
JIA FU*
*jennifer@ndlon.org*
NATIONAL DAY LABORER ORGANIZING
NETWORK
1030 S. Arroyo Parkway, Suite 106
Pasadena, CA 91105
Tel: 626-214-5689

*Counsel for Stop/Arrest Plaintiffs*

MATTHEW J. CRAIG (SBN 350030)
*mcraig@heckerfink.com*
MACK E. JENKINS (SBN 242101)
*mjenkins@heckerfink.com*
HECKER FINK LLP
1150 South Olive Street, Suite 10-140
Los Angeles, CA 90015
Tel: 212-763-0883; Fax: 212-564-0883

*Counsel for Access/Conditions Plaintiffs*

CARL BERGQUIST*
*cbergquist@chirla.org*
COALITION FOR HUMANE IMMIGRANT
RIGHTS
2351 Hempstead Road
Ottawa Hills, OH 43606
Tel: 310-279-6025

*Counsel for Plaintiff Coalition for Humane Immigrant Rights*

ALVARO M. HUERTA (SBN 274787)
*ahuerta@immdef.org*
BRYNNA BOLT (SBN 339378)
*bbolt@immdef.org*
ALISON STEFFEL (SBN 346370)
*asteffel@immdef.org*
IMMIGRANT DEFENDERS LAW CENTER
634 S. Spring St., 10th Floor
Los Angeles, CA 90014
Tel: 213-634-0999

*Counsel for Plaintiff Immigrant Defenders Law Center*

* Admitted pro hac vice

-2-    Case No. 2:25-cv-05605-MEMF-SP

JOINT STIPULATION RE: BRIEFING SCHEDULE FOR PLAINTIFFS' CLASS CERTIFICATION MOTION
RE: STOPS

WHEREAS, on June 30, 2026, Plaintiffs requested a hearing date for their motion for preliminary injunction re: stops;

WHEREAS on July 9, 2026, the Court scheduled the hearing on Plaintiffs' preliminary injunction motion for September 24, 2026;

WHEREAS on July 13, 2026, Plaintiffs requested that their motion for class certification related to their preliminary injunction motion be heard on the same date;

WHEREAS on July 14, 2026, the Court confirmed that both motions will be heard on September 24, 2026;

WHEREAS on July 16, 2026, Plaintiffs and Defendants met and conferred about Plaintiffs' class certification motion;

WHEREAS, on July 22, 2026, Plaintiffs and Defendants agreed on a briefing schedule that will ensure all briefing will be complete at least twenty-one days prior to the September 24, 2026, hearing date;

WHEREAS on July 27, 2026, Plaintiffs filed their motion for preliminary injunction on their suspicionless stops and equal protection claims, ECF 632;

WHEREAS on August 4, 2026, Plaintiffs filed their accompanying class certification motion;

NOW, THEREFORE, in light of the foregoing, the parties stipulate and respectfully request that the Court enter the following order:

1.  Defendants' opposition to Plaintiffs' class certification motion is due August 25, 2026;

2.  Plaintiffs' reply in support of their class certification motion is due September 2, 2026.

IT IS SO STIPULATED AND AGREED.

JOINT STIPULATION RE: BRIEFING SCHEDULE FOR PLAINTIFFS' CLASS CERTIFICATION MOTION RE: STOPS

DATED:  August 5, 2026                   ACLU FOUNDATION OF SOUTHERN
                                         CALIFORNIA


                                         By:    /s/ Mohammad Tajsar
                                                Mohammad Tajsar
                                                *Counsel for Stop/Arrest Plaintiffs*


DATED:  August 5, 2026                   UNITED STATES DEPARTMENT OF JUSTICE


                                         By:    /s/ Aniello DeSimone
                                                ANIELLO DESIMONE
                                                Trial Attorney
                                                Office of Immigration Litigation
                                                *Counsel for Defendants*

-4-                                                   Case No. 2:25-cv-05605-MEMF-SP

JOINT STIPULATION RE: BRIEFING SCHEDULE FOR PLAINTIFFS' CLASS CERTIFICATION MOTION
RE: STOPS

**ATTESTATION OF FILER**

I attest that the other signatories listed, and on whose behalf this filing is submitted, concur in the filing's content and have authorized this filing.

DATED:  August 5, 2026          ACLU FOUNDATION OF SOUTHERN
                                CALIFORNIA


                                By:     /s/ Mohammad Tajsar
                                        Mohammad Tajsar
                                        *Counsel for Stop/Arrest Plaintiffs*

JOINT STIPULATION RE: BRIEFING SCHEDULE FOR PLAINTIFFS' CLASS CERTIFICATION MOTION RE: STOPS