UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| PEDRO VASQUEZ PERDOMO, *et al.*,<br>Plaintiffs,<br>v.<br>MARKWAYNE MULLIN, in his official capacity as Secretary of Homeland Security, *et al.*,<br>Defendants. | No. 2:25-cv-05605-MEMF-SP<br>**[PROPOSED] ORDER GRANTING JOINT STIPULATION TO EXTEND PARTIES' DEADLINE TO FILE JOINT STATUS REPORT AS TO ATTORNEY FEES AND COSTS PURSUANT TO ECF NO. 635**<br>Hon. Maame Ewusi-Mensah Frimpong<br>United States District Judge |

On August 11, 2026, the parties filed a stipulation to extend their deadline to file their joint status report as to attorneys' fees and costs pursuant to ECF No. 635. The Court, having considered the parties' stipulation and finding good cause therefor, hereby GRANTS the stipulation and ORDERS as follows:

1. The deadline for the Parties to file their joint status report advising this Court as to their respective positions on the appropriate amount owed to Plaintiffs in attorneys' fees and costs shall be extended by six (6) days from August 11, 2026, to August 17, 2026.

IT IS SO ORDERED.

Dated: __________, 2026 ____________________________________

HON. MAAME EWUSI-MENSAH FRIMPONG

United States District Judge