UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES—GENERAL**

| | | | |
|---|---|---|---|
| Case No. | **2:25-cv-05605-MEMF-SPx** | Date | **August 13, 2026** |
| Title | **Pedro Vasquez Perdomo et al v. Markwayne Mullin et al** | Page | **1 of 2** |

| | |
|---|---|
| Present: The Honorable | MAAME EWUSI-MENSAH FRIMPONG, UNITED STATES DISTRICT JUDGE |

| | |
|---|---|
| Damon Berry | CourtSmart |
| Deputy Clerk | Court Recorder |

| Attorneys Present for Plaintiff(s) | Attorneys Present for Defendant(s) |
|---|---|
| Adam Benjamin Weiss | Daniel F. Mummolo |
| Alyssa Morones | Naseem Safavi |
| Anne Lai | |
| Jacob S. Kreilkamp | |
| Laura Raquel Perry Stone | |
| Mark D. Rosenbaum | |
| Mayra Beatriz Joachin | |
| Mohammad K. Tajsar | |
| Rebecca Sarah Brown | |
| Stephanie Padilla | |
| Laura M. Wilfong | |
| Anne O'Toole | |
| Matthew J. Craig | |
| Alvaro M. Huerta | |
| Mack Jenkins | |
| Sarah H. Worth | |

**Proceedings: PLAINTIFF'S MOTION FOR PRELIMINARY INJUNCTION [529] AND PLAINTIFF'S MOTION TO CERTIFY [531]**

The case is called and counsel state their appearances.

Also, present are Intervenors: Daniel Benjamin Levin, Hydee Rose Feldstein, Maria Louise Cousineau, Michael J. Dundas, Virginia Grace Davis, Brigit Greeson Alvarez, and Arnold F. Lee.

The Court issues a tentative ruling prior to the hearing. The Court invites counsel to present oral arguments.

//
//

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES—GENERAL**

| | | | |
|---|---|---|---|
| Case No. | **2:25-cv-05605-MEMF-SPx** | Date | **August 13, 2026** |
| Title | **Pedro Vasquez Perdomo et al v. Markwayne Mullin et al** | Page | **2 of 2** |

For the reasons stated on the record, the matter is taken under submission. Order to issue.

**IT IS SO ORDERED**.



1:55
Initials of Deputy Clerk: DBE