BRETT A. SHUMATE
Assistant Attorney General
Civil Division
DREW C. ENSIGN
Deputy Assistant Attorney General
TIBERIUS DAVIS
Counsel to the Assistant Attorney General
AUGUST FLENTJE
Deputy Director
JONATHAN ROBINS
Assistant Director
STEPHANIE L. GROFF
JASON K. ZUBATA
JACOB A. BASHYROV
TOLA M. MYCZOWSKA
ANIELLO DESIMONE
NANCY N. SAFAVI
LAURIE WIESNER
Trial Attorneys
Office of Immigration Litigation
Civil Division, U.S. Dept. of Justice
P.O. Box 878, Ben Franklin Station
Washington, DC 20044
Tel: (202) 305-8275
Email: Jonathan.A.Robbins@usdoj.gov

*Counsel for Defendants*

UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF CALIFORNIA
WESTERN DIVISION

PEDRO VASQUEZ PERDOMO, *et al.*,

Plaintiffs,

v.

KRISTI NOEM, in her official capacity as Secretary of Homeland Security, *et al.*,

Defendants.

No. 2:25-cv-05605-MEMF-SP

**DEFENDANTS' CERTIFICATE OF SERVICE FOR ECF. No 678**

Hon. Maame Ewusi-Mensah Frimpong
United States District Judge

Referred to Hon. Sheri Pym
United States Magistrate Judge

**CERTIFICATE OF SERVICE**

I hereby certify that on August 21, 2026, I served Defendants' Opposition to Plaintiffs' Motion for Preliminary Injunction [ECF No. 632] on all counsel of record by means of the Court's CM/ECF electronic filing system.

*/s/ Jonathan Robbins*
Jonathan Robbins
Assistant Director
Office of Immigration Litigation
Department of Justice
(202) 305-8275
Jonathan.A.Robbins@usdoj.gov
*Counsel for Defendants*