BRETT A. SHUMATE
Assistant Attorney General
Civil Division
DREW C. ENSIGN
Deputy Assistant Attorney General
TIBERIUS DAVIS
DANIEL MUMMOLO
Counsel to the Assistant Attorney General
JONATHAN A. ROBBINS
Assistant Director
STEPHANIE L. GROFF
JASON K. ZUBATA
ANIELLO DESIMONE
JACOB A. BASHYROV
Trial Attorneys
Office of Immigration Litigation
Civil Division, U.S. Dept. of Justice
P.O. Box 878, Ben Franklin Station
Washington, DC 20044
Tel: (202) 305-8275
Email: *Jonathan.A.Robbins@usdoj.gov*

*Counsel for Defendants*

**UNITED STATES DISTRICT COURT**

**FOR THE CENTRAL DISTRICT OF CALIFORNIA**

Pedro VASQUEZ PERDOMO, et al.,

Plaintiffs,

v.

Markwayne MULLIN, in his official capacity as Secretary, Department of Homeland Security, et al.,

Defendants.

Case No.: 2:25-cv-05605-MEMF-SP

***DISCOVERY MATTER***

**STATUS REPORT REGARDING OUTSTANDING DISCOVERY ITEMS [ECF 668]**

Hon. Maame Ewusi-Mensah Frimpong

Referred to Hon. Sheri Pym
United States Magistrate Judge

## STATUS REPORT

Pursuant to the Court's August 14, 2026 Order, ECF No. 668 at 11-12, Defendants hereby submit a status report setting forth its positions on: all relevant custodians who may have responsive materials; methodology for identification of relevant custodians; search terms for non-phone ESI agreed upon by parties; and what databases, files, cell phones, and applications will be searched.

### I. All Relevant Custodians Who May Have Responsive Materials

Homeland Security Investigations (HSI) custodians who were present at one or more of the 15 operations:

- O Y
- K W
- M M
- I A
- G A
- S E
- S R
- K G
- J P
- R S[1]
- A D'A
- A O
- A M
- A J

[1] Special Agent (SA) S has been on military leave since October 2025 prior to the Court's January 16, 2026, order, ECF No. 370, and his government phone was not forensically imaged. However, ICE conducted a search with the listed search terms on this report for SA S ESI.

Enforcement and Removal Operations (ERO) custodians who were present at one of more of the 15 operations:

- C C
- C C
- I R
- P K
- E O
- T F
- C G
- E J
- M P

ICE initiated collection efforts in November 2025 by tasking various divisions within ICE to provide responsive documents or identify custodians. Following ECF No. 370, ICE implemented its plan to forensically image Government-issued cell phones in accordance with the order.

ICE requested documents related to standardized documentation from the respective ERO and HSI personnel with access to the electronic databases that stores this information within the Central District of California. Generally, a deportation officer would be tasked with the search and retrieval of the documents. The retrieved documents would be sent directly to agency counsel.

## II. Methodology for Identification of Relevant Custodians

To identify officers associated with the fifteen listed operations, ICE agency counsel requested identifying information from ERO and HSI leadership officials within the Central District of California. Those officials indicated that the officers listed above were present or participated in 10 of the 15 operations listed in Plaintiff CHIRLA's Expedited Requests For Production, Set One, RFP No. 2.

## III. Search Terms for Non-Phone ESI Agreed Upon By Parties

The parties did not engage in any negotiations or agreements on non-phone ESI search terms related to the expedited discovery requirements of ECF No. 370. However, parties did agree on search terms for the purposes of the re-processing of

the forensic imaging of the HSI and ERO custodian's government phones in June 2026. For the purposes of expedited discovery, ICE used the following search terms for the 23 custodian ESI materials:

**September 30, 2025**

Carlos W/3 Alexander Osorto

A

A

A

Isaac W/3 Villegas Molina

A

A

A

J W/3 D S

A

A

A

Javier W/3 Ramirez

C W/3 G C

A

A

A

F W/3 H S G

A

A

A

G W/3 V C

A

A

A

A W/3 P

Miss Donuts

Stater Bros. Market

Stater Bros Market

Stater Bros.

Stater Bros

Stater Brothers

Home Depot

Temple City Car Wash

Car wash
Yank Towing
Reasonable suspicion
arrest
detain
consensual encounter

**November 6, 2025**:

Carlos W/3 Alexander Osorto
A
A
A

Isaac W/3 Villegas Molina
A
A
A

J W/3 D S
A
A
A

Javier W/3 Ramirez
C W/3 G C
A
A
A

F W/3 H S G
A
A
A

G W/3 V C
A
A
A

A W/3 P
Miss Donuts
Stater Bros. Market
Stater Bros Market
Stater Bros.
Stater Bros

Stater Brothers
Home Depot
Temple City Car Wash
Car wash
Yank Towing
Reasonable suspicion
arrest
detain
consensual encounter

**March 23, 2026**

"J C B E "
J C s W/5 B E
A
A

"A J M
A W/5 J M
"C G C "
C W/5 G C
A
A

"O A A "
O W/5 A A

A

A

"Pedro Vasquez Perdomo"

Pedro W/5 Vasquez Perdomo

A

A

"E K Z L

E K W/5 Z L

"M A T G "

M A W/5 T G

“G V C ”

G W/5 V C

A

A

“Issac Villegas Molina”

Issac W/5 Villegas Molina

A

A

"Carlos Alexander Osorto"

Carlos W/5 Alexander Osorto

A

A

“F H S G ”

F W/5 H S G

A

A

**IV. Repositories Searched**

Standardized documentation related to aliens arrested in immigration enforcement actions is maintained in the Alien File or electronically in a database queried through the Enforcement Integrated Database (EID)-EAGLE. Although EID -EAGLE has certain limitations, Plaintiffs have been amenable to the production of documents from this system. ERO manually queries and retrieves standardized documentation from this system and sends it to the discovery platform for review.

For arrests made by United States Border Patrol agents, ICE received a list of names and identifying information from United States Customs and Border Protection. ICE personnel then searched the EID-EAGLE system for the corresponding documentation. The repositories searched were emails, text

messages, Microsoft Teams messages, and OneDrive accounts. ICE also forensically imaged the 22 phones from the ICE agents who were present at 10 of the 15 operations listed in Plaintiff CHIRLA's Expedited Requests For Production, Set One, RFP No. 2.

DATED: August 25, 2026

UNITED STATES DEPARTMENT OF JUSTICE

By: */s/Jonathan Robbins*
JONATHAN ROBBINS
Assistant Director
Office of Immigration Litigation
*Counsel for Defendants*

**CERTIFICATE OF SERVICE**

I hereby certify that on August 25, 2026, I electronically filed the foregoing with the Clerk of the U.S. District Court for the Central District of California using the CM/ECF system, which provided notification of such filing to all registered CM/ECF users.

Dated: August 25, 2026

UNITED STATES DEPARTMENT OF JUSTICE

*/s/ Jonathan Robbins*
Jonathan Robbins
Assistant Director
Office of Immigration Litigation
Department of Justice
(202) 305-8275
Jonathan.A.Robbins@usdoj.gov
*Counsel for Defendants*