UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF
CALIFORNIA

| | |
|---|---|
| Pedro VASQUEZ PERDOMO, *et al.*,<br><br>*Plaintiffs*,<br><br>v.<br><br>MARKWAYNE MULLIN, Secretary of Department of Homeland Security, *et al.*,<br><br>*Defendants* | No. 2:25-cv-05605-MEMF-SP<br><br>**Declaration of L[redacted] U[redacted]** |

**DECLARATION OF L[redacted] U[redacted]**

I, L[redacted] U[redacted] pursuant to 28 U.S.C. § 1746, hereby declare as follows:

1. I am an Assistant Field Office Director employed by the United States Department of Homeland Security, United States Immigration and Customs Enforcement (ICE), Office of Enforcement and Removal Operation (ERO). I am currently assigned to the Field Coordination Center (FCC) under the ERO Los Angeles Field Office. The duties and responsibilities of my position include collecting data and statistics for civil immigration arrests made by ERO in the Los Angeles Area of Responsibility. I was previously assigned to the Criminal Alien Program (CAP)/Staging Unit, often referred to as "B-18". The duties and responsibilities of my position in the CAP/Staging Unit included the management of the processing of detained aliens at B-18.

2. I make this declaration based upon my personal knowledge, consultation with colleagues, and my review of official ICE records. If called to testify, I would and could do so competently.

3. I understand that the Court's January 16, 2026, order requires Defendant to collect standardized documentation, including any targeting information or slide presentations provided to agents from all relevant operations of this Order. I have read the January 16, 2026 order and the August 14, 2026 order and I understand the obligations of both orders. ICE ERO has gathered I-213s and I-200s related to subjects arrested in the 15 operations listed in Dkt. 370.

4. ICE has produced 56 I-213s and 52 I-200s relating to subjects arrested by either CBP or ICE relating to the 15 operations.

5. ERO personnel collected both the I-213s and I-200s from EAGLE, a booking system of record that allows officers to capture a subject's biometric, biographic, and processing data in a single location. ERO uses EAGLE to process civil immigration arrests. In EAGLE, officers are able to populate, preview, and print forms associated with a subject's processing case and/or specified processing disposition. The forms will automatically consolidate information that was previously inserted for biometrics and other booking information into the forms, so that only additional form-specific fields will need to be populated to complete them.

6. ERO was provided with a list of subjects identified by DOJ and CBP, who were arrested and detained relating to the 15 operations in the Court's order. ERO personnel used the subjects' A-numbers in EAGLE to retrieve the Form I-213s and Form I-200s previously created when ERO processed the arrests.

I declare under penalty of perjury that the foregoing is true and correct.

Executed this 28th day of August 2026.

[redacted]

L[redacted]
A[redacted]e Director
Enforcement and Removal Operations
U.S. Immigration and Customs Enforcement
U.S. Department of Homeland Security