UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| Pedro VASQUEZ PERDOMO, et al.,<br>Plaintiffs,<br>v.<br>MARKWAYNE MULLIN, IN HIS OFFICIAL CAPACITY AS SECRETARY OF HOMELAND SECURITY, et al.,<br>Defendants. | Case No. 2:25-cv-05605-MEMF-SP<br><br>**DECLARATION OF H.B.** |

**DECLARATION OF H.B.**

I, H.B., declare and affirm that the following is true to the best of my knowledge, information, and belief:

1. I am the Associate Chief Counsel of the West Region of the Office of Chief Counsel (OCC) for U.S. Customs and Border Protection (CBP). The mission of CBP includes enforcement and administration of customs, immigration, and agriculture laws and regulations of the United States, as well as the enforcement of numerous other laws on behalf of other federal agencies. OCC provides legal advice to, and legal representation of, CBP officials in matters relating to the activities and functions of CBP. OCC also reviews proposed policies and actions to advise agency officials regarding applicable legal requirements; preparing legal opinions for issuance to the CBP agency client; and rendering litigation assistance to the U.S. Department of Justice in criminal or civil court actions involving CBP. OCC operates under the umbrella of the Department of Homeland Security's (DHS) Office of General Counsel.

2. As the Associate Chief Counsel for the West Region, and on behalf of the CBP

Chief Counsel, I oversee and provide legal guidance to all CBP officials within my assigned geographic region, covering a broad range of legal practice areas, including both affirmative and defensive litigation involving customs, immigration, and other federal laws. I have held the position of Associate Chief Counsel for the West Region since 2024. Prior to this role, I served as Assistant Chief Counsel and Chief of Staff for OCC from 2020 to 2024. Since 2007, I have held various attorney positions within OCC, and since 1997, I have served in legal roles with the Department of Justice, Immigration and Customs Enforcement, and Citizenship and Immigration Services.

3. As the Associate Chief Counsel for the West Region, I provide strategic oversight and direction for the litigation team assigned to this matter. Under my leadership, two Deputies and a Team Lead manage and coordinate a team of attorneys who are responsible for all aspects of discovery in this case, including the identification, collection, verification, and production of responsive records.

4. I am aware of *Perdomo v. Noem*, 2:25-cv-05605 and the underlying claims.

5. I provide this declaration based on my personal knowledge, reasonable inquiry, information obtained from those that were involved responding to the court's order seeking the government to forensically image the personal phones of its employees, and information obtained in the course of my employment.

6. Eighty-eight employees stated in the Questionnaire that they were willing to have their personal phone forensically imaged.

7. On or about July 2, 2026, the 88 employees who indicated a willingness to provide consent were asked to sign consent forms for their personal phones as the next step in the process of obtaining temporary custody of the phones for forensic imaging.

8. Once the employees were sent the consent forms, 83 decided to not provide consent. It is my understanding that not all employees provided a reason for not providing their consent, but a few provided reasons. It is my understanding that those reasons include, but are not limited to, not understanding from the Questionnaire that their entire personal phone would be forensically imaged, thinking they were consenting for their government phone and not personal phone, and accidentally clicking "yes" in the Questionnaire.

9. Five consented to have their personal phone fully imaged and those phones have been imaged as of August 13, 2026.

10. On or about August 6, 2026, CBP re-sent the Questionnaire to the approximately 200 employees who had not yet answered.

11. In order to meet its obligations in discovery, generally, and not just for limited expedited discovery, CBP sent the Questionnaire to all those involved in Operation at Large – Los Angeles, and not just those employees involved in the 15 encounters for limited expedited discovery.

12. As of August 28, 2026 at approximately 4:24 p.m. Eastern, a total of approximately 1,349 employees answered the Questionnaire. The results of the computer responses are reflected in the attached exhibit. While this document reflects initial computer responses, it does not reflect further communications from some employees seeking to amend their initial responses, which would not have been reflected in the computer report. The attached document also does not reflect data entered into text fields or individual identifiers.

13. Due to providing the Questionnaire to all those involved in Operation at Large –

Los Angeles, CBP has ensured that as of August 28, 2026 at approximately 4:24 p.m. Eastern, approximately 736 employees answered "yes" to "provid[ing] government records to my official CBP email." Additionally, approximately 1,028 employees have answered "yes" to "I have turned off the auto-delete features" for the applications on their personal phones and government phones. *See* Exhibit 1.

14. At this time, approximately 7 additional people have provided a willingness to have their personal phones imaged. In order to ensure continued imaging of personal phones, on or about August 21, 2026, the seven employees as of that date who indicated a willingness to have their personal phone imaged were asked to sign the forms.

15. CBP continues to follow up with those who have not answered the Questionnaire. As I understand it, some employees are on extended leave.

I declare, under penalty of perjury, that the foregoing is true and correct to the best of my information, knowledge and belief.

