STACY TOLCHIN (SBN 217431)
*stacy@tolchinimmigration.com*
LAW OFFICES OF STACY TOLCHIN
776 E. Green St., Suite 210
Pasadena, CA 91101
Tel: 213-622-7450; Fax: 213-622-7233

MOHAMMAD TAJSAR (SBN 280152)
*mtajsar@aclusocal.org*
MAYRA JOACHIN (SBN 306065)
*mjoachin@aclusocal.org*
DAE KEUN KWON (SBN 313155)
*akwon@aclusocal.org*
STEPHANIE PADILLA (SBN 321568)
*spadilla@aclusocal.org*
ALYSSA MORONES (SBN 343358)
*amorones@aclusocal.org*
ACLU FOUNDATION OF SOUTHERN CALIFORNIA
P.O. Box 811370
Los Angeles, CA 90081
Tel: 213-977-5232; Fax: 213-201-7878

*Counsel for Stop/Arrest Plaintiffs*

(*Additional counsel listed on next page*)

MARK ROSENBAUM (SBN 59940)
*mrosenbaum@publiccounsel.org*
REBECCA BROWN (SBN 345805)
*rbrown@publiccounsel.org*
RITU MAHAJAN (SBN 252970)
*rmahajan@publiccounsel.org*
GINA AMATO (SBN 215519)
*gamato@publiccounsel.org*
AMANDA MANGASER SAVAGE (SBN 325996)
*asavage@publiccounsel.org*
PUBLIC COUNSEL
610 South Ardmore Avenue
Los Angeles, CA 90005
Tel: 213-385-2977

*Counsel for All Plaintiffs*

ANNE LAI (SBN 295394)
*alai@law.uci.edu*
UC IRVINE SCHOOL OF LAW
IMMIGRANT AND RACIAL JUSTICE SOLIDARITY CLINIC
P.O. Box 5479
Irvine, CA 92616-5479
Tel: 949-824-9894; Fax: 949-824-2747

*Counsel for Stop/Arrest Plaintiffs*

**UNITED STATES DISTRICT COURT**

**FOR THE CENTRAL DISTRICT OF CALIFORNIA**

Pedro VASQUEZ PERDOMO, et al.,

Plaintiffs,

v.

Markwayne MULLIN, in his official capacity as Secretary, Department of Homeland Security, et al.,

Defendants.

Case No.: 2:25-cv-05605-MEMF-SP

***DISCOVERY MATTER***

**PLAINTIFFS' STATUS REPORT REGARDING PROPOSAL FOR PRODUCTION OF BODY WORN CAMERA PURSUANT TO ECF 655**

Hon. Maame Ewusi-Mensah Frimpong

Referred to Hon. Sheri Pym
United States Magistrate Judge

JACOB S. KREILKAMP (SBN 248210)
*jacob.kreilkamp@mto.com*
DAVID FRY (SBN 189276)
*david.fry@mto.com*
ADAM B. WEISS (SBN 296381)
*adam.weiss@mto.com*
SARA H. WORTH (SBN 341088)
*sara.worth@mto.com*
LAURA R. PERRY (SBN 342504)
*laura.perrystone@mto.com*
HENRY D. SHREFFLER (SBN 343388)
*henry.shreffler@mto.com*
LAUREN E. KUHN (SBN 343855)
*lauren.kuhn@mto.com*
ANGELA URIBE (SBN 353579)
*angela.uribe@mto.com*
MAGGIE BUSHELL (SBN 354048)
*maggie.bushell@mto.com*
MUNGER, TOLLES & OLSON LLP
350 S. Grand Ave., 50th Floor
Los Angeles, CA 90071
Tel: 213-683-9100; Fax: 213-683-9100

*Counsel for Stop/Arrest Plaintiffs*

BREE BERNWANGER (SBN 331731)
*bbernwanger@aclunc.org*
AMERICAN CIVIL LIBERTIES UNION FOUNDATION OF NORTHERN CALIFORNIA
39 Drumm Street
San Francisco, CA 94111
Tel: 415-621-2493

