BRETT A. SHUMATE
Assistant Attorney General
Civil Division
DREW C. ENSIGN
Deputy Assistant Attorney General
TIBERIUS DAVIS
SEAN SKEDZIELEWSKI
Counsel to the Assistant Attorney General
JONATHAN A. ROBBINS (SBN VA #73366)
Assistant Director
NANCY N. SAFAVI (SBN 24042342)
Senior Trial Attorney
JACOB A. BASHYROV
ANIELLO DESIMONE
STEPHANIE L. GROFF
JASON K. ZUBATA
LAURIE WIESNER
Trial Attorneys
Office of Immigration Litigation
Civil Division, U.S. Dept. of Justice
P.O. Box 878, Ben Franklin Station
Washington, DC 20044
Tel: (202) 598-0885
Email: laurie.wiesner@usdoj.gov

*Counsel for Defendants*

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| PEDRO VASQUEZ PERDOMO, *et al.*,<br>Plaintiffs,<br>v.<br>MARKWAYNE MULLIN, in his official capacity as Secretary of Homeland Security, *et al.*,<br>Defendants. | No. 2:25-cv-05605-MEMF-SP<br>**DEFENDANTS' NOTICE OF PAYMENT**<br>Hon. Maame Ewusi-Mensah Frimpong<br>United States District Judge<br>Referred to Hon. Sheri Pym<br>United States Magistrate Judge |

**DEFENDANTS' NOTICE OF PAYMENT**

TO THE COURT, ALL PARTIES, AND THEIR ATTORNEYS OF RECORD:

PLEASE TAKE NOTICE that, in accordance with Judge Frimpong's Order Holding Defendants in Civil Contempt for Violation of Court Order [DKT. NO. 503], Defendants have electronically submitted via Intra-Governmental Payment and Collection (IPAC) a payment in the amount of $3500.00 on September 8, 2026. (ECF No. 635).

Dated: September 8, 2026

Respectfully submitted,

*/s/ Laurie Wiesner*
LAURIE WIESNER
Trial Attorney
U.S. Department of Justice

*Counsel for Defendants*

Dated: September 8, 2026

Respectfully submitted,

BRETT A. SHUMATE
Assistant Attorney General
Civil Division

DREW C. ENSIGN
Deputy Assistant Attorney General

TIBERIUS DAVIS
SEAN SKEDZIELEWSKI
Counsel to the Assistant Attorney General

JONATHAN A. ROBBINS
Assistant Director

NANCY N. SAFAVI
Senior Trial Attorney

JACOB A. BASHYROV
ANIELLO DESIMONE
STEPHANIE L. GROFF
Trial Attorneys

*/s/ Laurie Wiesner*
LAURIE WIESNER
Trial Attorney
Office of Immigration Litigation
U.S. Department of Justice
P.O. Box 878, Ben Franklin Station
Washington, D.C. 20044
Tel: (202) 598-0885
Email: laurie.wiesner@usdoj.gov

*Counsel for Defendants*

**L.R. 11-6.2 CERTIFICATE OF COMPLIANCE**

The undersigned counsel of record certifies that this filing is 357 words, which complies with L.R. 11-6.1 and this Court's Standing Order, Part VIII.C.

Dated: September 8, 2026

Respectfully submitted,

/s/ Laurie Wiesner
LAURIE WIESNER
Trial Attorney
Office of Immigration Litigation
U.S. Department of Justice

*Counsel for Defendants*