UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| Pedro VASQUEZ PERDOMO, et al., Plaintiffs, v. Markwayne MULLIN, in his official capacity as Secretary, Department of Homeland Security, et al., Defendants. | No.: 2:25-cv-05605-MEMF-SP **ORDER GRANTING PLAINTIFFS' APPLICATION TO FILE DOCUMENTS UNDER SEAL IN CONNECTION WITH REPLY ISO MOTION FOR PRELIMINARY INJUNCTION RE: SUSPICIONLESS STOPS AND VIOLATION OF EQUAL PROTECTION [DKT. NO. 709]** Hon. Maame Ewusi-Mensah Frimpong United States District Judge |

Upon due consideration, the Application to File Documents Under Seal is GRANTED. The following documents will be redacted or sealed in the Court's record:

| Exhibit [Description] | Material Requested to Be Sealed | Court's Ruling |
| --- | --- | --- |
| Ex. 109 [SBPA I.F. Dep.] | Officer/agent names down to initials | GRANTED |
| Ex. 110 [DO C.C. Dep.] | Officer/agent names down to initials | GRANTED |
| Ex. 111 [BPA J.M. Dep.] | Officer/agent names down to initials | GRANTED |
| Ex. 112 [CBP 30(b)(6) Dep.] | Officer/agent names down to initials | GRANTED |

IT IS SO ORDERED.

DATED: September 11, 2026.

Hon. Maame Ewusi-Mensah Frimpong
United States District Judge