UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| Pedro VASQUEZ PERDOMO, *et al.*,<br><br>Plaintiffs,<br><br>v.<br><br>Markwayne MULLIN, in his official capacity as Secretary, Department of Homeland Security, *et al.*,<br><br>Defendants. | No.: 2:25-cv-05605-MEMF-SP<br><br>**ORDER GRANTING PLAINTIFFS' REQUEST TO SEAL AND CORRECT DOCKET ENTRIES [DKT. NO. 540]**<br><br>Hon. Maame Ewusi-Mensah Frimpong<br>United States District Judge |

The Court, having reviewed Plaintiffs' Notice of Errata and Request to Seal and Correct Docket Entries ("Notice") filed by Warrantless Arrests Plaintiffs on June 11, 2026, hereby ORDERS as follows:

1. The corrected exhibits submitted with the Notice shall supersede and replace the previously filed exhibits for all purposes in this action.

2. The Clerk is directed to seal the following entries on the docket where previously filed versions of the exhibits appear:

| **Exhibit** | **Docket Entries to Be Sealed** |
|---|---|
| Exhibit 2 | ECF 529-8 and ECF 528-2 |
| Exhibit 3 | ECF 529-9 and ECF 528-3 |
| Exhibit 8 | ECF 529-14 and ECF 528-5 |
| Exhibit 25 | ECF 529-31 |
| Exhibit 40 | ECF 529-46 and ECF 528-14 |
| Exhibit 50 | ECF 529-56 |

3. The Clerk is further directed to correct the docket text to update the filers for the following docket entries so that they include Warrantless Arrests Plaintiffs only:

| **ECF Event No.** | **Updated Filers** |
|---|---|
| ECF 528, Application to File Under Seal | Coalition for Humane Immigrant Rights, Los Angeles Worker Center Network, and United Farm Workers |
| ECF 530, Sealed Declaration ISO their Application to File Under Seal | Coalition for Humane Immigrant Rights, Los Angeles Worker Center Network, and United Farm Workers |

IT IS SO ORDERED.

DATED: September 11, 2026

Hon. Maame Ewusi-Mensah Frimpong
United States District Judge