STACY TOLCHIN (SBN 217431)
*stacy@tolchinimmigration.com*
LAW OFFICES OF STACY TOLCHIN
776 E. Green St., Suite 210
Pasadena, CA 91101
Tel: 213-622-7450; Fax: 213-622-7233

MOHAMMAD TAJSAR (SBN 280152)
*mtajsar@aclusocal.org*
MAYRA JOACHIN (SBN 306065)
*mjoachin@aclusocal.org*
DAE KEUN KWON (SBN 313155)
*akwon@aclusocal.org*
STEPHANIE PADILLA (SBN 321568)
*spadilla@aclusocal.org*
ALYSSA MORONES (SBN 343358)
*amorones@aclusocal.org*
ACLU FOUNDATION OF
SOUTHERN CALIFORNIA
P.O. Box 811370
Los Angeles, CA 90081-0007
Tel: 213-977-5232; Fax: 213-201-7878

*Counsel for Stop/Arrest Plaintiffs*

(*Additional counsel listed on next page*)

MARK ROSENBAUM (SBN 59940)
*mrosenbaum@publiccounsel.org*
REBECCA BROWN (SBN 345805)
*rbrown@publiccounsel.org*
RITU MAHAJAN (SBN 252970)
*rmahajan@publiccounsel.org*
GINA AMATO (SBN 215519)
*gamato@publiccounsel.org*
AMANDA MANGASER SAVAGE
(SBN 325996)
*asavage@publiccounsel.org*
PUBLIC COUNSEL
610 South Ardmore Avenue
Los Angeles, CA 90005
Tel: 213-385-2977

*Counsel for All Plaintiffs*

ANNE LAI (SBN 295394)
*alai@law.uci.edu*
UC IRVINE SCHOOL OF LAW
IMMIGRANT AND RACIAL JUSTICE
SOLIDARITY CLINIC
P.O. Box 5479
Irvine, CA 92616-5479
Tel: 949-824-9894; Fax: 949-824-2747

*Counsel for Stop/Arrest Plaintiffs*

**UNITED STATES DISTRICT COURT**

**FOR THE CENTRAL DISTRICT OF CALIFORNIA**

Pedro VASQUEZ PERDOMO, *et al.*,

Plaintiffs,

v.

Markwayne MULLIN, in his official capacity as Secretary, Department of Homeland Security, *et al.*,

Defendants.

Case No.: 2:25-cv-05605-MEMF-SP

**DECLARATION OF DAVID H. FRY IN SUPPORT OF THE JOINT STATUS REPORT REGARDING ATTORNEYS' FEES AND COSTS [ECF 668]**

Hon. Maame Ewusi-Mensah Frimpong

Referred to Hon. Sheri Pym
United States Magistrate Judge

JACOB S. KREILKAMP (SBN 248210)
*jacob.kreilkamp@mto.com*
DAVID FRY (SBN 189276)
*david.fry@mto.com*
ADAM B. WEISS (SBN 296381)
adam.weiss@mto.com
SARA H. WORTH (SBN 341088)
*sara.worth@mto.com*
HENRY D. SHREFFLER (SBN 343388)
*henry.shreffler@mto.com*
LAURA R. PERRY (SBN 342504)
*laura.perrystone@mto.com*
LAUREN E. KUHN (SBN 343855)
*lauren.kuhn@mto.com*
ANGELA URIBE (SBN 353579)
*angela.uribe@mto.com*
MAGGIE BUSHELL (SBN 354048)
*maggie.bushell@mto.com*
MUNGER, TOLLES & OLSON LLP
350 S. Grand Ave., 50th Floor
Los Angeles, CA 90071
Tel: 213-683-9100; Fax: 213-683-9100

JESSICA KARP BANSAL (SBN 277347)
*Jessica@ndlon.org*
LAUREN MICHEL WILFONG*
*lwilfong@ndlon.org*
NATIONAL DAY LABORER ORGANIZING NETWORK
1030 S. Arroyo Parkway, Suite 106
Pasadena, CA 91105
Tel: 626-214-5689

