# EXHIBIT 1

| Work Date | Tkpr Name | Narrative | Work Rate | Work Hrs | Work Value |
|---|---|---|---|---|---|
| 6/4/2026 | Fry, David H. | Telephone conference with Ms. Worth regarding motion for sanctions (.4); draft letter regarding motion for sanctions (4.5). | 1,695.00 | 4.90 | 8,305.50 |
| 6/4/2026 | Worth, Sara H. | Review ICE affidavits recollection process and tele. conf. with D. Fry re same; draft email to J. Robbins re: HSI Agent phone issue production issue and internal comms. re same. | 1,240.00 | 2.00 | 2,480.00 |
| 6/4/2026 | Lai, Anne | Email co-counsel re: ICE decs re compliance w/ ECF 370 | 1,075.00 | 0.30 | 322.50 |
| 6/5/2026 | Fry, David H. | Review and revise letter concerning motion for sanctions (.8); telephone conference with Ms. Lai regarding letter (1). | 1,695.00 | 0.90 | 1,525.50 |
| 6/5/2026 | Worth, Sara H. | Comms. re Rule 37 letter re ICE affidavits (0.1); | 1,240.00 | 0.10 | 124.00 |
| 6/5/2026 | Lai, Anne | TC w co-counsel re ltr to Ds re ICE decs | 1,075.00 | 0.20 | 215.00 |
| 6/5/2026 | Lai, Anne | Rev/edit ltr to Ds re ICE decs | 1,075.00 | 0.40 | 430.00 |
| 6/8/2026 | Fry, David H. | Draft joint stipulation regarding motion for sanctions (1.5). | 1,695.00 | 1.50 | 2,542.50 |
| 6/9/2026 | Fry, David H. | Draft motion for sanctions (4.5); draft correspondence to Mr. Robbins regarding meet and confer (.1); telephone conference with Ms. Worth regarding meet and confer (.2). | 1,695.00 | 4.80 | 8,136.00 |
| 6/10/2026 | Fry, David H. | Prepare for meet and confer (.2); participate in meet and confer regarding ICE production (.9); telephone conference with Ms. Worth and Mr. Shreffler regarding meet and confer (.5); draft motion for sanctions (1.8). | 1,695.00 | 3.40 | 5,763.00 |
| 6/10/2026 | Worth, Sara H. | Prepare for and attend meet and confer re: ICE declarations on search. | 1,240.00 | 1.30 | 1,612.00 |
| 6/11/2026 | Fry, David H. | Exchange correspondence regarding sanctions against government (.4); legal research regarding Rule 37 sanctions (2.8); draft motion for sanctions (6.1). | 1,695.00 | 9.30 | 15,763.50 |
| 6/13/2026 | Fry, David H. | Review and revise joint stipulation regarding ICE declarations (1.3); draft Fry Declaration (.3). | 1,695.00 | 1.60 | 2,712.00 |
| 6/13/2026 | Worth, Sara H. | Edit sanctions motion related to ICE collection process and affidavits. | 1,240.00 | 1.90 | 2,356.00 |

| Work Date | Tkpr Name | Narrative | Work Rate | Work Hrs | Work Value |
|---|---|---|---|---|---|
| 6/14/2026 | Fry, David H. | Review and revise joint stipulation regarding ICE declarations (.3); draft Fry Declaration (1.0). | 1,695.00 | 1.30 | 2,203.50 |
| 6/14/2026 | Weiss, Adam B. | Review, revise draft joint stipulation regarding ICE declarations, related emails (0.7). | 1,645.00 | 0.70 | 1,151.50 |
| 6/15/2026 | Fry, David H. | Draft Fry Declaration (2.6). | 1,695.00 | 2.60 | 4,407.00 |
| 6/16/2026 | Fry, David H. | Exchange correspondence regarding preparing exhibits for ICE declarations motion (.2); review and revise Fry Declaration (.8); draft email to Mr. Robbins regarding ICE declarations motion (.2); revise email to Mr. Robbins (.1); telephone conference with Ms. Worth regarding supplemental briefs for motions to compel (.2); exchange email regarding revisions to ICE declarations motion (.1); telephone conference with Ms. Worth regarding ICE document pull (.2); draft email to Mr. Robbins regarding ICE document pull (.1); revise joint stipulation concerning ICE declarations (1.6). | 1,695.00 | 3.50 | 5,932.50 |
| 6/16/2026 | Kuhn, Lauren E. | Prepare and transmit joint stipulation regarding ICE declarations. | 1,150.00 | 0.40 | 460.00 |
| 6/16/2026 | Worth, Sara H. | Draft revs to D. Fry email re sanctions motion. Comms re same. Review Fry Decl. re same. | 1,240.00 | 0.90 | 1,116.00 |
| 6/16/2026 | Lai, Anne | Email co-counsel re notes re joint stip re ICE decs | 1,075.00 | 0.10 | 107.50 |
| 6/23/2026 | Worth, Sara H. | File joint stip re ICE collection and for sanctions (2.8). | 1,240.00 | 2.80 | 3,472.00 |
| 6/25/2026 | Fry, David H. | Draft supplemental brief regarding ICE Declarations (1.5). | 1,695.00 | 1.50 | 2,542.50 |
| 6/26/2026 | Fry, David H. | Draft supplemental brief regarding ICE Declarations (1.3). | 1,695.00 | 1.30 | 2,203.50 |
| 6/27/2026 | Fry, David H. | Draft supplemental brief regarding ICE Declarations. | 1,695.00 | 3.40 | 5,763.00 |
| 6/28/2026 | Fry, David H. | Draft supplemental brief regarding ICE Declarations. | 1,695.00 | 1.40 | 2,373.00 |
| 6/28/2026 | Worth, Sara H. | Draft stipulation re: ICE collection sanctions motion. | 1,240.00 | 0.50 | 620.00 |

| Work Date | Tkpr Name | Narrative | Work Rate | Work Hrs | Work Value |
|---|---|---|---|---|---|
| 6/29/2026 | Fry, David H. | Draft Supplemental Brief regarding ICE Declarations (1.6); exchange correspondence regarding Supplemental Brief (.1); telephone conference with Ms. Worth regarding ICE Declarations motion (.4). | 1,695.00 | 2.10 | 3,559.50 |
| 6/29/2026 | Worth, Sara H. | Draft stipulation regarding collections motions for sanctions; telephonic conf. with D. Fry re stipulation (1.7). | 1,240.00 | 1.70 | 2,108.00 |
| 6/30/2026 | Fry, David H. | Review and revise stipulation concerning ICE Declarations (.5); exchange correspondence regarding ICE Declarations stipulation (.1); further revise draft stipulation (1.0). | 1,695.00 | 1.60 | 2,712.00 |
| 6/30/2026 | Worth, Sara H. | Review D. Fry edits to sanctions motions stipulation (0.2). | 1,240.00 | 0.20 | 248.00 |
| 7/7/2026 | Worth, Sara H. | Finalize supplemental brief regarding: ICE sanctions motion (1.10). | 1,240.00 | 1.10 | 1,364.00 |
| 7/7/2026 | Tucker, Excie | Cite check supplemental brief re ICE declarations | 595.00 | 1.20 | 714.00 |
| 7/8/2026 | Uribe, Angela | Review and analyze defendants' supplemental brief in opposition to plaintiffs' motion for an order to enforce and sanctions. | 1,040.00 | 0.30 | 312.00 |
| 7/14/2026 | Worth, Sara H. | Prepare for and attend motion for sanctions argument (2.2). | 1,240.00 | 2.20 | 2,728.00 |
| | | Total | | 63.40 | 98,385.00 |