UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

PEDRO VASQUEZ PERDOMO, *et al.*,

Plaintiffs,

v.

MARKWAYNE MULLIN *et al.*,

Defendants.

Case No.: 2:25-cv-05605-MEMF-SP

**ORDER GRANTING UNOPPOSED REQUEST FOR LEAVE TO FILE AMICI CURAE BRIEF IN SUPPORT OF INTERVENORS' JOINDER IN PLAINTIFFS' MOTION FOR PRELIMINARY INJUNCTION [DKT. NO. 682]**

Judge: Maame Ewusi-Mensah Frimpong

**ORDER**

On August 24, 2026, four Proposed Amici Curiae—the Cities of Fullerton, Costa Mesa, Goleta, and Santa Paula—moved for leave to file a brief in support of Intervenors' joinder in Stop/Arrest Plaintiffs' Motion for Preliminary Injunction Re: Suspicionless Stops and Violation of Equal Protection. Dkt. No. 682 ("Motion"). Defendants did not file an opposition to the Motion.

The Court, having considered Proposed Amici Curiae's Motion and finding good cause,

GRANTS the Motion and ORDERS that the brief submitted as Exhibit 1 to the Motion be refiled with this Court.

**IT IS SO ORDERED**.

Dated: September 16, 2026.

Maame Ewusi-Mensah Frimpong
United States District Judge