BRETT A. SHUMATE
Assistant Attorney General
Civil Division
DREW C. ENSIGN
Deputy Assistant Attorney General
TIBERIUS DAVIS
Counsel to the Assistant Attorney General
JONATHAN A. ROBBINS
Assistant Director
NANCY N. SAFAVI
Senior Trial Attorney
JACOB A. BASHYROV
ANIELLO DESIMONE
STEPHANIE L. GROFF
JASON K. ZUBATA
Trial Attorneys
Office of Immigration Litigation
Civil Division, U.S. Dept. of Justice
P.O. Box 878, Ben Franklin Station
Washington, DC 20044
Tel: (202) 305-8275
Email: Jonathan.A.Robbins@usdoj.gov

*Counsel for Defendants*

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| PEDRO VASQUEZ PERDOMO, *et al.*,<br><br>Plaintiffs,<br><br>v.<br><br>MARKWAYNE MULLIN, in his official capacity as Secretary of Homeland Security, *et al.*,<br><br>Defendants. | No. 2:25-cv-05605-MEMF-SP<br><br>**DEFENDANTS' NOTICE OF PAYMENT**<br><br>Hon. Maame Ewusi-Mensah Frimpong<br>United States District Judge<br><br>Referred to Hon. Sheri Pym<br>United States Magistrate Judge |

**DEFENDANTS' NOTICE OF PAYMENT**

TO THE COURT, ALL PARTIES, AND THEIR ATTORNEYS OF RECORD:

PLEASE TAKE NOTICE that, in accordance with Judge Frimpong's Order Holding Defendants in Civil Contempt for Violation of Court Order [DKT. NO. 503], Defendants have electronically submitted via Intra-Governmental Payment and Collection (IPAC) a payment in the amount of $3500.00 on September 22, 2026. (ECF No. 635).

Dated: September 22, 2026

Respectfully submitted,

BRETT A. SHUMATE
Assistant Attorney General
Civil Division

DREW C. ENSIGN
Deputy Assistant Attorney General

TIBERIUS DAVIS
Counsel to the Assistant Attorney General

NANCY N. SAFAVI
Senior Trial Attorney

JACOB A. BASHYROV
ANIELLO DESIMONE
STEPHANIE L. GROFF
Trial Attorneys

*/s/ Jonathan A. Robbins*
JONATHAN A. ROBBINS
Assistant Director
Office of Immigration Litigation
U.S. Department of Justice
P.O. Box 878, Ben Franklin Station
Washington, D.C. 20044
Tel: (202) 305-8275
Email: Jonathan.A.Robbins@usdoj.gov

*Counsel for Defendants*

**L.R. 11-6.2 CERTIFICATE OF COMPLIANCE**

The undersigned counsel of record certifies that this filing is 61 words, which complies with L.R. 11-6.1 and this Court's Standing Order, Part VIII.C.

Dated: September 22, 2026

Respectfully submitted,

*/s/ Jonathan A. Robbins*
JONATHAN A. ROBBINS
Assistant Director
Office of Immigration Litigation
U.S. Department of Justice

*Counsel for Defendants*

**CERTIFICATE OF SERVICE**

I hereby certify that on September 22, 2026, I served Defendants' Notice of Payment on all counsel of record by means of the Court's CM/ECF electronic filing system.

Dated: September 22, 2026

Respectfully submitted,

*/s/ Jonathan A. Robbins*
JONATHAN A. ROBBINS
Assistant Director
Office of Immigration Litigation
U.S. Department of Justice

*Counsel for Defendants*