UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES—GENERAL**

| | | | |
|---|---|---|---|
| Case No. | **2:25-cv-05605-MEMF-SPx** | Date | **September 24, 2026** |
| Title | **Pedro Vasquez Perdomo et al v. Markwayne Mullin et al.** | Page | 1 of 2 |

| | |
|---|---|
| Present: The Honorable | MAAME EWUSI-MENSAH FRIMPONG, UNITED STATES DISTRICT JUDGE |

| | |
|---|---|
| Daniel Torrez | CourtSmart |
| Deputy Clerk | Court Reporter |

| | |
|---|---|
| Attorneys Present for Plaintiff(s) | Attorneys Present for Defendant(s) |
| Rebecca Brown | Daniel Mummolo |
| Alvaro H. Huerta | Nancy N. Safavi |
| Mark D. Rosenbaum | |
| Lauren Wilfong | |
| Carl Bergquist | |
| Mohammad Tajsar | |
| Jacob S. Kreilkamp | |
| Sara H. Worth | |
| Anne Lai | |
| Adam B. Weiss | |
| Stephanie Padilla | |

**Proceedings: PLAINTIFF'S MOTION FOR PRELIMINARY INJUNCTION [632]; PLAINTIFF'S MOTION TO CERTIFY CLASS [647]**

The case is called, and counsel make their appearances.

Also, Present are Interveners: Arnold F. Lee, Brigit G. Alvarez, Michael Dundas, and John Schwab.

The Court and counsel confer about the motions for preliminary injunction and class certification.

Counsel for Defendants requested the opportunity to submit supplemental briefing limited to evidence discussed at the hearing that was not referenced in the moving papers. Plaintiffs did not oppose the request. The Court advised Defendants that they could submit a limited supplemental brief on that basis by Wednesday, September 30. Should Plaintiffs wish to respond, they may do so by Thursday, October 1.

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES—GENERAL**

| | | | |
|---|---|---|---|
| Case No. | **2:25-cv-05605-MEMF-SPx** | Date | **September 24, 2026** |
| Title | **Pedro Vasquez Perdomo et al v. Markwayne Mullin et al.** | Page | 2 of 2 |

The Court discussed with the parties a possible modification to one of the proposed classes. Should Defendants wish to submit limited supplemental briefing on whether the Suspicionless Stops Class should be granted as modified, they are ordered to give notice to the Court by Tuesday, September 29. Defendants' Notice should reflect whether Plaintiffs objected to this limited supplemental briefing, whether Plaintiffs intend to file a response brief, and a proposed briefing schedule.

**IT IS SO ORDERED**.



3:27
Initials of Deputy Clerk: DT