**U.S. Department of Justice**

Civil Division

Office of Immigration Litigation

*Washington, D.C. 20530*

VIA CM/ECF

September 29, 2026

To: The Honorable Judge Frimpong

Re: *Perdomo, et al. v. Mullin*, *et al.*
2:25-cv-05605-MEMF-SPx

Dear Judge Frimpong:

Defendants write to provide notice, pursuant to ECF 756, that Defendants wish to submit limited supplemental briefing on whether the Suspicionless Stops Class should be granted as modified. Defendants provided opposing counsel with this notice, and unfortunately, the parties do not agree on a page limit and timeframe.

Defendants request a maximum of five pages and wish to submit their supplemental brief on Thursday, October 8. Plaintiffs only agree to four pages and believe the Defendants should file their supplemental brief on Thursday, October 1, and Plaintiffs would then file their reply on Monday, October 5.

Undersigned counsel presented argument in three court hearings on September 18th (virtual D. Mass.), 22nd (N.D. Cal.), and 24th (C.D. Cal.). Counsel traveled from Los Angeles on September 25 to Dallas and then from Dallas to Washington DC on September 27. Counsel must file two substantive motions on October 1, 2026, in *W.M.M. v. Trump*, 25-59 (N.D. Tex.), a joint status report in *Presidents' Alliance v. Bondi*, 25-11109 (D. Mass.) on October 2, and another substantive opposition to class certification in *Pinchi v. Mullin,* 25-5632 (N.D. Cal.) on October 9, 2026. Due to the undersigned counsel's assigned cases and litigation demands, Defendants' proposed request for filing its five-page supplemental brief on Thursday, October 8 is reasonable and based on good cause. To assist Plaintiffs with their proposed timeframe, Defendants request that Plaintiffs file their supplemental brief first on October 5, and then Defendants file their five pages on October 8.

Thank you for the opportunity for supplement briefing on this matter.

Respectfully,

*/s/ Nancy N. Safavi*
NANCY N. SAFAVI
Senior Trial Attorney
TXBN 24042342
Office of Immigration Litigation
United States Department of Justice
P.O. Box 878, Ben Franklin Station
Washington, D.C. 20044
Tel: (202) 514-9875
Nancy.Safavi@usdoj.gov

*Counsel for Defendants*

cc: All counsel of record.