BRETT A. SHUMATE
Assistant Attorney General
Civil Division
DREW C. ENSIGN
Deputy Assistant Attorney General
TIBERIUS DAVIS
Counsel to the Assistant Attorney General
JONATHAN A. ROBBINS
Assistant Director
NANCY N. SAFAVI
Senior Trial Attorney
JACOB A. BASHYROV
ANIELLO DESIMONE
STEPHANIE L. GROFF
JASON K. ZUBATA
Trial Attorneys
Office of Immigration Litigation
Civil Division, U.S. Dept. of Justice
P.O. Box 878, Ben Franklin Station
Washington, DC 20044
Tel: (202) 305-8275
Email: Jonathan.A.Robbins@usdoj.gov

*Counsel for Defendants*

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

PEDRO VASQUEZ PERDOMO, *et al.*,

Plaintiffs,

v.

MARKWAYNE MULLIN, in his official capacity as Secretary of Homeland Security, *et al.*,

Defendants.

No. 2:25-cv-05605-MEMF-SP

**DEFENDANTS' NOTICE OF PAYMENT**

Hon. Maame Ewusi-Mensah Frimpong
United States District Judge

Referred to Hon. Sheri Pym
United States Magistrate Judge

**DEFENDANTS' NOTICE OF PAYMENT**

TO THE COURT, ALL PARTIES, AND THEIR ATTORNEYS OF RECORD:

PLEASE TAKE NOTICE that, in accordance with Judge Frimpong's Order Holding Defendants in Civil Contempt for Violation of Court Order [DKT. NO. 503], Defendants have electronically submitted via Intra-Governmental Payment and Collection (IPAC) a payment in the amount of $3500.00 on October 13, 2026. (ECF No. 635).

Defendants respectfully note that they have filed with the Court a motion to pause the sanctions – based on their compliance with the order of the Court which prompted the coercive sanctions in this case – and that the Court should not continue to require Defendants and the U.S. taxpayer to continue to make these payments. The matter had been fully litigated on the papers since Defendants filed their reply to Plaintiffs' opposition on September 10, 2026. Given that Defendants have complied with the Court's order, there is nothing left to coerce out of Defendants, and requiring continued payments is therefore inappropriate.

//

//

Dated: October 13, 2026

Respectfully submitted,

BRETT A. SHUMATE
Assistant Attorney General
Civil Division

DREW C. ENSIGN
Deputy Assistant Attorney General

TIBERIUS DAVIS
Counsel to the Assistant Attorney General

NANCY N. SAFAVI
Senior Trial Attorney

JACOB A. BASHYROV
ANIELLO DESIMONE
STEPHANIE L. GROFF
Trial Attorneys

*/s/ Jonathan A. Robbins*
JONATHAN A. ROBBINS
Assistant Director
Office of Immigration Litigation
U.S. Department of Justice
P.O. Box 878, Ben Franklin Station
Washington, D.C. 20044
Tel: (202) 305-8275
Email: Jonathan.A.Robbins@usdoj.gov

*Counsel for Defendants*

**L.R. 11-6.2 CERTIFICATE OF COMPLIANCE**

The undersigned counsel of record certifies that this filing is 61 words, which complies with L.R. 11-6.1 and this Court's Standing Order, Part VIII.C.

Dated: October 13, 2026

Respectfully submitted,

*/s/ Jonathan A. Robbins*
JONATHAN A. ROBBINS
Assistant Director
Office of Immigration Litigation
U.S. Department of Justice

*Counsel for Defendants*

**CERTIFICATE OF SERVICE**

I hereby certify that on October 13, 2026, I served Defendants' Notice of Payment on all counsel of record by means of the Court's CM/ECF electronic filing system.

Dated: October 13, 2026

Respectfully submitted,

*/s/ Jonathan A. Robbins*
JONATHAN A. ROBBINS
Assistant Director
Office of Immigration Litigation
U.S. Department of Justice

*Counsel for Defendants*