# EXHIBIT A

**From:** Robbins, Jonathan A. (CIV)
**To:** Mohammad Tajsar; Safavi, Nancy (CIV); Skedzielewski, Sean (CIV); Shreffler, Henry; Worth, Sara; Annie Lai; Zubata, Jason K. (CIV); Bashyrov, Jacob (CIV); Flentje, August (CIV); Strokus, Jessica D. (CIV); DeSimone, Aniello (CIV); Hauenschild, Jonathon (CRT); Davis, Tiberius (CIV); Myczkowska, Tola M (CIV); Groff, Stephanie L. (CIV)
**Cc:** Lauren Wilfong; Perry Stone, Laura; Kuhn, Lauren; Bushell, Maggie; Kreilkamp, Jacob; Fry, David; Weiss, Adam; Stephanie Padilla; Mayra Joachin; Andres Kwon; Rebecca Brown; "rmahajan@publiccounsel.org"; mcraig; Ian Robertson; Annie O"Toole; Alison Steffel; Alvaro Huerta; Brynna Bolt; Mark Rosenbaum; Amanda Mangaser Savage; Carl Bergquist; Edgar Aguilasocho; Jessica Bansal Contact; Stacy Tolchin; "aaaronian@cityofpasadena.net"; "aflee@cityofpasadena.net"; bgreesonalvarez; Levin, Daniel; Estrada, Martin; "hydee.feldsteinsoto@lacity.org"; Niu, Jin; Schwab, John; "Joshua@democracydefenders.org"; "lcampos@counsel.lacounty.gov"; "maria.cousineau@lacity.org"; "mike.dundas@lacity.org"; "mbagneris@cityofpasadena.net"; "ntinkham@counsel.lacounty.gov"; "Norman@democracydefenders.org"; "randall.sommer@lacity.org"; Hansen, Becca; Kim, Bobby; "shubhra.shivpuri@lacity.org"; "Steve@democracydefenders.org"; "valerie.flores@lacity.org"; Leal, Roman; Davis Fisher, Grace; Xiao, Wendy; Alyssa Morones
**Subject:** RE: Production of Documents re: Mr. Bovino
**Date:** Tuesday, August 25, 2026 12:17:25 PM
**Attachments:** CONFIDENTIAL, 225-cv-05605-MEMF-SP_Bovino DOJ Search Terms Report.pdf
Copy of 20260803_Bovino_Search_Terms_CONFIDENTIAL, 225-cv-05605-MEMF-SP.xlsx
Copy of Bovino_DOJ_Proposed_Terms_REsults_20260813_CONFIDENTIAL, 225-cv-05605-MEMF-SP.xlsx

---

ⓘ External email ❯

Hi Mohammad:

CBP successfully ingested the Bovino ESI data into its RelOne workspace. The agency ran the search terms and the report is attached. (The attached reports are CONFIDENTIAL, SUBJECT TO PROTECTIVE ORDER C.D. CAL. 2:25-cv-05605-MEMF-SP). CBP sent this data to DOJ in load ready format.

The collection, export, download, and upload of data to the staging space for RelOne took 50 documented hours. To give you a sense, a breakdown of the data is below and the download of the Teams URLs took 36 hours alone. The agency's eDiscovery Team also omitted 6 hours when a computer lost either network connection or there was a protocol error.

- A360 email: 32.91 GB
- Purview email: 24.6 GB
- OneDrive: 44.23 MB
- Team Mailbox: 38.6 MB
- Team URLs: 1.2 TB

The searches were finished two weeks ago, however, we have not yet been able to start review of the Bovino data as it is still being ingested into DOJ's Relativity system.

In order to get us the data, CBP zipped it into 10GB sizes. It takes a long time to download this data: it took an average of 14 minutes to download each file. Extrapolate that to 1TB of data (assuming 14 minutes/10GB = 23 hours). It took even longer to upload into JEFS. I hope that helps Plaintiffs understand why it is taking so long for our eDiscovery team to download the export from Purview. Meanwhile, DOJ is still waiting to hear from our lab when the data will be ready for review. As soon as it is ready, Defendants will begin review.

The length of the ingestion times, which is out of our control, means we will not be able to

complete review and produce the material by the time of the deposition. Once we start review, you can see from the attached reports we need to go through 51,000 documents, and that will take some time. We will work to complete review expeditiously, but that is not the only review we are conducting during the relevant time-frame. With this in mind, we understand if Plaintiffs want to move the deposition to await the production.

Thanks,
Jonathan

---

**From:** Mohammad Tajsar <MTajsar@aclusocal.org>
**Sent:** Monday, August 24, 2026 11:43 PM
**To:** Safavi, Nancy (CIV) <Nancy.Safavi@usdoj.gov>; Skedzielewski, Sean (CIV) <Sean.Skedzielewski@usdoj.gov>; Henry Shreffler <henry.shreffler@mto.com>; Robbins, Jonathan A. (CIV) <Jonathan.A.Robbins@usdoj.gov>; Sara Worth <Sara.Worth@mto.com>; Annie Lai <alai@law.uci.edu>; Zubata, Jason K. (CIV) <Jason.K.Zubata@usdoj.gov>; Bashyrov, Jacob (CIV) <Jacob.Bashyrov@usdoj.gov>; Flentje, August (CIV) <August.Flentje@usdoj.gov>; Strokus, Jessica D. (CIV) <Jessica.D.Strokus@usdoj.gov>; DeSimone, Aniello (CIV) <Aniello.DeSimone@usdoj.gov>; Hauenschild, Jonathon (CRT) <Jonathon.Hauenschild@usdoj.gov>; Davis, Tiberius (CIV) <Tiberius.Davis@usdoj.gov>; Myczkowska, Tola M (CIV) <Tola.M.Myczkowska@usdoj.gov>; Groff, Stephanie L. (CIV) <Stephanie.L.Groff@usdoj.gov>
**Cc:** Lauren Wilfong <lwilfong@ndlon.org>; Perry Stone, Laura <Laura.PerryStone@mto.com>; Kuhn, Lauren <Lauren.Kuhn@mto.com>; Bushell, Maggie <Maggie.Bushell@mto.com>; Jacob Kreilkamp <Jacob.Kreilkamp@mto.com>; Fry, David <David.Fry@mto.com>; Weiss, Adam <Adam.Weiss@mto.com>; Stephanie Padilla <SPadilla@aclusocal.org>; Mayra Joachin <MJoachin@aclusocal.org>; Andres Kwon <AKwon@aclusocal.org>; Rebecca Brown <rbrown@publiccounsel.org>; 'rmahajan@publiccounsel.org' <rmahajan@publiccounsel.org>; mcraig <mcraig@heckerfink.com>; Ian Robertson <irobertson@heckerfink.com>; Annie O'Toole <aotoole@heckerfink.com>; Alison Steffel <asteffel@immdef.org>; Alvaro Huerta <ahuerta@immdef.org>; Brynna Bolt <bbolt@immdef.org>; Mark Rosenbaum <mrosenbaum@publiccounsel.org>; Amanda Mangaser Savage <asavage@publiccounsel.org>; Carl Bergquist <cbergquist@chirla.org>; Edgar Aguilasocho <eaguilasocho@farmworkerlaw.com>; Jessica Bansal Contact <jessica@ndlon.org>; Stacy Tolchin <stacy@tolchinimmigration.com>; 'aaaronian@cityofpasadena.net' <aaaronian@cityofpasadena.net>; 'aflee@cityofpasadena.net' <aflee@cityofpasadena.net>; bgreesonalvarez <bgreesonalvarez@counsel.lacounty.gov>; Levin, Daniel <daniel.levin@mto.com>; Estrada, Martin <Martin.Estrada@mto.com>; 'hydee.feldsteinsoto@lacity.org' <hydee.feldsteinsoto@lacity.org>; Niu, Jin <Jin.Niu@mto.com>; john.schwab <John.Schwab@mto.com>; 'Joshua@democracydefenders.org' <Joshua@democracydefenders.org>; 'lcampos@counsel.lacounty.gov' <lcampos@counsel.lacounty.gov>; 'maria.cousineau@lacity.org' <maria.cousineau@lacity.org>; 'mike.dundas@lacity.org' <mike.dundas@lacity.org>; 'mbagneris@cityofpasadena.net' <mbagneris@cityofpasadena.net>; 'ntinkham@counsel.lacounty.gov' <ntinkham@counsel.lacounty.gov>; 'Norman@democracydefenders.org'

<Norman@democracydefenders.org>; 'randall.sommer@lacity.org' <randall.sommer@lacity.org>; Hansen, Becca <Rebecca.Hansen@mto.com>; Kim, Bobby <Bobby.Kim@mto.com>; 'shubhra.shivpuri@lacity.org' <shubhra.shivpuri@lacity.org>; 'Steve@democracydefenders.org' <Steve@democracydefenders.org>; 'valerie.flores@lacity.org' <valerie.flores@lacity.org>; Leal, Roman <Roman.Leal@mto.com>; Davis Fisher, Grace <Grace.DavisFisher@mto.com>; Xiao, Wendy <Wendy.Xiao@mto.com>; Alyssa Morones <AMorones@aclusocal.org>
**Subject:** [EXTERNAL] Re: Production of Documents re: Mr. Bovino

Counsel,

I'm writing once again asking for an update on the Bovino records. Please let us know ASAP what the status of the Bovino records is. We're hoping that Defendants have made significant progress here. If not, we will plan on raising it with Judge Pym on Thursday's conference.

