# EXHIBIT B

# Bovino-SIIE-Perdomo Pull

## Search Terms Report

**Report Name:** 20260813 DOJ Proposed Terms **Searchable Set:** _ALL DOCUMENTS




## Results Summary

| Documents in searchable set | Total documents with hits | Total documents with hits, including Group | Total documents without hits |
|---|---|---|---|
| 186,236 | 17,592 | 51,262 | 168,644 |


("Gavidia") w/10 ("June" or "junkyard" or "Olympic" )
28
("interview" or "speech") w/5 ("media" or "journalist" or "news")
438
("Molina" w/10 "June") OR (("Molina" w/10 "Pasadena") and ("Molina" w/10...
69
("Osorto" w/10 "June") OR (("Orsoto" w/10 "Pasadena") and ("Orsoto" w/10...
18
("Perdomo" w/10 "June") OR (("Perdomo" w/10 "Pasadena") and ("Perdomo" w/1...
18
("talking point" or "PowerPoint" or "presentation" or "slides") w/5 ("muster" or "br...
3
("Viramontes") w/ 10 ("June" or "Car Touch and Flow" or "carwash" or "car wash" or "Touch...
25
"B-18" OR "B18" OR "300 N. Los Angeles" OR ("Adelanto" or "Santa Ana") w/...
8,196
"Temporary Restraining Order"
1,211
"TRO"
942
"turn and burn" OR "Alley Cat" OR "day labor~" OR "day work~" OR "tonc" or "tonk"...
1,799
"violate~" w/5 ("Constitution" or "statute" or "policy")
437
[redacted] @hq.dhs.gov
722
[redacted]@ cbp.dhs.gov
5,530
[redacted]@hq.dhs.gov
0




## Terms Summary

| Term | Documents with hits | Documents with hits, including group | Unique hits |
|---|---|---|---|
| (“Gavidia”) w/10 (“June” or “junkyard” or “Olympic” ) | 28 | 148 | 10 |
| (“interview” or “speech”) w/5 (“media” or “journalist” or “news”) | 438 | 799 | 346 |
| (“Molina” w/10 "June") OR (("Molina" w/10 “Pasadena”) and ("Molina" w/10“bus stop”)) | 69 | 227 | 48 |
| (“Osorto” w/10 "June") OR ( ("Orsoto" w/10 “Pasadena”) and ("Orsoto" w/10“bus stop”)) | 18 | 131 | 0 |
| (“Perdomo” w/10 “June”) OR ( (“Perdomo” w/10 “Pasadena”) and (“Perdomo” w/10 “bus stop”)) | 18 | 131 | 0 |
| (“talking point” or “PowerPoint” or “presentation” or “slides”) w/5 (“muster” or “briefing”) | 3 | 4 | 0 |
| (“Viramontes”) w/10 (“June” or “Car Touch and Flow” or “carwash” or “car wash” or “Touch and Glow”) | 25 | 159 | 0 |
| “B-18” OR “B18” OR “300 N. Los Angeles” OR (“Adelanto” or “Santa Ana”) w/5 (“transport~” OR “move~” OR “transfer~” OR “process~”) OR “Federal Building” | 8,196 | 35,471 | 7,639 |
| “Temporary Restraining Order” | 1,211 | 3,068 | 427 |
| “TRO” | 942 | 2,057 | 371 |
| “turn and burn” OR “Alley Cat” OR “day labor~” OR “day work~” OR “tonc” or “tonk” OR ((“wetback~” or "wet~") w/2 "back") OR “beaner~” OR “invade~” or “invasion~” OR “scum~” or “filth~” or “dirty~” or “garbage~” OR “poison~” OR “roving patrol~” OR “illegals~” | 1,799 | 4,291 | 1,353 |
| “violate~” w/5 (“Constitution” or “statute” or “policy”) | 437 | 1,451 | 250 |
| [redacted]@hq.dhs.gov | 722 | 1,021 | 543 |
| [redacted]@cbp.dhs.gov | 5,530 | 11,943 | 5,171 |
| [redacted]@hq.dhs.gov | 0 | 0 | 0 |
| [redacted]@who.eop.gov | 4 | 26 | 1 |

| | | | |
|---|---|---|---|
| [redacted]@who.eop.gov | 2 | 7 | 2 |