# EXHIBIT C

**From:** Bashyrov, Jacob (CIV)
**To:** Fry, David
**Cc:** Shreffler, Henry; Robbins, Jonathan A. (CIV); Mardorf, Julie; Zubata, Jason K. (CIV); Worth, Sara; Annie Lai; Estrada, Martin; Xiao, Wendy; Mohammad Tajsar; Davis Fisher, Grace; Davis, Tiberius (CIV); DeSimone, Aniello (CIV); Beck, Daniel (USACAC); Chapman, Ryan (USACAC); Farrell, Alexander (USACAC); Mayra Joachin; mcraig; Helia Bidad; Mark Rosenbaum; Rebecca Brown; Eva Bitran; Lauren Wilfong; Bushell, Maggie; Groves, Kyle; Levin, Daniel; Schwab, John; Hansen, Becca; Kim, Bobby; Niu, Jin; Kreilkamp, Jacob; Kuhn, Lauren; Perry Stone, Laura; Moss, Benjamin M. (CIV); Lessard, Christopher J. (CIV) (CTR); Safavi, Nancy (CIV); Leal, Roman; Flentje, August (CIV)
**Subject:** RE: Bovino Search Results
**Date:** Wednesday, October 14, 2026 1:06:39 PM
**Attachments:** image001.png

---

ⓘ External email ❯

Dave,

You're correct that the Protective Order defines "Confidential Information" to include information that "is not in the public domain, or if in the public domain, is improperly in the public domain." However, it doesn't explicitly define the phrase "public domain," and what appears online doesn't always count as properly in the public domain in the context of this litigation.

Even if names of officials appear on the internet, the context here is critical. These names are linked to specific allegations in this case and tied to defined search terms in the report. That contextual link transforms otherwise public information into sensitive litigation information. Our position is that redaction remains appropriate and necessary. Bottom line, while the names may appear elsewhere online, given their context here, our view is that redaction is wholly consistent with both the letter and spirit of the Protective Order.

Regards,

Jacob A. Bashyrov
Trial Attorney
Office of Immigration Litigation
U.S. Department of Justice, Civil Division
P.O. Box 878, Ben Franklin Station
Washington, D.C. 20044
Ph: (202) 598-0919
*Jacob.Bashyrov@usdoj.gov*

---

**From:** Fry, David <David.Fry@mto.com>
**Sent:** Wednesday, October 14, 2026 3:50 PM

**To:** Bashyrov, Jacob (CIV) <Jacob.Bashyrov@usdoj.gov>
**Cc:** Shreffler, Henry <Henry.Shreffler@mto.com>; Robbins, Jonathan A. (CIV) <Jonathan.A.Robbins@usdoj.gov>; Mardorf, Julie <Julie.Mardorf@mto.com>; Zubata, Jason K. (CIV) <Jason.K.Zubata@usdoj.gov>; Worth, Sara <Sara.Worth@mto.com>; Annie Lai <alai@law.uci.edu>; Estrada, Martin <Martin.Estrada@mto.com>; Xiao, Wendy <Wendy.Xiao@mto.com>; Mohammad Tajsar <mtajsar@aclusocal.org>; Davis Fisher, Grace <Grace.DavisFisher@mto.com>; Davis, Tiberius (CIV) <Tiberius.Davis@usdoj.gov>; DeSimone, Aniello (CIV) <Aniello.DeSimone@usdoj.gov>; Beck, Daniel (USACAC) <Daniel.Beck@usdoj.gov>; Chapman, Ryan (USACAC) <Ryan.Chapman@usdoj.gov>; Farrell, Alexander (USACAC) <Alexander.Farrell@usdoj.gov>; Mayra Joachin <MJoachin@aclusocal.org>; mcraig <mcraig@heckerfink.com>; Helia Bidad <hbidad@heckerfink.com>; Mark Rosenbaum <mrosenbaum@publiccounsel.org>; Rebecca Brown <rbrown@publiccounsel.org>; Eva Bitran <EBitran@aclusocal.org>; Lauren Wilfong <lwilfong@ndlon.org>; Bushell, Maggie <Maggie.Bushell@mto.com>; Groves, Kyle <Kyle.Groves@mto.com>; Levin, Daniel <daniel.levin@mto.com>; Schwab, John <John.Schwab@mto.com>; Hansen, Becca <Rebecca.Hansen@mto.com>; Kim, Bobby <Bobby.Kim@mto.com>; Niu, Jin <Jin.Niu@mto.com>; Kreilkamp, Jacob <Jacob.Kreilkamp@mto.com>; Kuhn, Lauren <Lauren.Kuhn@mto.com>; Perry Stone, Laura <Laura.PerryStone@mto.com>; Moss, Benjamin M. (CIV) <Benjamin.M.Moss2@usdoj.gov>; Lessard, Christopher J. (CIV) (CTR) <Christopher.J.Lessard@usdoj.gov>; Safavi, Nancy (CIV) <Nancy.Safavi@usdoj.gov>; Leal, Roman <Roman.Leal@mto.com>; Flentje, August (CIV) <August.Flentje@usdoj.gov>
**Subject:** [EXTERNAL] RE: Bovino Search Results

