STACY TOLCHIN (SBN 217431)
*stacy@tolchinimmigration.com*
LAW OFFICES OF STACY TOLCHIN
776 E. Green St., Suite 210
Pasadena, CA 91101
Tel: 213-622-7450; Fax: 213-622-7233

MOHAMMAD TAJSAR (SBN 280152)
*mtajsar@aclusocal.org*
MAYRA JOACHIN (SBN 306065)
*mjoachin@aclusocal.org*
DAE KEUN KWON (SBN 313155)
*akwon@aclusocal.org*
STEPHANIE PADILLA (SBN 321568)
*spadilla@aclusocal.org*
ALYSSA MORONES (SBN 343358)
*amorones@aclusocal.org*
ACLU FOUNDATION OF SOUTHERN CALIFORNIA
1313 West Eighth Street
Los Angeles, CA 90017-4022
Tel: 213-977-5232; Fax: 213-201-7878

*Counsel for Stop/Arrest Plaintiffs*

(*Additional counsel listed on next page*)

MARK ROSENBAUM (SBN 59940)
*mrosenbaum@publiccounsel.org*
REBECCA BROWN (SBN 345805)
*rbrown@publiccounsel.org*
RITU MAHAJAN (SBN 252970)
*rmahajan@publiccounsel.org*
GINA AMATO (SBN 215519)
*gamato@publiccounsel.org*
AMANDA MANGASER SAVAGE (SBN 325996)
*asavage@publiccounsel.org*
PUBLIC COUNSEL
610 South Ardmore Avenue
Los Angeles, CA 90005
Tel: 213-385-2977

*Counsel for All Plaintiffs*

ANNE LAI (SBN 295394)
*alai@law.uci.edu*
UC IRVINE SCHOOL OF LAW
IMMIGRANT AND RACIAL JUSTICE SOLIDARITY CLINIC
P.O. Box 5479
Irvine, CA 92616-5479
Tel: 949-824-9894; Fax: 949-824-2747

*Counsel for Stop/Arrest Plaintiffs*

**UNITED STATES DISTRICT COURT**

**FOR THE CENTRAL DISTRICT OF CALIFORNIA**

Pedro VASQUEZ PERDOMO; Carlos Alexander OSORTO; and Isaac VILLEGAS MOLINA; Jorge HERNANDEZ VIRAMONTES; Jason Brian GAVIDIA; LOS ANGELES WORKER CENTER NETWORK; UNITED FARM WORKERS; COALITION FOR HUMANE IMMIGRANT RIGHTS; IMMIGRANT DEFENDERS LAW CENTER,

Plaintiffs,

v.

Markwayne MULLIN, in his official capacity as Secretary, Department of Homeland Security; David VENTURELLA, in his official capacity as Acting Director, U.S. Immigration and Customs Enforcement; Rodney S. SCOTT, in his official capacity as Commissioner, U.S. Customs and Border Patrol; Michael W. BANKS, in his official

Case No.: 2:25-cv-05605-MEMF-SP

***DISCOVERY MATTER***

**PLAINTIFFS' APPLICATION TO FILE DOCUMENTS PROVISIONALLY UNDER SEAL PURSUANT TO CIVIL LOCAL RULE 79-5.2.2(b)**

*Filed concurrently with Declaration of Maggie Bushell and Proposed Order*

Hon. Maame Ewusi-Mensah Frimpong

Referred to Hon. Sherri Pym, United States Magistrate Judge

capacity as Chief of U.S. Border Patrol; Kash PATEL, in his official capacity as Director, Federal Bureau of Investigation; Todd BLANCHE, in his official capacity as Acting U.S. Attorney General; Thomas GILES, in his official capacity as Acting Field Office Director for Los Angeles, U.S. Immigration and Customs Enforcement; Dean T. SORENSON, Special Agent in Charge for Los Angeles, Homeland Security Investigations, U.S. Immigration and Customs Enforcement; Daniel PARRA, in his official capacity as Acting Chief Patrol Agent for El Centro Sector of the U.S. Border Patrol; Justin DE LA TORRE, in his official capacity as Acting Chief Patrol Agent, San Diego Sector of the U.S. Border Patrol; Akil DAVIS, in his official capacity as Assistant Director in Charge, Los Angeles Office, Federal Bureau of Investigation; Bilal A. ESSAYLI, in his official capacity as First Assistant U.S. Attorney for the Central District of California,

Defendants.

JACOB S. KREILKAMP (SBN 248210)
*jacob.kreilkamp@mto.com*
DAVID FRY (SBN 189276)
*david.fry@mto.com*
SARA H. WORTH (SBN 341088)
*sara.worth@mto.com*
HENRY D. SHREFFLER (SBN 343388)
*henry.shreffler@mto.com*
LAURA R. PERRY (SBN 342504)
*laura.perrystone@mto.com*
LAUREN E. KUHN (SBN 343855)
*lauren.kuhn@mto.com*
MAGGIE BUSHELL (SBN 354048)
*maggie.bushell@mto.com*
MUNGER, TOLLES & OLSON LLP
350 S. Grand Ave., 50th Floor
Los Angeles, CA 90071
Tel: 213-683-9100; Fax: 213-683-9100

*Counsel for Stop/Arrest Plaintiffs*

LAUREN MICHEL WILFONG*
*lwilfong@ndlon.org*
NATIONAL DAY LABORER ORGANIZING NETWORK
1030 S. Arroyo Parkway, Suite 106
Pasadena, CA 91105
Tel: 626-214-5689

*Counsel for Stop/Arrest Plaintiffs*

BREE BERNWANGER (SBN 331731)
*bbernwanger@aclunc.org*
AMERICAN CIVIL LIBERTIES UNION FOUNDATION OF NORTHERN CALIFORNIA
39 Drumm Street
San Francisco, CA 94111
Tel: 415-621-2493

