UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

Pedro VASQUEZ PERDOMO; Carlos Alexander OSORTO; and Isaac VILLEGAS MOLINA; Jorge HERNANDEZ VIRAMONTES; Jason Brian GAVIDIA; LOS ANGELES WORKER CENTER NETWORK; UNITED FARM WORKERS; COALITION FOR HUMANE IMMIGRANT RIGHTS; IMMIGRANT DEFENDERS LAW CENTER,

Plaintiffs,

v.

Markwayne MULLIN, in his official capacity as Secretary, Department of Homeland Security; David VENTURELLA, in his official capacity as Acting Director, U.S. Immigration and Customs Enforcement; Rodney S. SCOTT, in his official capacity as Commissioner, U.S. Customs and Border Patrol; Michael W. BANKS, in his official capacity as Chief of U.S. Border Patrol; Kash PATEL, in his official capacity as Director, Federal Bureau of Investigation; Todd BLANCHE, in his official capacity as Acting U.S. Attorney General; Thomas GILES, in his official capacity as Acting Field Office Director for Los Angeles, U.S. Immigration and Customs Enforcement; Dean T. SORENSON, Special Agent in Charge for Los Angeles, Homeland Security Investigations, U.S. Immigration and Customs Enforcement; Daniel PARRA, in his official capacity as Chief Patrol Agent for El Centro Sector of the U.S. Border Patrol; Justin DE LA TORRE, in his official capacity as Acting Chief

No.: 2:25-cv-05605-MEMF-SP

***DISCOVERY MATTER***

**[PROPOSED] ORDER REGARDING PLAINTIFFS' APPLICATION TO FILE DOCUMENTS UNDER SEAL**

Hon. Maame Ewusi-Mensah Frimpong

Referred to Hon. Sherri Pym,
United States Magistrate Judge

Patrol Agent, San Diego Sector of the U.S. Border Patrol; Akil DAVIS, in his official capacity as Assistant Director in Charge, Los Angeles Office, Federal Bureau of Investigation; Bilal A. ESSAYLI, in his official capacity as First Assistant U.S. Attorney for the Central District of California,

Defendants.

Upon due consideration, the Application to File Documents Under Seal is [GRANTED/DENIED]. The following documents [will/will not] be redacted or sealed in the Court's record:

| **Exhibit [Description]** | **Material Requested to Be Sealed** | **Court's Ruling** |
|---|---|---|
| Ex. B to the Declaration of David Fry (Bovino Search Terms Report) | Government official email addresses | |
| Ex. C to the Declaration of David Fry (Email correspondence re: Bovino Search Terms Report) | Government official email addresses | |

IT IS SO ORDERED.

DATED:

Hon. Sherri Pym
United States Magistrate Judge