STACY TOLCHIN (SBN 217431)
*stacy@tolchinimmigration.com*
LAW OFFICES OF STACY TOLCHIN
776 E. Green St., Suite 210
Pasadena, CA 91101
Tel: 213-622-7450; Fax: 213-622-7233

MOHAMMAD TAJSAR (SBN 280152)
*mtajsar@aclusocal.org*
MAYRA JOACHIN (SBN 306065)
*mjoachin@aclusocal.org*
EVA BITRÁN (SBN 302081)
*ebitran@aclusocal.org*
DAE KEUN KWON (SBN 313155)
*akwon@aclusocal.org*
STEPHANIE PADILLA (SBN 321568)
*spadilla@aclusocal.org*
DIANA SÁNCHEZ (SBN 338871)
*dianasanchez@aclusocal.org*
ACLU FOUNDATION OF
SOUTHERN CALIFORNIA
1313 West Eighth Street
Los Angeles, CA 90017-4022
Tel: 213-977-5232; Fax: 213-201-7878

*Counsel for Stop/Arrest Plaintiffs*

(*Additional counsel listed on next page*)

MARK ROSENBAUM (SBN 59940)
*mrosenbaum@publiccounsel.org*
REBECCA BROWN (SBN 345805)
*rbrown@publiccounsel.org*
SOPHIA WRENCH (SBN 354416)
*swrench@publiccounsel.org*
RITU MAHAJAN (SBN 252970)
*rmahajan@publiccounsel.org*
GINA AMATO (SBN 215519)
*gamato@publiccounsel.org*
PUBLIC COUNSEL
610 South Ardmore Avenue
Los Angeles, CA 90005
Tel: 213-385-2977

*Counsel for All Plaintiffs*

ANNE LAI (SBN 295394)
*alai@law.uci.edu*
UC IRVINE SCHOOL OF LAW
IMMIGRANT AND RACIAL JUSTICE
SOLIDARITY CLINIC
P.O. Box 5479
Irvine, CA 92616-5479
Tel: 949-824-9894; Fax: 949-824-2747

*Counsel for Stop/Arrest Plaintiffs*

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

Pedro VASQUEZ PERDOMO; Carlos Alexander OSORTO; and Isaac VILLEGAS MOLINA; Jorge HERNANDEZ VIRAMONTES; Jason Brian GAVIDIA; LOS ANGELES WORKER CENTER NETWORK; UNITED FARM WORKERS; COALITION FOR HUMANE IMMIGRANT RIGHTS; IMMIGRANT DEFENDERS LAW CENTER,

Plaintiffs,

v.

in his official capacity as Acting Field Office Director for Los Angeles, U.S. Immigration and Customs Enforcement; Eddy WANG, Special Agent in Charge for Los Angeles, Homeland Security Investigations, U.S.

Case No.: 2:25-cv-05605-MEMF-SP

**CERTIFICATE OF SERVICE**

Hon. Maame Ewusi-Mensah Frimpong
United States District Judge

Referred to Hon. Sheri Pym
United States Magistrate Judge

Immigration and Customs Enforcement; Gregory K. BOVINO, in his official capacity as Chief Patrol Agent for El Centro Sector of the U.S. Border Patrol; Jeffrey D. STALNAKER, in his official capacity as Acting Chief Patrol Agent, San Diego Sector of the U.S. Border Patrol; Akil DAVIS, in his official capacity as Assistant Director in Charge, Los Angeles Office, Federal Bureau of Investigation; Bilal A. ESSAYLI, in his official capacity as U.S. Attorney for the Central District of California,

Defendants.

JACOB S. KREILKAMP (SBN 248210)
*jacob.kreilkamp@mto.com*
DAVID FRY (SBN 189276)
*david.fry@mto.com*
SARA H. WORTH (SBN 341088)
*sara.worth@mto.com*
HENRY D. SHREFFLER (SBN 343388)
*henry.shreffler@mto.com*
LAURA R. PERRY (SBN 342504)
*laura.perrystone@mto.com*
LAUREN E. KUHN (SBN 343855)
*lauren.kuhn@mto.com*
MAGGIE BUSHELL (SBN 354048)
*maggie.bushell@mto.com*
MUNGER, TOLLES & OLSON LLP
350 S. Grand Ave., 50th Floor
Los Angeles, CA 90071
Tel: 213-683-9100; Fax: 213-683-9100

