**UNITED STATES DISTRICT COURT**

**FOR THE DISTRICT OF** **CALIFORNIA, Central District, Western Division**

**Form 1. Notice of Appeal from a Judgment or Order of a United States District Court**

U.S. District Court case number: 2:25-cv-05605-MEMF-SP

Notice is hereby given that the appellant(s) listed below hereby appeal(s) to the United States Court of Appeals for the Ninth Circuit.

Date case was first filed in U.S. District Court: June 20, 2025

Date of judgment or order you are appealing: September 2, 2026

Docket entry number of judgment or order you are appealing: 704, 705, 738, 739

Fee paid for appeal? *(appeal fees are paid at the U.S. District Court)*

○ Yes ◉ No ○ IFP was granted by U.S. District Court

**List all Appellants** *(List **each** party filing the appeal. Do not use "et al." or other abbreviations.)*

Markwayne Mullin, in his official capacity as Secretary, Department of Homeland Security; David J. Venturella, in his official capacity as Acting Director, U.S. Immigration and Customs Enforcement; see attachment for additional appellants

Is this a cross-appeal? ○ Yes ◉ No

If yes, what is the first appeal case number?

Was there a previous appeal in this case? ◉ Yes ○ No

If yes, what is the prior appeal case number? 25-4312; 26-209

Your mailing address (if pro se):

City: State: Zip Code:

Prisoner Inmate or A Number (if applicable):

**Signature** /s/Jonathan Robbins **Date** October 16, 2026

*Complete and file with the attached representation statement in the U.S. District Court*

*Feedback or questions about this form? Email us at forms@ca9.uscourts.gov*

# UNITED STATES COURT OF APPEALS
# FOR THE NINTH CIRCUIT

## Form 6. Representation Statement

*Instructions for this form: http://www.ca9.uscourts.gov/forms/form06instructions.pdf*

**Appellant(s)** *(List **each** party filing the appeal, do not use "et al." or other abbreviations.)*

Name(s) of party/parties:

Markwayne Mullin, in his official capacity as Secretary, Department of Homeland Security; David J. Venturella, in his official capacity as Acting Director, U.S. Immigration and Customs Enforcement; see attachment for additional appellants

Name(s) of counsel (if any):

Brett A. Shumate; Drew C. Ensign; Tiberius Davis; Daniel F. Mummolo; August Flentje; Jonathan Robbins; Aniello DeSimone; Jacob A. Bashyrov; Jason K. Zubata; Stephanie L. Groff; Nancy N. Safavi

Address: P.O. Box 878 Ben Franklin Station, Washington, DC 20044

Telephone number(s): 202-305-8275

Email(s): Jonathan.A.Robbins@usdoj.gov

Is counsel registered for Electronic Filing in the 9th Circuit? ◉ Yes ○ No

---

**Appellee(s)** *(List only the names of parties and counsel who will oppose you on appeal. List separately represented parties separately.)*

Name(s) of party/parties:

Pedro Vasquez Perdomo; Jorge Hernandez Viramontes; United Farm Workers of America; Coalition For Humane Immigrant Rights; Jason Brian Gavidia; Immigrant Defenders Law Center; see attachment for additional appellees

Name(s) of counsel (if any):

Anne Lai; Bree Bernwanger; Brisa Velazquez Oatis; Diana Sanchez; Eva Lucia Bitran; Mark Rosenbaum; Mayra Beatriz Joachin; Rebecca Sarah Brown; Stacy Tolchin; Stephanie Padilla; Mohammad Tajsar

Address: P.O. Box 5479 Irvine, CA 92616-5479

Telephone number(s): 949-824-9894

Email(s): alai@law.uci.edu

*To list additional parties and/or counsel, use next page.*

**Additional Appellants:**

Rodney Scott, in his official capacity as Commissioner, U.S. Customs and Border Protection;

Rosario Pete Vasquez, in his official capacity as Chief of U.S. Border Patrol;

Kash Patel, in his official capacity as Director, Federal Bureau of Investigation;

Todd Blanche, in his official capacity as U.S. Attorney General;

Thomas Giles, in his official capacity as Acting Field Office Director for ICE Los Angeles;

Eddy Wang, in his official capacity as Special Agent in Charge for the Los Angeles, Homeland Security Investigations;

Tom Homan, in his official capacity as Chief Patrol Agent for the El Centro Sector of the U.S. Border Patrol;

Jeffrey D. Stalnaker, in his official capacity as Acting Chief Patrol Agent, San Diego Sector of the U.S. Border Patrol;

Akil Davis, in his official capacity as Assistant Director in Charge, FBI Los Angeles Field Office;

Bilal A. Essayli, in his official capacity as U.S. Attorney for the Central District of California

**Additional Appellees:**

Los Angeles Worker Center Network, Issac Villegas Molina

**Attorneys for Appellees:**

Stacy Tolchin (SBN 217431)
*stacy@tolchinimmigration.com*
Law Offices of Stacy Tolchin
776 E. Green St., Suite 210
Pasadena, CA 91101
Tel: 213-622-7450; Fax: 213-622-7233

