FILED
CLERK, U.S. DISTRICT COURT
10/14/26
CENTRAL DISTRICT OF CALIFORNIA
BY CS DEPUTY
DOCUMENT SUBMITTED THROUGH THE ELECTRONIC DOCUMENT SUBMISSION SYSTEM

ARNOLDO ANTONIO GARCIA
A 073 929 240
ANTONIO DE JESUS RIVERA GOMEZ
A 204 735 125
JORGE TEJADA RUVALCABA
A 219 284 078
ANGEL ESTRADA
A 246 061 966
RUTILIO OLIVARES BARAJAS
A 221 462 883
JOSE CRUZ GOMEZ SANCHEZ
A 246 062 037
ISIAS HUERTA MARTINEZ
A 221 462 907
ADELANTO DETENTION CENTER
10400 Rancho Rd.
Adelanto, CA., 92301

Intervenpr-Plaintiffs in Pro Se.

**UNITED STATES DISTRICT COURT,**

**CENTRAL DISTRICT OF CALIFORNIA.**

| | |
|---|---|
| PEDRO VASQUEZ PERDOMO, CARLOS ALEXANDER OSORTO, ISAAC VILLEGAS MOLINA, JORGE HERNANDEZ VIRAMONTES, JASON BRIAN GAVIDIA, COALITION FOR HUMANE IMMIGRANT RIGHTS, IMMIGRANT DEFENDERS LAW CENTER, LOS ANGELES WORKER CENTER NETWORK, UNITED FARM WORKERS,<br><br>Plaintiffs,<br><br>v.<br><br>MARKWAYNE MULLIN, Secretary, Department of Homeland Security, TODD BLANCHE, Attorney General, IMMIGRATION AND CUSTOMS ENFORCEMENT, TODD LYONS, Acting Los Angeles Field Office Director, Immigration and Customs Enforcement, ERNESTO SANTACRUZ, JR., Acting Field Office Director for Los Angeles, U.S. Immigration and Customs Enforcement, EDDY WANG, Special Agent in Charge for Los Angeles, Homeland Security | Case No.: 2:25-CV-5605- MEMF(SPx)<br><br>MOTION TO INTERVENE IN ACTION AFFECTING INTERVENORS' RIGHTS.<br>Motion Date: Feb. 4, 2027.<br>Time: 10:00 a. m.<br>Room: 8B.<br>Discovery Cut-Off: None.<br>Motion Cut-Off: None.<br>Trial Date: None. |



ARNOLDO ANTONIO GARCIA
A 073 929 240
ADELANTO DETENTION CENTER
10400 Rancho Rd.
Adelanto, CA., 92301

Investigatons, U.S. Immigration and Customs Enforcement, RODNEY S. SCOT, Commissioner, U.S. Customs and Border Patrol, MICHAEL W. BANKS, Chief of U.S. Border Patrol, JEFFEREY D. STALNAKER, Acting Chief Patrol Agent, San Diego Sector of the U.S. Border Patrol, GREGORY K. BOVINO, Chief Patrol Agent for El Centro Sector of the U.S. Border Patrol, KASH PATEL, Director, Federal Bureau of Investigation, AKIL DAVIS, Assistant Director in Charge, Los Angeles Office, Federal Bureau of Investigation, BILAL A. ESSAYLI, U.S. Special Assistant Attorney for the Central District of California,

Defendants,

CITY OF LOS ANGELES, COUNTY OF LOS ANGELES, CITY OF ANAHEIM, CITY OF BELL GARDENS, CITY OF BEVERLY HILLS, CITY OF CARPINTERIA, CITY OF COSTA MESA, CITY OF CULVER CITY, CITY OF FULLERTON, CITY OF GOLETA, CITY OF HUNTINGTON PARK, CITY OF LONG BEACH, CITY OF LYNWOOD, CITY OF MONTEBELLO, CITY OF MONTEREY PARK, CITY OF OXNARD, CITY OF PARAMOUNT, CITY OF PASADENA, CITY OF PICO RIVERA, CITY OF POMONA, CITY OF SANTA ANA, CITY OF SANTA BARBARA, CITY OF SANTA MONICA, CITY OF SOUTH GATE, CITY OF WEST HOLLYWOOD, STATE OF CALIFORNIA, STATE OF ILLINOIS,

Intervenor-Plaintiffs,

ARNOLDO ANTONIO GARCIA, ANTONIO DE JESUS RIVERA GOMEZ, JORGE TEJADA RUVALCABA, ANGEL ESTRADA, RUTILIO OLIVARES BARAJAS, JOSE CRUZ GOMEZ SANCHEZ, ISIAS HUERTA MARTINEZ,

Proposed Intervenor-Plaintiffs,

///



ARNOLDO ANTONIO GARCIA
A 073 929 240
ADELANTO DETENTION CENTER
10400 Rancho Rd.
Adelanto, CA., 92301

