Office of the Clerk
**United States Court of Appeals for the Ninth Circuit**
Post Office Box 193939
San Francisco, California 94119-3939
415-355-8000

Molly C. Dwyer
Clerk of Court

FILED

OCT 16 2026

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

## PRELIMINARY INJUNCTION TIME SCHEDULE NOTICE

| | |
|---|---|
| Docket Number: | 26-6891 |
| Originating Case Number: | 2:25-cv-05605-MEMF-SP |
| Short Title: | Vasquez Perdomo, et al. v. Scott, et al. |

Dear Appellant/Counsel

The United States Court of Appeals for the Ninth Circuit has received a copy of your notice of appeal and assigned the docket number above to your case.

Please include this docket number on every filing you submit and in any communication you have with the court about this case. If you are ordering any transcript from the lower court, please give the docket number to the court reporter right away.

Motions filed with the notice of appeal are not transferred to this court. You need to separately file on this court's docket any motion that seeks relief from this court.

You must file a Disclosure Statement (Form 34) within 14 days of this notice if your case: (1) involves a corporation, association, joint venture, partnership, limited liability company, or similar entity; (2) is a bankruptcy case; (3) is a criminal case with an organizational victim; or (4) involves review of state court proceedings. *See* Ninth Circuit Rule 26-1.1.

**Failure to timely file the opening brief may also result in your case being dismissed.**

**Please read the enclosed materials carefully.**

Office of the Clerk
**United States Court of Appeals for the Ninth Circuit**
Post Office Box 193939
San Francisco, California 94119-3939
415-355-8000

Molly C. Dwyer
Clerk of Court

## PRELIMINARY INJUNCTION TIME SCHEDULE NOTICE

| | |
|---|---|
| Docket Number: | 26-6891 |
| Originating Case Number: | |
| Case Title: | Vasquez Perdomo, et al. v. Scott, et al. |

**10/21/2026**

| | |
|---|---|
| Markwayne Mullin | Mediation Questionnaire due |
| Bilal A. Essayli | Mediation Questionnaire due |
| Rodney S. Scott | Mediation Questionnaire due |
| Eddy Wang | Mediation Questionnaire due |
| Jeffrey D. Stalnaker | Mediation Questionnaire due |
| Todd M. Lyons | Mediation Questionnaire due |
| Rosario Pete Vasquez | Mediation Questionnaire due |
| Kash Patel | Mediation Questionnaire due |
| Thomas Giles | Mediation Questionnaire due |
| Akil Davis | Mediation Questionnaire due |
| United States Immigration and Customs Enforcement | Mediation Questionnaire due |
| Todd Blanche | Mediation Questionnaire due |
| Tom Homan | Mediation Questionnaire due |

**10/30/2026**

| | |
|---|---|
| Thomas Giles | Corporate Disclosure Statement due |
| Isaac Villegas Molina | Corporate Disclosure Statement due |
| City of Santa Monica | Corporate Disclosure Statement due |
| Markwayne Mullin | Corporate Disclosure Statement due |

| | |
|---|---|
| City of Montebello | Corporate Disclosure Statement due |
| Todd M. Lyons | Corporate Disclosure Statement due |
| Los Angeles Worker Center Network | Corporate Disclosure Statement due |
| Todd Blanche | Corporate Disclosure Statement due |
| United Farm Workers of America | Corporate Disclosure Statement due |
| City of Los Angeles | Corporate Disclosure Statement due |
| Immigrant Defenders Law Center | Corporate Disclosure Statement due |
| Pedro Vasquez Perdomo | Corporate Disclosure Statement due |
| City of Monterey Park | Corporate Disclosure Statement due |
| Tom Homan | Corporate Disclosure Statement due |
| Carlos Alexander Osotro | Corporate Disclosure Statement due |
| Bilal A. Essayli | Corporate Disclosure Statement due |
| Coalition for Humane Immigrant Rights | Corporate Disclosure Statement due |
| Rosario Pete Vasquez | Corporate Disclosure Statement due |
| City of Culver City | Corporate Disclosure Statement due |
| County of Los Angeles | Corporate Disclosure Statement due |
| City of Pico Rivera | Corporate Disclosure Statement due |
| City of Pasadena | Corporate Disclosure Statement due |
| Jorge Hernandez Viramontes | Corporate Disclosure Statement due |
| United States Immigration and Customs Enforcement | Corporate Disclosure Statement due |
| Kash Patel | Corporate Disclosure Statement due |
| Jeffrey D. Stalnaker | Corporate Disclosure Statement due |
| Rodney S. Scott | Corporate Disclosure Statement due |
| City of West Hollywood | Corporate Disclosure Statement due |
| Eddy Wang | Corporate Disclosure Statement due |
| Jason Brian Gavidia | Corporate Disclosure Statement due |
| Akil Davis | Corporate Disclosure Statement due |

