UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

# TRANSCRIPT ORDER FORM

**Please use one form per court reporter per case, and contact court reporter directly immediately after e-filing form.** ***(Additional instructions on next page.)***

COURT USE ONLY
**DUE DATE:**

| | | | | | |
|---|---|---|---|---|---|
| 1a. Contact Person for this Order | Nina Shiraishi | 2a. Contact Phone Number | 213-593-2477 | 3a. Contact E-mail Address | nina.shiraishi@mto.com |
| 1b. Attorney Name (if different) | Sara Worth | 2b. Attorney Phone Number | 213-683-9599 | 3b. Attorney E-mail Address | sara.worth@mto.com |

4. MAILING ADDRESS (INCLUDE LAW FIRM NAME, IF APPLICABLE)

Sara H. Worth
MUNGER, TOLLES & OLSON LLP
350 S Grand Avenue, Fl. 50
Los Angeles, CA 90071

5. Name & Role of Party Represented: Plaintiffs Pedro Vazquez Perdomo, et al.

6. Case Name: Pedro Vazquez Perdomo, et al. v. Markwayne Mullin, et al.

7a. District Court Case Number: 2:25-cv-05605

7b. Appeals Court Case Number:

8. INDICATE WHETHER PROCEEDING WAS (*choose only one per form*):

☒ DIGITALLY RECORDED ☐ TRANSCRIBED BY A COURT REPORTER; NAME OF COURT REPORTER:

9. THIS TRANSCRIPT ORDER IS FOR: ☐ Appeal ☒ Non-Appeal | ☐ Criminal ☒ Civil | ☐ CJA ☐ USA ☐ FPD ☐ In forma pauperis (Court order for transcripts must be attached)

10. TRANSCRIPT(S) REQUESTED (Specify portion(s) and date(s) of proceeding(s) for which transcript is requested, format(s), and delivery type): *You MUST check the docket to see if the transcript has already been filed, and if so, provide the "Release of Transcript Restriction" date in column c, below.*

a. HEARING(S) OR PORTIONS OF HEARINGS (*Attach additional pages if necessary. If sealed, a court order releasing transcript to the ordering party must be attached here or emailed to transcripts_cacd@cacd.uscourts.gov.*)

b. SELECT FORMAT(S) *(CM/ECF access included with purchase of transcript.)*

c. RELEASE OF TRANS. RESTRICTION DATE

d. DELIVERY TYPE 30-day, 14-day, 7-day, 3-day, Daily, Hourly

| HEARING DATE | Minute Order Docket# (if available) | JUDGE (name) | PROCEEDING TYPE / PORTION If requesting less than full hearing, specify portion (e.g., witness or time). CJA orders: indicate if openings, closings, voir dire, or instructions requested. | PDF (email) | TEXT / ASCII (email) | PAPER | CONDEN-SED (email) | CM/ECF ACCESS (web) | WORD INDEXING | (Provide release date of efiled transcript, or check to certify none yet on file.) | (Check with court reporter before choosing any delivery time sooner than "Ordinary-30.") |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 10/16/2026 | 796 | Pym | Discovery Status Conference | ● | ○ | ○ | ○ | ○ | ○ | ○ ______ | DAILY (Next day) |
| | | | | ○ | ○ | ○ | ○ | ○ | ○ | ○ ______ | |
| | | | | ○ | ○ | ○ | ○ | ○ | ○ | ○ ______ | |
| | | | | ○ | ○ | ○ | ○ | ○ | ○ | ○ ______ | |
| | | | | ○ | ○ | ○ | ○ | ○ | ○ | ○ ______ | |

11. ADDITIONAL COMMENTS, INSTRUCTIONS, QUESTIONS, ETC. *CJA Orders: Explain necessity of non-appeal orders, orders for transcripts of proceedings involving only a co-defendant, & special authorizations to be requested in Section 14 of CJA-24 Voucher (attach additional pages if needed).*

12. ORDER & CERTIFICATION. By signing below, I certify that I will pay all charges (deposit plus additional), or, where applicable, promptly take all necessary steps to secure payment under the Criminal Justice Act.

Date: October 20, 2026 Signature: /s/ Sara H. Worth