**UNITED STATES DISTRICT COURT**
**FOR THE CENTRAL DISTRICT OF CALIFORNIA**

Pedro VASQUEZ PERDOMO, *et al.*,

Plaintiffs,

v.

Markwayne MULLIN, in his official capacity as Secretary, Department of Homeland Security, *et al.*,

Defendants.

Case No.: 2:25-cv-05605-MEMF-SP

***DISCOVERY MATTER***

**[PROPOSED] ORDER GRANTING PLAINTIFFS' MOTION TO COMPEL DISCOVERY [ECF NO. 809]**

On October 23, 2026, Plaintiffs Coalition for Humane Immigrant Rights and Immigrant Defenders Law Center (together, the "Access/Detention Plaintiffs") filed a motion to compel discovery in this action.

The Court, having considered the Access/Detention Plaintiffs' motion and finding good cause, hereby GRANTS the application and ORDERS as follows:

1. General Objection No. 7(c) asserted by Defendants U.S. Customs and Border Protection ("CBP") and the Department of Homeland Security ("DHS") is overturned.
2. All Defendants shall serve revised responses and objections that comply with Federal Rule of Civil Procedure 34(b)(2)(C) within fourteen (14) days of this Order. For each request to which Defendants assert an objection, Defendants shall state with specificity whether any responsive materials are being withheld on the basis of that objection.
3. Defendants shall apply the following reasonable date ranges when searching for and producing responsive documents:
    a. For RFP Nos. 5, 18, 23, 30, 35, and 38, Defendants shall search for and produce responsive documents with a start date of January 1, 2025.
    b. For RFP Nos. 2, 6-7, 11-12, 14-16, 20-22, 24-25, 31-34, 36, 39-41, and 53, Defendants shall search for and produce responsive documents through the present date.
    c. For RFP Nos. 4, 13, 17, 26, and 42-43, Defendants shall search for and produce responsive documents with a start date of January 1, 2025.
4. Defendants shall begin rolling productions of responsive, nonprivileged documents within fourteen (14) days of this Order and shall complete all productions on a rolling basis thereafter. The first production shall include RFP Nos. 1-4, 7, 13, 17, 26, 29, 40, and 42-44.
    - 1. "All national policies, procedures, manuals, guidance, memoranda, directives, and training materials concerning [conditions of

confinement and access to counsel].”

- 2. “All policies, procedures, manuals, guidance, memoranda, directives, and training materials concerning [conditions of confinement and access to counsel at B-18].”
- 3. “All policies, procedures, manuals, guidance, memoranda, directives, and training materials that mention, or were created for or in connection with, ‘Operation At Large.’”
- 4. “Documents sufficient to show all categories of people who are or are not permitted to be detained at B-18.”
- 7. “All I-213s for individuals who have been or are being detained at B-18.”
- 13. “Documents sufficient to show whether private spaces are available for legal visits and … calls[,] whether a confidential phone line is available for legal … calls, at the Santa Ana federal facility[,] and when [they] became available to individuals detained.”
- 17. “Documents sufficient to show any list of free legal service providers that Defendants have made available to individuals detained at B-18, and how, when, and where any such list has been made available.”
- 26. “Documents sufficient to show the number of attempted and successful attorney visits at B-18 on [certain dates].”
- 29. “All video footage, from cameras around B-18 depicting protests or riots on [certain dates].”
- 40. “Documents sufficient to show the organizational and command structure for Defendants’ operations at B-18.”
- 42. “Documents sufficient to show the layout of B-18, including each room and its purpose as well as each hallway, intercom, and video camera.”

- 43. "Documents sufficient to show the locations and serial numbers of … all video cameras from B-18 and from around B-18, as well as the federal agency or agencies that own, operate, or otherwise control each camera."
- 44. "Documents sufficient to show Defendants' policies or practices concerning the retention or destruction of documents or data potentially relevant to this Action, including but not limited to footage from video cameras at B-18 and cameras around B-18."

IT IS SO ORDERED.

Dated:

Hon. Sheri Pym
United States Magistrate Judge