STACY TOLCHIN (SBN 217431)
*stacy@tolchinimmigration.com*
LAW OFFICES OF STACY TOLCHIN
776 E. Green St., Suite 210
Pasadena, CA 91101
Tel: 213-622-7450; Fax: 213-622-7233

MOHAMMAD TAJSAR (SBN 280152)
*mtajsar@aclusocal.org*
MAYRA JOACHIN (SBN 306065)
*mjoachin@aclusocal.org*
DAE KEUN KWON (SBN 313155)
*akwon@aclusocal.org*
STEPHANIE PADILLA (SBN 321568)
*spadilla@aclusocal.org*
ALYSSA MORONES (SBN 343358)
*amorones@aclusocal.org*
ACLU FOUNDATION OF SOUTHERN CALIFORNIA
P.O. Box 811370
Los Angeles, CA 90081
Tel: 213-977-5232; Fax: 213-201-7878

*Counsel for Stop/Arrest Plaintiffs*

(*Additional counsel listed on next page*)

MARK ROSENBAUM (SBN 59940)
*mrosenbaum@publiccounsel.org*
REBECCA BROWN (SBN 345805)
*rbrown@publiccounsel.org*
RITU MAHAJAN (SBN 252970)
*rmahajan@publiccounsel.org*
GINA AMATO (SBN 215519)
*gamato@publiccounsel.org*
AMANDA MANGASER SAVAGE (SBN 325996)
*asavage@publiccounsel.org*
PUBLIC COUNSEL
610 South Ardmore Avenue
Los Angeles, CA 90005
Tel: 213-385-2977

*Counsel for All Plaintiffs*

ANNE LAI (SBN 295394)
*alai@law.uci.edu*
UC IRVINE SCHOOL OF LAW IMMIGRANT AND RACIAL JUSTICE SOLIDARITY CLINIC
P.O. Box 5479
Irvine, CA 92616-5479
Tel: 949-824-9894; Fax: 949-824-2747

*Counsel for Stop/Arrest Plaintiffs*

**UNITED STATES DISTRICT COURT**

**FOR THE CENTRAL DISTRICT OF CALIFORNIA**

Pedro VASQUEZ PERDOMO, et al.,

Plaintiffs,

v.

Markwayne MULLIN, in his official capacity as Secretary, Department of Homeland Security, et al.,

Defendants.

Case No.: 2:25-cv-05605-MEMF-SP

**JOINT APPENDIX OF DEPOSITION TESTIMONY CITED IN THE SUSPICIONLESS STOPS PRELIMINARY INJUNCTION ORDER**

JACOB S. KREILKAMP (SBN 248210)
*jacob.kreilkamp@mto.com*
DAVID FRY (SBN 189276)
*david.fry@mto.com*
ADAM B. WEISS (SBN 296381)
*adam.weiss@mto.com*
SARA H. WORTH (SBN 341088)
*sara.worth@mto.com*
HENRY D. SHREFFLER (SBN 343388)
*henry.shreffler@mto.com*
LAURA R. PERRY (SBN 342504)
*laura.perrystone@mto.com*
LAUREN E. KUHN (SBN 343855)
*lauren.kuhn@mto.com*
MAGGIE BUSHELL (SBN 354048)
*maggie.bushell@mto.com*
ANGELA URIBE (SBN 353579)
*angela.uribe@mto.com*
MUNGER, TOLLES & OLSON LLP
350 S. Grand Ave., 50th Floor
Los Angeles, CA 90071
Tel: 213-683-9100; Fax: 213-683-9100

JESSICA KARP BANSAL (SBN 277347)
*Jessica@ndlon.org*
LAUREN MICHEL WILFONG*
*lwilfong@ndlon.org*
NATIONAL DAY LABORER
ORGANIZING NETWORK
1030 S. Arroyo Parkway, Suite 106
Pasadena, CA 91105
Tel: 626-214-5689

BREE BERNWANGER (SBN 331731)
*bbernwanger@aclunc.org*
AMERICAN CIVIL LIBERTIES UNION
FOUNDATION OF NORTHERN
CALIFORNIA
39 Drumm Street
San Francisco, CA 94111
Tel: 415-621-2493

ANDRES HOLGUIN-FLORES (SBN 305860)
*aholguinflores@aclu-sdic.org*
ACLU FOUNDATION OF
SAN DIEGO & IMPERIAL COUNTIES
P.O. Box 87131
San Diego, CA 92138-7131
Tel: 619-398-4199

*Counsel for Stop/Arrest Plaintiffs*

MATTHEW J. CRAIG (SBN 350030)
*mcraig@heckerfink.com*
MACK E. JENKINS (SBN 242101)
*mjenkins@heckerfink.com*
HECKER FINK LLP
1150 South Olive Street, Suite 10-140
Los Angeles, CA 90015
Tel: 212-763-0883; Fax: 212-564-0883

*Counsel for Access/Conditions Plaintiffs*

EDGAR AGUILASOCHO (SBN 285567)
*eaguilasocho@farmworkerlaw.com*
MARTÍNEZ AGUILASOCHO LAW, INC.
900 Truxtun Ave, Suite 300
Bakersfield, CA 93301
Tel: 661-859-1174

*Counsel for Plaintiff United Farm Workers*

CARL BERGQUIST*
*cbergquist@chirla.org*
COALITION FOR HUMANE IMMIGRANT
RIGHTS
2351 Hempstead Road
Ottawa Hills, OH 43606
Tel: 310-279-6025

