UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF CALIFORNIA
WESTERN DIVISION

| | |
|---|---|
| PEDRO VASQUEZ PERDOMO; *et al.*,<br>Plaintiffs,<br>v.<br>MARKWAYNE MULLIN, in his official capacity as Secretary of Homeland Security; *et al.*,<br>Defendants. | No. 2:25-cv-05605-MEMF-SP<br>**[CORRECTED PROPOSED] ORDER GRANTING DEFENDANTS' EX PARTE APPLICATION** |

The Court, having considered Defendants' Application, and finding good cause therefor, hereby GRANTS the Application and ORDERS as follows:

1. The Court's October 23, 2026 Preliminary Injunction Order (ECF No. 807) is STAYED pending appeal.
2. District court proceedings are STAYED pending the government's appeal (ECF No. 820).

IT IS SO ORDERED.

Dated: ______________

______________________________
Hon. Maame Ewusi-Mensah Frimpong
United States District Judge