UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

Pedro VASQUEZ PERDOMO, *et al.*,

Plaintiffs,

v.

Markwayne MULLIN, in his official capacity as Secretary, Department of Homeland Security, *et al.*,

Defendants.

No.: 2:25-cv-05605-MEMF-SP

**ORDER GRANTING IN PART PLAINTIFFS' APPLICATION TO SEAL RE: SUPERSEDED EXHIBITS [DKT. NO. 645]**

Hon. Maame Ewusi-Mensah Frimpong
United States District Judge

The Court has reviewed Plaintiffs' Notice of Errata and Application to Seal Re: Superseded Exhibits filed on August 4, 2026. Dkt. No. 645. Upon due consideration, the Application is GRANTED IN PART.

The Court understands that the two exhibits at issue in this Application—Exhibit A, found at Dkt. No. 645-2, and Exhibit B, found at Dkt. No. 645-3—are intended to supersede the parties' prior filings in connection with the Motion for Preliminary Injunction at Dkt. No. 632. In particular, the newly filed Exhibit A is intended to replace the document at Dkt. No. 632-4, and the newly filed Exhibit B is intended to replace the document at Dkt. No. 632-5. *See* Dkt. No. 645; *see also* Dkt. No. 644 (notice of errata explaining the same). Though the filings contain substantively identical deposition transcripts, through this updated version, the parties intend to designate more material for redaction. *Id.*

This Court, in its order granting in part the parties' application to seal at Dkt. No. 629—which is issued concurrently with this order—sets forth its rulings on what redactions will be permitted.

In light of the foregoing, the Court ORDERS as follows:

1. The Clerk has already sealed the following entries on the docket where previously filed versions of exhibits appear. The exhibits have now been superseded by exhibits accompanying Plaintiffs' Notice of Errata, Dkt. No. 644.

| **Previously Filed Exhibit** | **Docket Entries to Be Sealed** |
|---|---|
| Exhibit 4 | ECF 632-4 and ECF 629-4 |
| Exhibit 5 | ECF 632-5 and ECF 629-5 |

/ / /

/ / /

/ / /

2. This Court will permit the redaction of the newly superseded Exhibit 4 and Exhibit 5 consistent with its concurrently issued order granting in part the parties' application to seal at Dkt. No. 629.

**IT IS SO ORDERED.**



DATED: October 28, 2026.

Hon. Maame Ewusi-Mensah Frimpong
United States District Judge