LODGED
CLERK, U.S. DISTRICT COURT
11/5/26
CENTRAL DISTRICT OF CALIFORNIA
BY CS DEPUTY
DOCUMENT SUBMITTED THROUGH THE ELECTRONIC DOCUMENT SUBMISSION SYSTEM

ARNOLDO ANTONIO GARCIA
A 073 929 240
ANTONIO DE JESUS RIVERA GOMEZ
A 204 735 125
JORGE TEJADA RUVALCABA
A 219 284 078
ANGEL ESTRADA
A 246 061 966
RUTILIO OLIVARES BARAJAS
A 221 462 883
JOSE CRUZ GOMEZ SANCHEZ
A 246 062 037
ISIAS HUERTA MARTINEZ
A 221 462 907
DOUGLAS VLADIMIR VASQUEZ
A 095 007 643
ANTONIO RODRIGUEZ SALOME
A 202 127 716
REY SOTO JULIO
A 246 062 105
JOSE CRUZ
A 099 666 534
JOSE LINDO
A 241 910 820
ANDRES FREDY
A 209126 566
FELIPE TUM MEJIA
A 217 911 972
NOBERTO JARACUANO
A 562204 5562
EFRAIN TRUJILLO MEDOZA
A 041 400 175
ADELANTO DETENTION CENTER
10400 Rancho Rd.
Adelanto, CA., 92301

Intervenpr-Plaintiffs in Pro Se.

**UNITED STATES DISTRICT COURT,**

**CENTRAL DISTRICT OF CALIFORNIA.**

| | |
|---|---|
| PEDRO VASQUEZ PERDOMO, CARLOS ALEXANDER OSORTO, ISAAC VILLEGAS MOLINA, JORGE HERNANDEZ VIRAMONTES, JASON BRIAN GAVIDIA, COALITION FOR HUMANE IMMIGRANT RIGHTS, IMMIGRANT DEFENDERS LAW CENTER, LOS ANGELES WORKER CENTER NETWORK, UNITED FARM | Case No.: 2:25-CV-5605- MEMF(SPx)<br><br>[FIRST AMENDED PROPOSED] PETITION FOR WRIT OF HABEAS CORPUS, AND COMPLAINT FOR DECLARATORY AND INJUNCTIVE RELIEF, AND FOR VIOLATIONS OF CIVIL CODE §53.8. |

WORKERS,

Plaintiffs,

v.

MARKWAYNE MULLIN, Secretary, Department of Homeland Security, TODD BLANCHE, Attorney General, IMMIGRATION AND CUSTOMS ENFORCEMENT, TODD LYONS, Acting Los Angeles Field Office Director, Immigration and Customs Enforcement, ERNESTO SANTACRUZ, JR., Acting Field Office Director for Los Angeles, U.S. Immigration and Customs Enforcement, EDDY WANG, Special Agent in Charge for Los Angeles, Homeland Security Investigatons, U.S. Immigration and Customs Enforcement, RODNEY S. SCOT, Commissioner, U.S. Customs and Border Patrol, MICHAEL W. BANKS, Chief of U.S. Border Patrol, JEFFEREY D. STALNAKER, Acting Chief Patrol Agent, San Diego Sector of the U.S. Border Patrol, GREGORY K. BOVINO, Chief Patrol Agent for El Centro Sector of the U.S. Border Patrol, KASH PATEL, Director, Federal Bureau of Investigation, AKIL DAVIS, Assistant Director in Charge, Los Angeles Office, Federal Bureau of Investigation, BILAL A. ESSAYLI, U.S. Special Assistant Attorney for the Central District of California,

Defendants,

CITY OF LOS ANGELES, COUNTY OF LOS ANGELES, CITY OF ANAHEIM, CITY OF BELL GARDENS, CITY OF BEVERLY HILLS, CITY OF CARPINTERIA, CITY OF COSTA MESA, CITY OF CULVER CITY, CITY OF FULLERTON, CITY OF GOLETA, CITY OF HUNTINGTON PARK, CITY OF LONG BEACH, CITY OF LYNWOOD, CITY OF MONTEBELLO, CITY OF MONTEREY PARK, CITY OF OXNARD, CITY OF PARAMOUNT, CITY OF PASADENA, CITY OF PICO RIVERA, CITY OF POMONA, CITY OF SANTA ANA, CITY OF SANTA BARBARA,



