DREW C. ENSIGN
Deputy Assistant Attorney General
Civil Division
JONATHAN A. ROBBINS
Assistant Director
NANCY N. SAFAVI
Senior Trial Attorney
JACOB A. BASHYROV
ANIELLO DESIMONE
STEPHANIE L. GROFF
Trial Attorneys
Office of Immigration Litigation
Civil Division, U.S. Dept. of Justice
P.O. Box 878, Ben Franklin Station
Washington, DC 20044
Tel: (202) 305-8275
Email: Jonathan.A.Robbins@usdoj.gov

*Counsel for Defendants*

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| PEDRO VASQUEZ PERDOMO, *et al.*,<br><br>Plaintiffs,<br><br>v.<br><br>MARKWAYNE MULLIN, in his official capacity as Secretary of Homeland Security, *et al.*,<br><br>Defendants. | No. 2:25-cv-05605-MEMF-SP<br><br>**DEFENDANTS' NOTICE OF PAYMENT**<br><br>Hon. Maame Ewusi-Mensah Frimpong<br>United States District Judge<br><br>Referred to Hon. Sheri Pym<br>United States Magistrate Judge |

**<u>DEFENDANTS' NOTICE OF PAYMENT</u>**

TO THE COURT, ALL PARTIES, AND THEIR ATTORNEYS OF RECORD:

PLEASE TAKE NOTICE that, in accordance with Judge Frimpong's Order Holding Defendants in Civil Contempt for Violation of Court Order [DKT. NO. 503], Defendants have electronically submitted via Intra-Governmental Payment and Collection (IPAC) a payment in the amount of $3,500.00 on November 17, 2026. (ECF No. 635).

Dated: November 17, 2026

Respectfully submitted,

DREW C. ENSIGN
Deputy Assistant Attorney General
Civil Division

NANCY N. SAFAVI
Senior Trial Attorney

JACOB A. BASHYROV
ANIELLO DESIMONE
STEPHANIE L. GROFF
Trial Attorneys

*<u>/s/ Jonathan A. Robbins</u>*
JONATHAN A. ROBBINS
Assistant Director
Office of Immigration Litigation
U.S. Department of Justice
P.O. Box 878, Ben Franklin Station
Washington, D.C. 20044
Tel: (202) 305-8275
Email: Jonathan.A.Robbins@usdoj.gov

*Counsel for Defendants*

**L.R. 11-6.2 CERTIFICATE OF COMPLIANCE**

The undersigned counsel of record certifies that this filing is 61 words, which complies with L.R. 11-6.1 and this Court's Standing Order, Part VIII.C.

Dated: November 17, 2026

Respectfully submitted,

*/s/ Jonathan A. Robbins*
JONATHAN A. ROBBINS
Assistant Director
Office of Immigration Litigation
U.S. Department of Justice

*Counsel for Defendants*

**CERTIFICATE OF SERVICE**

I hereby certify that on November 17, 2026, I served Defendants' Notice of Payment on all counsel of record by means of the Court's CM/ECF electronic filing system.

Dated: November 17, 2026

Respectfully submitted,

*/s/ Jonathan A. Robbins*
JONATHAN A. ROBBINS
Assistant Director
Office of Immigration Litigation
U.S. Department of Justice

*Counsel for Defendants*