STACY TOLCHIN (SBN 217431)
*stacy@tolchinimmigration.com*
LAW OFFICES OF STACY TOLCHIN
776 E. Green St., Suite 210
Pasadena, CA 91101
Tel: 213-622-7450; Fax: 213-622-7233

MOHAMMAD TAJSAR (SBN 280152)
*mtajsar@aclusocal.org*
MAYRA JOACHIN (SBN 306065)
*mjoachin@aclusocal.org*
DAE KEUN KWON (SBN 313155)
*akwon@aclusocal.org*
STEPHANIE PADILLA (SBN 321568)
*spadilla@aclusocal.org*
CHRISTOPHER GALEANO
*cgaleano@aclusocal.org*
ACLU FOUNDATION OF
SOUTHERN CALIFORNIA
P.O. Box 811370
Los Angeles, CA 90081
Tel: 213-977-5232; Fax: 213-201-7878

*Counsel for Stop/Arrest Plaintiffs*

(*Additional counsel listed on next page*)

MARK ROSENBAUM (SBN 59940)
*mrosenbaum@publiccounsel.org*
REBECCA BROWN (SBN 345805)
*rbrown@publiccounsel.org*
RITU MAHAJAN (SBN 252970)
*rmahajan@publiccounsel.org*
GINA AMATO (SBN 215519)
*gamato@publiccounsel.org*
AMANDA MANGASER SAVAGE
(SBN 325996)
*asavage@publiccounsel.org*
PUBLIC COUNSEL
610 South Ardmore Avenue
Los Angeles, CA 90005
Tel: 213-385-2977

*Counsel for All Plaintiffs*

ANNE LAI (SBN 295394)
*alai@law.uci.edu*
UC IRVINE SCHOOL OF LAW
IMMIGRANT AND RACIAL JUSTICE
SOLIDARITY CLINIC
P.O. Box 5479
Irvine, CA 92616-5479
Tel: 949-824-9894; Fax: 949-824-2747

*Counsel for Stop/Arrest Plaintiffs*

**UNITED STATES DISTRICT COURT**

**FOR THE CENTRAL DISTRICT OF CALIFORNIA**

Pedro VASQUEZ PERDOMO, et al.,

Plaintiffs,

v.

Markwayne MULLIN, in his official capacity as Secretary, Department of Homeland Security, et al.,

Defendants.

Case No.: 2:25-cv-05605-MEMF-SP

***DISCOVERY MATTER***

**STIPULATION PURSUANT TO FEDERAL RULE OF EVIDENCE 502(d)**

Referred to Hon. Sheri Pym
United States Magistrate Judge

Discovery Cutoff: March, 24, 2027
Pre-Trial Conf.: August 4, 2027
Trial: August 23, 2027

JACOB S. KREILKAMP (SBN 248210)
*jacob.kreilkamp@mto.com*
DAVID FRY (SBN 189276)
*david.fry@mto.com*
ADAM B. WEISS (SBN 296381)
*adam.weiss@mto.com*
SARA H. WORTH (SBN 341088)
*sara.worth@mto.com*
HENRY D. SHREFFLER (SBN 343388)
*henry.shreffler@mto.com*
LAURA R. PERRY (SBN 342504)
*laura.perrystone@mto.com*
LAUREN E. KUHN (SBN 343855)
*lauren.kuhn@mto.com*
MAGGIE BUSHELL (SBN 354048)
*maggie.bushell@mto.com*
ANGELA URIBE (SBN 353579)
*angela.uribe@mto.com*
MUNGER, TOLLES & OLSON LLP
350 S. Grand Ave., 50th Floor
Los Angeles, CA 90071
Tel: 213-683-9100; Fax: 213-683-9100

MATTHEW J. CRAIG (SBN 350030)
*mcraig@heckerfink.com*
MACK E. JENKINS (SBN 242101)
*mjenkins@heckerfink.com*
HECKER FINK LLP
1150 South Olive Street, Suite 10-140
Los Angeles, CA 90015
Tel: 212-763-0883; Fax: 212-564-0883

*Counsel for Access/Conditions Plaintiffs*

EDGAR AGUILASOCHO (SBN 285567)
*eaguilasocho@farmworkerlaw.com*
MARTÍNEZ AGUILASOCHO LAW, INC.
900 Truxtun Ave, Suite 300
Bakersfield, CA 93301
Tel: 661-859-1174

