STACY TOLCHIN (SBN 217431)
*stacy@tolchinimmigration.com*
LAW OFFICES OF STACY TOLCHIN
776 E. Green St., Suite 210
Pasadena, CA 91101
Tel: 213-622-7450; Fax: 213-622-7233

MOHAMMAD TAJSAR (SBN 280152)
*mtajsar@aclusocal.org*
MAYRA JOACHIN (SBN 306065)
*mjoachin@aclusocal.org*
DAE KEUN KWON (SBN 313155)
*akwon@aclusocal.org*
STEPHANIE PADILLA (SBN 321568)
*spadilla@aclusocal.org*
ALYSSA MORONES (SBN 343358)
*amorones@aclusocal.org*
ACLU FOUNDATION OF SOUTHERN CALIFORNIA
P.O. Box 811370
Los Angeles, CA 90081
Tel: 213-977-5232; Fax: 213-201-7878

*Counsel for Stop/Arrest Plaintiffs*

(*Additional counsel listed on next page*)

MARK ROSENBAUM (SBN 59940)
*mrosenbaum@publiccounsel.org*
REBECCA BROWN (SBN 345805)
*rbrown@publiccounsel.org*
RITU MAHAJAN (SBN 252970)
*rmahajan@publiccounsel.org*
GINA AMATO (SBN 215519)
*gamato@publiccounsel.org*
AMANDA MANGASER SAVAGE (SBN 325996)
*asavage@publiccounsel.org*
PUBLIC COUNSEL
610 South Ardmore Avenue
Los Angeles, CA 90005
Tel: 213-385-2977

*Counsel for All Plaintiffs*

ANNE LAI (SBN 295394)
*alai@law.uci.edu*
UC IRVINE SCHOOL OF LAW
IMMIGRANT AND RACIAL JUSTICE SOLIDARITY CLINIC
P.O. Box 5479
Irvine, CA 92616-5479
Tel: 949-824-9894; Fax: 949-824-2747

*Counsel for Stop/Arrest Plaintiffs*

**UNITED STATES DISTRICT COURT**

**FOR THE CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| Pedro VASQUEZ PERDOMO, et al.,<br><br>Plaintiffs,<br><br>v.<br><br>Markwayne MULLIN, in his official capacity as Secretary, Department of Homeland Security, et al.,<br><br>Defendants. | Case No.: 2:25-cv-05605-MEMF-SP<br><br>**JOINT STIPULATION REGARDING MODIFYING SCHEDULING ORDER AS TO CLASS CERTIFICATION**<br><br>Hon. Maame Ewusi-Mensah Frimpong<br><br>Discovery Cutoff: March 24, 2027<br>Pre-Trial Conf.: August 4, 2027<br>Trial: August 23, 2027 |

JACOB S. KREILKAMP (SBN 248210)
*jacob.kreilkamp@mto.com*
DAVID FRY (SBN 189276)
*david.fry@mto.com*
ADAM B. WEISS (SBN 296381)
*adam.weiss@mto.com*
SARA H. WORTH (SBN 341088)
*sara.worth@mto.com*
LAURA R. PERRY (SBN 342504)
*laura.perrystone@mto.com*
HENRY D. SHREFFLER (SBN 343388)
*henry.shreffler@mto.com*
LAUREN E. KUHN (SBN 343855)
*lauren.kuhn@mto.com*
ANGELA URIBE (SBN 353579)
*angela.uribe@mto.com*
MAGGIE BUSHELL (SBN 354048)
*maggie.bushell@mto.com*
MUNGER, TOLLES & OLSON LLP
350 S. Grand Ave., 50th Floor
Los Angeles, CA 90071
Tel: 213-683-9100; Fax: 213-683-9100

*Counsel for Stop/Arrest Plaintiffs*

BREE BERNWANGER (SBN 331731)
*bbernwanger@aclunc.org*
AMERICAN CIVIL LIBERTIES UNION FOUNDATION OF NORTHERN CALIFORNIA
39 Drumm Street
San Francisco, CA 94111
Tel: 415-621-2493

*Counsel for Stop/Arrest Plaintiffs*

BRISA VELAZQUEZ OATIS (SBN 339132)
*bvoatis@aclu-sdic.org*
ACLU FOUNDATION OF SAN DIEGO & IMPERIAL COUNTIES
P.O. Box 87131
San Diego, CA 92138-7131
Tel: 619-398-4199

*Counsel for Stop/Arrest Plaintiffs*

JESSICA KARP BANSAL (SBN 277347)
*jessica@ndlon.org*
LAUREN MICHEL WILFONG*
*lwilfong@ndlon.org*
JIA FU*
*jennifer@ndlon.org*
NATIONAL DAY LABORER ORGANIZING NETWORK
1030 S. Arroyo Parkway, Suite 106
Pasadena, CA 91105
Tel: 626-214-5689

*Counsel for Stop/Arrest Plaintiffs*

MATTHEW J. CRAIG (SBN 350030)
*mcraig@heckerfink.com*
MACK E. JENKINS (SBN 242101)
*mjenkins@heckerfink.com*
HECKER FINK LLP
1150 South Olive Street, Suite 10-140
Los Angeles, CA 90015
Tel: 212-763-0883; Fax: 212-564-0883