Executed this 28th day of August, 2026, at San Francisco, California

[redacted]

H. B.
Associate Chief Counsel, West Region
Office of Chief Counsel
U.S. Customs and Border Protection

# EXHIBIT 1

## Responses Overview

Active

| Responses | Average Time | Duration |
| --- | --- | --- |
| 1349 | 137:19 | 147 Days |

1. You are receiving this questionnaire because there is reason to believe you were part of Operation at Large - Los Angeles. All the question s pertain to Operation at Large - Los Angeles (Operation at Large - LA).

   After you finish this form, please select the "Save My Response" below, and navigate to your "filled forms." Then open a copy of the Oper ation at Large - LA Phone Use, hit Ctrl + P on your keyboard, and select "save as PDF" from the drop down on the top right. Please then e mail the PDF to your supervisor. The PDF can also be emailed to yourself.

   If you have any questions, please contact your supervisor.

- I acknowledge these instructions 1349




2. First and Last Name

1349
Responses

[redacted]

3. Title

1349
Responses

[redacted]

4. Current Duty Station

1349
Responses

[redacted]

5. Government Email Address(es)

1349
Responses

[redacted]

6. I worked on Operation at Large operations in Los Angeles, California (Operation at Large - LA)?

- Yes 1286
- No 63




7. If so, list the dates you worked on Operation at Large - LA (Example: I worked in LA between June 6, 2025 to June 9, 2025, and August 15, 2025 to August 20, 2025). If you did not work on Operation at Large - LA, put "N/A."

1349
Responses

Latest Responses

[redacted]

8. I used my government-issued **phone** for work purposes for Operation at Large - LA:

- Yes 1084
- No 265



9. The government-issued phone I used is a:

| | |
|---|---|
| iOS Apple Device | 139 |
| Android Device | 966 |
| I did not use a government-issued phone | 244 |




10. If an Android Device was used, did you log into the Google Cloud?
This is a required question if you used an Android Device.

| | |
|---|---|
| Yes | 19 |
| No | 399 |
| I do not know | 615 |
| I did not use an Android device | 316 |




11. Did you use your government phone to **email** during Operation at Large - LA?

| | |
|---|---|
| Yes | 886 |
| No | 463 |




12. What email address(es) did you use to email from the government phone for Operation at Large - LA? If you did not use your governme nt phone to email, put "N/A."

1330
Responses

[redacted]

13. Did you use **text messaging** on the government phone during Operation at Large - LA?

| | |
|---|---|
| Yes | 637 |
| No | 510 |
| I did not use a government-issued phone | 202 |




14. Were RCS messages enabled on your cell-phone?

| | |
|---|---|
| Yes | 42 |
| No | 96 |
| I do not know | 1001 |
| I did not use a government-issued phone | 210 |




15. If an iOS Apple Device was used, were iMessages enabled?

| | |
|---|---|
| Yes | 55 |
| No | 89 |
| I do not know | 165 |
| I did not use a government-issued phone | 182 |
| I did not use an Apple Device | 858 |




16. If you texted individuals, please list the name(s) and agency(ies) of the people you texted with during Operation at Large - LA. If you did not use your government phone to text, put "N/A."

1349
Responses

[redacted]

17. If you used group chats, please include the name of the group chats and who were in the group chats during Operation at Large - LA. If you did not use your government phone to text or use group chats, put "N/A."

1348
Responses

[redacted]

18. Did you use Signal on your government phone for Operation at Large - LA?

| | |
|---|---|
| Yes | 94 |
| No | 1075 |
| I do not remember | 180 |




19. If you used Signal on your government phone, please list the name(s) and agency(ies) of the people you chatted with Operation at Large - LA. If you did not use Signal on your government phone, put "N/A."

1349
Responses

[redacted]

20. If you used group chats for Signal, please include the name(s) of the group chat(s) and members of the group chats during Operation at Large - LA. If you did not use Signal on your government phone, put "N/A."

1349
Responses

[redacted]

21. Did you use WhatsApp on your government phone for Operation at Large - LA?

| | |
|---|---|
| Yes | 553 |
| No | 689 |
| I do not remember | 107 |



22. If you used WhatsApp on your government phone, please list the name(s) and agency(ies) of the people you chatted with Operation at Large - LA. If you did not use WhatsApp on your government phone, put "N/A."

1349
Responses

[redacted]

23. If you used group chats for WhatsApp, please include the name(s) of the group chat(s) and members of the group chats during Operation at Large - LA. If you did not use WhatsApp your government phone, put "N/A."

1349
Responses

[redacted]

24. Did you use Zello on your government phone for Operation at Large - LA?

| | |
|---|---|
| Yes | 375 |
| No | 836 |
| I do not remember | 138 |




25. If you used Zello on your government phone, please list the name(s) and agency(ies) of the people you chatted with during Operation at Large - LA. If you did not use Zello on your government phone, put "N/A."

1349
Responses

[redacted]

26. If you used Zello, please include the name(s) of the group chat(s) and members of the group chats during Operation at Large - LA. If you did not use Zello on your government phone, put "N/A."