*Counsel for Stop/Arrest Plaintiffs*

BRISA VELAZQUEZ OATIS (SBN 339132)
*bvoatis@aclu-sdic.org*
ACLU FOUNDATION OF SAN DIEGO & IMPERIAL COUNTIES
P.O. Box 87131
San Diego, CA 92138-7131
Tel: 619-398-4199

*Counsel for Stop/Arrest Plaintiffs*

EDGAR AGUILASOCHO (SBN 285567)
*eaguilasocho@farmworkerlaw.com*
MARTÍNEZ AGUILASOCHO LAW, INC.
900 Truxtun Ave, Suite 300
Bakersfield, CA 93301
Tel: 661-859-1174
*Counsel for Plaintiff United Farm Workers*

JESSICA KARP BANSAL (SBN 277347)
*jessica@ndlon.org*
LAUREN MICHEL WILFONG*
*lwilfong@ndlon.org*
JIA FU*
*jennifer@ndlon.org*
NATIONAL DAY LABORER ORGANIZING NETWORK
1030 S. Arroyo Parkway, Suite 106
Pasadena, CA 91105
Tel: 626-214-5689

*Counsel for Stop/Arrest Plaintiffs*

MATTHEW J. CRAIG (SBN 350030)
*mcraig@heckerfink.com*
MACK E. JENKINS (SBN 242101)
*mjenkins@heckerfink.com*
HECKER FINK LLP
1150 South Olive Street, Suite 10-140
Los Angeles, CA 90015
Tel: 212-763-0883; Fax: 212-564-0883

*Counsel for Access/Conditions Plaintiffs*

CARL BERGQUIST*
*cbergquist@chirla.org*
COALITION FOR HUMANE IMMIGRANT RIGHTS
2351 Hempstead Road
Ottawa Hills, OH 43606
Tel: 310-279-6025

*Counsel for Plaintiff Coalition for Humane Immigrant Rights*

ALVARO M. HUERTA (SBN 274787)
*ahuerta@immdef.org*
BRYNNA BOLT (SBN 339378)
*bbolt@immdef.org*
ALISON STEFFEL (SBN 346370)
*asteffel@immdef.org*
IMMIGRANT DEFENDERS LAW CENTER
634 S. Spring St., 10th Floor
Los Angeles, CA 90014
Tel: 213-634-0999

*Counsel for Plaintiff Immigrant Defenders Law Center*

* Admitted pro hac vice

# PLAINTIFFS' STATUS REPORT

Pursuant to the Court's instruction in its Minute Order following the August 27, 2026 status conference, ECF 696, Plaintiffs hereby submit this status report setting forth their proposal for Border Patrol's production of body worn camera video responsive to Plaintiff United Farm Workers' Request for Production Set One to comply with the Court's August 11, 2026 Order, ECF 655. Following the August 27, 2026 status conference and Defendants' re-production of a spreadsheet listing all the body-worn camera videos tagged with the category ZZ_Operation-at-Large-LA, this time with agent information, the Parties met and conferred about the possibility of an agreement on sampling approach. As of this filing, the Parties have been unable to reach agreement. Plaintiffs will be prepared to discuss this issue at the September 3, 2026 status conference.

## A. Plaintiffs' Proposal

***First***, Plaintiffs propose that the parties randomly sample **3,011** videos from the universe of videos categorized by Border Patrol as ZZ_Operation-at-Large-LA and at least one of the following additional categories, which Plaintiffs understand to be the categories that may contain footage relevant to the claims at issue:

- Arrest/Apprehension
- Investigation
- Hostile/Possible Complaint
- Mass Encounter
- Vehicle Stop
- Assault Against Officer/Agent
- Significant Incident
- Non-Evidentiary Encounter
- Accidental/Unintentional Recording

The **3,011** videos would be randomly selected from a universe covering the period from June 2025 to mid-January 2026. This is intended to provide a representative sample of videos relative to the relevant time period from among the categories above. The sample excludes videos

categorized by Border Patrol in ways that suggest they are less likely to contain material relevant to the claims at issue—for example, videos categorized as Admin Inquiry – Non-Evidentiary, Test, or Rescue / Public Assistance.