BREE BERNWANGER (SBN 331731)
*bbernwanger@aclunc.org*
AMERICAN CIVIL LIBERTIES UNION FOUNDATION OF NORTHERN CALIFORNIA
39 Drumm Street
San Francisco, CA 94111
Tel: 415-621-2493

BRISA VELAZQUEZ OATIS (SBN 339132)
*bvoatis@aclu-sdic.org*
ACLU FOUNDATION OF SAN DIEGO & IMPERIAL COUNTIES
P.O. Box 87131
San Diego, CA 92138-7131
Tel: 619-398-4199

*Counsel for Stop/Arrest Plaintiffs*

MATTHEW J. CRAIG (SBN 350030)
*mcraig@heckerfink.com*
MACK E. JENKINS (SBN 242101)
*mjenkins@heckerfink.com*
HECKER FINK LLP
1150 South Olive Street, Suite 10-140
Los Angeles, CA 90015
Tel: 212-763-0883; Fax: 212-564-0883

*Counsel for Access/Conditions Plaintiffs*

EDGAR AGUILASOCHO (SBN 285567)
*eaguilasocho@farmworkerlaw.com*
MARTÍNEZ AGUILASOCHO LAW, INC.
900 Truxtun Ave, Suite 300
Bakersfield, CA 93301
Tel: 661-859-1174

*Counsel for Plaintiff United Farm Workers*

CARL BERGQUIST*
*cbergquist@chirla.org*
COALITION FOR HUMANE IMMIGRANT RIGHTS
2351 Hempstead Road
Ottawa Hills, OH 43606
Tel: 310-279-6025

*Counsel for Plaintiff Coalition for Humane Immigrant Rights*

ALVARO M. HUERTA (SBN 274787)
*ahuerta@immdef.org*
BRYNNA BOLT (SBN 339378)
*bbolt@immdef.org*
ALISON STEFFEL (SBN 346370)
*asteffel@immdef.org*
IMMIGRANT DEFENDERS LAW CENTER
634 S. Spring St., 10th Floor
Los Angeles, CA 90014
Tel: 213-634-0999

*Counsel for Plaintiff Immigrant Defenders Law Center*

* Admitted pro hac vice

**DECLARATION OF DAVID H. FRY**

I, David H. Fry, declare the following:

1. I am an attorney at Munger, Tolles, & Olson LLP and counsel of record to the Stop/Arrest Plaintiffs in the above-captioned action.

2. I make this declaration in support of Plaintiffs' statement in the Joint Status Report regarding attorneys' fees and costs.

3. Attached hereto as Exhibit 1 is a spreadsheet substantiating the fees and costs requested by Plaintiffs in response to the Court's order of August 14, 2026. The spreadsheet sets forth the descriptive time entries, amounts of time, billing rates, and the value of the time increments reflected using those billing rates. In preparing this spreadsheet, Plaintiffs understood the Court's order to permit fees incurred in bringing the Joint Stipulation re: Plaintiffs' Motion for an Order Enforcing ECF 370 and for Sanctions [ECF 557]. Plaintiffs did not include in the spreadsheet all time incurred in connection with that motion. For instance, time devoted to this issue during regular case strategy calls was excluded, as was time recorded by some attorneys for attendance at hearings where they provided support, but did not have a central role. Plaintiffs also did not include time spent trying to reach agreement with Defendants on the amount of attorneys' fees to be awarded or the time spent preparing this Joint Status Report. Finally, Plaintiffs did not include time related to enforcement of the portion of ECF 370 requiring Defendants to image cell phones, which is the subject of separate motion practice.

4. I sent a version of Exhibit 1 to Defendants' counsel on August 24, 2026, to facilitate the meet and confer process. A true and correct copy of that email is attached hereto as Exhibit 2.

5. MTO serves as counsel for Stop/Arrest Plaintiffs, along with counsel from the ACLU of Southern California, the ACLU of Northern California, the ACLU of San Diego, the UC Irvine School of Law Immigrant Rights Clinic, the Law Offices of Stacy Tolchin, NDLON, and Public Counsel. Jacob Kreilkamp, Adam Weiss, Sara Worth, Henry Shreffler, Laura Perry Stone, Lauren Kuhn, Maggie Bushell, Angela Uribe, and I are the MTO attorneys primarily responsible for and involved in this litigation before the District Court.