Regards,
Mohammad

---

**From:** Mohammad Tajsar <mtajsar@aclusocal.org>
**Sent:** Tuesday, August 18, 2026 3:13 PM
**To:** Safavi, Nancy (CIV) <Nancy.Safavi@usdoj.gov>; Skedzielewski, Sean (CIV) <Sean.Skedzielewski@usdoj.gov>; Henry Shreffler <henry.shreffler@mto.com>; Robbins, Jonathan A. (CIV) <Jonathan.A.Robbins@usdoj.gov>; Sara Worth <Sara.Worth@mto.com>; Annie Lai <alai@law.uci.edu>; Zubata, Jason K. (CIV) <Jason.K.Zubata@usdoj.gov>; Bashyrov, Jacob (CIV) <Jacob.Bashyrov@usdoj.gov>; Flentje, August (CIV) <August.Flentje@usdoj.gov>; Strokus, Jessica D. (CIV) <Jessica.D.Strokus@usdoj.gov>; DeSimone, Aniello (CIV) <Aniello.DeSimone@usdoj.gov>; Hauenschild, Jonathon (CRT) <Jonathon.Hauenschild@usdoj.gov>; Davis, Tiberius (CIV) <Tiberius.Davis@usdoj.gov>; Myczkowska, Tola M (CIV) <Tola.M.Myczkowska@usdoj.gov>; Groff, Stephanie L. (CIV) <Stephanie.L.Groff@usdoj.gov>
**Cc:** Lauren Wilfong <lwilfong@ndlon.org>; Perry Stone, Laura <Laura.PerryStone@mto.com>; Kuhn, Lauren <Lauren.Kuhn@mto.com>; Bushell, Maggie <Maggie.Bushell@mto.com>; Jacob Kreilkamp <Jacob.Kreilkamp@mto.com>; Fry, David <David.Fry@mto.com>; Weiss, Adam <Adam.Weiss@mto.com>; Stephanie Padilla <SPadilla@aclusocal.org>; Mayra Joachin <MJoachin@aclusocal.org>; Andres Kwon <AKwon@aclusocal.org>; Rebecca Brown <rbrown@publiccounsel.org>; 'rmahajan@publiccounsel.org' <rmahajan@publiccounsel.org>; mcraig <mcraig@heckerfink.com>; Ian Robertson <irobertson@heckerfink.com>; Annie O'Toole <aotoole@heckerfink.com>; Alison Steffel <asteffel@immdef.org>; Alvaro Huerta <ahuerta@immdef.org>; Brynna Bolt <bbolt@immdef.org>; Mark Rosenbaum <mrosenbaum@publiccounsel.org>; Amanda Mangaser Savage <asavage@publiccounsel.org>; Carl Bergquist <cbergquist@chirla.org>; Edgar Aguilasocho <eaguilasocho@farmworkerlaw.com>; Jessica Bansal Contact <jessica@ndlon.org>; Stacy Tolchin <stacy@tolchinimmigration.com>; 'aaaronian@cityofpasadena.net' <aaaronian@cityofpasadena.net>; 'aflee@cityofpasadena.net' <aflee@cityofpasadena.net>; bgreesonalvarez <bgreesonalvarez@counsel.lacounty.gov>; Levin, Daniel <daniel.levin@mto.com>; Estrada, Martin <Martin.Estrada@mto.com>; 'hydee.feldsteinsoto@lacity.org' <hydee.feldsteinsoto@lacity.org>; Niu, Jin <Jin.Niu@mto.com>; john.schwab <John.Schwab@mto.com>; 'Joshua@democracydefenders.org'

<Joshua@democracydefenders.org>; 'lcampos@counsel.lacounty.gov' <lcampos@counsel.lacounty.gov>; 'maria.cousineau@lacity.org' <maria.cousineau@lacity.org>; 'mike.dundas@lacity.org' <mike.dundas@lacity.org>; 'mbagneris@cityofpasadena.net' <mbagneris@cityofpasadena.net>; 'ntinkham@counsel.lacounty.gov' <ntinkham@counsel.lacounty.gov>; 'Norman@democracydefenders.org' <Norman@democracydefenders.org>; 'randall.sommer@lacity.org' <randall.sommer@lacity.org>; Hansen, Becca <Rebecca.Hansen@mto.com>; Kim, Bobby <Bobby.Kim@mto.com>; 'shubhra.shivpuri@lacity.org' <shubhra.shivpuri@lacity.org>; 'Steve@democracydefenders.org' <Steve@democracydefenders.org>; 'valerie.flores@lacity.org' <valerie.flores@lacity.org>; Leal, Roman <Roman.Leal@mto.com>; Davis Fisher, Grace <Grace.DavisFisher@mto.com>; Xiao, Wendy <Wendy.Xiao@mto.com>; Alyssa Morones <AMorones@aclusocal.org>
**Subject:** RE: Production of Documents re: Mr. Bovino

Counsel,

I'm writing to follow up on the Bovino document production. We understand from Jonathan's July 30 email that the ESI pull has been completed and that search terms were, as of that date, being run. It's been a few weeks, so we expect Defendants to know how many hits there are of the search terms that have been run. Can you provide an update on that process and whether we are on track for a complete production by September 8?

Thank you,

Mohammad Tajsar (he/him)
Director of Immigrants' Rights
ACLU of Southern California
PO Box 811370
Los Angeles, CA 90081
mtajsar@aclusocal.org
(213) 977-5268

---

**From:** Safavi, Nancy (CIV) <Nancy.Safavi@usdoj.gov>
**Sent:** Monday, July 27, 2026 1:49 PM
**To:** Mohammad Tajsar <mtajsar@aclusocal.org>; Skedzielewski, Sean (CIV) <Sean.Skedzielewski@usdoj.gov>; Henry Shreffler <henry.shreffler@mto.com>; Robbins, Jonathan A. (CIV) <Jonathan.A.Robbins@usdoj.gov>; Sara Worth <Sara.Worth@mto.com>; Annie Lai <alai@law.uci.edu>; Zubata, Jason K. (CIV) <Jason.K.Zubata@usdoj.gov>; Bashyrov, Jacob (CIV) <Jacob.Bashyrov@usdoj.gov>; Flentje, August (CIV) <August.Flentje@usdoj.gov>; Strokus, Jessica D. (CIV) <Jessica.D.Strokus@usdoj.gov>; DeSimone, Aniello (CIV) <Aniello.DeSimone@usdoj.gov>; Hauenschild, Jonathon (CRT) <Jonathon.Hauenschild@usdoj.gov>; Davis, Tiberius (CIV) <Tiberius.Davis@usdoj.gov>; Myczkowska, Tola M (CIV) <Tola.M.Myczkowska@usdoj.gov>; Groff,

Stephanie L. (CIV) <Stephanie.L.Groff@usdoj.gov>
**Cc:** Lauren Wilfong <lwilfong@ndlon.org>; Perry Stone, Laura <Laura.PerryStone@mto.com>; Kuhn, Lauren <Lauren.Kuhn@mto.com>; Bushell, Maggie <Maggie.Bushell@mto.com>; Jacob Kreilkamp <Jacob.Kreilkamp@mto.com>; Fry, David <David.Fry@mto.com>; Weiss, Adam <Adam.Weiss@mto.com>; Stephanie Padilla <SPadilla@aclusocal.org>; Mayra Joachin <MJoachin@aclusocal.org>; Andres Kwon <AKwon@aclusocal.org>; Rebecca Brown <rbrown@publiccounsel.org>; 'rmahajan@publiccounsel.org' <rmahajan@publiccounsel.org>; mcraig <mcraig@heckerfink.com>; Ian Robertson <irobertson@heckerfink.com>; Annie O'Toole <aotoole@heckerfink.com>; Alison Steffel <asteffel@immdef.org>; Alvaro Huerta <ahuerta@immdef.org>; Brynna Bolt <bbolt@immdef.org>; Mark Rosenbaum <mrosenbaum@publiccounsel.org>; Amanda Mangaser Savage <asavage@publiccounsel.org>; Carl Bergquist <cbergquist@chirla.org>; Edgar Aguilasocho <eaguilasocho@farmworkerlaw.com>; Jessica Bansal Contact <jessica@ndlon.org>; Stacy Tolchin <stacy@tolchinimmigration.com>; 'aaaronian@cityofpasadena.net' <aaaronian@cityofpasadena.net>; 'aflee@cityofpasadena.net' <aflee@cityofpasadena.net>; bgreesonalvarez <bgreesonalvarez@counsel.lacounty.gov>; Levin, Daniel <daniel.levin@mto.com>; Estrada, Martin <Martin.Estrada@mto.com>; 'hydee.feldsteinsoto@lacity.org' <hydee.feldsteinsoto@lacity.org>; Niu, Jin <Jin.Niu@mto.com>; john.schwab <John.Schwab@mto.com>; 'Joshua@democracydefenders.org' <Joshua@democracydefenders.org>; 'lcampos@counsel.lacounty.gov' <lcampos@counsel.lacounty.gov>; 'maria.cousineau@lacity.org' <maria.cousineau@lacity.org>; 'mike.dundas@lacity.org' <mike.dundas@lacity.org>; 'mbagneris@cityofpasadena.net' <mbagneris@cityofpasadena.net>; 'ntinkham@counsel.lacounty.gov' <ntinkham@counsel.lacounty.gov>; 'Norman@democracydefenders.org' <Norman@democracydefenders.org>; 'randall.sommer@lacity.org' <randall.sommer@lacity.org>; Hansen, Becca <Rebecca.Hansen@mto.com>; Kim, Bobby <Bobby.Kim@mto.com>; 'shubhra.shivpuri@lacity.org' <shubhra.shivpuri@lacity.org>; 'Steve@democracydefenders.org' <Steve@democracydefenders.org>; 'valerie.flores@lacity.org' <valerie.flores@lacity.org>; Leal, Roman <Roman.Leal@mto.com>; Davis Fisher, Grace <Grace.DavisFisher@mto.com>; Xiao, Wendy <Wendy.Xiao@mto.com>; Alyssa Morones <AMorones@aclusocal.org>
**Subject:** RE: Production of Documents re: Mr. Bovino

Hi, Everyone,

I hope y'all enjoyed your weekend. Annie, to follow-up on our discussion from Friday, 7/24:

- Bovino's deposition has been rescheduled and confirmed for Tuesday, 9/22;
- Ramirez's deposition is on hold; and
- Clinton's deposition is scheduled and confirmed for Tuesday, 8/11.

Please confirm the above schedule changes, and please let me know if there's anything else for now. Thanks!