Jacob,

Are you aware that the first clause of the definition of Confidential Information in the Protective Order is: "(a) is not in the public domain, or if in the public domain, is improperly in the public domain"?

Best,

Dave

**David Fry | Senior Counsel | Munger, Tolles & Olson LLP**
Tel: 415-512-4082 | david.fry@mto.com

---

**From:** Bashyrov, Jacob (CIV) <Jacob.Bashyrov@usdoj.gov>
**Sent:** Wednesday, October 14, 2026 12:46 PM
**To:** Fry, David <David.Fry@mto.com>
**Cc:** Shreffler, Henry <Henry.Shreffler@mto.com>; Robbins, Jonathan A. (CIV) <Jonathan.A.Robbins@usdoj.gov>; Mardorf, Julie <Julie.Mardorf@mto.com>; Zubata, Jason K. (CIV) <Jason.K.Zubata@usdoj.gov>; Worth, Sara <Sara.Worth@mto.com>; Annie Lai <alai@law.uci.edu>; Estrada, Martin <Martin.Estrada@mto.com>; Xiao, Wendy <Wendy.Xiao@mto.com>; Mohammad

Tajsar <mtajsar@aclusocal.org>; Davis Fisher, Grace <Grace.DavisFisher@mto.com>; Davis, Tiberius (CIV) <Tiberius.Davis@usdoj.gov>; DeSimone, Aniello (CIV) <Aniello.DeSimone@usdoj.gov>; Beck, Daniel (USACAC) <Daniel.Beck@usdoj.gov>; Chapman, Ryan (USACAC) <Ryan.Chapman@usdoj.gov>; Farrell, Alexander (USACAC) <Alexander.Farrell@usdoj.gov>; Mayra Joachin <MJoachin@aclusocal.org>; mcraig <mcraig@heckerfink.com>; Helia Bidad <hbidad@heckerfink.com>; Mark Rosenbaum <mrosenbaum@publiccounsel.org>; Rebecca Brown <rbrown@publiccounsel.org>; Eva Bitran <EBitran@aclusocal.org>; Lauren Wilfong <lwilfong@ndlon.org>; Bushell, Maggie <Maggie.Bushell@mto.com>; Groves, Kyle <Kyle.Groves@mto.com>; Levin, Daniel <daniel.levin@mto.com>; Schwab, John <John.Schwab@mto.com>; Hansen, Becca <Rebecca.Hansen@mto.com>; Kim, Bobby <Bobby.Kim@mto.com>; Niu, Jin <Jin.Niu@mto.com>; Kreilkamp, Jacob <Jacob.Kreilkamp@mto.com>; Kuhn, Lauren <Lauren.Kuhn@mto.com>; Perry Stone, Laura <Laura.PerryStone@mto.com>; Moss, Benjamin M. (CIV) <Benjamin.M.Moss2@usdoj.gov>; Lessard, Christopher J. (CIV) (CTR) <Christopher.J.Lessard@usdoj.gov>; Safavi, Nancy (CIV) <Nancy.Safavi@usdoj.gov>; Leal, Roman <Roman.Leal@mto.com>; Flentje, August (CIV) <August.Flentje@usdoj.gov>
**Subject:** RE: Bovino Search Results

Greetings,

Defendants maintain their position that these email addresses should not be filed on the public docket. The question is not whether this information is publicly accessible online, but whether it is considered confidential under the protective order for purposes of this litigation. See ECF No. 247, Section A(2)(b)(vi). Please note our opposition accordingly.