*Counsel for Stop/Arrest Plaintiffs*

BRISA VELAZQUEZ OATIS (SBN 339132)
*bvoatis@aclu-sdic.org*
ACLU FOUNDATION OF SAN DIEGO & IMPERIAL COUNTIES
P.O. Box 87131
San Diego, CA 92138-7131
Tel: 619-398-4199

*Counsel for Stop/Arrest Plaintiffs*

MATTHEW J. CRAIG (SBN 350030)
*mcraig@heckerfink.com*
MACK E. JENKINS (SBN 242101)
*mjenkins@heckerfink.com*
HECKER FINK LLP
1150 South Olive Street, Suite 10-140
Los Angeles, CA 90015
Tel: 212-763-0883; Fax: 212-564-0883

*Counsel for Access/Conditions Plaintiffs*

EDGAR AGUILASOCHO (SBN 285567)
*eaguilasocho@farmworkerlaw.com*
MARTÍNEZ AGUILASOCHO LAW, INC.
900 Truxtun Ave, Suite 300
Bakersfield, CA 93301
Tel: 661-859-1174

*Counsel for Plaintiff United Farm Workers*

CARL BERGQUIST*
*cbergquist@chirla.org*
COALITION FOR HUMANE IMMIGRANT RIGHTS
2351 Hempstead Road
Ottawa Hills, OH 43606
Tel: 310-279-6025

*Counsel for Plaintiff Coalition for Humane Immigrant Rights*

ALVARO M. HUERTA (SBN 274787)
*ahuerta@immdef.org*
BRYNNA BOLT (SBN 339378)
*bbolt@immdef.org*
ALISON STEFFEL (SBN 346370)
*asteffel@immdef.org*
IMMIGRANT DEFENDERS LAW CENTER
634 S. Spring St., 10th Floor
Los Angeles, CA 90014
Tel: 213-634-0999

*Counsel for Plaintiff Immigrant Defenders Law Center*

* Admitted *Pro Hac Vice*

TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

PLEASE TAKE NOTICE that Plaintiffs, by and through their counsel of record, request leave pursuant to Local Rule 79-5.2.2(b) to file provisionally under seal certain information that Defendants have designated as "Confidential" pursuant to the Protective Order and instructed Plaintiffs to file under seal. Plaintiffs seek to file provisionally under seal two exhibits to the Declaration of David Fry in support of Plaintiffs' Response to Defendants' October 9, 2026 Letter Brief concerning discovery of electronically stored information, because Defendants' counsel has asserted that the government email addresses of current and former government officials are confidential and must be sealed. Plaintiffs oppose sealing of this information. Redacted copies of these exhibits will be filed publicly.

Respectfully submitted,

DATED: October 14, 2026

MUNGER, TOLLES & OLSON LLP

By: */s/ Maggie Bushell*
MAGGIE BUSHELL
*Counsel for Stop/Arrest Plaintiffs*

## I. PLAINTIFFS REQUEST LEAVE TO PROVISIONALLY FILE UNDER SEAL CERTAIN DOCUMENTS DESIGNATED BY DEFENDANTS AS "CONFIDENTIAL"

Plaintiffs must request leave pursuant to Local Rule 79-5.2.2(b) to file under seal two exhibits referencing information that Defendants have designated as "Confidential" under the Protective Order (ECF No. 247). The exhibits are identified in Section II, *infra*. Plaintiffs oppose sealing of the designated material but file this application consistent with their obligations under the Protective Order and Civil Local Rule 79-5.2.2(b).

This application should be denied. Defendants have invoked section A(2)(b)(vi) of the Protective Order to justify the sealing of five government-issued email addresses. That provision allows the parties to designate as Confidential certain contact information of "non-public-facing supervisory . . . federal and non-federal employees and contractors . . . where disclosure of such information to the public may adversely impact identifiable law enforcement operations or national security interests." § A(2)(b)(vi). Not one of those prongs is met, so that provision cannot justify even the designation of the information in question, let alone sealing of that information on the public docket. None of the officials in question is (or was) "non-public-facing." Three of them are no longer employed by the government, so they are not "employees." The remaining two officials' email addresses are the product of a publicly-known formula for White House personnel email addresses, and one of the addresses appears in publicly available documents in the public domain—so if having their emails in the public domain would "adversely impact identifiable law enforcement operations or national security interests," those harms would have materialized already. Defendants have not indicated that any such harms have occurred.

Defendants have asserted that the inclusion of the email addresses in a search terms report for the erstwhile Chief of U.S. Border Patrol transforms otherwise public information (that "may appear elsewhere online") into "sensitive litigation information." *See* Exhibit C to the Declaration of David H. Fry. Plaintiffs are unable to parse this argument. There is no legal basis for sealing these government-issued email addresses of supervisory officials and former officials.

## II. DOCUMENTS THAT DEFENDANTS REQUESTED TO BE SEALED

### A. Documents Referencing the Information Designated as "Confidential Information" to be Sealed, with Redacted Copy Appearing in Public Record

| Document | Redaction/Seal Description |
|---|---|
| Ex. B to the Declaration of David Fry<br><br>(Bovino Search Terms Report) | Government email addresses |
| Ex. C to the Declaration of David Fry<br><br>(Email correspondence re: Bovino Search Terms Report) | Identification of email addresses at issue |

Respectfully submitted,

DATED: October 14, 2026

MUNGER, TOLLES & OLSON LLP

By: */s/ Maggie Bushell*
MAGGIE BUSHELL
*Counsel for Stop/Arrest Plaintiffs*