*Counsel for Stop/Arrest Plaintiffs*

LAUREN MICHEL WILFONG*
*lwilfong@ndlon.org*
NATIONAL DAY LABORER
ORGANIZING NETWORK
1030 S. Arroyo Parkway, Suite 106
Pasadena, CA 91105
Tel: 626-214-5689

*Counsel for Stop/Arrest Plaintiffs*

BREE BERNWANGER (SBN 331731)
*bbernwanger@aclunc.org*
AMERICAN CIVIL LIBERTIES UNION
FOUNDATION OF NORTHERN
CALIFORNIA
39 Drumm Street
San Francisco, CA 94111
Tel: 415-621-2493

*Counsel for Stop/Arrest Plaintiffs*

BRISA VELAZQUEZ OATIS
(SBN 339132)
*bvoatis@aclu-sdic.org*
ACLU FOUNDATION OF
SAN DIEGO & IMPERIAL COUNTIES
P.O. Box 87131
San Diego, CA 92138-7131
Tel: 619-398-4199

*Counsel for Stop/Arrest Plaintiffs*

MATTHEW J. CRAIG (SBN 350030)
*mcraig@heckerfink.com*
MACK E. JENKINS (SBN 242101)
*mjenkins@heckerfink.com*
HECKER FINK LLP
1150 South Olive Street, Suite 10-140
Los Angeles, CA 90015
Tel: 212-763-0883; Fax: 212-564-0883

*Counsel for Access/Conditions Plaintiffs*

EDGAR AGUILASOCHO (SBN 285567)
*eaguilasocho@farmworkerlaw.com*
MARTÍNEZ AGUILASOCHO LAW, INC.
900 Truxtun Ave, Suite 300
Bakersfield, CA 93301
Tel: 661-859-1174

*Counsel for Plaintiff United Farm Workers*

CARL BERGQUIST*
*cbergquist@chirla.org*
COALITION FOR HUMANE IMMIGRANT
RIGHTS
2351 Hempstead Road
Ottawa Hills, OH 43606
Tel: 310-279-6025

*Counsel for Plaintiff Coalition for Humane Immigrant Rights*

ALVARO M. HUERTA (SBN 274787)
*ahuerta@immdef.org*
BRYNNA BOLT (SBN 339378)
*bbolt@immdef.org*
ALISON STEFFEL (SBN 346370)
*asteffel@immdef.org*
IMMIGRANT DEFENDERS LAW CENTER
634 S. Spring St., 10th Floor
Los Angeles, CA 90014
Tel: 213-634-0999

*Counsel for Plaintiff Immigrant Defenders Law Center*

* Admitted pro hac vice

PROOF OF SERVICE

STATE OF CALIFORNIA, COUNTY OF LOS ANGELES

At the time of service, I was over 18 years of age and **not a party to this action**. I am employed in the County of Los Angeles, State of California. My business address is 350 South Grand Avenue, Fiftieth Floor, Los Angeles, CA 90071-3426.

On October 14, 2026, I served true copies of the following document(s) described as

**1. SEALED DECLARATION OF DAVID H. FRY IN SUPPORT OF APPLICATION TO FILE DOCUMENTS PROVISIONALLY UNDER SEAL**

**2. (SEALED) EXHIBITS B & C** on the interested parties in this action

as follows:

**SEE ATTACHED SERVICE LIST**

**BY E-MAIL OR ELECTRONIC TRANSMISSION:** I caused a copy of the document(s) to be sent from e-mail address Sydney.Etter@mto.com to the persons at the e-mail addresses listed in the Service List. I did not receive, within a reasonable time after the transmission, any electronic message or other indication that the transmission was unsuccessful.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct and that I am employed in the office of a member of the bar of this Court at whose direction the service was made.

Executed on October 14, 2026, at Los Angeles, California.