Mohammad Tajsar (SBN 280152)
*mtajsar@aclusocal.org*
Mayra Joachin (SBN 306065)
*mjoachin@aclusocal.org*
Eva Bitran (SBN 302081)
*ebitran@aclusocal.org*
Dae Keun Kwon (SBN 313155)
*akwon@aclusocal.org*
Stephanie Padilla (SBN 321568)
*spadilla@aclusocal.org*
ACLU Foundation of Southern California
P.O. Box 811370
Los Angeles, CA 90017-4022
Tel: 213-977-5232; Fax: 213-201-7878

*Counsel for Stop/Arrest Plaintiffs*

Mark Rosenbaum (SBN 59940)
*mrosenbaum@publiccounsel.org*
Rebecca Brown (SBN 345805)
*rbrown@publiccounsel.org*
Ritu Mahajan (SBN 252970)
*rmahajan@publiccounsel.org*
Gina Amato (SBN 215519)
*gamato@publiccounsel.org*
Amanda Mangaser Savage (SBN 325996)
*asavage@publiccounsel.org*
Public Counsel
610 South Ardmore Avenue Los Angeles, CA 90005
Tel: 213-385-2977

*Counsel for All Plaintiffs*

Anne Lai (SBN 295394)
*alai@law.uci.edu*
UC Irvine School of Law Immigration and Racial Justice Solidarity Clinic
P.O. Box 5479
Irvine, CA 92616-5479
Tel: 949-824-9894; Fax: 949-824-2747

*Counsel for Stop/Arrest Plaintiffs*

Jacob S. Kreilkamp (SBN 248210)
*jacob.kreilkamp@mto.com*
David Fry (SBN 189276)
*david.fry@mto.com*
Adam B. Weiss (SBN 296381)
*adam.wess@mto.com*
Sara H. Worth (SBN 341088)
*sara.worth@mto.com*
Henry D. Shreffler (SBN 343388)
*henry.shreffler@mto.com*
Laura R. Perry Stone (SBN 342504)
*laura.perrystone@mto.com*
Lauren E. Kuhn (SBN 343855)
*lauren.kuhn@mto.com*
Maggie Bushell (SBN 354048)
*maggie.bushell@mto.com*
Angela Uribe (SBN 353579)
*angela.uribe@mto.com*
Munger, Tolles & Olson LLP
350 S. Grand Ave., 50th Floor
Los Angeles, CA 90071
Tel: 213-683-9100; Fax: 213-683-9100

*Counsel for Stop/Arrest Plaintiffs*

Bree Bernwanger (SBN 331731)
*bbernwanger@aclunc.org*
American Civil Liberties Union Foundation of Northern California
39 Drumm Street
San Francisco, CA 94111
Tel: 415-621-2493

*Counsel for Stop/Arrest Plaintiffs*

Brisa Velazquez Oatis
(SBN 339132)
*bvoatis@aclu-sdic.org*
ACLU Foundation of

San Diego & Imperial Counties
P.O. Box 87131
San Diego, CA 92138-7131
Tel: 619-398-4199

*Counsel for Stop/Arrest Plaintiffs*

Edgar Aguilasocho (SBN 285567)
*eaguilasocho@farmworkerlaw.com*
Martinez Aguilasocho Law, Inc.
900 Truxtun Ave, Suite 300
Bakersfield, CA 93301
Tel: 661-859-1174
*Counsel for Plaintiff United Farm Workers*

Karp Bansal (SBN 277347)
*Jessica@ndlon.org*
Lauren Michel Wilfong
*lwilfong@ndlon.org*
Jia Fu
*jennifer@ndlon.org*
National Day Laborer Organizing Network
1030 S. Arroyo Parkway, Suite 106
Pasadena, CA 91105
Tel: 626-214-5689

*Counsel for Stop/Arrest Plaintiffs*

Matthew J. Craig (SBN 350030)
*mcraig@heckerfink.com*
Mack E. Jenkins (SBN 242101)
*mjenkins@heckerfink.com*
Hecker Fink LLP
1150 South Olive Street, Suite 10-140
Los Angeles, CA 90015
Tel: 212-763-0883; Fax: 212-564-0883

*Counsel for Access/Conditions Plaintiffs*

Carl Bergquist
*cbergquist@chirla.org*
Coalition for Humane Immigrant Rights
2351 Hempstead Road
Ottawa Hills, OH 43606
Tel: 310-279-6025

*Counsel for Plaintiff Coalition for Humane Immigrant Rights*

Alvaro M. Huerta (SBN 274787)
*ahuerta@immdef.org*
Brynna Bolt (SBN 339378)
*bbolt@immdef.org*
Alison Steffel (SBN 346370)
*asteffel@immdef.org*
Immigrant Defenders Law Center
634 S. Spring St., 10th Floor
Los Angeles, CA 90014
Tel: 213-634-0999

*Counsel for Plaintiff Immigrant Defenders Law Center*

**CERTIFICATE OF SERVICE**

I hereby certify that on October 16, 2026, I served this Notice of Appeal on all counsel of record by means of the Court's CM/ECF electronic filing system.


*/s/ Jonathan Robbins*
Jonathan Robbins
Assistant Director
Office of Immigration Litigation
Department of Justice
(202) 305-8275
Jonathan.A.Robbins@usdoj.gov
*Counsel for Defendants*