**TO THE COURT, ALL PARTIES, AND THEIR COUNSEL OF RECORD:**

PLEASE TAKE NOTICE that Proposed Intervenor-Plaintiffs Arnoldo Antonio Garcia, Antonio De Jesus Rivera Gomez, Jorge Tejada Ruvalcaba, Angel Estrada, Rutilio Olivares Barajas, Jose Cruz Gomez Sanchez, and Isias Huerta Martinez (collectively, "Proposed Intervenors"), appearing in pro se, hereby move this Court, pursuant to Federal Rule of Civil Procedure 24, for an order granting them leave to intervene as plaintiffs in the above-entitled action.

This Motion is made on the grounds that Proposed Intervenors have a significant interest in the subject matter of this litigation relating to the lawfulness of warrantless immigration arrests, the Government's alleged Escape Risk Policy, detention practices, and related constitutional and statutory violations; that disposition of the action may as a practical matter impair or impede their ability to protect that interest; that their interest is not adequately represented by the existing parties; and that intervention is timely. In the alternative, Proposed Intervenors seek permissive intervention under Rule 24(b).

///

///

///

///

///

///

///



ARNOLDO ANTONIO GARCIA
A 073 929 240
ADELANTO DETENTION CENTER
10400 Rancho Rd.
Adelanto, CA., 92301

This Motion is based upon this Notice of Motion, the accompanying Memorandum of Points and Authorities, the [Proposed] Petition for Writ of Habeas Corpus and Complaint for Declaratory and Injunctive Relief and for Violations of Civil Code § 53.8 lodged herewith as Exhibit A, the [Proposed] Motion for Preliminary Injunction lodged herewith as Exhibit B, the records and files in this action, and such further evidence and argument as may be presented at any hearing on this Motion.

Dated this 13th day of October, 2026

By: *Arnoldo Antonio Garcia*
ARNOLDO ANTONIO GARCIA
A 073 929 240
ADELANTO DETENTION CENTER
10400 Rancho Rd.
Adelanto, CA., 92301
Plaintiff in Pro Se.

Dated this 13th day of October, 2026

By: *Antonio De Jesus Rivera Gomez*
ANTONIO DE JESUS RIVERA GOMEZ
A 204 735 125
ADELANTO DETENTION CENTER
10400 Rancho Rd.
Adelanto, CA., 92301
Plaintiff in Pro Se.

Dated this 13th day of October, 2026

By: Jorge Tejada Ruvalcaba
JORGE TEJADA RUVALCABA
A 219 284 078
ADELANTO DETENTION CENTER
10400 Rancho Rd.
Adelanto, CA., 92301
Plaintiff in Pro Se.

Dated this 13th day of October, 2026

By: Angel Estrada
ANGEL ESTRADA
A 246 061 966
ADELANTO DETENTION CENTER
10400 Rancho Rd.
Adelanto, CA., 92301
Plaintiff in Pro Se.

Dated this 13th day of October, 2026

By: Rutilio Olivares Barajas
RUTILIO OLIVARES BARAJAS
A 221 462 883
ADELANTO DETENTION CENTER
10400 Rancho Rd.
Adelanto, CA., 92301
Plaintiff in Pro Se.



ARNOLDO ANTONIO GARCIA
A 073 929 240
ADELANTO DETENTION CENTER
10400 Rancho Rd.
Adelanto, CA., 92301

Dated this 13th day of October, 2026

By: *Jose Cruz Gomez Sanchez*

JOSE CRUZ GOMEZ SANCHEZ
A 246 062 037
ADELANTO DETENTION CENTER
10400 Rancho Rd.
Adelanto, CA., 92301
Plaintiff in Pro Se.

Dated this 13th day of October, 2026

By: *Isias Huerta Martinez*

ISIAS HUERTA MARTINEZ
A 221 462 907
ADELANTO DETENTION CENTER
10400 Rancho Rd.
Adelanto, CA., 92301
Plaintiff in Pro Se.



ARNOLDO ANTONIO GARCIA
A 073 929 240
ADELANTO DETENTION CENTER
10400 Rancho Rd.
Adelanto, CA., 92301

# MEMORANDUM OF POINTS AND AUTHORITIES IN SUPPORT OF MOTION TO INTERVENE

## I. INTRODUCTION

Proposed Intervenors are seven individuals currently detained at the Adelanto Detention Center in Adelanto, California, following warrantless arrests by immigration enforcement officers in the Central District of California in or about August 2026. They allege that their arrests and continued detention violate 8 U.S.C. § 1357(a)(2), 8 C.F.R. § 287.8(c), the Fourth and Fifth Amendments, and related authorities, including the absence of probable cause, the absence of an individualized flight-risk determination, and the failure of officers to identify themselves and state the basis for the arrest. These allegations track closely the claims and the Government's alleged "Escape Risk Policy" that this Court has already preliminarily enjoined in part. See Dkt. No. 738 (Amended Order Granting in Part Plaintiffs' Motion for Preliminary Injunction Re: Warrantless Arrests).