**11/13/2026**

| | |
|---|---|
| Todd M. Lyons | Preliminary Injunction Opening Brief Due |
| Rodney S. Scott | Preliminary Injunction Opening Brief Due |
| Markwayne Mullin | Preliminary Injunction Opening Brief Due |
| Eddy Wang | Preliminary Injunction Opening Brief Due |
| Kash Patel | Preliminary Injunction Opening Brief Due |
| Rosario Pete Vasquez | Preliminary Injunction Opening Brief Due |

| | |
|---|---|
| Akil Davis | Preliminary Injunction Opening Brief Due |
| Todd Blanche | Preliminary Injunction Opening Brief Due |
| Thomas Giles | Preliminary Injunction Opening Brief Due |
| Jeffrey D. Stalnaker | Preliminary Injunction Opening Brief Due |
| Tom Homan | Preliminary Injunction Opening Brief Due |
| United States Immigration and Customs Enforcement | Preliminary Injunction Opening Brief Due |
| Bilal A. Essayli | Preliminary Injunction Opening Brief Due |

**12/11/2026**

| | |
|---|---|
| City of Culver City | Preliminary Injunction Answering Brief Due |
| Jason Brian Gavidia | Preliminary Injunction Answering Brief Due |
| County of Los Angeles | Preliminary Injunction Answering Brief Due |
| City of Santa Monica | Preliminary Injunction Answering Brief Due |
| City of Los Angeles | Preliminary Injunction Answering Brief Due |
| Isaac Villegas Molina | Preliminary Injunction Answering Brief Due |
| City of Montebello | Preliminary Injunction Answering Brief Due |
| Los Angeles Worker Center Network | Preliminary Injunction Answering Brief Due |
| United Farm Workers of America | Preliminary Injunction Answering Brief Due |
| City of Monterey Park | Preliminary Injunction Answering Brief Due |
| Immigrant Defenders Law Center | Preliminary Injunction Answering Brief Due |
| City of West Hollywood | Preliminary Injunction Answering Brief Due |
| Pedro Vasquez Perdomo | Preliminary Injunction Answering Brief Due |

| | |
|---|---|
| City of Pico Rivera | Preliminary Injunction Answering Brief Due |
| Jorge Hernandez Viramontes | Preliminary Injunction Answering Brief Due |
| Carlos Alexander Osotro | Preliminary Injunction Answering Brief Due |
| City of Pasadena | Preliminary Injunction Answering Brief Due |
| Coalition for Humane Immigrant Rights | Preliminary Injunction Answering Brief Due |

If there were reported hearings, the parties shall designate and, if necessary, cross-designate the transcripts pursuant to 9th Cir. R. 10-3. If there were no reported hearings, the transcript deadlines do not apply.

The optional reply may be filed within 21 days of service of the answering brief. See Fed. R. App. P. 31 and 9th Cir. R. 31-2.1.

Mediation Questionnaire is available here. More information about the Mediation Program is available here.

**If the opening brief is not filed by the deadline, the court may dismiss this case. *See* 9th Cir. R. 42-1.**