*Counsel for Plaintiff Coalition for Humane Immigrant Rights*

ALVARO M. HUERTA (SBN 274787)
*ahuerta@immdef.org*
BRYNNA BOLT (SBN 339378)
*bbolt@immdef.org*
ALISON STEFFEL (SBN 346370)
*asteffel@immdef.org*
IMMIGRANT DEFENDERS LAW CENTER
634 S. Spring St., 10th Floor
Los Angeles, CA 90014
Tel: 213-634-0999

*Counsel for Plaintiff Immigrant Defenders Law Center*

* Admitted pro hac vice

BRETT A. SHUMATE
Assistant Attorney General
Civil Division
DREW C. ENSIGN
Deputy Assistant Attorney General
DANIEL MUMMALO
TIBERIUS DAVIS
Counsel to the Assistant Attorney General
AUGUST FLENTJE
Deputy Director
JONATHAN A. ROBBINS
Assistant Director
STEPHANIE L. GROFF
JASON K. ZUBATA
ANIELLO DESIMONE
JACOB A. BASHYROV
Trial Attorneys
Office of Immigration Litigation
Civil Division, U.S. Dept. of Justice
P.O. Box 878, Ben Franklin Station
Washington, DC 20044
Tel: (202) 305-8275
Email: *Jacob.Bashyrov@usdoj.gov*

*Counsel for Defendants*

# JOINT APPENDIX

On October 23, 2026, the Court entered an Order Granting in Part Stop/Arrest Plaintiffs' Motion for Preliminary Injunction [Dkt. No. 632] and Granting Intervenors' Joinder [Dkt. No. 649], ECF 807 (the "Order"). The Court directed the parties to meet and confer and file a joint appendix containing excerpts of all cited deposition testimony by October 27, 2026.

Pursuant to this Court's Orders, the Parties hereby submit a joint appendix containing the deposition testimony cited in the Order.[1]

| Tab | Description |
|---|---|
| 1 | Excerpts from the 30(b)(6) deposition of G.L., taken February 2, 2026 |
| 2 | Excerpts from the deposition of SBPA V.S., taken December 10, 2025 |
| 3 | Excerpts from the deposition of BPA J.M., taken December 16, 2025 |
| 4 | Excerpts from the deposition of SBPA I.F., taken December 17, 2025 |
| 5 | Excerpts from the deposition of BPA J.C., taken December 19, 2025 |
| 6 | Excerpts from the deposition of SBPA J.E., taken December 8, 2025 |
| 7 | Excerpts from the deposition of DO E.O., taken May 22, 2026 |
| 8 | Excerpts from the 30(b)(6) deposition of J.R., taken January 30, 2026 |
| 9 | Excerpts from the deposition of HSI SA G.A., taken July 10, 2026 |
| 10 | Excerpts from the deposition of DO C.C., taken December 12, 2025 |
| 11 | Excerpts from the deposition of SDDO C.C., taken May 20, 2026 |

[1] Plaintiffs attempted to file the Parties' joint appendix and accompanying application to seal on October 27, 2026, but due to an issue with logging onto the Court's CM/ECF system on the evening of October 27, 2026, the filing could not be completed. *See* Lai Declaration Re: Delayed Filing. Counsel apologizes for any inconvenience and respectfully requests the Court to accept this filing one day late.

DATED: October 28, 2026

UC IRVINE IMMIGRANT AND RACIAL JUSTICE SOLIDARITY CLINIC

By: */s/ Anne Lai*
ANNE LAI
*Counsel for Stop/Arrest Plaintiffs*

DATED: October 28, 2026

UNITED STATES DEPARTMENT OF JUSTICE

By: */s/ Jacob Bashyrov*
JACOB BASHYROV
Trial Attorney
Office of Immigration Litigation
*Counsel for Defendants*

DATED: October 28, 2026

By: */s/ Wendy Q. Xiao*
WENDY Q. XIAO
*Counsel for Intervenors Cities of Los Angeles, Anaheim, Bell Gardens, Beverly Hills, Carpinteria, Culver City, Huntington Park, Long Beach, Lynwood, Montebello, Monterey Park, Oxnard, Paramount, Pico Rivera, Pomona, Santa Ana, Santa Barbara, Santa Monica, South Gate, and West Hollywood*

DATED: October 28, 2026

OFFICE OF THE LOS ANGELES CITY ATTORNEY

By: */s/ Hydee Feldstein Soto*
HYDEE FELDSTEIN SOTO
*Counsel for Intervenor City of Los Angeles*

DATED: October 28, 2026

OFFICE OF THE COUNTY COUNSEL

By: */s/ Brigit Greeson Alvarez*
BRIGIT GREESON ALVAREZ
*Counsel for Intervenor County of Los Angeles*

DATED: October 28, 2026

OFFICE OF THE CITY ATTORNEY OF PASADENA

By: */s/ Arnold F. Lee*
ARNOLD F. LEE
*Counsel for Intervenor City of Pasadena*

## ATTESTATION OF FILER

I attest that the other signatories listed, and on whose behalf this filing is submitted, concur in the filing's content and have authorized this filing.

DATED: October 28, 2026

UC IRVINE IMMIGRANT AND RACIAL JUSTICE SOLIDARITY CLINIC

By: *_/s/ Anne Lai_*

ANNE LAI

*Counsel for Stop/Arrest Plaintiffs*