ARNOLDO ANTONIO GARCIA
A 073 929 240
ADELANTO DETENTION CENTER
10400 Rancho Rd.
Adelanto, CA., 92301

CITY OF SANTA MONICA, CITY OF SOUTH GATE, CITY OF WEST HOLLYWOOD, STATE OF CALIFORNIA, STATE OF ILLINOIS,

Intervenor-Plaintiffs,

ARNOLDO ANTONIO GARCIA, ANTONIO DE JESUS RIVERA GOMEZ, JORGE TEJADA RUVALCABA, ANGEL ESTRADA, RUTILIO OLIVARES BARAJAS, JOSE CRUZ GOMEZ SANCHEZ, ISIAS HUERTA MARTINEZ, DOUGLAS VLADIMIR VASQUEZ, ANTONIO RODRIGUEZ SALOME, REY SOTO JULIO, JOSE CRUZ, JOSE LINDO, ANDRES FREDY, FELIPE TUM MEJIA, NOBERTO JARACUANO, EFRAIN TRUJILLO MEDOZA,

Proposed Intervenor-Plaintiffs,

## INTRODUCTION

1. Petitioners and Plaintiffs (“Plaintiffs”) are detained in Adelanto, California since August, 2026, for civil immigration violations and are currently being held at the Adelanto Detention Center in Adelanto, California.
2. They were detained without reasonable suspicion, without an arrest warrant, and in violation of the immigration regulations and due process.
3. Plaintiffs face transfer outside of this judicial district and away from their family and legal representation, and illegal removal from the United States. They also face imminent removal from the United States.
4. Plaintiffs seek an order from this Court that they be released from custody, and, in the interim, an order from the Court that they are not removed from this judicial district or removed from the United States, pending disposition of their petition for writ of habeas corpus.

///



ARNOLDO ANTONIO GARCIA
A 073 929 240
ADELANTO DETENTION CENTER
10400 Rancho Rd.
Adelanto, CA., 92301

## JURISDICTION AND VENUE

5. This Court has jurisdiction under 28 U.S.C. § 2241 (federal habeas statute); 28 U.S.C. § 1331 (federal question); 28 U.S.C. § 1367 (supplemental jurisdiction); 28 U.S.C. § 2201-2 (declaratory judgment); United States Constitution Article I, Section 9 (Suspension Clause).
6. Venue properly lies within the Central District of California under 28 U.S.C. § 1391, because this is a civil action in which Respondents are agencies of the United States, Plaintiffs are detained in this district, and because a substantial part of the events or omissions giving rise to this action occurred in the District.

## PARTIES

7. Plaintiff Arnoldo Antonio Garcia resides in Colton, California and is currently detained at the Adelanto Detention Center in Adelanto, California.
8. Plaintiff Antonio De Jesus Rivera Gomez resides in the Central District of California and is currently detained at the Adelanto Detention Center in Adelanto, California.
9. Plaintiff Jorge Tejada Ruvalcaba resides in the Central District of California and is currently detained at the Adelanto Detention Center in Adelanto, California.
10. Plaintiff Angel Estrada resides in the Central District of California and is currently detained at the Adelanto Detention Center in Adelanto, California.
11. Plaintiff Rutilio Olivares Barajas resides in the Central District of California and is currently detained at the Adelanto Detention Center in Adelanto, California.



ARNOLDO ANTONIO GARCIA
A 073 929 240
ADELANTO DETENTION CENTER
10400 Rancho Rd.
Adelanto, CA., 92301

12. Plaintiff Jose Cruz Gomez Sanchez resides in the Central District of California and is currently detained at the Adelanto Detention Center in Adelanto, California.

13. Plaintiff Isias Huerta Martinez resides in the Central District of California and is currently detained at the Adelanto Detention Center in Adelanto, California.

14. Plaintiff Douglas Vladimir Vasquez resides in the Central District of California and is currently detained at the Adelanto Detention Center in Adelanto, California.

15. Plaintiff Antonio Rodriguez Salome resides in the Central District of California and is currently detained at the Adelanto Detention Center in Adelanto, California.

16. Plaintiff Rey Soto Julio resides in the Central District of California and is currently detained at the Adelanto Detention Center in Adelanto, California.

17. Plaintiff Jose Cruz resides in the Central District of California and is currently detained at the Adelanto Detention Center in Adelanto, California.

18. Plaintiff Jose Lindo resides in the Central District of California and is currently detained at the Adelanto Detention Center in Adelanto, California.