*Counsel for Plaintiff United Farm Workers*

JESSICA KARP BANSAL (SBN 277347)
*Jessica@ndlon.org*
LAUREN MICHEL WILFONG*
*lwilfong@ndlon.org*
JIA FU*
*jennifer@ndlon.org*
NATIONAL DAY LABORER ORGANIZING NETWORK
1030 S. Arroyo Parkway, Suite 106
Pasadena, CA 91105
Tel: 626-214-5689

BREE BERNWANGER (SBN 331731)
*bbernwanger@aclunc.org*
AMERICAN CIVIL LIBERTIES UNION FOUNDATION OF NORTHERN CALIFORNIA
39 Drumm Street
San Francisco, CA 94111
Tel: 415-621-2493

BRISA VELAZQUEZ OATIS (SBN 339132)
*bvoatis@aclu-sdic.org*
ACLU FOUNDATION OF SAN DIEGO & IMPERIAL COUNTIES
P.O. Box 87131
San Diego, CA 92138-7131
Tel: 619-398-4199

*Counsel for Stop/Arrest Plaintiffs*

CARL BERGQUIST*
*cbergquist@chirla.org*
COALITION FOR HUMANE IMMIGRANT RIGHTS
2351 Hempstead Road
Ottawa Hills, OH 43606
Tel: 310-279-6025

*Counsel for Plaintiff Coalition for Humane Immigrant Rights*

ALVARO M. HUERTA (SBN 274787)
*ahuerta@immdef.org*
BRYNNA BOLT (SBN 339378)
*bbolt@immdef.org*
ALISON STEFFEL (SBN 346370)
*asteffel@immdef.org*
IMMIGRANT DEFENDERS LAW CENTER
634 S. Spring St., 10th Floor
Los Angeles, CA 90014
Tel: 213-634-0999

*Counsel for Plaintiff Immigrant Defenders Law Center*

* Admitted pro hac vice

BRETT A. SHUMATE
Assistant Attorney General
Civil Division

DREW C. ENSIGN
Deputy Assistant Attorney General

DANIEL F. MUMMOLO
Counsel to the Assistant Attorney General

JONATHAN A. ROBBINS
Assistant Director

NANCY SAFAVI
Senior Trial Attorney

STEPHANIE L. GROFF
JACOB A. BASHYROV
ANIELLO DESIMONE
JASON K. ZUBATA
LAURIE WIESNER
Trial Attorneys

Office of Immigration Litigation
Civil Division, U.S. Dept. of Justice
P.O. Box 878, Ben Franklin Station
Washington, DC 20044
Tel: (202) 305-8275
Email: Jonathan.A.Robbins@usdoj.gov

*Counsel for Defendants*

**STIPULATION**

WHEREAS, on January 30, 2026, Plaintiff United Farm Workers served its Request for Production No. 1 ("RFP 1"), which sought "All recorded video footage RELATING TO "Operation At Large" in the Central District of California, including but not limited to body-worn camera footage and small unmanned aircraft footage";

WHEREAS, Defendants served responses and objections to RFP 1 on March 2, 2026, in which Defendant Customs and Border Patrol ("CBP") objected to the request but offered to meet and confer to limit the scope of the production to specific dates and places;

WHEREAS, the parties met and conferred regarding RFP 1, but were unable to reach an agreement regarding the scope of production;

WHEREAS, Plaintiffs moved to compel production of all responsive videos (estimated by Defendants to be approximately 11,000 videos) in a Joint Stipulation filed on March 26, 2026 (ECF 510);

WHEREAS, Defendants opposed the motion to compel and argued that the production of body worn camera video should be limited to videos tagged as "Arrest/Apprehension," of which there were 4,685;

WHEREAS, the Court granted the motion to compel to the extent that it ordered production of the same number of videos proposed by Defendants (4,685), but ordered that a different methodology be used for selecting the videos (ECF 655 at 6);

WHEREAS, the Court ordered that the production of the videos be completed by November 6, 2026;

WHEREAS, Defendants informed the Court on October 30, 2026 that the production of video would not be completed by November 6, 2026 and the Court directed the parties to meet and confer regarding how the production of videos required under ECF 655 could be expedited;

WHEREAS, the parties met and conferred regarding how the production of videos required by ECF 655 could be expedited and reached an agreement as to how that might be accomplished;