*Counsel for Access/Conditions Plaintiffs*

CARL BERGQUIST*
*cbergquist@chirla.org*
COALITION FOR HUMANE IMMIGRANT RIGHTS
2351 Hempstead Road
Ottawa Hills, OH 43606
Tel: 310-279-6025

*Counsel for Plaintiff Coalition for Humane Immigrant Rights*

ALVARO M. HUERTA (SBN 274787)
*ahuerta@immdef.org*
BRYNNA BOLT (SBN 339378)
*bbolt@immdef.org*
ALISON STEFFEL (SBN 346370)
*asteffel@immdef.org*
IMMIGRANT DEFENDERS LAW CENTER
634 S. Spring St., 10th Floor
Los Angeles, CA 90014
Tel: 213-634-0999

*Counsel for Plaintiff Immigrant Defenders Law Center*

* Admitted pro hac vice

EDGAR AGUILASOCHO (SBN 285567)
*eaguilasocho@farmworkerlaw.com*
MARTÍNEZ AGUILASOCHO LAW, INC.
900 Truxtun Ave, Suite 300
Bakersfield, CA 93301
Tel: 661-859-1174
*Counsel for Plaintiff United Farm Workers*

BRETT A. SHUMATE
Assistant Attorney General
Civil Division

DREW C. ENSIGN
Deputy Assistant Attorney General

DANIEL F. MUMMOLO
Counsel to the Assistant Attorney General

AUGUST FLENTJE
Deputy Director

JONATHAN A. ROBBINS
Assistant Director

NANCY SAFAVI
Senior Trial Attorney

STEPHANIE L. GROFF
AMOS NAM
JENNIFER ROSARIO
ANIELLO DESIMONE
JACOB A. BASHYROV
Trial Attorneys

Office of Immigration Litigation
Civil Division, U.S. Dept. of Justice
P.O. Box 878, Ben Franklin Station
Washington, DC 20044
Tel: (202) 305-8275
Email: Jonathan.A.Robbins@usdoj.gov

*Counsel for Defendants*

**JOINT STIPULATION**

WHEREAS, on April 6, 2026, this Court's entered a Civil Trial Order, ECF 483, setting the current deadline for seeking class certification for December 4, 2026 and a schedule for briefing and hearing on any motion for class certification;

WHEREAS, on September 2, 2026, and October 23, 2026, respectively, the Court granted certification of three classes: the Warrantless Arrest Class, the Suspicionless Stops Class, and the First Discriminatory Treatment Class, ECF 739, ECF 829;

WHEREAS, in Plaintiffs' Second Amended Complaint, Stop/Arrest Plaintiffs included allegations supporting certification of additional classes that have not yet been certified;

WHEREAS, Defendants did not produce certain documents by their court-ordered deadlines, and as a result, Stop/Arrest Plaintiffs are unable to meet the current deadline for seeking certification of any additional classes;

WHEREAS, for example, Defendants were ordered to produce 4,685 body camera videos responsive to Plaintiff United Farm Workers' Request for Production No. 1 ("RFP 1") by November 6, 2026, ECF 655 at 6, Defendants did not meet that court-ordered deadline, but the Parties have recently entered into a Joint Stipulation on November 18, 2026 that would have Defendants produce the videos within 14 days of the filing of the Stipulation and [Proposed] Order, or within five days of Magistrate Judge's entry of a Rule 502(d) order, ECF 861;

WHEREAS, Plaintiffs anticipate the materials to be produced by Defendants, including the body camera videos, will be directly relevant to Stop/Arrest Plaintiffs' anticipated class certification motion;

NOW, THEREFORE, the Parties agree and respectfully request that the Court enter the below updated schedule for Stop/Arrest Plaintiffs' final motion for class certification in this case:

1. Any further motion for class certification is due January 14, 2027.

2. Defendants' opposition to such a motion for class certification is due February 4, 2027.
3. Plaintiffs' reply in support of their motion for class certification is due February 15, 2027.
4. Any hearing on Plaintiffs' motion for class certification will be held on March 11, 2027 or at the Court's earliest availability thereafter.

IT IS SO STIPULATED.

DATED: November 24, 2026

MUNGER, TOLLES & OLSON LLP

By: *_/s/ David H. Fry_*
DAVID H. FRY
*Counsel for Stop/Arrest Plaintiffs*

DATED: November 24, 2026

UNITED STATES DEPARTMENT OF JUSTICE

By: *_/s/ Nancy Safavi_*
NANCY SAFAVI
*Counsel for Defendants*

# ATTESTATION OF FILER

I attest that the other signatories listed, and on whose behalf this filing is submitted, concur in the filing's content and have authorized this filing.

DATED: November 24, 2026

MUNGER, TOLLES & OLSON LLP

By: */s/ David H. Fry*
DAVID H. FRY
*Counsel for Stop/Arrest Plaintiffs*

## CERTIFICATE OF SERVICE

I hereby certify that on November 24, 2026, I electronically filed the foregoing with the Clerk of the U.S. District Court for the Central District of California using the CM/ECF system, which provided notification of such filing to all registered CM/ECF users.

DATED: November 24, 2026

MUNGER, TOLLES & OLSON LLP

By: */s/ David H. Fry*
DAVID H. FRY
*Counsel for Stop/Arrest Plaintiffs*