1349
Responses

[redacted]

27. Did you use any other applications to communicate on your government phone during Operation at Large - LA?

| | |
|---|---|
| Yes | 120 |
| No | 983 |
| I Do Not Remember | 246 |




28. If you used other applications to communicate on your government phone during Operation at Large - LA, please list below and include the name(s) and agency(ies) of the people who chatted with and the names of any group chats. If you did not use any other applications to communicate on your government phone, put "N/A."

1349
Responses

[redacted]

29. Did you use your **personal cell phone** during Operation at Large - LA?

| | |
|---|---|
| Yes | 921 |
| No | 428 |




30. I used my **personal email** address for work purposes for Operation at Large - LA

| | |
|---|---|
| Yes | 60 |
| No | 1289 |



31. What **personal email** address(es) did you use for Operation at Large - LA? If you did not use your personal email address, put "N/A."

1349
Responses

[redacted]

32. Did you use your **personal phone** to text for work purposes during Operation at Large - LA? If you did not use your personal phone to t ext, put "N/A."

| | |
|---|---|
| Yes | 504 |
| No | 492 |
| N/A | 353 |




33. If you texted on your **personal phone** for work purposes during Operation at Large - LA, please list the name(s) and their agency(ies) of the people, and any chat group name(s). If you did not use your personal phone for work purposes, put "N/A."

1349
Responses

[redacted]

34. Did you use Signal on your personal phone for work purposes during Operation At Large - LA ?

| | |
|---|---|
| Yes | 234 |
| No | 1115 |




35. If you used Signal on you personal phone for work purposes during Operation at Large - LA, please list the name(s) and their agency(ies) of the people and any chat group name(s). If you did not use Signal on your personal phone for work purposes, put "N/A."

1349
Responses

[redacted]

36. Did you use WhatsApp on your personal phone for work purposes during Operation at Large - LA?

| | |
|---|---|
| Yes | 663 |
| No | 686 |




37. If you used WhatsApp on you personal phone for work purposes during Operation at Large - LA, please list the name(s) and their agenc y(ies) of the people and any chat group name(s). If you did not use WhatsApp on your personal phone for work purposes, put "N/A."

1349
Responses

[redacted]

38. Did you use Zello on your personal phone for work purposes during Operation at Large - LA ?

| | |
|---|---|
| Yes | 424 |
| No | 925 |




39. If you used Zello on you personal phone for work purposes during Operation at Large - LA, please list the name(s) and their agency(ies) of the people and any chat group name(s). If you did not use Zello on your personal phone for work purposes, put "N/A."

1349
Responses

[redacted]

40. Did you use any other application to communicate on your personal phone for work purposes during Operation at Large - LA ?

- Yes 12
- No 1337




41. Please list the other applications you used to communicate on your personal phone for work purposes during Operation at Large - LA. If you did not use any other applications to communicate on your personal phone for work purposes, put "N/A."

1349
Responses

[redacted]

42. For each application you used on your personal phone for work purposes during Operation at Large - LA , please list the name(s) and th eir agency(ies) of the people and any chat group name(s). If you did not use any other application on your personal phone for work pur poses, put "N/A."

1349
Responses

[redacted]

43. Did you take pictures or videos work for purposes during Operation at Large - LA with your personal phone?

- Yes 284
- No 1065



44. If you used your personal phone for work purposes during Operation at Large -LA, will you permit CBP to forensically image your perso nal phone? If yes, we will follow up with you with further instructions.

| | |
|---|---|
| Yes | 95 |
| No | 1254 |




45. For your government phone and personal phone (if used for work purposes during Operation at Large), please disable auto-deletion fea ture(s) for the applications used that contain information concerning official government duties, to include any information regarding an y government operations.

I have turned off the auto-delete features:

| | |
|---|---|
| Yes | 1028 |
| No | 321 |




46. If you do not want your phone forensically imaged, you must export any and all information concerning your official duties and govern ment operations from your personal phone or any other personal device used to your official CBP e-mail. In the subject line of the emai l, include the title of the operation(s) and dates of conversation or dates the video/photo was taken. If you must send more than one e mail to your CBP e-mail please include a sequential number in the subject line. For example, for first email "Op at Large - LA August 1, 2 025 1" then for second email "Op at Large - LA August 1, 2025 2".

If you have any trouble transferring the items to your official CBP email or if the information is too large to e-mail, please contact your i mmediate supervisor and local Wireless Account Custodian (WAC) for technical assistance.

To the extent that you cannot export the information as an attachment, please screenshot the information in chronological order, and se nd the screenshots as attachments to your official CBP e-mail with the operation(s) in the subject line.

I have provided the government records to my official CBP email:

| | |
|---|---|
| Yes | 736 |
| No | 613 |



47. Please type in your name below to declare or attest that the above statements are true to the best of your knowledge under the penalty of perjury pursuant to 28 U.S.C. § 1746. You also acknowledge that typing your name below constitutes a signature, and you are the indi vidual who filled out the above form.

1349
Responses

[redacted]