***Second***, Plaintiffs propose that Defendants provide an additional **1,524** videos in certain categories and two time periods. Where the universe of videos within a category is sufficiently small, sampling would not provide a meaningful or reliable representation of that category. Plaintiffs therefore propose that Defendants produce all videos within those categories rather than select a further sample. Specifically:

- All videos tagged ZZ_Operation-at-Large-LA from February 1, 2026, onward [**52** videos total]. This period is significant because it follows the date on which Defendants contend that Operation At Large ended.
- All videos tagged ZZ_Operation-at-Large-LA and Use of Force – Deadly, Use of Force – Less Lethal, or Use of Force - Not Reportable in E-STAR [**112** videos]
- All videos tagged ZZ_Operation-at-Large-LA and Z_OPR_Evidentiary [**4** videos]
- All videos tagged ZZ_Operation-at-Large-LA and Pending Review [**6** videos]
- A random sample of **20** videos tagged ZZ_Operation-at-Large-LA and Arrest Warrant / Search Warrant (but not any of the categories in #1 above) from July 10, 2025, which is the date Defendants conducted a significant operation in Camarillo, CA[1]

[1] *See, e.g.*, *ICE agents descended upon a cannabis farm. The lives of an army vet, farm worker and professor changed forever*, The Guardian (Aug 3, 2026), https://www.theguardian.com/us-news/2026/aug/03/california-ice-immigration-raid. According to CBP "Executive Summaries" for Operation At Large provided by Defendants in discovery, other than this search warrant operation, CBP generally did not conduct arrest or search warrant executions. It is possible that videos from other dates tagged as Arrest Warrant / Search Warrant were included in ZZ_Operation-at-Large-LA by mistake.

- All videos tagged ZZ_Operation-at-Large-LA and the categories in #1 for the two-week period from January 14, 2026 to January 28, 2026 [**1,330** additional videos]. This proposal is intended to provide more complete coverage of a two-week period in which a larger number of videos are available, particularly in the Arrest/Apprehension, Investigation, and Non Evidentiary Encounter categories. It is also the last two-week period before the volume of videos drops starting in February 2026. Plaintiffs seek all videos in the relevant categories rather than a sample to get a more complete picture of activities for a period of time and avoid any issues with underrepresenting incidents, categories, or patterns introduced by a sampling. Producing all videos from January 14, 2026 to January 28, 2026 therefore serves a different purpose from the 3,011-video random sample.

***Third***, Plaintiffs propose that the parties set aside **150** videos for subsequent production. Plaintiffs could request video of specific incidents on two later dates agreed to by the parties—for example, October 1 and December 1, 2026. Plaintiffs would do so at least 60 days before the close of discovery. Defendants would produce the videos requested within 21 days of the respective request.

***Fourth***, Plaintiffs propose that the sampling methodology exclude any BWC videos that Defendants have already produced to Plaintiffs in expedited discovery. If a video already produced to Plaintiffs is selected through the random-sampling process, Defendants would simply proceed to the next randomly selected video so that the sample consists of videos that have not previously been produced.

DATED: September 2, 2026

MUNGER, TOLLES & OLSON LLP

By: */s/ David Fry*
DAVID FRY
*Counsel for Stop/Arrest Plaintiffs*

**CERTIFICATE OF SERVICE**

I hereby certify that on September 2, 2026, I electronically filed the foregoing with the Clerk of the U.S. District Court for the Central District of California using the CM/ECF system, which provided notification of such filing to all registered CM/ECF users.

DATED: September 2, 2026 MUNGER, TOLLES & OLSON LLP

By: */s/ David Fry*
DAVID FRY
*Counsel for Stop/Arrest Plaintiffs*