6. I have been a member of the California bar since 1997. I graduated from Yale Law School in 1996. After law school, I clerked for the Honorable Vaughn R. Walker of the U.S. District Court for the Northern District of California in 1996-97 and then joined MTO in 1997. I was a partner at MTO from 2004 to 2023 and now have the title Senior Counsel. I am a member of the bar of numerous federal courts, including the Supreme Court, the Ninth Circuit, and all four United States District Courts in California.

7. My practice focuses on complex litigation in state and federal courts, including an active pro bono practice. I am a past recipient of the Wiley Manuel Award for Pro Bono Services from the California Bar Association, have been named a California Lawyer of the Year for Pro Bono by *California Lawyer* magazine, and was awarded the Pro Bono Award by the *National Law Journal*. I served as lead counsel in a national class action against the Social Security Administration, *Martinez v. Astrue*, 4:08-cv-04735 (N.D. Cal. filed Oct. 15, 2008), which resulted in a settlement that paid out over $700 million to class members wrongfully denied benefits. I currently serve on the Board of Directors of Justice in Aging, am the former President of the Board of Directors of the Giffords Law Center to Prevent Gun Violence, and am the former President of the Federal Bar Association, Northern District of California Chapter. I previously served as a Ninth Circuit Lawyer Representative for the Northern District of California and as a member of the Northern District of California's Standing Committee on Professional Conduct, and was a Lecturer at the University of California, Berkeley School of Law.

8. My colleague Adam B. Weiss has been a member of the California bar since 2014. He graduated from Columbia Law School in 2010. After law school, Mr. Weiss clerked for the Honorable Debra Ann Livingston of the U.S. Court of Appeals for the Second Circuit in 2010-11, and then joined Wachtell, Lipton, Rosen & Katz from 2011-14. Mr. Weiss joined MTO in 2014 and has been a partner of the firm since 2018.

9. Mr. Weiss's practice focuses on complex commercial litigation in state and federal courts, as well as in arbitration. Mr. Weiss advises law firms, financial services companies, and other clients in high-stakes and sensitive litigations and investigations. Mr. Weiss is on the Board of Directors of Teach Democracy (formerly known as the Constitutional Rights Foundation) and is

the Los Angeles Regional Co-Chair of the American Bar Association's Judicial Intern Opportunity Program.

10. My colleague Sara H. Worth has been a member of the California bar since 2021. She graduated from Yale Law School in 2021. After law school, Ms. Worth joined MTO in 2022 before clerking for the Honorable James Donato of the U.S. District Court for the Northern District of California in 2023-24. Ms. Worth then re-joined MTO in 2025 after serving as an election safeguarding attorney for the ACLU Voting Rights Project.

11. Ms. Worth's practice focuses on commercial litigation in state and federal courts. Ms. Worth also maintains an active pro bono practice focused on constitutional rights, including serving as plaintiffs' counsel alongside the ACLU of Northern California and others in *Asian Prisoner Support Committee v. California Department of Corrections and Rehabilitation* (Sup. Ct. Alameda, Case No. 23-cv-031986), a case that challenges CDCR's policy of referring of California inmates to ICE for possible deportation solely because of their place of birth, in violation of California's Constitution and California law.

12. My colleague Lauren Kuhn has been a member of the California bar since 2022. She graduated from Harvard Law School *cum laude* in 2022, and also holds an LLM degree from the University of Cambridge. In law school, Ms. Kuhn served as a research assistant to various professors and conducted research on contract interpretation. She also served as a teaching fellow for Contracts.

13. Ms. Kuhn joined MTO in 2022. She represents clients in complex commercial disputes, including putative class and representative actions, in both state and federal courts. Ms. Kuhn's practice spans a range of industries, including health care, technology, real estate, and entertainment. Ms. Kuhn also represents clients in both government and internal investigations. Ms. Kuhn also maintains an active pro bono practice, serving as counsel of record for the plaintiffs in *Justice Action Center et al. v. U.S. Dep't of Homeland Security et al.*, 2:21-cv-07592-JFW-MAA (C.D. Cal.).