Regards,
Nancy
Senior Trial Attorney
DOJ OIL

(202) 532-3860

---

**From:** Mohammad Tajsar <mtajsar@aclusocal.org>
**Sent:** Thursday, July 23, 2026 6:59 PM
**To:** Skedzielewski, Sean (CIV) <Sean.Skedzielewski@usdoj.gov>; Henry Shreffler <henry.shreffler@mto.com>; Robbins, Jonathan A. (CIV) <Jonathan.A.Robbins@usdoj.gov>; Sara Worth <Sara.Worth@mto.com>; Annie Lai <alai@law.uci.edu>; Zubata, Jason K. (CIV) <Jason.K.Zubata@usdoj.gov>; Bashyrov, Jacob (CIV) <Jacob.Bashyrov@usdoj.gov>; Flentje, August (CIV) <August.Flentje@usdoj.gov>; Safavi, Nancy (CIV) <Nancy.Safavi@usdoj.gov>; Strokus, Jessica D. (CIV) <Jessica.D.Strokus@usdoj.gov>; DeSimone, Aniello (CIV) <Aniello.DeSimone@usdoj.gov>; Hauenschild, Jonathon (CRT) <Jonathon.Hauenschild@usdoj.gov>; Davis, Tiberius (CIV) <Tiberius.Davis@usdoj.gov>; Myczkowska, Tola M (CIV) <Tola.M.Myczkowska@usdoj.gov>; Groff, Stephanie L. (CIV) <Stephanie.L.Groff@usdoj.gov>
**Cc:** Lauren Wilfong <lwilfong@ndlon.org>; Perry Stone, Laura <Laura.PerryStone@mto.com>; Kuhn, Lauren <Lauren.Kuhn@mto.com>; Bushell, Maggie <Maggie.Bushell@mto.com>; Jacob Kreilkamp <Jacob.Kreilkamp@mto.com>; Fry, David <David.Fry@mto.com>; Weiss, Adam <Adam.Weiss@mto.com>; Stephanie Padilla <SPadilla@aclusocal.org>; Mayra Joachin <MJoachin@aclusocal.org>; Andres Kwon <AKwon@aclusocal.org>; Rebecca Brown <rbrown@publiccounsel.org>; 'rmahajan@publiccounsel.org' <rmahajan@publiccounsel.org>; mcraig <mcraig@heckerfink.com>; Ian Robertson <irobertson@heckerfink.com>; Annie O'Toole <aotoole@heckerfink.com>; Alison Steffel <asteffel@immdef.org>; Alvaro Huerta <ahuerta@immdef.org>; Brynna Bolt <bbolt@immdef.org>; Mark Rosenbaum <mrosenbaum@publiccounsel.org>; Amanda Mangaser Savage <asavage@publiccounsel.org>; Carl Bergquist <cbergquist@chirla.org>; Edgar Aguilasocho <eaguilasocho@farmworkerlaw.com>; Jessica Bansal Contact <jessica@ndlon.org>; Stacy Tolchin <stacy@tolchinimmigration.com>; 'aaaronian@cityofpasadena.net' <aaaronian@cityofpasadena.net>; 'aflee@cityofpasadena.net' <aflee@cityofpasadena.net>; bgreesonalvarez <bgreesonalvarez@counsel.lacounty.gov>; Levin, Daniel <daniel.levin@mto.com>; Estrada, Martin <Martin.Estrada@mto.com>; 'hydee.feldsteinsoto@lacity.org' <hydee.feldsteinsoto@lacity.org>; Niu, Jin <Jin.Niu@mto.com>; john.schwab <John.Schwab@mto.com>; 'Joshua@democracydefenders.org' <Joshua@democracydefenders.org>; 'lcampos@counsel.lacounty.gov' <lcampos@counsel.lacounty.gov>; 'maria.cousineau@lacity.org' <maria.cousineau@lacity.org>; 'mike.dundas@lacity.org' <mike.dundas@lacity.org>; 'mbagneris@cityofpasadena.net' <mbagneris@cityofpasadena.net>; 'ntinkham@counsel.lacounty.gov' <ntinkham@counsel.lacounty.gov>; 'Norman@democracydefenders.org' <Norman@democracydefenders.org>; 'randall.sommer@lacity.org' <randall.sommer@lacity.org>; Hansen, Becca <Rebecca.Hansen@mto.com>; Kim, Bobby <Bobby.Kim@mto.com>; 'shubhra.shivpuri@lacity.org' <shubhra.shivpuri@lacity.org>; 'Steve@democracydefenders.org' <Steve@democracydefenders.org>; 'valerie.flores@lacity.org' <valerie.flores@lacity.org>; Leal, Roman <Roman.Leal@mto.com>; Davis Fisher, Grace <Grace.DavisFisher@mto.com>; Xiao, Wendy <Wendy.Xiao@mto.com>; Alyssa Morones <AMorones@aclusocal.org>
**Subject:** [EXTERNAL] RE: Production of Documents re: Mr. Bovino

Sean,

Thank you for your letter. We are concerned that you have not provided much detail to help the parties assess how best to move forward with the expeditious production of outstanding documents, and how to plan for our upcoming deposition. Hopefully you can provide some answers to a few follow-up questions to help the parties plan our next steps here:

1. Has the ESI pull been completed yet? If it has, can you let me know the size of the ESI? If it hasn't been completed, when do you anticipate it will be completed and can you let us know as soon as it is done what the size of the production is? The answer to these questions are important for planning both the next steps and the deposition.
2. Once the 2-3 week processing by CBP is complete, we do think it makes sense for Defendants to share hit-reports depending on the volume of material. When you let us know the volume, we can decide whether this next step is important for the process.
3. For the 1-3 week period for DOJ to ingest the review set into Relativity, does that timeline change depending on the size of the ESI pull?
4. Regarding rolling productions, if Defendants cannot prioritize by RFP, can they prioritize by search terms? I understood from your response that responsive documents will be batched out according to the search terms run.

Notwithstanding the above, we note that Defendants have not even collected Mr. Bovino's documents a week out from the deposition. Defendants have also not (in defiance of the Court's June 16, 2026 order) even produced his lost phone data, including text messages, which you indicated the agency has always had access to. As a result, Plaintiffs are left with no choice but to seek a postponement. We will need Defendants to commit to the completion of the production process two weeks in advance of the deposition, however, before we can commit to rescheduling Mr. Bovino's deposition. Based on the information you have provided, we think it is more than reasonable for Defendants to complete production by the end of August. Consequently, can Defendants check his availability for all the following days: Sep 3, 4, 7, 8, 14-18? If we find a suitable date in that range for him and Defendants can commit to production 2 weeks prior, we can renotice the deposition to the new confirmed date.

Thank you,
Mohammad

---

**From:** Skedzielewski, Sean (CIV) <Sean.Skedzielewski@usdoj.gov>
**Sent:** Wednesday, July 22, 2026 6:44 AM
**To:** Henry Shreffler <Henry.Shreffler@mto.com>; Robbins, Jonathan A. (CIV) <Jonathan.A.Robbins@usdoj.gov>; Sara Worth <Sara.Worth@mto.com>; Annie Lai <alai@law.uci.edu>; Zubata, Jason K. (CIV) <Jason.K.Zubata@usdoj.gov>; Bashyrov, Jacob (CIV) <Jacob.Bashyrov@usdoj.gov>; Flentje, August (CIV) <August.Flentje@usdoj.gov>; Safavi, Nancy (CIV) <Nancy.Safavi@usdoj.gov>; Strokus, Jessica D. (CIV) <Jessica.D.Strokus@usdoj.gov>; DeSimone, Aniello (CIV) <Aniello.DeSimone@usdoj.gov>; Hauenschild, Jonathon (CRT)

<Jonathon.Hauenschild@usdoj.gov>; Davis, Tiberius (CIV) <Tiberius.Davis@usdoj.gov>; Myczkowska, Tola M (CIV) <Tola.M.Myczkowska@usdoj.gov>; Groff, Stephanie L. (CIV) <Stephanie.L.Groff@usdoj.gov>
**Cc:** Lauren Wilfong <lwilfong@ndlon.org>; Perry Stone, Laura <Laura.PerryStone@mto.com>; Kuhn, Lauren <Lauren.Kuhn@mto.com>; Bushell, Maggie <Maggie.Bushell@mto.com>; Jacob Kreilkamp <Jacob.Kreilkamp@mto.com>; Fry, David <David.Fry@mto.com>; Weiss, Adam <Adam.Weiss@mto.com>; Stephanie Padilla <spadilla@aclusocal.org>; Mohammad Tajsar <mtajsar@aclusocal.org>; Mayra Joachin <MJoachin@aclusocal.org>; Andres Kwon <akwon@aclusocal.org>; Rebecca Brown <rbrown@publiccounsel.org>; 'rmahajan@publiccounsel.org' <rmahajan@publiccounsel.org>; mcraig <mcraig@heckerfink.com>; Ian Robertson <irobertson@heckerfink.com>; Annie O'Toole <aotoole@heckerfink.com>; Alison Steffel <asteffel@immdef.org>; Alvaro Huerta <ahuerta@immdef.org>; Brynna Bolt <bbolt@immdef.org>; Mark Rosenbaum <mrosenbaum@publiccounsel.org>; Amanda Mangaser Savage <asavage@publiccounsel.org>; Carl Bergquist <cbergquist@chirla.org>; Edgar Aguilasocho <eaguilasocho@farmworkerlaw.com>; Jessica Bansal Contact <jessica@ndlon.org>; Stacy Tolchin <Stacy@tolchinimmigration.com>; 'aaaronian@cityofpasadena.net' <aaaronian@cityofpasadena.net>; 'aflee@cityofpasadena.net' <aflee@cityofpasadena.net>; bgreesonalvarez <bgreesonalvarez@counsel.lacounty.gov>; Levin, Daniel <daniel.levin@mto.com>; Estrada, Martin <Martin.Estrada@mto.com>; 'hydee.feldsteinsoto@lacity.org' <hydee.feldsteinsoto@lacity.org>; Niu, Jin <Jin.Niu@mto.com>; john.schwab <John.Schwab@mto.com>; 'Joshua@democracydefenders.org' <Joshua@democracydefenders.org>; 'lcampos@counsel.lacounty.gov' <lcampos@counsel.lacounty.gov>; 'maria.cousineau@lacity.org' <maria.cousineau@lacity.org>; 'mike.dundas@lacity.org' <mike.dundas@lacity.org>; 'mbagneris@cityofpasadena.net' <mbagneris@cityofpasadena.net>; 'ntinkham@counsel.lacounty.gov' <ntinkham@counsel.lacounty.gov>; 'Norman@democracydefenders.org' <Norman@democracydefenders.org>; 'randall.sommer@lacity.org' <randall.sommer@lacity.org>; Hansen, Becca <Rebecca.Hansen@mto.com>; Kim, Bobby <Bobby.Kim@mto.com>; 'shubhra.shivpuri@lacity.org' <shubhra.shivpuri@lacity.org>; 'Steve@democracydefenders.org' <Steve@democracydefenders.org>; 'valerie.flores@lacity.org' <valerie.flores@lacity.org>; Leal, Roman <Roman.Leal@mto.com>; Davis Fisher, Grace <Grace.DavisFisher@mto.com>; Xiao, Wendy <Wendy.Xiao@mto.com>; Alyssa Morones <amorones@aclusocal.org>
**Subject:** RE: Production of Documents re: Mr. Bovino

Henry,

Answers to your questions below. Please let us know whether you'd like to proceed with Mr. Bovino's deposition next week or reschedule.