Thank you,

Jacob A. Bashyrov
Trial Attorney
Office of Immigration Litigation
U.S. Department of Justice, Civil Division
P.O. Box 878, Ben Franklin Station
Washington, D.C. 20044
Ph: (202) 598-0919
*Jacob.Bashyrov@usdoj.gov*

---

**From:** Fry, David <David.Fry@mto.com>
**Sent:** Wednesday, October 14, 2026 3:13 PM
**To:** Bashyrov, Jacob (CIV) <Jacob.Bashyrov@usdoj.gov>
**Cc:** Shreffler, Henry <Henry.Shreffler@mto.com>; Robbins, Jonathan A. (CIV) <Jonathan.A.Robbins@usdoj.gov>; Mardorf, Julie <Julie.Mardorf@mto.com>; Zubata, Jason K. (CIV) <Jason.K.Zubata@usdoj.gov>; Worth, Sara <Sara.Worth@mto.com>; Annie Lai <alai@law.uci.edu>;

Estrada, Martin <Martin.Estrada@mto.com>; Xiao, Wendy <Wendy.Xiao@mto.com>; Mohammad Tajsar <mtajsar@aclusocal.org>; Davis Fisher, Grace <Grace.DavisFisher@mto.com>; Davis, Tiberius (CIV) <Tiberius.Davis@usdoj.gov>; DeSimone, Aniello (CIV) <Aniello.DeSimone@usdoj.gov>; Beck, Daniel (USACAC) <Daniel.Beck@usdoj.gov>; Chapman, Ryan (USACAC) <Ryan.Chapman@usdoj.gov>; Farrell, Alexander (USACAC) <Alexander.Farrell@usdoj.gov>; Mayra Joachin <MJoachin@aclusocal.org>; mcraig <mcraig@heckerfink.com>; Helia Bidad <hbidad@heckerfink.com>; Mark Rosenbaum <mrosenbaum@publiccounsel.org>; Rebecca Brown <rbrown@publiccounsel.org>; Eva Bitran <EBitran@aclusocal.org>; Lauren Wilfong <lwilfong@ndlon.org>; Bushell, Maggie <Maggie.Bushell@mto.com>; Groves, Kyle <Kyle.Groves@mto.com>; Levin, Daniel <daniel.levin@mto.com>; Schwab, John <John.Schwab@mto.com>; Hansen, Becca <Rebecca.Hansen@mto.com>; Kim, Bobby <Bobby.Kim@mto.com>; Niu, Jin <Jin.Niu@mto.com>; Kreilkamp, Jacob <Jacob.Kreilkamp@mto.com>; Kuhn, Lauren <Lauren.Kuhn@mto.com>; Perry Stone, Laura <Laura.PerryStone@mto.com>; Moss, Benjamin M. (CIV) <Benjamin.M.Moss2@usdoj.gov>; Lessard, Christopher J. (CIV) (CTR) <Christopher.J.Lessard@usdoj.gov>; Safavi, Nancy (CIV) <Nancy.Safavi@usdoj.gov>; Leal, Roman <Roman.Leal@mto.com>; Flentje, August (CIV) <August.Flentje@usdoj.gov>
**Subject:** [EXTERNAL] RE: Bovino Search Results

Jacob,

Defendants cannot designate these emails as confidential under Section A(2)(b)(vi) of the Protective Order. That provision indicates that the parties can designate as confidential "confidential government personnel information" including contact information of "non-public-facing supervisory and non-supervisory federal and non-federal employees and contractors . . . where disclosure of such information to the public may adversely impact identifiable law enforcement operations or national security interests." Setting aside whether any of these individuals could be considered "non-public-facing" given their high public profiles and frequent public statements and appearances, it is clear that these email addresses cannot meet the rest of the requirements of that provision.