*/s/Sydney Etter*
Sydney Etter

## SERVICE LIST

| | |
|---|---|
| Kristi Noem, in her official capacity as Secretary, Department of Homeland Security; Todd M. Lyons, in his official capacity as Acting Director, U.S. Immigration and Customs Enforcement; Rodney S. Scott, in his official capacity as Commissioner, U.S. Customs and Border Patrol; Michael W. Banks, in his official capacity as Chief of U.S. Border Patrol; Kash Patel, in his official capacity as Director, Federal Bureau of Investigation; Pam Bondi, in her official capacity as U.S. Attorney General; Ernesto Santacruz Jr., in his official capacity as Acting Field Office Director for Los Angeles, U.S. Immigration and Customs Enforcement; Eddy Wang, Special Agent in Charge for Los Angeles, Homeland Security Investigations, U.S. Immigration and Customs Enforcement; Gregory K. Bovino, in his official capacity as Chief Patrol Agent for El Centro Sector of the U.S. Border Patrol; Jeffrey D. Stalnaker, in his official capacity as Acting Chief Patrol Agent, San Diego Sector of the U.S. Border Patrol; Akil Davis, in his official capacity as Assistant Director in Charge, Los Angeles Office, Federal Bureau of Investigation; Bilal A. Essayli, in his official capacity as U.S. Attorney for the Central District of California | Through counsel Jonathan K. Ross, US Department of Justice Civil Division – Office of Immigration Litigation<br>PO Box 878 Ben Franklin Station<br>Washington, DC 20044 202-305-7662<br>Email: Jonathan.K.Ross@usdoj.gov |
| Cities of Los Angeles, Anaheim, Bell Gardens, Beverly Hills, Carpinteria, Culver City, Huntington Park, Long Beach, Lynwood, Montebello, Monterey Park, Oxnard, Paramount, Pico Rivera, Pomona, Santa Ana, Santa Barbara, Santa Monica, South Gate, and West Hollywood | Through counsel E. Martin Estrada<br>Munger, Tolles and Olson<br>350 South Grand Avenue, 50th Floor<br>Los Angeles, CA 90071<br>213-683-9100<br>Email: Martin.Estrada@mto.com |
| City of Los Angeles | Office of the Los Angeles City Attorney<br>200 N. Main Street, Room 800 City Hall East<br>Los Angeles, CA 90012<br>Tel: (213) 978-8100<br>Email: mike.dundas@lacity.org |

| | |
|---|---|
| County of Los Angeles | Through counsel Brigit Greeson Alvarez<br>Office of the County Counsel<br>648 Kenneth Hahn Hall of Admin.,<br>500 West Temple Street<br>Los Angeles, California 90012-2713<br>Tel.: 213-808-8736; Fax: 213-633-1915<br>Email: bgreesonalvarez@counsel.lacounty.gov |
| City of Pasadena | Through counsel Michele Beal Bagneris<br>Office of the City Attorney<br>of Pasadena<br>100 N Garfield Ave, Rm N-210<br>Pasadena, CA 91101<br>Tel.: 626-744-4141; Fax: 626-744-4190<br>Email: mbagneris@cityofpasadena.net |

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

**Notice of Electronic Filing**

The following transaction was entered by Bushell, Maggie on 10/14/2026 at 11:20 PM PDT and filed on 10/14/2026

**Case Name:** Pedro Vasquez Perdomo et al v. Markwayne Mullin et al
**Case Number:** 2:25-cv-05605-MEMF-SP
**Filer:** Osorto Carlos
Coalition for Humane Immigrant Rights
Jason Brian Gavidia
Los Angeles Worker Center Network
United Farm Workers
Pedro Vasquez Perdomo
Isaac Villegas Molina
Jorge Hernandez Viramontes
**Document Number:** 790

**Docket Text:**
**SEALED DECLARATION IN SUPPORT OF APPLICATION to file document *EXHIBITS B and C TO RESPONSE TO DEFENDANTS' OCTOBER 9, 2026 LETTER BRIEF* under seal[789] filed by Petitioners Osorto Carlos, Pedro Vasquez Perdomo, Isaac Villegas Molina, Plaintiffs Coalition for Humane Immigrant Rights, Jason Brian Gavidia, Los Angeles Worker Center Network, United Farm Workers, Jorge Hernandez Viramontes. (Attachments: # (1) Unredacted Document SEALED Exhibit B, # (2) Unredacted Document SEALED Exhibit C)(Bushell, Maggie)**

**2:25-cv-05605-MEMF-SP Notice has been electronically mailed to:**

Adam Benjamin Weiss adam.weiss@mto.com, beth.licari@mto.com, Excie.Tucker@mto.com

Adrienna Wong awong@aclusocal.org, mgarcia@aclusocal.org

Alison Brooke Steffel asteffel@immdef.org

Alvaro M Huerta ahuerta@immdef.org, kgutierrez@immdef.org, msanchez@immdef.org

Alyssa Morones amorones@aclusocal.org

Amanda Roman Mangaser Savage asavage@publiccounsel.org, rgarcia@publiccounsel.org