Proposed Intervenors seek leave to intervene so that they may pursue habeas corpus relief under 28 U.S.C. § 2241, declaratory and injunctive relief against transfer or removal, and related civil rights claims arising from the same pattern of alleged unlawful warrantless arrests and detention practices at issue in this action. Intervention will promote judicial economy, avoid duplicative litigation, and ensure that individuals who are presently suffering the precise harms challenged in this case may be heard.

## II. FACTUAL AND PROCEDURAL BACKGROUND

This action challenges certain immigration enforcement practices in the greater Los Angeles area, including alleged warrantless arrests conducted without a determination that the individual is likely to escape before a warrant can be obtained. On September 2, 2026, this Court issued an Amended Order granting in part a preliminary



ARNOLDO ANTONIO GARCIA
A 073 929 240
ADELANTO DETENTION CENTER
10400 Rancho Rd.
Adelanto, CA., 92301

injunction requiring, among other things, that designated immigration officers make and document an individualized flight-risk determination before effecting a warrantless arrest. Dkt. No. 738.

Proposed Intervenors were arrested in the Central District of California in or about August 2026 under circumstances they allege were substantially similar: agents in dark green vests marked "POLICE" (and at least one marked "ICE"), masked, armed, and acting aggressively, surrounded and handcuffed them without warrants, without probable cause that they were unlawfully present, without an individualized flight-risk finding, and without identifying themselves as immigration officers or stating the basis for the arrest. They were transported to Adelanto Detention Center, where they remain in custody and face imminent transfer outside the district and removal proceedings. Their families are located in the Central District. Not all have counsel in their removal proceedings.

The detailed factual allegations appear in the [Proposed] Petition for Writ of Habeas Corpus and Complaint for Declaratory and Injunctive Relief and for Violations of Civil Code § 53.8, which is lodged concurrently as Exhibit A and incorporated herein by reference.

## III. LEGAL STANDARD

### A. Intervention of Right (Rule 24(a)(2))

Rule 24(a)(2) requires the Court to permit intervention when the applicant (1) files a timely motion, (2) claims an interest relating to the property or transaction that is the subject of the action, (3) is so situated that disposing of the action may as a practical matter impair or impede the applicant's ability to protect that interest, and (4) is not adequately represented by existing parties. Fed. R. Civ. P. 24(a)(2); see also *Wilderness*



ARNOLDO ANTONIO GARCIA
A 073 929 240
ADELANTO DETENTION CENTER
10400 Rancho Rd.
Adelanto, CA., 92301

*Soc'y v. U.S. Forest Serv.,* 630 F.3d 1173, 1177 (9th Cir. 2011). The Ninth Circuit interprets these requirements liberally in favor of intervention. *Id.*

**B. Permissive Intervention (Rule 24(b))**

Under Rule 24(b), the Court may permit intervention when the applicant has a claim or defense that shares a common question of law or fact with the main action, and the intervention will not unduly delay or prejudice the adjudication of the original parties' rights. Fed. R. Civ. P. 24(b)(1)(B), (b)(3).

## IV. ARGUMENT

### *A. The Motion Is Timely*

Timeliness is evaluated by reference to the stage of the proceedings, the prejudice that intervention would cause to existing parties, and the length of and reason for any delay. *United States v. Oregon,* 745 F.2d 550, 552 (9th Cir. 1984). This action remains in its early-to-middle stages. A preliminary injunction addressing the core Escape Risk Policy has only recently issued (September 2, 2026). Proposed Intervenors were detained in August 2026 and have acted promptly upon learning of the pendency of this related litigation and the Court's preliminary injunction. No discovery cutoff or trial date has been set that would be disrupted by their joinder, and their participation will not delay resolution of the existing claims.

### *B. Proposed Intervenors Have a Significantly Protectable Interest*

Proposed Intervenors' interest is direct and concrete: their liberty. They claim that the same alleged unlawful practices—warrantless arrests without flight-risk determinations, without probable cause, and without required identification—resulted in their detention and continue to expose them to transfer and removal. This interest is the



ARNOLDO ANTONIO GARCIA
A 073 929 240
ADELANTO DETENTION CENTER
10400 Rancho Rd.
Adelanto, CA., 92301

precise subject matter of the preliminary injunction already entered and of several counts in the operative complaint. See Dkt. No. 485 (Second Amended Complaint); Dkt. No. 738. An interest in the legality of the very practices that caused and maintain one's detention is plainly "significantly protectable."