19. Plaintiff Andres Fredy resides in the Central District of California and is currently detained at the Adelanto Detention Center in Adelanto, California.

20. Plaintiff Felipe Tum Mejia resides in the Central District of California and is currently detained at the Adelanto Detention Center in Adelanto, California.

21. Plaintiff Noberto Jaracuano resides in the Central District of California and is currently detained at the Adelanto Detention Center in Adelanto, California.



ARNOLDO ANTONIO GARCIA
A 073 929 240
ADELANTO DETENTION CENTER
10400 Rancho Rd.
Adelanto, CA., 92301

22. Plaintiff Efrain Trujillo Medoza resides in the Central District of California and is currently detained at the Adelanto Detention Center in Adelanto, California.

23. Respondent and Defendant ("Defendant(s)") Markwayne Mullin is the Secretary of the Department of Homeland Security ("DHS"), and is sued in his official capacity. The Secretary of Homeland Security is charged with the administration and enforcement of immigration laws. 8 U.S.C. §1103(a).

24. Defendant Todd Blanche is the Attorney General of the United States and is issued in his official capacity as the head of the Department of Justice. The Attorney General is responsible for the fair administration of the laws of the United States.

25. Defendant Immigration and Customs Enforcement is the agency responsible for the detention of noncitizens, and the transfer or removal of Plaintiffs outside of this judicial district.

26. Defendant Todd Lyons is the Acting Director of the Los Angeles Field Office of the Immigration and Customs Enforcement, Department of Homeland Security, and is sued in his official capacity. Defendant Lyons is responsible for the detention of noncitizens in the Los Angeles district and for any transfer or removal of Plaintiffs outside of this judicial district.

## FACTS

27. They were detained by immigration enforcement officers in the Central District of California since August, 2026.

28. Most of the Plaintiffs were either working, shopping, and otherwise were going to places where they were not otherwise going to commit a crime.

///



ARNOLDO ANTONIO GARCIA
A 073 929 240
ADELANTO DETENTION CENTER
10400 Rancho Rd.
Adelanto, CA., 92301

29. Agents wearing dark green vests that said POLICE on them exited the vehicles. At least one agent had a vest that said ICE. Plaintiffs were surrounded.

30. The agents had guns and were masked so that their faces could not be seen. They were acting aggressively, shouting at Plaintiffs. Plaintiffs were not free to leave the area.

31. Plaintiffs were petrified. Agents surrounded them and handcuffed them.

32. Defendants did not have reasonable suspicion that Petitioners were in the United States unlawfully.

33. After Plaintiffs were handcuffed, officers demanded Plaintiffs' identification.

34. Defendants did not have probable cause for Plaintiffs' arrest.

35. Defendants did not have warrants for Plaintiffs' arrest.

36. Defendants did not make an individualized finding of flight risk.

37. Defendants did not identify themselves as immigration agents and did not inform Plaintiffs of the basis for their arrest.

38.Plaintiffs were placed in the agents' vehicles and transported to the Adelanto Detention Center since August, 2026.

39.Plaintiffs are being processed for removal proceedings to be removed from the United States.

40.Not all Plaintiffs have representation in their removal proceedings.

41.Plaintiffs' families are located in the Central District of California.

42.Plaintiffs face imminent transfer outside of this judicial district and face removal from the United States.

///

///

///



ARNOLDO ANTONIO GARCIA
A 073 929 240
ADELANTO DETENTION CENTER
10400 Rancho Rd.
Adelanto, CA., 92301

## CAUSES OF ACTION

## COUNT ONE

### *Violation of 8 U.S.C. § 1357(a)(2):*

### *Warrantless Arrests Without Probable Cause of Flight Risk*

43. Plaintiffs repeat, re-allege, and incorporate by reference each and every allegation in the preceding paragraphs as if fully set forth herein.

44. Defendants ICE arrested Plaintiffs without probable cause and without warrants. Before each arrest, Defendants failed to make an individualized finding of flight risk. The failure to meet these requirements is a violation of 8 U.S.C. § 1357(a)(2).

## COUNT TWO

### *Violation of 8 C.F.R. § 287.8(c)(2)(ii):*

### *Warrantless Arrests Without Probable Cause of Flight Risk*

45. Plaintiffs repeat, re-allege, and incorporate by reference each and every allegation in the preceding paragraphs as if fully set forth herein.