WHEREAS, the Parties agreed that the Court would issue an order providing that, pursuant to 502(d) of the Federal Rules of Evidence, Defendants would not waive attorney client privilege or attorney work product protection with respect to any information contained in any video produced pursuant to ECF 655 following entry of the Rule 502(d) order without regard to whether Defendants had conducted a reasonable (or any) review of the videos before producing them;

WHEREAS, the Parties further agreed that neither the Plaintiffs nor the Intervenors would argue that Defendants had waived the law enforcement privilege (which Plaintiffs contend does not apply to the videos) by producing videos pursuant to ECF 655 following entry of the Rule 502(d) order without regard to whether Defendants had conducted a reasonable (or any) review of the videos before producing them;

WHEREAS, the Parties further agreed that, notwithstanding the terms of the Protective Order (ECF 247), Defendants may, at the time of production, apply the Confidential-Attorneys Eyes Only designation to videos produced pursuant to ECF 655 following entry of the Rule 502(d) order;

WHEREAS, the Parties further agreed that Defendants must, by the close of fact discovery, currently set for February 17, 2026, inform Plaintiffs and Intervenors of what designation Defendants believe applies to each video under the terms of the Protective Order, and if Defendants fail to provide a designation for each video by the date of fact discovery closure, any video they have not otherwise designated will be treated as if it had been designated as Confidential;

WHEREAS, the Parties further agreed that, notwithstanding the foregoing, Plaintiffs or Intervenors may challenge the designation of any video as Confidential-Attorneys Eyes Only or as Confidential under the Protective Order at any time;

WHEREAS, the Parties further agreed Defendants will produce all of the videos they are required to produce pursuant to ECF 655 within 14 days of the submission of this Stipulation and [Proposed] Order, provided that the Court has issued the Rule 502(d) order within that 14-day period, otherwise they will produce all of the videos within five days of the entry of the Rule 502(d) order;

NOW, THEREFORE, the Parties respectfully request that the Court enter the attached [Proposed] Order implementing the Parties' agreement.

IT IS SO STIPULATED.

DATED: November 18, 2026 MUNGER, TOLLES & OLSON LLP

By: *_/s/ David H. Fry_*
DAVID FRY
*Counsel for Stop/Arrest Plaintiffs*

DATED: November 18, 2026 HECKER FINK LLP

By: *_/s/ Matthew J. Craig_*
MATTHEW J. CRAIG
*Counsel for Access/Detention Plaintiffs*

DATED: November 18, 2026 MUNGER, TOLLES & OLSON LLP

By: *_/s/ Roman Leal_*
V. ROMAN LEAL
*Counsel for Intervenors Attorneys for Intervenors Cities of Los Angeles, Anaheim, Bell Gardens, Beverly Hills, Carpinteria, Culver City, Huntington Park, Long Beach, Lynwood, Montebello, Monterey Park, Oxnard, Paramount, Pico Rivera, Pomona, Santa Ana, Santa Barbara, Santa Monica, South Gate, and West Hollywood*

DATED: November 18, 2026 OFFICE OF THE LOS ANGELES CITY ATTORNEY

By: *_/s/ Michael J. Dundas_*
MICHAEL J. DUNDAS
Assistant City Attorney
*Counsel for Intervenor City of Los Angeles*

DATED: November 18, 2026

OFFICE OF THE COUNTY COUNSEL

By: */s/ Brigit Greeson Alvarez*
BRIGIT GREESON ALVAREZ
Deputy County Counsel
*Counsel for Intervenor County of Los Angeles*

DATED: November 18, 2026

OFFICE OF THE CITY ATTORNEY OF PASADENA

By: */s/ Arnold F. Lee*
ARNOLD F. LEE
*Counsel for Intervenor City of Pasadena*

DATED: November 18, 2026

UNITED STATES DEPARTMENT OF JUSTICE

By: */s/ Jonathan Robbins*
JONATHAN ROBBINS
*Counsel for Defendants*

## ATTESTATION OF FILER

I attest that the other signatories listed, and on whose behalf this filing is submitted, concur in the filing's content and have authorized this filing.

DATED: November 18, 2026

MUNGER, TOLLES & OLSON LLP

By: */s/ David H. Fry*

DAVID FRY

*Counsel for Stop/Arrest Plaintiffs*