14. My colleague Angela Uribe has been a member of the California Bar since 2023. She graduated from Yale Law School in 2023. In law school, Ms. Uribe served as managing editor

of the Yale Law Journal and drafted briefs on behalf of immigrant clients with the Worker and Immigrant Rights Advocacy Clinic. After law school, Ms. Uribe clerked for the Honorable James V. Selna of the U.S. District Court for the Central District of California in 2023-24 and for the Honorable Gabriel P. Sanchez of the U.S. Court of Appeals for the Ninth Circuit in 2024-25.

15. Ms. Uribe joined MTO in 2025. She represents clients, including law firms and technology companies, in a variety of complex litigation matters in both state and federal courts, including employment claims and breach-of-contract litigation.

16. My colleague Excie Tucker is a paralegal at MTO.

17. MTO's rates are comparable to those charged by similar firms for matters in federal court in the Central District of California. Attached hereto as Exhibits 2-7 are excerpts from documents filed in the Central District setting forth fees charged by such firms. The table below summarizes the information concern professional hourly rates reflected in those documents.

| Year | Firm | Partner Rates | Associate Rates | Paralegal Rates |
|---|---|---|---|---|
| 2026 | Susman Godfrey L.L.P. | $1,300-$2,500 | $750-$900 | $350-$475 |
| 2025 | Quinn Emanuel Urquhart & Sullivan, LLP | $1,430-$2,290 | $990-$1,515 | |
| 2025 | Arnold & Porter Kaye Scholer LLP (after discount)[1] | $1,715 | $1,022-$1,060 | |
| 2026 | Wilson Sonsini Goodrich & Rosati (after discount) | $1,286-$1,623 | $606-$1,263 | |
| 2026 | Latham & Watkins | $1,530 | $1,030-$1,410 | |
| 2025 | Jones Day[2] | $1,225-$1,800 | $775-$825 | $450 |

18. Anne Lai currently serves as Clinical Professor of Law, Co-Associate Dean of Experiential Learning, and Director of the Immigrant and Racial Justice Solidarity Clinic at the University of California, Irvine School of Law ("UCI Law"). Ms. Lai is a 2006 graduate of the

[1] Arnold & Porter also disclosed rates for a Senior Counsel ($1,534.50) and a Counsel ($1,215).

[2] The rates listed for Jones Day are those for specific personnel disclosed as working on the matter, but the firm disclosed more generally that—in 2025—firm partners in the United States billed at $1,000 to $2,400, associates at $450-$1,350, and paralegals at $275-$575.

New York University School of Law, where she was a Root-Tilden-Kern Public Interest Scholar. Ms. Lai received her B.A. from Duke University, graduating *summa cum laude*, in 2002. After law school, Ms. Lai clerked for the Honorable James C. Francis IV in the Southern District of New York. From 2006 to 2007, Ms. Lai worked as a Staff Attorney with the Urban Justice Center Community Development Project in New York. From 2008 to 2011, Ms. Lai worked with the ACLU of Arizona, first as a Racial Justice Fellow and then as a Staff Attorney. In 2011, Ms. Lai left the ACLU of Arizona to join the faculty at Yale Law School. Ms. Lai served first as a Clinical Teaching Fellow and then later as a Clinical Lecturer in Law. Ms. Lai joined the faculty at UCI Law in 2013.

19. In addition to California, Ms. Lai is a member of good standing of the bar of the State of New York. Ms. Lai is admitted to practice before several federal courts, including the U.S. District Courts for the Central District of California, Southern District of New York, and the District of Connecticut, the U.S. Court of Appeals for the Second and Ninth Circuits, and the U.S. Supreme Court.