- *What is the total volume of ESI (in GB) included in the Bovino ESI pull? We are happy to confer on a technical, working level about how to find this information if necessary.*
  Unknown, the pull has begun but not finished.

- *How long will it take CBP to do each of the following stages: (1) collection using Purview, (2) upload from Purview to RelOne, (3) initial processing in RelOne? For the steps that take 2-3 weeks, can you provide an explanation for why the step would take that long?*

It will take 2-3 weeks to collect the data using Purview and A360, upload to RelOne, and do the initial processing. It could take less time if everything occurs without an issue. The timing is based on technical requirements and there is no way to speed things up.

- *Why will it take 2-3 weeks to run searches? Our understanding is that it should not take that long to run searches in RelOne.*

  The 2-3 weeks was for all of the above, as the previous question indicated.

- *We have previously agreed on search terms which CBP can use to identify potentially responsible search terms for review once documents are loaded into Relativity. Would CBP be amenable to sharing with us initial hit-reports of the volume associated with the terms for each RFP once the data is ingested into Relativity so that we can collaboratively diagnose any issues with unexpected volume?*

  We can do that, though it will take time. And the parties should be in full agreement on this point before review starts

- *Can you please explain for us why it takes 1-3 weeks for DOJ to ingest the review set into its Relativity system? Please be specific about the limitations here: Are they technical, manpower, etc.?*

Jonathan previously explained that this is a technical issue where DOJ simply has to wait for our system to upload the data, and that there really isn't any way to speed it up.

- *How many attorneys will be assigned to review the documents from CBP, how many from DOJ?*

  This depends on the volume of data. But we will note that any attorneys who are assigned to review Mr. Bovino's items will be taken from other projects (cell phone review) for this case. The agency will need to balance its commitment to review three cell phones every 2 weeks with the need to review Mr. Bovino's documents.

- *Are you open to prioritizing specific RFPs for review, and making productions on a rolling basis?*

  We can produce on a rolling basis, but I'm not sure if technically we can prioritize by RFP. Once the search terms are run, we will simply batch out the responsive documents for review.

Best,

**Sean Skedzielewski**
Counsel to the Assistant Attorney General
U.S. Department of Justice, Civil Division
Office: (202) 307-1697
Cell: (202) 860-9960
Sean.Skedzielewski@usdoj.gov

**From:** Shreffler, Henry <Henry.Shreffler@mto.com>
**Sent:** Wednesday, July 22, 2026 3:58 AM
**To:** Robbins, Jonathan A. (CIV) <Jonathan.A.Robbins@usdoj.gov>; Worth, Sara <Sara.Worth@mto.com>; Annie Lai <alai@law.uci.edu>; Zubata, Jason K. (CIV) <Jason.K.Zubata@usdoj.gov>; Bashyrov, Jacob (CIV) <Jacob.Bashyrov@usdoj.gov>; Flentje, August (CIV) <August.Flentje@usdoj.gov>; Safavi, Nancy (CIV) <Nancy.Safavi@usdoj.gov>; Strokus, Jessica D. (CIV) <Jessica.D.Strokus@usdoj.gov>; DeSimone, Aniello (CIV) <Aniello.DeSimone@usdoj.gov>; Hauenschild, Jonathon (CRT) <Jonathon.Hauenschild@usdoj.gov>; Skedzielewski, Sean (CIV) <Sean.Skedzielewski@usdoj.gov>; Davis, Tiberius (CIV) <Tiberius.Davis@usdoj.gov>; Myczkowska, Tola M (CIV) <Tola.M.Myczkowska@usdoj.gov>; Groff, Stephanie L. (CIV) <Stephanie.L.Groff@usdoj.gov>
**Cc:** 'lwilfong@ndlon.org' <lwilfong@ndlon.org>; Perry Stone, Laura <Laura.PerryStone@mto.com>; Kuhn, Lauren <Lauren.Kuhn@mto.com>; Bushell, Maggie <Maggie.Bushell@mto.com>; Kreilkamp, Jacob <Jacob.Kreilkamp@mto.com>; Fry, David <David.Fry@mto.com>; Weiss, Adam <Adam.Weiss@mto.com>; 'spadilla@aclusocal.org' <spadilla@aclusocal.org>; 'mtajsar@aclusocal.org' <mtajsar@aclusocal.org>; 'mjoachin@aclusocal.org' <MJoachin@aclusocal.org>; 'akwon@aclusocal.org' <akwon@aclusocal.org>; 'rbrown@publiccounsel.org' <rbrown@publiccounsel.org>; 'rmahajan@publiccounsel.org' <rmahajan@publiccounsel.org>; Matthew Craig <mcraig@heckerfink.com>; Ian Robertson <irobertson@heckerfink.com>; Annie O'Toole <aotoole@heckerfink.com>; 'asteffel@immdef.org' <asteffel@immdef.org>; 'ahuerta@immdef.org' <ahuerta@immdef.org>; 'bbolt@immdef.org' <bbolt@immdef.org>; 'mrosenbaum@publiccounsel.org' <mrosenbaum@publiccounsel.org>; 'asavage@publiccounsel.org' <asavage@publiccounsel.org>; Carl Bergquist <cbergquist@chirla.org>; Edgar Aguilasocho <eaguilasocho@farmworkerlaw.com>; 'jessica@ndlon.org' <jessica@ndlon.org>; 'Stacy@tolchinimmigration.com' <Stacy@tolchinimmigration.com>; 'aaaronian@cityofpasadena.net' <aaaronian@cityofpasadena.net>; 'aflee@cityofpasadena.net' <aflee@cityofpasadena.net>; 'bgreesonalvarez@counsel.lacounty.gov' <bgreesonalvarez@counsel.lacounty.gov>; Levin, Daniel <daniel.levin@mto.com>; Estrada, Martin <Martin.Estrada@mto.com>; 'hydee.feldsteinsoto@lacity.org' <hydee.feldsteinsoto@lacity.org>; Niu, Jin <Jin.Niu@mto.com>; Schwab, John <John.Schwab@mto.com>; 'Joshua@democracydefenders.org' <Joshua@democracydefenders.org>; 'lcampos@counsel.lacounty.gov' <lcampos@counsel.lacounty.gov>; 'maria.cousineau@lacity.org' <maria.cousineau@lacity.org>; 'mike.dundas@lacity.org' <mike.dundas@lacity.org>; 'mbagneris@cityofpasadena.net' <mbagneris@cityofpasadena.net>; 'ntinkham@counsel.lacounty.gov' <ntinkham@counsel.lacounty.gov>; 'Norman@democracydefenders.org' <Norman@democracydefenders.org>; 'randall.sommer@lacity.org' <randall.sommer@lacity.org>; Hansen, Becca <Rebecca.Hansen@mto.com>; Kim, Bobby <Bobby.Kim@mto.com>; 'shubhra.shivpuri@lacity.org' <shubhra.shivpuri@lacity.org>; 'Steve@democracydefenders.org' <Steve@democracydefenders.org>; 'valerie.flores@lacity.org' <valerie.flores@lacity.org>; Leal, Roman <Roman.Leal@mto.com>; Davis Fisher, Grace <Grace.DavisFisher@mto.com>; Xiao, Wendy <Wendy.Xiao@mto.com>; amorones@aclusocal.org
**Subject:** [EXTERNAL] RE: Production of Documents re: Mr. Bovino

Jonathan,

We wanted to follow up here.  We are not in a position to evaluate your request to continue Mr. Bovino's depositions until we get some clarity from the agency on our questions below.

Can you give me an update on where we stand, both as to the questions and as to the status of collection and review of Mr. Bovino's ESI now that almost a week has passed?