Ms. Noem and Messrs. [redacted] and [redacted] no longer work for the government. They are not employees. It is difficult to imagine how disclosure of their former email addresses could adversely affect them personally or law enforcement operations or national security interests. With respect to the email addresses for Messrs. [redacted] and [redacted], they are the product of a publicly-known formula for White House personnel email addresses:

# The White House Email Format

Get **Verified** Emails for 2,066 The White House Employees

5 free lookups. No credit card required.

---

The most common **The White House email format** is [first].[last] (ex. jane.doe@who.eop.gov), which is being used by 44.7% of The White House work email addresses.

Other common The White House email patterns are [first_initial][last] (ex. jdoe@who.eop.gov) and [first].[middle_initial].[last] (ex. jane.m.doe@who.eop.gov). In all, The White House uses 11 work email formats.

## **The White House** Email Formats and Examples

| Email Format | Example | Percentage |
|---|---|---|
| [first].[last] | jane.doe@who.eop.gov | 44.7% |

https://rocketreach.co/the-white-house-email-format_b5d01371f42e478f. And Mr. [redacted]'s email address, at least, is definitely publicly known. *See* attached (which was obtained from the Internet). These email addresses are not "confidential." If it would cause problems for law enforcement operations or national security for these email addresses to become publicly known, that cat is out of the bag (and the government should perhaps consider not using a standardized formula for determining the email addresses for White House personnel).

Please advise us if Defendants stand by their position that these email addresses cannot be disclosed on the public docket.

Best regards,

Dave

**David Fry | Senior Counsel | Munger, Tolles & Olson LLP**
Tel: 415-512-4082 | david.fry@mto.com

---

**From:** Bashyrov, Jacob (CIV) <Jacob.Bashyrov@usdoj.gov>
**Sent:** Wednesday, October 14, 2026 11:16 AM
**To:** Fry, David <David.Fry@mto.com>
**Cc:** Shreffler, Henry <Henry.Shreffler@mto.com>; Robbins, Jonathan A. (CIV) <Jonathan.A.Robbins@usdoj.gov>; Mardorf, Julie <Julie.Mardorf@mto.com>; Zubata, Jason K. (CIV) <Jason.K.Zubata@usdoj.gov>; Worth, Sara <Sara.Worth@mto.com>; Annie Lai <alai@law.uci.edu>; Estrada, Martin <Martin.Estrada@mto.com>; Xiao, Wendy <Wendy.Xiao@mto.com>; Mohammad Tajsar <mtajsar@aclusocal.org>; Davis Fisher, Grace <Grace.DavisFisher@mto.com>; Davis, Tiberius (CIV) <Tiberius.Davis@usdoj.gov>; DeSimone, Aniello (CIV) <Aniello.DeSimone@usdoj.gov>; Beck, Daniel (USACAC) <Daniel.Beck@usdoj.gov>; Chapman, Ryan (USACAC) <Ryan.Chapman@usdoj.gov>; Farrell, Alexander (USACAC) <Alexander.Farrell@usdoj.gov>; Mayra Joachin <MJoachin@aclusocal.org>; mcraig <mcraig@heckerfink.com>; Helia Bidad <hbidad@heckerfink.com>; Mark Rosenbaum <mrosenbaum@publiccounsel.org>; Rebecca Brown <rbrown@publiccounsel.org>; Eva Bitran <EBitran@aclusocal.org>; Lauren Wilfong <lwilfong@ndlon.org>; Bushell, Maggie <Maggie.Bushell@mto.com>; Groves, Kyle <Kyle.Groves@mto.com>; Levin, Daniel <daniel.levin@mto.com>; Schwab, John <John.Schwab@mto.com>; Hansen, Becca <Rebecca.Hansen@mto.com>; Kim, Bobby <Bobby.Kim@mto.com>; Niu, Jin <Jin.Niu@mto.com>; Kreilkamp, Jacob <Jacob.Kreilkamp@mto.com>; Kuhn, Lauren <Lauren.Kuhn@mto.com>; Perry Stone, Laura <Laura.PerryStone@mto.com>; Moss, Benjamin M. (CIV) <Benjamin.M.Moss2@usdoj.gov>; Lessard, Christopher J. (CIV) (CTR) <Christopher.J.Lessard@usdoj.gov>; Safavi, Nancy (CIV) <Nancy.Safavi@usdoj.gov>; Leal, Roman <Roman.Leal@mto.com>; Flentje, August (CIV) <August.Flentje@usdoj.gov>
**Subject:** RE: Bovino Search Results