Andres Holguin-Flores aholguinflores@aclu-sdic.org

Andrew Karl Aaronian aaaronian@cityofpasadena.net, smartinez@cityofpasadena.net

Angela Adriana Uribe Angela.Uribe@mto.com

Aniello DeSimone Aniello.DeSimone@usdoj.gov

Anne Lai alai@law.uci.edu, curtiss2.clinic@law.uci.edu, stapleto.clinic@law.uci.edu, wianecks.clinic@law.uci.edu, zhanglx.clinic@law.uci.edu

Anne O'Toole aotoole@heckerfink.com

Arnold F. Lee aflee@cityofpasadena.net, arnoldlee.law@gmail.com, lmurillo@cityofpasadena.net, smartinez@cityofpasadena.net

Assistant 2241-194 US Attorney LA-CV USACAC.Habeas@usdoj.gov, CaseView.ECF@usdoj.gov, USACAC.Civil@usdoj.gov

Athena Athena Roussos athena@athenaroussoslaw.com

August E Flentje august.flentje@usdoj.gov

Bree A. Bernwanger BBernwanger@aclunc.org, smay@aclunc.org

Brigit Greeson Alvarez bgreesonalvarez@counsel.lacounty.gov

Brynna Rhiannon Bolt bbolt@immdef.org

Carl J. Bergquist cbergquist@chirla.org

Clareanne Roberta Goschke Clareanne.Goschke@mto.com, dkt-filings@mto.com

Clifford Lee Reeves , II lee.reeves2@usdoj.gov

Dae Keun Kwon akwon@aclusocal.org

Daniel Benjamin Levin daniel.levin@mto.com

Daniel F. Mummolo daniel.f.mummolo@usdoj.gov

David H Fry david.fry@mto.com, julie.lunsford@mto.com

Deanna N. Pihos dpihos@lawmbg.com

Dennis Ojogho dennis.ojogho@doj.ca.gov

E. Martin Estrada Martin.Estrada@mto.com

Edgar Ivan Aguilasocho eaguilasocho@farmworkerlaw.com, brizo@farmworkerlaw.com, mmartinez@farmworkerlaw.com

Gina Bianca Amato gamato@publiccounsel.org

Helia Bidad hbidad@heckerfink.com

Henry David Shreffler henry.shreffler@mto.com

Hydee Rose Feldstein Soto hydee.feldsteinsoto@lacity.org

Jacob Bashyrov Jacob.Bashyrov@usdoj.gov, mandamus.oil@usdoj.gov, Rosa.E.Moreira.Centeno@usdoj.gov

Jacob S Kreilkamp jacob.kreilkamp@mto.com

Jamie Byrne Luma jamie.luma@mto.com

Jason Kyle Zubata jason.k.zubata@usdoj.gov

Jesse Basbaum jesse.basbaum@doj.ca.gov

Jessica Karp Bansal jessica@ndlon.org, mrios@aclusocal.org

Jin Niu jin.niu@mto.com

John L Schwab john.schwab@mto.com, beth.licari@mto.com, dkt-filings@mto.com

Jonathan Robbins jonathan.a.robbins@usdoj.gov, Christopher.J.Lessard@usdoj.gov, Rickeisha.Y.Suite@usdoj.gov

Joshua G. Kolb Joshua@democracydefenders.org

Kaysie Gonzalez kaysie.gonzalez@mto.com

Krista MacNevin Jee kmj@jones-mayer.com, rja@jones-mayer.com, wag@jones-mayer.com

Kyle Anthony Groves kyle.groves@mto.com

Laura Raquel Perry Stone laura.perrystone@mto.com, ramona.salgado@mto.com

Lauren Elisabeth Kuhn lauren.kuhn@mto.com, dkt-filings@mto.com, glenda.hunt@mto.com

Lauren M. Wilfong lwilfong@ndlon.org

Laurie Wiesner laurie.wiesner@usdoj.gov

Liliana Campos lcampos@counsel.lacounty.gov, jmencos@counsel.lacounty.gov

Mack Eric Jenkins mjenkins@heckerfink.com, Docketing@heckerfink.com

Maggie Jane Bushell maggie.bushell@mto.com

Maria Louise Cousineau maria.cousineau@lacity.org, danitza.munoz@lacity.org, Holly.bullard@lacity.org, hydee.feldsteinsoto@lacity.org, michael.bostrom@lacity.org, randall.sommer@lacity.org, shauntal.chapman@lacity.org, shubhra.shivpuri@lacity.org, valerie.flores@lacity.org