### *C. Disposition of the Action May Impair Proposed Intervenors' Ability to Protect Their Interest*

A judgment or further injunctive orders in this action will necessarily speak to the lawfulness of the Escape Risk Policy and related arrest and detention practices. If Proposed Intervenors are excluded, they risk inconsistent adjudications, the practical application of stare decisis or issue preclusion on questions central to their habeas and civil rights claims, and the loss of the opportunity to seek coordinated injunctive relief (including against transfer outside the district) in the same forum that is already supervising the Government's compliance. The Ninth Circuit has recognized that such practical impairment supports intervention of right.

### *D. Existing Parties Do Not Adequately Represent Proposed Intervenors' Interest*

The existing plaintiffs include organizational plaintiffs and a limited number of individual plaintiffs whose circumstances, while related, are not identical to those of the Proposed Intervenors (who are currently detained at Adelanto following August 2026 arrests and who seek individual habeas relief for release). Proposed Intervenors have a distinct, personal interest in immediate release or protection from transfer/removal that may not be fully coextensive with the organizations' broader programmatic interests or with the claims of the original individual plaintiffs. The burden of showing inadequate representation is minimal; any difference in the strength of the interest or in the preferred



ARNOLDO ANTONIO GARCIA
A 073 929 240
ADELANTO DETENTION CENTER
10400 Rancho Rd.
Adelanto, CA., 92301

remedy is sufficient. See *Trbovich v. United Mine Workers,* 404 U.S. 528, 538 n.10 (1972); *California ex rel. Lockyer v. United States,* 450 F.3d 436, 444 (9th Cir. 2006).

### *E. In the Alternative, Permissive Intervention Is Warranted*

Even if the Court were to find that one of the Rule 24(a) elements is not satisfied, permissive intervention under Rule 24(b) is appropriate. Proposed Intervenors' claims share common questions of law and fact with the existing action: the interpretation and application of 8 U.S.C. § 1357(a)(2) and 8 C.F.R. § 287.8(c), the existence and lawfulness of the Escape Risk Policy, the requirements of the Fourth and Fifth Amendments in the immigration-arrest context, and the propriety of related injunctive and declaratory relief. Allowing intervention will not unduly delay the proceedings or prejudice the original parties; rather, it will promote efficiency by consolidating related challenges to the same practices in a single action already pending before this Court.

## V. CONCLUSION

For the foregoing reasons, Proposed Intervenors respectfully request that the Court grant this Motion, permit them to intervene as plaintiffs, and allow the filing of their proposed Complaint in Intervention (Exhibit A).

Dated this 13th day of October, 2026

By: *Arnoldo Antonio Garcia*

ARNOLDO ANTONIO GARCIA
A 073 929 240
ADELANTO DETENTION CENTER
10400 Rancho Rd.
Adelanto, CA., 92301
Plaintiff in Pro Se.

Dated this 13th day of October, 2026

By: Antonio De Jesus Rivera Gomez
ANTONIO DE JESUS RIVERA GOMEZ
A 204 735 125
ADELANTO DETENTION CENTER
10400 Rancho Rd.
Adelanto, CA., 92301
Plaintiff in Pro Se.

Dated this 13th day of October, 2026

By: Jorge Tejada Ruvalcaba
JORGE TEJADA RUVALCABA
A 219 284 078
ADELANTO DETENTION CENTER
10400 Rancho Rd.
Adelanto, CA., 92301
Plaintiff in Pro Se.

Dated this 13th day of October, 2026

By: Angel Estrada
ANGEL ESTRADA
A 246 061 966
ADELANTO DETENTION CENTER
10400 Rancho Rd.
Adelanto, CA., 92301
Plaintiff in Pro Se.

Dated this 13th day of October, 2026

By: *Rutilio Olivares Barajas*
RUTILIO OLIVARES BARAJAS
A 221 462 883
ADELANTO DETENTION CENTER
10400 Rancho Rd.
Adelanto, CA., 92301
Plaintiff in Pro Se.

Dated this 13th day of October, 2026

By: *Jose Cruz Gomez Sanchez*
JOSE CRUZ GOMEZ SANCHEZ
A 246 062 037
ADELANTO DETENTION CENTER
10400 Rancho Rd.
Adelanto, CA., 92301
Plaintiff in Pro Se.

Dated this 13th day of October, 2026

By: *Isias Huerta Martinez*
ISIAS HUERTA MARTINEZ
A 221 462 907
ADELANTO DETENTION CENTER
10400 Rancho Rd.
Adelanto, CA., 92301
Plaintiff in Pro Se.



ARNOLDO ANTONIO GARCIA
A 073 929 240
ADELANTO DETENTION CENTER
10400 Rancho Rd.
Adelanto, CA., 92301