46. Defendants ICE arrested Plaintiffs without a warrant and without "reason to believe" that they were "likely to escape before a warrant can be obtained" in violation of 8 C.F.R. § 287.8(c)(2)(ii). The reason to believe standard meets the probable cause standard of the Fourth Amendment. *Perez Cruz v. Barr*, 926 F.3d 1128, 1137 (9th Cir. 2019).

47. Arrest in violation of the regulation is unlawful. *See Sanchez v. Sessions*, 904 F.3d 643, 650 (9th Cir. 2018); *Perez Cruz v. Barr*, 926 F.3d 1128, 1137 (9th Cir. 2019).

///

///

///



ARNOLDO ANTONIO GARCIA
A 073 929 240
ADELANTO DETENTION CENTER
10400 Rancho Rd.
Adelanto, CA., 92301

## COUNT THREE

***Fourth Amendment: Arrests Without Probable Cause***

48. Plaintiffs repeat, re-allege, and incorporate by reference each and every allegation in the preceding paragraphs as if fully set forth herein.

49. The Fourth Amendment prohibits Defendants from conducting arresting an individual for an immigration violation without probable cause.

50. Defendants ICE arrested Plaintiffs without probable cause that any of them was a noncitizen unlawfully in the United States.

## COUNT FOUR

***(Failure to Identify Officers and Basis for Arrest in Violation of 8 C.F.R. § 287.8(c)(3))***

51. Plaintiffs incorporate the allegations in the paragraphs above as though fully set forth here.

52. The regulations require arresting offers identify themselves as "an immigration officer who is authorized to execute an arrest" and "state that the person is under arrest and the reason for the arrest." 8 C.F.R. § 287.8(c)(3).

53. Defendant ICE failed to identify themselves at the time of arrest and failed to inform Plaintiffs of the reasons for their arrest.

## COUNT FIVE

***(Violation of Due Process)***

54. Plaintiffs incorporate the allegations in the paragraphs above as though fully set forth here.

55. The Government may not deprive a person of life, liberty, or property without due process of law. U.S. Const. amend. V. "Freedom from imprisonment—from government custody, detention, or other forms of physical restraint—lies at the heart of the liberty that the Clause protects." *Zadvydas v. Davis*, 533 U.S. 678, 690, 121 S.Ct. 2491, 150 L.Ed.2d 653 (2001).



ARNOLDO ANTONIO GARCIA
A 073 929 240
ADELANTO DETENTION CENTER
10400 Rancho Rd.
Adelanto, CA., 92301

56. The Government's detention of Plaintiffs violates their rights to due process because they have been detained without lawful authority, infringing on their fundamental right to liberty.

**COUNT SIX**

***(Violation of Civil Code §53.8)***

57. Plaintiffs incorporate the allegations in the paragraphs above as though fully set forth here.

58. At all times before and hereinafter mentioned, each and all of the acts of the Defendants alleged herein were done by the Defendants under the color and pretense of the statutes, regulations, customs and usages of the State and under the authority of their offices as heretofore alleged herein.

59. Plaintiffs, who are Latino, was deprived of an interest protected by the Constitution and/or laws of the United States of America, and each and every Defendant caused, by commission or omission, such deprivation while acting under color of law.

60. All acts and/or omissions perpetrated by each Defendant were engaged in maliciously, callously, oppressively, wantonly, recklessly, with deliberate indifference to the rights already violated, despicably, with evil motive and/or intent, in disregard of the rights of the Plaintiffs.

61. What also makes this Complaint so pertinent is that the Government has been pressing more arrests of immigration detainees that has been more prompted by President Trump, and his glue-addicted Deputy Chief of Staff Stephen Miller. These arrests are done without probable cause, and solely due to racial profiling. President Trump has since called the National Guard and the Marines because he is not man enough to handle dissent.



ARNOLDO ANTONIO GARCIA
A 073 929 240
ADELANTO DETENTION CENTER
10400 Rancho Rd.
Adelanto, CA., 92301

62. By reason of Defendants' conduct, Plaintiffs were deprived of rights, privileges, and immunities secured to them by the Constitution of the United States and the Constitution and laws of the State of California in that Plaintiffs were deprived of their liberty and their freedom from personal harm. Defendants' conduct violates the Fourth and Fifth Amendments, and the due process and equal protection clauses of the Fourteenth Amendment of the United States Constitution, and Article I, §14 of the California Constitution, and deprives said Plaintiffs of rights under color of State law.