20. As director of the Clinic, Ms. Lai has substantial experience litigating complex civil and constitutional rights cases in the federal courts, and many of the cases she has litigated have involved the protection of immigrants' rights. During her time at the ACLU of Arizona, Ms. Lai served as a member of the monitoring team for plaintiffs in *Arnold v. Ariz. Dep't of Public Safety*, No. CV-01001463-PCT-JAT (D. Ariz. 2006) (class action alleging pattern and practice of racial profiling in traffic stops) and *Graves v. Arpaio*, No. CV-77-00479-PHX-NVW (D. Ariz. 2008) (class action relating to conditions in the Maricopa County Jails). Ms. Lai also represented the plaintiff(s) in *Ortega Melendres v. Arpaio*, No. CV-07-2513-PHX-GMS (D. Ariz. 2007) (class action against the Maricopa County Sheriff's Office (MCSO) alleging pattern and practice of racial discrimination and Fourth Amendment violations, including in immigration-related operations), *Lopez-Valenzuela v. Maricopa County*, No. 08-cv-660-SRB (D. Ariz. 2008) (class action challenging Arizona state constitutional amendment prohibiting release on bail of criminal defendants alleged to be undocumented immigrants), *Mabrouk v. Arpaio*, No. 09-cv-01184 (D. Ariz. 2009) (1983 damages action on behalf of Muslim woman detained in Maricopa County Jail

that led to change in MCSO policy on religious head coverings at intake and booking), and *Valle del Sol v. Whiting*, No. 10-01061 (D. Ariz. 2010) (challenge to constitutionality of Arizona's state immigration law, S.B. 1070 2010). In addition, Ms. Lai served as the lead attorney in *Mora v. Arpaio*, No. 09-cv-1719-DGC (D. Ariz. 2011) (damages action on behalf of U.S. citizen and lawful permanent resident detained by MCSO in connection with worksite raid), successfully obtaining a $200,000 settlement after prevailing in part on summary judgment.

21. Attached hereto as Exhibit 3 is a true and correct copy of the Declaration of Krysta K. Pachman in Support of Plaintiffs' Unopposed Motion for Attorneys' Fees, Costs, and Service Awards (filed Jan. 19, 2026), ECF 99-2 in *Trama, et al. v. Relx Inc.*, United States District Court for the Central District of California Case No. 2:24-cv-3174-DSF (Ex).

22. Attached hereto as Exhibit 4 is a true and correct copy of the Declaration of John W. Baumann in Support of Defendant John H. Morris's Amended Motion for Attorney's Fees (filed Oct. 14, 2025), ECF 132-1 in *Tracy v. Morris*, United States District Court for the Central District of California Case No. 2:23-cv-08022-KK-RAO.

23. Attached hereto as Exhibit 5 is a true and correct copy of the Declaration of Ronald L. Johnston in Support of Verisign, Inc.'s Motion for Attorneys' Fees (filed Oct. 14, 2025), ECF 123-1 in *Zheng v. Internet Corporation for Assigned Names and Numbers and Verisign, Inc.*, United States District Court for the Central District of California Case No. 2:25-cv-04808-SPG-AJR.

24. Attached hereto as Exhibit 6 is a true and correct copy of the Redacted Declaration of James C. Yoon Regarding Rule 11 Sanctions (filed Mar. 24, 2026), ECF 117 in *IOT Innovations LLC v. Lutron Electronics Co., Inc.*, United States District Court for the Central District of California Case No. 2:24-cv-10320-SRM-AS.

25. Attached hereto as Exhibit 7 is a true and correct copy of the Declaration of Adam A. Herrera in Support of Plaintiff 1661, Inc.'s Notice of Motion and Renewed Motion for Attorneys' Fees (filed June 5, 2026), ECF 116-1 in *1661, Inc. d/b/a GOAT v. PSJ Holding Company, LLC d/b/a Sneakgallery and Sydney Smith*, United States District Court for the Central District of California Case No. 2:23-cv-10853-MWF-JPR.

26. Attached hereto as Exhibit 8 is a true and correct copy of the Application by Debtors-in-Possession to Retain and Employ Jones Day as Special Counsel; Declaration of Joshua Mester (filed Mar. 26, 2025), ECF 63 in *In re: Flying Star LLC, et al.*, United States District Court for the Central District of California Bankruptcy Court Case No. 2:25-bk-11380-WB.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on this 15th day of September, 2026 at Berkeley, California.

*/s/ David H. Fry*
DAVID H. FRY
MUNGER, TOLLES & OLSON LLP