**Henry D. Shreffler (he/him/his) | Munger, Tolles & Olson LLP**
Tel: 213.683.9129

---

**From:** Shreffler, Henry
**Sent:** Wednesday, July 15, 2026 1:37 PM
**To:** 'Robbins, Jonathan A. (CIV)' <Jonathan.A.Robbins@usdoj.gov>; Worth, Sara <Sara.Worth@mto.com>; Annie Lai <alai@law.uci.edu>; Zubata, Jason K. (CIV) <Jason.K.Zubata@usdoj.gov>; Bashyrov, Jacob (CIV) <Jacob.Bashyrov@usdoj.gov>; Flentje, August (CIV) <August.Flentje@usdoj.gov>; Safavi, Nancy (CIV) <Nancy.Safavi@usdoj.gov>; Strokus, Jessica D. (CIV) <Jessica.D.Strokus@usdoj.gov>; DeSimone, Aniello (CIV) <Aniello.DeSimone@usdoj.gov>; Hauenschild, Jonathon (CRT) <Jonathon.Hauenschild@usdoj.gov>; Skedzielewski, Sean (CIV) <Sean.Skedzielewski@usdoj.gov>; Davis, Tiberius (CIV) <Tiberius.Davis@usdoj.gov>; Myczkowska, Tola M (CIV) <Tola.M.Myczkowska@usdoj.gov>; Groff, Stephanie L. (CIV) <Stephanie.L.Groff@usdoj.gov>
**Cc:** 'lwilfong@ndlon.org' <lwilfong@ndlon.org>; Perry Stone, Laura <Laura.PerryStone@mto.com>; Kuhn, Lauren <Lauren.Kuhn@mto.com>; Bushell, Maggie <Maggie.Bushell@mto.com>; Kreilkamp, Jacob <Jacob.Kreilkamp@mto.com>; Fry, David <David.Fry@mto.com>; Weiss, Adam <Adam.Weiss@mto.com>; 'spadilla@aclusocal.org' <spadilla@aclusocal.org>; 'mtajsar@aclusocal.org' <mtajsar@aclusocal.org>; 'mjoachin@aclusocal.org' <MJoachin@aclusocal.org>; 'akwon@aclusocal.org' <akwon@aclusocal.org>; 'rbrown@publiccounsel.org' <rbrown@publiccounsel.org>; 'rmahajan@publiccounsel.org' <rmahajan@publiccounsel.org>; Matthew Craig <mcraig@heckerfink.com>; Ian Robertson <irobertson@heckerfink.com>; Annie O'Toole <aotoole@heckerfink.com>; 'asteffel@immdef.org' <asteffel@immdef.org>; 'ahuerta@immdef.org' <ahuerta@immdef.org>; 'bbolt@immdef.org' <bbolt@immdef.org>; 'mrosenbaum@publiccounsel.org' <mrosenbaum@publiccounsel.org>; 'asavage@publiccounsel.org' <asavage@publiccounsel.org>; Carl Bergquist <cbergquist@chirla.org>; Edgar Aguilasocho <eaguilasocho@farmworkerlaw.com>; 'jessica@ndlon.org' <jessica@ndlon.org>; 'Stacy@tolchinimmigration.com' <Stacy@tolchinimmigration.com>; 'aaaronian@cityofpasadena.net' <aaaronian@cityofpasadena.net>; 'aflee@cityofpasadena.net' <aflee@cityofpasadena.net>; 'bgreesonalvarez@counsel.lacounty.gov' <bgreesonalvarez@counsel.lacounty.gov>; Levin, Daniel <daniel.levin@mto.com>; Estrada, Martin <Martin.Estrada@mto.com>; 'hydee.feldsteinsoto@lacity.org' <hydee.feldsteinsoto@lacity.org>; Niu, Jin <Jin.Niu@mto.com>; Schwab, John <John.Schwab@mto.com>; 'Joshua@democracydefenders.org' <Joshua@democracydefenders.org>; 'lcampos@counsel.lacounty.gov' <lcampos@counsel.lacounty.gov>; 'maria.cousineau@lacity.org' <maria.cousineau@lacity.org>; 'mike.dundas@lacity.org' <mike.dundas@lacity.org>; 'mbagneris@cityofpasadena.net' <mbagneris@cityofpasadena.net>; 'ntinkham@counsel.lacounty.gov' <ntinkham@counsel.lacounty.gov>; 'Norman@democracydefenders.org' <Norman@democracydefenders.org>; 'randall.sommer@lacity.org' <randall.sommer@lacity.org>; Hansen, Becca <Rebecca.Hansen@mto.com>; Kim, Bobby <Bobby.Kim@mto.com>; 'shubhra.shivpuri@lacity.org' <shubhra.shivpuri@lacity.org>; 'Steve@democracydefenders.org' <Steve@democracydefenders.org>; 'valerie.flores@lacity.org' <valerie.flores@lacity.org>; Leal, Roman <Roman.Leal@mto.com>; Davis Fisher, Grace <Grace.DavisFisher@mto.com>; Xiao, Wendy <Wendy.Xiao@mto.com>; 'amorones@aclusocal.org' <amorones@aclusocal.org>

**Subject:** RE: Production of Documents re: Mr. Bovino

Jonathan,

Thanks for your note. We have a few reactions and questions.

First, because as you recognize, "the Court's order for the Bovino RFPs does not allow for objective keywords in the initial pull," we are fine with CBP using Purview to pull Mr. Bovino's custodial ESI and upload it to CBP's eDiscovery systems. Please confirm that CBP proposes to pull all of Mr. Bovino's ESI from May 19, 2025 to March 24, 2026, per our prior discussions.

We are somewhat concerned by your representations about the timing associated with getting Mr. Bovino's ESI through the review process, and I have a few specific questions aimed at working with you to speed things along as best we can.

- What is the total volume of ESI (in GB) included in the Bovino ESI pull? We are happy to confer on a technical, working level about how to find this information if necessary.

- How long will it take CBP to do each of the following stages: (1) collection using Purview, (2) upload from Purview to RelOne, (3) initial processing in RelOne? We are concerned that CBP is representing to you that it will take 2-3 weeks to do these steps, and think it could in all likelihood be done faster. Please also explain why each of these stages will take as long as CBP represents it will take.
- Why will it take 2-3 weeks to run searches? Our understanding is that it should not take that long to run searches in RelOne.
- We have previously agreed on search terms which CBP can use to identify potentially responsible search terms for review once documents are loaded into Relativity. Would CBP be amenable to sharing with us initial hit-reports of the volume associated with the terms for each RFP once the data is ingested into Relativity so that we can collaboratively diagnose any issues with unexpected volume?
- Can you please explain for us why it takes 1-3 weeks for DOJ to ingest the review set into its Relativity system? Please be specific about the limitations here: Are they technical, manpower, etc.?
- How many attorneys will be assigned to review the documents from CBP, how many from DOJ?
- Are you open to prioritizing specific RFPs for review, and making productions on a rolling basis?

These questions are aimed at understanding the technical side of the issue so that we can

evaluate your proposal to move the deposition date. Please let us know if it would be helpful to have a call. Per the ESI protocol, CBP has agreed to designate an eDiscovery liaison, and we would be happy to have a collaborative working call where both our liaisons are present so that we can move this forward.

Henry

**Henry D. Shreffler (he/him/his) | Munger, Tolles & Olson LLP**
Tel: 213.683.9129

---

**From:** Robbins, Jonathan A. (CIV) <Jonathan.A.Robbins@usdoj.gov>
**Sent:** Tuesday, July 14, 2026 5:07 PM
**To:** Worth, Sara <Sara.Worth@mto.com>; Annie Lai <alai@law.uci.edu>; Zubata, Jason K. (CIV) <Jason.K.Zubata@usdoj.gov>; Bashyrov, Jacob (CIV) <Jacob.Bashyrov@usdoj.gov>; Flentje, August (CIV) <August.Flentje@usdoj.gov>; Safavi, Nancy (CIV) <Nancy.Safavi@usdoj.gov>; Strokus, Jessica D. (CIV) <Jessica.D.Strokus@usdoj.gov>; DeSimone, Aniello (CIV) <Aniello.DeSimone@usdoj.gov>; Hauenschild, Jonathon (CRT) <Jonathon.Hauenschild@usdoj.gov>; Skedzielewski, Sean (CIV) <Sean.Skedzielewski@usdoj.gov>; Davis, Tiberius (CIV) <Tiberius.Davis@usdoj.gov>; Myczkowska, Tola M (CIV) <Tola.M.Myczkowska@usdoj.gov>; Groff, Stephanie L. (CIV) <Stephanie.L.Groff@usdoj.gov>
**Cc:** 'lwilfong@ndlon.org' <lwilfong@ndlon.org>; Perry Stone, Laura <Laura.PerryStone@mto.com>; Kuhn, Lauren <Lauren.Kuhn@mto.com>; Shreffler, Henry <Henry.Shreffler@mto.com>; Bushell, Maggie <Maggie.Bushell@mto.com>; Kreilkamp, Jacob <Jacob.Kreilkamp@mto.com>; Fry, David <David.Fry@mto.com>; Weiss, Adam <Adam.Weiss@mto.com>; 'spadilla@aclusocal.org' <spadilla@aclusocal.org>; 'mtajsar@aclusocal.org' <mtajsar@aclusocal.org>; 'ebitran@aclusocal.org' <ebitran@aclusocal.org>; 'mjoachin@aclusocal.org' <MJoachin@aclusocal.org>; 'akwon@aclusocal.org' <akwon@aclusocal.org>; 'rbrown@publiccounsel.org' <rbrown@publiccounsel.org>; 'rmahajan@publiccounsel.org' <rmahajan@publiccounsel.org>; Matthew Craig <mcraig@heckerfink.com>; Ian Robertson <irobertson@heckerfink.com>; Annie O'Toole <aotoole@heckerfink.com>; 'asteffel@immdef.org' <asteffel@immdef.org>; 'ahuerta@immdef.org' <ahuerta@immdef.org>; 'bbolt@immdef.org' <bbolt@immdef.org>; 'mrosenbaum@publiccounsel.org' <mrosenbaum@publiccounsel.org>; 'asavage@publiccounsel.org' <asavage@publiccounsel.org>; Carl Bergquist <cbergquist@chirla.org>; Edgar Aguilasocho <eaguilasocho@farmworkerlaw.com>; 'jessica@ndlon.org' <jessica@ndlon.org>; 'Stacy@tolchinimmigration.com' <Stacy@tolchinimmigration.com>; 'aaaronian@cityofpasadena.net' <aaaronian@cityofpasadena.net>; 'aflee@cityofpasadena.net' <aflee@cityofpasadena.net>; 'bgreesonalvarez@counsel.lacounty.gov' <bgreesonalvarez@counsel.lacounty.gov>; Levin, Daniel <daniel.levin@mto.com>; Estrada, Martin <Martin.Estrada@mto.com>; 'hydee.feldsteinsoto@lacity.org' <hydee.feldsteinsoto@lacity.org>; Niu, Jin <Jin.Niu@mto.com>; Schwab, John <John.Schwab@mto.com>; 'Joshua@democracydefenders.org' <Joshua@democracydefenders.org>; 'lcampos@counsel.lacounty.gov' <lcampos@counsel.lacounty.gov>; 'maria.cousineau@lacity.org' <maria.cousineau@lacity.org>; 'mike.dundas@lacity.org' <mike.dundas@lacity.org>; 'mbagneris@cityofpasadena.net' <mbagneris@cityofpasadena.net>; 'ntinkham@counsel.lacounty.gov' <ntinkham@counsel.lacounty.gov>; 'Norman@democracydefenders.org' <Norman@democracydefenders.org>; 'randall.sommer@lacity.org' <randall.sommer@lacity.org>; Hansen, Becca <Rebecca.Hansen@mto.com>; Kim, Bobby <Bobby.Kim@mto.com>;

'shubhra.shivpuri@lacity.org' <shubhra.shivpuri@lacity.org>; 'Steve@democracydefenders.org' <Steve@democracydefenders.org>; 'valerie.flores@lacity.org' <valerie.flores@lacity.org>; Leal, Roman <Roman.Leal@mto.com>; Davis Fisher, Grace <Grace.DavisFisher@mto.com>; Xiao, Wendy <Wendy.Xiao@mto.com>
**Subject:** RE: Production of Documents re: Mr. Bovino

Hi Sara:

I have a response to your inquiry below (taking into consideration yesterday's Order at ECF 603 on the Bovino RFPs). Because the Court has ordered us to meet and confer about using Microsoft Purview Premium, we need to reach agreement on that to pull any documents related to the Bovino RFPs. I'm sure you've seen that Henry and Jacob are currently working out Plaintiffs' inquiries on the suitability of MPP, so hopefully we can agree about its viability. The version we have allows for the collection of partially indexed files, so I am hopeful that we can get past that issue quickly. If we cannot use Microsoft Purview Premium, I'm not sure how we will pull the documents, but per the Court order, we must meet and confer. But given the Court's order for the Bovino RFPs does not allow for objective keywords in the initial pull, perhaps the problems with former versions of Purview would not be a problem for this custodian anyway. The sooner you can let us know if MPP is ok to use for this custodian, the sooner the agency can get started.