Dave,

Defendants do not object to the filing of the STR on the public docket with one narrow exception: the email addresses of the federal employees listed on pages 2–4 (Messrs. [redacted]) should be redacted, as they are confidential under the Protective Order. See ECF No. 247, Section A(2)(b)(vi). Aside from those email addresses, we do not believe there is anything else in the STR that qualifies for confidential treatment.

Please let us know if you would like to discuss further.

Best regards,

Jacob A. Bashyrov
Trial Attorney
Office of Immigration Litigation
U.S. Department of Justice, Civil Division
P.O. Box 878, Ben Franklin Station
Washington, D.C. 20044
Ph: (202) 598-0919
*Jacob.Bashyrov@usdoj.gov*

---

**From:** Bashyrov, Jacob (CIV) <Jacob.Bashyrov@usdoj.gov>
**Sent:** Tuesday, October 13, 2026 4:35 PM
**To:** Fry, David <David.Fry@mto.com>
**Cc:** Shreffler, Henry <Henry.Shreffler@mto.com>; Robbins, Jonathan A. (CIV) <Jonathan.A.Robbins@usdoj.gov>; Mardorf, Julie <Julie.Mardorf@mto.com>; Zubata, Jason K. (CIV) <Jason.K.Zubata@usdoj.gov>; Worth, Sara <Sara.Worth@mto.com>; Annie Lai <alai@law.uci.edu>; Estrada, Martin <Martin.Estrada@mto.com>; Xiao, Wendy <Wendy.Xiao@mto.com>; Mohammad Tajsar <mtajsar@aclusocal.org>; Davis Fisher, Grace <Grace.DavisFisher@mto.com>; Davis, Tiberius (CIV) <Tiberius.Davis@usdoj.gov>; DeSimone, Aniello (CIV) <Aniello.DeSimone@usdoj.gov>; Beck, Daniel (USACAC) <Daniel.Beck@usdoj.gov>; Chapman, Ryan (USACAC) <Ryan.Chapman@usdoj.gov>; Farrell, Alexander (USACAC) <Alexander.Farrell@usdoj.gov>; Mayra Joachin <MJoachin@aclusocal.org>; mcraig <mcraig@heckerfink.com>; Helia Bidad <hbidad@heckerfink.com>; Mark Rosenbaum <mrosenbaum@publiccounsel.org>; Rebecca Brown <rbrown@publiccounsel.org>; Eva Bitran <EBitran@aclusocal.org>; Lauren Wilfong <lwilfong@ndlon.org>; Bushell, Maggie <Maggie.Bushell@mto.com>; Groves, Kyle <Kyle.Groves@mto.com>; Levin, Daniel <daniel.levin@mto.com>; Schwab, John <John.Schwab@mto.com>; Hansen, Becca <Rebecca.Hansen@mto.com>; Kim, Bobby <Bobby.Kim@mto.com>; Niu, Jin <Jin.Niu@mto.com>; Kreilkamp, Jacob <Jacob.Kreilkamp@mto.com>; Kuhn, Lauren <Lauren.Kuhn@mto.com>; Perry Stone, Laura <Laura.PerryStone@mto.com>; Moss, Benjamin M. (CIV) <Benjamin.M.Moss2@usdoj.gov>; Lessard, Christopher J. (CIV) (CTR) <Christopher.J.Lessard@usdoj.gov>; Safavi, Nancy (CIV) <Nancy.Safavi@usdoj.gov>; Leal, Roman <Roman.Leal@mto.com>; Flentje, August (CIV) <August.Flentje@usdoj.gov>
**Subject:** RE: Bovino Search Results

Greetings David,

I hope that this email finds you well. You should have the response tomorrow, October 14, 2026. Please, let me know if you have any questions.