Mario G. Martinez mmartinez@farmworkerlaw.com

Mark D Rosenbaum mrosenbaum@publiccounsel.org, jford@publiccounsel.org, rgarcia@publiccounsel.org

Matthew J. Craig mcraig@heckerfink.com, docketing@heckerfink.com, hbidad@heckerfink.com, irobertson@heckerfink.com

Mayra Beatriz Joachin mjoachin@aclusocal.org

Michael J Dundas mike.dundas@lacity.org

Michele Beal Bagneris mbagneris@cityofpasadena.net

Mohammad K. Tajsar mtajsar@aclusocal.org, irdocket@aclusocal.org, jvaldenegro@aclusocal.org, mgarcia@aclusocal.org

Nancy Naseem Safavi nancy.safavi@usdoj.gov, mandamus.oil@usdoj.gov, speciallitigationteam.oil@usdoj.gov

Nicole Amber Davis Tinkham ntinkham@counsel.lacounty.gov, glopez@counsel.lacounty.gov

Norman L. Eisen Norman@democracydefenders.org, docketing@democracydefenders.org

OIL-DCS Trial Attorney oil-dcs.cacd@usdoj.gov, caseview.ecf@usdoj.gov, USACAC.Habeas@usdoj.gov

Randall G Sommer randall.sommer@lacity.org

Rebecca Hansen rebecca.hansen@mto.com

Rebecca Sarah Brown rbrown@publiccounsel.org, ezuniga@publiccounsel.org

Ritu Mahajan rmahajan@publiccounsel.org, jford@publiccounsel.org

Robert Hyungchan Kim bobby.kim@mto.com

Sara H. Worth sara.worth@mto.com, nina.shiraishi@mto.com

Shari Rendall srendall@fairus.org

Shubhra Shivpuri shubhra.shivpuri@lacity.org

Stacy Eva Tolchin Stacy@tolchinimmigration.com, yadira@tolchinimmigration.com

Stephanie Padilla spadilla@aclusocal.org, mgarcia@aclusocal.org

Stephanie Leigh Groff Stephanie.L.Groff@usdoj.gov

Stephen A. Jonas Steve@democracydefenders.org

Tiberius Davis tiberius.davis@usdoj.gov

Valerie L Flores valerie.flores@lacity.org

Victor Roman Leal roman.leal@mto.com, maria.gonzalez@mto.com

Vikas K. Didwania vikas.didwania@ilag.gov

Virginia Grace Davis grace.davisfisher@mto.com, DKT-Filings@mto.com, mark.roberts@mto.com

Wendy Qiuyu Xiao wendy.xiao@mto.com, dkt-filings@mto.com

**2:25-cv-05605-MEMF-SP Notice has been delivered by First Class U. S. Mail or by other means BY THE FILER to :**

The following document(s) are associated with this transaction:

**Document description:**Main Document
**Original filename:**C:\fakepath\Fry Declaration ISO App to Seal.pdf
**Electronic document Stamp:**
[STAMP cacdStamp_ID=1020290914 [Date=10/14/2026] [FileNumber=43812465-0] [1098ffec803cfe0dd946dd44e2d428c11284493660600521ed087829a5756ea75c dfb8944eecb054d0b51c59fcb830013c8cbabddf1ae31cfe455af1c79f6abe]]
**Document description:**Unredacted Document SEALED Exhibit B
**Original filename:**C:\fakepath\Ex B Unredacted CONFIDENTIAL 225-cv-05605-MEMF-SP_Bovino DOJ Search Terms Report .pdf
**Electronic document Stamp:**
[STAMP cacdStamp_ID=1020290914 [Date=10/14/2026] [FileNumber=43812465-1] [515178f52d90277c81278f104456ace4ea7b95bb2505e84bd2484530dcc8741ec9 0bcb8cc8672752ef255b550b878625302c075e2be8f6bec0f4bca723adfa3f]]
**Document description:**Unredacted Document SEALED Exhibit C
**Original filename:**C:\fakepath\Ex C Unredacted 2026-10-14 Bashyrov email RE_ Bovino Search Results .pdf
**Electronic document Stamp:**
[STAMP cacdStamp_ID=1020290914 [Date=10/14/2026] [FileNumber=43812465-2] [b94f5dc71d6bb634f84c786198a63c69466d0015cce3d7b5ee497cbf49ca70f554 30c0e7d4900c393fe3855f796788b2b8494b635c182b707430d07b06b1b47d]]