63. As a direct and proximate result of the wrongful acts of Defendants, Plaintiffs were damaged in an amount of $5,000,000. Plaintiffs have been almost totally deprived of their liberty and their freedom from personal harm, and has and will have suffered humiliation, anxiety, and emotional and physical distress as well as possible future personal injuries that will continue on into the future, unless this Court intervenes.

64. Said Plaintiffs further seek compensatory damages for the humiliation, anxiety, physical distress and injuries that he has suffered and could suffer as a direct result of Defendants' wrongful acts as described herein, plus attorney's fees and costs.

65. The above recited acts of the individual Defendants in conspiring to deprive Plaintiffs of their constitutionally protected rights were done with evil motive or intent, or with reckless or callous indifference to said Plaintiffs' rights. Plaintiffs therefore seek punitive, exemplary, and constitutional damages in an amount according to proof against the Defendants.

66. Plaintiffs also seeks injunctive relief against Defendants by their relief from custody because of their illegal arrests and detention therein.

WHEREFORE, Plaintiffs pray for:



ARNOLDO ANTONIO GARCIA
A 073 929 240
ADELANTO DETENTION CENTER
10400 Rancho Rd.
Adelanto, CA., 92301

1. For general damages in an amount according to proof, but at least $5,000,000;
2. For special damages in an amount according to proof;
3. For punitive damages in an amount according to proof;
4. For interest as allowed by law;
5. Assume jurisdiction over this matter;
6. Declare that Plaintiffs are detained in violation of law;
7. Enjoin Defendants from transferring Plaintiffs outside of this judicial district during the pendency of removal proceedings;
8. Enjoin Defendants from removing Plaintiffs form the United States without the procedures for removal identified in the Immigration and Nationality Act;
9. Order the immediate release of Plaintiffs pending these proceedings;
10. For reasonable attorney's fees incurred by Plaintiffs, inter alia, under 28 U.S.C. § 2412, et. seq., 42 United States Code §1988, Civil Code §52(b), Code of Civil Procedure §1021.5, and other applicable law;
11. That Plaintiffs be awarded their costs of suit herein; and
12. For such other and further relief as the court may deem just and proper.

Dated this 5th day of November, 2026

By: *Arnoldo Antonio Garcia*

ARNOLDO ANTONIO GARCIA
A 073 929 240
ADELANTO DETENTION CENTER
10400 Rancho Rd.
Adelanto, CA., 92301
Plaintiff in Pro Se.

Dated this 5th day of November, 2026

By: *Antonio De Jesus Rivera Gomez*

ANTONIO DE JESUS RIVERA GOMEZ
A 204 735 125
ADELANTO DETENTION CENTER
10400 Rancho Rd.
Adelanto, CA., 92301
Plaintiff in Pro Se.

Dated this 5th day of November, 2026

By: *Jorge Tejada Ruvalcaba*

JORGE TEJADA RUVALCABA
A 219 284 078
ADELANTO DETENTION CENTER
10400 Rancho Rd.
Adelanto, CA., 92301
Plaintiff in Pro Se.

Dated this 5th day of November, 2026

By: *Angel Estrada*

ANGEL ESTRADA
A 246 061 966
ADELANTO DETENTION CENTER
10400 Rancho Rd.
Adelanto, CA., 92301
Plaintiff in Pro Se.

Dated this 5th day of November, 2026

By: *Rutilio Olivares Barajas*

RUTILIO OLIVARES BARAJAS
A 221 462 883
ADELANTO DETENTION CENTER
10400 Rancho Rd.
Adelanto, CA., 92301
Plaintiff in Pro Se.

Dated this 5th day of November, 2026

By: *Jose Cruz Gomez Sanchez*

JOSE CRUZ GOMEZ SANCHEZ
A 246 062 037
ADELANTO DETENTION CENTER
10400 Rancho Rd.
Adelanto, CA., 92301
Plaintiff in Pro Se.

Dated this 5th day of November, 2026

By: *Isias Huerta Martinez*

ISIAS HUERTA MARTINEZ
A 221 462 907
ADELANTO DETENTION CENTER
10400 Rancho Rd.
Adelanto, CA., 92301
Plaintiff in Pro Se.

Dated this 5th day of November, 2026

By: *Douglas Vladimir Vasqez*

DOUGLAS VLADIMIR VASQUEZ
A 095 007 643
ADELANTO DETENTION CENTER
10400 Rancho Rd.
Adelanto, CA., 92301
Plaintiff in Pro Se.