Assuming MPP is sufficient to pull the documents, it will take CBP 2-3 weeks to pull ***all*** of Chief Bovino's ESI for the agreed upon timeframe and stage it in RelOne (that is CBP's Relativity platform). Once that data is pulled and staged in RelOne, it will then take CBP at least 2-3 weeks to run all of the various searches. At that time, we will know more about the amount of documents returning as potentially responsive. This is no ordinary custodian – this is the former Sector Chief, and there could potentially be a lot of documents especially because, per the Court's order, we cannot use our proposed keywords for the initial pull. Let's see what comes in, and maybe it won't be necessary, but we can meet and confer depending on what our results are.

Once we have agreement on the potentially responsive documents, CBP will then send the potentially responsive documents/data to DOJ. Without knowing exactly how many documents are at issue, it is hard to give an exact time-frame, but on average it has taken DOJ 1-2 weeks (up to 3 weeks) to ingest this type of data into our Relativity platform. Then CBP's review of the documents will start followed by DOJ. How long that will take will depend on how many documents we have to review. It seems possible that we will also need to work with third parties to review their documents, as at least a portion of the documents are likely to implicate parties other than CBP. Without knowing how many

documents with which we could be dealing, on average that takes 1-2 weeks (up to 3 weeks).

Given this timeline, we will not be able to complete the Bovino discovery by July 30th. If you want to push the deposition until the Bovino discovery is complete we will of course agree to do so. I have already asked the agency to get me a list of available dates that could work. On the other hand, if you wish to move forward with the deposition as scheduled, we produced everything that was responsive and not privileged on his forensically imaged government phone. Now that the agency has the Court's order, it will also be working to produce any text messages responsive to the RFPs that were able to be pulled from his lost government phone.

Please let me know how you would like to proceed.

Best,
Jonathan

---

**From:** Worth, Sara <Sara.Worth@mto.com>
**Sent:** Tuesday, July 14, 2026 12:50 AM
**To:** Robbins, Jonathan A. (CIV) <Jonathan.A.Robbins@usdoj.gov>; Annie Lai <alai@law.uci.edu>; Zubata, Jason K. (CIV) <Jason.K.Zubata@usdoj.gov>; Bashyrov, Jacob (CIV) <Jacob.Bashyrov@usdoj.gov>; Flentje, August (CIV) <August.Flentje@usdoj.gov>; Safavi, Nancy (CIV) <Nancy.Safavi@usdoj.gov>; Strokus, Jessica D. (CIV) <Jessica.D.Strokus@usdoj.gov>; DeSimone, Aniello (CIV) <Aniello.DeSimone@usdoj.gov>; Hauenschild, Jonathon (CRT) <Jonathon.Hauenschild@usdoj.gov>; Skedzielewski, Sean (CIV) <Sean.Skedzielewski@usdoj.gov>; Davis, Tiberius (CIV) <Tiberius.Davis@usdoj.gov>; Myczkowska, Tola M (CIV) <Tola.M.Myczkowska@usdoj.gov>; Groff, Stephanie L. (CIV) <Stephanie.L.Groff@usdoj.gov>
**Cc:** 'lwilfong@ndlon.org' <lwilfong@ndlon.org>; Perry Stone, Laura <Laura.PerryStone@mto.com>; Kuhn, Lauren <Lauren.Kuhn@mto.com>; Shreffler, Henry <Henry.Shreffler@mto.com>; Bushell, Maggie <Maggie.Bushell@mto.com>; Kreilkamp, Jacob <Jacob.Kreilkamp@mto.com>; Fry, David <David.Fry@mto.com>; Weiss, Adam <Adam.Weiss@mto.com>; 'spadilla@aclusocal.org' <spadilla@aclusocal.org>; 'mtajsar@aclusocal.org' <mtajsar@aclusocal.org>; 'ebitran@aclusocal.org' <ebitran@aclusocal.org>; 'mjoachin@aclusocal.org' <MJoachin@aclusocal.org>; 'akwon@aclusocal.org' <akwon@aclusocal.org>; 'rbrown@publiccounsel.org' <rbrown@publiccounsel.org>; 'rmahajan@publiccounsel.org' <rmahajan@publiccounsel.org>; Matthew Craig <mcraig@heckerfink.com>; Ian Robertson <irobertson@heckerfink.com>; Annie O'Toole <aotoole@heckerfink.com>; 'asteffel@immdef.org' <asteffel@immdef.org>; 'ahuerta@immdef.org' <ahuerta@immdef.org>; 'bbolt@immdef.org' <bbolt@immdef.org>; 'mrosenbaum@publiccounsel.org' <mrosenbaum@publiccounsel.org>; 'asavage@publiccounsel.org' <asavage@publiccounsel.org>; Carl Bergquist <cbergquist@chirla.org>; Edgar Aguilasocho <eaguilasocho@farmworkerlaw.com>; 'jessica@ndlon.org' <jessica@ndlon.org>; 'Stacy@tolchinimmigration.com'

<Stacy@tolchinimmigration.com>; 'aaaronian@cityofpasadena.net' <aaaronian@cityofpasadena.net>; 'aflee@cityofpasadena.net' <aflee@cityofpasadena.net>; 'bgreesonalvarez@counsel.lacounty.gov' <bgreesonalvarez@counsel.lacounty.gov>; Levin, Daniel <daniel.levin@mto.com>; Estrada, Martin <Martin.Estrada@mto.com>; 'hydee.feldsteinsoto@lacity.org' <hydee.feldsteinsoto@lacity.org>; Niu, Jin <Jin.Niu@mto.com>; Schwab, John <John.Schwab@mto.com>; 'Joshua@democracydefenders.org' <Joshua@democracydefenders.org>; 'lcampos@counsel.lacounty.gov' <lcampos@counsel.lacounty.gov>; 'maria.cousineau@lacity.org' <maria.cousineau@lacity.org>; 'mike.dundas@lacity.org' <mike.dundas@lacity.org>; 'mbagneris@cityofpasadena.net' <mbagneris@cityofpasadena.net>; 'ntinkham@counsel.lacounty.gov' <ntinkham@counsel.lacounty.gov>; 'Norman@democracydefenders.org' <Norman@democracydefenders.org>; 'randall.sommer@lacity.org' <randall.sommer@lacity.org>; Hansen, Becca <Rebecca.Hansen@mto.com>; Kim, Bobby <Bobby.Kim@mto.com>; 'shubhra.shivpuri@lacity.org' <shubhra.shivpuri@lacity.org>; 'Steve@democracydefenders.org' <Steve@democracydefenders.org>; 'valerie.flores@lacity.org' <valerie.flores@lacity.org>; Leal, Roman <Roman.Leal@mto.com>; Davis Fisher, Grace <Grace.DavisFisher@mto.com>; Xiao, Wendy <Wendy.Xiao@mto.com>
**Subject:** [EXTERNAL] RE: Production of Documents re: Mr. Bovino

Hi Jonathan,

I am following up regarding the below questions.

Thank you,
Sara

**Sara Worth | Munger, Tolles & Olson LLP**
Tel: 213.683.9599 | Sara.Worth@mto.com | www.mto.com

---

**From:** Worth, Sara
**Sent:** Thursday, July 2, 2026 1:34 PM
**To:** 'Robbins, Jonathan A. (CIV)' <Jonathan.A.Robbins@usdoj.gov>; Annie Lai <alai@law.uci.edu>; Zubata, Jason K. (CIV) <Jason.K.Zubata@usdoj.gov>; Bashyrov, Jacob (CIV) <Jacob.Bashyrov@usdoj.gov>; Flentje, August (CIV) <August.Flentje@usdoj.gov>; Safavi, Nancy (CIV) <Nancy.Safavi@usdoj.gov>; Strokus, Jessica D. (CIV) <Jessica.D.Strokus@usdoj.gov>; DeSimone, Aniello (CIV) <Aniello.DeSimone@usdoj.gov>; Hauenschild, Jonathon (CRT) <Jonathon.Hauenschild@usdoj.gov>; Skedzielewski, Sean (CIV) <Sean.Skedzielewski@usdoj.gov>; Davis, Tiberius (CIV) <Tiberius.Davis@usdoj.gov>; Myczkowska, Tola M (CIV) <Tola.M.Myczkowska@usdoj.gov>; Groff, Stephanie L. (CIV) <Stephanie.L.Groff@usdoj.gov>
**Cc:** 'lwilfong@ndlon.org' <lwilfong@ndlon.org>; Perry Stone, Laura <Laura.PerryStone@mto.com>; Kuhn, Lauren <Lauren.Kuhn@mto.com>; Shreffler, Henry <Henry.Shreffler@mto.com>; Bushell, Maggie <Maggie.Bushell@mto.com>; Kreilkamp, Jacob <Jacob.Kreilkamp@mto.com>; Fry, David <David.Fry@mto.com>; Weiss, Adam <Adam.Weiss@mto.com>; 'spadilla@aclusocal.org' <spadilla@aclusocal.org>; 'mtajsar@aclusocal.org' <mtajsar@aclusocal.org>; 'ebitran@aclusocal.org' <ebitran@aclusocal.org>; 'mjoachin@aclusocal.org' <MJoachin@aclusocal.org>; 'akwon@aclusocal.org' <akwon@aclusocal.org>; 'rbrown@publiccounsel.org' <rbrown@publiccounsel.org>;