Thank you and have a wonderful day,

Jacob A. Bashyrov

Trial Attorney
Office of Immigration Litigation
U.S. Department of Justice, Civil Division
P.O. Box 878, Ben Franklin Station
Washington, D.C. 20044
Ph: (202) 598-0919
*Jacob.Bashyrov@usdoj.gov*

---

**From:** Fry, David <David.Fry@mto.com>
**Sent:** Monday, October 12, 2026 12:14 PM
**To:** Robbins, Jonathan A. (CIV) <Jonathan.A.Robbins@usdoj.gov>
**Cc:** Shreffler, Henry <Henry.Shreffler@mto.com>; Bashyrov, Jacob (CIV) <Jacob.Bashyrov@usdoj.gov>; Mardorf, Julie <Julie.Mardorf@mto.com>; Zubata, Jason K. (CIV) <Jason.K.Zubata@usdoj.gov>; Worth, Sara <Sara.Worth@mto.com>; Annie Lai <alai@law.uci.edu>; Estrada, Martin <Martin.Estrada@mto.com>; Xiao, Wendy <Wendy.Xiao@mto.com>; Mohammad Tajsar <mtajsar@aclusocal.org>; Davis Fisher, Grace <Grace.DavisFisher@mto.com>; Davis, Tiberius (CIV) <Tiberius.Davis@usdoj.gov>; DeSimone, Aniello (CIV) <Aniello.DeSimone@usdoj.gov>; Beck, Daniel (USACAC) <Daniel.Beck@usdoj.gov>; Chapman, Ryan (USACAC) <Ryan.Chapman@usdoj.gov>; Farrell, Alexander (USACAC) <Alexander.Farrell@usdoj.gov>; Mayra Joachin <MJoachin@aclusocal.org>; mcraig <mcraig@heckerfink.com>; Helia Bidad <hbidad@heckerfink.com>; Mark Rosenbaum <mrosenbaum@publiccounsel.org>; Rebecca Brown <rbrown@publiccounsel.org>; Eva Bitran <EBitran@aclusocal.org>; Lauren Wilfong <lwilfong@ndlon.org>; Bushell, Maggie <Maggie.Bushell@mto.com>; Groves, Kyle <Kyle.Groves@mto.com>; Levin, Daniel <daniel.levin@mto.com>; Schwab, John <John.Schwab@mto.com>; Hansen, Becca <Rebecca.Hansen@mto.com>; Kim, Bobby <Bobby.Kim@mto.com>; Niu, Jin <Jin.Niu@mto.com>; Kreilkamp, Jacob <Jacob.Kreilkamp@mto.com>; Fry, David <David.Fry@mto.com>; Kuhn, Lauren <Lauren.Kuhn@mto.com>; Perry Stone, Laura <Laura.PerryStone@mto.com>; Moss, Benjamin M. (CIV) <Benjamin.M.Moss2@usdoj.gov>; Lessard, Christopher J. (CIV) (CTR) <Christopher.J.Lessard@usdoj.gov>; Safavi, Nancy (CIV) <Nancy.Safavi@usdoj.gov>; Leal, Roman <Roman.Leal@mto.com>; Flentje, August (CIV) <August.Flentje@usdoj.gov>
**Subject:** [EXTERNAL] Bovino Search Results

Jonathan,

We would like to submit the attached report to Judge Pym. Please advise if Defendants would object to it being filed on the public docket. If so, please also advise us of the provision of the Protective Order that Defendants contend authorizes the designation of this document as Confidential. In addition, if Defendants object to the entire document being filed on the public docket, please advise if they would object to the filing of the first page only on the public docket. And, again, if Defendants would object to the public filing of the first page, please advise us of the provision of the Protective Order that Defendants contend authorizes the treatment of that information as confidential.

Thank you and best regards,

Dave

**David Fry | Senior Counsel | Munger, Tolles & Olson LLP**
Tel: 415-512-4082 | david.fry@mto.com