Dated this 5th day of November, 2026

By: Antonio Rodriguez Salome

ANTONIO RODRIGUEZ SALOME
A 202 127 716
ADELANTO DETENTION CENTER
10400 Rancho Rd.
Adelanto, CA., 92301
Plaintiff in Pro Se.

Dated this 5th day of November, 2026

By: Rey Soto Julio

REY SOTO JULIO
A 246 062 105
ADELANTO DETENTION CENTER
10400 Rancho Rd.
Adelanto, CA., 92301
Plaintiff in Pro Se.

Dated this 5th day of November, 2026

By: Jose Cruz

JOSE CRUZ
A 099 666 534
ADELANTO DETENTION CENTER
10400 Rancho Rd.
Adelanto, CA., 92301
Plaintiff in Pro Se.

Dated this 5th day of November, 2026

By: Jose Lindo

JOSE LINDO
A 241 910 820
ADELANTO DETENTION CENTER
10400 Rancho Rd.
Adelanto, CA., 92301
Plaintiff in Pro Se.

Dated this 5th day of November, 2026

By: Andres Fredy
ANDRES FREDY
A 209126 566
ADELANTO
DETENTION CENTER
10400 Rancho Rd.
Adelanto, CA., 92301
Plaintiff in Pro Se.

Dated this 5th day of November, 2026

By: Felipe Tum Mejia
FELIPE TUM MEJIA
A 217 911 972
ADELANTO
DETENTION CENTER
10400 Rancho Rd.
Adelanto, CA., 92301
Plaintiff in Pro Se.

Dated this 5th day of November, 2026

By: Noberto Jaracuano
NOBERTO JARACUANO
A 562204 5562
ADELANTO
DETENTION CENTER
10400 Rancho Rd.
Adelanto, CA., 92301
Plaintiff in Pro Se.

Dated this 5th day of November, 2026

By: /S/EFRAIN TRUJILLO MEDOZA
EFRAIN TRUJILLO MEDOZA
A 041 400 175
ADELANTO
DETENTION CENTER
10400 Rancho Rd.
Adelanto, CA., 92301
Plaintiff in Pro Se.



ARNOLDO ANTONIO GARCIA
A 073 929 240
ADELANTO DETENTION CENTER
10400 Rancho Rd.
Adelanto, CA., 92301

## DEMAND FOR JURY TRIAL.

Plaintiffs hereby demand a Jury Trial pursuant to the Seventh Amendment of the United States Constitution and Federal Rule of Civil Procedure 38.

Dated this 5th day of November, 2026

By: *Arnoldo Antonio Garcia*

ARNOLDO ANTONIO GARCIA
A 073 929 240
ADELANTO DETENTION CENTER
10400 Rancho Rd.
Adelanto, CA., 92301
Plaintiff in Pro Se.

Dated this 5th day of November, 2026

By: *Antonio De Jesus Rivera Gomez*

ANTONIO DE JESUS RIVERA GOMEZ
A 204 735 125
ADELANTO DETENTION CENTER
10400 Rancho Rd.
Adelanto, CA., 92301
Plaintiff in Pro Se.

Dated this 5th day of November, 2026

By: *Jorge Tejada Ruvalcaba*

JORGE TEJADA RUVALCABA
A 219 284 078
ADELANTO DETENTION CENTER
10400 Rancho Rd.
Adelanto, CA., 92301
Plaintiff in Pro Se.



ARNOLDO ANTONIO GARCIA
A 073 929 240
ADELANTO DETENTION CENTER
10400 Rancho Rd.
Adelanto, CA., 92301

Dated this 5th day of November, 2026

By: *Angel Estrada*

ANGEL ESTRADA
A 246 061 966
ADELANTO
DETENTION CENTER
10400 Rancho Rd.
Adelanto, CA., 92301
Plaintiff in Pro Se.

Dated this 5th day of November, 2026

By: *Rutilio Olivares Barajas*

RUTILIO OLIVARES
BARAJAS
A 221 462 883
ADELANTO
DETENTION CENTER
10400 Rancho Rd.
Adelanto, CA., 92301
Plaintiff in Pro Se.

Dated this 5th day of November, 2026

By: *Jose Cruz Gomez Sanchez*

JOSE CRUZ GOMEZ
SANCHEZ
A 246 062 037
ADELANTO
DETENTION CENTER
10400 Rancho Rd.
Adelanto, CA., 92301
Plaintiff in Pro Se.