'rmahajan@publiccounsel.org' <rmahajan@publiccounsel.org>; Matthew Craig <mcraig@heckerfink.com>; Ian Robertson <irobertson@heckerfink.com>; Annie O'Toole <aotoole@heckerfink.com>; 'asteffel@immdef.org' <asteffel@immdef.org>; 'ahuerta@immdef.org' <ahuerta@immdef.org>; 'bbolt@immdef.org' <bbolt@immdef.org>; 'mrosenbaum@publiccounsel.org' <mrosenbaum@publiccounsel.org>; 'asavage@publiccounsel.org' <asavage@publiccounsel.org>; Carl Bergquist <cbergquist@chirla.org>; Edgar Aguilasocho <eaguilasocho@farmworkerlaw.com>; 'jessica@ndlon.org' <jessica@ndlon.org>; 'Stacy@tolchinimmigration.com' <Stacy@tolchinimmigration.com>; 'aaaronian@cityofpasadena.net' <aaaronian@cityofpasadena.net>; 'aflee@cityofpasadena.net' <aflee@cityofpasadena.net>; 'bgreesonalvarez@counsel.lacounty.gov' <bgreesonalvarez@counsel.lacounty.gov>; Levin, Daniel <daniel.levin@mto.com>; Estrada, Martin <Martin.Estrada@mto.com>; 'hydee.feldsteinsoto@lacity.org' <hydee.feldsteinsoto@lacity.org>; Niu, Jin <Jin.Niu@mto.com>; Schwab, John <John.Schwab@mto.com>; 'Joshua@democracydefenders.org' <Joshua@democracydefenders.org>; 'lcampos@counsel.lacounty.gov' <lcampos@counsel.lacounty.gov>; 'maria.cousineau@lacity.org' <maria.cousineau@lacity.org>; 'mike.dundas@lacity.org' <mike.dundas@lacity.org>; 'mbagneris@cityofpasadena.net' <mbagneris@cityofpasadena.net>; 'ntinkham@counsel.lacounty.gov' <ntinkham@counsel.lacounty.gov>; 'Norman@democracydefenders.org' <Norman@democracydefenders.org>; 'randall.sommer@lacity.org' <randall.sommer@lacity.org>; Hansen, Becca <Rebecca.Hansen@mto.com>; Kim, Bobby <Bobby.Kim@mto.com>; 'shubhra.shivpuri@lacity.org' <shubhra.shivpuri@lacity.org>; 'Steve@democracydefenders.org' <Steve@democracydefenders.org>; 'valerie.flores@lacity.org' <valerie.flores@lacity.org>; Leal, Roman <Roman.Leal@mto.com>; Davis Fisher, Grace <Grace.DavisFisher@mto.com>; Xiao, Wendy <Wendy.Xiao@mto.com>
**Subject:** RE: Production of Documents re: Mr. Bovino

Hi Jonathan,

I have a couple of clarifying questions. First, what is the status of the "SMS/MMS texts messages from May 1, 2023,onward"? Second, please explain why it would be unreasonable for you to collect documents for a custodian pursuant to RFPs attached to his deposition notice, as contemplated by the Federal Rules?

Regards,
Sara

**Sara Worth** | **Munger, Tolles & Olson LLP**
Tel: 213.683.9599 | Sara.Worth@mto.com | www.mto.com

---

**From:** Robbins, Jonathan A. (CIV) <Jonathan.A.Robbins@usdoj.gov>
**Sent:** Thursday, July 2, 2026 12:42 PM
**To:** Worth, Sara <Sara.Worth@mto.com>; Annie Lai <alai@law.uci.edu>; Zubata, Jason K. (CIV) <Jason.K.Zubata@usdoj.gov>; Bashyrov, Jacob (CIV) <Jacob.Bashyrov@usdoj.gov>; Flentje, August (CIV) <August.Flentje@usdoj.gov>; Safavi, Nancy (CIV) <Nancy.Safavi@usdoj.gov>; Strokus, Jessica D. (CIV) <Jessica.D.Strokus@usdoj.gov>; DeSimone, Aniello (CIV) <Aniello.DeSimone@usdoj.gov>; Hauenschild,

Jonathon (CRT) <Jonathon.Hauenschild@usdoj.gov>; Skedzielewski, Sean (CIV) <Sean.Skedzielewski@usdoj.gov>; Davis, Tiberius (CIV) <Tiberius.Davis@usdoj.gov>; Myczkowska, Tola M (CIV) <Tola.M.Myczkowska@usdoj.gov>; Groff, Stephanie L. (CIV) <Stephanie.L.Groff@usdoj.gov>
**Cc:** 'lwilfong@ndlon.org' <lwilfong@ndlon.org>; Perry Stone, Laura <Laura.PerryStone@mto.com>; Kuhn, Lauren <Lauren.Kuhn@mto.com>; Shreffler, Henry <Henry.Shreffler@mto.com>; Bushell, Maggie <Maggie.Bushell@mto.com>; Kreilkamp, Jacob <Jacob.Kreilkamp@mto.com>; Fry, David <David.Fry@mto.com>; Weiss, Adam <Adam.Weiss@mto.com>; 'spadilla@aclusocal.org' <spadilla@aclusocal.org>; 'mtajsar@aclusocal.org' <mtajsar@aclusocal.org>; 'ebitran@aclusocal.org' <ebitran@aclusocal.org>; 'mjoachin@aclusocal.org' <MJoachin@aclusocal.org>; 'akwon@aclusocal.org' <akwon@aclusocal.org>; 'rbrown@publiccounsel.org' <rbrown@publiccounsel.org>; 'rmahajan@publiccounsel.org' <rmahajan@publiccounsel.org>; Matthew Craig <mcraig@heckerfink.com>; Ian Robertson <irobertson@heckerfink.com>; Annie O'Toole <aotoole@heckerfink.com>; 'asteffel@immdef.org' <asteffel@immdef.org>; 'ahuerta@immdef.org' <ahuerta@immdef.org>; 'bbolt@immdef.org' <bbolt@immdef.org>; 'mrosenbaum@publiccounsel.org' <mrosenbaum@publiccounsel.org>; 'asavage@publiccounsel.org' <asavage@publiccounsel.org>; Carl Bergquist <cbergquist@chirla.org>; Edgar Aguilasocho <eaguilasocho@farmworkerlaw.com>; 'jessica@ndlon.org' <jessica@ndlon.org>; 'Stacy@tolchinimmigration.com' <Stacy@tolchinimmigration.com>; 'aaaronian@cityofpasadena.net' <aaaronian@cityofpasadena.net>; 'aflee@cityofpasadena.net' <aflee@cityofpasadena.net>; 'bgreesonalvarez@counsel.lacounty.gov' <bgreesonalvarez@counsel.lacounty.gov>; Levin, Daniel <daniel.levin@mto.com>; Estrada, Martin <Martin.Estrada@mto.com>; 'hydee.feldsteinsoto@lacity.org' <hydee.feldsteinsoto@lacity.org>; Niu, Jin <Jin.Niu@mto.com>; Schwab, John <John.Schwab@mto.com>; 'Joshua@democracydefenders.org' <Joshua@democracydefenders.org>; 'lcampos@counsel.lacounty.gov' <lcampos@counsel.lacounty.gov>; 'maria.cousineau@lacity.org' <maria.cousineau@lacity.org>; 'mike.dundas@lacity.org' <mike.dundas@lacity.org>; 'mbagneris@cityofpasadena.net' <mbagneris@cityofpasadena.net>; 'ntinkham@counsel.lacounty.gov' <ntinkham@counsel.lacounty.gov>; 'Norman@democracydefenders.org' <Norman@democracydefenders.org>; 'randall.sommer@lacity.org' <randall.sommer@lacity.org>; Hansen, Becca <Rebecca.Hansen@mto.com>; Kim, Bobby <Bobby.Kim@mto.com>; 'shubhra.shivpuri@lacity.org' <shubhra.shivpuri@lacity.org>; 'Steve@democracydefenders.org' <Steve@democracydefenders.org>; 'valerie.flores@lacity.org' <valerie.flores@lacity.org>; Leal, Roman <Roman.Leal@mto.com>; Davis Fisher, Grace <Grace.DavisFisher@mto.com>; Xiao, Wendy <Wendy.Xiao@mto.com>
**Subject:** Re: Production of Documents re: Mr. Bovino

Hi Sara:

I have a response from CBP regarding yesterday's inquiry regarding the Bovino deposition and related discovery. CBP sent the subpoena to Chief Bovino and asked for him to confirm about the documents. The agency advises it has not received a response yet. Regardless, the agency will be meeting with him next week and can certainly confirm with him then.

For the ESI, as Plaintiffs acknowledge, we agreed to do the full Bovino pull when we do the rest of the custodians for merits discovery. We are now awaiting the court's order on the Bovino RFPs

and will not conduct a separate pull for Bovino before a decision is made, and requiring us to do so would be unreasonable. Given this issue with the timing, the agency is open to postponing the deposition until the pull of his materials is done. If Plaintiffs wish to have a call with the court instead of postponing to explain the situation, we are amenable to that as well.

All that being said, the agency advises it requested the below on February 17, 2026 for Bovino for limited expedited discovery:

- OneDrive, Teams (including Teams chats and Teams Channels), Email.
- For the following dates: 06/10/2025 to 06/14/2025; 06/16/2025 to 06/21/2025; 08/01/2025 to 08/14/2025; 08/20/2025 to 08/24/2025; 09/20/2025 to 09/27/2025
- Using the following keywords: Yank, tow, Montebello, carwash, car wash, Whittier, Touch and Glow, Hollywood, Paramount, home depot, Handy, Culver, Magnolia, Fountain Valley, Westlake, San Bernardino, Pasadena, Naples, Long Beach, Contractor, Warehouse, Pomona, Trojan Horse, Carmenita, Sunset, Alondra, Wilshire, Washington, Del Mar, Walnut.

Much of this discovery has been produced already, but, consistent with its obligations, the agency advises it is also reviewing to make sure it can produce any responsive information that may still be outstanding.