ARNOLDO ANTONIO GARCIA
A 073 929 240
ADELANTO DETENTION CENTER
10400 Rancho Rd.
Adelanto, CA., 92301

Dated this 5th day of November, 2026

By: Isias Huerta Martinez
ISIAS HUERTA MARTINEZ
A 221 462 907
ADELANTO DETENTION CENTER
10400 Rancho Rd.
Adelanto, CA., 92301
Plaintiff in Pro Se.

Dated this 5th day of November, 2026

By: Douglas Vladimir Vasqez
DOUGLAS VLADIMIR VASQUEZ
A 095 007 643
ADELANTO DETENTION CENTER
10400 Rancho Rd.
Adelanto, CA., 92301
Plaintiff in Pro Se.

Dated this 5th day of November, 2026

By: Antonio Rodriguez Salome
ANTONIO RODRIGUEZ SALOME
A 202 127 716
ADELANTO DETENTION CENTER
10400 Rancho Rd.
Adelanto, CA., 92301
Plaintiff in Pro Se.

Dated this 5th day of November, 2026

By: Rey Soto Julio
REY SOTO JULIO
A 246 062 105
ADELANTO DETENTION CENTER
10400 Rancho Rd.
Adelanto, CA., 92301
Plaintiff in Pro Se.

Dated this 5th day of November, 2026

By: *Jose Cruz*
JOSE CRUZ
A 099 666 534
ADELANTO
DETENTION CENTER
10400 Rancho Rd.
Adelanto, CA., 92301
Plaintiff in Pro Se.

Dated this 5th day of November, 2026

By: *Jose Lindo*
JOSE LINDO
A 241 910 820
ADELANTO
DETENTION CENTER
10400 Rancho Rd.
Adelanto, CA., 92301
Plaintiff in Pro Se.

Dated this 5th day of November, 2026

By: *Andres Fredy*
ANDRES FREDY
A 209126 566
ADELANTO
DETENTION CENTER
10400 Rancho Rd.
Adelanto, CA., 92301
Plaintiff in Pro Se.

Dated this 5th day of November, 2026

By: *Felipe Tum Mejia*
FELIPE TUM MEJIA
A 217 911 972
ADELANTO
DETENTION CENTER
10400 Rancho Rd.
Adelanto, CA., 92301
Plaintiff in Pro Se.

Dated this 5th day of November, 2026

By: *Noberto Jaracuano*
NOBERTO JARACUANO
A 562204 5562
ADELANTO
DETENTION CENTER
10400 Rancho Rd.
Adelanto, CA., 92301
Plaintiff in Pro Se.

Dated this 5th day of November, 2026

By: /S/EFRAIN TRUJILLO MEDOZA
EFRAIN TRUJILLO
MEDOZA
A 041 400 175
ADELANTO
DETENTION CENTER
10400 Rancho Rd.
Adelanto, CA., 92301
Plaintiff in Pro Se.

**VERIFICATION.**

I, Arnoldo Antonio Garcia, declare that:

I am one of the Plaintiff in the above-entitled Complaint. I have read the foregoing Complaint and know the contents thereof. The same is true of my own knowledge, except as to matters therein stated on information and belief, and as to those matters, I believe it to be true.

Under the penalty of perjury, I declare that the foregoing is true and correct, and that this declaration was executed on November 5, 2026, at Adelanto, California.

*Arnoldo Antonio Garcia*
ARNOLDO ANTONIO GARCIA,
Plaintiff.

Rest In Power, Anneliese Marie Frank, 1929-1945

Margot Betti Frank, 1926-1945

Edith Hollander Frank, 1900-1945

Hermann Van Pels, 1898-1944

Auguste Van Pels, 1900-1945

Peter Van Pels, 1926-1945

Dr. Friedrich Pfeffer, DDS, 1889-1944

Res. Lt. Otto Heinrich Frank, DRH, 1889-1980

Rodney King, 1965-2012

The Hon. Nelson Rolihlahla Mandela, 1918-2013

George Floyd, 1973-2020

Carl Reiner, 1922-2020

Rob Reiner, 1947-2025

Michelle Singer Reiner, 1955-2025

Renee Good, 1988-2026

Alex Pretti, 1988-2026



ARNOLDO ANTONIO GARCIA
A 073 929 240
ADELANTO DETENTION CENTER
10400 Rancho Rd.
Adelanto, CA., 92301