Thanks,
Jonathan

---

**From:** Robbins, Jonathan A. (CIV)
**Sent:** Wednesday, July 1, 2026 6:45:17 PM
**To:** Worth, Sara <Sara.Worth@mto.com>; Annie Lai <alai@law.uci.edu>; Zubata, Jason K. (CIV) <Jason.K.Zubata@usdoj.gov>; Bashyrov, Jacob (CIV) <Jacob.Bashyrov@usdoj.gov>; Flentje, August (CIV) <August.Flentje@usdoj.gov>; Safavi, Nancy (CIV) <Nancy.Safavi@usdoj.gov>; Strokus, Jessica D. (CIV) <Jessica.D.Strokus@usdoj.gov>; DeSimone, Aniello (CIV) <Aniello.DeSimone@usdoj.gov>; Hauenschild, Jonathon (CRT) <Jonathon.Hauenschild@usdoj.gov>; Skedzielewski, Sean (CIV) <Sean.Skedzielewski@usdoj.gov>; Davis, Tiberius (CIV) <Tiberius.Davis@usdoj.gov>; Myczkowska, Tola M (CIV) <Tola.M.Myczkowska@usdoj.gov>; Groff, Stephanie L. (CIV) <Stephanie.L.Groff@usdoj.gov>
**Cc:** 'lwilfong@ndlon.org' <lwilfong@ndlon.org>; Perry Stone, Laura <Laura.PerryStone@mto.com>; Kuhn, Lauren <Lauren.Kuhn@mto.com>; Shreffler, Henry <Henry.Shreffler@mto.com>; Bushell, Maggie <Maggie.Bushell@mto.com>; Kreilkamp, Jacob <Jacob.Kreilkamp@mto.com>; Fry, David <David.Fry@mto.com>; Weiss, Adam <Adam.Weiss@mto.com>; 'spadilla@aclusocal.org' <spadilla@aclusocal.org>; 'mtajsar@aclusocal.org' <mtajsar@aclusocal.org>; 'ebitran@aclusocal.org' <ebitran@aclusocal.org>; 'mjoachin@aclusocal.org' <MJoachin@aclusocal.org>; 'akwon@aclusocal.org' <akwon@aclusocal.org>; 'rbrown@publiccounsel.org' <rbrown@publiccounsel.org>; 'rmahajan@publiccounsel.org' <rmahajan@publiccounsel.org>; Matthew Craig <mcraig@heckerfink.com>; Ian Robertson <irobertson@heckerfink.com>; Annie O'Toole <aotoole@heckerfink.com>; 'asteffel@immdef.org' <asteffel@immdef.org>; 'ahuerta@immdef.org' <ahuerta@immdef.org>; 'bbolt@immdef.org' <bbolt@immdef.org>; 'mrosenbaum@publiccounsel.org' <mrosenbaum@publiccounsel.org>; 'asavage@publiccounsel.org' <asavage@publiccounsel.org>; Carl

Bergquist <cbergquist@chirla.org>; Edgar Aguilasocho <eaguilasocho@farmworkerlaw.com>; 'jessica@ndlon.org' <jessica@ndlon.org>; 'Stacy@tolchinimmigration.com' <Stacy@tolchinimmigration.com>; 'aaaronian@cityofpasadena.net' <aaaronian@cityofpasadena.net>; 'aflee@cityofpasadena.net' <aflee@cityofpasadena.net>; 'bgreesonalvarez@counsel.lacounty.gov' <bgreesonalvarez@counsel.lacounty.gov>; Levin, Daniel <daniel.levin@mto.com>; Estrada, Martin <Martin.Estrada@mto.com>; 'hydee.feldsteinsoto@lacity.org' <hydee.feldsteinsoto@lacity.org>; Niu, Jin <Jin.Niu@mto.com>; Schwab, John <John.Schwab@mto.com>; 'Joshua@democracydefenders.org' <Joshua@democracydefenders.org>; 'lcampos@counsel.lacounty.gov' <lcampos@counsel.lacounty.gov>; 'maria.cousineau@lacity.org' <maria.cousineau@lacity.org>; 'mike.dundas@lacity.org' <mike.dundas@lacity.org>; 'mbagneris@cityofpasadena.net' <mbagneris@cityofpasadena.net>; 'ntinkham@counsel.lacounty.gov' <ntinkham@counsel.lacounty.gov>; 'Norman@democracydefenders.org' <Norman@democracydefenders.org>; 'randall.sommer@lacity.org' <randall.sommer@lacity.org>; Hansen, Becca <Rebecca.Hansen@mto.com>; Kim, Bobby <Bobby.Kim@mto.com>; 'shubhra.shivpuri@lacity.org' <shubhra.shivpuri@lacity.org>; 'Steve@democracydefenders.org' <Steve@democracydefenders.org>; 'valerie.flores@lacity.org' <valerie.flores@lacity.org>; Leal, Roman <Roman.Leal@mto.com>; Davis Fisher, Grace <Grace.DavisFisher@mto.com>; Xiao, Wendy <Wendy.Xiao@mto.com>; Kreilkamp, Jacob <Jacob.Kreilkamp@mto.com>
**Subject:** RE: Production of Documents re: Mr. Bovino

Hi Sara:

I will forward to the agency immediately to get a response as soon as possible.

Thanks,
Jonathan

---

**From:** Worth, Sara <Sara.Worth@mto.com>
**Sent:** Wednesday, July 1, 2026 6:41 PM
**To:** Robbins, Jonathan A. (CIV) <Jonathan.A.Robbins@usdoj.gov>; Annie Lai <alai@law.uci.edu>; Zubata, Jason K. (CIV) <Jason.K.Zubata@usdoj.gov>; Bashyrov, Jacob (CIV) <Jacob.Bashyrov@usdoj.gov>; Flentje, August (CIV) <August.Flentje@usdoj.gov>; Safavi, Nancy (CIV) <Nancy.Safavi@usdoj.gov>; Strokus, Jessica D. (CIV) <Jessica.D.Strokus@usdoj.gov>; DeSimone, Aniello (CIV) <Aniello.DeSimone@usdoj.gov>; Hauenschild, Jonathon (CRT) <Jonathon.Hauenschild@usdoj.gov>; Skedzielewski, Sean (CIV) <Sean.Skedzielewski@usdoj.gov>; Davis, Tiberius (CIV) <Tiberius.Davis@usdoj.gov>; Myczkowska, Tola M (CIV) <Tola.M.Myczkowska@usdoj.gov>; Groff, Stephanie L. (CIV) <Stephanie.L.Groff@usdoj.gov>
**Cc:** 'lwilfong@ndlon.org' <lwilfong@ndlon.org>; Perry Stone, Laura <Laura.PerryStone@mto.com>; Kuhn, Lauren <Lauren.Kuhn@mto.com>; Shreffler, Henry <Henry.Shreffler@mto.com>; Bushell, Maggie <Maggie.Bushell@mto.com>; Kreilkamp, Jacob <Jacob.Kreilkamp@mto.com>; Fry, David <David.Fry@mto.com>; Weiss, Adam <Adam.Weiss@mto.com>; 'spadilla@aclusocal.org' <spadilla@aclusocal.org>; 'mtajsar@aclusocal.org' <mtajsar@aclusocal.org>; 'ebitran@aclusocal.org' <ebitran@aclusocal.org>; 'mjoachin@aclusocal.org' <MJoachin@aclusocal.org>; 'akwon@aclusocal.org' <akwon@aclusocal.org>; 'rbrown@publiccounsel.org' <rbrown@publiccounsel.org>;

'rmahajan@publiccounsel.org' <rmahajan@publiccounsel.org>; Matthew Craig <mcraig@heckerfink.com>; Ian Robertson <irobertson@heckerfink.com>; Annie O'Toole <aotoole@heckerfink.com>; 'asteffel@immdef.org' <asteffel@immdef.org>; 'ahuerta@immdef.org' <ahuerta@immdef.org>; 'bbolt@immdef.org' <bbolt@immdef.org>; 'mrosenbaum@publiccounsel.org' <mrosenbaum@publiccounsel.org>; 'asavage@publiccounsel.org' <asavage@publiccounsel.org>; Carl Bergquist <cbergquist@chirla.org>; Edgar Aguilasocho <eaguilasocho@farmworkerlaw.com>; 'jessica@ndlon.org' <jessica@ndlon.org>; 'Stacy@tolchinimmigration.com' <Stacy@tolchinimmigration.com>; 'aaaronian@cityofpasadena.net' <aaaronian@cityofpasadena.net>; 'aflee@cityofpasadena.net' <aflee@cityofpasadena.net>; 'bgreesonalvarez@counsel.lacounty.gov' <bgreesonalvarez@counsel.lacounty.gov>; Levin, Daniel <daniel.levin@mto.com>; Estrada, Martin <Martin.Estrada@mto.com>; 'hydee.feldsteinsoto@lacity.org' <hydee.feldsteinsoto@lacity.org>; Niu, Jin <Jin.Niu@mto.com>; Schwab, John <John.Schwab@mto.com>; 'Joshua@democracydefenders.org' <Joshua@democracydefenders.org>; 'lcampos@counsel.lacounty.gov' <lcampos@counsel.lacounty.gov>; 'maria.cousineau@lacity.org' <maria.cousineau@lacity.org>; 'mike.dundas@lacity.org' <mike.dundas@lacity.org>; 'mbagneris@cityofpasadena.net' <mbagneris@cityofpasadena.net>; 'ntinkham@counsel.lacounty.gov' <ntinkham@counsel.lacounty.gov>; 'Norman@democracydefenders.org' <Norman@democracydefenders.org>; 'randall.sommer@lacity.org' <randall.sommer@lacity.org>; Hansen, Becca <Rebecca.Hansen@mto.com>; Kim, Bobby <Bobby.Kim@mto.com>; 'shubhra.shivpuri@lacity.org' <shubhra.shivpuri@lacity.org>; 'Steve@democracydefenders.org' <Steve@democracydefenders.org>; 'valerie.flores@lacity.org' <valerie.flores@lacity.org>; Leal, Roman <Roman.Leal@mto.com>; Davis Fisher, Grace <Grace.DavisFisher@mto.com>; Xiao, Wendy <Wendy.Xiao@mto.com>; Kreilkamp, Jacob <Jacob.Kreilkamp@mto.com>
**Subject:** [EXTERNAL] Production of Documents re: Mr. Bovino

Jonathan,

We noted that you said in your letter to Judge Pym that CBP intended to pull data for Gregory Bovino at the same time it pulled data for all other custodians. This caused us significant concern in light of the fact that his deposition is scheduled for July 30. The reason the rules authorize document requests to be included with a deposition notice is that the witness can be examined regarding the documents at the deposition. Please confirm that the documents requested in Mr. Bovino's deposition notice will be produced in advance of the deposition. Please also confirm that Mr. Bovino will be producing documents in his personal possession, as well as his personal phone. The fact that Mr. Bovino's deposition is upcoming makes this issue rather pressing. Accordingly, if you are unable to confirm any of the forgoing by tomorrow at 1 pm PT, we are going to reach out to Judge Pym's chambers to request a telephonic status conference for next week.

Regards,
Sara

**Sara Worth | Munger, Tolles & Olson LLP**
350 South Grand Avenue | Los Angeles, CA 90071

Tel: 213.683.9599 | Sara.Worth@mto.com | www.mto.com

****NOTICE****
*This message is confidential and may contain information that is privileged, attorney work product or otherwise exempt from disclosure under applicable law. It is not intended for transmission to, or receipt by, any unauthorized person. If you have received this message in error, do not read it. Please delete it without copying it, and notify the sender by separate e-mail so that our address record can be corrected. Thank you.*